Grace Agenda Notice Service List for
10/27/03 Hearing
Case No. 01-1139
October 20, 2003
Document # 81257
*01 – Hand Delivery*
*77 - Facsimile*

*Hand Delivery*
Clerk of the Court
United States Bankruptcy Court
824 North Market Street
Wilmington, DE 19801

*Facsimile 302-426-9947*
Mark T. Hurford, Esquire
Marla Rosoff Eskin, Esquire
(Counsel for Asbestos Personal Injury Claimants)
(Special Request)

*Facsimile 302-426-9947*
Matthew G. Zaleski, III, Esquire
(Local Counsel to Asbestos Claimants)
(Special Request)

*Facsimile 302-658-3989*
William H. Sudell, Jr., Esquire
Eric D. Schwartz, Esquire
(Counsel for National Medical Care, Inc.)
(Special Request)

*Facsimile 302-658-6548*
Mark D. Collins, Esquire
Deborah E. Spivack, Esquire
(Counsel for The Chase Manhattan Bank)
(Special Request)

*Facsimile 302-658-0380*
Jeffrey C. Wisler, Esquire
Michelle McMahon, Esquire
(Counsel for Maryland Casualty Company)
(Special Request)

*Facsimile 302-656-2769*
Francis A. Monaco, Jr., Esquire
(Counsel for Ingersoll-Rand Fluid Products)
(Special Request)

*Facsimile 302-575-1714*
Michael B. Joseph, Esquire
Theodore J. Tacconelli, Esquire
(Counsel for Property Damage Claimants)
(Special Request)

*Facsimile 302-651-3001*
Mark S. Chehi, Esquire
(Counsel for Sealed Air Corporation)
(Special Request)

*Facsimile 312-861-2200*
James H.M. Sprayregen, P.C.
(Counsel to Debtor)
(Special Request)

*Facsimile 312-660-0624*
James Kapp, III, Esquire
(Counsel to Debtor)
(Special Request)

*Facsimile 214-722-0081*
Warren H. Smith, Esquire
(Fee Auditor)
(Special Request)

*Facsimile 302-658-6395*
Steven M. Yoder, Esquire
(Local Counsel to DIP Lender)
(Special Request)

*Facsimile 302-573-6497*
Frank J. Perch, Esquire
(United States Trustee)
(Special Request)

*Facsimile 416-977-5239*
Derrick Tay, Esquire
(Canadian counsel for Debtor)
(Special Request)

*Facsimile 410-531-4545*
David B. Siegel
(W. R. Grace & Co.)
(Special Request)

*Facsimile 302-652-5338*
William Sparks, Esquire
(Counsel to W. R. Grace & Co.)
(Special Request)

*Facsimile 212-644-6755*
Elihu Inselbuch, Esquire
Rita Tobin, Esquire
(Official Committee of Personal Injury Claimants)
(Special Request)

*Facsimile 212-806-6006*
Lewis Kruger, Esquire
(Official Committee of Unsecured Creditors)
(Special Request)

*Facsimile 305-374-7593*
Scott L. Baena, Esquire
(Official Committee of Property Damage Claimants)
(Special Request)

*Facsimile 212-715-8000*
Philip Bentley, Esquire
(Counsel for Equity Committee)
(Special Request)

*Facsimile 312-993-9767*
J. Douglas Bacon, Esquire
(Counsel to DIP Lender)
(Special Request)

*Facsimile 843-216-9410*
Nancy Worth Davis, Esquire
(Counsel to Asbestos Claimants)
(Special Request)

*Facsimile 610-371-7390*
Joseph Grey, Esquire
(Special Request)

*Facsimile 302-657-4901*
Michael R. Lastowski, Esquire
(Counsel to Official Committee of Unsecured Creditors)
(Special Request)

*Facsimile 302-777-5863*
Mary M. Maloney-Huss, Esquire
(Counsel for General Electric Company)
(Special Request)

*Facsimile 302-652-8405*
Selinda A. Melnik, Esquire
(Counsel for Gamma Holding NV)
(Special Request)

*Facsimile 305-658-1192*
Laurie Selber Silverstein, Esquire
(Counsel for Norfolk Southern Corp.)
(Special Request)

*Facsimile 302-654-0245*
Curtis Crowther, Esquire
(Counsel for Century Indemnity Company)
(Special Request)

*Facsimile 212-583-5707*
David Blechman
Blackstone Group
(Financial Advisor to Debtor)
(Special Request)

*Facsimile 302-656-8864*
Aaron A. Garber, Esquire
(Counsel for Potash Corp.)
(Special Request)

*Facsimile 302-552-4295*
Eric Lopez Schnabel, Esquire
James H. Joseph, Esquire
(Counsel for Entergy Services, Inc.)
(Special Request)

*Facsimile 610-371-7390*
John D. Demmy, Esquire
(Counsel for First Union Leasing)
(Special Request)

*Facsimile 302-428-3180*
William D. Sullivan, Esquire
(Counsel for Zonolite Attic Litigation
Plaintiffs and Medical Monitoring
Claimants)
(Special Request)

*Facsimile 302-654-4775*
Francis J. Murphy, Esquire
John S. Spadaro, Esquire
Chase T. Brockstedt, Esquire
(Counsel for Certain Underwriters of
Lloyd's of London)
(Special Request)

*Facsimile 610-371-7390*
Thomas G. Whalen, Esquire
(Counsel for Mark Hankin and HanMar
Associates)
(Special Request)

*Facsimile 973-424-2001*
William S. Katchen, Esquire
(Special Request)

*Facsimile 302-577-8656*
Allison E. Reardon, Esquire
(Counsel for the Delaware Division of
Revenue)
(Special Request)

*Facsimile 302-658-3989*
Robert J. Dehney, Esquire
Michael G. Busenkell, Esquire
(Counsel for Travelers Casualty and Surety
Company)
(Special Request)

*Facsimile 302-552-4295*
Teresa K.D. Currier, Esquire
(Equity Committee Counsel)
(Special Request)

*Facsimile 302-656-2769*
Rachel B. Mersky, Esquire
(Counsel for Union Tank Car Company)
(Special Request)

*Facsimile 302-429-8600*
Megan N. Harper, Esquire
(Counsel for Royal Insurance)
(Special Request)

*Facsimile 202-429-3301*
Peter Van N. Lockwood, Esquire
Albert G. Lauber, Esquire
Nathan D. Finch, Esquire
Max C. Heerman, Esquire
(Counsel for Asbestos Personal Injury
Claimants)
(Special Request)

*Facsimile 509-747-2323*
Darrell W. Scott, Esquire
(Special Counsel for ZAI Claimants)
(Special Request)

*Facsimile 412-288-3063*
Jim Bentz, Esquire
Andrew Muha, Esquire
(Special Counsel to the Debtors for ZAI)
(Special Request)

*Facsimile 843-727-3103*
Edward J. Westbrook, Esquire
Robert M. Turkewitz, Esquire
(Counsel for ZAI Claimants)
(Special Request)

*Facsimile 302-571-1750*
Brett D. Fallon
(Counsel for Caterpillar Financial)

*Facsimile 310-574-9883*
Gary S. Smolker
Alice Smolker

*Facsimile 302-984-6399*
(Counsel for James and Julie Holland)
Thomas D. Walsh, Esquire

*Facsimile 310-552-0805*
(Counsel for James and Julie Holland)
Michael B. Geibel, Esquire
Polina L. Ross, Esquire

*Fasimile 302-428-3180*
(Counsel for Oldcastle APG Northeast, Inc.
d/b/a Foster-Southern)
William D. Sullivan, Esquire
Charles J. Brown, III, Esquire
Rennee D. Veney, Esquire

*Facsimile 617-443-1696*
(Counsel for Oldcastle APG Northeast, Inc.
d/b/a Foster-Southern)
Charles Callahan, Esquire

*Facsimile 302-654-4775*
(Counsel for Lloyds of London)
John S. Spadaro, Esquire

*Facsimile 212-261-8750*
(Counsel for Lloyds of London)
Aileen T. McCabe, Esquire
Anna R. Newsom, Esquire

*Facsimile 202-466-5738*
(Counsel for Lloyds of London)
Joseph L. Ruby, Esquire

*Facsimile 713-759-6834*
Hughes, Watters & Askanase, L.L.P.
Attn: Anne E. Catmull

*Facsimile 302-658-4018*
Sherry Ruggiero Fallon, Esquire
Tybout, Redfearn & Pell

*Facsimile 713-650-0521*
Lucy Fontenot
C/o Russell L. Cook, Jr. & Associates

*Facsimile 713-944-4208*
Craig Morris
Process Measurement & Control, Inc.

*Facsimile 219-769-5007*
Spangler, Jennings & Dougherty, PC
Attn: Eric J. Anderson

*Facsimile 518-457-0617*
New York State Department
Of Taxation and Finance

*Facsimile 917-777-4146*
Skadden, Arps, Slate, Meagher & Flom LLP
Attn: Samuel Vasser

*Facsimile 404-815-6555*
Todd C. Meyers
Kathleen M. O'Connell

*Facsimile 609-777-3055*
Deputy Attorney General

*Facsimile 409-883-8360*
Roxie Viator
(Attorneys at Law)

*Facsimile 302-571-1750*
Brett D. Fallon, Esquire
(Counsel for Caterpillar Financial and DK Acquisition Partners, L.P.)

*Facsimile 302-252-4466*
Tobey M. Daluz, Esquire
William M. Kelleher, Esquire
(Counsel for Summit Ventures, LLC)

*Facsimile 302-655-7004*
Sheldon K. Rennie, Esquire
(Counsel for Yessenia Rodriguez and Carlos Nieves)

*Facsimile 202-833-1815*
Peter W. Chatfield, Esquire
(Counsel to Robert Costa and Ronald Thornburg)

*Facsimile 215-575-7200*
Martin J. Weis, Esquire
Derrick A. Dyer, Esquire
(Counsel to Robert Costa and Ronald Thornburg)

*Facsimile 406-761-5805*
Tom L. Lewis

*Facsimile 708-343-0069*
Industrial Construction, Inc.
Cecilia Payne

*Facsimile 662-286-9312*
Mr. William W. Odom, Jr.
(Counsel)

*Facsimile 865-546-3852*
John Dempster

*Facsimile 217-854-9527*
Joshua A. Meyer
(Counsel)

*Facsimile 612-339-0585*
Bill Butler
(Counsel)

*Facsimile 913-962-8701*
Ms. Joanne B. Stutz
Evans & Mullinix, P.A.

*Facsimile 917-777-3428*
Shanklin Corp.

W.R. Grace Service List
Case No. 01-1139
October 20, 2003
Document # 81269
*01 – Hand Delivery*
*37 – First Class Mail*
*01 - Foreign First Class Mail*

*Hand Delivery*
Clerk of the Court
United States Bankruptcy Court
824 North Market Street
Wilmington, DE  19801

*Foreign First Class Mail*
Mr. Louis Piche
164 Blvd. Jutras Est
Victoriaville (Quebec)
Canada, G6P 4M1

*First Class Mail*
Ms. Aloys Baloga
10 Hillcrest Drive
Dallas, PA  18612

*First Class Mail*
Mrs. Carol Graham
823 Meadowland Drive
Naples, FL 34108

*First Class Mail*
Mr. Clifford M. Spingler
1233 NW 199th Place
Shoreline, WA  98177

*First Class Mail*
Mr. Donald Benefield
264 Vicks Drive
Libby, MT  59923

*First Class Mail*
Donald Knauss
PO Box 1433
Libby, MT  59923

*First Class Mail*
Mr. Edward Kerr
1308 Evangeline
Dearborn Heights, MI  48127

*First Class Mail*
Mr. Gerald T. Nightlinger
1177 E. Beamish Road
Midland, MI  48642

*First Class Mail*
Ms. Melissa Olson
Embry and Neusner
118 Poquonnock Road
P.O. Box 1409
Groton, CT  06340

*First Class Mail*
Ms. Julie A. Gubbin
1508 Maidon Street NE
Minneapolis, MN  55413

*First Class Mail*
Mr. Lawrence Rice
49 Parkhill Blvd.
West Melbourne, FL  32904

*First Class Mail*
Ms. Lois Theonnes
PO Box 46
Libby, MT  59923

*First Class Mail*
Miss Marcella M. Paulette
287 Township Road 267
Amsterdam, OH  43903-7909

*First Class Mail*
Ms. Mattie Fears Carr
PO Box 4162
Opelika, AL  36803

*First Class Mail*
Patsy Ann Bender
P.O. Box 1622
Bay Springs, MS  39422

*First Class Mail*
Janet Watts
Pipeline Services
PO Box 331
Bryson City, NC  28713

*First Class Mail*
Mr. Thomas Campeu
11544 West Co. Road 612
Frederic, MI  49733

*First Class Mail*
Miss Willie B. Burks
141 Jenkins Drive
Savannah, GA  31405

*First Class Mail*
Floyd V. Pirtle
531 1st Avenue S.E.
Ardmore, OK  73401

*First Class Mail*
Attica Correctional Facility
Box 149
Attica, NY  14011-0149
Attn: Dennis Nelson
DIN: 94B0694

*First Class Mail*
Internal Revenue Service
Room 1150
31 Hopkins Plaza
Baltimore, MD  21201

*First Class Mail*
Vester Bishop
P.O. Box 207
Scottsmoor, FL  32775

*First Class Mail*
Federal Medical Center
P.O> box 13400 Lexington
KY  40512-4500
Attn: Eugene Paul Sullivan
Reg. No. 54229-053

*First Class Mail*
Koenigsberg and Rybin LLP
15 Maiden Lane
New York, NY  10038
Attn: Jeffrey A. Rybin

*First Class Mail*
Anderson & Krieger LLP
43 Thorndike Street
Cambridge, MA  02141
Attn: Stephen D. Anderson

*First Class Mail*
Chester A. & Marian Elaine Barr
11722 31st Dr. S.E.
Everett, WA  98208-6117

*First Class Mail*
Honigman Miller Schwartz and Cohn LLP
2290 First National Bank Building
660 Woodward Avenue
Detroit, MI  48226
Attn: Frank Gorman

*First Class Mail*
Allegheny Center Associates
Mall Management Office
Pittsburgh, PA  15212

*First Class Mail*
Richard C. Rowe, et al.
P.O. Box 27184
Memphis, TN  38127

*First Class Mail*
James P. Rapisardi
Executor of the Estate of
Rosario Rapisardi
2251 Township Line Road
Logal Township, NJ 08085

*First Class Mail*
State of New Jersey
Division of Taxation
P.O. Box 245
Trenton, NJ 08695-0245

*First Class Mail*
Peter C. Harvey Attorney General of New Jersey
R.J. Hughes Justice Complex
25 Market Street
P.O. Box 106
Trenton, NJ 08625

*First Class Mail*
Shanklin Corporation
C/o Sealed Air Corporation
Park 80 East
Saddle Brook, NJ 02663
Attn: H. Katherine White

*First Class Mail*
J.M. Foster, Inc.
c/o James A. Lee, President
9200 Greenwood Avenue
Munster, IN 46321

*First Class Mail*
State of California
Franchise Tax Board
Special Procedures Section
P.O. Box 2952
Sacramento, CA 95812-2952

*First Class Mail*
Occidental Permian Ltd.
c/o John W. Havins
1001 McKinney, Suite 500
Houston, TX 77003

*First Class Mail*
Kevin Guy
1204 Longview Lane
Saline, MI 48176