UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. Grace & Co., et al., | Case No. 01-01139 (JJF) |
| Debtors. | (Jointly Administered) |

**NOTICE OF WITHDRAWAL OF REQUEST
FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that the undersigned is no longer representing Delco Development Co. in these bankruptcy cases, and hereby withdraws the previous request for service of notices and papers in these cases.

DATED:  New York, New York
        October 20, 2003

KELLEY DRYE & WARREN LLP

By: */s/ Christena A. Lambrianakos*
    James S. Carr  (JC 1603)
    Christena A. Lambrianakos  (CL 1332)
101 Park Avenue
New York, New York 10178
Tel:  (212) 808-7800
Fax:  (212) 808-7897

NY01/ROSED/873586.1