## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | § | Chapter 11 |
| | § | |
| W.R. GRACE & CO., et al., | § | Jointly Administered |
| | § | Case No. 01-01139 (JKF) |
| Debtors. | § | |
| | § | |

## FEE AUDITOR'S FINAL REPORT REGARDING
## FEE APPLICATION OF KIRKLAND & ELLIS
## FOR THE NINTH INTERIM PERIOD

This is the final report of Warren H. Smith & Associates, P.C., acting in its capacity as fee auditor in the above-captioned bankruptcy proceedings, regarding the <u>Fee Application of Kirkland & Ellis for the Ninth Interim Period</u>.

## BACKGROUND

1.      Kirkland & Ellis was retained as counsel to the Debtors.  In the Application, Kirkland & Ellis seeks approval of fees totaling $359,637.00 and costs totaling $11,258.32 for its services from April 1, 2003, through June 30, 2003.

2.      In conducting this audit and reaching the conclusions and recommendations contained herein, we reviewed in detail the Application in its entirety, including each of the time entries included in the exhibits to the Application, for compliance with 11 U.S.C. § 330, Local Rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, Amended Effective February 1, 2001, and the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. 330, Issued January 30, 1996, (the "Guidelines"), as well as for consistency with precedent established in the United States

Bankruptcy Court for the District of Delaware, the United States District Court for the District of Delaware, and the Third Circuit Court of Appeals.  We served on K&E an initial report based on our review, and received a response from K&E, portions of which response are quoted herein.

## DISCUSSION

### General Issues

3.      In our initial report, we noted that Kapp, Landau, Lane, Baer and Keller often failed to provide adequate detail in their time entries.  Paragraph II.D.5. of the Guidelines states, "…. Services should be noted in detail …, with each service showing a separate time entry; …."  We asked Kirkland & Ellis to remind these professionals of the need to provide sufficient detail in each time entry.  K&E responded as follows:

> K&E has worked, and will continue to work, with its professionals to endeavor to be more descriptive of their tasks.

We appreciate the response.

### Specific Time and Expense Entries

4.      In our initial report, we noted that between April 7 and June 30, 2003, five firm members spent a total of 228.0 hours for $27,992.50 on filing and file organization.  Hourly billing rates range from $105 to $210.  (See Exhibit A.)  This issue has been raised in prior reports, but we remain concerned as to the reasons such filing work could not be performed by fewer and lower-billing firm members.  We asked K&E why so many paraprofessionals are involved in filing activities on this case and why such activities could be not be assigned to file clerks or to the lowest-billing paraprofessionals.  K&E's response is provided as Response Exhibit 1.  We accept this explanation and offer no objection to these fees.

5.      We noted that on April 23, 2003, JSB ($650) has a time entry listed as 1.20 hours for a fee of $750.00, but the parenthetical subparts total only 1.10 hours.  The difference is $65.00.  The entry is listed below.

| 04/23/03 | JSB | 1.20 | Confer with R. Lopera re Asbestos litigation update for binder of current cases (.3); review correspondence and pleadings on various ongoing matters (.5); follow up re claims meetings and National Union matter (.3). |

We asked K&E to review the entry and state whether this was an inadvertent miscalculation.  K&E responded as follows:

> Based upon a review of the attorney's notes, Ms. Baer's time for April 23, 2003 should be 1.1 hours.  K&E agrees with the reduction of $65.00.

We appreciate the response and thus recommend a reduction of $65.00 in fees.

6.      We noted an instance in April and another in May in which entries by CJL ($420) appear to be duplicated even though they occurred on successive days.   In both instances the language in the fee detail is exactly the same, and in the April entries even the miscalculation in hours is duplicated.   The apparent duplications total $2,394.00 in fees.   The entries are provided below.

| 04/23/03 | CJL | 2.70 | Telephone conferences re National Union issues (.6); correspondence with opposing counsel re same (.4); office conferences re same (.4); review documents re discovery request (1.2); telephone conference with local counsel re National Union issues (.5) |
| 04/24/03 | CJL | 2.70 | Telephone conferences re National Union issues (.6); correspondence with opposing counsel re same (.4); office conferences re same (.4); review documents re discovery request (1.2); telephone conference with local counsel re National Union issues (.5) |
| 05/22/03 | CJL | 3.00 | Telephone conferences with client re letter of credit issues |

|          |      |      |                                                                                                                                                                                                                         |
|----------|------|------|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|          |      |      | (.5); telephone conferences with client and opposing counsel re New York City lease issues (1.3); analyze issues re same (1.2).                                                                                           |
| 05/23/03 | CJL  | 3.00 | Telephone conferences with client re letter of credit issues (.5); telephone conferences with client and opposing counsel re New York City lease issues (1.3); analyze issues re same (1.2).                             |

We asked K&E to explain why these entries should not be considered duplications.  K&E responded as follows:

> Based upon a review of the attorney's notes, Mr. Lane's time entry detail for April 23, 2003 is correct and the total of 2.7 hours is incorrect.  The total should be 3.1 hours.  Further, the time entries for April 24 and May 23 inadvertently duplicate the time entries for the prior days.  K&E submits that a reduction of 5.3 hours for a reduction of $2,226.00 in fees is appropriate.

We accept this response and therefore recommend a reduction of $2,226.00 in fees.

7.      In our initial report, we noted that on June 11, 2003, JSB, JWK and CJL participated in a conference call.  The total time spent including preparation time was 3.50 hours for fees of $1,783.00.  The entries are provided below.

|          |      |      |                                                                                                                                     |
|----------|------|------|-------------------------------------------------------------------------------------------------------------------------------------|
| 06/11/03 | JSB  | 1.00 | Participate in conference with client representatives to discuss process of preparing omnibus objections.                            |
| 06/11/03 | JWK  | 1.20 | Telephone conference with T. Delbruge, M. Shelnitz, D. Siegel, B.McGowan and B. Tarola re preparation of objections to claims.       |
| 06/11/03 | CJL  | 2.10 | Prepare for and participate in telephone conference with clients re claims (1.3);..........                                          |

Paragraph II.D.5.of the Guidelines states,  ". . .[i]f more than one professional from the applicant firm attends a hearing or conference, the applicant should explain the need for multiple attendees."  We asked K&E to explain why it was necessary for three professionals to participate in this

conference call.  K&E's response is provided below.

> Mr. Kapp and Ms. Baer are the bankruptcy partners assigned to these chapter 11 cases, and Mr. Lane is the bankruptcy associate working with them on the claims objection process.  Mr. Kapp generally oversees the bankruptcy team assigned to these chapter 11 cases and Ms. Baer has principle responsibility for a number of discrete matters, including the bankruptcy aspects of certain litigation matters.  The conference call on June 11 was an initial organizational call to determine the Debtors' strategy for reviewing and reconciling the over 15,000 proofs of claim that have been filed in the Debtors' chapter 11 cases.  Because the claims resolution process was expected to be, and continues to be, particularity time consuming, it was more efficient and cost-effective to have all the attorneys with substantial responsibility for the process participate in the organizational call.  The primary purpose of this initial call was to determine (a) which K&E attorney would be responsible for which aspects of the claims process (thus requiring the presence of Kapp, Baer and Lane) and (b) which individuals at the Debtors were the appropriate parties for K&E attorneys to contact with respect to the review and reconciliation of certain types of claims.

We accept this explanation and offer no objection to these fees.

8.    In our initial report, we noted an expense entry of $229.63 on April 9, 2003, by Janet Baer for long distance telephone calls.  Unlike other long distance entries, there is no accompanying detail for the calls.  The entry is provided below.

4/09/03        229.63        Janet Baer, Telephone, Long distance Service, 04/09/03, (Long Distance Calls), 229.63

We asked K&E to provide a description of the calls.  K&E responded as follows:

> The telephone charges are all for four calls made by Ms. Baer on behalf of the Debtors while Ms. Baer was traveling out of the country.  Three of the calls were made to counsel to the Asbestos Property Damage Committee.  The fourth, in the amount of $74.84, was inadvertently billed to the Debtors.  K&E submits that a reduction of $74.84 in expenses is appropriate.

We appreciate the explanation and thus recommend a reduction of $74.84 in expenses.

9.    We further noted three other phone service entries by Baer totaling $199.23 which are confusing.  The entries are provided below.

| 4/12/03 | 41.04 | Janet Baer, Telephone, Cellular Service, 04/12/03 (Cellular Telephone), 41.04 |
| 5/18/03 | 72.48 | Janet Baer, Telephone, Cellular Service, 05/18/03 (Telephone Charges) |
| 6/12/03 | 85.71 | Janet Baer, Telephone, Cellular Service, 06/12/03 (Telephone Charges), Blackberry and telephone charges |

In each instance, it is unclear whether the expense describes specific calls or the cost of the cellular service itself. We asked K&E to provide a list of the calls made and/or explain why the estate should be responsible for the monthly cost of this cellular service. K&E responded as follows:

> The telephone charges are all for calls made and e-mail messages sent and received by Ms. Baer on behalf of the Debtors while Ms. Baer was traveling. Ms. Baer's cellular and Blackberry service is provided at a flat rate. While the calls are listed, the charge for each individual call is not itemized on her monthly statement until the flat rate is surpassed. To properly divide this flat fee among different clients, Ms. Baer allocates a percentage of the total fee to the individual calls and e-mail messages for each client based on the amount of travel for each client each month. The portion of the total fee allocable to the Debtors is the amount included on the Interim Application.

We appreciate the response and offer no objection to these expenses.

## CONCLUSION

10. Thus, we recommend approval of fees totaling $357,346.00 ($359,637.00 minus $2,291.00) and costs totaling $11,183.48 ($11,258.32 minus $74.84) for K&E's services from April 1, 2003, through June 30, 2003.

Respectfully submitted,

**WARREN H. SMITH & ASSOCIATES, P.C.**

By:_____
        Warren H. Smith
        Texas State Bar No. 18757050

Republic Center
325 N. St. Paul, Suite 4080
Dallas, Texas  75201
214-698-3868
214-722-0081 (fax)
whsmith@whsmithlaw.com

**FEE AUDITOR**

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing document has been served First Class United States mail to the attached service list on this 21st day of October, 2003.

_____
        Warren H. Smith

# SERVICE LIST
## Notice Parties

**The Applicant**

James H.M. Sprayregen, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

**The Debtors**

David B. Siegel, Esq.
Sr. V.P. and Gen. Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**Counsel for the Debtors**

James H.M. Sprayregen, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Laura Davis Jones, Esq.
Pachulski, Stang, Ziehl, Young & Jones, P.C.
919 North Market Street, Suite 1600
P.O. Box 8705
Wilmington, DE 19899-8705

**Counsel for the Official Committee of Unsecured Creditors**

Lewis Kruger, Esq
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski, Esq.
Duane Morris & Heckscher
1100 N. Market Street, Suite 1200
Wilmington, De 19801-1246

**Counsel to the Official Committee of Property Damage Claimants**

Scott L. Baena, Esq
Bilzin, Sumberg, Dunn, Baena, Price & Axelrod
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

Michael B. Joseph,Esq.
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

**Counsel to the Official Committee of Personal Injury Claimants**

Elihu Inselbuch, Esq.
Caplin & Drysdale
399 Park Avenue, 36th Floor
New York, NY 10022

Marla R. Eskin
Campbell & Levine, LLC
Suite 300
800 N. King Street
Wilmington, DE  19801

**Official Committee of Equity Holders**

Thomas M. Mayer, Esq.
Kramer Levin Naftalis & Frankel
919 Third Avenue
New York, NY 10022

Teresa K.D. Currier, Esq.
Klett Rooney Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801

**United States Trustee**

Office of the United States Trustee
Frank J. Perch, Esq.
844 King Street, Suite 2311
Wilmington, DE 19801

Exhibit A

| 04/07/03 | COB | 3.50 | ........; update central files re same (1.5). |
|---|---|---|---|
| 04/09/03 | COB | 4.80 | .........; prepare pleadings for incorporation into central files (1.5); retrieve and review docket and adversary dockets and update central files re same (.3);.......... |
| 04/10/03 | COB | 5.10 | ...............; update database re memoranda, correspondence, and proofs of claim (2.0); prepare same for entry into central files (1.5). |
| 04/11/03 | COB | 4.00 | Analyze and organize corporate documents and monthly operating reports and prepare for off site storage (2.1); legal key entry re same (.9);......... |
| 04/12/03 | COB | 1.20 | Analyze pleadings and corporate documents and prepare for off site storage (.8); legal key entry re same (.4). |
| 04/14/03 | COB | 1.50 | ..........; analyze pleadings and corporate documents and prepare for off site storage of documents (.5); legal key entry re same (.5). |
| 04/15/03 | COB | 2.00 | .............; update database re proofs of claim and memoranda and entry into central files (.8). |
| 04/16/03 | COB | 1.50 | ........; update database memoranda and correspondence and prepare for entry into central files (1.0). |
| 04/17/03 | RL | 1.50 | ........; review and analyze pleadings re incorporation into central file (1.0). |
| 04/17/03 | SAP | 1.00 | .......; download and organize pleadings for litigation support database (.50). |
| 04/18/03 | RL | 1.00 | Review and analyze pleadings re incorporation into central file (.7);............. |
| 04/21/03 | SRC | 2.50 | Review and catalog pleadings for entry into Concordance litigation support system. |
| 04/21/03 | COB | 5.00 | .............; update central files (1.0); review and organize corporate documents (2.0); enter same into central files (1.5). |

| 04/21/03 | SAP | 1.50 | ......; download and organize pleadings for litigation support system (1.0). |

04/21/03    SAP    1.50    ......; download and organize pleadings for litigation support system (1.0).

04/22/03    COB    3.00    ........; update central files re same (.5);............

04/22/03    SAP    3.80    .........; download National Union Fire Insurance pleadings and organize for litigation support system (2.0);.........

04/23/03    RL    2.50    Review and analyze pleadings re incorporation into central file (1.0);...........................

04/23/03    SRC    4.00    Review and catalog pleadings for entry into Concordance litigation support system.

04/23/03    SAP    6.00    .........; organize National Union Fire Insurance pleadings (adv. no. 02-01657) for litigation support database entry (2.5).

04/24/03    SRC    8.00    Review and catalog pleadings for entry into Concordance litigation support system.

04/24/03    COB    4.90    .......; update central files (.2);............; update database re same (.3);.......

04/24/03    SAP    4.80    .........; review file for newly filed adversarial proceedings (National Union Fire Insurance) and organize for litigation support database entry (1.0); review and organize Nabisco adversarial pleadings for litigation support database (.8); review docket for newly filed pleadings and organize for litigation support system database (2.0).

04/25/03    RL    0.50    Review and analyze pleadings re incorporation into central file.

04/25/03    SRC    7.00    Review and catalog pleadings for entry into Concordance litigation support system.

04/25/03    COB    4.80    ........; update central files re same (.2);............; review and organize corporate documents (.3); update central files re same (.6); review and organize corporate documents; update database re same (.7);.......

04/25/03    SAP    5.00    .........; organize adversarial pleadings (Chakarian ) for litigation support database entry (2.0);.........; review and

|  |  |  | organize attorney work product for inclusion in litigation support database (1.0). |
| 04/28/03 | RL | 1.30 | Review and analyze pleadings re incorporation into central file (.3);...... |
| 04/28/03 | SRC | 8.00 | Review and catalog pleadings for entry into Concordance litigation support system. |
| 04/28/03 | COB | 5.80 | ........; update central files re same (.2);............; update database re same (.3); review and organize corporate documents (.3); update central files (.2);.......... |
| 04/28/03 | SAP | 7.00 | .........; organize pleadings for litigation support database entry (2.5). |
| 04/29/03 | SRC | 3.00 | Review and catalog pleadings for entry into Concordance litigation support system. |
| 04/29/03 | COB | 6.50 | ........; update files re same (.3);............; update database re same (.5);.........; review and organize corporate documents (.5); update central files re same (.5); organize proofs of claim for filing (1.0);.......; prepare claims for filing off site (.9). |
| 04/30/03 | COB | 4.00 | ........; update central files re same (.2);............; analyze and organize corporate documents (.3); update central files re same (.6); update index re same (1.0); prepare claims for filing off site (.2). |
| 04/30/03 | SAP | 1.00 | .........; organize pleadings for litigation support database entry (.5). |
| 05/01/03 | COB | 2.00 | ........; update central files re same (.3); analyze and organize corporate documents (.3); update central files re same (.2). |
| 05/02/03 | RL | 1.00 | Review and analyze pleadings re incorporation into central file (.7);.......... |
| 05/02/03 | COB | 1.70 | ........; update central files re same (.3); analyze and organize corporate documents (.6); update index re same (.6). |
| 05/05/03 | COB | 1.70 | ........; update central files re same (.2);............. |
| 05/06/03 | SRC | 1.00 | Catalog and organize pleadings for Concordance litigation |

| | | | |
|---|---|---|---|
| | | | support system. |
| 05/06/03 | COB | 5.40 | ........; update central files re same (.2); review and organize corporate documents (1.0); update central files re same (.5); ...........; review and organize corporate documents (1.8); create index re same (1.5). |
| 05/07/03 | SRC | 1.50 | Organize and review bankruptcy pleadings for files. |
| 05/06/03 | COB | 5.40 | Review and organize corporate documents (.4); revise index re same (.5).........; update central files re same (.2); review and organize corporate documents (1.0); update central files re same (1.0). |
| 05/07/03 | SAP | 1.00 | .......; organize pleadings for litigation support database (.5). |
| 05/08/03 | SRC | 1.00 | Review, catalog and organize pleadings for Concordance litigation support system. |
| 05/08/03 | COB | 1.90 | .........; update central files re same (.2); review and organize corporate documents (.8); update central files re same (.7). |
| 05/09/03 | SRC | 3.80 | Review and catalog pleadings for Concordance litigation support system. |
| 05/09/03 | COB | 1.00 | .........; update central files re same (.2); review and organize corporate documents (.3); update central files re same (.3). |
| 05/12/03 | SRC | 3.30 | Review and catalog pleadings for Concordance litigation support system. |
| 05/12/03 | COB | 1.50 | .........; review and organize corporate documents (.6); update central files re same (.5). |
| 05/12/03 | SAP | 1.00 | .......; organize pleadings for litigation support database entry (.50). |
| 05/13/03 | COB | 1.00 | .........; update central files re same (.2); review and organize corporate documents (.3); update central files re same (.3). |
| 05/13/03 | SAP | 1.00 | .......; organize pleadings for litigation support database entry (.5). |

| 05/14/03 | RL | 2.50 | Review and analyze pleadings re incorporation into central file (1.0);.......... |
| 05/14/03 | COB | 2.60 | .........; update central files re same (.2); review and organize pleadings re May (.2);.........; review and organize corporate documents (.7); update central files re same (.8). |
| 05/15/03 | COB | 1.40 | .........; update central files re same (.2); review and organize corporate documents (.4); update central files re same (.6). |
| 05/16/03 | RL | 1.00 | Review and analyze pleadings re incorporation into central file (.7);.......... |
| 05/16/03 | COB | 2.40 | .........; update central files re same (.2); review and organize corporate documents (.5); update central files re same (.5);............. |
| 05/19/03 | COB | 2.10 | .........; update central files re same (.2); review and organize corporate documents (1.0); update central files re same (.7). |
| 05/20/03 | COB | 2.00 | .........; update central files re same (.2); review and organize pleadings (.4); .........; review and organize corporate documents (.3); update central files re same (.6). |
| 05/21/03 | COB | 5.80 | .........; update central files re same (.2);..........; review and organize corporate documents (.2); update central files re same (.2);................ |
| 05/21/03 | SAP | 2.00 | .......; organize pleadings for litigation support database entry (.2). |
| 05/22/03 | RL | 1.00 | Review and analyze pleadings re incorporation into central file. |
| 05/22/03 | SAP | 2.00 | .......; revise subject files (.8); update litigation support system database (.2);.................... |
| 05/23/03 | SRC | 2.00 | Review and catalog pleadings for Concordance litigation support system. |
| 05/23/03 | COB | 1.40 | .........; update central files re same (.2); review and organize pleadings re omnibus objections (.3); review and organize corporate documents (.3); update central files re same (.4). |

| | | | |
|---|---|---|---|
| 05/27/03 | TJW | 2.50 | ..........; update indices and files re same (.8);......... |
| 05/29/03 | SRC | 1.00 | Review and catalog pleadings for Concordance litigation support system. |
| 05/29/03 | TJW | 3.50 | ........; review correspondence and update Concordance database re same (.5);......... |
| 05/30/03 | SRC | 1.00 | Review and catalog pleadings for Concordance litigation support system. |
| 05/30/03 | TJW | 3.60 | ........; enter same into concordance database (.5);.........; update files with current pleadings (1.7);........... |
| 05/30/03 | SAP | 4.00 | .......; organize National Fire Insurance pleadings for litigation support database entry (.5);.... |
| 06/03/03 | TJW | 1.20 | Review and organize various proofs of claim for attorney review. |
| 06/02/03 | TJW | 7.00 | ........; analyze pleadings and correspondence and update central files re same (1.0); review attorney notes re professional information and update central files re same (4.0). |
| 06/03/03 | RL | 2.00 | .........; review and analyze pleadings re incorporation into central file (1.0). |
| 06/04/03 | TJW | 6.50 | ........review pleadings and update central files re same (1.0); review and analyze correspondence and update electronic filing database re same (1.0); locate and retrieve professional information from docket and update central files re same (4.0). |
| 06/04/03 | SAP | 1.00 | .......; organize newly filed pleadings for litigation support database entry (.2). |
| 06/05/03 | SRC | 2.00 | Review and catalog pleadings for Concordance litigation support system. |
| 06/06/03 | RL | 2.00 | Review and analyze pleadings and orders for incorporation into central file (1.0);............ |
| 06/06/03 | TJW | 4.00 | Review and update central files re professional information |

| | | | |
|---|---|---|---|
| | | | and follow re same (1.5);........; analyze new correspondence and enter same into electronic filing database (1.2);. |
| 06/06/03 | SAP | 2.00 | .......; revise pleadings litigation support database (1.0). |
| 06/09/03 | SRC | 2.50 | Review and organize bankruptcy pleadings. |
| 06/09/03 | TJW | 4.50 | Review docket re professional information and update central files re same (4.0). |
| 06/10/03 | SRC | 3.00 | Review and catalog pleadings for Concordance litigation support system. |
| 06/10/03 | SAP | 2.00 | .......; review and revise organization of pleadings (.5);......... |
| 06/11/03 | RL | 2.00 | .........; review and analyze pleadings re incorporation into central file (1.3). |
| 06/11/03 | SRC | 3.00 | Review and catalog pleadings in Concordance litigation support system. |
| 06/11/03 | TJW | 4.50 | .........; review and update central files re professional information (2.0); analyze new correspondence and enter same into electronic filing database (1.0);................ |
| 06/11/03 | SAP | 1.00 | ...........; create subject files for inclusion in Grace main file (.3). |
| 06/12/03 | SRC | 1.00 | Review and catalog pleadings for Concordance litigation support system. |
| 06/12/03 | TJW | 5.00 | .........; review central files re fee applications and enter same into electronic record keeping database (1.0); review and organize central files and prepare same for transfer to storage facility (2.0). |
| 06/13/03 | TJW | 3.00 | .........; analyze new correspondence and enter same into electronic filing database (.5); organize central files and prepare same for transfer to storage facility (1.0). |
| 06/16/03 | SRC | 4.00 | Review and catalog pleadings for Concordance litigation support system. |

| 06/16/03 | SAP | 2.00 | .......; organize pleadings for entry in litigation support database (.5). |
| 06/17/03 | TJW | 3.00 | ........; analyze new correspondence and enter same into electronic filing database (1.0). |
| 06/17/03 | SAP | 1.00 | .......; review and organize pleadings for litigation database support system (.5). |
| 06/18/03 | RL | 2.00 | .........; review and analyze pleadings re incorporation into central file (1.0). |
| 06/18/03 | SRC | 5.00 | Review and organize bankruptcy pleadings. |
| 06/18/03 | TJW | 3.00 | ........; analyze new correspondence and update central files re same (1.5);................ |
| 06/19/03 | INP | 3.80 | Prepare and organize documents re current asbestos cases. |
| 06/19/03 | TJW | 4.00 | ........; review docket and attorney notes re professional information and update central files re same (3.5). |
| 06/19/03 | SAP | 1.00 | .......; organize adversarial pleadings for litigation support database entry (.5). |
| 06/20/03 | RL | 1.00 | .........; review and analyze pleadings re incorporation into central file (.4). |
| 06/20/03 | INP | 3.20 | Prepare and organize documents re current asbestos cases. |
| 06/20/03 | TJW | 3.50 | ........; analyze new correspondence and enter same into electronic filing database (1.5); review new pleadings and update central files re same (1.5). |
| 06/23/03 | INP | 2.90 | Prepare and organize documents re litigation comparisons for asbestos claims in other Chapter 11 cases. |
| 06/23/03 | TJW | 4.00 | ........; review docket re 8th quarterly fee applications and update central files re same (1.5); update files with current pleadings (1.0). |
| 06/24/03 | RL | 2.00 | Review and analyze pleadings re incorporation into central file (.7);.......... |

| | | | |
|---|---|---|---|
| 06/24/03 | SRC | 0.50 | Review and catalog pleadings for Concordance litigation support system. |
| 06/24/03 | INP | 1.80 | Prepare and organize documents re other asbestos Chapter 11 cases. |
| 06/24/03 | TJW | 1.00 | Analyze new correspondence and enter same into electronic filing database. |
| 06/24/03 | SAP | 3.00 | .......; organize pleadings for entry in litigation support database (1.0). |
| 06/25/03 | INP | 1.50 | Prepare and organize re other asbestos Chapter 11 cases. |
| 06/25/03 | TJW | 3.50 | .........; review docket re newly filed orders and update indices and central files re same (1.5);........; analyze new correspondence and enter same into electronic filing database (.5). |
| 06/25/03 | SAP | 2.00 | .......; organize pleadings for entry in litigation support database (.5). |
| 06/26/03 | RL | 0.80 | ........; review and analyze pleadings re incorporation into central file (.5). |
| 06/26/03 | SRC | 2.00 | Review and catalog pleadings for Concordance litigation support system. |
| 06/26/03 | SAP | 4.50 | .......; organize pleadings for entry in litigation support database (2.0) |
| 06/27/03 | SRC | 1.00 | Review and catalog pleadings for Concordance litigation support system. |
| 06/30/03 | RL | 1.50 | ........; review and analyze pleadings re incorporation into central file (1.2). |
| 06/03/03 | TJW | 2.00 | Locate and retrieve professional fee applications from docket and update central files re same. |
| 06/05/03 | TJW | 1.20 | Review docket re professional fee applications and update central files re same. |

| | | | |
|---|---|---|---|
| 06/06/03 | SRC | 2.00 | Review, catalog ad organize ZAI pleadings for Concordance litigation support system. |
| 06/16/03 | SRC | 1.50 | Review, catalog ad organize ZAI pleadings for Concordance litigation support system. |

Response Exhibit 1

K&E's paralegals and project assistants perform a number of diverse and critical functions in these chapter 11 cases, some of which the Initial Report characterizes as "filing activities". As discussed below, K&E has exercised, and continues to exercise, care to ensure that the best-suited and most cost-effective individual is assigned to complete these kinds of tasks. Indeed, only 40.0 of the 228.0 hours discussed in the report were performed by the two legal assistants (with higher billing rates) assigned to these chapter 11 cases—Shirley Pope and Rhonda Lopera. K&E nonetheless is constantly working to decrease administrative costs by evaluating the need for such tasks and by assigning them to lower-billed individuals when appropriate.

To efficiently cope with the immense workload, K&E has adopted a team approach, with various parts of the team concentrating on particular issues. As a result of this division of responsibilities, Ms. Pope and Ms. Lopera are responsible for different parts of the overall case files. In particular, Ms. Pope, the litigation legal assistant, has the primary responsibility of assisting the K&E litigation team of attorneys with the administration of the litigation aspects of the Debtors' cases. Ms. Pope reviews pleadings and correspondence referring to litigation matters and is responsible for overseeing the case files and critical dates within all litigation matters. These case files support the complex litigation at the heart of these chapter 11 cases. Some matters related to the case files require Ms. Pope's direct attention given her overall knowledge of the litigation issues, while other matters can be delegated. As reflected in the time entries in Exhibit B to the Initial Report, the project assistant assisting Ms. Pope performed 74.6 hours of work with respect to the litigation case files while Ms. Pope spent only 26 hours. Similarly, Ms. Lopera has the primary responsibility for assisting the K&E bankruptcy team and is generally responsible for all bankruptcy-related case files in these chapter 11 cases. Ms. Lopera is responsible for overseeing the case files and critical dates for all bankruptcy-specific matters. Ms. Lopera handles certain matters with particular importance to the overall case and delegates the remainder of the work to project assistants. As reflected in the time entries in Exhibit B to the Initial Report, the project assistants assisting Ms. Lopera performed 113.4 hours of work on the day-to-day maintenance of the bankruptcy case files while Ms. Lopera spent only 14 hours.

Claire Bonk, Stephanie Cashman, Isidro Panizales and Tiffany Wood are project assistants who perform day-to-day tasks related to maintaining the case files. They also assist in document production and other functions under the supervision of the various legal assistants assigned to these chapter 11 cases, with Ms. Cashman working with Ms. Pope and Ms. Bonk and, subsequently, Ms. Wood and Mr. Panizales working with Ms. Lopera. They bill at a far lower rate than the legal assistants and perform the vast majority of the "filing activities" referred to in the Initial Report. Indeed, the project assistants generally perform these types of tasks because of their case-specific knowledge gained from their day-to-day assignments and roles. It would be impossible to manage these cases without the project assistants working with the legal assistants to maintain this huge database of documents. Project assistants are a necessary and cost-effective component of the K&E team.

Nonetheless, K&E will continue to endeavor to ensure that staff is used in the most prudent and economic manner.