IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: October 16, 2003 at 4:00 p.m.** |
| | ) | **Hearing Date: December 15, 2003 at 12:00 p.m.** |

**CERTIFICATION OF NO OBJECTION
REGARDING DOCKET NO. 4494**

The undersigned hereby certifies that, as of the date hereof, she has received no answer, objection or other responsive pleading to the Ninth Interim Fee Application of Conway, Del Genio, Gries & Co., LLC ("CDG") For Compensation For Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred as Financial Advisor for the Official Committee of Asbestos Property Damage Claimants for the Period from April 1, 2003 Through June 30, 2003 (the "Application").  The undersigned further certifies that the Court's docket in this case reflects that no answer, objection or other responsive pleading to the Application has been filed[1].  Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than October 16, 2003.

                                              FERRY, JOSEPH & PEARCE, P.A.

                                              /s/ Lisa L. Coggins
                                              Michael B. Joseph (#392)
                                              Theodore J. Tacconelli (#2678)
                                              Lisa L. Coggins (#4234)
                                              824 Market Street, Suite 904
                                              P.O. Box 1351
                                              Wilmington, DE. 19899
                                              (302) 575-1555
                                              Local Counsel to the Official Committee of
                                              Asbestos Property Damage Claimants

                                              -and-

---

[1] A final report was filed by the fee auditor regarding the Application, however such final report did not contain any objections to the Application.

                                      Bilzin Sumberg Baena Price & Axelrod LLP
                                      Scott L. Baena, Esq.
                                      Jay M. Sakalo, Esq.
                                      2500 First Union Financial Center
                                      200 South Biscayne Boulevard
                                      Miami, FL 33131-2336
                                      Counsel to the Official Committee of Asbestos
                                      Property Damage Claimants

Dated: October 22, 2003