**Attachment B**
**To Fee Application**

**Summary of PwC's Fees By Professional**
**August 2003**

| Name of Professional | Position with the Firm | Number of Years in Profession | Hourly Bill Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Larry Farmer | Audit Partner | 34 | 743 | 2.60 | 1,932 |
| Michelle Gerety | Tax Senior Manager | 10+ | 575 | 1.40 | 805 |
| Todd Hutcherson | Audit Senior Manager | 10 | 569 | 8.80 | 5,007 |
| Sandra David | Audit Manager | 6 | 487 | 4.70 | 2,289 |
| William Choi | Audit Manager | 6 | 342 | 8.00 | 2,736 |
| Cheryl Frick | Audit Senior Associate | 4 | 342 | 37.00 | 12,654 |
| Nina Govic | Audit Senior Associate | 3 | 307 | 49.50 | 15,197 |
| Aimee Stickley | Audit Associate | 2 | 232 | 0.80 | 186 |
| Maureen Yeager | Audit Associate | 2 | 197 | 54.40 | 10,717 |
| Renee Anderson | Audit Associate | 2 | 256 | 0.50 | 128 |
| | | | TOTAL | 167.70 | 51,650 |

| | |
|---|---|
| Total at Standard Rate | $ 51,649.80 |
| 55 % Accrual Rate Adjustment | $ (28,407.39) |
| Total at 45% Accrual Rate | $ 23,242.41 |

**Sarbanes 404 Time**

| Name of Professional | Position with the Firm | Number of Years in Profession | Hourly Bill Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Larry Farmer | Audit Partner | 34 | 743 | 2.20 | 1,635 |
| Todd Hutcherson | Audit Senior Manager | 8 | 569 | 3.00 | 1,707 |
| Craig Cleaver | GRMS Manager | 6 | 507 | 2.50 | 1,268 |
| | | | TOTAL | 7.70 | 4,609 |

| | | |
|---|---|---|
| Total at Standard Rate | 7.70 | $ 4,609.10 |
| 35 % Accrual Rate Adjustment | | $ (1,613.19) |
| Total at 65% Accrual Rate | | $ 2,995.92 |

{MCM8310.DOC}

## Summary of PwC's Fees By Project Category:
## August 2003

| Project Category | Total Hours | Total Fees |
|---|---|---|
| **01-Assets Analysis and Recovery** | | |
| **02-Asset Disposition** | | |
| **03-Business Operations** | | |
| **04-Case Administration** | | |
| **05-Claim Analysis Objection & Resolution (Asbestos)** | | |
| **06-Claim Analysis Objection & Resolution (Non-asbestos)** | | |
| **07-Committee, Creditors', Noteholders', or Equity Holders'** | | |
| **08-Employee Benefits/Pension** | | |
| **09-Employee Applications, Applicant** | | |
| **10-Employment Applications, Others** | | |
| **11-Financing** | | |
| **12-Fee Applications, Others** | **18.7** | **2,208.38** |
| **13-Financing** | | |
| **14-Hearings** | | |
| **15-Litigation and Litigation Consulting** | | |
| **16-Plan and Disclosure Statement** | | |
| **17-Relief from Stay Proceedings** | | |
| **18-Tax Issues** | | |
| **19-Tax Litigation** | | |
| **20-Travel- Non-working** | | |
| **21-Valuation** | | |
| **22-ZAI Science Trial** | | |
| **23-ZAI Science Trial-Expenses** | | |
| **24-Other** | | |
| **25-Accounting/Auditing** | **175.40** | **$26,238.33** |
| **26-Business Analysis** | | |
| **27-Corporate Finance** | | |
| **28-Data Analysis** | | |
| **TOTAL:** | **175.40** | **$28,446.71** |

{MCM8310.DOC}

**Expense Summary**
**August 2003**

| Expense Category | Service Provider | Total Expenses |
|---|---|---:|
| **Transportation** | N/A | $667.25 |
| **Lodging** | N/A | 159.86 |
| **Sundry** | N/A | |
| **Business Meals** | N/A | 37.95 |
| **TOTAL:** | | $865.06 |

{MCM8310.DOC}