**W. R. Grace & Co.**
**Time Summary Report**
**Month Ended August 30, 2003**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|---|---|---|---|---|
| **Name: Maureen Yeager** | | | | |
| 08/19/2003 | 3.1 | Time and expense reporting for the Bankruptcy Courts for the month of July - completion of my time compilation of the times of other individuals. | $ 197 | $ 610.7 |
| 08/25/2003 | 2.4 | Complete/Compile the Engagement Team's Time and Expense Reporting for the Bankruptcy Courts for the month of July. | $ 197 | $ 472.8 |
| 08/26/03 | 1.2 | Personal Time and Expense Reporting for the Bankruptcy Courts for the month of August. | $ 197 | $ - |
| **Cheryl Frick** | | | | |
| 08/29/2003 | 2.4 | Preparation of my July 2003 Grace time for submission to the Bankruptcy Courts. Preparation of my Sarbanes-Oxley time to date for filing w/ the Bankruptcy Courts for payment. | $ 342 | $ 820.8 |
| 08/05/2003 | 1.6 | | $ 342 | $ 547.2 |
| **Nina Govic** | | | | |
| 08/05/2003 | 1.5 | Preparation of my July 2003 Grace time for submission to the Bankruptcy Courts. | $ 307 | $ 460.5 |
| 08/28/2003 | 0.9 | Review of the 9 interim period 2003 fee auditor report | $ 307 | $ 276.3 |
| 08/05/2003 | 2.2 | Prepare the Grace quarterly filing for the quarter ended June 2003 | $ 307 | $ 675.4 |
| 08/10/2003 | 0.7 | Review the monthly and quarterly filings with Larry Farmer and obtain his signature | $ 307 | $ 214.9 |
| 08/11/2003 | 0.7 | Prepare email and submission to Carol and Kathy Miller of Smith Katzen for the filing of the June 2003 and the quarterly time and expense filing. | $ 307 | $ 214.9 |
| 08/11/2003 | 0.6 | finalize the June 2003 T&E filing | $ 307 | $ 184.2 |
| 08/05/2003 | 1.4 | Review participants submission of time for the June 2003 filing | $ 307 | $ 429.8 |
| | | | | $ 4,907.5 |
| | 18.7 | | | 2,208.38 |