**Professional Profiles**
**Grace time tracking**
**August 2003**

| Name of Professional | Position with the Firm | Number of Years in Profession | Hourly Bill Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Larry Farmer | Audit Partner | 34 | 743 | 2.60 | 1,932 |
| Michelle Gerety | Tax Senior Manager | 10+ | 575 | 1.40 | 805 |
| Todd Hutcherson | Audit Senior Manager | 10 | 569 | 8.80 | 5,007 |
| Sandra David | Audit Manager | 6 | 487 | 4.70 | 2,289 |
| William Choi | Audit Manager | 6 | 342 | 8.00 | 2,736 |
| Cheryl Frick | Audit Senior Associate | 4 | 342 | 37.00 | 12,654 |
| Nina Govic | Audit Senior Associate | 3 | 307 | 49.50 | 15,197 |
| Aimee Stickley | Audit Associate | 2 | 232 | 0.80 | 186 |
| Maureen Yeager | Audit Associate | 2 | 197 | 54.40 | 10,717 |
| Renee Anderson | Audit Associate | 2 | 256 | 0.50 | 128 |
| | | | TOTAL | 167.70 | 51,650 |

| | |
|---|---|
| Total at Standard Rate | $ 51,649.80 |
| 55 % Accrual Rate Adjustment | $ (28,407.39) |
| Total at 45% Accrual Rate | $ 23,242.41 |

**Sarbanes 404 Time**

| Name of Professional | Position with the Firm | Number of Years in Profession | Hourly Bill Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Larry Farmer | Audit Partner | 34 | 743 | 2.20 | 1,635 |
| Todd Hutcherson | Audit Senior Manager | 8 | 569 | 3.00 | 1,707 |
| Craig Cleaver | GRMS Manager | 6 | 507 | 2.50 | 1,268 |
| | | | TOTAL | 7.70 | 4,609 |

| | | |
|---|---|---|
| Total at Standard Rate | 7.70 | $ 4,609.10 |
| 35 % Accrual Rate Adjustment | | $ (1,613.19) |
| Total at 65% Accrual Rate | | $ 2,995.92 |

| | |
|---|---|
| Total Hours | 175.40 |
| Total Fees | $ 26,238.33 |

**W. R. Grace & Co.**
**Time Summary Report**
**Month Ended August 30, 2003**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|---|---|---|---|---|
| **Name: Larry Farmer** | | | | |
| **08/07/2003** | 1.4 | Discussion with Michelle Gerety, Tax Manager, in relation to the Baekart Reserve. | $ 743 | $ 1,040.2 |
| **08/11/2003** | 1.2 | Participation in 2003 planning meeting for the annual audit and coordination thereof. Other participants include Todd Hutcherson, Will Choi and Cheryl Frick. | $ 743 | $ 891.6 |
| | **2.60** | | | $ 1,932 |

**W. R. Grace & Co.**
**Time Summary Report**
**Month Ended August 30, 2003**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|---|---|---|---|---|
| **Name: Todd Hutcherson** | | | | |
| 08/01/2003 | 0.7 | Participation in audit committee call to discuss 2nd quarter results | $ 569 | $ 398.3 |
| 08/05/2003 | 1.9 | Review and clear comments on Form 10-Q Filing for the second quarter | $ 569 | $ 1,081.1 |
| 08/11/2003 | 1.2 | Particpation in 2003 planning meeting for the annual audit and coordination thereof. Other participants include Larry Farmer, Will Choi and Cheryl Frick. | $ 569 | $ 682.8 |
| | 4.2 | Site visit tours for Curtis Bay Plant and Elkridge facitily, including meetings with division controllers | $ 569 | $ 2,389.8 |
| 08/20/2003 | 0.8 | Internal meeting with William Choi and Cheryl Frick to discuss 2003 planning and scope asessment | $ 569 | $ 455.2 |
| **Totals** | **8.8** | | | **$ 5,007** |

**W. R. Grace & Co.**
**Time Summary Report**
**Month Ended August 30, 2003**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|---|---|---|---|---|
| **Name: Michelle Gerety** | | | | |
| **08/07/2003** | **1.4** | Discussion with Larry Farmer, Engagement Partner, in relation to the Baekart Reserve. | $ 575 | $ **805** |

**W. R. Grace & Co.**
**Time Summary Report**
**Month Ended August 30, 2003**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|---|---|---|---|---|
| **Name: Sandra David** | | | | |
| 08/11/2003 | 0.5 | Follow up with management on open items related to the Darex Puerto Rico audit | $ 487 | $ 244 |
| 08/13/2003 | 1.2 | Planning for the 2003 audit, specifically staffing needs for the interim review and timing of the testing to be performed. | $ 487 | $ 584 |
| 08/21/2003 | 2.2 | Review Darex Puerto Rico tax provision prepared by the client | $ 487 | $ 1,071 |
| 08/26/2003 | 0.8 | Discuss of the Darex Puerto Rico tax provision with management. | $ 487 | $ 390 |
| **Totals** | **4.7** | | | **$2,289** |

**W. R. Grace & Co.**
**Time Summary Report**
**Month Ended August 31**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|---|---|---|---|---|
| **Name: William Choi** | | | | |
| 08/11/2003 | 0.4 | Review of 2003 audit planning meeting package | $ 342 | $ 136.8 |
| | 2.2 | Prepare 2003 planning meeting agenda and package | $ 342 | $ 752.4 |
| 08/11/2003 | 1.2 | Participation in 2003 planning meeting for the annual audit and coordination thereof. Other participants include Larry Farmer, Todd Hutcherson and Cheryl Frick. | $ 342 | $ 410.4 |
| 08/12/2003 | 1.1 | Prepare minutes summary and action items listing discussed in the planning meeting | $ 342 | $ 376.2 |
| 08/12/2003 | 2.3 | Meeting with Nina Govic and Cheryl Frick to discuss 2003 audit objectives and strategize planning | $ 342 | $ 786.6 |
| 08/20/2003 | 0.8 | Internal meeting with Todd Hutcherson and Cheryl Frick to discuss 2003 planning and scope asessment | $ 342 | $ 273.6 |
| | **8.0** | | | $ **2,736** |

**WR Grace, Inc.**
**Time Summary Report**
**Month Ended August 30, 2003**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|---|---|---|---|---|
| **Name: Cheryl Frick** | | | | |
| 08/05/2003 | 0.5 | Review of revenue recognition memo prepared by Will Choi on the Grace technology. | $ 342 | $ 171.0 |
| | 0.6 | Update of the 2nd Quarter 2003 mgmt rep letter. Provide rep letter to Bridget Sarikas for signatures. | $ 342 | $ 205.2 |
| | 0.5 | Preparation of engagement contact listing for Bob Tarola (at his request). | $ 342 | $ 171.0 |
| | 0.3 | Communication w/ team in Hong Kong on the pre-approval of their services. | $ 342 | $ 102.6 |
| | 0.6 | Communication / coordination of the Grace inventories (Elkridge, Curtis Bay, etc.) | $ 342 | $ 205.2 |
| | 0.3 | Review of Grace scheduling through year end, in regards to conflicts. | $ 342 | $ 102.6 |
| | 1.8 | Communication w/ PwC partners in Hong Kong, Malaysia and Singapore in regards to an overall coordination of the 2003 work to be performed (at the request of the client). | $ 342 | $ 615.6 |
| | 0.4 | Review of responses in regards to the above cooerespondence w/ int'l teams. | $ 342 | $ 136.8 |
| | 1.7 | Review / update of the Davison 2003 responsibilities matrix prepared by Maureen Yeager as part of our planning procedures. | $ 342 | $ 581.4 |
| 08/11/2003 | 1.2 | Participation in 2003 planning meeting for the annual audit and coordination thereof. Other participants include Larry Farmer, Will Choi and Todd Hutcherson. | $ 342 | $ 410.4 |
| 08/12/2003 | 2.3 | Meeting with Nina Govic and William Choi to discuss 2003 audit objectives and strategize planning | $ 342 | $ 786.6 |
| 08/13/2003 | 0.8 | Discussion with Aimee Stickley in relation to scheduling for the third quarter and interim review. | $ 342 | $ 273.6 |
| | 1.0 | Preparation of list of Grace-related items to work which need to be finalized over the next two weeks during the audit planning phase | $ 342 | $ 342.0 |
| | 1.1 | Review of detailed international instructions prepared by a similar sized engagement team and review of the Prior Year (PY) Grace international instructions - both to be utilized in assisting in improving our instructions to our international teams for the current year. | $ 342 | $ 376.2 |
| 08/14/2003 | 0.8 | Reivew of 2003 database assigning tasks to lower level staff that they could complete documentation to date. | $ 342 | $ 273.6 |
| 08/19/2003 | 0.6 | Discussion w/ Michael Brown on their controls in place to address affects of accounting pronouncements & forward of the PwC Financial Statement Disclosure Checklist (FSDCL) for their use. | $ 342 | $ 205.2 |
| 08/20/2003 | 0.8 | Internal meeting with William Choi and Todd Hutcherson to discuss 2003 planning and scope asessment | $ 342 | $ 273.6 |
| | 0.3 | Cooerespondence w/ Ray Bromark's Secretary in regards to his time on the Grace engagement - for our planning purposes (compliance w/ rotation requirements). | $ 342 | $ 102.6 |
| | 2.1 | Review / preparation of the 2003 Grace International Instructions. | $ 342 | $ 718.2 |
| | 1.2 | | $ 342 | $ 410.4 |
| | | Discussion with Maureen Yeager as to the planning steps to be completed for the year-end audit of WR Grace. This includes areas to review for documentation purposes. | | |
| 08/21/2003 | 1.4 | Review of Prior Year audit work and preparation of a formalized audit strategy for the 2003 audit of Davison. | $ 342 | $ 478.8 |
| | 1.1 | Update of the 2003 Davison section of the database - to ensure it is in line w/ the above strategy. | $ 342 | $ 376.2 |
| 08/22/2003 | 0.6 | Cooerespondence w/ GRMS team on the 2003 work that our engagement will require. | $ 342 | $ 205.2 |
| | 1.5 | Review of the 2003 database for necessary changes / clean-up - in preparation of upcoming interim work. | $ 342 | $ 513.0 |
| | 1.4 | Continued update of the 2003 Grace International Instructions. | $ 342 | $ 478.8 |
| | 1.1 | Discussion with Maureen Yeager in relation to adding the deleted steps back to the database as required by the audit process | $ 342 | $ 376.2 |
| 08/25/2003 | 1.0 | Review of the MyClient Communications File for the Grace engagement, in regards to its use in efficiently cooresponding w/ our international engagement teams. | $ 342 | $ 342.0 |
| 08/26/2003 | 1.2 | Continued update of the 2003 Grace International Instructions - business update by segment through 6/30/03, as well as management update. | $ 342 | $ 410.4 |
| 08/27/2003 | 0.6 | Discussion w/ Michael Brown in regards to his questions on the structing of the Remedium deal in '98 / '99. | $ 342 | $ 205.2 |
| | 0.8 | Discussions w/ Tom Hayes in regards to his knowledge of the above (Remedium transaction). | $ 342 | $ 273.6 |
| | 0.3 | Discussion w/ the PwC tax team in regards to the changes in the charge codes. | $ 342 | $ 102.6 |
| | 1.5 | Final updates to the 2003 Grace International Instructions and submission to William Choi for his overall review. | $ 342 | $ 513.0 |
| 08/28/2003 | 2.2 | Discussion with Maureen Yeager related to the objectives that she drafted for the 2003 WR Grace Engagement. | $ 342 | $ 752.4 |
| | 1.2 | Conversation with Maureen Yeager related to the Planning Meeting Agenda. This time includes discussion of key milestones for the quarter, key issues, scheduling conflicts, etc. | $ 342 | $ 410.4 |
| 08/29/2003 | 0.8 | Review of / suggested changes to the Grace Planning Meeting Agenda (for 9/3/03). | $ 342 | $ 273.6 |
| | 1.4 | Preparation & inclusion in the file of the preliminary schedule for overall engagement materiality. | $ 342 | $ 478.8 |
| **Totals** | **37.0** | | | $ 12,654 |
| | | | | $ 25,308 |

**W. R. Grace & Co.**
**Time Summary Report**
**Month Ended August 30, 2003**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|---|---|---|---|---|
| **Name: Nina Govic** | | | | |
| 08/04/2003 | 8.0 | Attend annual inventory taking and observe procedures at the WR Grace plant in Chicago. | $ 307 | $ 2,456.0 |
| 08/05/2003 | 0.9 | Complete the final tie-out of the Form 10Q - in particular reviewing the core/non-core footnote revised that day | $ 307 | $ 276.3 |
| | 3.4 | Review of the Edgarized Version of the 10Q prior to final filing. Agreeing the numbers per the Edgar version to PwC's tied down version | $ 307 | $ 1,043.8 |
| | 0.7 | Review the management representation letter with Bob Tarola | $ 307 | $ 214.9 |
| | 3.2 | Complete the automatic disclosure checklist as required by PwC to be completed prior to a company filing their 10Q | $ 307 | $ 982.4 |
| 08/06/2003 | 1.2 | Schedule remaining inventories to be observed by PwC at Curtis Bay, Lake Charles and Elkridge, MD. Coordinate with PwC HR and Carol Pace. | $ 307 | $ 368.4 |
| | 1.6 | finish the Second Quarter documentation in corporate database to prepare the database for review | $ 307 | $ 491.2 |
| | 2.5 | Work on updating the WR Grace international instructions to be provided to our international teams. | $ 307 | $ 767.5 |
| | 2.2 | document the results of the inventory taking in Chicago | $ 307 | $ 675.4 |
| | 0.5 | update independence database, sending independence confirms to PwC staff working on the WR Grace engagement | $ 307 | $ 153.5 |
| 08/07/2003 | 1.3 | Work on section 100 planning in the database for year end 12/31/2003 including client acceptance and continuance procedures requried to be performed by PwC. | $ 307 | $ 399.1 |
| | 3.4 | Work on documenting the company's fraud risk analysis required to be performed by PwC audit standards. | $ 307 | $ 1,043.8 |
| | 2.3 | Work on updating changes in the client's control environment from 2002 to 2003 including updating on Grace's budgetarty process and responsibility of key management | $ 307 | $ 706.1 |
| | 1.0 | Work on preliminary materiality matrix for the 12/31/2003 audit | $ 307 | $ 307.0 |
| 08/11/2003 | 0.8 | Work on documenting the company's fraud risk analysis required to be performed by PwC audit standards. | $ 307 | $ 245.6 |
| | 1.2 | Work on the audit comfort matrix required under PwC audit standards. Including Grace's business risks and how PwC encorporates those risks in its year end audit | $ 307 | $ 368.4 |
| 08/12/2003 | 0.8 | Look up the 2003 Linkletters de Bandt legal letter for review of Belgium Tax issue | $ 307 | $ 245.6 |
| | 2.3 | Meeting with Cheryl Frick and William Choi to discuss 2003 audit objectives and strategize planning | $ 307 | $ 706.1 |
| | 1.4 | Work on updating the WR Grace international instructions to be provided to our international teams. | $ 307 | $ 429.8 |
| | 1.2 | Work on creating a Grace 2003 team planning book, including engagement specific risks and financial issues for hand out to all team members | $ 307 | $ 368.4 |
| | 1.4 | Document and tailor Grace database accordingly to reflect what was discussed during the meeting with Will and Cheryl | $ 307 | $ 429.8 |
| | 0.2 | Follow up with Wally Revior re: the 2002 Chicago inventory taking. | $ 307 | $ 61.4 |
| 08/13/2003 | 0.3 | talk with Will Choi about 2003 procedures to be performed surrounding year-end legal confirm letters to be sent | $ 307 | $ 92.1 |
| | 1.3 | Work on client service plan | $ 307 | $ 399.1 |
| | 1.5 | Work on independence steps required to be completed for 12/31/2003 | $ 307 | $ 460.5 |
| | 1.3 | Work on step "gain and update understanding of client and its industry | $ 307 | $ 399.1 |
| | 0.8 | read SAS 99 and include new fraud standards adopted by PwC into Grace audit methodology | $ 307 | $ 245.6 |
| | 0.4 | Set up task listing for Maureen Yeager to complete prior to the end of the planning phase. | $ 307 | $ 122.8 |
| | 1.6 | Read recent grace press and press releases relevent to environmental and asbestos rulings. | $ 307 | $ 491.2 |
| | 0.8 | work on identifying management units and reporting entities. | $ 307 | $ 245.6 |
| **Totals** | **49.5** | | | **$ 15,197** |

**W. R. Grace & Co.**
**Time Summary Report**
**Month Ended August 30, 2003**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|---|---|---|---|---|
| **Name: Aimee Stickley** | | | | |
| **08/13/2003** | **0.8** | Discussion with Cheryl Frick in relation to scheduling for the third quarter and interim review. | $ 232 | $ 186 |

**W. R. Grace & Co.**
**Time Summary Report**
**Month Ended August 30, 2003**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|---|---|---|---|---|
| **Name: Maureen Yeager** | | | | |
| 08/01/2003 | 1.7 | Based on the prior year responsibility matrix drafted for the Corporate and Davison Chemicals Audit Team, updated the matrix in order to designate responsibility for each respective section in the database. | $ 197 | $ 334.9 |
| | 4.3 | Preparation of a tied out version of the Form 10-Q for the 2nd quarter. This includes the transfer of tick marks, highlighting of items for follow-up by the Senior Associate and final documentation of the tie out within the supporting documentation. | $ 197 | $ 847.1 |
| 8.0 | 1.2 | Final follow-up with Glenn Herndon in relation to PwC changes to be made to the Form 10-Q Filing. | $ 197 | $ 236.4 |
| | 0.8 | Final documentation of the fluctuation explanations that were received from Glenn Herndon for the Corporate Trial Balance (2nd quarter 2003). This time includes making updates to prior documented explanations. | $ 197 | $ 157.6 |
| 08/19/2003 | 1.4 | Setup Interactive Excel Spreadsheets for the 3rd quarter of 2003. These spreadsheet include Global Performance Chemicals and Davison Chemicals Balance Sheet and Income Statement as well as the domestic Balance Sheet and Income Statement for the same entities. | $ 197 | $ 275.8 |
| 08/20/2003 | 2.1 | Draft and preparation of the Interim and Year- end Client Request List for Davison Chemicals. | $ 197 | $ 413.7 |
| 8.0 | 1.9 | Review of the 1st and 2nd quarter interim review sections of the WR Grace Database in order to determine open items that require further testing / documentation. | $ 197 | $ 374.3 |
| | 0.6 | Send document link to William Choi and Larry Farmer for the sign off of the completion of the 1st and 2nd quarter interim review. | $ 197 | $ 118.2 |
| | 2.2 | Rerun material standard journal entries for each of the WR Grace entities for the period of time from the end of the quarter to the day after the press release. | $ 197 | $ 433.4 |
| | 1.2 | Discussion with Cheryl Frick as to the planning steps to be completed for the year-end audit of WR Grace. This includes areas to review for documentation purposes. | $ 197 | $ 236.4 |
| 08/21/2003 | 3.1 | Preparation of external binders for the 2003 fiscal year (12 total binders). This time includes printing out cover pages and ensuring that all external files in the 1st and 2nd quarter interim review are in their respective external binders. | $ 197 | $ 610.7 |
| 8.0 | 0.4 | Preparation and documentation of the step "External file index" | $ 197 | $ 78.8 |
| | 1.6 | Review of the WIPS for January thru July to ensure that all US engagement team members had signed off on an Independence Confirm. | $ 197 | $ 315.2 |
| | 1.4 | Create and mail foreign international confirmations for each of our 19 international partners and managers. | $ 197 | $ 275.8 |
| | 0.6 | Print off the US General and US General Supplement Steps for review by Grace Management | $ 197 | $ 118.2 |
| | 0.9 | Download the 2003 US General Database to be built into the Workplan for the WR Grace Audit. The time includes discussion with PwC's Computer Support Team in relation to how to obtain the dataset. | $ 197 | $ 177.3 |
| 08/22/2003 | 2.3 | As steps were deleted from the 2003 WR Grace Database, comparison of the steps per my local copy of the database to the Main database to verify which steps were deleted. | $ 197 | $ 453.1 |
| 7.0 | 1.1 | Discussion with Cheryl Frick in relation to adding the deleted steps back to the database. | $ 197 | $ 216.7 |
| | 0.9 | Add the deleted steps to the WR Grace 2003 Database. | $ 197 | $ 177.3 |
| | 2.1 | Comparison of the required steps per US General to the Grace Database in order to verify steps to be added. | $ 197 | $ 413.7 |
| | 0.6 | Build the new required steps into our workplan, item by item. | $ 197 | $ 118.2 |
| 08/25/2003 | 2.5 | Completion of steps in sections 100, 125 and 150 in the Database. Steps completed include "Prepare and monitor a list of client inputs," "Review the need for rotation of engagement team personnel," "Compile / update list of client-related entities in GEMS," etc. | $ 197 | $ 492.5 |
| 8.0 | 0.8 | Update the Domestic Engagement Team Contact List. Once updated, the list was attached to the MyClient Communications Tool. | $ 197 | $ 157.6 |
| | 2.3 | Create an International Engagement Team Contact List. This time includes review of the Audit Committee Report for each of our International Locations, review of the PwC International Office Guide, etc. Once completed, the list was attached to the MyClient Communications Tool. | $ 197 | $ 453.1 |
| 08/26/2003 | | Time spent on the MyClient Communications Tool, performing the following (This tool is used to communicate with our interinational teams): | $ 197 | $ - |
| 8.0 | 0.2 | Add the closing calendar for the 1st and 2nd quarter to the correspondence section of the tool. | $ 197 | $ 39.4 |
| | 0.4 | Add the press release and Form 10-Q for the 1st and 2nd quarter. | $ 197 | $ 78.8 |
| | 0.6 | Add new articles relevant to WR Grace for the 2003 fiscal year. | $ 197 | $ 118.2 |
| | 3.1 | Conversation with PwC's Computer Support Team related to adding sections to the Communications Tool and available training courses in the Communications Tool. In addition, the Support Team gave me a one hour training course on key points to be used with the tool. | $ 197 | $ 610.7 |
| | 0.9 | Add several categories to the Communications Tool. | $ 197 | $ 177.3 |
| | 1.6 | Review of Chemical Weekly on Factiva for articles relevant to Grace. | $ 197 | $ 315.2 |
| 08/28/2003 | 2.2 | Discussion with Cheryl Frick related to the objectives that she drafted for the 2003 WR Grace Engagement. | $ 197 | $ 433.4 |
| | 1.4 | Work on the year-end budget for the Davison Chemical and Corporate Team based on the prior year and updated understanding of procedures to be performed | $ 197 | $ 275.8 |
| 08/29/2003 | 1.2 | Conversation with Cheryl Frick related to the Planning Meeting Agenda. This time includes discussion of key milestones for the quarter, key issues, scheduling conflicts, etc. | $ 197 | $ 236.4 |
| 6.0 | 0.8 | Review of the Planning Agenda in order to provide suggested changes to Cheryl Frick. | $ 197 | $ 157.6 |
| | | Completion of the following Planning Steps: | $ 197 | $ - |
| | 1.3 | "Gain or update understanding of the Client and Its Industry" | $ 197 | $ 256.1 |
| | 1.3 | "Perform preliminary analytics", which includes a 4 year analysis of WR Grace Financial Information in Knowledge Curve. | $ 197 | $ 256.1 |
| | 1.1 | "Develop Audit Plan for Multinational Audit" | $ 197 | $ 216.7 |
| | 0.3 | "Consider Impact of Work of Internal Audit" | $ 197 | $ 59.1 |
| **Totals** | **54.4** | | | **$ 10,717** |

**W. R. Grace & Co.**
**Time Summary Report**
**Month Ended August 30, 2003**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|---|---|---|---|---|
| **Name: Renee Anderson** | | | | |
| 08/26/2003 | 0.50 | Review of the Deferred Tax Workpapers provided by the management of Darex Puerto Rico. | $ 256 | $ 128 |