| Date | Title | Total | Description |
|------|-------|-------|-------------|

**CONSOLIDATED AUDIT - WR Grace Audit**
**EXPENSE DETAIL - AUGUST 2003**

| | Date | Title | Total | Description |
|------|------|-------|-------|-------------|
| **Nina Govic** | 08/04/2003 | Audit Senior Associate | 26.74 | Dinner while travelling to Chicago for the WR Grace inventory observation. |
| | 08/04/2003 | Audit Senior Associate | 159.86 | Hotel stay in Chicago while attending Grace Inventory Observation |
| | 08/05/2003 | Audit Senior Associate | 11.21 | Breakfast at hotel while in Chicago for Grace inventory |
| | 08/05/2003 | Audit Senior Associate | 42.48 | Mileage in excess of normal office commute (118 Miles), from home to BWI Airport |
| | 08/05/2003 | Audit Senior Associate | 38.00 | Parking at BWI airport during trip to Chicago for Grace Inventory |
| | 08/06/2003 | Audit Senior Associate | 30.96 | Mileage in excess of normal office commute (86 Miles), from home to client site in Columbia, MD |
| | 08/07/2003 | Audit Senior Associate | 30.96 | Mileage in excess of normal office commute (86 Miles), from home to client site in Columbia, MD |
| | 08/11/03 | Audit Senior Associate | 30.96 | Mileage in excess of normal office commute (86 Miles), from home to client site in Columbia, MD |
| | 08/12/03 | Audit Senior Associate | 30.96 | Mileage in excess of normal office commute (86 Miles), from home to client site in Columbia, MD |
| | 08/13/03 | Audit Senior Associate | 30.96 | Mileage in excess of normal office commute (86 Miles), from home to client site in Columbia, MD |
| | 08/14/03 | Audit Senior Associate | 30.96 | Mileage in excess of normal office commute (86 Miles), from home to client site in Columbia, MD |
| | 08/15/03 | Audit Senior Associate | 30.96 | Mileage in excess of normal office commute (86 Miles), from home to client site in Columbia, MD |
| | | | **$ 495.01** | |
| | | | | |
| **Michelle Gerety** | 08/22/2003 | Tax Senior Manager | 17.00 | Parking in order to pick up WR Grace client files at the client location. |
| | | | **$ 17.00** | |
| | | | | |
| **Maureen Yeager** | 08/01/2003 | Audit Associate | 28.80 | Mileage in excess of normal office commute (86 Miles), from home to client site in Columbia, MD |
| | 08/18/2003 | Audit Associate | 28.80 | Mileage in excess of normal office commute (86 Miles), from home to client site in Columbia, MD |
| | 08/19/2003 | Audit Associate | 28.80 | Mileage in excess of normal office commute (86 Miles), from home to client site in Columbia, MD |
| | 08/20/2003 | Audit Associate | 28.80 | Mileage in excess of normal office commute (86 Miles), from home to client site in Columbia, MD |
| | 08/21/2003 | Audit Associate | 28.80 | Mileage in excess of normal office commute (86 Miles), from home to client site in Columbia, MD |
| | 08/25/2003 | Audit Associate | 28.80 | Mileage in excess of normal office commute (86 Miles), from home to client site in Columbia, MD |
| | 08/26/2003 | Audit Associate | 28.80 | Mileage in excess of normal office commute (86 Miles), from home to client site in Columbia, MD |
| | 08/27/03 | Audit Associate | 28.80 | Mileage in excess of normal office commute (86 Miles), from home to client site in Columbia, MD |
| | 08/28/03 | Audit Associate | 28.80 | Mileage in excess of normal office commute (86 Miles), from home to client site in Columbia, MD |
| | 08/29/03 | Audit Associate | 28.80 | Mileage in excess of normal office commute (86 Miles), from home to client site in Columbia, MD |
| | | | **$ 288.00** | |
| | | | | |
| **Todd Hutcherson** | 08/11/2003 | Audit Senior Manager | 25.55 | Mileage in excess of normal office commute (71 Miles), from home to client site in Elkridge, MD |
| | 08/11/2003 | Audit Senior Manager | 7.20 | Mileage from the Elkridge Plant to Curtis Bay (20 Miles) |
| | 08/11/2003 | Audit Senior Manager | 32.30 | Mileage in excess of normal office commute (90 Miles), from client site in Curtis Bay, MD to home |
| | | | **65.05** | |
| | | | | |
| | | | $ 865.06 | |

**CONSOLIDATED AUDIT - WR Grace Audit**
**EXPENSE DETAIL - July 31, 2003**

| Personnel | Date | Transportation | Lodging | Sundry | Business Meals and Entertainment |
|-----------|------|----------------|---------|--------|----------------------------------|
| Nina Govic | 08/04/2003 | | | | 26.74 |
| Nina Govic | 08/04/2003 | | 159.86 | | |
| Nina Govic | 08/05/2003 | | | | 11.21 |
| Nina Govic | 08/05/2003 | 42.48 | | | |
| Nina Govic | 08/05/2003 | 38.00 | | | |
| Nina Govic | 08/06/2003 | 30.96 | | | |
| Nina Govic | 08/07/2003 | 30.96 | | | |
| Nina Govic | 08/11/03 | 30.96 | | | |
| Nina Govic | 08/12/03 | 30.96 | | | |
| Nina Govic | 08/13/03 | 30.96 | | | |
| Nina Govic | 08/14/03 | 30.96 | | | |
| Nina Govic | 08/15/03 | 30.96 | | | |
| | | | | | |
| Michelle Gerety | 08/22/2003 | 17.00 | | | |
| | | | | | |
| Maureen Yeager | 08/01/2003 | 28.80 | | | |
| Maureen Yeager | 08/18/2003 | 28.80 | | | |
| Maureen Yeager | 08/19/2003 | 28.80 | | | |
| Maureen Yeager | 08/20/2003 | 28.80 | | | |
| Maureen Yeager | 08/21/2003 | 28.80 | | | |
| Maureen Yeager | 08/25/2003 | 28.80 | | | |
| Maureen Yeager | 08/26/2003 | 28.80 | | | |
| Maureen Yeager | 08/27/03 | 28.80 | | | |
| Maureen Yeager | 08/28/03 | 28.80 | | | |
| Maureen Yeager | 08/29/03 | 28.80 | | | |
| | | | | | |
| Todd Hutcherson | 08/11/2003 | 25.55 | | | |
| Todd Hutcherson | 08/11/2003 | 7.20 | | | |
| Todd Hutcherson | 08/11/2003 | 32.30 | | | |

| Summary | Total | Transportation | Lodging | Sundry | Business Meals |
|---------|-------|----------------|---------|--------|----------------|
| | 865.06 | 667.25 | 159.86 | - | 37.95 |

| **Description** |
| --- |
| |
| Meal while travelling |
| Hotel stay |
| Meal while travelling |
| Mileage in excess of daily commute |
| Parking |
| Mileage in excess of daily commute |
| Mileage in excess of daily commute |
| Mileage in excess of daily commute |
| Mileage in excess of daily commute |
| Mileage in excess of daily commute |
| Mileage in excess of daily commute |
| Mileage in excess of daily commute |
| |
| Parking |
| |
| Mileage in excess of daily commute |
| Mileage in excess of daily commute |
| Mileage in excess of daily commute |
| Mileage in excess of daily commute |
| Mileage in excess of daily commute |
| Mileage in excess of daily commute |
| Mileage in excess of daily commute |
| Mileage in excess of daily commute |
| Mileage in excess of daily commute |
| Mileage in excess of daily commute |
| |
| Mileage in excess of daily commute |
| Transportation from Elkridge to Curtis Bay |
| Mileage in excess of daily commute |