**CERTIFICATE OF SERVICE**

    I, Theodore J. Tacconelli, Esquire, hereby certify that on this 23rd day of October, 2003, I caused one copy of the foregoing Motion and Order for Admission Pro Hac Vice of Allyn S. Danzeisen, Esquire to be served on the following parties in the manner indicated:

SEE ATTACHED SERVICE LIST

Upon penalty of perjury I declare that the foregoing is true and correct.

                                                /s/Theodore J. Tacconelli
                                                Theodore J. Tacconelli