### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: November 12, 2003** |
| | | **Hearing Date: TBD only if necessary** |

## SUMMARY OF THE VERIFIED APPLICATION OF RICHARDSON PATRICK WESTBROOK & BRICKMAN, LLC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LEAD SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM AUGUST 1, 2003 THROUGH AUGUST 31, 2003

Name of Applicant:                                 Richardson Patrick Westbrook
                                                              & Brickman, LLC

Authorized to Provide Professional Services to:    Zonolite Attic Insulation Claimants

Date of Appointment:                               July 22, 2002

Period for which compensation and
Reimbursement is sought:                           August 1, 2003 through
                                                              August 31, 2003

Amount of Compensation sought as actual,
Reasonable, and necessary:                         $ 121,733.75

Amount of Expenses Reimbursement:                  $ 26,563.23

This is a: X monthly   _ interim   _ final application

Prior Application filed: Yes

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 10/31/02 | 7/22/2002 - 9/30/2002 | $170,069.50 | $44,005.38 | Approved | Approved |
| 12/04/02 | 10/01/2002 - 10/31//2002 | $163,682.00 | $35,319.00 | Approved | Approved |
| 01/08/2003 | 11/01/2002 - 11/30/2002 | $115,319.00 | $5,714.09 | Approved | Approved |
| 02/17/2003 | 12/01/2002 - 12/31/2002 | $104,018.00 | $32,439.18 | Approved | Approved |
| 03/19/2003 | 1/1/2003 - 1/31/2003 | $142,944.50 | $68,022.89 | Approved | Approved |
| 04/09/03 | 2/1/2003 - 2/28/2003 | $217,149.00 | $31,928.29 | Approved | Approved |
| 05/16/2003 | 3/1/2003- 3/31/2003 | $248,048.00 | $66,978.32 | Approved | Approved |
| 07/01/2003 | 4/1/2003- 4/30/2003 | $102,950.00 | $149,727.83 | No objections served on counsel | No objections served on counsel |
| 07/21/2003 | 5/1/2003- 5//31/2003 | $174,462.25 | $48,658.57 | No objections served on counsel | No objections served on counsel |
| 08/15/2003 | 6/1/2003- 6/30/2003 | $202,080.25 | $71,550.40 | No objections served on counsel | No objections served on counsel |
| 09/15/2003 | 7/1/2003- 7/31/2003 | $126,035.00 | $25,802.60 | Pending | Pending |

This is the twelfth RPWB application for monthly interim compensation of services filed with the Bankruptcy Court in this Chapter 11 case.

The total expended for the preparation of this application is approximately 20 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $7,000.

The Richardson Patrick Westbrook & Brickman attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Edward J. Westbrook | Partner | 26 | Litigation | $650 | 40.8 | $26,520.00 |
| Robert M. Turkewitz | Partner | 18 | Litigation | $400 | 66.3 | $26,520.00 |
| James L. Ward, Jr. | Associate | 6 | Litigation | $265 | 106.7 | $27,069.75 |
| Robert S. Wood | Associate | 4 | Litigation | $240 | 74.4 | $15,504.00 |
| Matthew J. Thiesing | Associate | 4 | Litigation | $225 | 6.0 | $1,350.00 |
| TOTALS | | | | | 294.2 | $96,963.75 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Kim Carr | Paralegal | 13 | Litigation | $125 | 56.9 | $6,862.50 |
| Janet Bakst* | Paralegal | 10 | Litigation | $125 | 74.6 | $9,325.00 |
| Lizzie Kerrison | Paralegal | 17 | Litigation | $125 | 55.1 | $6,887.50 |
| Carrie Hughes | Paralegal | 23 | Litigation | $125 | 13.7 | $1,462.50 |
| Adam Lorenz | Lit. Support | 1 | Litigation | $75 | 3.1 | $232.50 |
| TOTALS | | | | | 203.4 | $24,770.00 |

- Mrs. Bakst is a licensed attorney who has not yet taken the South Carolina Bar exam and is accordingly working as a senior paralegal and being billed as such.

## Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 11-Fee Applications, Applicant | | |
| 20-Travel–Non-working | 42.2 | $5,377.75 |
| 22-ZAI Science Trial | 455.4 | $116,356.00 |
| TOTALS | 497.6 | $121,733.75 |

## 23-ZAI Science Trial Expenses

| Description | Amount |
|---|---|
| Federal Express Overnight Delivery | $940.18 |
| Outside Duplicating | $5,456.33 |
| Lodging | $225.00 |
| Parking | $9.00 |
| Air Travel Expense | $1,420.39 |
| Mileage | $78.48 |
| Working Meals | $30.41 |
| Expert Services | $18,402.69 |
| Court Reporter | |
| General / Miscellaneous | |
| Total | $26,563.23 |

Dated: October 23, 2003
Wilmington, DE

ELZUFON  AUSTIN REARDON
TARLOV & MONDELL, P.A.

*/s/ William D. Sullivan*
William D. Sullivan (Bar No. 2820)
Charles J. Brown, III (Bar No. 3368)
300 Delaware Avenue, Suite 1700
P. O. Box 1630
Wilmington, Delaware 19899
(302) 428-3181

Local Counsel for ZAI Claimants

and

Edward J. Westbrook
RICHARDSON PATRICK WESTBROOK &
BRICKMAN
174 East Bay Street
Charleston, SC 29401
Telephone: (843) 727-6513
FAX: (843) 727-6688

Lead Counsel for ZAI Claimants

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: November 12, 2003** |
| | | **Hearing Date:  TBD only if necessary** |

## FEE DETAIL OF THE VERIFIED APPLICATION OF RICHARDSON PATRICK WESTBROOK & BRICKMAN, LLC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LEAD SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM AUGUST 1, 2003 THROUGH AUGUST 31, 2003

# Time report

## 08/01/2003 - 08/31/2003

| Date | Client No. | Client Name | Transaction Code | Rate | HRS/QTY | Total |
|------|-----------|-------------|------------------|------|---------|-------|
| Timekeeper | Matter No. | | Description | | | |

**Transaction:**  L106

| | **Day:** | **08/01/2003** | | | | |
|---|---|---|---|---|---|---|
| 08/01/2003 | 200106 | Zonolite Science Trial | L106 | $265.00 | 3.20 | $848.00 |
| jward | 0000 | | Multiple conferences with Ms. Hughes regarding search for recent asbestos articles (0.2); research legal and factual issues for response brief (2.4); multiple conferences with Ms. Carr regarding organization of attachments to response brief (0.2); review ZAI homeowner depositions for possible video affidavits (0.4) | | | |
| 08/01/2003 | 200106 | Zonolite Science Trial | L106 | $75.00 | 0.30 | $22.50 |
| alorenz | 0000 | | Organize ZAI Advertisements (0.3) | | | |
| 08/01/2003 | 200106 | Zonolite Science Trial | L106 | $125.00 | 3.20 | $400.00 |
| chughes | 0000 | | Research articles on amphibole hypothesis; fiber size; fiber counting and lung burden studies in past five years (3.0); multiple conversations with Jay Ward regarding recent asbestos articles (.2) | | | |
| 08/01/2003 | 200106 | Zonolite Science Trial | L106 | $650.00 | 1.10 | $715.00 |
| ewestbrook | 0000 | | Review response to Consolidation Motion by Grace (.2); review ZAI remodeling data and articles (.3); discussions with Grace counsel regarding ZAI matters (.2); review recent medical article on asbestos fiber length issues with respect to occupational standard for potential use in ZAI response brief regarding dangerous size fibers (.4) | | | |
| 08/01/2003 | 200106 | Zonolite Science Trial | L106 | $400.00 | 0.20 | $80.00 |
| rturkewitz | 0000 | | Letter to co-counsel forwarding Zonolite Attic insulation packaging and advertising materials (.2). | | | |
| 08/01/2003 | 200106 | Zonolite Science Trial | L106 | $240.00 | 2.80 | $672.00 |
| bwood | 0000 | | Review e-mail from Mr. Ward regarding Cohen deposition (.1); review all cases on property damage in response brief (2.3); checking citations and minor editing to response brief (.4) | | | |
| 08/01/2003 | 200106 | Zonolite Science Trial | L106 | $125.00 | 0.20 | $25.00 |
| kcarr | 0000 | | Multiple conversations with Jay Ward regarding attachments to response brief | | | |
| | **Day:** | **08/02/2003** | | | | |
| 08/02/2003 | 200106 | Zonolite Science Trial | L106 | $650.00 | 3.40 | $2,210.00 |
| ewestbrook | 0000 | | Continue work on ZAI responsive briefs | | | |
| | **Day:** | **08/03/2003** | | | | |
| 08/03/2003 | 200106 | Zonolite Science Trial | L106 | $650.00 | 2.80 | $1,820.00 |
| ewestbrook | 0000 | | Continue work on ZAI responsive briefs (2.8) | | | |

10/16/2003

2

# Time report

### 08/01/2003 - 08/31/2003

| Date Timekeeper | Client No. Matter No. | Client Name | Transaction Code Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| 08/03/2003 jward | 200106 0000 | Zonolite Science Trial | L106<br>Continue research and revision of response brief | $265.00 | 5.20 | $1,378.00 |
| 08/03/2003 rturkewitz | 200106 0000 | Zonolite Science Trial | L106<br>Review Response to Grace's Motion for Summary Judgment (1.5). | $400.00 | 1.50 | $600.00 |
| **Day:** | | **08/04/2003** | | | | |
| 08/04/2003 rturkewitz | 200106 0000 | Zonolite Science Trial | L106<br>Received and reviewed draft Response to Grace's Motion to Exclude Kilpatrick (1.2); Memo to Ed Westbrook, Jay Ward, and Bobby Wood regarding Response (.1); Received and reviewed comments from Ed Westbrook and Bobby Wood (.2); Received and reviewed Ed Westbrook's comments regarding Consolidation Motion Response (.2). | $400.00 | 1.70 | $680.00 |
| 08/04/2003 kcarr | 200106 0000 | Zonolite Science Trial | L106<br>Compiling and organizing documents to be used as attachments for Response to WRG Motion for Summary Judgment (8.0); multiple conversations with Jay Ward regarding attachments to response brief (.2) | $125.00 | 8.20 | $1,025.00 |
| 08/04/2003 jward | 200106 0000 | Zonolite Science Trial | L106<br>Continue research and revision of response brief (8.4); multiple telephone conferences and conferences with Mr. Westbrook regarding same (0.3); multiple conferences with Mr. Wood regarding property damage burden of proof and risk assessment issues (0.3); draft memo to Mr. Westbrook regarding additional evidence to support position on dust testing and ZAI health risks (0.2); review Armstrong orders and transcripts for support for response brief (1.4); review Hamilton deposition transcript for testimony to include in response brief (0.4); multiple conferences with Ms. Carr regarding compilation and organization of attachments to response brief (0.2) | $265.00 | 11.20 | $2,968.00 |
| 08/04/2003 ewestbrook | 200106 0000 | Zonolite Science Trial | L106<br>Additional revisions to response to Grace's motion for summary judgment (2.8); various conversations with Jay Ward regarding response briefs (.3) | $650.00 | 3.10 | $2,015.00 |
| 08/04/2003 chughes | 200106 0000 | Zonolite Science Trial | L106<br>Search asbestos articles for past five years for ZAI issues discussion (1.0) | $125.00 | 1.00 | $125.00 |
| 08/04/2003 bwood | 200106 0000 | Zonolite Science Trial | L106<br>Review Scott's brief on Kilpatrick exclusion and commented (1.6); review photos of homes for Mr. Turkewitz (.3); various conversations with Jay Ward regarding PD burden of proof and risk assessment issues (.3) | $240.00 | 2.20 | $528.00 |
| **Day:** | | **08/05/2003** | | | | |
| 08/05/2003 bwood | 200106 0000 | Zonolite Science Trial | L106<br>Respond to search request for testing documents (.1); review e-mail from Mr. Turkewitz regarding Volpe research (.2); review and edit | $240.00 | 1.50 | $360.00 |

# Time report

### 08/01/2003 - 08/31/2003

| Date<br>Timekeeper | Client No.<br>Matter No. | Client Name | Transaction Code<br>Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| | | | response to Grace's consolidation motion (1.2) | | | |
| 08/05/2003<br>ewestbrook | 200106<br>0000 | Zonolite Science Trial | L106<br>Revisions to our response to Grace's motion for summary judgment (.5); discussions with Jay Ward regarding same (.2); discussions with Grace counsel regarding ZAI matters (.3) | $650.00 | 1.00 | $650.00 |
| 08/05/2003<br>jward | 200106<br>0000 | Zonolite Science Trial | L106<br>Continue researching and drafting response brief (2.9); multiple conferences with Mr. Westbrook regarding same (0.2); multiple conferences with Ms. Carr regarding organization and compilation of attachments to brief (0.2); multiple telephone conferences with expert regarding dust testing documents needed (0.2); review witness affidavit (0.1); conference with Mr. Turkewitz regarding same (0.1); telephone conference with Minnesota counsel regarding same (0.1); conference with Mr. Turkewitz regarding EPA Libby testing (0.1); review CD regarding same (0.1) | $265.00 | 4.00 | $1,060.00 |
| 08/05/2003<br>kcarr | 200106<br>0000 | Zonolite Science Trial | L106<br>Compiling and organizing documents to be used as attachments for Response to WRG Motion for Summary Judgment (7.0); conversation with Jay Ward regarding attachments to response brief (.2) | $125.00 | 7.20 | $900.00 |
| 08/05/2003<br>lkerrison | 200106<br>0000 | Zonolite Science Trial | L106<br>Compare copies of testing documents produced in Barbanti to testing produced in ZAI (2.0); Review testing documents produced by Volpe (1.0); Review NAS for background asbestos levels (1.0) | $125.00 | 4.00 | $500.00 |
| 08/05/2003<br>rturkewitz | 200106<br>0000 | Zonolite Science Trial | L106<br>Reviewed information and reports from EPA (1.2); Memo to ZAI team regarding EPA materials (.5); Telephone conference with Kristy Bergland regarding comments to Response to Grace's Motion To Exclude Kilpatrick (.8); Emails to Kristy Bergland following up on comments (.2); Conference with Jay Ward regarding witness (.1); Finalized affidavit of prospective witness (1.5); Email forwarding Affidavit to co-counsel (.4); Conference with Jay Ward regarding EPA Libby testing (.1). | $400.00 | 4.80 | $1,920.00 |
| Day: | | 08/06/2003 | | | | |
| 08/06/2003<br>kcarr | 200106<br>0000 | Zonolite Science Trial | L106<br>Compiling and organizing documents to be used as attachments for Response to WRG Motion for Summary Judgment (7.0); conversation with Jay Ward regarding attachments to response brief (.2) | $125.00 | 7.20 | $900.00 |
| 08/06/2003<br>jward | 200106<br>0000 | Zonolite Science Trial | L106<br>Continue researching and drafting response brief (3.8); multiple conferences with Mr. Westbrook regarding same (0.3); multiple conferences with Ms. Carr regarding organization and compilation of attachments to brief (0.2) | $265.00 | 4.30 | $1,139.50 |
| 08/06/2003<br>bwood | 200106<br>0000 | Zonolite Science Trial | L106<br>Discussion with Mr. Turkewitz demonstrating the risk assessment | $240.00 | 0.60 | $144.00 |

10/16/2003

4

# Time report

### 08/01/2003 - 08/31/2003

| Date Timekeeper | Client No. Matter No. | Client Name | Transaction Code Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| | | | calculations and charts | | | |
| 08/06/2003 ewestbrook | 200106 0000 | Zonolite Science Trial | L106 | $650.00 | 0.30 | $195.00 |
| | | | Multiple conversations with Jay Ward regarding response brief | | | |
| 08/06/2003 rturkewitz | 200106 0000 | Zonolite Science Trial | L106 | $400.00 | 0.60 | $240.00 |
| | | | Conversation with Bobby Wood regarding risk assessment calculations and charts | | | |
| **Day:** | | **08/07/2003** | | | | |
| 08/07/2003 ewestbrook | 200106 0000 | Zonolite Science Trial | L106 | $650.00 | 6.10 | $3,965.00 |
| | | | Conversations with Grace counsel regarding ZAI proceedings (.2); review Armstrong Order for applicability to ZAI (.4); review Armstrong November 1 transcript for statements relevant to ZAI brief (.8); discussions with Jay Ward regarding revisions to brief (.4); continue revisions to brief, insertions of additional language (4.3) | | | |
| 08/07/2003 jward | 200106 0000 | Zonolite Science Trial | L106 | $265.00 | 1.20 | $318.00 |
| | | | Make final revisions to response brief (.8); conversation with Ed Westbrook regarding revisions to brief (.4) | | | |
| 08/07/2003 kcarr | 200106 0000 | Zonolite Science Trial | L106 | $125.00 | 7.00 | $875.00 |
| | | | Compiling and organizing documents to be used as attachments for Response to WRG Motion for Summary Judgment. | | | |
| 08/07/2003 lkerrison | 200106 0000 | Zonolite Science Trial | L106 | $125.00 | 6.70 | $837.50 |
| | | | Review CHAPS for background asbestos air level and compile all documents related to background asbestos air levels (1.5); Review plaintiff's expert simulation studies report (3.0); Continue reviewing ligren's reliance medical articles (2.2) | | | |
| **Day:** | | **08/08/2003** | | | | |
| 08/08/2003 kcarr | 200106 0000 | Zonolite Science Trial | L106 | $125.00 | 2.00 | $250.00 |
| | | | Organizing pleadings to be sent to defense counsel (2.0) | | | |
| **Day:** | | **08/11/2003** | | | | |
| 08/11/2003 rturkewitz | 200106 0000 | Zonolite Science Trial | L106 | $400.00 | 2.90 | $1,160.00 |
| | | | Began reviewing Grace's Responses to Claimants' Motions (1.5); Received and reviewed article from expert (.5); Memo to PD team forwarding article received from expert (.2); Received and reviewed US Statement regarding Grace's Motion for Summary Judgment and Claimant's Motion to Exclude Lee's Opinions (.5); Memo to PD team forwarding US Statement (.2). | | | |
| 08/11/2003 jward | 200106 0000 | Zonolite Science Trial | L106 | $265.00 | 3.40 | $901.00 |
| | | | Review Grace response to summary judgment motion (0.6); outline reply | | | |

10/16/2003 10:05:27 AM Garcia, Kimberly A.

# Time report

## 08/01/2003 - 08/31/2003

| Date Timekeeper | Client No. Matter No. | Client Name | Transaction Code / Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| | | | brief (0.6); draft memo regarding proposed reply brief (0.4); research and draft reply brief (1.3); conversation with Bobby Wood regarding briefs and strategy (.5) | | | |
| 08/11/2003 ewestbrook | 200106 0000 | Zonolite Science Trial | L106 Review materials concerning ZAI for reply brief | $650.00 | 0.60 | $390.00 |
| 08/11/2003 bwood | 200106 0000 | Zonolite Science Trial | L106 Review Grace response brief - summary judgment (1.2); review EPA response brief – Lee/indirect method (.7); meet with Mr. Ward to discuss briefs and reply brief (.5); review memo from Ms. Kerrison regarding ligren (.1) | $240.00 | 2.50 | $600.00 |
| **Day:** | | **08/12/2003** | | | | |
| 08/12/2003 bwood | 200106 0000 | Zonolite Science Trial | L106 Review Mr. Ward memo regarding reply brief (.2); research cases for reply brief (1.4); research and draft section of reply brief on Versar study (2.5); briefly review sample preparation article forwarded by Mr. Westbrook (.2); multiple conferences with Jay Ward regarding contractor testimony and risk assessment data, Versar study and property damage issues (.8) | $240.00 | 5.10 | $1,224.00 |
| 08/12/2003 kcarr | 200106 0000 | Zonolite Science Trial | L106 Search for OSHA exhibit boxes at co-counsel's office and review relevant documents | $125.00 | 3.50 | $437.50 |
| 08/12/2003 alorenz | 200106 0000 | Zonolite Science Trial | L106 Meeting with Lizzie Kerrison to review data for ZAI Science Trial charts. | $75.00 | 1.00 | $75.00 |
| 08/12/2003 jward | 200106 0000 | Zonolite Science Trial | L106 Continue researching and draft reply brief (13.1); multiple telephone calls with Mr. Westbrook regarding same (0.2); multiple conferences with Mr. Wood regarding contractor testimony and risk assessment data supporting same, criticisms of Versar Study for inclusion in reply brief, and research on property damage issues (0.8) | $265.00 | 14.10 | $3,736.50 |
| 08/12/2003 ewestbrook | 200106 0000 | Zonolite Science Trial | L106 Discussion with Rob Turkewitz concerning ZAI briefs (.2); discussions with Jay Ward concerning reply brief (.2); review briefs in preparation for revising reply (.5); review Court Order regarding budget (.1) | $650.00 | 1.00 | $650.00 |
| 08/12/2003 chughes | 200106 0000 | Zonolite Science Trial | L106 Search for OSHA exhibit boxes at co-counsel's office and review pertinent OSHA exhibits (3.5) | $125.00 | 3.50 | $437.50 |
| 08/12/2003 jbakst | 200106 0000 | Zonolite Science Trial | L106 Review opposition papers to motion for summary judgment and motion to exclude opinion. (1.5) | $125.00 | 1.50 | $187.50 |
| 08/12/2003 | 200106 | Zonolite Science Trial | L106 | $400.00 | 2.80 | $1,120.00 |

10/16/2003

6

# Time report

## 08/01/2003 - 08/31/2003

| Date | Client No. | Client Name | Transaction Code | Rate | HRS/QTY | Total |
|------|-----------|-------------|------------------|------|---------|-------|
| Timekeeper | Matter No. | | Description | | | |
| rturkewitz | 0000 | | Continued reviewing Grace's Responses to Claimants' Motion (1.0); Received and reviewed ATSDR documents regarding ZAI from expert, forwarded same to PD team (.8); Letter to experts enclosing Motion to Exclude Lee's testimony, and Grace's response to same (.8); conversation with Ed Westbrook concerning briefs (.2) | | | |
| 08/12/2003 200106 | | Zonolite Science Trial | L106 | $125.00 | 6.50 | $812.50 |
| lkerrison | 0000 | | Continue reviewing ligren's reliance medical articles (2.0); Review testing data with Adam Lorenz for various ZAI testing charts (1.0); Locate documents for Jay Ward regarding Grace references to never able to achieve low levels (3.5) | | | |
| **Day:** | | **08/13/2003** | | | | |
| 08/13/2003 200106 | | Zonolite Science Trial | L106 | $400.00 | 12.10 | $4,840.00 |
| rturkewitz | 0000 | | Telephone conference with consultant regarding scientific issues addressed in Grace's Responses (.4); Telephone conference with counsel regarding scientific issues addressed in Grace's Responses (.8); Telephone conference with expert regarding scientific issues addressed in Grace's Responses (.4); Drafted Reply to Grace's Lee Response (10.5). | | | |
| 08/13/2003 200106 | | Zonolite Science Trial | L106 | $125.00 | 5.80 | $725.00 |
| jbakst | 0000 | | Review draft reply to Grace's response to claimants' motion for summary judgment and search for supporting documents (3.5); Search documents and organize exhibits for reply to Grace's response to motion to exclude opinion (1.5); Search expert depos for testimony re: fiber widths and opaque/TEM issues for reply brief (.8). | | | |
| 08/13/2003 200106 | | Zonolite Science Trial | L106 | $265.00 | 2.50 | $662.50 |
| jward | 0000 | | Continue researching and drafting reply brief (2.2); conference with Ms. Bakst regarding Grace documents and testimony supporting same (0.2); conversation with Ed Westbrook regarding briefs (.1) | | | |
| 08/13/2003 200106 | | Zonolite Science Trial | L106 | $650.00 | 2.50 | $1,625.00 |
| ewestbrook | 0000 | | Work on reply brief to Grace's Opposition to Claimants' Motion for Summary Judgment (1.5); review Grace's opposition to Claimants' Lee motion, Grace's opposition to our consumer products motion and Grace's opposition to our Summary Judgment motion (.9); conversation with Jay Ward regarding brief (.1) | | | |
| 08/13/2003 200106 | | Zonolite Science Trial | L106 | $240.00 | 2.20 | $528.00 |
| bwood | 0000 | | Research cases cited by Grace in its reply brief (1.8); review ATSDR talking points on Libby and Zonolite (.4) | | | |
| **Day:** | | **08/14/2003** | | | | |
| 08/14/2003 200106 | | Zonolite Science Trial | L106 | $240.00 | 2.20 | $528.00 |
| bwood | 0000 | | Review and edit draft reply brief | | | |
| 08/14/2003 200106 | | Zonolite Science Trial | L106 | $650.00 | 5.60 | $3,640.00 |
| ewestbrook | 0000 | | Continued work on reply brief, editing, correcting, adding and revising | | | |

# Time report

### 08/01/2003 - 08/31/2003

| Date<br>Timekeeper | Client No.<br>Matter No. | Client Name | Transaction Code<br>Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| | | | language (5.2); conversations with Rob Turkewitz regarding Lee reply (.2); conversation with Jay Ward regarding draft of summary judgment reply (.2) | | | |
| 08/14/2003<br>jward | 200106<br>0000 | Zonolite Science Trial | L106<br>Continue researching and drafting reply brief (4.0); telephone conference with Mr. Westbrook regarding same (0.2); conference with Ms. Kerrison regarding Grace testing document supporting same (0.2); conference with Ms. Bakst regarding medical deposition testimony supporting same (0.2); conference with Ms. Carr regarding attachments to same (0.1); review Grace brief in response to Lee motion (0.4); multiple conferences with Mr. Turkewitz regarding reply brief on Lee motion (0.2); review and revise same (0.8); compile counting rules research in support of same (0.2) | $265.00 | 6.30 | $1,669.50 |
| 08/14/2003<br>jbakst | 200106<br>0000 | Zonolite Science Trial | L106<br>Search Ilgren and Hughson depos for testimony  to support reply brief (2.5); Search Lee depo for testimony to support reply brief (1.7); conversation with Jay Ward regarding medical deposition testimony (.2) | $125.00 | 4.40 | $550.00 |
| 08/14/2003<br>rturkewitz | 200106<br>0000 | Zonolite Science Trial | L106<br>Continued drafting Reply regarding cleavage fragments (6.5); Telephone conference with consultant regarding Reply brief (.8); Telephone conference with Darrell Scott regarding briefing (.5); Multiple conferences with Jay Ward regarding reply brief on Lee motion (.2); Conversation with Ed Westbrook regarding Lee reply brief (.2) | $400.00 | 8.20 | $3,280.00 |
| 08/14/2003<br>lkerrison | 200106<br>0000 | Zonolite Science Trial | L106<br>Locate documents for Jay Ward showing that TWA attic results were above .1 f/cc (3.0); conversation with Jay Ward regarding testing documents (.2) | $125.00 | 3.20 | $400.00 |
| 08/14/2003<br>kcarr | 200106<br>0000 | Zonolite Science Trial | L106<br>Compiling and organizing documents to be used as attachments for Reply brief re: Motion for Summary Judgment (6.0); conversation with Jay Ward regarding consultants (.1). | $125.00 | 6.10 | $762.50 |
| **Day:** | | **08/15/2003** | | | | |
| 08/15/2003<br>kcarr | 200106<br>0000 | Zonolite Science Trial | L106<br>Compiling and organizing documents to be used as attachments for Reply brief re: Motion for Summary Judgment. | $125.00 | 4.00 | $500.00 |
| 08/15/2003<br>rturkewitz | 200106<br>0000 | Zonolite Science Trial | L106<br>Review revised Reply brief (2.5). | $400.00 | 2.50 | $1,000.00 |
| 08/15/2003<br>jward | 200106<br>0000 | Zonolite Science Trial | L106<br>Continue researching and drafting reply brief (6.5); multiple conferences with Mr. Westbrook regarding same (0.2); multiple conferences with Mr. Wood regarding supporting evidence needed for same and calculation of fiber levels from disturbance testing (0.5) | $265.00 | 7.20 | $1,908.00 |

# Time report

### 08/01/2003 - 08/31/2003

| Date<br>Timekeeper | Client No.<br>Matter No. | Client Name | Transaction Code<br>Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| 08/15/2003<br>jbakst | 200106<br>0000 | Zonolite Science Trial | L106<br>Proof read and correct footnotes and citations in Lee reply brief, locate and copy attachments(7.5). | $125.00 | 7.50 | $937.50 |
| 08/15/2003<br>bwood | 200106<br>0000 | Zonolite Science Trial | L106<br>Research for brief on OSHA regulations and risk estimates (.7); review background levels of asbestos in environment (.5); discussions with Mr. Ward regarding background levels and calculations for brief (.5); review of report numbers for TWA and calculations on background levels, Pinchin study levels, time-weighted averages (2.3) | $240.00 | 4.00 | $960.00 |
| 08/15/2003<br>ewestbrook | 200106<br>0000 | Zonolite Science Trial | L106<br>Conversations with Jay Ward regarding reply brief | $650.00 | 0.20 | $130.00 |
| **Day:** | | **08/17/2003** | | | | |
| 08/17/2003<br>ewestbrook | 200106<br>0000 | Zonolite Science Trial | L106<br>Further revision to Lee response, summary judgment response and comments on consumer protection brief reply | $650.00 | 1.80 | $1,170.00 |
| 08/17/2003<br>jward | 200106<br>0000 | Zonolite Science Trial | L106<br>Review and revise reply brief for summary judgment and Lee motion | $265.00 | 1.40 | $371.00 |
| **Day:** | | **08/18/2003** | | | | |
| 08/18/2003<br>jward | 200106<br>0000 | Zonolite Science Trial | L106<br>Conduct final research and drafting on reply brief for summary judgment and Lee motion (5.6); multiple conferences with Mr. Westbrook regarding same (0.3) | $265.00 | 5.90 | $1,563.50 |
| 08/18/2003<br>jbakst | 200106<br>0000 | Zonolite Science Trial | L106<br>Begin preparation of Clarke Russ video affidavit outline (1). | $125.00 | 1.00 | $125.00 |
| 08/18/2003<br>rturkewitz | 200106<br>0000 | Zonolite Science Trial | L106<br>Reviewed, proofread and finalized Reply brief regarding cleavage fragments (3.8); Received and reviewed Reply brief regarding Consumer Statutes (.8); Received and reviewed information from consultant regarding cleavage fragments (.5). | $400.00 | 5.10 | $2,040.00 |
| 08/18/2003<br>kcarr | 200106<br>0000 | Zonolite Science Trial | L106<br>Compiling and organizing documents to be used as attachments for Reply brief re: Motion for Summary Judgment (3.0); arrangements for documents to be scanned, copied, and bound (1.0); finalize briefs to be served on Grace counsel (2.5) | $125.00 | 6.50 | $812.50 |
| 08/18/2003<br>ewestbrook | 200106<br>0000 | Zonolite Science Trial | L106<br>Multiple conversations with Jay Ward regarding reply briefs | $650.00 | 0.30 | $195.00 |
| 08/18/2003 | 200106 | Zonolite Science Trial | L106 | $240.00 | 0.40 | $96.00 |

10/16/2003

# Time report

### 08/01/2003 - 08/31/2003

| Date | Client No. | Client Name | Transaction Code | Rate | HRS/QTY | Total |
|------|-----------|-------------|------------------|------|---------|-------|
| Timekeeper | Matter No. | | Description | | | |
| bwood | 0000 | | Video affidavit preparation | | | |

| Day: | | 08/19/2003 | | | | |
|------|---|-----------|---|---|---|---|

| 08/19/2003 | 200106 | Zonolite Science Trial | L106 | $240.00 | 2.20 | $528.00 |
|------------|--------|------------------------|------|---------|------|---------|
| bwood | 0000 | | Review summaries of testimony to be included in affidavits (1.2); review Grace reply brief (1.0) | | | |

| 08/19/2003 | 200106 | Zonolite Science Trial | L106 | $265.00 | 0.40 | $106.00 |
|------------|--------|------------------------|------|---------|------|---------|
| jward | 0000 | | Review ATSDR documents regarding ZAI (0.3); review asbestos analysis on Goltz vermiculite (0.1) | | | |

| 08/19/2003 | 200106 | Zonolite Science Trial | L106 | $125.00 | 6.50 | $812.50 |
|------------|--------|------------------------|------|---------|------|---------|
| lkerrison | 0000 | | Locate and review Com science article for average airborne fiber concentrations (1.0); Review ZAI Grace actual attic testing for low/high and average testing results (5.5) | | | |

| 08/19/2003 | 200106 | Zonolite Science Trial | L106 | $125.00 | 7.50 | $937.50 |
|------------|--------|------------------------|------|---------|------|---------|
| jbakst | 0000 | | Finish prep on video affidavit summary (3); Research right to jury trial in bankruptcy proceeding(1); Prepare second video affidavit summary(3.5) | | | |

| Day: | | 08/20/2003 | | | | |
|------|---|-----------|---|---|---|---|

| 08/20/2003 | 200106 | Zonolite Science Trial | L106 | $125.00 | 7.50 | $937.50 |
|------------|--------|------------------------|------|---------|------|---------|
| jbakst | 0000 | | Prepare third video affidavit summary (4.5); Prepare fourth video affidavit summary (3.0) | | | |

| 08/20/2003 | 200106 | Zonolite Science Trial | L106 | $650.00 | 3.80 | $2,470.00 |
|------------|--------|------------------------|------|---------|------|-----------|
| ewestbrook | 0000 | | Review Grace's reply briefs and attachments (1.2); strategic meeting with Rob Turkewitz, Jay Ward and Bobby Wood regarding preparation for ZAI trial (1.5); prepare memos regarding ZAI points (.5); review remodeling trends for use in argument concerning ZAI (.6) | | | |

| 08/20/2003 | 200106 | Zonolite Science Trial | L106 | $400.00 | 4.50 | $1,800.00 |
|------------|--------|------------------------|------|---------|------|-----------|
| rturkewitz | 0000 | | Meeting of ZAI Attorneys regarding planning and strategy for upcoming Hearing (1.5); Telephone conference with asbestos consultant regarding testing issues (.5); Telephone conference with EPA regarding ZAI Hearing (1.0); Received and reviewed NIOSH document regarding cleavage fragments (.5); Memo to PD team regarding NIOSH document (.2); Received and reviewed Dr. Anderson medical article regarding vermiculite products (.2); Memo to PD team regarding Dr. Anderson's medical article on vermiculite products (.2); Information to expert regarding medical article on vermiculite to review (.2); Information regarding USGS Fact Sheet on asbestos (.2). | | | |

| 08/20/2003 | 200106 | Zonolite Science Trial | L106 | $265.00 | 2.50 | $662.50 |
|------------|--------|------------------------|------|---------|------|---------|
| jward | 0000 | | Conference with Messrs. Westbrook, Turkewitz and Wood regarding trial preparation and strategy (1.5); conference with Ms. Carr regarding assistance needed compiling supplemental reliance materials (0.2); conference with Mr. Wood regarding video affidavits (0.2); analyze Grace reply briefs (0.4); draft memo regarding Grace's use of discriminatory counting in the 1970's (0.2) | | | |

# Time report

## 08/01/2003 - 08/31/2003

| Date<br>Timekeeper | Client No.<br>Matter No. | Client Name | Transaction Code<br>Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| 08/20/2003<br>bwood | 200106<br>0000 | Zonolite Science Trial | L106<br><br>Review summaries of testimony to be included in affidavits (1.0); work on video affidavit project (2.9); Meeting with Messrs. Ward, Turkewitz and Westbrook regarding preparation and assignments for hearing (1.5); conversation with Jay Ward regarding video affidavits (.2) | $240.00 | 5.60 | $1,344.00 |
| 08/20/2003<br>kcarr | 200106<br>0000 | Zonolite Science Trial | L106<br><br>Conversation with Jay Ward regarding compiling supplemental reliance materials | $125.00 | 0.20 | $25.00 |
| **Day:** | | **08/21/2003** | | | | |
| 08/21/2003<br>alorenz | 200106<br>0000 | Zonolite Science Trial | L106<br><br>Meeting with Ed Westbrook and Lizzie Kerrison regarding charts needed for ZAI trial | $75.00 | 0.50 | $37.50 |
| 08/21/2003<br>kcarr | 200106<br>0000 | Zonolite Science Trial | L106<br><br>Multiple conversations with Jay Ward regarding supplemental reliance materials | $125.00 | 0.20 | $25.00 |
| 08/21/2003<br>bwood | 200106<br>0000 | Zonolite Science Trial | L106<br><br>Continue work on video affidavit project (3.5); discussion with Mr. Ward regarding video affidavits (.2); phone call to witness regarding affidavit (.2) | $240.00 | 3.90 | $936.00 |
| 08/21/2003<br>jward | 200106<br>0000 | Zonolite Science Trial | L106<br><br>Multiple conferences with Ms. Bakst regarding calculation of ZAI sales and homes (0.2); compile research and documents regarding same (0.2); multiple conferences with Ms. Carr regarding supplemental reliance materials (0.2); conference with Mr. Wood regarding contractor video affidavits (0.1); coordinate same (0.2) | $265.00 | 0.90 | $238.50 |
| 08/21/2003<br>rturkewitz | 200106<br>0000 | Zonolite Science Trial | L106<br><br>Reviewed documents regarding Science Trial (.8); Conference call with Ed Westbrook and other counsel regarding ZAI Science Trial Hearing (.8); Telephone conference regarding witness video affidavit (.5); Reviewed cases regarding Bankruptcy Court Rules (.8); Telephone conference with Ed Westbrook regarding ZAI issues (.3). | $400.00 | 3.20 | $1,280.00 |
| 08/21/2003<br>lkerrison | 200106<br>0000 | Zonolite Science Trial | L106<br><br>Input and check low/high TWA's and Averages in Grace actual ZAI testing (6.0); Meet with Ed Westbrook and Adam Lorenz regarding various ZAI testing results bar charts (.5) | $125.00 | 6.50 | $812.50 |
| 08/21/2003<br>ewestbrook | 200106<br>0000 | Zonolite Science Trial | L106<br><br>Meeting with Lizzie Kerrison and Adam Lorenz regarding charts for ZAI trial (.5); discussions with Rob Turkewitz and other counsel regarding defense expert work and its incompatibility with accepted scientific standards (.8); review Claimants' reply in support of motion of summary | $650.00 | 2.90 | $1,885.00 |

# Time report

### 08/01/2003 - 08/31/2003

| Date Timekeeper | Client No. Matter No. | Client Name | Transaction Code / Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| | | | judgment on consumer protection and email to Darrell Scott with suggestions for charts derived from brief (.6); emails to Darrell Scott regarding ZAI hearing (.1); conversations with Grace counsel regarding ZAI issues (.2); review information from Grace counsel regarding ZAI issues and respond to same (.4); telephone conversation with Rob Turkewitz regarding ZAI issues (.3) | | | |
| 08/21/2003 jbakst | 200106 0000 | Zonolite Science Trial | L106 — Prepare fifth video affidavit summary (4.0); multiple conversations with Jay Ward regarding calculation of ZAI sales and homes with ZAI (.2). | $125.00 | 4.20 | $525.00 |
| **Day:** | | **08/22/2003** | | | | |
| 08/22/2003 lkerrison | 200106 0000 | Zonolite Science Trial | L106 — Create and input ZAI testing data for various bar charts | $125.00 | 3.70 | $462.50 |
| 08/22/2003 rturkewitz | 200106 0000 | Zonolite Science Trial | L106 — Reviewed Mine Study documents (.5); Telephone conference with government agency regarding study (.3); Conference with Bobby Wood regarding video affidavits (.4); Telephone conference with Jay Ward regarding video affidavits and use of ZAI sample in video affidavit (.2); Telephone conference with Steve Hays regarding testimony (.4); Received and reviewed information regarding New York City dust testing (.5). | $400.00 | 2.30 | $920.00 |
| 08/22/2003 jward | 200106 0000 | Zonolite Science Trial | L106 — Multiple conferences with Ms. Bakst regarding ZAI sale and ZAI homes (0.2); review documents regarding same (0.2); telephone conference with Mr. Turkewitz regarding video affidavits and use of ZAI sample in video affidavit (0.2); telephone conference with Ms. Jeske regarding same (0.1); draft memo to Mr. Strom forwarding vermiculite sample (0.2); telephone conference with contractor regarding ZAI (0.3); coordinate meeting with him (0.2) | $265.00 | 1.40 | $371.00 |
| 08/22/2003 jbakst | 200106 0000 | Zonolite Science Trial | L106 — Research number of homes containing ZAI (3); multiple conversations with Jay Ward regarding ZAI sales and homes with ZAI (.2) | $125.00 | 3.20 | $400.00 |
| 08/22/2003 bwood | 200106 0000 | Zonolite Science Trial | L106 — Work on video affidavits (2.1); phone calls with ZAI homeowners (.5); review medical journal article on vermiculite (.2); conversation with Rob Turkewitz regarding video affidavits (.4) | $240.00 | 3.20 | $768.00 |
| **Day:** | | **08/25/2003** | | | | |
| 08/25/2003 jbakst | 200106 0000 | Zonolite Science Trial | L106 — Research number of bags sold, sizes of bags, number of bags per attic, net sales, history of Zonolite, consumer price index, Canadian sales (6.5); conversation with Ed Westbrook regarding sales data (.5) | $125.00 | 7.00 | $875.00 |
| 08/25/2003 jward | 200106 0000 | Zonolite Science Trial | L106 — Review recent medical article regarding exposure to vermiculite end | $265.00 | 5.60 | $1,484.00 |

# Time report

## 08/01/2003 - 08/31/2003

| Date | Client No. | Client Name | Transaction Code | Rate | HRS/QTY | Total |
|------|-----------|-------------|------------------|------|---------|-------|
| Timekeeper | Matter No. | | Description | | | |
| | | | products (0.2); review categorized list of recent asbestos articles and draft memo to Messrs. Westbrook and Turkewitz regarding same (0.2); review article regarding asbestos sample preparation (0.2); review NIOSH comments on MSHA proposed rulemaking (0.2); review list of proposed supplemental reliance materials and draft memo to Messrs. Westbrook and Turkewitz regarding same (0.2); conference with Ms. Carr regarding additional medical articles needed (0.1); review information regarding defense expert conflicts (0.2); review contractor deposition transcripts and witness files (0.6); video affidavit project work (3.3); draft memos regarding same (0.2); review recent Libby CAG meeting summary, memo and e-mail message regarding same (0.2) | | | |
| 08/25/2003 200106 | | Zonolite Science Trial | L106 | $240.00 | 1.80 | $432.00 |
| bwood | 0000 | | Continue work on video affidavit project | | | |
| 08/25/2003 200106 | | Zonolite Science Trial | L106 | $125.00 | 0.40 | $50.00 |
| kcarr | 0000 | | Discussions with Ed Westbrook regarding planning for science trial (.3); conversation with Jay Ward regarding additional medical articles needed (.1) | | | |
| 08/25/2003 200106 | | Zonolite Science Trial | L106 | $400.00 | 1.70 | $680.00 |
| rturkewitz | 0000 | | Received and reviewed EPA information and forwarded to PD team regarding Libby (1.0); Received and reviewed memo from Jay Ward regarding miscellaneous asbestos articles (.2); Received and reviewed memo from Jay Ward regarding proposed supplemental reliance materials (.2); conversation with Ed Westbrook regarding science trial presentation (.3) | | | |
| 08/25/2003 200106 | | Zonolite Science Trial | L106 | $650.00 | 3.40 | $2,210.00 |
| ewestbrook | 0000 | | Conversation with Rob Turkewitz regarding science trial presentation (.3); message to Darrell Scott regarding same (.1); work on science trial case planning (2.2); discussions with Janet Bakst regarding ZAI sales data (.5); discussions with Kim Carr regarding planning for science trial (.3) | | | |
| 08/25/2003 200106 | | Zonolite Science Trial | L106 | $225.00 | 3.50 | $787.50 |
| mthiesing | 0000 | | Legal research and drafting of Memorandum of Law Regarding the Right to a Jury Trial for Property Damage Cases in Bankruptcy. | | | |
| 08/25/2003 200106 | | Zonolite Science Trial | L106 | $125.00 | 2.00 | $250.00 |
| chughes | 0000 | | Research Internet to find NIEHS and Moromoto articles (2.0) | | | |
| **Day:** | | **08/26/2003** | | | | |
| 08/26/2003 200106 | | Zonolite Science Trial | L106 | $125.00 | 6.50 | $812.50 |
| lkerrison | 0000 | | Input individual Grace actual testing results for ZAI testing bar charts | | | |
| 08/26/2003 200106 | | Zonolite Science Trial | L106 | $400.00 | 3.90 | $1,560.00 |
| rturkewitz | 0000 | | Received and reviewed email from Jim Restivo (.2); Reviewed file and spoke with expert regarding discovery requests (.8); Facsimile to expert Hatfield regarding discovery requests (.2); Telephone conference with expert regarding study (.5); Memo to file regarding telephone conference with expert (.8); Memo to Adam Lorenz regarding research (.2); Received and reviewed research on ZAI legal issues (1.0); Letter to expert forwarding brief materials (.2). | | | |

## VERIFICATION

STATE OF SOUTH CAROLINA ⟩
⟩
COUNTY OF CHARLESTON ⟩

Edward J. Westbrook, after being duly sworn according to law, deposes and says:

a)    I am counsel with the applicant law firm Richardson, Patrick, Westbrook & Brickman, and have been admitted to appear before this Court.

b)    I have personally performed many of the legal services rendered by Richardson, Patrick, Westbrook & Brickman and am thoroughly familiar with the other work performed on behalf of the ZAI Claimants by the lawyers and paraprofessionals of Richardson, Patrick, Westbrook & Brickman.

c)    I have reviewed the foregoing application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.  Moreover, I have reviewed Del.Bankr.LR 2016-2 and the 'Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members', signed April 17, 2002, and submit that the Application substantially complies with such Rule and Order.

Edward J. Westbrook, Esq.

SWORN AND SUBSCRIBED
Before me this 16th day of October 2003.

Kimberly M. Anderson

Notary Public for South Carolina
My Commission Expires: March 31, 2004

## CERTIFICATE OF SERVICE

I, William D. Sullivan, hereby certify that I caused a copy of the foregoing *Verified Application of Richardson Patrick Westbrook & Brickman, LLC for Compensation for Services and Reimbursement of Expenses as ZAI Lead Special Counsel for the Interim Period from August 1, 2003 through August 31, 2003* to be served upon those parties identified on the attached service list via hand delivery or US Mail.

Dated: October 23, 2003

*/s/ William D. Sullivan*
William D. Sullivan

## SERVICE LIST

Laura Davis Jones, Esquire
David Carickoff, Esquire
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
Wilmington, DE 19899-8705

Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones
10100 Santa Monica Boulevard
Los Angeles, CA 90067-4100

David M. Bernick, Esquire
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

David B. Seigel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

Michael R. Lastowski, Esquire
Duane Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246

Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

William S. Katchen, Esquire
Duane, Morris & Heckscher LLP
One Riverfront Plaza, 2nd Floor
Newark, NJ 07102

J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena
    Price & Axelrod, LLP
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

Matthew G. Zaleski, III, Esquire
Campbell & Levine
800 King Street, Suite 300
Wilmington, DE 19801

Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 27th Floor
New York, NY 10022

Teresa K.D. Currier, Esquire
Klett, Rooney, Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801

Frank J. Perch, Esquire
Office of the United States Trustee
844 King Street, Room 2313
Lockbox 35
Wilmington, DE 19801

James J. Restivo, Jr., Esquire
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219-1886

Warren H. Smith
Warren H. Smith and Associates
900 Jackson Street
120 Founders Square
Dallas, TX 75202

Peter Van N. Lockwood, Esquire
Julie W. Davis, Esquire
Trevor W. Swett, III, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC 20005

Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY 10022

Mark D. Collins, Esquire
Deborah E. Spivack, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

William J.A. Sparks, Esquire
W.R. Grace & Company
919 N. Market, Suite 460
Wilmington, DE 19899