# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

A PARTNERSHIP OF PROFESSIONAL ASSOCIATIONS
200 SOUTH BISCAYNE BOULEVARD, SUITE 2500 • MIAMI, FLORIDA  33131-5340
TELEPHONE: (305) 374-7580 • FAX: (305) 374-7593
E-MAIL: INFO@BILZIN.COM • WWW.BILZIN.COM

October 23, 2003

WR Grace-The Official Committee of Property Damage Claimants

Invoice #   71742

FOR PROFESSIONAL SERVICES RENDERED
THROUGH September 30, 2003

Atty - SLB
RE:    01- Case Administration                                                                                    Client No. 74817/15537

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 08/01/03 | SLB | 0.20 | 100.00 | (July 31) Email to and from J. Baer regarding Future Rep (.2). |
| 08/01/03 | JMS | 0.60 | 162.00 | Two telephone conferences with E. Taylor regarding status of case. |
| 08/08/03 | JMS | 0.90 | 243.00 | Review PI objection to exclusivity motion (.6); email to Committee regarding hearing transcript (.3). |
| 08/08/03 | NW | 1.00 | 100.00 | Review ZAI dockets and assemble relevant proceedings. |
| 08/12/03 | SLB | 0.30 | 150.00 | Telephone call from M. Dies regarding objections to PD Claims, etc. (.3). |
| 08/12/03 | NW | 0.50 | 50.00 | Review court dockets and assemble relevant pleadings. |
| 08/13/03 | JMS | 0.30 | 81.00 | Review docket. |
| 08/13/03 | NW | 0.50 | 50.00 | Review court dockets and assemble relevant pleadings. |
| 08/14/03 | NW | 0.70 | 70.00 | Review court dockets and assemble relevant pleadings. |
| 08/15/03 | SLB | 0.20 | 100.00 | Email exchange with J. Sakalo regarding motion/objection to extension of exclusivity (.2). |
| 08/15/03 | NW | 0.70 | 70.00 | Review court dockets and assemble relevant pleadings. |
| 08/18/03 | NW | 0.60 | 60.00 | Review case dockets and assemble relevant pleadings. |
| 08/19/03 | JMS | 0.40 | 108.00 | Review hearing agenda. |
| 08/20/03 | SLB | 0.50 | 250.00 | Telephone call from L. Maloney (Continental Mgmt) regarding status of case and claims objections (.5). |
| 08/20/03 | JMS | 0.20 | 54.00 | Review docket for hearing preparation. |
| 08/20/03 | NW | 0.50 | 50.00 | Review ZAI dockets and assemble relevant pleadings. |
| 08/21/03 | NW | 0.90 | 90.00 | Review case dockets and assemble relevant pleadings. |
| 08/21/03 | WV | 2.30 | 230.00 | Prepare hearing notebook: pull docket, compile documents, index pleadings and prepare binder. |
| 08/22/03 | JMS | 0.30 | 81.00 | Review hearing notebook. |
| 08/22/03 | NW | 0.50 | 50.00 | Review case dockets and assemble relevant pleadings. |
| 08/25/03 | JMS | 0.40 | 108.00 | Email to S. Baena regarding results of hearing. |
| 08/25/03 | NW | 0.50 | 50.00 | Review  ZAI dockets and assemble relevant pleadings. |
| 08/26/03 | NW | 0.50 | 50.00 | Review  ZAI dockets and assemble relevant pleadings. |
| 08/27/03 | JMS | 0.30 | 81.00 | Review emails from J. Baer regarding committee/debtor meeting. |
| 08/27/03 | NW | 4.00 | 400.00 | Review  ZAI dockets and assemble relevant pleadings. |
| 08/28/03 | JMS | 0.60 | 162.00 | Telephone conference with M. Dies and D. Speights regarding meeting with debtors (.4); telephone conference from G. Boyer regarding meeting (.2); second telephone conference with G. Boyer thereon (.2). |
| 08/28/03 | NW | 1.00 | 100.00 | Assemble binder of ZAI pleadings re summary judgment. |
| 08/29/03 | JMS | 0.80 | 216.00 | Emails with J. Baer regarding meeting with debtors (.4); emails with D. Speights and D. Scott regarding same (.4). |
| 08/29/03 | WV | 0.30 | 30.00 | Pull docket for JMS's review. |
| 09/02/03 | JMS | 0.50 | 135.00 | Telephone conference with S. Baena regarding meeting with debtors and emails thereon. |
| 09/02/03 | WV | 0.40 | 40.00 | Update court Docket for JMS |
| 09/03/03 | JMS | 0.70 | 189.00 | Telephone conference with M. Dies, Speights, S. Baena regarding meeting with debtors (.3); emails with M. Gries thereon (.4). |

## BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 09/03/03 | WV | 0.30 | 30.00 | Update court Docket for JMS |
| 09/04/03 | SLB | 0.30 | 150.00 | Telephone call from S. Biswas regarding background (.3). |
| 09/04/03 | JMS | 0.70 | 189.00 | Review letter and attachments from J. Baer. |
| 09/08/03 | ADA | 2.50 | 1,187.50 | Review and revise draft of Registration Rights Agreement; mark up proposed revisions; email to Jay Sakalo. |
| 09/08/03 | JMS | 1.00 | 270.00 | Telephone conference with G. Boyer regarding call with debtors (.4); telephone conference with E. Taylor (claimant) regarding status of case (.2); telephone conference with J. Hass regarding status, PD issues (.4). |
| 09/08/03 | WV | 0.30 | 30.00 | Pull Docket for JMS |
| 09/09/03 | WV | 0.40 | 40.00 | Pull Docket for JMS |
| 09/10/03 | JMS | 0.70 | 189.00 | Telephone conference with E. Taylor regarding status (.3); review GUCS objection and Equity objection to State Street Motion (.4). |
| 09/10/03 | WV | 0.20 | 20.00 | Pull docket and retrieve motion to withdraw reference by select asbestos claimants. |
| 09/10/03 | WV | 0.50 | 50.00 | Pull Docket for JMS |
| 09/11/03 | WV | 0.30 | 30.00 | Pull Docket for JMS |
| 09/12/03 | WV | 0.30 | 30.00 | Pull Docket for JMS |
| 09/16/03 | SLB | 0.50 | 250.00 | Email from J. Baer and to PD committee regarding Future Rep (.5). |
| 09/16/03 | JMS | 0.30 | 81.00 | Review emails from/to J. Baer regarding Future claimant's representative. |
| 09/17/03 | JMS | 0.30 | 81.00 | Telephone conference with G. Boyer regarding update on pending items. |
| 09/18/03 | JMS | 0.30 | 81.00 | Email from/to T. Wasser regarding omnibus hearing. |
| 09/19/03 | JMS | 0.50 | 135.00 | Review amended agenda (.3); voice mail from/to S. Nylen regarding members of PD Committee (.2). |
| 09/22/03 | ASD | 0.30 | 75.00 | Interoffice conference with Scott Baena and Jay Sakalo regarding status of pending matters (.3); interoffice conference with Jay Sakalo regarding hearing. |
| 09/22/03 | SLB | 0.30 | 150.00 | Interoffice conference with J. Sakalo and A. Danzeisen regarding monitoring status of case [time split with USG] (.3). |
| 09/22/03 | JMS | 0.70 | 189.00 | Conference with A. Danzeisen, S. Baena regarding all pending matters (.3); emails regarding future claimants and email to Committee thereon (.4). |
| 09/22/03 | WV | 0.30 | 30.00 | Pull Docket for JMS |
| 09/23/03 | ASD | 3.40 | 850.00 | Research regarding voting issues (2.2); draft memo relating to same (1.2); review email correspondence relating to future rep. |
| 09/23/03 | JMS | 1.50 | 405.00 | Telephone conference from and email to C. Lane regarding PD Committee membership (.3); research background of C. Judson Hamlin, proposed future claimants representative (.8); emails from Committee members regarding Hamlin (.4). |
| 09/23/03 | WV | 2.10 | 210.00 | Pull Docket for JMS and retrieve documents |
| 09/24/03 | ASD | 0.80 | 200.00 | Continue review of file and memos regarding status of case. |
| 09/24/03 | ASD | 0.70 | 175.00 | Review motion relating to modification of preliminary injunction (.4); review debtor's motion regarding extending time to assume and assign unexpired leases (.3). |
| 09/24/03 | JMS | 0.50 | 135.00 | Continue research regarding C. Judson Hamlin. |
| 09/24/03 | WV | 0.30 | 30.00 | Pull Docket for JMS |
| 09/25/03 | ASD | 1.10 | 275.00 | Review Debtors motion and memorandum for order approving agreement and release of KWELMB companies; review application to approve Sarbanes - Oxley advisors (.1); review motion for entry of order authorizing Debtor to settle NY State tax audit and repayment (.2); review motion for entry of order authorizing Debtor to settle Florida Statute tax audit and repayment (.2). |
| 09/25/03 | WV | 0.30 | 30.00 | Pull Docket for JMS |
| 09/26/03 | LMF | 0.90 | 99.00 | Compile and download various pleadings for attorney review (.9). |
| 09/26/03 | WV | 0.30 | 30.00 | Pull Docket for JMS |
| 09/29/03 | WV | 0.40 | 40.00 | Pull Docket for JMS |
| 09/29/03 | WV | 0.90 | 90.00 | Obtain documents re: new adversary case. |
| 09/30/03 | ASD | 0.50 | 125.00 | Review motion of Old Castle for relief from Stay(.3); review affidavit under Section 327 for Potter Anderson and Cosson(.1); review opposition to modification of preliminary injunction (.1). |
| 09/30/03 | JMS | 1.50 | 405.00 | Conference with M. Dies, D. Speights, S. Baena regarding pending matters. |

## BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| | | | | | |
|---|---|---|---|---|---|
| 09/30/03 | WV | 0.30 | 30.00 | Pull Docket for JMS | |
| | **PROFESSIONAL SERVICES** | | | | $10,126.50 |
| | | | **COSTS ADVANCED** | | |
| 07/07/03 | Lexis - Online Legal ResearchVENDOR: LEXIS-NEXIS; INVOICE#: 0307018529; DATE: 7/31/03  -  Lexis Nexis | | | 3.59 | |
| 07/07/03 | MealsVENDOR: UPPER CRUST; INVOICE#: BSD0011; DATE: 7/31/03  -  Clients/Firm | | | 62.46 | |
| 07/11/03 | Lexis - Online Legal ResearchVENDOR: LEXIS-NEXIS; INVOICE#: 0307018529; DATE: 7/31/03  -  Lexis Nexis | | | 16.10 | |
| 07/24/03 | Long Distance Telephone-Outside ServicesVENDOR: CONNECT-US COMMUNICATIONS LLC; INVOICE#: 3072731296; DATE: 7/27/03  -  Acct.#BILZIN01 | | | 16.60 | |
| 07/31/03 | Long Distance Telephone-Outside ServicesVENDOR: CONNECT-US COMMUNICATIONS LLC; INVOICE#: 3080332681; DATE: 8/3/03  -  Acct.#BILZIN01 | | | 14.53 | |
| 08/01/03 | Postage | | | 2.44 | |
| 08/01/03 | Long Distance Telephone(713) 977-3366 | | | 3.33 | |
| 08/07/03 | Long Distance Telephone(212) 806-5400 | | | 1.66 | |
| 08/07/03 | Long Distance Telephone(312) 861-2000 | | | 1.66 | |
| 08/12/03 | Long Distance Telephone(409) 882-1731 | | | 7.92 | |
| 08/13/03 | Fares, Mileage, ParkingTaxi Cab - VENDOR: CASH; INVOICE#: PCASH-08/19/03; DATE: 8/19/03  -  Reimburse Petty Cash | | | 31.00 | |
| 08/13/03 | Federal ExpressVENDOR: FEDERAL EXPRESS CORP. INVOICE#: 483324426 DATE: 8/18/03 | | | 12.40 | |
| 08/14/03 | Photocopies   20.00pgs @ .15/pg | | | 3.00 | |
| 08/14/03 | Long Distance Telephone(973) 451-8506 | | | 1.98 | |
| 08/14/03 | Long Distance Telephone-Outside ServicesVENDOR: CONNECT-US COMMUNICATIONS LLC; INVOICE#: 3081733359; DATE: 8/17/03  -  Acct.#BILZIN01 | | | 6.92 | |
| 08/15/03 | Travel ExpensesTravel to Washington, D.C. attend Senate judiciary mark-up hearing - PAYEE: Hughes,Alicia; REQUEST#: 38368; DATE: 8/15/03. | | | 398.89 | |
| 08/15/03 | Photocopies   3.00pgs @ .15/pg | | | 0.45 | |
| 08/19/03 | Long Distance Telephone(310) 645-9000 | | | 1.98 | |
| 08/20/03 | Photocopies   20.00pgs @ .15/pg | | | 3.00 | |
| 08/21/03 | Photocopies   4.00pgs @ .15/pg | | | 0.60 | |
| 08/21/03 | Long Distance Telephone-Outside ServicesVENDOR: CONNECT-US COMMUNICATIONS LLC; INVOICE#: 3082433572; DATE: 8/24/03  -  Acct.#BILZIN01 | | | 15.25 | |
| 08/22/03 | Long Distance Telephone(409) 883-4394 | | | 2.97 | |
| 08/24/03 | AirfareTravel to Philadelphia For Omnibus Hearing- VENDOR: Continental Travel; INVOICE#: 295843; DATE: 8/24/03  -  Client - 15537/15906 | | | 697.00 | |
| 08/24/03 | Miscellaneous CostsVENDOR: KING LIMOUSINE AND TRANSPORTATION SERVIC; INVOICE#: 0000034742; DATE: 8/24/03  -  Client #s 15537,15906 | | | 40.32 | |
| 08/25/03 | LodgingTravel to Delaware - VENDOR: JAY M. SAKALO; INVOICE#: JMS-08/26/03; DATE: 8/26/03  -  Clients | | | 494.64 | |
| 08/25/03 | MealsTravel to Delaware - VENDOR: JAY M. SAKALO; INVOICE#: JMS-08/26/03; DATE: 8/26/03  -  Clients | | | 52.85 | |
| 08/26/03 | MealsTravel to Delaware - VENDOR: JAY M. SAKALO; INVOICE#: JMS-08/26/03; DATE: 8/26/03  -  Clients | | | 14.92 | |

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| Date | Description | Amount |
|---|---|---|
| 08/27/03 | Telecopies 4.00pgs @ .50/pg | 2.00 |
| 08/27/03 | Long Distance Telephone(310) 645-9000 | 1.98 |
| 08/28/03 | Photocopies 8.00pgs @ .15/pg | 1.20 |
| 08/28/03 | Long Distance Telephone(803) 943-6047 | 11.88 |
| 08/28/03 | Long Distance Telephone(803) 943-6047 | 24.75 |
| 08/28/03 | Long Distance Telephone-Outside ServicesVENDOR: CONNECT-US COMMUNICATIONS LLC; INVOICE#: 3083134620; DATE: 8/31/03 - Acct.#BILZIN01 | 4.22 |
| 08/28/03 | Long Distance Telephone-Outside ServicesVENDOR: CONNECT-US COMMUNICATIONS LLC; INVOICE#: 3083134620; DATE: 8/31/03 - Acct.#BILZIN01 | 26.25 |
| 08/31/03 | Miscellaneous CostsVENDOR: KING LIMOUSINE AND TRANSPORTATION SERVIC; INVOICE#: 0000034972; DATE: 8/31/03 - Client #s 15537,15906 | 39.32 |
| 09/03/03 | Photocopies 7.00pgs @ .15/pg | 1.05 |
| 09/03/03 | Telecopies 12.00pgs @ .50/pg | 6.00 |
| 09/03/03 | Telecopies 12.00pgs @ .50/pg | 6.00 |
| 09/03/03 | Long Distance Telephone(803) 943-4599 | 2.97 |
| 09/03/03 | Long Distance Telephone(409) 883-4814 | 4.95 |
| 09/03/03 | Long Distance Telephone(410) 531-4362 | 1.98 |
| 09/03/03 | Long Distance Telephone(410) 531-4362 | 0.99 |
| 09/04/03 | Telecopies 2.00pgs @ .50/pg | 1.00 |
| 09/04/03 | Long Distance Telephone(310) 645-9000 | 0.99 |
| 09/05/03 | Long Distance Telephone(410) 531-4362 | 1.98 |
| 09/08/03 | Long Distance Telephone(201) 665-4279 | 3.96 |
| 09/08/03 | Long Distance Telephone(803) 943-8094 | 0.99 |
| 09/10/03 | Long Distance Telephone(713) 977-3366 | 1.98 |
| 09/10/03 | Federal ExpressVENDOR: FEDERAL EXPRESS CORP. INVOICE#: 488082093 DATE: 9/15/03 | 12.40 |
| 09/11/03 | Telecopies 4.00pgs @ .50/pg | 2.00 |
| 09/11/03 | Long Distance Telephone(803) 943-4444 | 1.98 |
| 09/11/03 | Long Distance Telephone(803) 943-8094 | 0.99 |
| 09/11/03 | Long Distance Telephone(312) 861-2000 | 0.99 |
| 09/16/03 | Long Distance Telephone(409) 883-4394 | 10.89 |
| 09/16/03 | Long Distance Telephone(843) 524-5708 | 8.91 |
| 09/16/03 | Long Distance Telephone(409) 883-7136 | 7.92 |
| 09/17/03 | Long Distance Telephone(803) 943-4444 | 16.83 |
| 09/17/03 | Long Distance Telephone(803) 943-4444 | 3.96 |
| 09/18/03 | Long Distance Telephone(409) 883-4394 | 16.83 |
| 09/18/03 | Long Distance Telephone(409) 883-4394 | 8.91 |
| 09/19/03 | Long Distance Telephone(843) 524-5708 | 0.99 |
| 09/19/03 | Long Distance Telephone(843) 524-5708 | 15.84 |
| 09/19/03 | Long Distance Telephone(843) 524-5708 | 1.98 |
| 09/19/03 | Long Distance Telephone(843) 524-5708 | 14.85 |
| 09/19/03 | Long Distance Telephone(312) 861-3025 | 0.99 |
| 09/22/03 | Long Distance Telephone(843) 216-9148 | 2.97 |
| 09/24/03 | Long Distance Telephone(302) 575-1555 | 2.97 |
| 09/26/03 | Long Distance Telephone(202) 862-5065 | 14.85 |
| 09/30/03 | Long Distance Telephone(302) 652-4100 | 1.98 |
| 09/30/03 | Long Distance Telephone(310) 645-9000 | 1.98 |

**TOTAL COSTS ADVANCED** $2,206.91

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Axelrod, Alan D | 2.50 | 475.00 | $1,187.50 |
| Baena, Scott L | 2.30 | 500.00 | $1,150.00 |
| Danzeisen, Allyn S | 6.80 | 250.00 | $1,700.00 |
| Sakalo, Jay M | 14.00 | 270.00 | $3,780.00 |
| Flores, Luisa M | 0.90 | 110.00 | $99.00 |
| Wong, Nichole | 11.90 | 100.00 | $1,190.00 |
| Van Dijk, Wendy | 10.20 | 100.00 | $1,020.00 |
| *TOTAL* | *48.60* | | *$10,126.50* |

**MATTER SUMMARY OF COSTS ADVANCED**

| | |
|---|---|
| Airfare | $697.00 |
| Photocopies | $9.30 |
| Fares, Mileage, Parking | $31.00 |
| Telecopies | $17.00 |
| Federal Express | $24.80 |
| Long Distance Telephone | $218.51 |
| Long Distance Telephone-Outside Services | $83.77 |
| Lexis - Online Legal Research | $19.69 |
| Lodging | $494.64 |
| Meals | $130.23 |
| Miscellaneous Costs | $79.64 |
| Postage | $2.44 |
| Travel Expenses | $398.89 |
| TOTAL | $2,206.91 |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER**　　　　　　　　**$12,333.41**

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  |  | Atty - SLB |
| RE: | 02 - Debtors' Business Operations |  |  | Client No. 74817/15538 |

| | | | | |
|---|---|---|---|---|
| 09/18/03 | JMS | 0.30 | 81.00 | Telephone conference with G. Boyer regarding proposed acquisition. |
| 09/29/03 | JMS | 2.40 | 648.00 | Review/revise CDG report on proposed acquisition (1.0); telephone conference with S. Jones thereon (.3); email to Committee regarding report (.4); emails with Committee members regarding issues raised in email (.7). |

**PROFESSIONAL SERVICES** $729.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Sakalo, Jay M | 2.70 | 270.00 | $729.00 |
| *TOTAL* | *2.70* |  | *$729.00* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER** **$729.00**

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

|  |  |  |  | Atty - SLB |
|---|---|---|---|---|
| RE: | 07 - Applicant's Fee Application |  |  | Client No. 74817/15543 |

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 09/09/03 | JMS | 0.30 | 81.00 | Revise bill. |
| 09/10/03 | LMF | 0.70 | 77.00 | Review 8th quarterly spreadsheet and proposed order received from fee auditor's office for accuracy (.7). |
| 09/10/03 | LMF | 0.50 | 55.00 | Update notices and summaries for Bilzin's July fees and submit to local counsel for filing and serving (.5). |
| 09/18/03 | LMF | 1.30 | 143.00 | Complete description of services for Bilzin's quarterly application for bankruptcy court (1.3). |

**PROFESSIONAL SERVICES** $356.00

**COSTS ADVANCED**

| 09/17/03 | Long Distance Telephone(302) 575-1555 | 0.99 |
|---|---|---|

**TOTAL COSTS ADVANCED** $0.99

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Sakalo, Jay M | 0.30 | 270.00 | $81.00 |
| Flores, Luisa M | 2.50 | 110.00 | $275.00 |
| TOTAL | 2.80 |  | $356.00 |

**MATTER SUMMARY OF COSTS ADVANCED**

| Long Distance Telephone |  | $0.99 |
|---|---|---|
| TOTAL |  | $0.99 |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER** **$356.99**

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

|  |  |  |
|---|---|---|
|  |  | Atty - SLB |
| RE: 08 - Hearings |  | Client No. 74817/15544 |

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 09/22/03 | JMS | 0.80 | 216.00 | Attend omnibus hearing by phone. |

**PROFESSIONAL SERVICES** $216.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Sakalo, Jay M | 0.80 | 270.00 | $216.00 |
| *TOTAL* | *0.80* |  | *$216.00* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER** $216.00

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

|  |  |  |
|---|---|---|
|  |  | Atty - SLB |
| RE: | 09 - Claims Analysis, Objection, Resolution & Estimation (asbestos) | Client No. 74817/15545 |

**PROFESSIONAL SERVICES** $0.00

### COSTS ADVANCED

| Date | Description | Amount |
|---|---|---|
| 08/29/03 | Messenger Services VENDOR: DIRECT COURIER SYSTEMS, INC.; INVOICE#: 8894; DATE: 8/31/03 - Courier Service | 4.50 |

**TOTAL COSTS ADVANCED** $4.50

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| *TOTAL* | *0* |  | *$0.00* |

### MATTER SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| Messenger Services | $4.50 |
| TOTAL | $4.50 |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER** **$4.50**

# B:ILZIN S:UMBERG B:AENA P:RICE & A:XELROD LLP

|  |  |  | Atty - SLB |
|---|---|---|---|
| R:E: | 18 - Plan & Disclosure Statement |  | Client No. 74817/15554 |

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 09/02/03 | SLB | 0.40 | 200.00 | Telephone call from M. Dies regarding meeting with debtors (.2); telephone call from J. Sakalo regarding same (.2). |
| 09/03/03 | SLB | 1.30 | 650.00 | Telephone call from J. Baer and email to D. Speights (.2); email from and to M. Dies regarding meeting (.2); telephone conference with D. Speights et al regarding meeting with debtors (.2); email to D. Scott regarding same (.1); email to Jan Baer regarding same (.1); attention to negotiating work sheets from debtors (.4); email from D. Scott and to D. Speights (.1). |
| 09/08/03 | SLB | 1.00 | 500.00 | Telephone conference with debtors regarding reorganization (1.0). |
| 09/08/03 | JMS | 1.80 | 486.00 | Conference call with debtors regarding plan discussions, prepare for call and follow up with S. Baena after call. |
| 09/10/03 | SLB | 0.50 | 250.00 | Telephone conference with M. Dies and J. Sakalo regarding formulation of plan treatment for PD (.5). |

**P:ROFESSIONAL S:ERVICES**                                                                  $2,086.00

### M:ATTER S:UMMARY OF P:ROFESSIONAL S:ERVICES

| T:IMEKEEPER | H:OURS | R:ATE | T:OTAL |
|---|---|---|---|
| Baena, Scott L | 3.20 | 500.00 | $1,600.00 |
| Sakalo, Jay M | 1.80 | 270.00 | $486.00 |
| *T:OTAL* | *5.00* |  | *$2,086.00* |

**T:OTAL P:ROFESSIONAL S:ERVICES AND  C:OSTS A:DVANCED THIS M:ATTER**                     **$2,086.00**

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

|  |  |  | Atty - SLB |
|---|---|---|---|
| RE: | 30 - Fee Application of Others | | Client No. 74817/17781 |

| Date | Tkpr | Hours | Amount | Description |
|---|---|---|---|---|
| 09/08/03 | LMF | 1.20 | 132.00 | Complete draft and exhibits to HR&A's quarterly application (1.2). |
| 09/09/03 | LMF | 0.60 | 66.00 | Compile hard copies of all expenses for HR&A to prepare expense report for quarterly application (.6). |
| 09/10/03 | LMF | 0.80 | 88.00 | Complete expense report for Hamilton Rabinovitz quarterly application and submit for approving and description of services (.8). |
| 09/13/03 | LMF | 0.30 | 33.00 | Draft description of services for quarterly applications for the bankruptcy case and the district court case (.3). |
| 09/15/03 | LMF | 0.50 | 55.00 | Review email from Hamilton Rabinovitz regarding description of services and update quarterly application to include same (.5). |
| 09/15/03 | JMS | 0.40 | 108.00 | Review 3 final reports. |
| 09/16/03 | LMF | 0.00 | 0.00 | |
| 09/16/03 | JMS | 0.30 | 81.00 | Review HR&A quarterly application. |
| 09/24/03 | ASD | 0.40 | 100.00 | Review three fee auditor final reports. |
| 09/26/03 | LMF | 0.60 | 66.00 | Research regarding interim application for W. D. Hilton (.6). |
| 09/29/03 | ASD | 0.20 | 50.00 | Review six final reports from fee auditor (.2). |

**PROFESSIONAL SERVICES** $779.00

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Danzeisen, Allyn S | 0.60 | 250.00 | $150.00 |
| Sakalo, Jay M | 0.70 | 270.00 | $189.00 |
| Flores, Luisa M | 4.00 | 110.00 | $440.00 |
| *TOTAL* | *5.30* | | *$779.00* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER**    **$779.00**

## BILZIN SUMBERG BAENA PRICE & AXELROD LLP

|  |  |  | Atty - SLB |
|---|---|---|---|
| RE: | 38 - ZAI Science Trial |  | Client No. 74817/17905 |

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 09/10/03 | JMS | 0.30 | 81.00 | Review order rescheduling ZAI summary judgment hearings and email to G. Boyer thereon. |
| 09/22/03 | ASD | 3.30 | 825.00 | Review of ZAI litigation documents (3.1); confirm status of same (.2). |

**PROFESSIONAL SERVICES** $906.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Danzeisen, Allyn S | 3.30 | 250.00 | $825.00 |
| Sakalo, Jay M | 0.30 | 270.00 | $81.00 |
| *TOTAL* | *3.60* |  | *$906.00* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER** **$906.00**

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

### CLIENT SUMMARY OF PROFESSIONAL SERVICES THIS PERIOD

| Timekeeper | Hours | Total |
|---|---|---|
| *Axelrod, Alan D* | *2.50* | $1,187.50 |
| *Danzeisen, Allyn S* | *15.50* | $2,675.00 |
| *Baena, Scott L* | *5.50* | $2,750.00 |
| *Flores, Luisa M* | *7.40* | $814.00 |
| *Sakalo, Jay M* | *20.60* | $5,562.00 |
| *Wong, Nichole* | *11.90* | $1,190.00 |
| *Van Dijk, Wendy* | *10.20* | $1,020.00 |

**TOTAL PROFESSIONAL FEES THIS PERIOD** — $15,198.50

### CLIENT SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| *Airfare* | *$697.00* |
| *Photocopies* | *$9.30* |
| *Fares, Mileage, Parking* | *$31.00* |
| *Telecopies* | *$17.00* |
| *Federal Express* | *$24.80* |
| *Long Distance Telephone* | *$219.50* |
| *Long Distance Telephone-Outside Services* | *$83.77* |
| *Lexis - Online Legal Research* | *$19.69* |
| *Lodging* | *$494.64* |
| *Meals* | *$130.23* |
| *Messenger Services* | *$4.50* |
| *Miscellaneous Costs* | *$79.64* |
| *Postage* | *$2.44* |
| *Travel Expenses* | *$398.89* |

**TOTAL COSTS ADVANCED THIS PERIOD** — *$2,212.40*

**TOTAL AMOUNT DUE THIS PERIOD** — *$17,410.90*

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

## CLIENT SUMMARY

| | TIME | COSTS ADVANCED | TOTAL |
|---|---|---|---|
| **BALANCE AS OF- 09/30/03** <br> **WR Grace-Official Committee of Prope** | | | |
| 01- Case Administration/15537 | 10,126.50 | 2,206.91 | 12,333.41 |
| 02 - Debtors' Business Operations/15538 | 729.00 | 0.00 | 729.00 |
| 07 - Applicant's Fee Application/15543 | 356.00 | 0.99 | 356.99 |
| 08 - Hearings/15544 | 216.00 | 0.00 | 216.00 |
| 09 - Claims Analysis, Objection, Resolution & Estimation (asbestos)/15545 | 0.00 | 4.50 | 4.50 |
| 18 - Plan & Disclosure Statement/15554 | 2,086.00 | 0.00 | 2,086.00 |
| 30 - Fee Application of Others/17781 | 779.00 | 0.00 | 779.00 |
| 38 - ZAI Science Trial/17905 | 906.00 | 0.00 | 906.00 |
| Client Total | $15,198.50 | $2,212.40 | $17,410.90 |