IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 01-01139 (JKF) |
| W.R. GRACE & CO., *et al.* | ) | (Jointly Administered) |
| | ) | **Re: Docket No. 4346** |
| Debtor. | ) | **Hearing Date: 12/15/03 @ 12:00 p.m.** |
| | | **Objections Due: 11/28/03 @ 4:00 p.m.** |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that Valéron Strength Files filed and served a **Motion for Reconsideration of Order Disallowing Claim No. 1658 Filed by Valéron Strength Films Against W.R. Grace & Co.** (the "Motion") on October 24, 2003, with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801 (the "Court").

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will be convened at the United States Bankruptcy Court for the District of Delaware, Courtroom 2, 824 Market Street, Wilmington, Delaware 19801 on December 15, 2003 at 12:00 p.m. (the "hearing").

MCM8339.WPD

**PLEASE TAKE FURTHER NOTICE** that objections or responses to the Motion, if any, must be in writing, filed with the Court, and served upon the undersigned counsel, no later than November 28, 2003. Only those objections that are timely filed and served will be considered by the Court at the hearing.

Date: October 24, 2003     SMITH, KATZENSTEIN & FURLOW LLP

/s/ Kathleen M. Miller
Kathleen M. Miller (2898)
800 Delaware Avenue
P.O. Box 410
Wilmington, DE 19899
Telephone: 302-652-8400
Telecopy: 302-652-8405
Email: Kmiller@skfdelaware.com

Attorneys for Valéron Strength Films

MCM8339.WPD                           2