**EXHIBIT A**

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF Delaware | | **GRACE NON-ASBESTOS PROOF OF CLAIM FORM** |
|---|---|---|
| Name of Debtor:[1] W.R. Grace + Co., et al.,[1] | Case Number 01-01139 (JKF) | |

NOTE: Do not use this form to assert an Asbestos Personal Injury Claim, a Settled Asbestos Claim or a Zonolite Attic Insulation Claim. Those claims will be subject to a separate claims submission process. This form should also not be used to file a claim for an Asbestos Property Damage Claim or Medical Monitoring Claim. A specialized proof of claim form for each of these claims should be filed.

Name of Creditor (The person or other entity to whom the Debtor owes money or property):
**Valeron Strength Films**

Name and address where notices should be sent:
**9505 Bamboo Road**
**Houston, Texas 77041**

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.
☐ Check box if you have never received any notices from the bankruptcy court in this case.
☐ Check box if the address differs from the address on the envelope sent to you by the court.

THIS SPACE IS FOR COURT USE ONLY

Account or other number by which creditor identifies Debtor:

Check here ☐ replaces
if this claim ☐ amends a previously filed claim, dated: _____

Corporate Name, Common Name, and/or d/b/a name of specific Debtor against whom the claim is asserted:
**W.R. Grace**

1. **Basis for Claim**
   ☒ Goods sold
   ☐ Services performed
   ☐ Environmental liability
   ☐ Money loaned
   ☐ Non-asbestos personal injury/wrongful death
   ☐ Taxes
   ☐ Other_____

   ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
   ☐ Wages, salaries, and compensation (fill out below)
   Your SS #:_____
   Unpaid compensation for services performed
   from _____ to _____ (date)

2. Date debt was incurred: **Feb + March 2001**
3. If court judgment, date obtained:
4. Total Amount of Claim at Time Case Filed: $ **209,734.09**
   If all or part of your claim is secured or entitled to priority, also complete Item 5 below.
   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

5. **Classification of Claim.** Under the Bankruptcy Code all claims are classified as one or more of the following: (1) Unsecured Nonpriority, (2) Unsecured Priority, (3) Secured. It is possible for part of a claim to be in one category and part in another. CHECK THE APPROPRIATE BOX OR BOXES that best describe your claim and STATE THE AMOUNT OF THE CLAIM AT TIME CASE FILED.

   ☐ SECURED CLAIM (check this box if your claim is secured by collateral, including a right of setoff.)
   Brief Description of Collateral:
   ☐ Real Estate   ☐ Other (Describe briefly) _____
   Amount of arrearage and other charges at time case filed included in secured claim above, if any: $_____
   Attach evidence of perfection of security interest
   ☐ UNSECURED NONPRIORITY CLAIM
   A claim is unsecured if there is no collateral or lien on property of the debtor securing the claim or to the extent that the value of such property is less than the amount of the claim.

   ☒ UNSECURED PRIORITY CLAIM - Specify the priority of the claim.
   ☐ Wages, salaries, or commissions (up to $4650), earned not more than 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
   ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).
   ☐ Taxes or penalties of governmental units - 11 U.S.C. § 507(a)(7).
   ☒ Other - Specify applicable paragraph of 11 U.S.C. § 507(a(___).

6. **Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.   This Space is for Court Use Only

7. **Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Acknowledgement:** Upon receipt and processing of this Proof of Claim, you will receive an acknowledgement card indicating the date of filing and your unique claim number. If you want a file stamped copy of the Proof of Claim form itself, enclose a self addressed envelope and copy of this proof of claim form.

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): |
|---|---|
| 7/23/02 | *Jerry Philipp* Jerry Philipp Controller |

See General Instructions and Claims Bar Date Notice and its exhibits for names of all Debtors and "other names" used by the Debtors.



# INVOICE

Remit To:
Valeron Strength Films
75 Remittance Dr. - Suite 3068
Chicago, IL 60675-3068
Tel. 713 462-6111
Facsimile: 713 690-2746

SOLD TO:
W. R. Grace & Co.
62 Whittemore Avenue
Cambridge, MA  02140

SHIP TO:
W. R. Grace & Co.
6051 W. 65th Street
Bedford Park, IL  60638

| INVOICE No. | INVOICE DATE | CUST. ORDER No. | TERMS | | CUST No. | SLSMN |
|---|---|---|---|---|---|---|
| 42224 | 02/23/2001 | 4500239512 | Net 30 days  2%/10 | | 32260 | 6 |
| DATE SHIPPED | VAN LEER No. | CARRIER | | | | |
| 02/21/2001 | 8781 | | | | | |

| ITEM # | DESCRIPTION | QUANTITY | PRICE/UNIT | AMOUNT |
|---|---|---|---|---|
| 4896 | 3.0 mil Black Valeron 71683 | 2788.506 | 25.1 | $69,991.50 |

| PLEASE REMIT ALL FUNDS IN US DOLLARS | FREIGHT | TOTAL |
|---|---|---|
| | $0.00 | |



**Valéron Strength Films**
*An ITW Company*

# INVOICE

Remit To:
Valeron Strength Films
75 Remittance Dr. - Suite 3068
Chicago, IL 60675-3068
Tel. 713 462-6111
Facsimile: 713 690-2746

SOLD TO:
W. R. Grace & Co.
62 Whittemore Avenue
Cambridge, MA  02140

SHIP TO:
W.R. Grace & Co.
6050 W. 51st Street
Chicago, IL  60638

| INVOICE No. | INVOICE DATE | CUST. ORDER No. | TERMS | | CUST No. | SLSMN |
|---|---|---|---|---|---|---|
| 42441 | 03/22/2001 | 4500239512 | 2% 10 NET 30 | | 32260 | 6 |
| DATE SHIPPED | VAN LEER No. | CARRIER | | | | |
| 03/21/2001 | 8875 | | | | | |

| ITEM # | DESCRIPTION | QUANTITY | UNITS | PRICE/UNIT | AMOUNT |
|---|---|---|---|---|---|
| 4896 | 3.0 mil Black Valeron 71683 | 2792.602 | MSF | 25.1 | $70,094.31 |

| PLEASE REMIT ALL FUNDS IN US DOLLARS | FREIGHT | | TOTAL | |
|---|---|---|---|---|
| | $0.00 | | | |



# INVOICE

Remit To:
Valeron Strength Films
75 Remittance Dr. - Suite 3068
Chicago, IL 60675-3068
Tel. 713 462-6111
Facsimile: 713 690-2746

SOLD TO:
W. R. Grace & Co.
62 Whittemore Avenue
Cambridge, MA 02140

SHIP TO:
W. R. Grace & Co.
6051 W. 65th Street
Bedford Park, IL 60638

| INVOICE No. | INVOICE DATE | CUST. ORDER No. | TERMS | CUST No. | SLSMN |
|---|---|---|---|---|---|
| 42480 | 03/27/2001 | 4500239512 | 2% 10 NET 30 | 32260 | 6 |

| DATE SHIPPED | VAN LEER No. | CARRIER |
|---|---|---|
| 03/26/2001 | 8876 | |

| ITEM # | DESCRIPTION | QUANTITY | UNITS | PRICE/UNIT | AMOUNT |
|---|---|---|---|---|---|
| 4896 | 3.0 mil Black Valeron 71683 | 2774.832 | MSF | 25.1 | $69,648.28 |

| PLEASE REMIT ALL FUNDS IN US DOLLARS | FREIGHT | | TOTAL |
|---|---|---|---|
| | $0.00 | | |