**EXHIBIT B**

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W.R. GRACE & CO., *et al.* | ) Case No. 01-01139 (JKF) |
| | ) (Jointly Administered) |
| Debtor. | ) |
| | ) Re: Docket No. 4346 |
| | ) |

## DECLARATION OF RON LUCE IN SUPPORT OF MOTION FOR RECONSIDERATION OF ORDER DISALLOWING CLAIM NO. 1658 FILED BY VALÉRON STRENGTH FILMS AGAINST W.R. GRACE & CO.

I, Ron Luce, do hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct:

1. Since September 2000, I have been the General Manager of Valéron Strength Films ("VSF"), an Illinois Tool Works Inc. ("ITW") company specializing in the manufacture of high-strength and specialty films, with its principal place of business at 9505 Bamboo Road, Houston, Texas 77041.

2. As VSF's General Manager, I am familiar with VSF's books and records and have direct supervision over VSF's accounting department, including VSF's Controller Jerry Philipp ("Philipp").

3. On July 23, 2002, in response to the Claims Bar Date Notice Materials VSF received in connection with the bankruptcy of W.R. Grace & Co. (the "Debtor"), I directed Philipp to file and mail a proof of claim with the Debtor's Claims Processing Agent to reflect the Debtor's $209,734.09 unpaid balance with VSF that existed as of April 2, 2001, the date the Debtor filed for bankruptcy.

4. On or about September 26, 2003, I received, by U.S. Mail delivery, a copy of the Court's Order Granting The Relief Sought In Debtors' Second Omnibus Objection To Claim

{A0052140.DOC}

(Non-Substantive). Upon reviewing the same, I was led to believe that the $209,734.09 claim filed by VSF had been expunged and disallowed from the Debtor's bankruptcy case. Thereafter, I promptly contacted ITW's corporate office, notifying them of the order. ITW then enlisted bankruptcy counsel to assist in the resolution of this matter.

5. While the claim VSF filed in the Debtor's case specified that all notices should be sent to 9505 Bamboo Road, Houston, Texas 77041, I did not receive and I have no record of ever receiving a copy of the Debtors' Second Omnibus Objection To Claims (Non-Substantive) (the "Second Omnibus Objection") or any other Notice of Filing related to this objection. Further, while all bankruptcy pleadings (such as objections and notices) are internally routed to my attention, I have consulted with VSF employees in the Accounting Department and VSF employees responsible for distributing mail and have confirmed that VSF did not receive a copy of the Debtors' Second Omnibus Objection.

Executed on October 22nd, 2003

By: _____
Ron Luce, General Manager
Valéron Strength Films
9505 Bamboo Road
Houston, Texas 77041

2