**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W.R. GRACE & CO.,** *et al*. | ) | **Case No. 01-01139 (JKF)** |
| | ) | **(Jointly Administered)** |
| **Debtor.** | ) | |
| | ) | |
| | ) | |

**ORDER (1) VACATING COURT'S PRIOR ORDER GRANTING DEBTORS' SECOND OMNIBUS OBJECTION TO CLAIMS WITH RESPECT TO CLAIM NO. 1658 FILED BY VALÉRON STRENGTH FILMS AND (2) REINSTATING THE VSF CLAIM**

Upon consideration of the motion (the "Motion")[1] of Valéron Strength Films ("VSF") for reconsideration of this Court's August 25, 2003 Order Granting The Relief Sought In Debtors' Second Omnibus Objection To Claim (Non-Substantive) [Dkt. No. 4346] to the extent such Order disallowed Claim No. 1658 timely filed by VSF against W.R. Grace & Co. (the "Debtor"), one of the debtors in the above-captioned proceeding; due and proper notice of the Motion having been provided; it appearing that there is good cause to grant the relief requested; and, there being no objection to the relief requested; it is therefore ORDERED as follows:

1. The Motion is granted.

2. This Court's August 25, 2003 Order Granting The Relief Sought In Debtors' Second Omnibus Objection To Claim (Non-Substantive) [Dkt. No. 4346] is vacated only to the extent such claim disallowed and expunged Claim No. 1658 filed by VSF.

3. Claim No. 1658 filed by VSF is hereby reinstated.

---

[1] Terms not defined herein shall have the meanings ascribed to them in the Motion.

{KMM3928.DOC}

4. Nothing herein shall be deemed to waive or otherwise limit the Debtors' right to subsequently object to the VSF Claim in accordance with the Bankruptcy Code and Federal Rules of Bankruptcy Procedure.

Dated: _____, 2003

                                        **Judith K. Fitzgerald**
                                        **United States Bankruptcy Judge**