**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this **24th** day of **October, 2003,** a copy of the foregoing *Notice of Motion and Motion for Reconsideration of Order Disallowing Claim No 1658 Filed by Valéron Strength Files Against W.R. Grace & Co.* was served on the attached 2002 list by first class mail.

      /s/ Kathleen M. Miller
      Kathleen M. Miller

MCM8340.WPD