# Exhibit A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.[1], | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objection Deadline: November 18, 2003 at 4:00 |
| | ) | p.m.  Hearing Date: TBD only if necessary |
| | ) | |

## FEE DETAIL FOR HOLME ROBERTS & OWEN, LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD OF SEPTEMBER 1, 2003 THROUGH SEPTEMBER 30, 2003

---

[1] The Debtors consist of the following 62 entities:  W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

**Matter 00300 - Libby, Montana Asbestos Litigation**

| Name | Position | Hourly Rate | September | Total Comp |
|------|----------|-------------|-----------|------------|
| Coggon, Katheryn | Special Counsel | $ 275.00 | 3.2 | $ 880.00 |
| Sherman, Joan | Paralegal | $ 125.00 | 2.8 | $ 350.00 |
| Tognetti, Natalie | Paralegal | $ 110.00 | 3.8 | $ 418.00 |
| | | | | |
| **Total** | | | **9.80** | **1,648.00** |

Expenses

**Matter 00300 - Libby, Montana Asbestos Litigation**

| Description | TOTAL |
|---|---|
| Parking | $ - |
| Photocopies | $ 12.30 |
| Facsimiles | $ - |
| Long Distance Telephone | $ 6.14 |
| Outside Courier | $ - |
| Lexis | $ - |
| Travel Expense | $ - |
| Outside Reporduction | $ 444.93 |
| Federal Express | $ 163.20 |
| Research Service | $ - |
| Velo Binding | $ - |
| Other Expense | $ 196.80 |
| Color Copies | $ - |
| **Total** | **$ 823.37** |

Holme Roberts & Owen LLP

October 15, 2003

W.R. Grace

| | |
|---|---|
| Page | 8 |
| Invoice No.: | 646528 |
| Client  No.: | 04339 |
| Matter  No.: | 00300 |

**Regarding: Libby, Montana Asbestos**

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 09/02/03 | NKT | Research database and locate Libby CT Study B-reader identities as requested by CLNeitzel. | 2.50 | $ 275.00 |
| 09/05/03 | KJC | Telephone conference with R. Finke re District Court ruling and additional matters (0.50); search for signed Order per R. Finke request (0.20). | 0.70 | 192.50 |
| 09/17/03 | KJC | Telephone conference with M. Murphy re return of documents from various EPA productions (0.40); telephone conference with JLSherman re same (0.70). | 1.10 | 302.50 |
| 09/17/03 | JLS | Conference with KJCoggon re return of documents from various EPA productions (0.70);  telephone conference with KJCoggon and M. Murphy re same (0.60); database research re same (0.50). | 1.80 | 225.00 |
| 09/18/03 | KJC | Email exchange with M. Murphy re disposition of remaining boxes for EPA productions (0.60). | 0.60 | 165.00 |
| 09/19/03 | JLS | Draft letter to M. Murphy re WR Grace privilege logs (0.40), database research re same (0.60). | 1.00 | 125.00 |
| 09/19/03 | NKT | Work with JLSherman to locate and compile all privilege logs produced to DOJ/EPA in re cost recovery matters and 104(e) response for transmittal to M. Murphy (.70), including research DCS electronic database and firm-wide document management system for requested files (.60). | 1.30 | 143.00 |
| 09/22/03 | KJC | Telephone conference with JLSherman re disposition of boxes from doc review (0.20); review draft letter to B. O'Connell re same (0.10). | 0.30 | 82.50 |
| 09/29/03 | KJC | Follow up re remediation reserves question (0.20); review J. Christiansen letter to CAG (0.30). | 0.50 | 137.50 |

Holme Roberts & Owen LLP

October 15, 2003

W.R. Grace

| | |
|---|---|
| Page | 9 |
| Invoice No.: | 646528 |
| Client  No.: | 04339 |
| Matter  No.: | 00300 |

## Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| | | **Total Fees Through September 30, 2003:** | **9.80** | **$   1,648.00** |

## Timekeeper Rate Summary

| Initials | Name | Position | Rate | Hours | Value |
|----------|------|----------|------|-------|-------|
| KJC | Katheryn J. Coggon | Special Counsel | $ 275.00 | 3.20 | $    880.00 |
| JLS | Joan L. Sherman | Paralegal | 125.00 | 2.80 | 350.00 |
| NKT | Natalie Tognetti | Paralegal | 110.00 | 3.80 | 418.00 |
| | | **Total Fees:** | | **9.80** | **$   1,648.00** |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 07/14/03 | | Outside Reproduction: VENDOR: Document Technologies Inc.; INVOICE#: 81065; DATE: 7/14/2003 - Outside Reproduction | $    444.93 |
| 08/31/03 | | Other Expense: VENDOR: Iron Mountain; INVOICE#: H571242; DATE: 8/31/2003 - Document Storage August 2003 | 196.80 |
| 09/02/03 | | Long Distance Telephone: 4105314751, 11 Mins., TranTime:11:9 | 1.10 |
| 09/03/03 | | Long Distance Telephone: 4062933964, 15 Mins., TranTime:15:28 | 1.50 |
| 09/04/03 | 9 | Photocopy | 1.35 |
| 09/05/03 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 4-866-53720; DATE: 9/5/2003 - Courier, Acct. 0802-0410-8. 08-27; Angela Anderson Boston, Ma | 24.82 |
| 09/05/03 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 4-866-53720; DATE: 9/5/2003 - Courier, Acct. 0802-0410-8. 08-27; Angela Anderson Boston, Ma | 30.34 |

Holme Roberts & Owen LLP

October 15, 2003

W.R. Grace

| | |
|---|---|
| Page | 10 |
| Invoice No.: | 646528 |
| Client No.: | 04339 |
| Matter No.: | 00300 |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 09/05/03 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 4-866-53720; DATE: 9/5/2003  -  Courier, Acct. 0802-0410-8. 08-27; Angela Anderson Boston, Ma | 17.52 |
| 09/05/03 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 4-866-53720; DATE: 9/5/2003  -  Courier, Acct. 0802-0410-8. 08-27; Angela Anderson Boston, Ma | 17.52 |
| 09/05/03 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 4-866-53720; DATE: 9/5/2003  -  Courier, Acct. 0802-0410-8. 08-27; Angela Anderson Boston, Ma | 18.98 |
| 09/05/03 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 4-866-53720; DATE: 9/5/2003  -  Courier, Acct. 0802-0410-8. 08-27; Angela Anderson Boston, Ma | 17.52 |
| 09/05/03 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 4-866-53720; DATE: 9/5/2003  -  Courier, Acct. 0802-0410-8. 08-27; Angela Anderson Boston, Ma | 17.52 |
| 09/05/03 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 4-866-53720; DATE: 9/5/2003  -  Courier, Acct. 0802-0410-8. 08-27; Angela Anderson Boston, Ma | 18.98 |
| 09/05/03 | | Long Distance Telephone: 5613621533, 24 Mins., TranTime:9:28 | 2.40 |
| 09/17/03 | | Long Distance Telephone: 6174265900, 3 Mins., TranTime:14:29 | 0.24 |
| 09/18/03 | 25 | Photocopy | 3.75 |
| 09/18/03 | 7 | Photocopy | 1.05 |
| 09/19/03 | 35 | Photocopy | 5.25 |
| 09/23/03 | | Long Distance Telephone: 6174984594, 1 Mins., TranTime:9:50 | 0.10 |
| 09/26/03 | | Long Distance Telephone: 4105314203, 3 Mins., TranTime:14:51 | 0.30 |
| 09/26/03 | | Long Distance Telephone: 4102998425, 2 Mins., TranTime:15:32 | 0.10 |
| 09/26/03 | | Long Distance Telephone: 4102998425, 1 Mins., TranTime:15:33 | 0.10 |
| 09/26/03 | 6 | Photocopy | 0.90 |
| 09/29/03 | | Long Distance Telephone: 6174984594, 3 Mins., TranTime:10:43 | 0.30 |

Holme Roberts & Owen LLP

October 15, 2003

W.R. Grace

| | |
|---|---|
| Page | 11 |
| Invoice No.: | 646528 |
| Client No.: | 04339 |
| Matter No.: | 00300 |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| | | **Total Disbursements:** | **$   823.37** |

## Disbursement Summary

| | | |
|---|---|---|
| Photocopy | $ | 12.30 |
| Long Distance Telephone | | 6.14 |
| Federal Express | | 163.20 |
| Outside Reproduction | | 444.93 |
| Other Expense | | 196.80 |
| **Total Disbursements:** | **$** | **823.37** |

## Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 612649 | 10/30/02 | Bill | 7,504.74 |
| | 12/16/02 | Cash Receipt | -6,409.54 |
| | 12/23/02 | Cash Receipt | -108.63 |
| | 04/14/03 | Cash Receipt Cancellation | 108.63 |
| | *Outstanding Balance on Invoice 612649:* | | *$   1,095.20* |
| | | | |
| 620923 | 01/24/03 | Bill | 309,771.81 |
| | 04/11/03 | Cash Receipt | -259,371.06 |
| | 04/14/03 | Cash Receipt Cancellation | 259,371.06 |
| | *Outstanding Balance on Invoice 620923:* | | *$ 309,771.81* |

Holme Roberts & Owen LLP

October 15, 2003

W.R. Grace

| | |
|---|---|
| Page | 16 |
| Invoice No.: | 646528 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

**Regarding: Libby - Cost Recovery Case**

### Itemized Services

| Date | Tkpr | Description | Hours | | Value |
|---|---|---|---|---|---|
| 09/05/03 | KJC | Telephone conference with J. Freeman re prejudgment interest (0.30); review and assess prejudgment interest issues (1.20). | 1.50 | $ | 412.50 |
| 09/08/03 | KJC | Telephone conference with D. Jensen re interest calculators (0.30). | 0.30 | | 82.50 |
| 09/22/03 | KJC | Telephone conference with J. Freeman re interest calculations for KDC (0.20); follow up re same (0.20). | 0.40 | | 110.00 |
| 09/23/03 | KJC | Telephone conference with J. Roeder re prejudment interest calculation (0.40); review correspondence from J. Freeman re same (0.80). | 1.20 | | 330.00 |
| 09/25/03 | KJC | Determine interest rate calculation position (0.50). | 0.50 | | 137.50 |
| 09/26/03 | KJC | Telephone conference with R. Emmett and W. Corcoran re interest calculations (0.40); review and revise stipulation re interest calculations (1.10); email exchange and telephone conference with J. Freeman re interest calculation (1.40). | 2.90 | | 797.50 |
| 09/26/03 | KJC | Telephone conferences and email exchanges with R. Emmett, W. Corcoran and J. Freeman re new estimate for Libby cleanup costs (1.80). | 1.80 | | 495.00 |
| 09/29/03 | SCH | Review Grace documents received from KJBates to check whether in database. | 1.00 | | 60.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | **Total Fees Through September 30, 2003:** | **9.60** | **$** | **2,425.00** |

Holme Roberts & Owen LLP

October 15, 2003

W.R. Grace

| | |
|---|---|
| Page | 17 |
| Invoice No.: | 646528 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

## Timekeeper Rate Summary

| Initials | Name | Position | Rate | Hours | | Value |
|---|---|---|---|---|---|---|
| KJC | Katheryn J. Coggon | Special Counsel | $ 275.00 | 8.60 | $ | 2,365.00 |
| SCH | Stephen Haraldson | Other | 60.00 | 1.00 | | 60.00 |
| | | **Total Fees:** | | **9.60** | **$** | **2,425.00** |

## Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 09/02/03 | 8 | Photocopy | $ | 1.20 |
| 09/05/03 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 4-866-53720; DATE: 9/5/2003  -  Courier, Acct. 0802-0410-8. 09-02; Robert Emmett Columbia, Md | | 9.75 |
| 09/05/03 | 20 | Photocopy | | 3.00 |
| 09/12/03 | 1 | Lexis | | 49.72 |
| 09/18/03 | 1 | Outside Courier | | 6.50 |
| 09/18/03 | 158 | Photocopy | | 23.70 |
| 09/22/03 | 1 | Outside Courier | | 6.50 |
| 09/22/03 | 100 | Photocopy | | 15.00 |
| 09/26/03 | | Long Distance Telephone: 4105314751, 3 Mins., TranTime:13:12 | | 0.30 |
| 09/26/03 | 16 | Photocopy | | 2.40 |
| | | **Total Disbursements:** | **$** | **118.07** |

Holme Roberts & Owen LLP

October 15, 2003

W.R. Grace

Page 18
Invoice No.: 646528
Client  No.: 04339
Matter  No.: 00302

### Disbursement Summary

| | | |
|---|---|---:|
| Photocopy | $ | 45.30 |
| Long Distance Telephone | | 0.30 |
| Outside Courier | | 13.00 |
| Federal Express | | 9.75 |
| Lexis | | 49.72 |
| **Total Disbursements:** | **$** | **118.07** |

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---:|
| 612649 | 10/30/02 | Bill | 612,312.75 |
| | 12/16/02 | Cash Receipt | -497,942.35 |
| | 12/23/02 | Cash Receipt | -11,344.12 |
| | 04/14/03 | Cash Receipt Cancellation | 11,344.12 |
| | *Outstanding Balance on Invoice 612649:* | | *$ 114,370.40* |
| | | | |
| 621058 | 01/31/03 | Bill | 652,734.43 |
| | 04/11/03 | Cash Receipt | -537,304.13 |
| | 04/14/03 | Cash Receipt | -537,304.13 |
| | 04/14/03 | Cash Receipt Cancellation | 537,304.13 |
| | 09/05/03 | Cash Receipt | -112,831.67 |
| | *Outstanding Balance on Invoice 621058:* | | *$ 2,598.63* |
| | | | |
| 623879 | 02/27/03 | Bill | 248,017.05 |
| | 10/02/03 | Cash Receipt | -41,674.20 |

**Matter 00302 - Defense of Cost Recovery Action**

| Name | Position | Hourly Rate | September | Total  Comp |
|------|----------|-------------|-----------|-------------|
| Coggon, Katheryn | Special Counsel | $      275.00 | 8.6 | $      2,365.00 |
| Haraldson, Stephen | Document Specialist | $        60.00 | 1 | $          60.00 |
|  |  |  |  |  |
| Total |  |  | **9.60** | **$      2,425.00** |

Expenses

**Matter 00302 - Defense of Cost Recovery Action**

| Description | TOTAL |
|---|---|
| Parking | $            - |
| Photocopies | $        45.30 |
| Facsimiles | $            - |
| Long Distance Telephone | $          0.30 |
| Outside Courier | $        13.00 |
| Travel Expense | $            - |
| Federal Express | $          9.75 |
| Other Meal Expenses | $            - |
| Lexis | $        49.72 |
| Westlaw | $            - |
| Outside Reproduction | $            - |
| Other Expenses | $            - |
| Tab Stock | $            - |
| Color Copies | $            - |
| **Total** | **$      118.07** |

Expenses

**Matter 00310 - Casmalia Superfund Defense**

| Description | TOTAL |
|---|---|
| Photocopies | $        - |
| Facsimiles | $        - |
| Long Distance Telephone | $     0.30 |
| Outside Courier | $        - |
| Travel Expense | $        - |
| Lexis | $        - |
| Meal Expenses | $        - |
| **Total** | $     0.30 |

Holme Roberts & Owen LLP

October 15, 2003

W.R. Grace

| | |
|---|---|
| Page | 21 |
| Invoice No.: | 646528 |
| Client No.: | 04339 |
| Matter No.: | 00310 |

**Regarding: Casmalia Superfund Site**

### Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 09/30/03 | | Long Distance Telephone: 9186615746, 3 Mins., TranTime:8:54 | $ | 0.30 |
| | | **Total Disbursements:** | $ | **0.30** |

### Disbursement Summary

| | | | |
|---|---|---|---|
| Long Distance Telephone | $ | 0.30 | |
| **Total Disbursements:** | $ | **0.30** | |

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 620923 | 01/24/03 | Bill | 45,018.63 |
| | 04/11/03 | Cash Receipt | -37,325.71 |
| | 04/14/03 | Cash Receipt Cancellation | 37,325.71 |
| | *Outstanding Balance on Invoice 620923:* | | *$  45,018.63* |
| | **Total Outstanding Invoices:** | | **$  45,018.63** |

| | |
|---|---|
| **Trust Applied to Matter** | **$      0.00** |
| **Current Fees and Disbursements** | **$      0.30** |
| **Total Balance Due This Matter** | **$  45,018.93** |

**Matter 00370 - Boulder Document Production, Attic Insulation Defense**

| Name | Position | Hourly Rate | September | Total Comp |
|------|----------|-------------|-----------|------------|
| Coggon, Katheryn | Special Counsel | $    275.00 | 2.10 | $    577.50 |
|  |  |  |  |  |
| **Total** |  |  | **2.10** | **$    577.50** |

Holme Roberts & Owen LLP

October 15, 2003

W.R. Grace

| | |
|---|---|
| Page | 27 |
| Invoice No.: | 646528 |
| Client No.: | 04339 |
| Matter No.: | 00370 |

**Regarding: Boulder Document Production re Attic Insulation**

### Itemized Services

| Date | Tkpr | Description | Hours | | Value |
|------|------|-------------|-------|---|-------|
| 09/26/03 | KJC | Telephone conference with M. Murphy and follow up research re attic insulation issues (1.20). | 1.20 | $ | 330.00 |
| 09/29/03 | KJC | Email exchange with M. Murphy re attic questions (0.30); voice mail exchange with MCLatuda re same (0.20); research re attic insulation invoices (0.40). | 0.90 | | 247.50 |
| | | **Total Fees Through September 30, 2003:** | **2.10** | **$** | **577.50** |

### Timekeeper Rate Summary

| Initials | Name | Position | Rate | Hours | | Value |
|----------|------|----------|------|-------|---|-------|
| KJC | Katheryn J. Coggon | Special Counsel | $ 275.00 | 2.10 | $ | 577.50 |
| | | **Total Fees:** | | **2.10** | **$** | **577.50** |

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---------|------|-------------|--------|
| 612649 | 10/30/02 | Bill | 3,416.86 |
| | 12/16/02 | Cash Receipt | -2,753.96 |
| | 12/23/02 | Cash Receipt | -65.75 |
| | 04/14/03 | Cash Receipt Cancellation | 65.75 |
| | | *Outstanding Balance on Invoice 612649:* | $    662.90 |

**Matter 00390 - Bankruptcy Matters**

| Name | Position | Hourly Rate | September | Total Comp |
|------|----------|-------------|-----------|------------|
| Flaagan, Elizabeth K. | Partner | $   275.00 | 1.9 | $   522.50 |
| Haag, Susan | Paralegal | $   105.00 | 3.6 | $   378.00 |
|  |  |  |  |  |
| **Total** |  |  | **5.50** | **$   900.50** |

Expenses

**Matter 00390 - Bankruptcy Matters**

| Description | TOTAL |
|---|---|
| Photocopies | $ 7.80 |
| Facsimiles | $ - |
| Long Distance Telephone | $ - |
| Federal Express | $ 26.12 |
| Tab Stock | $ - |
| Lexis | $ - |
| Westlaw | $ - |
| Postage | $ - |
| Research Services | $ - |
| Professional Services | $ 1,605.30 |
| **Total** | **$ 1,639.22** |

Holme Roberts & Owen LLP

October 15, 2003

W.R. Grace

| | |
|---|---|
| Page | 31 |
| Invoice No.: | 646528 |
| Client  No.: | 04339 |
| Matter  No.: | 00390 |

**Regarding: Bankruptcy Matters**

### Itemized Services

| Date | Tkpr | Description | Hours | | Value |
|---|---|---|---|---|---|
| 09/05/03 | EKF | Review fee application order of 7/28/03 and docket for future hearing dates on fees (.30). | 0.60 | $ | 165.00 |
| 09/08/03 | SH | Research Pacer for PFNewman re order on sixth interim fee application. | 0.30 | | 31.50 |
| 09/11/03 | EKF | Review and revise August 2003 invoices (.60). | 0.60 | | 165.00 |
| 09/16/03 | EKF | Review fee auditor's report on fees for eighth quarterly fee application hearing (.20). | 0.20 | | 55.00 |
| 09/25/03 | EKF | Review August fee application (.30). | 0.30 | | 82.50 |
| 09/25/03 | SH | Calculate 9th interim fee application category spreadsheet (.80); resolve billing issues with accounting (.50); calculate and draft August fee application (1.30). | 2.60 | | 273.00 |
| 09/30/03 | EKF | Review fee auditor's final report re HRO fee application for Ninth Interim Period (.20). | 0.20 | | 55.00 |
| 09/30/03 | SH | Compile August fee application for filing. | 0.70 | | 73.50 |

**Total Fees Through September 30, 2003:**    **5.50**  $  **900.50**

### Timekeeper Rate Summary

| Initials | Name | Position | Rate | Hours | | Value |
|---|---|---|---|---|---|---|
| EKF | Elizabeth Flaagan | Partner | $ 275.00 | 1.90 | $ | 522.50 |
| SH | Susan Haag | Paralegal | 105.00 | 3.60 | | 378.00 |

**Total Fees:**    **5.50**  $  **900.50**

Holme Roberts & Owen LLP

October 15, 2003

W.R. Grace

| | |
|---|---|
| Page | 32 |
| Invoice No.: | 646528 |
| Client No.: | 04339 |
| Matter No.: | 00390 |

## Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 08/18/03 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 4-819-32462; DATE: 8/18/2003  -  Courier, Acct. 0802-0410-8. 08-07; William Weller Wilmington, De | $ | 16.01 |
| 08/31/03 | | Consulting Fee: VENDOR: Morris, James, Hitchens & Williams LLP; INVOICE#: 254993; DATE: 9/9/2003  -  Professional Services through August 31, 2003 | | 1,605.30 |
| 09/05/03 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 4-866-53720; DATE: 9/5/2003  -  Courier, Acct. 0802-0410-8. 08-29; William Weller Wilmington, De | | 10.11 |
| 09/30/03 | 52 | Photocopy | | 7.80 |

| | | |
|---|---|---|
| **Total Disbursements:** | **$** | **1,639.22** |

### Disbursement Summary

| | | |
|---|---|---|
| Consulting Fee | $ | 1,605.30 |
| Photocopy | | 7.80 |
| Federal Express | | 26.12 |
| **Total Disbursements:** | **$** | **1,639.22** |

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 612649 | 10/30/02 | Bill | 6,832.32 |
| | 12/16/02 | Cash Receipt | -5,498.82 |
| | 12/23/02 | Cash Receipt | -132.27 |

**Matter 00420 - Ninth Circuit Appeal**

| Name | Position | Hourly Rate | September | Total Comp |
|------|----------|-------------|-----------|------------|
| Tuchman, Robert | Partner | $ 375.00 | 17.6 | $ 6,600.00 |
| Lund, Kenneth | Partner | $ 350.00 | 5 | $ 1,750.00 |
| Brown, Linnea | Partner | $ 320.00 | 4.1 | $ 1,312.00 |
| McCarthy, Jay | Partner | $ 300.00 | 2 | $ 600.00 |
| Flaagan, Elizabeth | Partner | $ 275.00 | 0.4 | $ 110.00 |
| Coggon, Katheryn | Special Counsel | $ 275.00 | 22 | $ 6,050.00 |
| Christ, Allison | Associate | $ 140.00 | 21.6 | $ 3,024.00 |
| Barry, Georffrey | Associate | $ 220.00 | 80.3 | $ 17,666.00 |
| Sherman, Joan | Paralegal | $ 125.00 | 3.4 | $ 425.00 |
| Tognetti, Natalie | Paralegal | $ 110.00 | 9.3 | $ 1,023.00 |
| Floyd, Mary Beth | Info. Specialist | $ 90.00 | 0.3 | $ 27.00 |
| | | | | |
| **Total** | | | **166.00** | **$ 38,587.00** |

Expenses

**Matter 00420 - Ninth Circuit Appeal**

| Description | TOTAL |
|---|---|
| Parking | $ - |
| Photocopies | $ 110.85 |
| Facsimile | $ - |
| Long Distance Telephone | $ 6.00 |
| Federal Express | $ 84.50 |
| Travel Expense | $ - |
| Lexis | $ 405.14 |
| Westlaw | $ - |
| Meal Expenses | $ - |
| Legal Assostant Overtime | $ - |
| Tab Stock | $ - |
| Velo Binding | $ - |
| **Total** | **$ 606.49** |

Holme Roberts & Owen LLP

October 15, 2003

W.R. Grace

| | |
|---|---|
| Page | 39 |
| Invoice No.: | 646528 |
| Client  No.: | 04339 |
| Matter  No.: | 00420 |

**Regarding: Ninth Circuit Appeal**

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 09/02/03 | LB | Telephone conferences and e-mails with KJCoggon and KWLund re appellate issues and post trial motions (.60); conference call with Chris Landau and Brett McGurk re same (.90). | 1.50 | $   480.00 |
| 09/02/03 | KWL | Prepare for conference call re District Court Order and Judgment and possible appeal strategy (1.00); participate in conference call with Bill Corcoran, Bob Emmett and KJCoggon re District Court Order and Judgment and possible appeal strategy (.50); conference with KJCoggon re District Court Order and Judgment and possible appeal strategy (.50). | 2.00 | 700.00 |
| 09/02/03 | JDM | Exchange e-mails with LBrown re Rule 59 issues (0.4); conference with KJCoggon re Rule 59 and appellate issues (0.4). | 0.80 | 240.00 |
| 09/02/03 | KJC | Conference with KWLund re District Court Order and Judgment and possible appeal strategy (.50); telephone conference with KWLund, W. Corcoran, B. Siegel, R. Emmett re District Court decision and appeal (.50); follow up re issues, inquiries and post trial motion (3.10); telephone conferences with LBrown and R. Emmett re post trial motions and appeal support to Kirkland & Ellis (2.30). | 6.40 | 1,760.00 |
| 09/02/03 | GMB | Edit memo on issues for appeal (8.70). | 8.70 | 1,914.00 |
| 09/02/03 | NKT | Read and review District Court Order and Judgment. | 1.50 | 165.00 |
| 09/03/03 | KWL | Review of various documents in preparation for providing them to Kirkland & Ellis. | 3.00 | 1,050.00 |
| 09/03/03 | JDM | Continue review and analysis of class certification brief and exhibits. | 1.20 | 360.00 |

Holme Roberts & Owen LLP

October 15, 2003

W.R. Grace

| | |
|---|---|
| Page | 40 |
| Invoice No.: | 646528 |
| Client No.: | 04339 |
| Matter No.: | 00420 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 09/03/03 | KJC | Follow up re issues and inquiries re appeal (0.30). | 0.30 | 82.50 |
| 09/03/03 | GMB | Edit memo on issues for appeal (7.40). | 7.40 | 1,628.00 |
| 09/03/03 | NKT | Search for and locate Judge Molloy order denying protective order on Weis and Peronard (.80); continue to read and review Judge Molloy order in US v. WR Grace and KDC (1.00). | 1.80 | 198.00 |
| 09/04/03 | RT | Review draft of GMBarry's memo on issues for appeal (7.40); conferences with GMBarry and KJCoggon re same (1.00). | 8.40 | 3,150.00 |
| 09/04/03 | KJC | Review issues for memo on issues for appeal (1.30). | 1.30 | 357.50 |
| 09/04/03 | GMB | Edit memo on issues for appeal (6.20). | 6.20 | 1,364.00 |
| 09/04/03 | MBF | Obtain cases cited in the government's brief for RTuchman. | 0.30 | 27.00 |
| 09/05/03 | EKF | Conference with KJCoggon re bankruptcy issues relating to EPA judgment appeal (.40). | 0.40 | 110.00 |
| 09/05/03 | RT | Review GMBarry's memo on issues for appeal (.90); conference with KJCoggon and GMBarry re revisions memo on issues for appeal (1.70). | 3.60 | 1,350.00 |
| 09/05/03 | KJC | Review issues for memo on issues for appeal (0.50); conference with RTuchman and GMBarry re same (1.70); conference with EKFlaagan re bankruptcy interface with appeal and enforcement of judgment (0.40); e-mail exchange with B. McGurk re same and re conference call (0.20). | 2.80 | 770.00 |
| 09/05/03 | GMB | Conference with KJCoggon and RTuchman to review memo on issues for appeal (1.70); conference with JLSherman re exhibits for memo (.30); edit memo on issues for appeal based on conference (4.90); additional Lexis research re non-CERCLA arbitrary and capricious cases (1.80). | 8.70 | 1,914.00 |

Holme Roberts & Owen LLP

October 15, 2003

W.R. Grace

| | |
|---|---|
| Page | 41 |
| Invoice No.: | 646528 |
| Client   No.: | 04339 |
| Matter  No.: | 00420 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 09/05/03 | ATC | Conference with GMBarry re assignment re administrative record evidence cases (0.30); research and locate memos and cases re same (1.50). | 1.80 | 252.00 |
| 09/05/03 | JLS | Prepare exhibits for memo on issues for appeal. | 3.40 | 425.00 |
| 09/06/03 | GMB | Continue editing memo on issues for appeal (3.70). | 3.70 | 814.00 |
| 09/07/03 | GMB | Continue editing memo on issues for appeal (1.80). | 1.80 | 396.00 |
| 09/07/03 | ATC | Research re extra record evidence cases (3.25); review memos and motions re same (4.75). | 8.00 | 1,120.00 |
| 09/08/03 | RT | Read 12/19/02 order on summary judgment. | 0.40 | 150.00 |
| 09/08/03 | KJC | Respond to inquiries from Kirkland & Ellis re appeal (0.40). | 0.40 | 110.00 |
| 09/08/03 | GMB | Edit memo on issues for appeal for Kirkland & Ellis (4.80). | 4.80 | 1,056.00 |
| 09/08/03 | ATC | Research re cases where court used extra-record evidence (7.00); draft memo re same (4.50); conference with GMBarry re same (0.30). | 11.80 | 1,652.00 |
| 09/09/03 | LB | Office conference with KJCoggon re conference call with Kirkland & Ellis and preparation for same (.50). | 0.50 | 160.00 |
| 09/09/03 | KJC | Prepare for office conference with Kirkland & Ellis attorneys re appellate issues (2.20). | 2.20 | 605.00 |
| 09/09/03 | GMB | Edit memo on issues for appeal for Kirkland & Ellis (7.40); additional Lexis research on extra-record evidence cases identified by  ATCrist (1.40); additional Lexis research on non-EPA arbitrary and capricious cases (2.30). | 11.10 | 2,442.00 |
| 09/09/03 | NKT | Research WR Grace DCS database and locate documents requested by KJCoggon and LBrown for use by Kirkland & Ellis re appeal. | 0.60 | 66.00 |

Holme Roberts & Owen LLP

October 15, 2003

W.R. Grace

| | |
|---|---|
| Page | 42 |
| Invoice No.: | 646528 |
| Client   No.: | 04339 |
| Matter  No.: | 00420 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 09/10/03 | LB | Prepare for conference call with Chris Landau, Brett McGurk, and KJCoggon to discuss appellate issues (1.10); participate in same (.80); follow up conference with KJCoggon re appellate issues and post trial motions (.20). | 2.10 | 672.00 |
| 09/10/03 | KJC | Prepare for and follow up on telephone conference with Kirkland & Ellis re appellate issues (2.30); telephone conference with C. Landau and B. McGurk re appellate issues (0.80). | 3.10 | 852.50 |
| 09/10/03 | GMB | Edit memo on issues for appeal for Kirkland & Ellis (9.70). | 9.70 | 2,134.00 |
| 09/11/03 | RT | Conferences with GMBarry and KJCoggon re memo on issues for appeal (.10); read draft of GMBarry's memo on issues for appeal (1.50). | 1.60 | 600.00 |
| 09/11/03 | KJC | Review and revise memo on issues for appeal (3.80). | 3.80 | 1,045.00 |
| 09/11/03 | GMB | Conference with KJCoggon re feedback on memo on issues for appeal (.40); edit memo on issues for appeal for Kirkland & Ellis (8.90). | 9.30 | 2,046.00 |
| 09/11/03 | NKT | Search for and locate Ninth Circuit Court of Appeals cases requested by LBrown for use in preparation for Grace appeal. | 0.50 | 55.00 |
| 09/12/03 | RT | Review memo on issues for appeal (2.40); conferences with GMBarry and KJCoggon re same (1.20). | 3.60 | 1,350.00 |
| 09/12/03 | KJC | Review, revise and send to Kirkland & Ellis memo on issues for appeal (1.70). | 1.70 | 467.50 |

Holme Roberts & Owen LLP

October 15, 2003

W.R. Grace

Page        43
Invoice No.:   646528
Client  No.:   04339
Matter  No.:   00420

## Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 09/12/03 | GMB | Conference with RTuchman and KJCoggon re feedback on memo on issues for appeal (1.20); final editing of memo on issues for appeal for Kirkland & Ellis (5.60); review cite checking (negative treatment) of cases cited in memo on issues for appeal (2.10). | 8.90 | 1,958.00 |
| 09/12/03 | NKT | Cite check GMBarry memo re issues on appeal  including work with KChristnacht on Lexis Nexis research re same (4.00); conferences with GMBarry re cite checking issues to note in memo on issues for appeal (.90). | 4.90 | 539.00 |

**Total Fees Through September 30, 2003:**   **166.00**   **$   38,587.00**

## Timekeeper Rate Summary

| Initials | Name | Position | Rate | Hours | Value |
|----------|------|----------|------|-------|-------|
| RT | Robert Tuchman | Partner | $ 375.00 | 17.60 | $   6,600.00 |
| KWL | Kenneth W. Lund | Partner | 350.00 | 5.00 | 1,750.00 |
| LB | Linnea Brown | Partner | 320.00 | 4.10 | 1,312.00 |
| JDM | John D. McCarthy | Partner | 300.00 | 2.00 | 600.00 |
| EKF | Elizabeth Flaagan | Partner | 275.00 | 0.40 | 110.00 |
| KJC | Katheryn J. Coggon | Special Counsel | 275.00 | 22.00 | 6,050.00 |
| GMB | Geoffrey  M. Barry | Associate | 220.00 | 80.30 | 17,666.00 |
| ATC | Allison T. Crist | Associate | 140.00 | 21.60 | 3,024.00 |
| JLS | Joan L. Sherman | Paralegal | 125.00 | 3.40 | 425.00 |
| NKT | Natalie Tognetti | Paralegal | 110.00 | 9.30 | 1,023.00 |
| MBF | Mary Beth Floyd | Information Specialist | 90.00 | 0.30 | 27.00 |

**Total Fees:**   **166.00**   **$   38,587.00**

Holme Roberts & Owen LLP

October 15, 2003

W.R. Grace

| | |
|---|---|
| Page | 44 |
| Invoice No.: | 646528 |
| Client  No.: | 04339 |
| Matter  No.: | 00420 |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 08/25/03 | 1 | Lexis | $    23.39 |
| 08/29/03 | | Long Distance Telephone: 4105314203, 11 Mins., TranTime:8:51 | 1.10 |
| 09/02/03 | 1 | Lexis | 5.86 |
| 09/03/03 | 1 | Lexis | 102.43 |
| 09/04/03 | 1 | Lexis | 6.93 |
| 09/04/03 | 1 | Lexis | 28.25 |
| 09/04/03 | 1 | Lexis | 7.47 |
| 09/05/03 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 4-866-53720; DATE: 9/5/2003  -  Courier, Acct. 0802-0410-8. 09-02; Brett McGurk Washington, DC | 10.11 |
| 09/05/03 | 68 | Photocopy | 10.20 |
| 09/08/03 | 1 | Lexis | 66.09 |
| 09/10/03 | 1 | Lexis | 75.65 |
| 09/10/03 | | Long Distance Telephone: 2028795087, 49 Mins., TranTime:12:33 | 4.90 |
| 09/10/03 | 111 | Photocopy | 16.65 |
| 09/12/03 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 4-866-91805; DATE: 9/12/2003  -  Courier, Acct. 0802-0410-8. 09-03; Robert Emmett Columbia, Md | 18.91 |
| 09/12/03 | 1 | Lexis | 77.52 |
| 09/12/03 | 1 | Lexis | 11.55 |
| 09/12/03 | 400 | Photocopy | 60.00 |
| 09/12/03 | 160 | Photocopy | 24.00 |
| 09/19/03 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 4-867-34535; DATE: 9/19/2003  -  Courier, Acct. 0802-0410-8. 09-12; Robert Emmett Columbia, Md | 17.63 |

Holme Roberts & Owen LLP

October 15, 2003

W.R. Grace

| | |
|---|---|
| Page | 45 |
| Invoice No.: | 646528 |
| Client  No.: | 04339 |
| Matter No.: | 00420 |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 09/19/03 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 4-867-34535; DATE: 9/19/2003  -  Courier, Acct. 0802-0410-8. 09-12; Chris Landau Washington, DC | 10.11 |
| 09/19/03 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 4-867-34535; DATE: 9/19/2003  -  Courier, Acct. 0802-0410-8. 09-12; William Corcoran Columbia, Md | 10.11 |
| 09/19/03 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 4-867-34535; DATE: 9/19/2003  -  Courier, Acct. 0802-0410-8. 09-12; Brett McGurk Washington, DC | 17.63 |

**Total Disbursements:**          **$      606.49**

### Disbursement Summary

| | | |
|---|---|---|
| Photocopy | $ | 110.85 |
| Long Distance Telephone | | 6.00 |
| Federal Express | | 84.50 |
| Lexis | | 405.14 |
| **Total Disbursements:** | **$** | **606.49** |

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 641124 | 08/18/03 | Bill | 21,356.50 |
| | *Outstanding Balance on Invoice 641124:* | | *$  21,356.50* |
| 644977 | 09/25/03 | Bill | 28,438.91 |