IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

In the Matter of
   W.R. Grace              :     Case No. 01-1139 (JKF)
        Debtor   :
                    :

## MOTION AND ORDER

## FOR ADMISSION PRO HAC VICE

1. I, Megan N. Harper, a member of the bar of this court, pursuant to District Court Local Rule 83.5, moves the admission **pro hac vice** of Mark G. Ledwin, Wilson, Elser, Moskowitz, Edelman & Dicker, LLP, 3 Gannett Drive, White Plains, New York 10604 to represent Royal Insurance in this action. The Admittee is admitted, practicing, and in good standing in The State of New York.

_____
Megan N. Harper (#4103)
Bifferato, Bifferato & Gentilotti
1308 Delaware Ave, P.O. Box 2165
Wilmington, DE 19899-2165
(302) 429-1900

THIS SPACE IS BEING INTENTIONALLY LEFT BLANK

2.  The Admittee certifies that he or she is eligible for admission to this court, is admitted to practice and in good standing in the jurisdiction shown in paragraph 1 above, submits to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of, or in the preparation of, this action as provided in Local Rule 83.6(i), and has access to, or has acquired, a copy of the Local Rules of this Court and is generally familiar with such rules.

_____
Mark G. Ledwin
Wilson, Elser, Moskowitz,
Edelman & Dicker, LLP
3 Gannett Drive
White Plains, New York 10604
Telephone: 914-323-7000

3.  Motion granted.

    Date:_____

_____
United States Bankruptcy Judge