## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of October, 2003, a copy of the foregoing Motion and Order for Admission Pro Hac Vice of Mark G. Ledwin  was caused to be served by hand delivery upon the following:


Laura Davis Jones, Esquire
Pachulski, Stang, Ziehl Young & Jones
919 N. Market Street
16th Floor
Wilmington, DE 19899-8705


By: _____

Ian Connor Bifferato (#3273)
Megan N. Harper (#4103)
**BIFFERATO, BIFFERATO & GENTILOTTI**
1308 Delaware Avenue, P.O. Box 2165
Wilmington, DE 19899-2165
(302) 429-1900 Telephone