IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | Re 10/27/03 agenda #8 |
| Debtors. | ) | |
| | ) | |

## ORDER APPROVING THE PRIVILEGED AND CONFIDENTIAL SETTLEMENT AGREEMENT AND RELEASE WITH THE KWELMB COMPANIES

Upon consideration of the Debtors' Motion for an Order Approving the Privileged and Confidential Settlement Agreement and Release With the KWELMB Companies (the "Motion") and the London Market Insurers' Objections to Debtors' Disclosure of a Confidential Settlement Agreement and Release Between Grace and London Market Insurers (the "Objection"); and due and proper notice of the Motion having been given; and it appearing that the relief requested in the Motion is in the best interests of the Debtors, their estates and creditors, it is hereby

ORDERED that the Objection is sustained insofar as the confidential settlement agreement and release between Grace and London Market Insurers was disclosed as an exhibit to the Motion; and it is further

ORDERED that this order does not affect any rights that London Market Insurers may have pursuant to the confidential settlement agreement and release between Grace and London Market Insurers, arising from the disclosure of that confidential settlement agreement; and it is further

ORDERED that the Clerk is directed to delete Attachment No. 2 in Docket Entry No. 4460 of this action and place a notation on the docket that the Attachment was deleted as confidential by this Order; the Debtors shall file an amended Exhibit 1 to the Motion that does

not contain the confidential settlement agreement and release between Grace and London Market Insurers; and it is further

ORDERED that all copies of Attachment No. 2 in Docket Entry No. 4460 containing the confidential settlement agreement and release between Grace and London Market Insurers shall be destroyed or deleted from computer files; and it is further

ORDERED that the Motion is granted; and it is further

ORDERED that the Settlement Agreement is hereby approved; and it is further

ORDERED that the Debtors are authorized to take whatever action may be necessary to consummate the transactions contemplated by the Settlement Agreement; and its further

ORDERED that this Order shall be effective immediately upon its entry.

Dated: 10/29/03

*JK Fitzgerald*
Honorable Judith K. Fitzgerald
United States Bankruptcy Judge