# EXHIBIT "E"

Nov-04-02 04:11pm From-                                T-705 P.04/05 F-751

Purcell, Ries, Shannon, Mulcahy & O'Neill, Esqs.
Crossroads Business Center
One Pluckemin Way    P O Box 754
Bedminster, NJ 07921-0754
(908) 658-3800

October 29, 2002

Billed through 10/24/02

Client #         0950-14554-004 CJH

HON. ALFRED WOLIN
U.S. DISTRICT COURT, NJ


CASE CAPTION:   U.S. DISTRICT COURT BANKRUPTCY MATTERS
OUR TAX I.D.:   22-2017766

Balance forward as of bill number 003 dated 07/09/02      $13,012.61
Payments received since last bill (last payment 08/20/02)  $ 6,704.52
A/R Adjustments made since last bill                       $ 3,626.85  CI

Net balance forward                                        $ 2,681.24

FOR PROFESSIONAL SERVICES RENDERED

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/18/02 | CJH | Review of published asbestos litigation article forwarded by D. Gross | .50 hrs | 450 /hr | 225.00 |
| 03/21/02 | CJH | Receipt and review of Orders and procedures for fee applications | .50 hrs | 450 /hr | 225.00 |
| 05/14/02 | CJH | Review of article submitted by W. Drier re: asbestos victim claims | 1.00 hrs | 450 /hr | 450.00 |
| 05/14/02 | CJH | Review of confidential memorandum submitted by insurance interests addressing substantive and procedural issues. | 1.00 hrs | 450 /hr | 450.00 |
| 05/17/02 | CJH | Meeting and conference at U.S. District Courthouse, Newark, NJ with J. Wolin, D. Gross, J. Keefe, J. Drier, Prof. Mcgovern | 3.00 hrs | 450 /hr | 1,350.00 |
| 05/17/02 | CJH | Travel to and from Newark at 1/2 time | 2.00 hrs | 225 /hr | 450.00 |
| 08/10/02 | CJH | Review and research of motion and briefs filed in application of Official Committee of asbestos property damage claimants for leave to appeal decision of The Bankruptcy Court in the matter of (W.R. GRACE & CO.) | 3.00 hrs | 450 /hr | 1,350.00 |
| 08/12/02 | CJH | Drafting and editing of memo regarding application by Official Committee of Asbestos Property Damage claimant for leave to appeal decision of Bankruptcy Court in the Matter of (W.R. GRACE & CO.) | 3.00 hrs | 450 /hr | 1,350.00 |
| 08/17/02 | CJH | Research and review of motion for leave to appeal (BY USG) | 2.00 hrs | 450 /hr | 900.00 |
| 08/17/02 | CJH | Drafting of memo regarding merits of USG motion for (J. WOLIN) | 2.00 hrs | 450 /hr | 900.00 |

G - 2

```
Nov-04-02 04:11pm From-                                 T-705  P.05/05  F-781
HON. ALFRED WOLIN                                              PAGE   2
Client #          0950-14554-004 CJH
```

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/07/02 | CJH | Review of briefs and appendix and draft memo re: Plaintiff motion for leave to appeal in (ARMSTRONG) matter | 4.00 hrs | 450 /hr | 1,800.00 |
| 09/14/02 | CJH | Research and drafting of memo regarding motion for leave to appeal in (ARMSTRONG) | 4.00 hrs | 450 /hr | 1,800.00 |
| 09/25/02 | CJH | Telephone conference with E. WOHLFORTH re: various legal issues applicable to all cases (SHARED BY ALL BANKRUPTCY CASES) | .30 hrs | 450 /hr | 135.00 |
| 09/30/02 | CJH | Continued drafting of memo re: Plant (OWEN CORNING) appeal | 1.00 hrs | 450 /hr | 450.00 |
| 09/30/02 | CJH | Receipt and initial review of appeal in (FEDERAL MOGUL) Computer Sales Intl. | .50 hrs | 450 /hr | 225.00 |
| 10/07/02 | CJH | Final drafting of memo re: Plant appeal re:(OWENS CORNING) bankruptcy matter | 5.00 hrs | 450 /hr | 2,250.00 |
| 10/08/02 | CJH | Final edit of (OWENS CORNING) memo | 1.00 hrs | 450 /hr | 450.00 |

```
            C. JUDSON HAMLIN   CJH  COUNSEL    2.00 hrs   225 /hr     450.00
            C. JUDSON HAMLIN   CJH  COUNSEL   31.80 hrs   450 /hr  14,310.00
                                              33.80 hrs
```

**DISBURSEMENTS**

| | |
|---|---|
| Parking fees for C. J. Hamlin at Newark Court | 8.95 |
| Parking fees for C. J. Hamlin at Newark Court | 8.95 |
| Parking fees for C. J. Hamlin at Newark Court | 8.95 |
| Facsimile charge at $ -.25 per page; | 1.50 |
| Federal Express from C. J. Hamlin to Evans Wohforth | 13.60 |
| Total disbursements for this matter | $   41.95 |

**BILLING SUMMARY**

| | |
|---|---|
| C. JUDSON HAMLIN   CJH  COUNSEL | 450.00 |
| C. JUDSON HAMLIN   CJH  COUNSEL | 14,310.00 |
| TOTAL FEES | $14,760.00 |
| TOTAL DISBURSEMENTS | $   41.95 |
| TOTAL CHARGES FOR THIS BILL | $14,801.95 |
| UNPAID BALANCE | $ 2,681.24 |
| TOTAL BALANCE | $17,483.19 |

G - 25