# EXHIBIT "F"

Exhibit C

Purcell, Ries, Shannon, Mulcahy & O'Neill, Esqs.
Crossroads Business Center
One Pluckemin Way      P O Box 754
Bedminster, NJ 07921-0754
(908) 658-3800

April 17, 2003

Billed through 04/10/03

Client #        0950-14554-007 CJH

HON. ALFRED WOLIN
U.S. DISTRICT COURT, NJ

CASE CAPTION:  U.S. DISTRICT COURT BANKRUPTCY MATTERS
OUR TAX I.D.:  22-2017766

Balance forward as of bill number 005 dated 01/31/03                    $ 2,688.29

FOR PROFESSIONAL SERVICES RENDERED

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/10/03 | LC | Review file and create case index (.6); identify, analyze and index documents for case index update (.7) integrate correspondence and pleadings (.1) into index (.7) and update case index (.5) | 2.50 hrs | 95 /hr | 237.50 |
| 03/26/03 | LC | Identify, analyze and index documens for summation update | .50 hrs | 95 /hr | 47.50 |
| 03/27/03 | LC | Continue to identify, analyze and index documents for summation update. | .60 hrs | 95 /hr | 57.00 |
| 04/09/03 | LC | Identify, analyze and index documents for case index update. | .50 hrs | 95 /hr | 47.50 |
| 04/10/03 | LC | Preparation of documents for preliminary index re: testimony before the Senate (.4); update case index (.2); review and analysis of documents for case index update and inegrate documents into index (.4). | 1.00 hrs | 95 /hr | 95.00 |

LYNN CITRINO                                    5.10 hrs    95 /hr    484.50
                                                5.10 hrs

DISBURSEMENTS

Federal Express from C. J. Hamlin to Whitney
Chelnik, Esq.                                                          11.48
Federal Express from C. J. Hamlin to E. Evans
Wohlforth, Jr.                                                         18.73

Total disbursements for this matter                              $     30.21

BILLING SUMMARY

LYNN CITRINO                                                          484.50

TOTAL FEES                                                      $    484.50

K -

HON. ALFRED WOLIN                                           PAGE 2
Client #         0950-14554-007 CJH

| | |
|---|---|
| TOTAL DISBURSEMENTS | $ 30.21 |
| TOTAL CHARGES FOR THIS BILL | $ 514.71 |
| UNPAID BALANCE | $ 2,688.29 |
| TOTAL BALANCE | $ 3,203.00 |

K -

HON. ALFRED WOLIN                                           PAGE 2
Client #         0950-14554-007 CJH

Purcell, Ries, Shannon, Mulcahy & O'Neill, Esqs.
Crossroads Business Center
One Pluckemin Way          P O Box 754
Bedminster, NJ 07921-0754
(908) 658-3800

April 17, 2003

Billed through 04/10/03

Client #    0950/A-14554-001 CJH

OWENS CORNING

CASE NAME:    OWENS CORNING
OUR TAX I.D.: 22-2017766

FOR PROFESSIONAL SERVICES RENDERED

| Date | | Description | Hours |
|---|---|---|---|
| 02/03/03 | LC | Continue organization of documents for database entry for Owens Corning. | .40 hrs |
| 02/03/03 | LC | Review, index and update database correspondence, discovery and pleadings for Owens Corning. | .30 hrs |
| 02/04/03 | LC | Retrieve and prepare documents re: Opinions for Owens Corning. | .10 hrs |
| 03/10/03 | LC | Identify, analyze and index documents for case index update for Owens Corning. | 1.00 hrs |

BILLING SUMMARY

| | | | |
|---|---|---|---|
| LYNN CITRINO | 1.80 hrs | 95 /hr | 171.00 |
| TOTAL FEES | 1.80 hrs | | $ 171.00 |
| TOTAL CHARGES FOR THIS BILL | | | $ 171.00 |

Purcell, Ries, Shannon, Mulcahy & O'Neill, Esqs.
Crossroads Business Center
One Pluckemin Way      P O Box 754
Bedminster, NJ 07921-0754
(908) 658-3800

April 17, 2003

Billed through 04/10/03

Client #        0950/B-14554-001 CJH

W.R. GRACE

CASE NAME:    W.R. GRACE
OUR TAX I.D.: 22-2017766

FOR PROFESSIONAL SERVICES RENDERED

03/31/03 LC    Identify, analyze and index documents for case
               index update general file, W.R. Grace                    .60 hrs

BILLING SUMMARY

         LYNN CITRINO                          .60 hrs   95 /hr      57.00

         TOTAL FEES                            .60 hrs         $     57.00

         TOTAL CHARGES FOR THIS BILL                           $     57.00

K -

Purcell, Ries, Shannon, Mulcahy & O'Neill, Esqs.
Crossroads Business Center
One Pluckemin Way      P O Box 754
Bedminster, NJ 07921-0754
(908) 658-3800

April 17, 2003

Billed through 04/10/03

Client #            0950/C-14554-001 CJH

ARMSTRONG

CASE NAME:      ARMSTRONG
OUR TAX I.D.:   22-2017766

FOR PROFESSIONAL SERVICES RENDERED

| Date | Initials | Description | Hours |
|---|---|---|---|
| 02/03/03 | LC | Continue organization of documents for database entry for Armstrong. | .30 hrs |
| 02/03/03 | LC | Review, index and update database pleadings for Armstrong. | .50 hrs |
| 02/03/03 | LC | Review, index and update database correspondence, discovery and pleadings for Armstrong. | .30 hrs |
| 02/04/03 | LC | Retrieve and prepare documents re: Opinions for Armstrong. | .10 hrs |

BILLING SUMMARY

| | | | |
|---|---|---|---|
| LYNN CITRINO | 1.20 hrs | 95 /hr | 114.00 |
| TOTAL FEES | 1.20 hrs | | $ 114.00 |
| TOTAL CHARGES FOR THIS BILL | | | $ 114.00 |

K -

Purcell, Ries, Shannon, Mulcahy & O'Neill, Esqs.
Crossroads Business Center
One Pluckemin Way    P O Box 754
Bedminster, NJ 07921-0754
(908) 658-3800

April 17, 2003

Billed through 04/10/03

Client #     0950/D-14554-001 CJH

FEDERAL MOGUL

CASE NAME:    FEDERAL MOGUL
OUR TAX I.D.: 22-2017766

FOR PROFESSIONAL SERVICES RENDERED

| Date | Atty | Description | Hours |
|---|---|---|---|
| 02/03/03 | LC | Continue organization of documents for database entry for Federal Mogul. | .30 hrs |
| 02/03/03 | LC | Review, index and update database pleadings for Federal Mogul. | .50 hrs |
| 02/03/03 | LC | Review, index and update database correspondence, discovery and pleadings for Federal Mogul. | .40 hrs |
| 02/04/03 | LC | Search Internet - United State Bankruptcy Court, Delaware for opinion by Judge Randall Newsome for appeal for Federal Mogul. | .80 hrs |
| 02/17/03 | CJH | Research and drafting memorandum for the court re: issues in CSI appeal in Federal Mogul. | 4.00 hrs |
| 02/18/03 | CJH | Final edit of memorandum for District Court re: CSI appeal in Federal Mogul matter. | 1.00 hrs |
| 02/19/03 | LC | Draft cover explanatory note forwarding CSI v. Federal Mogul original documents to E. Evans Wohlforth. | .50 hrs |
| 03/31/03 | LC | Identify, analyze and index documents for case index update general file, Federal Mogul. | .50 hrs |

BILLING SUMMARY

| Name | Initials | Role | Hours | Rate | Amount |
|---|---|---|---|---|---|
| C. JUDSON HAMLIN | CJH | COUNSEL | 5.00 hrs | 450 /hr | 2,250.00 |
| LYNN CITRINO | | | 3.00 hrs | 95 /hr | 285.00 |
| TOTAL FEES | | | 8.00 hrs | | $ 2,535.00 |

TOTAL CHARGES FOR THIS BILL                    $ 2,535.00

K - 26

Purcell, Ries, Shannon, Mulcahy & O'Neill, Esqs.
Crossroads Business Center
One Pluckemin Way    P O Box 754
Bedminster, NJ 07921-0754
(908) 658-3800

April 17, 2003

Billed through 04/10/03

Client #    0950/E-14554-001 CJH

U.S. GYPSUM

CASE NAME:    U.S. GYPSUM
OUR TAX I.D.:    22-2017766

FOR PROFESSIONAL SERVICES RENDERED

| Date | | Description | Hours |
|---|---|---|---|
| 02/04/03 | LC | Retrieve and prepare documents re: Opinions for U.S. Gypsum. | .20 hrs |
| 03/31/03 | LC | Identify, analyze and index documents for case index update general file, U.S. Gypsum | .50 hrs |
| 04/10/03 | LC | Update U.S. Gypsum case index. | .20 hrs |

BILLING SUMMARY

| | | | |
|---|---|---|---|
| LYNN CITRINO | .90 hrs | 95 /hr | 85.50 |
| TOTAL FEES | .90 hrs | $ | 85.50 |
| TOTAL CHARGES FOR THIS BILL | | $ | 85.50 |

K -

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ARMSTRONG WORLD INDUSTRIES, INC., et al., <br><br> Debtors. | Chapter 11 <br> Case Nos. 00-4471, 00-4469, 00-4470 <br> (Jointly Administered) |
| IN RE: W. R. GRACE & CO., et al., <br><br> Debtors. | Chapter 11 <br> Case Nos. 01-1139 through 01-1200 <br> (Jointly Administered) |
| IN RE: FEDERAL MOGUL GLOBAL, INC., T & N LIMITED, et al., <br><br> Debtors. | Chapter 11 <br> Case Nos. 01-10578, et al <br> (Jointly Administered) |
| IN RE: USG CORPORATION, a Delaware Corporation, et al., <br><br> Debtors. | Chapter 11 <br> Case Nos. 01-2094 through 01-2104 <br> (Jointly Administered) |
| IN RE: OWENS CORNING, et al., <br><br> Debtors. | Chapter 11 <br> Case Nos. 00-3837 through 00-3854 <br> (Jointly Administered) |

IN RE:    GENERAL ASBESTOS

**THIRD INTERIM ORDER AWARDING FEES AND EXPENSES TO PURCELL, RIES, SHANNON, MULCAHY & O'NEILL ON BEHALF OF THE COURT APPOINTED ADVISOR C. JUDSON HAMLIN**

This matter having been opened before the Court upon the third application of Purcell, Ries, Shannon, Mulcahy & O'Neill on behalf of the Court Appointed Advisor C. Judson Hamlin; and the Court having by previous Order withdrawn the reference to the Bankruptcy Court with respect to such applications and granted leave to the Court Appointed Advisors to make interim

{00274299.DOC}

K —

applications for the allowance of fees and expenses incurred in the course of their appointment by the Court; having received no opposition to the application; and the Court having found that the fees and expenses are reasonable and that the services rendered were necessary for the administration of the debtors' estates and not duplicative of any other services rendered and for other good cause shown

IT IS on this _____ day of _____, 2003

ORDERED that the third application of Purcell, Ries, Shannon, Mulcahy & O'Neill on behalf of C. Judson Hamlin for an interim allowance of fees and expenses is hereby granted and fees and expenses are allowed on an interim basis in the amount of $3,477.20; and it is further

ORDERED that the interim fees and expenses allowed pursuant to this Order are to be allocated among the debtors as follows:

$2,637.90 in fees and expenses against Federal Mogul, Inc.;

$159.90 in fees and expenses against W.R. Grace & Co.;

$216.90 in fees and expenses against Armstrong World Industries, Inc.;

$273.90 in fees and expenses against Owens Corning; and

$188.40 in fees and expenses against U.S.G. Corporation; and it is further

ORDERED that the debtors are authorized and directed to pay to Purcell, Ries, Shannon, Mulcahy & O'Neill the amounts as set forth herein; and it is further

ORDERED that amounts received pursuant to this interim Order may be subject to disgorgement as may be provided in the final Order of allowance of fees and expenses at the conclusion of the above-captioned Chapter 11 cases.

_____
ALFRED M. WOLIN, U.S.D.J.