REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

| | | |
|---|---|---|
| W.R Grace & Co. | Invoice Number | 1083164 |
| One Town Center Road | Invoice Date | 10/27/03 |
| Boca Raton, FL    33486 | Client Number | 172573 |

===============================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

Fees                              6,192.00

                    TOTAL BALANCE DUE UPON RECEIPT          $6,192.00
                                                        =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


| W.R Grace & Co. | | Invoice Number | 1083164 |
|---|---|---|---|
| One Town Center Road | | Invoice Date | 10/27/03 |
| Boca Raton, FL   33486 | | Client Number | 172573 |
| | | Matter Number | 60026 |

===============================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH SEPTEMBER 30, 2003

| Date | Name | | Hours |
|---|---|---|---|
| 09/03/03 | Cameron | Review Judge Malloy decision in property damage case. | .80 |
| 09/03/03 | Flatley | Review and analyze J. Malloy opinion and e-mails re: same (1.50); e-mail to R. Finke (.10); call with W. Sparks (.30); call with R. Finke and follow-up (.30). | 2.20 |
| 09/08/03 | Butcher | Review FOIA letters (.30); e-mail to D. Cameron re: letters (.10); meeting with J. Restivo re: local counsel's preparation of order for judge to sign (.20). | .60 |
| 09/09/03 | Butcher | Draft letter to R. Finke re: FOIA requests. | .30 |
| 09/10/03 | Butcher | Summarize documents produced by EPA in response to our FOIA request. | 1.70 |
| 09/17/03 | Butcher | Review and send out letter to R. Finke re: FOIA. | .30 |
| 09/17/03 | Cameron | Review materials relating to verdict issue and traditional property damage materials (.9); review materials relating to Canadian claimants and multiple e-mails regarding same (.8). | 1.70 |

172573 W. R. Grace & Co.                          Invoice Number  1083164
60026  Litigation and Litigation Consulting       Page    2
        October 27, 2003

| Date | Name | | Hours |
|------|------|---|-------|
| 09/17/03 | Restivo | Telephone calls with R. Finke and J. Martin re: verdict issues. | .80 |
| 09/23/03 | Atkinson | Reviewing verdicts and e-mails re: same (0.6); copies of verdict materials to J. Martin (0.2). | .80 |
| 09/23/03 | Bentz | Meeting with J. Restivo and J. Martin regarding verdicts in property damage cases. | .60 |
| 09/23/03 | Martin | Review and analysis of record materials re: property damage case verdicts (.70); advise J. Restivo re: same (.40). | 1.10 |
| 09/23/03 | Restivo | Review of file (0.9) and meeting with J. Martin and J. Bentz re: verdict issues (0.6). | 1.50 |
| 09/25/03 | Cameron | Review materials relating to traditional asbestos property damage cases and status. | .50 |
| 09/26/03 | Atkinson | Telephone call with clerk re: verdict (0.2), e-mail to J. Martin re: same (0.1). | .30 |
| 09/26/03 | Bentz | Continued analysis of property damage case verdicts. | 1.60 |
| 09/26/03 | Martin | Analysis of state law on verdicts. | .30 |
| 09/29/03 | Atkinson | Telephone call with J. Martin and copies of verdict materials to M. Perry and to J. Restivo. | .30 |
| 09/29/03 | Martin | Analysis of case update re: property damage case verdicts. | .30 |
| 09/29/03 | Perry | Telephone conference with J. Martin to discuss verdict status. | .20 |
| 09/30/03 | Cameron | Review materials relating to traditional property damage claims. | .90 |

                                           TOTAL HOURS    16.80

172573 W. R. Grace & Co.                         Invoice Number  1083164
60026  Litigation and Litigation Consulting      Page    3
        October 27, 2003

| TIME SUMMARY | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| James J. Restivo Jr. | 2.30 | at $ | 475.00 | = | 1,092.50 |
| Lawrence E. Flatley | 2.20 | at $ | 440.00 | = | 968.00 |
| Douglas E. Cameron | 3.90 | at $ | 430.00 | = | 1,677.00 |
| James W Bentz | 2.20 | at $ | 335.00 | = | 737.00 |
| James C. Martin | 1.70 | at $ | 525.00 | = | 892.50 |
| Mary L. Perry | 0.20 | at $ | 350.00 | = | 70.00 |
| Jayme L. Butcher | 2.90 | at $ | 200.00 | = | 580.00 |
| Maureen L. Atkinson | 1.40 | at $ | 125.00 | = | 175.00 |

                        CURRENT FEES                       6,192.00

                                                        ------------
            TOTAL BALANCE DUE UPON RECEIPT              $6,192.00
                                                        ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                          Invoice Number      1083166
5400 Broken Sound Blvd., N.W.        Invoice Date        10/27/03
Boca Raton, FL 33487                 Client Number        172573


========================================================================

Re: W. R. Grace & Co.


(60028)   ZAI Science Trial

        Fees                              23,673.50
                       TOTAL BALANCE DUE UPON RECEIPT        $23,673.50
                                                            =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                          Invoice Number      1083166
5400 Broken Sound Blvd., N.W.        Invoice Date        10/27/03
Boca Raton, FL 33487                 Client Number        172573
                                     Matter Number         60028


===============================================================================

Re: (60028)  ZAI Science Trial

FOR PROFESSIONAL SERVICES PROVIDED THROUGH SEPTEMBER 30, 2003

| Date | Name | | Hours |
|------|------|---|-------|
| 09/01/03 | Atkinson | Preparing summary judgment binders for Judge Fitzgerald for September 16-17, 2003 hearing. | 3.10 |
| 09/02/03 | Atkinson | Continue preparing 13 binders re: summary judgment and related motions to Judge Fitzgerald for September 16-17, 2003 hearing (4.9); organizing and revising Agenda for September 16-1-7, 2003 hearing (0.5). | 5.40 |
| 09/02/03 | Bentz | Review of proposed agenda for Science Trial argument. | .20 |
| 09/02/03 | Butcher | Prepare hearing agenda and summary judgment binders for filing. | 1.10 |
| 09/02/03 | Flatley | Review draft agenda and call with D. Cameron re: same (.30); reviewing medical witness and other files (.60). | .90 |
| 09/02/03 | Restivo | Review status of discussions and call to E. Westbrook. | 1.50 |
| 09/03/03 | Atkinson | Organizing documents, arrangements to provide documents to mediator on September 6, 2003 (2.8); organizing pleadings re: Summary Judgment (0.8). | 3.60 |

172573 W. R. Grace & Co.                          Invoice Number  1083166
60028  ZAI Science Trial                          Page   2
       October 27, 2003

| Date | Name | | Hours |
|------|------|---|-------|
| 09/03/03 | Restivo | Various telephone calls with E. Westbrook and L. Flatley re: mediation. | .50 |
| 09/04/03 | Butcher | Review binders and agenda to prepare packet for mediation (1.10); phone call to local counsel re: transcript (.10). | 1.20 |
| 09/04/03 | Flatley | With J. Restivo re: negotiation strategy. | .50 |
| 09/04/03 | Restivo | Preparation for mediation (1.2) and calls with B. Beber (0.3). | 1.50 |
| 09/05/03 | Cameron | Telephone call with J. Restivo and e-mails regarding mediation session (.5); review materials relating to preparation for summary judgment argument (.7). | 1.20 |
| 09/05/03 | Flatley | E-mail and call with D. Cameron re: issues raised by J. Restivo (.30); call with D. Cameron re: preparation for oral argument (.30); call with J. Restivo and R. Finke re: mediation in Washington, DC (.50). | 1.10 |
| 09/05/03 | Restivo | Preparation for and meeting with mediator and counsel to ZAI Claimants. | 8.50 |
| 09/06/03 | Cameron | Review materials for summary judgment argument preparation. | 1.00 |
| 09/07/03 | Cameron | Continue to review materials for summary judgment argument preparation. | 2.50 |
| 09/08/03 | Atkinson | Reviewing and indexing Summary Judgment and Motions in Limine pleadings. | 1.30 |
| 09/08/03 | Bentz | Conference with M. Murphy regarding claimants' document request (.2); draft response to claimants' letter request (.9); corresponding with R. Finke and D. Cameron regarding document issues (.3). | 1.40 |

172573 W. R. Grace & Co.                          Invoice Number  1083166
60028  ZAI Science Trial                          Page    3
       October 27, 2003

| Date | Name | | Hours |
|------|------|---|-------|

09/08/03 Cameron          Meet with J. Restivo and discuss        .50
                          conference call with Court
                          regarding mediation.

09/08/03 Flatley          With J. Restivo and D. Cameron re:      .30
                          status of mediation.

09/08/03 Restivo          Telephone calls with F. McGovern,      3.00
                          E. Westbrook, court and local
                          counsel re:  conciliation and
                          argument dates (2.0); meetings
                          with J. Butcher and A. Muha re:
                          conciliation, argument dates and
                          informal discovery (1.0).

09/09/03 Atkinson         Organizing materials used in           1.50
                          binders prepared for September
                          16-17 hearing (0.6); searches on
                          Summation re: ZAI sales
                          information for A. Muha (0.7);
                          searches on internet re: common
                          benefit fund (0.2).

09/09/03 Bentz            Review of documents requested by        .80
                          Claimants.

09/09/03 Muha             Review ZAI document review project     3.20
                          file materials relating to
                          historic sales/pricing documents
                          (1.8); discuss same with and
                          review materials provided by M.
                          Atkinson (0.5); review J. Restivo
                          memo re: same (0.3); draft e-mail
                          memo to J. Restivo in response
                          (0.6).

09/09/03 Restivo          Finalize memo re:  meeting in D.C.     1.00
                          (0.6); review new material (0.4).

09/10/03 Cameron          Meet with J. Restivo and telephone     1.10
                          call with R. Finke regarding
                          mediation discussions (.6); review
                          materials to provide to claimants'
                          counsel (.5).

09/10/03 Flatley          Review J. Restivo memo and medical      .40
                          article (.30); e-mails to/from R.
                          Finke (.10).

172573 W. R. Grace & Co.                          Invoice Number  1083166
60028  ZAI Science Trial                          Page   4
        October 27, 2003

| Date | Name | | Hours |
|------|------|---|-------|

| 09/10/03 | Restivo | File review (0.3) and conference call with D. Cameron and R. Finke re: D.C. meeting (1.2). | 1.50 |
| 09/11/03 | Atkinson | Search of Lotus Notes index of boxes for ledgers with ZAI sales information. | .60 |
| 09/11/03 | Cameron | E-mails regarding information relating to sales of ZAI. | .40 |
| 09/11/03 | Restivo | Telephone interview of W. Sparks (0.6) and dictate memo re: same (0.4). | 1.00 |
| 09/12/03 | Atkinson | Revising indices and preparing file of summary judgment pleadings and motions in limine pleadings. | 1.20 |
| 09/12/03 | Singer | Discussion with D. Cameron re: federal jurisdiction and mediation issues. | .30 |
| 09/15/03 | Atkinson | Organizing summary judgment, motion in limine pleadings. | .80 |
| 09/15/03 | Bentz | Revising letter regarding various document issues (.4); review of agenda for omnibus hearing (.3). | .70 |
| 09/16/03 | Atkinson | Reviewing and organizing pleadings and motions in limine. | .80 |
| 09/16/03 | Restivo | Collection of material and correspondence to mediator. | .80 |
| 09/17/03 | Bentz | Letter to Claimants' counsel regarding outstanding discovery requests (.5); review of recent news articles regarding vermiculite insulation and related class actions (.4). | .90 |
| 09/18/03 | Bentz | Review of agenda for omnibus hearing. | .20 |
| 09/18/03 | Restivo | Meeting with P. Singer and report to R. Finke re: mediation issues. | 1.00 |

172573 W. R. Grace & Co.                          Invoice Number  1083166
60028  ZAI Science Trial                          Page   5
       October 27, 2003


| Date | Name | | Hours |
|------|------|------|-------|
| 09/18/03 | Singer | Meeting with J. Restivo re: ancillary proceeding in bankruptcy case. | 1.00 |
| 09/19/03 | Atkinson | Reviewing docket against pleadings files. | .70 |
| 09/22/03 | Flatley | Review medical article and message for R. Senftleben (.40); call with W. Sparks re: Grace witness (.20). | .60 |
| 09/22/03 | Restivo | Review newly received e-mails, correspondence, etc. re: mediation of Science Trial issues. | .50 |
| 09/23/03 | Atkinson | Reviewing files, correspondence, Summation database, Lotus box lists re: invoices/sales information and e-mail to J. Restivo re: same. | 1.10 |
| 09/23/03 | Cameron | Meet with J. Restivo regarding issues relating to mediation discussions. | .50 |
| 09/23/03 | Restivo | Telephone calls with E. Westbrook, W. Sparks, D. Cameron and M. Atkinson re:  information exchange (1.2) and dictate memo re:  same (0.8). | 2.00 |
| 09/24/03 | Bentz | Review of current motion practice. | .20 |
| 09/24/03 | Cameron | Prepare for and meet with J. Restivo regarding conference call to discuss mediation issues. | .80 |
| 09/24/03 | Restivo | Conference call with B. Beber, D. Siegel, et al. (0.7); conference call with W. Sparks and R. Murphy (0.8); review Lindholm discovery (0.5); correspondence from E. Westbrook (0.5). | 2.50 |
| 09/25/03 | Restivo | Update information exchange. | 1.20 |
| 09/25/03 | Rossi | Telephone call with Murphy re: production and coding of ZAI sales invoices. | .30 |

```
172573  W. R. Grace & Co.                    Invoice Number  1083166
60028   ZAI Science Trial                     Page    6
        October 27, 2003
```

| Date | Name | | Hours |
|------|------|--|-------|
| 09/26/03 | Atkinson | Searches on Summation database for expanding plant ZAI documents (0.3); telephone conversations, e-mails with Matt Murphy (Casner & Edwards) regarding same (0.5); reviewing guidelines for review re: expanding plants (0.3). | 1.10 |
| 09/29/03 | Atkinson | Searches of databases regarding expanding plant documents (0.5); e-mail to Matt Murphy re: same (0.2). | .70 |

```
                                              ------
                                  TOTAL HOURS   71.70
```

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|--|------|--|-------|
| James J. Restivo Jr. | 26.50 | at $ | 475.00 | = | 12,587.50 |
| Paul M. Singer | 1.30 | at $ | 475.00 | = | 617.50 |
| Lawrence E. Flatley | 3.80 | at $ | 440.00 | = | 1,672.00 |
| Douglas E. Cameron | 8.00 | at $ | 430.00 | = | 3,440.00 |
| James W Bentz | 4.40 | at $ | 335.00 | = | 1,474.00 |
| Jayme L. Butcher | 2.30 | at $ | 200.00 | = | 460.00 |
| Andrew J. Muha | 3.20 | at $ | 200.00 | = | 640.00 |
| Martha Susan Haines Rossi | 0.30 | at $ | 150.00 | = | 45.00 |
| Maureen L. Atkinson | 21.90 | at $ | 125.00 | = | 2,737.50 |

```
                     CURRENT FEES                       23,673.50


                                                      ------------
                     TOTAL BALANCE DUE UPON RECEIPT     $23,673.50
                                                      ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

| | |
|---|---|
| Invoice Number | 1083167 |
| Invoice Date | 10/27/03 |
| Client Number | 172573 |
| Matter Number | 60029 |

==============================================================================

Re: (60029)  Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH SEPTEMBER 30, 2003

| Date | Name | | Hours |
|------|------|---|-------|
| 08/19/03 | Keuler | Follow-up with J. Lord re: new monthly application and related issues. | .10 |
| 08/20/03 | Keuler | Met with J. Lord re: document requests (0.2); draft message to PGH counsel regarding status (0.2). | .20 |
| 09/03/03 | Muha | Revisions to DBR for August 2003 monthly fee application. | 1.50 |
| 09/05/03 | Lord | Research docket and prepare CNOs for 8th and 9th Quarterly Fee Applications. | .80 |
| 09/08/03 | Lord | Revise and e-file CNOs for Eighth and Ninth Interim fee applications (.7); prepare and perfect service for same (.3); research and respond to e-mail inquiry from A. Muha re: eighth application and upcoming hearing (.4). | 1.40 |
| 09/08/03 | Muha | Revisions to DBR for August 2003 Fee Application. | 1.30 |
| 09/16/03 | Cameron | Review Fee Auditor's Initial report re: Ninth Quarterly Fee App. (.5); e-mail to A. Muha re: response issues (.4). | .90 |
| 09/18/03 | Lord | Discussion with L. Lankford re: CNO for monthly application. | .20 |

172573  W. R. Grace & Co.                          Invoice Number  1083167
60029   Fee Applications-Applicant                 Page    2
        October 27, 2003


   Date    Name                                                    Hours
--------  -----------                                              -----

09/23/03 Keuler           Review CNO prepared by J. Lord re:        .20
                          25th application.

09/23/03 Lord             Research docket and draft CNO for         .60
                          July monthly fee application (.5);
                          discuss same with R. Keuler (.1).

09/23/03 Muha             Revisions to August 2003 Monthly         1.20
                          Fee Application fee/expense
                          details.

09/24/03 Lord             E-file and perfect service re: CNO        .80
                          for July 2003 Monthly fee
                          application.

09/29/03 Cameron          Review and revise fee application         .70
                          materials.

09/30/03 Lord             Prepare electronic service for            .70
                          monthly fee application (.3);
                          e-mails to/from P. Lykens re: same
                          (.2); research and respond to
                          e-mail from D. Cameron re: CNO for
                          July 2003 application (.2).

09/30/03 Muha             Final revisions to fee and expense       1.60
                          details for August 2003 fee
                          application.

                                                                  ------
                                           TOTAL HOURS             12.20


TIME SUMMARY              Hours         Rate          Value
----------------------   -----------   ------------  -------
Douglas E. Cameron        1.60  at  $   430.00   =     688.00
Andrew J. Muha            5.60  at  $   200.00   =   1,120.00
Richard A. Jr. Keuler     0.50  at  $   250.00   =     125.00
John B. Lord              4.50  at  $   145.00   =     652.50

                         CURRENT FEES                         2,585.50

                                                            ------------
                         TOTAL BALANCE DUE UPON RECEIPT       $2,585.50
                                                            =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.
One Town Center Road
Boca Raton, FL   33486

| | |
|---|---|
| Invoice Number | 1083168 |
| Invoice Date | 10/27/03 |
| Client Number | 172573 |
| Matter Number | 60030 |

========================================================================

Re: (60030)  Hearings

FOR PROFESSIONAL SERVICES PROVIDED THROUGH SEPTEMBER 30, 2003

| Date | Name | | Hours |
|------|------|---|-------|
| 08/20/03 | Keuler | Finalized status for hearing with D. Cameron. | .20 |
| 09/02/03 | Cameron | Review draft agenda for September 22 hearing and revise. | .40 |
| 09/08/03 | Keuler | Draft message to co-counsel re: hearing. | .20 |
| 09/16/03 | Cameron | Review final agenda for September 22 hearing. | .30 |
| 09/16/03 | Keuler | E-messages with D. Cameron re: hearing dates and attendance. | .10 |

TOTAL HOURS    1.20

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|---|------|---|-------|
| Douglas E. Cameron | 0.70 | at $ | 430.00 | = | 301.00 |
| Richard A. Jr. Keuler | 0.50 | at $ | 250.00 | = | 125.00 |

CURRENT FEES          426.00

TOTAL BALANCE DUE UPON RECEIPT          $426.00