REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R Grace & Co.                          Invoice Number      1083235
One Town Center Road                     Invoice Date      10/27/03
Boca Raton, FL    33486                  Client Number       172573


===============================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

Expenses                          1,805.37

                  TOTAL BALANCE DUE UPON RECEIPT        $1,805.37
                                                      ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.
One Town Center Road
Boca Raton, FL    33486

| | |
|---|---|
| Invoice Number | 1083235 |
| Invoice Date | 10/27/03 |
| Client Number | 172573 |
| Matter Number | 60026 |

===============================================================================

Re: Litigation and Litigation Consulting

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---|
| Binding Charge | 15.00 |
| Telephone Expense | 0.51 |
| Documentation Charge | 21.91 |
| Duplicating/Printing | · 115.70 |
| Postage Expense | 7.69 |
| Express Mail Service | 12.78 |
| Outside Duplicating | 1,631.78 |

CURRENT EXPENSES               1,805.37
                          -------------

TOTAL BALANCE DUE UPON RECEIPT      $1,805.37
                          =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                           Invoice Number       1083235
One Town Center Road                      Invoice Date         10/27/03
Boca Raton, FL   33486                    Client Number          172573
                                          Matter Number           60026

===========================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---|
| 08/26/03 | Express Mail Service-Fedex on 8/15/03 | 12.78 |
| 08/29/03 | 302-559-8061/WILMINGTON, DE/8 | .51 |
| 08/29/03 | Postage Expense | 6.26 |
| 09/02/03 | ATTY # 0349: 1 COPIES | .15 |
| 09/02/03 | ATTY # 0349: 3 COPIES | .45 |
| 09/05/03 | ATTY # 0718: 6 COPIES | .90 |
| 09/08/03 | ATTY # 0718; 24 COPIES | 3.60 |
| 09/08/03 | ATTY # 0718; 2 COPIES | .30 |
| 09/08/03 | ATTY # 0349: 1 COPIES | .15 |
| 09/08/03 | ATTY # 0718: 6 COPIES | .90 |
| 09/08/03 | ATTY # 0718: 3 COPIES | .45 |
| 09/08/03 | ATTY # 0718: 3 COPIES | .45 |
| 09/09/03 | ATTY # 0856: 4 COPIES | .60 |
| 09/09/03 | ATTY # 0349: 1 COPIES | .15 |
| 09/10/03 | ATTY # 0349: 1 COPIES | .15 |
| 09/11/03 | PACER CHARGE FOR JULY 2003 -Electronic document retreival service charge. | 12.11 |

172573 W. R. Grace & Co.                          Invoice Number  1083235
60026  Litigation and Litigation Consulting        Page    2
       October 27, 2003

09/11/03   PACER CHARGE FOR JULY 2003 -Documentation          9.80
           Charge - - Electronic docket retrieval charge
           for July 2003.

09/15/03   OUTSIDE DUPLICATING--Copying for service of      1570.48
           materials upon parties listen on Debtors'
           service lists.

09/17/03   Postage Expense                                      .37

09/17/03   OUTSIDE DUPLICATION - Outside Duplicating - -      61.30
           VENDOR:IKON DOCUMENT SERVICES

09/17/03   ATTY # 0349: 1 COPIES                                .15

09/17/03   ATTY # 0349: 1 COPIES                                .15

09/17/03   ATTY # 0885: 1 COPIES                                .15

09/22/03   Postage Expense                                     1.06

09/22/03   ATTY # 0396: 1 COPIES                                .15

09/22/03   ATTY # 0885: 67 COPIES                             10.05

09/23/03   ATTY # 0856; 227 COPIES                            22.70

09/23/03   ATTY # 0856; 322 COPIES                            32.20

09/23/03   ATTY # 0856; 80 COPIES                              8.00

09/23/03   Binding Charge                                      6.00

09/29/03   Binding Charge                                      9.00

09/29/03   ATTY # 0710: 11 COPIES                              1.65

09/29/03   ATTY # 0856; 225 COPIES                            22.50

09/30/03   ATTY # 0559; 65 COPIES                              9.75

                         CURRENT EXPENSES                   1,805.37
                                                          ------------
                   TOTAL BALANCE DUE UPON RECEIPT          $1,805.37
                                                          ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                              Invoice Number        1083170
5400 Broken Sound Blvd., N.W.            Invoice Date          10/27/03
Boca Raton, FL 33487                     Client Number          172573


================================================================================

Re: W. R. Grace & Co.


(60028)  ZAI Science Trial

    Expenses                          4,031.51

                TOTAL BALANCE DUE UPON RECEIPT        $4,031.51
                                                        =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace                          Invoice Number        1083170
5400 Broken Sound Blvd., N.W.        Invoice Date          10/27/03
Boca Raton, FL 33487                 Client Number          172573
                                     Matter Number           60028

===============================================================================

Re: ZAI Science Trial

FOR COSTS ADVANCED AND EXPENSES INCURRED:

        Color Printing                      83.16
        Telephone Expense                   10.60
        Duplicating/Printing               343.35
        Postage Expense                      1.23
        Courier Service - Outside          102.56
        Outside Duplicating              2,488.43
        Transportation                      18.73
        Air Travel Expense                 779.50
        Taxi Expense                        36.00
        Mileage Expense                     16.00
        Meal Expense                         6.00
        General Expense                    145.95

                CURRENT EXPENSES                        4,031.51
                                                      -------------

                TOTAL BALANCE DUE UPON RECEIPT         $4,031.51
                                                      =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

| | |
|---|---|
| Invoice Number | 1083170 |
| Invoice Date | 10/27/03 |
| Client Number | 172573 |
| Matter Number | 60028 |

==========================================================================

Re: (60028)  ZAI Science Trial


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---|
| 08/06/03 | 617-542-3025/BOSTON, MA/2 | .11 |
| 08/14/03 | 561-362-1533/BOCA RATON, FL/1 | .11 |
| 08/15/03 | 301-515-2200/GAITHERSBG, MD/5 | .34 |
| 08/15/03 | 703-729-8543/LEESBURG, VA/7 | .40 |
| 08/18/03 | 302-652-4100/WILMINGTON, DE/2 | .11 |
| 08/27/03 | 843-830-6133/CHARLESTON, SC/5 | .29 |
| 08/27/03 | 301-515-2200/GAITHERSBG, MD/15 | .86 |
| 08/28/03 | Duplicating/Printing | -.30 |
| 08/29/03 | Color Printing | 83.16 |
| 09/01/03 | ATTY # 0856; 60 COPIES | 9.00 |
| 09/01/03 | ATTY # 0856; 146 COPIES | 21.90 |
| 09/02/03 | ATTY # 0856; 12 COPIES | 1.80 |
| 09/02/03 | ATTY # 0559; 6 COPIES | .90 |
| 09/02/03 | ATTY # 0856; 3 COPIES | .30 |
| 09/02/03 | ATTY # 0559; 5 COPIES | .75 |
| 09/02/03 | ATTY # 0701: 30 COPIES | 4.50 |
| 09/02/03 | ATTY # 0701: 78 COPIES | 11.70 |
| 09/02/03 | ATTY # 0701: 30 COPIES | 4.50 |

```
172573 W. R. Grace & Co.                        Invoice Number  1083170
60028   ZAI Science Trial                       Page   2
        October 27, 2003
```

| Date | Description | Amount |
|---|---|---|
| 09/02/03 | ATTY # 0559: 1 COPIES | .15 |
| 09/02/03 | ATTY # 0559: 5 COPIES | .75 |
| 09/02/03 | ATTY # 0856: 1 COPIES | .15 |
| 09/02/03 | ATTY # 0856: 9 COPIES | 1.35 |
| 09/02/03 | ATTY # 0504: 46 COPIES | 6.90 |
| 09/02/03 | 843-727-6513/CHARLESTON, SC/2 | .11 |
| 09/02/03 | RESTIVO/JAMES J 05SEP PIT-DCA-PIT--Coach-class airfare to Washington, D.C. for ZAI Science Trial Mediation. | 779.50 |
| 09/03/03 | ATTY # 0856; 3 COPIES | .30 |
| 09/03/03 | ATTY # 0856; 42 COPIES | 6.30 |
| 09/03/03 | ATTY # 0856; 2 COPIES | .30 |
| 09/03/03 | ATTY # 0856; 175 COPIES | 17.50 |
| 09/03/03 | ATTY # 0856; 7 COPIES | 1.05 |
| 09/03/03 | ATTY # 0856; 38 COPIES | 5.70 |
| 09/03/03 | ATTY # 0701: 42 COPIES | 6.30 |
| 09/03/03 | ATTY # 0701: 12 COPIES | 1.80 |
| 09/03/03 | ATTY # 0856: 4 COPIES | .60 |
| 09/03/03 | ATTY # 0856: 1 COPIES | .15 |
| 09/03/03 | Courier Service - 54583 UPS - Shipped from Maureen Atkinson, - Pittsburgh to James J. Restivo, Jr.  (WASHINGTON DC 20005). | 59.59 |
| 09/03/03 | 949-813-5242/LAGUNA BCH, CA/2 | .17 |
| 09/03/03 | 843-708-2988/CHARLESTON, SC/5 | .29 |
| 09/04/03 | ATTY # 0885; 3 COPIES | .45 |
| 09/04/03 | ATTY # 0349; 332 COPIES | 33.20 |
| 09/04/03 | ATTY # 0349; 11 COPIES | 1.65 |
| 09/04/03 | ATTY # 0349; 16 COPIES | 2.40 |

```
172573 W. R. Grace & Co.                    Invoice Number  1083170
60028  ZAI Science Trial                    Page   3
       October 27, 2003
```

| | | |
|---|---|---|
| 09/04/03 | ATTY # 0349; 16 COPIES | 2.40 |
| 09/04/03 | ATTY # 0349; 87 COPIES | 13.05 |
| 09/04/03 | ATTY # 0701: 12 COPIES | 1.80 |
| 09/04/03 | ATTY # 0701: 30 COPIES | 4.50 |
| 09/04/03 | ATTY # 0349: 1 COPIES | .15 |
| 09/04/03 | ATTY # 0885: 1 COPIES | .15 |
| 09/04/03 | 561-362-1533/BOCA RATON, FL/10 | .63 |
| 09/05/03 | ATTY # 0885: 1 COPIES | .15 |
| 09/05/03 | Courier Service - 54583 UPS - Shipped from Elizabeth Petrone, Reed Smith LLP - Washington to Duke Law School, Francis E. McGovern (DURHAM NC 27708). | 35.40 |
| 09/08/03 | ATTY # 0885; 2 COPIES | .30 |
| 09/08/03 | ATTY # 0856; 140 COPIES | 14.00 |
| 09/08/03 | ATTY # 0349; 3 COPIES | .45 |
| 09/08/03 | ATTY # 0885: 1 COPIES | .15 |
| 09/08/03 | ATTY # 0349: 5 COPIES | .75 |
| 09/08/03 | ATTY # 0349: 1 COPIES | .15 |
| 09/08/03 | ATTY # 0349: 1 COPIES | .15 |
| 09/08/03 | 843-727-6513/CHARLESTON, SC/8 | .51 |
| 09/08/03 | 843-727-6500/CHARLESTON, SC/2 | .17 |
| 09/08/03 | Postage Expense | .37 |
| 09/08/03 | 302-652-4100/WILMINGTON, DE/5 | .34 |
| 09/08/03 | 609-514-5964/PRINCETON, NJ/3 | .23 |
| 09/08/03 | 302-652-4100/WILMINGTON, DE/2 | .11 |
| 09/08/03 | 302-652-4100/WILMINGTON, DE/3 | .17 |
| 09/08/03 | 561-362-1533/BOCA RATON, FL/5 | .29 |
| 09/08/03 | 617-426-0135/BOSTON, MA/5 | .34 |

172573 W. R. Grace & Co.                          Invoice Number  1083170
60028  ZAI Science Trial                          Page   4
       October 27, 2003

| Date | Description | Amount |
|---|---|---|
| 09/09/03 | ATTY # 0856; 10 COPIES | 1.50 |
| 09/09/03 | ATTY # 0701: 2 COPIES | .30 |
| 09/09/03 | ATTY # 0856: 2 COPIES | .30 |
| 09/09/03 | ATTY # 0349: 5 COPIES | .75 |
| 09/09/03 | 843-727-6513/CHARLESTON, SC/1 | .11 |
| 09/10/03 | ATTY # 0349: 3 COPIES | .45 |
| 09/10/03 | ATTY # 0349: 1 COPIES | .15 |
| 09/10/03 | ATTY # 0349: 10 COPIES | 1.50 |
| 09/10/03 | 561-362-1533/BOCA RATON, FL/48 | 2.74 |
| 09/11/03 | General Expense - - Tabs and binders for materials provided to court and ZAI Science Trial Mediator. | 145.95 |
| 09/11/03 | Outside Duplicating-Reproduction of scientific articles re: asbestos issues. | 201.75 |
| 09/11/03 | Meal Expense - - JAMES J. RESTIVO, JR. --MEETING WITH ED WESTBROOK AND FRANCIS MC GOVERN IN WASH DC 9/5/03 (one breakfast). | 6.00 |
| 09/11/03 | Taxi Expense - - JAMES J. RESTIVO, JR. --MEETING WITH ED WESTBROOK AND FRANCIS MC GOVERN IN WASH DC 9/5/03--TAXI FARE TO/FROM REAGAN NATIONAL AIRPORT. | 36.00 |
| 09/11/03 | Mileage Expense - - JAMES J. RESTIVO, JR. --MEETING WITH ED WESTBROOK AND FRANCIS MC GOVERN IN WASH DC, 9/5/03--Parking at PIT airport plus mileage to/from airport. | 16.00 |
| 09/11/03 | ATTY # 0349: 1 COPIES | .15 |
| 09/11/03 | ATTY # 0349: 1 COPIES | .15 |
| 09/11/03 | ATTY # 0349: 4 COPIES | .60 |
| 09/11/03 | ATTY # 0349: 2 COPIES | .30 |
| 09/11/03 | ATTY # 0349; 2 COPIES | .30 |
| 09/11/03 | 973-597-6118/LIVINGSTON, NJ/19 | 1.14 |

172573 W. R. Grace & Co.                          Invoice Number  1083170
60028  ZAI Science Trial                          Page   5
       October 27, 2003

| Date | Description | Amount |
|---|---|---|
| 09/15/03 | Outside Duplicating - - Copies of materials in summary judgment brief binders to be submitted to the mediator. | 1208.97 |
| 09/15/03 | Outside Duplicating-Reproduction of scientific articles re: asbestos issues. | 197.50 |
| 09/15/03 | ATTY # 0856; 55 COPIES | 5.50 |
| 09/15/03 | ATTY # 0856; 64 COPIES | 9.60 |
| 09/16/03 | ATTY # 0856; 36 COPIES | 5.40 |
| 09/16/03 | ATTY # 0856; 16 COPIES | 2.40 |
| 09/16/03 | ATTY # 0885: 3 COPIES | .45 |
| 09/17/03 | Postage Expense | .49 |
| 09/17/03 | Postage Expense | .37 |
| 09/17/03 | ATTY # 0701: 1 COPIES | .15 |
| 09/17/03 | ATTY # 0701: 1 COPIES | .15 |
| 09/17/03 | ATTY # 0885: 3 COPIES | .45 |
| 09/17/03 | ATTY # 0349: 1 COPIES | .15 |
| 09/17/03 | ATTY # 0701; 3 COPIES | .45 |
| 09/17/03 | ATTY # 0885; 49 COPIES | 7.35 |
| 09/17/03 | ATTY # 0349; 13 COPIES | 1.95 |
| 09/17/03 | ATTY # 0885; 1 COPIES | .15 |
| 09/17/03 | ATTY # 0885; 3 COPIES | .45 |
| 09/17/03 | Courier Service - 54583 UPS - Shipped from James Bentz, Reed Smith LLP - Pittsburgh to Robert M. Turkewitz (MOUNT PLEASANT SC 29464). | 7.57 |
| 09/18/03 | ATTY # 0349: 2 COPIES | .30 |
| 09/18/03 | ATTY # 0349: 2 COPIES | .30 |
| 09/18/03 | ATTY # 0349; 3 COPIES | .45 |
| 09/19/03 | ATTY # 0856; 5 COPIES | .75 |
| 09/22/03 | ATTY # 0396; 38 COPIES | 5.70 |

172573 W. R. Grace & Co.                          Invoice Number  1083170
60028  ZAI Science Trial                          Page    6
       October 27, 2003

| Date | Description | Amount |
|---|---|---|
| 09/22/03 | ATTY # 0559; 63 COPIES | 9.45 |
| 09/22/03 | 302-652-5340/WILMINGTON, DE/18 | 1.03 |
| 09/23/03 | Outside Duplicating - - HODGES LIBRARY-<br>Printting of academic research article. | 15.00 |
| 09/23/03 | Outside Duplicating - -  Copies of additional<br>materials in summary judgment brief binders to<br>be submitted to the mediator. | 546.25 |
| 09/23/03 | ATTY # 0349; 2 COPIES | .30 |
| 09/23/03 | ATTY # 0559; 3 COPIES | .45 |
| 09/23/03 | ATTY # 0856; 8 COPIES | 1.20 |
| 09/23/03 | ATTY # 0885; 3 COPIES | .45 |
| 09/23/03 | ATTY # 0885; 3 COPIES | .45 |
| 09/23/03 | ATTY # 0885; 1 COPIES | .15 |
| 09/23/03 | ATTY # 0718; 7 COPIES | 1.05 |
| 09/23/03 | ATTY # 0349; 2 COPIES | .30 |
| 09/23/03 | ATTY # 0349: 4 COPIES | .60 |
| 09/23/03 | ATTY # 0718: 3 COPIES | .45 |
| 09/24/03 | ATTY # 0559: 1 COPIES | .15 |
| 09/24/03 | ATTY # 0718: 3 COPIES | .45 |
| 09/24/03 | ATTY # 0718; 18 COPIES | 2.70 |
| 09/24/03 | ATTY # 0349; 33 COPIES | 4.95 |
| 09/24/03 | ATTY # 0349; 6 COPIES | .90 |
| 09/25/03 | Outside Duplicating - - Copies of materials<br>from summary judgment motion appendices. | 318.96 |
| 09/25/03 | Transportation Expense - - Taxi taken<br>following secretarial late evening overtime work<br>on Debtors' brief in reply to ZAI claimants'<br>opposition to Debtors' motion for summary<br>judgment. | 18.73 |
| 09/25/03 | ATTY # 0349: 3 COPIES | .45 |

172573 W. R. Grace & Co.                          Invoice Number  1083170
60028  ZAI Science Trial                          Page    7
       October 27, 2003

09/25/03    ATTY # 0856: 1 COPIES                               .15

09/25/03    ATTY # 0349; 16 COPIES                             2.40

09/26/03    ATTY # 0559; 26 COPIES                             3.90

09/30/03    ATTY # 0701; 837 COPIES                           83.70

                         CURRENT EXPENSES                   4,031.51
                                                         ------------
                         TOTAL BALANCE DUE UPON RECEIPT    $4,031.51
                                                         =============