**CERTIFICATE OF SERVICE**

    I, Jennifer L. Scoliard, Esquire, hereby certify that on this 29th day of October 2003, I caused to be served a copy of the foregoing *Notice Of Deposition Duces Tecum Of W.R. Grace & Co. Pursuant To Fed. R. Civ. P. 30(B)(6)* upon the individuals listed on the attached service list in the manner indicated.

                                       /s/ Jennifer L. Scoliard
                                       Jennifer L. Scoliard (#4147)