Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                    Page: 1
W.R. Grace                                        09/30/2003
Wilmington  DE                      ACCOUNT NO: 3000-00D
                                    STATEMENT NO:      24

Costs and Expenses


        PREVIOUS BALANCE                          -$542.81


        CREDIT BALANCE                            -$542.81
                                                  ========


        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                    Page: 1
W.R. Grace                                          09/30/2003
Wilmington  DE                        ACCOUNT NO: 3000-01D
                                      STATEMENT NO:      28

Asset Analysis and Recovery



    PREVIOUS BALANCE                            $2,174.20


    BALANCE DUE                                 $2,174.20
                                                =========




Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                              09/30/2003
Wilmington  DE                          ACCOUNT NO: 3000-02D
                                        STATEMENT NO:      28


Asset Disposition



        PREVIOUS BALANCE                              $1,248.20


                                              HOURS
09/12/03
     MTH Reviewing Order entered re Summit
         Ventures Motion to Assume.              0.10      26.50

09/19/03
     MTH Reviewing Debtors' Motion for Extension
         of Time to Assume Unexpired Leases      0.30      79.50
                                                 ----    ------
         FOR CURRENT SERVICES RENDERED           0.40    106.00

                        RECAPITULATION
     TIMEKEEPER                 HOURS HOURLY RATE      TOTAL
     Mark T. Hurford            0.40    $265.00     $106.00


        TOTAL CURRENT WORK                             106.00


        BALANCE DUE                                  $1,354.20
                                                     =========




        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                        Page: 1
W.R. Grace                                              09/30/2003
Wilmington  DE                        ACCOUNT NO: 3000-03D
                                      STATEMENT NO:      23

Business Operations



        PREVIOUS BALANCE                              $385.20


                                         HOURS
09/02/03
     MTH Correspondence to PVNL re ZAI Hearings.      0.20    53.00
                                                      ----    -----
        FOR CURRENT SERVICES RENDERED                 0.20    53.00

                        RECAPITULATION
     TIMEKEEPER                    HOURS HOURLY RATE      TOTAL
     Mark T. Hurford                0.20    $265.00    $53.00


        TOTAL CURRENT WORK                                53.00


        BALANCE DUE                                   $438.20
                                                      =======



        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                         09/30/2003
Wilmington  DE                        ACCOUNT NO: 3000-04D
                                      STATEMENT NO:      28


Case Administration



PREVIOUS BALANCE                                $1,617.70


                                      HOURS
09/02/03
    MRE Review of notice of appointment of
        committee members in response to inquiry
        from the Debtor                          0.10     27.50
    DAC Review Caplin memo re: 9/5 meeting       0.10     35.00

09/05/03
    DEM Update Attorney Binder                   0.20     19.00

09/12/03
    PEM Review Grace July MOR                    1.00    290.00
    DEM Update Attorney Binder                   0.20     19.00

09/17/03
    MAL Attention to document organization       0.10      9.50

09/23/03
    DEM Update Attorney Binder                   0.20     19.00

09/29/03
    DEM Review Pleadings and electronic filing
        notices; preparation and retrieval of
        documents relating to daily memo         0.30     28.50
                                                 ----    ------
        FOR CURRENT SERVICES RENDERED            2.20    447.50

                     RECAPITULATION
    TIMEKEEPER                   HOURS HOURLY RATE      TOTAL
    Douglas A. Campbell           0.10    $350.00    $35.00
    Philip E. Milch               1.00     290.00    290.00
    Marla R. Eskin                0.10     275.00     27.50
    Margaret A. Landis            0.10      95.00      9.50

Page: 2

W.R. Grace                                          09/30/2003
                                          ACCOUNT NO: 3000-04D
                                          STATEMENT NO:       28

Case Administration


Diane E. Massey                 0.90        95.00        85.50

        TOTAL CURRENT WORK                             447.50

        BALANCE DUE                                $2,065.20
                                                   =========


        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                            Page: 1
W.R. Grace                                                09/30/2003
Wilmington  DE                            ACCOUNT NO: 3000-05D
                                          STATEMENT NO:      28

Claims Analysis Objection & Resolution (Asbestos)



    PREVIOUS BALANCE                                      $3,549.70


    BALANCE DUE                                           $3,549.70
                                                          =========



Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                                    09/30/2003
Wilmington  DE                              ACCOUNT NO: 3000-06D
                                            STATEMENT NO:      28


Claims Analysis Objection & Resol. (Non-Asbestos)



PREVIOUS BALANCE                                           $1,698.80


                                            HOURS
09/08/03
    MTH Reviewing letter regarding POC of S.
        Geddes.                                 0.10     26.50
                                                ----     -----
        FOR CURRENT SERVICES RENDERED           0.10     26.50
                        RECAPITULATION
    TIMEKEEPER                 HOURS HOURLY RATE      TOTAL
    Mark T. Hurford             0.10    $265.00     $26.50


    TOTAL CURRENT WORK                                        26.50


    BALANCE DUE                                            $1,725.30
                                                           =========




Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                                    09/30/2003
Wilmington  DE                                    ACCOUNT NO: 3000-07D
                                                  STATEMENT NO:      28

Committee, Creditors, Noteholders, Equity Holders



PREVIOUS BALANCE                                      $21,189.60


                                                HOURS
09/01/03
    MRE Review of memorandum summarizing
        pleadings filed on August 27, 2003          0.10      27.50
    MRE Review of memorandum summarizing
        pleadings filed on August 28, 2003          0.10      27.50

09/02/03
    MTH Preparing for meeting with MRE (.1) and
        meeting with MRE re upcoming objections
        and pending motions (.2)                     0.30      79.50
    MRE Telephone conference with Theresa at K&E
        regarding committee members and meeting
        with KJC regarding same                      0.20      55.00
    KJC Review docket re committee member info
        for revisions to players list               0.10      15.00
    MTH Reviewing correspondence from Y. Thomas
        re weekly recommendation calendars for R.
        Jacobs.                                       0.10      26.50
    MRE Review of weekly recommendation memo          0.20      55.00
    MRE Meeting with MTH regarding upcoming
        motions and deadlines                        0.20      55.00
    MRE Review of memorandum summarizing
        pleadings filed August 29, 2003 through
        September 1, 2003                            0.10      27.50
    MAL Organization and distribution of daily
        pleadings                                    0.10       9.50
    MAL Organization and distribution of
        Adversary pleadings                          0.10       9.50
    DEM Review pleadings and electronic filing
        notices filed in adversary proceedings;
        preparation and distribution of adversary
        proceeding daily memo                        0.30      28.50

|  |  | HOURS |  |
|---|---|---|---|
| DEM | Preparation and distribution of daily memo | 0.30 | 28.50 |
| MTH | Review of memorandum summarizing pleadings filed from 8/29/03 through 9/1/03 | 0.10 | 26.50 |
| MTH | Review of memorandum summarizing pleadings filed on 8/28/03 | 0.10 | 26.50 |
| MRE | Review of memo regarding pleadings filed in adversary matters from August 25th through September 1st | 0.10 | 27.50 |

**09/03/03**

|  |  |  |  |
|---|---|---|---|
| MRE | Drafting e-mail to MTH regarding committee meeting | 0.10 | 27.50 |
| MRE | Review of memorandum summarizing pleadings filed on September 2, 2003 | 0.10 | 27.50 |
| MAL | Organization and distribution of daily pleadings | 0.10 | 9.50 |
| MTH | Reviewing correspondence from EI to Committee re meeting with Debtors. | 0.10 | 26.50 |
| DEM | Preparation and distribution of daily memo | 0.30 | 28.50 |
| MTH | Review of memorandum summarizing pleadings filed on 9/2/03 | 0.10 | 26.50 |
| DEM | Prepare weekly recommendation memo | 0.10 | 9.50 |
| MAL | Attention to document organization | 0.20 | 19.00 |

**09/04/03**

|  |  |  |  |
|---|---|---|---|
| DEM | Preparation and distribution of daily memo | 0.30 | 28.50 |
| MAL | Updating Service List | 0.20 | 19.00 |
| MAL | Organization and distribution of daily pleadings | 0.10 | 9.50 |
| MAL | Attention to document organization | 0.20 | 19.00 |
| MRE | Meeting with MTH regarding committee meeting | 0.10 | 27.50 |
| DEM | Prepare weekly recommendation memo - create 2 memos (1 for fee apps and 1 for other motions) | 0.10 | 9.50 |
| MTH | Reviewing correspondence from EI (and memorandum) in preparation for 9/5/03 teleconference. | 0.40 | 106.00 |
| MTH | Reviewing correspondence from MRE re teleconference on 9/5/03 (.1) and discussion re same (.1) | 0.20 | 53.00 |

```
                                                      Page: 3
W.R. Grace                                          09/30/2003
                                        ACCOUNT NO: 3000-07D
                                        STATEMENT NO:      28
Committee, Creditors, Noteholders, Equity Holders
```

```
                                             HOURS
    MTH Review of memorandum summarizing
        adversary case pleadings filed from
        8/25/03 through 9/1/03.                 0.10      26.50
    MTH Correspondence to Committee re: weekly
        recommendation memoranda                0.20      53.00
    MTH Review of memorandum summarizing
        pleadings filed on 9/3/03               0.10      26.50
    MRE Review of memorandum summarizing
        pleadings filed on September 3, 2003    0.10      27.50
    MRE Review of memorandum summarizing
        pleadings filed on September 2, 2003    0.10      27.50

09/05/03
    DEM Preparation and distribution of daily
        memo                                    0.40      38.00
    MAL Organization and distribution of daily
        pleadings                               0.20      19.00
    PEM Draft weekly recommendation to ACC re:
        pending motions and matters             0.30      87.00
    MTH Meeting with M. Berkin re teleconference
        to be held with W.R. Grace              0.20      53.00
    DAC Review counsel's weekly recommendation
        memo                                    0.20      70.00
    MTH Reviewing correspondence from N. Finch re
        weekly recommendation memorandum.       0.10      26.50

09/08/03
    MRE Review of memo from EI regarding meeting
        with Debtors                            0.10      27.50
    MAL Organization and distribution of daily
        pleadings                               0.20      19.00
    MAL Organization and distribution of
        adversary pleadings                     0.10       9.50
    DEM Preparation and distribution of daily
        memo                                    0.30      28.50
    DEM Review Pleadings and electronic filing
        notices filed in adversary proceedings;
        preparation and distribution of adversary
        proceeding daily memo                   0.30      28.50
    MTH Reviewing correspondence from EI re
        conference call with Debtors.           0.10      26.50
    MTH Meeting with MRE re Friday's conference
        call with Debtors.                      0.10      26.50
    MRE Review of weekly recommendation memo     0.20      55.00
    MRE Review of memorandum summarizing
```

                                                      Page: 4
W.R. Grace                                           09/30/2003
                                        ACCOUNT NO: 3000-07D
                                        STATEMENT NO:      28
Committee, Creditors, Noteholders, Equity Holders

|     |                                                      | HOURS |       |
|-----|------------------------------------------------------|-------|-------|
|     | pleadings filed on September 4, 2003                 | 0.10  | 27.50 |
| MRE | Review of memorandum summarizing pleadings filed from September 5, 2003 through September 7, 2003 | 0.10  | 27.50 |
| PEM | Review daily memo re: pleadings filed                | 0.10  | 29.00 |
| MTH | Review of memorandum summarizing pleadings filed on 9/4/03 | 0.10  | 26.50 |
| MTH | Review of memorandum summarizing pleadings filed on 9/5/03 through 9/7/03 | 0.10  | 26.50 |
| MTH | Review of memorandum summarizing adversary pleadings filed between 9/2/03 and 9/5/03. | 0.10  | 26.50 |
| MRE | Meeting with MTH regarding meeting with Debtors       | 0.10  | 27.50 |

09/09/03

|     |                                                      | HOURS |       |
|-----|------------------------------------------------------|-------|-------|
| MRE | Meeting with MTH regarding upcoming motions and deadlines | 0.20  | 55.00 |
| MTH | Meeting with MRE re upcoming objections and future deadlines. | 0.20  | 53.00 |
| MAL | Organization and distribution of daily pleadings     | 0.10  |  9.50 |
| DEM | Preparation and distribution of daily memo           | 0.30  | 28.50 |
| MRE | Review of memorandum summarizing pleadings filed on September 8, 2003 | 0.10  | 27.50 |
| MTH | Review of memorandum summarizing pleadings filed on 9/8/03 | 0.10  | 26.50 |
| DEM | Prepare weekly recommendation memo                   | 0.10  |  9.50 |

09/10/03

|     |                                                      | HOURS |       |
|-----|------------------------------------------------------|-------|-------|
| MAL | Organization and distribution of daily pleadings     | 0.20  | 19.00 |
| MRE | Review of memorandum summarizing pleadings filed on September 9, 2003 | 0.10  | 27.50 |
| MTH | Review of memorandum summarizing pleadings filed on 9/9/03 | 0.10  | 26.50 |
| DEM | Preparation and distribution of daily memo           | 0.40  | 38.00 |
| DEM | Prepare weekly recommendation memo                   | 0.10  |  9.50 |

09/11/03

|     |                                                      | HOURS |       |
|-----|------------------------------------------------------|-------|-------|
| MAL | Organization and distribution of daily pleadings     | 0.10  |  9.50 |
| MTH | Review of memorandum summarizing                     |       |       |

W.R. Grace
Committee, Creditors, Noteholders, Equity Holders

|  |  | HOURS |  |
|---|---|---|---|
|  | pleadings filed on 9/10/03 | 0.10 | 26.50 |
| DEM | Preparation and distribution of daily memo | 0.30 | 28.50 |

**09/12/03**

| PEM | Review weekly recommendation memo re: pending motions and matters | 0.30 | 87.00 |
|---|---|---|---|
| MAL | Organization and Distribution of daily pleadings | 0.10 | 9.50 |
| MAL | Attention to document organization | 0.30 | 28.50 |
| MTH | Reviewing Affidavit of McKenna Long. | 0.10 | 26.50 |
| DEM | Prepare and distribute Weekly Recommendation Memo to Committee (Fee Apps & Other Matters) | 0.30 | 28.50 |
| MRE | Review of memorandum summarizing pleadings filed on September 11, 2003 | 0.10 | 27.50 |
| MTH | Prepare weekly recommendation memo | 0.40 | 106.00 |
| DAC | Review counsel's recommendation memo | 0.20 | 70.00 |
| MTH | Review of memorandum summarizing pleadings filed on 9/11/03 | 0.10 | 26.50 |
| DEM | prepare weekly recommendation memo (adding new motions and orders) | 0.10 | 9.50 |
| DEM | preparation and distribution of daily memo | 0.30 | 28.50 |

**09/15/03**

| MRE | Review of memorandum summarizing pleadings filed from September 12, 2003 through September 14, 2003 | 0.10 | 27.50 |
|---|---|---|---|
| MRE | Review of memorandum summarizing pleadings filed on September 8 - 14, 2003 in the adversary matters | 0.10 | 27.50 |
| DEM | Preparation and distribution of daily memo | 0.30 | 28.50 |
| MAL | Organization and distribution of daily pleadings | 0.10 | 9.50 |
| MAL | Organization and distribution of adversary pleadings | 0.30 | 28.50 |
| MRE | Review weekly recommendation memo | 0.20 | 55.00 |
| PEM | Review daily memo re: pleadings filed and applications | 0.10 | 29.00 |
| MTH | Review of memorandum summarizing pleadings filed 9/12/03 through 9/14/03 | 0.10 | 26.50 |
| MTH | Review of memorandum summarizing pleadings filed between 9/8/03 through |  |  |

W.R. Grace
Committee, Creditors, Noteholders, Equity Holders

|  |  | HOURS |  |
|---|---|---|---|
| | 9/11/03 | 0.10 | 26.50 |
| DEM | Review Pleadings and electronic filing notices filed in adversary proceedings; preparation and distribution of adversary proceeding daily memo | 0.30 | 28.50 |
| DEM | Revision of Weekly Recommendation Memo (adding new motions and orders) | 0.10 | 9.50 |
| **09/16/03** | | | |
| MAL | Organization and distribution of daily pleadings | 0.10 | 9.50 |
| MRE | Meeting with MTH regarding upcoming motions and deadlines | 0.20 | 55.00 |
| MRE | Review of memorandum summarizing pleadings filed on September 15, 2003 | 0.10 | 27.50 |
| DEM | Preparation and distribution of daily memo | 0.30 | 28.50 |
| MTH | Reviewing and revising highlighted memorandum (.4) and Correspondence to PVNL re issues re September Omnibus Hearing (.1). | 0.50 | 132.50 |
| MTH | Review of memorandum summarizing pleadings filed 9/15/03 | 0.10 | 26.50 |
| DEM | Revision of Weekly Recommendation Memo (adding new motions and orders) | 0.40 | 38.00 |
| **09/17/03** | | | |
| MAL | Organization and distribution of daily pleadings | 0.10 | 9.50 |
| MTH | Review of memorandum summarizing pleadings filed 9/16/03 | 0.10 | 26.50 |
| DEM | preparation and distribution of daily memo | 0.30 | 28.50 |
| **09/19/03** | | | |
| KJC | Distribution of weekly recommendation memo | 0.10 | 15.00 |
| PEM | Review weekly recommendation memo re: pending motions and matters | 0.30 | 87.00 |
| PEM | Review memo from counsel to committee re: futures rep | 0.10 | 29.00 |
| DAC | Review counsel's weekly recommendation memo | 0.20 | 70.00 |
| MTH | Reviewing Order from Judge Wolin re "working committee." | 0.10 | 26.50 |

Committee, Creditors, Noteholders, Equity Holders


                                                      HOURS
    MTH prepare weekly recommendation memos            1.60     424.00
    MTH Reviewing correspondence from EI re
        Futures Rep.                                   0.10      26.50
    MRE Review of memo from EI regarding futures
        representative                                 0.10      27.50

09/21/03
    MRE Review of memorandum summarizing
        pleadings filed on September 16, 2003          0.10      27.50

09/22/03
    MTH Reviewing correspondence from MRE re
        discussion re constituent calls per
        direction of JKF.                              0.10      26.50
    MTH Reviewing correspondence from MRE re
        teleconference with Grace, report during
        hearing (.1) and response to same (.1)         0.20      53.00
    MTH Meeting with MRE re teleconference with
        Grace at direction of JKF.                     0.20      53.00
    MTH telephone conference with M. Berkin re
        teleconference with Grace at direction of
        JKF, discussion re motion to be filed re
        acquisition of company.                        0.60     159.00
    MRE Drafting memo to the Committee regarding
        omnibus hearing                                0.50     137.50
    MRE Drafting e-mail to PVNL regarding hearing
        memo                                           0.10      27.50
    MRE Drafting e-mail to DEM regarding omnibus
        dates                                          0.10      27.50
    MAL Organization and distribution of daily
        pleadings                                      0.30      28.50
    PEM Review daily memo re: pleadings filed          0.10      29.00
    MTH Review of memorandum summarizing
        pleadings filed 9/17/03 through 9/21/03.       0.10      26.50
    DEM Review Pleadings and electronic filing
        notices; preparation and retrieval of
        documents relating to daily memo               0.50      47.50

09/23/03
    MTH Reviewing correspondence from MRE re 2004
        Hearing Dates.                                 0.10      26.50
    MTH Meeting with MRE re upcoming objection,
        pending work, and work in progress.            0.20      53.00
    MRE Review of weekly recommendation memo           0.20      55.00
    MRE Meeting with MTH regarding upcoming

W.R. Grace
Committee, Creditors, Noteholders, Equity Holders

|  |  | HOURS |  |
|---|---|---|---|
|  | motions and deadlines | 0.20 | 55.00 |
| KJC | Discussion with MTH re weekly recommendation memo | 0.10 | 15.00 |
| MRE | Review of memorandum summarizing pleadings filed on September 22, 2003 | 0.10 | 27.50 |
| MRE | Review of memorandum summarizing pleadings filed from September 17, 2003 through September 21, 2003 | 0.10 | 27.50 |
| MTH | Review of memorandum summarizing pleadings filed on 9/22/03. | 0.10 | 26.50 |
| DEM | Review Pleadings and electronic filing notices; preparation and retrieval of documents relating to daily memo | 0.30 | 28.50 |

09/24/03
| MAL | Organization and distribution of daily pleadings | 0.10 | 9.50 |
| MTH | Reviewing correspondence from DEM to Committee counsel re hearings in 2004 | 0.10 | 26.50 |
| MRE | Review of memorandum of pleadings filed on 9/23/03 | 0.10 | 27.50 |
| MTH | Review of memorandum summarizing pleadings filed on 9/23/03. | 0.10 | 26.50 |
| DEM | Review Pleadings and electronic filing notices; preparation and retrieval of documents relating to daily memo | 0.30 | 28.50 |
| DEM | Revision of Weekly Recommendation Memo (adding new motions and orders) | 0.40 | 38.00 |

09/25/03
| MAL | Organization and distribution of daily pleadings | 0.10 | 9.50 |
| MTH | Review of memorandum summarizing pleadings filed on 9/24/03. | 0.10 | 26.50 |
| DEM | Review Pleadings and electronic filing notices; preparation and retrieval of documents relating to daily memo | 0.30 | 28.50 |
| DEM | Revision of Weekly Recommendation Memo (adding new motions and orders) | 0.10 | 9.50 |

09/26/03
| PEM | Review weekly recommendation memo to committee re: pending motions and matters | 0.30 | 87.00 |
| MAL | Organization and distribution of daily pleadings | 0.10 | 9.50 |

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

|  |  | HOURS |  |
|---|---|---|---|
| KJC | Review daily pleadings memo dated 9/26/03 | 0.10 | 15.00 |
| KJC | Draft weekly recommendation memo | 0.70 | 105.00 |
| KJC | Distribution of weekly memo | 0.10 | 15.00 |
| DAC | Review counsel's weekly recommendation memo | 0.20 | 70.00 |
| DEM | Review Pleadings and electronic filing notices; preparation and retrieval of documents relating to daily memo | 0.40 | 38.00 |
| DEM | preparation and filing of letter to 3d circuit | 0.30 | 28.50 |
| DEM | Revision of Weekly Recommendation Memo (adding descriptions to new motions) | 0.40 | 38.00 |
| DEM | Preparation and e-mailing of Fee App Weekly Recommendation Memo | 0.20 | 19.00 |

**09/29/03**

| | | | |
|---|---|---|---|
| MAL | Organization and distribution of daily pleadings | 0.10 | 9.50 |
| PEM | Review daily memo re: pleadings filed | 0.10 | 29.00 |
| DEM | Review Pleadings and electronic filing notices filed in adversary proceedings; preparation and retrieval of documents relating to adversary proceeding memo | 0.30 | 28.50 |

**09/30/03**

| | | | |
|---|---|---|---|
| MTH | Meeting with MRE re upcoming deadlines and pending motions. | 0.20 | 53.00 |
| MTH | Review of memorandum summarizing pleadings filed from 9/26/03 through 9/28/03. | 0.10 | 26.50 |
| MTH | Review of memorandum summarizing pleadings filed on 9/25/03. | 0.10 | 26.50 |
| MTH | Review of memorandum summarizing pleadings filed on 9/29/03. | 0.10 | 26.50 |
| MAL | Organization and distribution of daily pleadings | 0.10 | 9.50 |
| MTH | Prepare weekly recommendation memo | 0.40 | 106.00 |
| MAL | Attention to document organization | 0.20 | 19.00 |
| MAL | Organization and distribution of adversary pleadings | 0.10 | 9.50 |
| MTH | Review of memorandum summarizing adversary (cases) pleadings filed from 9/15/03 through 9/28/03. | 0.10 | 26.50 |
| DEM | Review Pleadings and electronic filing notices; preparation and retrieval of | | |

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders


|  | HOURS |  |
|---|---|---|
| documents relating to daily memo | 0.30 | 28.50 |
| MRE Meeting with MTH re: upcoming deadlines and pending motions | 0.20 | 55.00 |
| FOR CURRENT SERVICES RENDERED | 31.90 | 6,131.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Douglas A. Campbell | 0.80 | $350.00 | $280.00 |
| Philip E. Milch | 1.70 | 290.00 | 493.00 |
| Mark T. Hurford | 9.30 | 265.00 | 2,464.50 |
| Marla R. Eskin | 5.10 | 275.00 | 1,402.50 |
| Kathleen J. Campbell | 1.20 | 150.00 | 180.00 |
| Margaret A. Landis | 4.00 | 95.00 | 380.00 |
| Diane E. Massey | 9.80 | 95.00 | 931.00 |

TOTAL CURRENT WORK                                    6,131.00


BALANCE DUE                                          $27,320.60
                                                    ==========

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

                                                        Page: 1
W.R. Grace                                          09/30/2003
Wilmington  DE                        ACCOUNT NO: 3000-08D
                                      STATEMENT NO:      27

Employee Benefits/Pension


    PREVIOUS BALANCE                              $3,657.60


    BALANCE DUE                                   $3,657.60
                                                  =========


    Any payments received after the statement date will be
    applied to next month's statement.  Please note your
    account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1
W.R. Grace                                          09/30/2003
Wilmington  DE                          ACCOUNT NO: 3000-10D
                                        STATEMENT NO:      28

Employment Applications, Others

PREVIOUS BALANCE                                    $1,649.80

                                          HOURS

09/03/03
    MTH telephone conference with M. Berkin
        (Follow up) re additional thoughts re
        State Street Bank Motion.                0.20     53.00
    MTH Reviewing correspondence from M. Berkin
        to Blackstone re State Street Bank
        Motion.                                  0.10     26.50
    MTH Additional work on and review of State
        Street Bank Retention Motion.            0.40    106.00
    MTH telephone conference with C. Lane re
        State Street Bank retention.             0.50    132.50

09/04/03
    MRE Meeting with MTH regarding State Street
        Bank retention                           0.20     55.00
    MTH Meeting with MRE re State Street Bank
        Motion                                   0.20     53.00
    MTH telephone conference with C. Lane re
        State Street Bank Motion                 0.30     79.50
    MTH telephone conference with M.Berkin re
        State Street Bank Motion.                0.40    106.00
    MTH Correspondence to M. Berkin re
        conversation with PVNL re State Street
        Bank Motion and thoughts thereon.        0.30     79.50
    MRE Meeting with MTH re: State Street Bank
        Motion                                   0.20     55.00

09/06/03
    MRE Review of e-mail from MTH regarding State
        Street Bank                              0.10     27.50

|  |  | HOURS |  |
|---|---|---|---|
| **09/08/03** | | | |
| MTH | Reviewing correspondence from C. Lane re State Street Motion (.1); and response to same (.1) | 0.20 | 53.00 |
| MTH | Reviewing Equity Committee's Response to State Street Bank Motion (.2) and discussion with MRE re same (.1) | 0.20 | 53.00 |
| MTH | Correspondence to C. Lane re Equity Comm. Objection and reviewing response thereto. | 0.20 | 53.00 |
| MRE | Review of objection by Equity Holders for Retention of State Street Bank | 0.10 | 27.50 |
| **09/09/03** | | | |
| MTH | Reviewing correspondence from M. Berkin re Equity Comm's Objection to State Street Bank Motion (.1) and response thereto (.2) | 0.30 | 79.50 |
| **09/12/03** | | | |
| MTH | Discussion with MRE re State Street Bank Motion, UCC Objection (.2) and Correspondence to M. Berkin re same (.1) | 0.30 | 79.50 |
| MRE | Meeting with MTH regarding State Street Bank | 0.20 | 55.00 |
| MRE | Review of e-mail from MTH to M. Berkin regarding State Street Bank | 0.10 | 27.50 |
| MTH | Reviewing the UCC's Objection to the Retention of State Street Bank and related work. | 0.30 | 79.50 |
| **09/16/03** | | | |
| MRE | Review of Debtor's Reply Brief to Objection to State Street Bank | 0.20 | 55.00 |
| **09/19/03** | | | |
| MTH | Reviewing Notice of Filing of Exhibit A to Debtors' Response to the State Street Retention Application. | 0.10 | 26.50 |
| MTH | Reviewing Debtors' Motion for File Reply to the Objections to the State Street Bank Retention Motion. | 0.30 | 79.50 |
| **09/26/03** | | | |
| KJC | Review Protiviti, Sarbanes-Oxley compliance counsel, retention application | 0.30 | 45.00 |

Employment Applications, Others


```
                                                    ----  --------
        FOR CURRENT SERVICES RENDERED               5.70  1,487.00
```

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 4.30 | $265.00 | $1,139.50 |
| Marla R. Eskin | 1.10 | 275.00 | 302.50 |
| Kathleen J. Campbell | 0.30 | 150.00 | 45.00 |

```
    TOTAL CURRENT WORK                               1,487.00


    BALANCE DUE                                     $3,136.80
                                                    =========
```

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1
W.R. Grace                                                    09/30/2003
Wilmington  DE                              ACCOUNT NO: 3000-11D
                                            STATEMENT NO:      26

Expenses

PREVIOUS BALANCE                                    $4,290.88

09/02/03 Postage - C&L & LAS July Fee Apps - 4 @ $3.13          12.52
09/04/03 FAX to Peter Lockwood - daily memo                     3.00
09/04/03 FAX to Doug Campbell - daily memo                      3.00
09/04/03 FAX to Robert Spohn - daily memo                       3.00
09/04/03 FAX to Andrew Katznelson - daily memo                  3.00
09/15/03 FAX to Peter Lockwood - daily memo                     4.00
09/15/03 FAX to Robert Spohn- daily memo                        4.00
09/15/03 FAX to Andrew Katznelson- daily memo                   4.00
09/15/03 FAX to Peter Lockwood - Adversary Memorandum           3.00
09/16/03 Postage - CNO 9th Interim Fee App. - 3 @ .60           1.80
09/16/03 AT&T Long Distance Phone Calls                         6.67
09/22/03 Postage - C&D July CNO - 3 @ .60                       1.80
09/23/03 Postage - C&L and LAS CNO - 3 @ .60                    1.80
09/23/03 Ikon Office Solutions- Photocopying, Envelopes,
         Postage, Hand Deliveries on 9/22/03 (CNO re: C&D
         July Fee application)                                  57.00
09/26/03 Postage - Service of letter to Third Circuit - 21
         @ .60                                                  12.60
09/26/03 FAX to Peter Lockwood - Daily Memo                     6.00
09/26/03 FAX to Robert Spohn - Daily Memo                       6.00
09/26/03 FAX to Andrew Katznelson - Daily Memo                  6.00
09/30/03 Pacer charges for the month of August                  33.11
09/30/03 Ikon Office Solutions- Photocopying, Envelopes,
         Postage, Hand Deliveries on 9/29/03 (LAS, C&D,
         C&L August fee application )                           199.65
                                                                ------
         TOTAL EXPENSES                                         371.95

         TOTAL CURRENT WORK                                     371.95

```
                                                        Page: 2
W.R. Grace                                            09/30/2003
                                        ACCOUNT NO: 3000-11D
                                        STATEMENT NO:       26

Expenses




      BALANCE DUE                             $4,662.83
                                              ==========
```

```
      Any payments received after the statement date will be
      applied to next month's statement.  Please note your
      account number on your payment.  Thank you.
```

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                          Page: 1
W.R. Grace                                              09/30/2003
Wilmington  DE                          ACCOUNT NO: 3000-12D
                                        STATEMENT NO:      26


Fee Applications, Applicant




    PREVIOUS BALANCE                              $4,588.20



                                           HOURS
09/02/03
    LMP Electronic filing of Campbell & Levine's
        July Fee Application (.2); Electronic and
        hard copy service to Notice Parties (.2)      0.40      38.00
    AFM Review and sign fee application for
        Campbell & Levine (Monthly - July)           0.30      60.00

09/03/03
    LMP Searched case docket for Objections to
        Campbell & Levine's 9th Interim Fee
        Application (.1); Drafted Certificate of
        No Objection re same (.2); Electronic
        filing and service of CNO (.2)               0.50      47.50
    AFM Review and sign CNO for Campbell & Levine
        (Interim - April through June)              0.20      40.00

09/04/03
    MRE Review of fee auditors initial report
        regarding C&L                                0.10      27.50
    AFM Email to LMP re: 8th Interim Fee
        Categorization Spreadsheet and Fee
        Application Hearing                          0.20      40.00

09/08/03
    AFM Email from MTH re: Fee Application
        Hearing                                     0.10      20.00

09/09/03
    AFM Email from L. Ferdinand re: draft Omnibus
        Order approving 8th interim fee
        applications                                0.10      20.00

W.R. Grace

Fee Applications, Applicant

|  |  | HOURS |  |
|---|---|---|---|
| **09/10/03** | | | |
| LMP | Verified Campbell & Levine's fee amount requested in the 8th Interim fee application per Draft Order for the Omnibus hearing | 0.10 | 9.50 |
| LMP | Created hearing binder re: Legal Analysis Systems January through March Interim Fee Application and corresponding Fee Auditor's Final Report | 0.20 | 19.00 |
| LMP | Created hearing binder re: Campbell & Levine's 8th Interim Fee Application and corresponding Fee Auditor's Final Report | 0.20 | 19.00 |
| **09/11/03** | | | |
| AFM | Review Fee Auditor's Initial Report for Campbell & Levine (Ninth Interim) | 0.10 | 20.00 |
| MTH | Review draft response to Fee Auditor and discussion with MRE re same. | 0.20 | 53.00 |
| MRE | Review of August pre-bill | 0.50 | 137.50 |
| **09/12/03** | | | |
| MRE | Review of e-mail regarding fee hearing | 0.10 | 27.50 |
| **09/14/03** | | | |
| MTH | Review of pre-bill. | 1.00 | 265.00 |
| **09/17/03** | | | |
| MTH | Reviewing COC re Fee Applications for 8th Period. | 0.10 | 26.50 |
| **09/22/03** | | | |
| MRE | Meeting with MTH regarding August pre-bill | 0.10 | 27.50 |
| MTH | Meeting with MRE re pre-bill (.1) and meeting with KJC re same (.1) | 0.20 | 53.00 |
| **09/23/03** | | | |
| LMP | Searched docket for Objections to C&L July Fee Application (.1); Prepared Certification of No Objection re same (.2); Electronic filing and service of application (.2) | 0.50 | 47.50 |
| AFM | Review and sign CNO for Campbell & Levine (Monthly Fee Application - July) | 0.20 | 40.00 |

```
                                                     Page: 3
         W.R. Grace                                09/30/2003
                                      ACCOUNT NO: 3000-12D
                                      STATEMENT NO:       26

         Fee Applications, Applicant
```

|  | | HOURS | |
|---|---|---|---|
| **09/26/03** | | | |
| LMP | Drafted Campbell & Levine's August 2003 Monthly Application for Compensation (7) | 0.70 | 66.50 |
| **09/29/03** | | | |
| AFM | Review and sign fee application for Campbell & Levine (Monthly - August) | 0.30 | 60.00 |
| AFM | Review Fee Auditor's Final Report for Campbell & Levine (Ninth Interim Period) | 0.10 | 20.00 |
| LMP | Electronic filing of Campbell & Levine's August Monthly Fee Application (.2); Electronic service to Notice Parties (.2) | 0.40 | 38.00 |
| MRE | Review of fee auditors final report for C&L | 0.10 | 27.50 |
| **09/30/03** | | | |
| MTH | Reviewing Fee Auditor's Report re Campbell & Levine | 0.10 | 26.50 |

```
                                          ----  --------
         FOR CURRENT SERVICES RENDERED     7.10  1,276.50
```

                            RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Aileen F. Maguire | 1.60 | $200.00 | $320.00 |
| Mark T. Hurford | 1.60 | 265.00 | 424.00 |
| Marla R. Eskin | 0.90 | 275.00 | 247.50 |
| Lauren M. Przybylek | 3.00 | 95.00 | 285.00 |

```
         TOTAL CURRENT WORK                          1,276.50


         BALANCE DUE                                $5,864.70
                                                   =========
```

```
         Any payments received after the statement date will be
         applied to next month's statement.  Please note your
         account number on your payment.  Thank you.
```

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                    Page: 1
W.R. Grace                                       09/30/2003
Wilmington  DE                        ACCOUNT NO: 3000-13D
                                      STATEMENT NO:      13

Fee Applications, Others



       PREVIOUS BALANCE                          $8,085.10


                                           HOURS
09/02/03
    LMP Electronic filing of Legal Analysis
        Systems July Fee Application (.2);
        Electronic and hard copy service to
        Notice Parties (.2)                 0.40     38.00
    AFM Review and sign fee application for LAS
        (Monthly - July)                    0.30     60.00

09/03/03
    LMP Reviewed email from D. Collins re: L
        Tersigni July Billing statement (.1);
        Prepared LTC July Application for filing
        (.2)                                0.30     28.50
    LMP Searched case docket for Objections to L
        Tersigni's 9th Interim Fee Application
        (.1); Drafted Certificate of No Objection
        re same (.2); Electronic filing and
        service of CNO (.2)                 0.50     47.50
    LMP Searched case docket for Objections to
        Legal Analysis Systems 7th Interim Fee
        Application (.1); Drafted Certificate of
        No Objection re same (.2); Electronic
        filing and service of CNO (.2)      0.50     47.50
    AFM Review and sign fee application for L.
        Tersigni (Monthly - July)           0.30     60.00
    AFM Review and sign CNO for L. Tersigni
        (Interim - April through June)      0.20     40.00
    AFM Review and sign CNO for LAS (Interim -
        April through June)                 0.20     40.00
    LMP Electronic filing of L Tersigni's July
        2003 Application for Compensation (.2);
        Electronic service to Notice Parties (.1)  0.30     28.50

W.R. Grace

Fee Applications, Others

|  |  | HOURS |  |
|---|---|---|---|
| LMP | Reviewed Ninth Interim Fee Application of Kirkland & Ellis for April through June (.1); Updated Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |

09/04/03

|  |  |  |  |
|---|---|---|---|
| LMP | Reviewed the April Fee Application of Bilzin Baena Price & Axelrod (.1); Updated Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Reviewed the April through June Interim Fee Application of Casner & Edwards (.1); Updated Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Reviewed the July Fee Application of Reed Smith LLP (.1); Updated Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Reviewed the July Fee Application of Klett Rooney Lieber & Schorling (.1); Updated Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Reviewed the April through June Interim Fee Application of Stoock & Stroock & Lavan (.1); Updated Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Reviewed the April through June Interim Fee Application of Ferry, Joseph & Pearce (.1); Updated Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Reviewed the April through June Interim fee application of Lukins & Annis(.1); Updated Wr Grace Weekly Fee Application Recommendation Memo (.1) | 0.20 | 19.00 |
| MTH | Reviewing Judge Wolin's Order re fees and expenses to Budd, Larner. | 0.10 | 26.50 |

09/10/03

|  |  |  |  |
|---|---|---|---|
| LMP | Reviewed July Fee Application of Stroock & Stroock & Lavan (.1); Updated Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Reviewed Interim Fee Application (April-June) of Richardson Patrick Westbrook & Brickman (.1); Updated Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Reviewed June Fee Application of PSZYJ&W |  |  |

W.R. Grace

Fee Applications, Others

|  |  | HOURS |  |
|---|---|---|---|
|  | (.1); Updated Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Reviewed July Fee Application of Holme Robert & Owen (.1); Updated Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Reviewed July Fee Application of Kirkland & Ellis (.1); Updated Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Reviewed June Fee Application of Nelson Riley & Scarborough (.1); Updated Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Reviewed July Fee Application of FTI Policano & Manzo (.1); Updated Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Reviewed May Monthly Fee Application of Nelson Mullins Riley & Scarborough (.1); Updated Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Reviewed July Monthly Fee Application of PricewaterhouseCoopers (.1); Updated Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| AFM | Email from LMP re: Fee Application binders | 0.10 | 20.00 |
| LMP | Verified Caplin & Drysdale's amount requested in the 8th Interim fee application per Draft Order for the Omnibus hearing | 0.10 | 9.50 |
| LMP | Verified Legal Analysis Systems amount requested in the 8th Interim fee application per Draft Order for the Omnibus hearing | 0.10 | 9.50 |
| LMP | Verified L Tersigni's amount requested in the 8th Interim fee application per Draft Order for the Omnibus hearing | 0.10 | 9.50 |
| MTH | Reviewing correspondence from C. Lane re Fee Hearing | 0.10 | 26.50 |
| MTH | Correspondence to AFM re September Fee Hearing. | 0.10 | 26.50 |
| LMP | Created hearing binder re: Caplin & Drysdale's 8th Interim Fee Application and corresponding Fee Auditor's Final Report | 0.20 | 19.00 |
| LMP | Created hearing binder re: L Tersigni's 8th Interim Fee Application and corresponding Fee Auditor's Final Report | 0.20 | 19.00 |

                                                     Page: 4
W.R. Grace                                        09/30/2003
                                        ACCOUNT NO: 3000-13D
                                        STATEMENT NO:      13

Fee Applications, Others


                                            HOURS
09/12/03
    LMP  Reviewed Interim Fee Application of
         Wachtell, Lipton, Rosen & Katz (.1);
         Updated Wr Grace Weekly Recommendation
         Memo (.1)                               0.20     19.00

09/15/03
    MRE  Review and revision to e-mail to the
         Committee regarding expenses and drafting
         e-mail to LMP regarding same            0.20     55.00

09/16/03
    LMP  Reviewed July Monthly Fee Application of
         Bilzin Sumberg Baena Price & Axelrod
         (.1); Updated Wr Grace Weekly
         Recommendation Memo (.1)                0.20     19.00
    LMP  Searched case docket for Objections to
         C&D 9th Interim Fee Application (.1);
         Drafted CNO re Interim App (.2);
         Electronic filing of CNO (.2)           0.50     47.50
    AFM  Review and sign CNO for Caplin & Drysdale
         (Interim - April through June)          0.20     40.00

09/17/03
    LMP  Reviewed August Monthly Fee Application
         of Warren H. Smith & Associates (.1);
         Updated Wr Grace Weekly Recommendation
         Memo (.1)                               0.20     19.00
    LMP  Reviewed August Monthly Fee Application
         of Richardson Patrick Westbrook &
         Brickman (.1); Updated Wr Grace Weekly
         Recommendation Memo (.1)                0.20     19.00
    LMP  Reviewed July Monthly Fee Application of
         Elzufon Austin Reardon Tarlov & Mondell
         (.1); Updated Wr Grace Weekly
         Recommendation Memo (.1)                0.20     19.00

09/22/03
    LMP  Searched docket for objections to C&D
         July Fee Application (.1); Drafted
         Certificate of No objection re:
         Application (.2); Electronic filing and
         service of CNO (.2)                     0.50     47.50
    AFM  Review and sign CNO for Caplin & Drysdale
         (Monthly - July)                        0.20     40.00

```
                                                         Page: 5
W.R. Grace                                           09/30/2003
                                        ACCOUNT NO: 3000-13D
                                        STATEMENT NO:      13

Fee Applications, Others
```

|  |  | HOURS |  |
|---|---|---|---|
| 09/23/03 | | | |
| AFM | Review Fee Auditor's Report for LAS (Ninth Interim) | 0.10 | 20.00 |
| AFM | Email to D. Relles re: Fee Auditor's Report for LAS | 0.10 | 20.00 |
| LMP | Reviewed April through June Interim Fee Application of PSZYJ&W (.1); Updated Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Reviewed June, July and August Monthly Fee Applications of Duane Morris (.2); Updated Wr Grace Weekly Recommendation Memo (.1) | 0.30 | 28.50 |
| LMP | Reviewed April through June Interim Fee Application of Duane Morris (.1); Updated Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Reviewed  July Monthly Fee Application of Wallace King Marraro & Branson (.1); Updated Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Reviewed August Monthly Fee Application of Carella Bryne Bain Gilfillan Cecchi Stewart & Olstein (.1); Updated Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Reviewed July Monthly Fee Application of Ferry Joseph & Pearce (.1); Updated Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Searched docket for Objections to Legal Analysis Systems July Fee Application (.1); Prepared Certification of No Objection re same (.2); Electronic filing and service of application (.2) | 0.50 | 47.50 |
| AFM | Review and sign CNO for LAS (Monthly Fee Application - July) | 0.20 | 40.00 |
| 09/24/03 | | | |
| LMP | Reviewed Email from D. Relles containing LAS August 2003 Billing statement (.1); Prepared LAS' Aug Monthly Application for Compensation (.2) | 0.30 | 28.50 |
| MRE | Review of final fee auditor report for C&D for the Ninth Interim Period | 0.10 | 27.50 |
| 09/25/03 | | | |
| LMP | Searched docket for Objections to LTC July Fee Application (.1); Drafted | | |

W.R. Grace

Fee Applications, Others

|  |  | HOURS |  |
|---|---|---|---|
|  | Certificate of No Objection (.2); Electronic filing of CNO (.2) | 0.50 | 47.50 |
| AFM | Review and sign CNO for L. Tersigni (Monthly - July) | 0.20 | 40.00 |
| AFM | Email from S. Bossay re: 9th Interim Spreadsheet | 0.10 | 20.00 |
| AFM | Prepare Spreadsheet for 9th Interim period | 0.30 | 60.00 |

09/29/03

| AFM | Review and sign fee application for LAS (Monthly - August) | 0.30 | 60.00 |
|---|---|---|---|
| AFM | Review and sign fee application for Caplin & Drysdale (Monthly - August) | 0.30 | 60.00 |
| LMP | Electronic filing of Caplin & Drysdale's August Monthly Fee Application (.2); Electronic service to Notice Parties (.2) | 0.40 | 38.00 |
| LMP | Electronic filing of Legal Analysis Systems August Monthly Fee Application (.2); Electronic service to Notice Parties (.2) | 0.40 | 38.00 |

09/30/03

| LMP | Reviewed Pitney, Hardin, Kipp & Szuch April through June Interim Fee Application (.1); Updated Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
|---|---|---|---|
| LMP | Reviewed Conway, Del Genio, Gries & Co., LLC April through June Interim Fee Application (.1); Updated Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Reviewed Wallace King Marraro & Bransons August Monthly Fee Application (.1); Updated Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Reviewed the April, May and June Monthly Fee Applications of Steptoe & Johnson (.1); Updated Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Reviewed the July Fee Application of Kramer Levin Naftalis & Frankel (.1); Updated Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Reviewed Klett Rooney Lieber & Schorling August Monthly Fee Application (.1); |  |  |

Fee Applications, Others

                                               HOURS
         Updated Wr Grace Weekly Recommendation
         Memo (.1)                              0.20      19.00
LMP  Reviewed PSZYJ&W July Monthly Fee
     Application (.1); Updated Wr Grace Weekly
     Recommendation Memo (.1)                   0.20      19.00
LMP  Reviewed Casner & Edwards July Monthly
     Fee Application (.1); Updated Wr Grace
     Weekly Recommendation Memo (.1)            0.20      19.00
MTH  Reviewing Order awarding compensation of
     professional time and expenses to Milberg
     Weiss.                                     0.10      26.50
                                               -----   --------
         FOR CURRENT SERVICES RENDERED         16.90  2,053.00

                    RECAPITULATION
TIMEKEEPER                    HOURS HOURLY RATE      TOTAL
Aileen F. Maguire              3.10   $200.00     $620.00
Mark T. Hurford                0.40    265.00      106.00
Marla R. Eskin                 0.30    275.00       82.50
Lauren M. Przybylek           13.10     95.00    1,244.50


     TOTAL CURRENT WORK                         2,053.00


     BALANCE DUE                              $10,138.10
                                             ==========

     Any payments received after the statement date will be
     applied to next month's statement.  Please note your
     account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                          Page: 1
W.R. Grace                                              09/30/2003
Wilmington  DE                              ACCOUNT NO: 3000-14D
                                            STATEMENT NO:      26


Financing



    PREVIOUS BALANCE                                     $202.90


    BALANCE DUE                                          $202.90
                                                         =======


                Any payments received after the statement date will be
                applied to next month's statement.  Please note your
                account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

|  | Page: 1 |
| --- | --- |
| W.R. Grace | 09/30/2003 |
| Wilmington  DE | ACCOUNT NO: 3000-15D |
|  | STATEMENT NO:      28 |

Hearings

| PREVIOUS BALANCE |  | $8,057.35 |
| --- | --- | --- |

|  |  | HOURS |  |
| --- | --- | --- | --- |
| 09/04/03 |  |  |  |
| MTH | Correspondence to AFM re Fee Hearing. | 0.10 | 26.50 |
| 09/09/03 |  |  |  |
| MRE | Review of e-mail from MTH to C. Lane regarding hearing | 0.10 | 27.50 |
| MTH | Reviewing Omnibus Order scheduling hearings (.1) and Correspondence to C Lane re same (.1) | 0.20 | 53.00 |
| 09/10/03 |  |  |  |
| MRE | Review of e-mail from C. Lane regarding fee hearing | 0.10 | 27.50 |
| 09/12/03 |  |  |  |
| AFM | Email from/to T. Wallace re: Fee Application Hearing | 0.10 | 20.00 |
| 09/15/03 |  |  |  |
| MRE | Review of e-mail from PEM regarding hearings in Pittsburgh | 0.10 | 27.50 |
| 09/16/03 |  |  |  |
| MRE | Review of e-mail from MTH to PVNL regarding upcoming hearing | 0.10 | 27.50 |
| MRE | Review of e-mail from PVNL regarding status conference | 0.10 | 27.50 |
| MTH | Reviewing Agenda for September Omnibus Hearing | 0.20 | 53.00 |
| MTH | Reviewing correspondence from PVNL re Sept. Omnibus Hearing. | 0.10 | 26.50 |

```
                                                        Page: 2
         W.R. Grace                                   09/30/2003
                                            ACCOUNT NO: 3000-15D
                                            STATEMENT NO:      28
         Hearings
```

|  |  | HOURS |  |
|---|---|---|---|
| 09/19/03 |  |  |  |
| MRE | Telephone conference with EI regarding omnibus hearing | 0.10 | 27.50 |
| 09/21/03 |  |  |  |
| MRE | Preparation for hearing | 0.50 | 137.50 |
| 09/22/03 |  |  |  |
| MTH | Meeting with MRE re conference call, issues to be presented at September Omnibus hearing. | 0.20 | 53.00 |
| MTH | Reviewing correspondence from MRE re Omnibus Hearing, conference call with constituents (.1) and response thereto (.1) |  |  |
| MRE | Preparation for Court appearance | 0.50 | 137.50 |
| MRE | Court appearance | 1.40 | 385.00 |
| MRE | Drafting e-mail to EI regarding hearing matters | 0.20 | 55.00 |
| MAL | Preparation of draft of Hearing Memo | 0.30 | 28.50 |
| DEM | Preparation of attorney binder for omnibus hearing | 0.30 | 28.50 |
|  | FOR CURRENT SERVICES RENDERED | 4.70 | 1,169.00 |

```
                        RECAPITULATION
   TIMEKEEPER                 HOURS HOURLY RATE      TOTAL
   Aileen F. Maguire           0.10    $200.00     $20.00
   Mark T. Hurford             0.80     265.00     212.00
   Marla R. Eskin              3.20     275.00     880.00
   Margaret A. Landis          0.30      95.00      28.50
   Diane E. Massey             0.30      95.00      28.50


      TOTAL CURRENT WORK                          1,169.00


      BALANCE DUE                                $9,226.35
                                                 =========



   Any payments received after the statement date will be
   applied to next month's statement.  Please note your
   account number on your payment.  Thank you.
```

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

                                              Page: 1
W.R. Grace                                 09/30/2003
Wilmington  DE                  ACCOUNT NO: 3000-16D
                                STATEMENT NO:      13

Litigation and Litigation Consulting

        PREVIOUS BALANCE                         -$205.80

                                         HOURS
09/16/03
     MTH Reviewing Opposition of C. Gerard to
         Debtors' Motion to Expand the PI to
         Include Montana Vermiculite Company.     1.00    265.00

09/19/03
     MTH Reviewing Notice of Service of the
         Debtors' Responses and Objections to the
         First Request for Production of Documents
         of Gerard.                               0.10     26.50
     MTH Reviewing Motion for Leave to File
         Debtors' Reply in Support of its Motion
         to Expand the PI to Include Montana
         Vermiculite Company.                     0.20     53.00
     MTH Reviewing Debtors' Motion for
         Modification of Preliminary Injunction to
         permit certain 3rd part appeals to
         proceed.                                 0.40    106.00
     MTH Reviewing Reaud, Morgan & Quinn's Motion
         for Summary Judgment and Response to
         Motion for Summary Judgment.             0.80    212.00
     MTH Begin review of Appendix to Reaud, Morgan
         and Quinn's Motion for Summary Judgment. 0.20     53.00

09/22/03
     MTH Reviewing correspondence from J.
         Cunningham re status of Sealed Air
         Settlement.                              0.10     26.50

09/25/03
     MRE Telephone calls with N. Bruno and J.
         Cunningham regarding letter regarding

```
                                                    Page: 2
W.R. Grace                                      09/30/2003
                                    ACCOUNT NO: 3000-16D
                                    STATEMENT NO:      13
Litigation and Litigation Consulting
```

```
                                            HOURS
        status of Frecinius.                 0.50    137.50
    MTH Reviewing Eighth Claim Settlement Notice.   0.10    26.50

09/26/03
    KJC Review motion approving KWELMB settlement   0.40    60.00

09/30/03
    MTH Reviewing Motion to File Further
        Opposition of Gerard to Debtors' Motion
        to Expand the PI to Include actions
        against the Montana Vermiculite Company.   0.10    26.50
    MTH Reviewing correspondence from J.
        Cunningham re letter to CA3 re status.     0.10    26.50
    MTH Reviewing correspondence from DEM re
        letter to CA3.                             0.10    26.50
                                            ----  --------
        FOR CURRENT SERVICES RENDERED       4.10  1,045.50

                    RECAPITULATION
TIMEKEEPER                 HOURS HOURLY RATE      TOTAL
Mark T. Hurford             3.20    $265.00    $848.00
Marla R. Eskin             0.50     275.00     137.50
Kathleen J. Campbell       0.40     150.00      60.00


    TOTAL CURRENT WORK                         1,045.50


    BALANCE DUE                                 $839.70
                                               =======
```

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                                09/30/2003
Wilmington  DE                           ACCOUNT NO: 3000-17D
                                         STATEMENT NO:      13

Plan and Disclosure Statement




PREVIOUS BALANCE                                          $2,974.70



                                               HOURS
09/03/03
    KJC Review e-mail from MTH re conference call
        on plan matters                         0.10      15.00

09/05/03
    MTH Participating in teleconference with
        Debtors re POR; and discussion with M.
        Berkin re thoughts re same.             0.80     212.00

09/19/03
    DAC Review Caplin memo re: futures rep       0.10      35.00

09/25/03
    PEM Review correspondence re: futures rep    0.10      29.00

09/30/03
    MTH Reviewing correspondence from EI re
        Futures Rep appointment.                 0.10      26.50
                                                ----     ------
        FOR CURRENT SERVICES RENDERED           1.20     317.50

                        RECAPITULATION
    TIMEKEEPER                    HOURS HOURLY RATE      TOTAL
    Douglas A. Campbell            0.10    $350.00     $35.00
    Philip E. Milch                0.10     290.00      29.00
    Mark T. Hurford                0.90     265.00     238.50
    Kathleen J. Campbell           0.10     150.00      15.00


    TOTAL CURRENT WORK                                  317.50

```
                                                   Page: 2
W.R. Grace                                       09/30/2003
                                     ACCOUNT NO: 3000-17D
                                     STATEMENT NO:       13

Plan and Disclosure Statement




        BALANCE DUE                          $3,292.20
                                             =========
```

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                    Page: 1
W.R. Grace                                       09/30/2003
Wilmington  DE                       ACCOUNT NO: 3000-18D
                                     STATEMENT NO:     13

Relief from Stay Proceedings



    PREVIOUS BALANCE                             $896.40


                                         HOURS
09/08/03
    MTH Reviewing Order entered granting Relief
        from Stay with respect to Baker & Taylor.    0.10     26.50

09/24/03
    MTH Reviewing Re-Notice of Oldcastle APG
        Motion for Stay Relief.                      0.10     26.50

09/26/03
    KJC Review Oldcastle motion for relief from
        stay                                         0.30     45.00
                                                    ----     -----
        FOR CURRENT SERVICES RENDERED               0.50     98.00

                        RECAPITULATION
    TIMEKEEPER                      HOURS HOURLY RATE     TOTAL
    Mark T. Hurford                  0.20  $265.00    $53.00
    Kathleen J. Campbell             0.30   150.00     45.00


    TOTAL CURRENT WORK                              98.00


    BALANCE DUE                                    $994.40
                                                   =======



    Any payments received after the statement date will be
    applied to next month's statement.  Please note your
    account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                        Page: 1
W.R. Grace                                             09/30/2003
Wilmington  DE                          ACCOUNT NO: 3000-19D
                                        STATEMENT NO:       3


Tax Issues



    PREVIOUS BALANCE                                 $108.00


                                        HOURS
09/26/03
    KJC Review motion to authorize settlement re
        New York state tax audit                0.40      60.00
    KJC Review motion for order authorizing
        Debtors to payment amounts due under
        Florida Intangible Personal Property Tax
        Act                                     0.40      60.00
                                                ----    ------
    FOR CURRENT SERVICES RENDERED               0.80     120.00

                    RECAPITULATION
TIMEKEEPER                   HOURS HOURLY RATE      TOTAL
Kathleen J. Campbell          0.80     $150.00    $120.00


    TOTAL CURRENT WORK                             120.00


    BALANCE DUE                                   $228.00
                                                 =======



    Any payments received after the statement date will be
    applied to next month's statement.  Please note your
    account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                    Page: 1
W.R. Grace                                       09/30/2003
Wilmington  DE                        ACCOUNT NO: 3000-20D
                                      STATEMENT NO:      12

Tax Litigation



    PREVIOUS BALANCE                                $468.80


    BALANCE DUE                                     $468.80
                                                    =======








    Any payments received after the statement date will be
    applied to next month's statement.  Please note your
    account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

                                                      Page: 1
W.R. Grace                                         09/30/2003
Wilmington  DE                      ACCOUNT NO: 3000-21D
                                    STATEMENT NO:        9

Travel-Non-Working


    PREVIOUS BALANCE                                  $52.20


    BALANCE DUE                                       $52.20
                                                      ======



                Any payments received after the statement date will be
                applied to next month's statement.  Please note your
                account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                      Page: 1
W.R. Grace                                          09/30/2003
Wilmington  DE                          ACCOUNT NO: 3000-22D
                                        STATEMENT NO:      17

Valuation



    PREVIOUS BALANCE                           $1,226.50


    BALANCE DUE                                $1,226.50
                                               =========




Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

                                                          Page: 1
W.R. Grace                                             09/30/2003
Wilmington  DE                          ACCOUNT NO: 3000-23D
                                        STATEMENT NO:      17

     ZAI Science Trial

          PREVIOUS BALANCE                            $3,077.20

                                             HOURS
09/03/03
     MRE  Review of e-mail from MTH regarding ZAI
          hearing                             0.10     27.50
     MRE  Review of e-mail from PVNL regarding ZAI
          matter                              0.10     27.50
     MTH  Reviewing correspondence from PVNL re
          hearing re ZAI issues.              0.10     26.50
     MTH  Correspondence to PEM re ZAI hearings in
          Pitts this month.                   0.20     53.00
     MTH  Reviewing correspondence from MRE re ZAI
          Hearing in Pitts (.1) and response to
          same (.1)                           0.20     53.00

09/11/03
     MTH  Reviewing Order rescheduling ZAI Science
          Trial (.1); Correspondence to C. Lane re
          same (.2); Correspondence to EI re same
          (.2)                                0.50    132.50
     MRE  Review of e-mail from MTH regarding
          continuation of ZAI trial           0.10     27.50
     MRE  Review of scheduling order for ZAI trial   0.10     27.50

09/15/03
     MTH  Reviewing correspondence from PEM re ZAI
          Hearings (.1) and response thereto (.1)   0.20     53.00
                                             ----   ------
          FOR CURRENT SERVICES RENDERED       1.60    428.00

                         RECAPITULATION
     TIMEKEEPER                    HOURS HOURLY RATE      TOTAL
     Mark T. Hurford               1.20     $265.00    $318.00
     Marla R. Eskin                0.40      275.00     110.00

```
                                                    Page: 2
W.R. Grace                                      09/30/2003
                                    ACCOUNT NO: 3000-23D
                                    STATEMENT NO:      17

ZAI Science Trial
```

```
     TOTAL CURRENT WORK                            428.00


     BALANCE DUE                                $3,505.20
                                                =========
```

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                              09/30/2003
Wilmington  DE                          ACCOUNT NO      3000D


| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| **3000-00 Costs and Expenses** | | | | | |
| -542.81 | 0.00 | 0.00 | 0.00 | 0.00 | -$542.81 |
| **3000-01 Asset Analysis and Recovery** | | | | | |
| 2,174.20 | 0.00 | 0.00 | 0.00 | 0.00 | $2,174.20 |
| **3000-02 Asset Disposition** | | | | | |
| 1,248.20 | 106.00 | 0.00 | 0.00 | 0.00 | $1,354.20 |
| **3000-03 Business Operations** | | | | | |
| 385.20 | 53.00 | 0.00 | 0.00 | 0.00 | $438.20 |
| **3000-04 Case Administration** | | | | | |
| 1,617.70 | 447.50 | 0.00 | 0.00 | 0.00 | $2,065.20 |
| **3000-05 Claims Analysis Objection & Resolution (Asbestos)** | | | | | |
| 3,549.70 | 0.00 | 0.00 | 0.00 | 0.00 | $3,549.70 |
| **3000-06 Claims Analysis Objection & Resol. (Non-Asbestos)** | | | | | |
| 1,698.80 | 26.50 | 0.00 | 0.00 | 0.00 | $1,725.30 |
| **3000-07 Committee, Creditors, Noteholders, Equity Holders** | | | | | |
| 21,189.60 | 6,131.00 | 0.00 | 0.00 | 0.00 | $27,320.60 |
| **3000-08 Employee Benefits/Pension** | | | | | |
| 3,657.60 | 0.00 | 0.00 | 0.00 | 0.00 | $3,657.60 |
| **3000-10 Employment Applications, Others** | | | | | |
| 1,649.80 | 1,487.00 | 0.00 | 0.00 | 0.00 | $3,136.80 |
| **3000-11 Expenses** | | | | | |
| 4,290.88 | 0.00 | 371.95 | 0.00 | 0.00 | $4,662.83 |
| **3000-12 Fee Applications, Applicant** | | | | | |
| 4,588.20 | 1,276.50 | 0.00 | 0.00 | 0.00 | $5,864.70 |

W.R. Grace

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-13 Fee Applications, Others | | | | | |
| 8,085.10 | 2,053.00 | 0.00 | 0.00 | 0.00 | $10,138.10 |
| 3000-14 Financing | | | | | |
| 202.90 | 0.00 | 0.00 | 0.00 | 0.00 | $202.90 |
| 3000-15 Hearings | | | | | |
| 8,057.35 | 1,169.00 | 0.00 | 0.00 | 0.00 | $9,226.35 |
| 3000-16 Litigation and Litigation Consulting | | | | | |
| -205.80 | 1,045.50 | 0.00 | 0.00 | 0.00 | $839.70 |
| 3000-17 Plan and Disclosure Statement | | | | | |
| 2,974.70 | 317.50 | 0.00 | 0.00 | 0.00 | $3,292.20 |
| 3000-18 Relief from Stay Proceedings | | | | | |
| 896.40 | 98.00 | 0.00 | 0.00 | 0.00 | $994.40 |
| 3000-19 Tax Issues | | | | | |
| 108.00 | 120.00 | 0.00 | 0.00 | 0.00 | $228.00 |
| 3000-20 Tax Litigation | | | | | |
| 468.80 | 0.00 | 0.00 | 0.00 | 0.00 | $468.80 |
| 3000-21 Travel-Non-Working | | | | | |
| 52.20 | 0.00 | 0.00 | 0.00 | 0.00 | $52.20 |
| 3000-22 Valuation | | | | | |
| 1,226.50 | 0.00 | 0.00 | 0.00 | 0.00 | $1,226.50 |
| 3000-23 ZAI Science Trial | | | | | |
| 3,077.20 | 428.00 | 0.00 | 0.00 | 0.00 | $3,505.20 |
| --------- | --------- | ------ | ---- | ---- | ---------- |
| 70,450.42 | 14,758.50 | 371.95 | 0.00 | 0.00 | $85,580.87 |
| | | | | | ========== |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.