## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W. R. Grace & Co. et al.[1]; | ) | Case No. 01-01139(JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Deadline:**
**November 17, 2003 at 4:00 p.m.**
**Hearing date: To be scheduled only**
**if objections are timely filed and served.**

### NOTICE OF FILING OF MONTHLY FEE APPLICATION

To: (1) The Debtors; (2) Counsel to the Debtors; (3) The Office of the United States Trustee; (4) Counsel to the Official Committee of Asbestos Personal Injury Claimants; (5) Counsel to the Official Committee of Asbestos Property Damage Claimants; (6) Counsel to the Official Committee of Equity Holders; and (7) Counsel to the Debtors-in-Possession Lenders (8) the Fee Auditor:

FTI Policano & Manzo ("FTI"), Financial Advisors to the Official Committee of

Unsecured Creditors (the "Committee") of the above captioned debtor and debtors in possession

in the above-captioned chapter 11 cases, filed and served the Thirtieth Interim Application of

FTI, Financial Advisors to the Committee, for Allowance of Compensation for Services

Rendered and for Reimbursement of Expenses incurred for the period September 1, 2003

---

[1]    The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

through September 30, 2003, seeking compensation in the amount of $97,227.50 and

reimbursement for actual and necessary expenses in the amount of $1,464.59 (the "Monthly Fee

Application").

Objections or responses to the Monthly Fee Application, if any, must be made in

writing and filed with the United States Bankruptcy Court for the District of Delaware, Marine

Midland Plaza, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before

**November 17, 2003 at 4:00 p.m.**

At the same time you must also serve a copy of the objections or responses, if

any, upon the Affected Professional and each of the following:  (i) co-counsel for the Debtors,

James H.M. Sprayregen, Esquire, Kirkland & Ellis, 200 East Randolph Drive, Chicago, Illinois

60601 (fax number 312-861-2200), and Laura Davis Jones, Esquire, Pachulski, Stang, Ziehl,

Young & Jones P.C., 919 North Market Street, Suite 1600, P.O. Box 8705, Wilmington, DE

19899-8705 (Courier 19801) (fax number 302-652-4400); (ii) co-counsel to the Official

Committee of Unsecured Creditors, Lewis Kruger, Esquire, Stroock & Stroock & Lavan LLP,

180 Maiden Lane, New York, New York 10038-4982 (fax number 212-806-6006), and Michael

R. Lastowski, Esquire, Duane Morris LLP, 1100 N. Market Street, Suite 1200, Wilmington,

Delaware 19801-1246 (fax number 302-657-4901); (iii) co-counsel to the Official Committee of

Asbestos Property Damage Claimants, Scott L. Baena, Esquire, Blizin, Sumberg, Dunn, Baena,

Price & Axelrod, First Union Financial Center, 200 South Biscayne Boulevard, Suite 2500,

Miami, Florida 33131 (fax number 305-374-7593), and Michael B. Joseph, Esquire, Ferry &

Joseph, P.A., 824 Market Street, Suite 904, P.O. Box 1351, Wilmington, Delaware 19899 (fax

number 302-575-1714); (iv) co-counsel to the Official Committee of Asbestos Personal Injury

Claimants, Elihu Inselbuch, Esquire, Caplin & Drysdale, 399 Park Avenue, 36th Floor, New

York, New York 10022 (fax number  212-644-6755), and Mark Hurford, Esquire, Campbell &

Levine, LLC, Chase Manhattan Centre, 15th Floor, 1201 Market Street, Suite 1500, Wilmington,

Delaware 19801 (fax number 302-426-9947); (v) co-counsel  to the DIP Lender, J. Douglas

Bacon, Esquire, Latham & Watkins , Sears Tower, Suite 5800, Chicago, Illinois 60606 (fax

number 312-993-9767), and Steven M. Yoder, Esquire, The Bayard Firm, 222 Delaware Avenue,

Suite 900, P.O. 25130, Wilmington, Delaware 19899 (fax number 302-658-6395); (vi) counsel to

the Official Committee of Equity Holders, Thomas Moers Mayer, Esquire, Kramer Levin

Naftalis & Frankel LLP, 919 Third Avenue, New York, New York 10022 (fax number 212-715-

8000);  and (vii) the Office of the United States Trustee, Attn:  Frank J. Perch, Esquire, 844 N.

King Street, Wilmington, Delaware 19801 (fax number 302-573-6497); and (viii) the Fee

**(REMINDER OF PAGE INTENTIONALLY LEFT BLANK)**

Auditor, to Warren H. Smith, Warren H. Smith and Associates, Republic Center, 325 N. St. Paul,

Suite 4080, Dallas, TX 75201.

Dated: Wilmington, DE
      October 28, 2003

**RESPECTFULLY SUBMITTED,**

         /s/
Michael R. Lastowski, Esq. (DE I.D. No. 3892)
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801
Telephone:    (302) 657-4900
Facsimile:     (302) 657-4901
E-mail:         mlastowski@duanemorris.com


William S. Katchen, Esquire (Admitted in NJ Only)
DUANE MORRIS LLP
One Riverfront Plaza
Newark, New Jersey 07102
Telephone:    (973) 424-2000
Facsimile:     (973) 424-2001
E-mail:         wskatchen@duanemorris.com

and

Lewis Kruger, Esquire
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, New York 10038-4982
Telephone:    (212) 806-5400
Facsimile:     (212) 806-6006
E-mail:         lkruger@Stroock.com

Co-Counsel for the Official Committee of Unsecured Creditors
of W. R. Grace & Co., et al.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------x

In re:                                    Chapter 11

W.R. GRACE & CO., <u>et al.</u>,             Case No.  01-01139 (JKF)
                                          (Jointly Administered)

          Debtors

THIRTIETH INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
<u>(FOR THE PERIOD FROM SEPTEMBER 1, 2003 THROUGH SEPTEMBER 30, 2003)</u>

| | |
|---|---|
| Name of Applicant: | FTI Policano & Manzo |
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors |
| Date of Retention: | June 21, 2001 |
| Period for which compensation and reimbursement is sought: | September 1, 2003 through September 30, 2003 |
| Amount of Compensation sought as actual, reasonable and necessary (80% of $97,227.50): | $77,782.00 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary (100%): | $1,464.59 |

This is an:  <u>  X  </u>  interim  _____  final application

The total time expended for fee application preparation activities is approximately 11.1 hours and corresponding compensation requested is approximately $1,822.80 (80% of the fees incurred of $2,278.50).  The time expended totaled approximately 11.1 hours spent on preparation of the twenty-eighth and twenty-ninth monthly interim fee applications, including 6.5 hours spent by a paraprofessional assisting in preparation of the applications.

This is the THIRTIETH application filed.  Disclosure for prior periods and current period is as follows:

THIRTIETH INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM SEPTEMBER 1, 2003 THROUGH SEPTEMBER 30, 2003)
**ATTACHMENT A**
**TO FEE APPLICATION**

| | | Requested | | | |
|---|---|---|---|---|---|
| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees | Expenses |
| June 28, 2001 | April 20, 2001 through April 30, 2001 | $16,008.00 | $667.95 | $12,806.40 (80% of requested fees) | $667.95 |
| June 28, 2001 | May 1, 2001 through May 31, 2001 | $104,081.50 | $2,513.09 | $83,265.20 (80% of requested fees) | $2,513.09 |
| July 28, 2001 | June 1, 2001 through June 30, 2001 | $75,916.00 | $3,913.13 | $60,732.80 (80% of requested fees) | $3,913.13 |
| August 28, 2001 | July 1, 2001 through July 31,2001 | $71,989.50 | $3,871.54 | $57,591.60 (80% of requested fees) | $3,871.54 |
| September 28, 2001 | August 1, 2001 through August 31, 2001 | $70,425.00 | $1,092.45 | $56,340.00 (80% of requested fees) | $1,092.45 |
| October 30, 2001 | September 1, 2001 through September 30, 2001 | $104,816.50 | $3,028.40 | $83,853.20 (80% of requested fees) | $3,028.40 |
| November 29, 2001 | October 1, 2001 through October 31, 2001 | $42, 643.00 | $ 3,670.86 | $34,114.40 (80% of requested fees) | $3,670.86 |
| December 28, 2001 | November 1, 2001 through November 30, 2001 | $50,048.50 | $1,864.72 | $40,038.80 (80% of requested fees) | $1,864.72 |
| January 28, 2002 | December 1, 2001 through December 31, 2001 | $53,986.50 | $1,005.29 | $43,189.20 (80% of requested fees) | $1,005.29 |
| February 28, 2002 | January 1, 2002 through January 31, 2002 | $63,207.00 | $2,549.70 | $50,565.60 (80% of requested fees) | $2,549.70 |
| March 28, 2002 | February 1, 2002 through February 28, 2002 | $27,249.50 | $1,874.43 | $21,799.60 (80% of requested fees) | $1,874.43 |

THIRTIETH INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM SEPTEMBER 1, 2003 THROUGH SEPTEMBER 30, 2003)
**ATTACHMENT A**
**TO FEE APPLICATION**

| Date Filed (on or about) | Period Covered | Requested | | Fees | Expenses |
|---|---|---|---|---|---|
| | | Fees (100%) | Expenses (100%) | | |
| April 28, 2002 | March 1, 2002 through March 31, 2002 | $106,680.50 | $1,919.09 | $85,344.40 (80% of requested fees) | $1,919.09 |
| May 29, 2002 | April 1, 2002 through April 30, 2002 | $102,314.00 | $4,657.40 | $81,851.20 (80% of requested fees) | $4,657.40 |
| June 28, 2002 | May 1, 2002 through May 31, 2002 | $50,027.00 | $2,207.14 | $40,021.60 (80% of requested fees) | $2,207.14 |
| July 29, 2002 | June 1, 2002 through June 30, 2002 | $43,359.00 | $1,381.59 | $34,687.20 (80% of requested fees) | $1,381.59 |
| August 31, 2002 | July 1, 2002 through July 31, 2002 | $23,895.50 | $473.91 | $19,116.40 (80% of requested fees) | $473.91 |
| September 30, 2002 | August 1, 2002 through August 31, 2002 | $76,092.50 | $1,264.23 | $60,874.00 (80% of requested fees) | $1,264.23 |
| October 31, 2002 | September 1, 2002 through September 30, 2002 | $45,079.00 | $43.14 | $36,063.20 (80% of requested fees) | $43.14 |
| November 30, 2002 | October 1, 2002 through October 31, 2002 | $46,633.50 | $256.76 | $37,306.80 (80% of requested fees) | $256.76 |
| December 31, 2002 | November 1, 2002 through November 30, 2002 | $44,622.50 | $824.96 | $35,698.00 (80% of requested fees) | $824.96 |
| January 31, 2003 | December 1, 2002 through December 31, 2002 | $42,335.00 | $34.69 | $33,868.00 (80% of requested fees) | $34.69 |
| February 28, 2003 | January 1, 2003 through January 31, 2003 | $71,517.00 | $831.54 | $57,213.60 (80% of requested fees) | $831.54 |

3

THIRTIETH INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM SEPTEMBER 1, 2003 THROUGH SEPTEMBER 30, 2003)

**ATTACHMENT A**
**TO FEE APPLICATION**

| Date Filed (on or about) | Period Covered | Requested Fees (100%) | Requested Expenses (100%) | Fees | Expenses |
|---|---|---|---|---|---|
| March 28, 2003 | February 1, 2003 through February 28, 2003 | $131,416.50 | $2,264.79 | $105,133.20 (80% of requested fees) | $2,264.79 |
| April 30, 2003 | March 1, 2003 through March 31, 2003 | $94,355.00 | $769.04 | $75,484.00 (80% of requested fees) | $769.04 |
| May 31, 2003 | April 1, 2003 through April 30, 2003 | $39,810.00 | $133.70 | $31,848.00 (80% of requested fees) | $133.70 |
| June 30, 2003 | May 1, 2003 through May 31, 2003 | $70,371.00 | $847.39 | $56,296.80 (80% of requested fees) | $847.39 |
| July 31, 2003 | June 1, 2003 through June 30, 2003 | $62,684.00 | $408.81 | $50,147.20 (80% of requested fees) | $408.81 |
| August 31, 2003 | July 1, 2003 through July 31, 2003 | $61,294.00 | $780.87 | $49,035.20 (80% of requested fees) | $780.87 |
| September 26, 2003 | August 1, 2003 through August 31, 2003 | $90,447.50 | $1,312.37 | $72,358.00 (80% of requested fees) | $1,312.37 |
| October 24, 2003 | September 1, 2003 through September 30, 2003 | $97,227.50 | $1,464.59 | $77,782.00 (80% of requested fees) | $1,464.59 |

4

THIRTIETH INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM SEPTEMBER 1, 2003 THROUGH SEPTEMBER 30, 2003)

**ATTACHMENT B**
**TO FEE APPLICATION**

| Name of Professional Person | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|
| E. Ordway | $595 | 17.3 | $10,293.50 |
| S. Cunningham | $550 | 37.5 | $20,625.00 |
| C. Whitney | $425 | 14.0 | $5,950.00 |
| L. Hamilton | $375 | 144.8 | $54,300.00 |
| J. Schwendeman | $350 | 8.0 | $2,800.00 |
| M. DeSalvio | $190 | 1.0 | $190.00 |
| M. Hakoun | $165 | 9.1 | $1,501.50 |
| N. Backer | $ 75 | 20.9 | $1,567.50 |
| | | | |
| Grand Total: | | 252.6 | $97,227.50 |
| Blended Rate: | $385 | | |

**COMPENSATION BY PROJECT CATEGORY**

| Task Code | Project Category | Total Hours | Total Fees |
|---|---|---|---|
| 2 | Business Analysis | 0.0 | $0.00 |
| 3 | Corporate Finance | 56.7 | $23,929.00 |
| 4 | Data Analysis | 155.1 | $63,235.50 |
| 8 | Case Administration | 14.4 | $1,080.00 |
| 9 | Claims Analysis (Asbestos) | 10.9 | $4,277.50 |
| 11 | Creditors Committee | 4.0 | $2,189.00 |
| 12 | Employee Benefits/Pension | 0.4 | $238.00 |
| 16 | Fee Applications, Applicant | 11.1 | $2,278.50 |
| | | | |
| | Total | 252.6 | $97,227.50 |

THIRTIETH INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM SEPTEMBER 1, 2003 THROUGH SEPTEMBER 30, 2003)

**EXPENSE SUMMARY**

| Expense Category | Total Expenses |
|---|---|
| Copies | $338.10 |
| Facsimiles | $0.00 |
| Telecommunications | $132.81 |
| Postage, Express Delivery | $18.68 |
| Travel Expenses | $0.00 |
| Tolling Charges | $975.00 |
| | |
| Total | $1,464.59 |

**Invoice**

W.R. GRACE & CO. ET. AL.
Summary of Fees by Professional
For the period September 1, 2003 through September 30, 2003

|  | Total Hours | Billing Rate | Amount |
|---|---|---|---|
| E. Ordway | 17.3 | $  595 | 10,293.50 |
| S. Cunningham | 37.5 | $  550 | 20,625.00 |
| C. Whitney | 14.0 | $  425 | 5,950.00 |
| L. Hamilton | 144.8 | $  375 | 54,300.00 |
| J. Schwendeman | 8.0 | $  350 | 2,800.00 |
| M. DeSalvio | 1.0 | $  190 | 190.00 |
| M. Hakoun | 9.1 | $  165 | 1,501.50 |
| N. Backer | 20.9 | $  75 | 1,567.50 |
| TOTAL | 252.6 |  | $  97,227.50 |

**Invoice**

W.R. GRACE & CO. ET. AL.
Summary of Hours by Category
For the period September 1, 2003 through September 30, 2003

| Rate | Fees Per Professional | | Task Code | Business Analysis | Corporate Finance | Data Analysis | Case Administration | Claims Analysis/Objections/ Administration (asbestos) | Creditors Committee | Employee Benefits/ Pension | Fee Applications, Applicant | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 2 | 3 | 4 | 8 | 9 | 11 | 12 | 16 | |
| $ 595 | $ 10,293.50 | E. Ordway | | $ - | $ 3,094.00 | $ 5,771.50 | $ - | $ - | $ 1,011.50 | $ 238.00 | $ 178.50 | $ 10,293.50 |
| $ 550 | 20,625.00 | S. Cunningham | | - | 4,785.00 | 14,190.00 | - | 660.00 | 990.00 | - | - | 20,625.00 |
| $ 425 | 5,950.00 | C. Whitney | | - | - | 5,525.00 | - | 425.00 | - | - | - | 5,950.00 |
| $ 375 | 54,300.00 | L. Hamilton | | - | 16,050.00 | 34,237.50 | - | 2,212.50 | 187.50 | - | 1,612.50 | 54,300.00 |
| $ 350 | 2,800.00 | J. Schwendeman | | - | - | 1,820.00 | - | 980.00 | - | - | - | 2,800.00 |
| $ 190 | 190.00 | M. DeSalvio | | - | - | 190.00 | - | - | - | - | - | 190.00 |
| $ 165 | 1,501.50 | M. Hakoun | | - | - | 1,501.50 | - | - | - | - | - | 1,501.50 |
| $ 75 | 1,567.50 | N. Backer | | - | - | - | 1,080.00 | - | - | - | 487.50 | 1,567.50 |
| | $ 97,227.50 | Totals | | $ - | $ 23,929.00 | $ 63,235.50 | $ 1,080.00 | $ 4,277.50 | $ 2,189.00 | $ 238.00 | $ 2,278.50 | $ 97,227.50 |

**Invoice**

W.R. GRACE & CO. ET. AL.
Summary of Hours by Category
For the period September 1, 2003 through September 30, 2003

| Rate | Fees Per Professional | | Business Analysis (Business Plan) | Corporate Finance (Acquisitions) | Data Analysis | Case Administration | Claims Analysis/Objections/ Administration (asbestos) | Creditors Committee | Employee Benefits/ Pension | Fee Applications, Applicant | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Task Code | 2 | 3 | 4 | 8 | 9 | 11 | 12 | 16 | |
| $ 595 | $ 10,293.50 | E. Ordway | 0.0 | 5.2 | 9.7 | 0.0 | 0.0 | 1.7 | 0.4 | 0.3 | 17.3 |
| $ 550 | $ 20,625.00 | S. Cunningham | 0.0 | 8.7 | 25.8 | 0.0 | 1.2 | 1.8 | 0.0 | 0.0 | 37.5 |
| $ 425 | $ 5,950.00 | C. Whitney | 0.0 | 0.0 | 13.0 | 0.0 | 1.0 | 0.0 | 0.0 | 0.0 | 14.0 |
| $ 375 | $ 54,300.00 | L. Hamilton | 0.0 | 42.8 | 91.3 | 0.0 | 5.9 | 0.5 | 0.0 | 4.3 | 144.8 |
| $ 350 | $ 2,800.00 | J. Schwenderman | 0.0 | 0.0 | 5.2 | 0.0 | 2.8 | 0.0 | 0.0 | 0.0 | 8.0 |
| $ 190 | $ 190.00 | M. DeSalvio | 0.0 | 0.0 | 1.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 1.0 |
| $ 165 | $ 1,501.50 | M. Hakoun | 0.0 | 0.0 | 9.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 9.1 |
| $ 75 | $ 1,567.50 | N. Backer | 0.0 | 0.0 | 0.0 | 14.4 | 0.0 | 0.0 | 0.0 | 6.5 | 20.9 |
| | $ 97,227.50 | Totals | 0.0 | 56.7 | 155.1 | 14.4 | 10.9 | 4.0 | 0.4 | 11.1 | 252.6 |

**Invoice**

W.R. GRACE & CO. ET. AL.

Summary Descriptions of Tasks by Category*

For the period September 1, 2003 through September 30, 2003

| | Task Code | Total Hours | |
|---|---|---|---|
| Business Analysis | 2 | 0.0 | No activities were performed in this category during this period. |
| Corporate Finance | 3 | 56.7 | During the Fee Period we read and analyzed the Debtors' original and revised presentation materials regarding the proposed Galeras acquisition. We prepared a draft report thereon, which was discussed with the Committee chair and counsel. |
| Data Analysis | 4 | 155.1 | During the Fee Period we continued to read and analyze the Debtors' second quarter operating report and related documents and to prepare a report to the Committee thereon. We also prepared additional analyses regarding cash balances and cash repatriation issues and prepared a report to the Committee. During the fee period we read and analyzed the Montana Court order regarding the Libby, MT. environmental cleanup, discussed details with the Debtors and prepared a report summarizing our observations. We read and analyzed various news releases, court docket items and industry information regarding peer performance and other issues. In addition, we read and analyzed the Debtors' proposed Plan of Reorganization and prepared various analyses thereon. We also reviewed the status of various tax issues including state tax audits, COLI and cash repatriation. |
| Case Administration | 8 | 14.4 | During the Fee Period a paraprofessional organized and distributed materials to the Committee, as well as downloaded and distributed various court docket items to case team members for further review. In addition, the paraprofessional continued to maintain our case-specific database of reports and court docket items. |
| Claims Analysis (asbestos) | 9 | 10.9 | During the Fee Period, we read and analyzed information regarding ZAI litigation. We also read and analyzed recent news releases and other asbestos litigation case information. |
| Creditors Committee | 11 | 4.0 | During the Fee Period we discussed the status of various case issues with members of the Committee and counsel, including cash repatriation issues, the latest proposed acquisition "Galeras," as well as a Plan of Reorganization proposal. |
| Employee Benefits/Pension | 12 | 0.4 | During the Fee Period, we read and analyzed information in a memorandum from counsel regarding pension payment arrangements. |
| Fee Applications, Applicant | 16 | 11.1 | During the Fee Period timekeeper Hamilton spent approximately 4.3 hours preparing the July and August fee applications. A paraprofessional spent approximately 6.5 hours assisting in preparation of the fee applications. |
| Total | | 252.6 | |

* These descriptions are not intended to be all-inclusive. Please see individual professional time summaries for complete descriptions.

# Invoice

## W.R. GRACE & CO. ET.AL.
### Professional Services Rendered by Edwin N. Ordway, Jr.
### For the period September 1, 2003 through September 30, 2003

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 2-Sep | 12 | Read and analyzed counsel's memorandum regarding pension payment arrangements. | 0.4 |
| 2-Sep | 16 | Prepared fee application. | 0.3 |
| 3-Sep | 4 | Read and analyzed July operations report and summarized major issues for staff to further investigate. | 1.2 |
| 4-Sep | 11 | Called counsel to discuss Plan of Reorganization issues and potential proposal. | 0.3 |
| 5-Sep | 3 | Analyzed information received from Debtors regarding a proposed acquisition and directed staff in updating a report thereon. | 1.1 |
| 5-Sep | 4 | Analyzed proposed Plan of Reorganization received from Debtors and summarized for discussion with counsel and the Committee. | 1.3 |
| 5-Sep | 4 | Analyzed Plan of Reorganization proposal and directed staff in reconciling data to our valuations. | 0.4 |
| 5-Sep | 11 | Called counsel to discuss Plan of Reorganization proposal. | 0.3 |
| 8-Sep | 4 | Prepared for conference call with the Committee and Debtors to discuss proposed Plan of Reorganization. | 0.5 |
| 8-Sep | 11 | Participated in conference call to discuss proposed Plan of Reorganization. | 0.8 |
| 8-Sep | 11 | Called Agent to discuss observations from conference call and next steps. | 0.3 |
| 9-Sep | 4 | Prepared and edited report to the Committee regarding Q2 operating results compared to plan. | 0.7 |
| 11-Sep | 3 | Read and analyzed industry research related to proposed acquisition. | 1.5 |
| 11-Sep | 3 | Prepared and edited section of report to Committee addressing proposed acquisitions' marketplace. | 0.6 |
| 12-Sep | 4 | Reviewed information request list prepared by staff. | 0.2 |

| 12-Sep | 3 | Analyzed comparable transactions for business similar to Debtors' proposed acquisition. | 1.1 |
| 12-Sep | 3 | Outlined key items for discussion with Committee regarding proposed acquisition. | 0.2 |
| 15-Sep | 4 | Discussed Montana court order regarding EPA costs with staff and determined adjustments to valuation and recovery model. | 0.6 |
| 17-Sep | 4 | Read and analyzed Montana court order and reviewed/edited items identified for follow-up list prepared by staff. | 0.7 |
| 18-Sep | 4 | Prepared and edited July monitoring report for the Committee. | 0.4 |
| 18-Sep | 4 | Prepared and edited report regarding Montana court order. | 0.7 |
| 19-Sep | 4 | Summarized key tax issues for in-house tax expert's review. | 0.9 |
| 22-Sep | 4 | Discussed proposed insurance settlement with staff and analyzed financial impact. | 0.3 |
| 25-Sep | 4 | Directed staff in analyzing debtor's tax returns. | 0.6 |
| 26-Sep | 4 | Prepared outline for draft of report to Committee regarding tax issues. | 0.8 |
| 30-Sep | 4 | Analyzed August results and developed list of items for staff to further investigate. | 0.4 |
| 30-Sep | 3 | Prepared and edited report draft regarding proposed acquisitions. | 0.7 |
| | | **Total Hours** | 17.3 |

**Invoice**

W.R. GRACE & CO. ET.AL.
Professional Services Rendered by Sean Cunningham
For the period September 1, 2003 through September 30, 2003

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 4-Sep | 4 | Read and analyzed draft reorganization proposal from Debtors. | 1.8 |
| 4-Sep | 4 | Finalized analysis of cash repatriation for report to Committee. | 1.6 |
| 4-Sep | 3 | Read and analyzed Galeras acquisition data. | 1.1 |
| 5-Sep | 11 | Discussed reorganization proposal with counsel. | 0.4 |
| 5-Sep | 4 | Prepared analysis of reorganization and summarized key issues. | 2.4 |
| 5-Sep | 4 | Prepared updated valuation analysis. | 2.7 |
| 8-Sep | 11 | Participated in Committee call regarding reorganization and proposed acquisition. | 1.4 |
| 9-Sep | 3 | Discussed proposed acquisition with Debtors' advisor and prepared additional analysis. | 1.5 |
| 10-Sep | 3 | Prepared analysis of Galeras acquisition. | 1.6 |
| 11-Sep | 3 | Read and analyzed competitive data regarding Galeras. | 1.4 |
| 11-Sep | 4 | Read and analyzed Q2 update information and July operating results. | 0.6 |
| 12-Sep | 3 | Read and analyzed competitive data regarding Galeras acquisition. | 1.6 |
| 12-Sep | 4 | Read and analyzed Q2 update information and July operating results. | 1.4 |
| 15-Sep | 4 | Prepared analyses of various reorganization alternatives. | 0.9 |
| 15-Sep | 3 | Prepared analysis regarding Galeras acquisition. | 0.6 |
| 16-Sep | 4 | Read Montana Court order regarding EPA issue. | 2.0 |
| 17-Sep | 4 | Analyzed information received during Debtors conference call regarding Montana court order. | 2.1 |
| 18-Sep | 4 | Updated analysis regarding environmental liabilities. | 1.7 |
| 18-Sep | 4 | Updated recovery analysis to reflect recent events. | 1.7 |

| | | | |
|---|---|---|---|
| 19-Sep | 9 | Read and analyzed ZAI litigation memo. | 1.2 |
| 19-Sep | 4 | Prepared and reviewed analyses of July results. | 1.8 |
| 22-Sep | 4 | Read and analyzed motion filed regarding proposed insurance settlement. | 1.5 |
| 23-Sep | 3 | Updated Galeras analysis based on new financial model. | 0.9 |
| 24-Sep | 4 | Read and analyzed tax information regarding COLI, Sealed Air, and other issues with respect to implications for reorganization plan. | 1.6 |
| 25-Sep | 4 | Read and analyzed August financial results. | 0.9 |
| 29-Sep | 4 | Read and analyzed August financial results. | 1.1 |
| | | **Total Hours** | 37.5 |

# Invoice

## W.R. GRACE & CO. ET. AL.

Professional Services Rendered by Christina Whitney
For the period September 1, 2003 through September 30, 2003

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 5-Sep | 4 | Read and analyzed of the terms of the Debtors' proposed Plan of Reorganization. | 2.6 |
| 8-Sep | 4 | Prepared and edited the report to the Committee on the Debtors' second quarter performance. | 5.4 |
| 9-Sep | 4 | Continued to prepare and edit the report to the Committee on the Debtors' second quarter performance. | 1.4 |
| 12-Sep | 4 | Continued to prepare and edit the report to the Committee on the Debtors' second quarter performance. | 1.6 |
| 15-Sep | 4 | Participated in a conference call with the Debtors to discuss a potential transaction. | 1.0 |
| 15-Sep | 4 | Read and analyzed the July monthly reporting package. | 0.8 |
| 15-Sep | 4 | Edited the report to the Committee pertaining to the Debtors' July performance. | 0.2 |
| 17-Sep | 9 | Participated in a conference call with the Debtors to discuss the Libby, MT administrative order. | 1.0 |
| | | **Total Hours** | 14.0 |

# Invoice

## W.R. GRACE & CO. ET. AL.
Professional Services Rendered by Libby Hamilton
For the period September 1, 2003 through September 30, 2003

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 2-Sep | 4 | Continued to prepare Q2 monitoring report. | 0.2 |
| 2-Sep | 3 | Continued to prepare report to Committee regarding Galeras acquisition. | 3.2 |
| 2-Sep | 3 | Updated Galeras report schedules for additional information supplied by Debtors. | 4.7 |
| 2-Sep | 3 | Prepared sensitivity analysis of projections for Galeras report. | 2.4 |
| 3-Sep | 3 | Continued to update Galeras report commentary. | 1.1 |
| 3-Sep | 4 | Continued to prepare discussion sections of Q2 monitoring report. | 7.9 |
| 3-Sep | 3 | Discussed Galeras acquisition status with Debtors. | 0.5 |
| 5-Sep | 4 | Continued to prepare discussion sections of Q2 monitoring report. | 1.1 |
| 5-Sep | 3 | Updated Galeras report to reflect conversation with Debtors. | 4.1 |
| 5-Sep | 4 | Read and analyzed information regarding planned cash repatriation by Debtors. | 0.4 |
| 5-Sep | 4 | Read and analyzed gross margin - 2nd half of year projections provided by Debtors. | 2.2 |
| 5-Sep | 16 | Prepared July fee application. | 0.6 |
| 5-Sep | 11 | Discussed cash repatriation with counsel. | 0.3 |
| 5-Sep | 4 | Updated cash repatriation report and distributed same to Committee. | 1.9 |
| 5-Sep | 3 | Discussed Galeras acquisition status with Debtors. | 0.5 |
| 8-Sep | 4 | Continued to prepare gross margin analyses for Q2 monitoring report. | 2.3 |
| 8-Sep | 4 | Continued to prepare EBITDA analyses for Q2 monitoring report. | 3.3 |
| 8-Sep | 4 | Read and analyzed various court docket items. | 1.7 |

| 8-Sep | 16 | Prepared August fee application. | 0.9 |
| 8-Sep | 3 | Updated Galeras report based on results of discussion with Committee chair. | 0.3 |
| 9-Sep | 4 | Finalized Q2 monitoring report to the Committee. | 2.4 |
| 9-Sep | 16 | Continued to prepare August fee application. | 1.1 |
| 9-Sep | 4 | Read and analyzed Debtors' July monthly operating report. | 3.4 |
| 10-Sep | 3 | Read and analyzed Galeras offering memorandum. | 3.5 |
| 10-Sep | 3 | Prepared various communications to Committee member and counsel regarding Galeras. | 0.7 |
| 10-Sep | 4 | Continued to read and analyze Debtors' July monthly operating | 1.8 |
| 12-Sep | 3 | Prepared questions for conference call with Committee regarding Galeras. | 3.4 |
| 12-Sep | 3 | Updated Galeras report bases on results of conference call. | 3.8 |
| 12-Sep | 3 | Prepared information request list regarding Galeras. | 1.1 |
| 12-Sep | 11 | Discussed information request list with counsel. | 0.2 |
| 15-Sep | 4 | Read and analyzed recent Montana court order regarding EPA costs. | 6.5 |
| 16-Sep | 4 | Continued to read and analyze Montana court order regarding EPA costs. | 2.4 |
| 16-Sep | 4 | Prepared results of operations discussion for July monitoring report to the Committee. | 3.6 |
| 16-Sep | 4 | Prepared cash flow analysis for July monitoring report. | 2.7 |
| 16-Sep | 4 | Discussed cash repatriation issues with Debtors. | 0.2 |
| 17-Sep | 4 | Summarized analyses of Montana court order in preparation for call with Debtors. | 3.1 |
| 17-Sep | 4 | Participated in conference call with Debtors regarding Montana court order. | 0.4 |
| 18-Sep | 9 | Read and analyzed ZAI litigation memos from counsel. | 2.7 |
| 18-Sep | 4 | Finalized July monitoring report to the Committee. | 1.4 |
| 18-Sep | 4 | Prepared draft report to counsel regarding Montana court order. | 2.7 |

| 18-Sep | 3 | Discussed status of information request for Galeras with Blackstone. | 0.1 |
| 18-Sep | 3 | Updated information request for Galeras. | 1.1 |
| 20-Sep | 3 | Read and analyzed Galeras draft stock purchase agreement. | 4.4 |
| 20-Sep | 3 | Prepared summary of points regarding Galeras stock purchase agreement. | 0.6 |
| 21-Sep | 3 | Updated schedules and report to reflect information from stock purchase agreement. | 3.0 |
| 22-Sep | 3 | Read and analyzed latest model of Galeras acquisition provided by Debtors. | 1.3 |
| 22-Sep | 3 | Discussed latest model with Debtors. | 0.2 |
| 22-Sep | 9 | Read and analyzed information regarding the ZAI science trial. | 2.4 |
| 22-Sep | 9 | Summarized ZAI science trial information in a draft report. | 0.8 |
| 22-Sep | 16 | Continued to prepare August fee application. | 1.7 |
| 23-Sep | 4 | Prepared Q2 cash flow schedules in response to request from Committee member. | 1.4 |
| 23-Sep | 3 | Updated Galeras report based on new model. | 2.6 |
| 23-Sep | 4 | Finalized July monitoring report and distributed same to Committee. | 1.4 |
| 23-Sep | 3 | Discussed recent developments regarding Galeras acquisition with Debtors. | 0.2 |
| 24-Sep | 4 | Read and analyze recent court docket items. | 1.2 |
| 24-Sep | 4 | Read and analyzed tax issues including COLI, Sealed Air settlement and other items. | 5.7 |
| 25-Sep | 4 | Continued to read and analyze tax issues including COLI, Sealed Air settlement and other items. | 2.9 |
| 25-Sep | 4 | Read and analyzed Debtors' recent tax returns and prepared summary schedule. | 4.1 |
| 26-Sep | 4 | Continued to prepare summary tax schedule. | 3.4 |
| 26-Sep | 4 | Analyzed Debtors' tax attributes. | 1.6 |
| 29-Sep | 4 | Summarized status of cash repatriation for tax report. | 2.1 |

| 29-Sep | 4 | Summarized COLI issues for tax report. | 3.1 |
| 29-Sep | 4 | Analyzed proposed IRS audit adjustments. | 3.8 |
| 30-Sep | 4 | Read and analyzed motions regarding state tax audits. | 3.1 |
| 30-Sep | 4 | Prepared draft report to counsel regarding state tax audit motions. | 1.1 |
| 30-Sep | 4 | Read and analyzed Debtors' August monthly operating report. | 2.4 |
| 30-Sep | 4 | Continued to prepare summary of tax items and tax report. | 2.2 |
| 30-Sep | 4 | Discussed tax issues with case team member. | 0.2 |
| | | **Total Hours** | 144.8 |

# Invoice

## W.R. GRACE & CO. ET. AL.

Professional Services Rendered by Jeffrey E. Schwendeman

For the period September 1, 2003 through September 30, 2003

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 9-Sep | 9 | Analyzed recent news and industry trade reports relating to recent asbestos litigation negotiations for the Company and competitors. | 1.1 |
| 9-Sep | 4 | Analyzed recent operating results, economic releases and heavy construction/asbestos related industry releases regarding peer group comparisons. | 1.6 |
| 19-Sep | 4 | Analyzed recent operating results, economic releases and heavy construction/asbestos related industry releases regarding peer group comparisons. | 2.1 |
| 22-Sep | 4 | Analyzed recent operating results, economic releases and heavy construction/asbestos related industry releases regarding peer group comparisons. | 1.5 |
| 22-Sep | 9 | Analyzed recent news and industry trade reports relating to recent asbestos litigation negotiations for the Company and competitors. | 1.7 |
| | | **Total Hours** | 8.0 |

**Invoice**

W.R.GRACE & CO. ET AL.
Professional Services Rendered by Matt Hakoun
For the period September 1, 2003 through September 30, 2003

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 2-Sep | 4 | Researched selected bio-science company's operations assessed peer group segment operations | 1.5 |
| 2-Sep | 4 | Prepared bio-science peer group analysis for quarter ended and twelve months ended June 30, 2003 | 1.8 |
| 3-Sep | 4 | Gathered analyst reports on specialty chemical peer group companies | 1.0 |
| 19-Sep | 4 | Researched operations of 524g Trusts. | 1.0 |
| 19-Sep | 4 | Gathered information on Manville Coporation and their 524G Trust. | 0.7 |
| 19-Sep | 4 | Benchmarked analysis of 524g Trust by analyzing Manville Corporation Plan of Reorganization. | 1.3 |
| 26-Sep | 4 | Researched news and litigation surrounding silicosis. | 1.2 |
| 26-Sep | 4 | Gathered company annual reports that have potential / current exposure to silicosis litigation. | 0.6 |
| | | **Total Hours** | 9.1 |

**Invoice**

W.R.GRACE & CO. ET AL.
Professional Services Rendered by Moira DeSalvio
For the period September 1, 2003 through September 30, 2003

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 2-Sep | 4 | Identified and retrieved analysts reports from investment banking firms including UBS Chemical Industry Update - 08/04/04 and Goldman Sachs reports on Dupont and Dow Chemical. | 1.0 |
| | | **Total Hours** | 1.0 |

## Invoice

### W.R.GRACE & CO. ET AL.
Professional Services Rendered by Nancy Backer (Paraprofessional)
For the period September 1, 2003 through September 30, 2003

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 3-Sep | 8 | Prepared distribution of monthly report to Committee. | 1.4 |
| 3-Sep | 8 | Downloaded and printed particular dockets at the request of team members. | 0.6 |
| 8-Sep | 8 | Downloaded and printed particular dockets at the request of team members. | 0.5 |
| 9-Sep | 16 | Processed professional fee application for August. | 0.8 |
| 9-Sep | 8 | Updated docket database of most recent filings through Bankruptcy Court website. | 0.2 |
| 11-Sep | 16 | Processed professional fee application for August. | 0.9 |
| 12-Sep | 8 | Faxed NY Times article on silica litigation to various committee members. | 0.5 |
| 15-Sep | 8 | Created updated email distribution list for Committee. | 0.5 |
| 16-Sep | 16 | Processed professional fee application for August. | 0.8 |
| 16-Sep | 8 | Updated docket database of most recent filings through Bankruptcy Court website. | 0.3 |
| 17-Sep | 8 | Downloaded and printed particular dockets at the request of team members. | 0.3 |
| 18-Sep | 16 | Processed professional fee application for August. | 1.5 |
| 18-Sep | 8 | Organized and prepared binder of materials received regarding Biotage Acquisition. | 2.6 |
| 19-Sep | 16 | Processed professional fee application for August. | 1.6 |
| 22-Sep | 8 | Researched database for all docket references to "ZAI" (claims, trial, etc.) | 0.8 |
| 22-Sep | 16 | Proofread professional fee application. | 0.4 |

| | | | |
|---|---|---|---|
| 23-Sep | 8 | Updated docket database of most recent filings through Bankruptcy Court website. | 0.4 |
| 24-Sep | 16 | Proofread professional fee application. | 0.5 |
| 25-Sep | 8 | Filed and indexed materials received from team members. | 0.8 |
| 26-Sep | 8 | Filed and indexed materials received from team members. | 1.6 |
| 29-Sep | 8 | Downloaded and printed particular dockets at the request of team members. | 2.0 |
| 30-Sep | 8 | Filed and indexed materials received from team members. | 1.2 |
| 30-Sep | 8 | Updated docket database of most recent filings through Bankruptcy | 0.3 |
| 30-Sep | 8 | Photocopied sections of tax returns for team member. | 0.4 |
| | | **Total Hours** | 20.9 |

**Invoice**

W.R. GRACE & CO. ET. AL.
Summary of Expenses by Type of Expense
For the period September 1, 2003 through September 30, 2003

| | | |
|---|---|---:|
| Copies: | | |
| Internal | $ | 338.10 |
| External | | |
| Telecommunications: | | |
| Telephone | | 132.81 |
| Toll Charges | | 975.00 |
| Facsimile | | - |
| Postage, Federal Express, Airborne Express | | 18.68 |
| Travel Expenses: | | |
| Transportation, lodging, tolls, parking, mileage | | - |
| | | |
| Total Expenses | $ | 1,464.59 |

**Invoice**

W.R. GRACE & CO. ET. AL.
Detail of Expenses by Type of Expense
For the period September 1, 2003 through September 30, 2003

| | | | | |
|---|---|---|---|---|
| Copies, Internal | 2,254 pp. @ .15 ea. | | $ | 338.10 |
| Facsimile Charges: | 0 pages @ $1.00/page: | | | - |
| Telephone Charges: | | E. Ordway | 44.28 | |
| | | E. Ordway | 88.53 | |
| | | S. Cunningham | - | |
| | Telephone | | | 132.81 |
| Toll Charges: | Online research fees and subscriptions | | | 975.00 |
| Postage, Federal Express: | Airborne Express 9/21/03 | | 10.02 | |
| | Airborne Express 9/25/03 | | 8.66 | |
| | | | | 18.68 |
| Transportation, lodging, tolls, parking and mileage:(a) | | | - | - |
| Total | | | | $ 1,464.59 |