## EXHIBIT A

**Asset Analysis & Recovery (.10 Hours; $ 62.50)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter V. Lockwood | .10 | $625 | 62.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 09/29/03 | PVL | 625.00 | 0.10 | Review Smolker stay oppo. |

**Total Task Code .01    .10**

**Case Administration (15.60 Hours; $ 3,439.50)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .80 | $710 | 568.00 |
| Peter V. Lockwood | .40 | $625 | 250.00 |
| Preston Burton | .20 | $350 | 70.00 |
| Kimberly N. Brown | .40 | $350 | 140.00 |
| Rita C. Tobin | 1.50 | $340 | 510.00 |
| Robert C. Spohn | 5.90 | $165 | 973.50 |
| Andrew D. Katznelson | 6.40 | $145 | 928.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 09/02/03 | RCS | 165.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 8/29/03 (.2). |
| 09/02/03 | ADK | 145.00 | 0.50 | Updated payment schedule with payment received. |
| 09/03/03 | RCT | 340.00 | 1.00 | Review correspondence and court filings, 8/7 - 8/13/03. |
| 09/03/03 | RCT | 340.00 | 0.10 | Review local counsel recommendations re: EI update. |

{D0015123:1 }

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 09/03/03 | KNB | 350.00 | 0.40 | Meeting with EI and asbestos litigation group re case management (.2); memo re minutes for same (.2) |
| 09/03/03 | RCS | 165.00 | 0.50 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 9/02/03 (.3); all hands status planning meeting (.2). |
| 09/03/03 | EI | 710.00 | 0.20 | Agenda review. |
| 09/03/03 | PB | 350.00 | 0.20 | Meeting w/EI and practice group re case status and staffing issues. |
| 09/03/03 | ADK | 145.00 | 0.50 | Organized materials for upcoming conference call for EI. |
| 09/03/03 | ADK | 145.00 | 0.50 | Updated NYO Litigation Calendar, review and classify documents in order to create database regarding upcoming hearings and pre-trial and status conferences for EI, RCT and PVNL. |
| 09/04/03 | RCS | 165.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 9/3/03 (.2). |
| 09/04/03 | ADK | 145.00 | 0.50 | Review and classify documents in order to create database regarding upcoming hearing and pre-trial and status conferences for JWD and NDF; review, classify an annotate relevant material for EI and PVNL. |
| 09/05/03 | RCS | 165.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 9/4/03 (.2). |
| 09/08/03 | RCS | 165.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 9/05/03 (.2). |
| 09/08/03 | ADK | 145.00 | 0.70 | Updated NYO Litigation Calendar, review and classify documents in order to create database regarding upcoming hearings and pre-trial and status conferences for EI, RCT and PVNL. |
| 09/09/03 | RCS | 165.00 | 0.30 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 9/08/03 (.3). |

{D0015123:1 }

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 09/09/03 | ADK | 145.00 | 0.70 | Review and classify documents in order to create database regarding upcoming hearing and pre-trial and status conferences for JWD and NDF; review, classify an annotate relevant material for EI and PVNL. |
| 09/10/03 | RCT | 340.00 | 0.20 | Review weekly local counsel recommendations re: EI update. |
| 09/10/03 | RCS | 165.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 9/09/03 (.2). |
| 09/10/03 | EI | 710.00 | 0.10 | Analyzing documents to identify significant agenda items. |
| 09/10/03 | ADK | 145.00 | 0.20 | Review, classify and annotate relevant material for RCT. |
| 09/11/03 | RCS | 165.00 | 0.40 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 9/10/03 (.2); retrieve documents requested by attorney (.2). |
| 09/12/03 | RCS | 165.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 9/11/03 (.1). |
| 09/15/03 | RCS | 165.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 9/12/03 (.2). |
| 09/16/03 | PVL | 625.00 | 0.30 | Emails JWD and Hurford (.1); review 9 miscellaneous filings (.1); review 4 miscellaneous motions (.1). |
| 09/16/03 | RCS | 165.00 | 0.60 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 9/15/03 (.3); search docket for specific files requested by attorney (.3). |
| 09/17/03 | RCS | 165.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 9/16/03 (.2). |
| 09/17/03 | ADK | 145.00 | 0.50 | Updated NYO Litigation Calendar, review and classify documents in order to create database regarding upcoming hearings and pre-trial and status conferences for EI, RCT and PVNL. |

{D0015123:1 }

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 09/18/03 | ADK | 145.00 | 0.50 | Review and classify documents in order to create database regarding upcoming hearing and pre-trial and status conferences for JWD and NDF; review, classify an annotate relevant material for EI and PVNL. |
| 09/19/03 | EI | 710.00 | 0.40 | Memo to Committee re: futures rep (.2); t/c Cooney re: same (.2). |
| 09/19/03 | ADK | 145.00 | 0.40 | Perform review of court documents to identify relevant documents for EI and RCT. |
| 09/22/03 | RCT | 340.00 | 0.20 | Review agenda and local counsel recommendations re: EI update. |
| 09/22/03 | RCS | 165.00 | 0.70 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 9/17/03 thru 9/19/03 (.5); search files for specific documents requested by attorney (.2). |
| 09/23/03 | RCS | 165.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 9/22/03 (.2). |
| 09/23/03 | ADK | 145.00 | 0.40 | Perform review of court documents to identify relevant documents for EI and RCT. |
| 09/24/03 | RCS | 165.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 9/23/03 (.2). |
| 09/25/03 | RCS | 165.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 9/24/03 (.2). |
| 09/25/03 | EI | 710.00 | 0.10 | Correspondence re: Hamlin (for Futures Rep). |
| 09/26/03 | PVL | 625.00 | 0.10 | Review 2 miscellaneous filings. |
| 09/26/03 | RCS | 165.00 | 0.30 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 9/25/03 (.3). |
| 09/29/03 | RCS | 165.00 | 0.80 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 9/26/03 (.1); retrieve |

{D0015123:1 }

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  |  | deposition transcript excerpts requested by attorney (.7). |
| 09/30/03 | RCS | 165.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 9/29/03 (.2). |
| 09/30/03 | ADK | 145.00 | 1.00 | Updated NYO Litigation Calendar, review and classify documents in order to create database regarding upcoming hearings and pre-trial and status conferences for EI, RCT and PVNL.; Review and classify documents in order to create database regarding upcoming hearing and pre-trial and status conferences for JWD and NDF; review, classify an annotate relevant material for EI and PVNL. |

**Total Task Code .04         15.60**


**Claim Analysis Objection & Resolution (Non-Asbestos)(.20 Hours; $ 125.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter V. Lockwood | .20 | $625 | 125.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 09/26/03 | PVL | 625.00 | 0.20 | Review FDOR motion (.1); review NY tax refund motion (.1). |

**Total Task Code .06         .20**

**Employment Applications, Other (.20 Hours; $ 125.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter V. Lockwood | .20 | $625 | 125.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|

{D0015123:1 }

| 09/04/03 | PVL | 625.00 | 0.20 | Teleconference Hurford re State Street ret opp. |

**Total Task Code .10**      .20

**Fee Applications, Applicant (4.50 Hours; $ 945.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Rita C. Tobin | 1.50 | $340 | 510.00 |
| Andrew D. Katznelson | 3.00 | $145 | 435.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 09/08/03 | RCT | 340.00 | 0.50 | Review pre-bills. |
| 09/09/03 | RCT | 340.00 | 0.50 | Review and edit exhibits. |
| 09/16/03 | RCT | 340.00 | 0.50 | Review monthly fee apps. |
| 09/24/03 | ADK | 145.00 | 1.00 | Worked on Fee Application. |
| 09/24/03 | ADK | 145.00 | 1.00 | Worked on Fee Application. |
| 09/25/03 | ADK | 145.00 | 0.50 | Worked on Fee Application. |
| 09/25/03 | ADK | 145.00 | 0.50 | Worked on Fee Application. |

**Total Task Code .12**      4.50

**Fee Applications, Others (.20 Hours; $ 125.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter V. Lockwood | .20 | $625 | 125.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|

{D0015123:1 }

| | | | | |
|---|---|---|---|---|
| 09/02/03 | PVL | 625.00 | 0.10 | Review 3 fee applications and 3 CNOs re fees. |
| 09/08/03 | PVL | 625.00 | 0.10 | Review 4 fee applications. |

**Total Task Code .13        .20**

**Litigation and Litigation Consulting (3.30 Hours; $ 1,683.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .70 | $710 | $497.00 |
| Peter V. Lockwood | .70 | $625 | $437.50 |
| Albert G. Lauber | .60 | $490 | $294.00 |
| Nathan D. Finch | .90 | $395 | $355.50 |
| Diana R. Hartstein | .20 | $255 | $51.00 |
| Brian A. Skretny | .20 | $240 | $48.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 09/03/03 | AGL | 490.00 | 0.20 | Meeting with EI, et al. to discuss status of case and deadlines for current projects. |
| 09/03/03 | DRH | 255.00 | 0.20 | Meeting with EI, et al., to discuss status of case and deadlines for current projects. |
| 09/03/03 | BAS | 240.00 | 0.20 | Conf. w/ EI re: case management issues (.2). |
| 09/03/03 | NDF | 395.00 | 0.20 | Conf. w/ EI re: case management issues (.2). |
| 09/04/03 | NDF | 395.00 | 0.50 | Review company settlement proosal (.5). |
| 09/15/03 | AGL | 490.00 | 0.20 | Review pending orders and motions. |
| 09/21/03 | AGL | 490.00 | 0.20 | Review pending orders and motions. |
| 09/25/03 | PVL | 625.00 | 0.70 | Teleconference JPC (.1); teleconference Ellington et al re SA agreement (.4); review letter to CA3 re same and e-mail comments thereon (.2). |
| 09/26/03 | EI | 710.00 | 0.70 | T/c PVNL re: remaining issues in Fresenius settlement. |
| 09/30/03 | NDF | 395.00 | 0.20 | Conf. PVNL re: case strategy and issues (.2). |

{D0015123:1 }

**Total Task Code .16        3.30**


**Plan & Disclosure Statement (3.40 Hours; $ 2,269.50)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 1.70 | $710 | 1,207.00 |
| Peter V. Lockwood | 1.70 | $625 | 1,062.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 09/02/03 | EI | 710.00 | 0.20 | Memos re: meeting. |
| 09/03/03 | PVL | 625.00 | 0.30 | Confer EI et al re plan negs. (.2); confer EI re same (.1). |
| 09/04/03 | PVL | 625.00 | 0.70 | Teleconference Tersigni re Grace prop. (.1); teleconference Ellington (.1); teleconference Tersigni and Berkin re same (.5). |
| 09/04/03 | EI | 710.00 | 0.50 | Reviewed Tersigni material for call (.5). |
| 09/05/03 | PVL | 625.00 | 0.60 | Teleconference Siegal, Baer, Rice, EI et al. |
| 09/05/03 | EI | 710.00 | 1.00 | Conference call with W.R. Grace representatives re: Plan issues (.7); memo to Committee reporting on same (.3). |
| 09/06/03 | PVL | 625.00 | 0.10 | Review LTC analysis of Grace prop. |

**Total Task Code .17        3.40**


**Tax Issues (1.90 Hours; $ 750.50)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Christopher S. Rizek | 1.90 | $395 | 750.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|

| Date | Empl | Rate | Hours | Narrative |
|---|---|---|---|---|
| 09/16/03 | CSR | 395.00 | 0.60 | Review e-mail and proposal from Shadden, e-mails regarding same. |
| 09/17/03 | CSR | 395.00 | 0.30 | E-mails and telephone conference with Skadden regarding protective claims. |
| 09/18/03 | CSR | 395.00 | 1.00 | Edit protective claim paragraph, e-mail regarding same. |

**Total Task Code .19        1.90**

**Fee Auditor Matters (.40 Hours; $ 136.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Rita C. Tobin | .40 | $340 | 136.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 09/16/03 | RCT | 340.00 | 0.40 | Draft response to fee auditor. |

**Total Task Code .32        .40**

{D0015123:1 }

Other Charges:

Other Charges

| | |
|---|---:|
| Air & Train Transportation | 210.00 |
| Air Freight & Express Mail | 23.81 |
| Long Distance-Equitrac In-House | 3.54 |
| Telecopier/Equitrac | 73.50 |
| Xeroxing | 198.60 |
| | $ 509.45 |