## **EXHIBIT B**

**Asset Analysis and Recovery (.1 Hours; $ 62.50)**

   Services rendered in this category pertain to effort to analyze and recover the Debtors' assets for the benefit of the estate.

**Total Task Code .01**  .1

**Case Administration (15.6 Hours; $ 3,439.50)**

   Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .04**  15.6

**Claim Analysis Objection & Resolution (Asbestos) (.2 Hours; $ 125.00)**

   Services rendered in this category pertain to the review, analysis of and response to claims filed against the Debtors' estates.

**Total Task Code .06**  .2

**Employment Applications, Others (.2 Hours; $ 125.00)**

   Services rendered in this category pertain to the review of the retention applications of professionals and experts other than Caplin & Drysdale.

**Total Task Code .10**  .2

**Fee Applications, Applicant (4.5 Hours; $ 945.00)**

   Services rendered in this category pertain to the preparation and review of Caplin & Drysdale's fee applications including the fees and expenses of Caplin & Drysdale's special consultant, Professor Elizabeth Warren.

**Total Task Code .12**  4.5

**Fee Applications, Others (.2 Hours; $ 125.00)**

       Services rendered in this category pertain to the review of the fee applications of professionals and experts other than Caplin & Drysdale.

**Total Task Code .13**      .2

**Litigation & Litigation Consulting (3.3 Hours; $ 1,683.00)**

       Services rendered in this category pertain to litigation regarding all matters other than insurance recovery and relief from the automatic stay.

**Total Task Code .16**      3.3

**Plan & Disclosure Statement (3.4 Hours; $ 2,269.50)**

       Services rendered in this category pertain to efforts to the formulation of a reorganization plan and disclosure statement and selection of a representative for future claimants.

**Total Task Code .17**      3.4

**Tax Issues (1.9 Hours; $ 750.50)**

       Services rendered in this category pertain to the identification and analysis of tax issues concerning the Debtor's estates and a possible reorganization plan.

**Total Task Code .19**      1.9

**Fee Auditor Matters (.4 Hours; $ 136.00)**

       Services rendered in this category pertain to the review of and response to reports by the fee auditor.

**Total Task Code .32**      .4