# **EXHIBIT C**

Other Charges:

Other Charges

| | |
|---|---:|
| Air & Train Transportation | 210.00 |
| Air Freight & Express Mail | 23.81 |
| Long Distance-Equitrac In-House | 3.54 |
| Telecopier/Equitrac | 73.50 |
| Xeroxing | 198.60 |
| | $ 509.45 |

{D0015125:1 }