```
Client Number:  4642                  Grace Asbestos Personal Injury Claimants                                                    Page:     1
Matter      000                       Disbursements                                                                             10/22/2003
                                                                                                                           Print Date/Time:
                                                                                                                                10/22/2003
Attn:                                                                                                                             2:54:33PM
                                                                                                                                Invoice #
                                                      PREBILL / CONTROL REPORT
                                                         Trans Date Range:  1/1/1950  to: 9/30/2003
Matter      000
Disbursements
Bill Cycle:        Monthly         Style:        i1        Start:   4/16/2001
                                                           Last Billed : 9/29/2003                              13,655
```

Trust Amount Available

Total Expenses Billed To Date        $226,267.79

```
                                                            Billing Empl:         0120      Elihu Inselbuch
                                                            Responsible Empl:     0120      Elihu Inselbuch
                                                            Alternate Empl:       0120      Elihu Inselbuch
                                                            Originating Empl:     0120      Elihu Inselbuch
```

**Summary by Employee**

```
                                            ---------- A C T U A L ----------          ---------- B I L L I N G---------
Empl     Initials    Name                        Hours              Amount                  Hours              Amount

0020     PVL         Peter Van N. Lockwood        0.00              298.90                   0.00              210.90
0101     RCS         Robert C. Spohn              0.00                4.20                   0.00                4.20
0120     EI          Elihu Inselbuch              0.00               15.89                   0.00               15.89
0187     NDF         Nathan D. Finch              0.00                7.92                   0.00                7.92
0227     RH          Roxana  Healy                0.00                7.80                   0.00                7.80
0232     LK          Lauren  Karastergiou         0.00                8.40                   0.00                8.40
0237     SRB         Sidney R Barnes              0.00                6.60                   0.00                6.60
0238     SLG         Stacey L Gandy               0.00               79.80                   0.00               79.80
0999     C&D         Caplin &. Drysdale           0.00              167.94                   0.00              167.94
                                                  0.00              597.45                   0.00              509.45
Total Fees
```

**Summary by Employee**

```
                                            ---------- A C T U A L ----------                    ---------- B I L L I N G---------
Empl     Initials    Name                       Rate        Hours           Amount              Rate        Hours           Amount

Total Fees
```

**Detail Time / Expense by Date**

```
                                                                                            ---------- A C T U A L ----------   ---------- B I L L I N G---------
TransNo.    Description                              TransType  Trans Date   Work Empl      Rate     Hours         Amount       Rate     Hours      Amount   Cumulative

1526193     Fax Transmission to 12145239159              E      09/02/2003   0999   C&D     0.00     $0.30                      0.00                $0.30       0.30
1526195     Fax Transmission to 12145239157              E      09/02/2003   0999   C&D     0.00     $0.30                      0.00                $0.30       0.60
1526196     Fax Transmission to 12145239158              E      09/02/2003   0999   C&D     0.00     $0.30                      0.00                $0.30       0.90
1526198     Fax Transmission to 12145991171              E      09/02/2003   0999   C&D     0.00     $0.30                      0.00                $0.30       1.20
1526199     Fax Transmission to 12148248100              E      09/02/2003   0999   C&D     0.00     $0.30                      0.00                $0.30       1.50
1526200     Fax Transmission to 17136501400              E      09/02/2003   0999   C&D     0.00     $0.30                      0.00                $0.30       1.80
```

```
Client Number:  4642              Grace Asbestos Personal Injury Claimants                                              Page:     1
Matter          000                    Disbursements                                                                        10/22/2003
                                                                                                                    Print Date/Time:
                                                                                                                         10/22/2003
                                                                                                                          2:54:33PM
Attn:                                                                                                                     Invoice #
1526202    Fax Transmission to 13125516759              E   09/02/2003    0999   C&D        0.00      $0.30    0.00     $0.30    2.10
1526203    Fax Transmission to 18432169450              E   09/02/2003    0999   C&D        0.00      $0.30    0.00     $0.30    2.40
1526204    Fax Transmission to 18432169290              E   09/02/2003    0999   C&D        0.00      $0.30    0.00     $0.30    2.70
1526206    Fax Transmission to 14067527124              E   09/02/2003    0999   C&D        0.00      $0.30    0.00     $0.30    3.00
1526207    Fax Transmission to 13026565875              E   09/02/2003    0999   C&D        0.00      $0.45    0.00     $0.45    3.45
1526209    Fax Transmission to 15108354913              E   09/02/2003    0999   C&D        0.00      $0.30    0.00     $0.30    3.75
1526210    Fax Transmission to 12165750799              E   09/02/2003    0999   C&D        0.00      $0.45    0.00     $0.45    4.20
1526212    Fax Transmission to 14124718308              E   09/02/2003    0999   C&D        0.00      $0.30    0.00     $0.30    4.50
1526214    Fax Transmission to 12123440994              E   09/02/2003    0999   C&D        0.00      $0.30    0.00     $0.30    4.80
1526216    Fax Transmission to 12123445461              E   09/02/2003    0999   C&D        0.00      $0.30    0.00     $0.30    5.10
1526218    Fax Transmission to 12123445462              E   09/02/2003    0999   C&D        0.00      $0.15    0.00     $0.15    5.25
1526220    Fax Transmission to 12123445462              E   09/02/2003    0999   C&D        0.00      $0.30    0.00     $0.30    5.55
1526221    Fax Transmission to 16179510679              E   09/02/2003    0999   C&D        0.00      $0.30    0.00     $0.30    5.85
1526222    Fax Transmission to 12024293329              E   09/02/2003    0999   C&D        0.00      $0.30    0.00     $0.30    6.15
1526224    Fax Transmission to 12024293301              E   09/02/2003    0999   C&D        0.00      $0.30    0.00     $0.30    6.45
1526225    Fax Transmission to 13024269947              E   09/02/2003    0999   C&D        0.00      $0.15    0.00     $0.15    6.60
1526226    Fax Transmission to 14122615066              E   09/02/2003    0999   C&D        0.00      $0.15    0.00     $0.15    6.75
1526228    Fax Transmission to 13024269947              E   09/02/2003    0999   C&D        0.00      $0.15    0.00     $0.15    6.90
1526232    Fax Transmission to 14122615066              E   09/02/2003    0999   C&D        0.00      $0.15    0.00     $0.15    7.05
1526286    Photocopy                                    E   09/02/2003    0999   C&D        0.00      $0.75    0.00     $0.75    7.80
1526355    Photocopy                                    E   09/02/2003    0999   C&D        0.00      $0.75    0.00     $0.75    8.55
1526403    Photocopy                                    E   09/02/2003    0232   LK         0.00      $0.60    0.00     $0.60    9.15
1526418    Photocopy                                    E   09/02/2003    0227   RH         0.00      $1.50    0.00     $1.50   10.65
1527110    Fax Transmission to 13053796222              E   09/03/2003    0999   C&D        0.00      $0.30    0.00     $0.30   10.95
1527142    Fax Transmission to 13026565875              E   09/03/2003    0238   SLG        0.00      $0.45    0.00     $0.45   11.40
1527211    Photocopy                                    E   09/03/2003    0999   C&D        0.00      $3.00    0.00     $3.00   14.40
1527220    Photocopy                                    E   09/03/2003    0238   SLG        0.00      $0.30    0.00     $0.30   14.70
1527221    Photocopy                                    E   09/03/2003    0238   SLG        0.00      $0.15    0.00     $0.15   14.85
1527512    Equitrac - Long Distance to 2035699098       E   09/04/2003    0999   C&D        0.00      $0.22    0.00     $0.22   15.07
1527528    Equitrac - Long Distance to 2035699095       E   09/04/2003    0999   C&D        0.00      $0.12    0.00     $0.12   15.19
1527557    Equitrac - Long Distance to 3033127321       E   09/04/2003    0999   C&D        0.00      $0.09    0.00     $0.09   15.28
1527680    Fax Transmission to 12035699098              E   09/04/2003    0020   PVL        0.00      $0.90    0.00     $0.90   16.18
1527687    Fax Transmission to 12035699098              E   09/04/2003    0999   C&D        0.00      $1.20    0.00     $1.20   17.38
1527688    Fax Transmission to 12145239159              E   09/04/2003    0999   C&D        0.00      $1.05    0.00     $1.05   18.43
1527689    Fax Transmission to 12145239157              E   09/04/2003    0999   C&D        0.00      $1.05    0.00     $1.05   19.48
1527690    Fax Transmission to 12145239158              E   09/04/2003    0999   C&D        0.00      $1.05    0.00     $1.05   20.53
1527691    Fax Transmission to 12145991171              E   09/04/2003    0999   C&D        0.00      $1.05    0.00     $1.05   21.58
1527693    Fax Transmission to 17136501400              E   09/04/2003    0999   C&D        0.00      $1.05    0.00     $1.05   22.63
1527694    Fax Transmission to 13125516759              E   09/04/2003    0999   C&D        0.00      $1.05    0.00     $1.05   23.68
1527695    Fax Transmission to 12148248100              E   09/04/2003    0999   C&D        0.00      $1.05    0.00     $1.05   24.73
1527696    Fax Transmission to 18432169450              E   09/04/2003    0999   C&D        0.00      $1.05    0.00     $1.05   25.78
1527697    Fax Transmission to 18432169290              E   09/04/2003    0999   C&D        0.00      $1.05    0.00     $1.05   26.83
1527698    Fax Transmission to 14067527124              E   09/04/2003    0999   C&D        0.00      $1.05    0.00     $1.05   27.88
1527699    Fax Transmission to 13026565875              E   09/04/2003    0999   C&D        0.00      $1.05    0.00     $1.05   28.93
1527700    Fax Transmission to 15108354913              E   09/04/2003    0999   C&D        0.00      $1.05    0.00     $1.05   29.98
1527701    Fax Transmission to 12165750799              E   09/04/2003    0999   C&D        0.00      $1.05    0.00     $1.05   31.03
1527702    Fax Transmission to 13053796222              E   09/04/2003    0999   C&D        0.00      $1.20    0.00     $1.20   32.23
1527703    Fax Transmission to 14124718308              E   09/04/2003    0999   C&D        0.00      $1.05    0.00     $1.05   33.28
1527704    Fax Transmission to 12123440994              E   09/04/2003    0999   C&D        0.00      $1.05    0.00     $1.05   34.33
1527705    Fax Transmission to 12123445461              E   09/04/2003    0999   C&D        0.00      $1.05    0.00     $1.05   35.38
1527706    Fax Transmission to 12123445462              E   09/04/2003    0999   C&D        0.00      $1.05    0.00     $1.05   36.43
1527707    Fax Transmission to 16179510679              E   09/04/2003    0999   C&D        0.00      $1.05    0.00     $1.05   37.48
1527708    Fax Transmission to 12024293329              E   09/04/2003    0999   C&D        0.00      $1.05    0.00     $1.05   38.53
1527709    Fax Transmission to 12024293301              E   09/04/2003    0999   C&D        0.00      $0.90    0.00     $0.90   39.43
1527710    Fax Transmission to 13024269947              E   09/04/2003    0999   C&D        0.00      $0.15    0.00     $0.15   39.58
1527711    Fax Transmission to 12024293301              E   09/04/2003    0999   C&D        0.00      $0.15    0.00     $0.15   39.73
1527712    Fax Transmission to 14122615066              E   09/04/2003    0999   C&D        0.00      $0.90    0.00     $0.90   40.63
1527713    Fax Transmission to 13024269947              E   09/04/2003    0999   C&D        0.00      $0.90    0.00     $0.90   41.53
1527714    Fax Transmission to 14122615066              E   09/04/2003    0999   C&D        0.00      $0.15    0.00     $0.15   41.68
1527782    Photocopy                                    E   09/04/2003    0232   LK         0.00      $3.75    0.00     $3.75   45.43
1527849    Photocopy                                    E   09/04/2003    0232   LK         0.00      $0.75    0.00     $0.75   46.18
1528069    Fax Transmission to 12145239159              E   09/05/2003    0999   C&D        0.00      $1.05    0.00     $1.05   47.23
1528072    Fax Transmission to 12145239157              E   09/05/2003    0999   C&D        0.00      $1.05    0.00     $1.05   48.28
1528073    Fax Transmission to 12145239158              E   09/05/2003    0999   C&D        0.00      $1.05    0.00     $1.05   49.33
1528075    Fax Transmission to 12145991171              E   09/05/2003    0999   C&D        0.00      $1.05    0.00     $1.05   50.38
1528078    Fax Transmission to 12148248100              E   09/05/2003    0999   C&D        0.00      $1.05    0.00     $1.05   51.43
1528079    Fax Transmission to 13125516759              E   09/05/2003    0999   C&D        0.00      $1.05    0.00     $1.05   52.48
1528082    Fax Transmission to 17136501400              E   09/05/2003    0999   C&D        0.00      $1.05    0.00     $1.05   53.53
1528085    Fax Transmission to 18432169290              E   09/05/2003    0999   C&D        0.00      $1.05    0.00     $1.05   54.58
1528087    Fax Transmission to 18432169450              E   09/05/2003    0999   C&D        0.00      $1.05    0.00     $1.05   55.63
1528088    Fax Transmission to 14067527124              E   09/05/2003    0999   C&D        0.00      $1.05    0.00     $1.05   56.68
1528091    Fax Transmission to 13026565875              E   09/05/2003    0999   C&D        0.00      $1.05    0.00     $1.05   57.73
1528093    Fax Transmission to 15108354913              E   09/05/2003    0999   C&D        0.00      $1.05    0.00     $1.05   58.78
```

| Client Number: | 4642 | | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Matter | 000 | | Disbursements | | | | | | | | 10/22/2003 |

Print Date/Time: 10/22/2003 2:54:33PM

Attn:                                                                                                                                                   Invoice #

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1528094 | Fax Transmission to 12165750799 | E | 09/05/2003 | 0999 | C&D | 0.00 | $1.05 | 0.00 | $1.05 | 59.83 |
| 1528099 | Fax Transmission to 13053796222 | E | 09/05/2003 | 0999 | C&D | 0.00 | $1.05 | 0.00 | $1.05 | 60.88 |
| 1528101 | Fax Transmission to 14124718308 | E | 09/05/2003 | 0999 | C&D | 0.00 | $1.05 | 0.00 | $1.05 | 61.93 |
| 1528104 | Fax Transmission to 12123440994 | E | 09/05/2003 | 0999 | C&D | 0.00 | $1.05 | 0.00 | $1.05 | 62.98 |
| 1528105 | Fax Transmission to 12123445461 | E | 09/05/2003 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 63.43 |
| 1528107 | Fax Transmission to 12123445462 | E | 09/05/2003 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 63.58 |
| 1528110 | Fax Transmission to 12123445461 | E | 09/05/2003 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 64.18 |
| 1528111 | Fax Transmission to 12123445462 | E | 09/05/2003 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 64.48 |
| 1528114 | Fax Transmission to 16179510679 | E | 09/05/2003 | 0999 | C&D | 0.00 | $1.05 | 0.00 | $1.05 | 65.53 |
| 1528117 | Fax Transmission to 12123445462 | E | 09/05/2003 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 65.98 |
| 1528119 | Fax Transmission to 12024293329 | E | 09/05/2003 | 0999 | C&D | 0.00 | $1.05 | 0.00 | $1.05 | 67.03 |
| 1528120 | Fax Transmission to 12123445462 | E | 09/05/2003 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 67.18 |
| 1528123 | Fax Transmission to 12024293301 | E | 09/05/2003 | 0999 | C&D | 0.00 | $1.05 | 0.00 | $1.05 | 68.23 |
| 1528124 | Fax Transmission to 13024269947 | E | 09/05/2003 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 68.38 |
| 1528126 | Fax Transmission to 14122615066 | E | 09/05/2003 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 68.53 |
| 1528128 | Fax Transmission to 13024269947 | E | 09/05/2003 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 68.68 |
| 1528129 | Fax Transmission to 14122615066 | E | 09/05/2003 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 68.83 |
| 1528130 | Fax Transmission to 13024269947 | E | 09/05/2003 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 68.98 |
| 1528133 | Fax Transmission to 13024269947 | E | 09/05/2003 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 69.13 |
| 1528134 | Fax Transmission to 13024269947 | E | 09/05/2003 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 69.28 |
| 1528136 | Fax Transmission to 13024269947 | E | 09/05/2003 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 69.43 |
| 1528225 | Photocopy | E | 09/05/2003 | 0999 | C&D | 0.00 | $1.80 | 0.00 | $1.80 | 71.23 |
| 1528251 | Photocopy | E | 09/05/2003 | 0238 | SLG | 0.00 | $4.50 | 0.00 | $4.50 | 75.73 |
| 1528275 | Photocopy | E | 09/05/2003 | 0227 | RH | 0.00 | $6.30 | 0.00 | $6.30 | 82.03 |
| 1528325 | ADA Travel   PVNL 8/25 travel to Wilmington (coach fare $170.00) | E | 09/08/2003 | 0020 | PVL | 0.00 | $258.00 | 0.00 | $170.00 | 252.03 |
| 1528326 | ADA Travel   Agency fee on PVNL 8/25 travel to Wilmington | E | 09/08/2003 | 0020 | PVL | 0.00 | $40.00 | 0.00 | $40.00 | 292.03 |
| 1528445 | Equitrac - Long Distance to 3033127321 | E | 09/08/2003 | 0999 | C&D | 0.00 | $0.08 | 0.00 | $0.08 | 292.11 |
| 1528495 | Fax Transmission to 14122615066 | E | 09/08/2003 | 0999 | C&D | 0.00 | $1.05 | 0.00 | $1.05 | 293.16 |
| 1528496 | Fax Transmission to 13024269947 | E | 09/08/2003 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 293.31 |
| 1528497 | Fax Transmission to 13024269947 | E | 09/08/2003 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 294.21 |
| 1528688 | Photocopy | E | 09/08/2003 | 0238 | SLG | 0.00 | $3.90 | 0.00 | $3.90 | 298.11 |
| 1528703 | Photocopy | E | 09/08/2003 | 0238 | SLG | 0.00 | $0.60 | 0.00 | $0.60 | 298.71 |
| 1528778 | Federal Express to Marla Eskin from EI on 8/25 | E | 09/08/2003 | 0120 | EI | 0.00 | $2.32 | 0.00 | $2.32 | 301.03 |
| 1529583 | Photocopy | E | 09/09/2003 | 0999 | C&D | 0.00 | $12.00 | 0.00 | $12.00 | 313.03 |
| 1529589 | Photocopy | E | 09/09/2003 | 0999 | C&D | 0.00 | $58.95 | 0.00 | $58.95 | 371.98 |
| 1529677 | Photocopy | E | 09/09/2003 | 0999 | C&D | 0.00 | $2.40 | 0.00 | $2.40 | 374.38 |
| 1530487 | Photocopy | E | 09/11/2003 | 0101 | RCS | 0.00 | $4.20 | 0.00 | $4.20 | 378.58 |
| 1532231 | Photocopy | E | 09/15/2003 | 0237 | SRB | 0.00 | $3.60 | 0.00 | $3.60 | 382.18 |
| 1532267 | Photocopy | E | 09/15/2003 | 0238 | SLG | 0.00 | $7.65 | 0.00 | $7.65 | 389.83 |
| 1532276 | Photocopy | E | 09/15/2003 | 0238 | SLG | 0.00 | $1.80 | 0.00 | $1.80 | 391.63 |
| 1532876 | Photocopy | E | 09/16/2003 | 0238 | SLG | 0.00 | $12.90 | 0.00 | $12.90 | 404.53 |
| 1533734 | Photocopy | E | 09/17/2003 | 0999 | C&D | 0.00 | $3.15 | 0.00 | $3.15 | 407.68 |
| 1533816 | Photocopy | E | 09/17/2003 | 0238 | SLG | 0.00 | $6.30 | 0.00 | $6.30 | 413.98 |
| 1533833 | Photocopy | E | 09/17/2003 | 0999 | C&D | 0.00 | $2.40 | 0.00 | $2.40 | 416.38 |
| 1533895 | Photocopy | E | 09/18/2003 | 0238 | SLG | 0.00 | $0.75 | 0.00 | $0.75 | 417.13 |
| 1533925 | Fax Transmission to 12145239159 | E | 09/19/2003 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 417.43 |
| 1533926 | Fax Transmission to 12145239157 | E | 09/19/2003 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 417.73 |
| 1533927 | Fax Transmission to 12145239158 | E | 09/19/2003 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 418.18 |
| 1533928 | Fax Transmission to 12145991171 | E | 09/19/2003 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 418.48 |
| 1533929 | Fax Transmission to 12148248100 | E | 09/19/2003 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 418.78 |
| 1533930 | Fax Transmission to 17136501400 | E | 09/19/2003 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 419.08 |
| 1533931 | Fax Transmission to 13125516759 | E | 09/19/2003 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 419.38 |
| 1533932 | Fax Transmission to 18432169450 | E | 09/19/2003 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 419.68 |
| 1533933 | Fax Transmission to 18432169290 | E | 09/19/2003 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 419.98 |
| 1533934 | Fax Transmission to 14067527124 | E | 09/19/2003 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 420.28 |
| 1533935 | Fax Transmission to 13026565875 | E | 09/19/2003 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 420.58 |
| 1533936 | Fax Transmission to 15108354913 | E | 09/19/2003 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 420.88 |
| 1533937 | Fax Transmission to 12165750799 | E | 09/19/2003 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 421.18 |
| 1533938 | Fax Transmission to 13053796222 | E | 09/19/2003 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 421.48 |
| 1533939 | Fax Transmission to 14124718308 | E | 09/19/2003 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 421.78 |
| 1533940 | Fax Transmission to 12123440994 | E | 09/19/2003 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 422.08 |
| 1533941 | Fax Transmission to 12123445461 | E | 09/19/2003 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 422.38 |
| 1533942 | Fax Transmission to 12123445462 | E | 09/19/2003 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 422.68 |
| 1533944 | Fax Transmission to 16179510679 | E | 09/19/2003 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 422.98 |
| 1533945 | Fax Transmission to 14122615066 | E | 09/19/2003 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 423.28 |
| 1533946 | Fax Transmission to 13024269947 | E | 09/19/2003 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 423.43 |
| 1533947 | Fax Transmission to 13024269947 | E | 09/19/2003 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 423.58 |
| 1534022 | Photocopy | E | 09/19/2003 | 0232 | LK | 0.00 | $0.60 | 0.00 | $0.60 | 424.18 |
| 1534028 | Photocopy | E | 09/19/2003 | 0238 | SLG | 0.00 | $5.70 | 0.00 | $5.70 | 429.88 |
| 1534676 | Photocopy | E | 09/22/2003 | 0999 | C&D | 0.00 | $1.50 | 0.00 | $1.50 | 431.38 |
| 1534741 | Photocopy | E | 09/22/2003 | 0238 | SLG | 0.00 | $6.75 | 0.00 | $6.75 | 438.13 |

```
Client Number:  4642              Grace Asbestos Personal Injury Claimants                                              Page:       1
Matter      000                        Disbursements                                                                 10/22/2003
                                                                                                              Print Date/Time:
                                                                                                                   10/22/2003
                                                                                                                    2:54:33PM
Attn:                                                                                                              Invoice #
1534746    Photocopy                                      E  09/22/2003   0238   SLG    0.00       $2.40    0.00       $2.40   440.53
1535287    Equitrac - Long Distance to 2125945300         E  09/23/2003   0999   C&D    0.00       $1.17    0.00       $1.17   441.70
1536802    Equitrac - Long Distance to 3033127321         E  09/25/2003   0999   C&D    0.00       $0.07    0.00       $0.07   441.77
1536856    Equitrac - Long Distance to 2149784984         E  09/25/2003   0999   C&D    0.00       $0.07    0.00       $0.07   441.84
1536944    Fax Transmission to 13128612200                E  09/25/2003   0232   LK     0.00       $0.30    0.00       $0.30   442.14
1536945    Fax Transmission to 12145239159                E  09/25/2003   0999   C&D    0.00       $0.30    0.00       $0.30   442.44
1536946    Fax Transmission to 12148248100                E  09/25/2003   0232   LK     0.00       $0.45    0.00       $0.45   442.89
1536947    Fax Transmission to 12145239157                E  09/25/2003   0999   C&D    0.00       $0.30    0.00       $0.30   443.19
1536948    Fax Transmission to 17136501400                E  09/25/2003   0232   LK     0.00       $0.30    0.00       $0.30   443.49
1536949    Fax Transmission to 12145239158                E  09/25/2003   0999   C&D    0.00       $0.30    0.00       $0.30   443.79
1536950    Fax Transmission to 12145991171                E  09/25/2003   0999   C&D    0.00       $0.30    0.00       $0.30   444.09
1536951    Fax Transmission to 18432169450                E  09/25/2003   0999   C&D    0.00       $0.30    0.00       $0.30   444.39
1536953    Fax Transmission to 13125516759                E  09/25/2003   0232   LK     0.00       $0.30    0.00       $0.30   444.69
1536954    Fax Transmission to 18432169290                E  09/25/2003   0999   C&D    0.00       $0.30    0.00       $0.30   444.99
1536955    Fax Transmission to 14124718308                E  09/25/2003   0232   LK     0.00       $0.30    0.00       $0.30   445.29
1536956    Fax Transmission to 12123440994                E  09/25/2003   0232   LK     0.00       $0.30    0.00       $0.30   445.59
1536957    Fax Transmission to 14067527124                E  09/25/2003   0999   C&D    0.00       $0.30    0.00       $0.30   445.89
1536958    Fax Transmission to 13026565875                E  09/25/2003   0999   C&D    0.00       $0.30    0.00       $0.30   446.19
1536959    Fax Transmission to 15108354913                E  09/25/2003   0999   C&D    0.00       $0.30    0.00       $0.30   446.49
1536960    Fax Transmission to 12165750799                E  09/25/2003   0999   C&D    0.00       $0.30    0.00       $0.30   446.79
1536961    Fax Transmission to 13053796222                E  09/25/2003   0999   C&D    0.00       $0.30    0.00       $0.30   447.09
1536962    Fax Transmission to 12123445461                E  09/25/2003   0999   C&D    0.00       $0.45    0.00       $0.45   447.54
1536963    Fax Transmission to 12123445462                E  09/25/2003   0999   C&D    0.00       $0.30    0.00       $0.30   447.84
1536964    Fax Transmission to 16179510679                E  09/25/2003   0999   C&D    0.00       $0.30    0.00       $0.30   448.14
1536965    Fax Transmission to 12024293329                E  09/25/2003   0999   C&D    0.00       $0.30    0.00       $0.30   448.44
1536966    Fax Transmission to 12024293301                E  09/25/2003   0999   C&D    0.00       $0.30    0.00       $0.30   448.74
1536967    Fax Transmission to 13024269947                E  09/25/2003   0999   C&D    0.00       $0.30    0.00       $0.30   449.04
1536968    Fax Transmission to 14122615066                E  09/25/2003   0999   C&D    0.00       $0.15    0.00       $0.15   449.19
1536969    Fax Transmission to 14122615066                E  09/25/2003   0999   C&D    0.00       $0.15    0.00       $0.15   449.34
1536993    Photocopy                                      E  09/25/2003   0238   SLG    0.00       $3.15    0.00       $3.15   452.49
1537091    Photocopy                                      E  09/25/2003   0238   SLG    0.00      $10.05    0.00      $10.05   462.54
1537092    Photocopy                                      E  09/25/2003   0238   SLG    0.00       $5.85    0.00       $5.85   468.39
1537121    Photocopy                                      E  09/25/2003   0232   LK     0.00       $0.75    0.00       $0.75   469.14
1537509    Equitrac - Long Distance to 2123199240         E  09/26/2003   0999   C&D    0.00       $0.05    0.00       $0.05   469.19
1537536    Equitrac - Long Distance to 3053502403         E  09/26/2003   0999   C&D    0.00       $0.11    0.00       $0.11   469.30
1537542    Equitrac - Long Distance to 3053502403         E  09/26/2003   0999   C&D    0.00       $0.70    0.00       $0.70   470.00
1537686    Photocopy                                      E  09/26/2003   0238   SLG    0.00       $0.60    0.00       $0.60   470.60
1538306     to Warren Smith from REI on 9/18              E  09/29/2003   0120   EI     0.00      $13.57    0.00      $13.57   484.17
1538572    Equitrac - Long Distance to 8054993572         E  09/29/2003   0999   C&D    0.00       $0.86    0.00       $0.86   485.03
1538756    Photocopy                                      E  09/29/2003   0238   SLG    0.00       $4.20    0.00       $4.20   489.23
1538867    Photocopy                                      E  09/29/2003   0999   C&D    0.00       $7.50    0.00       $7.50   496.73
1539284    Air Freight & Express Mail - Federal express   E  09/30/2003   0187   NDF    0.00       $7.92    0.00       $7.92   504.65
           delivery service on 8/11 to R. Fleishman
1539859    Photocopy                                      E  09/30/2003   0237   SRB    0.00       $2.25    0.00       $2.25   506.90
1539872    Photocopy                                      E  09/30/2003   0237   SRB    0.00       $0.75    0.00       $0.75   507.65
1539923    Photocopy                                      E  09/30/2003   0238   SLG    0.00       $1.80    0.00       $1.80   509.45
Total Expenses                                                                          0.00    $597.45     0.00    $509.45
```

|  |  |  |
|---|---|---|
| Matter Total Fees | 0.00 | 0.00 |
| Matter Total Expenses | 597.45 | 509.45 |
| Matter Total | 0.00    597.45    0.00 | 509.45 |
| Prebill Total Fees | | |
| Prebill Total Expenses | $597.45 | $509.45 |

```
Client Number:   4642            Grace Asbestos Personal Injury Claimants                                      Page:    1
Matter      000                  Disbursements                                                                10/22/2003
                                                                                                        Print Date/Time:
                                                                                                              10/22/2003
                                                                                                                2:54:33PM
Attn:                                                                                                           Invoice #

              Prebill Total                                                   0.00         $597.45       0.00     $509.45
```

**Previous Billings**

| InvoiceNo | InvoiceDate | InvoiceTotal | OpenTotal |
|---|---|---|---|
| 36,593 | 07/26/2002 | 121,163.25 | 13,975.99 |
| 36,950 | 08/22/2002 | 231,722.75 | 24,660.40 |
| 37,197 | 09/25/2002 | 246,726.25 | 35,891.10 |
| 37,665 | 10/31/2002 | 153,308.00 | 30,661.60 |
| 37,961 | 11/30/2002 | 36,076.50 | 542.50 |
| 37,962 | 11/30/2002 | 137,754.50 | 27,550.90 |
| 38,223 | 12/26/2002 | 155,061.50 | 31,012.30 |
| 40,965 | 03/11/2003 | 31,418.00 | 6,283.60 |
| 40,966 | 03/11/2003 | 43,961.50 | 8,792.30 |
| 41,071 | 03/20/2003 | 27,076.50 | 5,415.30 |
| 41,429 | 04/24/2003 | 12,991.50 | 12,991.50 |
| 41,744 | 05/22/2003 | 12,293.50 | 2,458.70 |
| 41,745 | 05/22/2003 | 4,425.50 | 885.10 |
| 42,008 | 06/25/2003 | 7,075.50 | 1,415.10 |
| 42,071 | 06/27/2003 | 3,191.00 | 638.20 |
| 42,258 | 07/25/2003 | 8,561.00 | 1,712.20 |
| 42,259 | 07/25/2003 | 3,420.50 | 3,420.50 |
| 42,620 | 08/28/2003 | 9,970.82 | 9,970.82 |
| 42,639 | 08/28/2003 | 1,935.50 | 1,935.50 |
| 42,905 | 09/29/2003 | 7,332.45 | 7,332.45 |
| 42,954 | 09/29/2003 | 3,733.00 | 3,733.00 |
|  |  | 1,259,199.02 | 231,279.06 |