## CERTIFICATE OF SERVICE

      I, Jennifer L. Scoliard, Esquire, hereby certify that on this 29th day of October 2003, I caused to be served a copy of the foregoing *Notice Of Deposition Duces Tecum Of C. Judson Hamlin Pursuant To Fed. R. Civ. P. 30(b)(1)* upon the individuals listed on the attached service list in the manner indicated.

                                        /s/ Jennifer L. Scoliard
                                        Jennifer L. Scoliard (#4147)