## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-1139 (JKF) |
| Debtors. | (Jointly Administered) |
| | Objection Deadline:   November 18, 2003 at 4:00 p.m. |

### TWENTY-THIRD MONTHLY APPLICATION OF
### KLETT ROONEY LIEBER & SCHORLING,
### CO-COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY HOLDERS, FOR
### COMPENSATION AND REIMBURSEMENT OF EXPENSES
### FOR THE PERIOD SEPTEMBER 1, 2003 THROUGH SEPTEMBER 30, 2003

| | |
|---|---|
| Name of Applicant: | Klett Rooney Lieber & Schorling, a Professional Corporation |
| Authorized to Provide Professional Services to: | The Official Committee of Equity Holders |
| Date of Retention: | October 26, 2001 *nunc pro tunc* |
| Period for which compensation and reimbursement is sought: | September 1, 2003 through September 30, 2003[1] |
| Amount of fees to be approved as actual, reasonable and necessary: | $14,176.00 |
| Amount of expenses sought as actual, reasonable and necessary: | $2,059.35 |

This is a(n): ___ interim        ____ final application.        x   monthly application.

The total time expended for the preparation of this application will be included in the next interim fee application.

---

[1]       Due to an inadvertent omission, $1,238.00 in legal fees incurred were inadvertently excluded from the prior monthly fee application.  Accordingly, these fees have been included for payment in this Application.
KRLSW1.M: #50423 v1 - W.R. Grace: Klett Rooney's 23rd Fee App

**Prior Monthly Applications:**

| Date Filed and Docket No. | Period Covered | Requested Fees/ Expenses | Approved Fees/ Expenses | CNO/Docket No. |
|---|---|---|---|---|
| 12/28/01 1426 | 10/26/01 through 11/30/01 | $5,518.00/ $2,028.76 | $4,414.40/ $2,028.76 | 1541 |
| 01/25/02 1548 | 12/01/01 through 12/31/01 | $4,119.50/ $940.67 | $3,295.60/ $940.67 | 1689 |
| 02/26/02 1720 | 01/01/02 through 01/31/02 | $11,494.00/ $1,275.80 | $9,195.20/ $1,275.80 | 1836 |
| 04/03/02 1895 | 02/01/02 through 02/28/02 | $7,784.50/ $882.79 | $6,227.60/ $882.79 | 1984 |
| 05/08/02 2025 | 03/01/02 through 03/31/02 | $7,755.00/ $1,565.66 | $6,204.00/ $1,565.66 | 2120 |
| 06/03/02 2145 | 04/01/02 through 04/30/02 | $6,011.50/ $878.55 | $4,809.20/ $878.55 | 2285 |
| 07/02/02 2316 | 05/01/02 through 05/31/02 | $6,957.50/ $688.60 | $5,566.00/ $688.60 | 2436 |
| 08/02/02 2489 | 06/01/02 through 06/30/02 | $5520.00/ $447.36 | $4,416.00/ $447.36 | 2607 |
| 08/28/02 2609 | 07/01/02 through 07/31/02 | $3,597.50/ $879.97 | $2,878.00/ $879.97 | 2701 |
| 09/26/02 2751 | 08/01/02 through 08/31/02 | $9,457.50/ $1,172.93 | $7,566.00/ $1,172.93 | 2829 |
| 10/25/02 2885 | 09/01/02 through 09/30/02 | $14,313.50/ $665.71 | $11,450.80/ $665.71 | 3057 |
| 11/25/02 3069 | 10/01/02 through 10/31/02 | $12,568.50/ $1,343.14 | $10,054.80/ $1,343.14 | 3169 |
| 12/26/02 3188 | 11/01/02 through 11/30/02 | $9,268.50/ $430.93 | $7,414.80/ $430.93 | 3256 |
| 1/27/03 3276 | 12/1/02 through 12/25/02 | $4,071.00/ $160.28 | $3,256.00/ $160.28 | 3417 |
| 2/25/03 3425 | 12/26/02 through 1/31/03 | $6,386.50/ $82.31 | $5,109.00/ $82.31 | 3520 |
| 3/24/05 3545 | 2/1/03 through 2/28/03 | $3,576.50/ $70.72 | $2,861.20/ $70.72 | 3664 |

| 4/28/03 3716 | 3/1/03 through 3/31/03 | $7,177.50/ $481.33 | $5,742.00/ $481.33 | 3827 |
| 5/28/03 3834 | 4/1/03 through 4/30/03 | $4,300.50/ $227.83 | $3,440.40/ $227.83 | 3947 |
| 6/27/03 3968 | 5/1/03 through 5/31/03 | $7,792.50/ $1,024.71 | $6,234.00/ $1,024.71 | 4091 7/22/03 |
| 7/28/03 4113 | 6/1/03 through 6/30/03 | $7,168.50/ $831.98 | $5,734.80/ $831.98 | 4309 8/21/03 |
| 8/28/03 4351 | 7/1/03 through 7/31/03 | $17,663.00/ $1,392.91 | $14,130.40/ $1,392.91 | 4456 9/22/03 |
| 9/29/03 4500 | 8/1/03 through 8/31/03 | $12,893.50/ $244.39 | $10,314.80/ $244.39 | 4521 10/23/03 |

## SUMMARY OF TIME FOR BILLING PERIOD
### SEPTEMBER 1, 2003 THROUGH SEPTEMBER 30, 2003

| Name | Hourly Billing Rate | Total Billed Hours | Total Compensation |
| --- | --- | --- | --- |
| Teresa K.D. Currier | $445 | 14.6 | $6,497.00 |
| Rhonda L. Thomas | $210 | 22.4 | $4,704.00 |
| Raelena Y. Taylor | $125 | 23.8 | $2,975.00 |
| **TOTAL** | | **60.8** | **$14,176.00** |

## SUMMARY OF TIME BY PROJECT CATEGORY FOR BILLING PERIOD
### SEPTEMBER 1, 2003 THROUGH SEPTEMBER 30, 2003

| Project category | Total Hours | Total Fees |
| --- | --- | --- |
| Asset Disposition | 1.9 | $681.00 |
| Business Operations | 2.1 | $793.50 |
| Case Administration | 10.3 | $1,820.50 |
| Claims Analysis Obj. & Resolution (Non-Abestos) | 1.0 | $351.00 |
| Employee Benefits/Pension | 1.3 | $578.50 |
| Employment Applications Others | 2.8 | $872.50 |

KRLSWLM: #50423 v1 - W.R. Grace: Klett Rooney's 23rd Fee App

| | | |
|---|---|---|
| Fee Applications/Applicant | 10.9 | $1,778.00 |
| Fee Applications/Others | 15.1 | $2,822.50 |
| Hearings | 5.8 | $1,332.00 |
| Litigation and Litigation Consulting | 0.4 | $131.00 |
| Plan and Disclosure Statement | 3.6 | $1,087.50 |
| Relief from Stay Proceedings | 0.4 | $84.00 |
| Travel/Non-Working | 2.0 | $420.00 |
| ZAI Science Trial | 3.2 | $1,424.00 |
| **TOTAL** | **60.8** | **$14,176.00** |

## SUMMARY OF EXPENSES BY CATEGORY FOR BILLING PERIOD
## SEPTEMBER 1, 2003 THROUGH SEPTEMBER 30, 2003

| Expense Category | Total Expenses |
|---|---|
| Reproduction of Documents | $39.60 |
| Federal Express | $102.45 |
| Messenger Services | $984.96 |
| Duplicating Services | $844.29 |
| Parking/Mileage | $58.80 |
| Professional Services/Pacer | $29.25 |
| **TOTAL** | **$2,059.35** |

**KLETT ROONEY LIEBER & SCHORLING**
**A Professional Corporation**


By: /s/ Rhonda Thomas
       Teresa K. D. Currier (No. 3080)
       Rhonda L. P. Thomas (No. 4053)
       1000 West Street, Suite 1410
       Wilmington, DE 19801
       (302) 552-4200

       Co-Counsel to the Official Committee of
       Equity Holders

Dated: October 29, 2003

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

WWW.KLETTROONEY.COM

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :   OCTOBER 9, 2003
                                              MATTER : W9600-000
                                              INVOICE : 164162


     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 09/30/03    T C

     RE:  EXPENSES




          DESCRIPTION OF EXPENSE ADVANCES                   AMOUNT
          - - - - - - - - - - - - - - - - - - - - -         - - - - - -

09/02/03 DUPLICATING SERVICES -  DIGITAL LEGAL SERVICES     189.88
         - #18994
09/02/03 DUPLICATING SERVICES -  DIGITAL LEGAL SERVICES     190.48
         - #18911
09/03/03 PROFESSIONAL SERVICES -  VIRTUALDOCKET.COM          29.25
09/03/03 MESSENGER SERVICES -  TRISTATE COURIER &           320.18
         CARRIAGE - #7212
09/04/03 FEDERAL EXPRESS -  FEDERAL EXPRESS CORPORATION-     23.09
         #4-839-23952
09/05/03 REPRODUCTION OF DOCUMENTS                            2.25
09/11/03 REPRODUCTION OF DOCUMENTS                            8.55
09/15/03 REPRODUCTION OF DOCUMENTS                            1.35
09/15/03 DUPLICATING SERVICES -  DIGITAL LEGAL SERVICES     182.31
09/15/03 MESSENGER SERVICES -  TRISTATE COURIER &            20.60
         CARRIAGE - #7325
09/15/03 MESSENGER SERVICES -  TRISTATE COURIER &           329.18
         CARRIAGE - #7325
09/16/03 DUPLICATING SERVICES -  DIGITAL LEGAL SERVICES      55.00
09/16/03 DUPLICATING SERVICES -  DIGITAL LEGAL SERVICES     226.62
09/17/03 REPRODUCTION OF DOCUMENTS                            9.45
09/18/03 REPRODUCTION OF DOCUMENTS                            7.80
09/22/03 REPRODUCTION OF DOCUMENTS                           10.20
09/23/03 FEDERAL EXPRESS -  FEDERAL EXPRESS CORPORATION      19.26
         - #4-886-04185
09/23/03 FEDERAL EXPRESS -  FEDERAL EXPRESS CORPORATION      49.42
         - #4-839-63025
09/24/03 PARKING - 08/25/03 HEARING IN DELAWARE - RHONDA     10.00
         THOMAS
09/24/03 MILEAGE - 09/04/03 HEARING IN DELAWARE - RHONDA     28.80
         THOMAS
09/24/03 PARKING - 08/25/03 HEARING IN DELAWARE - RHONDA     20.00
         THOMAS
```

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :   OCTOBER 9, 2003
                                              MATTER : W9600-000
                                              INVOICE : 164162


        FOR PROFESSIONAL SERVICES RENDERED THROUGH: 09/30/03    T C

        RE:  EXPENSES


09/25/03 FEDERAL EXPRESS - 4-886-80501 -    FEDERAL            10.68
         EXPRESS CORPORATION
09/25/03 MESSENGER SERVICES -  7596 - TRISTATE COURIER &     315.00
         CARRIAGE

                            TOTAL EXPENSE ADVANCES :         2,059.35

                            TOTAL DUE   :                    2,059.35
```

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS           DATE :    OCTOBER 9, 2003
                                               MATTER :  W9600-002
                                               INVOICE : 164163


      FOR PROFESSIONAL SERVICES RENDERED THROUGH: 09/30/03    T C

      RE:  ASSET DISPOSITION


| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
| ---- | ---- | -------------------------------- | ----- |
| 09/06/03 | TC | REVIEWED ORDER APPROVING IMPLEMENTATION OF ORDER WITH EPA | .20 |
| 09/14/03 | RLT | REVIEWED MOTION TO EXTEND TIME MOTION OF THE DEBTORS FOR AN ORDER EXTENDING TIME TO ASSUME, ASSUME AND ASSIGN, OR REJECT UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY | .30 |
| 09/15/03 | TC | REVIEWED MOTION TO EXTEND TIME TO ASSUME OR REJECT LEASES | .40 |
| 09/22/03 | RLT | REVIEWED MOTION TO APPROVE THE PRIVILEGED AND CONFIDENTIAL SETTLEMENT WITH KWELMB COMPANIES | .40 |
| 09/23/03 | TC | REVIEWED MOTION AND ATTACHED DOCUMENTS TO APPROVE SETTLEMENT AND RELEASE WITH THE KWELMB COMPANIES | .60 |


## T I M E   S U M M A R Y

|  | RATE | HOURS | TOTALS |
| --- | ---- | ----- | ------ |
| R L THOMAS | 210.00 | .70 | 147.00 |
| T CURRIER | 445.00 | 1.20 | 534.00 |
| TOTALS | | 1.90 | 681.00 |


                         TOTAL FEES :              681.00


                         TOTAL DUE  :              681.00

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    OCTOBER 9, 2003
                                              MATTER :  W9600-003
                                              INVOICE : 164164


     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 09/30/03    T C

     RE:  BUSINESS OPERATIONS
```

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 09/08/03 | RLT | REVIEWED DEBTOR-IN-POSSESSION MONTHLY OPERATING REPORT FOR FILING PERIOD JULY 1, 2003 THROUGH JULY 31, 2003 | .40 |
| 09/09/03 | TC | REVIEWED MONTHLY OPERATING REPORTS | .50 |
| 09/22/03 | RLT | REVIEWED MOTION FOR ENTRY OF ORDER AUTHORIZING DEBTOR'S TO PAY AMOUNTS DUE UNDER FLORIDA PERSONAL PROPERTY TAX | .20 |
| 09/23/03 | TC | REVIEWED MOTION FOR AUTHORIZATION TO PAY FLORIDA INTANGIBLE PERSONAL PROPERTY TAX | .50 |
| 09/23/03 | TC | REVIEWED MOTION TO SETTLE NEW YORK TAX AUDIT AND TO ENTER INTO SETTLEMENT AGREEMENT | .50 |

```
                    T I M E   S U M M A R Y
                    -----------------------

                         RATE    HOURS         TOTALS
                         ----    -----         ------

    R L THOMAS          210.00    .60          126.00
    T CURRIER           445.00   1.50          667.50
                TOTALS           2.10          793.50


              TOTAL FEES :                          793.50


              TOTAL DUE  :                          793.50
```

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    OCTOBER 9, 2003
                                             MATTER :  W9600-004
                                             INVOICE : 164165


     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 09/30/03    T C

     RE:  CASE ADMINISTRATION


| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
| --- | --- | --- | --- |
| 09/02/03 | RTT | REVIEW SEVERAL E-NOTICES | .10 |
| 09/03/03 | RTT | DOWNLOAD, REVIEW AND UPDATE SERVICE LIST RE NOTICE OF WITHDRAWAL AND NOTICE OF APPEARANCE FILED TO DATE | .40 |
| 09/04/03 | RLT | REVIEWED ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY WITH RESPECT TO BAKER & TAYLOR, INC | .10 |
| 09/04/03 | RTT | REVIEW EMAIL FROM KRAMER LEVIN RE OBJECTION TO BE FILED TOMORROW | .10 |
| 09/04/03 | RTT | REVIEW SEVERAL E-NOTICES | .20 |
| 09/04/03 | RTT | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | .20 |
| 09/05/03 | RTT | EMAILS TO RLT RE CNO'S TO BE FILED TODAY | .10 |
| 09/08/03 | RTT | DISCUSSIONS WITH RLT RE CNO'S TO BE FILED | .10 |
| 09/10/03 | RTT | REVIEW SEVERAL E-NOTICES | .20 |
| 09/12/03 | RTT | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | .60 |
| 09/15/03 | RTT | EMAIL FROM RLT RE CNO TO BE FILED TODAY | .10 |

**PENNSYLVANIA** ● **DELAWARE** ● **NEW JERSEY** ● **WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : OCTOBER 9, 2003
MATTER : W9600-004
INVOICE : 164165

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 09/30/03    T C

RE:  CASE ADMINISTRATION

| | | | |
|---|---|---|---:|
| 09/15/03 | RTT | EMAIL FROM RLT RE 9/22/03 HEARING | .10 |
| 09/15/03 | RTT | REVIEW EMAIL FROM T.CURRIER RE 9/22/03 HEARING COVERAGE | .10 |
| 09/15/03 | RTT | REVIEW SEVERAL E NOTICES | .20 |
| 09/15/03 | RTT | DOWNLOAD, REVIEW AND DISTRIBUTE NOTICE OF AGENDA FOR MATTERS SCHEDULED ON 9/22/03 | .30 |
| 09/16/03 | RLT | REVIEWED ORDER RE: WORKING COMMITTEES BY JUDGE WOLIN | .20 |
| 09/16/03 | RTT | REVIEW E-NOTICES | .10 |
| 09/16/03 | RTT | REVIEW SEVERAL EMAILS FROM T.CURRIER RE WORKING COMMITTEE ORDER | .20 |
| 09/16/03 | RTT | DOWNLOAD, REVIEW AND DISTRIBUTE WORKING COMMITTEE ORDER | .20 |
| 09/16/03 | TC | REVIEWED JUDGE WOLLIN ORDER ON COMMITTEES | .30 |
| 09/16/03 | TC | REVIEWED NOTICE OF COMMITTEE CALL AND SCHEDULED CALL | .20 |
| 09/16/03 | TC | REVIEWED UPDATE REPORT TO COMMITTEE | .40 |
| 09/16/03 | TC | REVIEWED WOLLIN ORDER ESTABLISHING WORKING COMMITTEES ON ALL ASBESTOS CASES | .30 |
| 09/16/03 | TC | COMMUNICATION TO PHIL BENTLEY AND GARY BECKER RE SAME | .20 |
| 09/17/03 | RTT | PREPARE HEARING FILE RE 9/22/03 | 1.50 |
| 09/17/03 | RTT | REVIEW E-NOTICES | .10 |

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    OCTOBER 9, 2003
MATTER :  W9600-004
INVOICE : 164165

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 09/30/03    T C

RE:  CASE ADMINISTRATION

| | | | |
|---|---|---|---|
| 09/18/03 | RLT | REVIEWED EXHIBIT A TO DEBTORS RESPONSE TO OBJECTIONS OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS | .30 |
| 09/18/03 | RLT | REVIEWED AMENDED NOTICE OF HEARING SCHEDULED FOR SEPTEMBER 22, 2003 | .30 |
| 09/18/03 | RLT | EMAIL COMMUNICATION TO GARY BECKER RE: HEARING | .10 |
| 09/18/03 | RTT | REVIEW AND CIRCULATE AMENDED NOTICE OF AGENDA RE 9/22/03 (.2); RETRIEVE ADDITIONAL PLEADINGS FOR HEARING FILE RE SAME (.4) | .60 |
| 09/18/03 | RTT | REVIEW SEVERAL E-NOTICES | .10 |
| 09/22/03 | RTT | REVIEW E-NOTICES | .10 |
| 09/23/03 | RTT | REVIEW E-FILING NOTIFICATIONS | .20 |
| 09/24/03 | RTT | REVIEW E-NOTICES | .10 |
| 09/26/03 | RTT | REVIEW E-NOTICES | .10 |
| 09/29/03 | RTT | REVIEW SEVERAL E-NOTICES | .20 |
| 09/30/03 | RTT | REVIEW EMAIL NOTIFICATIONS | .10 |
| 09/30/03 | RTT | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.50 |

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   OCTOBER 9, 2003
MATTER :  W9600-004
INVOICE : 164165

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 09/30/03   T C

RE:  CASE ADMINISTRATION

## TIME SUMMARY

|                | RATE   | HOURS | TOTALS  |
| -------------- | ------ | ----- | ------- |
| R L THOMAS     | 210.00 | 1.00  | 210.00  |
| R T TAYLOR     | 125.00 | 7.90  | 987.50  |
| T CURRIER      | 445.00 | 1.40  | 623.00  |
| TOTALS         |        | 10.30 | 1820.50 |

TOTAL FEES :              1,820.50

TOTAL DUE  :              1,820.50

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   OCTOBER 9, 2003
MATTER :   W9600-006
INVOICE :  164166

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 09/30/03   T C

RE:  CLAIM ANALYSIS OBJ. & RESOLUTION (NON-ASBESTOS)

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 08/27/03 | RLT | REVIEWED ORDER GRANTING THE RELIEF SOUGHT IN DEBTORS' FIRST OMNIBUS OBJECTION TO CLAIMS | .10 |
| 08/27/03 | RLT | REVIEWED ORDER GRANTING THE RELIEF SOUGHT IN DEBTORS' SECOND OMNIBUS OBJECTION TO CLAIMS (NON-SUBSTANTIVE) | .10 |
| 09/03/03 | TC | REVIEWED CLAIMS RESPONSE OF PAUL SULLIVAN | .20 |
| 09/04/03 | RLT | REVIEWED RESPONSE TO OBJECTION TO CLAIM | .10 |
| 09/08/03 | TC | REVIEWED FIRST SUBSTANTIVE CLAIMS ORDER | .20 |
| 09/08/03 | TC | REVIEWED SECOND SUBSTANTIVE CLAIMS ORDER | .20 |
| 09/24/03 | RLT | REVIEWED NOTICE OF SETTLEMENT OF EIGHTH CLAIM | .10 |

## T I M E   S U M M A R Y

| | RATE | HOURS | TOTALS |
|---|------|-------|--------|
| R L THOMAS | 210.00 | .40 | 84.00 |
| T CURRIER | 445.00 | .60 | 267.00 |
| TOTALS | | 1.00 | 351.00 |

TOTAL FEES :                          351.00

TOTAL DUE  :                          351.00

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

WWW.KLETTROONEY.COM

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :    OCTOBER 9, 2003
                                            MATTER :  W9600-008
                                            INVOICE : 164167


     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 09/30/03    T C

     RE:  EMPLOYEE BENEFITS / PENSION



  DATE  ATTY    DESCRIPTION OF SERVICES RENDERED                      HOURS
  ----  ----    -------------------------------                       -----

09/05/03 TC     REVIEWED MOTION TO EMPLOY STATE STREET BANK            .50

09/15/03 TC     REVIEWED DEBTORS' LEAVE TO FILE REPLY AND              .60
                ATTACHED REPLY TO EQUITY COMMITTEE OBJECTION TO
                STATE STREET

09/15/03 TC     COMMUNICATION WITH PHIL BENTLEY AND GARY BECKER        .20
                RE DEBTORS' MOTION FOR LEAVE TO FILE REPLY TO
                OUR OBJECTION TO STATE STREET



                    T I M E   S U M M A R Y
                    -----------------------

                         RATE    HOURS         TOTALS
                         ----    -----         ------

   T CURRIER            445.00   1.30          578.50
                 TOTALS          1.30          578.50


                 TOTAL FEES :                    578.50


                 TOTAL DUE  :                    578.50
```

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS              DATE :   OCTOBER 9, 2003
                                                  MATTER : W9600-010
                                                  INVOICE : 164168


     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 09/30/03    T C

     RE:   EMPLOYMENT APPLICATIONS, OTHERS


| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 09/04/03 | TC | REVIEWED PROPOSED OBJECTION TO RETENTION OF STATE STREET BANK, PROPOSED BY EQUITY COMMITTEE | .40 |
| 09/04/03 | TC | REVIEWED COMMITTEE CORRESPONDENCE RE OBJECTION TO STATE STREET RETENTION | .30 |
| 09/05/03 | RTT | PREPARE SERVICE LIST RE OBJECTION TO STATE STREET RETENTION APPLICATION TO BE FILED TODAY | .10 |
| 09/05/03 | RTT | E-FILE AND SERVE OBJECTION OF THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS TO DEBTORS APPLICATION TO RETAIN STATE STREET BANK AND TRUST COMPANY | .60 |
| 09/05/03 | RTT | EMAIL TO AND FROM T.CURRIER RE OBJECTION TO BE FILED TODAY | .10 |
| 09/05/03 | TC | REVIEWED FINAL VERSION OF STATE STREET OBJECTION TO BE FILED TODAY | .40 |
| 09/22/03 | RLT | REVIEWED APPLICATION TO EMPLOY PROTIVITTI UP AS SABANE-OXLEY COMPLIANCE | .30 |
| 09/22/03 | RLT | REVIEWED 11 U.S.C. 327(E) AFFIDAVIT OF POTTER ANDERSON | .20 |
| 09/23/03 | TC | REVIEWED APPLICATION TO RETAIN SARBANES OXLEY COUNSEL | .40 |


**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    OCTOBER 9, 2003
                                              MATTER :  W9600-010
                                              INVOICE : 164168


     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 09/30/03    T C

     RE:  EMPLOYMENT APPLICATIONS, OTHERS
```

```
                  T I M E   S U M M A R Y
                  -----------------------

                       RATE     HOURS          TOTALS
                       ----     -----          ------

R L THOMAS             210.00     .50          105.00
R T TAYLOR             125.00     .80          100.00
T CURRIER              445.00    1.50          667.50
              TOTALS             2.80          872.50


          TOTAL FEES :                              872.50


          TOTAL DUE  :                              872.50
```

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

WWW.KLETTROONEY.COM

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :   OCTOBER 9, 2003
                                              MATTER : W9600-011
                                              INVOICE : 164169
```

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 09/30/03    T C

RE:  FEE APPLICATIONS, APPLICANT

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
| --- | --- | --- | --- |
| 08/27/03 | RLT | REVIEWED KRLS 21 FEE APPLICATION | .20 |
| 09/05/03 | RTT | REVIEW DOCKET FOR OBJECTIONS TO KRLS NINTH QUARTERLY FEE APPLICATION (.2); DRAFT CERTIFICATE OF NO OBJECTION RE SAME (.4) | .60 |
| 09/09/03 | RTT | E-FILE AND SERVE CERTIFICATE OF NO OBJECTION TO KRLS NINTH QUARTERLY FEE APPLICATION | .60 |
| 09/09/03 | RTT | REVIEW/EDIT PRE BILLS FOR THE MONTH OF AUGUST 2003 | .80 |
| 09/09/03 | RTT | SORT PRE-BILLS FOR THE MONTH OF AUGUST 2003 | .10 |
| 09/10/03 | TC | REVIEWED FEE ORDER | .40 |
| 09/10/03 | TC | COMMUNICATIONS RE FEE ORDER | .30 |
| 09/10/03 | TC | REVIEWED FEE AUDITOR REPORT ON KRLS | .20 |
| 09/16/03 | RLT | REVIEWED AND REVISED PREBILLS | .80 |
| 09/18/03 | RLT | REVIEWED EXAMINER'S REPORT RE OUR NINTH FEE APPLICATION | .20 |
| 09/18/03 | RTT | DRAFT NO ORDER REQUIRED CERTIFICATE OF NO OBJECTION TO KRLS TWENTY-FIRST MONTHLY FEE APPLICATION | .40 |
| 09/18/03 | RTT | DRAFT KLETT ROONEY'S TWENTY-SECOND MONTHLY FEE APPLICATION FOR THE PERIOD AUGUST 1, 2003 THROUGH AUGUST 31, 2003 | 1.50 |
| 09/18/03 | RTT | FINALIZE BILLS FOR THE MONTH OF AUGUST 2003 | .30 |

**PENNSYLVANIA  ●  DELAWARE  ●  NEW JERSEY  ●  WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    OCTOBER 9, 2003
MATTER :  W9600-011
INVOICE : 164169

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 09/30/03    T C

RE:  FEE APPLICATIONS, APPLICANT

| | | |
|---|---|---|
| 09/18/03 RTT | PREPARE EMAILS TO ACCOUNTING RE ADDITIONAL EDITS TO AUGUST 2003 BILLS | .10 |
| 09/18/03 RTT | REVIEW AND DISTRIBUTE FEE AUDITORS FINAL REPORT RE KRLS NINTH INTERIM PERIOD | .20 |
| 09/19/03 RTT | REVIEW DOCKET FOR OBJECTIONS TO KRLS TWENTY-FIRST MONTHLY FEE APPLICATION | .10 |
| 09/22/03 RLT | REVIEWED AND SIGNED CNO FOR KRLS 21ST MONTHLY FEE APPLICATION | .20 |
| 09/22/03 RTT | DISTRIBUTE CNO TO KRLS TWENTY-FIST FEE APP TO J. BEAMON | .10 |
| 09/22/03 RTT | PREPARE AFFIDAVIT OF SERVICE RE NO ORDER CNO TO KRLS TWENTY-FIRST FEE APP | .10 |
| 09/22/03 RTT | E-FILE AND SERVE NO ORDER REQUIRED CERTIFICATE OF NO OBJECTION TO KRLS TWENTY-FIRST MONTHLY FEE APPLICATION | .60 |
| 09/24/03 RLT | REVIEWED ORDER APPROVING 8TH QUARTERLY FEE APPLICATION | .10 |
| 09/26/03 RTT | DISTRIBUTE KRLS TWENTY-SECOND MONTHLY FEE APPLICATION TO RLT FOR REVIEW | .10 |
| 09/29/03 RTT | SEVERAL DISCUSSIONS WITH J. BEAMON RE CERTIFICATION OF COUNSEL FILED 8/14/02 RE KRLS SECOND INTERIM PERIOD JANUARY 1, 2002 THROUGH MARCH 31, 2002 (.4); RETRIEVE AND REVIEW KRLS SECOND QUARTERLY FEE APP, CERTIFICATION OF COUNSEL RE SAME (1.0); PREPARE EMAILS TO J. BEAMON RE SAME (.5); REVIEW EMAIL FROM F.PANCHAK RE SAME (.1) | 2.00 |

PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :   OCTOBER 9, 2003
                                              MATTER : W9600-011
                                              INVOICE : 164169


     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 09/30/03    T C

     RE:   FEE APPLICATIONS, APPLICANT


09/29/03 RTT    E-FILE AND SERVE KLETT ROONEY'S TWENTY-SECOND            .80
                MONTHLY FEE APPLICATION FOR THE PERIOD 8/1/03
                THROUGH 8/31/03

09/29/03 RTT    PREPARE AFFIDAVIT OF SERVICE RE KLETT ROONEY'S           .10
                TWENTY-SECOND FEE APP
```

```
                    T I M E   S U M M A R Y
                    -----------------------

                        RATE     HOURS        TOTALS
                        ----     -----        ------

R L THOMAS              210.00    1.50         315.00
R T TAYLOR              125.00    8.50        1062.50
T CURRIER               445.00     .90         400.50
             TOTALS              10.90        1778.00


             TOTAL FEES :                          1,778.00


             TOTAL DUE  :                          1,778.00
```

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : OCTOBER 9, 2003
MATTER : W9600-012
INVOICE : 164170

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 09/30/03    T C

RE:  FEE APPLICATIONS, OTHERS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 08/22/03 | RLT | REVIEWED CNO FOR PACHULSKI ZANG 25TH MONTHLY APPLICATION | .10 |
| 08/22/03 | RLT | REVIEWED CNO FOR WOODCOCK WASHBURN MONTHLY FEE APPLICATION FOR JUNE 1- JUNE 30, 2003 | .10 |
| 08/22/03 | RLT | REVIEWED CNO FOR WALLACE KING 27TH MONTHLY FEE APPLICATION | .10 |
| 08/25/03 | RLT | REVIEWED EXAMINER'S REPORT FEE AUDITOR'S AMENDED FINAL REPORT REGARDING FEE APPLICATION OF REED SMITH LLP FOR THE EIGHTH INTERIM PERIOD | .20 |
| 08/26/03 | RLT | REVIEWED CERTIFICATE OF NO OBJECTION REGARDING JUNE 2003 MONTHLY FEE APPLICATION FILED BY CAPLIN & DRYSDALE, CHARTERED | .10 |
| 08/26/03 | RLT | REVIEWED STATEMENT VERIFIED STATEMENT OF WILLKIE FARR & GALLAGHER PURSUANT TO BANKRUPTCY RULE 2019 | .10 |
| 08/26/03 | RLT | REVIEWED EXAMINER'S REPORT FEE AUDITOR'S FINAL REPORT REGARDING FEE APPLICATION OF KRAMER, LEVIN, NAFTALIS & FRANKEL, L.L.P. FOR THE NINTH INTERIM PERIOD | .20 |
| 08/26/03 | RLT | REVIEWED AFFIDAVIT UNDER 11 U.S.C. 327(E) OF WILLIAM C. WEITZEL, JR., PARTNER OF CUMMINGS & LOCKWORD | .20 |
| 08/26/03 | RLT | REVIEWED RULE 2019 STATEMENT VERIFIED STATEMENT OF KLEHR, HARRISON, HARVEY, BRANZBURG & ELLERS PURSUANT TO BANKRUPTCY RULE 2019 | .10 |

---

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS
DATE :    OCTOBER 9, 2003
MATTER :  W9600-012
INVOICE : 164170

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 09/30/03    T C

RE:   FEE APPLICATIONS, OTHERS

| | | |
|---|---|---|
| 08/26/03 RLT | REVIEWED INTERIM APPLICATION FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF JUNE 1, 2003 THROUGH JUNE 30, 2003 FILED BY BILZIN SUMBERG | .10 |
| 08/27/03 RLT | REVIEWED AMENDED APPLICATION FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF APRIL 1, 2003 THROUGH APRIL 30, 2003 FILED BY BILZIN SUMBERG BAENA PRICE & AXELROD LLP | .20 |
| 08/27/03 RLT | REVIEWED NINTH QUARTERLY APPLICATION FOR COMPENSATION PERIOD FROM APRIL 1, 2003 THROUGH JUNE 30, 2003 FILED BY CASNER & EDWARDS LLP | .20 |
| 08/27/03 RLT | REVIEWED NINTH QUARTERLY INTERIM VERIFIED PERIOD FROM APRIL 1, 2003 THROUGH JUNE 30, 2003 FILED BY KIRKLAND & ELLIS | .20 |
| 08/28/03 RLT | REVIEWED TWENTY-FIRST MONTHLY FEE APPLICATION OF CAPLIN & DRYSDALE FOR THE PERID JULY 1, 2003 THROUGH JULY 31, 2003 | .10 |
| 08/29/03 RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION OF REED SMITH LLP, SPECIAL ASBESTOS PRODUCTS LIABILITY DEFENSE COUNSEL FOR THETWENTY-FIFTH MONTHLY INTERIM PERIOD FROM JULY 1, 2003 THROUGH JULY 31, 2003 | .10 |
| 08/29/03 RLT | REVIEWED QUARTERLY APPLICATION FOR COMPENSATION (NINTH) FOR THE PERIOD APRIL 1, 2003 THROUGH JUNE 30, 2003, FILED BY STROOCK & STROOCK & LAVAN LLP | .20 |
| 09/03/03 RLT | REVIEWED CNO REGARDING THE NINTH MONTHLY APPLICATION OF LUKINS AND ANNIS, P.S. FOR COMPENSATION FOR THE PERIOD OF MAY 1, 2003 THROUGH MAY 31, 2003 | .10 |

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE : OCTOBER 9, 2003
                                            MATTER : W9600-012
                                            INVOICE : 164170


     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 09/30/03    T C

     RE:  FEE APPLICATIONS, OTHERS


09/03/03 RLT    REVIEWED MONTHLY APPLICATION FOR COMPENSATION          .10
                FOR JULY 2003 FILED BY CAMPBELL & LEVINE, LLC

09/03/03 RLT    REVIEWED MONTHLY APPLICATION FOR COMPENSATION          .10
                FOR JULY 1, 2003 THROUGH JULY 31, 2003 FILED BY
                L. TERSIGNI CONSULTING, P.C.

09/03/03 RLT    REVIEWED MONTHLY APPLICATION FOR COMPENSATION          .10
                FOR JULY 2003 FILED BY LEGAL ANALYSIS SYSTEMS,
                INC.

09/03/03 RLT    REVIEWED QUARTERLY APPLICATION FOR COMPENSATION        .20
                FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS
                ZAI ADDITIONAL SPECIAL COUNSEL FOR THE INTERIM
                PERIOD FROM APRIL 1, 2003 THROUGH JUNE 30, 2003
                FILED BY LUKINS & ANNIS, P.S. HEARING

09/03/03 RLT    REVIEWED CNO FOR TWENTY-SEVENTH MONTHLY FEE            .10
                APPLICATION FOR THE PERIOD JUNE 1, 2003 THROUGH
                JUNE 30, 2003

09/03/03 RLT    REVIEWED QUARTERLY APPLICATION FOR INTERIM            .20
                PROFESSIONAL COMPENSATION FOR SERVICES RENDERED
                AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF
                APRIL 1, 2003 THROUGH JUNE 30, 2003 FILED BY
                FERRY, JOSEPH & PEARCE, P.A.

09/03/03 RLT    REVIEWED QUARTERLY APPLICATION FOR COMPENSATION        .20
                FOR THE INTERIM PERIOD FROM APRIL 1, 2003
                THROUGH JUNE 30, 2003 FILED BY ELZUFON AUSTIN
                REARDON TARLOV

09/04/03 RLT    REVIEWED APPLICATION FOR COMPENSATION FOR              .20
                SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI
                LEAD SPECIAL COUNSEL FOR THE INTERIM PERIOD
                FROM APRIL 1, 2003 THROUGH JUNE 30, 2003 FILED
                BY RICHARDSON PATRICK WESTBROOK & BRICKMAN


**PENNSYLVANIA    ●    DELAWARE    ●    NEW JERSEY    ●    WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : OCTOBER 9, 2003
MATTER : W9600-012
INVOICE : 164170

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 09/30/03   T C

RE:   FEE APPLICATIONS, OTHERS

| | | | |
|---|---|---|---|
| 09/04/03 RLT | REVIEWED APPLICATION FOR COMPENSATION (TWENTY-SEVENTH) OF PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB P.C. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS CO-COUNSEL TO THE DEBTORS FOR THE PERIOD FROM JUNE 1, 2003 THROUGH JUNE 30, 2003 | | .10 |
| 09/04/03 RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION (TWENTY-EIGHTH) FOR THE PERIOD JULY 1, 2003 THROUGH JULY 31, 2003, FILED BY STROOCK & STROOCK & LAVAN LLP | | .10 |
| 09/04/03 RLT | REVIEWED EXAMINER'S REPORT FEE AUDITOR'S FINAL REPORT REGARDING FEE APPLICATION OF WOODCOCK WASHBURN LLP FOR THE NINTH INTERIM PERIOD | | .20 |
| 09/04/03 RLT | REVIEWED CNO FOR KRAMER LEVIN 23 MONTHLY FEE APPLICATION | | .10 |
| 09/04/03 RTT | REVIEW DOCKET FOR OBJECTIONS TO KRAMER LEVIN'S TWENTY-THIRD FEE APPLICATION | | .10 |
| 09/04/03 RTT | DRAFT NO ORDER REQUIRED CERTIFICATE OF NO OBJECTION TO KRAMER LEVIN'S TWENTY THIRD MONTHLY FEE APPLICATION | | .40 |
| 09/04/03 RTT | EMAIL TO RLT RE KRAMER LEVIN'S TWENTY-THIRD MONTHLY FEE APPLICATION | | .10 |
| 09/05/03 RLT | REVIEWED OBJECTION TO OBJECTION OF OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS TO APPLICATION OF THE DEBTORS' FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. SECTIONS 327(A) AND FED.R.BANKR.P. 2014(A), 2016 AND 5002 AUTHORIZING THE EMPLOYMENT AND RETENTION OF STATE STREET BANK AND TRUST COMPANY AS INVESTMENT MANAGER | | .20 |

---

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS                    DATE :    OCTOBER 9, 2003
                                                        MATTER :  W9600-012
                                                        INVOICE : 164170


        FOR PROFESSIONAL SERVICES RENDERED THROUGH: 09/30/03    T C

        RE:   FEE APPLICATIONS, OTHERS


| Date | | Description | Hours |
|---|---|---|---|
| 09/05/03 | RLT | REVIEWED APPLICATION FOR COMPENSATION SUMMARY APPLICATION OF KIRKLAND & ELLIS LLP FOR THE FIRST MONTHLY INTERIM PERIOD, FROM JULY 1, 2003, THROUGH JULY 31, 2003 | .10 |
| 09/05/03 | RLT | REVIEWED APPLICATION FOR COMPENSATION APPLICATION OF NELSON MULLINS RILEY & SCARBOROUGH L.L.P. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO W. R. GRACE & CO., ET AL., FOR THE FIRST INTERIM PERIOD, FROM JUNE 1, 2003 THROUGH JUNE 30, 2003 | .10 |
| 09/05/03 | RLT | REVIEWED APPLICATION FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO W. R. GRACE & CO. ET AL., FOR THE FIRST INTERIM PERIOD FROM JULY 1 THROUGH JULY 31, 2003, FOR THE QUARTER OF JULY 2003-SEPTEMBER 2003 FILED BY NELSON MULLINS RILEY & SCARBOROUGH, L.L.P. | .10 |
| 09/05/03 | RLT | REVIEWED SUMMARY OF APPLICATION OF HOLME ROBERTS & OWEN, LLP FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO W.R. GRACE & CO., ET AL., FOR THE INTERIM PERIOD FROM JULY 1, 2003 THROUGH JULY 31, 2003 | .10 |
| 09/08/03 | RLT | REVIEWED AFFIDAVIT UNDER 11 U.S.C. 327(D) OF PETER BUCK FELLER, ATTORNEY FOR MCKENNA LONG & ALDRIDGE LLP FILED BY W.R. GRACE & CO. | .20 |
| 09/08/03 | RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION (TWENTY-EIGHTH) FOR THE PERIOD JULY 1, 2003 THROUGH JULY 31, 2003, FILED BY FTI POLICANO & MANZO | .10 |

---

**PENNSYLVANIA     ●     DELAWARE     ●     NEW JERSEY     ●     WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    OCTOBER 9, 2003
MATTER :  W9600-012
INVOICE : 164170

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 09/30/03    T C

RE:   FEE APPLICATIONS, OTHERS

| | | |
|---|---|---|
| 09/08/03 RLT | REVIEWED APPLICATION FOR COMPENSATION /TENTH MONTHLY FEE APPLICATION OF PRICEWATERHOUSECOOPERS LLP, AUDITORS AND TAX CONSULTANTS FOR DEBTORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF JULY 2003 | .10 |
| 09/09/03 RLT | REVIEWED APPLICATION FOR INTERIM PROFESSIONAL COMPENSATION /EIGHTH QUARTERLY INTERIM VERIFIED APPLICATION OF NELSON MULLINS RILEY & SCARBOROUGH, L.L.P. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO W. R. GRACE | .10 |
| 09/09/03 RLT | REVIEWED APPLICATION FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO W. R. GRACE & CO., ET AL., FOR THE SECOND INTERIM PERIOD FROM MAY 1 THROUGH MAY 31, 2003, FOR THE QUARTER OF APRIL 2003 - JUNE 2003 | .10 |
| 09/09/03 RLT | REVIEWED APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE TWENTY-SEVENTH INTERIM PERIOD FROM JUNE 1, 2003 THROUGH JUNE 30, 2003 FILED BY PITNEY HARDIN KIPP & SZUCH LLP | .10 |
| 09/09/03 RTT | E-FILE AND SERVE NO ORDER CERTIFICATE OF NO OBJECTION TO KRAMER LEVIN'S TWENTY-THIRD FEE APPLICATION | .60 |
| 09/10/03 RLT | REVIEWED VERIFIED APPLICATION FOR INTERIM PROFESSIONAL COMPENSATION (SUMMARY) FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS SPECIAL CORPORATE COUNSEL TO THE DEBTORS FOR THE NINTH QUARTERLY INTERIM PERIOD FROM APRIL 1, 2003 THROUGH JUNE 30, 2003 FILED BY WATCHTELL, LIPTON, ROSEN & KATZ | .10 |

PENNSYLVANIA    ●    DELAWARE    ●    NEW JERSEY    ●    WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : OCTOBER 9, 2003
MATTER : W9600-012
INVOICE : 164170

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 09/30/03    T C

RE:   FEE APPLICATIONS, OTHERS

| | | |
|---|---|---|
| 09/10/03 RLT | REVIEWED NOTICE OF SERVICE NOTICE OF FILING OF QUARTERLY FEE APPLICATION FILED BY WATCHTELL, LIPTON, ROSEN & KATZ | .10 |
| 09/10/03 RLT | REVIEWED CERTIFICATION OF COUNSEL REGARDING EIGHTH QUARTER PROJECT CATEGORY SUMMARY FOR THE EIGHTH INTERIM FEE PERIOD AND CERTAIN PRIOR AMOUNTS FILED BY WARREN H. SMITH & ASSOCIATES, P.C | .10 |
| 09/10/03 RLT | RESPONDED TO EMAIL REGARDING AND REVIEWED 23 MONTHLY FEE APPLICATION OF KRAMER LEVIN FOR FILING. | .30 |
| 09/10/03 RTT | REVIEW EMAIL AND RESPOND TO LAVERN RE EIGHTH QUARTERLY AMOUNTS; REVIEW EIGHTH QUARTERLY FEE APPLICATIONS OF KRAMER LEVIN AND KLETT ROONEY TO VERIFY EIGHTH QUARTERLY AMOUNTS | .40 |
| 09/12/03 RTT | REVIEW DOCKET FOR OBJECTIONS TO KRAMER LEVIN'S QUARTERLY FEE APPLICATION FOR PERIOD 4/1/03-6/30/03 | .10 |
| 09/12/03 RTT | DRAFT CERTIFICATE OF NO OBJECTION TO KRAMER LEVIN'S QUARTERLY FEE APPLICATION FOR THE PERIOD 4/1/03-6/30/03 | .40 |
| 09/14/03 RLT | REVIEWED APPLICATION FOR COMPENSATION (TWENTY-FIRST) OF POTTER ANDERSON & CORROON LLP FOR THE PERIOD FROM JULY 1, 2003 THROUGH JULY 31, 2003 | .10 |

---

**PENNSYLVANIA** ● **DELAWARE** ● **NEW JERSEY** ● **WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    OCTOBER 9, 2003
MATTER :  W9600-012
INVOICE : 164170

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 09/30/03    T C

RE:  FEE APPLICATIONS, OTHERS

| | | | |
|---|---|---|---|
| 09/14/03 RLT | REVIEWED MOTION FOR LEAVE TO FILE REPLY TO THE OBJECTIONS OF (A) THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS AND (B) THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS TO THE APPLICATION OF THE DEBTORS FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. SECTIONS 327(A) AND 328(A) AND FED.R.BANKR.P. 2014(A), 2016 AND 5002 AUTHORIZING, BUT NOT REQUIRING, THE EMPLOYMENT AND RETENTION OF STATE STREET BANK AND TRUST COMPANY TO ACT AS INVESTMENT MANAGER | | .20 |
| 09/14/03 RLT | REVIEWED APPLICATION FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF JULY 1, 2003 THROUGH JULY 31, 2003 FILED BY BILZIN SUMBERG BAENA PRICE & AXELROD LLP | | .10 |
| 09/14/03 RLT | REVIEWED EMAIL COMMUNICATION FROM RTT RE FILING CNO TO KRAMER'S QUARTERLY FEE APPLICATION | | .10 |
| 09/15/03 RLT | MONTHLY APPLICATION FOR AUGUST 2003 FILED BY WARREN SMITH | | .10 |
| 09/15/03 RLT | REVIEWED CNO FOR KRAMER LEVIN QUARTERLY FEE APPLICATION AND CONTACTED GARY BECKER RE: THE SAME AND RII | | .20 |
| 09/15/03 RTT | E-FILE AND SERVE CERTIFICATE OF NO OBJECTION TO KRAMER LEVIN'S QUARTERLY FEE APPLICATION FOR THE PERIOD APRIL 1, 2003 THROUGH JUNE 30, 2003 | | .60 |
| 09/16/03 RLT | REVIEWED FEE APPLICATION FOR ZONOLITE ATTIC INSULATION FOR PERIOD OF 7-1-03 THROUGH 7-31-03 | | .10 |
| 09/16/03 RLT | REVIEWED FEE APPLICATION OF RICHARDSON PATRICT FOR PERIOD OF JULY 1-31, 2003 | | .10 |
| 09/18/03 RLT | EIGHTEENTH MONTHLY FEE APPLICATION | | .20 |

PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   OCTOBER 9, 2003
MATTER :  W9600-012
INVOICE : 164170

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 09/30/03   T C

RE:   FEE APPLICATIONS, OTHERS

| | | |
|---|---|---|
| 09/18/03 RLT | REVIEW CNO FOR BITON SUMBERG APPLICATION FOR COMPENSATION FOR PERIOD OF 6-1-03-6-30-03 | .10 |
| 09/18/03 RLT | REVIEWED EXAMINER'S REPORT RE: FEE APPLICATION OF EL ZUFON AUSTIN REARDON | .20 |
| 09/18/03 RLT | REVIEWED EXAMINERS REPORT RE: FEE APPLICATION OF FERRY JOSEPH & PEARCE FOR NINTH INTERIM PERIOD | .20 |
| 09/18/03 RLT | REVIEWED CERTIFICATION OF COUNSEL RE: QUARTERLY FEE APPLICATION FOR 8TH PERIOD | .10 |
| 09/19/03 RLT | REVIEWED MONTHLY APPLICATION OF DUANE MORRIS FOR JULY 1-JULY 31 | .10 |
| 09/19/03 RLT | REVIEWED 28TH MONTHLY FEE APPLICATION OF WALLACE KING FOR 7/1/02-7/31/03 | .10 |
| 09/19/03 RLT | REVIEWED MONTHLY FEE APPLICATION OF WOODCOK WASHBURN FOR 7-1-03/7-31-03 | .10 |
| 09/19/03 RLT | REVIEWED MONTHLY FEE APPLICATION OF CARELLA BYRNE FOR THE PERIOD 8-1-03/8-31-03 | .10 |
| 09/19/03 RLT | REVIEWED QUARTERLY APPLICATION OF DUANE MORRIS FOR PERIOD APRIL 1, 2003-JUNE 30, 2003 | .20 |
| 09/19/03 RLT | REVIEWED NINTH QUARTERLY FEE APPLICATION FOR PERIOD OF 4-1-03/6-30-03 | .20 |
| 09/19/03 RLT | REVIEWED EXAMINERS REPORT REGARDING FEE APPLICATION OF LEGAL ANALYSIS SYSTEMS, INC. | .20 |
| 09/19/03 RLT | REVIEWED FEE AUDITOR'S FINAL REPORT REGARDING FEE APPLICATION OF L. TERSIGNI CONSULTING, P.C. | .20 |

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    OCTOBER 9, 2003
MATTER :  W9600-012
INVOICE : 164170

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 09/30/03    T C

RE:   FEE APPLICATIONS, OTHERS

| | | |
|---|---|---|
| 09/19/03 RLT | REVIEWED FEE AUDITOR'S FINAL REPORT RE: APPLICATION OF NELSON MULLINS RILEY FOR NINTH INTERIM PERIOD | .20 |
| 09/19/03 RLT | REVIEWED MONTHLY APPLICATION OF FERRY JOSEPH & PEARCE FOR THE PERIOD OF 7-1-03/7-31-03 | .10 |
| 09/22/03 RLT | REVIEWED 22ND FEE APPLICATION OF BARRIER ADVISORS | .10 |
| 09/23/03 RLT | REVIEWED EXAMINER REPORT RE: COPLIN & DRYSDALE | .20 |
| 09/23/03 RLT | REVIEWED EXAMINER'S REPORT RE: APPLICATION OF STROOCK, STROOCK & LAVAN | .20 |
| 09/23/03 RLT | REVIEWED EXAMINERS REPORT RE: DUANE MORRIS' FEE APPLICATION | .20 |
| 09/24/03 RLT | REVIEWED FEE AUDITOR'S FINAL REPORT REGARDING FEE APPLICATION OF CASNER & EDWARDS | .20 |
| 09/24/03 RLT | REVIEWED FINAL REPORT REGARDING FEE OF CASELLA BYRNE, BAIN, GILFILLIAN, CCCHI, STEWART & OLSTERN | .20 |
| 09/24/03 RLT | REVIEWED 29TH APPLICATION OF WALLACE KING | .10 |
| 09/24/03 RLT | REVIEWED APPLICATION FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES OF STEPTOE | .10 |
| 09/24/03 RLT | REVIEWED INTERIM FEE APPLICATIONS OF STEPTOE & JOHNSON FOR JUNE 1-JUNE 30 | .10 |
| 09/24/03 RLT | REVIEWED MONTHLY APPLICATION OF STEPTOE FOR 4/1/03-4/30-03 | .10 |

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :   OCTOBER 9, 2003
                                             MATTER : W9600-012
                                             INVOICE : 164170


     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 09/30/03    T C

     RE:   FEE APPLICATIONS, OTHERS


09/24/03 RLT   REVIEWED EXAMINERS REPORT RE: FEE APPLICATION          .20
               OF LUKINS & ANNIS

09/25/03 RTT   E-FILE AND SERVE KRAMER LEVIN'S TWENTY-FOURTH          .80
               MONTHLY FEE APPLICATION FOR THE PERIOD 7/1/03
               THROUGH 7/31/03

09/26/03 RTT   DOWNLOAD, REVIEW AND DISTRIBUTE ORDER APPROVING        .20
               EIGHTH QUARTERLY FEE PERIODS

09/26/03 RTT   PREPARE AND E-FILE AFFIDAVIT OF SERVICE RE             .40
               KRAMER LEVIN'S TWENTY-FOURTH MONTHLY FEE
               APPLICATION


                    T I M E   S U M M A R Y
                    -----------------------

                         RATE     HOURS          TOTALS
                         ----     -----          ------

R L THOMAS              210.00    11.00          2310.00
R T TAYLOR              125.00     4.10           512.50
                 TOTALS           15.10          2822.50


               TOTAL FEES :                   2,822.50


               TOTAL DUE  :                   2,822.50




PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :   OCTOBER 9, 2003
                                              MATTER : W9600-014
                                              INVOICE : 164171

       FOR PROFESSIONAL SERVICES RENDERED THROUGH: 09/30/03   T C

       RE:  HEARINGS
```

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
| --- | --- | --- | --- |
| 08/18/03 | RLT | BRIEFLY REVIEWED WR GRACE AGENDA FOR AUGUST 25TH HEARING | .20 |
| 08/25/03 | RLT | ATTENDED OMNIBUS HEARING | 1.00 |
| 08/25/03 | RTT | DISCUSSION WITH RLT RE 8/25/03 HEARING FILE | .10 |
| 08/25/03 | RTT | PREPARE HEARING FILE RE 8/25/03 HEARING AT 12:00 AND DISTRIBUTE SAME TO RLT | 1.50 |
| 09/15/03 | TC | REVIEWED NOTICE OF MATTERS SCHEDULED FOR HEARING 9/22 | .40 |
| 09/15/03 | TC | COORDINATED HEARING COVERAGE WITH RHONDA THOMAS | .20 |
| 09/17/03 | TC | REVIEWED AGENDA LETTER FOR HEARING MONDAY | .30 |
| 09/22/03 | RLT | ATTENDED OMNIBUS HEARING | 1.80 |
| 09/22/03 | RTT | DISCUSSION WITH RLT RE OUTCOME OF TODAY'S HEARING | .10 |
| 09/22/03 | TC | CONF WITH RHONDA THOMAS RE HEARING | .20 |

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   OCTOBER 9, 2003
MATTER :  W9600-014
INVOICE : 164171

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 09/30/03    T C

RE:  HEARINGS


## T I M E   S U M M A R Y

| | RATE | HOURS | TOTALS |
|---|---|---|---|
| R L THOMAS | 210.00 | 3.00 | 630.00 |
| R T TAYLOR | 125.00 | 1.70 | 212.50 |
| T CURRIER | 445.00 | 1.10 | 489.50 |
| TOTALS | | 5.80 | 1332.00 |


TOTAL FEES :            1,332.00


TOTAL DUE  :            1,332.00


PENNSYLVANIA    ●    DELAWARE    ●    NEW JERSEY    ●    WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA  15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

WWW.KLETTROONEY.COM

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :   OCTOBER 9, 2003
                                              MATTER : W9600-015
                                              INVOICE : 164172


     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 09/30/03    T C

     RE:  LITIGATION AND LITIGATION CONSULTING



  DATE  ATTY   DESCRIPTION OF SERVICES RENDERED                     HOURS
  ----  ----   -------------------------------                      -----

09/08/03 TC    REVIEWED ORDER GRANTING BAKER AND TAYLOR RELIEF        .20
               FROM STAY

09/09/03 RLT   REVIEWED ORDER RESCHEDULING SUMMARY JUDGMENT          .10
               TRIAL

09/09/03 RLT   REVIEWED STIPULATION AND AGREED ORDER RESOLVING       .10
               THE MOTION OF SUMMIT VENTURES, LLC.



                    T I M E   S U M M A R Y
                    -----------------------

                          RATE    HOURS          TOTALS
                          ----    -----          ------

  R L THOMAS             210.00    .20            42.00
  T CURRIER              445.00    .20            89.00
                 TOTALS            .40           131.00


                 TOTAL FEES :                              131.00


                 TOTAL DUE  :                              131.00
```

**PENNSYLVANIA**   ●   **DELAWARE**   ●   **NEW JERSEY**   ●   **WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE : OCTOBER 9, 2003
                                              MATTER : W9600-016
                                              INVOICE : 164173


    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 09/30/03    T C

    RE:  PLAN AND DISCLOSURE STATEMENT


| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
| --- | --- | --- | --- |
| 08/04/03 | TC | REVIEWED MEMO ON EXCLUSIVITY | .50 |
| 08/04/03 | TC | REVIEWED COMMITTEE RESPONSES ON EXCLUSIVITY | .40 |
| 08/07/03 | RTT | REVIEW EMAIL FROM T.CURRIER RE FILING OF RESPONSE TODAY | .10 |
| 08/07/03 | RTT | PREPARE AFFIDAVIT OF SERVICE RE RESPONSE OF OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS IN SUPPORT OF THE DEBTORS' FIFTH MOTION FOR AN ORDER PURSUANT TO 11 U.S.C. §1121(D) EXTENDING DEBTORS' EXCLUSIVE PERIODS IN WHICH TO FILE A CHAPTER 11 PLAN AND SOLICIT VOTES THEREON | .10 |
| 08/07/03 | RTT | E-FILE AND SERVE RESPONSE OF OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS IN SUPPORT OF THE DEBTORS' FIFTH MOTION FOR AN ORDER PURSUANT TO 11 U.S.C. §1121(D) EXTENDING DEBTORS' EXCLUSIVE PERIODS IN WHICH TO FILE A CHAPTER 11 PLAN AND SOLICIT VOTES THEREON | .60 |
| 08/07/03 | TC | REVIEWED AND EXECUTED EXCLUSIVITY RESPONSE FILED BY EQUITY COMMITTEE | .50 |
| 08/15/03 | RLT | REVIEWED MOTION TO AUTHORIZE LEAVE TO FILE DEBTORS' REPLY TO THE OBJECTION OF THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS TO THE DEBTORS' FIFTH MOTION FOR AN ORDER EXTENDING DEBTORS' EXCLUSIVE PERIODS IN WHICH TO FILE A CHAPTER 11 PLAN AND TO SOLICIT VOTES THEREON | .20 |

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    OCTOBER 9, 2003
MATTER :  W9600-016
INVOICE : 164173

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 09/30/03   T C

RE:  PLAN AND DISCLOSURE STATEMENT

| | | |
|---|---|---|
| 08/25/03 RLT | REVIEWED ORDER PURSUANT TO 11 U.S.C. SEC. 1121(D) FURTHER EXTENDING DEBTORS' EXCLUSIVE PERIODS IN WHICH TO FILE A CHAPTER 11 PLAN AND TO SOLICIT VOTES THEREON | .10 |
| 08/25/03 RLT | REVIEWED RESPONSE FILED BY COMMITTEE AND DEBTORS MOTION TO EXTEND EXCLUSIVITY | .80 |
| 09/06/03 TC | REVIEWED ORDER APPROVING EXTENSION OF EXCLUSIVITY | .30 |

### T I M E   S U M M A R Y
-----------------------

| | RATE | HOURS | TOTALS |
|---|---|---|---|
| | ---- | ----- | ------ |
| R L THOMAS | 210.00 | 1.10 | 231.00 |
| R T TAYLOR | 125.00 | .80 | 100.00 |
| T CURRIER | 445.00 | 1.70 | 756.50 |
| TOTALS | | 3.60 | 1087.50 |

TOTAL FEES :          1,087.50

TOTAL DUE  :          1,087.50

---

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :   OCTOBER 9, 2003
                                              MATTER : W9600-017
                                              INVOICE : 164174


     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 09/30/03    T C

     RE:  RELIEF FROM STAY PROCEEDINGS



 DATE   ATTY    DESCRIPTION OF SERVICES RENDERED                   HOURS
 ----   ----    -------------------------------                    -----

09/22/03 RLT    REVIEWED MOTION FOR RELIEF FROM STAY OF OLD          .30
                CASTLE APG

09/23/03 RLT    REVIEWED NOTICE OF OLD CASTLE APG NORTHEAST          .10
                MOTION FOR RELIEF FROM STAY



                    T I M E   S U M M A R Y
                    -----------------------

                         RATE    HOURS          TOTALS
                         ----    -----          ------

 R L THOMAS             210.00    .40            84.00
                TOTALS            .40            84.00


                    TOTAL FEES :                 84.00


                    TOTAL DUE  :                 84.00
```

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

WWW.KLETTROONEY.COM

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE  :   OCTOBER 9, 2003
                                              MATTER :  W9600-020
                                              INVOICE : 164175


     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 09/30/03   T C

     RE:  TRAVEL / NON-WORKING



  DATE   ATTY   DESCRIPTION OF SERVICES RENDERED                  HOURS
  ----   ----   -------------------------------                   -----

08/25/03 RLT    TWO HOUR TRAVEL TO HEARING REDUCED TO ONE HOUR     1.00

09/22/03 RLT    TWO HOUR TRAVEL TIME REDUCED TO ONE HOUR           1.00



                    T I M E   S U M M A R Y
                    -----------------------

                        RATE    HOURS         TOTALS
                        ----    -----         ------

  R L THOMAS          210.00    2.00          420.00
                TOTALS          2.00          420.00


            TOTAL FEES :                          420.00


            TOTAL DUE  :                          420.00
```

**PENNSYLVANIA    ●    DELAWARE    ●    NEW JERSEY    ●    WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   OCTOBER 9, 2003
MATTER : W9600-022
INVOICE : 164176

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 09/30/03   T C

RE:  ZAI SCIENCE TRIAL

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 09/03/03 | TC | REVIEWED REPLY TO GRACE'S MEMORANDUM IN RESPONSE TO ZAI CLAIMANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT | .50 |
| 09/03/03 | TC | REVIEWED BRIEF IN SUPPORT OF MOTION TO EXCLUDE DR. LEE'S OPINION ON FRAGMENTS | .70 |
| 09/03/03 | TC | REVIEWED ZAI REPLY BRIEF IN SUPPORT OF SUMMARY JUDGMENT | .50 |
| 09/05/03 | TC | REVIEWED WRGRACE'S REPLY TO UNITED STATES STATEMENT ABOUT ASBESTOS ISSUES | .50 |
| 09/05/03 | TC | REVIEWED REPLY IN SUPPORT OF W R GRACE MOTION TO EXCLUDE EVIDENCE OF DAMAGES IN ZAI SCIENCE TRIAL | .50 |
| 09/05/03 | TC | REVIEWED W R GRACE REPLY TO ZAI MOTION FOR SUMMARY JUDGMENT | .50 |

## T I M E   S U M M A R Y

|  | RATE | HOURS | TOTALS |
|------|------|-------|--------|
| T CURRIER | 445.00 | 3.20 | 1424.00 |
| TOTALS | | 3.20 | 1424.00 |

TOTAL FEES :                    1,424.00

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    OCTOBER 9, 2003
MATTER :  W9600-022
INVOICE : 164176

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 09/30/03    T C

RE:  ZAI SCIENCE TRIAL

TOTAL DUE   :                          1,424.00

PENNSYLVANIA    •    DELAWARE    •    NEW JERSEY    •    WASHINGTON D.C.