# SIGN-IN SHEET

CASE NAME: W.R. Grace
CASE NO.: 01-1139
COURTROOM NO.: 2
DATE: 10/27/03

**PLEASE PRINT OR YOUR APPEARANCE CANNOT BE CORRECTLY NOTED!**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Theodore Tacconelli | Ferry Joseph & Peary | Official Committee of Asbestos Property Damage Claimants |
| Gary M. Becker | Kramer Levin Naftalis & Frankel LLP | Official Committee of Equity Holders |
| Mark T. Hurford | Campbell + Levine | Asbestos P.I. Committee |
| Mash Sasson | Stroock & Stroock & Lavan LLP | Creditors Committee |
| Michael Lastowski | Duane Morris | " |
| Jan Baer | Kirkland & Ellis | Debtors |
| Dave Carickhoff | Pachulski, Stang | Debtors |
| Michael Lastowski | Duane Morris | Frack Committee |
| Moshe Sasson | Stroock Stroock & Lavan | Equity Committee |
| Francis Murphy | Murphy Spadaro & Landon | London Market Insurers |
| Michael J. Zelley | Bach Robinson & Lewis | London Market Insurers |
| Thomas L. Walsh | M Carter English | Holland |
| Deanna Knost | Klehr Harrison | Bank Corp |
| William D. Sullivan | Elzufon Austin et al | Oldcastle N.E. |