UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

October 13, 2003

Clerk of the Court
United States Bankruptcy Court for the District of Delaware
824 Market Street
3rd Floor
Wilmington, DE 19801

Re:   **AMENDED NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

      Reference is made to that certain Notice of Appearance and Request for Service of Papers filed by the undersigned in the above-styled case on or about September 20, 2002. This Amended Notice of Appearance and Request for Service of Papers is being filed to reflect a change in the contact information for the undersigned.

      PLEASE TAKE NOTICE that, in furtherance of the forgoing, pursuant to Section 1109(b) of the Bankruptcy Code and Rule 9010 of the Federal Rules of Bankruptcy Procedure, the undersigned requests that all notices given or required to be given in these cases, and all papers served in these cases be given to and served upon the undersigned at the following amended address, electronic mail address and/or facsimile number:

      Citadel Investment Group, L.L.C.
      Attn: S. Jay Novatney
      131 South Dearborn Street, 36th Floor
      Chicago, Illinois 60603
      Telephone No.: (312) 395-2276
      Facsimile No.: (312) 267-7307
      Email: jay.novatney@citadelgroup.com.

      PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request for service of notices and papers includes, without limitation, orders and notices and any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, facsimile or otherwise, filed or made with regard to the above-styled case and which affects the Debtors or Debtors' estates.

_[signature]_

S. Jay Novatney
Citadel Investment Group, L.L.C.

cc: Pachulski, Stang, Ziehl Young & Jones
Attn: Laura Davis Jones
     Paula Ann Galbraith
     Scotta Edelen McFarland
919 N. Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
Counsel to the Debtors

Kirkland & Ellis
Attn: James H.M. Sprayregen
     Janet S. Baer
     James W. Kapp III
     Christian J. Lane
200 East Randolph Street
Chicago, IL 60601
Counsel to the Debtors