Hearing Date: October 27, 2003

## In re: W.R. GRACE & CO.
## OMNIBUS 2 - EXHIBIT A - CONTINUED - EXPUNGE

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Relief Requested | Order Status |
|---|---|---|---|---|---|---|---|
| 1 | ALLEGHENY CENTER ASSOCIATES<br>ALLEGHENY CENTER ASSOCIATES,<br>MALL MGMT<br>PITTSBURGH, PA 15212 | 01-01140<br>W.R. GRACE & CO.-CONN. | 9776 | | | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | CONTINUED TO: 11/17/2003 12:00 PM |
| 2 | BARR, CHESTER A<br>11722 31ST DR SE<br>EVERETT, WA 98208-6117 | 01-01139<br>W.R. GRACE & CO. | 2230 | $5,434.00 | (S) | SHAREHOLDER - STOCK<br>EXPUNGE | CONTINUED TO: 11/17/2003 12:00 PM |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured    (T) - Total
(P) - Priority    (U) - Unsecured

Page 1 of 1

10/24/2003 7:52:57 AM