Hearing Date: October 27, 2003

## In re: W.R. GRACE & CO.
### OMNIBUS 2 - EXHIBIT B - CONTINUED - SURVIVING CLAIM

| | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | ESTATE OF ROSARIO RAPISARDI<br>RD 2 BOX 107<br>2251 TOWNSHIP LINE<br>SWEDESBORO NJ 000008085 | 01-01160<br>Relief Requested: EXPUNGE<br>CONTINUED TO: 11/17/2003 12:00 PM | 2802 | $2,000,000.00 | (U) | ESTATE OF ROSARIO RAPISARDI<br>C/O JAMES RAPISARDI<br>2251 TOWNSHIP LINE RD<br>LOGAN TWP NJ 000008085 | 01-01160 | 15073 | $680,060.44 | (U) |
| 2 | ROWE, RICHARD C<br>PO BOX 27184<br>MEMPHIS TN 38127 | 01-01140<br>Relief Requested: EXPUNGE<br>CONTINUED TO: 11/17/2003 12:00 PM | 1642 | UNKNOWN | (S) | ROWE, RICHARD C<br>PO BOX 27184<br>MEMPHIS TN 38127 | 01-01140 | 1641 | UNKNOWN | (S) |
| 3 | ROWE, RICHARD C<br>PO BOX 27184<br>MEMPHIS TN 38127 | 01-01140<br>Relief Requested: EXPUNGE<br>CONTINUED TO: 11/17/2003 12:00 PM | 1643 | UNKNOWN | (S) | ROWE, RICHARD C<br>PO BOX 27184<br>MEMPHIS TN 38127 | 01-01140 | 1641 | UNKNOWN | (S) |
| 4 | ROWE, RICHARD C<br>PO BOX 27184<br>MEMPHIS TN 38127 | 01-01140<br>Relief Requested: EXPUNGE<br>CONTINUED TO: 11/17/2003 12:00 PM | 1644 | UNKNOWN | (S) | ROWE, RICHARD C<br>PO BOX 27184<br>MEMPHIS TN 38127 | 01-01140 | 1641 | UNKNOWN | (S) |
| 5 | ROWE, RICHARD C<br>PO BOX 27184<br>MEMPHIS TN 38127 | 01-01140<br>Relief Requested: EXPUNGE<br>CONTINUED TO: 11/17/2003 12:00 PM | 1645 | UNKNOWN | (S) | ROWE, RICHARD C<br>PO BOX 27184<br>MEMPHIS TN 38127 | 01-01140 | 1641 | UNKNOWN | (S) |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

**(A) - Administrative    (S) - Secured    (T) - Total
(P) - Priority    (U) - Unsecured