In re: W.R. GRACE & CO.

Hearing Date: Monday, October 27, 2003

## OMNIBUS 2 - EXHIBIT C - WITHDRAWN

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Relief Requested | Order Status |
|---|---|---|---|---|---|---|---|
| 1 | LA MARTIN COMPANY INC<br>14400 HENN<br>DEARBORN MI 48126 | 01-01140<br>W.R. GRACE & CO.-CONN. | 11311 | | | NO SUPPORTING DOCUMENTATION EXPUNGE | WITHDRAWN |
| 2 | MARTIN, PAUL J<br>14400 HENN<br>DEARBORN MI 48126 | 01-01140<br>W.R. GRACE & CO.-CONN. | 11310 | | | NO SUPPORTING DOCUMENTATION EXPUNGE | WITHDRAWN |
| 3 | MJ&P LLC<br>14400 HENN<br>DEARBORN MI 48126 | 01-01140<br>W.R. GRACE & CO.-CONN. | 11312 | | | NO SUPPORTING DOCUMENTATION EXPUNGE | WITHDRAWN |
| 4 | P&S ASSOCIATES<br>14400 HENN<br>DEARBORN MI 48126 | 01-01140<br>W.R. GRACE & CO.-CONN. | 11309 | | | NO SUPPORTING DOCUMENTATION EXPUNGE | WITHDRAWN |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative      (S) - Secured      (T) - Total
(P) - Priority              (U) - Unsecured

Page 1 of 1                                                                 10/24/2003