# In re: W.R. GRACE & CO.
## OMNIBUS 2 - EXHIBIT D1 - SUSTAINED - SURVIVING CLAIMS

| | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class*** | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class*** |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | DEPARTMENT OF TREASURY-INTERNAL RE<br>ROOM 1150<br>31 HOPKINS PLZ<br>BALTIMORE MD 21201<br>Relief Requested: EXPUNGE | 01-01191 | 2236 | $196,111.84 | (S) | DEPARTMENT OF THE TREASURY INTERNAL<br>ROOM 1150<br>31 HOPKINS PLAZA<br>BALTIMORE MD 21201 | 01-01191 | 2235 | $196,111.84 | (S) |
| 2 | DEPT OF REVENUE IRS<br>ROOM 1120<br>31 HOPKINS PLAZA<br>BALTIMORE MD 21201<br>Relief Requested: EXPUNGE | 01-01146 | 517 | $37,306,458.05<br>$6,656,792.96 | (P)<br>(U) | DEPT OF THE TREASURY INTERNAL REVENU<br>ROOM 1120<br>31 HOPKINS PLAZA<br>BALTIMORE MD 21201 | 01-01146 | 306 | $37,306,458.05<br>$6,656,792.96 | (P)<br>(U) |
| 3 | DEPT OF THE TREAS INTERNAL REVENUE S<br>ROOM 1120<br>31 HOPKINS PLAZA<br>BALTIMORE MD 21201<br>Relief Requested: EXPUNGE | 01-01146 | 356 | $37,306,458.05<br>$6,656,792.96 | (P)<br>(U) | DEPT OF THE TREASURY INTERNAL REVENU<br>ROOM 1120<br>31 HOPKINS PLAZA<br>BALTIMORE MD 21201 | 01-01146 | 353 | $37,306,458.05<br>$6,656,792.96 | (P)<br>(U) |
| 4 | DEPT OF THE TREAS INTERNAL REVENUE S<br>ROOM 1120<br>31 HOPKINS PLAZA<br>BALTIMORE MD 21201<br>Relief Requested: EXPUNGE | 01-01185 | 357 | $14,534.93 | (U) | DEPT OF TREASURY IRS<br>ROOM 1120<br>31 HOPKINS PLAZA<br>BALTIMORE MD 21201 | 01-01185 | 478 | $198,600,000.00<br>$14,534.93 | (P)<br>(U) |
| 5 | DEPT OF THE TREASURY<br>INTERNAL REVENUE SERVICE<br>31 HOPKINS PLAZA, ROOM 1150<br>BALTIMORE MD 21201<br>Relief Requested: EXPUNGE | 01-01191 | 843 | $232,467.84 | (S) | DEPT OF THE TREASURY - INTERNAL REVEN<br>ROOM 1150<br>31 HOPKINS PLAZA<br>BALTIMORE MD 21201 | 01-01191 | 786 | $232,467.84 | (S) |
| 6 | DEPT OF THE TREASURY - INTERNAL REVE<br>ROOM 1150<br>31 HOPKINS PLAZA<br>BALTIMORE MD 21201<br>Relief Requested: EXPUNGE | 01-01191 | 786 | $232,467.84 | (S) | DEPARTMENT OF THE TREASURY INTERNAL<br>ROOM 1150<br>31 HOPKINS PLAZA<br>BALTIMORE MD 21201 | 01-01191 | 2235 | $196,111.84 | (S) |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

***(A) - Administrative
(P) - Priority
(S) - Secured
(U) - Unsecured
(T) - Total

In re: W.R. GRACE & CO.

## OMNIBUS 2 - EXHIBIT D1 - SUSTAINED - SURVIVING CLAIMS

| | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** |
|---|---|---|---|---|---|---|---|---|---|---|
| 7 | DEPT OF THE TREASURY IRS<br>ROOM 1120<br>31 HOPKINS PLAZA<br>BALTIMORE MD 21201<br>Relief Requested: EXPUNGE | 01-01188 | 507 | $84,000,000.00 | (P) | DEPT OF THE TREASURY IRS<br>31 HOPKINS PLAZA ROOM 1150<br>BALTIMORE MD 21201 | 01-01188 | 824 | $129,000,000.00 | (P) |
| 8 | DEPT OF THE TREASURY IRS<br>ROOM 1120<br>31 HOPKINS PLAZA<br>BALTIMORE MD 21201<br>Relief Requested: EXPUNGE | 01-01188 | 545 | $84,000,000.00 | (P) | DEPT OF THE TREASURY IRS<br>ROOM 1120<br>31 HOPKINS PLAZA<br>BALTIMORE MD 21201 | 01-01188 | 507 | $84,000,000.00 | (P) |
| 9 | DEPT OF THE TREASURY INTERNAL REVEN<br>ROOM 1120<br>31 HOPKINS PLAZA<br>BALTIMORE MD 21201<br>Relief Requested: EXPUNGE | 01-01146 | 306 | $37,306,458.05<br>$6,656,792.96 | (P)<br>(U) | DEPT OF THE TREASURY INTERNAL REVENU<br>ROOM 1120<br>31 HOPKINS PLAZA<br>BALTIMORE MD 21201 | 01-01146 | 353 | $37,306,458.05<br>$6,656,792.96 | (P)<br>(U) |
| 10 | DEPT OF THE TREASURY INTERNAL REVEN<br>ROOM 1120<br>31 HOPKINS PLAZA<br>BALTIMORE MD 21201<br>Relief Requested: EXPUNGE | 01-01198 | 324 | $35,517,680.55<br>$5,887.05 | (P)<br>(U) | DEPT OF THE TREASURY IRS<br>31 HOPKINS PLAZA<br>STOP ROOM 1140<br>BALTIMORE MD 21201 | 01-01198 | 509 | $77,484,675.40<br>$5,887.05 | (P)<br>(U) |
| 11 | DEPT OF THE TREASURY INTERNAL REVEN<br>ROOM 1120<br>31 HOPKINS PLAZA<br>BALTIMORE MD 21201<br>Relief Requested: EXPUNGE | 01-01198 | 327 | $35,517,680.55<br>$5,887.05 | (P)<br>(U) | DEPT OF THE TREASURY INTERNAL REVENU<br>ROOM 1120<br>31 HOPKINS PLAZA<br>BALTIMORE MD 21201 | 01-01198 | 324 | $35,517,680.55<br>$5,887.05 | (P)<br>(U) |
| 12 | DEPT OF THE TREASURY INTERNAL REVEN<br>ROOM 1120<br>31 HOPKINS PLAZA<br>BALTIMORE MD 21201<br>Relief Requested: EXPUNGE | 01-01185 | 346 | $14,534.93 | (U) | DEPT OF THE TREAS INTERNAL REVENUE S<br>ROOM 1120<br>31 HOPKINS PLAZA<br>BALTIMORE MD 21201 | 01-01185 | 357 | $14,534.93 | (U) |
| 13 | DEPT OF THE TREASURY INTERNAL REVEN<br>ROOM 1120<br>31 HOPKINS PLAZA<br>BALTIMORE MD 21201<br>Relief Requested: EXPUNGE | 01-01146 | 353 | $37,306,458.05<br>$6,656,792.96 | (P)<br>(U) | DEPT OF TREASURY IRS<br>31 HOPKINS PLAZA<br>STOP ROOM 1140<br>BALTIMORE MD 21201 | 01-01146 | 469 | $121,306,458.05<br>$6,656,792.96 | (P)<br>(U) |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

**(A) - Administrative  (S) - Secured  (T) - Total
(P) - Priority  (U) - Unsecured

In re: W.R. GRACE & CO.

OMNIBUS 2 - EXHIBIT D1 - SUSTAINED - SURVIVING CLAIMS

| | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** |
|---|---|---|---|---|---|---|---|---|---|---|
| 14 | DEPT OF THE TREASURY IRS<br>ROOM 1120<br>31 HOPKINS PLAZA<br>BALTIMORE MD 21201<br>Relief Requested: EXPUNGE | 01-01191 | 366 | $56,660.69<br>$175,199.07 | (P)<br>(U) | DEPT OF THE TREASURY - INTERNAL REVEN<br>ROOM 1150<br>31 HOPKINS PLAZA<br>BALTIMORE MD 21201 | 01-01191 | 786 | $232,467.84 | (S) |
| 15 | DEPT OF THE TREASURY IRS<br>ROOM 1120<br>31 HOPKINS PLAZA<br>BALTIMORE MD 21201<br>Relief Requested: EXPUNGE | 01-01191 | 395 | $56,660.69<br>$175,199.07 | (P)<br>(U) | DEPT OF THE TREASURY IRS<br>ROOM 1120<br>31 HOPKINS PLAZA<br>BALTIMORE MD 21201 | 01-01191 | 366 | $56,660.69<br>$175,199.07 | (P)<br>(U) |
| 16 | DEPT OF THE TREASURY IRS<br>ROOM 1120<br>31 HOPKINS PLAZA<br>BALTIMORE MD 21201<br>Relief Requested: EXPUNGE | 01-01141 | 464 | $133,600,000.00 | (P) | DEPT OF THE TREASURY IRS<br>31 HOPKINS PLAZA ROOM 1150<br>BALTIMORE MD 21201 | 01-01141 | 837 | $246,000,000.00 | (P) |
| 17 | DEPT OF THE TREASURY IRS<br>ROOM 1120<br>31 HOPKINS PLAZA<br>BALTIMORE MD 21201<br>Relief Requested: EXPUNGE | 01-01157 | 503 | $172,600,000.00<br>$138,121.15 | (P)<br>(U) | DEPT OF THE TREASURY IRS<br>31 HOPKINS PLAZA ROOM 1150<br>BALTIMORE MD 21201 | 01-01157 | 809 | $284,000,000.00<br>$138,121.15 | (P)<br>(U) |
| 18 | DEPT OF THE TREASURY IRS<br>ROOM 1120<br>31 HOPKINS PLAZA<br>BALTIMORE MD 21201<br>Relief Requested: EXPUNGE | 01-01156 | 504 | $134,600,000.00 | (P) | DEPT OF THE TREASURY IRS<br>31 HOPKINS PLAZA ROOM 1150<br>BALTIMORE MD 21201 | 01-01156 | 810 | $246,000,000.00 | (P) |
| 19 | DEPT OF THE TREASURY IRS<br>ROOM 1120<br>31 HOPKINS PLAZA<br>BALTIMORE MD 21201<br>Relief Requested: EXPUNGE | 01-01155 | 505 | $134,600,000.00 | (P) | DEPT OF THE TREASURY IRS<br>31 HOPKINS PLAZA ROOM 1150<br>BALTIMORE MD 21201 | 01-01155 | 811 | $246,000,000.00 | (P) |
| 20 | DEPT OF THE TREASURY IRS<br>ROOM 1120<br>31 HOPKINS PLAZA<br>BALTIMORE MD 21201<br>Relief Requested: EXPUNGE | 01-01153 | 506 | $134,600,000.00 | (P) | DEPT OF THE TREASURY-INTRNAL REVENUE<br>31 HOPKINS PLAZA ROOM 1150<br>BALTIMORE MD 21201 | 01-01153 | 813 | $246,000,000.00 | (P) |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

**(A) - Administrative    (S) - Secured    (T) - Total
(P) - Priority    (U) - Unsecured

## In re: W.R. GRACE & CO.
## OMNIBUS 2 - EXHIBIT D1 - SUSTAINED - SURVIVING CLAIMS

| | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** |
|---|---|---|---|---|---|---|---|---|---|---|
| 21 | DEPT OF THE TREASURY IRS<br>31 HOPKINS PLAZA<br>STOP ROOM 1140<br>BALTIMORE MD 21201 | 01-01198<br>Relief Requested: EXPUNGE | 519 | $77,484,675.40<br>$5,887.05 | (P)<br>(U) | DEPT OF THE TREASURY IRS<br>31 HOPKINS PLAZA<br>STOP ROOM 1140<br>BALTIMORE MD 21201 | 01-01198 | 509 | $77,484,675.40<br>$5,887.05 | (P)<br>(U) |
| 22 | DEPT OF THE TREASURY IRS<br>ROOM 1120<br>31 HOPKINS PLAZA<br>BALTIMORE MD 21201 | 01-01196<br>Relief Requested: EXPUNGE | 523 | $198,600,000.00 | (P) | DEPT OF TREASURY IRS<br>ROOM 1120<br>31 HOPKINS PLAZA<br>BALTIMORE MD 21201 | 01-01196 | 485 | $198,600,000.00 | (P) |
| 23 | DEPT OF THE TREASURY IRS<br>ROOM 1120<br>31 HOPKINS PLAZA<br>BALTIMORE MD 21201 | 01-01195<br>Relief Requested: EXPUNGE | 524 | $198,600,000.00 | (P) | DEPT OF TREASURY IRS<br>ROOM 1120<br>31 HOPKINS PLAZA<br>BALTIMORE MD 21201 | 01-01195 | 484 | $198,600,000.00 | (P) |
| 24 | DEPT OF THE TREASURY IRS<br>ROOM 1120<br>31 HOPKINS PLAZA<br>BALTIMORE MD 21201 | 01-01194<br>Relief Requested: EXPUNGE | 525 | $198,600,000.00 | (P) | DEPT OF TREASURY IRS<br>ROOM 1120<br>31 HOPKINGS PLAZA<br>BALTIMORE MD 21201 | 01-01194 | 483 | $198,600,000.00 | (P) |
| 25 | DEPT OF THE TREASURY IRS<br>ROOM 1120<br>31 HOPKINS PLAZA<br>BALTIMORE MD 21201 | 01-01190<br>Relief Requested: EXPUNGE | 526 | $134,600,000.00 | (P) | DEPT OF TREASURY IRS<br>ROOM 1120<br>31 HOPKINS PLAZA<br>BALTIMORE MD 21201 | 01-01190 | 482 | $134,600,000.00 | (P) |
| 26 | DEPT OF THE TREASURY IRS<br>ROOM 1120<br>31 HOPKINS PLAZA<br>BALTIMORE MD 21201 | 01-01172<br>Relief Requested: EXPUNGE | 528 | $84,000,000.00 | (P) | DEPT OF TREASURY IRS<br>ROOM 1120<br>31 HOPKINS PLAZA<br>BALTIMORE MD 21201 | 01-01172 | 480 | $84,000,000.00 | (P) |
| 27 | DEPT OF THE TREASURY IRS<br>ROOM 1120<br>31 HOPKINS PLAZA<br>BALTIMORE MD 21201 | 01-01183<br>Relief Requested: EXPUNGE | 532 | $84,000,000.00 | (P) | DEPT OF TREASURY<br>ROOM 1120<br>31 HOPKINS PLAZA<br>BALTIMORE MD 21201 | 01-01183 | 494 | $84,000,000.00 | (P) |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative   (S) - Secured   (T) - Total
(P) - Priority   (U) - Unsecured

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

In re: W.R. GRACE & CO.

OMNIBUS 2 - EXHIBIT D1 -SUSTAINED - SURVIVING CLAIMS

| | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | DEPT OF THE TREASURY IRS<br>ROOM 1120<br>31 HOPKINS PLAZA<br>BALTIMORE MD 21201 | 01-01182<br>Relief Requested: EXPUNGE | 533 | $134,600,000.00 | (P) | DEPT OF TREASURY IRS<br>ROOM 1120<br>31 HOPKINS PLAZA<br>BALTIMORE MD 21201 | 01-01182 | 495 | $134,600,000.00 | (P) |
| 29 | DEPT OF THE TREASURY IRS<br>ROOM 1120<br>31 HOPKINS PLAZA<br>BALTIMORE MD 21201 | 01-01181<br>Relief Requested: EXPUNGE | 534 | $198,600,000.00 | (P) | DEPT OF TREASURY IRS<br>ROOM 1120<br>31 HOPKINS PLAZA<br>BALTIMORE MD 21201 | 01-01181 | 496 | $198,600,000.00 | (P) |
| 30 | DEPT OF THE TREASURY IRS<br>ROOM 1120<br>31 HOPKINS PLAZA<br>BALTIMORE MD 21201 | 01-01180<br>Relief Requested: EXPUNGE | 535 | $198,600,000.00 | (P) | DEPT OF TREASURY IRS<br>ROOM 1120<br>31 HOPKINS PLAZA<br>BALTIMORE MD 21201 | 01-01180 | 497 | $198,600,000.00 | (P) |
| 31 | DEPT OF THE TREASURY IRS<br>ROOM 1120<br>31 HOPKINS PLAZA<br>BALTIMORE MD 21201 | 01-01179<br>Relief Requested: EXPUNGE | 536 | $198,600,000.00 | (P) | DEPT OF TREASURY IRS<br>ROOM 1120<br>31 HOPKINS PLAZA<br>BALTIMORE MD 21201 | 01-01179 | 498 | $198,600,000.00 | (P) |
| 32 | DEPT OF THE TREASURY IRS<br>ROOM 1120<br>31 HOPKINS PLAZA<br>BALTIMORE MD 21201 | 01-01178<br>Relief Requested: EXPUNGE | 537 | $182,760,000.00 | (P) | DEPT OF TREASURY IRS<br>ROOM 1120<br>31 HOPKINS PLAZA<br>BALTIMORE MD 21201 | 01-01178 | 499 | $182,760,000.00 | (P) |
| 33 | DEPT OF THE TREASURY IRS<br>ROOM 1120<br>31 HOPKINS PLAZA<br>BALTIMORE MD 21201 | 01-01177<br>Relief Requested: EXPUNGE | 538 | $198,600,000.00 | (P) | DEPT OF TREASURY IRS<br>ROOM 1120<br>31 HOPKINS PLAZA<br>BALTIMORE MD 21201 | 01-01177 | 500 | $198,600,000.00 | (P) |
| 34 | DEPT OF THE TREASURY IRS<br>ROOM 1120<br>31 HOPKINS PLAZA<br>BALTIMORE MD 21201 | 01-01159<br>Relief Requested: EXPUNGE | 539 | $134,600,000.00 | (P) | DEPT OF THE TREASURY IRS<br>ROOM 1120<br>31 HOPKINS PLAZA<br>BALTIMORE MD 21201 | 01-01159 | 501 | $134,600,000.00 | (P) |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

**(A) - Administrative    (S) - Secured    (T) - Total
  (P) - Priority          (U) - Unsecured

## In re: W.R. GRACE & CO.
## OMNIBUS 2 - EXHIBIT D1 - SUSTAINED - SURVIVING CLAIMS

| | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** |
|---|---|---|---|---|---|---|---|---|---|---|
| 35 | DEPT OF THE TREASURY IRS<br>ROOM 1120<br>31 HOPKINS PLAZA<br>BALTIMORE MD 21201<br>Relief Requested: EXPUNGE | 01-01158 | 540 | $53,000,000.00 | (P) | DEPT OF THE TREASURY IRS<br>ROOM 1120<br>31 HOPKINS PLAZA<br>BALTIMORE MD 21201 | 01-01158 | 502 | $53,000,000.00 | (P) |
| 36 | DEPT OF THE TREASURY IRS<br>ROOM 1120<br>31 HOPKINS PLAZA<br>BALTIMORE MD 21201<br>Relief Requested: EXPUNGE | 01-01157 | 541 | $172,600,000.00<br>$138,121.15 | (P)<br>(U) | DEPT OF THE TREASURY IRS<br>ROOM 1120<br>31 HOPKINS PLAZA<br>BALTIMORE MD 21201 | 01-01157 | 503 | $172,600,000.00<br>$138,121.15 | (P)<br>(U) |
| 37 | DEPT OF THE TREASURY IRS<br>ROOM 1120<br>31 HOPKINS PLAZA<br>BALTIMORE MD 21201<br>Relief Requested: EXPUNGE | 01-01156 | 542 | $134,600,000.00 | (P) | DEPT OF THE TREASURY IRS<br>ROOM 1120<br>31 HOPKINS PLAZA<br>BALTIMORE MD 21201 | 01-01156 | 504 | $134,600,000.00 | (P) |
| 38 | DEPT OF THE TREASURY IRS<br>ROOM 1120<br>31 HOPKINS PLAZA<br>BALTIMORE MD 21201<br>Relief Requested: EXPUNGE | 01-01155 | 543 | $134,600,000.00 | (P) | DEPT OF THE TREASURY IRS<br>ROOM 1120<br>31 HOPKINS PLAZA<br>BALTIMORE MD 21201 | 01-01155 | 505 | $134,600,000.00 | (P) |
| 39 | DEPT OF THE TREASURY IRS<br>ROOM 1120<br>31 HOPKINS PLAZA<br>BALTIMORE MD 21201<br>Relief Requested: EXPUNGE | 01-01153 | 544 | $134,600,000.00 | (P) | DEPT OF THE TREASURY IRS<br>ROOM 1120<br>31 HOPKINS PLAZA<br>BALTIMORE MD 21201 | 01-01153 | 506 | $134,600,000.00 | (P) |
| 40 | DEPT OF THE TREASURY IRS<br>ROOM 1120<br>31 HOPKINS PLAZA<br>BALTIMORE MD 21201<br>Relief Requested: EXPUNGE | 01-01176 | 546 | $134,600,000.00 | (P) | DEPT OF TREASURY IRS<br>ROOM 1120<br>31 HOPKINS PLAZA<br>BALTIMORE MD 21201 | 01-01176 | 460 | $134,600,000.00 | (P) |
| 41 | DEPT OF THE TREASURY IRS<br>ROOM 1120<br>31 HOPKINS PLAZA<br>BALTIMORE MD 21201<br>Relief Requested: EXPUNGE | 01-01175 | 547 | $198,600,000.00 | (P) | DEPT OF TREASURY IRS<br>ROOM 1120<br>31 HOPKINS PLAZA<br>BALTIMORE MD 21201 | 01-01175 | 459 | $198,600,000.00 | (P) |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured    (T) - Total
(P) - Priority    (U) - Unsecured

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

# In re: W.R. GRACE & CO.
## OMNIBUS 2 - EXHIBIT D1 - SUSTAINED - SURVIVING CLAIMS

| | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** |
|---|---|---|---|---|---|---|---|---|---|---|
| 42 | DEPT OF THE TREASURY IRS<br>ROOM 1120<br>31 HOPKINS PLAZA<br>BALTIMORE MD 21201<br>Relief Requested: EXPUNGE | 01-01174 | 548 | $198,600,000.00 | (P) | DEPT OF TREASURY IRS<br>ROOM 1120<br>31 HOPKINS PLAZA<br>BALTIMORE MD 21201 | 01-01174 | 458 | $198,600,000.00 | (P) |
| 43 | DEPT OF THE TREASURY IRS<br>ROOM 1120<br>31 HOPKINS PLAZA<br>BALTIMORE MD 21201<br>Relief Requested: EXPUNGE | 01-01173 | 549 | $198,600,000.00 | (P) | DEPT OF TREASURY IRS<br>ROOM 1120<br>31 HOPKINS PLAZA<br>BALTIMORE MD 21201 | 01-01173 | 457 | $198,600,000.00 | (P) |
| 44 | DEPT OF THE TREASURY IRS<br>ROOM 1120<br>31 HOPKINS PLAZA<br>BALTIMORE MD 21201<br>Relief Requested: EXPUNGE | 01-01171 | 550 | $134,600,000.00 | (P) | DEPT OF TREASURY IRS<br>ROOM 1120<br>31 HOPKINS PLAZA<br>BALTIMORE MD 21201 | 01-01171 | 456 | $134,600,000.00 | (P) |
| 45 | DEPT OF THE TREASURY IRS<br>ROOM 1120<br>31 HOPKINS PLAZA<br>BALTIMORE MD 21201<br>Relief Requested: EXPUNGE | 01-01170 | 551 | $134,600,000.00 | (P) | DEPT OF TREASURY IRS<br>ROOM 1120<br>31 HOPKINS PLAZA<br>BALTIMORE MD 21201 | 01-01170 | 455 | $134,600,000.00 | (P) |
| 46 | DEPT OF THE TREASURY IRS<br>ROOM 1120<br>31 HOPKINS PLAZA<br>BALTIMORE MD 21201<br>Relief Requested: EXPUNGE | 01-01169 | 552 | $198,600,000.00 | (P) | DEPT OF TREASURY IRS<br>ROOM 1120<br>31 HOPKINS PLAZA<br>BALTIMORE MD 21201 | 01-01169 | 486 | $198,600,000.00 | (P) |
| 47 | DEPT OF THE TREASURY IRS<br>ROOM 1120<br>31 HOPKINS PLAZA<br>BALTIMORE MD 21201<br>Relief Requested: EXPUNGE | 01-01168 | 553 | $198,600,000.00 | (P) | DEPT OF TREASURY IRS<br>ROOM 1120<br>31 HOPKINS PLAZA<br>BALTIMORE MD 21201 | 01-01168 | 487 | $198,600,000.00 | (P) |
| 48 | DEPT OF THE TREASURY IRS<br>ROOM 1120 31 HOPKINS PLAZA<br>BALTIMORE MD 21201<br>Relief Requested: EXPUNGE | 01-01167 | 554 | $134,600,000.00 | (P) | DEPT OF TREASURY IRS<br>ROOM 1120<br>31 HOPKINS PLAZA<br>BALTIMORE MD 21201 | 01-01167 | 488 | $134,600,000.00 | (P) |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

**(A) - Administrative   (S) - Secured   (T) - Total
(P) - Priority             (U) - Unsecured

# In re: W.R. GRACE & CO.
## OMNIBUS 2 - EXHIBIT D1 - SUSTAINED - SURVIVING CLAIMS

| Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** |
|---|---|---|---|---|---|---|---|---|---|
| 49 DEPT OF THE TREASURY IRS<br>ROOM 1120<br>31 HOPKINS PLAZA<br>BALTIMORE MD 21201<br>Relief Requested: EXPUNGE | 01-01166 | 555 | $198,600,000.00 | (P) | DEPT OF TREASURY IRS<br>ROOM 1120<br>31 HOPKINS PLAZA<br>BALTIMORE MD 21201 | 01-01166 | 489 | $198,600,000.00 | (P) |
| 50 DEPT OF THE TREASURY IRS<br>ROOM 1120<br>31 HOPKINS PLAZA<br>BALTIMORE MD 21201<br>Relief Requested: EXPUNGE | 01-01165 | 556 | $198,600,000.00 | (P) | DEPT OF TREASURY IRS<br>ROOM 1120<br>31 HOPKINS PLAZA<br>BALTIMORE MD 21201 | 01-01165 | 462 | $198,600,000.00 | (P) |
| 51 DEPT OF THE TREASURY IRS<br>ROOM 1120<br>31 HOPKINS PLAZA<br>BALTIMORE MD 21201<br>Relief Requested: EXPUNGE | 01-01164 | 557 | $134,600,000.00 | (P) | DEPT OF TREASURY IRS<br>ROOM 1120<br>31 HOPKINS PLAZA<br>BALTIMORE MD 21201 | 01-01164 | 461 | $134,600,000.00 | (P) |
| 52 DEPT OF THE TREASURY IRS<br>ROOM 1120<br>31 HOPKINS PLAZA<br>BALTIMORE MD 21201<br>Relief Requested: EXPUNGE | 01-01163 | 558 | $198,600,000.00 | (P) | DEPT OF TREASURY<br>ROOM 1120<br>31 HOPKINS PLAZA<br>BALTIMORE MD 21201 | 01-01163 | 490 | $198,600,000.00 | (P) |
| 53 DEPT OF THE TREASURY IRS<br>ROOM 1120<br>31 HOPKINS PLAZA<br>BALTIMORE MD 21201<br>Relief Requested: EXPUNGE | 01-01162 | 559 | $172,600,000.00 | (P) | DEPT OF TREASURY IRS<br>ROOM 1120<br>31 HOPKINS PLAZA<br>BALTIMORE MD 21201 | 01-01162 | 491 | $172,600,000.00 | (P) |
| 54 DEPT OF THE TREASURY IRS<br>ROOM 1120<br>31 HOPKINS PLAZA<br>BALTIMORE MD 21201<br>Relief Requested: EXPUNGE | 01-01160 | 560 | $198,600,000.00 | (P) | DEPT OF TREASURY IRS<br>ROOM 1120<br>31 HOPKINS PLAZA<br>BALTIMORE MD 21201 | 01-01160 | 493 | $198,600,000.00 | (P) |
| 55 DEPT OF THE TREASURY IRS<br>ROOM 1120<br>31 HOPKINS PLAZA<br>BALTIMORE MD 21201<br>Relief Requested: EXPUNGE | 01-01139 | 561 | $31,000,000.00 | (P) | DEPT OF TREASURY IRS<br>ROOM 1120<br>31 HOPKINS PLAZA<br>BALTIMORE MD 21201 | 01-01139 | 476 | $31,000,000.00 | (P) |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

**(A) - Administrative   (S) - Secured       (T) - Total
(P) - Priority            (U) - Unsecured

## In re: W.R. GRACE & CO.
## OMNIBUS 2 - EXHIBIT D1 - SUSTAINED - SURVIVING CLAIMS

| # | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** |
|---|---|---|---|---|---|---|---|---|---|---|
| 56 | DEPT OF THE TREASURY IRS<br>ROOM 1120<br>31 HOPKINS PLAZA<br>BALTIMORE MD 21201 | 01-01154 | 562<br>Relief Requested: EXPUNGE | $134,600,000.00 | (P) | DEPT OF TREASURY IRS<br>ROOM 1120<br>31 HOPKINS PLAZA<br>BALTIMORE MD 21201 | 01-01154 | 475 | $134,600,000.00 | (P) |
| 57 | DEPT OF THE TREASURY IRS<br>ROOM 1120<br>31 HOPKINS PLAZA<br>BALTIMORE MD 21201 | 01-01151 | 563<br>Relief Requested: EXPUNGE | $134,600,000.00 | (P) | DEPT OF TREASURY IRS<br>ROOM 1120<br>31 HOPKINS PLAZA<br>BALTIMORE MD 21201 | 01-01151 | 474 | $134,600,000.00 | (P) |
| 58 | DEPT OF THE TREASURY IRS<br>ROOM 1120<br>31 HOPKINS PLAZA<br>BALTIMORE MD 21201 | 01-01150 | 564<br>Relief Requested: EXPUNGE | $134,600,000.00 | (P) | DEPT OF TREASURY IRS<br>ROOM 1120<br>31 HOPKINS PLAZA<br>BALTIMORE MD 21201 | 01-01150 | 473 | $134,600,000.00 | (P) |
| 59 | DEPT OF THE TREASURY IRS<br>ROOM 1120<br>31 HOPKINS PLAZA<br>BALTIMORE MD 21201 | 01-01161 | 565<br>Relief Requested: EXPUNGE | $198,600,000.00 | (P) | DEPT OF TREASURY IRS<br>ROOM 1120<br>31 HOPKINS PLAZA<br>BALTIMORE MD 21201 | 01-01161 | 492 | $198,600,000.00 | (P) |
| 60 | DEPT OF THE TREASURY IRS<br>ROOM 1120<br>31 HOPKINS PLAZA<br>BALTIMORE MD 21201 | 01-01149 | 566<br>Relief Requested: EXPUNGE | $134,600,000.00 | (P) | DEPT OF TREASURY IRS<br>ROOM 1120<br>31 HOPKINS PLAZA<br>BALTIMORE MD 21201 | 01-01149 | 472 | $134,600,000.00 | (P) |
| 61 | DEPT OF THE TREASURY IRS<br>ROOM 1120<br>31 HOPKINS PLAZA<br>BALTIMORE MD 21201 | 01-01148 | 567<br>Relief Requested: EXPUNGE | $134,600,000.00 | (P) | DEPT OF TREASURY IRS<br>ROOM 1120<br>31 HOPKINS PLAZA<br>BALTIMORE MD 21201 | 01-01148 | 471 | $134,600,000.00 | (P) |
| 62 | DEPT OF THE TREASURY IRS<br>ROOM 1120<br>31 HOPKINS PLAZA<br>BALTIMORE MD 21201 | 01-01147 | 568<br>Relief Requested: EXPUNGE | $134,600,000.00 | (P) | DEPT OF TREASURY IRS<br>ROOM 1120<br>31 HOPKINS PLAZA<br>BALTIMORE MD 21201 | 01-01147 | 470 | $134,600,000.00 | (P) |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

**(A) - Administrative    (S) - Secured    (T) - Total
(P) - Priority            (U) - Unsecured

## In re: W.R. GRACE & CO.
## OMNIBUS 2 - EXHIBIT D1 - SUSTAINED - SURVIVING CLAIMS

| # | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** |
|---|---|---|---|---|---|---|---|---|---|---|
| 63 | DEPT OF THE TREASURY IRS<br>31 HOPKINS PLAZA<br>STOP ROOM 1140<br>BALTIMORE MD 21201 | 01-01146 | 569<br>Relief Requested: EXPUNGE | $121,306,458.05<br>$6,656,792.96 | (P)<br>(U) | DEPT OF TREASURY IRS<br>31 HOPKINS PLAZA<br>STOP ROOM 1140<br>BALTIMORE MD 21201 | 01-01146 | 469 | $121,306,458.05<br>$6,656,792.96 | (P)<br>(U) |
| 64 | DEPT OF THE TREASURY IRS<br>ROOM 1120<br>31 HOPKINS PLAZA<br>BALTIMORE MD 21201 | 01-01145 | 570<br>Relief Requested: EXPUNGE | $84,000,000.00 | (P) | DEPT OF TREASURY IRS<br>ROOM 1120<br>31 HOPKINS PLAZA<br>BALTIMORE MD 21201 | 01-01145 | 468 | $84,000,000.00 | (P) |
| 65 | DEPT OF THE TREASURY IRS<br>ROOM 1120<br>31 HOPKINS PLAZA<br>BALTIMORE MD 21201 | 01-01143 | 571<br>Relief Requested: EXPUNGE | $134,600,000.00 | (P) | DEPT OF TREASURY IRS<br>ROOM 1120<br>31 HOPKINS PLAZA<br>BALTIMORE MD 21201 | 01-01143 | 467 | $134,600,000.00 | (P) |
| 66 | DEPT OF THE TREASURY IRS<br>ROOM 1120<br>31 HOPKINS PLAZA<br>BALTIMORE MD 21201 | 01-01144 | 572<br>Relief Requested: EXPUNGE | $84,000,000.00 | (P) | DEPT OF TREASURY IRS<br>ROOM 1120<br>31 HOPKINS PLAZA<br>BALTIMORE MD 21201 | 01-01144 | 466 | $84,000,000.00 | (P) |
| 67 | DEPT OF THE TREASURY IRS<br>ROOM 1120<br>31 HOPKINS PLAZA<br>BALTIMORE MD 21201 | 01-01142 | 573<br>Relief Requested: EXPUNGE | $134,600,000.00 | (P) | DEPT OF TREASURY IRS<br>ROOM 1120<br>31 HOPKINS PLAZA<br>BALTIMORE MD 21201 | 01-01142 | 465 | $134,600,000.00 | (P) |
| 68 | DEPT OF THE TREASURY IRS<br>ROOM 1120<br>31 HOPKINS PLAZA<br>BALTIMORE MD 21201 | 01-01141 | 574<br>Relief Requested: EXPUNGE | $133,600,000.00 | (P) | DEPT OF THE TREASURY IRS<br>ROOM 1120<br>31 HOPKINS PLAZA<br>BALTIMORE MD 21201 | 01-01141 | 464 | $133,600,000.00 | (P) |
| 69 | DEPT OF THE TREASURY IRS<br>ROOM 1120<br>31 HOPKINS PLAZA<br>BALTIMORE MD 21201 | 01-01140 | 575<br>Relief Requested: EXPUNGE | $198,765,753.35<br>$34,411.52 | (P)<br>(U) | DEPT OF TREASURY IRS<br>ROOM 1120<br>31 HOPKINS PLAZA<br>BALTIMORE MD 21201 | 01-01140 | 463 | $198,765,753.35<br>$34,411.52 | (P)<br>(U) |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

**(A) - Administrative
(P) - Priority

(S) - Secured
(U) - Unsecured

(T) - Total

10/24/2003 8:20:41 AM

## In re: W.R. GRACE & CO.
## OMNIBUS 2 - EXHIBIT D1 - SUSTAINED - SURVIVING CLAIMS

| | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** |
|---|---|---|---|---|---|---|---|---|---|---|
| 70 | DEPT OF THE TRESURY IRS<br>31 HOPKINS PLAZA ROOM 1150<br>BALTIMORE MD 21201 | 01-01141<br>Relief Requested: EXPUNGE | 838 | $246,000,000.00 | (P) | DEPT OF THE TREASURY IRS<br>31 HOPKINS PLAZA ROOM 1150<br>BALTIMORE MD 21201 | 01-01141 | 837 | $246,000,000.00 | (P) |
| 71 | DEPT OF THE TREAURE IRS<br>ROOM 1120<br>31 HOPKINS PLAZA<br>BALTIMORE MD 21201 | 01-01184<br>Relief Requested: EXPUNGE | 531 | $198,600,000.00 | (P) | DEPT OF TREASURY IRS<br>ROOM 1120<br>31 HOPKINS PLAZA<br>BALTIMORE MD 21201 | 01-01184 | 477 | $198,600,000.00 | (P) |
| 72 | DEPT OF THE TRESURY IRS<br>ROOM 1120<br>31 HOPKINS PLAZA<br>BALTIMORE MD 21201 | 01-01158<br>Relief Requested: EXPUNGE | 502 | $53,000,000.00 | (P) | DEPT OF THE TREASURY IRS<br>31 HOPKINS PLAZA ROOM 1150<br>BALTIMORE MD 21201 | 01-01158 | 808 | $98,000,000.00 | (P) |
| 73 | DEPT OF THE TRESURY IRS<br>ROOM 1120<br>31 HOPKINS PLAZA<br>BALTIMORE MD 21201 | 01-01187<br>Relief Requested: EXPUNGE | 529 | $134,600,000.00 | (P) | DEPT OF TREASURY IRS<br>ROOM 1120<br>31 HOPKINS PLAZA<br>BALTIMORE MD 21201 | 01-01187 | 479 | $134,600,000.00 | (P) |
| 74 | DEPT OF THE TRESURY IRS<br>ROOM 1120<br>31 HOPKINS PLAZA<br>BALTIMORE MD 21201 | 01-01185<br>Relief Requested: EXPUNGE | 530 | $198,600,000.00<br>$14,534.93 | (P)<br>(U) | DEPT OF TREASURY IRS<br>ROOM 1120<br>31 HOPKINS PLAZA<br>BALTIMORE MD 21201 | 01-01185 | 478 | $198,600,000.00<br>$14,534.93 | (P)<br>(U) |
| 75 | DEPT OF TREASURY<br>ROOM 1120<br>31 HOPKINS PLAZA<br>BALTIMORE MD 21201 | 01-01163<br>Relief Requested: EXPUNGE | 490 | $198,600,000.00 | (P) | DEPT OF THE TREASURY IRS<br>31 HOPKINS PLAZA ROOM 1150<br>BALTIMORE MD 21201 | 01-01163 | 804 | $270,000,000.00 | (P) |
| 76 | DEPT OF TREASURY<br>ROOM 1120<br>31 HOPKINS PLAZA<br>BALTIMORE MD 21201 | 01-01183<br>Relief Requested: EXPUNGE | 494 | $84,000,000.00 | (P) | DEPT OF THE TREASURY IRS<br>31 HOPKINS PLAZA ROOM 1150<br>BALTIMORE MD 21201 | 01-01183 | 826 | $218,000,000.00 | (P) |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

**(A) - Administrative    (S) - Secured    (T) - Total
(P) - Priority    (U) - Unsecured

In re: W.R. GRACE & CO.

OMNIBUS 2 - EXHIBIT D1 - SUSTAINED - SURVIVING CLAIMS

| | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** | | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 77 | DEPT OF TREASURY INTERNAL REVENUE ROOM 1120 31 HOPKINS PLAZA BALTIMORE MD 21201 | 01-01157 | 325 Relief Requested: EXPUNGE | $138,121.15 | (U) | | DEPT OF THE TREASURY IRS ROOM 1120 31 HOPKINS PLAZA BALTIMORE MD 21201 | 01-01157 | 503 | $172,600,000.00 $138,121.15 | (P) (U) |
| 78 | DEPT OF TREASURY IRS ROOM 1120 31 HOPKINS PLAZA BALTIMORE MD 21201 | 01-01170 | 455 Relief Requested: EXPUNGE | $134,600,000.00 | (P) | | DEPT OF THE TREASURY IRS 31 HOPKINS PLAZA ROOM 1150 BALTIMORE MD 21201 | 01-01170 | 796 | $246,000,000.00 | (P) |
| 79 | DEPT OF TREASURY IRS ROOM 1120 31 HOPKINS PLAZA BALTIMORE MD 21201 | 01-01171 | 456 Relief Requested: EXPUNGE | $134,600,000.00 | (P) | | DEPT OF THE TREASURY IRS 31 HOPKINS PLAZA ROOM 1150 BALTIMORE MD 21201 | 01-01171 | 797 | $246,000,000.00 | (P) |
| 80 | DEPT OF TREASURY IRS ROOM 1120 31 HOPKINS PLAZA BALTIMORE MD 21201 | 01-01173 | 457 Relief Requested: EXPUNGE | $198,600,000.00 | (P) | | INTERNAL REVENUE SERVICE 31 HOPKINS PLAZA RM 1150 BALTIMORE MD 21201 | 01-01173 | 799 | $310,000,000.00 | (P) |
| 81 | DEPT OF TREASURY IRS ROOM 1120 31 HOPKINS PLAZA BALTIMORE MD 21201 | 01-01174 | 458 Relief Requested: EXPUNGE | $198,600,000.00 | (P) | | DEPT OF THE TREASURY IRS 31 HOPKINS PLAZA ROOM 1150 BALTIMORE MD 21201 | 01-01174 | 800 | $310,000,000.00 | (P) |
| 82 | DEPT OF TREASURY IRS ROOM 1120 31 HOPKINS PLAZA BALTIMORE MD 21201 | 01-01175 | 459 Relief Requested: EXPUNGE | $198,600,000.00 | (P) | | DEPT OF THE TREASURY IRS 31 HOPKINS PLAZA ROOM 1150 BALTIMORE MD 21201 | 01-01175 | 801 | $310,000,000.00 | (P) |
| 83 | DEPT OF TREASURY IRS ROOM 1120 31 HOPKINS PLAZA BALTIMORE MD 21201 | 01-01176 | 460 Relief Requested: EXPUNGE | $134,600,000.00 | (P) | | DEPT OF THE TREASURY - INTERNAL REVEN 31 HOPKINS PLAZA ROOM 1150 BALTIMORE MD 21201 | 01-01176 | 798 | $246,000,000.00 | (P) |
| 84 | DEPT OF TREASURY IRS ROOM 1120 31 HOPKINS PLAZA BALTIMORE MD 21201 | 01-01184 | 461 Relief Requested: EXPUNGE | $134,600,000.00 | (P) | | DEPT OF THE TREASURY IRS 31 HOPKINS PLAZA ROOM 1150 BALTIMORE MD 21201 | 01-01184 | 803 | $246,000,000.00 | (P) |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

**(A) - Administrative  (S) - Secured  (T) - Total
(P) - Priority  (U) - Unsecured

# In re: W.R. GRACE & CO.
## OMNIBUS 2 - EXHIBIT D1 - SUSTAINED - SURVIVING CLAIMS

| # | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** |
|---|---|---|---|---|---|---|---|---|---|---|
| 85 | DEPT OF TREASURY IRS, ROOM 1120, 31 HOPKINS PLAZA, BALTIMORE MD 21201 | 01-01165 | 462 | $198,500,000.00 | (P) | DEPT OF THE TREASURY IRS, 31 HOPKINS PLAZA ROOM 1150, BALTIMORE MD 21201 | 01-01165 | 802 | $310,000,000.00 | (P) |
|  | Relief Requested: EXPUNGE | | | | | | | | | |
| 86 | DEPT OF TREASURY IRS, ROOM 1120, 31 HOPKINS PLAZA, BALTIMORE MD 21201 | 01-01142 | 465 | $134,600,000.00 | (P) | DEPT OF THE TREASURY IRS, 31 HOPKINS PLAZA ROOM 1150, BALTIMORE MD 21201 | 01-01142 | 832 | $246,000,000.00 | (P) |
|  | Relief Requested: EXPUNGE | | | | | | | | | |
| 87 | DEPT OF TREASURY IRS, ROOM 1120, 31 HOPKINS PLAZA, BALTIMORE MD 21201 | 01-01144 | 466 | $84,000,000.00 | (P) | DEPT OF THE TREASURY IRS, 31 HOPKINS PLAZA ROOM 1150, BALTIMORE MD 21201 | 01-01144 | 834 | $169,000,000.00 | (P) |
|  | Relief Requested: EXPUNGE | | | | | | | | | |
| 88 | DEPT OF TREASURY IRS, ROOM 1120, 31 HOPKINS PLAZA, BALTIMORE MD 21201 | 01-01143 | 467 | $134,600,000.00 | (P) | DEPT OF THE TREASURY IRS, 31 HOPKINS PLAZA ROOM 1150, BALTIMORE MD 21201 | 01-01143 | 833 | $246,000,000.00 | (P) |
|  | Relief Requested: EXPUNGE | | | | | | | | | |
| 89 | DEPT OF TREASURY IRS, ROOM 1120, 31 HOPKINS PLAZA, BALTIMORE MD 21201 | 01-01145 | 468 | $84,000,000.00 | (P) | DEPT OF THE TREASURY IRS, 31 HOPKINS PLAZA ROOM 1150, BALTIMORE MD 21201 | 01-01145 | 839 | $169,000,000.00 | (P) |
|  | Relief Requested: EXPUNGE | | | | | | | | | |
| 90 | DEPT OF TREASURY IRS, ROOM 1120, 31 HOPKINS PLAZA, BALTIMORE MD 21201 | 01-01147 | 470 | $134,600,000.00 | (P) | DEPT OF THE TREASURY IRS, 31 HOPKINS PLAZA ROOM 1150, BALTIMORE MD 21201 | 01-01147 | 836 | $246,000,000.00 | (P) |
|  | Relief Requested: EXPUNGE | | | | | | | | | |
| 91 | DEPT OF TREASURY IRS, ROOM 1120, 31 HOPKINS PLAZA, BALTIMORE MD 21201 | 01-01148 | 471 | $134,600,000.00 | (P) | DEPT OF THE TREASURY IRS, 31 HOPKINS PLAZA ROOM 1150, BALTIMORE MD 21201 | 01-01148 | 831 | $246,000,000.00 | (P) |
|  | Relief Requested: EXPUNGE | | | | | | | | | |
| 92 | DEPT OF TREASURY IRS, ROOM 1120, 31 HOPKINS PLAZA, BALTIMORE MD 21201 | 01-01149 | 472 | $134,600,000.00 | (P) | DEPT OF THE TREASURY IRS, 31 HOPKINS PLAZA ROOM 1150, BALTIMORE MD 21201 | 01-01149 | 816 | $246,000,000.00 | (P) |
|  | Relief Requested: EXPUNGE | | | | | | | | | |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

**(A) - Administrative  (P) - Priority       (S) - Secured  (U) - Unsecured       (T) - Total

## In re: W.R. GRACE & CO.
## OMNIBUS 2 - EXHIBIT D1 - SUSTAINED - SURVIVING CLAIMS

| | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** |
|---|---|---|---|---|---|---|---|---|---|---|
| 93 | DEPT OF TREASURY IRS ROOM 1120 31 HOPKINS PLAZA BALTIMORE MD 21201 | 01-01150 Relief Requested: EXPUNGE | 473 | $134,600,000.00 | (P) | DEPT OF THE TREASURY IRS 31 HOPKINS PLAZA ROOM 1150 BALTIMORE MD 21201 | 01-01150 | 815 | $246,000,000.00 | (P) |
| 94 | DEPT OF TREASURY IRS ROOM 1120 31 HOPKINS PLAZA BALTIMORE MD 21201 | 01-01151 Relief Requested: EXPUNGE | 474 | $134,600,000.00 | (P) | DEPT OF THE TREASURY IRS 31 HOPKINS PLAZA ROOM 1150 BALTIMORE MD 21201 | 01-01151 | 814 | $246,000,000.00 | (P) |
| 95 | DEPT OF TREASURY IRS ROOM 1120 31 HOPKINS PLAZA BALTIMORE MD 21201 | 01-01154 Relief Requested: EXPUNGE | 475 | $134,600,000.00 | (P) | DEPT OF THE TREASURY IRS 31 HOPKINS PLAZA ROOM 1150 BALTIMORE MD 21201 | 01-01154 | 812 | $206,000,000.00 | (P) |
| 96 | DEPT OF TREASURY IRS ROOM 1120 31 HOPKINS PLAZA BALTIMORE MD 21201 | 01-01139 Relief Requested: EXPUNGE | 476 | $31,000,000.00 | (P) | DEPT OF THE TREASURY IRS 31 HOPKINS PLAZA BALTIMORE MD 21201 | 01-01139 | 829 | $43,000,000.00 | (P) |
| 97 | DEPT OF TREASURY IRS ROOM 1120 31 HOPKINS PLAZA BALTIMORE MD 21201 | 01-01184 Relief Requested: EXPUNGE | 477 | $198,600,000.00 | (P) | DEPT OF THE TREASURY IRS 31 HOPKINS PLAZA ROOM 1150 BALTIMORE MD 21201 | 01-01184 | 827 | $310,000,000.00 | (P) |
| 98 | DEPT OF TREASURY IRS ROOM 1120 31 HOPKINS PLAZA BALTIMORE MD 21201 | 01-01185 Relief Requested: EXPUNGE | 478 | $198,600,000.00 $14,534.93 | (P) (U) | DEPT OF THE TREASURY IRS 31 HOPKINS PLAZA ROOM 1150 BALTIMORE MD 21201 | 01-01185 | 828 | $310,000,000.00 $14,534.93 | (P) (U) |
| 99 | DEPT OF TREASURY IRS ROOM 1120 31 HOPKINS PLAZA BALTIMORE MD 21201 | 01-01187 Relief Requested: EXPUNGE | 479 | $134,600,000.00 | (P) | DEPT OF THE TREASURY IRS 31 HOPKINS PLAZA ROOM 1150 BALTIMORE MD 21201 | 01-01187 | 825 | $246,000,000.00 | (P) |
| 100 | DEPT OF TREASURY IRS ROOM 1120 31 HOPKINS PLAZA BALTIMORE MD 21201 | 01-01172 Relief Requested: EXPUNGE | 480 | $84,000,000.00 | (P) | DEPT OF THE TREASURY IRS 31 HOPKINS PLAZA ROOM 1150 BALTIMORE MD 21201 | 01-01172 | 798 | $160,000,000.00 | (P) |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

**(A) - Administrative
(P) - Priority

(S) - Secured
(U) - Unsecured

(T) - Total

In re: W.R. GRACE & CO.

OMNIBUS 2 - EXHIBIT D1 - SUSTAINED - SURVIVING CLAIMS

| Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** |
|---|---|---|---|---|---|---|---|---|---|
| 101 DEPT OF TREASURY IRS<br>ROOM 1120<br>31 HOPKINS PLAZA<br>BALTIMORE MD 21201 | 01-01189<br>Relief Requested: EXPUNGE | 481 | $198,600,000.00 | (P) | DEPT OF THE TREASURY IRS<br>31 HOPKINS PLAZA ROOM 1150<br>BALTIMORE MD 21201 | 01-01189 | 823 | $310,000,000.00 | (P) |
| 102 DEPT OF TREASURY IRS<br>ROOM 1120<br>31 HOPKINS PLAZA<br>BALTIMORE MD 21201 | 01-01190<br>Relief Requested: EXPUNGE | 482 | $134,600,000.00 | (P) | DEPT OF THE TREASURY IRS<br>31 HOPKINS PLAZA<br>BALTIMORE MD 21201 | 01-01190 | 822 | $246,000,000.00 | (P) |
| 103 DEPT OF TREASURY IRS<br>ROOM 1120<br>31 HOPKINGS PLAZA<br>BALTIMORE MD 21201 | 01-01194<br>Relief Requested: EXPUNGE | 483 | $198,600,000.00 | (P) | DEPT OF THE TREASURY IRS<br>31 HOPKINS PLAZA ROOM 1150<br>BALTIMORE MD 21201 | 01-01194 | 821 | $310,000,000.00 | (P) |
| 104 DEPT OF TREASURY IRS<br>ROOM 1120<br>31 HOPKINS PLAZA<br>BALTIMORE MD 21201 | 01-01195<br>Relief Requested: EXPUNGE | 484 | $198,600,000.00 | (P) | DEPT OF THE TREASURY IRS<br>31 HOPKINS PLAZA ROOM 1150<br>BALTIMORE MD 21201 | 01-01195 | 820 | $270,000,000.00 | (P) |
| 105 DEPT OF TREASURY IRS<br>ROOM 1120<br>31 HOPKINS PLAZA<br>BALTIMORE MD 21201 | 01-01196<br>Relief Requested: EXPUNGE | 485 | $198,600,000.00 | (P) | DEPT OF THE TREASURY IRS<br>31 HOPKINS PLAZA ROOM 1150<br>BALTIMORE MD 21201 | 01-01196 | 819 | $310,000,000.00 | (P) |
| 106 DEPT OF TREASURY IRS<br>ROOM 1120<br>31 HOPKINS PLAZA<br>BALTIMORE MD 21201 | 01-01169<br>Relief Requested: EXPUNGE | 486 | $198,600,000.00 | (P) | DEPT OF THE TREASURY IRS<br>31 HOPKINS PLAZA ROOM 1150<br>BALTIMORE MD 21201 | 01-01169 | 795 | $310,000,000.00 | (P) |
| 107 DEPT OF TREASURY IRS<br>ROOM 1120<br>31 HOPKINS PLAZA<br>BALTIMORE MD 21201 | 01-01167<br>Relief Requested: EXPUNGE | 488 | $134,600,000.00 | (P) | DEPT OF THE TREASURY IRS<br>31 HOPKINS PLAZA ROOM 1150<br>BALTIMORE MD 21201 | 01-01167 | 818 | $246,000,000.00 | (P) |
| 108 DEPT OF TREASURY IRS<br>ROOM 1120<br>31 HOPKINS PLAZA<br>BALTIMORE MD 21201 | 01-01166<br>Relief Requested: EXPUNGE | 489 | $198,600,000.00 | (P) | DEPT OF THE TREASURY IRS<br>31 HOPKINS PLAZA ROOM 1150<br>BALTIMORE MD 21201 | 01-01166 | 817 | $310,000,000.00 | (P) |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

**(A) - Administrative    (S) - Secured    (T) - Total
(P) - Priority    (U) - Unsecured

In re: W.R. GRACE & CO.

OMNIBUS 2 - EXHIBIT D1 - SUSTAINED - SURVIVING CLAIMS

| | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** |
|---|---|---|---|---|---|---|---|---|---|---|
| 109 | DEPT OF TREASURY IRS<br>ROOM 1120<br>31 HOPKINS PLAZA<br>BALTIMORE MD 21201<br>Relief Requested: EXPUNGE | 01-01162 | 491 | $172,600,000.00 | (P) | DEPT OF THE TREASURY IRS<br>31 HOPKINS PLAZA ROOM 1150<br>BALTIMORE MD 21201 | 01-01162 | 805 | $284,000,000.00 | (P) |
| 110 | DEPT OF TREASURY IRS<br>ROOM 1120<br>31 HOPKINS PLAZA<br>BALTIMORE MD 21201<br>Relief Requested: EXPUNGE | 01-01161 | 492 | $198,600,000.00 | (P) | DEPT OF THE TREASURY IRS<br>31 HOPKINS PLAZA ROOM 1150<br>BALTIMORE MD 21201 | 01-01161 | 806 | $310,000,000.00 | (P) |
| 111 | DEPT OF TREASURY IRS<br>ROOM 1120<br>31 HOPKINS PLAZA<br>BALTIMORE MD 21201<br>Relief Requested: EXPUNGE | 01-01160 | 493 | $198,600,000.00 | (P) | DEPT OF THE TREASURY IRS<br>31 HOPKINS PLAZA ROOM 1150<br>BALTIMORE MD 21201 | 01-01160 | 807 | $310,000,000.00 | (P) |
| 112 | DEPT OF TREASURY IRS<br>ROOM 1120<br>31 HOPKINS PLAZA<br>BALTIMORE MD 21201<br>Relief Requested: EXPUNGE | 01-01182 | 495 | $134,600,000.00 | (P) | DEPT OF THE TREASURY IRS<br>31 HOPKINS PLAZA ROOM 1150<br>BALTIMORE MD 21201 | 01-01182 | 794 | $246,000,000.00 | (P) |
| 113 | DEPT OF TREASURY IRS<br>ROOM 1120<br>31 HOPKINS PLAZA<br>BALTIMORE MD 21201<br>Relief Requested: EXPUNGE | 01-01181 | 496 | $198,600,000.00 | (P) | DEPT OF THE TREASURY IRS<br>31 HOPKINS PLAZA ROOM 1150<br>BALTIMORE MD 21201 | 01-01181 | 793 | $310,000,000.00 | (P) |
| 114 | DEPT OF TREASURY IRS<br>ROOM 1120<br>31 HOPKINS PLAZA<br>BALTIMORE MD 21201<br>Relief Requested: EXPUNGE | 01-01180 | 497 | $198,600,000.00 | (P) | DEPT OF THE TREASURY IRS<br>31 HOPKINS PLAZA ROOM 1150<br>BALTIMORE MD 21201 | 01-01180 | 792 | $310,000,000.00 | (P) |
| 115 | DEPT OF TREASURY IRS<br>ROOM 1120<br>31 HOPKINS PLAZA<br>BALTIMORE MD 21201<br>Relief Requested: EXPUNGE | 01-01179 | 498 | $198,600,000.00 | (P) | DEPT OF THE TREASURY -INTERNAL REVEN<br>31 HOPKINS PLAZA ROOM 1150<br>BALTIMORE MD 21201 | 01-01179 | 791 | $310,000,000.00 | (P) |
| 116 | DEPT OF TREASURY IRS<br>ROOM 1120<br>31 HOPKINS PLAZA<br>BALTIMORE MD 21201<br>Relief Requested: EXPUNGE | 01-01178 | 499 | $182,760,000.00 | (P) | DEPT OF THE TREASURY -INTERNAL REVEN<br>31 HOPKINS PLAZA ROOM 1150<br>BALTIMORE MD 21201 | 01-01178 | 790 | $310,000,000.00 | (P) |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

**(A) - Administrative    (S) - Secured    (T) - Total
(P) - Priority    (U) - Unsecured

In re: W.R. GRACE & CO.

## OMNIBUS 2 - EXHIBIT D1 - SUSTAINED - SURVIVING CLAIMS

| Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** |
|---|---|---|---|---|---|---|---|---|---|
| 117 DEPT OF TREASURY IRS<br>ROOM 1120<br>31 HOPKINS PLAZA<br>BALTIMORE MD 21201 | 01-01177<br>Relief Requested: EXPUNGE | 500 | $198,600,000.00 | (P) | DEPT OF THE TREASURY INTERNAL REVENU<br>31 HOPKINS PLAZA ROOM 1150<br>BALTIMORE MD 21201 | 01-01177 | 769 | $310,000,000.00 | (P) |
| 118 DEPT OF TREASURY IRS<br>ROOM 1120<br>31 HOPKINS PLAZA<br>BALTIMORE MD 21201 | 01-01139<br>Relief Requested: EXPUNGE | 527 | $198,600,000.00 | (P) | DEPT OF TREASURY IRS<br>ROOM 1120<br>31 HOPKINS PLAZA<br>BALTIMORE MD 21201 | 01-01139 | 481 | $198,600,000.00 | (P) |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

**(A) - Administrative   (S) - Secured   (T) - Total
(P) - Priority   (U) - Unsecured

Hearing Date: October 27, 2003

## In re: W.R. GRACE & CO.

### OMNIBUS 2 - EXHIBIT D2 - SUSTAINED - SURVIVING CLAIMS

| | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | DEPT OF TREASURY IRS<br>31 HOPKINS PLAZA<br>STOP ROOM 1140<br>BALTIMORE MD 21201 | 01-01146<br>Relief Requested: EXPUNGE | 469 | $121,306,458.05<br>$6,656,792.96 | (P)<br>(U) | DEPT OF THE TREASURY IRS<br>31 HOPKINS PLAZA ROOM 1150<br>BALTIMORE MD 21201 | 01-01146 | 835 | $166,306,458.05<br>$6,656,792.96 | (P)<br>(U) |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

**(A) - Administrative    (S) - Secured    (T) - Total
(P) - Priority    (U) - Unsecured