Hearing Date: October 27, 2003

## In re: W.R. GRACE & CO.
## OMNIBUS 2 - EXHIBIT E - SUSTAINED - EXPUNGE

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Relief Requested | Order Status |
|---|---|---|---|---|---|---|---|
| 1 | STATE OF CALIFORNIA DEPT OF GENERAL SERV<br>707 THIRD STREET, 6TH FLOOR<br>WEST SACRAMENTO CA 95605 | 01-01140<br>W.R. GRACE & CO.-CONN. | 12646 | | | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | SUSTAINED |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative     (S) - Secured     (T) - Total
  (P) - Priority           (U) - Unsecured

10/24/2003 8:10:27 AM