**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| W. R. GRACE & CO. | § | |
| a Delaware corporation, <u>et al.</u>, | § | Case No. 01-01139 (JKF) |
| | § | |
| Debtors. | § | Jointly Administered |
| | § | |
| | § | Re: Docket No. 4550 |

**CERTIFICATION OF NO OBJECTION**
**REGARDING DOCKET NO. 4550**

The undersigned hereby certifies that, as of the date hereof, he or she has received no answer, objection or other responsive pleading to the Notice of Monthly Fee and Expense Invoice (the "Invoice"), for September 1, 2003 through September 30, 2003 filed on October 8, 2003. The undersigned further certifies that he or she has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Invoice appears thereon. Pursuant to the Invoice, objections to the Invoice were to be filed and served no later than October 30, 2003. Thus Debtors are authorized to pay the undersigned eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Invoice.

October 31, 2003          **WARREN H. SMITH & ASSOCIATES, P.C.**

                          By: _____
                              Warren H. Smith
                              State Bar No. 18757050

                          325 N. St. Paul Street, Suite 4080
                          Republic Center
                          Dallas, Texas 75201
                          (214) 698-3868
                          (214) 722-0081 (FAX)
                          **FEE AUDITOR**

WRGraceCNO.9.03.rtf