# EXHIBIT B

# DAILY TIME SUMMARIES

**W.R. Grace & Co.**
*Daily Summary of Fees and Expenses*

Invoice #: 08802301
Billing Group: BG20469

| Date | Person | Description | Hours | Billing Rate | Professional Fees | Expenses |
|---|---|---|---|---|---|---|
| 2/4/2003 | GC | Preparation for and conference call with Elyse Napoli Filon, Vice President Tax, Risk Management and Strategic Planning, and Carole Finke, Tax Counsel, regarding deduction for transaction expenses related to preparation of bankruptcy plans, creditor committee representation and and other professional fees incurred that relate to bankruptcy proceedings. | 1.5 | 600 | 900 | |
| 2/7/2003 | GC | Discussions of appropriate tax treatment regarding expenses related to bankruptcy proceedings. | 1 | 600 | 600 | |
| 2/10/2003 | GC | Analysis of IRC Section 468B issue in the context of claiming tax deductions related to the use of a designated settlement fund. | 1 | 600 | 600 | |
| 2/17/2003 | GC | Reviewed IRC Section 505(b) procedure for clearance of deductible expenses and the impact of the procedure on the carry back of a net operating loss deduction to prior taxable years. | 1 | 600 | 600 | |
| 2/24/2003 | SM | Discussion with Bryan Collins, Deloitte Tax Partner, on consolidated issues relating to the 10 year carryback of Grace Conn.'s 1998 tax return net operating losses to Grace NY's consolidated group; review factual background on Grace Conn.'s acquisitions, spin-offs, and NOLs; tax research on the application of the separate return limitation year rules to Grace Conn.'s 10 year carryback | 4 | 475 | 1900 | |
| 2/25/2003 | SM | Tax research on the application of the separate return limitation year rules to Grace Conn.'s 10 year carrybackof net operating losses from 1998 and possible related exceptions to limitations on the use of losses imposed by the separate return limitation year rules. | 1.5 | 475 | 713 | |
| 2/26/2003 | SM | Review factual background and related documents on Grace Conn.'s acquisitions, spin-offs, and NOLs; tax research on the application of the SRLY rules to Grace Conn.'s 10 year carryback of 1998 NOLs to Grace NY's consolidated group. | 3 | 475 | 1425 | |
| 2/27/2003 | BC | Conference call w/ Elyse Napoli Filon, Vice President Taxes, Risk Management & Strategic Planning, regarding the 10 year carryback of Grace Conn.'s 1998 net operating losses to Grace NY's consolidated group, factual background on Grace Conn.'s acquisitions, spin-offs, and NOLs, and the application of the separate return limitation year rules to Grace Conn.'s 10 year carryback. | 2 | 600 | 1200 | |
| 2/27/2003 | SM | Tax research on consolidated issues relating to the 10 year carryback of Grace Conn.'s 1998 net operating losses to Grace NY's consolidated group, including tax research on the SRLY rules, lonely parent rules and Rev. Rul. 82-152. | 5 | 475 | 2375 | |
| 2/28/2003 | BC | Review of memorandum concerning the treatment of Grace Conn.'s 10-year carryback of its NOLs to Grace NY's consolidated group; discuss tax research regarding same with Sara Mahn, Deloitte Tax Manager | 2 | 600 | 1200 | |
| 2/28/2003 | SM | Review of memorandum concerning treatment of Grace-Conn.'s 10-year carryback of net operating losses. Discussion with Bryan Collins on consolidated income tax return issues identified in the memorandum and related tax research. | 3 | 475 | 1425 | |

EXHIBIT B

**W.R. Grace & Co.**
*Daily Summary of Fees and Expenses*

Invoice #: 08802301
Billing Group: BG20469

| Date | Person | Description | Hours | Billing Rate | Professional Fees | Expenses |
|---|---|---|---|---|---|---|
| | | TOTALS | 25.0 | | $12,938 | $0 |

GC = Glenn Carrington, Deloitte Tax Partner
SM = Sara Mahn, Deloitte Tax Manager
BC = Bryan Collins, Deloitte Tax Partner

**W.R. Grace & Co.**

EXHIBIT B

Invoice #: 08802301
Billing Group: BG20469