UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In Re:  W.R. GRACE & CO., et al.,

Debtors.

Chapter 11

Bankruptcy No. 01-01139 (JFK)

(Jointly Administered)

**Objection Deadline: November 20, 2003**
**Hearing Date: TBD if necessary**

## SUMMARY OF TWELFTH MONTHLY APPLICATION OF ELZUFON AUSTIN REARDON TARLOV & MONDELL, P.A. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE ZONOLITE ATTIC INSULATION CLAIMANTS FOR THE PERIOD OF AUGUST 1, 2003 THROUGH AUGUST 31, 2003

| | |
|---|---|
| Name of Applicant: | Elzufon Austin Reardon Tarlov & Mondell, P.A. |
| Authorized to provide Professional services to: | Zonolite Attic Insulation Claimants |
| Date of retention: | August 22, 2002 |
| Period for which compensation and reimbursement is sought: | August 1, 2003 through August 31, 2003 |
| Amount of compensation sought as actual reasonable and necessary: | $ 3,623.00 |
| Amount of expense reimbursement sought as actual reasonable and necessary: | $ 69.68 |

This is a:   __X__ Monthly   _____ Interim   _____ Final Application

Prior Application Filed:          Yes.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/18/02 | 7/23/02 through 9/30/02 | $ 5,738.00 | $ 692.54 | Approved | Approved |
| 12/12/02 | 10/1/02 through 10/31/02 | $ 1,998.00 | $ 171.59 | Approved | Approved |
| 2/10/03 | 11/1/02 through 11/30/02 | $ 3,994.00 | $ 1,875.81 | Approved | Approved |
| 2/12/03 | 12/1/02 through 12/31/02 | $ 1,808.50 | $ 500.47 | Approved | Approved |
| 3/19/03 | 1/1/03 through 1/31/03 | $ 970.50 | $ 145.35 | Approved | Approved |
| 5/16/03 | 2/1/03 through 2/28/03 | $ 2,314.00 | $ 286.80 | Approved | Approved |
| 5/16/03 | 3/1/03 through 3/31/03 | $ 4,031.00 | $ 1,444.29 | Approved | Approved |
| 7/1/03 | 4/1/03 through 4/30/03 | $ 920.00 | $ 45.00 | Pending | Pending |
| 8/14/03 | 5/1/03 through 5/31/03 | $2,152.50 | $ 2,119.56 | Pending | Pending |
| 8/15/03 | 6/1/03 through 6/31/03 | $ 2,865.00 | $ 2,120.25 | Pending | Pending |
| 9/15/03 | 7/1/03 through 7/31/03 | $ 4,393.50 | $ 295.24 | Pending | Pending |

As indicated above, this is the twelfth application for monthly interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases.

The total time expended for the preparation of this application is approximately 3 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $300.00.

The Elzufon Austin Reardon Tarlov & Mondell, P.A., attorney who rendered professional services in these cases during the Fee Period is:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| William D. Sullivan | Partner | 13 | Bankruptcy | $220.00 | 1.2 | $ 264.00 |
| Charles J. Brown, III | Associate | 10 | Bankruptcy | $190.00 | 7.1 | $ 1,349.00 |
| TOTALS | | | | | 8.3 | $ 1,613.00 |

The Elzufon Austin Reardon Tarlov & Mondell, P.A. paraprofessional who rendered professional services in these cases during the Fee Period is:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Michael Young | Paralegal | 1 | Bankruptcy | $75.00 | 26.8 | $ 2,010.00 |
| TOTALS | | | | | 26.8 | $ 2,010.00 |

Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 12-Fee Application, Others | 15.2 Hours | $ 1,365.00 |
| 22-ZAI Science Trial | 19.9 Hours | $ 2,258.00 |
| TOTALS | 35.1 Hours | $ 3,623.00 |

**EXPENSES**

| Description | Amount |
|---|---|
| Computer Assisted Legal Research | |
| Telephone Expense | |
| Telephone Expense – Outside | |
| Facsimile ($1.00 per page) | |
| Postage Expense | |
| Courier & Express Carriers | $ 10.00 |
| In-House Duplicating / Printing ($.15 per page) | |
| Outside Duplicating / Printing | $ 59.68 |
| Lodging | |
| Transportation | |
| Air Travel Expense | |
| Taxi Expense | |
| Mileage Expense | |
| Travel Meals | |
| Parking | |
| General Expense | |
| Expert Services | |
| Books/Videos | |
| Total: | $ 69.68 |

Dated: Wilmington, Delaware
       October 30, 2003

ELZUFON, AUSTIN, REARDON,
TARLOV & MONDELL, P.A.

*/s/ William D. Sullivan*
William D. Sullivan, Esq. (No. 2820)
Charles J. Brown, III, Esq. (No. 3368)
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE 19899-1630
Phone: (302) 428-3181
Fax: (302) 777-7244

Delaware Counsel to ZAI Claimants

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: W.R. GRACE & CO., et al.,<br><br>Debtors, | Chapter 11<br><br>Bankruptcy No. 01-01139 (JFK)<br><br>(Jointly Administered)<br><br>Objection Deadline: October 30, 2003<br>Hearing Date: TBD if necessary |

**FEE DETAIL OF TWELFTH MONTHLY APPLICATION OF ELZUFON AUSTIN REARDON TARLOV & MONDELL, P.A. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE ZONOLITE ATTIC INSULATION CLAIMANTS FOR THE PERIOD OF AUGUST 1, 2003 THROUGH AUGUST 31, 2003**

Elzufon, Austin, Reardon, Tarlov & Mondell, P.A.
E.I. # 51-0298668
P.O. Box 1630
Wilmington, DE 19899
(302) 428-3181

Page: 1
09/30/2003

ZAI Plaintiffs
Richardson Patrick Westbrook
174 East Bay Street
Charleston SC 29401

Client No: 220305-11221M
Statement No:      194110

Attn: Edward Westbrook

W.R. Grace & Companies, et al.
CA No. 01-1139
A-01-771

### Fees

|  | Hours |
|---|---:|
| **08/08/03** | |
| MY  Prepare response to Motion to Exclude Evidence for DE filing (.4), e-file with attachments (.8), Prepare Response to Motion for Summary Judgment and Motion to Consolidate Actions of ZAI Claimants for filing (.8) | 2.00 |
| CJB Review Response to Consolidation Motion; review Response to Debtor's Motion for Summary Judgment; review Response to Motion in Limine. | 2.50 |
| **08/11/03** | |
| MY  Office conference re: exhibits to be filed, draft notice of filing of exhibits (.2), E-file exhibits 1-89 to Response to Motion for Summary Judgement as 3 separate filings (due to length), scan exhibits too large for filing into separate pdf documents (3.4) | 3.60 |
| CJB Review exhibits to response to Summary Judgment Motion. | 0.20 |
| **08/12/03** | |
| MY  Review file re: Attachments to Response to Motion for Summary Judgment | 0.20 |
| MY  Draft Certificate of No Objection re: April Fee Application of EARTM (.5), e-file and serve, complete e-mail service (.6) | 1.10 |
| CJB Exchange correspondence with co-counsel re: June fee application. | 0.10 |
| **08/13/03** | |
| MY  Prepare June Application of RWPB for filing and review (WDS) (.8), draft Certificate of No Objection for April Fee Application of RPWB (.7), draft Certificate of No Objection for May Fee Application of L&A (.7), Draft | |

ZAI Plaintiffs
                                    Client No: 220305-11221M
                                    Statement No:      194110

W.R. Grace & Companies, et al.
CA No. 01-1139
A-01-771

|  |  | Hours |
|---|---|---:|
|  | Certificate of No Objection for April Fee Application of L&A (.6), Prepare L&A June Fee Application for Attorney Review (.7), update tracking chart (.3) | 3.80 |
| MY | Complete filing and service of CNO's re: April/May Fee Applications of RPWB and April Fee Application of L&A, review docket and download order increasing budget and order approving 7th quarterly (.5) | 1.40 |

08/14/03
| MY | Format documents for e-mail service, complete e-mail service of CNO's of L&A (April) and RPWB (April and May) upon fee auditor/W.R. Grace (.6), Review payment chart and update re: Quarterly Fee Applications (.1), Draft/Prepare May Fee Application of EARTM for review (1.6), Draft June Fee Application of EARTM (1.6) | 3.90 |
| WDS | Review and approve EART&M May Fee Application for Filing. | 0.20 |
| WDS | Review and revise EART&M June Fee Application. | 0.30 |

08/15/03
| MY | Revise, e-file and serve May and June fee applications of EARTM (1.5), complete e-mail service to fee auditor/W.R. Grace (.2), Prepare June Applications of RPWB and L&A for filing, e-file and serve (1.6) | 3.30 |
| WDS | Review, revise and approve RPWB June Fee application for filing. | 0.30 |
| WDS | Review and approve L & A June Fee Application for filing. | 0.20 |

08/18/03
| WDS | Review Objection of P.I. Committee to Motion to Extend Pan Period. | 0.20 |
| CJB | Review and revise appendix and reply brief of Lukin and Annis. | 1.20 |
| CJB | Review Reply Brief in Support of Motion to Exclude Testimony of Dr. Lee; review Reply Brief in Support of Claimant's Motion for Summary Judgment; file briefs. | 2.50 |
| MY | Scan appendices to reply to opposition re summary judgment (.5), forward 9th Quarterly app of Reed Smith to co-counsel (.2), prepare reply for filing (.4), complete filing of reply and appendix (.6) | 1.70 |

08/19/03
| CJB | Review U.S. Statement | 0.40 |
| MY | Review file re: update pleadings, create file related to summary judgment |  |

```
                                                           09/30/2003
ZAI Plaintiffs                                  Client No: 220305-11221M
                                                Statement No:    194110

W.R. Grace & Companies, et al.
CA No. 01-1139
A-01-771
```

|  |  | Hours |  |
|---|---|---:|---:|
|  | proceedings | 2.10 |  |
| 08/20/03 | | | |
| CJB | Exchange correspondence with co-counsel re: telephonic appearance. | 0.10 | |
| MY | Prepare attachments 1-25 of Reply to opposition re Summary Judgment for filing (2.3), arrange telephonic appearance of D. Scott (.1), complete filing of reply (.6) | 3.00 | |
| 08/21/03 | | | |
| MY | Review 8.25.03 agenda as related to ZAI science trial proceedings | 0.20 | |
| 08/25/03 | | | |
| MY | Update Fee application tracking chart with EARTM info | 0.30 | |
| 08/28/03 | | | |
| CJB | Exchange correspondence with Lukins & Annis re: 4th Quarterly Fee Application. | 0.10 | |
| 08/29/03 | | | |
| MY | Correspondence w/ fee auditor (email), forward fee apps as requested | 0.20 | |
|  | For Current Services Rendered | 35.10 | 3,623.00 |

### Recapitulation

| Timekeeper | Title | Hours | Rate | Total |
|---|---|---:|---:|---:|
| Sullivan, William D. | Partner | 1.20 | $220.00 | $264.00 |
| Charles J. Brown | Senior Associat | 7.10 | 190.00 | 1,349.00 |
| Michael Young | Paralegal | 26.80 | 75.00 | 2,010.00 |

### Advances

| Date | Description | Amount |
|---|---|---:|
| 08/08/03 | Reliable Copy Service - Outside photocopying (289 page scan @ .12 cents each, and transfer to disk @ 25.00) | 59.68 |
| 08/12/03 | Courier fee Tristate Courier & Carriage | 5.00 |
| 08/14/03 | Courier fee Tristate Courier & Carriage | 5.00 |
|  | Total Advances | 69.68 |
|  | Total Current Work | 3,692.68 |
|  | Balance Due | $3,692.68 |

## CERTIFICATE OF SERVICE

I, William D. Sullivan, Esquire, hereby certify that on October 30, 2003, service of the foregoing

- **Twelfth Monthly Application of Elzufon Austin Reardon Tarlov & Mondell, P.A. for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Zonolite Attic Insulation Claimants for the Period of August 1, 2003 through August 31, 2003**

was made upon the attached Service List via hand delivery and first class mail.

Dated: Wilmington, Delaware
       October 30, 2003

                                        /s/ *William D. Sullivan*
                                        William D. Sullivan

## SERVICE LIST

Laura Davis Jones, Esquire
David Carickoff, Esquire
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
Wilmington, DE  19899-8705

Frank J. Perch, Esquire
Office of the U.S. Trustee
844 King Street, Room 2313
Wilmington, DE  19801

Matthew G. Zaleski, III, Esquire
Campbell & Levine
800 King Street, Suite 300
Wilmington, DE  19801

Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE  19899

Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 27th Floor
New York, NY  10022

Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY  10038-4982

David Bernick, Esquire
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Theodore Tacconelli, Esquire
Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE  19899

Michael R. Lastowski, Esquire
Duane Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE  19801-1246

Teresa K.D. Currier, Esquire
Klett, Rooney, Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE  19801

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena
Price & Axelrod, LLP
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL  33131

J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL  60606

Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY  1002

William S. Katchen, Esquire
Duane, Morris & Heckcher, LLP
One Riverfront Plaza, 2nd Floor
Newark, NJ  07102

Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones
10100 Santa Monica Boulevard
Los Angeles, CA  90067-4100

David B. Seigel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD  21044

Peter Van N. Lockwood, Esquire
Julie W. Davis, Esquire
Trevor W. Swett, III, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, NW
Washington, DC  20005

James J. Restivo, Jr., Esquire
Reed Smith, LLP
435 Sixth Avenue
Pittsburgh, PA  15219-1886

Mark D. Collins, Esquire
Deborah E. Spivack, Esquire
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE  19899

William J.A. Sparks, Esquire
W.R. Grace & Company
919 N. Market, Suite 460
Wilmington, DE  19899

Warren H. Smith
Warren H. Smith and Associates
900 Jackson Street
120 Founders Square
Dallas, TX  75202