IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., *et al.*,<br><br>     Debtors. | Chapter 11<br>Case No. 01-01139 (JKF)<br>Jointly Administered<br><br>**Related Docket No. 4575**<br>**Objection Deadline:  October 31, 2003**<br>**Hearing Date:  November 17, 2003 at Noon** |

CERTIFICATE OF SERVICE

  I, Francis J. Murphy, Esquire, certify that on this 31st day of October 2003, copies of the foregoing **LONDON MARKET INSURERS' OBJECTION TO DEBTORS' APPLICATION FOR THE APPOINTMENT OF C. JUDSON HAMLIN AS LEGAL REPRESENTATIVE FOR FUTURE CLAIMANTS** were served upon counsel on the attached service list in the manner indicated.

                 **MURPHY SPADARO & LANDON**

                  /s/ Francis J. Murphy
                 Francis J. Murphy
                 824 N. Market Street
                 Suite 700
                 Wilmington, DE  19801
                 Tel:  (302) 654-4600
                 Fax:  (302) 654-4775
                 Fmurphy@msllaw.com

00106312