# EXHIBIT A

## W. R. Grace & Co., et al.
## District of Delaware, Bankruptcy Case No. 01-1139

## Report on Settlements of Certain Claims and Causes of Action
## July 1, 2003 through September 30, 2003

| Commonwealth of Massachusetts | W. R. Grace & Co.-Conn. ("Grace") | Based on a Massachusetts Appeals Court ruling, the 1986 tax liability of Grace was reduced on July 2, 2003. As a result, refund checks of $4,315,420 and $177,295 (including interest) were received. |
|---|---|---|
| Gerling-Konzern Allgemeine Versicherungs AG ("Gerling") and English & American Insurance Company Limited ("E&A") | W. R. Grace & Co. and W. R. Grace & Co.-Conn. (collectively, "Grace") | E&A challenged the legality of an agreement between Gerling and Grace entered into in 2000. The agreement provided that Gerling, a reinsurer under insurance policies fronted by E&A, paid Grace $2.2 million in exchange for Grace's agreeing not to submit asbestos claims to E&A. At the time, E&A was in bankruptcy in the UK and so was paying only about 20% of the value of each claim. But the terms of the reinsurance required Gerling to pay 100% of the value of each claim to E&A. By bypassing E&A, Gerling reduced its liability, and Grace received an amount up-front that was higher than it would have received over time had it continued to submit claims to E&A. In response to E&A's challenge of the agreement, Gerling and Grace brought a declaratory action in the English courts. Under the terms of the settlement, Gerling pays E&A $1.2 million, and Grace indirectly contributes $50,000 through allowing Gerling a general unsecured claim in the Grace bankruptcy for $50,000. The settlement became effective July 21, 2003 |