## EXHIBIT A

## W. R. Grace & Co., et al.
## District of Delaware, Bankruptcy Case No. 01-1139

### Report on *De Minimis* Asset Sales July 1, 2003 through September 30, 2003

### Part I – Sales in excess of $25,000, but less than $250,000.

| Contrarian Funds LLC, Buyer | W. R. Grace & Co.-Conn., Seller ("Grace") | On September 2, 2003, Grace sold its claim against Farmland Industries to Contrarian Funds LLC. Farmland is in Chapter 11, apparently headed for Chapter 7, and owed Grace $348,601.92 when it filed for Chapter 11. Grace had previously written off the full amount and will receive approximately $116,781.64 (about 33.5 cents on the dollar). Grace's reportable loss will be approximately $231,820.28. |
|---|---|---|

### Part II – Sales less than $25,000.

One *De Minimis* Asset Sale for $15,000 was recorded in the Ninth Quarter.