IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: November 20, 2003 at 4:00 p.m.** |
| | ) | **Hearing Date: December 15, 2003 at 12:00 p.m.** |

## NOTICE OF APPLICATION

TO:   PARTIES ON ATTACHED SERVICE LIST

Bilzin Sumberg Baena Price & Axelrod LLP has filed its Ninth Interim Quarterly Fee Application Request for Approval and Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Asbestos Property Damage Claimants for the Period of April 1, 2003 through June 30, 2003.

You are required to file an objection or response to the attached application on or before November 20, 2003 at 4:00 pm.

At the same time, you must also serve a copy of the objection or response upon the persons on the attached service list.

HEARING DATE ON THE APPLICATION HAS NOT BEEN DETERMINED.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Dated:  October 31, 2003

>BILZIN SUMBERG BAENA PRICE & AXELROD LLP
>Counsel to the Official Committee of Asbestos Property Damage Claimants
>2500 Wachovia Financial Center
>200 South Biscayne Boulevard
>Miami, Florida 33131-2385
>Telephone:  (305) 374-7580
>Facsimile: (305) 374-7593
>
>By:    /s/ Jay M. Sakalo
>       Scott L. Baena (Admitted Pro Hac Vice)
>       Jay M. Sakalo (Admitted Pro Hac Vice)

James H. M. Sprayregen, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Laura Davis Jones, Esq.
Pachulski, Stang, Ziehl, Young & Jones, P.C.
919 North Market Street
Suite 1600
P. O. Box 8705
Wilmington, DE 19899-8705

Lewis Kruger, Esq.
Stroock & Stroock & Lavan, LLP
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski, Esq.
Duane, Morris & Heckscher, LLP
1100 N. Market Street
Suite 1200
Wilmington, DE 19801-1246

Michael B. Joseph, Esq.
Ferry & Joseph, P.A.
824 Market Street
Suite 904
P. O. Box 1351
Wilmington, DE 19899

Elihu Inselbuch, Esq.
Caplin & Drysdale
399 Park Avenue
36th Floor
New York, NY 10022

Marla Rosoff Eskin, Esq.
Campbell & Levine, LLC
801 N. King Street
Suite 300
Wilmington, DE 19801

J. Douglas Bacon, Esq.
Latham & Watkins
Sears Tower
Suite 5800
Chicago, IL 60606

Steven M. Yoder, Esq.
The Bayard Firm
222 Delaware Avenue
Suite 900
P. O. Box 25130
Wilmington, DE 19899

United States Trustee
Attn: Frank J. Perch, Esq.
844 King Street, Room 2313
Wilmington, DE 19801

Warren H. Smith
Warren H. Smith & Associates, P.C.
Republic Center
325 N. St. Paul, Suite 4080
Dallas, TX 75201