## EXHIBIT "B"

## SUMMARY OF PRINCIPAL SERVICES RENDERED FOR THE PERIOD
## APRIL 1, 2003 THROUGH JUNE 30, 2003

1.  **Case Administration – 15537 – 177.55 hours ($34,334.00)**

    This matter covers the attention given to routine motions and pleadings, and preparation of responses thereto, the preparation of summaries and analyses of such papers for the PD Committee, and meetings with the Debtors or their professionals.  During this Application Period, the Applicant prepared for and attended a meeting in New York with Judge Wolin and the Committee chairs.

    The Applicant's focus on the administration of the Consolidated Cases during the Application Period continued to permit the PD Committee to remain fully informed about all on-going matters pending in the Consolidated Cases.

    During the Application Period, the Applicant spent time keeping track of developments in other pending asbestos bankruptcy cases that implicate property damage claims specifically, and asbestos issues generally.

    Further, at the request of the Committee, the Applicant, conducted research projects on pending legislation on asbestos issues and recent ABA directives.  Specifically, the Applicant reviewed, analyzed and counseled the Committee with respect to the proposed FAIR legislation which, if enacted, would establish a national asbestos trust fund.  The Applicant also responded to questions posed by the Committee related to the implications of the legislation on PD claims.

2.  **Debtors' Business Operations – 15538 – 13.1 hours ($3,212.50)**

    This matter covers the attention given to review and analysis of the Debtors' statement of affairs, schedules of assets and liabilities, monthly reports of operations and their Securities and Exchange Commission filings.

637043

During the Application Period, the Applicant reviewed and analyzed the Debtors' motion to pay defined benefit contributions. In analyzing the motion, the Applicant had multiple telephone conferences with the Debtors' counsel regarding the terms and effect of the proposed payment. During the course of the discussions, the Applicant (through consultation with the Committee) determined that the proposed relief sought by the Debtors was not in the best interests of the estate because the payments sought to be made were excessive. As a result, the Applicant attempted to reach an agreement with the Debtors with respect to the amount of payments the Committee would agree to. The Applicant was unable to reach an agreement with the Debtors' counsel, and thus, began drafting an objection to the motion. Ultimately, just prior to the deadline (extended for the Committee) to file an objection, the Committee and the Debtors reached an agreement on the amount of payments to be made.

3. **Creditors Committee – 15539 – 15.0 hours ($5,515.00)**

This matter covers formation, membership, and by-law issues of the PD Committee. It also covers attendance at PD Committee meetings, preparation of materials for and presentations thereon to the PD Committee, and the preparation of minutes of the meetings.

During the Application Period, the Applicant convened weekly telephonic meetings of the PD Committee and attended a meeting with Committee chairs, counsel and Judge Wolin. The Applicant prepared detailed agendas for each meeting, reviewed pending matters and issues in preparation therefor, and counseled the members in formulating a position on such matters and positions. Further, subsequent to the meetings the Applicant drafted, and circulated for review prior to adoption, drafts of minutes of the PD Committee meetings.

Throughout its representation of the PD Committee, the Applicant has aggressively and attentively represented the interests of the PD Committee. Assuming the role of liaison, the

2

637043

Applicant has continued to maintain continuous communications with the Debtors' counsel and PD Committee members and, at times, counsel to the personal injury claimants committee and counsel to the unsecured creditors' committee. The Applicant timely and professionally relayed information to PD Committee members through in-person meetings, telephone conference calls, e-mail and correspondence.

4. **Retention of Professionals – 15540 – .4 hours ($100.00)**

    Applicant reviewed the Debtors' application to retain Deloitte & Touche.

5. **Applicant's Fee Applications – 15543 – 18.6 hours ($2,246.00)**

    This matter covers time expended preparing monthly and quarterly fee applications for the Applicant.

    During the Application Period, the Applicant expended time preparing, drafting and filing its monthly fee applications, and interim quarterly fee application

    In addition, the Applicant prepared its response to the Fee Auditor's final report for the eighth quarterly period.

6. **Hearings – 15544 – 3.1 ($785.00)**

    This matter covers preparation for and attendance at hearings.

7  **Claims Analysis, Objection (asbestos) – 15545 – 61.0 hours ($6,100.00)**

    This matter covers the review and analysis of asbestos claims filed against the estates and objections thereto.

    During the Application Period, the Applicant received and reviewed the weekly "data dumps" of property damage claims filed. In addition, the Applicant addressed several issues with the PD Committee regarding the filing procedures, claim form and bar date.

8. **Fee Applications of Others – 17781 – 14.6 hours ($2,297.00)**

The Applicant assisted the PD Committee's asbestos claims expert, HR&A, with finalizing their respective fee applications during the Application Period.

Additionally the Applicant reviewed various fee applications filed during the Application Period and addressed issues raised by the fee auditor's office regarding applications for some of the PD Committee professionals.

9. **Travel – 15546 – 2.15 hours ($850.00)**

The Applicant traveled to Wilmington, Delaware to attend the omnibus hearing in January, 2003. In accordance with Local Rule 2016-2(d)(viii), all such time is being billed at fifty percent (50%) of regular hourly rates, to the extent work was not being performed en route.

10. **Litigation Consulting – 15563 – 5.1 hours ($1,475.00)**

The Applicant reviewed the motion to extend the deadline to file avoidance actions and conducted research regarding same.

11. **Plan and Disclosure Statement – 15554 – 5.8 hours ($1,450.00)**

Applicant reviewed the Plan and Disclosure Statement filed by Owens Corning

12. **ZAI Science Trial – 17905 – 2.6 hours ($668.00)**

Applicant reviewed the fee applications for Lukins and Annis and the status report sent to Judge Fitzgerald to determine status of proceedings.  In addition, Applicant also reviewed the GETF report on the EPA website