## BILZIN SUMBERG BAENA PRICE & AXELROD LLP

A PARTNERSHIP OF PROFESSIONAL ASSOCIATIONS
200 SOUTH BISCAYNE BOULEVARD, SUITE 2500 • MIAMI, FLORIDA  33131-5340
TELEPHONE: (305) 374-7580 • FAX: (305) 374-7593
E-MAIL: INFO@BILZIN.COM • WWW.BILZIN.COM

May 30, 2003

WR Grace-The Official Committee of Property Damage Claimants

Invoice #   66565

FOR PROFESSIONAL SERVICES RENDERED
     THROUGH April 30, 2003

Atty - SLB
RE:    01- Case Administration                                                                                                   Client No. 74817/15537

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 04/01/03 | NW | 1.70 | 170.00 | Pull case dockets and assemble relevant documents. |
| 04/02/03 | JMS | 0.90 | 225.00 | Emails from/to J Hass regarding asbestos valuation issues (.9). |
| 04/02/03 | NW | 2.30 | 230.00 | Pull case dockets and assemble relevant documents. |
| 04/03/03 | JMS | 0.90 | 225.00 | Review unsecured creditors committee motion to extend avoidance action deadline (.6); telephone conference with T. Tacconelli thereon (.3). |
| 04/03/03 | NW | 1.50 | 150.00 | Pull case dockets and assemble relevant documents. |
| 04/04/03 | JMS | 0.80 | 200.00 | Emails from/to D. Speights regarding questions on 524(g) (.8). |
| 04/04/03 | NW | 1.00 | 100.00 | Pull case dockets and assemble relevant documents. |
| 04/07/03 | NW | 0.50 | 50.00 | Pull case dockets and assemble relevant documents. |
| 04/08/03 | SLB | 0.30 | 150.00 | Review motion to extend deadline to assume/reject (.3). |
| 04/08/03 | JMS | 0.20 | 50.00 | Email from S. Baena to K. Pasquale regarding avoidance claims (.2). |
| 04/10/03 | ASD | 1.40 | 350.00 | Interoffice conference with Scott Baena regarding financial information requested by Committee Chair (.1); continue research regarding same (1.3). |
| 04/10/03 | JMS | 3.50 | 875.00 | Prepare for meeting with experts (3.5). |
| 04/10/03 | NW | 1.00 | 100.00 | Pull case dockets and assemble relevant documents. |
| 04/11/03 | ASD | 1.90 | 475.00 | Continue research regarding financial information issues at request of Committee Chair (Split with USG). |
| 04/11/03 | JMS | 2.30 | 575.00 | Prepare therefor (1.5); review docket (.3); telephone conference with committee member regarding status of pending matters (.5). |
| 04/11/03 | NW | 0.80 | 80.00 | Pull case dockets and assemble relevant documents. |
| 04/14/03 | SLB | 0.00 | 0.00 | Telephone call to E. Wohlforth regarding hearing (0.0). |
| 04/14/03 | NW | 0.40 | 40.00 | Pull case dockets and assemble relevant documents. |
| 04/15/03 | NW | 0.50 | 50.00 | Pull case dockets and assemble relevant documents. |
| 04/17/03 | SLB | 0.40 | 200.00 | Telephone call to E. Wolforth (.1); attention to notice and motion of unsecured creditors regarding sec. 546 (.3). |
| 04/18/03 | JMS | 1.80 | 450.00 | Memo regarding open issues. |
| 04/21/03 | SLB | 0.20 | 100.00 | Emails from D. Speights and M. Dies regarding Weitz & Luxemburg (.2). |
| 04/21/03 | JMS | 2.40 | 600.00 | Telephone conference with T. Tacconelli regarding hearing on 4/28 (.2); review agenda (.2); memo to committee regarding pending matters (.6); research regarding strategic action (1.4). |
| 04/21/03 | NW | 0.70 | 70.00 | Pull case dockets and assemble relevant documents. |
| 04/22/03 | SLB | 0.30 | 150.00 | Telephone call from Judge Wolin's chambers and email to D. Speights and M. Dies regarding meeting (.3). |
| 04/22/03 | JMS | 2.30 | 575.00 | Emails from/to J. Hass (x4) regarding follow up questions from meeting (.8); review pleadings from Combustion Engineering (1/2 time with USG) (1.5). |
| 04/22/03 | NW | 1.80 | 180.00 | Pull case dockets and assemble relevant documents. |
| 04/23/03 | JMS | 0.60 | 150.00 | Emails from/to committee chair regarding questions on pending matters (.6). |
| 04/23/03 | NW | 1.00 | 100.00 | Review case dockets and assemble relevant documents. |
| 04/24/03 | JMS | 0.40 | 100.00 | Telephone conference with committee chair regarding status of pending matters, questions about hearing (.4). |
| 04/24/03 | NW | 4.50 | 450.00 | Review case dockets and assemble relevant documents (1.5); research issues |

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| Date | Initials | Hours | Amount | Description |
|---|---|---|---|---|
| | | | | requested by committee chairs (3). |
| 04/25/03 | NW | 4.00 | 400.00 | Review case dockets and assemble relevant documents (1); research issues requested by committee chairs (3). |
| 04/26/03 | JMS | 1.60 | 400.00 | Emails from/to S. Baena regarding asbestos litigation and research thereon (1/2 time with USG) (1.6). |
| 04/28/03 | SLB | 0.50 | 250.00 | Telephone conference with M. Dies, D. Speights [time split w/USG] regarding meeting with Judge Wolin (.5). |
| 04/28/03 | JMS | 1.30 | 325.00 | Telephone conference with D. Speights, M. Dies, S. Baena regarding strategic actions (.7); telephone conference with F. Rabinovitz regarding pending legislation and follow up email to S. Baena (.6). |
| 04/28/03 | NW | 1.30 | 130.00 | Pull case dockets and assemble relevant documents (.5); assemble and organize committee chair research materials (.8). |
| 04/29/03 | ASD | 0.80 | 200.00 | Continue research regarding financial issues for Chair. |
| 04/29/03 | JMS | 0.30 | 75.00 | Email from C. Lane regarding OCPs (.3). |
| 04/29/03 | NW | 0.50 | 50.00 | Pull case dockets and assemble relevant documents. |
| 04/30/03 | ASD | 2.70 | 675.00 | Continue research regarding economic issues for committee chair. |
| 04/30/03 | JMS | 1.10 | 275.00 | Telephone conference with Jeff Schwartz (claimant counsel) regarding status of case (.7); telephone conference with D. Speights regarding strategic actions (.4). |
| 04/30/03 | NW | 0.50 | 50.00 | Pull case dockets and assemble relevant documents. |

**PROFESSIONAL SERVICES** $10,050.00

**COSTS ADVANCED**

| Date | Description | Amount |
|---|---|---|
| 10/31/02 | Messenger ServicesVENDOR: EXEC2000 COURIER SYSTEMS; INVOICE#: I47021; DATE: 11/2/02 - Courier Service | 24.00 |
| 11/11/02 | Pacer - Online ServicesVENDOR: PACER SERVICE CENTER; INVOICE#: 10/01/02-12/31/02; DATE: 12/31/02 - Pacer | 13.79 |
| 11/22/02 | Federal ExpressVENDOR: FEDERAL EXPRESS CORP. INVOICE#: 449037781 DATE: 11/27/02 | 17.87 |
| 12/03/02 | Pacer - Online ServicesVENDOR: PACER SERVICE CENTER; INVOICE#: 10/01/02-12/31/02; DATE: 12/31/02 - Pacer | 5.88 |
| 12/03/02 | Pacer - Online ServicesVENDOR: PACER SERVICE CENTER; INVOICE#: 10/01/02-12/31/02; DATE: 12/31/02 - Pacer | 5.88 |
| 12/06/02 | Lexis - Online Legal ResearchVENDOR: LEXIS-NEXIS; INVOICE#: 0212013381; DATE: 12/31/02 - Lexis Nexis | 87.41 |
| 12/10/02 | Long Distance Telephone-Outside ServicesVENDOR: CONNECT-US COMMUNICATIONS LLC; INVOICE#: 2121519054; DATE: 12/15/02 - Acct.#BILZIN01 | 39.99 |
| 12/12/02 | Long Distance Telephone-Outside ServicesVENDOR: CONNECT-US COMMUNICATIONS LLC; INVOICE#: 2121519054; DATE: 12/15/02 - Acct.#BILZIN01 | 16.05 |
| 12/13/02 | Long Distance Telephone-Outside ServicesVENDOR: CONNECT-US COMMUNICATIONS LLC; INVOICE#: 2121519054; DATE: 12/15/02 - Acct.#BILZIN01 | 35.48 |
| 12/18/02 | Searches/Title/Name/Corp SearchesLivedgar - VENDOR: GLOBAL SECURITIES INFORMATION, INC.; INVOICE#: IN000126205; DATE: 12/31/02 - Acct.#RUBINBFL | 73.50 |
| 01/30/03 | Photocopies  4.00pgs @ .15/pg | 0.60 |
| 02/06/03 | Photocopies  421.00pgs @ .15/pg | 63.15 |
| 02/06/03 | Long Distance Telephone(973) 644-5931 | 2.95 |
| 02/25/03 | AirfareCancellation fee for Hotel - Baltimore, MD - VENDOR: BANKCARD CENTER; INVOICE#: 03/10/03; DATE: 3/10/03 - Acct.#5477950088990006 | 72.57 |
| 03/06/03 | Postage | 0.83 |

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| Date | Description | Amount |
|---|---|---|
| 03/17/03 | Searches/Title/Name/Corp SearchesVENDOR: GLOBAL SECURITIES INFORMATION, INC.; INVOICE#: IN000132744; DATE: 3/31/03 - Acct.#RUBINBFL | 28.00 |
| 03/18/03 | Lexis - Online Legal ResearchVENDOR: LEXIS-NEXIS; INVOICE#: 0303034403; DATE: 3/31/03 - Lexis Nexis online charges | 144.47 |
| 03/23/03 | Long Distance Telephone-Outside ServicesVENDOR: CONNECT-US COMMUNICATIONS LLC; INVOICE#: 3032324621; DATE: 3/23/03 - Firm - Acct.#BILZIN01 | 17.74 |
| 03/26/03 | Lexis - Online Legal ResearchVENDOR: LEXIS-NEXIS; INVOICE#: 0303034403; DATE: 3/31/03 - Lexis Nexis online charges | 51.76 |
| 03/27/03 | Long Distance Telephone-Outside ServicesVENDOR: CONNECT-US COMMUNICATIONS LLC; INVOICE#: 3033024832; DATE: 3/30/03 - Acct.#BILZIN01 | 7.86 |
| 03/31/03 | Pacer - Online ServicesVENDOR: PACER SERVICE CENTER; INVOICE#: 01/01/03-03/31/03; DATE: 4/8/03 - Pacer Charges | 353.01 |
| 04/01/03 | Photocopies  32.00pgs @ .15/pg | 4.80 |
| 04/01/03 | Telecopies   10.00pgs @ .50/pg | 5.00 |
| 04/01/03 | Telecopies   4.00pgs @ .50/pg | 2.00 |
| 04/01/03 | Long Distance Telephone(803) 943-4599 | 2.50 |
| 04/01/03 | Long Distance Telephone(310) 645-9000 | 2.50 |
| 04/02/03 | Photocopies  498.00pgs @ .15/pg | 74.70 |
| 04/03/03 | Telecopies   4.00pgs @ .50/pg | 2.00 |
| 04/03/03 | Long Distance Telephone(310) 645-9000 | 1.66 |
| 04/03/03 | Long Distance Telephone(302) 575-1555 | 7.49 |
| 04/04/03 | Long Distance Telephone(803) 943-6047 | 21.62 |
| 04/04/03 | Long Distance Telephone(509) 242-2225 | 2.50 |
| 04/07/03 | Long Distance Telephone(301) 986-4460 | 1.66 |
| 04/08/03 | Long Distance Telephone(409) 883-4394 | 0.83 |
| 04/10/03 | Photocopies  294.00pgs @ .15/pg | 44.10 |
| 04/10/03 | Long Distance Telephone(212) 813-1703 | 1.66 |
| 04/10/03 | Long Distance Telephone(201) 665-4279 | 0.83 |
| 04/10/03 | MealsVENDOR: SCOTT L. BAENA; INVOICE#: SLB-04/10/03; DATE: 4/10/03 - Client - 15537 | 76.95 |
| 04/11/03 | MealsVENDOR: PERRICONE'S MARKETPLACE; INVOICE#: 379-04/11/03; DATE: 4/11/03 - Client - 15537 | 92.78 |
| 04/11/03 | Searches/Title/Name/Corp SearchesLivedgar - VENDOR: GLOBAL SECURITIES INFORMATION, INC.; INVOICE#: IN000134785; DATE: 4/30/03 - Acct.#RUBINFL | 11.75 |
| 04/15/03 | Photocopies  5.00pgs @ .15/pg | 0.75 |
| 04/16/03 | Long Distance Telephone(409) 883-4394 | 1.66 |
| 04/17/03 | Long Distance Telephone(212) 813-1703 | 0.83 |
| 04/17/03 | Long Distance Telephone(973) 645-2580 | 0.83 |
| 04/21/03 | Photocopies  1310.00pgs @ .15/pg | 196.50 |
| 04/21/03 | Photocopies  26.00pgs @ .15/pg | 3.90 |
| 04/21/03 | Telecopies   6.00pgs @ .50/pg | 3.00 |
| 04/21/03 | Telecopies   6.00pgs @ .50/pg | 3.00 |
| 04/21/03 | Telecopies   6.00pgs @ .50/pg | 3.00 |
| 04/21/03 | Telecopies   6.00pgs @ .50/pg | 3.00 |
| 04/21/03 | Postage | 2.44 |
| 04/21/03 | Postage | 10.60 |
| 04/21/03 | Long Distance Telephone(803) 943-4599 | 2.50 |
| 04/21/03 | Long Distance Telephone(409) 883-4814 | 2.50 |
| 04/21/03 | Long Distance Telephone(803) 943-4599 | 2.50 |

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| | | |
|---|---|---:|
| 04/21/03 | Long Distance Telephone(409) 883-4814 | 2.50 |
| 04/21/03 | Long Distance Telephone(302) 575-1555 | 2.50 |
| 04/22/03 | Long Distance Telephone(212) 872-1096 | 13.31 |
| 04/22/03 | Long Distance Telephone(803) 943-4444 | 3.33 |
| 04/22/03 | Long Distance Telephone(507) 333-4599 | 3.33 |
| 04/22/03 | Long Distance Telephone(507) 333-4599 | 2.50 |
| 04/25/03 | Photocopies  706.00pgs @ .15/pg | 105.90 |
| 04/28/03 | Long Distance Telephone(409) 883-4394 | 0.83 |
| 04/28/03 | Long Distance Telephone(803) 943-4444 | 65.70 |
| 04/28/03 | Long Distance Telephone(409) 883-4394 | 64.04 |
| 04/28/03 | Long Distance Telephone(831) 626-8152 | 16.63 |
| 04/29/03 | Photocopies  305.00pgs @ .15/pg | 45.75 |
| 04/29/03 | Long Distance Telephone(843) 524-5708 | 14.97 |
| 04/29/03 | Long Distance Telephone(310) 645-9000 | 0.83 |
| 04/29/03 | AirfareTravel from Newark - VENDOR: Continental Travel; INVOICE#: 288273; DATE: 4/29/03 - Client - 15537 | 53.75 |
| 04/30/03 | Photocopies  2.00pgs @ .15/pg | 0.30 |
| 04/30/03 | Telecopies   6.00pgs @ .50/pg | 3.00 |
| 04/30/03 | Long Distance Telephone(843) 524-5708 | 4.16 |
| 04/30/03 | Long Distance Telephone(903) 453-2169 | 1.66 |

**TOTAL COSTS ADVANCED** $2,062.12

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---:|---:|---:|
| Baena, Scott L | 1.70 | 500.00 | $850.00 |
| Danzeisen, Allyn S | 6.80 | 250.00 | $1,700.00 |
| Sakalo, Jay M | 20.40 | 250.00 | $5,100.00 |
| Wong, Nichole | 24.00 | 100.00 | $2,400.00 |
| TOTAL | 52.90 | | $10,050.00 |

### MATTER SUMMARY OF COSTS ADVANCED

| | |
|---|---:|
| Airfare | $126.32 |
| Photocopies | $540.45 |
| Telecopies | $24.00 |
| Federal Express | $17.87 |
| Long Distance Telephone | $253.31 |
| Long Distance Telephone-Outside Services | $117.12 |
| Lexis - Online Legal Research | $283.64 |
| Meals | $169.73 |
| Messenger Services | $24.00 |
| Pacer - Online Services | $378.56 |
| Postage | $13.87 |
| Searches/Title/Name/Corp Searches | $113.25 |
| TOTAL | $2,062.12 |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER** **$12,112.12**

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

|  |  |  |  | Atty - SLB |
|---|---|---|---|---|
| RE: | 03 - Creditors Committee | | | Client No. 74817/15539 |

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 04/04/03 | SLB | 0.70 | 350.00 | Telephone call from D. Speights regarding various matters for committee attention (.5); email to M. Dies regarding meeting (.2). |
| 04/10/03 | SLB | 1.00 | 500.00 | Committee meeting with committee chairs (1.0). |
| 04/10/03 | JMS | 1.00 | 250.00 | Strategy meeting with D. Speights, M. Dies, S. Baena (1.0). |
| 04/11/03 | SLB | 3.50 | 1,750.00 | Committee meeting with committee chairs and professionals (3.5). |
| 04/11/03 | JMS | 3.50 | 875.00 | Meeting with experts, committee members regarding strategy (3.5). |

**PROFESSIONAL SERVICES** $3,725.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Baena, Scott L | 5.20 | 500.00 | $2,600.00 |
| Sakalo, Jay M | 4.50 | 250.00 | $1,125.00 |
| *TOTAL* | *9.70* | | *$3,725.00* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER** $3,725.00

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

|  |  |  | Atty - SLB |
|---|---|---|---|
| RE: | 07 - Applicant's Fee Application | | Client No. 74817/15543 |

| Date | Initials | Hours | Amount | Description |
|---|---|---|---|---|
| 04/17/03 | NW | 1.00 | 100.00 | Draft notices of filing for fee applications. |
| 04/22/03 | LMF | 0.50 | 55.00 | Assist N. Wong with project on fees (.5). |
| 04/29/03 | LMF | 0.80 | 88.00 | Update notices of filing fees for the bankruptcy case and the fraudulent transfer case for February and March and submit to local counsel for filing and serving (.8). |

**PROFESSIONAL SERVICES** $243.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Flores, Luisa M | 1.30 | 110.00 | $143.00 |
| Wong, Nichole | 1.00 | 100.00 | $100.00 |
| *TOTAL* | *2.30* | | *$243.00* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER** **$243.00**

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

|  |  |
|---|---|
| RE: 08 - Hearings | Atty - SLB<br>Client No. 74817/15544 |

| Date | | Hours | Amount | Description |
|---|---|---|---|---|
| 04/28/03 | JMS | 0.90 | 225.00 | Prepare for and attend omnibus hearing by telephone (.9). |

**PROFESSIONAL SERVICES** $225.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Sakalo, Jay M | 0.90 | 250.00 | $225.00 |
| *TOTAL* | *0.90* | | *$225.00* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER** **$225.00**

# Bilzin Sumberg Baena Price & Axelrod LLP

Atty - SLB
Re: 09 - Claims Analysis, Objection, Resolution & Estimation (asbestos)    Client No. 74817/15545

| Date | | Hours | Amount | Description |
|---|---|---|---|---|
| 04/14/03 | NW | 2.50 | 250.00 | Review new property damage claim forms and update property damage claim register. |
| 04/17/03 | NW | 3.00 | 300.00 | Review new property damage claim forms and update property damage claim register. |
| 04/18/03 | NW | 6.00 | 600.00 | Review new property damage claim forms and update property damage claim register. |
| 04/21/03 | NW | 3.00 | 300.00 | Assemble new property damage claim forms and update claim register. |
| 04/22/03 | NW | 0.70 | 70.00 | Phone calls with Rust Consulting regarding property damage claim register. |
| 04/29/03 | NW | 2.00 | 200.00 | Assemble new property damage claim forms and update claim register. |
| 04/30/03 | NW | 2.00 | 200.00 | Assemble new property damage claim forms and update claim register. |

**PROFESSIONAL SERVICES** $1,920.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Wong, Nichole | 19.20 | 100.00 | $1,920.00 |
| *Total* | *19.20* | | *$1,920.00* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER** $1,920.00

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

|  |  |  |  | Atty - SLB |
|---|---|---|---|---|
| RE: | 11 - Fraudulent Transfer Litigation (Sealed Air/Fresenius) |  |  | Client No. 74817/15547 |

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 04/01/03 | JMS | 0.20 | 50.00 | Telephone conferences with D. Rosenbloom regarding motion (.6); review email thereon (.2). |
| 04/01/03 | SJA | 0.70 | 77.00 | Interoffice conference with J. Sakalo re: docket entries (.1); review dockets for adversary cases and main case and obtain docket numbers for motion to approve settlement (.6). |
| 04/02/03 | JMS | 1.50 | 375.00 | Email to D Rosenbloom regarding comments on draft order (.6); email from J. Baer regarding tax comments (.3); email to/from J. Baer regarding potential meeting (.3); email to D. Rosenbloom, J. Baer regarding draft motion (.3). |
| 04/03/03 | JMS | 0.70 | 175.00 | Emails to/from D. Rosenbloom, C. Rizek, N. Finch regarding status (.3); revise bill (.4). |
| 04/04/03 | SLB | 0.30 | 150.00 | Emails received regarding Fresenius order (.3). |
| 04/04/03 | JMS | 0.70 | 175.00 | Emails from/to D. Rosenbloom regarding settlement agreement (.7). |
| 04/07/03 | JMS | 0.30 | 75.00 | Email from D. Rosenbloom regarding filing of motion (.3). |
| 04/08/03 | SLB | 0.30 | 150.00 | Email to H. Wasserstein et al regarding status (.2); email to L. Flores regarding holdback application (.1). |
| 04/08/03 | JMS | 0.70 | 175.00 | Emails from/to D. Rosenbloom regarding status (.4); email from/to S. Baena regarding same (.3). |
| 04/09/03 | SLB | 0.20 | 100.00 | Email to and from B. Wolf regarding status (.2). |
| 04/10/03 | JMS | 0.30 | 75.00 | Conference call with J. Baer, D. Rosenbloom regarding comments to Fresenius agreement (.3). |
| 04/11/03 | JMS | 2.00 | 500.00 | Telephone conference with D. Rosenbloom, J. Baer regarding final comments to motion and order approving settlement agreement (.7); revise motion accordingly (.4); email to T. Tacconelli regarding filing of motion and exhibits (.4); review letter from J. Baer regarding Sealed Air settlement (.5). |
| 04/13/03 | JMS | 0.40 | 100.00 | Email from D. Rosenbloom regarding revised and final order (.4). |
| 04/15/03 | JMS | 1.10 | 275.00 | Emails to/from T. Tacconelli re: Fresenius settlement (.6); emails to D. Rosenbloom re: same (.5). |
| 04/16/03 | SLB | 0.60 | 300.00 | Emails and telephone call from M. Dies regarding settlement, fees, etc. (.5); telephone call to E. Wohlforth regarding fee apps and meeting with judge (.1). |
| 04/17/03 | NW | 0.80 | 80.00 | Draft notices of filing for fee applications. |
| 04/18/03 | MEW | 0.40 | 150.00 | Review motion for order authorizing settlement. |
| 04/18/03 | SLB | 0.40 | 200.00 | Telephone call from H. Wasserstein regarding status (.2); email to P. Lockwood regarding same (.2). |
| 04/18/03 | JZJ | 1.10 | 236.50 | Emails to/from T. Tacconelli re: Fresenius settlement (.6); emails to D. Rosenbloom re: same (.5). |
| 04/21/03 | SLB | 0.20 | 100.00 | Telephone call from M. Dies regarding discussions with Russell Budd (.2). |
| 04/23/03 | SLB | 0.20 | 100.00 | Email from and to D. Speights regarding settlement motion (.2). |
| 04/23/03 | NW | 1.00 | 100.00 | Research and review past fee applications. |
| 04/24/03 | JMS | 0.50 | 125.00 | Emails regarding status of Sealed Air matter (.5). |
| 04/25/03 | SLB | 0.50 | 250.00 | Email to counsel regarding fee apps (.2); email to and from H. Wasserstein (.2); email to P. Lockwood (.1). |
| 04/27/03 | JMS | 0.30 | 75.00 | Emails from J. Baer, P. Lockwood regarding status (.3). |
| 04/28/03 | SLB | 0.70 | 350.00 | Email from and to P. Lockwood regarding Sealed Air settlement delays (.2); emails to and from H. Wasserstein regarding same (.5). |
| 04/29/03 | SLB | 0.50 | 250.00 | Telephone call from H. Wasserstein and B. Wolf and email to P. |

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| Date | TK | Hours | Rate | Description |
|---|---|---|---|---|
| | | | | Lockwood regarding same (.5). |
| 04/29/03 | JMS | 1.00 | 250.00 | Telephone conference with D. Rosenbloom regarding status of motion to approve settlement (.3); begin review of redraft from Sealed Air (.7). |
| 04/30/03 | SLB | 0.30 | 150.00 | Interoffice emails to and from J. Sakalo regarding tax issues in Sealed Air settlement (.3). |
| 04/30/03 | JMS | 1.00 | 250.00 | Telephone conference with C. Rizek regarding redraft of Sealed Air Agreement (.4); emails from/to S. Baena thereon (.6). |

**PROFESSIONAL SERVICES** $5,418.50

COSTS ADVANCED

| Date | Description | Amount |
|---|---|---|
| 02/20/03 | Pacer - Online ServicesVENDOR: PACER SERVICE CENTER; INVOICE#: 01/01/03-03/31/03; DATE: 4/8/03 - Pacer Charges | 0.98 |
| 03/01/03 | Searches/Title/Name/Corp SearchesVENDOR: GLOBAL SECURITIES INFORMATION, INC.; INVOICE#: IN000132744; DATE: 3/31/03 - Acct.#RUBINBFL | 14.50 |
| 03/04/03 | Searches/Title/Name/Corp SearchesVENDOR: GLOBAL SECURITIES INFORMATION, INC.; INVOICE#: IN000132744; DATE: 3/31/03 - Acct.#RUBINBFL | 172.50 |
| 03/20/03 | Lexis - Online Legal ResearchVENDOR: LEXIS-NEXIS; INVOICE#: 0303034403; DATE: 3/31/03 - Lexis Nexis online charges | 7.88 |
| 03/20/03 | MealsVENDOR: DELI LANE; INVOICE#: 288-03/20/03; DATE: 3/20/03 - Clients | 15.00 |
| 04/03/03 | Photocopies 238.00pgs @ .15/pg | 35.70 |
| 04/03/03 | Federal ExpressVENDOR: FEDERAL EXPRESS CORP. INVOICE#: 464162100 DATE: 4/7/03 | 13.26 |
| 04/11/03 | Photocopies 8.00pgs @ .15/pg | 1.20 |
| 04/11/03 | Long Distance Telephone(302) 575-1555 | 1.66 |
| 04/11/03 | Federal ExpressVENDOR: FEDERAL EXPRESS CORP. INVOICE#: 468817540 DATE: 4/16/03 | 7.99 |
| 04/14/03 | Long Distance Telephone(202) 862-5000 | 9.15 |
| 04/15/03 | Long Distance Telephone(302) 575-1555 | 1.66 |
| 04/22/03 | Long Distance Telephone(312) 861-2162 | 0.83 |

**TOTAL COSTS ADVANCED** $282.31

MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Widom, Mitchell E | 0.40 | 375.00 | $150.00 |
| Baena, Scott L | 4.20 | 500.00 | $2,100.00 |
| Jones, Jason Z | 1.10 | 215.00 | $236.50 |
| Sakalo, Jay M | 10.70 | 250.00 | $2,675.00 |
| Anderson, Silvia J | 0.70 | 110.00 | $77.00 |
| Wong, Nichole | 1.80 | 100.00 | $180.00 |
| *TOTAL* | *18.90* | | *$5,418.50* |

MATTER SUMMARY OF COSTS ADVANCED

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| | |
|---|---|
| Photocopies | $36.90 |
| Federal Express | $21.25 |
| Long Distance Telephone | $13.30 |
| Lexis - Online Legal Research | $7.88 |
| Meals | $15.00 |
| Pacer - Online Services | $0.98 |
| Searches/Title/Name/Corp Searches | $187.00 |
| TOTAL | $282.31 |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER**     **$5,700.81**

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  |  | Atty - SLB |
| RE: | 18 - Plan & Disclosure Statement |  |  | Client No. 74817/15554 |

| | | | | |
|---|---|---|---|---|
| 04/29/03 | JMS | 2.50 | 625.00 | Review Owens Corning Plan (1/2 time with USG) (2.5). |

**PROFESSIONAL SERVICES** $625.00

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Sakalo, Jay M | 2.50 | 250.00 | $625.00 |
| *TOTAL* | *2.50* |  | *$625.00* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER** **$625.00**

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

|  |  |  |  | Atty - SLB |
|---|---|---|---|---|
| RE: | 27 - Litigation Consulting |  |  | Client No. 74817/15563 |

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 04/04/03 | SLB | 0.30 | 150.00 | Review motion to extend deadline to file avoidance actions (.3). |
| 04/08/03 | SLB | 0.50 | 250.00 | Review unsecured creditors committee motion to extend 546 deadline and email to K. Pasquale regarding same (.5). |
| 04/10/03 | JMS | 1.30 | 325.00 | Review Babcock & Wilcox Trust Distribution Procedures (1/2 time with USG) (1.3). |
| 04/28/03 | JMS | 1.90 | 475.00 | Research regarding strategic action (1/2 time with USG) (1.9). |
| 04/30/03 | JMS | 1.10 | 275.00 | Continue research regarding strategic action (1/2 time with USG) (1.1). |

**PROFESSIONAL SERVICES** $1,475.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Baena, Scott L | 0.80 | 500.00 | $400.00 |
| Sakalo, Jay M | 4.30 | 250.00 | $1,075.00 |
| *TOTAL* | *5.10* |  | *$1,475.00* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER** $1,475.00

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

|  |  |  | Atty - SLB |
|---|---|---|---|
| RE: | 30 - Fee Application of Others | | Client No. 74817/17781 |

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 04/02/03 | JMS | 0.70 | 175.00 | Review February Kirkland & Ellis bill (.3); review Reed Smith bill (.4). |
| 04/07/03 | JMS | 0.40 | 100.00 | Review Stroock February bill (.4). |
| 04/10/03 | JMS | 0.40 | 100.00 | Review four final quarterly reports (.4). |
| 04/17/03 | SLB | 0.20 | 100.00 | Email to D. Speights regarding fee app in ZAI (.2). |
| 04/21/03 | JMS | 0.30 | 75.00 | Review five final reports (.3). |
| 04/28/03 | JMS | 0.20 | 50.00 | Email to J. Kapp regarding OCPs (.2). |

**PROFESSIONAL SERVICES** $600.00

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Baena, Scott L | 0.20 | 500.00 | $100.00 |
| Sakalo, Jay M | 2.00 | 250.00 | $500.00 |
| *TOTAL* | *2.20* | | *$600.00* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER** $600.00

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

*CLIENT SUMMARY OF PROFESSIONAL SERVICES THIS PERIOD*

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| **Widom, Mitchell E** | **0.40** | **375.00** | $150.00 |
| **Danzeisen, Allyn S** | **6.80** | **250.00** | $1,700.00 |
| **Baena, Scott L** | **12.10** | **500.00** | $6,050.00 |
| **Jones, Jason Z** | **1.10** | **215.00** | $236.50 |
| **Flores, Luisa M** | **1.30** | **110.00** | $143.00 |
| **Sakalo, Jay M** | **45.30** | **250.00** | $11,325.00 |
| **Anderson, Silvia J** | **0.70** | **110.00** | $77.00 |
| **Wong, Nichole** | **46.00** | **100.00** | $4,600.00 |

**TOTAL PROFESSIONAL FEES THIS PERIOD**     $24,281.50

*CLIENT SUMMARY OF COSTS ADVANCED*

| | |
|---|---|
| *Airfare* | *$126.32* |
| *Photocopies* | *$577.35* |
| *Telecopies* | *$24.00* |
| *Federal Express* | *$39.12* |
| *Long Distance Telephone* | *$266.61* |
| *Long Distance Telephone-Outside Services* | *$117.12* |
| *Lexis - Online Legal Research* | *$291.52* |
| *Meals* | *$184.73* |
| *Messenger Services* | *$24.00* |
| *Pacer - Online Services* | *$379.54* |
| *Postage* | *$13.87* |
| *Searches/Title/Name/Corp Searches* | *$300.25* |

**TOTAL COSTS ADVANCED THIS PERIOD**     $2,344.43

**TOTAL AMOUNT DUE THIS PERIOD**     <u>$26,625.93</u>

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

## CLIENT SUMMARY

|  | TIME | COSTS ADVANCED | TOTAL |
|---|---|---|---|
| **BALANCE AS OF - 04/30/03** | | | |
| **WR Grace-Official Committee of Prope** | | | |
| 01 - Case Administration/15537 | 10,050.00 | 2,062.12 | 12,112.12 |
| 03 - Creditors Committee/15539 | 3,725.00 | 0.00 | 3,725.00 |
| 07 - Applicant's Fee Application/15543 | 243.00 | 0.00 | 243.00 |
| 08 - Hearings/15544 | 225.00 | 0.00 | 225.00 |
| 09 - Claims Analysis, Objection, Resolution & Estimation (asbestos)/15545 | 1,920.00 | 0.00 | 1,920.00 |
| 11 - Fraudulent Transfer Litigation (Sealed Air/Fresenius)/15547 | 5,418.50 | 282.31 | 5,700.81 |
| 18 - Plan & Disclosure Statement/15554 | 625.00 | 0.00 | 625.00 |
| 27 - Litigation Consulting/15563 | 1,475.00 | 0.00 | 1,475.00 |
| 30 - Fee Application of Others/17781 | 600.00 | 0.00 | 600.00 |
| Client Total | $24,281.50 | $2,344.43 | $26,625.93 |