# BILZIN SUMBERG BAENA PRICE & AXELROD LLP
A PARTNERSHIP OF PROFESSIONAL ASSOCIATIONS
200 SOUTH BISCAYNE BOULEVARD, SUITE 2500 • MIAMI, FLORIDA  33131-5340
TELEPHONE: (305) 374-7580 • FAX: (305) 374-7593
E-MAIL: INFO@BILZIN.COM • WWW.BILZIN.COM

July 15, 2003

WR Grace-The Official Committee of Property Damage Claimants

Invoice #   67799

FOR PROFESSIONAL SERVICES RENDERED
    THROUGH June 30, 2003

Atty - SLB
RE:   01- Case Administration                                              Client No. 74817/15537

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 06/02/03 | JMS | 1.10 | 297.00 | Conference with R. Rosen, A. Josephs re explanation of project for continuing status report (0.7); Research re background for project (0.4). |
| 06/02/03 | NCP | 2.30 | 713.00 | Research regarding Hatch Bill, Fairness Act. |
| 06/02/03 | NW | 5.50 | 550.00 | Review case dockets and assemble relevant proceedings (1); create summaries of Owens Corning objections (5). |
| 06/02/03 | AJ | 0.60 | 60.00 | Conference with R. Rosen and J. Sakalo regarding status report project. |
| 06/02/03 | RR | 0.50 | 50.00 | Interoffice meeting with J. Sakalo describing project of reviewing case dockets and updating J. Sakalo with status reports. |
| 06/03/03 | NCP | 0.20 | 62.00 | Conference with S. Baena regarding Fairness Act. |
| 06/03/03 | NW | 6.70 | 670.00 | Review case dockets and assemble relevant proceedings (1.7); create summaries of Owens Corning objections (5). |
| 06/04/03 | JMS | 0.70 | 189.00 | Review Cybergenics 3rd Circuit opinion. |
| 06/04/03 | NW | 1.00 | 100.00 | Review case dockets and assemble relevant proceedings. |
| 06/05/03 | NW | 0.80 | 80.00 | Review case dockets and assemble relevant proceedings. |
| 06/06/03 | NW | 0.60 | 60.00 | Review case dockets and assemble relevant proceedings. |
| 06/09/03 | NCP | 1.50 | 465.00 | Research regarding status of bill, transcript and mark-up meeting. |
| 06/09/03 | AH | 0.50 | 85.00 | Status update on S.1125; note re: same. |
| 06/09/03 | NW | 0.80 | 80.00 | Review case dockets and assemble relevant proceedings. |
| 06/09/03 | AJ | 1.50 | 150.00 | Review Related case dockets and update status reports |
| 06/10/03 | NW | 1.00 | 100.00 | Review case dockets and assemble relevant proceedings. |
| 06/10/03 | AJ | 2.50 | 250.00 | Review related case dockets and update status reports |
| 06/11/03 | NW | 0.80 | 80.00 | Review case dockets and assemble relevant proceedings. |
| 06/12/03 | JMS | 1.40 | 378.00 | E-mails to/from N. Powell regarding Hatch legislation and review news articles regarding same. |
| 06/12/03 | NW | 0.50 | 50.00 | Review case dockets and assemble relevant proceedings. |
| 06/12/03 | AJ | 7.30 | 730.00 | Review related case dockets and update status reports accordingly |
| 06/13/03 | JMS | 0.40 | 108.00 | Telephone conference with claimant regarding status of case. |
| 06/13/03 | NW | 0.60 | 60.00 | Review case dockets and assemble relevant proceedings. |
| 06/16/03 | JMS | 0.70 | 189.00 | Telephone conferences with G. Boyer and S. Jones regarding attendance at hearing (.3); telephone conference with E. Cottingham regarding status of pending matters (.4). |
| 06/16/03 | AH | 0.50 | 85.00 | Call to Washington for status update on S.1125. |
| 06/16/03 | NW | 0.60 | 60.00 | Review case dockets and assemble relevant proceedings. |
| 06/17/03 | JMS | 0.20 | 54.00 | E-mail from S. Bossay regarding status. |
| 06/17/03 | JMS | 0.90 | 243.00 | Conference with S. Baena regarding results of hearing (.2); e-mail to committee thereon (.3); responses from committee members (.4). |
| 06/17/03 | NW | 0.80 | 80.00 | Review case dockets and assemble relevant proceedings. |
| 06/17/03 | AJ | 1.30 | 130.00 | Reviewed related case dockets and updated status reports |
| 06/18/03 | AJ | 6.90 | 690.00 | Reviewed related case dockets and updated status reports |
| 06/19/03 | SLB | 1.00 | 500.00 | Email from and to E. Westbrook regarding ZAI trial (.3); telephone conference with M. Dies and D. Speights regarding pending matters (.5); telephone call |

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| | | | | from F. Rabinovitz regarding legislation (.2). |
| 06/19/03 | JMS | 0.50 | 135.00 | Telephone conference with D. Speights, M. Dies and S. Baena regarding pending matters. |
| 06/19/03 | AJ | 3.00 | 300.00 | Reviewed related case dockets and updated status reports |
| 06/20/03 | JMS | 0.40 | 108.00 | Email from/to A. Krieger regarding draft motion to pay pension payments (.4). |
| 06/23/03 | JMS | 1.30 | 351.00 | Telephone conference with G. Boyer re: multiple issues (.3); telephone conference with J. Hass re: meeting with G. Boyer, TDP issues and review email thereon (.4); review order re: confirmation in Combustion Engineering (1/2 time with USG) (.6) |
| 06/23/03 | NW | 1.30 | 130.00 | Review case dockets and assemble relevant proceedings. |
| 06/24/03 | JMS | 0.70 | 189.00 | Review findings of fact for Combustion Engineering (1/2 time with USG). |
| 06/24/03 | AH | 0.50 | 85.00 | Legislative status update in S.1125. |
| 06/24/03 | NW | 0.50 | 50.00 | Conduct Pacer research on Combustion Engineering. |
| 06/25/03 | JMS | 0.70 | 189.00 | Review docket (.3); email to N. Wong re: documents needed for analysis (.2); telephone conference with E. Taylor (claimant) re: status (.2). |
| 06/25/03 | NW | 2.50 | 250.00 | Review case dockets and assemble relevant proceedings. |
| 06/26/03 | JMS | 1.60 | 432.00 | Continue review of case law re: pension payment motion (.7); review news articles re: changes to asbestos legislation (1/2 time with USG) (.4); telephone conference with E. Taylor (claimant) re: status of case (.5). |
| 06/26/03 | NCP | 0.30 | 93.00 | Conference regarding status of Senate bill. |
| 06/26/03 | AH | 0.50 | 85.00 | Status update on W.R. Grace; note on same. |
| 06/26/03 | NW | 0.60 | 60.00 | Review case dockets and assemble relevant proceedings. |
| 06/27/03 | NW | 0.70 | 70.00 | Review case dockets and assemble relevant proceedings. |
| 06/30/03 | JMS | 1.30 | 351.00 | Telephone conference with J. Baer re: defined pension motion (.1); conference with T. Woodard re: same (.3); email to J. Hass re: TDP for PD claims in other cases (.6); telephone conference with C. Lane re: pension motion (.3). |
| 06/30/03 | AH | 0.40 | 68.00 | Calls to Washington for status update on S.1125. |
| 06/30/03 | NW | 0.50 | 50.00 | Review case dockets and assemble relevant proceedings. |

**PROFESSIONAL SERVICES** $10,394.00

### COSTS ADVANCED

| Date | Description | Amount |
|---|---|---|
| 04/07/03 | Lexis - Online Legal ResearchVENDOR: LEXIS-NEXIS; INVOICE#: 0304027563; DATE: 4/30/03 - Library online charges | 0.27 |
| 04/30/03 | Lexis - Online Legal ResearchVENDOR: LEXIS-NEXIS; INVOICE#: 0304027563; DATE: 4/30/03 - Library online charges | 755.62 |
| 04/30/03 | Westlaw-Online Legal ResearchVENDOR: WEST PUBLISHING COMPANY; INVOICE#: 804258940; DATE: 4/1/03 - Westlaw charges | 269.31 |
| 05/02/03 | Lexis - Online Legal ResearchVENDOR: LEXIS-NEXIS; INVOICE#: 0305066575; DATE: 5/31/03 - Lexis Nexis | 103.54 |
| 05/13/03 | Lexis - Online Legal ResearchVENDOR: LEXIS-NEXIS; INVOICE#: 0305066575; DATE: 5/31/03 - Lexis Nexis | 11.91 |
| 05/13/03 | Fares, Mileage, ParkingTaxi Cab - Travel to NY - VENDOR: SCOTT L. BAENA; INVOICE#: SLB-06/09/03; DATE: 6/9/03 - Clients | 22.00 |
| 05/22/03 | Lexis - Online Legal ResearchVENDOR: LEXIS-NEXIS; INVOICE#: 0305066575; DATE: 5/31/03 - Lexis Nexis | 142.45 |
| 05/22/03 | Long Distance Telephone-Outside ServicesVENDOR: CONNECT-US COMMUNICATIONS LLC; INVOICE#: 3052527464; DATE: 5/25/03 - Acct.#BILZIN01 | 7.10 |
| 05/29/03 | Long Distance Telephone-Outside ServicesVENDOR: CONNECT-US COMMUNICATIONS LLC; INVOICE#: 3060128676; DATE: 6/1/03 - Acct.#BILZIN01 | 52.99 |
| 06/02/03 | Long Distance Telephone(787) 250-5677 | 1.66 |

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| Date | Description | Amount |
|---|---|---:|
| 06/02/03 | Long Distance Telephone-Outside ServicesVENDOR: CONNECT-US COMMUNICATIONS LLC; INVOICE#: 3060828889; DATE: 6/8/03  -  Acct.#BILZIN01 | 3.07 |
| 06/04/03 | Long Distance Telephone(302) 575-1555 | 1.66 |
| 06/10/03 | Long Distance Telephone(803) 943-4444 | 4.99 |
| 06/11/03 | Photocopies  26.00pgs @ .15/pg | 3.90 |
| 06/11/03 | Long Distance Telephone(312) 984-7759 | 2.50 |
| 06/12/03 | Photocopies  37.00pgs @ .15/pg | 5.55 |
| 06/12/03 | Telecopies    4.00pgs @ .50/pg | 2.00 |
| 06/12/03 | Postage | 1.75 |
| 06/12/03 | Long Distance Telephone(310) 645-9000 | 0.83 |
| 06/12/03 | Long Distance Telephone(507) 333-4599 | 3.33 |
| 06/13/03 | Long Distance Telephone(312) 984-7759 | 1.66 |
| 06/16/03 | Long Distance Telephone(843) 216-9148 | 2.50 |
| 06/16/03 | Long Distance Telephone(631) 470-5000 | 6.65 |
| 06/16/03 | Long Distance Telephone(631) 470-6861 | 2.50 |
| 06/16/03 | Long Distance Telephone(213) 896-6037 | 3.33 |
| 06/17/03 | Photocopies  3.00pgs @ .15/pg | 0.45 |
| 06/17/03 | Photocopies  18.00pgs @ .15/pg | 2.70 |
| 06/17/03 | Photocopies  5.00pgs @ .15/pg | 0.75 |
| 06/17/03 | Long Distance Telephone(312) 984-7759 | 7.49 |
| 06/17/03 | Long Distance Telephone(202) 862-5000 | 4.99 |
| 06/18/03 | Long Distance Telephone(631) 470-6884 | 4.16 |
| 06/18/03 | Long Distance Telephone(213) 896-6037 | 0.83 |
| 06/18/03 | Long Distance Telephone(212) 813-1703 | 3.33 |
| 06/18/03 | Long Distance Telephone(973) 596-4701 | 1.66 |
| 06/18/03 | Long Distance Telephone(212) 813-1703 | 5.82 |
| 06/19/03 | Photocopies  144.00pgs @ .15/pg | 21.60 |
| 06/19/03 | Photocopies  155.00pgs @ .15/pg | 23.25 |
| 06/19/03 | Photocopies  5.00pgs @ .15/pg | 0.75 |
| 06/19/03 | Long Distance Telephone(312) 984-7759 | 4.16 |
| 06/19/03 | Long Distance Telephone(312) 984-7759 | 3.33 |
| 06/19/03 | Long Distance Telephone(843) 524-5708 | 14.97 |
| 06/19/03 | Long Distance Telephone(409) 883-4394 | 14.14 |
| 06/19/03 | Long Distance Telephone(302) 573-6491 | 2.50 |
| 06/19/03 | Long Distance Telephone(302) 575-1555 | 5.82 |
| 06/19/03 | Long Distance Telephone(847) 975-6434 | 0.83 |
| 06/19/03 | Long Distance Telephone(973) 596-4701 | 2.50 |
| 06/19/03 | Federal ExpressVENDOR: FEDERAL EXPRESS CORP. INVOICE#: 478406757 DATE: 6/23/03 | 7.83 |
| 06/19/03 | Federal ExpressVENDOR: FEDERAL EXPRESS CORP. INVOICE#: 478406757 DATE: 6/23/03 | 7.83 |
| 06/19/03 | Federal ExpressVENDOR: FEDERAL EXPRESS CORP. INVOICE#: 478406757 DATE: 6/23/03 | 7.83 |
| 06/19/03 | Federal ExpressVENDOR: FEDERAL EXPRESS CORP. INVOICE#: 478406757 DATE: 6/23/03 | 7.53 |
| 06/19/03 | Federal ExpressVENDOR: FEDERAL EXPRESS CORP. INVOICE#: 478406757 DATE: 6/23/03 | 7.83 |
| 06/23/03 | Long Distance Telephone(302) 573-6493 | 9.98 |
| 06/23/03 | Long Distance Telephone(803) 943-4444 | 2.50 |

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| | | |
|---|---|---:|
| 06/23/03 | Long Distance Telephone(212) 813-1703 | 0.83 |
| 06/23/03 | Long Distance Telephone(202) 986-0050 | 4.99 |
| 06/24/03 | Long Distance Telephone(302) 575-1555 | 1.66 |
| 06/24/03 | Long Distance Telephone(302) 575-1555 | 3.33 |
| 06/24/03 | Long Distance Telephone(973) 645-2580 | 1.66 |
| 06/25/03 | Telecopies   4.00pgs @ .50/pg | 2.00 |
| 06/25/03 | Long Distance Telephone(310) 645-9000 | 3.33 |
| 06/25/03 | Long Distance Telephone(409) 883-4394 | 0.83 |
| 06/26/03 | Long Distance Telephone(713) 977-3366 | 3.33 |
| 06/26/03 | Long Distance Telephone(813) 221-4900 | 0.70 |
| 06/27/03 | Photocopies  71.00pgs @ .15/pg | 10.65 |
| 06/30/03 | Long Distance Telephone(202) 862-5000 | 1.66 |
| 06/30/03 | Long Distance Telephone(312) 861-2000 | 1.66 |
| 06/30/03 | Long Distance Telephone(312) 861-3268 | 5.82 |

**TOTAL COSTS ADVANCED**                                                                                                    $1,632.88

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---:|---:|---:|
| Baena, Scott L | 1.00 | 500.00 | $500.00 |
| Sakalo, Jay M | 11.90 | 270.00 | $3,213.00 |
| Powell, Norman | 4.30 | 310.00 | $1,333.00 |
| Hughes, Alicia | 2.40 | 170.00 | $408.00 |
| Wong, Nichole | 25.80 | 100.00 | $2,580.00 |
| Josephs, Adam | 23.10 | 100.00 | $2,310.00 |
| Rosen, Robert | 0.50 | 100.00 | $50.00 |
| *TOTAL* | *69.00* | | *$10,394.00* |

### MATTER SUMMARY OF COSTS ADVANCED

| | |
|---|---:|
| Photocopies | $69.60 |
| Fares, Mileage, Parking | $22.00 |
| Telecopies | $4.00 |
| Federal Express | $38.85 |
| Long Distance Telephone | $150.42 |
| Long Distance Telephone-Outside Services | $63.16 |
| Lexis - Online Legal Research | $1,013.79 |
| Postage | $1.75 |
| Westlaw-Online Legal Research | $269.31 |
| TOTAL | $1,632.88 |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER**                                  **$12,026.88**

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

|  |  |  | | Atty - SLB |
|---|---|---|---|---|
| RE: | 02 - Debtors' Business Operations | | | Client No. 74817/15538 |

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 06/18/03 | JMS | 3.90 | 1,053.00 | Review Debtor's proposed motion to pay defined pension benefit payments (.8); telephone conferences with G. Boyer regarding same (.4); conference with N. Mancuso regarding same (.5); review cases regarding priority of pension deficiency (2.2). |
| 06/18/03 | NGM | 2.30 | 621.00 | Research regarding priority of claim for pension plan finding; conference with Jay Sakalo regarding same. |
| 06/19/03 | NGM | 1.10 | 297.00 | Continue research regarding Debtors' proposed motion to fund pension plan. |
| 06/20/03 | JMS | 0.80 | 216.00 | E-mail to committee members regarding asbestos legislation (.8). |
| 06/25/03 | JMS | 0.30 | 81.00 | Review McGowan affidavit in support of payment of trust fund liabilities. |
| 06/27/03 | JMS | 0.50 | 135.00 | Conference with T. Woodard re: research on pension motion. |
| 06/27/03 | TQW | 3.70 | 684.50 | Research and memorandum regarding the classification of liability for underfunding an employee trust account. |

**PROFESSIONAL SERVICES** $3,087.50

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Sakalo, Jay M | 5.50 | 270.00 | $1,485.00 |
| Woodard, TerRance Q | 3.70 | 185.00 | $684.50 |
| Mancuso, Nathan G | 3.40 | 270.00 | $918.00 |
| *TOTAL* | *12.60* | | *$3,087.50* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER** $3,087.50

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

|  |  |  |
|---|---|---|
|  |  | Atty - SLB |
| RE: | 03 - Creditors Committee | Client No. 74817/15539 |

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 06/12/03 | JMS | 0.60 | 162.00 | Prepare for and attend committee call (.6). |
| 06/19/03 | SLB | 0.60 | 300.00 | Committee meeting (.6). |
| 06/19/03 | JMS | 0.60 | 162.00 | Committee conference call. |
| 06/26/03 | JMS | 0.80 | 216.00 | Prepare for and participate in committee call. |

**PROFESSIONAL SERVICES** $840.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Baena, Scott L | 0.60 | 500.00 | $300.00 |
| Sakalo, Jay M | 2.00 | 270.00 | $540.00 |
| *TOTAL* | *2.60* |  | *$840.00* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER** $840.00

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

|  |  |  | Atty - SLB |
|---|---|---|---|
| RE: | 07 - Applicant's Fee Application | | Client No. 74817/15543 |

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 06/03/03 | SJA | 4.00 | 440.00 | Prepare eighth fee application and exhibits thereto (4.0). |
| 06/03/03 | SJA | 0.50 | 55.00 | Prepare third quarterly fee application (.5). |
| 06/04/03 | LMF | 0.20 | 22.00 | Revise notice of fees and send to local counsel for filing and serving (.2). |
| 06/04/03 | SJA | 2.00 | 220.00 | Prepare fourth quarterly fee application with exhibits (2.0). |
| 06/06/03 | LMF | 0.70 | 77.00 | Attention to preparing description of services for quarterly fee application (.7). |
| 06/09/03 | JMS | 0.30 | 81.00 | Revise bill. |
| 06/10/03 | LMF | 2.40 | 264.00 | Attend to description of services to Bilzin's quarterly fee application in the main bankruptcy case and revisions to same (2.4). |
| 06/11/03 | LMF | 3.30 | 363.00 | Continue finalizing description of service for Bilzin's quarterly application in main bankruptcy case (.7); revise quarterly application for the fraudulent transfer matter and prepare description of services (2.6). |
| 06/12/03 | LMF | 0.50 | 55.00 | Finalize Bilzin's quarterly fee application for bankruptcy case (.5). |
| 06/17/03 | LMF | 0.70 | 77.00 | Finalize quarterly application and attend to filing and serving same on fee auditor (.7). |
| 06/23/03 | JMS | 0.20 | 54.00 | Review initial report (.2). |
| 06/30/03 | JMS | 0.20 | 54.00 | Draft response to 8th interim initial report. |

**PROFESSIONAL SERVICES** $1,762.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Sakalo, Jay M | 0.70 | 270.00 | $189.00 |
| Flores, Luisa M | 7.80 | 110.00 | $858.00 |
| Anderson, Silvia J | 6.50 | 110.00 | $715.00 |
| *TOTAL* | *15.00* |  | *$1,762.00* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER** $1,762.00

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

|  |  |
|---|---|
| RE: 08 - Hearings | Atty - SLB<br>Client No. 74817/15544 |

| Date | TK | Hours | Amount | Description |
|---|---|---|---|---|
| 06/17/03 | JMS | 0.50 | 135.00 | Prepare for and attend (by telephone) omnibus hearing. |

**PROFESSIONAL SERVICES** $135.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Sakalo, Jay M | 0.50 | 270.00 | $135.00 |
| *TOTAL* | *0.50* |  | *$135.00* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER** $135.00

## BILZIN SUMBERG BAENA PRICE & AXELROD LLP

                                                                                                                                                               Atty - SLB

**RE:**     09 - Claims Analysis, Objection, Resolution & Estimation (asbestos)     Client No. 74817/15545

| Date | | Hours | Amount | Description |
|---|---|---|---|---|
| 06/11/03 | NW | 3.50 | 350.00 | Review new property claim forms and update claim register. |
| 06/12/03 | NW | 0.30 | 30.00 | Contact Rust Consulting re property damage claim matrix. |
| 06/13/03 | NW | 0.50 | 50.00 | Review new property claim forms and update claim register. |
| 06/16/03 | NW | 3.50 | 350.00 | Review new property damage claims and update claim register. |
| 06/17/03 | NW | 3.00 | 300.00 | Review new property damage claims and update claim register. |

**PROFESSIONAL SERVICES**     $1,080.00

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Wong, Nichole | 10.80 | 100.00 | $1,080.00 |
| *TOTAL* | *10.80* | | *$1,080.00* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER**     **$1,080.00**

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

|  |  |  |  | Atty - SLB |
| --- | --- | --- | --- | --- |
| RE: | 30 - Fee Application of Others |  |  | Client No. 74817/17781 |

| Date | Initials | Hours | Amount | Description |
| --- | --- | --- | --- | --- |
| 06/02/03 | LMF | 0.40 | 44.00 | Research and meet with accounting regarding payment outstanding to professional (.4). |
| 06/03/03 | JMS | 0.20 | 54.00 | Review Caplin and Drysdale April application. |
| 06/03/03 | AJ | 1.50 | 150.00 | Review of expenses and draft of notice of fling expense application for P.D. committee. |
| 06/04/03 | LMF | 0.80 | 88.00 | Revise 9th, 10th, & 11th notices for fees for Hamilton Rabinovitz covering December through March and send to local counsel for filing and serving (.5); revise notice for PD Committee expenses and send to local counsel for filing and serving (.3). |
| 06/05/03 | SJA | 2.00 | 220.00 | Prepare fee application for Hamilton & Rabinovitz (2.0). |
| 06/06/03 | JMS | 0.40 | 108.00 | Revise HRA fee applications. |
| 06/12/03 | LMF | 1.80 | 198.00 | Email to HR & A regarding their description of services regarding their quarterly application (.3); attend to preparation of quarterly application and exhibits to same (1.5). |
| 06/12/03 | JMS | 0.40 | 108.00 | Revise quarterly application. |
| 06/13/03 | LMF | 0.80 | 88.00 | Continue with update of Hamilton Rabinovitz quarterly application (.8). |
| 06/17/03 | LMF | 0.90 | 99.00 | Finalize quarterly application for Hamilton Rabinovitz and send to local counsel for filing and serve on fee auditor (.9). |
| 06/17/03 | JMS | 0.40 | 108.00 | Revise Hamilton fee application. |
| 06/23/03 | JMS | 0.20 | 54.00 | Review CDG initial report. |
| 06/24/03 | LMF | 0.40 | 44.00 | Compile backup to PD Committee application for response to fee auditor (.4). |
| 06/26/03 | JMS | 0.40 | 108.00 | Telephone conference with S. Jones re: CDG response to fee auditors' initial report. |

**PROFESSIONAL SERVICES** $1,471.00

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
| --- | --- | --- | --- |
| Sakalo, Jay M | 2.00 | 270.00 | $540.00 |
| Flores, Luisa M | 5.10 | 110.00 | $561.00 |
| Anderson, Silvia J | 2.00 | 110.00 | $220.00 |
| Josephs, Adam | 1.50 | 100.00 | $150.00 |
| *TOTAL* | *10.60* |  | *$1,471.00* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER** $1,471.00

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

|   |   |   |   | Atty - SLB |
|---|---|---|---|---|
| RE: | 38 - ZAI Science Trial |   |   | Client No. 74817/17905 |

| | | | | |
|---|---|---|---|---|
| 06/10/03 | JMS | 0.30 | 81.00 | Review Lukins and Annis April fee application. |
| 06/25/03 | JMS | 0.30 | 81.00 | Review Westbrook/Restivo letter to Judge Fitzgerald (.3). |

**PROFESSIONAL SERVICES** $162.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Sakalo, Jay M | 0.60 | 270.00 | $162.00 |
| *TOTAL* | *0.60* |  | *$162.00* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER** **$162.00**

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

|  |  |  |  | Atty - SLB |
|---|---|---|---|---|
| RE: | 39 - ZAI Science Trial Expenses |  |  | Client No. 74817/17906 |

| 05/21/03 | JMS | 0.30 | 81.00 | Review status report sent to J. Fitzgerald by Restivo/Westbrook (.3). |
|---|---|---|---|---|

**PROFESSIONAL SERVICES** $81.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Sakalo, Jay M | 0.30 | 270.00 | $81.00 |
| *TOTAL* | *0.30* |  | *$81.00* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER**  **$81.00**

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

*CLIENT SUMMARY OF PROFESSIONAL SERVICES THIS PERIOD*

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Baena, Scott L | 1.60 | 500.00 | $800.00 |
| Flores, Luisa M | 12.90 | 110.00 | $1,419.00 |
| Sakalo, Jay M | 23.50 | 270.00 | $6,345.00 |
| Powell, Norman | 4.30 | 310.00 | $1,333.00 |
| Anderson, Silvia J | 8.50 | 110.00 | $935.00 |
| Hughes, Alicia | 2.40 | 170.00 | $408.00 |
| Wong, Nichole | 36.60 | 100.00 | $3,660.00 |
| Josephs, Adam | 24.60 | 100.00 | $2,460.00 |
| Woodard, TerRance Q | 3.70 | 185.00 | $684.50 |
| Rosen, Robert | 0.50 | 100.00 | $50.00 |
| Mancuso, Nathan G | 3.40 | 270.00 | $918.00 |

**TOTAL PROFESSIONAL FEES THIS PERIOD**         $19,012.50

*CLIENT SUMMARY OF COSTS ADVANCED*

| | |
|---|---|
| *Photocopies* | *$69.60* |
| *Fares, Mileage, Parking* | *$22.00* |
| *Telecopies* | *$4.00* |
| *Federal Express* | *$38.85* |
| *Long Distance Telephone* | *$150.42* |
| *Long Distance Telephone-Outside Services* | *$63.16* |
| *Lexis - Online Legal Research* | *$1,013.79* |
| *Postage* | *$1.75* |
| *Westlaw-Online Legal Research* | *$269.31* |

**TOTAL COSTS ADVANCED THIS PERIOD**         $1,632.88

**TOTAL AMOUNT DUE THIS PERIOD**         $20,645.38

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

## CLIENT SUMMARY

|  | TIME | COSTS ADVANCED | TOTAL |
|---|---|---|---|
| **BALANCE AS OF- 06/30/03** <br> **WR Grace-Official Committee of Prope** | | | |
| 01- Case Administration/15537 | 10,394.00 | 1,632.88 | 12,026.88 |
| 02 - Debtors' Business Operations/15538 | 3,087.50 | 0.00 | 3,087.50 |
| 03 - Creditors Committee/15539 | 840.00 | 0.00 | 840.00 |
| 07 - Applicant's Fee Application/15543 | 1,762.00 | 0.00 | 1,762.00 |
| 08 - Hearings/15544 | 135.00 | 0.00 | 135.00 |
| 09 - Claims Analysis, Objection, Resolution & Estimation (asbestos)/15545 | 1,080.00 | 0.00 | 1,080.00 |
| 30 - Fee Application of Others/17781 | 1,471.00 | 0.00 | 1,471.00 |
| 38 - ZAI Science Trial/17905 | 162.00 | 0.00 | 162.00 |
| 39 - ZAI Science Trial Expenses/17906 | 81.00 | 0.00 | 81.00 |
| Client Total | $19,012.50 | $1,632.88 | $20,645.38 |