# Bank Statements

TS

W R GRACE & CO
C/O CORPORATE ACCOUNTING
7500 GRACE DRIVE
COLUMBIA   MD 21044-4098

Account No: 910-1-013572
Statement Start Date: 01 AUG 2003
Statement End Date: 29 AUG 2003
Statement Code: 000-USA-21
Statement No: 008
Page 1 of 4

## TRANSACTIONS

| | | |
|---|---|---|
| Total Credits | 2 | 217,000.00 |
| Total Debits (incl. checks) | 21 | 219,730.88 |
| Total Checks Paid | 0 | 0.00 |

## BALANCES

| Opening (01 AUG 2003) | | Closing (29 AUG 2003) | |
|---|---|---|---|
| Ledger | 108,286.31 | Ledger | 105,555.43 |
| Collected | 108,286.31 | Collected | 105,555.43 |

## CREDITS

| | | | |
|---|---|---|---|
| 08AUG | 08AUG | USD YOUR: CAP OF 03/08/08  OUR: 2039800220JO | 117,000.00 | BOOK TRANSFER CREDIT B/O: W.R. GRACE AND COMPANY CAMBRIDGE MA 02140- |
| 28AUG | 28AUG | USD YOUR: CAP OF 03/08/28  OUR: 2554000240JO | 100,000.00 | BOOK TRANSFER CREDIT B/O: W.R. GRACE AND COMPANY CAMBRIDGE MA 02140- |

## DEBITS

| | | | |
|---|---|---|---|
| 01AUG | 31JUL | USD OUR: 0321300095WA | 14,471.42 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/CNO. 002-2-41598 FOR WORK OF 07/31/03 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 |
| 04AUG | 01AUG | USD OUR: 0321600093WA | 6,789.26 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-41598 FOR WORK OF 08/01/03 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 |
| 05AUG | 04AUG | USD OUR: 0321700089WA | 9,829.39 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-41598 FOR WORK OF 08/04/03 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 |
| 06AUG | 05AUG | USD OUR: 0321800091WA | 8,546.12 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. |

## ENCLOSURES

| | |
|---|---|
| Credits | |
| Debits | |
| Checks | |

## LEDGER BALANCES

| | |
|---|---|
| 01AUG | 93,814.89 |
| 04AUG | 87,025.63 |
| 05AUG | 77,196.24 |
| 06AUG | 68,650.12 |
| 07AUG | 58,461.42 |
| 08AUG | 171,957.81 |
| 11AUG | 160,683.46 |
| 12AUG | 152,553.46 |
| 13AUG | 139,097.40 |
| 14AUG | 131,522.40 |
| 15AUG | 118,090.74 |
| 18AUG | 108,111.66 |
| 19AUG | 100,198.50 |
| 20AUG | 94,273.07 |
| 21AUG | 78,295.84 |
| 22AUG | 65,637.60 |
| 25AUG | 56,093.64 |
| 26AUG | 42,859.56 |
| 27AUG | 26,988.02 |
| 28AUG | 115,574.55 |
| 29AUG | 105,555.43 |

## COLLECTED BALANCES

| | |
|---|---|
| 01AUG | 93,814.89 |
| 04AUG | 87,025.63 |
| 05AUG | 77,196.24 |
| 06AUG | 68,650.12 |
| 07AUG | 58,461.42 |
| 08AUG | 171,957.81 |

FT CODE:
US1 - ONE DAY FLOAT       US3 - THREE DAY FLOAT       US5 - FIVE DAY FLOAT
US2 - TWO DAY FLOAT       US4 - FOUR DAY FLOAT       USM - MIXED FLOAT
USD - SAME DAY FUNDS
USN - NEXT DAY FUNDS

PLEASE EXAMINE THIS STATEMENT OF ACCOUNT AT ONCE. THE MAINTENANCE OF THIS ACCOUNT IS SUBJECT TO THE PROVISIONS OF THE NEW YORK UNIFORM COM-
MERCIAL CODE AND THE BANK'S TERMS AND CONDITIONS FOR BUSINESS ACCOUNTS AND SERVICES. THE BANK DISCLAIMS RESPONSIBILITY FOR ANY ERROR IN
OR IMPROPER CHARGE TO THE ACCOUNT AS RENDERED UNLESS INFORMED IN WRITING OF THIS ERROR OR CHARGE WITHIN SIXTY DAYS OF THE DELIVERY OR MAILING
OR AVAILABILITY OF THE STATEMENT AND CANCELED VOUCHERS. KINDLY REFER TO THE INSTRUCTIONS ON THE REVERSE SIDE OF THIS STATEMENT IN ORDER TO
DIRECT YOUR INQUIRIES TO THE PROPER DEPARTMENT FOR PROMPT ACTION.

TS

W R GRACE & CO
C/O CORPORATE ACCOUNTING
7500 GRACE DRIVE
COLUMBIA  MD  21044-4098

| | Account No: | 910-1-013572 |
|---|---|---|
| | Statement Start Date: | 01 AUG 2003 |
| | Statement End Date: | 29 AUG 2003 |
| | Statement Code: | 000-USA-21 |
| | Statement No: | 008 |

Page 2 of 4

| Booking Date | Amount |
|---|---|
| 11AUG | 160,683.44 |
| 12AUG | 152,553.41 |
| 13AUG | 139,097.42 |
| 13AUG | 131,592.05 |
| 14AUG | 118,090.76 |
| 18AUG | 108,111.68 |
| 19AUG | 100,198.58 |
| 20AUG | 94,273.05 |
| 21AUG | 78,295.84 |
| 22AUG | 65,637.80 |
| 25AUG | 56,093.89 |
| 26AUG | 42,859.59 |
| 27AUG | 26,988.02 |
| 28AUG | 115,574.45 |
| 29AUG | 105,555.43 |

## DEBITS CONTINUED

| Booking Date | Value Date | Value Date | F CY | Reference | Debits / Credits | Description |
|---|---|---|---|---|---|---|
| 07AUG 06AUG | 06AUG | USD OUR: 032190009494WA | | | 10,188.69 | 002-2-416598 FOR WORK OF 08/05/03<br>W R GRACE & CO C/O CORPORATE<br>ACCOUNTING 7500 GRACE DRIVE<br>COLUMBIA MD 21044-4098<br>GOVERNMENT ALLOTMENT/DEBIT<br>COVERING DRAFTS TO A/C NO. |
| 08AUG 07AUG | 07AUG | USD OUR: 032200009595WA | | | 3,503.62 | 002-2-416598 FOR WORK OF 08/06/03<br>W R GRACE & CO C/O CORPORATE<br>ACCOUNTING 7500 GRACE DRIVE<br>COLUMBIA MD 21044-4098<br>GOVERNMENT ALLOTMENT/DEBIT<br>COVERING DRAFTS TO A/C NO. |
| 11AUG 08AUG | 08AUG | USD OUR: 032230009191WA | | | 11,274.35 | 002-2-416598 FOR WORK OF 08/07/03<br>W R GRACE & CO C/O CORPORATE<br>ACCOUNTING 7500 GRACE DRIVE<br>COLUMBIA MD 21044-4098<br>GOVERNMENT ALLOTMENT/DEBIT<br>COVERING DRAFTS TO A/C NO. |
| 12AUG 11AUG | 11AUG | USD OUR: 032240009595WA | | | 8,130.05 | 002-2-416598 FOR WORK OF 08/08/03<br>W R GRACE & CO C/O CORPORATE<br>ACCOUNTING 7500 GRACE DRIVE<br>COLUMBIA MD 21044-4098<br>GOVERNMENT ALLOTMENT/DEBIT<br>COVERING DRAFTS TO A/C NO. |
| 13AUG 12AUG | 12AUG | USD OUR: 032250009191WA | | | 13,456.01 | 002-2-416598 FOR WORK OF 08/11/03<br>W R GRACE & CO C/O CORPORATE<br>ACCOUNTING 7500 GRACE DRIVE<br>COLUMBIA MD 21044-4098<br>GOVERNMENT ALLOTMENT/DEBIT<br>COVERING DRAFTS TO A/C NO. |
| 14AUG 13AUG | 13AUG | USD OUR: 032260009090WA | | | 7,505.37 | 002-2-416598 FOR WORK OF 08/12/03<br>W R GRACE & CO C/O CORPORATE<br>ACCOUNTING 7500 GRACE DRIVE<br>COLUMBIA MD 21044-4098<br>GOVERNMENT ALLOTMENT/DEBIT<br>COVERING DRAFTS TO A/C NO. |
| 15AUG 14AUG | 14AUG | USD OUR: 032270009191WA | | | 13,501.29 | 002-2-416598 FOR WORK OF 08/13/03<br>W R GRACE & CO C/O CORPORATE<br>ACCOUNTING 7500 GRACE DRIVE<br>COLUMBIA MD 21044-4098<br>GOVERNMENT ALLOTMENT/DEBIT<br>COVERING DRAFTS TO A/C NO. |

002-2-416598 FOR WORK OF 08/14/03
W R GRACE & CO C/O CORPORATE

W R GRACE & CO
C/O CORPORATE ACCOUNTING
7500 GRACE DRIVE
COLUMBIA MD 21044-4098

TS

Account No:                910-1-013572
Statement Start Date:      01 AUG 2003
Statement End Date:        29 AUG 2003
Statement Code:            000-USA-21
Statement No:              008
                           Page 3 of 4

## DEBITS CONTINUED

| Entry Date | Value Date | Ccy | Reference | Cheque Amt | Description |
|---|---|---|---|---|---|
| 18AUG | 15AUG | USD OUR: 0323000091WA | | 9,979.14 | ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 08/15/03 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 |
| 19AUG | 18AUG | USD OUR: 0323100092WA | | 7,913.01 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 08/18/03 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 |
| 20AUG | 19AUG | USD OUR: 0323200088WA | | 5,925.52 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 08/19/03 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 |
| 21AUG | 20AUG | USD OUR: 0323300090WA | | 15,977.23 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 08/20/03 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 |
| 22AUG | 21AUG | USD OUR: 0323400088WA | | 12,658.04 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 08/21/03 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 |
| 25AUG | 22AUG | USD OUR: 0323700089WA | | 9,544.16 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 08/22/03 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 |
| 26AUG | 25AUG | USD OUR: 0323800087WA | | 13,234.08 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 08/25/03 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 |

TS

W R GRACE & CO
C/O CORPORATE ACCOUNTING
7500 GRACE DRIVE
COLUMBIA   MD   21044-4098

Account No:
Statement Start Date:
Statement End Date:
Statement Code:
Statement No:

910-1-013572
01 AUG 2003
29 AUG 2003
000-USA-21
008
Page  4  of  4

## DEBITS CONTINUED

| Post Date | Value Date | Reference | Debit Amount | Description |
|---|---|---|---|---|
| 27AUG | 28AUG | USD OUR: 0323900092WA | 15,871.54 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 08/26/03 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 |
| 28AUG | 27AUG | USD OUR: 0324000092WA | 11,413.47 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 08/27/03 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 |
| 29AUG | 28AUG | USD OUR: 0324100095WA | 10,019.12 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 08/28/03 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 |

## CHECKS

*No Activity*



# Commercial Checking

**WACHOVIA**

01    2199500021812   036   130        0    0    101,421    ▬▬   ▬▬

▬▬

00040278 1 MB 0.309 02   MAAD 161

llıldıılllıılıdıldlılılllıldıldıldıl

W R GRACE AND CO-CONN
GENERAL ACCOUNT                              CB
ATTN:PATTY ELLIOTT-GRAY
7500 GRACE DRIVE .BLDG 25
COLUMBIA,MD 21044-4098

---

# Commercial Checking                                    8/01/2003 thru 8/29/2003

Account number:        2199500021812
Account holder(s):     W R GRACE AND CO-CONN
                       GENERAL ACCOUNT

Taxpayer ID Number:    135114230

## Account Summary

| | |
|---|---|
| ning balance 8/01 | $10,193.61 |
| Deposits and other credits | 945,259.10 + |
| Other withdrawals and service fees | 942,754.57 - |
| **Closing balance 8/29** | **$12,698.14** |

## Deposits and Other Credits

| Date | Amount | Description |
|---|---|---|
| 8/25 | 59,483.49 | DEPOSIT |
| 8/25 | 885,775.61 | DEPOSIT |
| **Total** | **$945,259.10** | |

## Other Withdrawals and Service Fees

| Date | Amount | Description |
|---|---|---|
| 8/27 | 942,754.57 | FUNDS TRANSFER (ADVICE 030827020630) SENT TO CHASE MANHATTAN B/ BNF=W R GRACE AND CO CONN OBI= |
| | | RFB=          08/27/03 01:54PM |
| **Total** | **$942,754.57** | |

## Daily Balance Summary

| Dates | Amount | Dates | Amount | Dates | Amount |
|---|---|---|---|---|---|
| 8/25 | 955,452.71 | 8/27 | 12,698.14 | | |

---


**WACHOVIA**

# WACHOVIA BANK, N.A.
## PAID / RANGE RECONCILEMENT BALANCE SHEET

WR GRACE & CO.-CONN      153                ACCT NO.:   0001       2079900003615
ATTN: NELLIE FAUSTO
7500 GRACE DRIVE

COLUMBIA        MD 21044-4098

---

| RECONCILEMENT OF DEBITS | | CUTOFF DATE:  08/31/2003 |
|---|---|---|
| CHECKS PAID ON RECONCILIATION REPORTS | | 35,270.81 |
| MISCELLANEOUS DEBITS | + | 1,916,893.04 |
| CREDIT ADJUSTMENTS | + | .00 |
| MISCELLANEOUS ADJUSTMENTS | +/- | .00 |
| DEBIT ADJUSTMENTS | - | .00 |
| TOTAL DEBITS THIS RECONCILEMENT PERIOD | = | 1,952,163.85 |

TOTAL DEBITS FROM BANK STATEMENT                              1,952,163.85

---

IF YOU HAVE ANY QUESTIONS, PLEASE
CONTACT COMMERCIAL CUSTOMER SERVICE AT 1-800-222-3862

TEAM NO.: 153



# Commercial Checking

| WACHOVIA | 01 | 2079900003615 | 005 | 108 | 11 | 160 | 31,500 | | |

H R GRACE & CO-CONN
62 WHITMORE AVE.
CAMBRIDGE MD 02140                    CB   153

# Commercial Checking                              8/01/2003 thru 8/29/2003

Account number:          2079900003615
Account holder(s):       W R GRACE & CO-CONN

Taxpayer ID Number:      133461988

## Account Summary

| | |
|---|---|
| Opening balance 8/01 | $0.00 |
| Deposits and other credits | 1,952,163.85 + |
| Other withdrawals and service fees | 1,952,163.85 - |
| Closing balance 8/29 | $0.00 |

## Deposits and Other Credits

| Date | Amount | Description |
|---|---|---|
| 8/01 | 2,222.29 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 8/04 | 6,312.51 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 8/06 | 2,248.68 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 8/07 | 5,121.47 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 8/11 | 326,888.93 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 8/12 | 650,895.57 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 8/13 | 4,731.92 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 8/14 | 6,553.37 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 8/14 | 6,761.60 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 8/18 | 2,043.13 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 8/19 | 4,140.26 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 8/20 | 1,879.80 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 8/21 | 5,643.25 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 8/22 | 39.11 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |

*Deposits and Other Credits continued on next page.*



# Commercial Checking

**WACHOVIA**  02      2079900003615  005  108          11  160        31.501

---

## Deposits and Other Credits  *continued*

| Date | Amount | Description |
|------|--------|-------------|
| 8/25 | 304,123.52 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 8/26 | 603,565.88 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 8/27 | 6,562.89 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 8/28 | 1,529.09 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 8/28 | 4,567.17 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 8/29 | 6,333.41 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| **Total** | **$1,952,163.85** | |

## Other Withdrawals and Service Fees

| Date | Amount | Description |
|------|--------|-------------|
| 8/01 | 2,222.29 | LIST OF DEBITS POSTED |
| 8/04 | 6,312.51 | LIST OF DEBITS POSTED |
| 8/06 | 320.39 | LIST OF DEBITS POSTED |
| 8/06 | 1,928.29 | AUTOMATED DEBIT  BNF CTS        PMT IMPND<br>CO. ID. 1411902914 030806 CCD<br>MISC C4025-022175734 |
| 8/07 | 5,121.47 | AUTOMATED DEBIT              PAYROLL<br>CO. ID.        030807 CCD<br>MISC SETTL NCVCERIDN |
| 8/11 | 518.41 | LIST OF DEBITS POSTED |
| 8/11 | 2,837.83 | AUTOMATED DEBIT  BNF CTS        PMT IMPND<br>CO. ID. 1411902914 030811 CCD<br>MISC C2916-002193518 |
| 8/11 | 11,205.06 | AUTOMATED DEBIT  BNF CTS        PMT IMPND<br>CO. ID. 1411902914 030811 CCD<br>MISC C4213-002193535 |
| 8/11 | 19,848.54 | AUTOMATED DEBIT  BNF CTS        PMT IMPND<br>CO. ID. 1411902914 030811 CCD<br>MISC C2918-002193519 |
| 8/11 | 292,479.09 | AUTOMATED DEBIT  BNF CTS        PMT IMPND<br>CO. ID. 1411902914 030811 CCD<br>MISC C4025-012193532 |
| 8/12 | 5,193.95 | AUTOMATED DEBIT              PAYROLL<br>CO. ID.        030812 CCD<br>MISC SETTL NCVCERIDN |
| 8/12 | 26,805.49 | AUTOMATED DEBIT  REMEDIUM GROUP. PAYROLL<br>CO. ID.        030812 CCD<br>MISC SETTL NCVCERIDN |

*Other Withdrawals and Service Fees continued on next page.*

---



# Commercial Checking

**WACHOVIA**   03   2079900003615  005  108     11  160     31,502

---

## Other Withdrawals and Service Fees   *continued*

| Date | Amount | Description |
|------|--------|-------------|
| 8/12 | 46,543.56 | AUTOMATED DEBIT            PAYROLL<br>CO. ID.          030812 CCD<br>MISC SETTL NCVCERIDN |
| 8/12 | 572,352.57 | AUTOMATED DEBIT            PAYROLL<br>CO. ID.          030812 CCD<br>MISC SETTL NCVCERIDN |
| 8/13 | 218.31 | AUTOMATED DEBIT  BNF CTS         PMT IMPND<br>CO. ID. 1411902914 030813 CCD<br>MISC C4025-012197635 |
| 8/13 | 2,055.46 | LIST OF DEBITS POSTED |
| 8/13 | 2,458.15 | AUTOMATED DEBIT  BNF CTS         PMT IMPND<br>CO. ID. 1411902914 030813 CCD<br>MISC C4025-022197636 |
| 8/14 | 6,553.37 | LIST OF DEBITS POSTED |
| 8/14 | 6,761.60 | AUTOMATED DEBIT            PAYROLL<br>CO. ID.          030814 CCD<br>MISC SETTL NCVCERIDN |
| 8/18 | 2,043.13 | LIST OF DEBITS POSTED |
| 8/19 | 4,140.26 | LIST OF DEBITS POSTED |
| 8/20 | 1,879.80 | AUTOMATED DEBIT  BNF CTS         PMT IMPND<br>CO. ID. 1411902914 030820 CCD<br>MISC C4025-022235304 |
| 8/21 | 5,643.25 | AUTOMATED DEBIT            PAYROLL<br>CO. ID.          030821 CCD<br>MISC SETTL NCVCERIDN |
| 8/22 | 39.11 | AUTOMATED DEBIT  BNF CTS         PMT IMPND<br>CO. ID. 1411902914 030822 CCD<br>MISC C2918-002252066 |
| 8/25 | 2,837.82 | AUTOMATED DEBIT  BNF CTS         PMT IMPND<br>CO. ID. 1411902914 030825 CCD<br>MISC C2916-002257764 |
| 8/25 | 11,205.13 | AUTOMATED DEBIT  BNF CTS         PMT IMPND<br>CO. ID. 1411902914 030825 CCD<br>MISC C4213-002257778 |
| 8/25 | 290,080.57 | AUTOMATED DEBIT  BNF CTS         PMT IMPND<br>CO. ID. 1411902914 030825 CCD<br>MISC C4025-012257775 |
| 8/26 | 5,193.96 | AUTOMATED DEBIT            PAYROLL<br>CO. ID.          030826 CCD<br>MISC SETTL NCVCERIDN |
| 8/26 | 26,805.42 | AUTOMATED DEBIT  REMEDIUM GROUP, PAYROLL<br>CO. ID.          030826 CCD<br>MISC SETTL NCVCERIDN |
| 8/26 | 571,566.50 | AUTOMATED DEBIT            PAYROLL<br>CO. ID.          030826 CCD<br>MISC SETTL NCVCERIDN |
| 8/27 | 1,229.03 | AUTOMATED DEBIT  BNF CTS         PMT IMPND<br>CO. ID. 1411902914 030827 CCD<br>MISC C4025-022262092 |

*Other Withdrawals and Service Fees continued on next page.*

---



# Commercial Checking

WACHOVIA    04        2079900003615   005   108            11   160          31,503

## Other Withdrawals and Service Fees    *continued*

| Date | Amount | Description |
|------|--------|-------------|
| 8/27 | 5,333.86 | LIST OF DEBITS POSTED |
| 8/28 | 1,529.09 | LIST OF DEBITS POSTED |
| 8/28 | 4,567.17 | AUTOMATED DEBIT              PAYROLL<br>CO. ID.        030828 CCD<br>MISC SETTL NCVCERIDN |
| 8/29 | 2,091.37 | AUTOMATED DEBIT  BNF CTS   ·    PMT IMPND<br>CO. ID. 1411902914 030829 CCD<br>MISC C4025-012284481 |
| 8/29 | 4,242.04 | LIST OF DEBITS POSTED |
| **Total** | **$1,952,163.85** | |

## Daily Balance Summary

| Dates | Amount | Dates | Amount | Dates | Amount |
|-------|--------|-------|--------|-------|--------|
| 8/01 | 0.00 | 8/13 | 0.00 | 8/22 | 0.00 |
| 8/04 | 0.00 | 8/14 | 0.00 | 8/25 | 0.00 |
| 8/06 | 0.00 | 8/18 | 0.00 | 8/26 | 0.00 |
| 8/07 | 0.00 | 8/19 | 0.00 | 8/27 | 0.00 |
| 8/11 | 0.00 | 8/20 | 0.00 | 8/28 | 0.00 |
| 8/12 | 0.00 | 8/21 | 0.00 | 8/29 | 0.00 |



# Commercial Checking

**WACHOVIA**    05        2079900003615  005  108        11  160        31,504   ___  ___

---

## Customer Service Information

**For questions about your statement
or billing errors, contact us at:**

| | Phone number | Address |
|---|---|---|
| Business Checking, CheckCard & Loan Accounts | 1-800-566-3862 | WACHOVIA BANK, NATIONAL ASSOCIATION |
| Commercial Checking & Loan Accounts | 1-800-222-3862 | NC8502 |
| TDD  (For the Hearing Impaired) | 1-800-835-7721 | P O BOX 563966 |
| | | CHARLOTTE NC 28262-3966 |

---

## To Balance Your Account

| 1. Compare your account register to your account statement for unrecorded transactions (such as ATM, CheckCard, Interest earned, fees, etc.) Your new account register total should match the adjusted balance in line 6 below. | List Outstanding Checks and Withdrawals | | | |
|---|---|---|---|---|
| | Ck. No. | Amount | Ck. No. | Amount |
| _____ 2. Write in the closing balance shown on the front of account statement. | | | | |
| _____ 3. Write in any deposits you have made since the date of this statement. | | | | |
| _____ | | | | |
| _____ | | | | |
| _____ | | | | |
| _____ 4. Add together amounts listed above in steps 2 and 3. | | | | |
| _____ 5. In the section to the right, list and total all checks and withdrawals that you have made that are not reported on your account statement. Write in the total here. | | | | |
| _____ 6. Subtract the amount in line 5 from the amount in line 4. This is your adjusted balance and should match the balance in Step 1 above. | | | | |
| | | | Total | |

In Case of Errors or Questions About Your Electronic Transfers: Telephone us at 1-800-222-3862 or write to us at WACHOVIA BANK, NATIONAL ASSOCIATION, NC8502, P O BOX 563966, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error. You will have use of the money during the time it takes us to complete our investigation.

---

| SMS565- | 32 | | | | | | | | | | PAGE | 1 |

BANK NO. Q000001   TEAM NO. 153                RECAP OF POSTED ITEMS REPORT                     DATE 08/29/03

ACCOUNT NO. 2079900003615        WR GRACE & CO.-CONN        153                                    AS OF 08-31-03

| DATE | PAID ITEMS | CHECKS AMOUNT | ISSUES ITEMS | AMOUNT | STOPS ITEMS | PLACED AMOUNT | STOPS ITEMS | REMOVED AMOUNT | CANCELLED ITEMS | AMOUNT |
|------|-----------|---------------|--------------|--------|-------------|---------------|-------------|----------------|-----------------|--------|
| 08-01-03 | 2 | 2,222.29 | | .00 | | .00 | | .00 | | .00 |
| 08-04-03 | 3 | 6,312.51 | | .00 | | .00 | | .00 | | .00 |
| 08-06-03 | 1 | 320.39 | | .00 | | .00 | | .00 | | .00 |
| 08-11-03 | 1 | 518.41 | | .00 | | .00 | | .00 | | .00 |
| 08-13-03 | 1 | 2,055.46 | | .00 | | .00 | | .00 | | .00 |
| 08-14-03 | 6 | 6,553.37 | | .00 | | .00 | | .00 | | .00 |
| 08-18-03 | 2 | 2,043.13 | | .00 | | .00 | | .00 | | .00 |
| 08-19-03 | 3 | 4,140.26 | | .00 | | .00 | | .00 | | .00 |
| 08-27-03 | 5 | 5,333.86 | | .00 | | .00 | | .00 | | .00 |
| 08-28-03 | 1 | 1,529.09 | | .00 | | .00 | | .00 | | .00 |
| 08-29-03 | 3 | 4,242.04 | | .00 | | .00 | | .00 | | .00 |
| TOTALS | 28 | 35,270.81 | | .00 | | .00 | | .00 | | .00 |

# ACCOUNT RECONCILIATION PLAN

**TYPE OF REPORT:** MISC-CREDITS

**BANK NO.:** 1    **CUST-ACCOUNT NO.:** 20799000003615

**CUSTOMER NAME:** WR GRACE & CO.-CONN / ATTN: NELLIE FAUSTO

153    **DATE:** 08-31-03    **PAGE:** 1

| CHECK NUMBER | PAID | DATE PAID | SEQUENCE NUMBER | CHECK NUMBER | PAID | DATE PAID | SEQUENCE NUMBER | CHECK NUMBER | PAID | DATE PAID | SEQUENCE NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2,222.29 | 080103 | | | | | | | | | |
| | 6,312.51 | 080403 | | | | | | | | | |
| | 2,248.68 | 080603 | | | | | | | | | |
| | 5,121.47 | 080703 | | | | | | | | | |
| | 326,888.93 | 081103 | | | | | | | | | |
| | 850,895.57 | 081203 | | | | | | | | | |
| | 4,731.92 | 081303 | | | | | | | | | |
| | 6,761.60 | 081403 | | | | | | | | | |
| | 6,553.37 | 081403 | | | | | | | | | |
| | 2,043.13 | 081803 | | | | | | | | | |
| | 4,140.26 | 081903 | | | | | | | | | |
| | 1,879.80 | 082003 | | | | | | | | | |
| | 5,643.25 | 082103 | | | | | | | | | |
| | 39.11 | 082203 | | | | | | | | | |
| | 304,123.52 | 082503 | | | | | | | | | |
| | 603,565.88 | 082603 | | | | | | | | | |
| | 6,562.89 | 082703 | | | | | | | | | |
| | 4,567.17 | 082803 | | | | | | | | | |
| | 1,529.09 | 082803 | | | | | | | | | |
| | 6,333.41 | 082903 | | | | | | | | | |

**DEBITS** GT

**CREDITS** 1,952,163.85    20

## TYPE OF REPORT

- OUTSTANDING ITEMS ONLY ON THIS REPORT
- PAID ITEMS ONLY ON THIS REPORT
- PAID & OUTSTANDING CHECKS ON SAME REPORT
- OFF-CYCLE REPORT REQUEST

UNPAID ONLY
PAID ONLY
CONSOLIDATED
SPECIAL

## EXPLANATION OF CODES

1 = CHECK PAID THIS PERIOD, NO OUTSTANDING MASTER RECEIVED.
2 = VOIDED, OUTSTANDING MASTER HANDLED, NOT ADDED TO TOTALS.
3 = CHECK PAID PREVIOUS PERIOD, OUTSTANDING MASTER STILL NOT RECEIVED.
MEMO ONLY, NOT ADDED TO TOTALS

4 = STOP PAYMENT IN EFFECT, CHECK HAS NOT BEEN PRESENTED.
5 = STOP PAYMENT IN EFFECT, CHECK PRESENTED AND RETURNED.
6 = DUPLICATE OUTSTANDING ITEM, DELETE OR NO SERIAL #
M # MISSING OUTSTANDING ITEM.

# ACCOUNT RECONCILIATION PLAN

| BANK NO: | CUST/ACCOUNT NO. | CUSTOMER NAME | | DATE | PAGE |
|---|---|---|---|---|---|
| 1 | 20799000003615 | WR GRACE & CO.-CONN  ATTN: NELLIE FAUSTO | 153 | 08-31-03 | 1 |

TYPE OF REPORT
MISC-DEBITS

| CHECK NUMBER | PAID | DATE PAID | SEQUENCE NUMBER | CHECK NUMBER | PAID | DATE PAID | SEQUENCE NUMBER | CHECK NUMBER | PAID | DATE PAID | SEQUENCE NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1411902914 | 1,928.29 | 080603 | 84804260 | | | | | | | | |
| 1411902914 | 5,121.47 | 080703 | 32160824 | | | | | | | | |
| 1411902914 | 19,848.54 | 081103 | 31394671 | | | | | | | | |
| 1411902914 | 2,837.83 | 081103 | 31394670 | | | | | | | | |
| 1411902914 | 11,205.06 | 081103 | 31394672 | | | | | | | | |
| 1411902914 | 292,479.09 | 081103 | 31594732 | | | | | | | | |
| | 5,193.95 | 081203 | 32190603 | | | | | | | | |
| | 572,352.57 | 081203 | 32190603 | | | | | | | | |
| | 46,543.56 | 081203 | 32190603 | | | | | | | | |
| | 26,805.49 | 081203 | 32190603 | | | | | | | | |
| 1411902914 | 2,458.15 | 081303 | 53967941 | | | | | | | | |
| 1411902914 | 218.31 | 081303 | 53967940 | | | | | | | | |
| | 6,761.60 | 081403 | 32230766 | | | | | | | | |
| 1411902914 | 1,879.80 | 082003 | 24470286 | | | | | | | | |
| | 5,643.25 | 082103 | 32300746 | | | | | | | | |
| | 391.11 | 082203 | 40216589 | | | | | | | | |
| 1411902914 | 2,837.82 | 082503 | 71370482 | | | | | | | | |
| 1411902914 | 290,080.57 | 082503 | 71521368 | | | | | | | | |
| 1411902914 | 11,205.13 | 082503 | 71370483 | | | | | | | | |
| | 26,805.42 | 082603 | 32330434 | | | | | | | | |
| | 571,566.50 | 082603 | 32330434 | | | | | | | | |
| 1411902914 | 5,193.96 | 082603 | 32330434 | | | | | | | | |
| 1411902914 | 1,229.03 | 082703 | 94968313 | | | | | | | | |
| | 4,567.17 | 082803 | 32370658 | | | | | | | | |
| 1411902914 | 2,091.37 | 082903 | 02248346 | | | | | | | | |
| | **DEBITS**  1,916,883.04 | | 25GT | | | | | | | | |

CREDITS

TYPE OF REPORT
- UNPAID ONLY - OUTSTANDING ITEMS, ONLY ON THIS REPORT
- PAID ONLY - PAID ITEMS ONLY ON THIS REPORT
- COMBINATION - PAID & OUTSTANDING ITEMS IN SAME REPORT
- SPECIAL - OFF-CYCLE REPORT MEDIUM ST

- 1 = CHECK PAID THIS PERIOD, NO OUTSTANDING MASTER RECEIVED.
- 2 = CHECK VOIDED. OUTSTANDING MASTER REMOVED, NOT ADDED TO TOTALS.
- 3 = CHECK PAID PREVIOUS PERIOD, OUTSTANDING MASTER STILL NOT RECEIVED
- MEMO ONLY, NOT ADDED TO TOTALS.

EXPLANATION OF CODES

- 4 = STOP PAYMENT IN EFFECT, CHECK HAS NOT BEEN PAY (SETD)
- 5 = STOP PAYMENT IN EFFECT, CHECK PREVIOUSLY PAID NOT RETURNED.
- 6 = FORCED POSTED ITEM/DUPLICATE ITEM NO SERIAL #

# ACCOUNT RECONCILIATION PLAN

| TYPE OF REPORT | BANK NO. | CUST.ACCOUNT NO. | CUSTOMER NAME | PAGE | DATE |
|---|---|---|---|---|---|
| PAID ONLY | 1 | 207990003615 | WR GRACE & CO. -CONN / ATTN: NELLIE FAUSTO | 153 / 1 | 08-31-03 |

| | CHECK NUMBER | PAID | DATE PAID | SEQUENCE NUMBER |
|---|---|---|---|---|
| M | 6651 TO | | | |
| | 6652 | 1,111.15 | 080103 | 13781911 |
| | 6667 | | | |
| | 6668 | 1,111.14 | 080803 | 13781912 |
| M | 6673 | | | |
| | 6674 | | | |
| | 6675 | 2,128.52 | 080403 | 14056754 |
| M | 6676 | | | |
| | 6685 | | | |
| | 6686 | 2,055.45 | 080403 | 13979327 |
| M | 6688 | | | |
| | 6690 | | | |
| | 6691 | 2,128.54 | 080403 | 14056753 |
| M | 6692 | | | |
| | 6695 | | | |
| | 6696 | 320.39 | 080603 | 17190538 |
| | 6697 | 518.41 | 081103 | 16243322 |
| M | 6698 | | | |
| | 6699 | | | |
| M | 6700 | 1,116.37 | 081903 | 10369653 |
| | 6701 | 524.72 | 081803 | 10133584 |
| | 6702 | 1,039.96 | 081403 | 19542736 |
| | 6703 | 2,055.46 | 081303 | 16284923 |
| | 6704 | 944.27 | 081903 | 10370380 |
| | 6705 | 2,079.62 | 081903 | 10562807 |
| M | 6706 | | | |
| | 6707 | | | |
| | 6708 | 1,604.14 | 081403 | 10001150 |
| | 6709 | 1,242.30 | 081403 | 19553888 |
| M | 6710 | 1,823.00 | 081403 | 17181868 |
| | 6711 | 94.26 | 081403 | 17181869 |
| | 6712 | 749.71 | 081403 | 17181870 |
| | 6713 | 518.41 | 081803 | 10241893 |
| | 6714 | 419.39 | 082703 | 11376503 |
| M | 6715 | | | |
| | 6716 | 1,116.36 | 082703 | 11686406 |
| | 6717 | 1,154.01 | 082703 | 11717648 |
| | 6718 | 1,039.96 | 082703 | 11708412 |
| | 6719 | 2,055.46 | 082903 | 11790773 |
| | 6720 | 944.27 | 082903 | 12364385 |
| | 6721 TO | | | |
| | 6722 | | | |
| M | 6723 | 1,529.09 | 082803 | 12159021 |
| | 6724 | 1,604.14 | 082703 | 11717511 |
| | 6725 | 1,242.31 | 082903 | 12628090 |
| | TOTAL O/S | TOTAL PAID 35,270.81 | | 28GT |

## TYPE OF REPORT

UNPAID ONLY : OUTSTANDING ITEMS ONLY ON THE REPORT
PAID ONLY : PAID ITEMS ONLY ON THE REPORT
CONSOLIDATED : PAID & OUTSTANDING CHECKS ON SAME REPORT
SPECIAL : OFF-CYCLE REPORT REQUEST

1 : CHECK PAID THIS PERIOD; NO OUTSTANDING MASTER RECEIVED.
2 : VOIDED; OUTSTANDING MASTER REMOVED FROM OUTSTANDING TOTALS.
3 : CHECK PAID PREVIOUS PERIOD; OUTSTANDING MASTER STILL NOT RECEIVED.
MEMO ONLY, NOT ADDED TO TOTALS.

## EXPLANATION OF CODES

A : STOP PAYMENT IN EFFECT; CHECK HAS NOT BEEN PRESENTED.
4 : VOIDED; OUTSTANDING MASTER REMOVED/CHECK RETURNED.
* : FORCED POSTED ITEM/DUPLICATE ON MICR SERIAL #.
M : MISSING OUTSTANDING ITEM.

**Merrill Lynch** Investment Managers

# Merrill Lynch Funds For Institutions

P.O. Box 8118, Boston, MA 02266-8118   (800) 225-1576

1 4 5 4

W R GRACE & CO - CONN
ATTN TREASURY DEPT
7500 GRACE DR
COLUMBIA MD 21044-4029

Merrill Lynch Premier Institutional Fund

Cumulative Statement for 08/01/2003 - 08/31/2003

Account Number
318-3323735-8

Financial Advisor
 H P S Group
 (--73807646)

Account Value As Of 08/31/2003
$76,943,390.49

Dividends
08/01/2003 - 08/31/2003         Year To Date
$38,560.21                              $229,478.23

> MERRILL LYNCH FUNDS FOR INSTITUTIONS WILL BE
> OPEN ON COLUMBUS DAY, MONDAY OCTOBER 13 TO
> HANDLE SHAREHOLDER INQUIRIES.

> THE AVERAGE NET ANNUALIZED YIELD FOR THE
> MONTH OF AUGUST WAS 1.04%. TRADING DEADLINES ON
> OCTOBER 10 WILL BE 3:00 P.M. ET.

## Account Activity

| Confirm Date | Trade Date | Transaction Description | Total Amount of Transaction | Share Price | Balance After Transaction |
|---|---|---|---|---|---|
| | | Beginning Balance | | | $77,704,830.28 |
| 08/01/2003 | 08/01/2003 | Same Day Wire Redemption | $40,000,000.00 | $1.00 | $37,704,830.28 |
| 08/04/2003 | 08/04/2003 | Shares Purchased By Wire | $5,000,000.00 | $1.00 | $42,704,830.28 |
| 08/05/2003 | 08/05/2003 | Shares Purchased By Wire | $2,000,000.00 | $1.00 | $44,704,830.28 |
| 08/06/2003 | 08/06/2003 | Same Day Wire Redemption | $600,000.00 | $1.00 | $44,104,830.28 |
| 08/07/2003 | 08/07/2003 | Same Day Wire Redemption | $3,200,000.00 | $1.00 | $40,904,830.28 |
| 08/08/2003 | 08/08/2003 | Same Day Wire Redemption | $1,400,000.00 | $1.00 | $39,504,830.28 |
| 08/13/2003 | 08/13/2003 | Shares Purchased By Wire | $1,400,000.00 | $1.00 | $40,904,830.28 |
| 08/14/2003 | 08/14/2003 | Same Day Wire Redemption | $4,000,000.00 | $1.00 | $36,904,830.28 |
| 08/15/2003 | 08/15/2003 | Shares Purchased By Wire | $6,000,000.00 | $1.00 | $42,904,830.28 |
| 08/18/2003 | 08/18/2003 | Shares Purchased By Wire | $2,600,000.00 | $1.00 | $45,504,830.28 |
| 08/19/2003 | 08/19/2003 | Shares Purchased By Wire | $800,000.00 | $1.00 | $46,304,830.28 |
| 08/20/2003 | 08/20/2003 | Same Day Wire Redemption | $2,300,000.00 | $1.00 | $44,004,830.28 |
| 08/21/2003 | 08/21/2003 | Same Day Wire Redemption | $5,700,000.00 | $1.00 | $98,304,830.28 |
| 08/22/2003 | 08/22/2003 | Shares Purchased By Wire | $6,000,000.00 | $1.00 | $44,304,830.28 |
| 08/25/2003 | 08/25/2003 | Same Day Wire Redemption | $5,800,000.00 | $1.00 | $38,504,830.28 |
| 08/26/2003 | 08/26/2003 | Shares Purchased By Wire | $1,000,000.00 | $1.00 | $39,504,830.28 |
| 08/27/2003 | 08/27/2003 | Shares Purchased By Wire | $1,800,000.00 | $1.00 | $41,304,830.28 |
| 08/28/2003 | 08/28/2003 | Same Day Wire Redemption | $4,200,000.00 | $1.00 | $37,104,830.28 |

Account Number  318-3323735-8          (page 1 of 2)




**Merrill Lynch** Investment Managers    Merrill Lynch Funds For Institutions

Merrill Lynch Premier Institutional Fund

Cumulative Statement for 08/01/2003 - 08/31/2003

Account Number
318-3323735-8

## Account Activity

| Confirm Date | Trade Date | Transaction Description | Dollar Amount of Transaction | Share Price | Balance After Transaction |
|---|---|---|---|---|---|
| 08/29/2003 | 08/29/2003 | Shares Purchased By Wire | $39,800,000.00 | $1.00 | $76,904,830.28 |
| 08/31/2003 | 08/31/2003 | Div Reinvest | $38,560.21 | $1.00 | $76,943,390.49 |
| | | Ending Balance | | | $76,943,390.49 |

Account Number    318-3323735-8    (page 2 of 2)



519575

MLM =56210= 0126972060 01498 01498 CNSMLM01 INVMWW    MLM    000057876

TS                    D

W.R. GRACE AND COMPANY
ATTN: CORPORATE FINANCE
7500 GRACE DRIVE
COLUMBIA MD 21044

Account No: 323-223141
Statement Start Date: 01 AUG 2003
Statement End Date: 29 AUG 2003
Statement Code: 000-USA-22
Statement No: 008

Page 1 of 1

## TRANSACTIONS

| | | |
|---|---|---|
| Total Credits | 2 | 1,469,881.32 |
| Total Debits (incl. checks) | 2 | 1,469,881.32 |
| Total Checks Paid | 0 | 0.00 |

## BALANCES

| Opening (01 AUG 2003) | Closing (29 AUG 2003) |
|---|---|
| Ledger | .00 Ledger .00 |

## ENCLOSURES
Credits 0
Debits 0
Checks 0

## LEDGER BALANCES
| Date | Amount |
|---|---|
| 04AUG | 0.0 |
| 29AUG | 0.0 |

## CREDITS

**04AUG** USD YOUR: NC01356801080040301  OUR: 0321600169IN  734,701.50
NASSAU DEPOSIT TAKEN
B/O: WR GRACE & COMPANY
JERSEY CITY, NJ 07310
REF: TO REPAY YOUR DEPOSIT FR 03070
2 TO 030804 RATE 1.0000

**29AUG** USD YOUR: NC01719744082903 01  OUR: 0324100033IN  735,179.82
NASSAU DEPOSIT TAKEN
B/O: WR GRACE & COMPANY
JERSEY CITY, NJ 07310
REF: TO REPAY YOUR DEPOSIT FR 03080
4 TO 030829 RATE 0.9375

## DEBITS

**04AUG** USD YOUR: ND01719744080040301  OUR: 0321600813IN  734,701.50
NASSAU DEPOSIT TAKEN
A/C: WR GRACE & COMPANY
JERSEY CITY, NJ 07310
REF: TO ESTABLISH YOUR DEPOSIT FR 0
30804 TO 030829 RATE 0.9375

**29AUG** USD YOUR: ND01987761082903 01  OUR: 0324100783IN  735,179.82
NASSAU DEPOSIT TAKEN
A/C: WR GRACE & COMPANY
JERSEY CITY, NJ 07310
REF: TO ESTABLISH YOUR DEPOSIT FR 0
30829 TO 030929 RATE 0.9500

## CHECKS
No Activity

FT CODE:
USD - SAME DAY FUNDS    US1 - ONE DAY FLOAT    US3 - THREE DAY FLOAT    US5 - FIVE DAY FLOAT
USN - NEXT DAY FUNDS    US2 - TWO DAY FLOAT    US4 - FOUR DAY FLOAT    USM - MIXED FLOAT

PLEASE EXAMINE THIS STATEMENT OF ACCOUNT AT ONCE. THE MAINTENANCE OF THIS ACCOUNT IS SUBJECT TO THE PROVISIONS OF THE NEW YORK UNIFORM COMMERCIAL CODE AND THE BANK'S TERMS AND CONDITIONS FOR BUSINESS ACCOUNTS AND SERVICES. THE BANK DISCLAIMS RESPONSIBILITY FOR ANY ERROR IN OR IMPROPER CHARGE TO THE ACCOUNT AS RENDERED UNLESS INFORMED IN WRITING OF THIS ERROR OR CHARGE WITHIN SIXTY DAYS OF THE DELIVERY, MAILING OR AVAILABILITY OF THE STATEMENT AND CANCELED VOUCHERS. KINDLY REFER TO THE INSTRUCTIONS ON THE REVERSE SIDE OF THIS STATEMENT IN ORDER TO DIRECT YOUR INQUIRIES TO THE PROPER DEPARTMENT FOR PROMPT ACTION.

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No: 016-001257
Statement Start Date: 16 AUG 2003
Statement End Date: 29 AUG 2003
Statement Code: S00-USA-22
Statement No: 016
Page 1 of 16

## TRANSACTIONS

| | |
|---|---|
| Total Credits | 31 |
| Total Debits (incl. checks) | 56 |
| Total Checks Paid | 0 |

## BALANCES

| | Value | Opening (16 AUG 2003) | | Closing (29 AUG 2003) | |
|---|---|---|---|---|---|
| | | Ledger | 105,341,919.81 | Ledger | 242,607.63 |
| | | | 105,324,081.53 | | |
| | | | 0.00 | | |

## ENCLOSURES

| | |
|---|---|
| Credits | 0 |
| Debits | 0 |
| Checks | 0 |

## LEDGER BALANCES

| | |
|---|---|
| 18AUG | 205,814.24 |
| 18AUG | 218,803.81 |
| 20AUG | 272,401.57 |
| 20AUG | 272,443.05 |
| 22AUG | 296,606.74 |
| 25AUG | 154,403.86 |
| 25AUG | 258,812.54 |
| 27AUG | 258,060.99 |
| 27AUG | 282,721.38 |
| 28AUG | 260,445.91 |
| 29AUG | |

260,445.91

## CREDITS

**18AUG** 3,153,320.18 FEDWIRE CREDIT
VIA: BANK OF AMERICA
/071000039
B/O: W.R. GRACE & CO. CON -TREASURY
COLUMBIA MD 21044-4098
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY CAMBRIDGE MA 02140-/AC-0
0001601257 RFB=O/B BKAM IL C60 OBI
=HQWT BBI=/TIME/13:40
IMAD: 0818GIQFGY2C000679

**18AUG** USD YOUR: O/B BKAM IL C60 3,181,047.00 FEDWIRE CREDIT
OUR: 0240703230FF VIA: WACHOVIA BANK OF NC,NA
/053000219
B/O: W R GRACE & CO. - CONN.
COLUMBIA MD 21044-4098
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY CAMBRIDGE MA 02140-/AC-0
0001601257 RFB=O/B WACHOVIA BK OBI
=FUNDS TRANSFER FROM DAVISON LOCKBO
IMAD: 0818BE3PAAIC002678

**18AUG** USD YOUR: O/B WACHOVIA BK 2,659,793.00 FEDWIRE CREDIT
OUR: 0248101230FF VIA: WACHOVIA BANK OF NC,NA
/053000219
B/O: W R GRACE & CO. - CONN.
COLUMBIA MD 21044-4098
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY CAMBRIDGE MA 02140-/AC-0
0001601257 RFB=O/B WACHOVIA BK OBI

**19AUG** USD YOUR: O/B WACHOVIA BK
OUR: 0104802231FF

FT CODE:   USD - SAME DAY FUNDS   US1 - ONE DAY FLOAT   US3 - THREE DAY FLOAT   US5 - FIVE DAY FLOAT
          USN - NEXT DAY FUNDS    US2 - TWO DAY FLOAT   US4 - FOUR DAY FLOAT   USM - MIXED FLOAT

PLEASE EXAMINE THIS STATEMENT OF ACCOUNT AT ONCE. THE MAINTENANCE OF THIS ACCOUNT IS SUBJECT TO THE PROVISIONS OF THE NEW YORK UNIFORM COM-
MERCIAL CODE AND THE BANK'S TERMS AND CONDITIONS FOR BUSINESS ACCOUNTS AND SERVICES. THE BANK DISCLAIMS RESPONSIBILITY FOR ANY ERROR IN
OR IMPROPER CHARGE TO THE ACCOUNT AS RENDERED UNLESS INFORMED IN WRITING OF THIS ERROR OR CHARGE WITHIN SIXTY DAYS OF THE DELIVERY, MAILING
OR AVAILABILITY OF THE STATEMENT AND CANCELED VOUCHERS. KINDLY REFER TO THE INSTRUCTIONS ON THE REVERSE SIDE OF THIS STATEMENT IN ORDER TO
DIRECT YOUR INQUIRIES TO THE PROPER DEPARTMENT FOR PROMPT ACTION.

Account No: 018-001257
Statement Start Date: 16 AUG 2003
Statement End Date: 29 AUG 2003
Statement Code: S00-USA-22
Statement No: 018
Page 2 of 16

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

TS

## CREDITS CONTINUED

| Value Date | Ccy | Reference | Debit/Amount | Credit/Amount | Description |
|---|---|---|---|---|---|
| 19AUG | | | | | |

**19AUG** USD YOUR: O/B BKAM IL CGO
OUR: 0102309231FF
3,209,310.80
=FUNDS TRANSFER FROM DAVISON LOCKBO
/MAD: 0819ESQPAAICOO1444
FEDWIRE CREDIT
VIA: BANK OF AMERICA
/071000039
B/O: W.R. GRACE & CO. CON -TREASURY
COLUMBIA MD 21044-4098
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY CAMBRIDGE MA 02140-/AC-0
0001601257 RFB=O/B BKAM IL CGO OBI
=MOVT BBI=/TIME/11:25

**20AUG** USD YOUR: O/B WACHOVIA BK
OUR: 0162803232FF
1,339,300.00
=MAD: 0819G16FGY2C0003347
FEDWIRE CREDIT
VIA: WACHOVIA BANK OF NC,NA
/053000219
B/O: W R GRACE & CO. - CONN.
COLUMBIA MD 21044-4098
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY CAMBRIDGE MA 02140-/AC-0
0001601257 RFB=O/B WACHOVIA BK OBI
=FUNDS TRANSFER FROM DAVISON LOCKBO

**20AUG** USD YOUR: MAESTRO
OUR: 0387009232FF
2,300,000.00
=MAD: 0820ESQPAAIC002178
FEDWIRE CREDIT
VIA: STATE STREET BANK & TRUST COMP
/011000028
B/O: W R GRACE & CO - CONN
COLUMBIA MD 21044-4029
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY CAMBRIDGE MA 02140-/AC-0
0001601257 RFB=MAESTRO OBI=FUND-31
8-P1-S1 ML PREMIER FUND BBI=/TIME

**21AUG** USD YOUR: 6283232803560001
OUR: 0149100233FC
300,491.64
=MAD: 0820AIQ002DC001723
CHIPS CREDIT
VIA: BANK OF AMERICA N.A.
/0959
B/O: W R GRACE AND CO.
COLUMBIA, MD 21044-4098
REF: NBNF=W.R. GRACE AND COMPANY CA
MBRIDGE MA 02140-/AC-00001601257 O
RG=/000618101 COLUMBIA, MD 21044-4
09B OBB=BANK OF AMERICA NT SA (NADF

**21AUG** USD YOUR: O/B WACHOVIA BK
OUR: 0238914233FF
896,651.00
=SSN: 0011894
FEDWIRE CREDIT
VIA: WACHOVIA BANK OF NC,NA

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No:          016-001257
Statement Start Date:  16 AUG 2003
Statement End Date:    29 AUG 2003
Statement Code:        S00-USA-22
Statement No:          016
                       Page 3 of 16

TS

| Posting Date | Effective Date | F | Reference | Value Date | Credit/Debit | Description | Closing Balance Amount |
|---|---|---|---|---|---|---|---|

**CREDITS CONTINUED**

| 21AUG | | | USD YOUR: 0/B BKAM IL CGO    OUR: 024300B233FF | 21AUG | 1,267,703.66 | /053000219<br>B/O: W R GRACE & CO. - CONN.<br>COLUMBIA MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0001601257 RFB=0/B WACHOVIA BK OBI<br>=FUNDS TRANSFER FROM DAVISON LOCKBO<br>IMAD: 0821E30FAAIC002651<br>FEDWIRE CREDIT<br>VIA: BANK OF AMERICA<br>/071000039<br>B/O: W.R. GRACE & CO. CON -TREASURY<br>COLUMBIA MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0001601257 RFB=0/B BKAM IL CGO OBI<br>=HDWT BBI=/TIME/14:06<br>IMAD: 0821G1GF6V2C001355 | |
| 21AUG | | | USD YOUR: MAESTRO    OUR: 0315209233FF | 21AUG | 5,700,000.00 | /011000028<br>B/O: W R GRACE & CO - CONN<br>COLUMBIA MD 21044-4029<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0001601257 RFB=MAESTRO OBI=FUND-31<br>8-P-1-S 1 ML PREMIER FUND BBI=/TIME<br>IMAD: 0821A1Q002GC001358 | |
| 22AUG | | | USD YOUR: 0/B WACHOVIA BK    OUR: 0121803234FF | 22AUG | 1,091,108.00 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK BANK OF NC,NA<br>/053000219<br>B/O: W R GRACE & CO. - CONN.<br>COLUMBIA MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0001601257 RFB=0/B WACHOVIA BK OBI<br>=FUNDS TRANSFER FROM DAVISON LOCKBO<br>IMAD: 0822E30FAAIC001552 | |
| 22AUG | | | USD YOUR: 60082311252220001    OUR: 094B700234FC | 22AUG | 1,260,729.51 | CHIPS CREDIT<br>VIA: BANK OF AMERICA N.A.<br>/0959<br>B/O: GRACE COLLECTION INC.<br>REF: NBNF=W.R. GRACE AND COMPANY CA<br>MBRIDGE MA 02140-/AC-00001601257 O | |

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No: 016-001257
Statement Start Date: 16 AUG 2003
Statement End Date: 29 AUG 2003
Statement Code: S00-USA-22
Statement No: 016
Page 4 of 16

| Ledger Post Date | Value Date | References | Debits | Credits | Description | Date | Closing Balance / Amount |
|---|---|---|---|---|---|---|---|

## CREDITS CONTINUED

| 22AUG | 22AUG | USD YOUR: O/B BKAM IL CGO OUR: 0122102234FF | | 1,482,676.69 | RG=/60083256113/ GRACE COLLECTION I NC. 08B=BANK OF AMERICA NT AND SA L ONDON ENGLAND E1 8DE SSN: 0058309 FEDWIRE CREDIT VIA: BANK OF AMERICA /071000039 B/O: W.R. GRACE & CO. CON -TREASURY COLUMBIA MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0001601257 RFB=O/B BKAM IL CGO OBI =HQWT BBI=/TIME/11.29 IMAD: 0822G1QFG V2C000438 | | |
| 22AUG | 22AUG | USD YOUR: 60082311125210001 OUR: 0948600234FC | | 8,646,669.52 | CHIPS CREDIT VIA: BANK OF AMERICA N.A. /0959 B/O: GRACE COLLECTION INC. REF: NBNF=W.R. GRACE AND COMPANY CA MBRIDGE MA 02140-/AC-00001601257 0 RG=/60083256113/ GRACE COLLECTION I NC. 08B=BANK OF AMERICA NT AND SA L ONDON ENGLAND E1 8DE | | |
| 25AUG | 25AUG | USD YOUR: O/B BKAM IL CGO OUR: 0138402237FF | | 1,817,340.41 | SSN: 0058308 FEDWIRE CREDIT VIA: BANK OF AMERICA /071000039 B/O: W.R. GRACE & CO. CON -TREASURY COLUMBIA MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0001601257 RFB=O/B BKAM IL CGO OBI =HQWT BBI=/TIME/11.40 IMAD: 0825G1QFGV2C000352 | | |
| 25AUG | 25AUG | USD YOUR: O/B WACHOVIA BK OUR: 0137408237FF | | 2,280,288.00 | FEDWIRE CREDIT VIA: WACHOVIA BANK BANK OF NC,NA /053000219 B/O: W R GRACE & CO. - CONN. COLUMBIA MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0001601257 RFB=O/B WACHOVIA BK OBI =FUNDS TRANSFER FROM DAVISON LOCKBO IMAD: 0825E3PAA1C001660 | | |

016-001257
16 AUG 2003
29 AUG 2003
S00-USA-22
016
Page 5 of 16

Account No:
Statement Start Date:
Statement End Date:
Statement Code:
Statement No:

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

TS

**CREDITS CONTINUED**

**25AUG** — 5,800,000.00 — USD YOUR: MAESTRO OUR: 0417303237FF
FEDWIRE CREDIT
VIA: STATE STREET BANK & TRUST COMP
/01100028
B/O: W R GRACE & CO - CONN
COLUMBIA MD 21044-4029
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY CAMBRIDGE MA 02140-/AC-0
0016001257 RFB=MAESTRO OBI=FUND-S1
8-P 1-S 1 ML PREMIER FUND BBI=/TIME

**26AUG** — 338,637.43 — USD OUR: 2387004612TC
IMAD: 0825A1Q002BC001546
ELECTRONIC FUNDS TRANSFER
ORIG CO NAME:AON CORPORATION
ORIG ID:900555149B DESC DATE:030825
CO ENTRY DESCR:ACH PYMT SEC:CCD
TRACE#:021000027004612 EED:030826
IND ID:
BND NAME:W R GRACE AND CO CONN
REF*JUNE 2003DB PAYMENTS\

**26AUG** — 3,506,397.00 — USD YOUR: O/B WACHOVIA BK OUR: 0131813258FF
FEDWIRE CREDIT
VIA: WACHOVIA BANK OF NC,NA
/053000219
B/O: W R GRACE & CO. - CONN.
COLUMBIA MD 21044-4098
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY CAMBRIDGE MA 02140-/AC-0
0016001257 RFB=O/B WACHOVIA BK OBI
=FUNDS TRANSFER FROM DAVISDN LOCKBO
IMAD: 0826E3QFAAIC001729

**26AUG** — 3,712,245.91 — USD YOUR: O/B BKAM IL CGO OUR: 0134702258FF
FEDWIRE CREDIT
VIA: BANK OF AMERICA
/071000039
B/O: W.R. GRACE & CO. CON -TREASURY
COLUMBIA MD 21044-4098
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY CAMBRIDGE MA 02140-/AC-0
0016001257 RFB=O/B BKAM IL CGO OBI
=HDWT BBI=/TIME/11:54
IMAD: 0826610GV2C000390

**27AUG** — 903,134.00 — USD YOUR: O/B WACHOVIA BK OUR: 0138803239FF
FEDWIRE CREDIT
VIA: WACHOVIA BANK OF NC,NA
/053000219
B/O: W R GRACE & CO. - CONN.
COLUMBIA MD 21044-4098
REF: CHASE NYC/CTR/BNF=W.R. GRACE A

TS

Account No: 016-001257
Statement Start Date: 16 AUG 2003
Statement End Date: 29 AUG 2003
Statement Code: S00-USA-22
Statement No: 016
Page 6 of 16

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE  MA  02140

| Value Date | Reference | Credits/Debit | Description | Charges/Balance Date | Amount |
|---|---|---|---|---|---|

**CREDITS CONTINUED**

| Value Date | Reference | Credits/Debit | Description |
|---|---|---|---|
| 27AUG | USD YOUR: O/B WACHOVIA BK<br>OUR: 0224014239FF | 942,754.57 | ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0001600257 RFB=O/B WACHOVIA BK OBI<br>=FUNDS TRANSFER FROM DAVISON LOCKBO<br>/MAD: 0827E3QPAAIC002079<br>FEDWIRE CREDIT<br>VIA: WACHOVIA BANK NA OF FLORIDA<br>/063000021<br>B/O: W R GRACE AND CO CONN<br>COLUMBIA, MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0001600257 RFB=O/B WACHOVIA BK BBI<br>=/TIME/13:54<br>/MAD: 0827F3QCAAIC001271 |
| 27AUG | USD YOUR: O/B BKAM IL C60<br>OUR: 0080703239FF | 1,618,104.71 | FEDWIRE CREDIT<br>VIA: BANK OF AMERICA<br>/071000039<br>B/O: W.R. GRACE & CO. CON -TREASURY<br>COLUMBIA MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0001600257 RFB=O/B BKAM IL C60 OBI<br>=HOWT BBI=/TIME/10:26<br>/MAD: 082761QFGY2C000297 |
| 27AUG | USD YOUR: 0000716951<br>OUR: 4259800239FC | 1,695,281.79 | CHIPS CREDIT<br>VIA: THE BANK OF NOVA SCOTIA<br>/0253<br>B/O: GRACE CANADA INC<br>MISSISSAUGA, ONTARIOCANADA<br>REF: NBNF=W.R. GRACE AND COMPANY CA<br>MBRIDGE MA 02140-/AC-000001601257 O<br>RG=/240442020411O MISSISSAUGA, ONTAR<br>IOCANADA OGB=B N S HIGHWAY 10 AND M<br>SSN: 0236498 |
| 28AUG | USD YOUR: O/B WACHOVIA BK<br>OUR: 0142307240FF | 573,622.00 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK BANK OF NC,NA<br>/053000219<br>B/O: W R GRACE & CO. - CONN.<br>COLUMBIA MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0001600257 RFB=O/B WACHOVIA BK OBI<br>=FUNDS TRANSFER FROM DAVISON LOCKBO<br>IMAD: 0828E3QPAAIC001682 |

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

TS

Account No:          016-001257
Statement Start Date:  16 AUG 2003
Statement End Date:    29 AUG 2003
Statement Code:        S00-USA-22
Statement No:          016
Page 7 of 16

| Ledger Date | Value Date | Reference | Debits / Amount | Credits / Amount | Date | Closing Balance / Amount | Description |
|---|---|---|---|---|---|---|---|

**CREDITS CONTINUED**

| 28AUG | 28AUG | USD YOUR: O/B BKAM IL CGO<br>OUR: 0147509240FF | | 1,239,594.42 | | | FEDWIRE CREDIT<br>VIA: BANK OF AMERICA<br>/071000039<br>B/O: W.R. GRACE & CO. CON -TREASURY<br>COLUMBIA MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0016001257 RFB=O/B BKAM IL CGO OBI<br>=HOWT BBI=/TIME/11.41<br>IMAD: 0828G1QFGY2C005534 |
| 28AUG | 28AUG | USD YOUR: MAESTRO<br>OUR: 0340914240FF | | 4,200,000.00 | | | FEDWIRE CREDIT<br>VIA: STATE STREET BANK & TRUST COMP<br>/011000028<br>B/O: W R GRACE & CO - CONN<br>COLUMBIA MD 21044-4029<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0016001257 RFB=MAESTRO OBI=FUND-31<br>8-P 1-S 1 ML PREMIER FUND BBI=/TIME<br>IMAD: 0828A1Q002GC001484 |
| 29AUG | 29AUG | USD YOUR: O/B BKAM IL CGO<br>OUR: 0108609241FF | | 1,354,888.28 | | | FEDWIRE CREDIT<br>VIA: BANK OF AMERICA<br>/071000039<br>B/O: W.R. GRACE & CO. CON -TREASURY<br>COLUMBIA MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0016001257 RFB=O/B BKAM IL CGO OBI<br>=HOWT BBI=/TIME/10.32<br>IMAD: 0829G1QFGY2C000489 |
| 29AUG | 29AUG | USD YOUR: O/B WACHOVIA BK<br>OUR: 0118913241FF | | 1,386,980.00 | | | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK BANK OF NC,NA<br>/053000219<br>B/O: W R GRACE & CO. - CONN.<br>COLUMBIA MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0016001257 RFB=O/B WACHOVIA BK OBI<br>=FUNDS TRANSFER FROM DAVISON LOCKBO<br>IMAD: 0829E3QPAAIC002090 |
| 29AUG | 29AUG | USD YOUR: CAP OF 03/08/29<br>OUR: 0515200241J0 | | 17,483,850.29 | | | BOOK TRANSFER CREDIT<br>B/O: GRACE INTERNATIONAL HOLDINGS,I<br>CAMBRIDGE MA 02140-<br>REF: MOVE FUNDS RCVD FROM GRACE GMB |

Ts

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No: 016-001257
Statement Start Date: 16 AUG 2003
Statement End Date: 29 AUG 2003
Statement Code: S00-USA-22
Statement No: 016
Page 8 of 16

**CREDITS CONTINUED**

| Value Date | | Reference | Credit/Debit | Description |
|---|---|---|---|---|
| 29AUG | USD YOUR: CAP OF 03/08/29 OUR: 0515100241J0 | | 20,000,000.00 | MLOAN BOOK TRANSFER CREDIT B/O: GRACE INTERNATIONAL HOLDINGS,I CAMBRIDGE MA 02140- REF: MOVE FUNDS RCVDFROM GRACE GMBH LOAN |

**DEBITS**

| Value Date | | Reference | Credit/Debit | Description |
|---|---|---|---|---|
| 18AUG | USD YOUR: NONREF OUR: 2277200230J0 | | 729.78 | CHIPS DEBIT VIA: CITIBANK /0008 A/C: BANCO DE OCCIDENTE CALI, COLOMBIA BEN: ALVARO BELTRAN FEGED EXPENSES REF: SSN: 0244784 |
| 18AUG | USD YOUR: NONREF OUR: 2277000230J0 | | 70,430.79 | BOOK TRANSFER DEBIT A/C: W R GRACE & CO CONN (UHC FUNDI COLUMBIA MD 21044- REF: /BNF/JPMORGAN CHASE BANK NEW Y ORK NY 10004 |
| 18AUG | USD YOUR: NONREF OUR: 2277100230J0 | | 2,600,000.00 | FEDWIRE DEBIT VIA: STATE ST BOS /011000028 A/C: MERRILL LYNCH PREMIER INSTITUT REF: FFC TO ACCOUNT 332J735 NO WR G RACE & CO.- CONN ATTN:MERRILL GROU /TRANSFER FUNDS2/TIME/16:07 /MAD: 0818BIQ6C07C004476 |
| 18AUG | USD YOUR: NONREF OUR: 2276900230J0 | | 3,700,000.00 | FEDWIRE DEBIT VIA: WACHOVIA BK NA NC /053000219 A/C: W.R. GRACE & CO. - CONN REF: W.R GRACE PAYMENT FOR CONTROLL ED DISBURSEMENT ACCOUNTS/TIME/16:06 /MAD: 0818BIQ6C01C004617 |
| 19AUG | USD YOUR: NONREF OUR: 2232100231J0 | | 41,740.04 | BOOK TRANSFER DEBIT A/C: W R GRACE & CO CONN (UHC FUNDI COLUMBIA MD 21044- REF: /BNF/JPMORGAN CHASE BANK NEW Y ORK NY 10004 |
| 19AUG | USD YOUR: NONREF OUR: 2232200231J0 | | 50,689.14 | FEDWIRE DEBIT VIA: DBTCO AMERICAS NYC /021001033 |

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE  MA  02140

Account No:              016-001257
Statement Start Date:    16 AUG 2003
Statement End Date:      29 AUG 2003
Statement Code:          S00-USA-22
Statement No:            016
Page 9 of 16

| Book Entry Date | Value Date | F | Reference | Debit/Credit | Description | Continuous Amount |
|---|---|---|---|---|---|---|

**DEBITS CONTINUED**

| 19AUG | 19AUG | USD | YOUR: ACH OF 03/08/19<br>OUR: 0026800231HP | 215,051.00 | A/C: ACDEUTNL2A<br>DEUTSCHE BANK AG AMSTERDAM<br>BEN: W R GRACE & MINERALS LTD<br>REF: GRACE DAVISON PYMNT OF INV 220<br>8 | |
| 19AUG | 19AUG | USD | YOUR: NONREF<br>OUR: 2231900231J0 | 800,000.00 | IMAD: 0819B1QGC07C004497<br>BOOK TRANSFER DEBIT<br>A/C: CB/FFTS PRE-FUNDING CLEARING A<br>TAMPA FL 33634-<br>VIA: STATE ST BOS<br>/011000028<br>/01000028 | |
| 19AUG | 19AUG | USD | YOUR: NONREF<br>OUR: 0693800231J0 | 848,634.05 | A/C: MERRILL LYNCH PREMIER INSTITUT<br>REF: FFC TO - ACCOUNT 332375 NO WR G<br>RACE & CO. - CONN ATTN:MERRILL GROU<br>P (TRANSFER FUNDS)/TIME/17:13<br>IMAD: 0819B1QGC07C004496<br>FEDWIRE DEBIT<br>VIA: ALLFIRST BANK<br>/052000113 | |
| 19AUG | 19AUG | USD | YOUR: NONREF<br>OUR: 2232000231J0 | 3,900,000.00 | A/C: GRACE DAVISON<br>REF: HOURLY PAYROLL/TIME/12:02<br>IMAD: 0819B1QGC04C001744<br>FEDWIRE DEBIT<br>VIA: WACHOVIA BK NA NC<br>/053000219 | |
| 20AUG | 20AUG | USD | YOUR: NONREF<br>OUR: 2448600232J0 | 32,844.53 | A/C: W.R. GRACE & CO. - CONN<br>REF: W.R GRACE PAYMENT FOR CONTROLL<br>ED DISBURSEMENT ACCOUNTS/TIME/17:13<br>IMAD: 0819B1QGC05C004300<br>BOOK TRANSFER DEBIT<br>A/C: W R GRACE & CO CONN (UHC FUNDI<br>COLUMBIA MD 21044-<br>ORK: W.R/JPMORGAN CHASE BANK NEW Y<br>ORK NY 1004 | |
| 20AUG | 20AUG | USD | YOUR: NONREF<br>OUR: 2448700232J0 | 526,857.71 | A/C:100039<br>FEDWIRE DEBIT<br>VIA: RKAMIL C80<br>A/C: W.R GRACE & CO. - CONN<br>IMAD: 0820B1QGC08C005133 | |
| 20AUG | 20AUG | USD | YOUR: NONREF<br>OUR: 2448500232J0 | 3,000,000.00 | FEDWIRE DEBIT<br>VIA: WACHOVIA BK NA NC<br>/053000219<br>A/C: W.R. GRACE & CO. - CONN | |