W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

TS

Account No: 016-001257
Statement Start Date: 16 AUG 2003
Statement End Date: 29 AUG 2003
Statement Code: S00-USA-22
Statement No: 016
Page 10 of 16

## DEBITS CONTINUED

| Value Date | Ledger Date | F | Reference | Credit/Debit | Description | Claim Balance Date Amount |
|---|---|---|---|---|---|---|
| 21AUG | | USD | OUR: 0031510114XF | 193.72 | REF: W.R. GRACE PAYMENT FOR CONTROLL ED DISBURSEMENT ACCOUNTS/TIME/16:59 IMAD: 0820B1QGC01C004867 AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 00032381963 | |
| 21AUG | | USD | YOUR: NONREF OUR: 2135200233J0 | 1,103.17 | FEDWIRE DEBIT VIA: DBTCO AMERICAS NYC /021001033 A/C: FPRS DEPOSITORY REF: FFC TO PLAN 89994 W.R. GRACE & CO. ATTN: FPRS WEEK ENDING 081803 HOURLY | |
| 21AUG | | USD | YOUR: NONREF OUR: 2135500233J0 | 23,569.99 | IMAD: 0821B1QGC08C004735 BOOK TRANSFER DEBIT A/C: W R GRACE & CO CONN (UHC FUNDI COLUMBIA MD 21044-- REF: /BNF/JPMORGAN CHASE BANK NEW Y ORK NY 1000? | |
| 21AUG | | USD | YOUR: NONREF OUR: 2135100233J0 | 165,937.94 | FEDWIRE DEBIT VIA: DBTCO AMERICAS NYC /021001033 A/C: FPRS DEPOSITORY REF: FFC TO PLAN 89994 W.R. GRACE & CO. ATTN: FPRS WEEK ENDING 081803 HOURLY | |
| 21AUG | | USD | YOUR: NONREF OUR: 2135500233J0 | 8,000,000.00 | IMAD: 0821B1QGC03C004136 FEDWIRE DEBIT VIA: WACHOVIA BK NA NC /053000219 A/C: W.R. GRACE & CO. - CONN REF: W.R. GRACE PAYMENT FOR CONTROLL ED DISBURSEMENT ACCOUNTS/TIME/17:06 IMAD: 0821B1QGC07C004357 | |
| 22AUG | | USD | OUR: 0031910114XF | 24,992.48 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 00032381963 | |
| 22AUG | | USD | YOUR: NONREF OUR: 0532200234J0 | 134,175.55 | BOOK TRANSFER DEBIT A/C: W R GRACE & CO CONN (UHC FUNDI COLUMBIA MD 21044-- REF: /BNF/JPMORGAN CHASE BANK NEW Y ORK NY 1004 | |
| 22AUG | | USD | YOUR: NONREF OUR: 0916400234J0 | 2,497,852.00 | FEDWIRE DEBIT VIA: ALLFIRST BANK /052000113 A/C: GRACE DAVISON | |

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No: 016-001257
Statement Start Date: 16 AUG 2003
Statement End Date: 29 AUG 2003
Statement Code: S00-USA-22
Statement No: 016
Page 11 of 16

## DEBITS CONTINUED

| Value Date | | References | Credit Amount | Debit Amount | Description |
|---|---|---|---|---|---|
| 22AUG | USD | YOUR: NONREF OUR: 2264000234JO | | 3,800,000.00 | REF: SALARIED PAYROLL/TIME/12:08 IMAD: 0822B1Q8C02C002211 FEDWIRE DEBIT VIA: WACHOVIA BK NA NC /053000219 A/C: W.R. GRACE & CO. - CONN REF: W.R. GRACE PAYMENT FOR CONTROLL ED/DISBURSEMENT ACCOUNTS/TIME/16:28 |
| 22AUG | USD | YOUR: NONREF OUR: 2263900234JO | | 6,000,000.00 | IMAD: 0822B1Q8C04C004298 FEDWIRE DEBIT VIA: STATE ST BOS /011000028 A/C: MERRILL LYNCH PREMIER INSTITUT REF: FFC TO ACCOUNT 332373S NO WR 6 RACE & CO. - CONN ATTN:MERRILL GROU P (TRANSFER FUNDS)/TIME/16:28 |
| 25AUG | USD | YOUR: NONREF OUR: 2871400237JO | | 15,620.35 | IMAD: 0825B1Q8C01C004686 FEDWIRE DEBIT VIA: CENTER WHITING /071902878 A/C: NATIONAL BOND AND TRUST REF: ATTN: CAROL HIGHSMITH |
| 25AUG | USD | YOUR: NONREF OUR: 2871700237JO | | 16,907.05 | IMAD: 0825B1Q8C08C005729 FEDWIRE DEBIT VIA: AL FIRST BANK /052000113 A/C: SPECTRA, INC. REF: AUGUST 2003 FEES/TIME/17:10 |
| 25AUG | USD | OUR: 003201Q114XF | | 29,243.96 | IMAD: 0825B1Q8C05C005257 AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 0003238L963 |
| 25AUG | USD | YOUR: NONREF OUR: 2669100237JO | | 69,011.33 | BOOK TRANSFER DEBIT A/C: W R GRACE & CO CONN (UHC FUNDI COLUMBIA MD 21044- REF: /BNF/JPMORGAN CHASE BANK NEW Y ORK NY 10004 |
| 25AUG | USD | YOUR: NONREF OUR: 2871600237JO | | 134,112.29 | FEDWIRE DEBIT VIA: BANK ONE NA CMGD /071000013 A/C: UNITED HEALTHCARE INSURANCE CO REF: AUGUST 2003 FEES/TIME/17:11 |
| 25AUG | USD | YOUR: NONREF OUR: 2871500237JO | | 342,154.55 | IMAD: 0825B1Q8C03C005212 BOOK TRANSFER DEBIT A/C: 0022430680 |

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No:           016-001257
Statement Start Date: 16 AUG 2003
Statement End Date:   29 AUG 2003
Statement Code:       S00-USA-22
Statement No:         016
Page 12 of 16

| Value Date | | Reference | Entry/Credit | Description |
|---|---|---|---|---|

**DEBITS CONTINUED**

| 25AUG | USD | YOUR: NONREF<br>OUR: 2871200237J0 | 897,713.23 | METROPOLITAN LIFE INSURANCE COMPANY<br>REF: ATTN: W.R. GRACE & CO. NO. 913<br>70 JEFF KALLAY 708-820-7742 GRPGUL<br>AUGUST 2003 FEES<br>FEDWIRE DEBIT<br>VIA: BK NOVA SCOTIA NYC<br>/026002532<br>A/C: THE BANK OF NOVA SCOTIA<br>MISSISSAUGA, ONTARIO CANADA TRANSIT<br>BEN: GRACE CANADA, INC.<br>MONEY MOBILIZATION DIVISION<br>REF: ATTN: PIERRE LEBOURDAIS<br>IMAD: 0825B1QGC07C005441 |
| 25AUG | USD | YOUR: NONREF<br>OUR: 2871300237J0 | 3,635,068.53 | FEDWIRE DEBIT<br>VIA: BK NOVA SCOTIA NYC<br>/026002532<br>A/C: THE BANK OF NOVA SCOTIA<br>TRANSIT 24042<br>BEN: GRACE CANADA, INC.<br>MONEY MOBILIZATION DIVISION<br>REF: W.R GRACE - VALLEYFIELD SETTLE<br>MENT ATTN: PIERRE LEBOURDAIS<br>IMAD: 0825B1QGC06C005352 |
| 25AUG | USD | YOUR: NONREF<br>OUR: 2871800237J0 | 4,900,000.00 | FEDWIRE DEBIT<br>VIA: WACHOVIA BK NA NC<br>/053000219<br>A/C: W.R. GRACE & CO. - CONN<br>REF: W.R GRACE PAYMENT FOR CONTROLL<br>ED DISBURSEMENT ACCOUNTS/TIME/17:09<br>IMAD: 0825B1QGC04C005310 |
| 26AUG | USD | YOUR: NONREF<br>OUR: 2422400238J0 | 27,599.36 | BOOK TRANSFER DEBIT<br>A/C: W R GRACE & CO CONN (UHC FUNDI<br>COLUMBIA MD 21044-<br>REF: /BNF/JPMORGAN CHASE BANK NEW Y<br>ORK NY 1004<br>OK NY 10004 |
| 26AUG | USD | YOUR: NONREF<br>OUR: 2422300238J0 | 367,973.55 | FEDWIRE DEBIT<br>VIA: NORTHERN CHGO<br>/071000152<br>A/C: W.R GRACE & CO. RETIREMENT PLA<br>REF: ATTN: MR. BRUCE HENIKEN SUPPLE<br>MENTAL PENSION PYMNT FOR 0903/TIME/<br>16:39<br>IMAD: 0826B1QGC02C004482 |

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No:        016-001257
Statement Start Date:    16 AUG 2003
Statement End Date:     29 AUG 2003
Statement Code:        S00-USA-22
Statement No:          016
                       Page 13 of 16

**DEBITS CONTINUED**

| Date | | Amount | Reference | Description |
|---|---|---|---|---|
| 26AUG | USD OUR: 0030170114XF | 567,122.29 | | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 00032380963 |
| 26AUG | USD YOUR: NONREF OUR: 1899100238J0 | 826,935.28 | | FEDWIRE DEBIT VIA: ALLFIRST BANK /052000113 A/C: GRACE DAVISON REF: HOURLY PAYROLL/TIME/15:12 |
| 26AUG | USD YOUR: NONREF OUR: 2422500238J0 | 863,241.18 | | IMAD: 0826B1QGC08C004058 FEDWIRE DEBIT VIA: DBTCO AMERICAS NYC /021001033 A/C: FPRS DEPOSITORY REF: FFC TO PLAN 89994 W.R. GRACE & CO. ATTN: FPRS FOR WEEK ENDING 082 103 |
| 26AUG | USD YOUR: NONREF OUR: 2422700238J0 | 1,000,000.00 | | IMAD: 0826B1QGC05C004501 FEDWIRE DEBIT VIA: STATE ST BOS /011000028 A/C: MERRILL LYNCH PREMIER INSTITUT REF: FFC TO ACCOUNT 3323735 NO WR G RACE & CO. - CONN ATTN:MERRILL GROU P(TRANSFER FUNDS)/TIME/16:40 |
| 26AUG | USD YOUR: NONREF OUR: 2422600238J0 | 3,800,000.00 | | IMAD: 0826B1QGC06C004521 FEDWIRE DEBIT VIA: WACHOVIA BK NA NC /053000219 A/C: W.R. GRACE & CO. - CONN REF:W.R. GRACE PAYMENT FOR CONTROLL ED DISBURSEMENT ACCOUNTS/TIME/16:39 IMAD: 0826B1QGC08C004886 |
| 27AUG | USD YOUR: NONREF OUR: 2126000239J0 | 11,439.73 | | CHIPS DEBIT VIA: DEUTSCHE BANK TRUST CO AMERICA /0103 A/C: FPRS DEPOSITORY REF: FFC TO PLAN 89994 W.R. GRACE & CO. ATTN: FPRS WEEK ENDING 082103 SSN: 0226633 |
| 27AUG | USD YOUR: NONREF OUR: 2125900239J0 | 35,315.46 | | BOOK TRANSFER DEBIT A/C: W R GRACE & CO CONN (UHC FUNDI COLUMBIA MD 21044- REF: /BNF/JPMORGAN CHASE BANK NEW Y ORK NY 10004 |

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No: 016-001257
Statement Start Date: 16 AUG 2003
Statement End Date: 29 AUG 2003
Statement Code: S00-USA-22
Statement No: 016
Page 14 of 16

## DEBITS CONTINUED

| Book Date | Value Date | Reference | Paid Out | Description |
|---|---|---|---|---|
| 27AUG | | USD OUR: 0031310114XF | 113,271.43 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 00032381963 |
| 27AUG | | USD YOUR: NONREF OUR: 2126200239JO | 1,800,000.00 | FEDWIRE DEBIT VIA: STATE ST BOS /011000028 REF: MERRILL LYNCH PREMIER INSTITUT FFC: FCC10 ACCOUNT 332735 NO WR G RACE & FCC10 - CONN ATTN:MERRILL GROU P CTRANSFER FUNDS/TIME/16:44 IMAD: 0827BIQGC07C004866 |
| 27AUG | | USD YOUR: NONREF OUR: 2126100239JO | 3,200,000.00 | FEDWIRE DEBIT VIA: WACHOVIA BK NA NC /053000219 A/C: W.R GRACE & CO. - CONN REF: W.R GRACE PAYMENT FOR CONTROLL ED DISBURSEMENT ACCOUNTS/TIME/15:32 IMAD: 0827BIQGC03C004075 |
| 28AUG | | USD YOUR: NONREF OUR: 2554200240JO | 1,027.65 | CHIPS DEBIT VIA: DEUTSCHE BANK TRUST CO AMERICA /0103 REF: FPRS DEPOSITORY FFC: FFC TO PLAN 89994 W.R. GRACE & CO. ATTN. FPRS SSN: 0259421 |
| 28AUG | | USD OUR: 0038590114XF | 2,698.87 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 00032381963 |
| 28AUG | | USD YOUR: NONREF OUR: 2554100240JO | 24,943.12 | BOOK TRANSFER DEBIT A/C: W R GRACE & CO CONN (UHC FUNDI COLUMBIA MD 21044- REF: /BNF/JPMORGAN CHASE BANK NEW Y ORK NY 10004 |
| 28AUG | | USD YOUR: NONREF OUR: 2554300240JO | 94,185.24 | FEDWIRE DEBIT VIA: BANK ONE NA CHGO /071000013 A/C: AON CONSULTING REF: PENSION ADMINISTRATION ADMIN F EE FOR 0103,0203,0403,0503 AND INV OICE003420 MOA59/TIME/16120 IMAD: 0828BIQGC04C004633 |
| 28AUG | | USD YOUR: NONREF OUR: 2554000240JO | 100,000.00 | BOOK TRANSFER DEBIT A/C: W R GRACE & CO COLUMBIA MD 21044-4098 |
| 28AUG | | USD YOUR: NONREF OUR: 2554400240JO | 165,701.15 | CHIPS DEBIT VIA: DEUTSCHE BANK TRUST CO AMERICA |

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

TS

Account No: 016-001257
Statement Start Date: 16 AUG 2003
Statement End Date: 29 AUG 2003
Statement Code: S00-USA-22
Statement No: 016

Page 15 of 16

| Value Date | Activity | Reference | Credit/Fund | Description |
|---|---|---|---|---|

**DEBITS CONTINUED**

| 28AUG | USD | YOUR: NONREF OUR: 2553900240J0 | 5,600,000.00 | /0103;<br>A/C: FPRS DEPOSITORY<br>REF: FFC TO PLAN 89994 W.R. GRACE &<br>CO. ATTN: FPRS WEEK ENDING 082503<br>HOURLY<br>SSN. 0259364 |
| 29AUG | USD | OUR: 003419011&XF | 1,400.00 | FEDWIRE DEBIT<br>VIA: WACHOVIA BK NA NC<br>/053000219<br>A/C: W.R. GRACE & CO. - CONN<br>REF: W.R GRACE PAYMENT FOR CONTROLL<br>ED DISBURSEMENT ACCOUNTS/TIME/16:19<br>IMAD: 0828B1QGC08C005120<br>AUTOMATIC DOLLAR/FLOAT TRANSFER<br>T0 ACCOUNT 000323881963 |
| 29AUG | USD | YOUR: NONREF OUR: 2029800241J0 | 46,594.04 | BOOK TRANSFER DEBIT<br>A/C: W R GRACE & CO CONN (UHC FUNDI<br>COLUMBIA MD 21044-<br>REF. /BNF/JPMORGAN CHASE BANK NEW Y<br>ORK NY 10004 |
| 29AUG | USD | YOUR: NONREF OUR: 2029900241J0 | 400,000.00 | FEDWIRE DEBIT<br>VIA: WACHOVIA BK NA NC<br>/053000219<br>A/C: W.R. GRACE & CO. - CONN<br>REF: W.R GRACE PAYMENT FOR CONTROLL<br>ED DISBURSEMENT ACCOUNTS/TIME/13:57<br>IMAD: 0829B1QGC06C004391 |
| 29AUG | USD | YOUR: NONREF OUR: 2029700241J0 | 19,800,000.00 | FEDWIRE DEBIT<br>VIA: STATE ST BOS<br>/011000028<br>A/C: MERRILL LYNCH PREMIER INSTITUT<br>REF: FFC TO ACCOUNT 323735 NO WR G<br>RACE & CO. - CONN ATTN:MERRILL GROU<br>P (TRANSFER FUNDS)/TIME/14:49<br>IMAD: 0829B1QGC03C005028 |
| 29AUG | USD | YOUR: NONREF OUR: 2029600241J0 | 20,000,000.00 | FEDWIRE DEBIT<br>VIA: STATE ST BOS<br>/011000028<br>A/C: MERRILL LYNCH PREMIER INSTITUT<br>REF: FFC TO ACCOUNT 323735 NO WR G<br>RACE & CO. - CONN ATTN:MERRILL GROU<br>P (TRANSFER FUNDS)/TIME/14:51<br>IMAD: 0829B1QGC06C005093 |

Ts

Account No: 016-001257
Statement Start Date: 16 AUG 2003
Statement End Date: 29 AUG 2003
Statement Code: S00-USA-22
Statement No: 016
Page 16 of 16

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA  02140

CHECKS

*No Activity*

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

TS

Account No: 016-001257
Statement Start Date: 01 AUG 2003
Statement End Date: 15 AUG 2003
Statement Code: S00-USA-22
Statement No: 015
Page 1 of 16

## ENCLOSURES

| | |
|---|---|
| Credits | |
| Debits | |
| Checks | |

## TRANSACTIONS

| | | |
|---|---|---|
| Total Credits | 33 | 92,962,584.71 |
| Total Debits (incl. checks) | 58 | 93,188,223.35 |
| Total Checks Paid | 0 | 0.00 |

## BALANCES

| Opening (01 AUG 2003) | | Closing (15 AUG 2003) | |
|---|---|---|---|
| Ledger | 468,246.27 | Ledger | 242,607.63 |

**Need to reconcile your accounts as soon as possible?** Now you can download your DDA statements two business days after the statement cycle ends if you opt to receive JPMorgan's Internet Statements. You'll find it easy to perform functions such as printing your statements, searching for particular transactions or displaying images of the front and back of your cancelled checks. Best of all, you can export statement data as a text or formatted Microsoft Excel file. Please contact your JPMorgan Relationship Manager for more information.

## CREDITS

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description |
|---|---|---|---|---|---|---|
| 01AUG | | 01AUG | | USD YOUR: O/B WACHOVIA BK OUR: 035509213FF | 482,850.00 | FEDWIRE CREDIT VIA:WACHOVIA BANK BANK OF NC,NA /05300021 B/O: W R GRACE & CO. - CONN. COLUMBIA MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0016001257 RFB=O/B WACHOVIA BK OBI =FUNDS TRANSFER FROM DAVISON LOCKBO IMAD: 0801E3QPAA1C003701 |
| 01AUG | | 01AUG | | USD OUR: 213497763ITC | 614,187.62 | ELECTRONIC FUNDS TRANSFER ORIG CO NAME:BENEFIT PYMTS ORIG ID:9186063000 DESC DATE: CO ENTRY DESCR:DED PMT  SEC:PPD TRACE#:021000024977631 EED:030801 IND ID:00000000501ACH A IND NAME:   970  0207-3001 |
| 01AUG | | 01AUG | | USD YOUR: O/B BKAM IL CGO OUR: 036531321FF | 1,288,082.03 | FEDWIRE CREDIT VIA: BANK OF AMERICA /071000039 B/O:W.R. GRACE & CO. CON -TREASURY COLUMBIA MD 21044-4098 |

Closing Balances

| Date | Amount |
|---|---|
| **LEDGER BALANCES** | |
| 01AUG | 1,743,612.57 |
| 04AUG | 453,271.03 |
| 05AUG | 238,467.37 |
| 06AUG | 514,573.82 |
| 07AUG | 449,111.62 |
| 08AUG | 446,021.86 |
| 11AUG | 543,515.55 |
| 12AUG | 204,927.59 |
| 13AUG | 279,527.85 |
| 14AUG | 257,793.65 |
| 15AUG | 242,607.63 |

FT CODE:

| | | |
|---|---|---|
| USD - SAME DAY FUNDS | US1 - ONE DAY FLOAT | US3 - THREE DAY FLOAT | US5 - FIVE DAY FLOAT |
| USN - NEXT DAY FUNDS | US2 - TWO DAY FLOAT | US4 - FOUR DAY FLOAT | USM - MIXED FLOAT |

PLEASE EXAMINE THIS STATEMENT OF ACCOUNT AT ONCE. THE MAINTENANCE OF THIS ACCOUNT IS SUBJECT TO THE PROVISIONS OF THE NEW YORK UNIFORM COMMERCIAL CODE AND THE BANK'S TERMS AND CONDITIONS FOR BUSINESS ACCOUNTS AND SERVICES. THE BANK DISCLAIMS RESPONSIBILITY FOR ANY ERROR IN OR IMPROPER CHARGE TO THE ACCOUNT AS RENDERED UNLESS INFORMED IN WRITING OF THIS ERROR OR CHARGE WITHIN SIXTY DAYS OF THE DELIVERY, MAILING OR AVAILABILITY OF THE STATEMENT AND CANCELED VOUCHERS. KINDLY REFER TO THE INSTRUCTIONS ON THE REVERSE SIDE OF THIS STATEMENT IN ORDER TO DIRECT YOUR INQUIRIES TO THE PROPER DEPARTMENT FOR PROMPT ACTION.

Account No: 016-001257
Statement Start Date: 01 AUG 2003
Statement End Date: 15 AUG 2003
Statement Code: S00-USA-22
Statement No: 015

Page 2 of 16

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLENE PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

TS

| Ledger Date | Adj Ledger Date | Value Date | FE | References | Credit/Debit | Description | Closing Balances Date/Amount |
|---|---|---|---|---|---|---|---|

## CREDITS CONTINUED

| | | 01AUG | | USD YOUR: MAESTRO OUR: 01193082131FF | 40,000,000.00 | REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 00016001257 RFB=O/B BKAM IL CGO OBI =HOWT BBI=/TIME/13.24 IMAD: 0801G1QFGY2C001059 FEDWIRE CREDIT VIA: STATE STREET BANK & TRUST COMP /011000028 B/O: W R GRACE & CO - CONN COLUMBIA MD 21044-4029 | |
| | | 04AUG | | USD YOUR: SWF OF 03/07/30 OUR: 1821400211JS | 87,489.85 | REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 00016001257 RFB=MAESTRO OBI=FUND-31 8-P 1 S-1 ML PREMIER FUND BBI=/TIME IMAD: 0801A1Q002HC000744 BOOK TRANSFER CREDIT B/O: THE ROYAL BANK OF SCOTLAND PLC LONDON ENGLAND N1 8X-L ORG: ANDREW WEIR INS CO/DISTRIBUTIO ANDREW WEIR INS CO LTD OGB: THE ROYAL BANK OF SCOTLAND PLC INTERNATIONAL DIVISION REF: ASBESTOS RELATED CLAIM/CHGS/US $38,007 | |
| | | 04AUG | | USD YOUR: O/B WACHOVIA BK OUR: 0084701216FF | 2,210,722.00 | FEDWIRE CREDIT VIA: WACHOVIA BANK BANK OF NC,NA /053000219 B/O: W R GRACE & CO. - CONN. COLUMBIA MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 00016001257 RFB=O/B WACHOVIA BK OBI =FUNDS TRANSFER FROM DAVISON LOCKBD IMAD: 0804ESQPAA1C001326 | |
| | | 04AUG | | USD YOUR: O/B BKAM IL CGO OUR: 0087114216FF | 2,754,410.70 | FEDWIRE CREDIT VIA: BANK OF AMERICA /071000039 B/O: W.R. GRACE & CO. CON -TREASURY COLUMBIA MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 00016001257 RFB=O/B BKAM IL CGO OBI =HOWT BBI=/TIME/10.44 IMAD: 0804G1QFGY2C000268 | |

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEEN PARE
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No:        016-001257
Statement Start Date:   01 AUG 2003
Statement End Date:    15 AUG 2003
Statement Code:      S00-USA-22
Statement No:       015
Page 3 of 16

| Ledger Date | Adj Ledger Date | Value Date | F | References | Credit / Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|
| **CREDITS CONTINUED** | | | | | | | | |
| 05AUG | | 05AUG | | USD YOUR: O/B BKAM IL C60 OUR: 0107413217FF | 2,528,515.59 | FEDWIRE CREDIT VIA: BANK OF AMERICA /071000039 B/O: W.R. GRACE & CO. CON -TREASURY COLUMBIA MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 00016001257 RFB=O/B BKAM IL C60 OBI =HOWT BBI=/TIME/10:51 IMAD: 0805610FGY2C000293 | | |
| 05AUG | | 05AUG | | USD YOUR: O/B WACHOVIA BK OUR: 0103907217FF | 3,372,747.00 | FEDWIRE CREDIT VIA: WACHOVIA BANK BANK OF NC,NA /053000219 B/O: W R GRACE 8 CO. - CONN. COLUMBIA MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 00016001257 RFB=O/B WACHOVIA BK OBI =FUNDS TRANSFER FROM DAVISON LOCKBO MAD: 0805E3APAAIC001020 | | |
| 06AUG | | | | | 848.44 | FEDWIRE CREDIT VIA: WACHOVIA BANK NA NJ/PA/NY /031201467 B/O: EMPLOYEE SHAREHOLDER SERVICES PHILADELPHIA PA-1328 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 00016001257 RFB=0308064004461 OBI=ST OCK OPTIONS TAX JULY 31, 2003 BBI=/ IMAD: 0806C1QBK71X002491 | | |
| 06AUG | | | | USD YOUR: 03080640000461 OUR: 0210808218FF | | | | |
| 06AUG | | | | USD YOUR: 03080640000467 OUR: 0206302218FF | 5,438.40 | FEDWIRE CREDIT VIA: WACHOVIA BANK NA NJ/PA/NY /031201467 B/O: EMPLOYEE SHAREHOLDER SERVICES PHILADELPHIA PA-1328 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 00016001257 RFB=0308064004467 OBI=ST OCK OPTION COST JULY 31, 2003 BBI=/ MAD: 0806C1QBK71X002504 | | |
| 06AUG | | | | USD YOUR: O/B WACHOVIA BK OUR: 0279808218FF | 572,791.00 | FEDWIRE CREDIT VIA: WACHOVIA BANK BANK OF NC,NA /053000219 B/O: W R GRACE & CO. - CONN. | | |

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No: 016-001257
Statement Start Date: 01 AUG 2003
Statement End Date: 15 AUG 2003
Statement Code: S00-USA-22
Statement No: 015

Page 4 of 16

## CREDITS CONTINUED

| Ledger Date | Acd Ledger Date | Value Date | F T | References | Credit / Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|
| | 06AUG | 06AUG | USD | YOUR: MAESTRO OUR: 03289082218FF | 600,000.00 | COLUMBIA MD 21044-4098 REF:CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0016001257 RFB=O/B WACHOVIA BK OBI =FUNDS TRANSFER FROM DAVISON LOCKBO MAD: 0806E3QPAAIC002918 FEDWIRE CREDIT VIA: STATE STREET BANK & TRUST COMP /011000028 B/O: W.R. GRACE & CO - CONN COLUMBIA MD 21044-4029 | | |
| | 06AUG | 06AUG | USD | YOUR: O/B BKAM IL CGO OUR: 0270403218FF | 1,295,175.90 | REF:CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0016001257 RFB=MAESTRO OBI=FUND-31 84-P I-S 11 ML PREMIER FUND BBI=/TIME MAD: 0806AIQ002BC001550 FEDWIRE CREDIT VIA: BANK OF AMERICA /071000039 B/O: W.R. GRACE & CO. CON -TREASURY COLUMBIA MD 21044-4098 | | |
| | 07AUG | 07AUG | USD | YOUR: O/B WACHOVIA BK OUR: 0246702219FF | 1,117,804.00 | REF:CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0016001257 RFB=O/B BKAM IL CGO OBI =HQMT BBI=/TIME/14.44 IMQT B06G1QFGY2C000957 FEDWIRE CREDIT VIA: WACHOVIA BANK BANK OF NC,NA /053000219 B/O: W.R GRACE & CO. - CONN. COLUMBIA MD 21044-4098 | | |
| | 07AUG | 07AUG | USD | YOUR: O/B BKAM IL CGO OUR: 0257801219FF | 1,815,087.47 | REF:CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0016001257 RFB=O/B BKAM IL CGO OBI MAD: 0807E3QPAAIC002794 FEDWIRE CREDIT VIA: BANK OF AMERICA /071000039 B/O: W.R. GRACE & CO. CON -TREASURY COLUMBIA MD 21044-4098 | | |

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

TS

Account No: 016-001257
Statement Start Date: 01 AUG 2003
Statement End Date: 15 AUG 2003
Statement Code: S00-USA-22
Statement No: 015

Page 5 of 16

| Ledger Date | Ad Ledger Date | F | T | References | Value Date | Credit/Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|---|

## CREDITS CONTINUED

| Ledger Date | References | Credit/Debit | Description |
|---|---|---|---|
| 07AUG | USD YOUR: MAESTRO DUR: 0348814219FF | 3,200,000.00 | =HGWT BBI=/TIME/14:23<br>=MAD: 0807610FGY2C001437<br>FEDWIRE CREDIT<br>VIA: STATE STREET BANK & TRUST COMP<br>/011000028<br>B/O: W R GRACE & CO - CONN<br>COLUMBIA MD 21044-4029<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0016001257 RFB=MAESTRO DBI=FUND-31<br>8P 1-S 1 ML PREMIER FUND BBI=/TIME |
| 08AUG | USD YOUR: 0/B BKAM IL CGO DUR: 0098808220FF | 1,108,642.45 | =MAD: 0807A1Q002GC001692<br>FEDWIRE CREDIT<br>VIA: BANK OF AMERICA<br>/071000039<br>B/O: W.R. GRACE & CO. CON -TREASURY<br>COLUMBIA MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0016001257 RFB=0/B BKAM IL CGO OBI<br>=HGWT BBI=/TIME/10:56 |
| 08AUG | USD YOUR: 0/B WACHOVIA BK DUR: 0099003220FF | 1,191,770.00 | =MAD: 0808GIQ001FGY2C000360<br>FEDWIRE CREDIT<br>VIA: WACHOVIA BANK BANK OF NC,NA<br>/053000219<br>B/O: W R GRACE & CO. - CONN.<br>COLUMBIA MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0016001257 RFB=0/B WACHOVIA BK OBI<br>=FUNDS TRANSFER FROM DAVISON LOCKBO |
| 08AUG | USD YOUR: MAESTRO DUR: 0319209220FF | 1,400,000.00 | =MAD: 0808E3QPAAIC001173<br>FEDWIRE CREDIT<br>VIA: STATE STREET BANK & TRUST COMP<br>/011000028<br>B/O: W R GRACE & CO - CONN<br>COLUMBIA MD 21044-4029<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0016001257 RFB=MAESTRO DBI=FUND-31<br>87P 1-S 1 ML PREMIER FUND BBI=/TIME |
| 11AUG | USD YOUR: 0/B WACHOVIA BK DUR: 0213202223FF | 2,574,213.00 | =MAD: 0808A1Q002HC001403<br>FEDWIRE CREDIT<br>VIA: WACHOVIA BANK BANK OF NC,NA |

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No: 016-001257
Statement Start Date: 01 AUG 2003
Statement End Date: 15 AUG 2003
Statement Code: S00-USA-22
Statement No: 015

Page 6 of 16

## CREDITS CONTINUED

| Ledger Date | Adj Ledger Date | Value Date | F | References | Credit/Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|
| | | 11AUG | | USD YOUR: O/B BKAM IL CGO<br>OUR: 0199701223FF | 2,644,290.12 | /053000219<br>B/O: W R GRACE & CO. - CONN.<br>COLUMBIA MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0001600l257 RFB=O/B WACHOVIA BK OBI<br>=FUNDS TRANSFER FROM DAVISON LOCKBO<br>IMAD: 0811E3QPAA1C002429<br>FEDWIRE CREDIT<br>VIA: BANK OF AMERICA<br>/071000039<br>B/O: W.R. GRACE & CO. CON -TREASURY<br>COLUMBIA MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0001600l257 RFB=O/B BKAM IL CGO OBI<br>=HOWT BBI=/TIME/13:17<br>IMAD: 0811G1QF6Y2C000570 | | |
| | | 12AUG | | USD YOUR: 27165<br>OUR: 0286013224FF | 1,263.89 | /053000196<br>FEDWIRE CREDIT<br>VIA: BANK OF AMERICA, NA<br>/053000196<br>B/O: GRACE COLLECTIONS INC<br>COLUMBIA MD<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0001600l257 RFB=27165 OBI=CD INT TK<br># 195946 BBI=/TIME/15:25<br>IMAD: 0812L1B7031C000858 | | |
| | | 12AUG | | USD YOUR: O/B WACHOVIA BK<br>OUR: 0080703224FF | 1,368,262.00 | /053000219<br>FEDWIRE CREDIT<br>VIA: WACHOVIA BANK BANK OF NC,NA<br>/053000219<br>B/O: W R GRACE & CO. - CONN.<br>COLUMBIA MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0001600l257 RFB=O/B WACHOVIA BK OBI<br>=FUNDS TRANSFER FROM DAVISON LOCKBO<br>IMAD: 0812E3QPAA1C000858 | | |
| | | 12AUG | | USD YOUR: O/B BKAM IL CGO<br>OUR: 0081509224FF | 2,937,273.94 | /053000219<br>FEDWIRE CREDIT<br>VIA: BANK OF AMERICA<br>/071000039<br>B/O: W.R. GRACE & CO. CON -TREASURY<br>COLUMBIA MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A | | |

Ts

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No:
Statement Start Date:
Statement End Date:
Statement Code:
Statement No:

016-001257
01 AUG 2003
15 AUG 2003
S00-USA-22
015
Page 7 of 16

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Description | Credit / Debit | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|

## CREDITS CONTINUED

| | | 13AUG | | USD YOUR: O/B WACHOVIA BK<br>OUR: 0263113225FF | ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0001601257 RFB=0/B BKAM IL CG0 OBI<br>=HOWT BBI=/TME/01.33BKAM IL CG0 OBI<br>IMAD: 0B12G1QFGY2C000241 | 672,948.00 | | |
| 13AUG | | | | | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK BANK OF NC,NA<br>/053000219<br>B/O: W R GRACE & CO. - CONN.<br>COLUMBIA MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0001601257 RFB=0/B WACHOVIA BK OBI<br>=FUNDS TRANSFER FROM DAVISON LOCKBO<br>=IMAD: 0B13E3QPAA1C002572 | | | |
| 13AUG | | 13AUG | | USD YOUR: O/B BKAM IL CG0<br>OUR: 0257414225FF | FEDWIRE CREDIT<br>VIA: BANK OF AMERICA<br>/071000039<br>B/O: W.R. GRACE & CO. CON -TREASURY<br>COLUMBIA MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0001601257 RFB=0/B BKAM IL CG0 OBI<br>=HOWT BBI=/TME/13.58<br>IMAD: 0B13G1QFGY2C000932 | 2,313,496.15 | | |
| 14AUG | | 14AUG | | USD YOUR: O/B BKAM IL CG0<br>OUR: 0116802226FF | FEDWIRE CREDIT<br>VIA: BANK OF AMERICA<br>/071000039<br>B/O: ADVANCED REFINING TECHNOLOGIES<br>COLUMBIA MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0001601257 RFB=0/B BKAM IL CG0 OBI<br>=INTEREST PAYMENT FROM ART LLC FOR<br>IMAD: 0B14G1QFGY2C005560 | 8,979.67 | | |
| 14AUG | | 14AUG | | USD YOUR: O/B WACHOVIA BK<br>OUR: 0224102226FF | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK BANK OF NC,NA<br>/053000219<br>B/O: W R GRACE & CO. - CONN.<br>COLUMBIA MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0001601257 RFB=0/B WACHOVIA BK OBI<br>=FUNDS TRANSFER FROM DAVISON LOCKBO<br>IMAD: 0B14E3QPAA1C002635 | 521,702.00 | | |

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE  MA  02140

Account No: 016-001257
Statement Start Date: 01 AUG 2003
Statement End Date: 15 AUG 2003
Statement Code: S00-USA-22
Statement No: 015

Page 8 of 16

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit/Debit | Description | Date | Closing Balance Amount |
|---|---|---|---|---|---|---|---|---|

**CREDITS CONTINUED**

14AUG

14AUG    USD  YOUR: O/B BKAM IL CGO
OUR: 0215613226FF
1,505,232.28
FEDWIRE CREDIT
VIA: BANK OF AMERICA
/071000039
B/O: W.R. GRACE & CO. CON -TREASURY
COLUMBIA MD 21044-4098
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY CAMBRIDGE MA 02140-/AC-0
0016001257 RFB=O/B BKAM IL CGO OBI
=HQMT OBI6/TIME/13:35
IMAD: 0814G1QFGY2C001819

14AUG    USD  YOUR: MAESTRO
OUR: 0284508226FF
4,200,000.00
FEDWIRE CREDIT
VIA: STATE STREET BANK & TRUST COMP
/011000028
B/O: W R GRACE & CO - CONN
COLUMBIA MD 21044-4029
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY CAMBRIDGE MA 02140-/AC-0
0016001257 RFB=MAESTRO OBI=FUND-31
8-P 1-S I ML PREMIER FUND BBI=/TIME
8-P 1-S I ML PREMIER FUND BBI=/TIME
IMAD: 0814A1Q002HC001591

15AUG    USD  YOUR: O/B BKAM IL CGO
OUR: 0183213227FF
1,409,272.21
FEDWIRE CREDIT
VIA: BANK OF AMERICA
/071000039
B/O: W.R. GRACE & CO. CON -TREASURY
COLUMBIA MD 21044-4098
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY CAMBRIDGE MA 02140-/AC-0
0016001257 RFB=O/B BKAM IL CGO OBI
=HQMT OBI7/TIME/11:56
IMAD: 0815G1QFGY2C000591

15AUG    USD  YOUR: O/B WACHOVIA BK
OUR: 0238413227FF
7,159,089.00
FEDWIRE CREDIT
VIA: WACHOVIA BANK BANK OF NC,NA
/053000219
B/O: W R GRACE & CO. - CONN.
COLUMBIA MD 21044-4098
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY CAMBRIDGE MA 02140-/AC-0
0016001257 RFB=O/B WACHOVIA BK OBI
=FUNDS TRANSFER FROM DAVISON LOCKBO
IMAD: 0815E3QPAA1C002782

Ts

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No: 016-001257
Statement Start Date: 01 AUG 2003
Statement End Date: 15 AUG 2003
Statement Code: S00-USA-22
Statement No: 015

Page 9 of 16

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|

**DEBITS**

| Ledger Date | Value Date | F/T | References | Credit/Debit | Description |
|---|---|---|---|---|---|
| 01AUG | 01AUG | USD | YOUR: PHN OF 03/08/01<br>OUR: 0024703213GP | 922.38 | CHIPS DEBIT<br>VIA: DEUTSCHE BANK TRUST CO AMERICA<br>/0103<br>A/C: ACC 00163002<br>FPRS DEPOSITORY ACCOUNT<br>REF: PLAN 89994 W.R. GRACE AND COMP<br>ANY WEEKENDING JULY 28 2003 HOURLY<br>SSN: 0225619 |
| 01AUG | 01AUG | USD | OUR: 003246011BXF | 2,827.57 | AUTOMATIC DOLLAR/FLOAT TRANSFER<br>TO ACCOUNT 0003238 1963 |
| 01AUG | 01AUG | USD | YOUR: PHN OF 03/08/01<br>OUR: 0024701213GP | 48,100.30 | BOOK TRANSFER DEBIT<br>A/C: W R GRACE & CO CONN (UHC FUNDI<br>COLUMBIA MD 21044- |
| 01AUG | 01AUG | USD | YOUR: NONREF<br>OUR: 1894400213J0 | 147,483.46 | FEDWIRE DEBIT<br>VIA: FI2100358<br>/121000358<br>A/C: BANK AMERICA BUSINESS CREDIT,<br>ATTN: JOANN BASDEO 212-503-7642<br>REF: /TIME/15:30 |
| 01AUG | 01AUG | USD | YOUR: PHN OF 03/08/01<br>OUR: 0024702213GP | 162,779.08 | CHIPS DEBIT<br>VIA: DEUTSCHE BANK TRUST CO AMERICA<br>/0103<br>A/C: ACC 00163002<br>FPRS DEPOSITORY ACCOUNT<br>REF: PLAN 89994W.R. GRACE AND COMPA<br>NY WEEKENDING JULY 28 2003 HOURLY<br>SSN: 0225515 |
| 01AUG | 01AUG | USD | YOUR: PHN OF 03/08/01<br>OUR: 0024700213GP | 700,000.00 | FEDWIRE DEBIT<br>VIA: WACHOVIA BK NA NC<br>/053000219<br>A/C: WR GRACE AND COMPANY<br>REF: /TIME/14:51<br>IMAD: 0801B1Q9C01C004166 |
| 01AUG | 01AUG | USD | YOUR: PHN OF 03/08/01<br>OUR: 0014400213GP | 40,047,640.55 | FEDWIRE DEBIT<br>VIA: BK AM SF<br>/121000358<br>A/C: BANK OF AMERICA BUSINESS CREDI<br>INC<br>REF: ATTN JOAN BASDEL 2125037642/TI<br>ME/13:50<br>IMAD: 0801B1Q9C01C003647 |

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

TS

Account No:
Statement Start Date: 01 AUG 2003
Statement End Date: 15 AUG 2003
Statement Code: S00-USA-22
Statement No: 015

016-001257

Page 10 of 16

## DEBITS CONTINUED

| Ledger Date | Adj Ledger Date | Value Date | TI | References | Credit / Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|
| 04AUG | | | USD | DUR: 0031310114XF | 5,307.39 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 00032881963 | | |
| 04AUG | | | USD | YOUR: NONREF OUR: 0788800216JO | 137,656.71 | BOOK TRANSFER DEBIT A/C: W R GRACE & CO CONN (UHC FUNDI COLUMBIA MD 21044- ORK NY 10004 REF: /BNF/JPMORGAN CHASE BANK NEW Y | | |
| 04AUG | | | USD | YOUR: NONREF OUR: 1899500216JO | 2,600,000.00 | FEDWIRE DEBIT VIA: WACHOVIA BK NA NC /05300219 A/C: W.R. GRACE & CO. - CONN REF: W.R. GRACE PAYMENT FOR CONTROLL ED DISBURSEMENT ACCOUNTS/TIME/15:15 IMAD: 0804B1Q8C01C003943 | | |
| 04AUG | | | USD | YOUR: NONREF OUR: 1899400216JO | 3,600,000.00 | FEDWIRE DEBIT VIA: STATE ST BOS /011000028 A/C: MERRILL LYNCH PREMIER INSTITUT REF: FFC TO ACCOUNT 3522735 NO WR G RACE & CO - CONN/ATTN:MERRILL GROU P/TRANSFER FUNDS/TIME/15:14 IMAD: 0804B1QGC06C003709 | | |
| 05AUG | | | USD | YOUR: SEE WIRE OUR: 0817900217JB | 3,449.76 | FEDWIRE DEBIT VIA: FLEET NATL BK MA /011000390 A/C: FLEET NATIONAL BANK BOSTON MA 02105 BEN: GRACE COLOMBIA S.A. X REF: W.R. GRACE + CO - CONN PAYING FOR MISC EXPENSES JAN - JUNE 2003 IMAD: 0805B1QGC07C004493 | | |
| 05AUG | | | USD | DUR: 0031130114XF | 22,832.04 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 00032881963 | | |
| 05AUG | | | USD | YOUR: NONREF OUR: 1738800217JO | 35,874.57 | BOOK TRANSFER DEBIT A/C: W R GRACE & CO CONN (UHC FUNDI COLUMBIA MD 21044- ORK NY 10004 REF: /BNF/JPMORGAN CHASE BANK NEW Y | | |
| 05AUG | | | USD | YOUR: NONREF OUR: 2075500217JO | 216,298.82 | CHIPS DEBIT VIA: COMMERZBANK AKTIENGESELLSCHAFT /0804 A/C: ACCOBADEHH HAMBURG 11 WEST GERMANY 20454 | | |

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE   MA   02140

Account No:
Statement Start Date:
Statement End Date:
Statement Code:
Statement No:

016-001257
01 AUG 2003
15 AUG 2003
S00-USA-22
015
Page 11 of 16

| Ledger Date | Adj Ledger Date | Value Date | F/T | References | Credit/Debit | Description | Closing Balance / Date | Amount |
|---|---|---|---|---|---|---|---|---|
| **DEBITS CONTINUED** | | | | | | | | |
| 05AUG | | 05AUG | USD | YOUR: SEE WIRE<br>OUR: 0614100217JB | 315,608.00 | BEN: SASOL GERMANY GMBH<br>REF: ATTN: KAREN JURGENS GRACE DAVI<br>SON PYMNT OF PROFORMA INV4313201,43<br>13204,4313205,4313208,4313209,43132<br>25N: 0241871<br>FEDWIRE DEBIT<br>VIA: NORTHERN CHGO<br>/071000152<br>A/C: NORTHERN TRUST<br>X<br>BEN: W.R.GRACE + CO.  SHORT TERM ACC<br>X | | |
| 05AUG | | 05AUG | USD | YOUR:<br>OUR: 0736800217JO | 822,003.00 | REF: W.R.GRACE + CO./TIME/14:42<br>/MAD: 0805B1QGC04C003073<br>FEDWIRE DEBIT<br>VIA: ALLFIRST BANK<br>/052000113<br>A/C: GRACE DAVISON<br>REF: HOURLY PAYROLL/TIME/11:59<br>/MAD: 0805B1QGC06C001963 | | |
| 05AUG | | 05AUG | USD | YOUR:<br>OUR: 1739000217JO | 2,000,000.00 | FEDWIRE DEBIT<br>VIA: STATE ST BOS<br>/011000028<br>A/C: MERRILL LYNCH PREMIER INSTITUT<br>REF: FCO TO ACCOUNT 332375 NO WR G<br>RACE & CO. - CONN ATTN:MERRILL GROU<br>P(TRANSFER FUNDS)/TIME/15:52<br>/MAD: 0805B1QGC06C003669 | | |
| 05AUG | | 05AUG | USD | YOUR:<br>OUR: 1738900217JO | 2,700,000.00 | FEDWIRE DEBIT<br>VIA: WACHOVIA BK NA NC<br>/053000219<br>A/C: W.R. GRACE & CO. - CONN<br>REF: W.R GRACE PAYMENT FOR CONTROLL<br>ED DISBURSEMENT ACCOUNTS/TIME/15:52<br>/MAD: 0805B1QGC04C003673 | | |
| 06AUG | | 06AUG | USD | YOUR:<br>OUR: 2079800218JO | 960.85 | CHIPS DEBIT<br>VIA: DEUTSCHE BANK TRUST CO AMERICA<br>/0103<br>A/C: FPRS DEPOSITORY<br>REF: FFC TO PLAN 89994 W.R. GRACE &<br>CO. ATTN: FPRS WEEK ENDING 080403<br>HOURLY<br>SSN: 0229209 | | |

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLENE PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Ts

Account No:           016-001257
Statement Start Date: 01 AUG 2003
Statement End Date:   15 AUG 2003
Statement Code:       S00-USA-22
Statement No:         015
Page 12 of 16

| Ledger Date | Adj Ledger Date | Value Date | F/X Rt | References | Credit/Debit | Description | Date | Closing Balance Amount |
|---|---|---|---|---|---|---|---|---|
| **DEBITS CONTINUED** | | | | | | | | |
| 06AUG | | | | USD OUR: 0030980114XF | 1,097.19 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 00032381963 | | |
| 06AUG | | 06AUG | | USD YOUR: NONREF OUR: 2079900218JO | 33,448.60 | BOOK TRANSFER DEBIT A/C: W R GRACE & CO CONN (UHC FUNDI COLUMBIA MD 21044- REF:/BNF/JPMORGAN CHASE BANK NEW Y ORK NY 10004 | | |
| 06AUG | | 06AUG | | USD YOUR: NONREF OUR: 2079700218JO | 162,640.65 | CHIPS DEBIT VIA: DEUTSCHE BANK TRUST CO AMERICA /0103 A/C: FPRS DEPOSITORY REF: FFC TO PLAN 89994 W.R. GRACE & CO. ATTN: FPRS WEEK ENDING 080403 HOURLY | | |
| 06AUG | | 06AUG | | USD YOUR: NONREF OUR: 2079600218JO | 2,000,000.00 | FEDWIRE DEBIT VIA: WACHOVIA BK NA NC /SSN:0229194 /053000219 REF: W.R. GRACE & CO. - CONN A/C: W.R. GRACE PAYMENT FOR CONTROLL ED DISBURSEMENT ACCOUNTS/TIME/16:47 /MAD: 0806B1QGC05C004271 | | |
| 07AUG | | | | USD OUR: 0031510114XF | 7,893.57 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 00032381963 | | |
| 07AUG | | 07AUG | | USD YOUR: NONREF OUR: 1939100219JO | 22,710.10 | BOOK TRANSFER DEBIT A/C: W R GRACE & CO CONN (UHC FUNDI COLUMBIA MD 21044- REF:/BNF/JPMORGAN CHASE BANK NEW Y ORK NY 10004 | | |
| 07AUG | | 07AUG | | USD YOUR: NONREF OUR: 2061100219JO | 67,750.00 | BOOK TRANSFER DEBIT A/C: CHASGB2L PO BOX 440 REF: INVOICE 03DL1126 EXCESS LIABIL ITY PREMIUM - W.R. GRACE & CO. - CO NN | | |
| 07AUG | | 07AUG | | USD YOUR: NONREF OUR: 1939200219JO | 6,100,000.00 | FEDWIRE DEBIT VIA: WACHOVIA BK NA NC /053000219 REF: W.R. GRACE & CO. - CONN A/C: W.R. GRACE PAYMENT FOR CONTROLL ED DISBURSEMENT ACCOUNTS/TIME/16:38 /MAD: 0807B1QGC06C004097 | | |
| 08AUG | | | | USD OUR: 0031910114XF | 105.00 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 00032381963 | | |

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No:
Statement Start Date:
Statement End Date:
Statement Code:
Statement No:

016-001257
01 AUG 2003
15 AUG 2003
S00-USA-22
015
Page 13 of 16

| Ledger Date | Adj Ledger Date | Value Date | F. T. | References | Credit/Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|
| *DEBITS CONTINUED* | | | | | | | | |
| 08AUG | | 08AUG | USD | YOUR: NONREF OUR: 2040100220J0 | 2,149.18 | BOOK TRANSFER DEBIT A/C: 0022430680 METROPOLITAN LIFE INSURANCE COMPANY REF: ATTN: W.R. GRACE & CO. NO. 913 70 JEFF KALLAY 708-820-7742 GRPGUL EMPLOYEE CONTRIBUTION 0703 | | |
| 08AUG | | 08AUG | USD | YOUR: ACH OF 03/08/08 OUR: 000990220HP | 6,376.00 | BOOK TRANSFER DEBIT A/C: CB/EFTS PRE-FUNDING CLEARING A TAMPA FL 33634- | | |
| 08AUG | | 08AUG | USD | YOUR: NONREF OUR: 2040000220J0 | 48,249.64 | BOOK TRANSFER DEBIT A/C: W R GRACE & CO CONN (UHC FUNDI COLUMBIA MD 21044- REF: /BNF/JPMORGAN CHASE BANK NEW Y ORK NY 10004 | | |
| 08AUG | | 08AUG | USD | YOUR: NONREF OUR: 2039800220J0 | 117,000.00 | BOOK TRANSFER DEBIT A/C: W R GRACE & CO COLUMBIA MD 21044-4098 | | |
| 08AUG | | 08AUG | USD | YOUR: NONREF OUR: 2039900220J0 | 1,000,000.00 | FEDWIRE DEBIT VIA: WACHOVIA BK NA NC /053000219 A/C: W.R. GRACE & CO. - CONN REF: W.R GRACE PAYMENT FOR CONTROLL ED DISBURSEMENT ACCOUNTS/TIME/16:22 IMAD: 0808B1QGC05C004342 | | |
| 08AUG | | 08AUG | USD | YOUR: NONREF OUR: 0815500220J0 | 2,529,622.39 | FEDWIRE DEBIT VIA: ALLFIRST BANK /052000113 A/C: GRACE DAVISON REF: SALARIED PAYROLL/TIME/11:50 IMAD: 0808B1QGC03C002147 | | |
| 11AUG | | | USD | OUR: 0031150114XF | 250.00 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 00032581963 | | |
| 11AUG | | 11AUG | USD | YOUR: ACH OF 03/08/11 OUR: 001290223HP | 3,939.00 | BOOK TRANSFER DEBIT A/C: CB/EFTS PRE-FUNDING CLEARING A TAMPA FL 33634- | | |
| 11AUG | | 11AUG | USD | YOUR: NONREF OUR: 2098000223J0 | 15,795.00 | FEDWIRE DEBIT VIA: BANK ONE NA CHGO /071000013 A/C: AON CONSULTING REF: PENSION ADMINISTRATION/TIME/15 :43 IMAD: 081B1QGC02C004215 | | |
| 11AUG | | 11AUG | USD | YOUR: NONREF OUR: 2055600223J0 | 101,025.43 | BOOK TRANSFER DEBIT A/C: W R GRACE & CO CONN (UHC FUNDI | | |

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN. DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE  MA   02140

TS

Account No:          016-001257
Statement Start Date: 01 AUG 2003
Statement End Date:   15 AUG 2003
Statement Code:       S00-USA-22
Statement No:         015

Page 14 of 16

| Ledger Date | Adj Ledger Date | Value Date | F. T. | References | Credit / Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|

## DEBITS CONTINUED

| 11AUG | | | USD | YOUR: NONREF<br>OUR: 20557002230 | 5,000,000.00 | COLUMBIA MD 21044-<br>REF:/BNF/JPMORGAN CHASE BANK NEW Y<br>ORK NY 10004<br>FEDWIRE DEBIT<br>VIA: WACHOVIA BK NA NC<br>/053000219<br>A/C: W.R. GRACE & CO. - CONN<br>REF: W.R. GRACE PAYMENT FOR CONTROLL<br>ED DISBURSEMENT ACCOUNTS/TIME/15:34 | | |
| 12AUG | | | USD | OUR: 0030240114XF | 7,964.69 | /MAD: 0811B1QGC02C004138<br>AUTOMATIC DOLLAR/FLOAT TRANSFER<br>TO ACCOUNT 00032388I963 | | |
| 12AUG | | | USD | YOUR: FPRS DEPOSITORY<br>OUR: 05074002240B | 11,773.07 | CHIPS DEBIT<br>VIA: DEUTSCHE BANK TRUST CO AMERICA<br>/0103<br>A/C: FPRS DEPOSITORY<br>X<br>BEN: WR GRACE + CO.<br>X<br>REF: REFER TO WIRE WEEK ENDING 8/7/<br>2003 SALARIED<br>SSN: 0200759 | | |
| 12AUG | | | USD | YOUR: SEE WIRE<br>OUR: 05071002240B | 26,417.60 | BOOK TRANSFER DEBIT<br>A/C: W R GRACE & CO CONN (UHC FUNDI<br>COLUMBIA MD 21044-<br>REF: UHC PAYMENTS | | |
| 12AUG | | | USD | YOUR: SEE WIRE<br>OUR: 03273002240B | 804,684.89 | FEDWIRE DEBIT<br>VIA: ALLFIRST BANK<br>/052000113<br>A/C: GRACE DAVISON<br>X<br>REF: HOURLY PAYROLL/TIME/12:05<br>/MAD: 0812B1QGC07C002109 | | |
| 12AUG | | | USD | YOUR: FPRS DEPOSITORY<br>OUR: 05072002240B | 894,547.54 | CHIPS DEBIT<br>VIA: DEUTSCHE BANK TRUST CO AMERICA<br>/0103<br>A/C: FPRS DEPOSITORY<br>X<br>BEN: WR GRACE + CO.<br>X<br>REF: REFER TO WIRE WEEK ENDING 8/7/<br>2003 SALARIED<br>SSN: 0200757 | | |