# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In Re: W.R. GRACE & CO., et al., | Chapter 11 |
| Debtors. | Bankruptcy No. 01-01139 (JFK) |
|  | (Jointly Administered) |

**Objection Deadline: November 24, 2003**
**Hearing Date: TBD if necessary**

## SUMMARY OF THIRTEENTH MONTHLY APPLICATION OF ELZUFON AUSTIN REARDON TARLOV & MONDELL, P.A. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE ZONOLITE ATTIC INSULATION CLAIMANTS FOR THE PERIOD OF SEPTEMBER 1, 2003 THROUGH SEPTEMBER 31, 2003

| | |
|---|---|
| Name of Applicant: | Elzufon Austin Reardon Tarlov & Mondell, P.A. |
| Authorized to provide Professional services to: | Zonolite Attic Insulation Claimants |
| Date of retention: | August 22, 2002 |
| Period for which compensation and reimbursement is sought: | September 1, 2003 through September 30, 2003 |
| Amount of compensation sought as actual reasonable and necessary: | $ 2,892.50 |
| Amount of expense reimbursement sought as actual reasonable and necessary: | $ 2,022.29 |

This is a:     X   Monthly _____Interim          _____Final Application

Prior Application Filed:          Yes.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/18/02 | 7/23/02 through 9/30/02 | $ 5,738.00 | $ 692.54 | Approved | Approved |
| 12/12/02 | 10/1/02 through 10/31/02 | $ 1,998.00 | $ 171.59 | Approved | Approved |
| 2/10/03 | 11/1/02 through 11/30/02 | $ 3,994.00 | $ 1,875.81 | Approved | Approved |
| 2/12/03 | 12/1/02 through 12/31/02 | $ 1,808.50 | $ 500.47 | Approved | Approved |
| 3/19/03 | 1/1/03 through 1/31/03 | $ 970.50 | $ 145.35 | Approved | Approved |
| 5/16/03 | 2/1/03 through 2/28/03 | $ 2,314.00 | $ 286.80 | Approved | Approved |
| 5/16/03 | 3/1/03 through 3/31/03 | $ 4,031.00 | $ 1,444.29 | Approved | Approved |
| 7/1/03 | 4/1/03 through 4/30/03 | $ 920.00 | $ 45.00 | Pending | Pending |
| 8/14/03 | 5/1/03 through 5/31/03 | $2,152.50 | $ 2,119.56 | Pending | Pending |
| 8/15/03 | 6/1/03 through 6/31/03 | $ 2,865.00 | $ 2,120.25 | Pending | Pending |
| 9/15/03 | 7/1/03 through 7/31/03 | $ 4,393.50 | $ 295.24 | Pending | Pending |
| 10/31/03 | 8/1/03 through 8/31/03 | $ 3,623.00 | $ 69.68 | Pending | Pending |

As indicated above, this is the thirteenth application for monthly interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases.

The total time expended for the preparation of this application is approximately 3 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $300.00.

The Elzufon Austin Reardon Tarlov & Mondell, P.A., attorney who rendered professional services in these cases during the Fee Period is:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| William D. Sullivan | Partner | 13 | Bankruptcy | $220.00 | 4.5 | $ 990.00 |
| Charles J. Brown, III | Associate | 10 | Bankruptcy | $190.00 | 0.5 | $ 95.00 |
| | | TOTALS | | | 5.0 | $ 1,085.00 |

The Elzufon Austin Reardon Tarlov & Mondell, P.A. paraprofessional who rendered professional services in these cases during the Fee Period is:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Michael Young | Paralegal | 1 | Bankruptcy | $75.00 | 24.1 | $ 1,807.50 |
| | | TOTALS | | | 24.1 | $ 1,807.50 |

## Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 12-Fee Application, Others | 26.6 Hours | $ 2,371.50 |
| 22-ZAI Science Trial | 2.5 Hours | $ 521.00 |
| TOTALS | 29.1 Hours | $ 2,892.50 |

## EXPENSES

| Description | Amount |
|---|---|
| Computer Assisted Legal Research | |
| Telephone Expense | |
| Telephone Expense – Outside | |
| Facsimile ($1.00 per page) | |
| Postage Expense | |
| Courier & Express Carriers | $25.00 |
| In-House Duplicating / Printing ($.15 per page) | |
| Outside Duplicating / Printing | $ 1,997.29 |
| Lodging | |
| Transportation | |
| Air Travel Expense | |
| Taxi Expense | |
| Mileage Expense | |
| Travel Meals | |
| Parking | |
| General Expense | |
| Expert Services | |
| Books/Videos | |
| Total: | $ 2,022.29 |

Dated: Wilmington, Delaware
     November 3, 2003

ELZUFON, AUSTIN, REARDON,
TARLOV & MONDELL, P.A.

*/s/ William D. Sullivan*
William D. Sullivan, Esq. (No. 2820)
Charles J. Brown, III, Esq. (No. 3368)
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE 19899-1630
Phone: (302) 428-3181
Fax: (302) 777-7244

Delaware Counsel to ZAI Claimants

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In Re:  W.R. GRACE & CO., et al.,

Debtors,

Chapter 11

Bankruptcy No. 01-01139 (JFK)

(Jointly Administered)

**Objection Deadline: November 24, 2003**
**Hearing Date: TBD if necessary**

## FEE DETAIL OF THIRTEENTH MONTHLY APPLICATION OF ELZUFON AUSTIN REARDON TARLOV & MONDELL, P.A. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE ZONOLITE ATTIC INSULATION CLAIMANTS FOR THE PERIOD OF SEPTEMBER 1, 2003 THROUGH SEPTEMBER 30, 2003

Elzufon, Austin, Reardon, Tarlov & Mondell, P.A.
E.I. # 51-0298668
P.O. Box 1630
Wilmington, DE  19899
(302) 428-3181

.

ZAI Plaintiffs
Richardson Patrick Westbrook
174 East Bay Street
Charleston  SC  29401

Page: 1
09/30/2003
Client No: 220305-11221M
Statement No:         194112

Attn: Edward Westbrook

W.R. Grace & Companies, et al.
CA No. 01-1139
A-01-771

## Fees

| | Hours |
|---|---|

**09/02/03**

| | | Hours |
|---|---|---|
| MY | Review file: Draft 4th Quarterly Fee Application of EARTM (2.8), draft order (.3), draft notice of filing (.3), draft affidavit (.1), review case information re: hearing schedule (.1),  Receive and prepare 4th Quarterly fee application of Lukins and Annis (1.3), draft order (.3) | 5.20 |
| WDS | Review and revise 4th Quarterly Fee Application of Lukins & Annis. | 0.20 |
| WDS | Review and revise 4th Quarterly Fee Application of EART&M. | 0.40 |
| WDS | Review deposition procedure re:  use at trial. | 0.30 |
| CJB | Telephone conference with co-counsel re: video recording at deposition; conference with WDS. | 0.50 |

**09/03/03**

| | | Hours |
|---|---|---|
| MY | Draft CNO re: L&A May Fee Application (.7), e-file (.3), draft Notice of Filing of L&A 4th Quarterly (.3), Revise 4th Quarterly Fee Applications of EARTM and L&A for filing (.6), format fee applications and notices of EARTM and L&A into .pdf format for filing (.7), e-file and complete service of notices, CNO, and fee applications (1.2) | 3.80 |
| MY | Receive and revise RPWB Quarterly Fee Application for filing (1.6), draft order (.3), draft notice of filing (.3) | 2.20 |
| WDS | Review and approve for filing the RPWB Ninth Quarterly Fee Application. | 0.30 |

**09/04/03**

| | | Hours |
|---|---|---|
| MY | Final edit of RPWB Quarterly Fee Application (.4), prepare notice and fee app for filing (.4), e-file notice (.3), e-file fee application (.3), complete service of both (.7), update tracking | |

ZAI Plaintiffs

09/30/2003
Client No: 220305-11221M
Statement No:        194112

W.R. Grace & Companies, et al.
CA No. 01-1139
A-01-771

| | | Hours |
|---|---|---|
| | sheet (.5), Coplete email service and judge's procedures for service of quarterly fee applications (.9), update file (.2) | 3.80 |
| WDS | Review ZAI pleadings filed in case in preparation for trial; forward selected pleadings to co-counsel. | 1.20 |

**09/05/03**
| MY | Begin draft of CNO's re EARTM May and June Fee Apps (.6), L&A June Fee App (.3), and RPWB June Fee App (.3) | 1.20 |

**09/08/03**
| MY | Final revision of CNO's re RPWB June Fee App, L&A June App and EARTM May and June Fee App (1.1),  e-file and serve all CNO's (1.1)< update tracking chart (.3), complete e-mail service to W. Sparks (.3) | 2.80 |

**09/11/03**
| MY | Review proposed Order re: 8th Quarterly Fee Apps as related to EARTM, L&A and RPWB | 0.30 |

**09/12/03**
| WDS | Review Fee Auditor Report re:  EART&M fees. | 0.10 |

**09/15/03**
| MY | Prepare July fee application of RPWB for filing and service (1.2), draft EARTM July Fee Application for filing and service (2.1), update tracking sheet (.2), e-file and serve both applications (.9) | 4.40 |

**09/16/03**
| MY | Correspondence with campell levine re service of pleadings, update list | 0.20 |

**09/22/03**
| WDS | Review agenda for 9/22 Hearing; fee applications going forward; review Certification of Fee Auditor re: approval of all fees for ZAI counsel; review proposed Order and verify that all fees and expenses included. | 0.50 |
| WDS | Attend Hearing; Order signed approving 8th Quarterly Fee Applications. | 1.00 |
| WDS | E-mail to co-counsel re:  Entry of Order. | 0.20 |

**09/28/03**
| WDS | Review miscellaneous pleadings filed in case. | 0.30 |

ZAI Plaintiffs                                                    09/30/2003
                                               Client No: 220305-11221M
                                               Statement No:      194112

W.R. Grace & Companies, et al.
CA No. 01-1139
A-01-771

|  |  | Hours |  |
|---|---|---|---|
| 09/30/03 |  |  |  |
| MY | Update tracking chart re: fee apps | 0.20 |  |
|  | For Current Services Rendered | 29.10 | 2,892.50 |

## Recapitulation

| Timekeeper | Title | Hours | Rate | Total |
|---|---|---|---|---|
| Sullivan, William D. | Partner | 4.50 | $220.00 | $990.00 |
| Charles J. Brown | Senior Associat | 0.50 | 190.00 | 95.00 |
| Michael Young | Paralegal | 24.10 | 75.00 | 1,807.50 |

## Advances

| | | |
|---|---|---|
| 09/03/03 | Reliable Copy Service - Outsourcing of photocopying ( 8,436 copies @ .09 cents each; 200 mailings @ 1.75 and one international @ 2.10; 21 hand deliveries @ $6.50). | 1,247.84 |
| 09/03/03 | Courier fee Tristate Courier & Carriage | 5.00 |
| 09/04/03 | Reliable Copy Service-Delaware - Out sourcing of photocopying (4,440 copies @ .09 cents; 200 mailings @ 1.06, 1 @ 1.35 and 21 hand deliveries @ 6.50) | 749.45 |
| 09/04/03 | Courier fee Tristate Courier & Carriage | 5.00 |
| 09/08/03 | Courier fee Tristate Courier & Carriage | 5.00 |
| 09/08/03 | Courier fee Tristate Courier & Carriage | 5.00 |
| 09/15/03 | Courier fee Tristate Courier & Carriage | 5.00 |
|  | Total Advances | 2,022.29 |
|  | Total Current Work | 4,914.79 |
|  | Balance Due | $4,914.79 |

## CERTIFICATE OF SERVICE

I, William D. Sullivan, Esquire, hereby certify that on November 3, 2003, service of the

foregoing

- **Thirteenth Monthly Application of Elzufon Austin Reardon Tarlov & Mondell, P.A. for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Zonolite Attic Insulation Claimants for the Period of September 1, 2003 through September 31, 2003**

was made upon the attached Service List via hand delivery and first class mail.

Dated:  Wilmington, Delaware
    November 3, 2003

/s/ William D. Sullivan
William D. Sullivan

## SERVICE LIST

Laura Davis Jones, Esquire
David Carickoff, Esquire
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
Wilmington, DE  19899-8705

Frank J. Perch, Esquire
Office of the U.S. Trustee
844 King Street, Room 2313
Wilmington, DE  19801

Matthew G. Zaleski, III, Esquire
Campbell & Levine
800 King Street, Suite 300
Wilmington, DE  19801

Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE  19899

Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 27th Floor
New York, NY  10022

Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY  10038-4982

David Bernick, Esquire
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Theodore Tacconelli, Esquire
Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE  19899

Michael R. Lastowski, Esquire
Duane Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE  19801-1246

Teresa K.D. Currier, Esquire
Klett, Rooney, Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE  19801

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena
Price & Axelrod, LLP
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL  33131

J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL  60606

Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY  1002

William S. Katchen, Esquire
Duane, Morris & Heckcher, LLP
One Riverfront Plaza, 2nd Floor
Newark, NJ  07102

Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones
10100 Santa Monica Boulevard
Los Angeles, CA 90067-4100

David B. Seigel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

Peter Van N. Lockwood, Esquire
Julie W. Davis, Esquire
Trevor W. Swett, III, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, NW
Washington, DC 20005

James J. Restivo, Jr., Esquire
Reed Smith,LLP
435 Sixth Avenue
Pittsburgh, PA 15219-1886

Mark D. Collins, Esquire
Deborah E. Spivack, Esquire
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

William J.A. Sparks, Esquire
W.R. Grace & Company
919 N. Market, Suite 460
Wilmington, DE 19899

Warren H. Smith
Warren H. Smith and Associates
900 Jackson Street
120 Founders Square
Dallas, TX 75202