```
Date: 10/25/03            Legal Analysis Systems, Inc.
Time: 8:00am                                                              Page 1


                    W. R. Grace, Inc. % Elihu Inselbuch
                    Caplin & Drysdale
                    399 Park Avenue, 27th Floor
                    New York, New York 10022


Date/Slip# Description                                         HOURS/RATE    AMOUNT
-----------------------------------------------------------------------------------
 09/01/03  Brelsford / (28) Data Analysis                            0.1     20.00
 #6801     develop Peterson slide presentation                    200.00

 09/01/03  Peterson  / (28) Data Analysis                            1.0    500.00
 #6101     Work on analysis of alternative methods for paying     500.00
           asbestos claims; telephone Relles (several calls)

 09/01/03  Relles    / (28) Data Analysis                            0.2     66.00
 #6301     telephone Peterson (several calls) re: alternative     330.00
           methods for paying asbestos claims analyses and
           report

 09/01/03  Relles    / (28) Data Analysis                            0.7    231.00
 #6302     run analyses of alternative methods for paying         330.00
           asbestos claims; enter numbers into report

 09/02/03  Brelsford / (28) Data Analysis                            0.4     80.00
 #6802     develop Peterson slide presentation                    200.00

 09/02/03  Brelsford / (28) Data Analysis                            0.1     20.00
 #6803     emails (several), telephone Relles re: production of  200.00
           slides for Peterson presentation

 09/02/03  Peterson  / (28) Data Analysis                            0.9    450.00
 #6102     Work on analysis of alternative methods for paying     500.00
           asbestos claims; telephone Relles (several calls)

 09/02/03  Relles    / (28) Data Analysis                            0.1     33.00
 #6303     emails (several), telephone Brelsford re: production  330.00
           of slides for Peterson presentation

 09/02/03  Relles    / (28) Data Analysis                            0.2     66.00
 #6304     telephone Peterson (several calls) re: alternative     330.00
           methods for paying asbestos claims, analyses and
           report

 09/02/03  Relles    / (28) Data Analysis                            0.8    264.00
 #6305     run analyses on alternative methods for paying         330.00
           asbestos claims; develop graphics; enter numbers
           into report

 09/03/03  Brelsford / (28) Data Analysis                            0.1     20.00
 #6804     develop Peterson report graphics                       200.00
```

{D0015185:1 }

```
Date: 10/25/03             Legal Analysis Systems, Inc.
Time: 8:00am                                                         Page 2

                       W. R. Grace (continued)


Date/Slip# Description                                    HOURS/RATE   AMOUNT
-----------------------------------------------------------------------------
 09/03/03  Brelsford / (28) Data Analysis                       0.4    80.00
 #6805     develop Peterson slide presentation               200.00

 09/03/03  Brelsford / (28) Data Analysis                       0.1    20.00
 #6806     emails (several), telephone Relles re: production 200.00
           of slides for Peterson presentation

 09/03/03  Peterson  / (28) Data Analysis                       0.5   250.00
 #6103     Work on analysis of alternative methods for paying 500.00
           asbestos claims; telephone Relles (several calls)

 09/03/03  Relles    / (28) Data Analysis                       0.1    33.00
 #6306     emails (several), telephone Brelsford re: production 330.00
           of slides for Peterson presentation

 09/03/03  Relles    / (28) Data Analysis                       0.2    66.00
 #6307     telephone Peterson (several calls) re: alternative 330.00
           methods for paying asbestos claims, analyses and
           report

 09/03/03  Relles    / (28) Data Analysis                       0.4   132.00
 #6308     update document and graphics; prepare documents and 330.00
           send to Inselbuch

 09/04/03  Brauner   / (28) Data Analysis                       0.1    18.50
 #6501     meet with Relles re: graphics                     185.00

 09/04/03  Brelsford / (28) Data Analysis                       0.2    40.00
 #6807     develop Peterson slide presentation               200.00

 09/04/03  Relles    / (28) Data Analysis                       0.2    66.00
 #6309     revise presentation                              330.00

 09/04/03  Relles    / (28) Data Analysis                       0.1    33.00
 #6310     several emails to Brelsford re: integration of old 330.00
           and new analyses

 09/04/03  Relles    / (28) Data Analysis                       0.1    33.00
 #6311     develop graphics for presentation                 330.00

 09/04/03  Relles    / (28) Data Analysis                       0.1    33.00
 #6312     meet with Brauner re: graphics                   330.00

 09/05/03  Brelsford / (28) Data Analysis                       0.1    20.00
 #6808     develop Peterson slide presentation               200.00
```

{D0015185:1 }

```
Date: 10/25/03            Legal Analysis Systems, Inc.
Time: 8:00am                                                          Page 3

                 W. R. Grace (continued)


Date/Slip# Description                                    HOURS/RATE   AMOUNT
------------------------------------------------------------------------------
 09/05/03  Peterson  / (28) Data Analysis                       0.5   250.00
 #6104     Work on analysis of alternative methods for paying 500.00
           asbestos claims; telephone Relles re: integrated
           briefing

 09/05/03  Relles    / (28) Data Analysis                       0.1    33.00
 #6313     email communication with Brelsford re: document,   330.00
           vugraph production

 09/05/03  Relles    / (28) Data Analysis                       0.1    33.00
 #6314     organize charts for Peterson; telephone Peterson re: 330.00
           constructing an integrated briefing

 09/06/03  Peterson  / (28) Data Analysis                       0.8   400.00
 #6105     Work on analysis of alternative methods for paying 500.00
           asbestos claims; telephone Relles re: same

 09/06/03  Relles    / (28) Data Analysis                       0.5   165.00
 #6315     revise Peterson briefing re: examining forecast    330.00
           differences and the implicates of Bates' Insurer
           Study; telephone Peterson to discuss

 09/07/03  Brelsford / (28) Data Analysis                       0.2    40.00
 #6809     develop Peterson slide presentation: table titles, 200.00
           graphics, footnotes, pointsize

 09/07/03  Brelsford / (28) Data Analysis                       0.1    20.00
 #6810     develop Peterson slide presentation                200.00

 09/07/03  Brelsford / (28) Data Analysis                       0.1    20.00
 #6811     emails (several), telephone Relles re: production of 200.00
           slides for Peterson presentation

 09/07/03  Peterson  / (28) Data Analysis                       0.8   400.00
 #6106     Work on analysis of alternative methods for paying 500.00
           asbestos claims

 09/07/03  Relles    / (28) Data Analysis                       0.1    33.00
 #6316     emails (several), telephone Brelsford re: production 330.00
           of slides for Peterson presentation

 09/07/03  Relles    / (28) Data Analysis                       0.5   165.00
 #6317     reorganize Peterson briefings                      330.00
```

{D0015185:1 }

```
Date: 10/25/03              Legal Analysis Systems, Inc.
Time: 8:00am                                                          Page 4

                  W. R. Grace (continued)


Date/Slip# Description                                   HOURS/RATE    AMOUNT
-----------------------------------------------------------------------------
 09/07/03  Relles    / (28) Data Analysis                      0.7    231.00
 #6318     regenerate projections and graphics to support new 330.00
           organization; develop text; revise slides

 09/08/03  Brelsford / (28) Data Analysis                      0.3     60.00
 #6812     develop Peterson slide presentation: bullet spacing, 200.00
           pointsize

 09/08/03  Brelsford / (28) Data Analysis                      0.1     20.00
 #6813     develop Peterson slide presentation              200.00

 09/08/03  Brelsford / (28) Data Analysis                      0.1     20.00
 #6814     develop Peterson report                          200.00

 09/08/03  Peterson  / (28) Data Analysis                      0.8    400.00
 #6107     Work on analysis of alternative methods for paying 500.00
           asbestos claims

 09/08/03  Relles    / (28) Data Analysis                      0.9    297.00
 #6319     develop draft briefing; revise slides: graphics,  330.00
           text, and tables; proofread

 09/09/03  Brelsford / (28) Data Analysis                      0.1     20.00
 #6815     develop Peterson slide forecast presentation     200.00

 09/09/03  Brelsford / (28) Data Analysis                      0.3     60.00
 #6816     work on report and slide presentation            200.00

 09/09/03  Brelsford / (28) Data Analysis                      0.3     60.00
 #6817     appendices for Peterson presentation             200.00

 09/09/03  Peterson  / (28) Data Analysis                      0.4    200.00
 #6108     Work on analysis of alternative methods for paying 500.00
           asbestos claims

 09/09/03  Relles    / (28) Data Analysis                      0.5    165.00
 #6320     format and complete appendices plus two-page     330.00
           summary; revise multiple briefings for consistency;
           continue to modify graphics, text, and tables

 09/09/03  Relles    / (28) Data Analysis                      0.1     33.00
 #6321     proofread various drafts                         330.00
```

{D0015185:1 }

```
Date: 10/25/03            Legal Analysis Systems, Inc.
Time: 8:00am                                                            Page 5

                    W. R. Grace (continued)


Date/Slip#  Description                                   HOURS/RATE   AMOUNT
------------------------------------------------------------------------------
 09/09/03   Relles    / (28) Data Analysis                       0.2    66.00
 #6322      implement final revisions; prepare dissemination   330.00
            materials; implement final revisions and
            corrections; send materials

 09/10/03   Brelsford / (28) Data Analysis                       0.1    20.00
 #6818      work on Peterson report                           200.00

 09/10/03   Brelsford / (28) Data Analysis                       0.3    60.00
 #6819      work on Peterson slide presentation              200.00

 09/10/03   Peterson  / (28) Data Analysis                       0.4   200.00
 #6109      Work on analysis of alternative methods for paying 500.00
            asbestos claims; meet with Relles re: same

 09/10/03   Relles    / (28) Data Analysis                       0.1    33.00
 #6323      meeting Peterson re: briefings                   330.00

 09/11/03   Brelsford / (28) Data Analysis                       0.1    20.00
 #6820      work on Peterson slide presentation              200.00

 09/11/03   Brelsford / (28) Data Analysis                       0.1    20.00
 #6821      emails (several), telephone Relles re: production of 200.00
            slides for Peterson presentation

 09/11/03   Peterson  / (28) Data Analysis                       0.4   200.00
 #6110      Work on analysis of alternative methods for paying 500.00
            asbestos claims

 09/11/03   Relles    / (28) Data Analysis                       0.1    33.00
 #6324      emails (several), telephone Brelsford re: production 330.00
            of slides for Peterson presentation

 09/12/03   Peterson  / (28) Data Analysis                       0.2   100.00
 #6111      Review analyses and send to attorneys and others  500.00

------------------------------------------------------------------------------
```

{D0015185:1 }

```
Date: 10/25/03            Legal Analysis Systems, Inc.
Time: 8:00am                                                          Page 6

                     W. R. Grace (continued)

             Summary Of Time Charges, By Month and Activity
                    September 2003 - September 2003

 MONTH        ACTIVITY                                        HOURS    AMOUNT
 ----------------------------------------------------------------------------
 September - (28) Data Analysis                                17.6   6451.50
 September - (99) Total                                        17.6   6451.50

 Total     - (28) Data Analysis                                17.6   6451.50
 Total     - (99) Total                                        17.6   6451.50


------------------------------------------------------------------------------
```

{D0015185:1 }

```
Date: 10/25/03            Legal Analysis Systems, Inc.
Time: 8:00am                                                          Page 7

                       W. R. Grace (continued)

              Summary Of Time Charges, By Month and Person
                    September 2003 - September 2003

 MONTH        PERSON                                         HOURS    AMOUNT
 ---------------------------------------------------------------------------
 September - Relles                                            7.1   2343.00
 September - Peterson                                          6.7   3350.00
 September - Brauner                                           0.1     18.50
 September - Brelsford                                         3.7    740.00
 September - Total                                            17.6   6451.50

 Total     - Relles                                            7.1   2343.00
 Total     - Peterson                                          6.7   3350.00
 Total     - Brauner                                           0.1     18.50
 Total     - Brelsford                                         3.7    740.00
 Total     - Total                                            17.6   6451.50


 ---------------------------------------------------------------------------
```

{D0015185:1 }

```
Date: 10/25/03            Legal Analysis Systems, Inc.
Time: 8:00am                                                          Page 8

                      W. R. Grace (continued)

         Summary Of Time Charges, By Activity, Month, and Person
                      September 2003 - September 2003

MONTH       PERSON                                  HOURS     RATE     AMOUNT
-----------------------------------------------------------------------------
(28) Data Analysis

September - Relles                                    7.1     330.    2343.00
September - Peterson                                  6.7     500.    3350.00
September - Brauner                                   0.1     185.      18.50
September - Brelsford                                 3.7     200.     740.00

-----------------------------------------------------------------------------
```

{D0015185:1 }