# EXHIBIT 2

# 2nd Omni 2 Order
# for WR Grace

**Total number of parties: 88**
**Preferred Mode of Service: US Mail (1st Class)**

## Exhibit 2 - WR Grace Mailing

**Svc Lst    Name and Address of Served Party**

| | |
|---|---|
| 6284 | ADAMS, CHARLES T, CO ROXIE VIATOR, 2728 WESTERN AVE, ORANGE, TX 77630 |
| 6284 | ALLEGHENY CENTER ASSOCIATES, ALLEGHENY CENTER ASSOCIATES, MALL MGMT, PITTSBURGH, PA 15212 |
| 6284 | ASPERGER, ROBERT E, STATE OF CALIFORNIA DEPT OF JUSTICE, 1300 I ST STE, SACRAMENTO, CA 000095814 |
| 6284 | BARR, CHESTER A, 11722 31ST DR SE, EVERETT, WA 98208-6117 |
| 6284 | BOLES, RUTH, C/O ROXIE VIATOR, 2728 WESTERN AVE, ORANGE, TX 77630 |
| 6284 | BROWN, JAMES H, C/O ROXIE VIATOR, 2728 WESTERN AVE, ORANGE, TX 77630 |
| 6284 | BROWN, JOSEPH, C/O ROXIE VIATOR, 2728 WESTERN AVE, ORANGE, TX 77630 |
| 6284 | BRYANT, WILLIAM R, C/O ROXIE VIATOR, 2728 WESTEN AVE, ORANGE, TX 77630 |
| 6284 | BUFORD, HAROLD, CO ROXIE VIATOR, 2728 WESTERN AVE, ORANGE, TX 77630 |
| 6284 | CHAMPINE, FREDDIE, CO ROXIE VIATOR, 2728 WESTERN AVE, ORANGE, TX 77630 |
| 6284 | CLARK, GERALD R, CO ROXIE VIATOR, 2728 WESTERN AVE, ORANGE, TX 77630 |
| 6284 | CONSTANCE, ALGEA J, CO ROXIE VIATOR, 2728 WESTERN AVE, ORANGE, TX 77630 |
| 6284 | COX, DURWARD, CO ROXIE VIATOR, 2728 WESTERN AVE, ORANGE, TX 77630 |
| 6284 | CREEL, L D, CO ROXIE VIATOR, 2728 WESTERN AVE, ORANGE, TX 77630 |
| 6284 | CROCHET, GERALDINE, CO ROXIE VIAATOR, 2728 WESTERN AVE, ORANGE, TX 77630 |
| 6284 | CROCHET, JOHN E, CO ROXIE VIATOR, 2728 WESTERN AVE, ORANGE, TX 77630 |
| 6284 | DEAN, CLAUD, CO ROXIE VIATOR, 2728 WESTERN AVE, ORANGE, TX 77630 |
| 6284 | DEPARTMENT OF TREASURY-INTERNAL REVENUE, ROOM 1150, 31 HOPKINS PLZ, BALTIMORE, MD 21201 |
| 6284 | DEPT OF REVENUE IRS, ROOM 1120, 31 HOPKINS PLAZA, BALTIMORE, MD 21201 |
| 6284 | DEPT OF THE TREAS INTERNAL REVENUE SERV, ROOM 1120, 31 HOPKINS PLAZA, BALTIMORE, MD 21201 |
| 6284 | DEPT OF THE TREASURY - INTERNAL REVENUE, ROOM 1150, 31 HOPKINS PLAZA, BALTIMORE, MD 21201 |
| 6284 | DEPT OF THE TREASURY  IRS, ROOM 1120, 31 HOPKINS PLAZA, BALTIMORE, MD 21201 |
| 6284 | DEPT OF THE TREASURY INTERNAL REVENUE, ROOM 1120, 31 HOPKINS PLAZA, BALTIMORE, MD 21201 |
| 6284 | DEPT OF THE TREASURY IRS, 31 HOPKINS PLAZA, BALTIMORE, MD 21201 |
| 6284 | DEPT OF THE TREASURY IRS, 31 HOPKINS PLAZA, STOP ROOM 1140, BALTIMORE, MD 21201 |
| 6284 | DEPT OF THE TREASURY IRS, 31 HOPKINS PLAZA ROOM 1150, BALTIMORE, MD 21201 |
| 6284 | DEPT OF THE TREASURY IRS, ROOM 1120, 31 HOPKINS PLAZA, BALTIMORE, MD 21201 |
| 6284 | DEPT OF THE TREASURY IRS, ROOM 1120, 31 HOPKINS PLAZA, BLATIMORE, MD 21201 |
| 6284 | DEPT OF THE TREASURY IRS, ROOM 1120 31 HOPKINS PLAZA, BALTIMORE, MD 21201 |
| 6284 | DEPT OF THE TREASURY IRS, ROOM1120, 31 HOPKINS PLAZA, BALTIMORE, MD 21201 |
| 6284 | DEPT OF THE TREASURY, INTERNAL REVENUE SERVICE, 31 HOPKINS PLAZA, ROOM 1150, BALTIMORE, MD 21201 |
| 6284 | DEPT OF THE TREAURE IRS, ROOM 1120, 31 HOPKINS PLAZA, BALTIMORE, MD 21201 |
| 6284 | DEPT OF THE TRESURY IRS, ROOM 1120, 31 HOPKINS PLAZA, BALTIMORE, MD 21201 |
| 6284 | DEPT OF TREASURY INTERNAL REVENUE, ROOM 1120, 31 HOPKINS PLAZA, BALTIMORE, MD 21201 |
| 6284 | DEPT OF TREASURY IRS, BALTIMORE, 31 HOPKINS PLAZA, STOP ROOM 1140, MD 21201 |
| 6284 | DEPT OF TREASURY IRS, ROOM 1120, 31 HOPKINGS PLAZA, BALTIMORE, MD 21201 |
| 6284 | DEPT OF TREASURY IRS, ROOM 1120, 31 HOPKINS PLAZA, BALTIMORE, MD 21201 |
| 6284 | DEPT OF TREASURY IRS, ROOM 120, 31 HOPKINS PLAZA, BALTIMORE, MD 21201 |
| 6284 | DEPT OF TREASURY, ROOM 1120, 31 HOPKINS PLAZA, BALTIMORE, MD 21201 |
| 6284 | DORE, STEVEN, CO ROXIE VIATOR, 2728 WESTERN AVE, ORANGE, TX 77630 |
| 6284 | DORR, ANDREW, CO ROXIE VIATOR, 2728 WESTERN AVE, ORANGE, TX 77630 |

WR Grace

**Exhibit 2 - WR Grace Mailing**

**Svc Lst   Name and Address of Served Party**

| | |
|---|---|
| 6284 | DOUCET, L J, CO ROXIE VIATOR, 2728 WESTERN AVE, ORANGE, TX 77630 |
| 6284 | ESTATE OF ROSARIO RAPISARDI, RD 2 BOX 107, 2251 TOWNSHIP LINE, SWEDESBORO, NJ 000008085 |
| 6284 | GARCIA, RUBY, CO ROXIE VIATOR, 2728 WESTERN AVE, ORANGE, TX 77630 |
| 6284 | GOODMAN, MASSEY B, CO ROXIE VIATOR, 2728 WESTER AVE, ORANGE, TX 77630 |
| 6284 | GORMAN, FRANK L, HONIGMAN MILLER SCHWARTZ & COHN LLP, 2290 FIRST NA, DETROIT, MI 482263583 |
| 6284 | GRANGER, LARRY, CO ROXIE VIATOR, 2728 WESTERN AVE, ORANGE, TX 77630 |
| 6284 | GRANT, IRELAND, CO ROXIE VIATOR, 2728 WESTERN AVE, ORANGE, TX 77630 |
| 6284 | HARRIS, HARVEY, CO ROXIE VIATOR, 2728 WESTERN AVE, ORANGE, TX 77630 |
| 6284 | HEUFELDER, SYLVIA, CO ROXIE VIATOR, 2728 WESTERN AVE, ORANGE, TX 77630 |
| 6284 | HOELZER, CARL J, CO ROXIE VIATOR, 2728 WESTERN AVE, ORANGE, TX 77630 |
| 6284 | HUNSINGER, DONALD, CO ROXIE VIATOR, 2728 WESTERN AVE, ORANGE, TX 77630 |
| 6284 | JACKSON, BILLY W, CO ROXIE VIATOR, 2728 WESTERN AVE, ORANGE, TX 77630 |
| 6284 | JOHNSON, JOHNNY, CO ROXIE VIATOR, 2728 WESTERN AVE, ORANGE, TX 77630 |
| 6284 | KIBODEAUX, PAUL E, CO ROXIE VIATOR, 2728 WESTERN AVE, ORANGE, TX 77630 |
| 6284 | LADD, GLENN B, CO ROXIE VIATOR, 2728 WESTERN AVE, ORANGE, TX 77630 |
| 6284 | LINSCOMB, ROBERT, CO ROXIE VIATOR, 2728 WESTERN AVE, ORANGE, TX 77630 |
| 6284 | LOBB, JOE B, CO ROXIE VIATOR, 2728 WESTERN AVE, ORANGE, TX 77630 |
| 6284 | LUCAS, STANLEY B, CO ROXIE VIATOR, 2728 WESTERN AVE, ORANGE, TX 77630 |
| 6284 | LUKER, JAMES R, CO ROXIE VIATOR, 2728 WESTERN AVE, ORANGE, TX 77630 |
| 6284 | MAY, GEORGE, CO ROXIE VIATOR, 2728 WESTERN AVE, ORANGE, TX 77630 |
| 6284 | MCDONALD, RUFUS, CO ROXIE VIATOR, 2728 WESTERN AVE, ORANGE, TX 77630 |
| 6284 | MELLO, AVENA, CO ROXIE VIATOR, 2728 WESTERN AVE, ORANGE, TX 77630 |
| 6284 | NANCE, ANDREW D, CO ROXIE VIATOR, 2728 WESTERN AVE, ORANGE, TX 77630 |
| 6284 | PIGGOTT, TERRELL, CO ROXIE VIATOR, 2728 WESTERN AVE, ORANGE, TX 77630 |
| 6284 | PURSER, DONALD, ROXIE VIATOR, 2728 WESTERN AVE, ORANGE, TX 77630 |
| 6284 | REEVES, EARL, ROXIE VIATOR, 2728 WESTERN AVE, ORANGE, TX 77630 |
| 6284 | REPPOND, JESSIE, CO ROXIE VIATOR, 2728 WESTERN, ORANGE, TX 77630 |
| 6284 | RICHARD, LEROY, CO ROXIE VIATOR, 2728 WESTERN AVE, ORANGE, TX 77630 |
| 6284 | RICHARDSON SR, RODY L, CO ROXIE VIATOR, 2728 WESTERN AVE, ORANGE, TX 77630 |
| 6284 | ROWE, RICHARD C, PO BOX 27184, MEMPHIS, TN 38127 |
| 6284 | RYAN, EMORY, CO ROXIE VIATOR, 2728 WESTERN AVE, ORANGE, TX 77630 |
| 6284 | SCALES, RICHARD, CO ROXIE VIATOR, 2728 WESTERN AVE, ORANGE, TX 77630 |
| 6284 | SCARBOROUGH, WALTER R, CO ROXIE VIATOR, 2728 WESTERN AVE, ORANGE, TX 77630 |
| 6284 | SELZER, RAYMOND, CO ROXIE VIATOR, 2728 WESTERN AVE, ORANGE, TX 77630 |
| 6284 | STATE OF CALIFORNIA DEPT OF GENERAL SERV, 707 THIRD STREET, 6TH FLOOR, WEST SACRAMENTO, CA 95605 |
| 6284 | TAYLOR, EDDIE, 10715 CRANBROOK RD, HOUSTON, TX 77042 |
| 6284 | TEEL, WELDON, CO ROXIE VIATOR, 2728 WESTERN AVE, ORANGE, TX 77630 |
| 6284 | TERRELL, WILLIS H, CO ROXIE VIATOR, 2728 WESTERN AVE, ORANGE, TX 77630 |
| 6284 | THE TAUBMAN COMPANY, 200 EAST LONG LAKE RD, BLOOMFIELD HILLS, MI 48303 |
| 6284 | THOMPSON, DALE, CO ROXIE VIATOR, 2728 WESTERN AVE, ORANGE, TX 77630 |
| 6284 | THOMPSON, RUFUS, CO ROXIE VIATOR, 2728 WESTERN AVE, ORANGE, TX 77630 |
| 6284 | TRAHAN, JAMES H, CO ROXIE VIATOR, 2728 WESTERN AVE, ORANGE, TX 77630 |
| 6284 | TURNER SR, JACK C, CO ROXIE VIATOR, 2728 WESTERN AVE, ORANGE, TX 77630 |
| 6284 | TURNER, VERNON, CO ROXIE VIATOR, 2728 WESTERN AVE, ORANGE, TX 77630 |
| 6284 | WADE, JOHN, CO ROXIE VIATOR, 2728 WESTERN AVE, ORANGE, TX 77630 |
| 6284 | WENDLING, WEBSTER L, CO ROXIE VIATOR, 2728 WESTERN AVE, ORANGE, TX 77630 |
| 6284 | WOODCOCK, HELEN, CO ROXIE VIATOR, 2728 WESTERN AVE, ORANGE, TX 77630 |

**Subtotal for this group: 88**

WR Grace