RE: W+R GRACE + CO. CONN
Claim Ammount #250 million

The Facility has
Losed my Legal paper
I want your people
to know the secret
Don't like court
papers, they will
owe you + me Dennis
Nelson through $3 Billion
Dollar for Both of us
Apiece from Lennie Nelson
write back help 4 6064

court   court