UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: ARMSTRONG WORLD INDUSTRIES, INC., et al., <br><br> Debtors. | : <br> : <br> : <br> : <br> : | Chapter 11 <br> Case Nos. 00-4471, 00-4469, <br>          00-4470 |
| IN RE: W.R. GRACE & CO., et al., <br><br> Debtors. | : <br> : <br> : <br> : | Chapter 11 <br> Case Nos. 01-1139 through <br>          0-1200 |
| IN RE: FEDERAL-MOGUL GLOBAL, INC., T&N LIMITED, et al., <br><br> Debtors. | : <br> : <br> : <br> : <br> : <br> : | Chapter 11 <br> Case Nos. 01-10578, et al.[1] |
| IN RE: USG CORPORATION, a Delaware Corporation, et al., <br><br> Debtors. | : <br> : <br> : <br> : <br> : <br> : | Chapter 11 <br> Case Nos. 01-2094 through <br>          01-2104 |
| IN RE: OWENS CORNING, et al., <br><br> Debtors. | : <br> : <br> : <br> : | Chapter 11 <br> Case Nos. 00-3837 through <br>          00-3854 |

This matter having been opened before the Court upon its own motion; and it appearing that the facts alleged and the issues argued in the pending motion dated October 10, 2003, titled "Motion to Recuse the Honorable Alfred M. Wolin, United States District Judge, from Further Participation in These Jointly Administered Cases" (the "Motion to Recuse"), implicate matters

---

[1] See attached list.

within this Court's jurisdiction in each of the five, above-captioned chapter 11 cases; and the United States Court of Appeals for the Third Circuit having, in its Order dated November 3, 2003, stayed all proceedings before this Court in <u>In re Owens Corning</u>, Bkptcy No. 00-3837, and set a briefing schedule governing the Petition for a Writ of Mandamus in the matter titled <u>In re Kensington Int'l Ltd. et alia</u>, Court of Appeals Case No. 03-4212 (the "Petition for Mandamus") that precludes the Court of Appeals from deciding the Petition for Mandamus before November 21, 2003; and the Petition for Mandamus addressing this Court's handling of the Motion to Recuse as well as its merits; and this Court having matters before it in the several cases captioned above that may require its participation before the resolution of the Petition for Mandamus; and for other good cause appearing

IT is on this 5TH day of November, 2003

ORDERED that any hearing or other proceeding presently scheduled before this Court in any of the above-captioned chapter 11 cases is hereby adjourned <u>sine die</u> and this Court's participation in any matter in those cases is stayed pending further Order of the Court, and it is further

ORDERED that this Order shall not effect any proceeding scheduled to go forward before the Bankruptcy Court except to the extent this Court was scheduled to sit jointly with the

Bankruptcy Judge on any matter.

_____
ALFRED M. WOLIN, U.S.D.J.

IN RE: FEDERAL-MOGUL GLOBAL, INC.
Case Numbers

| | | | |
|---|---|---|---|
| 01-10578 | 01-10643 | 01-10700 | 01-10750 |
| 01-10580 | 01-10644 | 01-10701 | 01-10751 |
| 01-10582 | 01-10646 | 01-10702 | 01-10752 |
| 01-10585 | 01-10647 | 01-10703 | 01-10753 |
| 01-10586 | 01-10649 | 01-10704 | 01-10754 |
| 01-10587 | 01-10650 | 01-10705 | 01-10755 |
| 01-10589 | 01-10651 | 01-10706 | 01-10756 |
| 01-10591 | 01-10652 | 01-10707 | 01-10757 |
| 01-10593 | 01-10653 | 01-10708 | 01-10758 |
| 01-10594 | 01-10654 | 01-10710 | 01-10759 |
| 01-10596 | 01-10655 | 01-10711 | 01-10760 |
| 01-10598 | 01-10656 | 01-10712 | 01-10761 |
| 01-10599 | 01-10657 | 01-10713 | 01-10762 |
| 01-10600 | 01-10658 | 01-10714 | 01-10763 |
| 01-10601 | 01-10659 | 01-10715 | 01-10764 |
| 01-10603 | 01-10660 | 01-10716 | 01-10765 |
| 01-10604 | 01-10661 | 01-10717 | 01-10766 |
| 01-10605 | 01-10662 | 01-10718 | 01-10767 |
| 01-10606 | 01-10664 | 01-10719 | 01-10768 |
| 01-10608 | 01-10665 | 01-10721 | 01-10769 |
| 01-10610 | 01-10666 | 01-10722 | 01-10770 |
| 01-10611 | 01-10668 | 01-10723 | 01-10771 |
| 01-10613 | 01-10669 | 01-01724 | 01-10772 |
| 01-10614 | 01-10672 | 01-10726 | 01-10773 |
| 01-10615 | 01-10673 | 01-10727 | 01-10774 |
| 01-10617 | 01-10675 | 01-10728 | |
| 01-10618 | 01-10682 | 01-10729 | |
| 01-10619 | 01-10683 | 01-10730 | |
| 01-10620 | 01-10684 | 01-10731 | |
| 01-10621 | 01-10685 | 01-10732 | |
| 01-10622 | 01-10686 | 01-10733 | |
| 01-10623 | 01-10687 | 01-10734 | |
| 01-10625 | 01-10688 | 01-10736 | |
| 01-10626 | 01-10689 | 01-10737 | |
| 01-10627 | 01-10690 | 01-10739 | |
| 01-10629 | 01-10691 | 01-10741 | |
| 01-10630 | 01-10692 | 01-10742 | |
| 01-10632 | 01-10693 | 01-10743 | |
| 01-10633 | 01-10694 | 01-10744 | |
| 01-10634 | 01-10695 | 01-10745 | |
| 01-10637 | 01-10696 | 01-10746 | |
| 01-10638 | 01-10697 | 01-10747 | |
| 01-10640 | 01-10698 | 01-10748 | |
| 01-10641 | 01-10699 | 01-10749 | |