# EXHIBIT B

## Matter 42 – Travel non-working – Expenses

| Service Description | Amount |
|---|---|
| Travel Expense | $247.32 |
| Airfare | $874.64 |
| Transportation to/from airport | $389.90 |
| Travel Meals | $49.90 |
| **Total** | **$1,561.76** |

## **Matter 42 – Travel non-working – Itemized Expenses**

| Date | Amount | Description |
|------|--------|-------------|
| 8/24/03 | 89.20 | Crown Coach - Transportation to/from airport, Christian J Lane |
| 8/24/03 | 63.60 | Crown Coach - Transportation to/from airport, Janet S Baer |
| 8/25/03 | 58.40 | Crown Coach - Transportation to/from airport, Christian J Lane |
| 8/25/03 | 63.70 | Crown Coach - Transportation to/from airport, Janet S Baer |
| 8/26/03 | 115.00 | Crown Coach - Transportation to/from airport, Scott A McMillin |
| 9/21/03 | 247.32 | James Kapp III, Hotel, Wilmington, DE, 09/21/03, (Court Hearing) |
| 9/21/03 | 874.64 | James Kapp III, Airfare, Wilmington, DE, 09/21/03 to 09/22/03, (Court Hearing) |
| 9/21/03 | 49.90 | James Kapp III, Meals, Travel Meals, Wilmington, DE, 09/21/03, (Court Hearing) |
| Total: | 1,561.76 | |

B-2

## **Matter 52 – Expenses – Expenses**

| **Service Description** | **Amount** |
| --- | --- |
| Telephone | $438.44 |
| Fax Telephone Charge | $1.66 |
| Fax Charge | $27.75 |
| Standard Copies | $1,170.20 |
| Binding | $8.75 |
| Tabs/Indexes/Dividers | $3.90 |
| Color Copies | $19.50 |
| Scanned Images | $42.15 |
| Overnight Delivery | $157.73 |
| Outside Messenger Services | $18.74 |
| Computer Database Research | $166.19 |
| Overtime Transportation | $49.00 |
| Secretarial Overtime | $116.25 |
| Word Processing Overtime | $35.55 |
| **Total** | **$2,255.81** |

## **Matter 52 – Expenses – Itemized Expenses**

| Date | Amount | Description |
|------|--------|-------------|
| 12/31/02 | 15.36 | GENESYS CONFERENCING, INC. - Telephone, Conference call, C Lane, 12/17/02 |
| 2/28/03 | 37.08 | GENESYS CONFERENCING, INC. - Telephone, Conference call, J Baer, 2/07/03 |
| 2/28/03 | 70.80 | GENESYS CONFERENCING, INC. - Telephone, Conference call, C Lane, 2/27/03 |
| 7/09/03 | 1.50 | Fax Charge to: 410-531-4783, 7/9/03 |
| 7/09/03 | 1.50 | Fax Charge to: 561-362-1323, 7/9/03 |
| 7/14/03 | 40.70 | GENESYS CONFERENCING, INC. - Telephone, Conference call, C Lane, 7/02/03 and 7/11/03 |
| 8/08/03 | 1.11 | West Publishing-TP,Database Usage  8.03 |
| 8/11/03 | .62 | Telephone call to: LIBBY,MT 406-293-4989 |
| 8/11/03 | .62 | Telephone call to: LIBBY,MT 406-293-4989 |
| 8/11/03 | 6.86 | Telephone call to: STATE OF,DE 302-778-6463 |
| 8/12/03 | 3.33 | Telephone call to: WELLESLEY,MA 617-239-0100 |
| 8/12/03 | .62 | Telephone call to: STATE OF,DE 302-778-6442 |
| 8/12/03 | 1.04 | Telephone call to: WILMINGTON,DE 302-658-9141 |
| 8/13/03 | .62 | Telephone call to: WILMINGTON,DE 302-652-4100 |
| 8/13/03 | .62 | Telephone call to: LIBBY,MT 406-293-6889 |
| 8/13/03 | .62 | Telephone call to: NPA SUMMRY,FL 321-725-6284 |
| 8/13/03 | .62 | Telephone call to: MINEAPOLIS,MN 612-339-7242 |
| 8/13/03 | 6.03 | Telephone call to: COLUMBIA,MD 410-531-4170 |
| 8/13/03 | 12.06 | Telephone call to: SE PART,FL 954-797-0718 |
| 8/13/03 | 1.25 | Telephone call to: NEWYORKCTY,NY 212-583-5388 |
| 8/13/03 | .62 | Telephone call to: BOSTON,MA 617-570-1874 |
| 8/13/03 | .62 | Telephone call to: ORANGE,TX 409-883-8360 |
| 8/13/03 | .50 | Telephone call to: COLUMBIA,MD 410-531-4783 |
| 8/14/03 | .62 | Telephone call to: CAMBRIDGE,MA 617-495-3051 |
| 8/14/03 | 1.25 | Telephone call to: STATE OF,DE 302-622-4202 |
| 8/14/03 | 2.08 | Telephone call to: COLUMBIA,MD 410-531-4191 |
| 8/14/03 | .62 | Telephone call to: COLUMBIA,MD 410-531-4191 |
| 8/14/03 | 1.87 | Telephone call to: LB AREA,CA 310-321-5532 |
| 8/15/03 | 3.48 | Telephone call to: CAMBRIDGE,MA 617-498-4861 |
| 8/17/03 | 10.40 | Standard Copies |
| 8/17/03 | 18.60 | Standard Copies |
| 8/17/03 | 11.20 | Standard Copies |

| Date | Amount | Description |
|------|-------:|-------------|
| 8/17/03 | 116.25 | Hamilton, J. - Prepared documents |
| 8/18/03 | 8.73 | Telephone call to: HOUSTON,TX 281-356-6774 |
| 8/18/03 | 2.91 | Telephone call to: COLUMBIA,MD 410-531-4222 |
| 8/18/03 | 3.53 | Telephone call to: STATE OF,DE 302-778-6463 |
| 8/18/03 | 1.09 | Telephone call to: CAMBRIDGE,MA 617-498-3826 |
| 8/18/03 | .76 | Telephone call to: CAMBRIDGE,MA 617-498-3826 |
| 8/18/03 | 5.86 | Telephone call to: CAMBRIDGE,MA 617-498-4861 |
| 8/18/03 | 3.54 | Telephone call to: CHICAGO,IL 312-603-8627 |
| 8/18/03 | 1.76 | Telephone call to: CAMBRIDGE,MA 617-498-4861 |
| 8/18/03 | 1.25 | Telephone call to: CLARKSVL,MD 410-531-4210 |
| 8/18/03 | 2.00 | Standard Copies |
| 8/18/03 | 97.50 | Standard Copies |
| 8/18/03 | 5.00 | Standard Copies |
| 8/18/03 | 5.00 | Standard Copies |
| 8/18/03 | 10.00 | Standard Copies |
| 8/18/03 | 1.75 | Binding |
| 8/18/03 | .90 | Tabs/Indexes/Dividers |
| 8/18/03 | 10.25 | Fed Exp to: ,PITTSBURGH,PA from:MAILROOM |
| 8/18/03 | 9.73 | Fed Exp to: ,SEATTLE,WA from:MAILROOM |
| 8/18/03 | 7.87 | Fed Exp to: ,MIDLAND,MI from:MAILROOM |
| 8/18/03 | 9.16 | Fed Exp to: ,SAVANNAH,GA from:MAILROOM |
| 8/18/03 | 10.55 | Fed Exp to: ,AMSTERDAM,OH from:MAILROOM |
| 8/18/03 | 11.22 | Fed Exp to: ,LIBBY,MT from:MAILROOM |
| 8/19/03 | .83 | Telephone call to: COLUMBIA,MD 410-531-4213 |
| 8/19/03 | 1.00 | Standard Copies |
| 8/19/03 | 15.10 | Standard Copies |
| 8/19/03 | .40 | Standard Copies |
| 8/19/03 | 1.00 | Standard Copies |
| 8/19/03 | 23.60 | Standard Copies |
| 8/19/03 | 3.50 | Binding |
| 8/20/03 | .76 | Telephone call to: CAMBRIDGE,MA 617-498-4306 |
| 8/20/03 | 4.40 | Standard Copies |
| 8/20/03 | 7.40 | Standard Copies |
| 8/21/03 | 1.65 | Telephone call to: CHICAGO,IL 312-603-8627 |
| 8/21/03 | 1.25 | Telephone call to: BALTIMORE,MD 443-803-5751 |
| 8/21/03 | 1.25 | Telephone call to: CLARKSVL,MD 410-531-4210 |
| 8/21/03 | 1.00 | Telephone call to: CHICAGO,IL 312-640-3176 |

| **Date** | **Amount** | **Description** |
|---|---|---|
| 8/21/03 | 5.00 | Standard Copies |
| 8/21/03 | .30 | Standard Copies |
| 8/21/03 | 14.80 | Standard Copies |
| 8/21/03 | 14.80 | Standard Copies |
| 8/21/03 | 1.90 | Standard Copies |
| 8/21/03 | .20 | Standard Copies |
| 8/21/03 | 21.53 | West Publishing-TP,Database Usage  8.03 |
| 8/22/03 | .50 | Standard Copies |
| 8/22/03 | 16.10 | Standard Copies |
| 8/25/03 | .62 | Telephone call to:  EASTERN,MA 617-516-2000 |
| 8/25/03 | 3.53 | Telephone call to:  EASTERN,MA 617-516-2074 |
| 8/25/03 | 15.10 | Standard Copies |
| 8/25/03 | 23.00 | Standard Copies |
| 8/25/03 | 8.50 | Standard Copies |
| 8/25/03 | 15.00 | Standard Copies |
| 8/25/03 | 1.80 | Standard Copies |
| 8/25/03 | 25.00 | Standard Copies |
| 8/26/03 | .62 | Telephone call to:  WILMINGTON,DE 302-652-4100 |
| 8/26/03 | 10.39 | Telephone call to:  COLUMBIA,MD 410-531-4222 |
| 8/26/03 | 2.08 | Telephone call to:  COLUMBIA,MD 410-531-4795 |
| 8/26/03 | .83 | Telephone call to:  STATE OF,DE 302-778-6463 |
| 8/26/03 | 1.45 | Telephone call to:  E CENTRAL,FL 561-362-1568 |
| 8/26/03 | 10.40 | Standard Copies |
| 8/26/03 | .40 | Standard Copies |
| 8/26/03 | 2.00 | Standard Copies |
| 8/26/03 | .10 | Standard Copies |
| 8/26/03 | 1.80 | Standard Copies |
| 8/26/03 | 7.20 | Standard Copies |
| 8/26/03 | .60 | Scanned Images |
| 8/26/03 | .90 | Scanned Images |
| 8/26/03 | .45 | Scanned Images |
| 8/26/03 | 1.35 | Scanned Images |
| 8/26/03 | 16.04 | FEDERAL EXPRESS CORPORATION - Overnight Delivery, C Lane, 8/18/03 |
| 8/26/03 | 13.07 | West Publishing-TP,Database Usage  8.03 |
| 8/27/03 | 1.04 | Telephone call to:  CAMBRIDGE,MA 617-498-4852 |
| 8/27/03 | 5.20 | Telephone call to:  COLUMBIA,MD 410-531-4170 |

B-6

| Date | Amount | Description |
|------|-------:|-------------|
| 8/27/03 | 3.53 | Telephone call to: CARVERSVL,PA 215-297-8932 |
| 8/27/03 | .83 | Telephone call to: E CENTRAL,FL 561-362-1533 |
| 8/27/03 | 9.20 | Standard Copies |
| 8/27/03 | 13.90 | Standard Copies |
| 8/27/03 | 1.60 | Standard Copies |
| 8/27/03 | .60 | Standard Copies |
| 8/27/03 | 5.40 | Standard Copies |
| 8/27/03 | .10 | Standard Copies |
| 8/27/03 | .60 | Standard Copies |
| 8/27/03 | .60 | Standard Copies |
| 8/27/03 | 7.20 | Standard Copies |
| 8/27/03 | 8.50 | Standard Copies |
| 8/27/03 | 8.00 | Standard Copies |
| 8/27/03 | 3.10 | Standard Copies |
| 8/27/03 | 3.50 | Binding |
| 8/27/03 | .90 | Tabs/Indexes/Dividers |
| 8/27/03 | 1.50 | Color Copies |
| 8/27/03 | 18.00 | Color Copies |
| 8/27/03 | .15 | Scanned Images |
| 8/27/03 | .30 | Scanned Images |
| 8/27/03 | 17.76 | Fed Exp to: ,BOSTON,MA from:MAILROOM |
| 8/27/03 | 48.94 | West Publishing-TP,Database Usage 8.03 |
| 8/27/03 | 15.90 | West Publishing-TP,Database Usage 8.03 |
| 8/28/03 | .83 | Telephone call to: BOSTON,MA 617-951-2505 |
| 8/28/03 | 5.40 | Telephone call to: BOSTON,MA 617-951-2505 |
| 8/28/03 | 2.08 | Telephone call to: COLUMBIA,MD 410-531-4751 |
| 8/28/03 | 1.45 | Telephone call to: CLIMAXSPGS,MO 314-345-4767 |
| 8/28/03 | 13.60 | Standard Copies |
| 8/28/03 | 1.00 | Standard Copies |
| 8/28/03 | 3.10 | Standard Copies |
| 8/28/03 | .30 | Standard Copies |
| 8/28/03 | .30 | Standard Copies |
| 8/28/03 | .40 | Standard Copies |
| 8/28/03 | .40 | Standard Copies |
| 8/28/03 | 6.60 | Standard Copies |
| 8/28/03 | .60 | Standard Copies |
| 8/28/03 | 1.60 | Standard Copies |

B-7

| Date | Amount | Description |
|------|-------:|-------------|
| 8/28/03 | 1.00 | Standard Copies |
| 8/28/03 | .30 | Scanned Images |
| 8/28/03 | 7.40 | Fed Exp to: ,PHILADELPHIA,PA from:MAILROOM |
| 8/29/03 | .83 | Telephone call to: STATE OF,DE 302-778-6452 |
| 8/29/03 | 2.29 | Telephone call to: E CENTRAL,FL 561-362-1533 |
| 8/29/03 | .40 | Standard Copies |
| 8/29/03 | 1.30 | Standard Copies |
| 8/29/03 | 42.59 | Fed Exp to: ,WILMINGTON,DE from:MAILROOM |
| 8/31/03 | 65.64 | LEXISNEXIS - Computer Database Research 8/2003 |
| 9/02/03 | .62 | Telephone call to: MIAMI,FL 305-374-7580 |
| 9/02/03 | 1.25 | Telephone call to: WILMINGTON,DE 302-426-1900 |
| 9/02/03 | 1.45 | Telephone call to: NEWYORKCTY,NY 212-715-9169 |
| 9/02/03 | .83 | Telephone call to: STATE OF,DE 302-778-6463 |
| 9/02/03 | .62 | Telephone call to: STATE OF,DE 302-778-6463 |
| 9/02/03 | .83 | Fax phone charge to 617-498-4402 |
| 9/02/03 | .83 | Fax phone charge to 212-490-3038 |
| 9/02/03 | 10.50 | Fax page charge to 617-498-4402 |
| 9/02/03 | 10.50 | Fax page charge to 212-490-3038 |
| 9/02/03 | .90 | Standard Copies |
| 9/02/03 | 1.20 | Standard Copies |
| 9/02/03 | .60 | Standard Copies |
| 9/02/03 | .80 | Standard Copies |
| 9/02/03 | .30 | Standard Copies |
| 9/02/03 | .90 | Standard Copies |
| 9/02/03 | 67.20 | Standard Copies |
| 9/02/03 | 1.20 | Standard Copies |
| 9/02/03 | .30 | Scanned Images |
| 9/02/03 | .30 | Scanned Images |
| 9/02/03 | .60 | Scanned Images |
| 9/02/03 | 2.70 | Scanned Images |
| 9/02/03 | .15 | Scanned Images |
| 9/02/03 | 11.50 | Overtime Transportation, T. McCollom, 8/11/03 |
| 9/02/03 | 13.10 | Overtime Transportation, T. Wood, 7/24/03 |
| 9/02/03 | 35.55 | Kerry Y Adams - Prepare documents for filing |
| 9/03/03 | 1.04 | Telephone call to: COLUMBIA,MD 410-531-4170 |
| 9/03/03 | .62 | Telephone call to: MIAMI,FL 305-374-7580 |
| 9/03/03 | 2.49 | Telephone call to: BOSTON,MA 617-951-2505 |

B-8

| Date | Amount | Description |
|------|-------:|-------------|
| 9/03/03 | 1.04 | Telephone call to: CAMBRIDGE,MA 617-498-4861 |
| 9/03/03 | .62 | Telephone call to: WASHINGTON,DC 202-778-3183 |
| 9/03/03 | 1.25 | Telephone call to: COLUMBIA,MD 410-531-4213 |
| 9/03/03 | 1.04 | Telephone call to: NEWYORKCTY,NY 212-826-5311 |
| 9/03/03 | 5.82 | Telephone call to: WILMINGTON,DE 302-426-9910 |
| 9/03/03 | 4.16 | Telephone call to: COLUMBIA,MD 410-531-4222 |
| 9/03/03 | 3.12 | Telephone call to: COLUMBIA,MD 410-531-4236 |
| 9/03/03 | 2.70 | Telephone call to: WELLESLEY,MA 617-239-0267 |
| 9/03/03 | 7.30 | Standard Copies |
| 9/03/03 | 1.20 | Standard Copies |
| 9/03/03 | 1.50 | Standard Copies |
| 9/03/03 | .90 | Standard Copies |
| 9/03/03 | 25.20 | Standard Copies |
| 9/04/03 | .62 | Telephone call to: CAMBRIDGE,MA 617-498-3826 |
| 9/04/03 | 7.07 | Telephone call to: CARVERSVL,PA 215-297-8932 |
| 9/04/03 | 6.44 | Telephone call to: COLUMBIA,MD 410-531-4210 |
| 9/04/03 | 1.25 | Telephone call to: STATE OF,DE 302-778-6411 |
| 9/04/03 | 3.74 | Telephone call to: COLUMBIA,MD 410-531-4222 |
| 9/04/03 | 1.50 | Fax page charge to 617-951-0679 |
| 9/04/03 | 5.00 | Standard Copies |
| 9/04/03 | .40 | Standard Copies |
| 9/04/03 | 3.40 | Standard Copies |
| 9/04/03 | 1.00 | Standard Copies |
| 9/04/03 | 14.40 | Standard Copies |
| 9/04/03 | .40 | Standard Copies |
| 9/04/03 | 14.30 | Standard Copies |
| 9/04/03 | .75 | Scanned Images |
| 9/04/03 | 1.65 | Scanned Images |
| 9/05/03 | 2.29 | Telephone call to: NEWYORKCTY,NY 212-715-9100 |
| 9/05/03 | 1.45 | Telephone call to: COLUMBIA,MD 410-531-4191 |
| 9/05/03 | .90 | Standard Copies |
| 9/05/03 | .10 | Standard Copies |
| 9/05/03 | 2.60 | Standard Copies |
| 9/05/03 | .30 | Standard Copies |
| 9/07/03 | .30 | Standard Copies |
| 9/08/03 | 2.70 | Telephone call to: COLUMBIA,MD 410-531-4236 |
| 9/08/03 | 1.25 | Telephone call to: EASTERN,MD 443-831-3497 |

| Date | Amount | Description |
|------|--------|-------------|
| 9/08/03 | 4.57 | Telephone call to: STATE OF,DE 302-778-6463 |
| 9/08/03 | 24.50 | Standard Copies |
| 9/09/03 | 1.25 | Telephone call to: BOSTON,MA 617-570-1930 |
| 9/09/03 | 1.25 | Telephone call to: CAMBRIDGE,MA 617-498-3826 |
| 9/09/03 | 2.49 | Telephone call to: STATE OF,DE 302-778-6463 |
| 9/09/03 | 6.70 | Standard Copies |
| 9/09/03 | 5.40 | Scanned Images |
| 9/09/03 | 5.40 | Scanned Images |
| 9/10/03 | 3.53 | Telephone call to: COLUMBIA,MD 410-531-4170 |
| 9/10/03 | .62 | Telephone call to: COLUMBIA,MD 410-531-4222 |
| 9/10/03 | 1.87 | Telephone call to: COLUMBIA,MD 410-531-4191 |
| 9/10/03 | 1.66 | Telephone call to: COLUMBIA,MD 410-531-4213 |
| 9/10/03 | 1.66 | Telephone call to: BOSTON,MA 617-570-1874 |
| 9/10/03 | 1.45 | Telephone call to: COLUMBIA,MD 410-531-4222 |
| 9/10/03 | 2.40 | Standard Copies |
| 9/10/03 | 8.10 | Standard Copies |
| 9/10/03 | .30 | Standard Copies |
| 9/10/03 | .60 | Standard Copies |
| 9/10/03 | 7.40 | Fed Exp to: ,WASHINGTON,DC from:MAILROOM |
| 9/11/03 | 1.04 | Telephone call to: MIAMI,FL 305-374-7580 |
| 9/11/03 | 1.04 | Telephone call to: CLEVELAND,OH 216-787-3092 |
| 9/11/03 | 2.49 | Telephone call to: COLUMBIA,MD 410-531-4170 |
| 9/11/03 | .62 | Telephone call to: STATE OF,DE 302-778-6463 |
| 9/11/03 | .62 | Telephone call to: ORANGE,TX 409-883-8360 |
| 9/11/03 | .62 | Telephone call to: COLUMBIA,MD 410-531-4191 |
| 9/11/03 | 2.29 | Telephone call to: STATE OF,DE 302-778-6463 |
| 9/11/03 | .62 | Telephone call to: JACKSON,MS 601-961-5369 |
| 9/11/03 | .62 | Telephone call to: NORTH WEST,NJ 973-733-9200 |
| 9/11/03 | .75 | Fax page charge to 412-288-3063 |
| 9/11/03 | 1.50 | Fax page charge to 412-288-3063 |
| 9/11/03 | .60 | Standard Copies |
| 9/11/03 | .10 | Standard Copies |
| 9/11/03 | .60 | Standard Copies |
| 9/11/03 | .40 | Standard Copies |
| 9/11/03 | .60 | Standard Copies |
| 9/11/03 | .50 | Standard Copies |
| 9/11/03 | 3.90 | Standard Copies |

| Date | Amount | Description |
|------|--------|-------------|
| 9/11/03 | 26.40 | Standard Copies |
| 9/11/03 | .80 | Standard Copies |
| 9/11/03 | .10 | Standard Copies |
| 9/11/03 | 1.20 | Standard Copies |
| 9/11/03 | .50 | Standard Copies |
| 9/11/03 | .10 | Standard Copies |
| 9/11/03 | .80 | Standard Copies |
| 9/11/03 | 1.80 | Standard Copies |
| 9/11/03 | 40.80 | Standard Copies |
| 9/11/03 | 1.50 | Standard Copies |
| 9/11/03 | .40 | Standard Copies |
| 9/11/03 | .30 | Standard Copies |
| 9/11/03 | 1.80 | Standard Copies |
| 9/11/03 | .10 | Standard Copies |
| 9/12/03 | .10 | Standard Copies |
| 9/15/03 | 1.68 | Telephone call to:  TORONTO,ON 416-482-8610 |
| 9/15/03 | 48.80 | Standard Copies |
| 9/15/03 | 19.10 | Standard Copies |
| 9/15/03 | 7.00 | Standard Copies |
| 9/15/03 | 2.20 | Standard Copies |
| 9/15/03 | .30 | Standard Copies |
| 9/15/03 | .10 | Standard Copies |
| 9/15/03 | .20 | Standard Copies |
| 9/15/03 | .70 | Standard Copies |
| 9/15/03 | 7.76 | Fed Exp to:PAULA GALBRAITH,WILMINGTON,DE from:S NYLEA |
| 9/15/03 | 6.90 | Overtime Transportation, T. Wood, 8/14/03 |
| 9/15/03 | 6.00 | Overtime Transportation, T. Wood, 8/8/03 |
| 9/15/03 | 11.50 | Overtime Transportation, T. McCollom, 8/8/03 |
| 9/16/03 | .62 | Telephone call to:  MIAMI,FL 305-375-6156 |
| 9/16/03 | 21.70 | Standard Copies |
| 9/16/03 | 2.40 | Standard Copies |
| 9/16/03 | 4.60 | Standard Copies |
| 9/16/03 | 1.00 | Standard Copies |
| 9/16/03 | .30 | Standard Copies |
| 9/16/03 | 4.80 | Standard Copies |
| 9/16/03 | 2.60 | Standard Copies |

| Date | Amount | Description |
|------|--------|-------------|
| 9/16/03 | .50 | Standard Copies |
| 9/16/03 | 2.10 | Tabs/Indexes/Dividers |
| 9/16/03 | .15 | Scanned Images |
| 9/16/03 | .15 | Scanned Images |
| 9/16/03 | .15 | Scanned Images |
| 9/16/03 | .15 | Scanned Images |
| 9/16/03 | 2.55 | Scanned Images |
| 9/16/03 | 10.35 | Scanned Images |
| 9/16/03 | 3.75 | Scanned Images |
| 9/17/03 | .62 | Telephone call to:  CENTRAL,NC 336-510-2118 |
| 9/17/03 | .83 | Telephone call to:  COLUMBIA,MD 410-531-4170 |
| 9/17/03 | 2.29 | Telephone call to:  COLUMBIA,MD 410-531-4213 |
| 9/17/03 | 1.66 | Telephone call to:  COLUMBIA,MD 410-531-4210 |
| 9/17/03 | 2.08 | Telephone call to:  COLUMBIA,MD 410-531-4170 |
| 9/17/03 | .62 | Telephone call to:  NEWYORKCTY,NY 212-490-3000 |
| 9/17/03 | 6.24 | Telephone call to:  BOSTON,MA 617-951-2505 |
| 9/17/03 | 1.66 | Telephone call to:  W CENTRAL,OK 580-920-2772 |
| 9/17/03 | 1.45 | Telephone call to:  NEWYORKCTY,NY 212-230-8800 |
| 9/17/03 | 6.00 | Standard Copies |
| 9/17/03 | 2.50 | Standard Copies |
| 9/17/03 | .90 | Standard Copies |
| 9/17/03 | 1.80 | Standard Copies |
| 9/17/03 | 2.30 | Standard Copies |
| 9/17/03 | 6.00 | Standard Copies |
| 9/17/03 | 10.40 | Standard Copies |
| 9/17/03 | 59.90 | Standard Copies |
| 9/18/03 | .50 | Standard Copies |
| 9/18/03 | .90 | Standard Copies |
| 9/18/03 | 3.00 | Standard Copies |
| 9/18/03 | 2.40 | Standard Copies |
| 9/19/03 | 4.30 | Standard Copies |
| 9/19/03 | 3.50 | Standard Copies |
| 9/19/03 | 18.74 | Comet Messenger Services |
| 9/22/03 | 43.22 | James Kapp III, Telephone, Telephone While Traveling, 09/22/03, (Telephone Charges) |
| 9/22/03 | 23.30 | Standard Copies |
| 9/22/03 | 6.30 | Standard Copies |

| Date | Amount | Description |
|------|--------|-------------|
| 9/22/03 | 2.90 | Standard Copies |
| 9/22/03 | .20 | Standard Copies |
| 9/22/03 | .40 | Standard Copies |
| 9/22/03 | .20 | Standard Copies |
| 9/22/03 | .60 | Scanned Images |
| 9/22/03 | .75 | Scanned Images |
| 9/22/03 | 1.65 | Scanned Images |
| 9/22/03 | .15 | Scanned Images |
| 9/23/03 | 3.10 | Standard Copies |
| 9/23/03 | 1.10 | Standard Copies |
| 9/23/03 | 3.50 | Standard Copies |
| 9/23/03 | .60 | Standard Copies |
| 9/23/03 | .30 | Scanned Images |
| 9/24/03 | 4.70 | Standard Copies |
| 9/24/03 | 4.40 | Standard Copies |
| 9/24/03 | 3.60 | Standard Copies |
| 9/24/03 | 6.00 | Standard Copies |
| 9/24/03 | 4.50 | Standard Copies |
| 9/24/03 | 4.50 | Standard Copies |
| 9/24/03 | 4.50 | Standard Copies |
| 9/24/03 | 4.50 | Standard Copies |
| 9/24/03 | 3.30 | Standard Copies |
| 9/24/03 | 5.50 | Standard Copies |
| 9/24/03 | 6.30 | Standard Copies |
| 9/24/03 | 4.70 | Standard Copies |
| 9/24/03 | 5.70 | Standard Copies |
| 9/24/03 | 5.70 | Standard Copies |
| 9/24/03 | 5.60 | Standard Copies |
| 9/24/03 | 5.10 | Standard Copies |
| 9/24/03 | 3.90 | Standard Copies |
| 9/24/03 | 1.10 | Standard Copies |
| 9/24/03 | 5.10 | Standard Copies |
| 9/24/03 | 2.00 | Standard Copies |
| 9/24/03 | 63.00 | Standard Copies |
| 9/25/03 | 2.00 | Standard Copies |
| 9/25/03 | 2.60 | Standard Copies |
| 9/25/03 | .15 | Scanned Images |

B-13

| Date | Amount | Description |
|---|---|---|
| 9/26/03 | 5.40 | Standard Copies |
| Total: | 2,255.81 | |