IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

Objection Deadline: November 26, 2003 at 4:00 p.m.
Hearing Date: TBD only if necessary

## FEE DETAIL FOR CASNER & EDWARDS, LLP'S TWENTY-THIRD MONTHLY FEE APPLICATION FOR THE PERIOD FROM AUGUST 1, 2003 THROUGH AUGUST 31, 2003

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A
**(Fee Detail)**

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

October 23, 2003

Bill Number 60176
File Number 0052000-0000043

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Re: Litigation and Litigation Consulting

**LEGAL SERVICES**

Through August 31, 2003

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 08/01/03 | ARA | Finish preparing inventory of basement portion of repository (3.7); produce inventory to MTM (.5). | 4.20 Hrs | $357.00 |
| 08/04/03 | DBM | Search for Wonder Mineral article. | 0.40 Hrs | $80.00 |
| 08/04/03 | MTM | Receipt and review of printout of search re: "Vermiculite the Wonder Mineral" (.5); obtain copies of various versions of same from Winthrop Square (.8); search Reader's Digest website for copy of 1948 article on vermiculite (.6); telephone call to in-house counsel re: same (.1). | 2.00 Hrs | $380.00 |
| 08/05/03 | RAM | Telephone conference with J. Hughes re: defending his deposition in malpractice case against several plaintiffs' attorneys in mass asbestos settlements. | 0.10 Hrs | $22.00 |
| 08/06/03 | RAM | Read updated bankruptcy court docket entries to select documents to read. | 0.10 Hrs | $22.00 |
| 08/06/03 | MEV | Update bankruptcy court docket entries for RAM (.1); download and print selected documents filed in bankruptcy court for RAM (.5). | 0.60 Hrs | $51.00 |
| 08/07/03 | RAM | Read selected documents filed in bankruptcy court. | 0.60 Hrs | $132.00 |

David B. Siegel

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 08/08/03 | MTM | Receipt and review of Reader's Digest article on vermiculite (.2); letter to in-house counsel re: same (.1). Telephone call from in-house counsel re: office documents (.2); email to Holme Roberts & Owen paralegal re: same (.2); receipt and review of response from Holme Roberts paralegal re: same (.1). | 0.80 Hrs | $152.00 |
| 08/11/03 | RAM | Conference with MTM re: status of wrapping up document review and reviewing office files. | 0.10 Hrs | $22.00 |
| 08/11/03 | MTM | Telephone call from in-house counsel re: office files (.2); review binders at Winthrop Square to confirm office files were reviewed in recently concluded review (.7); telephone call to paralegal at Holme Roberts & Owen re: same (.1); conference with RAM re: same (.1). | 1.10 Hrs | $209.00 |
| 08/12/03 | MTM | Telephone call with in-house counsel re: office files. | 0.10 Hrs | $19.00 |
| 08/14/03 | RAM | Telephone conference with J. Hughes re: 30(b)6) deposition notice concerning group settlements between Grace and attorneys representing plaintiffs in several states (.3). Read papers re: same faxed by Mr. Hughes (.1). Telephone calls to J. Pope requesting a 30(b)(6) notice and change in date of deposition and to K. Colosimo (.1). Telephone conference with Mr. Colosimo re: Mr. Hughes' deposition (.2). Read updated bankruptcy court docket entries to select documents to read (.1). | 0.80 Hrs | $176.00 |
| 08/15/03 | RAM | Telephone conference with J. Hughes re: my telephone conferences with J. Pope and K. Colosimo. Read papers to prepare for deposition. | 0.30 Hrs | $66.00 |
| 08/18/03 | RAM | Telephone conference with J. Pope who will send a new 30(b)(6) deposition notice; Pope requests certain settlement information; telephone conference with J. Hughes re: same; telephone conference with J. Pope re: same and re: proposed deposition date. | 0.20 Hrs | $44.00 |
| 08/18/03 | MTM | Conference with ARA re: boxes expected from Holme Roberts to be returned to Recordkeeper. | 0.10 Hrs | $19.00 |
| 08/18/03 | ARA | Gather information for and review diagrams of the repository (1.5). Telephone calls to MTM and Holme Roberts paralegal re: boxes to be shipped to Winthrop Square post EPA review (.5). Document control (1.2). | 3.20 Hrs | $272.00 |
| 08/19/03 | RAM | Read selected documents filed in bankruptcy court (.9). Telephone conferences with J. Pope and J. Hughes to schedule Mr. Hughes' deposition (.1). | 1.00 Hrs | $220.00 |

David B. Siegel

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 08/19/03 | MTM | Review binders and all areas of Winthrop Square re: meeting tomorrow with RAM re: wrap up of document review (3.8); conferences with ARA re: same (1.0). | 4.80 Hrs | $912.00 |
| 08/19/03 | ARA | Continue preparing inventory of the repository (5.4). Discussions with MTM re: inventories and other information to be added to the master binder (1.0). Telephone call from Holme Roberts paralegal re: documents to be sent to Winthrop Square (.2). | 6.60 Hrs | $561.00 |
| 08/19/03 | MEV | Download and print selected documents filed in bankruptcy court for RAM. | 0.30 Hrs | $25.50 |
| 08/20/03 | RAM | Telephone call from J. Pope and telephone conference with J. Hughes re: what documents will be produced and suggested deposition date. Telephone conferences with Carol Major re: and agree to deposition date. | 0.20 Hrs | $44.00 |
| 08/20/03 | ARA | Continue work on Winthrop Square information binder and master binder and make changes per MTM's instructions. | 6.50 Hrs | $552.50 |
| 08/21/03 | RAM | Review spreadsheet of settlements sent by J. Hughes (.5). Read 30(b)(6) deposition notice; fax it to Mr. Hughes; telephone call to him re: same (.3). At Winthrop Square with MTM and review various inventories to assess status of windup of document review (1.2). | 2.00 Hrs | $440.00 |
| 08/21/03 | MTM | Conference with ARA re: Grace privileged document collection to be moved to Winthrop Square (.1). Review Winthrop Square with RAM (1.2). | 1.30 Hrs | $247.00 |
| 08/21/03 | ARA | Continue work on Winthrop Square information binder and master binder and make changes per MTM's instructions (2.7). Make arrangements for Grace's privileged documents to be transported and stored at Winthrop Square; oversee their delivery (2.5). | 5.20 Hrs | $442.00 |
| 08/22/03 | ARA | Continue work on Winthrop Square information binder and master binder and make changes per MTM's instructions (4.9). Arrange for and assist with storage of Grace's privileged document boxes (1.6). | 6.50 Hrs | $552.50 |
| 08/25/03 | ARA | Continue work on Winthrop Square information binder and master binder and make changes per MTM's instructions (4.6). Make arrangements for and oversee storage of indices and binders at Winthrop Square (1.2). | 5.80 Hrs | $493.00 |
| 08/26/03 | RAM | Telephone conference with S. Weaver; will I consent to accepting subpoena he will serve on Grace. | 0.10 Hrs | $22.00 |

David B. Siegel

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 08/26/03 | MTM | Draft descriptions of all items in Winthrop Square information and master binders. (3.5). Receipt and review of email from in-house counsel requesting personnel files for two Libby employees. (.1); review Libby storage box index re: same (.2) | 3.80 Hrs | $722.00 |
| 08/26/03 | ARA | Continue work on Winthrop Square information binder and master binder and make changes per MTM's instructions. | 5.00 Hrs | $425.00 |
| 08/26/03 | MEV | Update bankruptcy court docket entries for RAM. | 0.10 Hrs | $8.50 |
| 08/27/03 | RAM | Conference with MTM re: status of Winthrop Square wrap up (.1). Telephone call to J. Hughes and telephone call from J. Pope's office re: wanting documents before Mr. Hughes' deposition (.1). Read updated entries on bankruptcy court's docket to select documents to read (.2). | 0.40 Hrs | $88.00 |
| 08/27/03 | MTM | Conference with RAM re: Winthrop Square issues (.1); meeting with ARA re: same; and review of office boxes from Grace in Cambridge (.7). | 0.80 Hrs | $152.00 |
| 08/27/03 | ARA | Per MTM's request, locate, review and arrange for Libby personnel files to be copied (1.4); go over copy instructions with Merrill Corp (.3); receipt of originals from copy service and quality control same (.4). Meeting with MTM re: updates for binders; receipt of information to add to the binders re: same (1.0). Answer questions from MTM re: Recordkeeper bill (.2). Discussion with MTM re: projects to do at Winthrop Square (.2). Document control (.7). Telephone calls to and from Holme Roberts paralegal and to MTM re: Recordkeeper boxes shipped to Winthrop Square from Boulder (.5). Review what needs to be done to complete binders and storage of Recordkeeper boxes (.4). | 5.10 Hrs | $433.50 |
| 08/28/03 | ARA | Review files for Recordkeeper storage records (4.1). Receipt of Recordkeeper boxes from Boulder; inventory boxes (.6); telephone call to J. Sherman to discuss boxes (.5). | 5.20 Hrs | $442.00 |
| 08/28/03 | MEV | Download and print selected documents filed in bankruptcy court for RAM. | 0.80 Hrs | $68.00 |
| 08/29/03 | RAM | Read correspondence re: Mr. Hughes' deposition. | 0.10 Hrs | $22.00 |
| 08/29/03 | ARA | Document control. | 1.00 Hrs | $85.00 |

Page 4

David B. Siegel

|  | TOTAL LEGAL SERVICES | $8,980.50 |

**LEGAL SERVICES SUMMARY**

| | | | |
|---|---|---|---|
| ROBERT A. MURPHY | 6.00 Hrs | 220/hr | $1,320.00 |
| DONNA B. MACKENNA | 0.40 Hrs | 200/hr | $80.00 |
| MATTHEW T. MURPHY | 14.80 Hrs | 190/hr | $2,812.00 |
| ANGELA R. ANDERSON | 54.30 Hrs | 85/hr | $4,615.50 |
| MARCI E. VANDERHEIDE | 1.80 Hrs | 85/hr | $153.00 |
| | 77.30 Hrs | | $8,980.50 |

|  | TOTAL THIS BILL | $8,980.50 |

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

October 23, 2003

Bill Number 60177
File Number 0052000-0000057

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

## FOR PROFESSIONAL SERVICES

Re: Fee Applications, Applicant

## LEGAL SERVICES

Through August 31, 2003

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 08/01/03 | RAM | Work on June fee application. | 0.10 Hrs | $22.00 |
| 08/04/03 | RAM | Work on June fee application. | 2.10 Hrs | $462.00 |
| 08/05/03 | RAM | Work on June fee application. | 0.70 Hrs | $154.00 |
| 08/06/03 | RAM | Work on June fee application (.2); send it to local counsels for review; telephone call from in-house counsel that fee application may be filed (.1). | 0.30 Hrs | $66.00 |
| 08/07/03 | RAM | Finalize June fee application (.1); send it to Delaware counsel for filing (.1). | 0.20 Hrs | $44.00 |
| 08/13/03 | RAM | Review and send quarterly fee application to Delaware counsel to file. | 0.20 Hrs | $44.00 |
| 08/26/03 | RAM | Work on July fee application. | 0.10 Hrs | $22.00 |
| | | TOTAL LEGAL SERVICES | | $814.00 |

David B. Siegel

Re: Fee Applications, Applicant

## LEGAL SERVICES SUMMARY

| | | | |
|---|---|---|---|
| ROBERT A. MURPHY | 3.70 Hrs | 220/hr | $814.00 |
| | 3.70 Hrs | | $814.00 |

TOTAL THIS BILL    $814.00

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

October 23, 2003

Bill Number 60178
File Number 0052000-0000058

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Re: ZAI Science Trial

**LEGAL SERVICES**

Through August 31, 2003

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 08/11/03 | RAM | Read Opposition to Claimant's Motion for Partial Summary Judgment re: Consumer Protection Act claims. | 0.20 Hrs | $44.00 |
| 08/15/03 | RAM | Read Grace's Opposition to Claimants' Motions for summary judgment and to exclude R. Lee's opinion (.9). Read documents (.1). | 1.00 Hrs | $220.00 |
| 08/30/03 | RAM | Read selected documents filed in bankruptcy court re: summary judgment motions and re: R. Lee's opinions. | 0.90 Hrs | $198.00 |
| | | TOTAL LEGAL SERVICES | | $462.00 |

**LEGAL SERVICES SUMMARY**

| | | | |
|---|---|---|---|
| ROBERT A. MURPHY | 2.10 Hrs | 220/hr | $462.00 |
| | 2.10 Hrs | | $462.00 |

David B. Siegel

|  | TOTAL THIS BILL | $462.00 |
|---|---|---|