**EXHIBIT B**
**(Expense Detail)**

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

October 23, 2003

Bill Number 60181
File Number 0052000-0000043

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Re: Litigation and Litigation Consulting

**DISBURSEMENTS**

Through August 31, 2003

FEDERAL EXPRESS

| | | | |
|---|---|---|---|
| 08/25/03 | To in-house counsel from MTM on 8/8/03 | 24.69 | |
| | | | $24.69 |

PHOTOCOPYING

| | | | |
|---|---|---|---|
| 08/11/03 | 2 copies. | 0.24 | |
| 08/18/03 | 3 copies. | 0.36 | |
| 08/26/03 | 4 copies. | 0.48 | |
| 08/27/03 | 19 copies. | 2.28 | |
| | | | $3.36 |

RENT REIMBURSEMENT

| | | | |
|---|---|---|---|
| 08/01/03 | Rent & Utilities for document repository at One Winthrop Square - June 2003 | 12,576.00 | |
| | | | $12,576.00 |

MISCELLANEOUS

Page 1

David B. Siegel

Re: Litigation and Litigation Consulting

**DISBURSEMENTS**

Through August 31, 2003

MISCELLANEOUS

| Date | Description | Amount | | |
|---|---|---|---|---|
| 08/12/03 | MATTHEW T. MURPHY - copy of May, 1948 Reader's Digest re: Vermiculite article, requested by in-house counsel. | 18.00 | | |
| 08/19/03 | RECORDKEEPER ARCHIVE - monthly storage fee (8/03) | 390.30 | | |
| | | | $408.30 | |
| | TOTAL DISBURSEMENTS | | | $13,012.35 |
| | TOTAL THIS BILL | | | $13,012.35 |

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

October 23, 2003

Bill Number 60180
File Number 0052000-0000057

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Re: Fee Applications, Applicant

**DISBURSEMENTS**

Through August 31, 2003

FEDERAL EXPRESS

| | | |
|---|---|---|
| 08/19/03 | To Scotta McFarland from RAM on 8/7/03 | 12.19 |
| 08/25/03 | To Scotta McFarland from RAM on 8/13/03 | 16.96 |
| 08/25/03 | To Scotta McFarland from RAM on 7/30/03 | 12.13 |
| | | $41.28 |

PHOTOCOPYING

| | | |
|---|---|---|
| 08/07/03 | 59 copies. | 7.08 |
| 08/13/03 | 111 copies. | 13.32 |
| | | $20.40 |

TELEPHONE

| | | | |
|---|---|---|---|
| 08/06/03 | 357 | 15613621583 | 2.10 |
| | | | $2.10 |

Page 1

David B. Siegel

|  |  |
|---|---|
| TOTAL DISBURSEMENTS | $63.78 |
| TOTAL THIS BILL | $63.78 |