IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.,[2] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors | ) | Objection Deadline: November 26, 2003 at 4:00 p.m. |
| | | Hearing Date: TBD only if necessary |

### FEE DETAIL FOR WOODCOCK WASHBURN'S MONTHLY FEE APPLICATION FOR THE PERIOD SEPTEMBER 1, 2003 THROUGH SEPTEMBER 30, 2003

---

[2] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn., A-1 Bit &Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-g II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a/ Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc.), Grace JVH, Inc., Asbestos Management, Inc., Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing System, Inc. (f/k/a Environmental Liability Management, Inc.), E&C Liquidating Corp., Emerson & Cuming, Inc., Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

*Intercat v. Nol-Tec*
**Civil Action No.: 0:03CV4886**
**United States District Court**
**District of Minnesota**

| Date | Initials | Description | Hours |
|---|---|---|---|
| 09/02/03 | DRB | Preparation for and attendance to meet and confer conference with Intercat's counsel | 1.40 |
| 09/08/03 | DRB | Analysis of Intercat discovery | 0.50 |
| 09/09/03 | DRB | Preparation of discovery requests | 0.50 |
| 09/09/03 | DRB | Analysis of Intercat discovery requests | 0.50 |
| 09/09/03 | FTC | Drafted interrogatories. | 1.10 |
| 09/10/03 | DRB | Preparation of discovery requests to Intercat | 2.50 |
| 09/10/03 | FTC | Drafted W.R. Grace & Co.'s Second Set of requests for documents and things. | 6.20 |
| 09/10/03 | FTC | Reviewed Plaintiff's first set of requests for documents and things to Defendant Nol-Tec Systems, Inc., and Plaintiff's first and second set of requests for documents and things to W.R. Grace & Co. in preparation for drafting W.R. Grace & Co.'s second set of requests for documents and things. | 1.50 |
| 09/11/03 | FTC | Drafted W.R. Grace's Second Set of requests for documents and things. | 3.40 |
| 09/11/03 | DRB | Preparation of Grace's First Set of Interrogatories to Intercat and forwarding to local counsel for service | 2.00 |
| 09/11/03 | FTC | Held telecon with local counsel (W. Dossett) to discuss filing of W.R. Grace's latest set of interrogatories and requests for documents and things. | 0.30 |
| 09/11/03 | DRB | Analysis of draft rule 26(f) report proposed by Intercat and other report proposed by NolTec | 1.00 |
| 09/11/03 | DRB | Preparation of Grace's Second Set of Document Requests to Intercat and forwarding to local counsel for service | 1.50 |
| 09/12/03 | DRB | Rule 26(f) conference with counsel for NolTec and Intercat, and preparation for conference to set out discovery schedule | 2.20 |
| 09/12/03 | GHL | Review of Court's order scheduling Rule 16 conference; review of Intercat's proposed discovery and trial schedule to be included in 26f report in connection with the conference, and work on revisions to the schedule to propose to Intercat and NolTec | 1.00 |
| 09/13/03 | GHL | Fee Application Applicant – preparation of monthly fee application for July 2003 | 0.80 |

| Date | Initials | Description | Hours |
|---|---|---|---|
| 09/15/03 | GHL | Review and consideration of documents as received from Nol-Tec relating to development of the accused loader. | 0.80 |
| 09/17/03 | FTC | Drafted responses to Plaintiff's first set of interrogatories. | 5.10 |
| 09/17/03 | DRB | Analysis of Intercat's discovery requests and communication with Grace regarding response | 1.00 |
| 09/17/03 | DRB | Preparation and review of production of documents to Intercat | 0.40 |
| 09/18/03 | DRB | Draft of letter to Magistrate pursuant to order | 1.00 |
| 09/18/03 | DRB | Analysis of Intercat's proposed Rule 26(f) report and suggested revisions | 1.20 |
| 09/19/03 | DRB | Analysis of Rule 26(f) report and advice to Intercat's counsel regarding revisions to report | 1.00 |
| 09/19/03 | DRB | Preparation of letter to Magistrate regarding settlement | 1.00 |
| 09/20/03 | DRB | Preparation of letter to Magistrate Boylan regarding settlement | 1.50 |
| 09/22/03 | GHL | Review of further draft of 26(f) report, including proposed comments for inclusion by Nol-Tec, and further revising draft | 0.40 |
| 09/22/03 | DRB | Revisions to draft Rule 26(f) report | 0.40 |
| 09/22/03 | GHL | Preparation of confidential memorandum to magistrate regarding issues in case and settlement prospects, as required by Rule 16 Scheduling order | 0.40 |
| 09/23/03 | DRB | Analysis of discovery issues with Grace's counsel | 0.40 |
| 09/23/03 | DRB | Revisions to Rule 26(f) report | 0.50 |
| 09/23/03 | GHL | Review of parties joint Rule 26(f) report in preparation for scheduled Rule 16 conference; | 0.40 |
| 09/23/03 | DRB | Revisions to letter to Magistrate Boylan and telephone conference with Grace's counsel regarding same | 0.50 |
| 09/24/03 | DRB | Preparation of letter to Magistrate Boylan | 0.50 |
| 09/24/03 | DRB | Advice to Alfred Jordan regarding document collection; advice to Robert Maggio, Esq., regarding document collection | 0.90 |
| 09/25/03 | DRB | Advice to Al Jordan regarding document collection | 0.40 |
| 09/25/03 | GHL | Analysis of non-infringement position in preparation for discussion of same with magistrate | 0.60 |
| 09/25/03 | GHL | Review of court's proposed scheduling order and comparison against submitted proposals, in preparation for scheduled Rule 16 conference; outline of points to be addressed at Rule 16 conference; | 0.70 |

| Date | Atty | Description | Hours |
|---|---|---|---|
| 09/26/03 | DRB | Advice to Robert Maggio regarding document collection procedures and employee awareness memo | 0.50 |
| 09/26/03 | DRB | Analysis of Court's proposed scheduling order | 0.50 |
| 09/29/03 | GHL | Preparation for scheduled Rule 16 conference with court, including review of court's proposed scheduling order, and discussion of same with counsel for co-defendant Nol-Tec; | 0.50 |
| 09/29/03 | GHL | Review of Intercat patent in suit and study of written report on non-infringement issues in preparation for scheduled meeting with magistrate and possible discussion of merits in case merits in context of position papers required for submission by magistrate's order; | 1.50 |
| 09/29/03 | GHL | Travel to Minneapolis to represent Grace at Rule 16 conference pursuant to court order. (3 hours billed at half time). | 1.50 |
| 09/30/03 | GHL | Meeting with counsel for co-defendant Nol-Tec to discuss non-infringement positions and strategy for defense against Intercat's infringement claim. | 0.50 |
| 09/30/03 | GHL | Representation of Grace at Rule 16 conference with court in Minneapolis. | 1.50 |
| 09/30/03 | GHL | Meeting with counsel for co-defendant Nol-Tec to prepare for scheduled Rule 16 conference with court. | 0.50 |
| 09/30/03 | GHL | Travel time, from Minneapolis. 3.5 hours billed at half time | 1.70 |

|  |  | SERVICES | $ | 18,536.00 |
|---|---|---|---|---|
| GHL | GARY H. LEVIN | 12.80 hours at $ | | 435.00 |
| DRB | DAVID R. BAILEY | 23.80 hours at $ | | 360.00 |
| FTC | FRANK T. CARROLL | 17.60 hours at $ | | 250.00 |

**DISBURSEMENTS:**

| | |
|---|---|
| POSTAGE & DELIVERY | 113.67 |
| TELEPHONE | 3.78 |
| PHOTOCOPYING | 443.27 |
| COMPUTER DOCKETING, SEARCH | 83.00 |
| TRAVEL AND EXPENSES (Detail Attached) | 1500.09 |

| | | |
|---|---|---|
| DISBURSEMENT TOTAL | $ | 2,143.81 |
| SERVICE TOTAL | $ | 18,536.00 |
| **INVOICE TOTAL** | $ | **20,679.81** |

Travel and Expense: Gary H. Levin

| | | | |
|---|---|---|---|
| 9/29-9/30/03 | | | |

**Transportation:** Purpose of trip: Attendance at Rule 16 conference with Court

| | | |
|---|---|---|
| 9/29/03 | USAir Flight 224 (coach travel)<br>Philadelphia to Minneapolis | $1,185.00 |
| 9/30/03 | USAir Flight 1994<br>Minneapolis to Philadelphia (coach travel) | |
| **Taxi Fares** – Transportation from airport to Courthouse | | $   22.00 |
| **Airport Parking:** | | $   28.00 |
| **Gas:** | | $   11.70 |
| **Hotel:** | | $  224.87 |
| **Meal:** | | $   28.52 |

TOTAL EXPENSE:   $1,500.09