# IN THE UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| | : | Case No. 01-01139 (JKF) |
| W. R. GRACE and CO., *et al.*[1], | : | (Jointly Administered) |
| | : | |
| Debtors. | : | Objection Deadline: December 1, 2003 |
| | : | Hearing Date: TBD, if necessary |

## FEE DETAIL FOR PITNEY, HARDIN, KIPP AND SZUCH LLP'S TWENTY-SEVENTH MONTHLY FEE APPLICATION FOR THE PERIOD FROM AUGUST 1, 2003 THROUGH AUGUST 31, 2003

---

[1] The Debtors consist of the following 62 entities: W. R. Grace and Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace and Co.-Conn., A-1 Bit and Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., EandC Liquidating Corp., Emerson and Cuming, Inc.), Southern Oil, Resin and Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

# EXHIBIT A

## FEES FOR THE FEE PERIOD
## AUGUST 1, 2003 THROUGH AUGUST 31, 2003

Client: 082910 W.R. GRACE & CO.
Matter: 065656 Weja, Inc.

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 07/03/03 | Call with B. Miller on site remediation issues concerning URS and DEP and Jersey City site and discussion of case issues and status of work. | | | |
| 4 | | W. Hatfield | 0.5 | 137.50 |
| 07/03/03 | Call to A. Nagy on matter and discuss strategy on remediation at site. | | | |
| 4 | | W. Hatfield | 0.4 | 110.00 |
| 08/26/03 | Attend to case issues, including memo on status. | | | |
| 4 | | W. Hatfield | 0.3 | 82.50 |
| 08/29/03 | Attend to case issues. | | | |
| 4 | | W. Hatfield | 0.2 | 55.00 |

<u>Attorney Summary</u>

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| W. Hatfield | 1.40 | 275.00 | 385.00 |
| TOTALS | 1.40 | | 385.00 |

## FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| W. Hatfield | 4 | 1.4 | 275.00 | 385.00 |
| TOTAL | | 1.4 | | 385.00 |

Client: 082910 W.R. GRACE & CO.
Matter: 095992 Chapter 11 Administration

| Date | Description | | Hours | Amount |
|---|---|---|---|---|
| 08/04/03 | Review of docket. | | | |
| 11 | K. Jasket | | 0.3 | 54.00 |
| 08/04/03 | Revised May 2003 fee application. | | | |
| 11 | K. Jasket | | 0.9 | 162.00 |
| 08/06/03 | Receipt and review of Order regarding 7th Interim Period and attention to forwarding same to A. Marchetta and S. Zuber. | | | |
| 11 | K. Jasket | | 0.2 | 36.00 |
| 08/06/03 | Drafted fee application for June 2003. | | | |
| 11 | K. Jasket | | 0.5 | 90.00 |
| 08/16/03 | Drafted June 2003 fee application. | | | |
| 11 | K. Jasket | | 2.1 | 378.00 |
| 08/25/03 | Receipt and review of proposed Order regarding 8th Interim Period, including responding to L. Ferdinand with revisions to same. | | | |
| 11 | K. Jasket | | 0.3 | 54.00 |
| 08/28/03 | Conferred with R. Rosen regarding fee applications and attention to responding to email of S. Bossay regarding same. | | | |
| 11 | K. Jasket | | 0.2 | 36.00 |

Attorney Summary

| Timekeeper | | Hours | Rate | Dollars |
|---|---|---|---|---|
| K. Jasket | | 4.50 | 180.00 | 810.00 |
| | TOTALS | 4.50 | | 810.00 |


FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| K. Jasket | 11 | 4.5 | 180.00 | 810.00 |
| TOTAL | | 4.5 | | 810.00 |

Client: 082913 W.R. GRACE & CO.\INSURANCE CO
Matter: 000009 NY Superfund Action

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 08/11/03 4 | Follow-up regarding issues of remand. | A. Marchetta | 0.2 | 90.00 |
| 08/19/03 15 | Conferring with B. Moffitt regarding anticipated arguments by CNA and preparing outline of issues to raise at initial hearing, including allocation, self insurance claims, and site discovery. | M. Waller | 1.1 | 352.00 |
| 08/19/03 15 | Confer with M. Waller regarding strategy regarding allocation issues and additional discovery needed following remand. | B. Moffitt | 0.8 | 224.00 |
| 08/22/03 4 | Follow up regarding remand, including telephone calls regarding same. | A. Marchetta | 0.3 | 135.00 |
| 08/27/03 4 | Conference with B. Moffitt regarding memo on issues regarding remand and follow up regarding same. | A. Marchetta | 0.4 | 180.00 |

<u>Attorney Summary</u>

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| A. Marchetta | 0.90 | 450.00 | 405.00 |
| M. Waller | 1.10 | 320.00 | 352.00 |
| B. Moffitt | 0.80 | 280.00 | 224.00 |
| TOTALS | 2.80 | | 981.00 |

## FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 4 | 0.9 | 450.00 | 405.00 |
| M. Waller | 15 | 1.1 | 320.00 | 352.00 |
| B. Moffitt | 15 | 0.8 | 280.00 | 224.00 |
| TOTAL | | 2.8 | | 981.00 |

Client: 082910 W.R. GRACE & CO.
Matter: 090300 Research on Legal Issues

Case 01-01139-AMC   Doc 4666-1   Filed 11/06/03   Page 6 of 7

| Date | Description | | Hours | Fee |
|---|---|---|---|---|
| 08/11/03<br>4 | Follow-up regarding various litigation issues for client.<br>A. Marchetta | | 0.6 | 270.00 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| A. Marchetta | 0.60 | 450.00 | 270.00 |
| TOTALS | 0.60 | | 270.00 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 4 | 0.6 | 450.00 | 270.00 |
| TOTAL | | 0.6 | | 270.00 |

Client: 082910 W.R. GRACE & CO.
Matter: 102292 Tahari, Ltd.

| Date | Description | Hours | Fee |
|---|---|---|---|
| 08/12/03<br>4 | Telephone call with landlord's attorney regarding hearing and follow up regarding same.<br>A. Marchetta | 0.4 | 180.00 |
| 08/15/03<br>4 | Follow up regarding information from client to landlord's attorney.<br>A. Marchetta | 0.5 | 225.00 |
| 08/15/03<br>15 | Review e-mail from V. Finkelstein regarding motion and follow-up regarding same.<br>J. Scordo | 0.2 | 64.00 |
| 08/18/03<br>4 | Follow up regarding e-mails from V. Finkelstein regarding motions.<br>A. Marchetta | 0.3 | 135.00 |
| 08/18/03 | Telephone conference with C. Boubol regarding Tahari's argument concerning settlement agreement, extension of payments over time, including drafting correspondence to V. Finklestein regarding statute of | | |

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| | frauds argument, and effect of prior settlement agreement between Tahari and W.R.Grace | | | |
| 15 | | B. Benjamin | 0.3 | 96.00 |
| 08/21/03 | Review recent correspondence, including forwarding same to associate and attention to open issues. | | | |
| 15 | | J. Scordo | 0.1 | 32.00 |
| 08/25/03 | Telephone call with client and Trizec attorney regarding Tahari license of space and follow up regarding same. | | | |
| 4 | | A. Marchetta | 0.4 | 180.00 |
| 08/27/03 | Obtain notice adjournment of motion returnable September 12, 2003, including review of docket information and information B. Benjamin of same. | | | |
| 4 | | S. Wattenberg | 0.3 | 37.50 |
| 08/29/03 | Review correspondence and update list of outstanding issues. | | | |
| 15 | | J. Scordo | 0.1 | 32.00 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| A. Marchetta | 1.60 | 450.00 | 720.00 |
| J. Scordo | 0.40 | 320.00 | 128.00 |
| B. Benjamin | 0.30 | 320.00 | 96.00 |
| S. Wattenberg | 0.30 | 125.00 | 37.50 |
| TOTALS | 2.60 | | 981.50 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 4 | 1.6 | 450.00 | 720.00 |
| J. Scordo | 15 | 0.4 | 320.00 | 128.00 |
| B. Benjamin | 15 | 0.3 | 320.00 | 96.00 |
| S. Wattenberg | 4 | 0.3 | 125.00 | 37.50 |
| TOTAL | | 2.6 | | 981.50 |