# EXHIBIT B

**EXHIBIT B**

**EXPENSES FOR THE FEE PERIOD
AUGUST 1, 2003 THROUGH AUGUST 31, 2003**

Engagement Costs – Weja, Inc.

| | | |
|---|---|---|
| 06/12/03 | PD TRAVEL EXPENSES TO NEWARK NJ; WSH; CK# 250548[2] | 25.20 |
| 06/30/03 | Paid NJ Law Journal #10501 55549 S#4528[3] | 23.32 |
| | Matter Total Engagement Cost | 48.52 |

Engagement Costs – Chapter 11 Administration

| | | |
|---|---|---|
| 08/04/03 | PD UPS TO WILMINGTON DE; KMJ; CK# 251322 | 7.74 |
| | Matter Total Engagement Cost | 7.74 |

Engagement Costs – New York Superfund Action

| | | |
|---|---|---|
| 08/28/03 | DOCUMENT ACCESS FACILITY--ANNEX--AUGUST 2003 | 2148.00 |
| | Matter Total Engagement Cost | 2,148.00 |

Engagement Costs – Tahari, Inc.

| | | |
|---|---|---|
| 07/18/03 | Pd Fedex to New York NY; bmb; ck# 251166 | 14.21 |
| 07/18/03 | Pd Fedex to New York NY; bmb; ck# 251166 | 14.21 |
| 07/25/03 | PD FEDEX TO SWEDESBORO NJ; CK# 251166 | 10.24 |
| | Matter Total Engagement Cost | 38.66 |

---

[2] See Direct Reimbursement Expense Report for William S. Hatfield, Esq., attached hereto as Exhibit 1.

[3] See Invoice No. 10000470 from the New Jersey Law Journal attached hereto as Exhibit 2.

# EXHIBIT 1

RECEIVED

**DIRECT REIMBURSEMENT EXPENSE REPORT**

NAME — William S. Hatfield

JUN 3 0 2003

PITNEY, HARDIN, KIPP & SZUCH LLP

JUN 3 0 2003

Period From: June 12, 2003
To: June 16, 2003

NOTE: DOCUMENTATION MUST BE ATTACHED FOR EACH INDIVIDUAL EXPENSE OF $25 OR MORE.

| DATE | DEPARTURE DESCRIPTION OR DESCRIPTION OF ALLOWABLE EXPENSE | Auto Expenses | | Hotel or Lodging | Show details on Page 2 | | Total Expenses | Client No./ Matter No. or Firm Charge |
| | | Miles | Amount | Parking or Tolls | | Business Meals | Other Expenses | | |
|---|---|---|---|---|---|---|---|---|---|
| 6/16/2003 | Attend W.R.Grace hearing in Newark | 45.00 | $16.20 | $9.00 | | | | $25.20 | 082910.065656 |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

I certify that I have incurred all the expenses above on behalf of the Firm and that they all are directly related to the active conduct of the Firm's business.

Signature

Date    June 2, 2003

2235

ENTERED IN COMPUTER BY 7.2353

10501

6/17/2003

# EXHIBIT 2

17:02        NJ LAW JOURNAL                                                    19/38420920        P. 01/02

**sey Law Journal**
"Daily Decision Service"
P.O. Box 18229
ewark, NJ 07191-8229
Phone: (973) 642-0075

|                     |           |
|---------------------|-----------|
| Invoice No          | I0000470  |
| Customer No.        | PITNE1    |
| Salesperson No.     |           |

ntion: LIBRARY
TNEY, HARDIN, KIPP & S.
O BOX 1945
MORRISTOWN, NJ 07962-1945

Ordered By  BETH GREENFIELD          Terms:  NET 10 DAYS          Order No   O0000474

17-2-3925                    WHITE OAK FUNDING, INC. V. SCARBOROUGH
Your File Number is                            This Item Consists of 5 Pages          22.00
PAGE CHARGE          $1.15 Per Page; $22.00 Minimum + 6% Sales Tax

*Hatfield*
*082910. 0e5656*

PAID........
APPROVED.......
VENDOR NO. *0464*
CHECK NO. *249883*
CHARGE.... *1050*

## This fax consists of  5 pages excluding this sheet.

This is your only invoice.
Please make payment promptly to ensure uninterrupted service.

|                        |        |
|------------------------|--------|
| Sales Total            | 22.00  |
| Shipping & Handling    | 0.00   |
| Misc. Charges          | 0.00   |
| Tax Total              | 1.32   |
|                        | 23.32  |
| Invoice Total          | 23.32  |

— — — — — PLEASE SEPARATE BOTTOM PORTION AND REMIT WITH YOUR PAYMENT — — — — — —

Invoice Date          6/30/2003

## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| | : | Case No. 01-01139 (JKF) |
| W. R. GRACE & CO., *et al.*[1], | : | (Jointly Administered) |
| | : | |
| Debtors. | : | Objection Deadline: December 1, 2003 |
| | : | Hearing Date: TBD, if necessary |

## **VERIFICATION**

ANTHONY J. MARCHETTA, after being duly sworn according to law, deposes

and says:

1. I am a partner with the applicant firm, Pitney, Hardin, Kipp & Szuch LLP, and

am a member in good standing of the bars of the State of New Jersey, the United States District

Court for the District of New Jersey, the United States Court of Appeals for the Third Circuit, the

United States District Court for the Northern District of New York, the United States District

Court for the Eastern District of New York, the United States District Court for the Southern

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

District of New York, the United States Court of Appeals for the Second Circuit, the United States Claims Court, the United States Tax Court, and the Supreme Court of the United States.

2.  I have personally performed certain of, and overseen, the legal services rendered by Pitney, Hardin, Kipp & Szuch LLP as counsel to the Debtors and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

3.  The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

Florham Park, New Jersey
Dated: November 3, 2003

Respectfully submitted,
PITNEY, HARDIN, KIPP & SZUCH LLP

Anthony J. Marchetta, Esq.
(Mail) P.O. Box 1945
Morristown, NJ 07962-1945
(Delivery) 200 Campus Drive
Florham Park, NJ 07932-0950