# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Case No. 01-01139 (JKF) |
| W.R. GRACE & CO., et al., ) | Jointly Administered |
| ) | |
| Debtor. ) | Chapter 11 |
| ) | Hearing Date: 12/15/03 @ 12:00 pm |
| | Objection Deadline: 11/26/03 |

## NOTICE OF MOTION BY ROYAL INDEMNITY COMPANY
## FOR LEAVE TO FILE A LATE PROOF OF CLAIM

**PLEASE TAKE NOTICE,** that Royal Indemnity Company ("Royal") has filed a motion pursuant to 11 U.S.C. § 105(a) and Federal Rule of Bankruptcy Procedure 9006(b), for leave to file a late proof of claim (the "Motion").

**PLEASE TAKE FURTHER NOTICE,** that a hearing on the Motion will be held before the Honorable Judith K. Fitzgerald on December 15, 2003, at 12:00 p.m., or as soon thereafter as counsel can be heard, at the United States Bankruptcy Court located at 5490 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

**PLEASE TAKE FURTHER NOTICE,** that any objections to the relief requested by the Motion must be in writing and filed with the Court and served upon the undersigned counsel for Royal so as to be received no later than November 26, 2003.

**THIS SPACE IS BEING INTENTIONALLY LEFT BLANK**

618457 1

**PLEASE TAKE FURTHER NOTICE,** that if you fail to respond in accordance with this Notice of Motion, the Court may grant the relief requested by the Motion without any further notice or hearing.

Dated: November 5, 2003                      Respectfully,

                                             BIFFERATO, BIFFERATO & GENTILOTTI

By: _____
Ian Connor Bifferato, Esq. (#3273)
1308 Delaware Avenue
The Buckner Building
Post Office Box 2165
Wilmington, DE 19899-2165
(302) 429-1900

-and-

James P. Donovan, Esq.
Carl Pernicone, Esq.
WILSON, ELSER, MOSKOWITZ,
  EDELMAN & DICKER LLP
150 East 42nd Street
New York, New York 10017-5639
(212) 490-3000

-and-

Mark G. Ledwin, Esq.
WILSON, ELSER, MOSKOWITZ,
  EDELMAN & DICKER LLP
3 Gannett Drive
White Plains, New York 10604
(914) 323-7000

Counsel for Royal Indemnity Company