# EXHIBIT D

In re: W R GRACE & CO -CONN Debtor, Case No. 01-01140

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
| 1683417 - 10066437<br>ROCOR INTERNATIONAL DBA ROCOR TRANS<br>ATTN: CLIFF REYNOLDS<br>P O BOX 75367<br>OKLAHOMA CITY   OK   73147-0367 | Type of Contract:    DISTRIBUTOR AGREEMENT<br>Term:   ONE YEAR |
| 1682751 - 10065757<br>ROHM AND HAAS COMPANY<br>ATTN: DENNIS LUDWIG<br>100 INDEPENDENCE MALL WEST<br>PHILADELPHIA   PA   19106-2399 | Type of Contract:    CONSTRUCTION CONTRACT<br>Term:   TEN YEARS |
| 1683348 - 10066368<br>ROHM AND HAAS COMPANY<br>ATTN: ANGELA M  SODOCINSKI<br>5000 RICHMOND STREET<br>PHILADELPHIA   PA   19137 | Type of Contract:    CONFIDENTIALITY AGREEMENT<br>Term:   TWO YEARS |
| 1680823 - 10063827<br>ROLLO ENTERPRISES<br>P.O. BOX 10004<br>BIRMINGHAM   AL   35210 | Type of Contract:    PROPERTY LEASE<br>Term:   MONTH TO MONTH |
| 1679027 - 10062833<br>RON MACNEIL<br>247 CONCORD ROAD<br>LINCOLN   MA   01773 | Type of Contract:    CONSULTING SERVICES<br>Term:   10 YEARS |
| 1679163 - 10062969<br>RON VARLEY, STAFF REP.<br>UNITED STEELWORKERS OF AMERICA<br>115 ALBERT STREET<br>P.O. BOX 946<br>OSHAWA   ON   L1H 7N1<br>CANADA | Type of Contract:    COLLECTIVE BARGAINING AGREEMENT<br>Term:   8/1/00 -- 7/31/03 |
| 1679084 - 10062890<br>ROOF MANAGEMENT CONSULTANTS<br>5117 W. INDIAN LANE<br>GLENDALE   AZ | Type of Contract:    SERVICE/REFURBISHMENT/REPAIR<br>Term:   INDETERMINATE |
| 1683091 - 10066097<br>ROQUETTE AMERICA, INC<br>ATTN: H. W. JORGENSON<br>1417 EXCHANGE STREET<br>KEOKUK   IA   52632-6647 | Type of Contract:    CONFIDENTIALITY AGREEMENT<br>Term:   TWO YEARS |
| 1679088 - 10062894<br>ROSS ENVIRONMENTAL SERVICES<br>394 GILES ROAD<br>GRAFTON   OH   44044 | Type of Contract:    SERVICE/REFURBISHMENT/REPAIR<br>Term:   INDETERMINATE |
| 1683340 - 10066360<br>ROURKE, MATIAS VERGARA<br>ATTN: MATIAS ROURKE<br>VITACURA 9990<br>OFF 309<br>VITACURA CP<br>SANTIAGO      6680922<br>CHILE | Type of Contract:    COMMERCIAL AGENCY AGREEMENT<br>Term:   TWO YEARS |

In re: W R GRACE & CO -CONN Debtor, Case No 01-01140

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
| 1681358 - 10064284<br>ROYAL INDEMNITY CO<br>ROYAL INSURANCE<br>9300 ARROWPOINT BOULEVARD<br>CHARLOTTE   NC   28270 | Type of Contract:    INSURANCE AGREEMENT |
| 1681359 - 10064285<br>ROYAL INDEMNITY CO<br>ROYAL INSURANCE<br>9300 ARROWPOINT BOULEVARD<br>CHARLOTTE   NC   28270 | Type of Contract:    INSURANCE AGREEMENT |
| 1679447 - 10063253<br>RPC S.A.<br>AV. BORGO?O S/N CASILLA 704<br>CONCON   56<br>CHILE | Type of Contract:    SUPPLIER<br>Term:   8/29/03 |
| 1683387 - 10066407<br>RPM/ CHEMICAL COATINGS<br>ATTN: JOHN SCHIERLMANN<br>P. O  BOX 5355<br>HIGH POINT   NC   27262 | Type of Contract:    CONFIDENTIALITY AGREEMENT<br>Term:   N/A |
| 1678866 - 10062672<br>RS CONCRETE, LC<br>14508 CHRISTMAN ROAD<br>HOUSTON   TX | Type of Contract:    SALES AGREEMENT<br>Term:   12/31/03 |
| 1679089 - 10062895<br>RUTGERS ORGANICS, GMBH<br>SANDHOFER STRASSE 96<br>MANNHEIM   D-68305<br>GERMANY | Type of Contract:    CONFIDENTIALITY AGREEMENT<br>Term:   5 YEARS |
| 1679424 - 10063230<br>RYDER TRUCK RENTAL, INC.<br>710 LANEY WALKER BLVD  EXT<br>AUGUSTA   GA   30903 | Type of Contract:    EQUIPMENT LEASE<br>Term:   1/11/1997 - 6/11/2003 |
| 1679729 - 10063439<br>S. V. BABU, PH. D.<br>CENTER FOR ADVANCED MAT'LS PROCESS<br>CLARKSON UNIVERSITY<br>POTSDAM   NY   13699-5705 | Type of Contract:    CONSULTING SERVICES<br>Term:   ONE YR EXPIRATION |
| 1678867 - 10062673<br>SABOYD ENTERPRISES<br>P. O. BOX 4787<br>BRYAN   TX   77805 | Type of Contract:    SALES AGREEMENT<br>Term:   12/31/03 |
| 1679090 - 10062896<br>SACHI IMOLA<br>VIA SELICE PROVINCIALE, 17/A<br>IMOLA BO   40026<br>ITALY | Type of Contract:    CONFIDENTIALITY AGREEMENT<br>Term:   5 YEARS |

In re: W R GRACE & CO -CONN Debtor, Case No 01-01140

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
| 1681360 - 10064286<br>SAFECO<br>GEN'L INS CO OF AMERICA<br>SAFECO PLAZA<br>SEATTLE   WA   98185 | Type of Contract:    INSURANCE AGREEMENT |
| 1682853 - 10065859<br>SAFRIPOL, DIV. OF S. A  POLYMER HOL<br>ATTN: P. J  CILLIERS<br>P. O. BOX 700<br>SASOLBURG      9570<br>SOUTH AFRICA | Type of Contract:    CONFIDENTIALITY AGREEMENT<br>Term:   2 YEARS |
| 1681012 - 10063938<br>SAIA MOTOR<br>11465 JOHN  CREEK PKWY<br>DULUTH   GA   30097 | Type of Contract:    GENERAL<br>Term:   EVERGREEN |
| 1128591 - 10060664<br>SALVATION ARMY<br>GEN COUNSEL<br>1424 NORTH EAST EXPRESSWAY<br>ATLANTA   GA   30329-2088 | Type of Contract:    LEASE: BUILDING<br>Term:   EXP  7/2001 |
| 1679160 - 10062966<br>SAMUEL H  PENN, STAFF REP<br>AFL,CIO, CLC, LOCAL 14087<br>UNITED STEELWORKERS, DISTRICT 35<br>P.O. BOX 22933<br>CHATTANOOGA    TN  37422 | Type of Contract:    COLLECTIVE BARGAINING AGREEMENT<br>Term:   6/1/98 -- 5/31/01 |
| 1691181 - 10104232<br>SAN TOMAS LIMITED PARTNERSHIP<br>C/O JAMES F. KNOTT DEVELOPMENT CORP<br>ATTN:  JOE GROVES, V.P.<br>ONE TEXAS STATION COURT, STE  200<br>TIMONIUM   MD  21093 | Type of Contract:    LEASE: BUILDING<br>Term:   1/31/03 |
| 1681562 - 10064488<br>SANBORN, HEAD & ASSOCIATES, INC<br>6 GARVINS FALLS ROAD<br>CONCORD   NH  03301 | Type of Contract:    ENGINEERING STUDY<br>Term:   NO EXPIRATION |
| 1681574 - 10064500<br>SANBORN, HEAD & ASSOCIATES  INC<br>6 GARVINS FALLS ROAD<br>CONCORD   NH  03301 | Type of Contract:    ENGINEERING STUDY<br>Term:   NO EXPIRATION |
| 1681575 - 10064501<br>SANBORN, HEAD & ASSOCIATES, INC<br>6 GARVINS FALLS ROAD<br>CONCORD   NH  03301 | Type of Contract:    ENGINEERING STUDY<br>Term:   NO EXPIRATION |
| 1678933 - 10062739<br>SANDOZ LTD.<br>P. O. BOX CH-4002<br>BASEL<br>SWITZERLAND | Type of Contract:    LICENSE AGREEMENT<br>Term:   INDETERMINATE |