## CERTIFICATE OF SERVICE

I hereby certify that on this <u>7th</u> day of November, 2003 a copy of the foregoing Royal Indemnity Comapny's Motion for Leave to File a Late Proof of Claim was caused to be served on the following parties by first class mail, postage prepaid, unless otherwise indicated.

SEE ATTACHED SERVICE LIST

                                                BIFFERATO, BIFFERATO & GENTILOTTI

_____
Ian Connor Bifferato (#3273)
1308 Delaware Avenue
P.O. Box 2165
Wilmington, Delaware 19899
(302) 429-1900
(302) 429-8600 fax

John P. Dillman, Esquire
P.O. Box 3064
Houston, TX 77253-3064

Paul M. Baisier, Esquire
SEYFARTH SHAW
1545 Peachtree Street, Suite 700
Atlanta, GA 30309

Parcels, Inc.
Vito I. DiMaio
10th & King Streets
Wilmington, DE 19801

Marla Eskin, Esquire
Mark Hurford, Esquire
800 N. King Street, #301
Wilmington, DE 19801-3549

Robert J. Dehney
Michael G. Busenkell
1201 N. Market Street, P.O. Box 1347
Wilmington, DE 19899

Christopher L. Beard, Esquire
The Beard Group
502 W. Patrick Street
Frederick, MD 21701-4002

Steven R. Schlesinger, Esquire
Jaspan Schlesinger Hoffman LLP
300 Garden City Plaza
Garden City, NY 11530

Kimberly W. Osenbaugh
Preston Gates & Ellis LLP
701-5th Avenue, Suite 5000
Seattle, WA 98104-7078

Deirdre Woulfe Pacheco, Esquire
90 Woodbridge Center Drive
P.O. Box 10
Woodbridge, NJ 07095

State Library of Ohio, c/o Michelle T. Sutter
Revenue Recovery
101 E. Town Street, Second Floor
Columbus, OH 43215

Charles E. Gibson, III
Attorney at Law
620 North Street, Suite 100
Jackson, MS 39202

Laura Davis Jones, Esquire
Scotta McFarland, Esquire
919 North Market Street, 16th Floor, P.O. Box 8705
Wilmington, DE 19899-8705

Steven M. Yoder, Esquire
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

William H. Sudell, Jr., Esquire
Eric D. Schwartz, Esquire
1201 N. Market Street, P.O. Box 1347
Wilmington, DE 19899

Mark D. Collins, Esquire
Deborah E. Spivack, Esquire
One Rodney Square, P.O. Box 551
Wilmington, DE 19899

Bernice Conn, Esquire
Robins, Kaplan, Miller & Ciresi LLP
2049 Century Park East, Suite 3700
Los Angeles, CA 90067

Steven J. Kherkher, Esquire
Laurence G. Tien, Esquire
8441 Gulf Freeway, Suite #600
Houston, TX 77017

Matthew A. Porter, Esquire
Bernard J. Bonn III, Esquire
Ten Post Office Square South
Boston, MA 02109

Jonathan H. Alden, Esquire
Assistant General Counsel
3900 Commonwealth Boulevard, MS 35
Tallahassee, FL 32399-3000

Josiah Rotenberg
Quadrangle
375 Park Avenue
New York, NY 10152

Michael H. Pinkerson, Jan M. Hayden
William H. Patrick
650 Poydras Street, Suite 2500
New Orleans, LA 70130-6103

Steven T. Baron, Esquire
Silber Pearlman, LLP
2711 North Haskell Avenue, 5th Floor, LLP
Dallas, TX 75204

W.J. Winterstein, Jr.
Eleven Penn Center, 29th Floor
1835 Market Street
Philadelphia, PA 19103

Alan R. Brayton, Esquire
Brayton & Purcell
222 Rush Landing Road
Novato, CA 94945

William E. Frese, Esquire
Attn: Sheree L. Kelly, Esquire
80 Park Plaza, T5D, P.O. Box 570
Newark, NJ 07101

Paul G. Sumers, Esquire
TN Attorney General's Office, Bankr. Unit
P.O. Box 20207
Nashville, TN 37202-0207

Greif, Inc.
Attn: Credit Department
366 Greif Parkway
Delaware, OH 43015

Barbara M. Cook, County Solicitor
Katherine L. Taylor, Senior Assistant County Solicitor
3430 Courthouse Drive
Ellicott City, MD 21043

Steven J. Johnson, Esquire
Gibson, Dunn & Crutcher LLP
1530 Page Mill Road
Palo Alto, CA 94304-1125

David S. Rosenbloom, Jeffrey E. Stone,
Lewis S. Rosenbloom
227 West Monroe Street
Chicago, IL 60606-5096

Joseph F. Rice
Motley Rice LLC
28 Bridgeside Blvd., P.O. Box 1792
Mt. Pleasant, SC 29465

Bankruptcy Administration IOS Capital, Inc.
1738 Bass Road
P.O. Box 13708
Macon, GA 31208-3708

R. Scott Williams
PMG Capital Corp.
Four Falls Corporate Center
West Conshohocken, PA 19428-2961

Harry Lee, Esquire
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, DC 20036

William S. Katchen, Esquire
Duane, Morris & Heckscher LLP
1 Riverfront Plaza, 2nd Floor
Newark, NJ 07102

Danice Sims
P.O. Box 66658
Baton Rouge, LA 70896

Stephanie Nolan Deviney
360 Haddon Avenue
P.O. Box 539
Westmont, NJ 08108

James A. Sylvester, Esquire
Intercat, Inc.
104 Union Avenue
Manasquan, NJ 08736

Charlotte Klenke, Esquire
P.O. Box 2545
3101 S. Packerland
Green Bay, WI 54306

Charles L. Finke, Assistant General Counsel
Brad Rogers, Esquire
1200 K. Street, N. W.
Washington, D.C. 20005-4026

Jonathan W. Young
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive, Suite 3000
Chicago, IL 60606-1229

Shelby A. Jordan, Esquire
Nathaniel Peter Holzer, Esquire
500 N. Shoreline Blvd., Suite 900
Corpus Christi, TX 78471

T. Kellan Grant
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive, Suite 3000
Chicago, IL 60606-1229

Alan Kolod, Esquire
1301 Avenue of the Americas
40th Floor
New York, NY 10019-6076

Pamela Zilly, Richard Shinder
David Blechman, Michael Alexander
345 Park Avenue
New York, NY 10154

Daniel H. Slate, Esquire
Hughes Hubbard & Reed LLP
350 South Grand Avenue
Los Angeles, CA 90071-3442

C. Randall Bupp, Esquire
24 Professional Center Parkway
Suite 150
San Rafael, CA 94903

Peter S. Goodman, Esquire
Andrews & Kurth LLP
450 Lexington Avenue, 15th Floor
New York, NY 10017

Kevin James
Deputy Attorney General
1515 Clay Street, 20th Floor
Oakland, CA 94612-1413

Anne Marie P. Kelley, Esquire
LibertyView – Suite 700
457 Haddonfield Road, P.O. Box 2570
Cherry Hill, NJ 08034

Russell W. Budd
Alan B. Rich
3102 Oak Lawn Avenue, P.O. Box 8705
Dallas, TX 75219

Courtney M. Labson, Esquire
Legal Department
1300 Wilson Boulevard, Suite 400
Arlington, VA 22209

Cindy Schultz
Ingersoll-Rand Fluid Products
One Aro Center, P.O. Box 151
Bryan, OH 43506

Mr. Thomas Moskie
Bankers Trust Company
Four Albany Street, Fourth Floor
New York, NY 10006

Rosa Dominy
Bankruptcy Administration, IOS Capital, Inc.
1738 Bass Road, P.O. Box 13708
Macon, GA 31208-3708

Damon J. Chargois, Esquire
360 Place Office Park
1201 N. Watson Road, Suite 145
Arlington, TX 76006

Anton Volovsek
Rt2 – Box 200 #42
Kamiah, ID 83536-9229

Maggie De La Rosa
490 Park Street
Beaumont, TX 77701

Dorine Vork, Esquire
Stibbe, P.C.
350 Park Avenue
New York, NY 10022

M. Diane Jasinski, Esquire
Michael D. Hess
100 Church Street, Room 6-127
New York, NY 10007

Janet Napolitano, Robert R. Hall
Russell W. Savory
1275 West Washington Street
Phoenix, AZ 85007-1278

Secretary of State
Division of Corporations Franchise Tax
P.O. Box 7040
Dover, DE 19903

Jon L. Heberling, Esquire
McGarvey, Heberling, Sullivan & McGarvey PC
745 South Main Street
Kalispel, MT 59901

David S. Heller, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

Ira S. Greene, Esquire
Squadron, Ellenoff, Plesent & Sheinfeld, LLP
551 Fifth Avenue
New York, NY 10176

David Aelvoet, Esquire
Travis Park Plaza Building
711 Navarro, Suite 300
San Antonio, TX 78205

Credit Manager
Belz Enterprises
100 Peabody Place, Suite 1400
Memphis, TN 38103

Steven R. Bourne, Esquire
Nutter, McClennen & Fish, LLP
155 Seaport Blvd
Boston, MA 02210-2604

Teresa K.D. Currier, Esquire
1000 West Street, Suite 1410
P.O. Box 1397
Wilmington, DE 19899-1397

Judy D. Thompson, S. Andrew Jurs
One Wachovia Center
301 S. College Street, Suite 2300
Charlotte, NC 28202

Secretary of Treasurer
P.O. Box 7040
Dover, DE 19903

James D. Freeman, Esquire
U.S. Department of Justice Environmental Enforcement
999 18th Street, Suite 945-North Tower
Denver, CO 80202

Patrick L. Hughes, Esquire
Haynes & Boone LLP
1000 Louisiana Street, Suite 4300
Houston, TX 77002-5012

Charles E. Boulbol, Esquire
26 Broadway, 17th Floor
New York, NY 10004

Russell W. Savory
Gotten, Wilson & Savory, PLLC
200 Jefferson Avenue, Suite 900
Memphis, TN 38103

Thomas V. Askounis, Esquire
303 East Wacker Drive
Suite 1000
Chicago, IL 60601

James P. Ruggeri
Scott A. Shail
555 Thirteenth Street, N.W.
Washington, D.C. 20004-1109

Thomas G. Whalen, Esquire
Stevens & Lee, P.C.
300 Delaware Avenue, Suite 800
Wilmington, DE 19801

Rachel B. Mersky, Esquire
Monzack and Monaco, P.A.
1201 N. Orange Street, Suite 400
Wilmington, DE 19801

Pillsbury Winthrop LLP
One Battery Park Plaza
New York, NY 10004-1490

Leonard P. Goldberger, Esquire
White & Williams LLP
1800 One Liberty Place
Philadelphia, PA 19103-7395

Bart Hartman Treasurer – Tax Collector
Attn: Elizabeth Molina
1600 Pacific Highway, Room 162
San Diego, CA 92101

E. Katherine Wells, Esquire
SC Department of Health and Environmental Control
2600 Bull Street
Columbia, SC 29201-1708

Kay D. Brock, Esquire
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX 78711-2548

Francis A. Monaco, Jr., Esquire
1201 N. Orange Street, Suite 400
P.O. Box 2031
Wilmington, DE 19801

Cynthia C. Hemme, Esquire
Nortel Networks, Inc.
4010 E. Chapel Hill-Nelson Hwy.
Research Triangle Park, NC 27709

Robert Cimino, Esquire
Attn: Diane Leonardo Beckmann, Asst. County
100 Veterans Memorial Highway, P.O. Box 6100
Hauppauge, NY 11788-0099

Authur Stein, Esquire
1041 W. Lacey Road
P.O. Box 1070
Forked River, NJ 08731-6070

Robert T. Aulgur, Jr., Esquire
P.O. Box 617
Odessa, DE 19730

Anne Marie P. Kelley, Esquire
Liberty View – Suite 700
457 Haddonfield Road
Cherry Hill, NJ 08002

Suexirda Prayaga
7365 MacLeod Lane
Ofallon, MO 63366

Ted Weschler
404 East Main Street
Second Floor
Charlottesville, VA 22902

Melanie S. Kaufman
938A Stanyan Street
San Francisco, CA 94117-3807

Jeffrey C. Wisler, Esquire
Michelle McMahon, Esquire
1220 Market Street, 10th Floor
Wilmington, DE 19899

Frederick B. Rosner, Esquire
Monzack and Monaco, P.A.
1201 N. Orange Street, Suite 400
Wilmington, DE 19801

John W. Havins, Esquire
Burt Barr Havins & O'Dea, L.L.P.
1001 McKinney, Suite 500
Houston, TX 77002

Andrea L. Hazzard, Esquire
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004-1482

Robert H. Rosenbaum, Esquire
M. Evan Meyers, Esquire
6801 Kenilworth Avenue, Suite 400
Riverdale, MD 20737-1385

Michael T. Kay, Esquire
Nancy Draves, Esquire
2030 Dow Center
Midland, MI 48674

James M. Garner, Esquire
Sher Garner Cahill Richter Klein McAlister & Hilbert
909 Poydras Street, Suite 2800
New Orleans, LA 70112

William H. Johnson, Esquire
Norfolk Southern Corporation
Three Commercial Place
Norfolk, VA 23510-9242

Coudert Brothers
Attn: Joseph D. Farrell, Esquire and Edward H.
1114 Avenue of the Americas
New York, NY 10036

Julie Quagliano
Quagliano & Seeger
3243 P Street, NW
Washington, DC 20007

Judith Greenspan, Esquire
The Amalgamated Industries and Service Workers
730 Broadway, Tenth Floor
New York, NY 10003-9511

Jonathan C. Hantke, Esquire
Pamela H. Walters, Esquire
14910 Aldine-Westfield Road
Houston, TX 77032

Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY 10022-3852

J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

Steven B. Flancher, Esquire
Department of Attorney General Revenue Division
First Floor Treasury Building
Lansing, MI 48992

Margery N. Reed, Esquire
Duane, Morris & Heckscher LLP
4200 One Liberty Place
Philadelphia, PA 19103-7396

Scott Barker
One North Central Avenue
Phoenix, AZ 85004

Mark Browning, Esquire
c/o Sherri K. Simpson, Legal Assistant
P.O. Box 12548
Austin, TX 78711-2548

Daniel A. Speights, Esquire
200 Jackson Avenue, East
P.O. Box 685
Hampton, SC 29924

General Motors Acceptance Corporation
P.O. Box 5055
Troy, MI 48007-5055

Craig Barbarosh, Esquire
Pillsbury Winthrop LLP
650 Town Center Drive, 7th Floor
Costa Mesa, CA 92626-7122

DAP Products, Inc.
c/o Julien A. Hecht, Esquire
2400 Boston Street, Suite 200
Baltimore, MD 21224

D. J. Baker, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036

Nancy Worth Davis, Esquire
28 Bridgeside Boulevard
P.O. Box 1792
Mount Pleasant, SC 29465

Darrell W. Scott
1600 Washington Trust Financial Center
717 West Sprague Avenue
Spokane, WA 99201-0466

Robert M. Fishman, Esquire
Shaw Gussis Domanskis Fishman & Glantz
1144 West Fulton Street, Suite 200
Chicago, IL 60607

Anthony F. Parise
Office of University Counsel
300 CCC Building, Garden Avenue
Ithaca, NY 14853-2601

Richard B. Spector, Mark M. Monachino
18200 Von Karman Avenue, Suite 200
Irvine, CA 92612-1086

John M. Klamann
Klamann & Hubbard
7101 College Blvd., Suite 120
Overland Park, KS 66210

Paul D. Henderson, Esquire
Dies, Dies & Henderson
1009 W. Green Avenue
Orange, TX 77630

Gibbons, Del Deo, Dolan Griffinger & Vecchione, PC
One Riverfront Plaza
Newark, NJ 07102-5497

Michael Selig
Westover Investments, L.L.C.
555 Old Garth Road
Charlottesville, VA 22901

Elizabeth J. Cabraser, Esquire
Embacadero Center West, 30th Floor
275 Battery Street
San Francisco, CA 94111

William F. Taylor, Jr., Esquire
Mellon Bank Center
919 Market Street, Suite 1800
Wilmington, Delaware 19899

Derrick Tay, Meighen Demers
200 King Street West Suite 1100, Box 11
Toronto, Ontario
Canada M5H 3T4

Elihu Inselbuch, Esquire
Rita Tobin, Esquire
399 Park Avenue, 27th Floor
New York, NY 10022

Scott L. Baena, Esquire
First Union Financial Center
200 South Biscayne Blvd, Suite 2500
Miami, FL 33131

Barry D. Kleban, Esquire
Suite 900
Four Penn Center
Philadelphia, PA 19103

Joseph T. Kremer, Esquire
Lipsiptz, Green, Fahringer, Roll, Salisbury & Cambria
42 Delaware Avenue, Suite 300
Buffalo, NY 14202

Robert Jacobs, Esquire
Maria Rosoff Eskin
2 East 7th Street, P.O. Box 1271
Wilmington, DE 19899Elizabeth S. Kardos, Esquire

Thomas J. Noonan, Jr.
c/o R& S Liquidation Company
5 Lyons Mall PMB #530
Basking Ridge, NJ 07920-1928

Randall A. Rios
Floyd, Isgur, Rios & Wahrlich, P.C.
700 Louisiana, Suite 4600
Houston, TX 77002

Thomas M. Sobol, Esquire
Hagens Berman LLP
225 Franklin Street, 26th Floor
Boston, MA 02110

James H.M. Sprayregen, Esquire
James Kapp, III, Esquire
200 East Randolph Drive
Chicago, IL 60601

David B. Siegel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

Susan Breymaier
U.S. Postal Service Legal Department
225 N. Humphreys Blvd.
Memphis, TN 38166-0170

Allan H. Ickowitz, Esq.
Nossaman, Guthner, Knox & Elliott, LLP
445 South Figueroa Street, 31st Floor
Los Angeles, CA 90071

Philip J. Ward
Victoria Radd Rollins
725 Twelfth Street NW
Washington, DC 20005

Missouri Department of Revenue Bankruptcy Unit
Gary L. Barnhart
PO Box 475
Jefferson City, MO 65105-0475

Gary M. Becker, Esquire
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY 10022

Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166

Eric Lopez Schnabel, Esquire
James H. Joseph, Esquire
1000 West Street, Suite 1410
Wilmington, DE 19801

Todd Meyer, Esquire
Kilpatrick Stockton
1100 Peachtree Street
Atlanta, GA 30309

District Director IRS
409 Silverside Road
Wilmington, DE 19809

Francis J. Murphy, John S. Spadaro
Chase T. Brockstedt
824 N. Market Street, P.O. Box 8989
Wilmington, DE 19899-8989

Allison E. Reardon
Delaware Division of Revenue
820 N. French Street, 8th Floor
Wilmington, DE 19801

Oscar B. Fears, III
Assistant Attorney General
40 Capitol Square, S.W.
Atlanta, GA 30334

Denise A. Kuhn
Office of Attorney General
21 S. 12th Street, 3rd Floor
Philadelphia, PA 19107-3603

Mr. Charles C. Trascher III, Esquire
Snellings, Breard, Sartor, Inabnett & Trascher, LLP
PO Box 2055
Monroe, LA 71207

Christopher R. Momjian I.D. No. 057482
Office of Attorney General
21 S. 12th Street, 3rd. Floor
Philadelphia, PA 19107-3603

Vahe Melkonian
Newco Management Company, LLC
6320 Canoga Avenue, Suite 1430
Woodland Hills, CA 91367

William D. Sullivan, Esquire
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE 19899

Office of Reorganization Securities & Exchange
Suite 1000
3475 Lenox Road, N.E.
Atlanta, GA 30326-1232

Michael A. Berman, Esquire
Securities and Exchange Commission
450 Fifth Street, N.W. (Mail Stop 6-6)
Washington, D.C. 20549

Megan N. Harper, Esquire
1308 Delaware Avenue
P.O. Box 2165
Wilmington, DE 19899

Steven K. Kortanek, Esquire
Klehr, Harrison, Harvey, Branzburg & Ellers, LLP
919 Market Street, Suite 1000
Wilmington, DE 19801

Margaret A. Holland
NJ Attorney General's Office Division of Law
R.J. Hughes Justice Complex, P.O. Box 106
Trenton, NJ 08625

Larry A. Feind
133 Peachtree Street, N.E.
7th Floor
Atlanta, GA 30303

Mark S. Chehi
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636

Rachel Jeanne Lehr
Office of the Attorney General R.J.Hughes Justice
P.O. Box 093
Trenton, NJ 08625

David W. Wirt, Esquire
Winston & Strawn
35 West Wacker Drive
Chicago, IL 60601

Sander L. Esserman
2323 Bryan Street
Dallas, TX 75201-2689

Lynn K. Neuner, Esquire
Simpson, Thacher, & Bartlett
425 Lexington Avenue
New York, NY 10017-3954

Jonathan D. Berger, Esquire
Russell Henkin, Esquire
1622 Locust Street
Philadelphia, PA 19103-6365

Kelley B. Gelb
700 Southeast Third Avenue
Suite 100
Fort Lauderdale, FL 33316-1186

Laurie Selber Silverstein, Monica Leigh Loftin
1313 N. Market Street, 6th Floor
P.O. Box 951
Wilmington, DE 19899

Craig A. Slater, Esquire
Twelve Fountain Plaza
Suite 400
Buffalo, NY 14202

Michael B. Joseph, Theodore J. Tacconelli
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

Joseph Grey, Esquire
Stevens & Lee
300 Delaware Avenue, Suite 800
Wilmington, DE 19801

Donna J. Petrone, Esquire
ExxonMobil Chemical Company
13501 Katy Freeway, Room W1-562
Houston, TX 77079-1398

Alan H. Katz, Esquire
Entergy Services, Inc.
693 Loyola Avenue, Suite 2600
New Orleans, LA 70113

Steven T. Davis, Edmond M. George
One Penn Center, Suite 1900
1617 John F. Kennedy Boulevard
Philadelphia, PA 19103

Gerald G. Pecht, Esquire
Fulbright & Jaworski, LLP
1301 McKinney, Suite 5100
Houston, TX 77010-3095

Ralph R. Mabey
Penrod W. Keith
1000 Kearns Building
Salt Lake City, UT 84101

Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246

Frank J. Perch, Esquire
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

Paul P. Daley, Esquire
George W. Shuster, Jr., Esquire
60 State Street
Boston, MA 02109

Noel C. Burnham, Esquire
Richard G. Placey, Esquire
123 South Broad Street, Avenue of the Arts
Philadelphia, PA 19109

Elizabeth Weller
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan Street, Suite 1720
Dallas, TX 75201-2691

Mr. Mark Hankin
HanMar Associates, M.L.P.
P.O. Box 26767
Elkins Park, PA 19027

DACA V, LLC
Attn: Julie Bubnack
2120 W. Washington Street
San Diego, CA 92110

Jon Bauer
Contrarian Capital Management, LLC
411 West Putnam Avenue, Suite 225
Greenwich, CT 06830

Delta Chemical Corporation
2601 Cannery Avenue
Baltimore, MD 21226-1595

Peter Van N. Lockwood, Julie W. Davis,
Trevor W. Swett, III, Nathan D. Finch
One Thomas Circle, N.W.
Washington, DC 20005

Paul M. Matheny
The Law Offices of Peter G. Angelos, P.C.
5905 Harford Rd.
Baltimore, MD 21214

Mary A. Coventry
Sealed Air Corporation
Park 80 East
Saddle Brook, NJ 07663

Nicholas J. LePore, III
Schnader Harrison Segal & Lewis LLP
Suite 3600, 1600 Market Street
Philadelphia, PA 19103

Bryan Shapiro
Bear, Stearns & Co. Inc.
245 Park Avenue
New York, NY 10167

Marsha A. Penn
P.O. Box 3725
Houston, TX 77253-3725

S. Jay Novatney, Esquire
Citadel Investment Group, L.L.C.
225 W. Washington Street, 9th Floor
Chicago, IL 60606

Ronald D. Gorsline
1000 Tallan Building, Ste. 1000
Two Union Square
Chattanooga, TN 37402-2552

Martha E. Romero
Law Offices of Martha E. Romero and Associates
7743 South Painter Avenue, Suite E
Whittier, CA 90602

Steven T. Hoort, Esquire
Ropes & Gray
One International Place
Boston, MA 02110-2624

Peter A. Chapman
572 Fernwood Lane
Fairless Hills, PA 19030

Michael J. Urbis
Jordan, Hyden, Womble & Culbreth, P.C.
2390 Central Blvd, Suite G
Brownsville, TX 78520

Attn: Meridee Moore and Kirsten Lynch
One Maritime Plaza
Suite 1325
San Francisco, CA 94111

Ann Beimdiek Kinsella
Assistant Attorney General
445 Minnesota Street, Suite 1200
St. Paul, MN 55101-2127

James J. Restivo, Esquire
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219

Jerel L. Ellington, Esquire
U.S. Department of Justice Environmental Enforcement
999 18th Street; Suite 945-North Tower
Denver, CO 80202

Michael S. Sandberg, Esquire
Hellmuth & Johnson, PLLC
10400 Viking Drive, Suite 560
Eden Prairie, MN 55344

Scott Estelle, President
Crossroads Industrial Park, Inc.
P.O. Box 220
Weedsport, NY 13166

Don C. Fletcher, Esquire
1850 North Central Avenue
Suite 2400
Phoenix, AZ 85004

Barbara G. Billet, Elaine Z. Cole
New York State Department of Taxation and Finance
340 E. Main Street
Rochester, NY 14604

Jenny J. Hyun, Esquire
Weingarten Realty Investors
2600 Citadel Plaza Drive
Houston, TX 77008

Mary M. Maloney Huss, Esquire
Wilmington Trust Center
1100 N. Market Street, Suite 1001
Wilmington, DE 19801

Curtis Crowther, Esquire
824 North Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19801

Michael S. Davis, Esquire
Zeichner Ellman & Krause
575 Lexington Avenue
New York, NY 10022

Thomas J. Quinn, Esquire
Mendes & Mount, LLP
750 Seventh Avenue
New York, NY 10019-6829

Ted N. Pettit, Esquire
Grosvenor Center, Mauka Tower
737 Bishop Street, Suite 2600
Honolulu, HI 96813

Theresa L. Wasser, Esquire
Burns, White & Hickton, LLC
120 Fifth Avenue, Suite 2400
Pittsburgh, PA 15222

Hillary Browning-Jones
Assistant City Attorney
P.O. Box 1631
Knoxville, TN 37901

Mr. Harvey Schultz
The Schultz Organization
4 Woods End
Ocean, NJ 07712-4181

Deborah L. Thorne, Esquire
FabelHaber LLC
55 East Monroe Street, 40th Floor
Chicago, IL 60603

Brad N. Friedman
Rachel Fleishman
One Pennsylvania Plaza
New York, NY 10119-0165

Selinda A. Melnik, Esquire
800 Delaware Avenue
P.O. Box 410
Wilmington, DE 19899

David B. Madoff, Esquire
Daniel C. Cohn, Esquire
101 Arch Street
Boston, MA 02110

Thomas O. Bean
World Trade Center West
155 Seaport Blvd.
Boston, MA 02210

Carl Pericone, Esquire
Wilson, Elser, Moskowitz, Edelman, Dicker LLP
150 East 42nd Street
New York, NY 10019-5639

Debt Acquisition Co of America V LLC
2120 W. Washington Street
San Diego, CA 92110-2052

Sierra Asset Management LLC
2699 White Rd., Ste. 225
Irvine, CA 92614-6264

Jacob C. Cohn, Esquire
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103

Edward L. Jacobs, Esquire
The Shaw House
26 Audubon Place, P.O. Box 70
Fort Thomas, KY 41075-0070

John D. Demmy, Esquire
300 Delaware Avenue
8th Floor, Suite 800
Wilmington, DE 19801

Lori Gruver Robertson, Esquire
1949 South I.H. 35 (78741)
P.O. Box 17428
Austin, TX 78760

Thomas Tew, Esquire
Jeffrey Tew, Esquire
201 South Biscayne Boulevard, Suite 2600
Miami, FL 33131

Diane Stewart
Peoples First Community Bank
P.O. Box 59950
Panama City, FL 32412-0950

Xerox Capital Services, LLC
Attention: Cathy Flowers
800 Carillon Parkway
St. Petersburg, FL 33716-9876

Contrarian Capital Trade Claims LP
Attn: Alisa Minsch
411 W. Putnam Ave. S-225
Greenwich, CT 06830-6263

Longacre Master Fund Ltd.
Attn: Maurie Shalome
810 7th Avenue, 22nd Fl.
New York, NY 10019-5818

Trade-Debt.Net
P.O. Box 1487
West Babylon, NY 11704-0487

Andrea Sheehan, Esquire
Law Offices Of Robert E. Luna, P.C.
4411 North Central Expressway
Dallas, TX 75205

Adam G. Landis, Esquire
Klett Rooney Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801

Aaron A. Garber, Esquire
1201 Market Street
Suite 1600
Wilmington, DE 19899-1709

General Counsel
Enron Energy Services
1400 Smith Street, EB 0889
Houston, TX 77002

Ronald S. Beacher
685 3rd Ave
New York, NY 10017-4024

Michael B. Willey
Legal Services, 27th Floor
312 8th Ave, North
Nashville, TN 37243