## Exhibit A

CUMULATIVE SUMMARY OF INTERIM APPPLICATIONS OF STEPTOE & JOHNSON LLP FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD APRIL 1, 2003 THROUGH JUNE 30, 2003 FOR W.R. GRACE & CO., et al.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees (80%) | Approved Expenses | Holdback Fees |
|---|---|---|---|---|---|---|
| 09/25/03 | 04/01/03 - 04/30/03 | $55,499.50 | $ 3,369.95 | $43,399.60 | $ 3,369.95 | $ 11,099.90 |
| 09/25/03 | 05/01/03 - 05/31/03 | $4,619.50 | $ 15.14 | $3,695.60 | $ 15.14 | $ 923.90 |
| 09/25/03 | 06/01/03 - 06/30/03 | $6,046.60 | $ 120.80 | $4,837.20 | $ 120.80 | $ 1,209.30 |

### CUMULATIVE COMPENSATION SUMMARY BY PROJECT CATEGORY

| Matter Number | Matter | Total Hours | Total Fees Requested |
|---|---|---|---|
| 20 | Case Administration | 0 | 0 |
| 32 | Fee Application, Applicant | 6.80 | $2,686.00 |
| 35 | Other Fee Applications | 0 | 0 |
| 30 | Hearings | 0 | 0 |
| 41 | Tax Issues | 0 | 0 |
| 46 | Tax Litigation | 124.70 | $60,806.50 |
| 42 | Travel (1/2 total hours billed) | 5.40 | 2,673.00 |
|  | Total | 136.90 | $66,165.50 |

### CUMULATIVE EXPENSE SUMMARY

| Description | Amount |
|---|---|
| Telephone | $ 60.29 |
| Copies – Matter 32 (Fee Applications) | $ 22.35 |
| Copies – Matter 46 (Tax Litigation) | $ 989.85 |
| Computer Database Research | $ 2.59 |
| Working Meals | $ 20.00 |
| Federal Express/Overnight Messenger | $ 99.42 |
| Facsimile | $ 53.00 |
| Postage | $ 37.45 |
| Hotel | $ 330.78 |
| Duplication Supplies | $ 102.00 |
| Parking | $ 239.16 |
| Airfare | $ 1,549.00 |
| Total | $ 3,505.89 |