## **Exhibit C**
May Fee Application

Available on the docket of the Bankruptcy Court for the District of Delaware at docket #4488 under Case No. 01-01139. Also available upon request from Steptoe & Johnson LLP or Pachulski, Stang, Ziehl, Young & Jones.

Doc. #1340850 v.1-10/24/03 02:09 PM