IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON NOVEMBER 17, 2003 AT 12:00 P.M.

**CONTINUED MATTERS**

1. Motion of Caterpillar Financial Services Corporation to Compel Payment of Administrative Expenses and for Relief from the Automatic Stay or in the Alternative for Adequate Protection (Docket No. 3009)

    **Related Documents:**

    a. [Proposed] Order regarding Docket No. 3009 (Docket No. 3009)

    **Response Deadline:** Extended through November 28, 2003 at 4:00 p.m. for the Debtors

    **Responses Received:** None as of the date of this Notice of Agenda.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

**Status:** The parties are continuing to work on a resolution to this matter and respectfully request that the matter will be continued to the omnibus hearing on December 15, 2003 at 12:00 p.m.

## UNCONTESTED MATTERS WITH CERTIFICATION OF NO OBJECTION (C.N.O.)

2. Motion of the Debtors for an Order Authorizing the Debtors to Enter Into an Employment Agreement with the Prospective President and Chief Operating Officer of the Debtors (Docket No. 4574)

    **Related Documents:**

    a. [Proposed] Order Authorizing the Debtors to Enter Into an Employment Agreement with the Prospective President and Chief Operating Officer of the Debtors (Docket No. 4574)

    b. Certification of Counsel Re: Docket No. 4574 (Docket No. 4668)

    **Response Deadline:** October 31, 2003 at 4:00 p.m.

    **Responses Received:** None as of the date of this Notice of Agenda.

    **Status:** The Debtors request that the Court sign the revised proposed order attached to the Certification of Counsel listed above.

## CONTESTED MATTERS

3. Application of the Debtors for Entry of an Order Pursuant to 11 U.S.C. §327(a) and Fed. R. Bankr. P. 2014(A), 2016 and 5002 Authorizing, But Not Requiring, The Employment and Retention of State Street Bank and Trust Company to Act as Investment Manager and Fiduciary of the Grace Stock Within the Grace Savings & Investment Plan (Docket No. 4299)

    **Related Documents:**

    a. [Proposed] Order Authorizing the Debtors to Retain State Street Bank and Trust Company to Act as Investment Manager and Fiduciary of the Grace Stock Within the Grace Savings & Investment Plan (Docket No. 4299)

    b. Supplement to Application of the Debtors for Entry of an Order Pursuant to 11 U.S.C. §§327(a) and Fed. R. Bankr. P. 2014(A), 2016 and 5002 Authorizing, But Not Requiring, The Employment and Retention of State Street Bank and Trust Company to Act as Investment Manager and Fiduciary of the Grace Stock Within the Grace Savings & Investment Plan (Docket No. 4543)

    c.    Debtors' Second Supplemental Filing in Support of the Debtors' Application for an Order Authorizing, But Not Requiring, The Employment and Retention of State Street Bank and Trust to Act as Investment Manager and Fiduciary of the Grace Stock Within the Grace Savings and Investment Plan (Docket No. 4669)

**Response Deadline:** September 5, 2003 at 4:00 p.m. *(extended until September 9, 2002 for the Creditors' Committee and the Personal Injury Committee)*

**Responses Received:**

    a.    Objection of Official Committee of Equity Security Holders to Application of the Debtors' for Entry of an Order Pursuant to 11 U.S.C. Sections 327(a) and Fed. R. Bankr. P. 2014(a), 2016 and 5002 Authorizing the Employment and Retention of State Street Bank and Trust Company as Investment Manager (Docket No. 4383)

    b.    Objection of the Official Committee of Unsecured Creditors to the Application of the Debtors for Entry of an Order Authorizing, But Not Requiring, The Employment and Retention of State Street Bank and Trust Company to Act as Investment Manager and Fiduciary of the Grace Stock Within the Grace Savings & Investment Plan (Docket No. 4401)

    c.    Debtors' Response to the Objections of (A) The Official Committee of Unsecured Creditors and (B) The Official Committee of Equity Security Holders to the Application of the Debtors for Entry of an Order Pursuant to 11 U.S.C. §§ 327(a) and 328(a) and Fed. R. Bankr. P. 2014(a), 2016 and 5002 Authorizing, But Not Requiring, The Employment and Retention of State Street Bank and Trust Company to Act as Investment Manager and Fiduciary of the Grace Stock Within the Grace Savings & Investment Plan (Docket No. 4420)

        (i.)    Motion for Leave to File Debtors' Reply to the Objections of (A) The Official Committee of Unsecured Creditors and (B) The Official Committee of Equity Security Holders to the Application of the Debtors for Entry of an Order Pursuant to 11 U.S.C. §§ 327(a) and 328(a) and Fed. R. Bankr. P. 2014(a), 2016 and 5002 Authorizing, But

                    Not Requiring, The Employment and Retention of State Street Bank and Trust Company to Act as Investment Manager and Fiduciary of the Grace Stock Within the Grace Savings & Investment Plan (Docket No. 4420)

        d.        Notice of Filing of Exhibit A to the Debtors' Response to the Objections of (a) the Official Committee of Unsecured Creditors and (b) the Official Committee of Equity Security Holders to the Application of the Debtors for Entry of an Order Authorizing, But Not Requiring, the Employment and Retention of State Street Bank and Trust Company to Act as Investment Manager and Fiduciary of the Grace Stock Within the Grace Savings & Investment Plan (Docket No. 4430)

**Status:** This matter will be going forward.

4. Motion of Oldcastle APG Northeast, Inc. D/B/A Foster-Southeastern for Relief from Stay Under Section 362 of the Bankruptcy Code (Docket No. 4458)

    **Related Documents:**

        a.        [Proposed] Order Granting Motion of Oldcastle APG Northeast, Inc. D/B/A Foster-Southeastern for Relief from Stay Under Section 362 of the Bankruptcy Code (Docket No. 4458)

    **Response Deadline:** October 10, 2003 at 4:00 p.m.

    **Responses Received:**

        a.        Debtors' Objection to Oldcastle's APG Northeast, Inc. D/B/A Foster-South Eastern Motion for Relief from Stay Under Section 362 of the Bankruptcy Code (Docket No. 4570)

    **Status:** This matter will be going forward.

5. Application of the Debtors for Entry of an Order Pursuant to 11 U.S.C. §§327(a) and Fed. R. Bankr. P. 2014(a), 2016 and 5002 Authorizing the Employment and Retention of Protiviti LLP as Sarbanes-Oxley Compliance Advisors to the Debtors Nunc Pro Tunc to June 30, 2003 (Docket No. 4459)

**Related Documents:**

    a.    [Proposed] Order Pursuant to 11 U.S.C. §§327(a) and Fed. R. Bankr. P. 2014(a), 2016 and 5002 Authorizing the Employment and Retention of Protiviti LLP as Sarbanes-Oxley Compliance Advisors to the Debtors Nunc Pro Tunc to June 30, 2003 (Docket No. 4459)

**Response Deadline:** October 10, 2003 at 4:00 p.m.

**Responses Received:**

    a.    Objection of United States Trustee to Application of the Debtors for Order Authorizing Retention of Protiviti LLP as Sarbanes-Oxley Compliance Consultant (Not filed with the Court)

**Status:** This matter will be going forward.

6. Application of Debtors Pursuant to 11 U.S.C. §§ 105, 327 and 524(g)(4)(B), for the Appointment of C. Judson Hamlin as Legal Representative for Future Claimants (Docket No. 4575)

    **Related Documents:**

        a.    [Proposed] Order Appointing C. Judson Hamlin as Legal Representative for Future Claimants (Docket No. 4575)

        b.    Affidavit of Joanne Wills in Support of Objection of the Unofficial Committee to Application of Debtors Pursuant to 11 U.S.C. §§ 105, 327, and 524(g)(f)(B) for the Appointment of C. Judson Hamlin as Legal Representative for Future Claimants (Docket No. 4622)

        c.    Debtors' Request to Hold in Abeyance Their Application for Appointment of a Futures Representative (Docket No. 4659)

    **Response Deadline:** October 31, 2003 at 4:00 p.m.

    **Responses Received:**

        a.    Objection of the Unofficial Committee to Application of Debtors Pursuant to 11 U.S.C. §§ 105,327, and 524(g)(4)(B) for the Appointment of C. Judson Hamlin as Legal Representative for Future Claimants (Docket No. 4621)

      b.    Objection the United States Trustee to Application of the Debtors for the Appointment of C. Judson Hamlin as Legal Representative for Future Claimants (Docket No. 4640)

      c.    Objection of the Official Committee of Unsecured Creditors to the Application of Debtors Pursuant to 11 U.S.C. §§ 105, 327 and 524(g)(4)(B), for the Appointment of C. Judson Hamlin as Legal Representative for Future Claimants (Docket No. 4644)

      d.    London Market Insurers' Objection to Debtors' Application for the Appointment of C. Judson Hamlin as Legal Representative for Future Claimants (Docket No. 4649)

      e.    Response of the Official Committee of Asbestos Property Damage Claimants to the Debtors' Application for the Appointment of C. Judson Hamlin as Legal Representative for Future Claimants (Docket No. 4655)

**Status:** The Debtors request that this matter be held in abeyance as set forth in related document "c" above.

7.    Motion to Compel *[filed by: Wesconn Co., Inc. and FUS, Inc.] (Docket No. 4577)*

**Related Documents:**

      a.    [Proposed] Order (Docket No. 4577)

**Response Deadline:** October 31, 2003 at 4:00 p.m.

**Responses Received:**

      a.    Debtors' Objection to Wesconn Co., Inc.'s and FUS, Inc.'s Motion to Compel (Docket No. 4645)

**Status:** This matter will be going forward.

## OMNIBUS CLAIM OBJECTIONS

8.    Debtors' First Omnibus Objection to Claims (Substantive) (Docket No. 4088)

**Related Documents:**

      a.    Declaration of David B. Siegel in Support of Debtors' First Omnibus Objection to Claims (Substantive) (Docket No. 4105)

**Response Deadline:** August 8, 2003 at 4:00 p.m.

**Responses Received:**

    a.    Letter Response of Pipeline Services Inc. (Docket No. TBD)

**Status:** The Court has previously entered an order resolving the claim objections included in the Debtors' First Omnibus Objection to Claims, with the exception of the claim of Pipeline Services Inc. This claim will be resolved or continued.

9.    Debtors' Second Omnibus Objection to Claims (Non-Substantive) (Docket No. 4089)

**Related Documents:**

    a.    Declaration of David B. Siegel in Support of Debtors' First Omnibus Objection To Claims (Non-Substantive) (Docket No. 4106)

**Response Deadline:** August 8, 2003 at 4:00 p.m.

**Responses Received:** Unresolved Responses to this matter are listed on the attached Exhibit A.

**Status:** The status of each claim is indicated in the charts attached as Exhibit A.

Dated: November 10, 2003

KIRKLAND & ELLIS LLP
David M. Bernick, P.C.
James H.M. Sprayregen, P.C.
Janet S. Baer
James W. Kapp III
200 East Randolph Drive
Chicago, Illinois 60601
(312) 861-2000

and

PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB P.C.

Laura Davis Jones (Bar No. 2436)
Scotta E. McFarland (Bar No. 4184)
David W. Carickhoff, Jr. (Bar No. 3715)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-counsel for Debtors and Debtors in Possession