## Warren H. Smith & Associates, P.C.
325 North St. Paul Street
Suite 4080
Dallas, TX 75201

*Invoice submitted to:*
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044

October 31, 2003

In Reference To: Bankruptcy Fee Audit Case #01-1139 (JKF)

Invoice #      10455

Professional Services

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| 10/1/2003 | JBA | conference with S. Bossay and A. Volfson re: WRG project database and spreadsheet | 0.30 | 12.00 |
| | SLB | conference with J. Allgood and A. Volfson to set up spreadsheet and Omnibus Order Exhibit files (.3) | 0.30 | 33.00 |
| | AV | Update database with 04.03 - 06.03 9th Int. Invoice for Conway (.1) | 0.10 | 4.00 |
| | AV | conference with S.Bossay and J. Allgood re spreadsheet for WRGrace (.3) | 0.30 | 12.00 |
| | AV | Update database with 08.03 Monthly Invoice for Policano (.1); 08.03 Monthly Invoice for Stroock (.1); 07.03 Monthly Invoice for Pachulski (.1); 07.03 Monthly Invoice for Casner (.1); 08.03 Monthly Invoice for Klett (.1) | 0.50 | 20.00 |
| 10/3/2003 | JBA | Electronic filing with court of Final Report re: PWC 9th Int | 0.30 | 12.00 |
| | AV | Update database with 08.03 Monthly Invoice for Kramer (.1) | 0.10 | 4.00 |
| 10/6/2003 | AV | Update database with 08.03 Monthly Invoice for Ferry (.1); 04.03 - 06.03 9th Int. Invoice for Pitney (.1) | 0.20 | 8.00 |
| | PGS | draft the September 2003 monthly invoice for Warren H. Smith & Associates, P.C. | 0.70 | 56.00 |

W.R. Grace & Co. Page 2

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 10/6/2003 | AV | Update database with 08.03 Monthly Invoice for Kirkland (.1); 08.03 Monthly Invoice for Holme (.1); 04.03 Monthly Invoice for BMC (.1); 05.03 Monthly Invoice for BMC (.1); 06.03 Monthly Invoice for BMC (.1) | 0.50 | 20.00 |
| 10/7/2003 | JBA | Electronic filing with court of Final Report re: Wallace King 9th Int | 0.20 | 8.00 |
| | SLB | complete revision of 9th Int. Final Report - Wallace King (.5) | 0.50 | 55.00 |
| | SLB | complete draft of 9th Int. Final Report - Wallace King (3.2) | 3.20 | 352.00 |
| | WHS | conference with Steve Bossay re Wallace King 9th Int FR | 0.10 | 27.50 |
| | WHS | revise Wallace King 9th Int FR | 0.10 | 27.50 |
| 10/8/2003 | PGS | draft CNO for the August 2003 monthly invoice of Warren H. Smith & Associates, P.C. | 0.10 | 8.00 |
| | PGS | Electronic filing with court of CNO for August 2003 monthly invoice of Warren H. Smith & Associates, P.C. | 0.10 | 8.00 |
| | PGS | Reasearch PACER regarding objections to August 2003 Monthly Invoice of Warren H. Smith & Associates | 0.10 | 8.00 |
| | SLB | draft e-mails to Bilzin and BMC re. 9th Int. apps. (.5) ; e-mail to K&E and Reed Smith re. 9th Int. responses (.4) ; | 0.90 | 99.00 |
| | PGS | Electronic filing with court of September 2003 monthly invoice for Warren H. Smith & Associates, P.C. | 0.10 | 8.00 |
| | SLB | complete draft of 9th Int. Final Reports - Pitney Hardin and CDG (2.2); complete review of app. and draft of 9th Int. Final Report - BMC (4.7) | 6.90 | 759.00 |
| 10/9/2003 | SLB | complete draft of 9th Int. Final Report - Reed smith (5.7) | 5.70 | 627.00 |
| | WHS | detailed review of Pitney Hardin 9th Int FR | 0.10 | 27.50 |

W.R. Grace & Co.                                                                   Page 3

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 10/9/2003 | WHS | detailed review of Conway 9th Int FR | 0.10 | 27.50 |
|  | JBA | Electronic filing with court of Final Reports re: Conway 9th Int (.2), and Pitney Hardin 9th Int (.2) | 0.40 | 16.00 |
| 10/10/2003 | AV | Update database with 08.03 Monthly Invoice for Bilzin (.1); 04.03 - 06.03 9th Int. Invoice for BMC (.1) | 0.20 | 8.00 |
|  | WHS | receive and review 27 misc pleadings | 0.20 | 55.00 |
| 10/12/2003 | WHS | detailed review of 9th Int. FR re BMC | 0.10 | 27.50 |
|  | WHS | revise 9th Int. FR re Reed Smith | 0.10 | 27.50 |
| 10/13/2003 | JBA | Electronic filing with court of Final Reports re: BMC 9th Int (.2), and Reed Smith 9th Int (.3) | 0.50 | 20.00 |
| 10/17/2003 | AV | Update database with 08.03 Monthly Invoice for Reed (.1); 5/30/02 - 8/29/02 Invoice for Hilton (.1) | 0.20 | 8.00 |
|  | SLB | begin draft of 9th Int. Final Report - K&E (2.9) | 2.90 | 319.00 |
| 10/20/2003 | AV | draft for Casner 9th Int. Fee by Project Category Spreadsheet (.2); draft for Conway 9th Int. Fee by Project Category Spreadsheet (.1); draft for Morris 9th Int. Fee by Project Category Spreadsheet (.1) | 0.40 | 16.00 |
|  | AV | draft for Campbell 9th Int. Fee by Project Category Spreadsheet (.2); draft for Caplin 9th Int. Fee by Project Category Spreadsheet (.2); draft for Carella 9th Int. Fee by Project Category Spreadsheet (.2) | 0.60 | 24.00 |
|  | AV | Update database with 9th Int. Initial Report response for Kirkland (.1) | 0.10 | 4.00 |
|  | AV | Update database with 08.03 Monthly Invoice for Woodcock (.1); 07.03 Monthly Invoice for Pitney (.1); 09.03 Monthly Invoice for Carella (.1) | 0.30 | 12.00 |
|  | WHS | revise K&E 9th Int FR | 0.20 | 55.00 |

W.R. Grace & Co.        Page 4

| Date | Initials | Description | Hours | Amount |
|---|---|---|---:|---:|
| 10/20/2003 | SLB | update Grace status chart (.5) | 0.50 | 55.00 |
| | SLB | telephone conference with J. Sakalo - Bilzin re. 9th Int. app. (.2) | 0.20 | 22.00 |
| | SLB | complete draft of 9th Int. Final Report - K&E (2.5) | 2.50 | 275.00 |
| 10/21/2003 | JBA | Electronic filing with court of Final Report re: Kirkland & Ellis 9th Int | 0.30 | 12.00 |
| | WHS | receive and review 2 misc pleadings | 0.10 | 27.50 |
| | WHS | receive and review agenda | 0.10 | 27.50 |
| 10/22/2003 | AV | draft for Kramer 9th Int. Fee by Project Category Spreadsheet (.2); draft for Legal 9th Int. Fee by Project Category Spreadsheet (.1) | 0.30 | 12.00 |
| | AV | draft for Kirkland 9th Int. Fee by Project Category Spreadsheet (.3); draft for Klett 9th Int. Fee by Project Category Spreadsheet (.3) | 0.60 | 24.00 |
| | AV | draft for Elzufon 9th Int. Fee by Project Category Spreadsheet (.2); draft for Ferry 9th Int. Fee by Project Category Spreadsheet (.2); draft for Policano 9th Int. Fee by Project Category Spreadsheet (.2) | 0.60 | 24.00 |
| | AV | Update database with 09.03 Monthly Invoice for Duane (.1) | 0.10 | 4.00 |
| 10/23/2003 | JAW | detailed review of Kikkland, August, 2003, monthly invoice (2.9) | 2.90 | 391.50 |
| | JAW | detailed review of Reed Smith, August, 2003, monthly invoice (2.5) | 2.50 | 337.50 |
| 10/24/2003 | WHS | receive and review agenda | 0.10 | 27.50 |
| | AV | draft for Lukins 9th Int. Fee by Project Category Spreadsheet (.1); draft for Pachulski 9th Int. Fee by Project Category Spreadsheet (.3) | 0.40 | 16.00 |

W.R. Grace & Co. Page 5

| Date | Init | Description | Hours | Amount |
|---|---|---|---:|---:|
| 10/24/2003 | JAW | draft summary of Kirkland, August, 2003, monthly invoice (1.0) | 1.00 | 135.00 |
|  | JAW | draft summary of Reed, August, 2003, monthly invoice (0.1) | 0.10 | 13.50 |
| 10/26/2003 | CC | Detailed review of Stroock & Stroock & Lavan August, 2003 fee application. | 2.50 | 300.00 |
| 10/27/2003 | AV | draft for PWC 9th Int. Fee by Project Category Spreadsheet (.2); draft for Reed 9th Int. Fee by Project Category Spreadsheet (.2) | 0.40 | 16.00 |
|  | AV | Update database with 08.03 Monthly Invoice for Campbell (.1); 08.03 Monthly Invoice for Caplin (.1); 08.03 Monthly Invoice for Legal (.1); 09.03 Monthly Invoice for Bilzin (.1) | 0.40 | 16.00 |
|  | AV | Update database with 08.03 Monthly Invoice for Tersigni (.1); 07.03 Monthly Invoice for Lukins (.1); 08.03 Monthly Invoice for Pachulski (.1) | 0.30 | 12.00 |
| 10/28/2003 | JAW | detailed review of PwC July, 2003, monthly invoice (0.5); draft summary of same (0.2) | 0.70 | 94.50 |
| 10/30/2003 | JBA | Update database with Stroock 9.03 hard-copy | 0.10 | 4.00 |
|  | JAW | detailed review of FTI September, 2003, monthly invoice (0.9); draft summary of same (0.3). | 1.20 | 162.00 |
|  | JAW | detailed review of Stroock September, 2003, monthly invoice (0.8); draft summary of same (0.1). | 0.90 | 121.50 |
| 10/31/2003 | WHS | receive and review 12 misc pleadings | 0.10 | 27.50 |
|  | PGS | Electronic filing with court of Certificate of No Objection for September 2003 for Warren H. Smith & Associates, P.C. | 0.30 | 24.00 |
|  | JAW | detailed review of Duane Morris, July, 2003, monthly invoice (0.2); of August, 2003, monthly invoice (0.2) and September, 2003, monthly invoice (0.2); draft summary of same (0.1). | 0.70 | 94.50 |
|  | AV | draft for Richardson 9th Int. Fee by Project Category Spreadsheet (.2) | 0.20 | 8.00 |

| W.R. Grace & Co. | | Page | 6 |
|---|---|---|---|
| | | **Hours** | **Amount** |
| 10/31/2003 AV | Update database with 09.03 Monthly Invoice for Klett (.1); 09.03 Monthly Invoice for Holme (.1) | 0.20 | 8.00 |
| | **For professional services rendered** | **48.00** | **$5,107.00** |
| | Additional Charges : | | |
| | | | **Price** |
| Third party copies & document prep/setup of Final Report of Bilzin and Richards for the period 04/01/03 - 06/30/03 | | 33.26 | 33.26 |
| Third party copies & document prep/setup of Final Report of Pitney Hardin and Conway for the period 04/01/03 - 06/30/03 | | 26.51 | 26.51 |
| Third party copies & document prep/setup Final Report of BMC and Reed Smith for the period 04/01/03 - 06/30/03 | | 54.91 | 54.91 |
| Third party copies & document prep/setup of Final Report of Stroock, Duane and Caplin for the period 04/01/03 - 06/30/03 | | 46.11 | 46.11 |
| Third party copies & document prep/setup of Final Report of Klett, Elzufon Ricards and Ferry for the period 04/01/03 - 06/30/03 | | 59.46 | 59.46 |
| Third party copies & document prep/setup of Final Report of LAS, Nelson and Tersigni for the period 04/01/03 - 06/30/03 | | 39.76 | 39.76 |
| Third party copies & document prep/setup of September 2003 Monthly Invoice of WHS | | 39.32 | 39.32 |
| Third party copies & document prep/setup of Final Report of Carella, Casner and Lukinsl for the period 04/01/03 - 06/30/03; Final Report of Dunbar for the period 12/01/02 - 02/28/03 | | 65.54 | 65.54 |
| Third party copies & document prep/setup of Final Report of Wachtell cand Campbell for the period 04/01/03 - 06/30/03 | | 26.51 | 26.51 |
| Third party copies & document prep/setup of Final Report of Holme and Pachulski for the period 04/01/03 - 06/30/03 | | 26.51 | 26.51 |
| Third party copies & document prep/setup of Final Report of PwC for the period 04/01/03 - 06/30/03 | | 40.18 | 40.18 |

W.R. Grace & Co.                                                                                                                    Page        7

|  | Price | Amount |
|---|---|---|
| Third party copies & document prep/setup of Final Report of Wallace King 04/01/03 - 06/30/03; Final Report of Cobley for the period 02/01/03 - 04/30/03 | 73.01 | 73.01 |
| Pacer charges 07/01/03-09/30/03 | 15.89 | 15.89 |
| Long distance charges for September 2003 | 0.22 | 0.22 |

**Total costs**                                                                                                                           **$547.19**

**Total amount of this bill**                                                                                                       **$5,654.19**

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Alayne Volfson | 7.00 | 40.00 | $280.00 |
| Colleen Canion | 2.50 | 120.00 | $300.00 |
| James A Wehrmann | 10.00 | 135.00 | $1,350.00 |
| Jeff B. Allgood | 2.10 | 40.00 | $84.00 |
| Priscilla G Stidham | 1.40 | 80.00 | $112.00 |
| Stephen L. Bossay | 23.60 | 110.00 | $2,596.00 |
| Warren H Smith | 1.40 | 275.00 | $385.00 |