```
Date: 08/19/03            Legal Analysis Systems, Inc.
Time: 8:00am                                                          Page 1


                    W. R. Grace, Inc. % Elihu Inselbuch
                    Caplin & Drysdale
                    399 Park Avenue, 27th Floor
                    New York, New York 10022


Date/Slip# Description                                    HOURS/RATE   AMOUNT
-------------------------------------------------------------------------------
 07/01/03  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest)  0.4  200.00
 #4103     Review Goldman Sachs analysis of alternative         500.00
           processes for paying claims

 07/21/03  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest)  0.2  100.00
 #4136     Review materials on Chambers re: allowance of claims 500.00

 07/31/03  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  0.1   33.00
 #4352     review Plotsky vu-graphs, review old Goldman Sachs   330.00
           viewgraphs
```

{D0013025:1 }

```
Date: 08/19/03              Legal Analysis Systems, Inc.
Time: 8:00am                                                           Page 2

                    W. R. Grace (continued)


Date/Slip# Description                                      HOURS/RATE   AMOUNT
-------------------------------------------------------------------------------
07/01/03   Peterson   / (07) Committee, Creditors'               0.4     200.00
#4101      Meet with Inselbuch, Finch and committee members to 500.00
           discuss alternative process for paying claims

07/01/03   Peterson   / (07) Committee, Creditors'               0.3     150.00
#4102      Work with Finch on alternative processes for paying 500.00
           claims

07/01/03   Relles     / (07) Committee, Creditors'               0.1      33.00
#4301      summarize liability and send to Finch               330.00

07/02/03   Peterson   / (07) Committee, Creditors'               0.1      50.00
#4107      telephone Relles, Inselbuch, Finch re: design of    500.00
           report

07/02/03   Relles     / (07) Committee, Creditors'               0.1      33.00
#4311      telephone Peterson, Inselbuch, Finch re: design of  330.00
           report
```

{D0013025:1 }

```
Date: 08/19/03            Legal Analysis Systems, Inc.
Time: 8:00am                                                              Page 3

                       W. R. Grace (continued)


Date/Slip#  Description                                    HOURS/RATE    AMOUNT
-------------------------------------------------------------------------------
 07/01/03   Peterson  / (28) Data Analysis                       0.1      50.00
 #4104      telephone Relles (several) re: Manville data      500.00
            acquisition, computations to support testimony

 07/01/03   Relles    / (28) Data Analysis                       0.1      33.00
 #4302      telephone Peterson (several) re: Manville data    330.00
            acquisition, computations to support testimony

 07/01/03   Relles    / (28) Data Analysis                       0.2      66.00
 #4303      telephone Haden re: acquiring Manville data; receive 330.00
            and test database

 07/01/03   Relles    / (28) Data Analysis                       0.1      33.00
 #4304      email to CRMC analyst Guitierrez concerning need for 330.00
            revised dataset

 07/01/03   Relles    / (28) Data Analysis                       0.2      66.00
 #4305      receive and examine revised dataset; link with data  330.00
            from seven defendants

 07/01/03   Relles    / (28) Data Analysis                       0.1      33.00
 #4306      organize data from Peterson notes                 330.00

 07/01/03   Relles    / (28) Data Analysis                       0.1      33.00
 #4307      determine new dollar values                       330.00

 07/01/03   Relles    / (28) Data Analysis                       0.2      66.00
 #4308      compute total cost of various plans               330.00

 07/02/03   Peterson  / (28) Data Analysis                       1.3     650.00
 #4105      Work on analysis of claim eligibility under proposed 500.00
            claims criteria

 07/02/03   Peterson  / (28) Data Analysis                       0.1      50.00
 #4106      telephone Relles re: cost of plans                500.00

 07/02/03   Peterson  / (28) Data Analysis                       0.1      50.00
 #4108      telephone Relles (several) re: progress on report 500.00

 07/02/03   Relles    / (28) Data Analysis                       0.1      33.00
 #4309      telephone Peterson re: cost of plans              330.00

 07/02/03   Relles    / (28) Data Analysis                       0.1      33.00
 #4310      process ARPC data for input to projection programs 330.00
```

```
Date: 08/19/03            Legal Analysis Systems, Inc.
Time: 8:00am                                                        Page 4

                 W. R. Grace (continued)


Date/Slip#  Description                                    HOURS/RATE   AMOUNT
-------------------------------------------------------------------------------
 07/02/03   Relles    / (28) Data Analysis                        0.4   132.00
 #4312      modify projection programs to support new report    330.00
            requirements

 07/02/03   Relles    / (28) Data Analysis                        0.2    66.00
 #4313      generate tables for backup documents                330.00

 07/02/03   Relles    / (28) Data Analysis                        0.1    33.00
 #4314      generate graphics based on report requirements     330.00

 07/02/03   Relles    / (28) Data Analysis                        0.2    66.00
 #4315      enter tables into report, revise and redesign report 330.00
            as required

 07/02/03   Relles    / (28) Data Analysis                        0.1    33.00
 #4316      integrate text, tables, and backup documents; send  330.00
            materials

 07/02/03   Relles    / (28) Data Analysis                        0.1    33.00
 #4317      telephone Peterson (several) re: progress on report 330.00

 07/03/03   Peterson  / (28) Data Analysis                        1.2   600.00
 #4109      Work on analysis of claim eligibility under proposed 500.00
            claims criteria

 07/03/03   Peterson  / (28) Data Analysis                        0.1    50.00
 #4110      telephone Relles re: Excel graphics                  500.00

 07/03/03   Peterson  / (28) Data Analysis                        0.1    50.00
 #4111      telephone Relles (several calls) re: production of   500.00
            documents

 07/03/03   Relles    / (28) Data Analysis                        0.1    33.00
 #4318      review final Peterson document; telephone Finch and  330.00
            Peterson re: problems with graphics

 07/03/03   Relles    / (28) Data Analysis                        0.1    33.00
 #4319      prepare additional tables for report                 330.00

 07/03/03   Relles    / (28) Data Analysis                        0.1    33.00
 #4320      prepare input for Excel graphics; telephone Peterson 330.00
            re: same

 07/03/03   Relles    / (28) Data Analysis                        0.1    33.00
 #4321      telephone and email Plotsky re: Excel graphics       330.00
```

{D0013025:1 }

```
Date: 08/19/03              Legal Analysis Systems, Inc.
Time: 8:00am                                                             Page 5

                    W. R. Grace (continued)


Date/Slip#  Description                                     HOURS/RATE   AMOUNT
-------------------------------------------------------------------------------
 07/03/03   Relles    / (28) Data Analysis                       0.1      33.00
 #4322      review initial drafts of documents and graphics   330.00

 07/03/03   Relles    / (28) Data Analysis                       0.1      33.00
 #4323      telephone Peterson (several calls) re: production of 330.00
            documents

 07/03/03   Relles    / (28) Data Analysis                       0.2      66.00
 #4324      work on Appendix: organize and format tables, review 330.00
            output

 07/04/03   Peterson  / (28) Data Analysis                       0.8     400.00
 #4112      Work on analysis of claim eligibility under proposed 500.00
            claims criteria

 07/04/03   Peterson  / (28) Data Analysis                       0.1      50.00
 #4113      telephone Relles (2 calls) re: review of appendix   500.00
            tables

 07/04/03   Relles    / (28) Data Analysis                       0.3      99.00
 #4325      print and review report + appendix; check all       330.00
            results; reproduce key tables; ensure consistency
            between report and appendix

 07/04/03   Relles    / (28) Data Analysis                       0.1      33.00
 #4326      telephone Peterson (2 calls) re: review of appendix 330.00
            tables

 07/05/03   Peterson  / (28) Data Analysis                       1.3     650.00
 #4114      Work on analysis of claim eligibility under proposed 500.00
            claims criteria

 07/05/03   Peterson  / (28) Data Analysis                       0.1      50.00
 #4115      telephone Relles (several) re: step by step         500.00
            discussion of appendix, plans for revisions

 07/05/03   Peterson  / (28) Data Analysis                       0.1      50.00
 #4116      telephone Relles (several) re: decisions about      500.00
            revisions

 07/05/03   Peterson  / (28) Data Analysis                       0.1      50.00
 #4117      telephone Relles (several) re: decisions from       500.00
            conference call, requirement to separate out
            projections between presents and futures
```

```
Date: 08/19/03              Legal Analysis Systems, Inc.
Time: 8:00am                                                           Page 6

                    W. R. Grace (continued)


Date/Slip#  Description                               HOURS/RATE    AMOUNT
-----------------------------------------------------------------------------
 07/05/03  Relles    / (28) Data Analysis                   0.1      33.00
 #4327     telephone Peterson (several calls) re: step by step  330.00
           discussion of appendix, plans for revisions

 07/05/03  Relles    / (28) Data Analysis                   0.3      99.00
 #4328     revise appendix; telephone Peterson (several) re:   330.00
           decisions about revisions; send to Peterson

 07/05/03  Relles    / (28) Data Analysis                   0.1      33.00
 #4329     telephone Peterson (several) re: decisions from    330.00
           conference call, requirement to separate out
           projections between presents and futures

 07/05/03  Relles    / (28) Data Analysis                   0.2      66.00
 #4330     redo several tables from appendix by presents and  330.00
           futures

 07/06/03  Peterson  / (28) Data Analysis                   1.4     700.00
 #4118     Work on analysis of claim eligibility under proposed 500.00
           claims criteria

 07/06/03  Peterson  / (28) Data Analysis                   0.1      50.00
 #4119     telephone Relles re: contents of tables           500.00

 07/06/03  Peterson  / (28) Data Analysis                   0.1      50.00
 #4120     telephone Relles (several) re: how we modeled     500.00
           present claims

 07/06/03  Relles    / (28) Data Analysis                   0.1      33.00
 #4331     assemble and format new appendix tables; telephone  330.00
           Peterson re: contents of tables; send to Peterson

 07/06/03  Relles    / (28) Data Analysis                   0.1      33.00
 #4332     telephone Peterson (several) re: how we modeled    330.00
           present claims

 07/07/03  Peterson  / (28) Data Analysis                   1.2     600.00
 #4121     Work on analysis of claim eligibility under proposed 500.00
           claims criteria

 07/07/03  Peterson  / (28) Data Analysis                   0.1      50.00
 #4122     telephone Relles (several) re: law firm findings   500.00
```

{D0013025:1 }

```
Date: 08/19/03              Legal Analysis Systems, Inc.
Time: 8:00am                                                         Page 7

                    W. R. Grace (continued)


Date/Slip#  Description                                   HOURS/RATE   AMOUNT
-----------------------------------------------------------------------------
07/07/03    Relles    / (28) Data Analysis                       0.2    66.00
#4333       organize settlements data from law firms; summarize 330.00
            settlement averages by firm, number of defendants,
            and disease

07/07/03    Relles    / (28) Data Analysis                       0.1    33.00
#4334       telephone Peterson (several) re: law firm findings  330.00

07/07/03    Relles    / (28) Data Analysis                       0.1    33.00
#4335       evaluate total obligation with law firm averages    330.00

07/08/03    Peterson  / (28) Data Analysis                       1.2   600.00
#4123       Work on analysis of claim eligibility under proposed 500.00
            claims criteria

07/09/03    Peterson  / (28) Data Analysis                       0.8   400.00
#4124       Work on analysis of alternative methods for paying  500.00
            asbestos claims

07/10/03    Peterson  / (28) Data Analysis                       0.6   300.00
#4125       Review and send various emails re: alternative      500.00
            methods for paying asbestos claims; review analysis
            of alternative methods

07/11/03    Brelsford / (28) Data Analysis                       0.1    20.00
#4801       develop slide presentation                          200.00

07/11/03    Peterson  / (28) Data Analysis                       0.3   150.00
#4126       Review summaries and comments on alternative methods 500.00
            for paying asbestos claims

07/11/03    Peterson  / (28) Data Analysis                       0.6   300.00
#4127       Work on analyses of alternative methods for paying  500.00
            asbestos claims

07/12/03    Peterson  / (28) Data Analysis                       0.2   100.00
#4128       Correspondence on alternative methods for paying    500.00
            asbestos claims

07/12/03    Peterson  / (28) Data Analysis                       0.3   150.00
#4129       Work on analyses of alternative methods for paying  500.00
            asbestos claims

07/13/03    Peterson  / (28) Data Analysis                       0.7   350.00
#4130       Work on analyses of alternative methods for paying  500.00
            asbestos claims
```

{D0013025:1 }

```
Date: 08/19/03              Legal Analysis Systems, Inc.
Time: 8:00am                                                             Page 8

                    W. R. Grace (continued)


Date/Slip# Description                                   HOURS/RATE     AMOUNT
-------------------------------------------------------------------------------
 07/13/03  Peterson  / (28) Data Analysis                     0.2       100.00
 #4131     review, file, and archive email and other documents  500.00

 07/13/03  Relles    / (28) Data Analysis                     0.2        66.00
 #4336     develop new parameter sets to explore Goldman Sachs  330.00
           estimates

 07/14/03  Peterson  / (28) Data Analysis                     0.3       150.00
 #4132     Work on analysis of alternative methods for paying   500.00
           asbestos claims

 07/14/03  Relles    / (28) Data Analysis                     0.2        66.00
 #4337     run projections using new Goldman Sachs numbers;    330.00
           compare with old projections; summarize and send to
           Peterson

 07/15/03  Peterson  / (28) Data Analysis                     0.4       200.00
 #4133     Work on analysis of alternative methods for paying   500.00
           asbestos claims

 07/16/03  Peterson  / (28) Data Analysis                     0.8       400.00
 #4134     Work on analysis of alternative methods for paying   500.00
           asbestos claims

 07/16/03  Relles    / (28) Data Analysis                     0.1        33.00
 #4338     preparation for Washington trip to CBO              330.00

 07/17/03  Peterson  / (28) Data Analysis                     0.8       400.00
 #4135     Meetings with Relles, CBO and staff and others about 500.00
           alternative methods for paying asbestos claims

 07/17/03  Relles    / (28) Data Analysis                     0.3        99.00
 #4339     meeting with Peterson re: develop presentation for  330.00
           CBO, other congressional staff

 07/17/03  Relles    / (28) Data Analysis                     0.2        66.00
 #4340     attend meeting at CBO with Peterson                 330.00

 07/18/03  Brelsford / (28) Data Analysis                     0.4        80.00
 #4802     work on slide presentation                          200.00

 07/21/03  Peterson  / (28) Data Analysis                     0.1        50.00
 #4137     Telephone conference with Walker re: forecasts of   500.00
           future claims qualifying for payment
```

{D0013025:1 }

```
Date: 08/19/03              Legal Analysis Systems, Inc.
Time: 8:00am                                                              Page 9

                     W. R. Grace (continued)


Date/Slip# Description                                       HOURS/RATE   AMOUNT
-------------------------------------------------------------------------------
 07/22/03  Peterson  / (28) Data Analysis                           0.3   150.00
 #4138     Review materials on alternative methods for paying    500.00
           asbestos claims; send analyses to CBO

 07/22/03  Relles    / (28) Data Analysis                           0.2    66.00
 #4341     produce projections by disease for CBO                330.00

 07/28/03  Peterson  / (28) Data Analysis                           0.4   200.00
 #4139     Review proposals for payment of claims; telephone     500.00
           Walker about analysis of proposals

 07/29/03  Peterson  / (28) Data Analysis                           0.6   300.00
 #4140     Compare claims requirements for alternative plans     500.00
           for paying asbestos claims

 07/29/03  Peterson  / (28) Data Analysis                           0.1    50.00
 #4141     Telephone Relles to discuss analysis of alternative   500.00
           methods for paying claims

 07/29/03  Relles    / (28) Data Analysis                           0.1    33.00
 #4342     telephone Peterson re: latest analysis plans          330.00

 07/29/03  Relles    / (28) Data Analysis                           0.1    33.00
 #4343     review recent computations to carry out analysis      330.00

 07/30/03  Peterson  / (28) Data Analysis                           0.7   350.00
 #4142     Prepare detailed review of claims allowed under       500.00
           alternative analyses for paying claims

 07/30/03  Peterson  / (28) Data Analysis                           0.8   400.00
 #4143     Telephone Relles re: analysis for alternative         500.00
           methods for paying claims

 07/30/03  Relles    / (28) Data Analysis                           0.1    33.00
 #4344     telephone Peterson (several calls) re: status, next  330.00
           steps

 07/30/03  Relles    / (28) Data Analysis                           0.1    33.00
 #4345     update files to include latest Goldman Sachs          330.00
           parameters

 07/30/03  Relles    / (28) Data Analysis                           0.1    33.00
 #4346     update LAS dollar values based on new distributions   330.00
           between ever and never smoked
```

{D0013025:1 }

```
Date: 08/19/03              Legal Analysis Systems, Inc.
Time: 8:00am                                                          Page 10

                       W. R. Grace (continued)


Date/Slip#  Description                                    HOURS/RATE   AMOUNT
------------------------------------------------------------------------------
 07/31/03   Peterson  / (28) Data Analysis                       0.9    450.00
 #4144      Prepare detailed review of claims allowed under   500.00
            alternative analyses for paying claims

 07/31/03   Peterson  / (28) Data Analysis                       0.1     50.00
 #4145      Telephone Relles re: documentation of analysis for 500.00
            claims payment alternatives

 07/31/03   Peterson  / (28) Data Analysis                       0.1     50.00
 #4146      conference call with Relles and Plotsky re: new   500.00
            report

 07/31/03   Relles    / (28) Data Analysis                       0.1     33.00
 #4347      run flow models with LAS and Goldman Sachs        330.00
            parameters

 07/31/03   Relles    / (28) Data Analysis                       0.2     66.00
 #4348      generate tabulations for use in new report        330.00

 07/31/03   Relles    / (28) Data Analysis                       0.1     33.00
 #4349      update tables for new report                     330.00

 07/31/03   Relles    / (28) Data Analysis                       0.2     66.00
 #4350      telephone Peterson (several calls) re: new report; 330.00
            work on report

 07/31/03   Relles    / (28) Data Analysis                       0.1     33.00
 #4351      conference call with Peterson and Plotsky re: new 330.00
            report

------------------------------------------------------------------------------
```

{D0013025:1 }

```
Date: 08/19/03              Legal Analysis Systems, Inc.
Time: 8:00am                                                            Page 11

                        W. R. Grace (continued)

                Summary Of Time Charges, By Month and Activity
                           July 2003 - July 2003

   MONTH        ACTIVITY                                       HOURS    AMOUNT
   ---------------------------------------------------------------------------
   July      - (05) Claims Anal Objectn/Resolutn (Asbest)        0.7     333.00
   July      - (07) Committee, Creditors'                        1.0     466.00
   July      - (28) Data Analysis                               27.4   12326.00
   July      - (99) Total                                       29.1   13125.00

   Total     - (05) Claims Anal Objectn/Resolutn (Asbest)        0.7     333.00
   Total     - (07) Committee, Creditors'                        1.0     466.00
   Total     - (28) Data Analysis                               27.4   12326.00
   Total     - (99) Total                                       29.1   13125.00


------------------------------------------------------------------------------
```

{D0013025:1 }

```
Date: 08/19/03            Legal Analysis Systems, Inc.
Time: 8:00am                                                              Page 12

                      W. R. Grace (continued)

              Summary Of Time Charges, By Month and Person
                         July 2003 - July 2003

 MONTH      PERSON                                          HOURS      AMOUNT
 ------------------------------------------------------------------------------
 July     - Relles                                            7.5     2475.00
 July     - Peterson                                         21.1    10550.00
 July     - Brelsford                                         0.5      100.00
 July     - Total                                            29.1    13125.00

 Total    - Relles                                            7.5     2475.00
 Total    - Peterson                                         21.1    10550.00
 Total    - Brelsford                                         0.5      100.00
 Total    - Total                                            29.1    13125.00


 ------------------------------------------------------------------------------
```

{D0013025:1 }

```
Date: 08/19/03              Legal Analysis Systems, Inc.
Time: 8:00am                                                              Page 13

                        W. R. Grace (continued)

              Summary Of Time Charges, By Activity, Month, and Person
                            July 2003 - July 2003

 MONTH       PERSON                                    HOURS    RATE    AMOUNT
 ------------------------------------------------------------------------------
 (05) Claims Anal Objectn/Resolutn (Asbest)

 July      - Relles                                      0.1    330.      33.00
 July      - Peterson                                    0.6    500.     300.00

 (07) Committee, Creditors'

 July      - Relles                                      0.2    330.      66.00
 July      - Peterson                                    0.8    500.     400.00

 (28) Data Analysis

 July      - Relles                                      7.2    330.    2376.00
 July      - Peterson                                   19.7    500.    9850.00
 July      - Brelsford                                   0.5    200.     100.00

 ------------------------------------------------------------------------------
```

{D0013025:1 }