```
Date: 10/25/03           Legal Analysis Systems, Inc.
Time: 8:00am                                                         Page 1


                    W. R. Grace, Inc. % Elihu Inselbuch
                    Caplin & Drysdale
                    399 Park Avenue, 27th Floor
                    New York, New York 10022


Date/Slip# Description                                   HOURS/RATE   AMOUNT
-----------------------------------------------------------------------------
 09/01/03  Brelsford / (28) Data Analysis                       0.1    20.00
 #6801     develop Peterson slide presentation               200.00

 09/01/03  Peterson  / (28) Data Analysis                       1.0   500.00
 #6101     Work on analysis of alternative methods for paying 500.00
           asbestos claims; telephone Relles (several calls)

 09/01/03  Relles    / (28) Data Analysis                       0.2    66.00
 #6301     telephone Peterson (several calls) re: alternative 330.00
           methods for paying asbestos claims analyses and
           report

 09/01/03  Relles    / (28) Data Analysis                       0.7   231.00
 #6302     run analyses of alternative methods for paying     330.00
           asbestos claims; enter numbers into report

 09/02/03  Brelsford / (28) Data Analysis                       0.4    80.00
 #6802     develop Peterson slide presentation               200.00

 09/02/03  Brelsford / (28) Data Analysis                       0.1    20.00
 #6803     emails (several), telephone Relles re: production of 200.00
           slides for Peterson presentation

 09/02/03  Peterson  / (28) Data Analysis                       0.9   450.00
 #6102     Work on analysis of alternative methods for paying 500.00
           asbestos claims; telephone Relles (several calls)

 09/02/03  Relles    / (28) Data Analysis                       0.1    33.00
 #6303     emails (several), telephone Brelsford re: production 330.00
           of slides for Peterson presentation

 09/02/03  Relles    / (28) Data Analysis                       0.2    66.00
 #6304     telephone Peterson (several calls) re: alternative 330.00
           methods for paying asbestos claims, analyses and
           report

 09/02/03  Relles    / (28) Data Analysis                       0.8   264.00
 #6305     run analyses on alternative methods for paying     330.00
           asbestos claims; develop graphics; enter numbers
           into report

 09/03/03  Brelsford / (28) Data Analysis                       0.1    20.00
 #6804     develop Peterson report graphics                  200.00
```

{D0015185:1 }

```
Date: 10/25/03            Legal Analysis Systems, Inc.
Time: 8:00am                                                           Page 2

                        W. R. Grace (continued)


Date/Slip# Description                                    HOURS/RATE   AMOUNT
------------------------------------------------------------------------------
 09/03/03  Brelsford / (28) Data Analysis                        0.4    80.00
 #6805     develop Peterson slide presentation                200.00

 09/03/03  Brelsford / (28) Data Analysis                        0.1    20.00
 #6806     emails (several), telephone Relles re: production  200.00
           of slides for Peterson presentation

 09/03/03  Peterson  / (28) Data Analysis                        0.5   250.00
 #6103     Work on analysis of alternative methods for paying 500.00
           asbestos claims; telephone Relles (several calls)

 09/03/03  Relles    / (28) Data Analysis                        0.1    33.00
 #6306     emails (several), telephone Brelsford re: production 330.00
           of slides for Peterson presentation

 09/03/03  Relles    / (28) Data Analysis                        0.2    66.00
 #6307     telephone Peterson (several calls) re: alternative  330.00
           methods for paying asbestos claims, analyses and
           report

 09/03/03  Relles    / (28) Data Analysis                        0.4   132.00
 #6308     update document and graphics; prepare documents and 330.00
           send to Inselbuch

 09/04/03  Brauner   / (28) Data Analysis                        0.1    18.50
 #6501     meet with Relles re: graphics                      185.00

 09/04/03  Brelsford / (28) Data Analysis                        0.2    40.00
 #6807     develop Peterson slide presentation                200.00

 09/04/03  Relles    / (28) Data Analysis                        0.2    66.00
 #6309     revise presentation                                330.00

 09/04/03  Relles    / (28) Data Analysis                        0.1    33.00
 #6310     several emails to Brelsford re: integration of old 330.00
           and new analyses

 09/04/03  Relles    / (28) Data Analysis                        0.1    33.00
 #6311     develop graphics for presentation                  330.00

 09/04/03  Relles    / (28) Data Analysis                        0.1    33.00
 #6312     meet with Brauner re: graphics                     330.00

 09/05/03  Brelsford / (28) Data Analysis                        0.1    20.00
 #6808     develop Peterson slide presentation                200.00
```

{D0015185:1 }

```
Date: 10/25/03           Legal Analysis Systems, Inc.
Time: 8:00am                                                        Page 3

                W. R. Grace (continued)


Date/Slip#  Description                                    HOURS/RATE   AMOUNT
-------------------------------------------------------------------------------
09/05/03    Peterson  / (28) Data Analysis                       0.5    250.00
#6104       Work on analysis of alternative methods for paying  500.00
            asbestos claims; telephone Relles re: integrated
            briefing

09/05/03    Relles    / (28) Data Analysis                       0.1     33.00
#6313       email communication with Brelsford re: document,    330.00
            vugraph production

09/05/03    Relles    / (28) Data Analysis                       0.1     33.00
#6314       organize charts for Peterson; telephone Peterson re: 330.00
            constructing an integrated briefing

09/06/03    Peterson  / (28) Data Analysis                       0.8    400.00
#6105       Work on analysis of alternative methods for paying  500.00
            asbestos claims; telephone Relles re: same

09/06/03    Relles    / (28) Data Analysis                       0.5    165.00
#6315       revise Peterson briefing re: examining forecast     330.00
            differences and the implicates of Bates' Insurer
            Study; telephone Peterson to discuss

09/07/03    Brelsford / (28) Data Analysis                       0.2     40.00
#6809       develop Peterson slide presentation: table titles,  200.00
            graphics, footnotes, pointsize

09/07/03    Brelsford / (28) Data Analysis                       0.1     20.00
#6810       develop Peterson slide presentation                 200.00

09/07/03    Brelsford / (28) Data Analysis                       0.1     20.00
#6811       emails (several), telephone Relles re: production of 200.00
            slides for Peterson presentation

09/07/03    Peterson  / (28) Data Analysis                       0.8    400.00
#6106       Work on analysis of alternative methods for paying  500.00
            asbestos claims

09/07/03    Relles    / (28) Data Analysis                       0.1     33.00
#6316       emails (several), telephone Brelsford re: production 330.00
            of slides for Peterson presentation

09/07/03    Relles    / (28) Data Analysis                       0.5    165.00
#6317       reorganize Peterson briefings                       330.00
```

{D0015185:1 }

```
Date: 10/25/03            Legal Analysis Systems, Inc.
Time: 8:00am                                                          Page 4

                    W. R. Grace (continued)


Date/Slip# Description                                    HOURS/RATE    AMOUNT
-------------------------------------------------------------------------------
 09/07/03  Relles    / (28) Data Analysis                      0.7     231.00
 #6318     regenerate projections and graphics to support new 330.00
           organization; develop text; revise slides

 09/08/03  Brelsford / (28) Data Analysis                      0.3      60.00
 #6812     develop Peterson slide presentation: bullet spacing, 200.00
           pointsize

 09/08/03  Brelsford / (28) Data Analysis                      0.1      20.00
 #6813     develop Peterson slide presentation               200.00

 09/08/03  Brelsford / (28) Data Analysis                      0.1      20.00
 #6814     develop Peterson report                          200.00

 09/08/03  Peterson  / (28) Data Analysis                      0.8     400.00
 #6107     Work on analysis of alternative methods for paying 500.00
           asbestos claims

 09/08/03  Relles    / (28) Data Analysis                      0.9     297.00
 #6319     develop draft briefing; revise slides: graphics,   330.00
           text, and tables; proofread

 09/09/03  Brelsford / (28) Data Analysis                      0.1      20.00
 #6815     develop Peterson slide forecast presentation     200.00

 09/09/03  Brelsford / (28) Data Analysis                      0.3      60.00
 #6816     work on report and slide presentation            200.00

 09/09/03  Brelsford / (28) Data Analysis                      0.3      60.00
 #6817     appendices for Peterson presentation             200.00

 09/09/03  Peterson  / (28) Data Analysis                      0.4     200.00
 #6108     Work on analysis of alternative methods for paying 500.00
           asbestos claims

 09/09/03  Relles    / (28) Data Analysis                      0.5     165.00
 #6320     format and complete appendices plus two-page      330.00
           summary; revise multiple briefings for consistency;
           continue to modify graphics, text, and tables

 09/09/03  Relles    / (28) Data Analysis                      0.1      33.00
 #6321     proofread various drafts                         330.00
```

{D0015185:1 }

```
Date: 10/25/03              Legal Analysis Systems, Inc.
Time: 8:00am                                                                Page 5

                        W. R. Grace (continued)


Date/Slip# Description                                       HOURS/RATE      AMOUNT
-------------------------------------------------------------------------------
 09/09/03  Relles    / (28) Data Analysis                           0.2       66.00
 #6322     implement final revisions; prepare dissemination      330.00
           materials; implement final revisions and
           corrections; send materials

 09/10/03  Brelsford / (28) Data Analysis                           0.1       20.00
 #6818     work on Peterson report                               200.00

 09/10/03  Brelsford / (28) Data Analysis                           0.3       60.00
 #6819     work on Peterson slide presentation                   200.00

 09/10/03  Peterson  / (28) Data Analysis                           0.4      200.00
 #6109     Work on analysis of alternative methods for paying    500.00
           asbestos claims; meet with Relles re: same

 09/10/03  Relles    / (28) Data Analysis                           0.1       33.00
 #6323     meeting Peterson re: briefings                        330.00

 09/11/03  Brelsford / (28) Data Analysis                           0.1       20.00
 #6820     work on Peterson slide presentation                   200.00

 09/11/03  Brelsford / (28) Data Analysis                           0.1       20.00
 #6821     emails (several), telephone Relles re: production of  200.00
           slides for Peterson presentation

 09/11/03  Peterson  / (28) Data Analysis                           0.4      200.00
 #6110     Work on analysis of alternative methods for paying    500.00
           asbestos claims

 09/11/03  Relles    / (28) Data Analysis                           0.1       33.00
 #6324     emails (several), telephone Brelsford re: production 330.00
           of slides for Peterson presentation

 09/12/03  Peterson  / (28) Data Analysis                           0.2      100.00
 #6111     Review analyses and send to attorneys and others     500.00

-------------------------------------------------------------------------------
```

{D0015185:1 }

```
Date: 10/25/03              Legal Analysis Systems, Inc.
Time: 8:00am                                                           Page 6

                        W. R. Grace (continued)

               Summary Of Time Charges, By Month and Activity
                       September 2003 - September 2003

   MONTH       ACTIVITY                                         HOURS    AMOUNT
   ----------------------------------------------------------------------------
   September - (28) Data Analysis                                17.6   6451.50
   September - (99) Total                                        17.6   6451.50

   Total     - (28) Data Analysis                                17.6   6451.50
   Total     - (99) Total                                        17.6   6451.50


   -----------------------------------------------------------------------------
```

{D0015185:1 }

```
Date: 10/25/03            Legal Analysis Systems, Inc.
Time: 8:00am                                                        Page 7

                       W. R. Grace (continued)

               Summary Of Time Charges, By Month and Person
                     September 2003 - September 2003

 MONTH        PERSON                                        HOURS    AMOUNT
 ---------------------------------------------------------------------------
 September - Relles                                           7.1   2343.00
 September - Peterson                                         6.7   3350.00
 September - Brauner                                          0.1     18.50
 September - Brelsford                                        3.7    740.00
 September - Total                                           17.6   6451.50

 Total     - Relles                                           7.1   2343.00
 Total     - Peterson                                         6.7   3350.00
 Total     - Brauner                                          0.1     18.50
 Total     - Brelsford                                        3.7    740.00
 Total     - Total                                           17.6   6451.50


-----------------------------------------------------------------------------
```

{D0015185:1 }

```
Date: 10/25/03            Legal Analysis Systems, Inc.
Time: 8:00am                                                        Page 8

                    W. R. Grace (continued)

          Summary Of Time Charges, By Activity, Month, and Person
                      September 2003 - September 2003

  MONTH       PERSON                                 HOURS    RATE     AMOUNT
  ---------------------------------------------------------------------------
  (28) Data Analysis

  September - Relles                                   7.1    330.    2343.00
  September - Peterson                                 6.7    500.    3350.00
  September - Brauner                                  0.1    185.      18.50
  September - Brelsford                                3.7    200.     740.00

  ---------------------------------------------------------------------------
```