Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1

W.R. Grace                                          07/31/2003
Wilmington  DE                          ACCOUNT NO: 3000-00D
                                        STATEMENT NO:      22

Costs and Expenses


PREVIOUS BALANCE                              -$542.81


CREDIT BALANCE                                -$542.81
                                              ========


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                         Page: 1
W.R. Grace                                             07/31/2003
Wilmington  DE                          ACCOUNT NO: 3000-01D
                                        STATEMENT NO:      26

Asset Analysis and Recovery



     PREVIOUS BALANCE                            $5,488.80


     BALANCE DUE                                 $5,488.80
                                                 =========



                    Any payments received after the statement date will be
                    applied to next month's statement.  Please note your
                    account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                        Page: 1
W.R. Grace                                            07/31/2003
Wilmington  DE                          ACCOUNT NO: 3000-02D
                                        STATEMENT NO:      26


Asset Disposition



        PREVIOUS BALANCE                              $729.30


                                             HOURS
07/03/03
    MTH Reviewing Summit Ventures Motion to
        Compel Assumption of Contract and
        correspondence to MRE re same.           0.20    53.00

07/08/03
    MTH Correspondence to M. Berkin re analysis
        of Summit Motion to Compel assumption of
        contract.                                0.50   132.50

07/09/03
    MTH telephone conference with M. Berkin re
        Summit Ventures Motion to Compel.        0.10    26.50

07/10/03
    MRE Meeting with MTH regarding Summit motion 0.20    55.00
    MTH Reviewing Motion to Compel from Summit
        Ventures and telephone conversation with
        Chris Lane re same.                      0.50   132.50
    MTH Meeting with MRE re analysis re Summit
        Motion to Compel Assumption and
        discussion with C. Lane re same.         0.20    53.00
    MTH telephone conference with M. Berkin re
        Summit Motion to Compel.                 0.20    53.00

07/11/03
    MRE Review of e-mail from MTH to PVNL
        regarding Summit motion                  0.10    27.50

07/21/03
    MTH Reviewing COC and Agreed Order re Summit
        Ventures Motion to Compel Assumption.    0.20    53.00

```
                                                    Page: 2
     W.R. Grace                                   07/31/2003
                                     ACCOUNT NO: 3000-02D
                                     STATEMENT NO:      26

     Asset Disposition




                                          HOURS
07/28/03
     MRE  Review of Debtors Eight Quarterly Report
          of Asset Sales                         0.10     27.50
     MRE  Review of Debtors report  of action for
          Eighth Quarterly Report for certain
          claims                                 0.10     27.50
                                                 ----   ------
          FOR CURRENT SERVICES RENDERED          2.40    641.00

                       RECAPITULATION
     TIMEKEEPER              HOURS HOURLY RATE      TOTAL
     Mark T. Hurford         1.90   $265.00     $503.50
     Marla R. Eskin          0.50    275.00      137.50


     TOTAL CURRENT WORK                          641.00


     BALANCE DUE                              $1,370.30
                                              =========
```

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1

W.R. Grace                                               07/31/2003
Wilmington  DE                          ACCOUNT NO: 3000-03D
                                        STATEMENT NO:      21

Business Operations


    PREVIOUS BALANCE                                    $482.90


    BALANCE DUE                                         $482.90
                                                        =======


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 07/31/2003 |
| Wilmington  DE | ACCOUNT NO: 3000-04D |
|  | STATEMENT NO:      26 |

Case Administration

|  |  |
|---|---|
| PREVIOUS BALANCE | $1,294.40 |

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 07/01/03 |  |  |  |  |
|  | PEM | Review operating report for May | 1.00 | 290.00 |
| 07/10/03 |  |  |  |  |
|  | DEM | Retrieval of documents from docket and E-mail same to Mike Berkin (D.I. 3943) | 0.10 | 9.50 |
| 07/11/03 |  |  |  |  |
|  | MTH | Correspondence to MRE re conference with B. McGowan. | 0.10 | 26.50 |
|  | MTH | Correspondence to PVNL re meeting with WR Grace. | 0.20 | 53.00 |
| 07/15/03 |  |  |  |  |
|  | MK | Attention to document organization | 0.10 | 9.50 |
| 07/21/03 |  |  |  |  |
|  | MTH | Reviewing Debtors' Statement of Amounts Paid to Ordinary Course Professionals. | 0.20 | 53.00 |
| 07/22/03 |  |  |  |  |
|  | MTH | Reviewing Affdavit of R. Hayley re ordinary course retention. | 0.10 | 26.50 |
|  | MTH | Reviewing Affidavit of Ordinary Course Retention of J. Simon and R. Fields. | 0.10 | 26.50 |
|  |  | FOR CURRENT SERVICES RENDERED | 1.90 | 494.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Philip E. Milch | 1.00 | $290.00 | $290.00 |
| Michele Kennedy | 0.10 | 95.00 | 9.50 |

W.R. Grace

Case Administration

| | | | |
|---|---|---|---|
| Mark T. Hurford | 0.70 | 265.00 | 185.50 |
| Diane E. Massey | 0.10 | 95.00 | 9.50 |

TOTAL CURRENT WORK                               494.50

BALANCE DUE                                   $1,788.90
                                              =========

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                          07/31/2003
Wilmington  DE                     ACCOUNT NO: 3000-05D
                                   STATEMENT NO:      26

Claims Analysis Objection & Resolution (Asbestos)



PREVIOUS BALANCE                              $2,062.70



                                             HOURS
07/11/03
    DAC Review Caplin memo re: PD claims        0.10      35.00

07/14/03
    PEM Review memo re: PD claims to committee  0.10      29.00

07/24/03
    KJC Review Second Omnibus Claims Objection
        for asbestos related claims            0.40      60.00
    KJC Discussion with MTH re omnibus claims
        objection                              0.10      15.00

07/28/03
    KJC Review e-mail from MTH re possible
        asbestos claims in second omnibus claims
        objection                              0.20      30.00

07/31/03
    DEC Review of sample objections and retrieval
        of case law in preparation of objection
        to Debtors' 4th motion to extend
        exclusivity                            1.40     133.00
                                               ----     ------
        FOR CURRENT SERVICES RENDERED          2.30     302.00

                    RECAPITULATION
    TIMEKEEPER                 HOURS HOURLY RATE      TOTAL
    Douglas A. Campbell         0.10     $350.00    $35.00
    Philip E. Milch             0.10      290.00     29.00
    Denise E. Collett           1.40       95.00    133.00
    Kathleen J. Campbell        0.70      150.00    105.00

W.R. Grace                                                    07/31/2003
Claims Analysis Objection & Resolution (Asbestos)


       TOTAL CURRENT WORK                              302.00


       BALANCE DUE                                  $2,364.70
                                                    =========


       Any payments received after the statement date will be
       applied to next month's statement.  Please note your
       account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1
W.R. Grace                                          07/31/2003
Wilmington  DE                        ACCOUNT NO: 3000-06D
                                      STATEMENT NO:      26

Claims Analysis Objection & Resol. (Non-Asbestos)

PREVIOUS BALANCE                                     -$196.70

                                            HOURS
07/02/03
    MTH Reviewing elements of setoff (.2) and
        Correspondence to PVNL re Bellwood
        stipulation (.2)                     0.40      106.00
    MTH Correspondence to L. Hargrove re Bellwood
        stipulation.                         0.10       26.50

07/11/03
    MRE Review of memorandum summarizing
        pleadings filed on July 10, 2003     0.10       27.50

07/16/03
    MRE Meeting with MTH regarding BIS claim  0.10      27.50
    MTH Reviewing Notice of Settlement with BIS
        (.2), meeting with MRE re same (.1);
        correspondence to C. Lane re same (.1) 0.40    106.00
    MRE Review of e-mail from MTH to Debtor
        regarding BIS claim                  0.10       27.50

07/17/03
    MTH Reviewing correspondence from C. Lane re
        Notice re Claims Settlement (and e-mail
        to MRE re same).                     0.10       26.50

07/22/03
    MTH Begin review of Debtors' First Omnibus
        Objection to Claims.                 0.40      106.00
    MTH Begin review of Debtors' Second Omnibus
        Objection to Claims.                 0.40      106.00
    MTH Correspondence to C. Lane re revisions to
        Debtors' First and Second Omnibus
        Objections to Claims.                0.30       79.50

W.R. Grace
Claims Analysis Objection & Resol. (Non-Asbestos)

|  |  | HOURS |  |
|---|---|---|---|
| MTH | Meeting with MRE re Debtors' Omnibus Objection to Claims. | 0.10 | 26.50 |
| MRE | Review of first omnibus claims objection | 0.10 | 27.50 |
| MRE | Review of Motion for Entry of Order Approving Administrative Order with EPA | 0.10 | 27.50 |
| MTH | Reviewing correspondence from C. Lane re revisions to proposed Omnibus Claims Objection Order (.1) and Correspondence to PVNL re same (.1) | 0.20 | 53.00 |
| MRE | Meeting with MTH regarding omnibus objections to claims | 0.10 | 27.50 |

07/23/03

|  |  |  |  |
|---|---|---|---|
| MRE | Review of e-mail from MTH to C. Lane regarding claims objection order | 0.10 | 27.50 |

07/24/03

|  |  |  |  |
|---|---|---|---|
| MTH | Meeting with KJC re Non-Substantive Omnibus Objection to Claims. | 0.20 | 53.00 |
| MTH | Additional review and analysis of First Substantive Omnibus Claims Objection (.5); Correspondence to C. Lane re ability to review POC's (.1) and response to same (.1) | 0.70 | 185.50 |
| MTH | Additional review and work related to Debtors' First and Second Omnibus Claims Objections. | 0.30 | 79.50 |

07/25/03

|  |  |  |  |
|---|---|---|---|
| MTH | Reviewing Debtors' Motion re Administrative Order with the EPA. | 0.40 | 106.00 |

07/28/03

|  |  |  |  |
|---|---|---|---|
| MTH | Reviewing correspondence from PVNL and A. Rich re Debtors' Claims Objections (.1); and response thereto | 0.40 | 106.00 |
| MTH | Reviewing Affidavit of D. Siegel re Claims Objections. | 0.10 | 26.50 |
| MTH | Reviewing Affidavit of Siegel re second Claims Objections. | 0.10 | 26.50 |
|  |  | ---- | -------- |
|  | FOR CURRENT SERVICES RENDERED | 5.30 | 1,411.50 |

<pre>
                                                  Page: 3
W.R. Grace                                        07/31/2003
                                     ACCOUNT NO: 3000-06D
                                     STATEMENT NO:      26
Claims Analysis Objection & Resol. (Non-Asbestos)
</pre>

<pre>
                      RECAPITULATION
TIMEKEEPER                    HOURS HOURLY RATE      TOTAL
Mark T. Hurford               4.60    $265.00   $1,219.00
Marla R. Eskin                0.70     275.00      192.50


     TOTAL CURRENT WORK                            1,411.50


     BALANCE DUE                                  $1,214.80
                                                  =========
</pre>

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                                      07/31/2003
Wilmington  DE                              ACCOUNT NO: 3000-07D
                                            STATEMENT NO:      26

Committee, Creditors, Noteholders, Equity Holders




PREVIOUS BALANCE                                      $15,937.30



                                          HOURS
07/01/03
    MAL Organization and distribution of daily
        pleadings                           0.10      9.50
    DEM preparation and distribution of daily
        memo                                0.30     28.50
    DEM Review Pleadings and electronic filing
        notices filed in adversary proceedings
        (.2); preparation and distribution of
        adversary proceeding daily memo (.1)  0.30    28.50
    MAL Organization and distribution of daily
        adversary pleadings                 0.10      9.50
    MRE Review of memorandum summarizing
        pleadings filed in the adversary matters
        on June 17, 2003 through June 30, 2003  0.10  27.50

07/02/03
    DEM preparation and distribution of daily
        memo                                0.30     28.50
    DEM prepare weekly recommendation memo   0.20    19.00
    MAL Organization and distribution of daily
        pleadings                           0.10      9.50
    MTH Review of memorandum summarizing
        pleadings filed on 7/1/03           0.10     26.50
    MAL Attention to document organization   0.20    19.00
    DEM Continued prepare weekly recommendation
        memo (adding Fee Apps to calendar)   0.40    38.00
    MRE Review of memorandum summarizing
        pleadings filed on July 1, 2003     0.10     27.50

07/03/03
    DEM prepare weekly recommendation memo   0.10      9.50
    MAL Review Pleadings and electronic filing

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders


|  |  | HOURS |  |
|---|---|---|---|
|  | notices for daily memo | 0.40 | 38.00 |
| DEM | preparation and distribution of daily memo | 0.30 | 28.50 |
| DEM | Prepare and send out Weekly Recommendation Memo to Committee | 0.20 | 19.00 |
| DEM | Update Attorney Binder - Weekly Recommendation Memo | 0.10 | 9.50 |
| MTH | Correspondence to Committee members re weekly recommendation memorandum. | 0.20 | 53.00 |
| MTH | prepare weekly recommendation memo | 0.70 | 185.50 |

07/07/03

| DEM | preparation and distribution of daily memo | 0.30 | 28.50 |
|---|---|---|---|
| MAL | Attention to document organization. | 0.20 | 19.00 |
| DAC | Review counsel's recommendation memo | 0.20 | 70.00 |

07/08/03

| MRE | Review of weekly recommendation memo | 0.20 | 55.00 |
|---|---|---|---|
| MRE | Meeting with MTH regarding upcoming motions and deadlines | 0.20 | 55.00 |
| MAL | Organization and distribution of daily pleadings. | 0.20 | 19.00 |
| MTH | Meeting with MRE re upcoming objections and deadlines. | 0.20 | 53.00 |
| MTH | Review of memorandum summarizing pleadings filed on 7/7/03. | 0.10 | 26.50 |
| MTH | Review of memorandum summarizing pleadings filed on 7/2/03. | 0.10 | 26.50 |
| DEM | preparation and distribution of daily memo | 0.30 | 28.50 |
| PEM | Review weekly recommendation memo to committee re: pending motions and matter | 0.20 | 58.00 |

07/09/03

| DEM | preparation and distribution of daily memo | 0.30 | 28.50 |
|---|---|---|---|
| DEM | prepare weekly recommendation memo | 0.40 | 38.00 |
| MAL | Organization and distribution of daily pleadings. | 0.20 | 19.00 |
| MTH | Review of memorandum summarizing pleadings filed on 7/8/03. | 0.10 | 26.50 |

07/10/03

| DEM | preparation and distribution of daily |  |  |

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

|  |  | HOURS |  |
|---|---|---|---|
|  | memo | 0.30 | 28.50 |
| MAL | Organization and distribution of daily pleadings. | 0.20 | 19.00 |
| MTH | Review of memorandum summarizing pleadings filed on 7/9/03. | 0.10 | 26.50 |

07/11/03

| MK | Attention to document organization | 0.10 | 9.50 |
|---|---|---|---|
| DAC | Review counsel's weekly recommendation memo | 0.20 | 70.00 |
| PEM | Review weekly recommendation memo re: pending motions and matters | 0.30 | 87.00 |
| DEM | preparation and distribution of daily memo | 0.40 | 38.00 |
| DEM | prepare weekly recommendation memo | 0.10 | 9.50 |
| MTH | Discussion with MRE re recommendation memorandum to committee members re ZAI issues. | 0.10 | 26.50 |
| MTH | Correspondence to PVNL and JWD re ZAI issues, memorandum to committee members. | 0.20 | 53.00 |
| MAL | Updating Service List | 0.10 | 9.50 |
| MAL | Organization and distribution of daily pleadings. | 0.20 | 19.00 |
| MRE | Telephone conference with Debtor regarding pending motions | 0.20 | 55.00 |
| MRE | Review of memorandum summarizing pleadings filed on July 9, 2003 | 0.10 | 27.50 |
| MRE | Meeting with MTH regarding weekly recommendation memo | 0.10 | 27.50 |
| KJC | Draft weekly recommendation memo | 0.50 | 75.00 |
| KJC | Draft e-mail to MTH re weekly recommendation memo | 0.20 | 30.00 |
| MTH | Correspondence to Committee Members re Weekly Recommendation Memorandum. | 0.20 | 53.00 |
| MTH | prepare weekly recommendation memo | 1.00 | 265.00 |
| MTH | Review of memorandum summarizing pleadings filed on 7/10/03. | 0.10 | 26.50 |
| DAC | Review counsel's weekly recommendation memo | 0.20 | 70.00 |

07/14/03

| DEM | preparation and distribution of daily memo | 0.50 | 47.50 |
|---|---|---|---|
| MRE | Review of memorandum summarizing pleadings filed on July 11, 2003 through |  |  |

                                                    Page: 4
W.R. Grace                                        07/31/2003
                                      ACCOUNT NO: 3000-07D
                                      STATEMENT NO:      26
Committee, Creditors, Noteholders, Equity Holders

|     |                                                      | HOURS |       |
| --- | ---------------------------------------------------- | ----- | ----- |
|     | July 13, 2003                                        | 0.10  | 27.50 |
| MTH | Review of memorandum summarizing pleadings filed on 7/11/03 through 7/13/03. | 0.10 | 26.50 |
| MRE | Review of memo from EI regarding Future's representative | 0.10 | 27.50 |
| MRE | Review of e-mail from P. Weitz regarding future's representative | 0.10 | 27.50 |
| MRE | Review of e-mail from S. Kazan Future's Representative | 0.10 | 27.50 |
| MRE | Review of e-mail from Committee members regarding future's representative | 0.10 | 27.50 |
| DAC | Review Caplin memo re: futures rep in Grace          | 0.20  | 70.00 |

**07/15/03**

|     |                                                      |       |       |
| --- | ---------------------------------------------------- | ----- | ----- |
| PEM | Review memo re: futures rep from counsel to committee | 0.10 | 29.00 |
| PEM | Review daily memo re: pleadings                      | 0.10  | 29.00 |
| MRE | Meeting with MTH regarding upcoming objection deadlines | 0.20 | 55.00 |
| DEM | preparation and distribution of daily memo          | 0.30  | 28.50 |
| DEM | prepare weekly recommendation memo                  | 0.20  | 19.00 |
| MTH | Meeting with MRE re upcoming objections and deadlines. | 0.20 | 53.00 |
| MRE | Review of memorandum summarizing pleadings filed on July 14, 2003 | 0.10 | 27.50 |
| MRE | Review of memorandum summarizing pleadings filed on July 14, 2003 | 0.20 | 55.00 |
| DEM | Review Pleadings and electronic filing notices filed in adversary proceedings; preparation and distribution of adversary proceeding daily memo | 0.30 | 28.50 |
| MRE | Review of memo regarding adversary matters filed July 1, 2003 through July 14, 2002 | 0.10 | 27.50 |
| MTH | Review of memorandum summarizing pleadings filed on 7/14/03. | 0.10 | 26.50 |

**07/16/03**

|     |                                                      |       |       |
| --- | ---------------------------------------------------- | ----- | ----- |
| DEM | preparation and distribution of daily memo          | 0.30  | 28.50 |
| MTH | Review of memorandum summarizing pleadings filed on 7/15/03. | 0.10 | 26.50 |

Committee, Creditors, Noteholders, Equity Holders


                                                  HOURS
     MRE Review of memorandum summarizing
         pleadings filed on July 15, 2003         0.10    27.50
     MTH prepare weekly recommendation memo       0.40   106.00

07/17/03
     DEM preparation and distribution of daily
         memo                                     0.20    19.00
     DEM prepare weekly recommendation memo       0.10     9.50

07/18/03
     MTH Reviewing correspondence from EI re
         selection of Futures Rep.                0.10    26.50
     DEM preparation and distribution of daily
         memo                                     0.30    28.50
     DEM Prepare and send out Weekly
         Recommendation Memo to Committee         0.20    19.00
     DEM Update Attorney Binder - Weekly
         Recommendation Memo                      0.10     9.50
     MRE Review of memorandum summarizing
         pleadings filed on July 17, 2003         0.10    27.50
     MTH prepare weekly recommendation memo       0.80   212.00
     DAC Review counsel's weekly recommendation
         memo                                     0.20    70.00
     PEM Review recommendation memo to committee
         re: pending motions and matters          0.30    87.00
     MTH Review of memorandum summarizing
         pleadings filed on 7/17/03.              0.10    26.50

07/21/03
     DEM preparation and distribution of daily
         memo                                     0.30    28.50
     MRE Review of memorandum summarizing
         pleadings filed on July 18, 2003 through
         July 20, 2003                            0.10    27.50
     PEM Review daily memo re: pleadings filed    0.10    29.00
     MTH Review of memorandum summarizing
         pleadings filed on 7/18/03.              0.10    26.50

07/22/03
     MTH Reviewing memorandum regarding events
         scheduled for hearing on 7/28/03 and
         committee positions thereon (.2) and
         Correspondence to PVNL and JWD re same
         (.2)                                     0.40   106.00
     MRE Review of weekly recommendation memo to

```
                                                         Page: 6
W.R. Grace                                           07/31/2003
                                          ACCOUNT NO: 3000-07D
                                          STATEMENT NO:      26
Committee, Creditors, Noteholders, Equity Holders
```

```
                                              HOURS
         committee                             0.20        55.00
    MRE  Meeting with MTH regarding upcoming
         motions and deadlines                 0.20        55.00
    MTH  Meeting with MRE re upcoming hearing,
         objection deadlines and pending motions.  0.20    53.00
    DEM  preparation and distribution of daily
         memo                                  0.50        47.50
    MRE  Review of memorandum summarizing
         pleadings filed on July 21, 2003      0.10        27.50
    MTH  Review of memorandum summarizing
         pleadings filed on 7/21/03.           0.10        26.50
    MRE  Meeting with MTH regarding upcoming
         motions and deadlines                 0.20        55.00

07/23/03
    DEM  preparation and distribution of daily
         memo                                  0.30        28.50
    DEM  prepare weekly recommendation memo    0.30        28.50
    MTH  Reviewing correspondence from PVNL re
         7/28/03 hearing.                      0.10        26.50
    MRE  Review of memorandum summarizing
         pleadings filed on July 22, 2003      0.10        27.50
    MTH  Review of memorandum summarizing
         pleadings filed on 7/22/03.           0.10        26.50

07/24/03
    DEM  preparation and distribution of daily
         memo                                  0.30        28.50

07/25/03
    DEM  preparation and distribution of daily
         memo                                  0.30        28.50
    DEM  Prepare and send out Weekly
         Recommendation Memo to Committee      0.20        19.00
    DEM  Update Attorney Binder - Weekly
         Recommendation Memo                   0.10         9.50
    PEM  Review weekly recommendation memo re:
         pending motions and matters           0.30        87.00
    MTH  Review of memorandum summarizing
         pleadings filed on 7/24/03.           0.10        26.50

07/28/03
    DEM  preparation and distribution of daily
         memo                                  0.50        47.50
    MRE  Review of memorandum summarizing
```

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

|  |  | HOURS |  |
|---|---|---|---|
|  | pleadings filed on July 24, 2003 | 0.10 | 27.50 |
| MRE | Review of memorandum summarizing pleadings filed on July 25, 2003 through July 27, 2003 | 0.10 | 27.50 |
| DAC | Review counsel's weekly recommendation memo | 0.20 | 70.00 |
| MTH | Review of memorandum summarizing pleadings filed on 7/25/03. | 0.10 | 26.50 |

07/29/03

|  |  |  |  |
|---|---|---|---|
| MRE | Review of weekly recommendation memo | 0.10 | 27.50 |
| DEM | preparation and distribution of daily memo | 0.30 | 28.50 |
| MRE | Meeting with MTH regarding upcoming motions and deadlines | 0.20 | 55.00 |
| MRE | Review of memorandum summarizing pleadings filed on July 28, 2003 | 0.10 | 27.50 |
| MTH | Preparing memorandum to committee re events at July Omnibus Hearing. | 1.20 | 318.00 |
| MTH | Review of memorandum summarizing pleadings filed on 7/28/03. | 0.10 | 26.50 |
| MTH | Meeting with MRE re upcoming objections and work in progress. | 0.20 | 53.00 |

07/30/03

|  |  |  |  |
|---|---|---|---|
| PEM | Review daily memo | 0.10 | 29.00 |
| DEM | prepare weekly recommendation memo | 0.20 | 19.00 |
| DEM | preparation and distribution of daily memo | 0.30 | 28.50 |
| MAL | Attention to document organization | 0.20 | 19.00 |
| DEM | Prepare weekly recommendation memo | 0.10 | 9.50 |
| DEM | Review Pleadings and electronic filing notices filed in adversary proceedings (.2); preparation and distribution of adversary proceeding daily memo (.1) | 0.30 | 28.50 |
| MRE | Review of memorandum summarizing pleadings filed on July 29, 2003 | 0.10 | 27.50 |
| MTH | Review of memorandum summarizing pleadings filed on 7/24/03. | 0.10 | 26.50 |

07/31/03

|  |  |  |  |
|---|---|---|---|
| MTH | Reviewing correspondence from PVNL re memorandum to committee (.1); revising memorandum (.2) and Correspondence to committee members re same (.2) | 0.50 | 132.50 |

```
                                                      Page: 8
W.R. Grace                                          07/31/2003
                                      ACCOUNT NO: 3000-07D
                                      STATEMENT NO:        26
Committee, Creditors, Noteholders, Equity Holders
```

|  |  | HOURS |  |
|---|---|---|---|
| DEM | preparation and distribution of daily memo | 0.30 | 28.50 |
| MTH | prepare weekly recommendation memo | 0.20 | 53.00 |
|  | FOR CURRENT SERVICES RENDERED | 29.30 | 5,584.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Douglas A. Campbell | 1.20 | $350.00 | $420.00 |
| Philip E. Milch | 1.50 | 290.00 | 435.00 |
| Michele Kennedy | 0.10 | 95.00 | 9.50 |
| Mark T. Hurford | 8.60 | 265.00 | 2,279.00 |
| Marla R. Eskin | 3.90 | 275.00 | 1,072.50 |
| Kathleen J. Campbell | 0.70 | 150.00 | 105.00 |
| Margaret A. Landis | 2.20 | 95.00 | 209.00 |
| Diane E. Massey | 11.10 | 95.00 | 1,054.50 |

```
    TOTAL CURRENT WORK                             5,584.50


    BALANCE DUE                                  $21,521.80
                                                 ==========
```

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                              07/31/2003
Wilmington  DE                            ACCOUNT NO: 3000-08D
                                          STATEMENT NO:      25

Employee Benefits/Pension


PREVIOUS BALANCE                                      $1,219.40


                                            HOURS
07/01/03
     MRE Telephone conference with M. Berkin and
         Blackstone regarding pension motion (.3);
         meeting with MTH re: same (.1)              0.40     110.00
     MTH Discussion with MRE re Pension Plan
         Motion.                                     0.10      26.50
     MRE Telephone call with M. Berkin regarding
         pension motion                              0.20      55.00
     MRE Drafting e-mail to C&D regarding pension
         motion                                      0.20      55.00

07/02/03
     MTH Reviewing correspondence from MRE re
         pension plan motion conference call (and
         response thereto from PVNL).                0.10      26.50

07/03/03
     MTH telephone conference with M. Berkin re
         Pension Plan Motion.                        0.20      53.00
     MTH Discussion with MRE re pension plan
         issues, notification to employees.          0.10      26.50

07/08/03
     MRE Telephone conference with J. Sakalo
         regarding pension motion                    0.40     110.00
     MRE Drafting e-mails to M. Berkin and PVNL
         regarding pension motion                    0.30      82.50
     MTH telephone conference with J. Sakalo re
         pension plan motion.                        0.40     106.00
     MTH Discussion with MRE re Pension Plan
         Motion.                                     0.30      79.50
     MTH Reviewing correspondence from MRE to PVNL

W.R. Grace

Employee Benefits/Pension

|  |  | HOURS |  |
|---|---|---|---|
|  | re Pension Plan Motion. | 0.10 | 26.50 |
| MRE | Telephone conference with M. Berkin regarding pension motion | 0.20 | 55.00 |
| MRE | Review of e-mail from PVNL regarding pension motion and response to same | 0.20 | 55.00 |
| MTH | Call to C. Lane re pension plan motion, issues re contact with employees. | 0.10 | 26.50 |
| MTH | telephone conference with C. Lane re communications issues. | 0.40 | 106.00 |
| MTH | Discussion with MRE re conversation with C. Lane. | 0.10 | 26.50 |

07/09/03

|  |  |  |  |
|---|---|---|---|
| MRE | Drafting e-mail to PVNL regarding pension motion | 0.20 | 55.00 |
| MTH | Reviewing correspondence from MRE to PVNL re Pension Plan Motion. | 0.10 | 26.50 |
| MTH | Reviewing correspondence from PVNL re pension plan motion. | 0.10 | 26.50 |
| MTH | Reviewing correspondence from MRE to PVNL re additional analysis re pension plan motion, contact with M. Berkin. | 0.10 | 26.50 |
| MRE | Drafting e-mail to PVNL regarding pension motion | 0.30 | 82.50 |
| MRE | Meeting with MTH regarding pension motion | 0.10 | 27.50 |
| MRE | Review of e-mail from MTH regarding pension motion | 0.10 | 27.50 |
| MRE | Review of additional e-mail from PVNL regarding pension motion | 0.10 | 27.50 |
| MTH | telephone conference with J. Sakalo re pension plan motion. | 0.30 | 79.50 |
| MTH | Discussion with MRE re pension plan motion, information from Berkin and contact with J. Sakalo. | 0.20 | 53.00 |
| MTH | Reviewing memorandum from M. Berkin re Pension Plan Motion. | 0.20 | 53.00 |
| MTH | telephone conference with M. Berkin re Pension Plan Motion. | 0.20 | 53.00 |
| MTH | Reviewing correspondence from MRE to PVNL and EI re draft memorandum to committee members. | 0.10 | 26.50 |
| DBS | Telephone conference with MRE re: pension plan | 0.30 | 105.00 |
| MTH | Meeting with MRE re: pension motion | 0.10 | 26.50 |

Page: 3
07/31/2003
ACCOUNT NO: 3000-08D
STATEMENT NO:      25

W.R. Grace

Employee Benefits/Pension

|  |  | HOURS |  |
|---|---|---|---|
| **07/10/03** |  |  |  |
| MTH | Reviewing correspondence from PVNL re review by committee of pension plan motion. | 0.10 | 26.50 |
| MRE | Meeting with MTH regarding pension matters | 0.20 | 55.00 |
| MRE | Drafting e-mail to PVNL regarding communication with Debtors on the pension matter | 0.10 | 27.50 |
| MRE | Review of e-mail from PVNL regarding communicating with Debtor on pension matter | 0.10 | 27.50 |
| MRE | Drafting e-mail to M. Berkin regarding pension motion | 0.20 | 55.00 |
| MTH | Discussion with MRE re pension plan motion, issues re contacting employees. | 0.20 | 53.00 |
| MTH | Reviewing correspondence from EI re pension plan motion, memorandum to committee members. | 0.10 | 26.50 |
| MTH | Reviewing correspondence from MRE to committee members re Pension Plan Motion. | 0.10 | 26.50 |
| MTH | Reviewing correspondence from MRE to PVNL re contacting WR Grace re communications with employees (.1) and reviewing response from PVNL re same. | 0.20 | 53.00 |
| MTH | Reviewing correspondence from MRE re directions re discussion with C. Lane re communications with employees. | 0.10 | 26.50 |
| MTH | Follow up conversation with C. Lane re discussion regarding communication issues. | 0.10 | 26.50 |
| **07/11/03** |  |  |  |
| MRE | Meeting with MTH regarding pension matters | 0.10 | 27.50 |
| MTH | telephone conference with C. Lane, and B. McGowan re pension matters. | 0.20 | 53.00 |
| MTH | Meeting with MRE re pension matters, communications to employees. | 0.10 | 26.50 |
| MTH | telephone conference with M. Berkin re pension matters, communications with employees. | 0.10 | 26.50 |
| MTH | Preparing for call with C. Lane and B. McGowan re pension issues, communications. | 0.20 | 53.00 |

```
                                                      Page: 4
          W.R. Grace                                07/31/2003
                                        ACCOUNT NO: 3000-08D
                                        STATEMENT NO:      25

          Employee Benefits/Pension
```

|  | | HOURS | |
|---|---|---|---|
| MTH | telephone conference with PVNL re conference with C. Lane and G. McGowan re pension plan and communication issues. | 0.10 | 26.50 |
| DAC | Review memo re: debtor's pension contribution of $40M | 0.30 | 105.00 |

07/29/03

|  | | | |
|---|---|---|---|
| MTH | telephone conference with M. Berkin re Pension Plan Motion. | 0.30 | 79.50 |

07/30/03

|  | | | |
|---|---|---|---|
| MTH | Meeting with M. Berkin re revisions to Debtors' Pension Plan Motion, status of pension plan. | 0.30 | 79.50 |

```
                                                    ----  --------
          FOR CURRENT SERVICES RENDERED             9.50  2,602.50

                         RECAPITULATION
```

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Douglas A. Campbell | 0.30 | $350.00 | $105.00 |
| David B. Salzman | 0.30 | 350.00 | 105.00 |
| Mark T. Hurford | 5.50 | 265.00 | 1,457.50 |
| Marla R. Eskin | 3.40 | 275.00 | 935.00 |

```
          TOTAL CURRENT WORK                            2,602.50


          BALANCE DUE                                  $3,821.90
                                                       =========
```

          Any payments received after the statement date will be
          applied to next month's statement.  Please note your
          account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                        Page: 1
W.R. Grace                                             07/31/2003
Wilmington  DE                          ACCOUNT NO: 3000-10D
                                        STATEMENT NO:      26

Employment Applications, Others



    PREVIOUS BALANCE                            $1,346.20


    BALANCE DUE                                 $1,346.20
                                                =========




Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1
W.R. Grace                                                 07/31/2003
Wilmington  DE                          ACCOUNT NO: 3000-11D
                                        STATEMENT NO:      24

Expenses

PREVIOUS BALANCE                                    $2,571.63

07/02/03 Ikon Office Solutions- Photocopying, Envelopes,
         Postage on 7/01/03 (May monthly fee application)    257.15
07/03/03 FAX to Peter Lockwood with daily memo               4.00
07/03/03 FAX to Doug Campbell with daily memo                4.00
07/03/03 FAX to Robert Spohn with daily memo                 4.00
07/03/03 FAX to Elyssa Strug with daily memo                 4.00
07/15/03 FAX to Peter Lockwood with daily memo               4.00
07/15/03 FAX to Doug Campbell with daily memo                4.00
07/15/03 FAX to Robert Spohn with daily memo                 4.00
07/15/03 FAX to Andrew Katznelson with daily memo            4.00
07/15/03 FAX to Walter Slocombe with adversary daily memo    7.00
07/15/03 FAX to Peter Lockwood with adversary daily memo     7.00
07/16/03 AT&T Long Distance Phone Calls                      5.88
07/23/03 Icon Office Solutions - Photocopying, Envelopes,
         Postage and Hand Deliveries (C&D, C&L - CNO's May
         Fee Applications)                                   70.56
07/24/03 FAX to Peter Lockwood with daily memo               4.00
07/24/03 FAX to Doug Campbell with daily memo                4.00
07/24/03 FAX to Robert Spohn with daily memo.                4.00
07/24/03 FAX to Andrew Katznelson with daily memo.           4.00
07/31/03 Pacer charges for the month of June, 2003           30.10
                                                           ------
         TOTAL EXPENSES                                     425.69

         TOTAL CURRENT WORK                                 425.69

         BALANCE DUE                                     $2,997.32
                                                         =========

Page: 2
W.R. Grace                                                 07/31/2003

```
                                             ACCOUNT NO: 3000-11D
                                             STATEMENT NO:        24
Expenses
```

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                                    07/31/2003
Wilmington  DE                               ACCOUNT NO: 3000-12D
                                             STATEMENT NO:      24


Fee Applications, Applicant



PREVIOUS BALANCE                                         $4,531.70



                                                   HOURS
07/01/03
    AFM Review and sign fee application for
        Campbell & Levine (Monthly - May)          0.30       60.00
    DEC Preparation of Campbell & Levine's May
        Fee Application                            0.20       19.00
    DEC Filing of Campbell & Levine's May Fee
        Application                                0.20       19.00

07/21/03
    MRE Review of June pre-bill                    0.10       27.50
    MTH Reviewing pre-bill.                        0.70      185.50

07/22/03
    LMP Searched docket for Obj to Campbell &
        Levine's May monthly Fee Application
        (.1); Drafted Certificate of No Objection
        re same (.2); Electronic filing and
        service of CNO (.2)                        0.50       47.50
    AFM Review and sign CNO for Campbell & Levine
        (Monthly - May)                            0.20       40.00

07/23/03
    LMP Reviewed Email from D. Seitz containing
        Campbell & Levine's June billing
        statement (.1); Drafted C&L June Fee App
        (.6)                                       0.70       66.50

07/31/03
    MTH Reviewing correspondence from LMP to
        Committee re reimbursement of expenses.    0.10       26.50
                                                   ----     ------
        FOR CURRENT SERVICES RENDERED              3.00      491.50

```
                                                 Page: 2
W.R. Grace                                     07/31/2003
                                  ACCOUNT NO: 3000-12D
                                  STATEMENT NO:      24

Fee Applications, Applicant




                   RECAPITULATION
TIMEKEEPER                    HOURS HOURLY RATE      TOTAL
Aileen F. Maguire              0.50    $200.00    $100.00
Mark T. Hurford                0.80     265.00     212.00
Marla R. Eskin                 0.10     275.00      27.50
Denise E. Collett              0.40      95.00      38.00
Lauren M. Przybylek            1.20      95.00     114.00


   TOTAL CURRENT WORK                             491.50


   BALANCE DUE                              $5,023.20
                                           =========
```

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                     Page: 1
W.R. Grace                                           07/31/2003
Wilmington  DE                       ACCOUNT NO: 3000-13D
                                     STATEMENT NO:      11


Fee Applications, Others




        PREVIOUS BALANCE                         $8,301.60



                                             HOURS
07/01/03
        AFM Review and sign fee application for LAS
            (Monthly - May)                      0.30      60.00
        AFM Reviw and sign fee application for Caplin
            & Drysdale (Monthly - May)           0.30      60.00
        AFM Review and sign fee application for L.
            Tersigni (Monthly - May)             0.30      60.00
        DEC Preparation of LAS's May fee application   0.10       9.50
        DEC Preparation of Caplin & Drysdale's May
            Fee Application                      0.10       9.50
        DEC Preparation of Tersigni's May fee
            application                          0.20      19.00
        DEC Electronic filing of Caplin & Drysdale's
            May fee application                  0.20      19.00
        DEC Electronic filing of LAS's April-May fee
            application                          0.20      19.00
        DEC Electronic filing of Tersigni's May Fee
            Application                          0.20      19.00

07/03/03
        AFM Review Fee Auditor's Report for LAS   0.20      40.00
        AFM Email to D. Relles re: Fee Auditor's
            Final Report for LAS                 0.10      20.00
        AFM Review Fee Auditor's Report for L.
            Tersigni                             0.20      40.00
        AFM Email to D. Collins re: Fee Auditor's
            Final Report for L. Tersigni         0.10      20.00
        MRE Review of final fee report for LAS   0.10      27.50
        MRE Review of final fee report for L.
            Tersigni                             0.10      27.50

W.R. Grace

Fee Applications, Others

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 07/09/03 |  |  |  |  |
|  | MRE | Review of fee auditors final report for Kramer Levin | 0.10 | 27.50 |
|  | MRE | Review of fee auditors final report for Wachtell Lipton | 0.10 | 27.50 |
|  | MRE | Review of fee auditors final report for Woodcock Washburn | 0.10 | 27.50 |
|  | MTH | Reviewing correspondence from MRE (x2) re Fee Applications of W. Smith, possible revisions to compensation. | 0.20 | 53.00 |
| 07/10/03 |  |  |  |  |
|  | MRE | Meeting with LMP regarding LAS fee application | 0.10 | 27.50 |
| 07/11/03 |  |  |  |  |
|  | LMP | Reviewed June Monthly Fee Application of Warren H. Smith & Associates (.1); Updated WR Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
|  | LMP | Reviewed May Monthly Fee Application of Bilzin Sumberg Baena Price & Axelrod (.1); Updated WR Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
|  | LMP | Reviewed April Monthly Fee Application of PricewaterhouseCoopers (.1); Updated WR Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
|  | LMP | Reviewed May Monthly Fee Application of PricewaterhouseCoopers (.1); Updated WR Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
|  | LMP | Reviewed May Monthly Fee Application of FTI Policano & Manzo (.1); Updated WR Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
|  | MRE | Review of Order from J. Wolin regarding compensation for F. McGovern and D. Gross | 0.10 | 27.50 |
| 07/16/03 |  |  |  |  |
|  | LMP | Reviewed May Fee Application of Bilzin Sumberg Baena Price & Axelrod [02-2210] (.1); Updated Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
|  | LMP | Reviewed May Fee Application of Kirkland & Ellis [02-2210] (.1); Updated Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
|  | LMP | Reviewed May Fee Application of Carella |  |  |

W.R. Grace

Fee Applications, Others

|  |  | HOURS |  |
|---|---|---|---|
|  | Bryne Bain Gilfillan Cecchi Stewart & Olstein (.1); Updated Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Reviewed May Fee Application of Woodcock Washburn (.1); Updated Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Reviewed May Fee Application of Wallace King Marraro & Branson (.1); Updated Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Reviewed May Fee Application of Kirkland & Ellis (.1); Updated Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Reviewed April Fee Application of Casner & Edwards (1); Updated Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| AFM | Review Fee Auditors Report for Caplin & Drysdale (Eighth Interim Period) | 0.30 | 60.00 |
| MTH | Reviewing Fee Auditor's report regarding Caplin & Drysdale. | 0.10 | 26.50 |
| MTH | Reviewing Order re Fees of D. Gross and F. McGovern. | 0.10 | 26.50 |
| MRE | Review of fee auditor's report for L. Fitzpatrick | 0.10 | 27.50 |
| MRE | Review of fee auditor's report for Young Conoway | 0.10 | 27.50 |

07/21/03

|  |  |  |  |
|---|---|---|---|
| MTH | Reviewing various Orders re Fees for Court Appointed Advisors. | 0.10 | 26.50 |

07/22/03

|  |  |  |  |
|---|---|---|---|
| LMP | Searched docket for Obj to Caplin & Drysdale's May monthly Fee Application (.1); Draft Certificate of No Objection re same (.2); Electronic filing and service of CNO (.2) | 0.50 | 47.50 |
| LMP | Searched docket for Obj to Legal Analysis Systems April through May monthly Fee Application (.1); Drafted Certificate of No Objection re same (.2); Electronic filing and service of CNO (.2) | 0.50 | 47.50 |
| LMP | Searched docket for Obj to L Tersigni's May monthly Fee Application (.1); Drafted Certificate of No Objection re same (.2); Electronic filing and service of CNO (.2) | 0.50 | 47.50 |

```
                                                   Page:   4
W.R. Grace                                       07/31/2003
                                    ACCOUNT NO: 3000-13D
                                    STATEMENT NO:      11
```

Fee Applications, Others

|  |  | HOURS |  |
|---|---|---|---|
| AFM | Review and sign CNO for L. Tersigni (Monthly - April through May) | 0.20 | 40.00 |
| AFM | Review and sign CNO for LAS (Monthly - April through May) | 0.20 | 40.00 |
| AFM | Review and sign CNO for Caplin & Drysdale (Monthly - May) | 0.20 | 40.00 |

07/23/03

| LMP | Reviewed April Fee Application of Lukins & Annis (.1); Updated WR Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
|---|---|---|---|
| LMP | Reviewed May Fee Application of Richardson Patrick Westbrook & Brickman (.1); Updated WR Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Reviewed May Fee Application of Duane Morris (.1); Updated WR Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |

07/24/03

| LMP | Reviewed email from D. Relles containing LAS' June Billing statement (.1); Drafted LAS' June Fee Application (.4) | 0.50 | 47.50 |
|---|---|---|---|

07/30/03

| LMP | Reviewed June Monthly Fee Application of Klett Rooney Leiber & Schorling (.1); Updated WR Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
|---|---|---|---|
| LMP | Reviewed June Monthly Fee Application of Carella Bryne Bain Gilfillan Cecchi, Stewart & Olstein (.1); Updated WR Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |

```
                                                 -----   --------
     FOR CURRENT SERVICES RENDERED               10.20   1,468.00
```

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Aileen F. Maguire | 2.40 | $200.00 | $480.00 |
| Mark T. Hurford | 0.50 | 265.00 | 132.50 |
| Marla R. Eskin | 0.90 | 275.00 | 247.50 |
| Denise E. Collett | 1.00 | 95.00 | 95.00 |
| Lauren M. Przybylek | 5.40 | 95.00 | 513.00 |

```
                                                    Page: 5
W.R. Grace                                        07/31/2003
                                    ACCOUNT NO: 3000-13D
                                    STATEMENT NO:       11

Fee Applications, Others




     TOTAL CURRENT WORK                            1,468.00


     BALANCE DUE                                  $9,769.60
                                                 =========
```

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                      Page: 1
W.R. Grace                                          07/31/2003
Wilmington  DE                        ACCOUNT NO: 3000-14D
                                      STATEMENT NO:      24

Financing


    PREVIOUS BALANCE                               $202.90


    BALANCE DUE                                    $202.90
                                                   =======

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

                                                    Page: 1
W.R. Grace                                          07/31/2003
Wilmington  DE                       ACCOUNT NO: 3000-15D
                                     STATEMENT NO:      26

Hearings

        PREVIOUS BALANCE                        $6,733.75

                                        HOURS
07/22/03
     MRE Review of e-mail from MTH to C&D
         regarding hearing matters              0.10     27.50
     MRE Review of matters for hearing binder   0.10     27.50
     MTH Reviewing Agenda for Hearing on July 28,
         2003.                                  0.20     53.00

07/23/03
     MRE Review of e-mail from PVNL regarding
         attendance at hearing                  0.10     27.50

07/24/03
     DEM Preparation of attorney binder for
         omnibus hearing                        0.20     19.00
     MTH Reviewing Amended Agenda.              0.10     26.50

07/25/03
     MRE Review of amended agenda               0.10     27.50
     MRE Drafting of e-mail to MTH regarding
         hearing coverage and matters           0.10     27.50
     MTH Reviewing correspondence from MRE re July
         Omnibus Hearing (.1) and response to same
         (.1)                                   0.20     53.00
     MTH Reviewing Amended Agenda.              0.10     26.50

07/28/03
     MTH Attending Omnibus Hearing.             1.00    265.00
     MAL Preparation of draft Omnibus Hearing Memo  0.20  19.00

07/29/03
     MRE Additional meeting with MTH regarding
         hearing matters                        0.10     27.50

```
                                                    Page: 2
         W.R. Grace                             07/31/2003
                                      ACCOUNT NO: 3000-15D
                                      STATEMENT NO:      26

         Hearings




                                           HOURS
07/31/03
       PEM Review omnibus hearing memo to Committee   0.10    29.00
       DAC Review memo re: 7/28 hearing               0.10    35.00
                                                      ----   ------
          FOR CURRENT SERVICES RENDERED               2.80   691.00

                       RECAPITULATION
       TIMEKEEPER              HOURS HOURLY RATE      TOTAL
       Douglas A. Campbell      0.10   $350.00     $35.00
       Philip E. Milch          0.10    290.00      29.00
       Mark T. Hurford          1.60    265.00     424.00
       Marla R. Eskin           0.60    275.00     165.00
       Margaret A. Landis       0.20     95.00      19.00
       Diane E. Massey          0.20     95.00      19.00


          TOTAL CURRENT WORK                       691.00


          BALANCE DUE                           $7,424.75
                                                =========
```

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                                07/31/2003
Wilmington  DE                            ACCOUNT NO: 3000-16D
                                          STATEMENT NO:      11


Litigation and Litigation Consulting



PREVIOUS BALANCE                                          $943.20


                                               HOURS
07/02/03
    MTH Reviewing correspondence from MRE re
        Judge Wolin Order re Fresenius.               0.10     26.50
    MTH Reviewing proposed Order re National
        Union Briefing Schedule.                      0.10     26.50
    KJC Review Second Amended Stipulation re
        Briefing Schedule for Summary Judgment
        Motions in National Union/ Reaud Morgan
        Adversary for inclusion in adversary memo     0.20     30.00

07/08/03
    MTH Reviewing correspondence from J.
        Cunningham re status of Sealed Air
        settlement.                                   0.10     26.50
    MTH Correspondence to J. Cunningham re Sealed
        Air settlement, Fresenius settlement.         0.10     26.50

07/09/03
    MTH Reviewing correspondence from J.
        Cunningham re correspondence to CA3.          0.10     26.50

07/16/03
    MTH Reviewing notice of deposition in Grace
        v. National Union.                            0.10     26.50
                                                      ----   ------
        FOR CURRENT SERVICES RENDERED                 0.80    189.00

                         RECAPITULATION
    TIMEKEEPER                  HOURS HOURLY RATE       TOTAL
    Mark T. Hurford              0.60    $265.00    $159.00
    Kathleen J. Campbell         0.20     150.00      30.00

Page: 2
W.R. Grace                                          07/31/2003
                                        ACCOUNT NO: 3000-16D
                                        STATEMENT NO:      11

Litigation and Litigation Consulting


     TOTAL CURRENT WORK                            189.00


     BALANCE DUE                                $1,132.20
                                                =========


          Any payments received after the statement date will be
          applied to next month's statement.  Please note your
          account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1

W.R. Grace                                              07/31/2003
Wilmington  DE                            ACCOUNT NO: 3000-17D
                                          STATEMENT NO:      11

Plan and Disclosure Statement

PREVIOUS BALANCE                                         $193.70

                                              HOURS
07/25/03
   MTH Reviewing Debtors' Motion to Extend
       Exclusivity and Solicitation Periods.      0.40    106.00

07/29/03
   MTH Correspondence to PVNL re Comm.'s
       position re Debtors' Motion to Extend
       Exclusivity.                               0.20     53.00
   MRE Review of e-mail from MTH regarding
       motion to extend exclusivity              0.10     27.50

07/30/03
   MRE Review of e-mail from PVNL regarding
       objection to motion to extend exclusivity  0.10     27.50

07/31/03
   MTH Reviewing correspondence from PVNL re
       objection to exclusivity.                  0.10     26.50
   MTH Reviewing correspondence from T. Swett re
       objection to exclusivity.                  0.10     26.50
   MTH Reviewing correspondence from T. Swett re
       additional information re objection to
       exclusivity issue.                         0.10     26.50
                                                 ----    ------
       FOR CURRENT SERVICES RENDERED              1.10    293.50

                       RECAPITULATION
   TIMEKEEPER                    HOURS HOURLY RATE       TOTAL
   Mark T. Hurford               0.90    $265.00      $238.50
   Marla R. Eskin                0.20     275.00        55.00

```
                                                        Page: 2
W.R. Grace                                           07/31/2003
                                       ACCOUNT NO: 3000-17D
                                       STATEMENT NO:      11
Plan and Disclosure Statement




    TOTAL CURRENT WORK                              293.50

    BALANCE DUE                                    $487.20
                                                   =======
```

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                        Page: 1
W.R. Grace                                             07/31/2003
Wilmington  DE                          ACCOUNT NO: 3000-18D
                                        STATEMENT NO:      11


Relief from Stay Proceedings




     PREVIOUS BALANCE                                  $520.30



                                       HOURS
07/18/03
     MTH Reviewing Debtors' Objection to
         Rodriguez's and Nieves' Stay Relief
         Motion.                                 0.40    106.00
     MTH Reviewing Debtor's Objection to Costa and
         Thornburg's Motion for Stay Relief.     0.80    212.00

07/25/03
     MTH Reviewing Costa and Thornburg's Motion to
         Leave to File Reply Brief (.1); reviewing
         Reply memorandum and appendix in support
         of stay relief motion (.7)              0.80    212.00
                                                 ----   ------
         FOR CURRENT SERVICES RENDERED           2.00    530.00

                      RECAPITULATION
     TIMEKEEPER                  HOURS HOURLY RATE     TOTAL
     Mark T. Hurford             2.00    $265.00    $530.00


     TOTAL CURRENT WORK                                530.00


     BALANCE DUE                                    $1,050.30
                                                   =========



     Any payments received after the statement date will be
     applied to next month's statement.  Please note your
     account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1
W.R. Grace                                                  07/31/2003
Wilmington  DE                              ACCOUNT NO: 3000-19D
                                            STATEMENT NO:        1

Tax Issues

                                                       HOURS
07/10/03
    MRE Review of e-mail from MTH regarding tax
        motion                                          0.10     27.50
    MRE Meeting with MTH regarding tax motion           0.10     27.50
    MTH Meeting with MRE re: tax motion                 0.10     26.50
                                                        ----    -----
        FOR CURRENT SERVICES RENDERED                   0.30     81.50

                      RECAPITULATION
    TIMEKEEPER                    HOURS HOURLY RATE       TOTAL
    Mark T. Hurford               0.10    $265.00      $26.50
    Marla R. Eskin               0.20     275.00       55.00


    TOTAL CURRENT WORK                                         81.50


    BALANCE DUE                                               $81.50
                                                              ======




    Any payments received after the statement date will be
    applied to next month's statement.  Please note your
    account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                    Page: 1
W.R. Grace                                         07/31/2003
Wilmington  DE                          ACCOUNT NO: 3000-20D
                                        STATEMENT NO:      10

Tax Litigation



    PREVIOUS BALANCE                            $468.80


    BALANCE DUE                                 $468.80
                                               ========


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

```
                        Campbell & Levine, LLC
                         1700 Grant Building
                         Pittsburgh, PA  15219
                           412-261-0310
```

```
                                                    Page: 1
W.R. Grace                                        07/31/2003
Wilmington  DE                       ACCOUNT NO: 3000-21D
                                     STATEMENT NO:        7

Travel-Non-Working
```

```
    PREVIOUS BALANCE                                $52.20


    BALANCE DUE                                     $52.20
                                                    ======
```

```
    Any payments received after the statement date will be
    applied to next month's statement.  Please note your
    account number on your payment.  Thank you.
```

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                              Page: 1
W.R. Grace                                  07/31/2003
Wilmington  DE                ACCOUNT NO: 3000-22D
                              STATEMENT NO:      15

Valuation



    PREVIOUS BALANCE                        $1,226.50


    BALANCE DUE                             $1,226.50
                                            =========



Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

                                                      Page: 1
W.R. Grace                                        07/31/2003
Wilmington  DE                      ACCOUNT NO: 3000-23D
                                    STATEMENT NO:      15

ZAI Science Trial

       PREVIOUS BALANCE                          $1,608.40

                                        HOURS
07/08/03
    MTH Discussion with KJC re ZAI Motions
        recently filed.                    0.10     26.50

07/10/03
    KJC Review ZAI Motion for Summary Judgment
        and Memorandum in Support          1.30    195.00

07/11/03
    MRE Review of e-mail from EI regarding
        motions in ZAI and e-mail to MTH
        regarding same                     0.20     55.00
    MRE Meeting with MTH and KJC regarding
        motions filed                      0.10     27.50
    KJC Review ZAI Claimants Motion for Partial
        Summary Judgment and Memorandum in
        Support                            0.80    120.00
    KJC Review W.R. Grace's Motion for Summary
        Judgment, memorandum in support, and
        portions of appendix               2.00    300.00
    MTH Correspondence to EI and PVNL re ZAI
        Science Trial filings.             0.30     79.50
    KJC Review Debtors' Motion in Limine to
        exclude evidence of damages        0.40     60.00
    KJC Review Debtors Motion to Consolidate
        Actions of ZAI Claimants           0.30     45.00
    MTH Reviewing correspondence from PVNL re ZAI
        Science trial pleadings.           0.10     26.50
    MTH Reviewing correspondence from PVNL re
        recommendation to committee re ZAI
        Science Trial.                     0.10     26.50
    KJC Review counsels' correspondence re ZAI

```
                                                    Page: 2
        W.R. Grace                                07/31/2003
                                    ACCOUNT NO: 3000-23D
                                    STATEMENT NO:      15
        ZAI Science Trial
```

|  | | HOURS | |
|---|---|---|---|
| Science Trial | | 0.20 | 30.00 |

07/18/03
    MTH Reviewing correspondence from EI re ZAI
        Motions for Summary Judgment.             0.10      26.50

07/24/03
    MRE Review of e-mail from MTH regarding ZAI
        matters                                   0.10      27.50

07/31/03
    PEM Review correspondence re: ZAI Science to
        ACC from counsel and responses            0.30      87.00
    DAC Review exchanges regarding the issues
        presented by the ZAI science trial        0.20      70.00
    MRE Review of e-mail from Committee member
        regarding ZAI trial                       0.10      27.50
    MRE Review of e-mail from PVNL regarding ZAI
        trial                                     0.10      27.50
    MRE Review of e-mail from additional
        committee member regarding ZAI trial      0.10      27.50
    MRE Review of additional e-mail from PVNL
        regarding litigation                      0.10      27.50
                                                  ----   --------
        FOR CURRENT SERVICES RENDERED             7.00   1,312.50

                      RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Douglas A. Campbell | 0.20 | $350.00 | $70.00 |
| Philip E. Milch | 0.30 | 290.00 | 87.00 |
| Mark T. Hurford | 0.70 | 265.00 | 185.50 |
| Marla R. Eskin | 0.80 | 275.00 | 220.00 |
| Kathleen J. Campbell | 5.00 | 150.00 | 750.00 |

```
        TOTAL CURRENT WORK                             1,312.50


        BALANCE DUE                                   $2,920.90
                                                      =========
```

        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1
W.R. Grace                                              07/31/2003
Wilmington  DE                            ACCOUNT NO      3000D

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-00 Costs and Expenses | | | | | |
| -542.81 | 0.00 | 0.00 | 0.00 | 0.00 | -$542.81 |
| 3000-01 Asset Analysis and Recovery | | | | | |
| 5,488.80 | 0.00 | 0.00 | 0.00 | 0.00 | $5,488.80 |
| 3000-02 Asset Disposition | | | | | |
| 729.30 | 641.00 | 0.00 | 0.00 | 0.00 | $1,370.30 |
| 3000-03 Business Operations | | | | | |
| 482.90 | 0.00 | 0.00 | 0.00 | 0.00 | $482.90 |
| 3000-04 Case Administration | | | | | |
| 1,294.40 | 494.50 | 0.00 | 0.00 | 0.00 | $1,788.90 |
| 3000-05 Claims Analysis Objection & Resolution (Asbestos) | | | | | |
| 2,062.70 | 302.00 | 0.00 | 0.00 | 0.00 | $2,364.70 |
| 3000-06 Claims Analysis Objection & Resol. (Non-Asbestos) | | | | | |
| -196.70 | 1,411.50 | 0.00 | 0.00 | 0.00 | $1,214.80 |
| 3000-07 Committee, Creditors, Noteholders, Equity Holders | | | | | |
| 15,937.30 | 5,584.50 | 0.00 | 0.00 | 0.00 | $21,521.80 |
| 3000-08 Employee Benefits/Pension | | | | | |
| 1,219.40 | 2,602.50 | 0.00 | 0.00 | 0.00 | $3,821.90 |
| 3000-10 Employment Applications, Others | | | | | |
| 1,346.20 | 0.00 | 0.00 | 0.00 | 0.00 | $1,346.20 |
| 3000-11 Expenses | | | | | |
| 2,571.63 | 0.00 | 425.69 | 0.00 | 0.00 | $2,997.32 |
| 3000-12 Fee Applications, Applicant | | | | | |
| 4,531.70 | 491.50 | 0.00 | 0.00 | 0.00 | $5,023.20 |

W.R. Grace

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-13 Fee Applications, Others | | | | | |
| 8,301.60 | 1,468.00 | 0.00 | 0.00 | 0.00 | $9,769.60 |
| 3000-14 Financing | | | | | |
| 202.90 | 0.00 | 0.00 | 0.00 | 0.00 | $202.90 |
| 3000-15 Hearings | | | | | |
| 6,733.75 | 691.00 | 0.00 | 0.00 | 0.00 | $7,424.75 |
| 3000-16 Litigation and Litigation Consulting | | | | | |
| 943.20 | 189.00 | 0.00 | 0.00 | 0.00 | $1,132.20 |
| 3000-17 Plan and Disclosure Statement | | | | | |
| 193.70 | 293.50 | 0.00 | 0.00 | 0.00 | $487.20 |
| 3000-18 Relief from Stay Proceedings | | | | | |
| 520.30 | 530.00 | 0.00 | 0.00 | 0.00 | $1,050.30 |
| 3000-19 Tax Issues | | | | | |
| 0.00 | 81.50 | 0.00 | 0.00 | 0.00 | $81.50 |
| 3000-20 Tax Litigation | | | | | |
| 468.80 | 0.00 | 0.00 | 0.00 | 0.00 | $468.80 |
| 3000-21 Travel-Non-Working | | | | | |
| 52.20 | 0.00 | 0.00 | 0.00 | 0.00 | $52.20 |
| 3000-22 Valuation | | | | | |
| 1,226.50 | 0.00 | 0.00 | 0.00 | 0.00 | $1,226.50 |
| 3000-23 ZAI Science Trial | | | | | |
| 1,608.40 | 1,312.50 | 0.00 | 0.00 | 0.00 | $2,920.90 |
| --------- | --------- | ------ | ---- | ---- | ---------- |
| 55,176.17 | 16,093.00 | 425.69 | 0.00 | 0.00 | $71,694.86 |
| | | | | | ========== |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.