Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                          08/31/2003
Wilmington  DE                          ACCOUNT NO: 3000-00D
                                        STATEMENT NO:      23

Costs and Expenses


PREVIOUS BALANCE                                 -$542.81


CREDIT BALANCE                                   -$542.81
                                                 ========


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                    Page: 1
W.R. Grace                                          08/31/2003
Wilmington  DE                       ACCOUNT NO: 3000-01D
                                     STATEMENT NO:      27

Asset Analysis and Recovery



     PREVIOUS BALANCE                            $5,488.80



08/20/03 Payment - Thank you.  (November, 2002 - 20%)        -11.00
08/20/03 Payment - Thank you.  (April, 2003 - 80%)       -3,303.60
                                                         ---------
     TOTAL PAYMENTS                                      -3,314.60

     BALANCE DUE                                 $2,174.20
                                                 =========







     Any payments received after the statement date will be
     applied to next month's statement.  Please note your
     account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

                                                    Page: 1
W.R. Grace                                          08/31/2003
Wilmington  DE                        ACCOUNT NO: 3000-02D
                                      STATEMENT NO:      27

Asset Disposition


        PREVIOUS BALANCE                            $1,370.30


08/20/03 Payment - Thank you.  (October, 2002 - 20%) (The
         20% amount of $37.30 was not credited because of
         a $1,766.00 discrepancy in the expense portion of
         this bill)                                    0.00
08/20/03 Payment - Thank you.  (November, 2002 - 20%)  -58.50
08/20/03 Payment - Thank you.  (April, 2003 - 80%)     -63.60
                                                    -------
        TOTAL PAYMENTS                              -122.10

        BALANCE DUE                                $1,248.20
                                                    =========


        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1

W.R. Grace                                                    08/31/2003
Wilmington  DE                              ACCOUNT NO: 3000-03D
                                            STATEMENT NO:      22

Business Operations

PREVIOUS BALANCE                                              $482.90

08/20/03 Payment - Thank you.  (October, 2002 - 20%)           -5.50
08/20/03 Payment - Thank you.  (November, 2002 - 20%)         -84.60
08/20/03 Payment - Thank you.  (April, 2003 - 80%)            -7.60
                                                             ------
         TOTAL PAYMENTS                                       -97.70

         BALANCE DUE                                         $385.20
                                                             =======

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                          Page: 1
W.R. Grace                                             08/31/2003
Wilmington  DE                           ACCOUNT NO: 3000-04D
                                         STATEMENT NO:      27


        Case Administration




        PREVIOUS BALANCE                           $1,788.90


                                            HOURS
08/04/03
     PEM Review June MOR                      1.10    319.00
                                             ----    ------
        FOR CURRENT SERVICES RENDERED         1.10    319.00

                       RECAPITULATION
     TIMEKEEPER                    HOURS HOURLY RATE     TOTAL
     Philip E. Milch                1.10    $290.00   $319.00


        TOTAL CURRENT WORK                           319.00



08/20/03 Payment - Thank you.  (October, 2002 - 20%) (The
         20% amount of $21.40 was not credited because of
         a $1,766.00 discrepancy in the expense portion of
         this bill)                                    0.00
08/20/03 Payment - Thank you.  (November, 2002 - 20%)  -63.80
08/20/03 Payment - Thank you.  (April, 2003 - 80%)   -426.40
                                                     -------
        TOTAL PAYMENTS                               -490.20

        BALANCE DUE                                $1,617.70
                                                   =========



        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                                08/31/2003
Wilmington  DE                                 ACCOUNT NO: 3000-05D
                                               STATEMENT NO:     27

Claims Analysis Objection & Resolution (Asbestos)



PREVIOUS BALANCE                                          $2,364.70


                                               HOURS
08/01/03
    MTH telephone conference with M. Salter, Esq.
        re asbestos related PI questions.          0.30     79.50

08/04/03
    KJC Review of e-mail from MTH re omnibus
        claims objections status and ongoing
        review of claims for asbestos inclusion    0.20     30.00

08/06/03
    MTH Correspondence to C. Lane re Omnibus
        Claims Objections.                         0.10     26.50
    MRE Review of e-mail from MTH regarding
        objection to claims                        0.10     27.50

08/07/03
    DEC Draft of Committee response to Debtors'
        1st and 2nd Omnibus Claims Objections      0.80     76.00
    MTH telephone conference with L. Arney re
        asbestos creditor claims.                  0.40    106.00
    MTH telephone conference with C. Lane (follow
        up) re asbestos PI Claims, issue re
        incorrect claim forms (.4) and discussion
        with MRE re same (.1)                      0.50    132.50
    MTH telephone conference with C. Lane re
        language to include in Omnibus Claims
        Objections re Asbestos Personal Injury
        claims (x3).                               0.20     53.00
    MRE Meeting with MTH regarding extension to
        objection to claims objection              0.10     27.50
    MRE Review of e-mail from MTH to C. Lane
        regarding extension of time for claims

```
                                                        Page: 2
       W.R. Grace                                     08/31/2003
                                          ACCOUNT NO: 3000-05D
                                          STATEMENT NO:      27
       Claims Analysis Objection & Resolution (Asbestos)




                                               HOURS
              objections                         0.10      27.50

   08/08/03
       MRE  Meeting with MTH regarding objection to
            omnibus claims motion                0.10      27.50
       MTH  Meeting with MRE re: objection to omnibus
            claims objection                     0.10      26.50

   08/09/03
       MRE  Review of response to claims objection of
            M. Olson                             0.10      27.50

   08/11/03
       KJC  Review responses to second omnibus claims
            objections                           0.30      45.00
       KJC  Review of Lucy Fontenot's response to
            second omnibus objection to claims
            (asbestos P.I. claim)                0.20      30.00
       KJC  Discussion with MRE re status of response
            to second omnibus claims objection   0.10      15.00
       MRE  Review of response to omnibus objection
            filed by certain claimants           0.10      27.50
       MRE  Review of response to omnibus objection
            of L. Fontenot                       0.10      27.50
       MRE  Telephone conference with C. Lane
            regarding claims objections          0.10      27.50
       MRE  Drafting e-mail to KJC regarding omnibus
            objection to claims                  0.10      27.50
       MRE  Meeting with KJC regarding response to
            omnibus objection to claims          0.10      27.50

   08/13/03
       MRE  Drafting e-mail to C. Lane regarding
            order for omnibus objection to claims 0.20      55.00
       MRE  Review of e-mail from C. Lane regarding
            omnibus claims objections            0.10      27.50

   08/15/03
       MRE  Additional review of language in order
            for omnibus claims objection and e-mail
            to C. Lane regarding same            0.30      82.50
       MRE  Review of e-mail from C. Lane regarding
            omnibus objection order              0.10      27.50
       MRE  Review of e-mail from C. Lane regarding
            first omnibus objection to claims order 0.10      27.50
```

```
                                                     Page: 3
    W.R. Grace                                      08/31/2003
                                        ACCOUNT NO: 3000-05D
                                        STATEMENT NO:      27
    Claims Analysis Objection & Resolution (Asbestos)
```

```
                                            HOURS
08/20/03
    MRE Drafting e-mail to C. Lane regarding
        Order for claims objections            0.10     27.50
    MRE Review of e-mail from C. Lane regarding
        omnibus order                          0.10     27.50

08/26/03
    KJC Review letter to court re second omnibus
        objection to claims from Fanette Stewart 0.10    15.00
                                               ----   --------
        FOR CURRENT SERVICES RENDERED          5.30  1,185.00
```

```
                        RECAPITULATION
    TIMEKEEPER                HOURS HOURLY RATE      TOTAL
    Mark T. Hurford            1.60    $265.00     $424.00
    Marla R. Eskin            2.00     275.00      550.00
    Denise E. Collett         0.80      95.00       76.00
    Kathleen J. Campbell      0.90     150.00      135.00


        TOTAL CURRENT WORK                        1,185.00
```

```
08/20/03 Payment - Thank you.  (October, 2002 - 20%) (The
        20% amount of $5.30 was not credited because of a
        $1,766.00 discrepancy in the expense portion of
        this bill)                                     0.00


        BALANCE DUE                              $3,549.70
                                                 =========
```

```
    Any payments received after the statement date will be
    applied to next month's statement.  Please note your
    account number on your payment.  Thank you.
```

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                          08/31/2003
Wilmington  DE                         ACCOUNT NO: 3000-06D
                                       STATEMENT NO:      27


Claims Analysis Objection & Resol. (Non-Asbestos)



PREVIOUS BALANCE                                 $1,214.80



                                        HOURS
08/01/03
     MTH Meeting with DEM re Debtors' Omnibus
         Claims Objection, review of POC's.        0.10     26.50
     MTH Correspondence to PVNL and A. Rich re
         status of work on Debtors' two Omnibus
         Claims Objections.                        0.20     53.00
     MTH Reviewing Response of Wachovia to
         Debtors' Second Omnibus Claims Objection. 0.20     53.00

08/05/03
     DEM Search of WR Grace Website for POCs        1.00     95.00

08/11/03
     KJC Review various responses to second
         omnibus claims objection                  0.30     45.00

08/13/03
     KJC Review various responses to Debtors
         second omnibus claims objection filed on
         8/12/03                                   0.30     45.00

08/14/03
     MRE Review of proposed order expunging
         omnibus objection to claim                0.30     82.50

08/15/03
     KJC Review various pro se responses to claims
         objections                                0.20     30.00

08/29/03
     MRE Review of e-mail from EI                   0.10     27.50
     MTH Reviewing Response of USA to Debtors'

```
                                                           Page: 2
W.R. Grace                                              08/31/2003
                                          ACCOUNT NO: 3000-06D
                                          STATEMENT NO:      27
Claims Analysis Objection & Resol. (Non-Asbestos)
```

```
                                                HOURS
        Claims Objection.                        0.10    26.50
MTH Reviewing response of the State of New
    Jersey to Debtors' Omnibus Claims
    Objection.                                   0.10    26.50
MTH Reviewing Response to Claims Objection of
    F. Stewart.                                  0.10    26.50
MTH Reviewing Response of Collins Sharp to
    Debtors' Claims Objection.                   0.20    53.00
MTH Reviewing Orders entered re Debtors First
    and Second Omnibus Claims Objections         0.10    26.50
                                                 ----   ------
        FOR CURRENT SERVICES RENDERED            3.30   616.50
```

```
                        RECAPITULATION
TIMEKEEPER                     HOURS  HOURLY RATE      TOTAL
Mark T. Hurford                 1.10    $265.00     $291.50
Marla R. Eskin                  0.40     275.00      110.00
Kathleen J. Campbell            0.80     150.00      120.00
Diane E. Massey                 1.00      95.00       95.00


        TOTAL CURRENT WORK                          616.50
```

```
08/20/03 Payment - Thank you.  (October, 2002 - 20%) (The
         20% amount of $5.30 was not credited because of a
         $1,766.00 discrepancy in the expense portion of
         this bill)                                   0.00
08/20/03 Payment - Thank you.  (November, 2002 - 20%)     -5.30
08/20/03 Payment - Thank you.  (April, 2003 - 80%)     -127.20
                                                     -------
         TOTAL PAYMENTS                              -132.50

         BALANCE DUE                              $1,698.80
                                                  =========
```

```
        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.
```

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                    Page: 1
W.R. Grace                                        08/31/2003
Wilmington  DE                          ACCOUNT NO: 3000-07D
                                        STATEMENT NO:      27

Committee, Creditors, Noteholders, Equity Holders



       PREVIOUS BALANCE                          $21,521.80



                                          HOURS
08/01/03
       DEM prepare weekly recommendation memo      0.10      9.50
       DEM Preparation of daily memo               0.30     28.50
       DEM prepare weekly recommendation memo      0.20     19.00
       DEM Prepare and send out Weekly
           Recommendation Memo to Committee        0.20     19.00
       DEM Update Attorney Binder                  0.10      9.50
       MTH prepare weekly recommendation memo      0.40    106.00
       MRE Review of memorandum summarizing
           pleadings filed on July 31, 2003        0.10     27.50
       PEM Review daily memo of pleadings          0.10     29.00
       MTH Review of memorandum summarizing
           pleadings filed on 7/31/03              0.10     26.50

08/03/03
       DAC Review counsel's weekly recommendation
           memo                                    0.20     70.00

08/04/03
       DEM Preparation of daily memo               0.30     28.50
       PEM Review weekly recommendation memo to
           committee re: pending motions and matters  0.30     87.00
       MTH Review of memorandum summarizing
           pleadings filed on 8/1/03               0.10     26.50
       MRE Review of memorandum summarizing
           pleadings filed on August 1, 2003 through
           August 3, 2003                          0.10     27.50

08/05/03
       DEM Preparation of daily memo               0.30     28.50
       MRE Review of memorandum summarizing
           pleadings filed on August 4, 2003       0.10     27.50

Page: 2

W.R. Grace
08/31/2003
ACCOUNT NO: 3000-07D
STATEMENT NO:        27

Committee, Creditors, Noteholders, Equity Holders

|     |                                                              | HOURS |       |
| --- | ------------------------------------------------------------ | ----- | ----- |
| MTH | Review of memorandum summarizing pleadings filed on 8/4/03.  | 0.10  | 26.50 |
| MTH | Reviewing various Orders signed 7/28/03.                     | 0.10  | 26.50 |

**08/06/03**

|     |                                                                          |       |       |
| --- | ------------------------------------------------------------------------ | ----- | ----- |
| MAL | Organization and distribution of daily pleadings                         | 0.20  | 19.00 |
| DEM | prepare weekly recommendation memo                                       | 0.20  | 19.00 |
| MAL | Updating Service List                                                    | 0.20  | 19.00 |
| DEM | preparation and distribution of daily memo                               | 0.30  | 28.50 |
| MAL | Attention to document organization                                       | 0.20  | 19.00 |
| MRE | Meeting with MTH regarding upcoming objections and deadlines             | 0.20  | 55.00 |
| KJC | Meeting with MRE and MTH re upcoming objection deadlines                 | 0.20  | 30.00 |
| MTH | Review of memorandum summarizing pleadings filed on 8/5/03               | 0.10  | 26.50 |
| MTH | Meeting with MRE and KJC re: upcoming objections and deadlines           | 0.20  | 53.00 |

**08/07/03**

|     |                                                                          |       |       |
| --- | ------------------------------------------------------------------------ | ----- | ----- |
| MAL | Organization and distribution of daily pleadings                         | 0.20  | 19.00 |
| DEM | Preparation of daily memo                                                | 0.30  | 28.50 |
| KJC | Review daily pleadings memo dated 8/7/03                                 | 0.10  | 15.00 |
| DEM | prepare weekly recommendation memo                                       | 0.10  | 9.50  |
| KJC | Review e-mail from DEC re weekly recommendation memo                     | 0.20  | 30.00 |
| KJC | Discussion with MTH re weekly recommendation memo                        | 0.20  | 30.00 |
| MRE | Review of memorandum summarizing pleadings filed on August 6, 2003      | 0.10  | 27.50 |
| MTH | Review of memorandum summarizing pleadings filed on 8/6/03               | 0.10  | 26.50 |
| MTH | Discussion with KJC re: weekly recommendation memo                      | 0.10  | 26.50 |

**08/08/03**

|     |                                                                          |       |       |
| --- | ------------------------------------------------------------------------ | ----- | ----- |
| DEM | preparation and distribution of daily memo                               | 0.50  | 47.50 |
| KJC | Review daily pleadings memo dated 8/8/03                                 | 0.20  | 30.00 |
| DEM | prepare weekly recommendation memo                                       | 0.30  | 28.50 |
| DEM | Prepare and distribute Weekly Recommendation Memo to Committee           | 0.20  | 19.00 |

```
                                             Page: 3
W.R. Grace                                 08/31/2003
                               ACCOUNT NO: 3000-07D
                               STATEMENT NO:      27
Committee, Creditors, Noteholders, Equity Holders
```

|  |  | HOURS |  |
|---|---|---|---|
| DEM | Update Attorney Binder | 0.10 | 9.50 |
| KJC | Draft weekly recommendation memo | 0.80 | 120.00 |
| MTH | Review of memorandum summarizing pleadings filed on 8/7/03 | 0.10 | 26.50 |

08/10/03

| PEM | Review weekly recommendation memo to committee re: pending motions and matters | 0.30 | 87.00 |
|---|---|---|---|

08/11/03

| DAC | Review counsel's recommendation memo | 0.20 | 70.00 |
|---|---|---|---|
| DEM | preparation and distribution of daily memo | 0.70 | 66.50 |
| KJC | Review daily pleadings memo dated 8/11/03 | 0.10 | 15.00 |
| DEM | Review Pleadings and electronic filing notices filed in adversary proceedings; preparation and distribution of adversary proceeding daily memo | 0.50 | 47.50 |
| MAL | Organization and distribution of daily pleadings | 0.20 | 19.00 |
| KJC | Prepare weekly recommendation memo | 0.20 | 30.00 |
| MRE | Review of memorandum summarizing pleadings filed on August 8, 2003 | 0.10 | 27.50 |
| MTH | Review of memorandum summarizing pleadings filed on 8/8/03 | 0.10 | 26.50 |

08/12/03

| MAL | Organization and distribution of daily pleadings | 0.10 | 9.50 |
|---|---|---|---|
| DEM | Preparation of daily memo | 0.30 | 28.50 |
| DEM | prepare weekly recommendation memo | 0.40 | 38.00 |
| KJC | Review daily pleadings memo dated 8/12/03 | 0.10 | 15.00 |
| MAL | Attention to document organization | 0.30 | 28.50 |
| KJC | Review adversary proceeding pleadings memo dated 8/11/03 | 0.10 | 15.00 |
| MRE | Review of memorandum summarizing pleadings filed on July 30, 2003 to August 8, 2003 in the adversary matters | 0.10 | 27.50 |
| MRE | Review of memorandum summarizing pleadings filed on August 11, 2003 | 0.10 | 27.50 |
| PEM | Review daily memo of pleadings | 0.10 | 29.00 |
| MTH | Review of memorandum summarizing pleadings filed on 8/11/03 | 0.10 | 26.50 |

|            |                                                             | HOURS |       |
|------------|-------------------------------------------------------------|-------|-------|
| **08/13/03** |                                                           |       |       |
| DEM | Preparation and distribution of daily memo | 0.60 | 57.00 |
| MAL | Organization and distribution of daily pleadings | 0.10 | 9.50 |
| KJC | Review daily pleadings memo dated 8/13/03 | 0.10 | 15.00 |
| DEM | Prepare weekly recommendation memo | 0.10 | 9.50 |
| **08/14/03** |                                                         |       |       |
| DEM | Preparation of daily memo | 0.30 | 28.50 |
| MAL | Organization and distribution of daily pleadings. | 0.10 | 9.50 |
| KJC | Review daily pleadings memo dated 8/14/03 | 0.10 | 15.00 |
| MRE | Review of memorandum summarizing pleadings filed on August 13, 2003 | 0.10 | 27.50 |
| MRE | Review of e-mail from Debtor regarding contact list | 0.10 | 27.50 |
| **08/15/03** |                                                         |       |       |
| KJC | Review daily memo dated 8/15/03 | 0.10 | 15.00 |
| DEM | Preparation and distribution of daily memo | 0.50 | 47.50 |
| DEM | Prepare weekly recommendation memo | 0.10 | 9.50 |
| MRE | Meeting with KJC regarding weekly recommendation memo and revisions to same | 0.30 | 82.50 |
| KJC | Meeting with MRE re recommendations and upcoming objection deadlines | 0.30 | 45.00 |
| DEM | Prepare and send out Weekly Recommendation Memo to Committee | 0.20 | 19.00 |
| DEM | Update Attorney Binder - Weekly Recommendation Memo | 0.10 | 9.50 |
| KJC | Review and revise weekly recommendation memo | 0.30 | 45.00 |
| MAL | Attention to document organization | 0.10 | 9.50 |
| MRE | Review of memorandum summarizing pleadings filed on August 14, 2003 | 0.10 | 27.50 |
| PEM | Review weekly recommendation memo to committee re: pending motions and matters | 0.20 | 58.00 |
| **08/18/03** |                                                         |       |       |
| MTH | Meeting with MRE re events of last week, including Omnibus Claims Objection issues, exclusivity objection. | 0.10 | 26.50 |
| MAL | Organization and distribution of daily pleadings | 0.10 | 9.50 |

W.R. Grace                                              08/31/2003
                                            ACCOUNT NO: 3000-07D
                                            STATEMENT NO:        27
Committee, Creditors, Noteholders, Equity Holders

|  |  | HOURS |  |
|---|---|---|---|
| DEM | prepare weekly recommendation memo | 0.10 | 9.50 |
| DEM | Review Pleadings and electronic filing notices filed in adversary proceedings; preparation and distribution of adversary proceeding daily memo | 0.20 | 19.00 |
| MRE | Review of memorandum summarizing pleadings filed on August 15th through August 17, 2003 | 0.10 | 27.50 |
| KJC | Discussion with MTH re status of motions and upcoming deadlines | 0.10 | 15.00 |
| PEM | Review daily memo of pleadings filed | 0.10 | 29.00 |
| DAC | Review counsel's recommendation memo | 0.20 | 70.00 |
| MTH | Review of memorandum summarizing pleadings filed on 8/12/03 | 0.10 | 26.50 |
| MTH | Review of memorandum summarizing pleadings filed on 8/14/03 | 0.10 | 26.50 |
| MTH | Review of memorandum summarizing pleadings filed on 8/13/03 | 0.10 | 26.50 |
| MTH | Review of memorandum summarizing pleadings filed on 8/15/03 through 8/17/03 | 0.10 | 26.50 |
| MRE | Meeting with MTH re: resolution of omnibus claims objection, exclusivity objection | 0.10 | 27.50 |
| MTH | Review of memorandum of pleadings filed 8/13/03 | 0.10 | 26.50 |
| MTH | Review of memorandum of pleadings filed 8/14/03 | 0.10 | 26.50 |
| MTH | Meeting with KJC re: status of motion and up coming objection | 0.10 | 26.50 |
| MTH | Review of memorandum summarizing pleadings filed on August 15th through August 17, 2003 | 0.10 | 26.50 |
| 08/19/03 |  |  |  |
| MAL | Attention to document organization | 0.10 | 9.50 |
| MRE | Meeting with MTH regarding upcoming hearing | 0.20 | 55.00 |
| DEM | preparation and distribution of daily memo | 0.50 | 47.50 |
| MAL | Organization and distribution of daily pleadings | 0.20 | 19.00 |
| DEM | prepare weekly recommendation memo | 0.40 | 38.00 |
| MRE | Review of memorandum summarizing pleadings filed on August 18, 2003 | 0.10 | 27.50 |

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

|  |  | HOURS |  |
|---|---|---|---|
| MTH | Meeting with MRE re upcoming objections and deadlines. | 0.20 | 53.00 |
| MTH | Review of memorandum summarizing pleadings filed on 8/18/03 | 0.10 | 26.50 |

**08/20/03**

|  |  |  |  |
|---|---|---|---|
| MAL | Attention to document organization | 0.20 | 19.00 |
| DEM | Preparation of daily memo | 0.30 | 28.50 |
| DEM | prepare weekly recommendation memo | 0.10 | 9.50 |
| MRE | Review of memorandum summarizing pleadings filed on August 19, 2003 | 0.10 | 27.50 |
| MTH | Review of memorandum summarizing pleadings filed on 8/19/03 | 0.10 | 26.50 |
| MTH | Review of memorandum summarizing pleadings filed on August 19, 2003 | 0.10 | 26.50 |

**08/21/03**

|  |  |  |  |
|---|---|---|---|
| MAL | Organization and distribution of daily pleadings | 0.10 | 9.50 |
| DEM | Preparation of daily memo | 0.30 | 28.50 |
| DEM | prepare weekly recommendation memo | 0.10 | 9.50 |
| MAL | Attention to document organization | 0.20 | 19.00 |
| MRE | Review of memorandum summarizing pleadings filed on August 20, 2003 | 0.10 | 27.50 |
| MTH | Review of memorandum summarizing pleadings filed on 8/20/03 | 0.10 | 26.50 |
| MTH | Review of memorandum summarizing pleadings filed on August 20, 2003 | 0.10 | 26.50 |

**08/22/03**

|  |  |  |  |
|---|---|---|---|
| MAL | Review Pleadings and electronic filing notices (.3); preparation and distribution of daily memo (.2) | 0.50 | 47.50 |
| MTH | Correspondence to Committee re weekly recommendation memorandum. | 0.20 | 53.00 |
| MTH | prepare weekly recommendation memo | 1.00 | 265.00 |
| PEM | Review weekly recommendation memo to committee re: pending motions and matters | 0.30 | 87.00 |
| DAC | Review counsel's weekly recommendation memo | 0.20 | 70.00 |
| MTH | Review of memorandum summarizing pleadings filed on 8/21/03 | 0.10 | 26.50 |

**08/25/03**

|  |  |  |  |
|---|---|---|---|
| PEM | Review daily memo re: pleadings filed | 0.10 | 29.00 |

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

|  |  | HOURS |  |
|---|---|---|---|
| DEM | Preparation of daily memo | 0.30 | 28.50 |
| DEM | Review Pleadings and electronic filing notices filed in adversary proceedings; preparation and distribution of adversary proceeding daily memo | 0.30 | 28.50 |
| DEM | Update Attorney Binder - Weekly Recommendation Memo | 0.10 | 9.50 |
| MAL | Organization and distribution of daily pleadings | 0.20 | 19.00 |
| MRE | Review of memorandum summarizing pleadings filed on August 21, 2003 | 0.10 | 27.50 |
| MRE | Review of memorandum summarizing pleadings filed on August 22, 2003 through August 24, 2003 | 0.10 | 27.50 |

08/26/03

|  |  |  |  |
|---|---|---|---|
| DEM | Preparation and distribution of daily memo | 0.30 | 28.50 |
| MTH | Meeting with MRE re pending motions and upcoming objections. | 0.20 | 53.00 |
| MAL | Organization and distribution of daily pleadings | 0.10 | 9.50 |
| MAL | Updating Service List | 0.10 | 9.50 |
| DEM | Prepare weekly recommendation memo | 0.10 | 9.50 |
| MRE | Review of weekly recommendation memo | 0.20 | 55.00 |
| MRE | Meeting with MTH regarding upcoming motions and deadlines | 0.20 | 55.00 |
| MRE | Drafting hearing memo to the committee and e-mail to PVNL regarding same | 0.50 | 137.50 |
| MTH | Review of memorandum summarizing pleadings filed on 8/25/03 | 0.10 | 26.50 |

08/27/03

|  |  |  |  |
|---|---|---|---|
| DEM | preparation and distribution of daily memo | 0.30 | 28.50 |
| DEM | prepare weekly recommendation memo | 0.20 | 19.00 |
| MAL | Organization and distribution of daily pleadings | 0.10 | 9.50 |
| MAL | Updating Service List | 0.20 | 19.00 |
| DEM | Continued prepare weekly recommendation memo (Fee Apps) | 0.20 | 19.00 |
| MAL | Attention to document organization | 0.10 | 9.50 |
| DEM | preparation and e-mail of hearing memorandum to committee. | 0.20 | 19.00 |
| KJC | Review daily pleadings memo dated 8/27/03 | 0.10 | 15.00 |

```
                                              HOURS
    MTH Review of memorandum summarizing
        pleadings filed on 8/26/03            0.10      26.50

08/28/03
    MAL Organization and distribution of daily
        pleadings                             0.20      19.00
    DEM prepare weekly recommendation memo    0.10       9.50
    DEM preparation and distribution of daily
        memo                                  0.30      28.50
    KJC Review daily pleadings memo dated 8/28/03  0.10  15.00
    MTH Reviewing memorandum re August Omnibus
        Hearing.                              0.10      26.50
    MTH Review of memorandum summarizing
        pleadings filed on 8/27/03            0.10      26.50

08/29/03
    MAL Organization and distribution of daily
        pleadings                             0.10       9.50
    DEM preparation and distribution of daily
        memo                                  0.30      28.50
    MRE Review of memorandum summarizing
        pleadings filed on August 26, 2003    0.10      27.50
    MTH Correspondence to Committee re weekly
        recommendation memorandum.            0.20      53.00
    MTH prepare weekly recommendation memo    0.80     212.00
    PEM Review weekly recommendation memo to
        committee re: pending motions and matters  0.30  87.00
    DAC Review counsel's weekly recommendation
        memo                                  0.20      70.00
                                             -----  --------
        FOR CURRENT SERVICES RENDERED        31.90  5,472.50
```

                        RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Douglas A. Campbell | 1.00 | $350.00 | $350.00 |
| Philip E. Milch | 1.80 | 290.00 | 522.00 |
| Mark T. Hurford | 6.10 | 265.00 | 1,616.50 |
| Marla R. Eskin | 3.40 | 275.00 | 935.00 |
| Kathleen J. Campbell | 3.40 | 150.00 | 510.00 |
| Margaret A. Landis | 4.20 | 95.00 | 399.00 |
| Diane E. Massey | 12.00 | 95.00 | 1,140.00 |

```
    TOTAL CURRENT WORK                              5,472.50
```

```
                                                     Page: 9
     W.R. Grace                                   08/31/2003
                                     ACCOUNT NO: 3000-07D
                                     STATEMENT NO:        27
     Committee, Creditors, Noteholders, Equity Holders
```

```
08/20/03 Payment - Thank you.  (October, 2002 - 20%)        -785.30
08/20/03 Payment - Thank you.  (November, 2002 - 20%)       -494.10
08/20/03 Payment - Thank you.  (December, 2002 - 20%)       -831.70
08/20/03 Payment - Thank you.  (April, 2003 - 80%)        -3,693.60
                                                          ---------
         TOTAL PAYMENTS                                   -5,804.70

         BALANCE DUE                                     $21,189.60
                                                         ==========
```

```
     Any payments received after the statement date will be
     applied to next month's statement.  Please note your
     account number on your payment.  Thank you.
```

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1

W.R. Grace
08/31/2003
Wilmington  DE
ACCOUNT NO: 3000-08D
STATEMENT NO:     26

Employee Benefits/Pension

PREVIOUS BALANCE                                    $3,821.90

08/20/03 Payment - Thank you.  (October, 2002 - 20%)      -164.30

BALANCE DUE                                         $3,657.60
                                                    =========

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                          Page: 1
W.R. Grace                                              08/31/2003
Wilmington  DE                              ACCOUNT NO: 3000-10D
                                            STATEMENT NO:      27


Employment Applications, Others



        PREVIOUS BALANCE                             $1,346.20



                                                 HOURS
08/22/03
     MTH Begin review of Debtors' Motion to Retain
         State Street Bank (.5) and Correspondence
         to M. Berkin re review and thoughts re
         same (.2)                                0.70    185.50
     MTH Correspondence to PVNL re Debtors Motion
         re State Street Bank and response
         thereto.                                 0.10     26.50

08/23/03
     MRE Review of e-mail from MTH to PVNL
         regarding retention of State Street Bank 0.10     27.50

08/29/03
     MTH Reviewing Verified Statement of Willkie
         Farr & Gallagher                         0.10     26.50
     MTH Reviewing Verified Statement of Klehr,
         Harrison                                 0.10     26.50
     MTH Reviewing seven Affidavits under Section
         327.                                     0.20     53.00
                                                  ----    ------
         FOR CURRENT SERVICES RENDERED            1.30    345.50
                      RECAPITULATION
     TIMEKEEPER                  HOURS HOURLY RATE      TOTAL
     Mark T. Hurford             1.20   $265.00      $318.00
     Marla R. Eskin              0.10    275.00        27.50


        TOTAL CURRENT WORK                                345.50

```
                                                      Page: 2
W.R. Grace                                         08/31/2003
                                      ACCOUNT NO: 3000-10D
                                      STATEMENT NO:      27

Employment Applications, Others
```

```
08/20/03 Payment - Thank you.  (December, 2002 - 20%)          -5.50
08/20/03 Payment - Thank you.  (April, 2003 - 80%)           -36.40
                                                             ------
         TOTAL PAYMENTS                                      -41.90

         BALANCE DUE                                     $1,649.80
                                                         =========
```

```
         Any payments received after the statement date will be
         applied to next month's statement.  Please note your
         account number on your payment.  Thank you.
```

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                                    08/31/2003
Wilmington  DE                           ACCOUNT NO: 3000-11D
                                         STATEMENT NO:      25


Expenses



PREVIOUS BALANCE                                           $2,997.32



08/04/03 FAX to Peter Lockwood - daily memo                     4.00
08/04/03 FAX to Doug Campbell - daily memo                      4.00
08/04/03 FAX to Robert Spohn - daily memo                       4.00
08/04/03 FAX to Andrew Katznelson - daily memo                  4.00
08/06/03 Ikon Office Solutions - Photocopying, Envelopes,
         Postage, Hand Deliveries (C&D, LAS, LTC and C&L -
         June, 2003 Fee Applications)                         246.50
08/11/03 Ikon Office Solutions- Photocopying, Envelopes,
         Postage, Hand Delivery on 8/8/03 (Objection to
         the Debtor's Fifth Motion for an Order )             368.66
08/13/03 FAX to Peter Lockwood - daily memo                     8.00
08/13/03 FAX to Doug Campbell - daily memo                      8.00
08/13/03 FAX to Robert Spohn - daily memo                       8.00
08/13/03 FAX to Andrew Katznelson - daily memo                  8.00
08/14/03 Ikon Office Solutions- Photocopying, Envelopes,
         Postage, Hand Delivery on 8/11/03 (LAS, LTC, and
         C&L interim fee application)                         423.45
08/16/03 AT&T Long Distance Phone Calls                         6.51
08/18/03 Ikon Office Solutions- Photocopying, Envelopes,
         Postage, Hand Deliveries on 8/15/03 (interim fee
         application)                                         122.10
08/25/03 FAX to Peter Lockwood - daily memo                     6.00
08/25/03 FAX to Doug Campbell - daily memo                      6.00
08/25/03 FAX to Robert Spohn - daily memo                       6.00
08/25/03 FAX to Andrew Katznelson - daily memo                  6.00
08/25/03 FAX to Peter Lockwood - Adversary Memorandum           2.00
08/27/03 Ikon Office Solutions - Photocopying, Envelopes,
         Postage, Hand Deliveries (C&L and C&D Seal Air
         June CNO)                                             70.56
08/27/03 Ikon Office Solutions - Photocopying, Envelopes,
         Postage, Hand Deliveries (C&L, LTC, C&D and LAS
         June 2003 Certificate of No OBjections)              71.04

```
                                                    Page: 2
        W.R. Grace                                08/31/2003
                                        ACCOUNT NO: 3000-11D
                                        STATEMENT NO:      25
        Expenses
```

```
08/28/03 Postage - Fee App C&D - 13 @ 1.29                 16.77
08/29/03 Westlaw Charges for August, 2003                 147.63
08/31/03 Pacer Charges for the month of July, 2003         43.82
                                                         --------
         TOTAL EXPENSES                                  1,591.04

         TOTAL CURRENT WORK                              1,591.04


08/20/03 Payment - Thank you.  (April, 2003 - 100%)       -297.48


         BALANCE DUE                                   $4,290.88
                                                       =========
```

```
        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.
```

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

                                                          Page: 1
W.R. Grace                                              08/31/2003
Wilmington  DE                          ACCOUNT NO: 3000-12D
                                        STATEMENT NO:      25

    Fee Applications, Applicant


        PREVIOUS BALANCE                          $5,023.20


                                        HOURS
08/05/03
    LMP Preparation of Campbell & Levine's June
        Fee Application for filing (.2);
        Electronic filing of Application (.2);
        Electronic and Hard copy service to
        Notice Parties (.1)                  0.50    47.50
    AFM Review and sign fee application for
        Campbell & Levine (Monthly - June)   0.30    60.00

08/07/03
    AFM Email from L. Ferdinand re: 8th Interim
        Fee Application Spreadsheet
        Categorization                       0.20    40.00

08/08/03
    LMP Telephone call to L. Ferdinand of WHS &
        Associates regarding Campbell & Levine's
        billing categories for the Eighth Interim
        Fee Application                      0.10     9.50

08/13/03
    AFM Review and sign fee application for
        Campbell & Levine (Interim - April
        through June)                        0.30    60.00
    LMP Electronic filing of Campbell & Levine's
        Ninth Interim Fee Application for April
        through June 2003 (.2); Electronic
        service to Notice parties (.1); Update
        Fee Application status chart (.1)     0.40    38.00

08/20/03
    MTH Begin reviewing pre-bill.            0.50   132.50

```
                                                        Page: 2
     W.R. Grace                                      08/31/2003
                                        ACCOUNT NO: 3000-12D
                                        STATEMENT NO:      25

     Fee Applications, Applicant
```

```
                                           HOURS
08/21/03
     MTH Complete review of pre-bill.         0.50    132.50
     MRE Review of July pre-bill              0.40    110.00

08/26/03
     AFM Review and sign CNO for Campbell & Levine
         (Monthly - June)                     0.20     40.00
     DEM preparation of documents and e-filing of
         CNOs (6)                             1.00     95.00

08/29/03
     LMP Drafted Campbell & Levine's July monthly
         fee application                      1.00     95.00
                                              ----   ------
         FOR CURRENT SERVICES RENDERED        5.40    860.00
```

```
                      RECAPITULATION
     TIMEKEEPER                HOURS HOURLY RATE     TOTAL
     Aileen F. Maguire         1.00    $200.00    $200.00
     Mark T. Hurford           1.00     265.00     265.00
     Marla R. Eskin            0.40     275.00     110.00
     Lauren M. Przybylek       2.00      95.00     190.00
     Diane E. Massey           1.00      95.00      95.00


         TOTAL CURRENT WORK                        860.00
```

```
08/20/03 Payment - Thank you.  (October, 2002 - 20%) (The
         20% amount of $455.20 was not credited because of
         a $1,766.00 discrepancy in the expense portion of
         this bill)                                  0.00
08/20/03 Payment - Thank you.  (November, 2002 - 20%)  -367.40
08/20/03 Payment - Thank you.  (December, 2002 - 20%)  -254.80
08/20/03 Payment - Thank you.  (April, 2003 - 80%)     -672.80
                                                   ---------
         TOTAL PAYMENTS                            -1,295.00

         BALANCE DUE                              $4,588.20
                                                  =========
```

```
     Any payments received after the statement date will be
     applied to next month's statement.  Please note your
     account number on your payment.  Thank you.
```

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                        Page: 1
W.R. Grace                                            08/31/2003
Wilmington  DE                        ACCOUNT NO: 3000-13D
                                      STATEMENT NO:      12


Fee Applications, Others




        PREVIOUS BALANCE                              $9,769.60



                                           HOURS
08/01/03
     LMP Reviewed Fourth Interim Fee Application
         of Milberg Weiss Bershad Hynes & Lerach
         (.1); Updated WR Grace Weekly
         Recommendation Memo (.1)                0.20     19.00

08/05/03
     LMP Preparation of L Tersigni's June Fee
         Application for filing (.2); Electronic
         filing of Application (.2); Electronic
         and Hard copy service to Notice Parties
         (.1)                                    0.50     47.50
     LMP Preparation of Legal Analysis Systems
         June Fee Application for filing (.2);
         Electronic filing of Application (.2);
         Electronic and Hard copy service to
         Notice Parties (.1)                     0.50     47.50
     LMP Preparation of Caplin & Drysdale's June
         Fee Application for filing (.2);
         Electronic filing of Application (.2);
         Electronic and Hard copy service to
         Notice Parties (.1)                     0.50     47.50
     AFM Review and sign fee application for L.
         Tersigni (Monthly - June)              0.30     60.00
     AFM Review and sign fee application for LAS
         (Monthly - June)                       0.30     60.00
     AFM Review and sign fee application for
         Caplin & Drysdale (Monthly - June)     0.30     60.00

08/06/03
     LMP Drafted Legal Analysis Systems Sixth
         Interim Fee Application for April through

W.R. Grace

Fee Applications, Others

|  |  | HOURS |  |
|---|---|---|---|
|  | June 2003 | 0.50 | 47.50 |
| LMP | Drafted L Tersigni's Ninth Interim Fee Application for April through June 2003 | 1.00 | 95.00 |
| LMP | Reviewed April 2003 Fee Application of PSZYJ&W (.1); Updated WR Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Reviewed June 2003 Fee Application of Kirkland & Ellis (.1); Updated WR Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Reviewed June 2003 Fee Application of Wallace King Marraro & Branson(.1); Updated WR Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Reviewed June 2003 Fee Application of Reed Smith (.1); Updated WR Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Reviewed June 2003 Fee Application of Lukins & Annis (.1); Updated WR Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Reviewed June 2003 Fee Application of Woodcock Washburn (.1); Updated WR Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Reviewed May 2003 Fee Application of Casner & Edwards (.1); Updated WR Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Reviewed June 2003 Fee Application of FTI Policano & Manzo (.1); Updated WR Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Reviewed June 2003 Fee Application of Stroock Stroock & Lavan (.1); Updated WR Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Reviewed May 2003 Fee Application of Ferry Joseph & Pearce (.1); Updated WR Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |

08/08/03

|  |  |  |  |
|---|---|---|---|
| LMP | Reviewed June Monthly Fee Application of Wallace King Marraro & Branson (.1); Updated WR Grace Weekly Recommendation Memo (.1) |  |  |
| LMP | Reviewed May and June Monthly Fee Application of Hamilton Rabinovitz & Alschuler (.1); Updated WR Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Reviewed May Monthly Fee Application of |  |  |

W.R. Grace

Fee Applications, Others

|  |  |  | HOURS |  |
|---|---|---|---|---|
|  | Pitney Hardin Kipp & Szuch (.1); Updated WR Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| 08/13/03 |  |  |  |  |
| AFM | Review and sign fee application for L. Tersigni (Interim - April through June) | 0.30 | 60.00 |
| AFM | Review and sign fee application for LAS (Interim - April through June) | 0.30 | 60.00 |
| LMP | Electronic filing of L Tersigni's Ninth Interim Fee Application for April through June 2003 (.2); Electronic service to Notice parties (.1); Update Fee Application status chart (.1) | 0.40 | 38.00 |
| LMP | Electronic filing of Legal Analysis Systems Sixth Interim Fee Application for April through June 2003 (.2); Electronic service to Notice parties (.1); Update Fee Application status chart (.1) | 0.40 | 38.00 |
| 08/14/03 |  |  |  |  |
| LMP | Reviewed June Monthly Fee Application of Kirkland & Ellis for 02-2210 (.1); Updated Wr Grace Weekly Recommendation Memo (.1) |  |  |
| LMP | Reviewed April through June Monthly Fee Application of Milberg Bershad Hynes & Lerach for 02-2210 (.1); Updated Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Reviewed May Monthly Fee Application of Ferry Joseph & Pearce for 02-2210 (.1); Updated Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Reviewed Interim Fee Application (Jan-March) of Bilzin Sumberg Baena Price & Axelrod for 02-2210 (.1); Updated Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Reviewed June Monthly Fee Application of Canser & Edwards (.1); Updated Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Reviewed May Monthly Fee Application of PSZYJ&W (.1); Updated Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Reviewed July Monthly Fee Application of Warren H. Smith & Assoc (1); Updated Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |

```
                                                  Page: 4
W.R. Grace                                        08/31/2003
                                       ACCOUNT NO: 3000-13D
                                       STATEMENT NO:      12

Fee Applications, Others




                                        HOURS
08/15/03
     AFM Review and sign fee application for
         Caplin & Drysdale (Interim - April
         through June)                        0.30     60.00
     LMP Electronic filing of Caplin & Drysdale's
         Ninth Interim Fee Application (.2);
         Electronic service to Notice Parties
         (.1); Updated Fee Application status
         chart (.1)                           0.40     38.00

08/18/03
     LMP Reviewed facsimile from D. Collins re 7th
         Interim holdback payment from Grace (.2);
         Telephone call to LTC re explanation of
         amount received (.1)                 0.30     28.50

08/20/03
     LMP Reviewed Interim Fee Application
         (April-June) of FTI Policano & Manzo
         (.1); Updated WR Grace Weekly
         Recommendation Memo (.1)              0.20     19.00
     MRE Review of fee auditors final report for
         PSZYJ                                 0.10     27.50

08/21/03
     LMP Reviewed Ninth Interim Fee Application of
         Warren H. Smith & Associates (.1);
         Updated Wr Grace Weekly Recommendation
         Memo (.1)                             0.20     19.00

08/25/03
     AFM Review Fee Application Spreadsheet for
         the 8th Interim Period                0.40     80.00

08/26/03
     AFM Email to L. Ferdinand re: Fee Application
         Spreadsheet for the 8th Interim Period 0.10    20.00
     AFM Review and sign CNO for Caplin & Drysdale
         (Monthly - June)                      0.20     40.00

08/28/03
     AFM Email from A. Katznelson re: C&D Fee
         Application                           0.10     20.00
     AFM Review and sign fee application for
         Caplin & Drysdale (Monthly - July)    0.50    100.00
```

```
                                                        Page: 5
         W.R. Grace                                   08/31/2003
                                         ACCOUNT NO: 3000-13D
                                         STATEMENT NO:      12

         Fee Applications, Others




                                              HOURS
         DEM preparation of documents and filing of
              Fee Application for Caplin & Drysdale     0.30     28.50
                                                        -----  --------
              FOR CURRENT SERVICES RENDERED            12.20  1,502.50
                            RECAPITULATION
         TIMEKEEPER                       HOURS HOURLY RATE      TOTAL
         Aileen F. Maguire                 3.10    $200.00    $620.00
         Marla R. Eskin                    0.10     275.00      27.50
         Lauren M. Przybylek               8.70      95.00     826.50
         Diane E. Massey                   0.30      95.00      28.50


              TOTAL CURRENT WORK                             1,502.50



08/20/03 Payment - Thank you.  (October, 2002 - 20%) (The
         20% amount of $609.20 was not credited because of
         a $1,766.00 discrepancy in the expense portion of
         this bill)                                             0.00
08/20/03 Payment - Thank you.  (November, 2002 - 20%)      -1,451.40
08/20/03 Payment - Thank you.  (December, 2002 - 20%)        -709.60
08/20/03 Payment - Thank you.  (April, 2003 - 80%)         -1,026.00
                                                           ---------
         TOTAL PAYMENTS                                     -3,187.00

         BALANCE DUE                                       $8,085.10
                                                           =========
```

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1
W.R. Grace                                          08/31/2003
Wilmington  DE                         ACCOUNT NO: 3000-14D
                                       STATEMENT NO:      25

Financing


    PREVIOUS BALANCE                               $202.90


    BALANCE DUE                                    $202.90
                                                   =======


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                              08/31/2003
Wilmington  DE                         ACCOUNT NO: 3000-15D
                                       STATEMENT NO:      27


Hearings



PREVIOUS BALANCE                                    $7,424.75



                                          HOURS
08/19/03
     DEM  Preparation of attorney binder for
          omnibus hearing                  0.50      47.50
     MRE  Review of e-mail from PVNL regarding
          attendance at hearing            0.10      27.50

08/20/03
     MRE  Begin preparation for hearing    0.20      55.00

08/21/03
     MTH  Reviewing Agenda (.2); reviewing and
          revising memorandum regarding issues on
          for August Omnibus Hearing (.3);
          Correspondence to PVNL re same (.1)  0.60     159.00

08/23/03
     MRE  Review of e-mail from PNVL regarding
          hearing                          0.10      27.50

08/24/03
     MRE  Preparation for hearing          1.00     275.00

08/25/03
     MRE  Meeting with DEM regarding matters for
          hearing                          0.20      55.00
     DEM  Further preparation of attorney binder
          for omnibus hearing              0.20      19.00
     MRE  Drafting e-mail to Debtor regarding
          hearing                          0.10      27.50
     MRE  Drafting e-mail to PEM regarding hearing  0.10      27.50
     MRE  Court appearance                 1.20     330.00

```
                                                          Page: 2
        W.R. Grace                                     08/31/2003
                                         ACCOUNT NO: 3000-15D
                                         STATEMENT NO:       27

        Hearings
```

```
                                                    HOURS
08/27/03
        PEM  Review 8/25 omnibus hearing memo         0.10     29.00
                                                      ----  --------
             FOR CURRENT SERVICES RENDERED            4.40  1,079.50
```

                        RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Philip E. Milch | 0.10 | $290.00 | $29.00 |
| Mark T. Hurford | 0.60 | 265.00 | 159.00 |
| Marla R. Eskin | 3.00 | 275.00 | 825.00 |
| Diane E. Massey | 0.70 | 95.00 | 66.50 |

```
        TOTAL CURRENT WORK                           1,079.50


08/20/03 Payment - Thank you.  (October, 2002 - 20%) (The
         20% amount of $30.70 was not credited because of
         a $1,766.00 discrepancy in the expense portion of
         this bill)                                      0.00
08/20/03 Payment - Thank you.  (November, 2002 - 20%)  -148.40
08/20/03 Payment - Thank you.  (December, 2002 - 20%)   -59.70
08/20/03 Payment - Thank you.  (April, 2003 - 80%)     -238.80
                                                       -------
        TOTAL PAYMENTS                                 -446.90

        BALANCE DUE                                  $8,057.35
                                                     =========
```

```
        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.
```

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                    Page: 1
W.R. Grace                                         08/31/2003
Wilmington  DE                      ACCOUNT NO: 3000-16D
                                    STATEMENT NO:      12

Litigation and Litigation Consulting



    PREVIOUS BALANCE                          $1,132.20



08/20/03 Payment - Thank you.  (October, 2002 - 20%)      -711.20
08/20/03 Payment - Thank you.  (November, 2002 - 20%)     -238.70
08/20/03 Payment - Thank you.  (December, 2002 - 20%)      -91.30
08/20/03 Payment - Thank you.  (April, 2003 - 80%)        -296.80
                                                     ---------
    TOTAL PAYMENTS                            -1,338.00

    CREDIT BALANCE                             -$205.80
                                                     ========




    Any payments received after the statement date will be
    applied to next month's statement.  Please note your
    account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                    Page: 1
W.R. Grace                                        08/31/2003
Wilmington  DE                        ACCOUNT NO: 3000-17D
                                      STATEMENT NO:      12

Plan and Disclosure Statement



    PREVIOUS BALANCE                              $487.20


                                        HOURS
08/01/03
    DEC Review of sample objections to debtors'
        motion for extension of exclusivity and
        research of related case law.              1.70    161.50

08/04/03
    KJC Discussion with MTH re objection to
        motion to extend exclusivity period        0.20     30.00
    KJC Review motion to extend exclusivity and
        related cases                              0.70    105.00
    MRE Meeting with KJC regarding opposition to
        extension of exclusivity motion            0.10     27.50
    KJC Research re extension of exclusivity
        (.8); meeting with MRE re: same (.1)       0.90    135.00
    KJC Draft objection to exclusivity motion      2.00    300.00

08/05/03
    MRE Meeting with D. Elliot regarding research
        for exclusivity motion                     0.20     55.00
    KJC Further drafting of objection to motion
        to extend exclusivity                      1.70    255.00
    MRE Additional meeting with D. Elliot
        regarding research for objection to
        motion to extend exclusivity               0.10     27.50
    KJC Revisions and further drafting of
        objection to exclusivity motion            2.80    420.00
    KJC Draft e-mail to MRE re draft of objection
        to extension of exclusivity period         0.20     30.00

08/06/03
    MTH Reviewing and revising draft Objection to
        Extend Exclusivity.                        0.40    106.00

W.R. Grace

Plan and Disclosure Statement

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 08/07/03 | | | | |
| | KJC | Further revisions to objection to exclusivity | 0.20 | 30.00 |
| | KJC | Draft e-mail to Lockwood re objection to exclusivity motion | 0.20 | 30.00 |
| | MRE | Review of e-mail from KJC regarding objection to exclusivity motion | 0.10 | 27.50 |
| | KJC | Review e-mail from Lockwood re objection to exclusivity motion | 0.20 | 30.00 |
| | MTH | Reviewing and revising Objection to Debtors' Exclusivity Motion. | 0.50 | 132.50 |
| | MTH | Reviewing correspondence from PVNL re objection re exclusivity. | 0.10 | 26.50 |
| 08/08/03 | | | | |
| | KJC | Final review and sign objection to exclusivity motion | 0.10 | 15.00 |
| | DEM | Preparation of documents and e-filing of Objection of the Committee to 5th Motion to Extend Periods to file Plan and Solicit Votes | 0.30 | 28.50 |
| 08/09/03 | | | | |
| | MRE | Review of Equity Holders Response in Support of Motion to Extend Exclusivity | 0.10 | 27.50 |
| 08/18/03 | | | | |
| | MRE | Review of Debtors Motion for Leave to File Reply to the Objection of the PI committee to Extend Exclusivity and e-mail to MTH and KJC regarding same | 0.30 | 82.50 |
| | KJC | Review e-mail from MRE re Debtor's motion to file a reply to committee's objection to extension of exclusivity period | 0.10 | 15.00 |
| | KJC | Review e-mail from MTH re motion re reply to committee's objection to extension of exclusivity | 0.10 | 15.00 |
| | MRE | Response to e-mail from MTH regarding Debtors motion to file a reply to committee's opposition to extend exclusivity | 0.10 | 27.50 |
| | MTH | Correspondence to MRE re Debtors' Motion for Reply to Objection to Exclusivity Motion. | 0.10 | 26.50 |
| | MTH | Reviewing Debtors' Reply to ACC Objection | | |

```
                                                    Page: 3
W.R. Grace                                        08/31/2003
                                      ACCOUNT NO: 3000-17D
                                      STATEMENT NO:      12
Plan and Disclosure Statement
```

|  |  | HOURS |  |
|---|---|---|---|
| | to exclusivity. | 0.20 | 53.00 |
| MTH | Correspondence to and from MRE re Debtors' Reply to ACC Objection re Exclusivity Extension Motion. | 0.20 | 53.00 |

08/19/03

|  |  | | |
|---|---|---|---|
| MTH | Correspondence to PVNL re Debtors' Motion for Authority to file reply to ACC Objection to Exclusivity. | 0.30 | 79.50 |
| MRE | Review of e-mail from MTH to PVNL regarding request for reply for motion to extend exclusivity | 0.10 | 27.50 |
| MRE | Review of e-mail from PNVL regarding Debtors request to file reply to objection to exclusivity | 0.10 | 27.50 |
| MTH | Reviewing correspondence from PVNL re Debtors' Reply to ACC Objection and follow up correspondence to PVNL re hearing on issue. | 0.10 | 26.50 |
| MTH | Reviewing correspondence from MRE re August Omnibus hearing, exclusivity issue. | 0.10 | 26.50 |
| MRE | Review of e-mail from MTH regarding hearing on Motion to Extend Exclusivity | 0.10 | 27.50 |

```
                                               -----  --------
        FOR CURRENT SERVICES RENDERED          14.70  2,487.50
```

### RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 2.00 | $265.00 | $530.00 |
| Marla R. Eskin | 1.30 | 275.00 | 357.50 |
| Denise E. Collett | 1.70 | 95.00 | 161.50 |
| Kathleen J. Campbell | 9.40 | 150.00 | 1,410.00 |
| Diane E. Massey | 0.30 | 95.00 | 28.50 |

```
        TOTAL CURRENT WORK                             2,487.50


08/20/03 Payment - Thank you.  (October, 2002 - 20%) (The
        20% amount of $21.00 was not credited because of
        a $1,766.00 discrepancy in the expense portion of
        this bill)                                         0.00
```

```
                                                      Page: 4
W.R. Grace                                          08/31/2003
                                        ACCOUNT NO: 3000-17D
                                        STATEMENT NO:      12
Plan and Disclosure Statement




       BALANCE DUE                              $2,974.70
                                                =========
```

```
       Any payments received after the statement date will be
       applied to next month's statement.  Please note your
       account number on your payment.  Thank you.
```

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                    Page: 1
W.R. Grace                                        08/31/2003
Wilmington   DE                      ACCOUNT NO: 3000-18D
                                     STATEMENT NO:      12

Relief from Stay Proceedings



     PREVIOUS BALANCE                         $1,050.30



08/20/03 Payment - Thank you.  (October, 2002 - 20%) (The
         20% amount of $101.30 was not credited because of
         a $1,766.00 discrepancy in the expense portion of
         this bill)                                  0.00
08/20/03 Payment - Thank you.  (November, 2002 - 20%)  -79.70
08/20/03 Payment - Thank you.  (December, 2002 - 20%)  -31.80
08/20/03 Payment - Thank you.  (April, 2003 - 80%)     -42.40
                                                   -------
     TOTAL PAYMENTS                               -153.90

     BALANCE DUE                                  $896.40
                                                  =======



Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1
W.R. Grace                                            08/31/2003
Wilmington  DE                      ACCOUNT NO: 3000-19D
                                    STATEMENT NO:        2

Tax Issues

PREVIOUS BALANCE                                       $81.50

                                          HOURS
08/05/03
    MTH Reviewing Debtors' Report of Settlement
        with PA Dept. of Revenue               0.10    26.50
                                               ----    -----
        FOR CURRENT SERVICES RENDERED          0.10    26.50
                     RECAPITULATION
    TIMEKEEPER                  HOURS HOURLY RATE     TOTAL
    Mark T. Hurford              0.10   $265.00     $26.50

    TOTAL CURRENT WORK                                 26.50

    BALANCE DUE                                      $108.00
                                                     =======

    Any payments received after the statement date will be
    applied to next month's statement.  Please note your
    account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                    Page: 1
W.R. Grace                                       08/31/2003
Wilmington  DE                        ACCOUNT NO: 3000-20D
                                      STATEMENT NO:      11


Tax Litigation




    PREVIOUS BALANCE                                $468.80



08/20/03 Payment - Thank you.  (October, 2002 - 20%) (The
         20% amount of $468.80 was not credited because of
         a $1,766.00 discrepancy in the expense portion of
         this bill)                                    0.00


    BALANCE DUE                                     $468.80
                                                    =======












    Any payments received after the statement date will be
    applied to next month's statement.  Please note your
    account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                            Page: 1
W.R. Grace                                  08/31/2003
Wilmington  DE                   ACCOUNT NO: 3000-21D
                                 STATEMENT NO:      8

Travel-Non-Working



    PREVIOUS BALANCE                          $52.20


    BALANCE DUE                               $52.20
                                             ======

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1

W.R. Grace                                               08/31/2003
Wilmington  DE                          ACCOUNT NO: 3000-22D
                                        STATEMENT NO:      16

Valuation

        PREVIOUS BALANCE                            $1,226.50


        BALANCE DUE                                 $1,226.50
                                                    =========

        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

                                                    Page: 1
W.R. Grace                                        08/31/2003
Wilmington  DE                        ACCOUNT NO: 3000-23D
                                      STATEMENT NO:      16


ZAI Science Trial



        PREVIOUS BALANCE                          $2,920.90



                                           HOURS
08/09/03
    MRE Review of Debtors' Memo in Opposition to
        Summary Judgement by ZAI Claimants        0.20    55.00

08/11/03
    KJC Review Grace's memorandum in opposition
        to ZAI claimants' motion for partial
        summary judgment                          0.30    45.00
    KJC Review US statement regarding asbestos
        issues in Grace's motion for summary
        judgment and claimant's motion to exclude
        Dr. Lee's opinion                         0.30    45.00
    MRE Meeting with DEM regarding briefs filed
        in ZAI litigation                         0.10    27.50
                                                  ----   ------
        FOR CURRENT SERVICES RENDERED             0.90   172.50

                        RECAPITULATION
    TIMEKEEPER                   HOURS HOURLY RATE    TOTAL
    Marla R. Eskin                0.30    $275.00    $82.50
    Kathleen J. Campbell          0.60     150.00     90.00


        TOTAL CURRENT WORK                          172.50



08/20/03 Payment - Thank you.  (October, 2002 - 20%) (The
         20% amount of $10.50 was not credited and $.30
         was credited because of a $1,766.00 discrepancy
         in the expense portion of this bill)           -0.30
08/20/03 Payment - Thank you.  (November, 2002 - 20%)   -5.30

```
                                                      Page: 2
        W.R. Grace                                   08/31/2003
                                       ACCOUNT NO: 3000-23D
                                       STATEMENT NO:      16
        ZAI Science Trial




08/20/03 Payment - Thank you.  (December, 2002 - 20%)      -10.60
                                                           ------
         TOTAL PAYMENTS                                    -16.20

         BALANCE DUE                                    $3,077.20
                                                       =========
```

          Any payments received after the statement date will be
          applied to next month's statement.  Please note your
          account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                              08/31/2003
Wilmington  DE                         ACCOUNT NO      3000D


| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-00 Costs and Expenses | | | | | |
| -542.81 | 0.00 | 0.00 | 0.00 | 0.00 | -$542.81 |
| 3000-01 Asset Analysis and Recovery | | | | | |
| 5,488.80 | 0.00 | 0.00 | 0.00 | -3,314.60 | $2,174.20 |
| 3000-02 Asset Disposition | | | | | |
| 1,370.30 | 0.00 | 0.00 | 0.00 | -122.10 | $1,248.20 |
| 3000-03 Business Operations | | | | | |
| 482.90 | 0.00 | 0.00 | 0.00 | -97.70 | $385.20 |
| 3000-04 Case Administration | | | | | |
| 1,788.90 | 319.00 | 0.00 | 0.00 | -490.20 | $1,617.70 |
| 3000-05 Claims Analysis Objection & Resolution (Asbestos) | | | | | |
| 2,364.70 | 1,185.00 | 0.00 | 0.00 | 0.00 | $3,549.70 |
| 3000-06 Claims Analysis Objection & Resol. (Non-Asbestos) | | | | | |
| 1,214.80 | 616.50 | 0.00 | 0.00 | -132.50 | $1,698.80 |
| 3000-07 Committee, Creditors, Noteholders, Equity Holders | | | | | |
| 21,521.80 | 5,472.50 | 0.00 | 0.00 | -5,804.70 | $21,189.60 |
| 3000-08 Employee Benefits/Pension | | | | | |
| 3,821.90 | 0.00 | 0.00 | 0.00 | -164.30 | $3,657.60 |
| 3000-10 Employment Applications, Others | | | | | |
| 1,346.20 | 345.50 | 0.00 | 0.00 | -41.90 | $1,649.80 |
| 3000-11 Expenses | | | | | |
| 2,997.32 | 0.00 | 1,591.04 | 0.00 | -297.48 | $4,290.88 |
| 3000-12 Fee Applications, Applicant | | | | | |
| 5,023.20 | 860.00 | 0.00 | 0.00 | -1,295.00 | $4,588.20 |

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-13 Fee Applications, Others | | | | | |
| 9,769.60 | 1,502.50 | 0.00 | 0.00 | -3,187.00 | $8,085.10 |
| 3000-14 Financing | | | | | |
| 202.90 | 0.00 | 0.00 | 0.00 | 0.00 | $202.90 |
| 3000-15 Hearings | | | | | |
| 7,424.75 | 1,079.50 | 0.00 | 0.00 | -446.90 | $8,057.35 |
| 3000-16 Litigation and Litigation Consulting | | | | | |
| 1,132.20 | 0.00 | 0.00 | 0.00 | -1,338.00 | -$205.80 |
| 3000-17 Plan and Disclosure Statement | | | | | |
| 487.20 | 2,487.50 | 0.00 | 0.00 | 0.00 | $2,974.70 |
| 3000-18 Relief from Stay Proceedings | | | | | |
| 1,050.30 | 0.00 | 0.00 | 0.00 | -153.90 | $896.40 |
| 3000-19 Tax Issues | | | | | |
| 81.50 | 26.50 | 0.00 | 0.00 | 0.00 | $108.00 |
| 3000-20 Tax Litigation | | | | | |
| 468.80 | 0.00 | 0.00 | 0.00 | 0.00 | $468.80 |
| 3000-21 Travel-Non-Working | | | | | |
| 52.20 | 0.00 | 0.00 | 0.00 | 0.00 | $52.20 |
| 3000-22 Valuation | | | | | |
| 1,226.50 | 0.00 | 0.00 | 0.00 | 0.00 | $1,226.50 |
| 3000-23 ZAI Science Trial | | | | | |
| 2,920.90 | 172.50 | 0.00 | 0.00 | -16.20 | $3,077.20 |
| --------- | --------- | -------- | ---- | ---------- | ---------- |
| 71,694.86 | 14,067.00 | 1,591.04 | 0.00 | -16,902.48 | $70,450.42 |
| | | | | | ========== |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.