Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

                                                          Page: 1
W.R. Grace                                               09/30/2003
Wilmington  DE                              ACCOUNT NO: 3000-00D
                                            STATEMENT NO:      24

Costs and Expenses


    PREVIOUS BALANCE                              -$542.81


    CREDIT BALANCE                                -$542.81
                                                  ========

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1
W.R. Grace                                                         09/30/2003
Wilmington  DE                                      ACCOUNT NO: 3000-01D
                                                    STATEMENT NO:      28

Asset Analysis and Recovery


PREVIOUS BALANCE                                          $2,174.20


BALANCE DUE                                               $2,174.20
                                                         =========


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                        Page: 1
W.R. Grace                                            09/30/2003
Wilmington  DE                         ACCOUNT NO: 3000-02D
                                       STATEMENT NO:      28


Asset Disposition



PREVIOUS BALANCE                                    $1,248.20


                                          HOURS
09/12/03
    MTH Reviewing Order entered re Summit
        Ventures Motion to Assume.          0.10     26.50

09/19/03
    MTH Reviewing Debtors' Motion for Extension
        of Time to Assume Unexpired Leases  0.30     79.50
                                            ----    ------
        FOR CURRENT SERVICES RENDERED       0.40    106.00

                    RECAPITULATION
    TIMEKEEPER              HOURS HOURLY RATE      TOTAL
    Mark T. Hurford          0.40    $265.00    $106.00


    TOTAL CURRENT WORK                          106.00


    BALANCE DUE                               $1,354.20
                                              =========



Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                              09/30/2003
Wilmington  DE                          ACCOUNT NO: 3000-03D
                                        STATEMENT NO:      23


Business Operations



            PREVIOUS BALANCE                                $385.20


                                                HOURS
09/02/03
      MTH Correspondence to PVNL re ZAI Hearings.       0.20    53.00
                                                        ----   -----
          FOR CURRENT SERVICES RENDERED                 0.20    53.00
                          RECAPITULATION
      TIMEKEEPER                  HOURS HOURLY RATE      TOTAL
      Mark T. Hurford              0.20   $265.00      $53.00


            TOTAL CURRENT WORK                              53.00


            BALANCE DUE                                   $438.20
                                                          =======


      Any payments received after the statement date will be
      applied to next month's statement.  Please note your
      account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA 15219
412-261-0310

Page: 1
W.R. Grace                                                09/30/2003
Wilmington  DE                              ACCOUNT NO: 3000-04D
                                            STATEMENT NO:      28

Case Administration

PREVIOUS BALANCE                                       $1,617.70

                                              HOURS
09/02/03
    MRE Review of notice of appointment of
        committee members in response to inquiry
        from the Debtor                          0.10      27.50
    DAC Review Caplin memo re: 9/5 meeting       0.10      35.00

09/05/03
    DEM Update Attorney Binder                   0.20      19.00

09/12/03
    PEM Review Grace July MOR                    1.00     290.00
    DEM Update Attorney Binder                   0.20      19.00

09/17/03
    MAL Attention to document organization       0.10       9.50

09/23/03
    DEM Update Attorney Binder                   0.20      19.00

09/29/03
    DEM Review Pleadings and electronic filing
        notices; preparation and retrieval of
        documents relating to daily memo         0.30      28.50
                                                 ----    ------
        FOR CURRENT SERVICES RENDERED            2.20     447.50

                        RECAPITULATION
    TIMEKEEPER                    HOURS HOURLY RATE       TOTAL
    Douglas A. Campbell            0.10    $350.00      $35.00
    Philip E. Milch                1.00     290.00      290.00
    Marla R. Eskin                 0.10     275.00       27.50
    Margaret A. Landis             0.10      95.00        9.50

Page: 2
W.R. Grace                                           09/30/2003
ACCOUNT NO: 3000-04D
STATEMENT NO:        28

Case Administration

| Diane E. Massey | 0.90 | 95.00 | 85.50 |

|  |  |  |  |
| TOTAL CURRENT WORK | | | 447.50 |

| BALANCE DUE | | | $2,065.20 |
| | | | ========= |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                          09/30/2003
Wilmington  DE                       ACCOUNT NO: 3000-05D
                                     STATEMENT NO:      28

Claims Analysis Objection & Resolution (Asbestos)



    PREVIOUS BALANCE                              $3,549.70


    BALANCE DUE                                   $3,549.70
                                                  =========




Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

```
                       Campbell & Levine, LLC
                         1700 Grant Building
                        Pittsburgh, PA  15219
                            412-261-0310




                                                          Page: 1
       W.R. Grace                                        09/30/2003
       Wilmington  DE                         ACCOUNT NO: 3000-06D
                                              STATEMENT NO:      28

       Claims Analysis Objection & Resol. (Non-Asbestos)




       PREVIOUS BALANCE                             $1,698.80


                                              HOURS
       09/08/03
           MTH Reviewing letter regarding POC of S.
               Geddes.                         0.10    26.50
                                               ----    -----
               FOR CURRENT SERVICES RENDERED   0.10    26.50

                           RECAPITULATION
        TIMEKEEPER              HOURS HOURLY RATE     TOTAL
        Mark T. Hurford          0.10   $265.00    $26.50


           TOTAL CURRENT WORK                         26.50


           BALANCE DUE                             $1,725.30
                                                   =========




           Any payments received after the statement date will be
           applied to next month's statement.  Please note your
           account number on your payment.  Thank you.
```

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                    Page: 1
W.R. Grace                                        09/30/2003
Wilmington  DE                          ACCOUNT NO: 3000-07D
                                        STATEMENT NO:      28

Committee, Creditors, Noteholders, Equity Holders



        PREVIOUS BALANCE                          $21,189.60


                                         HOURS
09/01/03
    MRE Review of memorandum summarizing
        pleadings filed on August 27, 2003       0.10     27.50
    MRE Review of memorandum summarizing
        pleadings filed on August 28, 2003       0.10     27.50

09/02/03
    MTH Preparing for meeting with MRE (.1) and
        meeting with MRE re upcoming objections
        and pending motions (.2)                 0.30     79.50
    MRE Telephone conference with Theresa at K&E
        regarding committee members and meeting
        with KJC regarding same                  0.20     55.00
    KJC Review docket re committee member info
        for revisions to players list            0.10     15.00
    MTH Reviewing correspondence from Y. Thomas
        re weekly recommendation calendars for R.
        Jacobs.                                   0.10     26.50
    MRE Review of weekly recommendation memo      0.20     55.00
    MRE Meeting with MTH regarding upcoming
        motions and deadlines                    0.20     55.00
    MRE Review of memorandum summarizing
        pleadings filed August 29, 2003 through
        September 1, 2003                         0.10     27.50
    MAL Organization and distribution of daily
        pleadings                                0.10      9.50
    MAL Organization and distribution of
        Adversary pleadings                      0.10      9.50
    DEM Review pleadings and electronic filing
        notices filed in adversary proceedings;
        preparation and distribution of adversary
        proceeding daily memo                    0.30     28.50

```
                                                    Page: 2
W.R. Grace                                         09/30/2003
                                        ACCOUNT NO: 3000-07D
                                        STATEMENT NO:      28
Committee, Creditors, Noteholders, Equity Holders
```

```
                                              HOURS
     DEM Preparation and distribution of daily
         memo                                  0.30     28.50
     MTH Review of memorandum summarizing
         pleadings filed from 8/29/03 through
         9/1/03                                0.10     26.50
     MTH Review of memorandum summarizing
         pleadings filed on 8/28/03            0.10     26.50
     MRE Review of memo regarding pleadings filed
         in adversary matters from August 25th
         through September 1st                 0.10     27.50


09/03/03
     MRE Drafting e-mail to MTH regarding
         committee meeting                     0.10     27.50
     MRE Review of memorandum summarizing
         pleadings filed on September 2, 2003  0.10     27.50
     MAL Organization and distribution of daily
         pleadings                             0.10      9.50
     MTH Reviewing correspondence from EI to
         Committee re meeting with Debtors.    0.10     26.50
     DEM Preparation and distribution of daily
         memo                                  0.30     28.50
     MTH Review of memorandum summarizing
         pleadings filed on 9/2/03             0.10     26.50
     DEM Prepare weekly recommendation memo    0.10      9.50
     MAL Attention to document organization    0.20     19.00


09/04/03
     DEM Preparation and distribution of daily
         memo                                  0.30     28.50
     MAL Updating Service List                 0.20     19.00
     MAL Organization and distribution of daily
         pleadings                             0.10      9.50
     MAL Attention to document organization    0.20     19.00
     MRE Meeting with MTH regarding committee
         meeting                               0.10     27.50
     DEM Prepare weekly recommendation memo -
         create 2 memos (1 for fee apps and 1 for
         other motions)                        0.10      9.50
     MTH Reviewing correspondence from EI (and
         memorandum) in preparation for 9/5/03
         teleconference.                       0.40    106.00
     MTH Reviewing correspondence from MRE re
         teleconference on 9/5/03 (.1) and
         discussion re same (.1)               0.20     53.00
```

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

|  |  | HOURS |  |
|---|---|---|---|
| MTH | Review of memorandum summarizing adversary case pleadings filed from 8/25/03 through 9/1/03. | 0.10 | 26.50 |
| MTH | Correspondence to Committee re: weekly recommendation memoranda | 0.20 | 53.00 |
| MTH | Review of memorandum summarizing pleadings filed on 9/3/03 | 0.10 | 26.50 |
| MRE | Review of memorandum summarizing pleadings filed on September 3, 2003 | 0.10 | 27.50 |
| MRE | Review of memorandum summarizing pleadings filed on September 2, 2003 | 0.10 | 27.50 |

09/05/03

|  |  |  |  |
|---|---|---|---|
| DEM | Preparation and distribution of daily memo | 0.40 | 38.00 |
| MAL | Organization and distribution of daily pleadings | 0.20 | 19.00 |
| PEM | Draft weekly recommendation to ACC re: pending motions and matters | 0.30 | 87.00 |
| MTH | Meeting with M. Berkin re teleconference to be held with W.R. Grace | 0.20 | 53.00 |
| DAC | Review counsel's weekly recommendation memo | 0.20 | 70.00 |
| MTH | Reviewing correspondence from N. Finch re weekly recommendation memorandum. | 0.10 | 26.50 |

09/08/03

|  |  |  |  |
|---|---|---|---|
| MRE | Review of memo from EI regarding meeting with Debtors | 0.10 | 27.50 |
| MAL | Organization and distribution of daily pleadings | 0.20 | 19.00 |
| MAL | Organization and distribution of adversary pleadings | 0.10 | 9.50 |
| DEM | Preparation and distribution of daily memo | 0.30 | 28.50 |
| DEM | Review Pleadings and electronic filing notices filed in adversary proceedings; preparation and distribution of adversary proceeding daily memo | 0.30 | 28.50 |
| MTH | Reviewing correspondence from EI re conference call with Debtors. | 0.10 | 26.50 |
| MTH | Meeting with MRE re Friday's conference call with Debtors. | 0.10 | 26.50 |
| MRE | Review of weekly recommendation memo | 0.20 | 55.00 |
| MRE | Review of memorandum summarizing | | |

W.R. Grace
Committee, Creditors, Noteholders, Equity Holders

|  |  | HOURS |  |
|---|---|---|---|
|  | pleadings filed on September 4, 2003 | 0.10 | 27.50 |
| MRE | Review of memorandum summarizing pleadings filed from September 5, 2003 through September 7, 2003 | 0.10 | 27.50 |
| PEM | Review daily memo re: pleadings filed | 0.10 | 29.00 |
| MTH | Review of memorandum summarizing pleadings filed on 9/4/03 | 0.10 | 26.50 |
| MTH | Review of memorandum summarizing pleadings filed on 9/5/03 through 9/7/03 | 0.10 | 26.50 |
| MTH | Review of memorandum summarizing adversary pleadings filed between 9/2/03 and 9/5/03. | 0.10 | 26.50 |
| MRE | Meeting with MTH regarding meeting with Debtors | 0.10 | 27.50 |
| 09/09/03 |  |  |  |
| MRE | Meeting with MTH regarding upcoming motions and deadlines | 0.20 | 55.00 |
| MTH | Meeting with MRE re upcoming objections and future deadlines. | 0.20 | 53.00 |
| MAL | Organization and distribution of daily pleadings | 0.10 | 9.50 |
| DEM | Preparation and distribution of daily memo | 0.30 | 28.50 |
| MRE | Review of memorandum summarizing pleadings filed on September 8, 2003 | 0.10 | 27.50 |
| MTH | Review of memorandum summarizing pleadings filed on 9/8/03 | 0.10 | 26.50 |
| DEM | Prepare weekly recommendation memo | 0.10 | 9.50 |
| 09/10/03 |  |  |  |
| MAL | Organization and distribution of daily pleadings | 0.20 | 19.00 |
| MRE | Review of memorandum summarizing pleadings filed on September 9, 2003 | 0.10 | 27.50 |
| MTH | Review of memorandum summarizing pleadings filed on 9/9/03 | 0.10 | 26.50 |
| DEM | Preparation and distribution of daily memo | 0.40 | 38.00 |
| DEM | Prepare weekly recommendation memo | 0.10 | 9.50 |
| 09/11/03 |  |  |  |
| MAL | Organization and distribution of daily pleadings | 0.10 | 9.50 |
| MTH | Review of memorandum summarizing |  |  |

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

|  |  | HOURS |  |
|---|---|---|---|
|  | pleadings filed on 9/10/03 | 0.10 | 26.50 |
| DEM | Preparation and distribution of daily memo | 0.30 | 28.50 |

**09/12/03**

| PEM | Review weekly recommendation memo re: pending motions and matters | 0.30 | 87.00 |
|---|---|---|---|
| MAL | Organization and Distribution of daily pleadings | 0.10 | 9.50 |
| MAL | Attention to document organization | 0.30 | 28.50 |
| MTH | Reviewing Affidavit of McKenna Long. | 0.10 | 26.50 |
| DEM | Prepare and distribute Weekly Recommendation Memo to Committee (Fee Apps & Other Matters) | 0.30 | 28.50 |
| MRE | Review of memorandum summarizing pleadings filed on September 11, 2003 | 0.10 | 27.50 |
| MTH | Prepare weekly recommendation memo | 0.40 | 106.00 |
| DAC | Review counsel's recommendation memo | 0.20 | 70.00 |
| MTH | Review of memorandum summarizing pleadings filed on 9/11/03 | 0.10 | 26.50 |
| DEM | prepare weekly recommendation memo (adding new motions and orders) | 0.10 | 9.50 |
| DEM | preparation and distribution of daily memo | 0.30 | 28.50 |

**09/15/03**

| MRE | Review of memorandum summarizing pleadings filed from September 12, 2003 through September 14, 2003 | 0.10 | 27.50 |
|---|---|---|---|
| MRE | Review of memorandum summarizing pleadings filed on September 8 - 14, 2003 in the adversary matters | 0.10 | 27.50 |
| DEM | Preparation and distribution of daily memo | 0.30 | 28.50 |
| MAL | Organization and distribution of daily pleadings | 0.10 | 9.50 |
| MAL | Organization and distribution of adversary pleadings | 0.30 | 28.50 |
| MRE | Review weekly recommendation memo | 0.20 | 55.00 |
| PEM | Review daily memo re: pleadings filed and applications | 0.10 | 29.00 |
| MTH | Review of memorandum summarizing pleadings filed 9/12/03 through 9/14/03 | 0.10 | 26.50 |
| MTH | Review of memorandum summarizing pleadings filed between 9/8/03 through |  |  |

|  |  | HOURS |  |
|---|---|---|---|
|  | 9/11/03 | 0.10 | 26.50 |
| DEM | Review Pleadings and electronic filing notices filed in adversary proceedings; preparation and distribution of adversary proceeding daily memo | 0.30 | 28.50 |
| DEM | Revision of Weekly Recommendation Memo (adding new motions and orders) | 0.10 | 9.50 |
| **09/16/03** |  |  |  |
| MAL | Organization and distribution of daily pleadings | 0.10 | 9.50 |
| MRE | Meeting with MTH regarding upcoming motions and deadlines | 0.20 | 55.00 |
| MRE | Review of memorandum summarizing pleadings filed on September 15, 2003 | 0.10 | 27.50 |
| DEM | Preparation and distribution of daily memo | 0.30 | 28.50 |
| MTH | Reviewing and revising highlighted memorandum (.4) and Correspondence to PVNL re issues re September Omnibus Hearing (.1). | 0.50 | 132.50 |
| MTH | Review of memorandum summarizing pleadings filed 9/15/03 | 0.10 | 26.50 |
| DEM | Revision of Weekly Recommendation Memo (adding new motions and orders) | 0.40 | 38.00 |
| **09/17/03** |  |  |  |
| MAL | Organization and distribution of daily pleadings | 0.10 | 9.50 |
| MTH | Review of memorandum summarizing pleadings filed 9/16/03 | 0.10 | 26.50 |
| DEM | preparation and distribution of daily memo | 0.30 | 28.50 |
| **09/19/03** |  |  |  |
| KJC | Distribution of weekly recommendation memo | 0.10 | 15.00 |
| PEM | Review weekly recommendation memo re: pending motions and matters | 0.30 | 87.00 |
| PEM | Review memo from counsel to committee re: futures rep | 0.10 | 29.00 |
| DAC | Review counsel's weekly recommendation memo | 0.20 | 70.00 |
| MTH | Reviewing Order from Judge Wolin re "working committee." | 0.10 | 26.50 |

|     |                                                      | HOURS |        |
| --- | ---------------------------------------------------- | ----- | ------ |
| MTH | prepare weekly recommendation memos                  | 1.60  | 424.00 |
| MTH | Reviewing correspondence from EI re Futures Rep.      | 0.10  | 26.50  |
| MRE | Review of memo from EI regarding futures representative | 0.10  | 27.50  |

09/21/03

|     |                                                      | HOURS |        |
| --- | ---------------------------------------------------- | ----- | ------ |
| MRE | Review of memorandum summarizing pleadings filed on September 16, 2003 | 0.10 | 27.50 |

09/22/03

|     |                                                      | HOURS |        |
| --- | ---------------------------------------------------- | ----- | ------ |
| MTH | Reviewing correspondence from MRE re discussion re constituent calls per direction of JKF. | 0.10 | 26.50 |
| MTH | Reviewing correspondence from MRE re teleconference with Grace, report during hearing (.1) and response to same (.1) | 0.20 | 53.00 |
| MTH | Meeting with MRE re teleconference with Grace at direction of JKF. | 0.20 | 53.00 |
| MTH | telephone conference with M. Berkin re teleconference with Grace at direction of JKF, discussion re motion to be filed re acquisition of company. | 0.60 | 159.00 |
| MRE | Drafting memo to the Committee regarding omnibus hearing | 0.50 | 137.50 |
| MRE | Drafting e-mail to PVNL regarding hearing memo | 0.10 | 27.50 |
| MRE | Drafting e-mail to DEM regarding omnibus dates | 0.10 | 27.50 |
| MAL | Organization and distribution of daily pleadings | 0.30 | 28.50 |
| PEM | Review daily memo re: pleadings filed | 0.10 | 29.00 |
| MTH | Review of memorandum summarizing pleadings filed 9/17/03 through 9/21/03. | 0.10 | 26.50 |
| DEM | Review Pleadings and electronic filing notices; preparation and retrieval of documents relating to daily memo | 0.50 | 47.50 |

09/23/03

|     |                                                      | HOURS |        |
| --- | ---------------------------------------------------- | ----- | ------ |
| MTH | Reviewing correspondence from MRE re 2004 Hearing Dates. | 0.10 | 26.50 |
| MTH | Meeting with MRE re upcoming objection, pending work, and work in progress. | 0.20 | 53.00 |
| MRE | Review of weekly recommendation memo | 0.20 | 55.00 |
| MRE | Meeting with MTH regarding upcoming |   |   |

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

|  | | HOURS | |
|---|---|---|---|
| | motions and deadlines | 0.20 | 55.00 |
| KJC | Discussion with MTH re weekly recommendation memo | 0.10 | 15.00 |
| MRE | Review of memorandum summarizing pleadings filed on September 22, 2003 | 0.10 | 27.50 |
| MRE | Review of memorandum summarizing pleadings filed from September 17, 2003 through September 21, 2003 | 0.10 | 27.50 |
| MTH | Review of memorandum summarizing pleadings filed on 9/22/03. | 0.10 | 26.50 |
| DEM | Review Pleadings and electronic filing notices; preparation and retrieval of documents relating to daily memo | 0.30 | 28.50 |

09/24/03

| | | | |
|---|---|---|---|
| MAL | Organization and distribution of daily pleadings | 0.10 | 9.50 |
| MTH | Reviewing correspondence from DEM to Committee counsel re hearings in 2004 | 0.10 | 26.50 |
| MRE | Review of memorandum of pleadings filed on 9/23/03 | 0.10 | 27.50 |
| MTH | Review of memorandum summarizing pleadings filed on 9/23/03. | 0.10 | 26.50 |
| DEM | Review Pleadings and electronic filing notices; preparation and retrieval of documents relating to daily memo | 0.30 | 28.50 |
| DEM | Revision of Weekly Recommendation Memo (adding new motions and orders) | 0.40 | 38.00 |

09/25/03

| | | | |
|---|---|---|---|
| MAL | Organization and distribution of daily pleadings | 0.10 | 9.50 |
| MTH | Review of memorandum summarizing pleadings filed on 9/24/03. | 0.10 | 26.50 |
| DEM | Review Pleadings and electronic filing notices; preparation and retrieval of documents relating to daily memo | 0.30 | 28.50 |
| DEM | Revision of Weekly Recommendation Memo (adding new motions and orders) | 0.10 | 9.50 |

09/26/03

| | | | |
|---|---|---|---|
| PEM | Review weekly recommendation memo to committee re: pending motions and matters | 0.30 | 87.00 |
| MAL | Organization and distribution of daily pleadings | 0.10 | 9.50 |

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

|  |  | HOURS |  |
|---|---|---|---|
| KJC | Review daily pleadings memo dated 9/26/03 | 0.10 | 15.00 |
| KJC | Draft weekly recommendation memo | 0.70 | 105.00 |
| KJC | Distribution of weekly memo | 0.10 | 15.00 |
| DAC | Review counsel's weekly recommendation memo | 0.20 | 70.00 |
| DEM | Review Pleadings and electronic filing notices; preparation and retrieval of documents relating to daily memo | 0.40 | 38.00 |
| DEM | preparation and filing of letter to 3d circuit | 0.30 | 28.50 |
| DEM | Revision of Weekly Recommendation Memo (adding descriptions to new motions) | 0.40 | 38.00 |
| DEM | Preparation and e-mailing of Fee App Weekly Recommendation Memo | 0.20 | 19.00 |

09/29/03

|  |  |  |  |
|---|---|---|---|
| MAL | Organization and distribution of daily pleadings | 0.10 | 9.50 |
| PEM | Review daily memo re: pleadings filed | 0.10 | 29.00 |
| DEM | Review Pleadings and electronic filing notices filed in adversary proceedings; preparation and retrieval of documents relating to adversary proceeding memo | 0.30 | 28.50 |

09/30/03

|  |  |  |  |
|---|---|---|---|
| MTH | Meeting with MRE re upcoming deadlines and pending motions. | 0.20 | 53.00 |
| MTH | Review of memorandum summarizing pleadings filed from 9/26/03 through 9/28/03. | 0.10 | 26.50 |
| MTH | Review of memorandum summarizing pleadings filed on 9/25/03. | 0.10 | 26.50 |
| MTH | Review of memorandum summarizing pleadings filed on 9/29/03. | 0.10 | 26.50 |
| MAL | Organization and distribution of daily pleadings | 0.10 | 9.50 |
| MTH | Prepare weekly recommendation memo | 0.40 | 106.00 |
| MAL | Attention to document organization | 0.20 | 19.00 |
| MAL | Organization and distribution of adversary pleadings | 0.10 | 9.50 |
| MTH | Review of memorandum summarizing adversary (cases) pleadings filed from 9/15/03 through 9/28/03. | 0.10 | 26.50 |
| DEM | Review Pleadings and electronic filing notices; preparation and retrieval of | | |

```
                                              Page: 10
W.R. Grace                                    09/30/2003
                                    ACCOUNT NO: 3000-07D
                                    STATEMENT NO:       28
Committee, Creditors, Noteholders, Equity Holders
```

```
                                         HOURS
        documents relating to daily memo   0.30      28.50
MRE Meeting with MTH re: upcoming deadlines
        and pending motions                0.20      55.00
                                          -----   --------
        FOR CURRENT SERVICES RENDERED     31.90   6,131.00
```

```
                        RECAPITULATION
TIMEKEEPER                 HOURS HOURLY RATE      TOTAL
Douglas A. Campbell         0.80    $350.00    $280.00
Philip E. Milch             1.70     290.00     493.00
Mark T. Hurford             9.30     265.00   2,464.50
Marla R. Eskin              5.10     275.00   1,402.50
Kathleen J. Campbell        1.20     150.00     180.00
Margaret A. Landis          4.00      95.00     380.00
Diane E. Massey             9.80      95.00     931.00


    TOTAL CURRENT WORK                         6,131.00


    BALANCE DUE                              $27,320.60
                                             ==========
```

```
Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.
```

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                            09/30/2003
Wilmington  DE                        ACCOUNT NO: 3000-08D
                                      STATEMENT NO:      27

Employee Benefits/Pension


PREVIOUS BALANCE                              $3,657.60


BALANCE DUE                                   $3,657.60
                                              =========

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1
W.R. Grace                                                  09/30/2003
Wilmington  DE                               ACCOUNT NO: 3000-10D
                                             STATEMENT NO:      28

Employment Applications, Others

PREVIOUS BALANCE                                         $1,649.80

                                                  HOURS
09/03/03
      MTH telephone conference with M. Berkin
          (Follow up) re additional thoughts re
          State Street Bank Motion.                  0.20    53.00
      MTH Reviewing correspondence from M. Berkin
          to Blackstone re State Street Bank
          Motion.                                    0.10    26.50
      MTH Additional work on and review of State
          Street Bank Retention Motion.              0.40   106.00
      MTH telephone conference with C. Lane re
          State Street Bank retention.               0.50   132.50

09/04/03
      MRE Meeting with MTH regarding State Street
          Bank retention                             0.20    55.00
      MTH Meeting with MRE re State Street Bank
          Motion                                     0.20    53.00
      MTH telephone conference with C. Lane re
          State Street Bank Motion                   0.30    79.50
      MTH telephone conference with M.Berkin re
          State Street Bank Motion.                  0.40   106.00
      MTH Correspondence to M. Berkin re
          conversation with PVNL re State Street
          Bank Motion and thoughts thereon.          0.30    79.50
      MRE Meeting with MTH re: State Street Bank
          Motion                                     0.20    55.00

09/06/03
      MRE Review of e-mail from MTH regarding State
          Street Bank                                0.10    27.50

```
                                                    Page: 2
W.R. Grace                                       09/30/2003
                                        ACCOUNT NO: 3000-10D
                                        STATEMENT NO:       28
```

Employment Applications, Others

|  |  | HOURS |  |
|---|---|---|---|
| **09/08/03** | | | |
| MTH | Reviewing correspondence from C. Lane re State Street Motion (.1); and response to same (.1) | 0.20 | 53.00 |
| MTH | Reviewing Equity Committee's Response to State Street Bank Motion (.2) and discussion with MRE re same (.1) | 0.20 | 53.00 |
| MTH | Correspondence to C. Lane re Equity Comm. Objection and reviewing response thereto. | 0.20 | 53.00 |
| MRE | Review of objection by Equity Holders for Retention of State Street Bank | 0.10 | 27.50 |
| **09/09/03** | | | |
| MTH | Reviewing correspondence from M. Berkin re Equity Comm's Objection to State Street Bank Motion (.1) and response thereto (.2) | 0.30 | 79.50 |
| **09/12/03** | | | |
| MTH | Discussion with MRE re State Street Bank Motion, UCC Objection (.2) and Correspondence to M. Berkin re same (.1) | 0.30 | 79.50 |
| MRE | Meeting with MTH regarding State Street Bank | 0.20 | 55.00 |
| MRE | Review of e-mail from MTH to M. Berkin regarding State Street Bank | 0.10 | 27.50 |
| MTH | Reviewing the UCC's Objection to the Retention of State Street Bank and related work. | 0.30 | 79.50 |
| **09/16/03** | | | |
| MRE | Review of Debtor's Reply Brief to Objection to State Street Bank | 0.20 | 55.00 |
| **09/19/03** | | | |
| MTH | Reviewing Notice of Filing of Exhibit A to Debtors' Response to the State Street Retention Application. | 0.10 | 26.50 |
| MTH | Reviewing Debtors' Motion for File Reply to the Objections to the State Street Bank Retention Motion. | 0.30 | 79.50 |
| **09/26/03** | | | |
| KJC | Review Protiviti, Sarbanes-Oxley compliance counsel, retention application | 0.30 | 45.00 |

<pre>
                                                     Page: 3
     W.R. Grace                                   09/30/2003
                                     ACCOUNT NO: 3000-10D
                                     STATEMENT NO:      28

     Employment Applications, Others




                                             ----  --------
          FOR CURRENT SERVICES RENDERED       5.70  1,487.00

                        RECAPITULATION
     TIMEKEEPER                   HOURS HOURLY RATE      TOTAL
     Mark T. Hurford               4.30     $265.00  $1,139.50
     Marla R. Eskin                1.10      275.00     302.50
     Kathleen J. Campbell          0.30      150.00      45.00


        TOTAL CURRENT WORK                            1,487.00


        BALANCE DUE                                  $3,136.80
                                                     =========
</pre>

        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                              09/30/2003
Wilmington  DE                          ACCOUNT NO: 3000-11D
                                        STATEMENT NO:      26


Expenses



PREVIOUS BALANCE                              $4,290.88



09/02/03 Postage - C&L & LAS July Fee Apps - 4 @ $3.13        12.52
09/04/03 FAX to Peter Lockwood - daily memo                   3.00
09/04/03 FAX to Doug Campbell - daily memo                    3.00
09/04/03 FAX to Robert Spohn - daily memo                     3.00
09/04/03 FAX to Andrew Katznelson - daily memo                3.00
09/15/03 FAX to Peter Lockwood - daily memo                   4.00
09/15/03 FAX to Robert Spohn- daily memo                      4.00
09/15/03 FAX to Andrew Katznelson- daily memo                 4.00
09/15/03 FAX to Peter Lockwood - Adversary Memorandum         3.00
09/16/03 Postage - CNO 9th Interim Fee App. - 3 @ .60         1.80
09/16/03 AT&T Long Distance Phone Calls                       6.67
09/22/03 Postage - C&D July CNO - 3 @ .60                     1.80
09/23/03 Postage - C&L and LAS CNO - 3 @ .60                  1.80
09/23/03 Ikon Office Solutions- Photocopying, Envelopes,
         Postage, Hand Deliveries on 9/22/03 (CNO re: C&D
         July Fee application)                                57.00
09/26/03 Postage - Service of letter to Third Circuit - 21
         @ .60                                                12.60
09/26/03 FAX to Peter Lockwood - Daily Memo                   6.00
09/26/03 FAX to Robert Spohn - Daily Memo                     6.00
09/26/03 FAX to Andrew Katznelson - Daily Memo                6.00
09/30/03 Pacer charges for the month of August                33.11
09/30/03 Ikon Office Solutions- Photocopying, Envelopes,
         Postage, Hand Deliveries on 9/29/03 (LAS, C&D,
         C&L August fee application )                         199.65
                                                              ------
         TOTAL EXPENSES                                       371.95

         TOTAL CURRENT WORK                                   371.95

```
                                                      Page: 2
W.R. Grace                                        09/30/2003
                                  ACCOUNT NO: 3000-11D
                                  STATEMENT NO:       26

Expenses




     BALANCE DUE                          $4,662.83
                                          =========
```

```
     Any payments received after the statement date will be
     applied to next month's statement.  Please note your
     account number on your payment.  Thank you.
```

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                    Page: 1
W.R. Grace                                          09/30/2003
Wilmington  DE                          ACCOUNT NO: 3000-12D
                                        STATEMENT NO:      26


Fee Applications, Applicant



PREVIOUS BALANCE                                $4,588.20


                                        HOURS
09/02/03
    LMP Electronic filing of Campbell & Levine's
        July Fee Application (.2); Electronic and
        hard copy service to Notice Parties (.2)      0.40      38.00
    AFM Review and sign fee application for
        Campbell & Levine (Monthly - July)            0.30      60.00

09/03/03
    LMP Searched case docket for Objections to
        Campbell & Levine's 9th Interim Fee
        Application (.1); Drafted Certificate of
        No Objection re same (.2); Electronic
        filing and service of CNO (.2)                0.50      47.50
    AFM Review and sign CNO for Campbell & Levine
        (Interim - April through June)                0.20      40.00

09/04/03
    MRE Review of fee auditors initial report
        regarding C&L                                 0.10      27.50
    AFM Email to LMP re: 8th Interim Fee
        Categorization Spreadsheet and Fee
        Application Hearing                           0.20      40.00

09/08/03
    AFM Email from MTH re: Fee Application
        Hearing                                       0.10      20.00

09/09/03
    AFM Email from L. Ferdinand re: draft Omnibus
        Order approving 8th interim fee
        applications                                  0.10      20.00

```
                                                      Page: 2
W.R. Grace                                        09/30/2003
                                      ACCOUNT NO: 3000-12D
                                      STATEMENT NO:       26

Fee Applications, Applicant
```

|  |  | HOURS |  |
|---|---|---|---|
| 09/10/03 | | | |
| LMP | Verified Campbell & Levine's fee amount requested in the 8th Interim fee application per Draft Order for the Omnibus hearing | 0.10 | 9.50 |
| LMP | Created hearing binder re: Legal Analysis Systems January through March Interim Fee Application and corresponding Fee Auditor's Final Report | 0.20 | 19.00 |
| LMP | Created hearing binder re: Campbell & Levine's 8th Interim Fee Application and corresponding Fee Auditor's Final Report | 0.20 | 19.00 |
| 09/11/03 | | | |
| AFM | Review Fee Auditor's Initial Report for Campbell & Levine (Ninth Interim) | 0.10 | 20.00 |
| MTH | Review draft response to Fee Auditor and discussion with MRE re same. | 0.20 | 53.00 |
| MRE | Review of August pre-bill | 0.50 | 137.50 |
| 09/12/03 | | | |
| MRE | Review of e-mail regarding fee hearing | 0.10 | 27.50 |
| 09/14/03 | | | |
| MTH | Review of pre-bill. | 1.00 | 265.00 |
| 09/17/03 | | | |
| MTH | Reviewing COC re Fee Applications for 8th Period. | 0.10 | 26.50 |
| 09/22/03 | | | |
| MRE | Meeting with MTH regarding August pre-bill | 0.10 | 27.50 |
| MTH | Meeting with MRE re pre-bill (.1) and meeting with KJC re same (.1) | 0.20 | 53.00 |
| 09/23/03 | | | |
| LMP | Searched docket for Objections to C&L July Fee Application (.1); Prepared Certification of No Objection re same (.2); Electronic filing and service of application (.2) | 0.50 | 47.50 |
| AFM | Review and sign CNO for Campbell & Levine (Monthly Fee Application - July) | 0.20 | 40.00 |

```
                                                      Page: 3
        W.R. Grace                                    09/30/2003
                                          ACCOUNT NO: 3000-12D
                                          STATEMENT NO:      26

        Fee Applications, Applicant
```

```
                                             HOURS
09/26/03
     LMP Drafted Campbell & Levine's August 2003
         Monthly Application for Compensation (7)      0.70      66.50

09/29/03
     AFM Review and sign fee application for
         Campbell & Levine (Monthly - August)          0.30      60.00
     AFM Review Fee Auditor's Final Report for
         Campbell & Levine (Ninth Interim Period)       0.10      20.00
     LMP Electronic filing of Campbell & Levine's
         August Monthly Fee Application (.2);
         Electronic service to Notice Parties (.2)      0.40      38.00
     MRE Review of fee auditors final report for
         C&L                                            0.10      27.50

09/30/03
     MTH Reviewing Fee Auditor's Report re
         Campbell & Levine                              0.10      26.50
                                                       ----   --------
         FOR CURRENT SERVICES RENDERED                 7.10  1,276.50
```

```
                          RECAPITULATION
     TIMEKEEPER                      HOURS HOURLY RATE      TOTAL
     Aileen F. Maguire               1.60     $200.00    $320.00
     Mark T. Hurford                 1.60      265.00     424.00
     Marla R. Eskin                  0.90      275.00     247.50
     Lauren M. Przybylek             3.00       95.00     285.00


     TOTAL CURRENT WORK                                  1,276.50


     BALANCE DUE                                        $5,864.70
                                                        =========
```

```
        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.
```

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                                  09/30/2003
Wilmington  DE                                  ACCOUNT NO: 3000-13D
                                                STATEMENT NO:      13


Fee Applications, Others



PREVIOUS BALANCE                                    $8,085.10


                                                HOURS
09/02/03
        LMP Electronic filing of Legal Analysis
            Systems July Fee Application (.2);
            Electronic and hard copy service to
            Notice Parties (.2)                     0.40      38.00
        AFM Review and sign fee application for LAS
            (Monthly - July)                        0.30      60.00

09/03/03
        LMP Reviewed email from D. Collins re: L
            Tersigni July Billing statement (.1);
            Prepared LTC July Application for filing
            (.2)                                    0.30      28.50
        LMP Searched case docket for Objections to L
            Tersigni's 9th Interim Fee Application
            (.1); Drafted Certificate of No Objection
            re same (.2); Electronic filing and
            service of CNO (.2)                      0.50      47.50
        LMP Searched case docket for Objections to
            Legal Analysis Systems 7th Interim Fee
            Application (.1); Drafted Certificate of
            No Objection re same (.2); Electronic
            filing and service of CNO (.2)           0.50      47.50
        AFM Review and sign fee application for L.
            Tersigni (Monthly - July)               0.30      60.00
        AFM Review and sign CNO for L. Tersigni
            (Interim - April through June)          0.20      40.00
        AFM Review and sign CNO for LAS (Interim -
            April through June)                     0.20      40.00
        LMP Electronic filing of L Tersigni's July
            2003 Application for Compensation (.2);
            Electronic service to Notice Parties (.1) 0.30     28.50

Page: 2
09/30/2003
ACCOUNT NO: 3000-13D
STATEMENT NO:      13

W.R. Grace

Fee Applications, Others

|  |  | HOURS |  |
|---|---|---|---|
| LMP | Reviewed Ninth Interim Fee Application of Kirkland & Ellis for April through June (.1); Updated Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |

09/04/03

|  |  |  |  |
|---|---|---|---|
| LMP | Reviewed the April Fee Application of Bilzin Baena Price & Axelrod (.1); Updated Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Reviewed the April through June Interim Fee Application of Casner & Edwards (.1); Updated Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Reviewed the July Fee Application of Reed Smith LLP (.1); Updated Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Reviewed the July Fee Application of Klett Rooney Lieber & Schorling (.1); Updated Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Reviewed the April through June Interim Fee Application of Stoock & Stroock & Lavan (.1); Updated Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Reviewed the April through June Interim Fee Application of Ferry, Joseph & Pearce (.1); Updated Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Reviewed the April through June Interim fee application of Lukins & Annis(.1); Updated Wr Grace Weekly Fee Application Recommendation Memo (.1) | 0.20 | 19.00 |
| MTH | Reviewing Judge Wolin's Order re fees and expenses to Budd, Larner. | 0.10 | 26.50 |

09/10/03

|  |  |  |  |
|---|---|---|---|
| LMP | Reviewed July Fee Application of Stroock & Stroock & Lavan (.1); Updated Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Reviewed Interim Fee Application (April-June) of Richardson Patrick Westbrook & Brickman (.1); Updated Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Reviewed June Fee Application of PSZYJ&W |  |  |

                                                      Page: 3
W.R. Grace                                           09/30/2003
                                        ACCOUNT NO: 3000-13D
                                        STATEMENT NO:      13

Fee Applications, Others

|     |                                                                                              | HOURS |       |
| --- | -------------------------------------------------------------------------------------------- | ----- | ----- |
|     | (.1); Updated Wr Grace Weekly Recommendation Memo (.1)                                        | 0.20  | 19.00 |
| LMP | Reviewed July Fee Application of Holme Robert & Owen (.1); Updated Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Reviewed July Fee Application of Kirkland & Ellis (.1); Updated Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Reviewed June Fee Application of Nelson Riley & Scarborough (.1); Updated Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Reviewed July Fee Application of FTI Policano & Manzo (.1); Updated Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Reviewed May Monthly Fee Application of Nelson Mullins Riley & Scarborough (.1); Updated Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Reviewed July Monthly Fee Application of PricewaterhouseCoopers (.1); Updated Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| AFM | Email from LMP re: Fee Application binders                                                    | 0.10  | 20.00 |
| LMP | Verified Caplin & Drysdale's amount requested in the 8th Interim fee application per Draft Order for the Omnibus hearing | 0.10 | 9.50 |
| LMP | Verified Legal Analysis Systems amount requested in the 8th Interim fee application per Draft Order for the Omnibus hearing | 0.10 | 9.50 |
| LMP | Verified L Tersigni's amount requested in the 8th Interim fee application per Draft Order for the Omnibus hearing | 0.10 | 9.50 |
| MTH | Reviewing correspondence from C. Lane re Fee Hearing                                          | 0.10  | 26.50 |
| MTH | Correspondence to AFM re September Fee Hearing.                                               | 0.10  | 26.50 |
| LMP | Created hearing binder re: Caplin & Drysdale's 8th Interim Fee Application and corresponding Fee Auditor's Final Report | 0.20 | 19.00 |
| LMP | Created hearing binder re: L Tersigni's 8th Interim Fee Application and corresponding Fee Auditor's Final Report | 0.20 | 19.00 |

```
                                                        Page: 4
W.R. Grace                                          09/30/2003
                                          ACCOUNT NO: 3000-13D
                                          STATEMENT NO:     13

Fee Applications, Others




                                          HOURS
09/12/03
     LMP Reviewed Interim Fee Application of
         Wachtell, Lipton, Rosen & Katz (.1);
         Updated Wr Grace Weekly Recommendation
         Memo (.1)                                0.20     19.00

09/15/03
     MRE Review and revision to e-mail to the
         Committee regarding expenses and drafting
         e-mail to LMP regarding same             0.20     55.00

09/16/03
     LMP Reviewed July Monthly Fee Application of
         Bilzin Sumberg Baena Price & Axelrod
         (.1); Updated Wr Grace Weekly
         Recommendation Memo (.1)                 0.20     19.00
     LMP Searched case docket for Objections to
         C&D 9th Interim Fee Application (.1);
         Drafted CNO re Interim App (.2);
         Electronic filing of CNO (.2)            0.50     47.50
     AFM Review and sign CNO for Caplin & Drysdale
         (Interim - April through June)           0.20     40.00

09/17/03
     LMP Reviewed August Monthly Fee Application
         of Warren H. Smith & Associates (.1);
         Updated Wr Grace Weekly Recommendation
         Memo (.1)                                0.20     19.00
     LMP Reviewed August Monthly Fee Application
         of Richardson Patrick Westbrook &
         Brickman (.1); Updated Wr Grace Weekly
         Recommendation Memo (.1)                 0.20     19.00
     LMP Reviewed July Monthly Fee Application of
         Elzufon Austin Reardon Tarlov & Mondell
         (.1); Updated Wr Grace Weekly
         Recommendation Memo (.1)                 0.20     19.00

09/22/03
     LMP Searched docket for objections to C&D
         July Fee Application (.1); Drafted
         Certificate of No objection re:
         Application (.2); Electronic filing and
         service of CNO (.2)                      0.50     47.50
     AFM Review and sign CNO for Caplin & Drysdale
         (Monthly - July)                         0.20     40.00
```

```
                                                    Page: 5
W.R. Grace                                        09/30/2003
                                        ACCOUNT NO: 3000-13D
                                        STATEMENT NO:     13

Fee Applications, Others




                                        HOURS
09/23/03
     AFM Review Fee Auditor's Report for LAS
         (Ninth Interim)                         0.10    20.00
     AFM Email to D. Relles re: Fee Auditor's
         Report for LAS                          0.10    20.00
     LMP Reviewed April through June Interim Fee
         Application of PSZYJ&W (.1); Updated Wr
         Grace Weekly Recommendation Memo (.1)   0.20    19.00
     LMP Reviewed June, July and August Monthly
         Fee Applications of Duane Morris (.2);
         Updated Wr Grace Weekly Recommendation
         Memo (.1)                               0.30    28.50
     LMP Reviewed April through June Interim Fee
         Application of Duane Morris (.1); Updated
         Wr Grace Weekly Recommendation Memo (.1) 0.20   19.00
     LMP Reviewed  July Monthly Fee Application of
         Wallace King Marraro & Branson (.1);
         Updated Wr Grace Weekly Recommendation
         Memo (.1)                               0.20    19.00
     LMP Reviewed August Monthly Fee Application
         of Carella Bryne Bain Gilfillan Cecchi
         Stewart & Olstein (.1); Updated Wr Grace
         Weekly Recommendation Memo (.1)         0.20    19.00
     LMP Reviewed July Monthly Fee Application of
         Ferry Joseph & Pearce (.1); Updated Wr
         Grace Weekly Recommendation Memo (.1)   0.20    19.00
     LMP Searched docket for Objections to Legal
         Analysis Systems July Fee Application
         (.1); Prepared Certification of No
         Objection re same (.2); Electronic filing
         and service of application (.2)         0.50    47.50
     AFM Review and sign CNO for LAS (Monthly Fee
         Application - July)                     0.20    40.00

09/24/03
     LMP Reviewed Email from D. Relles containing
         LAS August 2003 Billing statement (.1);
         Prepared LAS' Aug Monthly Application for
         Compensation (.2)                       0.30    28.50
     MRE Review of final fee auditor report for
         C&D for the Ninth Interim Period        0.10    27.50

09/25/03
     LMP Searched docket for Objections to LTC
         July Fee Application (.1); Drafted
```

```
                                                          Page:  6
W.R. Grace                                              09/30/2003
                                          ACCOUNT NO: 3000-13D
                                          STATEMENT NO:      13

Fee Applications, Others



                                             HOURS
        Certificate of No Objection (.2);
        Electronic filing of CNO (.2)              0.50      47.50
    AFM Review and sign CNO for L. Tersigni
        (Monthly - July)                           0.20      40.00
    AFM Email from S. Bossay re: 9th Interim
        Spreadsheet                                0.10      20.00
    AFM Prepare Spreadsheet for 9th Interim
        period                                     0.30      60.00

09/29/03
    AFM Review and sign fee application for LAS
        (Monthly - August)                         0.30      60.00
    AFM Review and sign fee application for
        Caplin & Drysdale (Monthly - August)       0.30      60.00
    LMP Electronic filing of Caplin & Drysdale's
        August Monthly Fee Application (.2);
        Electronic service to Notice Parties (.2)  0.40      38.00
    LMP Electronic filing of Legal Analysis
        Systems August Monthly Fee Application
        (.2); Electronic service to Notice
        Parties (.2)                               0.40      38.00

09/30/03
    LMP Reviewed Pitney, Hardin, Kipp & Szuch
        April through June Interim Fee
        Application (.1); Updated Grace Weekly
        Recommendation Memo (.1)                   0.20      19.00
    LMP Reviewed Conway, Del Genio, Gries & Co.,
        LLC April through June Interim Fee
        Application (.1); Updated Grace Weekly
        Recommendation Memo (.1)                   0.20      19.00
    LMP Reviewed Wallace King Marraro & Bransons
        August Monthly Fee Application (.1);
        Updated Grace Weekly Recommendation Memo
        (.1)                                       0.20      19.00
    LMP Reviewed the April, May and June Monthly
        Fee Applications of Steptoe & Johnson
        (.1); Updated Grace Weekly Recommendation
        Memo (.1)                                  0.20      19.00
    LMP Reviewed the July Fee Application of
        Kramer Levin Naftalis & Frankel (.1);
        Updated Grace Weekly Recommendation Memo
        (.1)                                       0.20      19.00
    LMP Reviewed Klett Rooney Lieber & Schorling
        August Monthly Fee Application (.1);
```

```
                                                         Page: 7
W.R. Grace                                             09/30/2003
                                          ACCOUNT NO: 3000-13D
                                          STATEMENT NO:      13

Fee Applications, Others




                                          HOURS
        Updated Wr Grace Weekly Recommendation
        Memo (.1)                           0.20    19.00
LMP Reviewed PSZYJ&W July Monthly Fee
        Application (.1); Updated Wr Grace Weekly
        Recommendation Memo (.1)            0.20    19.00
LMP Reviewed Casner & Edwards July Monthly
        Fee Application (.1); Updated Wr Grace
        Weekly Recommendation Memo (.1)      0.20    19.00
MTH Reviewing Order awarding compensation of
        professional time and expenses to Milberg
        Weiss.                              0.10    26.50
                                          -----  --------
        FOR CURRENT SERVICES RENDERED      16.90 2,053.00

                   RECAPITULATION
TIMEKEEPER                   HOURS HOURLY RATE      TOTAL
Aileen F. Maguire             3.10   $200.00     $620.00
Mark T. Hurford               0.40    265.00      106.00
Marla R. Eskin                0.30    275.00       82.50
Lauren M. Przybylek          13.10     95.00    1,244.50


        TOTAL CURRENT WORK                        2,053.00


        BALANCE DUE                            $10,138.10
                                             ==========
```

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                    Page: 1
W.R. Grace                                        09/30/2003
Wilmington  DE                        ACCOUNT NO: 3000-14D
                                      STATEMENT NO:      26

Financing


    PREVIOUS BALANCE                             $202.90


    BALANCE DUE                                  $202.90
                                                 =======


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                          09/30/2003
Wilmington  DE                          ACCOUNT NO: 3000-15D
                                        STATEMENT NO:      28


Hearings



PREVIOUS BALANCE                                  $8,057.35



                                        HOURS
09/04/03
    MTH Correspondence to AFM re Fee Hearing.      0.10      26.50

09/09/03
    MRE Review of e-mail from MTH to C. Lane
        regarding hearing                          0.10      27.50
    MTH Reviewing Omnibus Order scheduling
        hearings (.1) and Correspondence to C
        Lane re same (.1)                          0.20      53.00

09/10/03
    MRE Review of e-mail from C. Lane regarding
        fee hearing                                0.10      27.50

09/12/03
    AFM Email from/to T. Wallace re: Fee
        Application Hearing                         0.10      20.00

09/15/03
    MRE Review of e-mail from PEM regarding
        hearings in Pittsburgh                      0.10      27.50

09/16/03
    MRE Review of e-mail from MTH to PVNL
        regarding upcoming hearing                  0.10      27.50
    MRE Review of e-mail from PVNL regarding
        status conference                           0.10      27.50
    MTH Reviewing Agenda for September Omnibus
        Hearing                                     0.20      53.00
    MTH Reviewing correspondence from PVNL re
        Sept. Omnibus Hearing.                      0.10      26.50

```
                                                       Page: 2
      W.R. Grace                                   09/30/2003
                                       ACCOUNT NO: 3000-15D
                                       STATEMENT NO:      28

      Hearings
```

```
                                              HOURS
09/19/03
      MRE Telephone conference with EI regarding
          omnibus hearing                      0.10      27.50

09/21/03
      MRE Preparation for hearing              0.50     137.50

09/22/03
      MTH Meeting with MRE re conference call,
          issues to be presented at September
          Omnibus hearing.                     0.20      53.00
      MTH Reviewing correspondence from MRE re
          Omnibus Hearing, conference call with
          constituents (.1) and response thereto
          (.1)
      MRE Preparation for Court appearance     0.50     137.50
      MRE Court appearance                     1.40     385.00
      MRE Drafting e-mail to EI regarding hearing
          matters                              0.20      55.00
      MAL Preparation of draft of Hearing Memo 0.30      28.50
      DEM Preparation of attorney binder for
          omnibus hearing                      0.30      28.50
                                               ----   --------
          FOR CURRENT SERVICES RENDERED        4.70   1,169.00
```

```
                        RECAPITULATION
      TIMEKEEPER               HOURS HOURLY RATE      TOTAL
      Aileen F. Maguire         0.10    $200.00     $20.00
      Mark T. Hurford           0.80     265.00     212.00
      Marla R. Eskin            3.20     275.00     880.00
      Margaret A. Landis        0.30      95.00      28.50
      Diane E. Massey           0.30      95.00      28.50


          TOTAL CURRENT WORK                       1,169.00


          BALANCE DUE                             $9,226.35
                                                  =========
```

```
      Any payments received after the statement date will be
      applied to next month's statement.  Please note your
      account number on your payment.  Thank you.
```

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

                                                      Page: 1
W.R. Grace                                         09/30/2003
Wilmington  DE                        ACCOUNT NO: 3000-16D
                                      STATEMENT NO:      13

Litigation and Litigation Consulting


PREVIOUS BALANCE                                   -$205.80


                                       HOURS
09/16/03
    MTH Reviewing Opposition of C. Gerard to
        Debtors' Motion to Expand the PI to
        Include Montana Vermiculite Company.      1.00   265.00

09/19/03
    MTH Reviewing Notice of Service of the
        Debtors' Responses and Objections to the
        First Request for Production of Documents
        of Gerard.                                0.10    26.50
    MTH Reviewing Motion for Leave to File
        Debtors' Reply in Support of its Motion
        to Expand the PI to Include Montana
        Vermiculite Company.                      0.20    53.00
    MTH Reviewing Debtors' Motion for
        Modification of Preliminary Injunction to
        permit certain 3rd part appeals to
        proceed.                                  0.40   106.00
    MTH Reviewing Reaud, Morgan & Quinn's Motion
        for Summary Judgment and Response to
        Motion for Summary Judgment.              0.80   212.00
    MTH Begin review of Appendix to Reaud, Morgan
        and Quinn's Motion for Summary Judgment.  0.20    53.00

09/22/03
    MTH Reviewing correspondence from J.
        Cunningham re status of Sealed Air
        Settlement.                               0.10    26.50

09/25/03
    MRE Telephone calls with N. Bruno and J.
        Cunningham regarding letter regarding

```
                                                  Page: 2
W.R. Grace                                      09/30/2003
                                      ACCOUNT NO: 3000-16D
                                      STATEMENT NO:     13
Litigation and Litigation Consulting
```

```
                                        HOURS
        status of Frecinius.            0.50    137.50
   MTH Reviewing Eighth Claim Settlement Notice.  0.10     26.50

09/26/03
   KJC Review motion approving KWELMB settlement   0.40     60.00

09/30/03
   MTH Reviewing Motion to File Further
        Opposition of Gerard to Debtors' Motion
        to Expand the PI to Include actions
        against the Montana Vermiculite Company.   0.10     26.50
   MTH Reviewing correspondence from J.
        Cunningham re letter to CA3 re status.     0.10     26.50
   MTH Reviewing correspondence from DEM re
        letter to CA3.                             0.10     26.50
                                                  ----  --------
        FOR CURRENT SERVICES RENDERED            4.10   1,045.50

                    RECAPITULATION
TIMEKEEPER                   HOURS HOURLY RATE      TOTAL
Mark T. Hurford               3.20    $265.00    $848.00
Marla R. Eskin                0.50     275.00     137.50
Kathleen J. Campbell          0.40     150.00      60.00


   TOTAL CURRENT WORK                           1,045.50


   BALANCE DUE                                   $839.70
                                                =======
```

```
Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.
```

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                               09/30/2003
Wilmington  DE                           ACCOUNT NO: 3000-17D
                                         STATEMENT NO:       13

Plan and Disclosure Statement



PREVIOUS BALANCE                                      $2,974.70



                                              HOURS
09/03/03
     KJC Review e-mail from MTH re conference call
         on plan matters                       0.10      15.00

09/05/03
     MTH Participating in teleconference with
         Debtors re POR; and discussion with M.
         Berkin re thoughts re same.            0.80     212.00

09/19/03
     DAC Review Caplin memo re: futures rep     0.10      35.00

09/25/03
     PEM Review correspondence re: futures rep  0.10      29.00

09/30/03
     MTH Reviewing correspondence from EI re
         Futures Rep appointment.               0.10      26.50
                                               ----    ------
         FOR CURRENT SERVICES RENDERED          1.20     317.50

                       RECAPITULATION
     TIMEKEEPER                   HOURS HOURLY RATE      TOTAL
     Douglas A. Campbell           0.10    $350.00      $35.00
     Philip E. Milch               0.10     290.00       29.00
     Mark T. Hurford               0.90     265.00      238.50
     Kathleen J. Campbell          0.10     150.00       15.00


         TOTAL CURRENT WORK                              317.50

```
                                                      Page: 2
W.R. Grace                                          09/30/2003
                                       ACCOUNT NO: 3000-17D
                                       STATEMENT NO:      13

Plan and Disclosure Statement




     BALANCE DUE                              $3,292.20
                                              ==========
```

```
     Any payments received after the statement date will be
     applied to next month's statement.  Please note your
     account number on your payment.  Thank you.
```

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                        Page: 1
W.R. Grace                                            09/30/2003
Wilmington  DE                          ACCOUNT NO: 3000-18D
                                        STATEMENT NO:      13


Relief from Stay Proceedings




        PREVIOUS BALANCE                              $896.40



                                        HOURS
09/08/03
        MTH Reviewing Order entered granting Relief
            from Stay with respect to Baker & Taylor.    0.10    26.50

09/24/03
        MTH Reviewing Re-Notice of Oldcastle APG
            Motion for Stay Relief.                      0.10    26.50

09/26/03
        KJC Review Oldcastle motion for relief from
            stay                                         0.30    45.00
                                                        ----    -----
            FOR CURRENT SERVICES RENDERED                0.50    98.00

                        RECAPITULATION
    TIMEKEEPER                      HOURS HOURLY RATE       TOTAL
    Mark T. Hurford                  0.20    $265.00     $53.00
    Kathleen J. Campbell             0.30     150.00      45.00


        TOTAL CURRENT WORK                                98.00


        BALANCE DUE                                     $994.40
                                                        =======



        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.

```
                        Campbell & Levine, LLC
                          1700 Grant Building
                         Pittsburgh, PA  15219
                            412-261-0310




                                                          Page: 1
     W.R. Grace                                          09/30/2003
     Wilmington  DE                         ACCOUNT NO: 3000-19D
                                            STATEMENT NO:       3


     Tax Issues




        PREVIOUS BALANCE                               $108.00



                                              HOURS
     09/26/03
        KJC Review motion to authorize settlement re
            New York state tax audit              0.40     60.00
        KJC Review motion for order authorizing
            Debtors to payment amounts due under
            Florida Intangible Personal Property Tax
            Act                                   0.40     60.00
                                                  ----    ------
            FOR CURRENT SERVICES RENDERED         0.80    120.00

                         RECAPITULATION
     TIMEKEEPER                   HOURS HOURLY RATE      TOTAL
     Kathleen J. Campbell          0.80    $150.00    $120.00


        TOTAL CURRENT WORK                             120.00


        BALANCE DUE                                   $228.00
                                                      =======
```

```
     Any payments received after the statement date will be
     applied to next month's statement.  Please note your
     account number on your payment.  Thank you.
```

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

                                                    Page: 1
W.R. Grace                                          09/30/2003
Wilmington  DE                       ACCOUNT NO: 3000-20D
                                     STATEMENT NO:      12

Tax Litigation


     PREVIOUS BALANCE                              $468.80


     BALANCE DUE                                   $468.80
                                                   =======


     Any payments received after the statement date will be
     applied to next month's statement.  Please note your
     account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

                                                  Page: 1
W.R. Grace                                      09/30/2003
Wilmington  DE                      ACCOUNT NO: 3000-21D
                                    STATEMENT NO:        9

Travel-Non-Working


    PREVIOUS BALANCE                              $52.20


    BALANCE DUE                                   $52.20
                                                  ======

    Any payments received after the statement date will be
    applied to next month's statement.  Please note your
    account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                              Page: 1
W.R. Grace                                    09/30/2003
Wilmington  DE                   ACCOUNT NO: 3000-22D
                                 STATEMENT NO:      17


Valuation



        PREVIOUS BALANCE                      $1,226.50


        BALANCE DUE                           $1,226.50
                                              ==========



Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                        Page: 1
W.R. Grace                                            09/30/2003
Wilmington  DE                          ACCOUNT NO: 3000-23D
                                        STATEMENT NO:       17


ZAI Science Trial




        PREVIOUS BALANCE                              $3,077.20



                                            HOURS
09/03/03
    MRE Review of e-mail from MTH regarding ZAI
        hearing                                 0.10     27.50
    MRE Review of e-mail from PVNL regarding ZAI
        matter                                  0.10     27.50
    MTH Reviewing correspondence from PVNL re
        hearing re ZAI issues.                  0.10     26.50
    MTH Correspondence to PEM re ZAI hearings in
        Pitts this month.                       0.20     53.00
    MTH Reviewing correspondence from MRE re ZAI
        Hearing in Pitts (.1) and response to
        same (.1)                               0.20     53.00

09/11/03
    MTH Reviewing Order rescheduling ZAI Science
        Trial (.1); Correspondence to C. Lane re
        same (.2); Correspondence to EI re same
        (.2)                                    0.50    132.50
    MRE Review of e-mail from MTH regarding
        continuation of ZAI trial               0.10     27.50
    MRE Review of scheduling order for ZAI trial 0.10    27.50

09/15/03
    MTH Reviewing correspondence from PEM re ZAI
        Hearings (.1) and response thereto (.1) 0.20     53.00
                                                ----   ------
        FOR CURRENT SERVICES RENDERED           1.60    428.00

                        RECAPITULATION
    TIMEKEEPER                   HOURS HOURLY RATE      TOTAL
    Mark T. Hurford               1.20   $265.00     $318.00
    Marla R. Eskin                0.40    275.00      110.00

```
                                                  Page: 2
W.R. Grace                                       09/30/2003
                                        ACCOUNT NO: 3000-23D
                                        STATEMENT NO:      17

ZAI Science Trial




        TOTAL CURRENT WORK                           428.00


        BALANCE DUE                               $3,505.20
                                                  =========
```

```
        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.
```

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                              09/30/2003
Wilmington   DE                          ACCOUNT NO      3000D


| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-00 Costs and Expenses | | | | | |
| -542.81 | 0.00 | 0.00 | 0.00 | 0.00 | -$542.81 |
| 3000-01 Asset Analysis and Recovery | | | | | |
| 2,174.20 | 0.00 | 0.00 | 0.00 | 0.00 | $2,174.20 |
| 3000-02 Asset Disposition | | | | | |
| 1,248.20 | 106.00 | 0.00 | 0.00 | 0.00 | $1,354.20 |
| 3000-03 Business Operations | | | | | |
| 385.20 | 53.00 | 0.00 | 0.00 | 0.00 | $438.20 |
| 3000-04 Case Administration | | | | | |
| 1,617.70 | 447.50 | 0.00 | 0.00 | 0.00 | $2,065.20 |
| 3000-05 Claims Analysis Objection & Resolution (Asbestos) | | | | | |
| 3,549.70 | 0.00 | 0.00 | 0.00 | 0.00 | $3,549.70 |
| 3000-06 Claims Analysis Objection & Resol. (Non-Asbestos) | | | | | |
| 1,698.80 | 26.50 | 0.00 | 0.00 | 0.00 | $1,725.30 |
| 3000-07 Committee, Creditors, Noteholders, Equity Holders | | | | | |
| 21,189.60 | 6,131.00 | 0.00 | 0.00 | 0.00 | $27,320.60 |
| 3000-08 Employee Benefits/Pension | | | | | |
| 3,657.60 | 0.00 | 0.00 | 0.00 | 0.00 | $3,657.60 |
| 3000-10 Employment Applications, Others | | | | | |
| 1,649.80 | 1,487.00 | 0.00 | 0.00 | 0.00 | $3,136.80 |
| 3000-11 Expenses | | | | | |
| 4,290.88 | 0.00 | 371.95 | 0.00 | 0.00 | $4,662.83 |
| 3000-12 Fee Applications, Applicant | | | | | |
| 4,588.20 | 1,276.50 | 0.00 | 0.00 | 0.00 | $5,864.70 |

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-13 Fee Applications, Others | | | | | |
| 8,085.10 | 2,053.00 | 0.00 | 0.00 | 0.00 | $10,138.10 |
| 3000-14 Financing | | | | | |
| 202.90 | 0.00 | 0.00 | 0.00 | 0.00 | $202.90 |
| 3000-15 Hearings | | | | | |
| 8,057.35 | 1,169.00 | 0.00 | 0.00 | 0.00 | $9,226.35 |
| 3000-16 Litigation and Litigation Consulting | | | | | |
| -205.80 | 1,045.50 | 0.00 | 0.00 | 0.00 | $839.70 |
| 3000-17 Plan and Disclosure Statement | | | | | |
| 2,974.70 | 317.50 | 0.00 | 0.00 | 0.00 | $3,292.20 |
| 3000-18 Relief from Stay Proceedings | | | | | |
| 896.40 | 98.00 | 0.00 | 0.00 | 0.00 | $994.40 |
| 3000-19 Tax Issues | | | | | |
| 108.00 | 120.00 | 0.00 | 0.00 | 0.00 | $228.00 |
| 3000-20 Tax Litigation | | | | | |
| 468.80 | 0.00 | 0.00 | 0.00 | 0.00 | $468.80 |
| 3000-21 Travel-Non-Working | | | | | |
| 52.20 | 0.00 | 0.00 | 0.00 | 0.00 | $52.20 |
| 3000-22 Valuation | | | | | |
| 1,226.50 | 0.00 | 0.00 | 0.00 | 0.00 | $1,226.50 |
| 3000-23 ZAI Science Trial | | | | | |
| 3,077.20 | 428.00 | 0.00 | 0.00 | 0.00 | $3,505.20 |
| --------- | --------- | ------ | ---- | ---- | ---------- |
| 70,450.42 | 14,758.50 | 371.95 | 0.00 | 0.00 | $85,580.87 |
| | | | | | ========== |

    Any payments received after the statement date will be
    applied to next month's statement.  Please note your
    account number on your payment.  Thank you.