**EXHIBIT "B"**

**SUMMARY OF PRINCIPAL SERVICES RENDERED FOR THE PERIOD**
<u>APRIL 1, 2003 THROUGH JUNE 30, 2003</u>

1.      Case Administration – 2.3 hours ($830.00)

During the Application Period, the Applicant expended time participating in weekly conference calls with the Property Damage Committee to address issues within the Applicant's areas of expertise.

2.      Asbestos: Claims Analysis & Evaluation – 167.8 hours ($45,065.00.)

During the Application Period, the Applicant prepared a comprehensive review of current Trust Distribution Processes ("TDP") for bodily injury claims in six other asbestos-related bankruptcies, examined their implications with respect to Property Damage claimants, and presented its conclusions to members of the Property Damage Committee at meetings in Miami. The Applicant also prepared preliminary analysis of filed property damage claims and reviewed the TDP for property damage claims in two other asbestos-related bankruptcy cases.