# Attachment B
# To Fee Application

## Summary of PwC's Fees By Professional
## September 2003

**Professional Profiles**

| Name of Professional | Position with the Firm | Number of Years in Profession | Hourly Bill Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| **Larry Farmer** | **Audit Partner** | 34 | 743 | 6.40 | 4,755 |
| **Sandra David** | **Audit Manager** | 6 | 487 | 2.00 | 974 |
| **Todd Hutcherson** | **Audit Manager** | 11 | 569 | 17.30 | 9,844 |
| **Will Choi** | **Audit Manager** | 6 | 487 | 33.70 | 16,412 |
| **Cheryl Frick** | **Audit Senior Associate** | 4 | 342 | 8.50 | 2,907 |
| **Nina Govic** | **Audit Senior Associate** | 3 | 342 | 13.70 | 4,685 |
| **Aimee Stickley** | **Audit Associate** | 2 | 270 | 1.80 | 486 |
| **Bhaskar Bhave** | **Audit Director - National** | 15+ | 1149 | 1.00 | 1,149 |
| **Lilla Runco** | **National Sr. Manager** | 10+ | 1079 | 6.00 | 6,474 |
| **Maureen Yeager** | **Audit Associate** | 1 | 232 | 10.00 | 2,320 |
| | | | **TOTAL** | **100.40** | **50,006** |

| | |
|---|---|
| Total at Standard Rate | $ 50,006.20 |
| 55 % Accrual Rate Adjustment | $ (27,503.41) |
| Total at 45% Accrual Rate | $ 22,502.79 |

**SARBANES-OXLEY ENGAGEMENT TIME**

| Name of Professional | Position with the Firm | Number of Years in Profession | Hourly Bill Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| **Larry Farmer** | **Audit Partner** | 34 | 743 | 2.60 | 1,932 |
| **Todd Hutcherson** | **Audit Manager** | 11 | 569 | 3.30 | 1,878 |
| | | | **TOTAL** | **5.90** | **3,810** |

| | |
|---|---|
| Total at Standard Rate | $ 3,809.50 |
| 35 % Accrual Rate Adjustment | $ (1,333.33) |
| Total at 65% Accrual Rate | $ 2,476.18 |

| | | |
|---|---|---|
| **Total Fees Requested:** | | $ 24,978.97 |
| **Total Hours Charged:** | 106.30 | |

{MCM8442.DOC}

**Summary of PwC's Fees By Project Category:**
**September 2003**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| **01-Assets Analysis and Recovery** | | |
| **02-Asset Disposition** | | |
| **03-Business Operations** | | |
| **04-Case Administration** | | |
| **05-Claim Analysis Objection & Resolution (Asbestos)** | | |
| **06-Claim Analysis Objection & Resolution (Non-asbestos)** | | |
| **07-Committee, Creditors', Noteholders', or Equity Holders'** | | |
| **08-Employee Benefits/Pension** | | |
| **09-Employee Applications, Applicant** | | |
| **10-Employment Applications, Others** | | |
| **11-Financing** | | |
| **12-Fee Applications, Others** | | |
| **13-Financing** | | |
| **14-Hearings** | | |
| **15-Litigation and Litigation Consulting** | | |
| **16-Plan and Disclosure Statement** | | |
| **17-Relief from Stay Proceedings** | | |
| **18-Tax Issues** | | |
| **19-Tax Litigation** | | |
| **20-Travel- Non-working** | | |
| **21-Valuation** | | |
| **22-ZAI Science Trial** | | |
| **23-ZAI Science Trial-Expenses** | | |
| **24-Other** | | |
| **25-Accounting/Auditing** | **106.30** | **$24,978.97** |
| **26-Business Analysis** | | |
| **27-Corporate Finance** | | |
| **28-Data Analysis** | | |
| **TOTAL:** | **106.30** | **$24,978.97** |

{MCM8442.DOC}

**Expense Summary**
**September 2003**

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| **Transportation** | N/A | **$167.05** |
| **Lodging** | N/A | |
| **Sundry** | N/A | |
| **Business Meals** | N/A | |
| **TOTAL:** | | **$167.05** |

{MCM8442.DOC}