**EXHIBIT A**

**Professional Profiles**

| Name of Professional | Position with the Firm | Number of Years in Profession | Hourly Bill Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Larry Farmer | Audit Partner | 34 | 743 | 6.40 | 4,755 |
| Sandra David | Audit Manager | 6 | 487 | 2.00 | 974 |
| Todd Hutcherson | Audit Manager | 11 | 569 | 17.30 | 9,844 |
| Will Choi | Audit Manager | 6 | 487 | 33.70 | 16,412 |
| Cheryl Frick | Audit Senior Associate | 4 | 342 | 8.50 | 2,907 |
| Nina Govic | Audit Senior Associate | 3 | 342 | 13.70 | 4,685 |
| Aimee Stickley | Audit Associate | 2 | 270 | 1.80 | 486 |
| Bhaskar Bhave | Audit Director - National | 15+ | 1149 | 1.00 | 1,149 |
| Lilla Runco | National Sr. Manager | 10+ | 1079 | 6.00 | 6,474 |
| Maureen Yeager | Audit Associate | 1 | 232 | 10.00 | 2,320 |
| | | | TOTAL | 100.40 | 50,006 |

Total at Standard Rate $ 50,006.20
55 % Accrual Rate Adjustment $ (27,503.41)
Total at 45% Accrual Rate $ 22,502.79

**SARBANES-OXLEY ENGAGEMENT TIME**

| Name of Professional | Position with the Firm | Number of Years in Profession | Hourly Bill Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Larry Farmer | Audit Partner | 34 | 743 | 2.60 | 1,932 |
| Todd Hutcherson | Audit Manager | 11 | 569 | 3.30 | 1,878 |
| | | | TOTAL | 5.90 | 3,810 |

Total at Standard Rate $ 3,809.50
35 % Accrual Rate Adjustment $ (1,333.33)
Total at 65% Accrual Rate $ 2,476.18

Total Fees Requested: $ 24,978.97
Total Hours Charged: 106.30

**W. R. Grace & Co.**
**Time Summary Report**
**Month Ended September 30, 2003**

| Date | Hours | Description of Services Provided | Bill Rate | | Cost ($) | |
|------|-------|--------------------------------|-----------|--|----------|--|
| **Name:  Larry Farmer** | | | | | | |
| **09/03/2003** | 2.0 | Engagement Planning meeting w/ Will Choi, Todd Hutcherson, Cheryl Frick & Nina Govic. | $ | 743.00 | $ | 1,486.0 |
| **09/04/2003** | 0.6 | Meeting with Bob Tarola to discuss the 2003 audit of WR Grace | $ | 743.00 | $ | 445.8 |
| | 1.7 | Attend Audit Committee Meeting | $ | 743.00 | $ | 1,263.1 |
| **09/24/2003** | 1.2 | Legal reserve meeting with Grace team (Tarola, legal counsel, Will Choi, Todd Hutcherson) | $ | 743.00 | $ | 891.6 |
| | 0.9 | Review of the FAS 133 Consulting Memo | $ | 743.00 | $ | 668.7 |
| **Totals** | **6.40** | | | | $ | **4,755** |
| **Sarbanes-Oxley 404 Time** | | | | | | |
| **09/04/2003** | 1.5 | Meeting with Bob Tarola and Tim Delbrugge to discuss audit committee materials of Sarbanes Oxley | $ | 743.00 | $ | 1,114.5 |
| | 1.1 | Discussion with Tim Delbruggae on the Sarbanes Oxley Engagement Letter | $ | 743.00 | $ | 817.3 |
| | **2.6** | | | | $ | **1,932** |

**W. R. Grace & Co.**
**Time Summary Report**
**Month Ended September 30, 2003**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|------|-------|--------------------------------|-----------|----------|
| **Name:  Sandra David** | | | | |
| | | Discussion of the Darex PR tax provision discussions with Grace finance personnel | | 243.50 |
| **09/22/03** | 0.50 | | 487 | |
| **09/25/03** | **1.50** | Planning for the Grace Construction Products year end audit | 487 | 730.50 |

**W. R. Grace & Co.**
**Time Summary Report**
**Month Ended September 30, 2003**

| Date | Hours | Description of Services Provided | Bill Rate | | Cost ($) | |
|------|-------|--------------------------------|-----------|--|----------|--|

**Name:  Todd Hutcherson**

| Date | Hours | Description of Services Provided | Bill Rate | | Cost ($) | |
|------|-------|--------------------------------|-----------|--|----------|--|
| 09/03/2003 | 2.0 | Engagement Planning meeting w/ Will Choi, Todd Hutcherson, Cheryl Frick & Nina Govic. | $ | 569.00 | $ | 1,138.0 |
| 09/04/2003 | 0.6 | Meeting with Bob Tarola to discuss the 2003 audit of WR Grace | $ | 569.00 | $ | 341.4 |
| | 1.7 | Attend Audit Committee Meeting | $ | 569.00 | $ | 967.3 |
| 09/11/2003 | 1.1 | Discussed status of action items with Will Choi. | $ | 569.00 | $ | 625.9 |
| | 1.9 | Discussed revenue recognition issue involving licensing transaction with Will Choi. Researched relevant and applicable guidance. | $ | 569.00 | $ | 1,081.1 |
| 09/12/2003 | 1.0 | Discussion and research issue on sale of fixed assets to Grace's competitors with favorable supply terms attached in return | $ | 569.00 | $ | 569.0 |
| 09/15/2003 | 0.8 | Call with Michael Brown, Rob Williams and Will Choi to discuss Grace Germany's change in year-end, Australia hedge transaction, and sale of fixed assets. | $ | 569.00 | $ | 455.2 |
| | 1.6 | Review of the hedge documentation sent by Michael Brown and related research | $ | 569.00 | $ | 910.4 |
| 09/17/2003 | 0.6 | Call with Michael Brown to discuss intangibles structuring | $ | 569.00 | $ | 341.4 |
| 09/22/2003 | 1.0 | Review and update of 2003 MyClient database | $ | 569.00 | $ | 569.0 |
| 09/24/2003 | 0.6 | Review of the FAS 133 Consulting Memo | $ | 569.00 | $ | 341.4 |
| | 1.2 | Research into Bob Tarola's inquire into best practices for corporate structuring | $ | 569.00 | $ | 682.8 |
| | 1.2 | Legal reserve meeting with Grace team (Tarola, legal counsel, Will Choi, Larry Farmer) | $ | 569.00 | $ | 682.8 |
| 09/26/2003 | 1.4 | Research into Bob Tarola's inquire into best practices for corporate structuring | $ | 569.00 | $ | 796.6 |
| | 0.6 | Dicussion with director of Global best practices | $ | 569.00 | $ | 341.4 |
| **Totals** | **17.3** | | | | **$** | **9,844** |

**Sarbanes-Oxley 404 Time**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|------|-------|--------------------------------|-----------|----------|
| 09/09/2003 | 0.9 | Discussion with Dana Guzzo on the Sarbanes-Oxley engagement letter | 569 | 512.1 |
| 09/26/2003 | 1.10 | Discussion with Tim Delbruggae on the Sarbanes Oxley Engagement Letter | 569 | 625.9 |
| 09/26/2003 | 1.3 | Drafting and review of Sarbanes-Oxley engagement letter | 569 | 739.7 |
| | 3.3 | | | 1877.7 |

**W. R. Grace & Co.**
**Time Summary Report**
**Month Ended September 30, 2003**

| Date | Hours | Description of Services Provided | Bill Rate | | Cost ($) | |
|------|-------|--------------------------------|-----------|--|----------|--|
| **Name: William Choi** | | | | | | |
| **09/02/2003** | 1.0 | Preparation of agenda and package for audit partner/manager/staff planning and mobilization meeting | $ | 487.00 | $ | 487.0 |
| **09/03/2003** | 1.7 | Preparation of agenda and package for audit partner/manager/staff planning and mobilization meeting | $ | 487.00 | $ | 827.9 |
| | 2.0 | Engagement Planning meeting w/ Larry Farmer, Todd Hutcherson, Cheryl Frick & Nina Govic. | $ | 487.00 | $ | 974.0 |
| **09/04/2003** | 5.5 | Attended audit committee meeting | $ | 487.00 | $ | 2,678.5 |
| **09/11/2003** | 1.1 | Discussed status of action items with Todd Hutcherson. | $ | 487.00 | $ | 535.7 |
| | | Discussed revenue recognition issue involving licensing transaction with Todd Hutcherson. Researched | $ | 487.00 | $ | 925.3 |
| | 1.9 | relevant and applicable guidance. | | | | |
| **09/12/2003** | 0.7 | Researched issue on Grace Germany changing its year-end to November 30. | $ | 487.00 | $ | 340.9 |
| | 0.6 | Researched issue on Grace Australia's hedge transaction | $ | 487.00 | $ | 292.2 |
| | | Research issue on sale of fixed assets to Grace's competitors with favorable supply terms attached in | $ | 487.00 | $ | 487.0 |
| | 1.0 | return | | | | |
| **09/15/2003** | 1.2 | Review of the hedge documentation sent by Michael Brown | $ | 487.00 | $ | 584.4 |
| | | Call with Michael Brown, Rob Williams and Todd Hutcherson to discuss Grace Germany's change in year- | $ | 487.00 | $ | 389.6 |
| | 0.8 | end, Australia hedge transaction, and sale of fixed assets. | | | | |
| **09/18/2003** | 0.9 | Consulted with PwC national office on the hedge transaction (Austrailia), sent background info | $ | 487.00 | $ | 438.3 |
| **09/22/2003** | 2.3 | Researched and drafted accounting memo on proposed change in inventory costing method | $ | 487.00 | $ | 1,120.1 |
| | 0.2 | Discussed proposed change in inventory costing method with Michael Brown and Bill Dockman | $ | 487.00 | $ | 97.4 |
| **09/23/2003** | 2.7 | Prepare International audit instruction letter | $ | 487.00 | $ | 1,314.9 |
| **09/24/2003** | 0.7 | Review of legal/tax/lease/HR other reserve schedule | $ | 487.00 | $ | 340.9 |
| | 1.2 | Legal reserve meeting with Grace team (Tarola, legal counsel, Todd Hutcherson, Larry Farmer) | $ | 487.00 | $ | 584.4 |
| | 0.7 | sumarized result of legal reserve meeting | $ | 487.00 | $ | 340.9 |
| | 0.2 | Discussion with Larry Farmer on Australia hedge documentation | $ | 487.00 | $ | 97.4 |
| | 0.2 | Coordination with Performance Chemical manager on audit planning call | $ | 487.00 | $ | 97.4 |
| **09/25/2003** | 2.7 | Review/completion of FAS 133 checklist for the hedge transaction in Austrailia | $ | 487.00 | $ | 1,314.9 |
| | | Read Derivative Implementation Group issues (since 1/1/02) to ensure no impact on current hedge | $ | 487.00 | $ | 584.4 |
| | 1.2 | transaction | | | | |
| | 0.3 | Scanned FAS 149 to ensure no impact on current hedge transaction | $ | 487.00 | $ | 146.1 |
| **09/26/2003** | 0.6 | Call with Rob Williams to provide initial PwC comments on the hedge documentation | $ | 487.00 | $ | 292.2 |
| | 1.6 | Review of PwC Global Risk Management Solutions team's work plan/budget for 2003 audit | $ | 487.00 | $ | 779.2 |
| | 0.7 | Review of FAS 133 hedge documentation | $ | 487.00 | $ | 340.9 |
| **Totals** | **33.7** | | | | $ | **16,412** |

**WR Grace, Inc.**
**Time Summary Report**
**Month Ended September 30, 2003**

| Date | Hours | Description of Services Provided | Bill Rate | | Cost ($) | |
|---|---|---|---|---|---|---|
| **Name:  Cheryl Frick** | | | | | | |
| **09/03/2003** | 2.00 | Engagement Planning meeting w/ Larry Farmer, Todd Hutcherson, William Choi & Nina Govic. | $ | 342 | $ | 684.0 |
| | 0.40 | Review of Grace press release from 8/28/03 on Libby. | $ | 342 | $ | 136.8 |
| **09/26/2003** | 0.80 | Reievw of Global Risk Managements (GRMS) proposed work plan & budget for the Grace engagement. | $ | 342 | $ | 273.6 |
| | 0.50 | Review of drafted engagement letter compared to updates in Template Manager. | $ | 342 | $ | 171.0 |
| | 0.20 | Update of the Grace independence confirmation database. | $ | 342 | $ | 68.4 |
| | 0.50 | Draft / send coorespondence to engagement new associate (Nick Stromann) on the Grace engagement. | $ | 342 | $ | 171.0 |
| | 0.80 | Review / update of the drafted Davison 3rd quarter Planned Client Request List (PBC).  Forward to client for their review. | $ | 342 | $ | 273.6 |
| | 0.60 | Review / update of the drafted Corporate 3rd quarter Planned Client Request List (PBC).  Forward to client for their review. | $ | 342 | $ | 205.2 |
| | 1.20 | Preparation of an overall work plan for A. Stickley, M. Yeager and N. Stronman for the week of 10/6 | $ | 342 | $ | 410.4 |
| **09/30/2003** | 0.3 | Follow up w/ client on the timing of the Curtis Bay & Lake Charles inventory counts. | $ | 342 | $ | 102.6 |
| | 0.9 | Review of overall engagement scheduling through March 2004. | $ | 342 | $ | 307.8 |
| | 0.3 | Send coorespondence to team members (A. Stickley & W. Choi) on the Cincinnatti inventory. | $ | 342 | $ | 102.6 |
| **Totals** | **8.5** | | | | **$** | **2,907** |

**W. R. Grace & Co.**
**Time Summary Report**
**Month Ended September 30, 2003**

| Date | Hours | Description of Services Provided | Bill Rate | | Cost ($) | |
|------|-------|--------------------------------|-----------|--|----------|--|

**Name:  Nina Govic**

| Date | Hours | Description of Services Provided | Bill Rate | | Cost ($) | |
|------|-------|--------------------------------|-----------|--|----------|--|
| 09/03/2003 | 2.0 | Engagement Planning meeting w/ Larry Farmer, Todd Hutcherson, William Choi & Cheryl Frick. | $ | 342.00 | $ | 684.0 |
| 09/05/2003 | 0.3 | Discussion with John Reiley regarding inventory taking in Cincinnati | $ | 342.00 | $ | 102.6 |
| | 0.4 | Discussion with Will Choi regarding inventory held in Cincinnati | $ | 342.00 | $ | 136.8 |
| | 0.2 | Follow up with Wally Revior regarding the inventory I observed in Chicago, talk to Wally about forwarding sales cutoff invoice documents. | $ | 342.00 | $ | 68.4 |
| 09/12/2003 | 0.7 | Enter cutoff information into the database from the Chicago inventory count. | $ | 342.00 | $ | 239.4 |
| 09/17/2003 | 7.0 | Attend the physical inventory with Maureen Yeager at Elkridge, Maryland. | $ | 342.00 | $ | 2,394.0 |
| 09/24/2003 | 1.4 | Attending the divestiture reserve meeting | $ | 342.00 | $ | 478.8 |
| | 0.5 | Review of the divestiture reserve data prior to attending meeting, including review of the prior periods reserves to compare changes in place. | $ | 342.00 | $ | 171.0 |
| | 1.2 | Documentation of results of the DV meeting for the 3rd quarter 2003 database. | $ | 342.00 | $ | 410.4 |
| | **13.7** | | | | $ | **4,685** |

**WR Grace, Inc.**
**Time Summary Report**
**Month Ended September 30, 2003**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|------|-------|--------------------------------|-----------|----------|
| **Name:  Aimee Stickley** | | | | |
| **09/29/2003** | 1.00 | Reviewing scheduling for inventory observations at various plant locations, follow up with plant information and timing details | $    270.00 | 270.0 |
| **09/30/2003** | 0.80 | Reviewing planning steps in Grace database for 3rd quarter interim review | $    270.00 | 216.0 |
| **Totals** | **1.80** | | | $    **486** |

**WR Grace, Inc.**
**Time Summary Report**
**Month Ended September 30, 2003**

| Date | Hours | Description of Services Provided | Bill Rate |
|------|-------|--------------------------------|-----------|

**Name:  Bhaskar Bhave**

| Date | Hours | Description of Services Provided | Bill Rate |
|------|-------|--------------------------------|-----------|
| 07/08/2003 | 1.0 | Responding to a consultation inquiry from Dave Ryan on the application of FAS 52, paragraph 20(b) - classification of intercompany balances with foreign subsidiaries. | $  1,149.00 |

| Cost ($) |
| --- |
| $    1,149 |

**WR Grace, Inc.**
**Time Summary Report**
**Month Ended September 30, 2003**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|------|-------|----------------------------------|-----------|----------|
| **Name:  Lilla Runco** | | | | |
| **09/22/2003** | 1.0 | Consultation re: hedge designation and documentation of foreign currency forecasted transactions | $ 1,079.00 | $ 1,079.0 |
| **09/23/2003** | 0.5 | Consultation re: hedge designation and documentation of foreign currency forecasted transactions | $ 1,079.00 | $ 539.5 |
| **09/25/2003** | 1.0 | Consultation re: hedge designation and documentation of foreign currency forecasted transactions | $ 1,079.00 | $ 1,079.0 |
| **09/26/2003** | 1.5 | Consultation re: hedge designation and documentation of foreign currency forecasted transactions | $ 1,079.00 | $ 1,618.5 |
| **09/29/2003** | 1.0 | Consultation re: hedge designation and documentation of foreign currency forecasted transactions | $ 1,079.00 | $ 1,079.0 |
| **09/30/2003** | 1.0 | Consultation re: hedge designation and documentation of foreign currency forecasted transactions | $ 1,079.00 | $ 1,079.0 |
| | **6.0** | | | **$ 6,474** |

**W. R. Grace & Co.**
**Time Summary Report**
**Month Ended September 30, 2003**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|---|---|---|---|---|
| **Name:  Maureen Yeager** | | | | |
| **09/12/2003** | 2.0 | Conversation with the MyClient Specialist and a brief tutorial on the use of the MyClient Communications Tool.  This time includes work on the WR Grace Communications Tool after the conversation. | $    232.00 | $    464.0 |
| **09/17/2003** | 1.2 | Preparation for the Elkridge Physical Inventory, including review of prior year inventory results and printing of the inventory checklist. | $    232.00 | $    278.4 |
| | 6.8 | Attend the physical inventory with Nina Govic at Elkridge, Maryland. | $    232.00 | $    1,577.6 |
| | **10.0** | | | **$    2,320** |