**EXHIBIT B**

**CONSOLIDATED AUDIT**
**EXPENSE DETAIL**
**September 2003**

| Personnel | Date | Transportation | Lodging | Sundry | Business Meals and Entertainment | Description |
|---|---|---|---|---|---|---|
| Nina Govic | 09/02/03 | 30.96 | | | | Mileage in excess of daily commute |
| Nina Govic | 09/03/03 | 30.96 | | | | Mileage in excess of daily commute |
| Nina Govic | 09/04/03 | 30.96 | | | | Mileage in excess of daily commute |
| Will Choi | 09/02/03 | 27.37 | | | | Mileage in excess of daily commute |
| Larry Farmer | 09/04/2003 | 23.40 | | | | Mileage in excess of daily commute |
| Larry Farmer | 09/24/2003 | 23.40 | | | | Mileage in excess of daily commute |
| Todd Hutcherson | 09/04/2003 | 37.44 | | | | Mileage in excess of daily commute |
| **Summary** | **Total** | **Transportation** | **Lodging** | **Sundry** | **Business Meals** | |
| | 167.05 | 167.05 | - | - | - | |

| | Date | Title | Total | Description |
|---|---|---|---|---|

**CONSOLIDATED AUDIT - September 2003**
**EXPENSE DETAIL -**

| | | | | |
|---|---|---|---|---|
| **Nina Govic** | 09/02/03 | Audit Senior Assoiciate $ | 30.96 | Mileage in excess of regular commute (92 miles x 2  x $0.36) from home to Columbia, MD Grace HQ |
| | 09/03/03 | Audit Senior Assoiciate $ | 30.96 | Mileage in excess of regular commute (92 miles x 2  x $0.36) from home to Columbia, MD Grace HQ |
| | 09/04/03 | Audit Senior Assoiciate $ | 30.96 | Mileage in excess of regular commute (92 miles x 2  x $0.36) from home to Columbia, MD Grace HQ |
| | | $ | **92.88** | |
| **Will Choi** | 09/02/03 | Audit Manager  $ | **27.37** | Mileage in excess of regular commute (76.03 miles*.36) from home to Columbia, MD Grace HQ |
| **Larry Farmer** | 09/04/2003 | Audit Partner  $ | 23.40 | Mileage in excess of regular commute (65 miles x $0.36) from home to Columbia, MD Grace HQ |