**EXHIBIT B**

{MCM8449.DOC}

**EXHIBIT B**
**Summary of PwC's Fees By Individual:**
**Tenth Interim Quarterly Reporting Period**
**Ending September 30, 2003**

Tenth Quarterly Appliction
Summary of time worked

| Name of Professional | Position with the Firm | Number of Years in Profession | Hourly Bill Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Larry Farmer | Audit Partner | 34 | 743 | 38.20 | 13,485 |
| Raymond Bromark | Audit Partner | 30+ | 1550 | 3.00 | 2,093 |
| Douglas Tanner | Audit Partner | 20+ | 1213 | 1.00 | 546 |
| Joseph Divito | SPA Partner | 20+ | 821 | 1.00 | 452 |
| Todd Hutcherson | Audit Senior Manager | 8 | 569 | 50.20 | 13,800 |
| Michelle Gerety | Tax Sr. Manager | 10+ | 575 | 1.40 | 363 |
| Sandra David | Audit Manager | 6 | 487 | 35.40 | 7,758 |
| William Choi | Audit Manager | 6 | 342 | 94.60 | 16,942 |
| Craig Cleaver | SPA Manager | 6 | 507 | 12.50 | 1,318 |
| Cheryl Frick | Audit Senior Associate | 4 | 342 | 126.20 | 18,621 |
| Nina Govic | Audit Senior Associate | 4 | 307 | 59.70 | 10,355 |
| Jonelle Lippolis | Audit Senior Associate | 4 | 349 | 13.70 | 2,152 |
| Aimee Stickley | Audit Associate | 3 | 232 | 45.30 | 4,761 |
| Maureen Yeager | Audit Associate | 2 | 197 | 159.90 | 14,333 |
| Bhasker Bhave | Audit Director - National | 15+ | 1149 | 1.00 | 517 |
| Lilla Runco | National Sr. Manager | 10+ | 1079 | 6.00 | 2,913 |
| Renee Anderson | Audit Associate | 2 | 256 | 6.40 | 737 |
| Katie Storrs | Audit Intern | N/A | 157 | 11.30 | 798 |
| Elaine Lamacchia | Administrative Assistant | N/A | 110 | 1.50 | 74 |
|  | Total |  |  | **668.3** | **112,017** |

{MCM8449.DOC}

**Summary of PwC's Fees By Project Category:**
**Tenth Interim Quarterly Reporting Period**
**Ending September 30, 2003**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| **01-Assets Analysis and Recovery** | | |
| **02-Asset Disposition** | | |
| **03-Business Operations** | | |
| **04-Case Administration** | | |
| **05-Claim Analysis Objection & Resolution (Asbestos)** | | |
| **06-Claim Analysis Objection & Resolution (Non-asbestos)** | | |
| **07-Committee, Creditors', Noteholders', or Equity Holders'** | | |
| **08-Employee Benefits/Pension** | | |
| **09-Employee Applications, Applicant** | | |
| **10-Employment Applications, Others** | | |
| **11-Financing** | | |
| **12-Fee Applications, Others** | | |
| **13-Financing** | | |
| **14-Hearings** | | |
| **15-Litigation and Litigation Consulting** | | |
| **16-Plan and Disclosure Statement** | | |
| **17-Relief from Stay Proceedings** | | |
| **18-Tax Issues** | | |
| **19-Tax Litigation** | | |
| **20-Travel- Non-working** | | |
| **21-Valuation** | | |
| **22-ZAI Science Trial** | | |
| **23-ZAI Science Trial-Expenses** | | |
| **24-Other** | | |
| 25-Accounting/Auditing | **668.30** | **$112,016.95** |
| 26-Business Analysis | | |
| 27-Corporate Finance | | |
| 28-Data Analysis | | |
| **TOTAL:** | **668.30** | **$112,016.95** |

{MCM8449.DOC}