**EXHIBIT C**

{MCM8450.DOC}

**EXHIBIT C**
**PricewaterhouseCoopers LLP**
**Summary of Expenses**
**Tenth Interim Reporting Period ended September 30, 2003**

| Type of Expense | |
|---|---:|
| Transportation | $2,026.28 |
| Lodging | $159.86 |
| Sundry | $0 |
| Business Meals | $37.95 |
| **Grand Total for the Fee Period July 1, 2003 through September 30, 2003** | **$2,224.09** |

{MCM8450.DOC}