## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: December 2, 2003** |
| | | **Hearing Date: TBD only if necessary** |

### SUMMARY OF THE VERIFIED APPLICATION OF RICHARDSON PATRICK WESTBROOK & BRICKMAN, LLC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LEAD SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM SEPTEMBER 1, 2003 THROUGH SEPTEMBER 30, 2003

Name of Applicant:                                    Richardson Patrick Westbrook
                                                                      & Brickman, LLC

Authorized to Provide Professional Services to:    Zonolite Attic Insulation Claimants

Date of Appointment:                                 July 22, 2002

Period for which compensation and
Reimbursement is sought:                             September 1, 2003 through
                                                                      September 30, 2003

Amount of Compensation sought as actual,
Reasonable, and necessary:                           $ 69,708.00

Amount of Expenses Reimbursement:                    $ 19,989.71

This is a: X monthly   _ interim   _ final application

Prior Application filed: Yes

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 10/31/02 | 7/22/2002 - 9/30/2002 | $170,069.50 | $44,005.38 | Approved | Approved |
| 12/04/02 | 10/01/2002 - 10/31/2002 | $163,682.00 | $35,319.00 | Approved | Approved |
| 01/08/2003 | 11/01/2002 - 11/30/2002 | $115,319.00 | $5,714.09 | Approved | Approved |
| 02/17/2003 | 12/01/2002 - 12/31/2002 | $104,018.00 | $32,439.18 | Approved | Approved |
| 03/19/2003 | 1/1/2003 - 1/31/2003 | $142,944.50 | $68,022.89 | Approved | Approved |
| 04/09/03 | 2/1/2003 - 2/28/2003 | $217,149.00 | $31,928.29 | Approved | Approved |
| 05/16/2003 | 3/1/2003- 3/31/2003 | $248,048.00 | $66,978.32 | Approved | Approved |
| 07/01/2003 | 4/1/2003- 4/30/2003 | $102,950.00 | $149,727.83 | No objections served on counsel | No objections served on counsel |
| 07/21/2003 | 5/1/2003- 5/31/2003 | $174,462.25 | $48,658.57 | No objections served on counsel | No objections served on counsel |
| 08/15/2003 | 6/1/2003- 6/30/2003 | $202,080.25 | $71,550.40 | No objections served on counsel | No objections served on counsel |
| 09/15/2003 | 7/1/2003- 7/31/2003 | $126,035.00 | $25,802.60 | No objections served on counsel | No objections served on counsel |
| 10/23/2003 | 8/1/2003- 8/31/2003 | $121,733.75 | $26,563.23 | Pending | Pending |

This is the thirteenth RPWB application for monthly interim compensation of services filed with the Bankruptcy Court in this Chapter 11 case.

The total expended for the preparation of this application is approximately 20 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $7,000.

The Richardson Patrick Westbrook & Brickman attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Edward J. Westbrook | Partner | 26 | Litigation | $650 | 38.5 | $23,952.50 |
| Robert M. Turkewitz | Partner | 18 | Litigation | $400 | 34.3 | $13,720.00 |
| James L. Ward, Jr. | Associate | 6 | Litigation | $265 | 23.9 | $6,333.50 |
| Robert S. Wood | Associate | 4 | Litigation | $240 | 19.3 | $4,632.00 |
| TOTALS | | | | | 116.0 | $48,638.00 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Kim Carr | Paralegal | 13 | Litigation | $125 | 27.9 | $3,487.50 |
| Janet Bakst* | Paralegal | 10 | Litigation | $125 | 68.9 | $8,612.50 |
| Lizzie Kerrison | Paralegal | 17 | Litigation | $125 | 65.1 | $8,137.50 |
| Kim Garcia | Lit. Support | 9 | Litigation | $75 | 9.6 | $720.00 |
| Adam Lorenz | Lit. Support | 1 | Litigation | $75 | 1.5 | $112.50 |
| TOTALS | | | | | 173.0 | $21,070.00 |

- Mrs. Bakst is a licensed attorney who has not yet taken the South Carolina Bar exam and is accordingly working as a senior paralegal and being billed as such.

## Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 11-Fee Applications, Applicant | 12.5 | $1,762.50 |
| 20-Travel–Non-working | | |
| 22-ZAI Science Trial | 276.5 | $67,945.50 |
| TOTALS | 289.0 | $69,708.00 |

## 23-ZAI Science Trial Expenses

| Description | Amount |
|---|---|
| Federal Express Overnight Delivery | $827.87 |
| Outside Duplicating | $1,814.36 |
| Lodging | $820.63 |
| Parking | $79.60 |
| Air Travel Expense | $5,260.28 |
| Mileage | $49.67 |
| Travel Meals | $261.66 |
| Expert Services | $9,150.00 |
| Court Reporter | $1,118.65 |
| General / Miscellaneous | $12.35 |
| Conference Room Rental | $130.46 |
| Gasoline | $61.31 |
| Taxi | $18.00 |
| Car Rental | $384.87 |
| Total | $19,989.71 |

Dated: November 12, 2003
    Wilmington, DE

ELZUFON  AUSTIN REARDON
TARLOV & MONDELL, P.A.

*/s/ William D. Sullivan*
William D. Sullivan (Bar No. 2820)
Charles J. Brown, III (Bar No. 3368)
300 Delaware Avenue, Suite 1700
P. O. Box 1630
Wilmington, Delaware 19899
(302) 428-3181

Local Counsel for ZAI Claimants

and

Edward J. Westbrook
RICHARDSON PATRICK WESTBROOK &
BRICKMAN
174 East Bay Street
Charleston, SC 29401
Telephone: (843) 727-6513
FAX: (843) 727-6688

Lead Counsel for ZAI Claimants

## VERIFICATION

STATE OF SOUTH CAROLINA    )
                                   )
COUNTY OF CHARLESTON    )

Edward J. Westbrook, after being duly sworn according to law, deposes and says:

a)    I am counsel with the applicant law firm Richardson, Patrick, Westbrook & Brickman, and have been admitted to appear before this Court.

b)    I have personally performed many of the legal services rendered by Richardson, Patrick, Westbrook & Brickman and am thoroughly familiar with the other work performed on behalf of the ZAI Claimants by the lawyers and paraprofessionals of Richardson, Patrick, Westbrook & Brickman.

c)    I have reviewed the foregoing application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del.Bankr.LR 2016-2 and the 'Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members', signed April 17, 2002, and submit that the Application substantially complies with such Rule and Order.

_____
Edward J. Westbrook, Esq.

SWORN AND SUBSCRIBED
Before me this 11th day of NOV . , 2003.

_____
Notary Public for South Carolina
My Commission Expires: March 31, 2004

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:                                  )        Chapter 11
                                        )
W.R. Grace & Co., et al.,               )        Case No. 01-01139 (JKF)
                                        )        (Jointly Administered)
                                        )
                 Debtors.               )        **Objection Deadline: December 2, 2003**
                                        )        **Hearing Date:  TBD only if necessary**


## FEE DETAIL OF THE VERIFIED APPLICATION OF RICHARDSON PATRICK WESTBROOK & BRICKMAN, LLC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LEAD SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM <u>SEPTEMBER 1, 2003 THROUGH SEPTEMBER 30, 2003</u>

# Time report

### 09/01/2003 - 09/30/2003

| Date Timekeeper | Client No. Matter No. | Client Name | Transaction Code / Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| **Transaction:** | | **L106** | | | | |
| **Day:** | | **09/02/2003** | | | | |
| 09/02/2003 | 200106 | Zonolite Science Trial | L106 | $125.00 | 4.00 | $500.00 |
| jbakst | 0000 | | Review Grace document on number of homes with ZAI; search database for Grace's supporting documents(3.0); search internet for abatement costs (1.0) | | | |
| 09/02/2003 | 200106 | Zonolite Science Trial | L106 | $265.00 | 2.70 | $715.50 |
| jward | 0000 | | Review deposition transcripts and categorize quotes for use in hearing (2.4); draft memo to Mr. Westbrook regarding same (0.1); telephone conference with Mr. Brown regarding production of video affidavits (0.2) | | | |
| 09/02/2003 | 200106 | Zonolite Science Trial | L106 | $125.00 | 6.50 | $812.50 |
| lkerrison | 0000 | | Review, correct and input air sample levels and Grace testing data for various ZAI testing charts | | | |
| 09/02/2003 | 200106 | Zonolite Science Trial | L106 | $400.00 | 3.50 | $1,400.00 |
| rturkewitz | 0000 | | Continued preparing materials for ZAI Science Trial Hearing (3.5). | | | |
| **Day:** | | **09/03/2003** | | | | |
| 09/03/2003 | 200106 | Zonolite Science Trial | L106 | $125.00 | 2.20 | $275.00 |
| lkerrison | 0000 | | Research Grace documents regarding Grace CPSC submittal on actual attic tests results | | | |
| 09/03/2003 | 200106 | Zonolite Science Trial | L106 | $265.00 | 0.50 | $132.50 |
| jward | 0000 | | Exchange e-mail messages with Dr. Anderson regarding risk assessment issues (0.2); conference with Ms. Carr regarding asbestos articles to be obtained and summarized (0.1); conference with Ms. Carr and Mr. Wood regarding transcription of video affidavits and cross-referencing with deposition transcripts (0.2) | | | |
| 09/03/2003 | 200106 | Zonolite Science Trial | L106 | $125.00 | 4.80 | $600.00 |
| kcarr | 0000 | | Search for medical articles (1.5); Review of Mold deposition to use as back-up to affidavit (3.0); conversation with Jay Ward regarding asbestos articles needed (.1); meeting with Jay Ward and Bobby Wood regarding transcription of affidavits and cross-referencing with deposition transcripts (.2) | | | |
| 09/03/2003 | 200106 | Zonolite Science Trial | L106 | $125.00 | 6.00 | $750.00 |
| jbakst | 0000 | | Search EPA/Libby web sites for cost of attic insulation removal per house(1.0) Research re abatement costs per square foot.(1.0). Prepare document on costs of removal with attachments (4.0). | | | |
| 09/03/2003 | 200106 | Zonolite Science Trial | L106 | $400.00 | 0.80 | $320.00 |
| rturkewitz | 0000 | | Telephone conference with counsel regarding status of Hearing (.2); Received and reviewed photos from expert (.2); Message regarding FOIA request (.1); Message from regarding ZAI (.1); review video | | | |

# Time report

### 09/01/2003 - 09/30/2003

| Date<br>Timekeeper | Client No.<br>Matter No. | Client Name | Transaction Code<br>Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| | | | affidavit with Bobby Wood (.2). | | | |
| 09/03/2003<br>bwood | 200106<br>0000 | Zonolite Science Trial | L106<br>Review video affidavit with Mr. Turkewitz (.2); meeting with Jay Ward and Kim Carr regarding cross referencing video affidavits with deposition transcripts (.2) | $240.00 | 0.40 | $96.00 |
| **Day:** | | **09/04/2003** | | | | |
| 09/04/2003<br>bwood | 200106<br>0000 | Zonolite Science Trial | L106<br>Review Mr. Ward memo on non-litigation uses of dust testing (.5); draft chart on non-litigation uses of dust testing (1.0); meeting with Ed Westbrook, Rob Turkewitz and Jay Ward regarding strategy and preparation for upcoming hearing (.5); conversion with Jay Ward regarding risk assessment information sent by expert (.1) | $240.00 | 2.10 | $504.00 |
| 09/04/2003<br>rturkewitz | 200106<br>0000 | Zonolite Science Trial | L106<br>Continued reviewing and preparing materials for ZAI Science Trial Hearing (5.5); Conference with Ed Westbrook, Jay Ward, and Bobby Wood regarding status of preparation and strategy for Hearing (.5); FOIA request to New Jersey regarding SPARTA (.4); Letter to Jim Bentz regarding discovery requests outstanding (.4); E-Mail to Dr. Germine regarding Southdown (.5); Telephone conference regarding demonstrative exhibits (.3); Memo to Janet Bakst regarding Lee chart (.5); Memo to Ed Westbrook regarding removal cost (.1); E-Mail to expert regarding editing of videos (.2); Fax to expert regarding discovery requests (.2). | $400.00 | 8.60 | $3,440.00 |
| 09/04/2003<br>jbakst | 200106<br>0000 | Zonolite Science Trial | L106<br>Further preparation on Number of homes with ZAI notebook, prepare additional graphs/charts, finalize notebook (5.7); conference with Ed Westbrook regarding findings (.3) | $125.00 | 6.00 | $750.00 |
| 09/04/2003<br>ewestbrook | 200106<br>0000 | Zonolite Science Trial | L106<br>Prepare for meeting with Mediator and Grace counsel (2.4); Conversation with Janet Bakst regarding her research findings regarding number of homes with ZAI, etc. (.3); meeting with attorneys regarding strategy and preparation (.5) | $650.00 | 3.20 | $2,080.00 |
| 09/04/2003<br>kcarr | 200106<br>0000 | Zonolite Science Trial | L106<br>Merged depo testimony into script of Mold affidavit (2.0); Review of Wordon deposition to use as back-up to affidavit (3.0); Review of Russ deposition to use as back-up to affidavit (2.0); conversation with Jay Ward regarding cross referencing video affidavits with depositions (.1) | $125.00 | 7.10 | $887.50 |
| 09/04/2003<br>jward | 200106<br>0000 | Zonolite Science Trial | L106<br>Telephone conference with Ms. Carr regarding cross-referencing video affidavits with deposition transcripts (0.1); conference with Messrs. Westbrook, Turkewitz and Wood regarding hearing strategy and preparation (0.5); review risk assessment information sent by expert (0.1); conference with Mr. Wood regarding same (0.1); conference with Ms. Kerrison regarding analysis of studies relied on by Dr. Ilgren (0.2); exchange e-mail messages regarding editing of ZAI disturbance | $265.00 | 2.70 | $715.50 |

11/07/2003

# Time report

### 09/01/2003 - 09/30/2003

3

| Date | Client No. | Client Name | Transaction Code | Rate | HRS/QTY | Total |
|------|-----------|-------------|------------------|------|---------|-------|
| Timekeeper | Matter No. | | Description | | | |
| | | | simulations videos (0.1); prepare charts regarding Dr. Anderson conclusions (0.8); research and draft memo regarding non-litigation uses of dust testing (0.8) | | | |
| 09/04/2003 | 200106 | Zonolite Science Trial | L106 | $125.00 | 6.70 | $837.50 |
| lkerrison | 0000 | | Research Grace documents regarding Grace CPSC submittal on 4 actual attic tests results (2.0); Review, correct and input air sample levels and Grace testing data for various ZAI testing charts (4.5); conversation with Jay Ward regarding analysis of studies relied on by llgren (.2) | | | |
| **Day:** | | **09/05/2003** | | | | |
| 09/05/2003 | 200106 | Zonolite Science Trial | L106 | $265.00 | 0.20 | $53.00 |
| jward | 0000 | | Review study regarding difference in lung fiber clearance of chrysotile and amphibole asbestos | | | |
| 09/05/2003 | 200106 | Zonolite Science Trial | L106 | $125.00 | 6.50 | $812.50 |
| kcarr | 0000 | | Review of Russ depositon to use as back-up to affidavit (2.0); Merged Mold deposition testimony into script of his affidavit (1.5); Merged Russ deposition testimony into script of his affidavit (3.0) | | | |
| 09/05/2003 | 200106 | Zonolite Science Trial | L106 | $650.00 | 11.00 | $7,150.00 |
| ewestbrook | 0000 | | Travel to DC to meet with mediator and Grace counsel, review notes regarding ZAI installation, cost of removal (2.5); arrive at Grace counsel's office and confer with Grace counsel and ZAI additional counsel (2); attend meeting with Grace counsel and mediator (who joined after meeting was underway) (4); return from Washington to Charleston, review EPA CAJ minutes regarding ZAI removal for information regarding cost and removal techniques en route (2.5) | | | |
| 09/05/2003 | 200106 | Zonolite Science Trial | L106 | $125.00 | 6.00 | $750.00 |
| jbakst | 0000 | | Review and write memo on EPA's document re dust testing (2); Search for documents and start chart on aspect ratios (4). | | | |
| 09/05/2003 | 200106 | Zonolite Science Trial | L106 | $400.00 | 11.00 | $4,400.00 |
| rturkewitz | 0000 | | Travel from Charleston to Washington, D.C. - worked during travel - charge full time (2.5); Meet with Grace counsel (2); Attended mediation (4.0); Travel from Washington, D.C. to Charleston - worked during travel - charge full time (2.5). | | | |
| 09/05/2003 | 200106 | Zonolite Science Trial | L106 | $240.00 | 8.50 | $2,040.00 |
| bwood | 0000 | | Preparation of quotes from Drs. Lees and Anderson depositions for summary judgment hearing (3.5); review Dr. Anderson risk assessment and related risk estimates/calculations in preparation for summary judgment hearing (2.9); outline ideas and sketches of charts and demonstratives for summary judgment hearing on estimated risks (2.0); e-mails to Ms. Carr regarding non-litigation uses of dust testing (.1) | | | |
| **Day:** | | **09/06/2003** | | | | |
| 09/06/2003 | 200106 | Zonolite Science Trial | L106 | $125.00 | 2.20 | $275.00 |

11/07/2003

4

# Time report

### 09/01/2003 - 09/30/2003

| Date | Client No. | Client Name | Transaction Code | Rate | HRS/QTY | Total |
|------|-----------|-------------|------------------|------|---------|-------|
| Timekeeper | Matter No. | | Description | | | |
| lkerrison | 0000 | | Checking figures on ZAI testing charts and reviewing Report for Vermiculite Attic Insulation testing results chart | | | |

| **Day:** | | **09/07/2003** | | | | |
|------|-----------|-------------|------------------|------|---------|-------|
| 09/07/2003 | 200106 | Zonolite Science Trial | L106 | $125.00 | 1.00 | $125.00 |
| lkerrison | 0000 | | Complete Vermiculite Attic Insulation results to be inputted in computer database | | | |

| 09/07/2003 | 200106 | Zonolite Science Trial | L106 | $265.00 | 8.60 | $2,279.00 |
|------|-----------|-------------|------------------|------|---------|-------|
| jward | 0000 | | Prepare chart summarizing Henry Anderson opinions (1.4); prepare chart summarizing admissibility of dust testing results (1.2); prepare chart regarding Grace's use of discriminatory counting (0.9); prepare chart regarding Grace counting rules (0.4); prepare regulatory counting rules timeline (0.4); prepare chart regarding OSHA comments on Libby amphibole (0.2); prepare chart regarding Wiley comments on Libby amphibole (0.2); prepare chart regarding Ilgren testimony on fiber dimensions (0.2); prepare chart regarding EPA aspect ratio guidance (0.2); prepare chart regarding burdens of proof in asbestos cases (0.2); prepare chart regarding distinctions between chrysotile and tremolite (0.2); prepare chart regarding EPA advisory (0.2); prepare chart regarding ZAI installation times (0.3); prepare chart regarding ZAI disturbance testing highlights (0.3); prepare chart regarding how Grace fooled CPSC (0.2); prepare chart regarding irrelevance of studies relied on by Grace (0.2); prepare chart regarding irrelevance of ZAI asbestos content by weight (0.3); prepare chart regarding conclusions of Libby ATSDR study (0.2); prepare chart regarding opinions on when ZAI should be removed (0.3); prepare chart regarding Ilgren opinions (0.2); prepare chart summarizing conclusions from scientific evidence (0.3); review animal and epidemiological studies relied on by Ilgren (0.6) | | | |

| **Day:** | | **09/08/2003** | | | | |
|------|-----------|-------------|------------------|------|---------|-------|
| 09/08/2003 | 200106 | Zonolite Science Trial | L106 | $265.00 | 4.80 | $1,272.00 |
| jward | 0000 | | Prepare various charts for use in hearing (3.7); review Chatfield testimony regarding articles written with Ilgren (0.2); receive and review memo from Mr. Westbrook regarding indirect method (0.1); review EPA report and conference with Ms. Carr regarding obtaining Ilgren article cited therein (0.1); conference with ZAI team regarding case status and hearing preparation (0.4); conference with attorneys regarding postponement (.3) | | | |

| 09/08/2003 | 200106 | Zonolite Science Trial | L106 | $125.00 | 5.10 | $637.50 |
|------|-----------|-------------|------------------|------|---------|-------|
| kcarr | 0000 | | Merged Wordon deposition testimony into script of his affidavit (1.5); Review of Kalman deposition for use as back-up to affidavit (3.0); conversation with Jay Ward regarding Ilgren article needed (.1); conference with Bobby Wood regarding reliance materials (.1); attend meeting regarding status, schedule and assignments (.4) | | | |

| 09/08/2003 | 200106 | Zonolite Science Trial | L106 | $240.00 | 5.30 | $1,272.00 |
|------|-----------|-------------|------------------|------|---------|-------|
| bwood | 0000 | | Meeting with Messrs. Ward, Turkewitz and Westbrook regarding hearing postponement (.3); meeting with team regarding hearing postponement and related schedule and assignments (.4); calculations and preparation of charts and demonstratives for hearing (2.4); draft chart on assumptions and problems with risk estimates (1.9); review Mr. Ward | | | |

# Time report

### 09/01/2003 - 09/30/2003

| Date Timekeeper | Client No. Matter No. | Client Name | Transaction Code Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| | | | memo on New Jersey rock quarry use of dust testing (.2); discussions with Ms. Carr regarding reliance materials and demonstratives (.1) | | | |
| 09/08/2003 rturkewitz | 200106 0000 | Zonolite Science Trial | L106 | $400.00 | 0.70 | $280.00 |
| | | | PD meeting with Ed Westbrook, Jay Ward, and Bobby Wood regarding status of ZAI Science Trial (.3); meeting with Property Damage team regarding status and assignments of case (.4) | | | |
| 09/08/2003 jbakst | 200106 0000 | Zonolite Science Trial | L106 | $125.00 | 6.70 | $837.50 |
| | | | Search for price documents (6); ZAI science trial meeting re continuance and future strategy( .4); meeting with Ed Westbroook regarding sales data information (.3) | | | |
| 09/08/2003 ewestbrook | 200106 0000 | Zonolite Science Trial | L106 | $650.00 | 2.20 | $1,430.00 |
| | | | Prepare for conference with and participate in conference concerning scheduling (.5); discussions with Grace counsel regarding discovery matters (.2); staff meeting regarding developments and further preparation for hearing (.4); review sales data information with Janet Bakst (.3); work on case planning (.4); meeting with attorneys regarding case preparation (.3) | | | |
| 09/08/2003 kgarcia | 200106 0000 | Zonolite Science Trial | L106 | $75.00 | 0.40 | $30.00 |
| | | | Attend meeting with team regarding case status, assignments, preparation, etc. | | | |
| 09/08/2003 lkerrison | 200106 0000 | Zonolite Science Trial | L106 | $125.00 | 2.90 | $362.50 |
| | | | Review and revise corrections to Adam's Canadian testing chart and review testing results for 4 actual attic tests submitted to CPSC on 4/01/80 (2.5); attend meeting with team regarding status and preparation of case (.4) | | | |
| **Day:** | | **09/09/2003** | | | | |
| 09/09/2003 lkerrison | 200106 0000 | Zonolite Science Trial | L106 | $125.00 | 4.00 | $500.00 |
| | | | Review, correct and input air sample levels and Grace testing data for various ZAI testing charts | | | |
| 09/09/2003 kcarr | 200106 0000 | Zonolite Science Trial | L106 | $125.00 | 0.30 | $37.50 |
| | | | Conversation with Ed Westbrook regarding gathering of EPA statements concerning science issues | | | |
| 09/09/2003 alorenz | 200106 0000 | Zonolite Science Trial | L106 | $75.00 | 1.00 | $75.00 |
| | | | Meeting with Bobby Wood regarding charts for hearing | | | |
| 09/09/2003 ewestbrook | 200106 0000 | Zonolite Science Trial | L106 | $650.00 | 0.30 | $195.00 |
| | | | Discussion with Kim Carr regarding gathering of EPA statements concerning science issues | | | |
| 09/09/2003 | 200106 | Zonolite Science Trial | L106 | $400.00 | 1.90 | $760.00 |

# Time report

### 09/01/2003 - 09/30/2003

| Date | Client No. | Client Name | Transaction Code | Rate | HRS/QTY | Total |
|------|-----------|-------------|------------------|------|---------|-------|
| Timekeeper | Matter No. | | Description | | | |
| rturkewitz | 0000 | | Telephone conference with expert regarding demonstrative exhibits (.5); Memos to Ed Westbrook and Ian Jones regarding demonstrative exhibits (.3); Forwarded Exemplary Chart to Ian Jones (.1); Telephone conference regarding scheduling (.3); Telephone conference with Jim Restivo regarding Amended Scheduling Order (.2); E-Mail to Ed Westbrook regarding Amended Scheduling Order (.1); Finalized letter to experts and witnesses regarding amended schedule for Hearing (.4). | | | |
| 09/09/2003 | 200106 | Zonolite Science Trial | L106 | $240.00 | 1.60 | $384.00 |
| bwood | 0000 | | Deposition quotes to Mr. Ward (.1); meeting with Mr. Lorenz regarding charts for hearing (1.0); prepare calculations for hearing charts (.5) | | | |
| 09/09/2003 | 200106 | Zonolite Science Trial | L106 | $265.00 | 1.00 | $265.00 |
| jward | 0000 | | Draft letter to fact and expert witnesses updating on case status (0.2); review report regarding recent Libby asbestos medical meeting (0.1); review Anderson and Lees quotes for use in hearing (0.2); study articles regarding health effects of nonasbestiform fibers (0.5) | | | |
| **Day:** | | **09/10/2003** | | | | |
| 09/10/2003 | 200106 | Zonolite Science Trial | L106 | $265.00 | 1.40 | $371.00 |
| jward | 0000 | | Study articles regarding health effects of nonasbestiform fibers (1.2); review Lee's Southdown protocol (0.2) | | | |
| 09/10/2003 | 200106 | Zonolite Science Trial | L106 | $650.00 | 2.10 | $1,365.00 |
| ewestbrook | 0000 | | Meeting with Janet Bakst to review ZAI sales figures and backup documents (1.5); discussions with Grace counsel (.2); review ZAI materials (.4) | | | |
| 09/10/2003 | 200106 | Zonolite Science Trial | L106 | $240.00 | 0.80 | $192.00 |
| bwood | 0000 | | Refining charts and demonstratives for hearing (.7); review letters to witnesses and experts regarding mediation and hearing date (.1) | | | |
| 09/10/2003 | 200106 | Zonolite Science Trial | L106 | $400.00 | 2.50 | $1,000.00 |
| rturkewitz | 0000 | | Conference with Janet Bakst regarding abatement costs (.2); Telephone conference with expert regarding abatement costs (.5); Called and left message regarding abatement costs (.1); Continued preparing charts for Hearing (.8); Telephone conference regarding abatement costs (.4); Dictated letter to Mike Malley (.2); Telephone conference regarding abatement costs (.3) | | | |
| 09/10/2003 | 200106 | Zonolite Science Trial | L106 | $125.00 | 5.70 | $712.50 |
| jbakst | 0000 | | Create list of documents related to selling history of ZAI (2.0); Meet with Ed Westbrook re documents pertaining to early sales data of ZAI (1.5); Phone calls to abatement contractors re cost of removal (2.0); Conference with Tob Turkewitz re contacting EPA contractors and Hamilton re Cost of removal (.2). | | | |
| **Day:** | | **09/11/2003** | | | | |
| 09/11/2003 | 200106 | Zonolite Science Trial | L106 | $75.00 | 0.50 | $37.50 |

# Time report

### 09/01/2003 - 09/30/2003

| Date | Client No. | Client Name | Transaction Code | Rate | HRS/QTY | Total |
|------|-----------|-------------|------------------|------|---------|-------|
| Timekeeper | Matter No. | | Description | | | |
| alorenz | 0000 | | Meeting with Ed Westbrook and Lizzie Kerrisonr reviewing ZAI testing charts | | | |
| 09/11/2003 | 200106 | Zonolite Science Trial | L106 | $240.00 | 0.20 | $48.00 |
| bwood | 0000 | | Meeting with Mr. Westbrook to discuss risk estimate charts | | | |
| 09/11/2003 | 200106 | Zonolite Science Trial | L106 | $125.00 | 6.00 | $750.00 |
| jbakst | 0000 | | Make phone calls to abatement contractors across the country and prepare document re contractor costs for removing ZAI (6.0). | | | |
| 09/11/2003 | 200106 | Zonolite Science Trial | L106 | $650.00 | 0.70 | $455.00 |
| ewestbrook | 0000 | | Meeting with Lizzie Kerrison and Adam Lorenz to review ZAI testing charts for science trial (.5); meeting with Bobby Wood regarding risk estimate charts (.2) | | | |
| 09/11/2003 | 200106 | Zonolite Science Trial | L106 | $125.00 | 4.00 | $500.00 |
| kcarr | 0000 | | Merged Kalman deposition testimony into script of his affidavit (1.0); Review of Casler deposition and merge of testimony into script of his affidavit (3.0) | | | |
| 09/11/2003 | 200106 | Zonolite Science Trial | L106 | $125.00 | 6.90 | $862.50 |
| lkerrison | 0000 | | Review Grace documents relating to actual attic tests submitted to CPSC on 4/01/80 (5.0); Review and revise ZAI testing charts (1.4); Review ZAI testing charts with Adam Lorenz and Ed Westbrook (.5) | | | |

| **Day:** | | **09/12/2003** | | | | |
|----------|---|---------------|---|---|---|---|
| 09/12/2003 | 200106 | Zonolite Science Trial | L106 | $125.00 | 5.00 | $625.00 |
| jbakst | 0000 | | Read Lee reference articles re cleavage fragments and fill in data into chart -Selected Reference From Dr. Lee's Report Describing Cleavage Fragments- (5.0). | | | |
| 09/12/2003 | 200106 | Zonolite Science Trial | L106 | $265.00 | 0.20 | $53.00 |
| jward | 0000 | | Review information regarding ZAI abatement and costs (0.1); review article to EPA asbestos cleanup following WTC collapse (0.1) | | | |
| 09/12/2003 | 200106 | Zonolite Science Trial | L106 | $240.00 | 0.40 | $96.00 |
| bwood | 0000 | | Edit charts and risk estimates (.2); review newsletter on vermiculite in Canada (.2) | | | |
| 09/12/2003 | 200106 | Zonolite Science Trial | L106 | $650.00 | 0.50 | $325.00 |
| ewestbrook | 0000 | | Review Information regarding extent of ZAI in Canada and current removal costs in Canada, memo to Rob Turkewitz regarding EPA memo on dust testing | | | |

| **Day:** | | **09/15/2003** | | | | |
|----------|---|---------------|---|---|---|---|
| 09/15/2003 | 200106 | Zonolite Science Trial | L106 | $125.00 | 0.10 | $12.50 |

# Time report

### 09/01/2003 - 09/30/2003

| Date<br>Timekeeper | Client No.<br>Matter No. | Client Name | Transaction Code<br>Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| kcarr | 0000 | | Exchange email messages with Jay Ward regarding health effects of cleavage fragments articles | | | |
| 09/15/2003<br>rturkewitz | 200106<br>0000 | Zonolite Science Trial | L106<br>Received and reviewed EPA and ATSDR materials regarding asbestos issues (1.0); Conference with Janet Bakst regarding ZAI removal (.4); Telephone conference regarding ZAI removal costs (.5); Internet search of abatement equipment manufacturers (.5). | $400.00 | 2.40 | $960.00 |
| 09/15/2003<br>jward | 200106<br>0000 | Zonolite Science Trial | L106<br>Exchange e-mail messages with Ms. Carr regarding articles needed on health effects of cleavage fragments | $265.00 | 0.10 | $26.50 |
| 09/15/2003<br>jbakst | 200106<br>0000 | Zonolite Science Trial | L106<br>Research re Vecloaders and removal (3.0); meeting with Rob Turkewitz regarding ZAI removal (.4) | $125.00 | 3.40 | $425.00 |
| 09/15/2003<br>ewestbrook | 200106<br>0000 | Zonolite Science Trial | L106<br>Review status of matter (.4); correspondence to Grace counsel regarding September 22 hearing (.1); discussion with Grace counsel concerning meeting (.2); review recent EPA Peer Review data and send to staff for comments (.3) | $650.00 | 1.00 | $650.00 |

| Day: | | 09/16/2003 | | | | |
|---|---|---|---|---|---|---|
| 09/16/2003<br>jward | 200106<br>0000 | Zonolite Science Trial | L106<br>Review ATSDR report on health effects of asbestos fibers (0.2); review EPA report on asbestos related risk assessment (0.2); review press release and related documents regarding EPA (0.2) | $265.00 | 0.60 | $159.00 |
| 09/16/2003<br>rturkewitz | 200106<br>0000 | Zonolite Science Trial | L106<br>Reviewed EPA memo regarding testing issues (1.0); Memo to PD regarding testing issues (.5); Received and reviewed letter regarding FOIA request on Southdown Study (.3); Letter to Dr. Germine regarding Southdown (.4); Reviewed memo from Lizzie Kerrison regarding OSHA (.2) | $400.00 | 2.40 | $960.00 |
| 09/16/2003<br>lkerrison | 200106<br>0000 | Zonolite Science Trial | L106<br>Research documents on OSHA excursion limit and compile Grace documents regarding testing binder ZAI and actual attic tests submitted to CPSC (5.5); Begin reviewing Grace simulated attic insulation testing for high/low figures (1.0) | $125.00 | 6.50 | $812.50 |

| Day: | | 09/17/2003 | | | | |
|---|---|---|---|---|---|---|
| 09/17/2003<br>rturkewitz | 200106<br>0000 | Zonolite Science Trial | L106<br>Received and reviewed news article regarding W.R. Grace (.1); Sent W.R. Grace article to Ed Westbrook (.1). | $400.00 | 0.20 | $80.00 |
| 09/17/2003 | 200106 | Zonolite Science Trial | L106 | $650.00 | 0.50 | $325.00 |

# Time report

### 09/01/2003 - 09/30/2003

| Date | Client No. | Client Name | Transaction Code | Rate | HRS/QTY | Total |
|------|-----------|-------------|------------------|------|---------|-------|
| Timekeeper | Matter No. | | Description | | | |
| ewestbrook | 0000 | | Conversation with Grace counsel regarding strategic matters (.2); work on case planning (.3) | | | |

| **Day:** | | **09/18/2003** | | | | |
|------|-----------|-------------|------------------|------|---------|-------|
| 09/18/2003 | 200106 | Zonolite Science Trial | L106 | $650.00 | 0.70 | $455.00 |
| ewestbrook | 0000 | | Review charts prepared by Lizzie Kerrison concerning exposure levels and email to Lizzie regarding same (.2); work on preparations for strategic meeting (.5) | | | |
| 09/18/2003 | 200106 | Zonolite Science Trial | L106 | $125.00 | 6.70 | $837.50 |
| lkerrison | 0000 | | Review Grace simulated attic insulation testing for high/low figures | | | |

| **Day:** | | **09/19/2003** | | | | |
|------|-----------|-------------|------------------|------|---------|-------|
| 09/19/2003 | 200106 | Zonolite Science Trial | L106 | $125.00 | 2.00 | $250.00 |
| jbakst | 0000 | | Summarize critical issues in Report on Health Effects of Asbestos (2) | | | |

| **Day:** | | **09/22/2003** | | | | |
|------|-----------|-------------|------------------|------|---------|-------|
| 09/22/2003 | 200106 | Zonolite Science Trial | L106 | $125.00 | 2.70 | $337.50 |
| jbakst | 0000 | | Continue to summarize critical issues in Report on Health Effects of Asbestos (2.5); multiple conversations with Jay Ward regarding quotes supporting indirect methods (.2) | | | |
| 09/22/2003 | 200106 | Zonolite Science Trial | L106 | $650.00 | 1.60 | $1,040.00 |
| ewestbrook | 0000 | | Work on assembling cost data, reviewing memos on ZAI removal (1.4); conversation with Bobby Wood regarding Mr. Clarke's ZAI asbestos removal (.2) | | | |
| 09/22/2003 | 200106 | Zonolite Science Trial | L106 | $265.00 | 0.70 | $185.50 |
| jward | 0000 | | Review multiple documents regarding indirect and direct method of sample preparation (0.2); draft memo to Ms. Bakst regarding assistance needed identifying quotes from government and quasi-government sources supporting the indirect method (0.2); compile quotes regarding same (0.1); multiple conferences with Ms. Bakst regarding same (0.2) | | | |

| **Day:** | | **09/23/2003** | | | | |
|------|-----------|-------------|------------------|------|---------|-------|
| 09/23/2003 | 200106 | Zonolite Science Trial | L106 | $125.00 | 4.00 | $500.00 |
| jbakst | 0000 | | Continue to summarize critical issues in Report on Health Effects of Asbestos (2.0); Prepare document on indirect method quotes (2). | | | |
| 09/23/2003 | 200106 | Zonolite Science Trial | L106 | $125.00 | 6.50 | $812.50 |
| lkerrison | 0000 | | Review Grace simulated attic insulation testing for high/low figures | | | |
| 09/23/2003 | 200106 | Zonolite Science Trial | L106 | $650.00 | 8.40 | $5,460.00 |
| ewestbrook | 0000 | | Travel from Charleston to Charlotte for a strategic meeting, review notes concerning ZAI, strategic meeting with Grace counsel, return to | | | |

# Time report

### 09/01/2003 - 09/30/2003

| Date Timekeeper | Client No. Matter No. | Client Name | Transaction Code Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| | | | Charleston, dictate thoughts during return (8.4) | | | |
| **Day:** | | **09/24/2003** | | | | |
| 09/24/2003 jward | 200106 0000 | Zonolite Science Trial | L106 | $265.00 | 0.20 | $53.00 |
| | | | Receive and review Grace response to request to withhold Mlynarek file documents (0.1); conference with Mr. Turkewitz regarding same (0.1) | | | |
| 09/24/2003 jbakst | 200106 0000 | Zonolite Science Trial | L106 | $125.00 | 4.50 | $562.50 |
| | | | Review documents re history of ZAI sales (1.5); Work on document of positive quotes re indirect prep.(3.0) | | | |
| 09/24/2003 rturkewitz | 200106 0000 | Zonolite Science Trial | L106 | $400.00 | 0.10 | $40.00 |
| | | | Meeting with Jay Ward regarding Grace's response to request to withhold Mlynarek file documents | | | |
| **Day:** | | **09/25/2003** | | | | |
| 09/25/2003 jbakst | 200106 0000 | Zonolite Science Trial | L106 | $125.00 | 3.60 | $450.00 |
| | | | Work on document re positive quotes about indirect prep (3.0). Search for Ilgren article ," Health Risks from exposure to asbestos and inorganic metals due to collapse of the WTC. Amn environmental residential survey." (.5); conversation with Jay Ward regarding health effects article by Ilgren (.1) | | | |
| 09/25/2003 ewestbrook | 200106 0000 | Zonolite Science Trial | L106 | $650.00 | 0.30 | $195.00 |
| | | | A review of information regarding EPA recent position on dust testing as reported to Libby residents and memo to staff concerning same (.3) | | | |
| 09/25/2003 jward | 200106 0000 | Zonolite Science Trial | L106 | $265.00 | 0.20 | $53.00 |
| | | | Conference with Ms. Bakst regarding Ilgren article regarding health effects of exposure to substances following World Trade Center collapse (.1); draft e-mail message to Ms. Carr seeking assistance obtaining same (.1) | | | |
| 09/25/2003 lkerrison | 200106 0000 | Zonolite Science Trial | L106 | $125.00 | 6.50 | $812.50 |
| | | | Review Grace simulated attic insulation testing for high/low figures | | | |
| **Day:** | | **09/29/2003** | | | | |
| 09/29/2003 ewestbrook | 200106 0000 | Zonolite Science Trial | L106 | $650.00 | 1.20 | $780.00 |
| | | | Review Grace ZAI sales figures, review recent article on chrysotile clearance versus amphibole with reference to greater toxicity of amphiboles like tremolite (1.2) | | | |
| 09/29/2003 jbakst | 200106 0000 | Zonolite Science Trial | L106 | $125.00 | 0.30 | $37.50 |
| | | | Phone conversation with IRS Environmental regarding removal of ZAI, costs and equipment on the market. | | | |

11/07/2003

11

# Time report

### 09/01/2003 - 09/30/2003

| Date<br>Timekeeper | Client No.<br>Matter No. | Client Name | Transaction Code<br>Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| **Day:** | | **09/30/2003** | | | | |
| 09/30/2003<br>jbakst | 200106<br>0000 | Zonolite Science Trial | L106<br>Search Internet for asbestos removal equipment and companies. (3.0) | $125.00 | 3.00 | $375.00 |
| 09/30/2003<br>ewestbrook | 200106<br>0000 | Zonolite Science Trial | L106<br>Work on ZAI cost matters | $650.00 | 1.50 | $975.00 |
| 09/30/2003<br>rturkewitz | 200106<br>0000 | Zonolite Science Trial | L106<br>Prepared request regarding ZAI (.2). | $400.00 | 0.20 | $80.00 |
| 09/30/2003<br>lkerrison | 200106<br>0000 | Zonolite Science Trial | L106<br>Review Grace simulated attic insulation testing for high/low figures | $125.00 | 6.50 | $812.50 |
| **Transaction:** | | **L150** | | | | |
| **Day:** | | **09/02/2003** | | | | |
| 09/02/2003<br>kgarcia | 200106<br>0000 | Zonolite Science Trial | L150<br>Finalize 9th Quarterly application and send to local counsel to file and serve | $75.00 | 1.20 | $90.00 |
| **Day:** | | **09/04/2003** | | | | |
| 09/04/2003<br>kgarcia | 200106<br>0000 | Zonolite Science Trial | L150<br>Review and revise July 2003 monthly application for time and expenses | $75.00 | 4.50 | $337.50 |
| **Day:** | | **09/11/2003** | | | | |
| 09/11/2003<br>ewestbrook | 200106<br>0000 | Zonolite Science Trial | L150<br>Review July bill and make corrections (billed at half rate) | $325.00 | 1.70 | $552.50 |
| 09/11/2003<br>kgarcia | 200106<br>0000 | Zonolite Science Trial | L150<br>Revise July bill and send to local counsel for filing | $75.00 | 0.50 | $37.50 |
| **Day:** | | **09/12/2003** | | | | |
| 09/12/2003<br>kgarcia | 200106<br>0000 | Zonolite Science Trial | L150<br>Begin reviewing August time entries | $75.00 | 3.00 | $225.00 |
| **Day:** | | **09/16/2003** | | | | |
| 09/16/2003<br>ewestbrook | 200106<br>0000 | Zonolite Science Trial | L150<br>Review Fee Auditor's initial report on ninth interim fee request (.2); discussion with Rob Turkewitz regarding one of the items (.2); investigate and draft response to Fee Auditor (1.2) - (billed at half rate) | $325.00 | 1.60 | $520.00 |

# Time report

### 09/01/2003 - 09/30/2003

| Date | Client No. | Client Name | Transaction Code | Rate | HRS/QTY | Total |
|------|-----------|-------------|------------------|------|---------|-------|
| Timekeeper | Matter No. | | Description | | | |
| | | | **Grand Total:** | | | **$69,708.00** |
| | | | **Expense Grand Total:** | | | **$0.00** |
| | | | **Time Grand Total:** | | | **$69,708.00** |
| | | | **Total Hours/Report:** | | | **289.00** |
| | | | **Count:** | | | **94** |

11/10/2003

# Expense report

### 09/01/2003 - 09/30/2003

| Date Timekeeper | Client No. Matter No. | Client Name | Transaction Code Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| **Day:** | | **09/02/2003** | | | | |
| 09/02/2003 kgarcia | 200106 0000 | Zonolite Science Trial | E065 | $27.03 | 1.00 | $27.03 |
| | | | Federal Express charge – Ed Westbrook to Certificate of Service recipient | | | |
| 09/02/2003 kgarcia | 200106 0000 | Zonolite Science Trial | E065 | $27.03 | 1.00 | $27.03 |
| | | | Federal Express charge – Ed Westbrook to Certificate of Service recipient | | | |
| 09/02/2003 kgarcia | 200106 0000 | Zonolite Science Trial | E065 | $27.03 | 1.00 | $27.03 |
| | | | Federal Express charge – Ed Westbrook to Certificate of Service recipient | | | |
| 09/02/2003 kgarcia | 200106 0000 | Zonolite Science Trial | E065 | $27.03 | 1.00 | $27.03 |
| | | | Federal Express charge · Ed Westbrook to Certificate of Service recipient | | | |
| 09/02/2003 kgarcia | 200106 0000 | Zonolite Science Trial | E065 | $33.53 | 1.00 | $33.53 |
| | | | Federal Express charge – Ed Westbrook to Certificate of Service recipient | | | |
| 09/02/2003 kgarcia | 200106 0000 | Zonolite Science Trial | E065 | $27.03 | 1.00 | $27.03 |
| | | | Federal Express charge – Ed Westbrook to Certificate of Service recipient | | | |
| 09/02/2003 kgarcia | 200106 0000 | Zonolite Science Trial | E065 | $24.94 | 1.00 | $24.94 |
| | | | Federal Express charge – Ed Westbrook to Certificate of Service recipient | | | |
| 09/02/2003 kgarcia | 200106 0000 | Zonolite Science Trial | E065 | $54.49 | 1.00 | $54.49 |
| | | | Federal Express charge – Ed Westbrook to Certificate of Service recipient | | | |
| 09/02/2003 kgarcia | 200106 0000 | Zonolite Science Trial | E065 | $24.94 | 1.00 | $24.94 |
| | | | Federal Express charge · Ed Westbrook to Certificate of Service recipient | | | |
| 09/02/2003 kgarcia | 200106 0000 | Zonolite Science Trial | E065 | $27.03 | 1.00 | $27.03 |
| | | | Federal Express charge · Ed Westbrook to Certificate of Service recipient | | | |
| 09/02/2003 kgarcia | 200106 0000 | Zonolite Science Trial | E065 | $27.03 | 1.00 | $27.03 |
| | | | Federal Express charge · Ed Westbrook to Certificate of Service recipient | | | |
| 09/02/2003 kgarcia | 200106 0000 | Zonolite Science Trial | E065 | $29.14 | 1.00 | $29.14 |
| | | | Federal Express charge – Ed Westbrook to Certificate of Service recipient | | | |
| 09/02/2003 kgarcia | 200106 0000 | Zonolite Science Trial | E065 | $24.94 | 1.00 | $24.94 |
| | | | Federal Express charge – Ed Westbrook to Certificate of Service recipient | | | |
| 09/02/2003 kgarcia | 200106 0000 | Zonolite Science Trial | E065 | $29.14 | 1.00 | $29.14 |
| | | | Federal Express charge – Ed Westbrook to Certificate of Service recipient | | | |
| 09/02/2003 kgarcia | 200106 0000 | Zonolite Science Trial | E065 | $24.94 | 1.00 | $24.94 |
| | | | Federal Express charge – Ed Westbrook to Certificate of Service recipient | | | |
| 09/02/2003 kgarcia | 200106 0000 | Zonolite Science Trial | E065 | $33.53 | 1.00 | $33.53 |
| | | | Federal Express charge · Ed Westbrook to Certificate of Service recipient | | | |
| 09/02/2003 kgarcia | 200106 0000 | Zonolite Science Trial | E065 | $24.94 | 1.00 | $24.94 |
| | | | Federal Express charge · Ed Westbrook to Certificate of Service recipient | | | |
| 09/02/2003 | 200106 | Zonolite Science Trial | E065 | $27.03 | 1.00 | $27.03 |

11/10/2003

# Expense report

### 09/01/2003 - 09/30/2003

2

| Date | Client No. | Client Name | Transaction Code | Rate | HRS/QTY | Total |
|------|-----------|-------------|------------------|------|---------|-------|
| Timekeeper | Matter No. | | Description | | | |
| kgarcia | 0000 | | Federal Express charge - Ed Westbrook to Judge Fitzgerald | | | |
| 09/02/2003 | 200106 | Zonolite Science Trial | E065 | $35.27 | 1.00 | $35.27 |
| kgarcia | 0000 | | Federal Express charge - Ed Westbrook to Certificate of Service recipient | | | |
| 09/02/2003 | 200106 | Zonolite Science Trial | E065 | $29.14 | 1.00 | $29.14 |
| kgarcia | 0000 | | Federal Express charge - Ed Westbrook to Certificate of Service recipient | | | |

**Day:**         **09/03/2003**

| | | | | | | |
|------|-----------|-------------|------------------|------|---------|-------|
| 09/03/2003 | 200106 | Zonolite Science Trial | E060 | $1,184.60 | 1.00 | $1,184.60 |
| jhanshaw | 0000 | | ProCopy, Inc. - Litigation file copies | | | |
| 09/03/2003 | 200106 | Zonolite Science Trial | E060 | $69.96 | 1.00 | $69.96 |
| jhanshaw | 0000 | | ProCopy, Inc. - Litigation file copies | | | |
| 09/03/2003 | 200106 | Zonolite Science Trial | E090 | $2,730.84 | 1.00 | $2,730.84 |

bwood    0000

Bobby Wood - Travel to Syracuse, Norfold and Silver Springs for video affidavits of claimants on August 25-28, 2003.
This charge includes:

8/25/2003
Breakfast - $5.33
Lunch - $14.00
Dinner - $47.58
Misc. - $3.99
Lodging - $139.19
Tolls - $1.60
Gas for Rental Car - $19.93
Mileage - $5.40 (Home/Airport - 15 miles)
Air fare - $438.50

8/26/2003
Breakfast - $5.00
Lunch - $12.23
Dinner - $41.00
Car Rental - $58.37

8/27/2003
Lunch - $6.00
Dinner - $50.00 (Bobby Wood and 2 clients, was more but because of guidelines, only charging $50.00)
Conference Room for meeting - $130.46
Lodging - $202.88

8/28/2003
Breakfast - $4.87
Lodging - $160.16
Car Rental - $256.07
Parking - $24.00
Gas for Rental Car - $26.38
Air Fare - $1,072.50
Mileage - $5.40 (Airport/Home - 15 miles)

| | | | | | | |
|------|-----------|-------------|------------------|------|---------|-------|
| 09/03/2003 | 200106 | Zonolite Science Trial | E090 | $1,149.48 | 1.00 | $1,149.48 |
| jward | 0000 | | Jay L. Ward - Travel to Burlington, VT for video affidavit of witness on August 27-28, 2003. This charge includes: | | | |

# Expense report

### 09/01/2003 - 09/30/2003

| Date | Client No. | Client Name | Transaction Code | Rate | HRS/QTY | Total |
|------|-----------|-------------|------------------|------|---------|-------|
| Timekeeper | Matter No. | | Description | | | |
| | | | 8/27/2003<br>Dinner - $16.60<br>Airfare - $924.28<br>Mileage - (Home/Airport - 15.31 miles) - $5.51 | | | |
| | | | 8/28/2003<br>Lodging - $93.40<br>Car Rental - $70.43<br>Parking - $18.75<br>Gas for Rental Car - $15.00<br>Mileage - (Airport/Home -15.31 miles) - $5.51 | | | |
| 09/03/2003 | 200106 | Zonolite Science Trial | E060 | $166.28 | 1.00 | $166.28 |
| kcarr | 0000 | | Procopy, Inc. - Copying and binding of attachments | | | |
| **Day:** | | **09/08/2003** | | | | |
| 09/08/2003 | 200106 | Zonolite Science Trial | E014 | $161.25 | 1.00 | $161.25 |
| jhanshaw | 0000 | | A. William Roberts, Jr. and Associates - Video Affidavit of K. Kallman | | | |
| 09/08/2003 | 200106 | Zonolite Science Trial | E065 | $24.94 | 1.00 | $24.94 |
| kgarcia | 0000 | | Federal Express charge - Ed Westbrook to Certificate of Service recipient | | | |
| 09/08/2003 | 200106 | Zonolite Science Trial | E065 | $18.44 | 1.00 | $18.44 |
| kgarcia | 0000 | | Federal Express charge - Ed Westbrook to Jim Bentz | | | |
| 09/08/2003 | 200106 | Zonolite Science Trial | E065 | $68.32 | 1.00 | $68.32 |
| kgarcia | 0000 | | Federal Express charge - Rob Turkewitz to expert | | | |
| 09/08/2003 | 200106 | Zonolite Science Trial | E065 | $68.32 | 1.00 | $68.32 |
| kgarcia | 0000 | | Federal Express charge - Rob Turkewitz to expert | | | |
| 09/08/2003 | 200106 | Zonolite Science Trial | E065 | $62.67 | 1.00 | $62.67 |
| kgarcia | 0000 | | Federal Express charge - Rob Turkewitz to expert | | | |
| 09/08/2003 | 200106 | Zonolite Science Trial | E014 | $230.00 | 1.00 | $230.00 |
| kgarcia | 0000 | | A. William Roberts, Jr. & Associates, Inc. - Video Affidavit - C. Russ | | | |
| **Day:** | | **09/10/2003** | | | | |
| 09/10/2003 | 200106 | Zonolite Science Trial | E060 | $8.36 | 1.00 | $8.36 |
| bwood | 0000 | | Bobby Wood - Reimbursement for film development | | | |
| 09/10/2003 | 200106 | Zonolite Science Trial | E090 | $1,047.30 | 1.00 | $1,047.30 |
| ewestbrook | 0000 | | Ed Westbrook - Traveled to Washington, DC on September 5, 2003 for a Meeting with Grace counsel and Mediator. This charge includes: | | | |
| | | | 9/5/2003<br>Breakfast - $8.00<br>Taxi - $18.00<br>Parking - $12.00<br>Airfare - $998.50<br>Mileage - 30 miles (home/airport to airport/home) - $10.80 | | | |

11/10/2003

# Expense report

### 09/01/2003 - 09/30/2003

4

| Date<br>Timekeeper | Client No.<br>Matter No. | Client Name | Transaction Code<br>Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| **Day:** | | **09/11/2003** | | | | |
| 09/11/2003<br>jhanshaw | 200106<br>0000 | Zonolite Science Trial | E029<br>MVA, Inc. - Expert Services | $4,350.00 | 1.00 | $4,350.00 |
| 09/11/2003<br>jhanshaw | 200106<br>0000 | Zonolite Science Trial | E029<br>MVA, Inc. - Expert Services | $4,800.00 | 1.00 | $4,800.00 |
| **Day:** | | **09/16/2003** | | | | |
| 09/16/2003<br>jhanshaw | 200106<br>0000 | Zonolite Science Trial | E060<br>Procopy, Inc. - Color Copies showing homeowner damages | $187.02 | 1.00 | $187.02 |
| 09/16/2003<br>rturkewitz | 200106<br>0000 | Zonolite Science Trial | E090<br>Robert M. Turkewitz - Traveled to Washington, DC on September 5, 2003 for a meeting with Grace counsel and Mediator. This charge includes:<br><br>9/5/2003<br>Breakfast - $3.36<br>Miscellaneous - $18.93<br>Parking - $12.00<br>Airfare - $998.50<br>Mileage - (home/airport - airport/home - 17.35 miles) - $6.25 | $1,039.04 | 1.00 | $1,039.04 |
| **Day:** | | **09/17/2003** | | | | |
| 09/17/2003<br>jhanshaw | 200106<br>0000 | Zonolite Science Trial | E014<br>A. William Roberts, Jr. & Associates, Inc. - Video Affidavit - Ralph Mold | $277.40 | 1.00 | $277.40 |
| 09/17/2003<br>jhanshaw | 200106<br>0000 | Zonolite Science Trial | E060<br>Treasurer, State of New Jersey - Copies of Sparta Township Environmental Asbestos Study | $165.50 | 1.00 | $165.50 |
| **Day:** | | **09/23/2003** | | | | |
| 09/23/2003<br>jhanshaw | 200106<br>0000 | Zonolite Science Trial | E014<br>A. William Roberts, Jr. & Associates, Inc. - Video Affidavit - B. Warden | $350.00 | 1.00 | $350.00 |
| 09/23/2003<br>jhanshaw | 200106<br>0000 | Zonolite Science Trial | E014<br>A. William Roberts, Jr. & Associates, Inc. - Notary Appearance for Video Affidavit | $100.00 | 1.00 | $100.00 |
| **Day:** | | **09/29/2003** | | | | |
| 09/29/2003<br>ewestbrook | 200106<br>0000 | Zonolite Science Trial | E090<br>Ed Westbrook - Meeting with Grace Counsel. This charge includes:<br><br>9/23/2003<br>Lunch - $28.76 (EJW and Grace counsel)<br>Miscellaneous - $1.00<br>Meeting Room - $225.00<br>Parking - $11.25 | $1,104.81 | 1.00 | $1,104.81 |

# Expense report

### 09/01/2003 - 09/30/2003

| Date | Client No. | Client Name | Transaction Code | Rate | HRS/QTY | Total |
|------|-----------|-------------|------------------|------|---------|-------|
| Timekeeper | Matter No. | | Description | | | |
| | | | Airfare - $828.00 | | | |
| | | | Mileage - (30 miles home/airport to airport/home) - $10.80 | | | |

**Day:**          09/30/2003

| 09/30/2003 | 200106 | Zonolite Science Trial | E060 | $40.00 | 1.00 | $40.00 |
|------------|--------|------------------------|------|--------|------|--------|
| jhanshaw | 0000 | | Medical University of SC Library - Request for four articles. | | | |

| | |
|---|---|
| **Grand Total:** | **$19,989.71** |
| **Expense Grand Total:** | **$19,989.71** |
| **Time Grand Total:** | **$0.00** |
| **Total Hours/Report:** | **0.00** |
| **Count:** | **44** |

## CERTIFICATE OF SERVICE

I, William D. Sullivan, hereby certify that I caused a copy of the foregoing *Verified Application of Richardson Patrick Westbrook & Brickman, LLC for Compensation for Services and Reimbursement of Expenses as ZAI Lead Special Counsel for the Interim Period from September 1, 2003 through September 30, 2003* to be served upon those parties identified on the attached service list via hand delivery or US Mail.

I certify the foregoing to true and correct under the penalty of perjury.

Dated: November 12, 2003

*/s/ William D. Sullivan*
William D. Sullivan

## SERVICE LIST

Laura Davis Jones, Esquire
David Carickoff, Esquire
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
Wilmington, DE 19899-8705

Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones
10100 Santa Monica Boulevard
Los Angeles, CA 90067-4100

David M. Bernick, Esquire
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

David B. Seigel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD   21044

Michael R. Lastowski, Esquire
Duane Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE  19801-1246

Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY  10038-4982

William S. Katchen, Esquire
Duane, Morris & Heckscher LLP
One Riverfront Plaza, 2nd Floor
Newark, NJ  07102

J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL  60606

Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE  19899

Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE  19899

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena
   Price & Axelrod, LLP
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL  33131

Matthew G. Zaleski, III, Esquire
Campbell & Levine
800 King Street, Suite 300
Wilmington, DE  19801

Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 27th Floor
New York, NY 10022

Teresa K.D. Currier, Esquire
Klett, Rooney, Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801

Frank J. Perch, Esquire
Office of the United States Trustee
844 King Street, Room 2313
Lockbox 35
Wilmington, DE 19801

James J. Restivo, Jr., Esquire
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219-1886

Warren H. Smith
Warren H. Smith and Associates
900 Jackson Street
120 Founders Square
Dallas, TX 75202

Peter Van N. Lockwood, Esquire
Julie W. Davis, Esquire
Trevor W. Swett, III, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC 20005

Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY 10022

Mark D. Collins, Esquire
Deborah E. Spivack, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

William J.A. Sparks, Esquire
W.R. Grace & Company
919 N. Market, Suite 460
Wilmington, DE 19899