**L TERSIGNI CONSULTING P.C.**
**Certified Public Accountant**

2001 West Main Street - Suite 220
Stamford, CT. 06902
Telephone: 203-569-9090
Facsimile: 203-569-9098

**November 3, 2003**

**Invoice No. 12803**

**Marla R. Eskin, Esq.**
**Campbell & Levine LLC**
**800 N. King Street**
**Suite 300**
**Wilmington, DE.   19801**

# RE:    W.R. Grace

For services rendered in connection with the above-captioned matter during the period September 1, 2003 through  September 30, 2003 as per the attached analysis.

| Professional Fees  (see Schedule A) | Hours | Amount |
|---|---:|---:|
| Loreto T. Tersigni  - President | 10.40 | $4,940.00 |
| Bradley Rapp- Managing Director | 2.40 | $1,080.00 |
| James Sinclair- Managing Director | 151.40 | $68,130.00 |
| Robert Mathews- Managing Director | 3.40 | $1,530.00 |
| Michael Berkin- Managing Director | 35.20 | $15,840.00 |
| Peter Rubsam - Director | 71.40 | $24,633.00 |
| Aaron Prills - Manager | 26.20 | $6,812.00 |
| Cheryl Wright - Senior Consultant | 30.90 | $6,025.50 |
| Dottie-Jo Collins - Manager | 11.00 | $2,860.00 |

| Expenses   (see Schedule C) | | |
|---|---:|---:|
| Telephone, Xerox | | $183.90 |
| **T O T A L** | | $132,034.40 |

Please Note:   Schedule B (attached)  reflects Professional Services Summary
                        by Billing Matter Category.

Case 01-01139-AMC    Doc 4681-1    Filed 11/12/03    Page 2 of 16

**L TERSIGNI CONSULTING P.C.**

**Certified Public Accountant**

2001 West Main Street - Suite 220  
Stamford, CT. 06902  
Telephone: 203-569-9090  
Facsimile: 203-569-9098

**November 3, 2003**

**Invoice No. 12803**

**Marla R. Eskin, Esq.**  
**Campbell & Levine LLC**  
**800 N. King Street**  
**Suite 300**  
**Wilmington, DE.   19801**

# RE:    W.R. Grace

Summary of Professional Services Rendered:  September 1-30, 2003

| Name | Schedule | Rate (2003) | Hours | Amount |
|---|---|---|---|---|
| Loreto T. Tersigni | Schedule A | $475 | 10.40 | $4,940.00 |
| Bradley Rapp | Schedule A | $450 | 2.40 | $1,080.00 |
| James Sinclair | Schedule A | $450 | 151.40 | $68,130.00 |
| Robert Mathews | Schedule A | $450 | 3.40 | $1,530.00 |
| Michael Berkin | Schedule A | $450 | 35.20 | $15,840.00 |
| Peter Rubsam | Schedule A | $345 | 71.40 | $24,633.00 |
| Aaron Prills | Schedule A | $260 | 26.20 | $6,812.00 |
| Cheryl Wright | Schedule A | $195 | 30.90 | $6,025.50 |
| Dottie-Jo Collins | Schedule A | $260 | 11.00 | $2,860.00 |
| **Total Professional Services- Schedule A:** | | | 342.30 | $131,850.50 |
| **Total Out of Pocket Expenses- Schedule C:** | | | | $183.90 |
| **TOTAL   DUE   THIS   INVOICE** | | | | $132,034.40 |

Please Note:   Schedule B (attached)  reflects Professional Services Summary  
                         by Billing Matter Category.

# W.R. Grace

## Schedule A

**Services Rendered during the Period: September 1-30, 2003**

| Date | | Comment | CAT. | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Loreto Tersigni - President** | | | | | | |
| 9/4/03 | LT | Preparation of claims recovery analysis as requested by ACC counsel | 07 | 2.70 | $475.00 | $1,282.50 |
| 9/4/03 | LT | Discussion with ACC counsel regarding claims recovery analysis | 07 | 0.50 | $475.00 | $237.50 |
| 9/4/03 | LT | Review preliminary enterprise valuation estimate in connection with claims recovery analysis | 21 | 0.60 | $475.00 | $285.00 |
| 9/4/03 | LT | Review debtor's proposal to potential consensual plan prospects | 26 | 1.60 | $475.00 | $760.00 |
| 9/4/03 | LT | Update operating performance and financial condition analysis as requested by counsel | 07 | 0.20 | $475.00 | $95.00 |
| 9/5/03 | LT | Conference call with debtor and ACC representatives regarding proposed terms of POR | 07 | 1.00 | $475.00 | $475.00 |
| 9/5/03 | LT | Preparation of alternative claims recovery analysis as requested by ACC counsel | 07 | 1.10 | $475.00 | $522.50 |
| 9/10/03 | LT | Review and analysis of monthly operating report for July 2003 | 26 | 1.60 | $475.00 | $760.00 |
| 9/16/03 | LT | Preparation of memorandum and exhibits summarizing observations and analysis of MOR for July 2003 | 07 | 1.10 | $475.00 | $522.50 |
| | | **Sub-Total** | | 10.40 | | $4,940.00 |
| **Bradley Rapp - Managing Director** | | | | | | |
| 9/16/03 | BR | Prepare evaluation of impact of amount of leverage in the capital structure on the ultimate weighted average cost of capital for purposes of discounted cash flow valuation | 21 | 1.50 | $450.00 | $675.00 |
| 9/19/03 | BR | Update computation of weighted average cost of capital for Grace for purpose of discounted cash flow valuation of Grace | 21 | 0.90 | $450.00 | $405.00 |
| | | **Sub-Total** | | 2.40 | | $1,080.00 |
| **James Sinclair - Managing Director** | | | | | | |
| 9/2/03 | JS | Review new Fredonia reports on specialty chemicals and catalysts demand, prices, costs and outlook for impact on WR Grace valuation | 21 | 2.40 | $450.00 | $1,080.00 |
| 9/2/03 | JS | Revise projections for valuation reflecting softer demand and higher costs | 21 | 2.00 | $450.00 | $900.00 |
| 9/2/03 | JS | Reviewed news release on court ruling on Libby, Montana vermiculite cleanup, analysis of 2002 10K and 6/30/03 10Q on Libby status, amounts reserved and paid for impact on valuation | 21 | 1.70 | $450.00 | $765.00 |
| 9/2/03 | JS | Identified issues and developed questions for Grace on Libby ruling, corporate action, cash position, for impact on valuation and reorganization | 21 | 2.30 | $450.00 | $1,035.00 |
| 9/3/03 | JS | Reviewed Chemical Week articles on specialty chemicals and markets for modifications to growth forecasts for Grace for DCF valuation | 21 | 1.90 | $450.00 | $855.00 |
| 9/3/03 | JS | Review and analysis of Thomson Financial Markintel and Data monitor reports on specialty chemicals for forecasts on product categories related to WR Grace for impact on projections and valuation | 21 | 1.50 | $450.00 | $675.00 |
| 9/3/03 | JS | Revise projections for Grace and set up range of estimates by year for DCF valuation. | 21 | 2.00 | $450.00 | $900.00 |
| 9/4/03 | JS | Review and analysis of WR Grace/Kirkland & Ellis settlement proposal in detail for conference call on 9/5 re reorganization | 21 | 2.50 | $450.00 | $1,125.00 |

4

# W.R. Grace

Schedule B

**Services Rendered during the Period: September 1-30, 2003**

| Date | | Comment | CAT. | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 9/2/03 | MB | Review news associated with Grace's EPA court ruling in Libby and report to ACC counsel | 07 | 1.10 | $450.00 | $495.00 |
| 9/2/03 | MB | Discuss issues related to State Street motion with ACC counsel | 07 | 0.40 | $450.00 | $180.00 |
| 9/2/03 | MB | Review motion to retain State Street to act as investment manager of Grace Stock at request of ACC counsel | 07 | 1.10 | $450.00 | $495.00 |
| 9/2/03 | MB | Review affidavit of J. Fuentes related to order to retain State Street to act as investment manager of Grace Stock | 07 | 0.50 | $450.00 | $225.00 |
| 9/2/03 | MB | Review engagement agreement attached to order to retain State Street to act as investment manager of Grace Stock | 07 | 0.50 | $450.00 | $225.00 |
| 9/2/03 | MB | Review indemnification agreement related to order to retain State Street to act as investment manager of Grace Stock | 07 | 1.10 | $450.00 | $495.00 |
| 9/4/03 | LT | Preparation of claims recovery analysis as requested by ACC counsel | 07 | 2.70 | $475.00 | $1,282.50 |
| 9/4/03 | LT | Discussion with ACC counsel regarding claims recovery analysis | 07 | 0.50 | $475.00 | $237.50 |
| 9/4/03 | LT | Update operating performance and financial condition analysis as requested by counsel | 07 | 0.20 | $475.00 | $95.00 |
| 9/4/03 | MB | Prepare memorandum to ACC summarized results of operations for first half 2003 | 07 | 2.70 | $450.00 | $1,215.00 |
| 9/4/03 | MB | Analyze motion to retain State Street as fiduciary in order to formulate recommendation to ACC | 07 | 1.40 | $450.00 | $630.00 |
| 9/4/03 | MB | Discuss recommendation related to State Street motion with ACC counsel | 07 | 0.70 | $450.00 | $315.00 |
| 9/4/03 | MB | Participate in call with ACC counsel to discuss recovery issues to be addressed at upcoming debtor meeting | 07 | 0.40 | $450.00 | $180.00 |
| 9/5/03 | LT | Conference call with debtor and ACC representatives regarding proposed terms of POR | 07 | 1.00 | $475.00 | $475.00 |
| 9/5/03 | LT | Preparation of alternative claims recovery analysis as requested by ACC counsel | 07 | 1.10 | $475.00 | $522.50 |
| 9/16/03 | LT | Preparation of memorandum and exhibits summarizing observations and analysis of MOR for July 2003 | 07 | 1.10 | $475.00 | $522.50 |
| 9/17/03 | MB | Summarize results from Libby environmental settlement and communicate findings to ACC counsel | 07 | 0.80 | $450.00 | $360.00 |
| | | **TOTAL Category 07: Committee, Creditors, Noteholders** | | **17.30** | | **$7,950.00** |
| 9/30/03 | DC | Compilation and consolidation of monthly services rendered | 11 | 7.00 | $260.00 | $1,820.00 |
| 9/30/03 | DC | Assignment of Billing Categories | 11 | 4.00 | $260.00 | $1,040.00 |
| | | **TOTAL Category 11: Fee Application, Applicant** | | **11.00** | | **$2,860.00** |
| 9/2/03 | JS | Review new Fredonia reports on specialty chemicals and catalysts demand, prices, costs and outlook for impact on WR Grace valuation | 21 | 2.40 | $450.00 | $1,080.00 |
| 9/2/03 | JS | Revise projections for valuation reflecting softer demand and higher costs | 21 | 2.00 | $450.00 | $900.00 |
| 9/2/03 | JS | Reviewed news release on court ruling on Libby, Montana vermiculite cleanup, analysis of 2002 10K and 6/30/03 10Q on Libby status, amounts reserved and paid for impact on valuation | 21 | 1.70 | $450.00 | $765.00 |
| 9/2/03 | JS | Identified issues and developed questions for Grace on Libby ruling, corporate action, cash position, for impact on valuation and reorganization | 21 | 2.30 | $450.00 | $1,035.00 |
| 9/2/03 | PR | Research and review valueline industry report on projections for specialty chemical industry for valuation purposes | 21 | 1.40 | $345.00 | $483.00 |
| 9/2/03 | PR | Research and review Fredonia group industry report on projections for specialty chemical industry for valuation purposes | 21 | 1.40 | $345.00 | $483.00 |

# W.R. Grace

Schedule B

**Services Rendered during the Period: September 1-30, 2003**

| Date | | Comment | CAT. | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 9/2/03 | CW | Edit WR Grace historical financial statements to include COGS %, Gross Profit Margin, SG&A % and R&D as a % of sales | 21 | 0.30 | $195.00 | $58.50 |
| 9/3/03 | JS | Reviewed Chemical Week articles on specialty chemicals and markets for modifications to growth forecasts for Grace for DCF valuation | 21 | 1.90 | $450.00 | $855.00 |
| 9/3/03 | JS | Review and analysis of Thomson Financial Markintel and Data monitor reports on specialty chemicals for forecasts on product categories related to WR Grace for impact on projections and valuation | 21 | 1.50 | $450.00 | $675.00 |
| 9/3/03 | JS | Revise projections for Grace and set up range of estimates by year for DCF valuation. | 21 | 2.00 | $450.00 | $900.00 |
| 9/3/03 | PR | Research and review chemical week and analyst industry reports on projections for specialty chemical industry for valuation purposes | 21 | 1.40 | $345.00 | $483.00 |
| 9/4/03 | LT | Review preliminary enterprise valuation estimate in connection with claims recovery analysis | 21 | 0.60 | $475.00 | $285.00 |
| 9/4/03 | JS | Review and analysis of WR Grace/Kirkland & Ellis settlement proposal in detail for conference call on 9/5 re reorganization | 21 | 2.50 | $450.00 | $1,125.00 |
| 9/4/03 | JS | Review and analysis of market multiples valuation runs and backup exhibits for preliminary rough valuation for use as guidance in conference cal regarding settlement | 21 | 1.90 | $450.00 | $855.00 |
| 9/4/03 | JS | Discuss with ACC counsel modifications for new market multiples runs for preliminary valuation. | 21 | 0.40 | $450.00 | $180.00 |
| 9/4/03 | JS | Review and revise market multipliers for updated valuation report | 21 | 1.30 | $450.00 | $585.00 |
| 9/4/03 | JS | Review new market multiple runs; make modifications placing primary emphasis on EBITDA, LTM, 2003-4, drop '05. | 21 | 1.40 | $450.00 | $630.00 |
| 9/4/03 | JS | Review and analysis of new market multiple runs; compare with Grace's valuation; consider differences for conference call re settlement. | 21 | 1.40 | $450.00 | $630.00 |
| 9/4/03 | JS | Prepare agenda and questions for conference call re settlement with emphasis on valuation for reorganization. | 21 | 1.40 | $450.00 | $630.00 |
| 9/5/03 | JS | Conference call with Company re settlement, representatives of all committees on line. | 21 | 1.40 | $450.00 | $630.00 |
| 9/5/03 | JS | Discuss conference call with Tersigni, Zonolite estimates and impact, disparity on values for valuation and reorganization | 21 | 0.30 | $450.00 | $135.00 |
| 9/5/03 | JS | Review Fredonia report on polymerization catalyst demand through 2012 for projections for Grace for DCF valuation. | 21 | 1.80 | $450.00 | $810.00 |
| 9/5/03 | JS | Review Data monitor forecasts for global specialty chemical markets through 2007, apply to Grace for projections for DCF valuation | 21 | 2.00 | $450.00 | $900.00 |
| 9/5/03 | JS | Develop debt structure and capitalization for Grace for valuation. Estimate cost of debt for weighted average cost of capital (WACC) for DCF valuation | 21 | 2.30 | $450.00 | $1,035.00 |
| 9/5/03 | JS | Review debt structure, rating agency ratings, cost of debt to develop WACC for DCF valuation. | 21 | 1.30 | $450.00 | $585.00 |
| 9/5/03 | JS | Adjust debt structure, cost of debt for WACC per analysis of DCF valuation. | 21 | 1.20 | $450.00 | $540.00 |
| 9/5/03 | RM | Review initial pricing estimates on bond and bank debt to be used in connection with valuation | 21 | 0.90 | $450.00 | $405.00 |
| 9/5/03 | PR | Research and review chemical week and analyst industry reports on projections for comparable companies in specialty chemical industry for valuation purposes | 21 | 1.10 | $345.00 | $379.50 |
| 9/8/03 | JS | Develop costs for projections, cost of goods sold, SG&A, review historical figures in quarterly Executive Summaries by product group and overall for valuation | 21 | 1.50 | $450.00 | $675.00 |
| 9/8/03 | JS | Review capital expenditure history and develop estimates for dcf valuation. | 21 | 1.30 | $450.00 | $585.00 |
| 9/8/03 | JS | Review market multiples discrepancies with Cheryl Wright, have her do new runs for market multiple valuation. | 21 | 0.40 | $450.00 | $180.00 |
| 9/8/03 | JS | Estimate depreciation projections for Grace for DCF valuation based on capital expenditure estimates. | 21 | 1.70 | $450.00 | $765.00 |

# W.R. Grace

**Schedule B**

### Services Rendered during the Period: September 1-30, 2003

| Date | | Comment | CAT. | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 9/8/03 | JS | Develop working capital estimates for projections based on historical patterns for resultant free cash flow for DCF valuation | 21 | 2.00 | $450.00 | $900.00 |
| 9/9/03 | JS | Discuss debt pricing and revisions with Mathews per his discussions with instep tuitions for WACC for DCF valuation | 21 | 0.60 | $450.00 | $270.00 |
| 9/9/03 | JS | Adjust costs-CGS, SG&A- and check against historical costs, adjust for rising cost trend, for projections for DCF valuation | 21 | 1.30 | $450.00 | $585.00 |
| 9/9/03 | JS | Prepare final revisions to sales projections for DCF valuation, check against industry reports, Chemical Week, Chemical & Engineering News, Fredonia, Data monitor forecasts for valuation | 21 | 2.00 | $450.00 | $900.00 |
| 9/9/03 | JS | Outline Industry Overview, Company History and Outlook sections of the Valuation Report to counsel | 21 | 1.70 | $450.00 | $765.00 |
| 9/9/03 | PR | Review and analyze first Boston report on specialty chemicals trading multiple valuations for valuation purposes | 21 | 1.10 | $345.00 | $379.50 |
| 9/10/03 | JS | Conf call regarding WACC for valuation, adjustment for specific company premium on high leverage capital structures | 21 | 0.30 | $450.00 | $135.00 |
| 9/10/03 | JS | Continue developing costs, working capital requirements for projections for DCF valuation. | 21 | 1.70 | $450.00 | $765.00 |
| 9/10/03 | JS | Review acceptance of seller of Grace's bid, impact on valuation as acquisition will be a non-filer paid for effectively with money owed to filers by non-filers | 21 | 0.40 | $450.00 | $180.00 |
| 9/10/03 | JS | Update debt and capital structure for Grace reflecting discussions with lending institutions for valuation. | 21 | 2.40 | $450.00 | $1,080.00 |
| 9/10/03 | JS | Review intercompany loan info from Grace via Blackstone and review open questions from our memo to Grace/Blackstone for conference call with Company for valuation | 21 | 1.50 | $450.00 | $675.00 |
| 9/10/03 | RM | Review pricing on bond and bank debt in cost of capital assumptions in valuation analysis for market accuracy | 21 | 2.50 | $450.00 | $1,125.00 |
| 9/11/03 | JS | Conference call with Francine Gilbert of Finance Department regarding areas of concern and need for written answers as they affect acquisition, valuation and reorganization | 21 | 0.40 | $450.00 | $180.00 |
| 9/11/03 | JS | Further revisions, finalize projections for DCF runs for valuation. | 21 | 1.40 | $450.00 | $630.00 |
| 9/11/03 | JS | Review recent debt pricing of Centro Energy and analyze modification on cost of debt for WR Grace valuation | 21 | 0.50 | $450.00 | $225.00 |
| 9/11/03 | JS | Revise capital structure and debt cost for Grace for WACC and valuation | 21 | 2.50 | $450.00 | $1,125.00 |
| 9/11/03 | JS | Review industry reports against sales projections on Grace's product categories and geographic estimates for valuation | 21 | 2.70 | $450.00 | $1,215.00 |
| 9/11/03 | JS | Review Grace memos on cost allocation and transfer pricing at time of bankruptcy filing | 21 | 0.20 | $450.00 | $90.00 |
| 9/11/03 | JS | Review cost assumptions in projections for Grace, depreciation, EBIT and EBITDA, cap ex, working capital requirements for DCF runs for valuation purposes | 21 | 1.30 | $450.00 | $585.00 |
| 9/11/03 | PR | Review and analyze WR grace historical other income for updates to EBIT calculations for updated valuation | 21 | 1.40 | $345.00 | $483.00 |
| 9/11/03 | PR | Update and review comparable companies market value of equity and debt calculation for updated valuation | 21 | 2.20 | $345.00 | $759.00 |
| 9/11/03 | PR | Update and review comparable companies non-recurring items for updated EBIT calculation for valuation | 21 | 2.50 | $345.00 | $862.50 |
| 9/11/03 | PR | Review and analyze historical amortization rates of comparable companies for adjusted EBITDA calculation for updated valuation | 21 | 1.40 | $345.00 | $483.00 |
| 9/11/03 | PR | Review WR Grace historical core EBITDA calculation and prepare adjusted historical EBITDA for valuation | 21 | 1.40 | $345.00 | $483.00 |
| 9/11/03 | CW | Prepare revenues graph for Grace and 11 comparable companies, showing high, low, median and Grace's results for the period from 1999 to LTM | 21 | 0.80 | $195.00 | $156.00 |

# W.R. Grace

Schedule B

**Services Rendered during the Period:  September 1-30, 2003**

| Date | | Comment | CAT. | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 9/11/03 | CW | Prepare total assets graph for Grace and 11 comparable companies, showing high, low, median and Grace's results for the period from 1999 to LTM | 21 | 0.80 | $195.00 | $156.00 |
| 9/11/03 | CW | Prepare EBITDA graph for Grace and 11 comparable companies, showing high, low, median and Grace's results for the period from 1999 to LTM | 21 | 0.80 | $195.00 | $156.00 |
| 9/11/03 | CW | Prepare gross profit margin receivable graph for Grace and 11 comparable companies, showing high, low, median and Grace's results for the period from 1999 to LTM | 21 | 0.80 | $195.00 | $156.00 |
| 9/11/03 | CW | Prepare EBITDA margin graph for Grace and 11 comparable companies, showing high, low, median and Grace's results for the period from 1999 to LTM | 21 | 0.80 | $195.00 | $156.00 |
| 9/11/03 | CW | Prepare EBIT margin graph for Grace and 11 comparable companies, showing high, low, median and Grace's results for the period from 1999 to LTM | 21 | 0.80 | $195.00 | $156.00 |
| 9/11/03 | CW | Prepare EBITDA-to-tangible assets graph for Grace and 11 comparable companies, showing high, low, median and Grace's results for the period from 1999 to LTM | 21 | 0.80 | $195.00 | $156.00 |
| 9/11/03 | CW | Prepare EBIT-to-tangible assets graph for Grace and 11 comparable companies, showing high, low, median and Grace's results for the period from 1999 to LTM | 21 | 0.80 | $195.00 | $156.00 |
| 9/11/03 | CW | Prepare revenue growth (indexed) graph for Grace and 11 comparable companies, showing high, low, median and Grace's results for the period from 1999 to LTM | 21 | 0.80 | $195.00 | $156.00 |
| 9/11/03 | CW | Prepare EBIT growth (indexed) graph for Grace and 11 comparable companies, showing high, low, median and Grace's results for the period from 1999 to LTM | 21 | 0.80 | $195.00 | $156.00 |
| 9/11/03 | CW | Prepare EBITDA growth (indexed) graph for Grace and 11 comparable companies, showing high, low, median and Grace's results for the period from 1999 to LTM | 21 | 0.80 | $195.00 | $156.00 |
| 9/11/03 | CW | Edit and update WR Grace historical financial statements to include tolling revenue in sales and equity earnings in affiliates in operating income for valuation purposes and consistency with management's calculations | 21 | 0.60 | $195.00 | $117.00 |
| 9/11/03 | CW | Edit and update Hercules historical financial statements to back-out one-time restructuring charges recorded as other operating expenses that should be excluded from EBIT and EBITDA calculations. | 21 | 0.60 | $195.00 | $117.00 |
| 9/11/03 | CW | Edit and update Crompton LTM figures to account for a restatement 06/30/03 that has not been updated in the 2002 10K and was causing a discrepancy between SECInfo-calculated LTM and the Multex-calculated LTM | 21 | 0.60 | $195.00 | $117.00 |
| 9/12/03 | PR | Review and analyze comparable company 2003 revenue, EBIT and EBIT projections and market multiples for valuation | 21 | 1.90 | $345.00 | $655.50 |
| 9/12/03 | PR | Review and analyze comparable company 2004 revenue, EBIT and EBIT projections and market multiples for valuation | 21 | 1.90 | $345.00 | $655.50 |
| 9/12/03 | PR | Review and analyze WR Grace June 2003 qtr end executive summary financial statements for details to EBITDA and EBIT and profitability for valuation | 21 | 1.70 | $345.00 | $586.50 |
| 9/12/03 | CW | Edit and update market multiples valuation to reflect change in Crompton and Hercules LTM | 21 | 0.60 | $195.00 | $117.00 |
| 9/12/03 | CW | Prepare days receivable graph for Grace and 11 comparable companies, showing high, low, median and Grace's results for the period from 1999 to LTM | 21 | 0.80 | $195.00 | $156.00 |
| 9/12/03 | CW | Prepare debt-to-equity graph for Grace and 11 comparable companies, showing high, low, median and Grace's results for the period from 1999 to LTM | 21 | 0.80 | $195.00 | $156.00 |
| 9/12/03 | CW | Prepare debt-to-total capital graph for Grace and 11 comparable companies, showing high, low, median and Grace's results for the period from 1999 to LTM | 21 | 0.80 | $195.00 | $156.00 |
| 9/12/03 | CW | Prepare debt-to-EBITDA graph for Grace and 11 comparable companies, showing high, low, median and Grace's results for the period from 1999 to LTM | 21 | 0.80 | $195.00 | $156.00 |
| 9/12/03 | CW | Review and edit calculations for debt ratios on historical financial statement spreadsheets to include total debt (long term, current portion of long-term and notes payable / short-term debt) | 21 | 2.20 | $195.00 | $429.00 |

# W.R. Grace

Schedule B

### Services Rendered during the Period: September 1-30, 2003

| Date | | Comment | CAT. | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 9/15/03 | JS | Review acquisition memo presented to Grace Board, sent by Blackstone, for effect on valuation. | 21 | 2.40 | $450.00 | $1,080.00 |
| 9/15/03 | JS | Review CIBC Offering Memorandum on acquisition for information and effect on WR Grace for valuation | 21 | 3.00 | $450.00 | $1,350.00 |
| 9/15/03 | PR | Research comparable companies beta and calculate WR Grace unlevered beta for WACC calculation for valuation | 21 | 1.70 | $345.00 | $586.50 |
| 9/15/03 | PR | Calculate cost of equity for WR Grace and test sensitivity to change in capital structure | 21 | 1.10 | $345.00 | $379.50 |
| 9/15/03 | PR | Calculate WR Grace cost of debt for WACC based on current capitalization and available financing for valuation | 21 | 1.40 | $345.00 | $483.00 |
| 9/15/03 | PR | Prepare and review WR Grace DCF model based on calculated WACC for valuation | 21 | 2.20 | $345.00 | $759.00 |
| 9/15/03 | PR | Prepare and review sensitivity to WACC for WR Grace valuation based on changes to capital structure | 21 | 1.60 | $345.00 | $552.00 |
| 9/15/03 | PR | Prepare and review sensitivity to terminal growth rates for WR Grace valuation based on changes to economic conditions | 21 | 1.40 | $345.00 | $483.00 |
| 9/15/03 | PR | Calculate and review residual period investment rate for terminal year calculation of DCF model for valuation | 21 | 1.10 | $345.00 | $379.50 |
| 9/15/03 | CW | Prepare days receivable graph for Grace and 11 comparable companies, showing high, low, median and Grace's results for the period from 1999 to LTM | 21 | 0.80 | $195.00 | $156.00 |
| 9/15/03 | CW | Prepare days payable graph for Grace and 11 comparable companies, showing high, low, median and Grace's results for the period from 1999 to LTM | 21 | 0.80 | $195.00 | $156.00 |
| 9/15/03 | CW | Prepare inventory turnover graph for Grace and 11 comparable companies, showing high, low, median and Grace's results for the period from 1999 to LTM | 21 | 0.80 | $195.00 | $156.00 |
| 9/15/03 | CW | Prepare quick ratio graph for Grace and 11 comparable companies, showing high, low, median and Grace's results for the period from 1999 to LTM | 21 | 0.80 | $195.00 | $156.00 |
| 9/15/03 | CW | Prepare current ratio graph for Grace and 11 comparable companies, showing high, low, median and Grace's results for the period from 1999 to LTM | 21 | 0.80 | $195.00 | $156.00 |
| 9/15/03 | CW | Review historical financial statements to ensure days payable, days receivable, inventory turnover, quick ratio and current ratio are calculated from the correct cells in the spreadsheets | 21 | 2.20 | $195.00 | $429.00 |
| 9/15/03 | CW | Review and edit all graphs to ensure correct numbers drawn from prepared historical financial statements and that computations of median, high and low are correct for each year | 21 | 2.20 | $195.00 | $429.00 |
| 9/16/03 | BR | Prepare evaluation of impact of amount of leverage in the capital structure on the ultimate weighted average cost of capital for purposes of discounted cash flow valuation | 21 | 1.50 | $450.00 | $675.00 |
| 9/16/03 | JS | Analyze WACC and DCF runs and back up schedules for valuation. Evaluate WACC for leveraged capital structure alternatives. | 21 | 1.70 | $450.00 | $765.00 |
| 9/16/03 | JS | Conference call regarding WACC for highly leveraged capital structures, discuss alternatives for valuation | 21 | 0.80 | $450.00 | $360.00 |
| 9/16/03 | JS | Review and analysis of Ibbotson Associates 2003 Edition on optimal vs. unleveraged and highly leveraged WACC's for applicability to WR Grace for valuation purposes | 21 | 2.80 | $450.00 | $1,260.00 |
| 9/16/03 | JS | Review and analysis of LIBOR rates since 1989 recession, determine range over economic cycle and effect on cost of debt for WR Grace for WACC computations to be done for valuation | 21 | 1.50 | $450.00 | $675.00 |
| 9/16/03 | JS | Develop risk premiums for equity cost for high leverage capital structures, matrix of debt levels and equity risk premiums, rerun series of WACC computations and DCF runs to determine sensitivity for DCF valuation | 21 | 1.70 | $450.00 | $765.00 |
| 9/16/03 | PR | Review and analyze corporate spreads on investment grade and non-investment grade notes for valuation purposes | 21 | 1.10 | $345.00 | $379.50 |

# W.R. Grace

Schedule B

**Services Rendered during the Period: September 1-30, 2003**

| Date | | Comment | CAT. | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 9/16/03 | PR | Test sensitivity to cost of equity for adjustments to specific company risk for adjustments to capitalization for valuation purposes | 21 | 1.10 | $345.00 | $379.50 |
| 9/16/03 | PR | Review and analyze Rohm & Haas 2000 10k for one time adjustments to operating expenses for updated valuation | 21 | 1.40 | $345.00 | $483.00 |
| 9/16/03 | PR | Review and analyze Great Lakes Chemical 2001 10k for one time adjustments to operating expenses for updated valuation | 21 | 1.60 | $345.00 | $552.00 |
| 9/16/03 | PR | Review and analyze Lubrizol 2002 10k for nonrecurring items to operating expenses for updated valuation | 21 | 1.40 | $345.00 | $483.00 |
| 9/16/03 | PR | Review and analyze Hercules 2002 10k for one time adjustments to operating expenses and asbestos litigation for updated valuation | 21 | 1.60 | $345.00 | $552.00 |
| 9/16/03 | PR | Update and review DCF model with adjusted WACC sensitivity due to changes in debt structure and corporate spread analysis for valuation | 21 | 1.10 | $345.00 | $379.50 |
| 9/16/03 | PR | Review and analyze Engelhard 2002 10k for one time adjustments to operating expenses and historical debt trends for updated valuation | 21 | 1.60 | $345.00 | $552.00 |
| 9/17/03 | JS | Conference call with WR Grace regarding Libby ruling | 21 | 0.90 | $450.00 | $405.00 |
| 9/17/03 | JS | Prepare discussion agenda re Zonolite for conference call discussion 9/18 based on request memorandum as they affect valuation and reorganization | 21 | 0.90 | $450.00 | $405.00 |
| 9/17/03 | JS | Review Compton Corp. (guideline comparable company and competitor) for high debt level, performance, Beta, for guidance on WR Grace valuation | 21 | 1.30 | $450.00 | $585.00 |
| 9/17/03 | JS | Review and analyze new DCF runs with range of WACC's incorporating risk adjusted equity costs for valuation | 21 | 0.70 | $450.00 | $315.00 |
| 9/17/03 | JS | Review, analyze and research acquisitions by BASF, Dupont, and Compton Corp. for precedent transaction valuation | 21 | 1.20 | $450.00 | $540.00 |
| 9/17/03 | JS | Prepare Preliminary Executive Summary of valuation report. | 21 | 2.40 | $450.00 | $1,080.00 |
| 9/17/03 | JS | Review revisions to EBITDA and EBIT for WR Grace to exclude certain non-operating items for compatibility with the guideline companies used in the market multiples valuation | 21 | 0.90 | $450.00 | $405.00 |
| 9/17/03 | JS | Evaluate non-operating items and have revised marker multiples run with updated stock prices for valuation purposes | 21 | 0.80 | $450.00 | $360.00 |
| 9/17/03 | PR | Review and analyze Cytec 2002 10k for one time adjustments to operating expenses for updated valuation | 21 | 1.40 | $345.00 | $483.00 |
| 9/17/03 | PR | Review and analyze Albemarle 2002 10k for nonrecurring items to operating expenses for updated valuation | 21 | 1.40 | $345.00 | $483.00 |
| 9/17/03 | PR | Review and analyze Crompton 2002 10k for nonrecurring items to operating expenses for updated valuation | 21 | 1.40 | $345.00 | $483.00 |
| 9/17/03 | PR | Review and analyze PPG 2002 10k for one time adjustments to operating expenses and asbestos litigation for updated valuation | 21 | 1.60 | $345.00 | $552.00 |
| 9/17/03 | PR | Review and analyze HB Fuller 2002 10k for one time adjustments to operating expenses for updated valuation | 21 | 1.10 | $345.00 | $379.50 |
| 9/17/03 | PR | Review and analyze HB Fuller 2001 10k for one time adjustments to operating expenses for updated valuation | 21 | 1.10 | $345.00 | $379.50 |
| 9/17/03 | PR | Review and analyze historical merger activity in chemical industry for precedent transaction valuation | 21 | 1.60 | $345.00 | $552.00 |
| 9/17/03 | PR | Review and analyze Great Lakes Chemical amended 2002 10k for nonrecurring items to operating expenses for updated valuation | 21 | 1.40 | $345.00 | $483.00 |
| 9/17/03 | CW | Research Mergerstat for precedent transactions for Grace Valuation | 21 | 1.40 | $195.00 | $273.00 |
| 9/17/03 | CW | Research Thompson Financial M&A for precedent transactions for Grace Valuation | 21 | 1.40 | $195.00 | $273.00 |
| 9/17/03 | CW | Prepare precedent transaction valuation of Grace enterprise value | 21 | 1.10 | $195.00 | $214.50 |

# W.R. Grace

## Schedule B

**Services Rendered during the Period: September 1-30, 2003**

| Date | | Comment | CAT. | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 9/18/03 | JS | Review questions in memo of 8/27 and 2nd Quarter Executive Summary and Latest Estimates for conference call on 9/18 regarding valuation and POR | 21 | 0.80 | $450.00 | $360.00 |
| 9/18/03 | JS | Conference call with Francine Gilbert, Rob Williams of Finance Dept on cost allocation transfer pricing, intercompany loans for valuation. To be continued 9/23/03 | 21 | 1.00 | $450.00 | $450.00 |
| 9/18/03 | JS | Continue writing Executive Summary of valuation report. | 21 | 1.60 | $450.00 | $720.00 |
| 9/18/03 | JS | Review transfer pricing memorandum, intercompany loan schedule, intercompany sales and CGS schedules emailed and faxed after conference call for valuation purposes | 21 | 2.30 | $450.00 | $1,035.00 |
| 9/18/03 | JS | Commence writing Valuation Conclusion section of valuation report. | 21 | 0.50 | $450.00 | $225.00 |
| 9/18/03 | PR | Review and analyze Cabot 2002 10k for nonrecurring items to operating expenses for updated valuation | 21 | 1.40 | $345.00 | $483.00 |
| 9/19/03 | BR | Update computation of weighted average cost of capital for Grace for purpose of discounted cash flow valuation of Grace | 21 | 0.90 | $450.00 | $405.00 |
| 9/19/03 | JS | Continue writing Valuation Conclusion section of valuation report. | 21 | 1.20 | $450.00 | $540.00 |
| 9/19/03 | JS | Commence writing Industry and Company Overview section of valuation report. | 21 | 2.90 | $450.00 | $1,305.00 |
| 9/19/03 | JS | Conference call to discuss equity cost in WACC for DCF valuation. | 21 | 0.60 | $450.00 | $270.00 |
| 9/19/03 | JS | Continue writing Industry and Company Overview section of valuation report. | 21 | 2.10 | $450.00 | $945.00 |
| 9/19/03 | PR | Review and analyze profitability and size ratios and historical trends of comparable companies for updated valuation | 21 | 1.60 | $345.00 | $552.00 |
| 9/19/03 | PR | Review and analyze growth and liquidity ratios and historical trends of comparable companies for updated valuation | 21 | 1.60 | $345.00 | $552.00 |
| 9/22/03 | JS | Preparation of memorandum regarding transfer pricing, loans to and investment in non-filers, Company's indication of willingness to include nonfilers' and foreign cash, assets and business for valuation and reorganization purposes | 21 | 2.40 | $450.00 | $1,080.00 |
| 9/22/03 | JS | Evaluate treatment of Grace intercompany accounting for valuation and reorganization purposes. | 21 | 1.20 | $450.00 | $540.00 |
| 9/22/03 | JS | Review and analysis of "Other Income" item for inclusion or exclusion in EBITDA and EBIT for market multiples valuation, to be checked with Company as to composition | 21 | 0.90 | $450.00 | $405.00 |
| 9/22/03 | JS | Review memorandums regarded additional information request and reply-for valuation purposes | 21 | 0.90 | $450.00 | $405.00 |
| 9/22/03 | JS | Finalize draft of Industry and Company Overview section for valuation report. | 21 | 2.50 | $450.00 | $1,125.00 |
| 9/22/03 | PR | Review and analyze leverage and working capital ratios and historical trends of comparable companies for updated valuation | 21 | 1.60 | $345.00 | $552.00 |
| 9/22/03 | PR | Review and analyze Engelhard 2003 2q 10q for one time adjustments to operating expenses for updated valuation | 21 | 1.10 | $345.00 | $379.50 |
| 9/22/03 | CW | Researched the PACER (public access to court electronic records) for WR Grace's motion to continue using the existing cash management order. | 21 | 1.10 | $195.00 | $214.50 |
| 9/23/03 | JS | Add product position by product subsection to Industry and Company Overview of valuation report | 21 | 1.00 | $450.00 | $450.00 |
| 9/23/03 | JS | Prepare outline of issues regarding accounting between filers and non-filers and LTC conclusions prior to advising counsel | 21 | 1.00 | $450.00 | $450.00 |
| 9/23/03 | JS | Analyze revised 2003 projections sent by WR Grace following conference call (Latest estimate for 2003) | 21 | 0.80 | $450.00 | $360.00 |
| 9/23/03 | JS | Review policy memoranda sent by Company, #301 re intercompany billing, #725 re financing of foreign subs, #123 re equity transfers between parent and subs for valuation and POR purposes | 21 | 2.50 | $450.00 | $1,125.00 |
| 9/23/03 | JS | Analyze German loan/note terms ($400 million +) re purchase of German subs from WR Grace-Conn by new German holding company for impact on valuation and POR | 21 | 1.70 | $450.00 | $765.00 |
| 9/23/03 | CW | Update market multiples valuation to adjust equity and enterprise valuation date to September 2, 2003 | 21 | 0.60 | $195.00 | $117.00 |

# W.R. Grace

**Schedule B**

**Services Rendered during the Period: September 1-30, 2003**

| Date | | Comment | CAT. | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 9/24/03 | JS | Revise and expand product position subsection to Industry and Company Overview section of valuation report | 21 | 2.20 | $450.00 | $990.00 |
| 9/24/03 | JS | Review and analyze tax information on German subsidiary/ holding company reorganization in preparation of conf.call with WR Grace on 9/25/03 | 21 | 1.20 | $450.00 | $540.00 |
| 9/24/03 | JS | Review acquisition materials to prepare for valuation of new bid WRG to counter higher opposing bid rec'd by seller. Consider impact to WRG valuation | 21 | 2.00 | $450.00 | $900.00 |
| 9/25/03 | JS | Continue review and analysis of acquisition information to determine upper price limits for Galeras WR Grace valuation purposes | 21 | 1.70 | $450.00 | $765.00 |
| 9/25/03 | JS | Review revised market multiples valuation runs for adjusted EBITDA and EBIT calculations. Reconcile with DCF runs for valuation purposes | 21 | 1.50 | $450.00 | $675.00 |
| 9/25/03 | JS | Review valuation report, industry and company overview, DCF, market multiples sections. | 21 | 2.20 | $450.00 | $990.00 |
| 9/25/03 | JS | Review Valuation Conclusion based on revised market multiples runs and reconciliation with DCF valuation for valuation report | 21 | 0.50 | $450.00 | $225.00 |
| 9/26/03 | JS | Determine cash surplus for added value to valuation, based on 7/31/03 Report to Creditors | 21 | 1.30 | $450.00 | $585.00 |
| 9/26/03 | JS | Analyze cash value of life insurance policies and policy loans drawn against them (7/31/03 Report to Creditors). Surplus asset, add to valuation calculation. | 21 | 1.70 | $450.00 | $765.00 |
| 9/26/03 | JS | Analyze financials of guideline comparable companies, have add'l WACC calculations executed based on the average debt level of comparable companies (22% debt level). Have DCF models rerun with new WACC to considering DCF valuation range. | 21 | 1.60 | $450.00 | $720.00 |
| 9/26/03 | JS | Revise Valuation Conclusion of report for surplus assets and new DCF valuation range. | 21 | 1.20 | $450.00 | $540.00 |
| 9/26/03 | JS | Review and update Executive Summary of valuation report. | 21 | 2.10 | $450.00 | $945.00 |
| 9/26/03 | PR | Update and review adjustment to WACC capital structure based on industry median for valuation | 21 | 1.10 | $345.00 | $379.50 |
| 9/29/03 | JS | Analyze underfunded pension liability, determine funding schedule, revise free cash flow and DCF runs for valuation purposes | 21 | 2.90 | $450.00 | $1,305.00 |
| 9/29/03 | JS | Revise DCF section and Valuation Conclusion section of valuation report. | 21 | 2.50 | $450.00 | $1,125.00 |
| 9/29/03 | JS | Review and update Executive Summary of valuation report to reflect changes. | 21 | 1.20 | $450.00 | $540.00 |
| 9/29/03 | JS | Review Industry and Company Overview section of valuation report for changes and consistency | 21 | 1.40 | $450.00 | $630.00 |
| 9/29/03 | PR | Update and review additional pension payment to future cash flows and DCF model for valuation | 21 | 1.10 | $345.00 | $379.50 |
| 9/29/03 | PR | Update and review executive summary section of valuation presentation to ACC | 21 | 1.10 | $345.00 | $379.50 |
| 9/29/03 | PR | Prepare and review limiting conditions and assumptions section of presentation to ACC | 21 | 1.10 | $345.00 | $379.50 |
| 9/29/03 | PR | Update and review DCF summary section and commentary in valuation section of presentation to ACC | 21 | 1.60 | $345.00 | $552.00 |
| 9/29/03 | PR | Update and review market multiple overview section on valuation range and assumptions for presentation to ACC | 21 | 1.60 | $345.00 | $552.00 |
| 9/29/03 | PR | Prepare and review unlevered beta section of valuation of presentation to ACC | 21 | 1.10 | $345.00 | $379.50 |
| 9/29/03 | PR | Update and review industry overview section of valuation of presentation to ACC | 21 | 1.10 | $345.00 | $379.50 |
| 9/29/03 | PR | Prepare and review WACC section and calculation for valuation of presentation to ACC | 21 | 1.10 | $345.00 | $379.50 |
| 9/30/03 | JS | Conference call with WR Grace VP of Taxes, Elyse Napoli-Filon, re German subsidiary reorganization and loan, tac effect thereof, for effect on valuation and POR | 21 | 0.80 | $450.00 | $360.00 |

# W.R. Grace

Schedule B

**Services Rendered during the Period: September 1-30, 2003**

| Date | | Comment | CAT. | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 9/30/03 | JS | Review valuation numbers, conclusions and basis thereof | 21 | 1.50 | $450.00 | $675.00 |
| 9/30/03 | JS | Review September 30th, 2003 Report to Creditors of 8/31/03 for effect on valuation. | 21 | 2.00 | $450.00 | $900.00 |
| 9/30/03 | JS | Revise all sections of valuation report for changes in cash, net life policies, reserves, as reflected in 8/31/03 Report to Creditors | 21 | 1.20 | $450.00 | $540.00 |
| 9/30/03 | JS | Prepare assumption summary regarding debt/equity for 10.2% WACC and alternative 9.7% WACC in DCF section of valuation report | 21 | 1.70 | $450.00 | $765.00 |
| 9/30/03 | JS | Review and revise Limiting Conditions and Assumptions section of valuation report. | 21 | 0.70 | $450.00 | $315.00 |
| 9/30/03 | JS | Review and revise Guideline Companies Market Multiples section of valuation report. | 21 | 0.60 | $450.00 | $270.00 |
| | | **TOTAL Category 21: Valuation** | | **257.50** | | **$100,513.50** |
| 9/2/03 | MB | Compile issue list for submission to debtor financial advisor related to Libby EPA ruling | 26 | 0.70 | $450.00 | $315.00 |
| 9/3/03 | MB | Discuss status of pending motions with debtor financial advisor | 26 | 0.60 | $450.00 | $270.00 |
| 9/4/03 | LT | Review debtor's proposal to potential consensual plan prospects | 26 | 1.60 | $475.00 | $760.00 |
| 9/4/03 | MB | Plan for analyzing recovery scenarios proposed by debtor | 26 | 1.60 | $450.00 | $720.00 |
| 9/4/03 | MB | Participate in call with debtor to discuss details of motion to retain State Street as fiduciary | 26 | 0.50 | $450.00 | $225.00 |
| 9/4/03 | MB | Prepare recovery model A comparing debtor analysis to pari-passu allocation | 26 | 1.20 | $450.00 | $540.00 |
| 9/4/03 | MB | Prepare recovery model B comparing debtor analysis to pari-passu allocation | 26 | 0.90 | $450.00 | $405.00 |
| 9/4/03 | MB | Prepare recovery model C comparing debtor analysis to pari-passu allocation | 26 | 0.90 | $450.00 | $405.00 |
| 9/4/03 | MB | Prepare recovery model D comparing debtor analysis to pari-passu allocation | 26 | 0.90 | $450.00 | $405.00 |
| 9/5/03 | MB | Participate in conference call with debtor to discuss term sheet proposal | 26 | 0.80 | $450.00 | $360.00 |
| 9/5/03 | MB | Summarize issues raised in conference call with debtor to discuss term sheet proposal | 26 | 0.50 | $450.00 | $225.00 |
| 9/5/03 | AP | Prepared Executive Summary for Monthly Grace Memo to highlight the main changes during the month of July. | 26 | 1.20 | $260.00 | $312.00 |
| 9/5/03 | AP | Prepared Sales by Geographic Region table to summarize the sales within Grace by region for the memo | 26 | 1.20 | $260.00 | $312.00 |
| 9/5/03 | AP | Prepared Cash in Foreign Countries table for the memo to address the questions around which regions and business units have the majority of cash and cash equivalents. | 26 | 0.90 | $260.00 | $234.00 |
| 9/5/03 | AP | Prepared Sales by Business Unit table highlighting both Performance and Davison business unit sales in order to determine trend in sales for the consolidated firm. | 26 | 1.00 | $260.00 | $260.00 |
| 9/5/03 | AP | Prepared Income Statement summary by business unit table in order to show the income being generated by both Performance and Davision along with the cost allocations between the two units | 26 | 1.30 | $260.00 | $338.00 |
| 9/5/03 | AP | Prepared Expenses by business unit table to expend upon the Income Statement summary in order to show the slight discrepancy in cost allocation between the two units. | 26 | 1.50 | $260.00 | $390.00 |
| 9/5/03 | AP | Prepared the Income Statement summary for both filing and non-filing entities to show the income generated between the two entities and how costs are being allocated between filing and non-filing entities | 26 | 2.00 | $260.00 | $520.00 |
| 9/8/03 | MB | Review 9/5/03 Calendar of Critical Events | 26 | 0.30 | $450.00 | $135.00 |
| 9/8/03 | AP | Prepared the W.R. Grace Performance Consolidated section of the monthly memo highlighting the material changes within the consolidated firm during the month of July. | 26 | 2.20 | $260.00 | $572.00 |
| 9/8/03 | AP | Prepared the W.R. Grace Filing vs. Non-Filing section of the monthly memo showing the differences in performance and expenses as a percent of net sales between the two entities. | 26 | 2.00 | $260.00 | $520.00 |

# W.R. Grace

## Schedule B

**Services Rendered during the Period: September 1-30, 2003**

| Date | | Comment | CAT. | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 9/8/03 | AP | Prepared W.R. Grace Performance by Region section of monthly memo to summarize sales activity | 26 | 1.30 | $260.00 | $338.00 |
| 9/8/03 | AP | Prepared W.R. Grace Cash Transactions section of monthly memo addressing key sources of cash during the month of July. | 26 | 1.20 | $260.00 | $312.00 |
| 9/10/03 | LT | Review and analysis of monthly operating report for July 2003 | 26 | 1.60 | $475.00 | $760.00 |
| 9/11/03 | AP | Prepared Other Activity section of monthly memo to summarize any additional material changes that occurred during the month that has impacted the firm and its performance. | 26 | 2.00 | $260.00 | $520.00 |
| 9/11/03 | AP | Prepared tables (exhibits) for memo by highlighting key information which was mentioned in the memo and making footnotes to describe discrepancy when appropriate. | 26 | 1.30 | $260.00 | $338.00 |
| 9/15/03 | MB | Review 9/12/03 Calendar of Critical Events | 26 | 0.30 | $450.00 | $135.00 |
| 9/16/03 | AP | Prepared final updates to W.R. Grace Monthly Operating Report Summary Memo in order to disseminate memo as an update on performance. | 26 | 0.50 | $260.00 | $130.00 |
| 9/16/03 | AP | Prepared the final updates to the Monthly Operating Report supportive exhibits and verified analysis against MOR financial statements. | 26 | 0.90 | $260.00 | $234.00 |
| 9/17/03 | MB | Prepare for Libby environmental conference call with Grace management | 26 | 0.40 | $450.00 | $180.00 |
| 9/17/03 | MB | Participate in conference call with debtor to discuss Libby environmental settlement impact on operating performance | 26 | 0.60 | $450.00 | $270.00 |
| 9/19/03 | MB | Discuss timing of acquisition with debtor financial advisor | 26 | 0.30 | $450.00 | $135.00 |
| 9/22/03 | JS | Review acquisiton material in preparation for response to Blackstone at the request of counsel | 26 | 1.50 | $450.00 | $675.00 |
| 9/22/03 | MB | Review 9/19/03 Calendar of Critical Events | 26 | 0.30 | $450.00 | $135.00 |
| 9/22/03 | MB | Plan for review of cash management system in connection with allocation of consolidated debtor value | 26 | 2.00 | $450.00 | $900.00 |
| 9/22/03 | MB | Review account status, open issues and calendar for upcoming events | 26 | 0.60 | $450.00 | $270.00 |
| 9/23/03 | JS | Conference call to Company, Francine Gilbert and Rob Williams. Finance Dept, to resolve open questions from our memo of 8/28 ref: transfer pricing, loan to German subsidiary, etc. | 26 | 1.10 | $450.00 | $495.00 |
| 9/23/03 | MB | Participate in conference call with debtor to discuss transfer pricing issues | 26 | 0.70 | $450.00 | $315.00 |
| 9/23/03 | MB | Review and analyze debtor memorandum supporting acquisition "Project Galeras" | 26 | 1.40 | $450.00 | $630.00 |
| 9/23/03 | MB | Review transfer pricing support provided by debtor in connection with assessment of debtor v nondebtor value | 26 | 1.60 | $450.00 | $720.00 |
| 9/23/03 | MB | Review June 2003 treasury report including supporting schedule in connection with assessment of debtor v nondebtor value | 26 | 1.20 | $450.00 | $540.00 |
| 9/23/03 | MB | Review debtor analysis of cash repatriation plan in connection with assessment of acquisition | 26 | 1.70 | $450.00 | $765.00 |
| 9/23/03 | MB | Review acquisition offering memorandum in connection with assessment of acquisition opportunity | 26 | 2.60 | $450.00 | $1,170.00 |
| 9/29/03 | MB | Review 9/26/03 Calendar of Critical Events | 26 | 0.30 | $450.00 | $135.00 |
| 9/30/03 | MB | Analyze German holding company structure in connection with assessment of debtor v nondebtor value | 26 | 1.60 | $450.00 | $720.00 |
| | | **TOTAL Category 26: Business Analysis** | | **50.80** | | **$19,045.00** |
| 9/4/03 | AP | Reviewed and analyzed Qualitative Monthly Operating Report for US Trustee in order to determine overview of the previous month and key information that should be highlighted in the monthly memo. | 28 | 1.90 | $260.00 | $494.00 |
| 9/4/03 | AP | Reviewed and analyzed Monthly Operating Report Consolidated Balance Sheet information in order to understand monthly performance and prepare monthly memo. | 28 | 1.00 | $260.00 | $260.00 |

14

# W.R. Grace

**Schedule B**

**Services Rendered during the Period: September 1-30, 2003**

| Date | | Comment | CAT. | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 9/4/03 | AP | Reviewed and analyzed Monthly Operating Report Consolidated Income Statement information in order to understand monthly performance and prepare monthly memo. | 28 | 0.90 | $260.00 | $234.00 |
| 9/4/03 | AP | Reviewed and analyzed Monthly Operating Report filing entities Income Statement information in order to understand monthly performance and prepare monthly memo. | 28 | 1.00 | $260.00 | $260.00 |
| 9/4/03 | AP | Reviewed and analyzed Monthly Operating Report non-filing entities Income Statement information in order to understand monthly performance and prepare monthly memo. | 28 | 0.90 | $260.00 | $234.00 |
| | | **TOTAL Category 28: Data Analysis** | | **5.70** | | **$1,482.00** |
| | | **TOTAL   Schedule 'B'** | | **342.30** | | **$131,850.50** |

# W. R. Grace                                Schedule C

**Summary of Expenses Incurred by L Tersigni Consulting P.C.**
**Accountant and Financial Advisor**

| Descriptions | Amount |
|---|---|
| Telephone | $98.60 |
| Xerox:   ( 853 x $0.10 per page) | $85.30 |
| **Total Expenses incurred from September 1-30, 2003** | **$183.90** |