**L TERSIGNI CONSULTING P.C.**
Certified Public Accountant

2001 West Main Street - Suite 220
Stamford, CT. 06902
Telephone:  203-569-9090
Facsimile: 203-569-9098

August 27, 2003

**Invoice No. 10303**

**Marla R. Eskin, Esq.**
**Campbell & Levine LLC**
**800 N. King Street**
**Suite 300**
**Wilmington, DE.   19801**

## RE:    W.R. Grace

For services rendered in connection with the above-captioned matter during the period July 1, 2003 through  July 31, 2003 as per the attached analysis.

| Professional Fees  (see Schedule A) | Hours | Amount |
|---|---|---|
| Loreto T. Tersigni  - President | 13.10 | $6,222.50 |
| James Sinclair- Managing Director | 10.00 | $4,500.00 |
| Bradley Rapp- Managing Director | 3.00 | $1,350.00 |
| Michael Berkin- Managing Director | 31.50 | $14,175.00 |
| Peter Rubsam - Director | 5.50 | $1,897.50 |
| Christopher Curti - Director | 2.60 | $897.00 |
| Elizabeth Tersigni - Senior Consultant | 1.50 | $292.50 |
| Cheryl Wright - Senior Consultant | 9.20 | $1,794.00 |
| Dottie-Jo Collins - Manager | 3.50 | $910.00 |

| Expenses   (see Schedule C) | | |
|---|---|---|
| Telephone, Xerox | | $159.60 |
| **T O T A L** | | $32,198.10 |

Please Note:   Schedule B (attached)  reflects Professional Services Summary

**L TERSIGNI CONSULTING P.C.**
**Certified Public Accountant**

2001 West Main Street - Suite 220
Stamford, CT. 06902
Telephone:  203-569-9090
Facsimile: 203-569-9098

**August 27, 2003**

**Invoice No. 10303**

**Marla R. Eskin, Esq.**
**Campbell & Levine LLC**
**800 N. King Street**
**Suite 300**
**Wilmington, DE.   19801**

# RE:   W.R. Grace
   by Billing Matter Category.

**L TERSIGNI CONSULTING P.C.**

**Certified Public Accountant**

2001 West Main Street - Suite 220  
Stamford, CT. 06902  
Telephone:  203-569-9090  
Facsimile: 203-569-9098

**August 27, 2003**

**Invoice No.10303**

**Marla R. Eskin, Esq.**  
**Campbell & Levine LLC**  
**800 N. King Street**  
**Suite 300**  
**Wilmington, DE.   19801**

# RE:    W.R. Grace

Summary of Professional Services Rendered:    July 1-31, 2003

| Name | Schedule | Rate (2003) | Hours | Amount |
|---|---|---|---|---|
| Loreto T. Tersigni | Schedule  A | $475 | 13.10 | $6,222.50 |
| James Sinclair | Schedule  A | $450 | 10.00 | $4,500.00 |
| Bradley Rapp | Schedule  A | $450 | 3.00 | $1,350.00 |
| Michael Berkin | Schedule  A | $450 | 31.50 | $14,175.00 |
| Peter Rubsam | Schedule  A | $345 | 5.50 | $1,897.50 |
| Christopher Curti | Schedule  A | $345 | 2.60 | $897.00 |
| Elizabeth Tersigni | Schedule  A | $195 | 1.50 | $292.50 |
| Cheryl Wright | Schedule  A | $195 | 9.20 | $1,794.00 |
| Dottie-Jo Collins | Schedule  A | $260 | 3.50 | $910.00 |
| **Total  Professional  Services- Schedule A:** | | | 79.90 | $32,038.50 |
| **Total Out of Pocket Expenses- Schedule C:** | | | | $159.60 |
| **TOTAL   DUE   THIS   INVOICE** | | | | $32,198.10 |

Please Note:   Schedule B (attached)  reflects Professional Services Summary  
            by Billing Matter Category.

# W.R. Grace

## Schedule A

**Services Rendered during the Period:  July 1-31, 2003**

| Date | | Comment | CAT. | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Loreto Tersigni - President** | | | | | | |
| 7/2/03 | LT | Preparation of claims recovery financial analysis as requested by ACC counsel | 07 | 0.70 | $475.00 | $332.50 |
| 7/2/03 | LT | Review and analysis of Debtor's proposed pension funding motion | 08 | 1.40 | $475.00 | $665.00 |
| 7/8/03 | LT | Preparation of memorandum to ACC counsel regarding proposed pension funding contribution | 08 | 1.20 | $475.00 | $570.00 |
| 7/15/03 | LT | Review and analysis of monthly operating report for May 2003: Schedule of cash receipts/disbursements | 26 | 1.40 | $475.00 | $665.00 |
| 7/15/03 | LT | Review and analysis of monthly operating report for May 2003: Combined balance sheet, statement of operations and cash flows | 26 | 3.20 | $475.00 | $1,520.00 |
| 7/15/03 | LT | Review and analysis of monthly operating report for May 2003: Miscellaneous schedules - e.g.. accounts receivable, taxes, etc. | 26 | 0.80 | $475.00 | $380.00 |
| 7/18/03 | LT | Review weekly recommendation memorandum | 26 | 0.40 | $475.00 | $190.00 |
| 7/23/03 | LT | Review and analysis of 2nd Quarter 2003 earnings release and related exhibits | 26 | 1.40 | $475.00 | $665.00 |
| 7/30/03 | LT | Review engagement status | 26 | 0.30 | $475.00 | $142.50 |
| 7/30/03 | LT | Review monthly fee application for the month of June 2003 including timekeepers daily entries | 11 | 0.30 | $475.00 | $142.50 |
| 7/30/03 | LT | Preparation of recovery analysis as requested by ACC counsel | 07 | 0.80 | $475.00 | $380.00 |
| 7/31/03 | LT | Preparation of work plan for analysis requested by ACC counsel | 07 | 1.10 | $475.00 | $522.50 |
| 7/31/03 | LT | Review memorandum from ACC counsel regarding July 28, 2003 Omnibus Hearing | 07 | 0.10 | $475.00 | $47.50 |
| | | **Sub-Total** | | **13.10** | | **$6,222.50** |
| **James Sinclair - Managing Director** | | | | | | |
| 7/31/03 | JS | Preparation of work plan regarding valuation report | 21 | 0.40 | $450.00 | $180.00 |
| 7/31/03 | JS | Review and analysis of financial history and transactions for valuation as requested by counsel | 21 | 2.80 | $450.00 | $1,260.00 |
| 7/31/03 | JS | Review and analysis of recent financial reports of Company, annuals and quarterlies, and reports to creditors | 21 | 2.80 | $450.00 | $1,260.00 |
| 7/31/03 | JS | Review initial Due Diligence Report with comments and findings | 21 | 2.20 | $450.00 | $990.00 |
| 7/31/03 | JS | Review Sealed Air transaction for financial impact on current valuation | 21 | 1.80 | $450.00 | $810.00 |
| | | **Sub-Total** | | **10.00** | | **$4,500.00** |
| **Bradley Rapp - Managing Director** | | | | | | |
| 7/16/03 | BR | Update on claims and trust distributions for all projects at request of counsel to draft memorandum re the same | 26 | 0.30 | $450.00 | $135.00 |
| 7/18/03 | BR | Review of summary table of claims and recoveries for all projects at the request of counsel to the ACC | 07 | 0.30 | $450.00 | $135.00 |
| 7/25/03 | BR | Analysis of section 404 of the Internal Revenue Code for purpose of understanding maximum deductions that can be taken by employers for contributions to defined benefit pension plans | 08 | 0.30 | $450.00 | $135.00 |
| 7/25/03 | BR | Review of Regulations 1.404(a)-1 and 1.404(a)-1T for purposes of understanding maximum deductions that can be taken by employers for contributions to defined benefit pension plans | 08 | 0.10 | $450.00 | $45.00 |

# W.R. Grace

## Schedule A

**Services Rendered during the Period: July 1-31, 2003**

| Date | | Comment | CAT. | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 7/25/03 | BR | Review of Regulations 1.404(a)-3, 1.404(a)-4 and 1.404(a)-5 for purposes of understanding maximum deductions that can be taken by employers for contributions to defined benefit pension plans | 08 | 0.10 | $450.00 | $45.00 |
| 7/25/03 | BR | Review of Regulations 1.404(a)-6 and 1.404(a)-7 for purposes of understanding maximum deductions that can be taken by employers for contributions to defined benefit pension plans | 08 | 0.10 | $450.00 | $45.00 |
| 7/25/03 | BR | Analysis of subsections 4.12(a) through (d) of the Internal Revenue Code for purposes of understanding the minimum funding requirements for employers in connection with defined benefit pension plans | 08 | 0.30 | $450.00 | $135.00 |
| 7/25/03 | BR | Analysis of subsections 4.12(e) through (l) of the Internal Revenue Code for purposes of understanding the minimum funding requirements for employers in connection with defined benefit pension plans | 08 | 0.30 | $450.00 | $135.00 |
| 7/26/03 | BR | Analysis of subsections 4.12(m) and (n) of the Internal Revenue Code for purposes of understanding the minimum funding requirements for employers in connection with defined benefit pension plans | 08 | 0.20 | $450.00 | $90.00 |
| 7/26/03 | BR | Review of Chapter 8 of the 2002 Pension Answer Book relating to defined benefit funding requirements of employers for purposes of analyzing funding requirements of companies in Chapter 11 | 08 | 0.30 | $450.00 | $135.00 |
| 7/27/03 | BR | Review of Chapter 12 of the 2002 Pension Answer Book relating to tax deduction rules relating to employer contributions to defined benefit pension plans for purposes of analyzing deductibility of contributions to be made by companies in Chapter 11 | 08 | 0.30 | $450.00 | $135.00 |
| 7/27/03 | BR | Analysis of Article I and Article II of BNA Tax Management Portfolio #371 entitled "Employee Plans - Deductions, Contributions and Funding" for purposes of understanding scope of Section 4.04 of the Internal Revenue Code and its applicability to companies | 08 | 0.20 | $450.00 | $90.00 |
| 7/27/03 | BR | Analysis of Article IVA of BNA Tax Management Portfolio #371 entitled "Employee Plans Deductions, Contributions and Funding" relating to actuarial methods and ERISA approved methods for determining normal costs for purposes of analyzing pension plans | 08 | 0.20 | $450.00 | $90.00 |
| | | **Sub-Total** | | **3.00** | | **$1,350.00** |

**Michael Berkin - Managing Director**

| Date | | Comment | CAT. | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 7/1/03 | MB | Participate in conference call with debtor to discuss pension funding motion issues | 08 | 0.60 | $450.00 | $270.00 |
| 7/1/03 | MB | Summarize results of conference call with debtor to discuss pension funding motion issues | 08 | 1.60 | $450.00 | $720.00 |
| 7/1/03 | MB | Prepare memorandum to ACC counsel, and related exhibits, analyzing Grace pension plan contribution motion | 08 | 3.00 | $450.00 | $1,350.00 |
| 7/2/03 | MB | Update memorandum to ACC counsel analyzing Grace pension plan contribution motion | 08 | 1.30 | $450.00 | $585.00 |
| 7/2/03 | MB | Participate in call with ACC counsel to discuss alternative recovery scenarios | 26 | 0.60 | $450.00 | $270.00 |
| 7/2/03 | MB | Calculate alternative recovery scenarios at request of ACC counsel | 07 | 2.00 | $450.00 | $900.00 |
| 7/3/03 | MB | Analyze impact of merging and offsetting pension plans upon contribution proposed in motion | 08 | 2.00 | $450.00 | $900.00 |
| 7/3/03 | MB | Analyze impact of interest rate relief upon contribution proposed in motion | 08 | 2.00 | $450.00 | $900.00 |
| 7/3/03 | MB | Remit additional questions to debtor related to pension funding motion | 08 | 1.40 | $450.00 | $630.00 |
| 7/3/03 | MB | Review ERISA Form 5500 reporting requirements in connection with assessment of pension funding motion | 08 | 2.30 | $450.00 | $1,035.00 |
| 7/3/03 | MB | Review supplemental employee retirement plan to determine impact upon proposed pension funding motion | 08 | 2.00 | $450.00 | $900.00 |
| 7/7/03 | MB | Review 7/3/03 Calendar of Critical Events | 26 | 0.40 | $450.00 | $180.00 |
| 7/8/03 | MB | Prepare for conference call with debtor to discuss additional pension issues in connection with analysis of motion | 08 | 0.70 | $450.00 | $315.00 |

# W.R. Grace

## Schedule A

**Services Rendered during the Period:  July 1-31, 2003**

| Date | | Comment | CAT. | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 7/8/03 | MB | Participate in conference call with debtor to discuss additional pension issues in connection with analysis of motion | 08 | 0.50 | $450.00 | $225.00 |
| 7/8/03 | MB | Discuss status of pension motion analysis with ACC counsel | 08 | 0.40 | $450.00 | $180.00 |
| 7/9/03 | MB | Modify memorandum related to pension contribution assessment to ACC counsel | 08 | 1.30 | $450.00 | $585.00 |
| 7/10/03 | MB | Review motion of Summit to compel Grace to assume executory contract at request of ACC counsel | 07 | 1.30 | $450.00 | $585.00 |
| 7/10/03 | MB | Review Option and Sale Agreement exhibit of Summit motion at request of ACC counsel | 07 | 2.40 | $450.00 | $1,080.00 |
| 7/10/03 | MB | Review First Amendment to Option and Sale Agreement exhibit of Summit motion at request of ACC counsel | 07 | 1.60 | $450.00 | $720.00 |
| 7/14/03 | MB | Review 7/11/03 Calendar of Critical Events | 26 | 0.40 | $450.00 | $180.00 |
| 7/17/03 | MB | Engage in planning for conservative model recovery analysis per request of ACC counsel | 07 | 0.70 | $450.00 | $315.00 |
| 7/18/03 | MB | Review and prepare modifications to conservative model recovery analysis per request of ACC counsel | 07 | 1.30 | $450.00 | $585.00 |
| 7/21/03 | MB | Review 7/18/03 Calendar of Critical Events | 26 | 0.40 | $450.00 | $180.00 |
| 7/24/03 | MB | Review account status, open issues and calendar for upcoming events | 26 | 0.40 | $450.00 | $180.00 |
| 7/28/03 | MB | Review 7/25/03 Calendar of Critical Events | 26 | 0.40 | $450.00 | $180.00 |
| 7/29/03 | MB | Discuss Grace pension order changes with ACC counsel | 08 | 0.50 | $450.00 | $225.00 |
| | | **Sub-Total** | | **31.50** | | **$14,175.00** |

**Peter Rubsam - Director**

| Date | | Comment | CAT. | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 7/17/03 | PR | Analyze and preparation of 5 year projected balance sheet based on historical trending for profitability, growth and various financial ratios for valuation | 21 | 1.00 | $345.00 | $345.00 |
| 7/17/03 | PR | Analyze and preparation of 5 year projected income statement based on historical trending for profitability, growth and financial ratios for valuation | 21 | 1.20 | $345.00 | $414.00 |
| 7/18/03 | PR | Analyze and preparation of 5 year projected cash flow statement based on historical trending for profitability, growth and various financial ratios for valuation | 21 | 1.30 | $345.00 | $448.50 |
| 7/18/03 | PR | Update and review 5 year projections to net cash from financing activities based on various financial ratios and changes to net income and working capital for valuation | 21 | 1.00 | $345.00 | $345.00 |
| 7/18/03 | PR | Update and review 5 year projections to shareholders equity based on various financial ratios and changes to net income, treasury stock and other comprehensive income for valuation | 21 | 1.00 | $345.00 | $345.00 |
| | | **Sub-Total** | | **5.50** | | **$1,897.50** |

**Christopher Curti - Director**

| Date | | Comment | CAT. | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 7/17/03 | CC | Prepare draft asbestos recovery presentation for special request from counsel;  Review claims outstanding and estimated asbestos recoveries from corporate assets | 26 | 1.30 | $345.00 | $448.50 |
| 7/17/03 | CC | Prepare draft asbestos recovery presentation for special request from counsel; Summarize enterprise value assumptions and preliminary conclusions | 26 | 1.30 | $345.00 | $448.50 |
| | | **Sub-Total** | | **2.60** | | **$897.00** |

**Elizabeth Tersigni - Senior Consultant**

| Date | | Comment | CAT. | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 7/30/03 | ET | Researched the PACER (public access to court electronic records) for information pertaining to WR Grace financial advisors, financial advisors to the unsecured creditors, financial advisors to the futures representative and the pension advisory. | 26 | 0.50 | $195.00 | $97.50 |
| 7/30/03 | ET | Researched the PACER (public access to court electronic records) for information pertaining to the role of the scheme administrator. | 26 | 0.50 | $195.00 | $97.50 |

# W.R. Grace

# Schedule A

**Services Rendered during the Period:  July 1-31, 2003**

| Date | | Comment | CAT. | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 7/30/03 | ET | Researched WR Grace's third quarter 10Q for information pertaining to the role of the scheme administrator. | 26 | 0.50 | $195.00 | $97.50 |
| | | **Sub-Total** | | 1.50 | | $292.50 |

**Cheryl Wright - Senior Consultant**

| Date | | Comment | CAT. | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 7/16/03 | CW | Review business overview and products and markets portions of 2002 10K for valuation purposes | 21 | 2.00 | $195.00 | $390.00 |
| 7/16/03 | CW | Review management's discussion and analysis portion of 2002 10K for valuation purposes | 21 | 2.00 | $195.00 | $390.00 |
| 7/16/03 | CW | Review financial statements portion of 2002 10K for valuation purposes | 21 | 1.30 | $195.00 | $253.50 |
| 7/16/03 | CW | Research Rohm & Haas (comparable company) based on information provided on business lines in 2002 10K for valuation purposes | 21 | 1.30 | $195.00 | $253.50 |
| 7/16/03 | CW | Research Engelhard Corp. (comparable company) based on information provided on business lines in 2002 10K for valuation purposes | 21 | 1.30 | $195.00 | $253.50 |
| 7/16/03 | CW | Research Lubrizol Corp. (comparable company) based on information provided on business lines in 2002 10K for valuation purposes | 21 | 1.30 | $195.00 | $253.50 |
| | | **Sub-Total** | | 9.20 | | $1,794.00 |

**Dottie-Jo Collins - Manager**

| Date | | Comment | CAT. | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 7/31/03 | DC | Compilation and consolidation of monthly services rendered and assignment of Billing Categories | 11 | 3.50 | $260.00 | $910.00 |
| | | **Sub-Total** | | 3.50 | | $910.00 |
| | | **TOTAL   Schedule  'A'** | | 79.90 | | $32,038.50 |

# W.R. Grace

## Schedule B

**Services Rendered during the Period: July 1-31, 2003**

| Date | | Comment | CAT. | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 7/2/03 | LT | Preparation of claims recovery financial analysis as requested by ACC counsel | 07 | 0.70 | $475.00 | $332.50 |
| 7/2/03 | MB | Calculate alternative recovery scenarios at request of ACC counsel | 07 | 2.00 | $450.00 | $900.00 |
| 7/10/03 | MB | Review motion of Summit to compel Grace to assume executory contract at request of ACC counsel | 07 | 1.30 | $450.00 | $585.00 |
| 7/10/03 | MB | Review Option and Sale Agreement exhibit of Summit motion at request of ACC counsel | 07 | 2.40 | $450.00 | $1,080.00 |
| 7/10/03 | MB | Review First Amendment to Option and Sale Agreement exhibit of Summit motion at request of ACC counsel | 07 | 1.60 | $450.00 | $720.00 |
| 7/17/03 | MB | Engage in planning for conservative model recovery analysis per request of ACC counsel | 07 | 0.70 | $450.00 | $315.00 |
| 7/18/03 | BR | Review of summary table of claims and recoveries for all projects at the request of counsel to the ACC | 07 | 0.30 | $450.00 | $135.00 |
| 7/18/03 | MB | Review and prepare modifications to conservative model recovery analysis per request of ACC counsel | 07 | 1.30 | $450.00 | $585.00 |
| 7/30/03 | LT | Preparation of recovery analysis as requested by ACC counsel | 07 | 0.80 | $475.00 | $380.00 |
| 7/31/03 | LT | Preparation of work plan for analysis requested by ACC counsel | 07 | 1.10 | $475.00 | $522.50 |
| 7/31/03 | LT | Review memorandum from ACC counsel regarding July 28, 2003 Omnibus Hearing | 07 | 0.10 | $475.00 | $47.50 |
| | | **TOTAL Category 07: Committee, Creditor's, Noteholders'** | | **12.30** | | **$5,602.50** |
| 7/1/03 | MB | Participate in conference call with debtor to discuss pension funding motion issues | 08 | 0.60 | $450.00 | $270.00 |
| 7/1/03 | MB | Summarize results of conference call with debtor to discuss pension funding motion issues | 08 | 1.60 | $450.00 | $720.00 |
| 7/1/03 | MB | Prepare memorandum to ACC counsel, and related exhibits, analyzing Grace pension plan contribution motion | 08 | 3.00 | $450.00 | $1,350.00 |
| 7/2/03 | LT | Review and analysis of Debtor's proposed pension funding motion | 08 | 1.40 | $475.00 | $665.00 |
| 7/2/03 | MB | Update memorandum to ACC counsel analyzing Grace pension plan contribution motion | 08 | 1.30 | $450.00 | $585.00 |
| 7/3/03 | MB | Analyze impact of merging and offsetting pension plans upon contribution proposed in motion | 08 | 2.00 | $450.00 | $900.00 |
| 7/3/03 | MB | Analyze impact of interest rate relief upon contribution proposed in motion | 08 | 2.00 | $450.00 | $900.00 |
| 7/3/03 | MB | Remit additional questions to debtor related to pension funding motion | 08 | 1.40 | $450.00 | $630.00 |
| 7/3/03 | MB | Review ERISA Form 5500 reporting requirements in connection with assessment of pension funding motion | 08 | 2.30 | $450.00 | $1,035.00 |
| 7/3/03 | MB | Review supplemental employee retirement plan to determine impact upon proposed pension funding motion | 08 | 2.00 | $450.00 | $900.00 |
| 7/8/03 | LT | Preparation of memorandum to ACC counsel regarding proposed pension funding contribution | 08 | 1.20 | $475.00 | $570.00 |
| 7/8/03 | MB | Prepare for conference call with debtor to discuss additional pension issues in connection with analysis of motion | 08 | 0.70 | $450.00 | $315.00 |
| 7/8/03 | MB | Participate in conference call with debtor to discuss additional pension issues in connection with analysis of motion | 08 | 0.50 | $450.00 | $225.00 |
| 7/8/03 | MB | Discuss status of pension motion analysis with ACC counsel | 08 | 0.40 | $450.00 | $180.00 |
| 7/9/03 | MB | Modify memorandum related to pension contribution assessment to ACC counsel | 08 | 1.30 | $450.00 | $585.00 |
| 7/25/03 | BR | Analysis of section 404 of the Internal Revenue Code for purpose of understanding maximum deductions that can be taken by employers for contributions to defined benefit pension plans | 08 | 0.30 | $450.00 | $135.00 |

# W.R. Grace

**Schedule B**

### Services Rendered during the Period: July 1-31, 2003

| Date | | Comment | CAT. | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 7/25/03 | BR | Review of Regulations 1.404(a)-1 and 1.404(a)-1T for purposes of understanding maximum deductions that can be taken by employers for contributions to defined benefit pension plans | 08 | 0.10 | $450.00 | $45.00 |
| 7/25/03 | BR | Review of Regulations 1.404(a)-3, 1.404(a)-4 and 1.404(a)-5 for purposes of understanding maximum deductions that can be taken by employers for contributions to defined benefit pension plans | 08 | 0.10 | $450.00 | $45.00 |
| 7/25/03 | BR | Review of Regulations 1.404(a)-6 and 1.404(a)-7 for purposes of understanding maximum deductions that can be taken by employers for contributions to defined benefit pension plans | 08 | 0.10 | $450.00 | $45.00 |
| 7/25/03 | BR | Analysis of subsections 4.12(a) through (d) of the Internal Revenue Code for purposes of understanding the minimum funding requirements for employers in connection with defined benefit pension plans | 08 | 0.30 | $450.00 | $135.00 |
| 7/25/03 | BR | Analysis of subsections 4.12(e) through (l) of the Internal Revenue Code for purposes of understanding the minimum funding requirements for employers in connection with defined benefit pension plans | 08 | 0.30 | $450.00 | $135.00 |
| 7/26/03 | BR | Analysis of subsections 4.12(m) and (n) of the Internal Revenue Code for purposes of understanding the minimum funding requirements for employers in connection with defined benefit pension plans | 08 | 0.20 | $450.00 | $90.00 |
| 7/26/03 | BR | Review of Chapter 8 of the 2002 Pension Answer Book relating to defined benefit funding requirements of employers for purposes of analyzing funding requirements of companies in Chapter 11 | 08 | 0.30 | $450.00 | $135.00 |
| 7/27/03 | BR | Review of Chapter 12 of the 2002 Pension Answer Book relating to tax deduction rules relating to employer contributions to defined benefit pension plans for purposes of analyzing deductibility of contributions to be made by companies in Chapter 11 | 08 | 0.30 | $450.00 | $135.00 |
| 7/27/03 | BR | "Employee Plans - Deductions, Contributions and Funding" for purposes of understanding scope of Section 4.04 of the Internal Revenue Code and its applicability to companies | 08 | 0.20 | $450.00 | $90.00 |
| 7/27/03 | BR | Analysis of Article IVA of BNA Tax Management Portfolio #371 entitled "Employee Plans - Deductions, Contributions and Funding" relating to actuarial methods and ERISA approved methods for determining normal costs for purposes of analyzing pension plans | 08 | 0.20 | $450.00 | $90.00 |
| 7/29/03 | MB | Discuss Grace pension order changes with ACC counsel | 08 | 0.50 | $450.00 | $225.00 |
| | | **TOTAL Category 08: Employee Benefits/Pension** | | **24.60** | | **$11,135.00** |
| 7/30/03 | LT | Review monthly fee application for the month of June 2003 including timekeepers daily entries | 11 | 0.30 | $475.00 | $142.50 |
| 7/31/03 | DC | Compilation and consolidation of monthly services rendered and assignment of Billing Categories | 11 | 3.50 | $260.00 | $910.00 |
| | | **TOTAL Category 11: Fee Applications, Applicant** | | **3.80** | | **$1,052.50** |
| 7/16/03 | CW | Review business overview and products and markets portions of 2002 10K for valuation purposes | 21 | 2.00 | $195.00 | $390.00 |
| 7/16/03 | CW | Review management's discussion and analysis portion of 2002 10K for valuation purposes | 21 | 2.00 | $195.00 | $390.00 |
| 7/16/03 | CW | Review financial statements portion of 2002 10K for valuation purposes | 21 | 1.30 | $195.00 | $253.50 |
| 7/16/03 | CW | Research Rohm & Haas (comparable company) based on information provided on business lines in 2002 10K for valuation purposes | 21 | 1.30 | $195.00 | $253.50 |
| 7/16/03 | CW | Research Engelhard Corp. (comparable company) based on information provided on business lines in 2002 10K for valuation purposes | 21 | 1.30 | $195.00 | $253.50 |
| 7/16/03 | CW | Research Lubrizol Corp. (comparable company) based on information provided on business lines in 2002 10K for valuation purposes | 21 | 1.30 | $195.00 | $253.50 |
| 7/17/03 | PR | Analyze and preparation of 5 year projected balance sheet based on historical trending for profitability, growth and various financial ratios for valuation | 21 | 1.00 | $345.00 | $345.00 |
| 7/17/03 | PR | Analyze and preparation of 5 year projected income statement based on historical trending for profitability, growth and financial ratios for valuation | 21 | 1.20 | $345.00 | $414.00 |

# W.R. Grace

## Schedule B

**Services Rendered during the Period: July 1-31, 2003**

| Date | | Comment | CAT. | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 7/18/03 | PR | Analyze and preparation of 5 year projected cash flow statement based on historical trending for profitability, growth and various financial ratios for valuation | 21 | 1.30 | $345.00 | $448.50 |
| 7/18/03 | PR | Update and review 5 year projections to net cash from financing activities based on various financial ratios and changes to net income and working capital for valuation | 21 | 1.00 | $345.00 | $345.00 |
| 7/18/03 | PR | Update and review 5 year projections to shareholders equity based on various financial ratios and changes to net income, treasury stock and other comprehensive income for valuation | 21 | 1.00 | $345.00 | $345.00 |
| 7/31/03 | JS | Preparation of work plan regarding valuation report | 21 | 0.40 | $450.00 | $180.00 |
| 7/31/03 | JS | Review and analysis of financial history and transactions for valuation as requested by counsel | 21 | 2.80 | $450.00 | $1,260.00 |
| 7/31/03 | JS | Review and analysis of recent financial reports of Company, annuals and quarterlies, and reports to creditors | 21 | 2.80 | $450.00 | $1,260.00 |
| 7/31/03 | JS | Review initial Due Diligence Report with comments and findings | 21 | 2.20 | $450.00 | $990.00 |
| 7/31/03 | JS | Review Sealed Air transaction for financial impact on current valuation | 21 | 1.80 | $450.00 | $810.00 |
| | | **TOTAL Category 21: Valuation** | | **24.70** | | **$8,191.50** |
| 7/2/03 | MB | Participate in call with ACC counsel to discuss alternative recovery scenarios | 26 | 0.60 | $450.00 | $270.00 |
| 7/7/03 | MB | Review 7/3/03 Calendar of Critical Events | 26 | 0.40 | $450.00 | $180.00 |
| 7/14/03 | MB | Review 7/11/03 Calendar of Critical Events | 26 | 0.40 | $450.00 | $180.00 |
| 7/15/03 | LT | Review and analysis of monthly operating report for May 2003: Schedule of cash receipts/disbursements | 26 | 1.40 | $475.00 | $665.00 |
| 7/15/03 | LT | Review and analysis of monthly operating report for May 2003: Combined balance sheet, statement of operations and cash flows | 26 | 3.20 | $475.00 | $1,520.00 |
| 7/15/03 | LT | Review and analysis of monthly operating report for May 2003: Miscellaneous schedules - e.g.. accounts receivable, taxes, etc. | 26 | 0.80 | $475.00 | $380.00 |
| 7/16/03 | BR | Update on claims and trust distributions for all projects at request of counsel to draft memorandum re the same | 26 | 0.30 | $450.00 | $135.00 |
| 7/17/03 | CC | Prepare draft asbestos recovery presentation for special request from counsel; Review claims outstanding and estimated asbestos recoveries from corporate assets | 26 | 1.30 | $345.00 | $448.50 |
| 7/17/03 | CC | Prepare draft asbestos recovery presentation for special request from counsel; Summarize enterprise value assumptions and preliminary conclusions | 26 | 1.30 | $345.00 | $448.50 |
| 7/18/03 | LT | Review weekly recommendation memorandum | 26 | 0.40 | $475.00 | $190.00 |
| 7/21/03 | MB | Review 7/18/03 Calendar of Critical Events | 26 | 0.40 | $450.00 | $180.00 |
| 7/23/03 | LT | Review and analysis of 2nd Quarter 2003 earnings release and related exhibits | 26 | 1.40 | $475.00 | $665.00 |
| 7/24/03 | MB | Review account status, open issues and calendar for upcoming events | 26 | 0.40 | $450.00 | $180.00 |
| 7/28/03 | MB | Review 7/25/03 Calendar of Critical Events | 26 | 0.40 | $450.00 | $180.00 |
| 7/30/03 | LT | Review engagement status | 26 | 0.30 | $475.00 | $142.50 |
| 7/30/03 | ET | Researched the PACER (public access to court electronic records) for information pertaining to WR Grace financial advisors, financial advisors to the unsecured creditors, financial advisors to the futures representative and the pension advisory. | 26 | 0.50 | $195.00 | $97.50 |
| 7/30/03 | ET | Researched the PACER (public access to court electronic records) for information pertaining to the role of the scheme administrator. | 26 | 0.50 | $195.00 | $97.50 |
| 7/30/03 | ET | Researched WR Grace's third quarter 10Q for information pertaining to the role of the scheme administrator. | 26 | 0.50 | $195.00 | $97.50 |
| | | **TOTAL Category 26: Business Analysis** | | **14.50** | | **$6,057.00** |

# W.R. Grace

## Schedule B

**Services Rendered during the Period: July 1-31, 2003**

| Date | Comment | CAT. | Hours | Rate | Amount |
|------|---------|------|-------|------|--------|
|      | **TOTAL Schedule 'B'** |  | **79.90** |  | **$32,038.50** |

# W. R. Grace                                    Schedule C

**Summary of Expenses Incurred by L Tersigni Consulting P.C.**
**Accountant and Financial Advisor**

| Descriptions | Category | Amount |
|---|---|---|
| Telephone | 11 | $65.21 |
| Xerox:   ( 740 x $0.10 per page) | 11 | $74.00 |
| Federal Express AWB# 8408 9310 6602 | 11 | $20.39 |
| **Total Expenses incurred from  July 1-31, 2003** | | **$159.60** |