**L TERSIGNI CONSULTING P.C.**
**Certified Public Accountant**

2001 West Main Street - Suite 220
Stamford, CT. 06902
Telephone: 203-569-9090
Facsimile: 203-569-9098

October 7, 2003

**Invoice No. 11703**

**Marla R. Eskin, Esq.**
**Campbell & Levine LLC**
**800 N. King Street**
**Suite 300**
**Wilmington, DE.   19801**

## RE:    W.R. Grace

For services rendered in connection with the above-captioned matter during the period August 1, 2003 through August 31, 2003 as per the attached analysis.

| Professional Fees  (see Schedule A) | Hours | Amount |
|---|---:|---:|
| Loreto T. Tersigni  - President | 6.50 | $3,087.50 |
| James Sinclair- Managing Director | 150.50 | $67,725.00 |
| Michael Berkin- Managing Director | 53.90 | $24,255.00 |
| Peter Rubsam - Director | 2.50 | $862.50 |
| Christopher Curti - Director | 7.70 | $2,656.50 |
| Aaron Prills - Manager | 18.20 | $4,732.00 |
| Cheryl Wright - Senior Consultant | 32.10 | $6,259.50 |
| Dottie-Jo Collins - Manager | 9.50 | $2,470.00 |

| Expenses   (see Schedule C) | |
|---|---:|
| Telephone, Xerox | $869.91 |
| **T O T A L** | $112,917.91 |

Please Note:   Schedule B (attached)  reflects Professional Services Summary
                      by Billing Matter Category.

**L TERSIGNI CONSULTING P.C.**

**Certified Public Accountant**

2001 West Main Street - Suite 220
Stamford, CT. 06902
Telephone: 203-569-9090
Facsimile: 203-569-9098

**October 7, 2003**

**Invoice No.11703**

**Marla R. Eskin, Esq.**
**Campbell & Levine LLC**
**800 N. King Street**
**Suite 300**
**Wilmington, DE.   19801**

# RE:    W.R. Grace

Summary of Professional Services Rendered:     August 1-31, 2003

| Name | Schedule | Rate (2003) | Hours | Amount |
|---|---|---:|---:|---:|
| Loreto T. Tersigni | Schedule  A | $475 | 6.50 | $3,087.50 |
| James Sinclair | Schedule  A | $450 | 150.50 | $67,725.00 |
| Michael Berkin | Schedule  A | $450 | 53.90 | $24,255.00 |
| Peter Rubsam | Schedule  A | $345 | 2.50 | $862.50 |
| Christopher Curti | Schedule  A | $345 | 7.70 | $2,656.50 |
| Aaron Prills | Schedule  A | $260 | 18.20 | $4,732.00 |
| Cheryl Wright | Schedule  A | $195 | 32.10 | $6,259.50 |
| Dottie-Jo Collins | Schedule  A | $260 | 9.50 | $2,470.00 |
| **Total  Professional  Services- Schedule A:** | | | 280.90 | $112,048.00 |
| **Total Out of Pocket Expenses- Schedule C:** | | | | $869.91 |
| **TOTAL   DUE   THIS   INVOICE** | | | | $112,917.91 |

Please Note:   Schedule B (attached)  reflects Professional Services Summary
                        by Billing Matter Category.

# W.R. Grace

## Schedule A

**Services Rendered during the Period: August 1-31, 2003**

| Date | | Comment | CAT. | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Loreto Tersigni - President** | | | | | | |
| 8/4/03 | LT | Review and analysis of monthly operating report for June 2003 | 26 | 2.50 | $475.00 | $1,187.50 |
| 8/13/03 | LT | Meeting with ACC counsel to review engagement status and analysis to be performed | 07 | 1.00 | $475.00 | $475.00 |
| 8/15/03 | LT | Preparation of historical financial analysis for the years 1998-2002 as requested by ACC counsel | 07 | 0.60 | $475.00 | $285.00 |
| 8/15/03 | LT | Preparation of summary projected operating results and cash flows as requested by ACC | 07 | 0.60 | $475.00 | $285.00 |
| 8/16/03 | LT | Review and analysis pf Q2'03 10-Q | 26 | 0.80 | $475.00 | $380.00 |
| 8/20/03 | LT | Review memorandum from Debtor requesting approval for pension contribution to be made at or prior to 9/15/03 | 08 | 0.50 | $475.00 | $237.50 |
| 8/30/03 | LT | Review engagement status | 26 | 0.30 | $475.00 | $142.50 |
| 8/30/03 | LT | Review monthly fee application for July 2003 including timekeeper daily entries | 11 | 0.20 | $475.00 | $95.00 |
| | | **Sub-Total** | | 6.50 | | $3,087.50 |
| **James Sinclair - Managing Director** | | | | | | |
| 8/1/03 | JS | Review and analysis of current company financial reports for basis of valuation | 21 | 2.90 | $450.00 | $1,305.00 |
| 8/1/03 | JS | Outline steps and component parts of valuation report | 21 | 2.70 | $450.00 | $1,215.00 |
| 8/1/03 | JS | Review and analyze company financial reports and memoranda for trends in product lines | 21 | 2.80 | $450.00 | $1,260.00 |
| 8/4/03 | JS | Draft memorandum of significant information for use in valuation report | 21 | 2.60 | $450.00 | $1,170.00 |
| 8/4/03 | JS | Analyze pre-restructuring years for operating performance; basis for change and impact on valuation | 21 | 3.50 | $450.00 | $1,575.00 |
| 8/4/03 | JS | Review and analyze downsizing transactions and resultant financial structure; impact on valuation | 21 | 2.70 | $450.00 | $1,215.00 |
| 8/4/03 | JS | Review and analysis of comparable companies analysis for valuation purposes | 21 | 2.00 | $450.00 | $900.00 |
| 8/5/03 | JS | Compare financial structure at downsizing with other competitors for valuation purposes | 21 | 2.80 | $450.00 | $1,260.00 |
| 8/5/03 | JS | Analyze post-restructuring operating performance | 21 | 2.00 | $450.00 | $900.00 |
| 8/5/03 | JS | Study competitors' performance during same period for market multiple valuation | 21 | 3.10 | $450.00 | $1,395.00 |
| 8/5/03 | JS | Prepare narrative for valuation report on competitor performance | 21 | 1.70 | $450.00 | $765.00 |
| 8/6/03 | JS | Continue preparation of narrative for text of valuation report on market multiple comparisons | 21 | 2.20 | $450.00 | $990.00 |
| 8/11/03 | JS | Analyze comparisons of competitors, expand list of guideline companies for market multiple valuation | 21 | 2.70 | $450.00 | $1,215.00 |
| 8/11/03 | JS | Review prior preliminary valuation data prepared in 8/02 | 21 | 1.50 | $450.00 | $675.00 |
| 8/12/03 | JS | Read background information on specialty chemicals for economic drivers for valuation | 21 | 2.80 | $450.00 | $1,260.00 |
| 8/12/03 | JS | Further study of chemical industry and outlook for specialty chemicals for valuation | 21 | 3.10 | $450.00 | $1,395.00 |
| 8/13/03 | JS | Review and analysis of 2nd quarter results, 10Q, 2003 for valuation purposes | 21 | 2.90 | $450.00 | $1,305.00 |
| 8/13/03 | JS | Review and compare 6 months results to budget, variances, comments of CEO for valuation purposes | 21 | 2.30 | $450.00 | $1,035.00 |
| 8/13/03 | JS | Review operating issues of the first quarter '03, extent of carryover into 2nd quarter, impact on valuation | 21 | 1.70 | $450.00 | $765.00 |
| 8/13/03 | JS | Analyze second half of 2003 forecasts by Company, make adjustments for possible continuation of operating | 21 | 3.10 | $450.00 | $1,395.00 |

# W.R. Grace

## Schedule A

**Services Rendered during the Period:  August 1-31, 2003**

| Date | | Comment | CAT. | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 8/14/03 | JS | Review and analyze reports on geographic markets, industry forecasts, economic drivers for WR Grace for valuation purposes | 21 | 2.80 | $450.00 | $1,260.00 |
| 8/14/03 | JS | Analyze WR Grace's projections, foreign and domestic, as basis for valuation | 21 | 3.20 | $450.00 | $1,440.00 |
| 8/14/03 | JS | Review industry reports on new large polyethylene and polypropylene plants scheduled, analyze impact on WR Grace | 21 | 3.10 | $450.00 | $1,395.00 |
| 8/15/03 | JS | Review 5 Year Business Plan for background/basis for valuation report | 21 | 3.00 | $450.00 | $1,350.00 |
| 8/15/03 | JS | Compare company plans, 5 Year and latest, to industry reports/articles, analyze for reasonableness for valuation | 21 | 2.90 | $450.00 | $1,305.00 |
| 8/15/03 | JS | Discussion with ACC counsel regarding valuation approach and growth of foreign non-filers | 07 | 0.40 | $450.00 | $180.00 |
| 8/15/03 | JS | Develop sensitivity estimates for WR Grace's catalyst sales to levels of polyolefin's plant expansion, impact on valuation | 21 | 2.80 | $450.00 | $1,260.00 |
| 8/18/03 | JS | Review 10Q and Company's 2003 forecasts for questions on conference call on 8/19 to Company | 21 | 2.50 | $450.00 | $1,125.00 |
| 8/18/03 | JS | Draft questions and observations for conference call, decline in profitability, growth in foreign vs. domestic, filing entities vs. non-filing, projections | 21 | 3.10 | $450.00 | $1,395.00 |
| 8/18/03 | JS | Trace trend by product in Company's Executive Summaries toward greater proportion of foreign sales. | 21 | 2.10 | $450.00 | $945.00 |
| 8/18/03 | JS | Discuss questions/observations with associates prior to conference call for purposes of valuation | 21 | 0.80 | $450.00 | $360.00 |
| 8/19/03 | JS | Final review of matters to be discussed on conference call to Company for impact on valuation | 21 | 1.30 | $450.00 | $585.00 |
| 8/19/03 | JS | Conference call with Company incl. Paul Norris,CEO, for quarterly update and 2003 forecast for valuation | 21 | 1.30 | $450.00 | $585.00 |
| 8/19/03 | JS | Document of filing vs. non-filing entities figures for valuation and impact on reorganization | 21 | 0.60 | $450.00 | $270.00 |
| 8/19/03 | JS | Document pre-filing debt and allocation to filing and non-filing entities for valuation | 21 | 0.30 | $450.00 | $135.00 |
| 8/19/03 | JS | Review and analyze company memoranda on pension funds and 2nd quarter 2003 10Q for funding plans for valuation | 21 | 2.60 | $450.00 | $1,170.00 |
| 8/19/03 | JS | Review and analyze chemical industry reports on Silicas and 2002 Company 10K on Silicas product line | 21 | 2.80 | $450.00 | $1,260.00 |
| 8/20/03 | JS | Review detail of Company 5-Year Plan and 6/30/03 Executive Summary for information on Company's Silicas | 21 | 2.70 | $450.00 | $1,215.00 |
| 8/20/03 | JS | Half the round trip, non-working, travel time: New York City/Columbia, MD. | 20 | 1.20 | $450.00 | $540.00 |
| 8/20/03 | JS | Participate in meeting to discuss Silica business acquisition to determine impact on business operations for valuation purposes | 26 | 2.50 | $450.00 | $1,125.00 |
| 8/20/03 | JS | Review meeting materials, impact of proposed acquisition on valuation and reorganization as acquisition is planned | 21 | 2.80 | $450.00 | $1,260.00 |
| 8/21/03 | JS | Review and modify projections, base case, for impact of acquisition for valuation | 21 | 3.10 | $450.00 | $1,395.00 |
| 8/21/03 | JS | Update filing vs. non-filing cash flows, cost allocations, transfer pricing, for impact on valuation | 21 | 1.10 | $450.00 | $495.00 |
| 8/21/03 | JS | Revise valuation for separate filing and non-filing entities as well as consolidated Company | 21 | 3.20 | $450.00 | $1,440.00 |
| 8/21/03 | JS | Study sensitivity of high and low scenarios of acquisition on projections of non-filers and consolidated Company | 21 | 2.70 | $450.00 | $1,215.00 |
| 8/22/03 | JS | Meet with Tersigni to discuss impact of cost allocations, transfer pricing and cash accumulation in non-filing | 21 | 0.70 | $450.00 | $315.00 |
| 8/22/03 | JS | Review quarterly Executive Summaries for filing and non-filing entities since filing (4/2001) for trends for impact on | 21 | 3.10 | $450.00 | $1,395.00 |

5

# W.R. Grace

## Schedule A

**Services Rendered during the Period: August 1-31, 2003**

| Date | | Comment | CAT. | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 8/22/03 | JS | Review cash flow trace for filing/non-filing entities, status, for valuation and reorganization | 21 | 0.30 | $450.00 | $135.00 |
| 8/22/03 | JS | Draft memorandum to counsel re proposed acquisition of non-filer, cost allocations, transfer pricing | 21 | 2.80 | $450.00 | $1,260.00 |
| 8/22/03 | JS | Review statistics in draft to counsel re impact on valuation, reorganization | 21 | 1.00 | $450.00 | $450.00 |
| 8/22/03 | JS | Edit, revise memo to Caplin and Drysdale for review and comment by Tersigni and | 21 | 1.30 | $450.00 | $585.00 |
| 8/25/03 | JS | Modify memorandum, and exhibits, to counsel to reflect comments from Tersigni and Berkin | 21 | 2.40 | $450.00 | $1,080.00 |
| 8/25/03 | JS | Conference call with counsel to discuss memorandum and exhibits | 21 | 0.20 | $450.00 | $90.00 |
| 8/25/03 | JS | Review cash flow analysis of filers and non-filers for impact on valuation | 21 | 1.30 | $450.00 | $585.00 |
| 8/25/03 | JS | Prepare document request list for information from WR Grace re cost allocations | 21 | 0.50 | $450.00 | $225.00 |
| 8/25/03 | JS | Review revised cash flow analysis of filers and non-filers for impact on valuation | 21 | 0.60 | $450.00 | $270.00 |
| 8/25/03 | JS | Draft memorandum to Blackstone/WR Grace detailing requested accounting and financial data | 21 | 2.70 | $450.00 | $1,215.00 |
| 8/26/03 | JS | Review financial schedules sent by Blackstone 8/25 | 21 | 3.40 | $450.00 | $1,530.00 |
| 8/26/03 | JS | Revise memo to Blackstone/Grace to reflect information from Blackstone | 21 | 1.70 | $450.00 | $765.00 |
| 8/26/03 | JS | Review and analyze updated market multiple valuation runs for valuation report to counsel | 21 | 3.10 | $450.00 | $1,395.00 |
| 8/26/03 | JS | Review filing/non-filing entities cash flow analysis for impact to valuation | 21 | 1.00 | $450.00 | $450.00 |
| 8/26/03 | JS | Review WR Grace's 6/30/03 10Q and Executive Summary for statements re cash flow. | 21 | 2.70 | $450.00 | $1,215.00 |
| 8/27/03 | JS | Update for revisions to be made to market multiple valuation runs; delete 2005 | 21 | 0.40 | $450.00 | $180.00 |
| 8/27/03 | JS | Review revised market multiple runs and projection time period | 21 | 0.60 | $450.00 | $270.00 |
| 8/27/03 | JS | Conference call with Dave Blechman of Blackstone re pension fund payments and projections | 21 | 0.20 | $450.00 | $90.00 |
| 8/27/03 | JS | Discuss with Tersigni his comments on Blackstone/Grace memo and his request for additional documents and exhibits | 21 | 0.50 | $450.00 | $225.00 |
| 8/27/03 | JS | Revise Blackstone/Grace memo to reflect Tersigni's comments, final review and release | 21 | 1.40 | $450.00 | $630.00 |
| 8/27/03 | JS | Discuss with Prills his revised filing/non-filing entities cash flow analysis for impact | 21 | 0.60 | $450.00 | $270.00 |
| 8/27/03 | JS | Review and analyze chemical industry reports on forecasts for catalysts, new polyolefins plants and polyethylene and polypropylene forecasts through 2010 to develop projections for WR Grace beyond 2005 for DCF valuation | 21 | 3.10 | $450.00 | $1,395.00 |
| 8/28/03 | JS | Review and analyze revised market multiple runs using LTM and deleting 2005. Review guideline companies, consider revising multipliers from median multiples to most comparable guideline companies multiples | 21 | 1.40 | $450.00 | $630.00 |
| 8/28/03 | JS | Analyze industry reports regarding estimates of growth rates of geographic markets, Europe, Asia, North America and Latin America for developing projections for WR Grace for DCF valuation | 21 | 2.50 | $450.00 | $1,125.00 |
| 8/28/03 | JS | Evaluate methodology applied to projections beyond Company's projections to 2005 for DCF valuation | 21 | 0.80 | $450.00 | $360.00 |
| 8/28/03 | JS | Analyze industry estimates of geographic markets growth rates to WR Grace's geographic sales breakdown for developing projections for DCF valuation | 21 | 1.40 | $450.00 | $630.00 |
| 8/28/03 | JS | Develop range of projections through 2010 for WR Grace based on product/geographic sales breakdowns correlated to industry estimates for DCF valuation | 21 | 2.80 | $450.00 | $1,260.00 |
| | | | **Sub-Total** | 150.50 | | $67,725.00 |

# W.R. Grace

# Schedule A

**Services Rendered during the Period: August 1-31, 2003**

| Date | Comment | CAT. | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **Michael Berkin - Managing Director** | | | | | |
| 8/4/03 MB | Review 8/1/03 Calendar of Critical Events | 26 | 0.40 | $450.00 | $180.00 |
| 8/11/03 MB | Review 8/8/03 Calendar of Critical Events | 26 | 0.40 | $450.00 | $180.00 |
| 8/13/03 MB | Planning for information needed to update enterprise value analysis | 21 | 2.40 | $450.00 | $1,080.00 |
| 8/14/03 MB | Review second quarter press release in connection with monitoring continuing operations | 26 | 0.90 | $450.00 | $405.00 |
| 8/14/03 MB | Preparation and analysis of balance sheet for use in operating review memorandum to ACC | 07 | 1.00 | $450.00 | $450.00 |
| 8/14/03 MB | Preparation and analysis of comparative income statement for use in operating review memorandum to ACC | 07 | 0.90 | $450.00 | $405.00 |
| 8/14/03 MB | Preparation and analysis of business unit income statement for use in operating review memorandum to ACC | 07 | 0.90 | $450.00 | $405.00 |
| 8/14/03 MB | Preparation and analysis of cash flow statement for use in operating review memorandum to ACC | 07 | 0.90 | $450.00 | $405.00 |
| 8/14/03 MB | Review June 2003 monthly financial report in connection with monitoring continuing operations | 26 | 2.40 | $450.00 | $1,080.00 |
| 8/14/03 MB | Review MD&A section of second quarter 10Q in connection with monitoring continuing operations | 26 | 1.80 | $450.00 | $810.00 |
| 8/14/03 MB | Review financial statements and accompanying notes of second quarter 10Q in connection with monitoring continuing operations | 26 | 1.80 | $450.00 | $810.00 |
| 8/15/03 MB | Review financial performance schedule by business unit for 2003 second quarter | 26 | 1.90 | $450.00 | $855.00 |
| 8/15/03 MB | Review analysis of corporate operating costs for 2003 second quarter | 26 | 1.60 | $450.00 | $720.00 |
| 8/15/03 MB | Review filing entity financial statements for 2003 second quarter | 26 | 1.60 | $450.00 | $720.00 |
| 8/15/03 MB | Review pension asset analysis for 2003 second quarter | 08 | 1.50 | $450.00 | $675.00 |
| 8/15/03 MB | Compile list of issues from 10Q for debtor to related to business operations | 26 | 2.10 | $450.00 | $945.00 |
| 8/18/03 MB | Review 8/15/03 Calendar of Critical Events | 26 | 0.40 | $450.00 | $180.00 |
| 8/18/03 MB | Discuss potential acquisition opportunity and pension contribution with debtor financial advisor | 08 | 0.40 | $450.00 | $180.00 |
| 8/18/03 MB | Planning for analyzing ramifications of nonfiler vs. filer business operation performance | 26 | 1.70 | $450.00 | $765.00 |
| 8/19/03 MB | Review and analyze second quarter 2003 peer performance analysis in preparation for conference call with debtor | 26 | 0.80 | $450.00 | $360.00 |
| 8/19/03 MB | Review and analyze second quarter 2003 town meeting report in preparation for conference call with debtor | 26 | 1.40 | $450.00 | $630.00 |
| 8/19/03 MB | Review CEO summary letter of 2003 second quarter operating performance in preparation for conference call with debtor | 26 | 0.50 | $450.00 | $225.00 |
| 8/19/03 MB | Review second quarter 2003 operations report to Board in connection with monitoring continuing operations | 26 | 2.00 | $450.00 | $900.00 |
| 8/19/03 MB | Participate in conference call with debtor to discuss quarterly operating results | 26 | 1.40 | $450.00 | $630.00 |
| 8/19/03 MB | Summarize results from conference call related to quarterly operating results | 26 | 0.90 | $450.00 | $405.00 |
| 8/19/03 MB | Review and analyze additional pension contribution request from debtor as amendment to motion | 08 | 0.90 | $450.00 | $405.00 |
| 8/19/03 MB | Summarize issues related to pension contribution for ACC counsel | 08 | 0.80 | $450.00 | $360.00 |
| 8/20/03 MB | Half the round trip travel time: Stamford, CT/Columbia, MD to attend Grace meeting | 20 | 4.00 | $450.00 | $1,800.00 |
| 8/20/03 MB | Review Silica business performance and budget in preparation for meeting to discuss acquisition opportunity | 26 | 1.40 | $450.00 | $630.00 |

# W.R. Grace

# Schedule A

**Services Rendered during the Period:  August 1-31, 2003**

| Date | | Comment | CAT. | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 8/20/03 | MB | Participate in meeting to discuss Silica business acquisition to determine impact on business operations | 26 | 2.50 | $450.00 | $1,125.00 |
| 8/20/03 | MB | Summarize highlights from meeting discussing Silica business acquisition opportunity | 26 | 0.90 | $450.00 | $405.00 |
| 8/20/03 | MB | Review Project Sherpa analysis in connection with assessing merit of potential acquisition | 26 | 1.70 | $450.00 | $765.00 |
| 8/21/03 | MB | Review Galeras acquisition model summary in connection with analyzed proposed acquisition | 26 | 0.90 | $450.00 | $405.00 |
| 8/21/03 | MB | Review Galeras acquisition downside model in connection with analyzed proposed acquisition | 26 | 0.60 | $450.00 | $270.00 |
| 8/21/03 | MB | Review Galeras acquisition base model in connection with analyzed proposed acquisition | 26 | 0.60 | $450.00 | $270.00 |
| 8/21/03 | MB | Review Galeras acquisition stand-alone model in connection with analyzed proposed acquisition | 26 | 0.60 | $450.00 | $270.00 |
| 8/21/03 | MB | Review Galeras acquisition upside model in connection with analyzed proposed acquisition | 26 | 0.60 | $450.00 | $270.00 |
| 8/24/03 | MB | Review historic schedule of filer vs. nonfiler operational results | 26 | 0.80 | $450.00 | $360.00 |
| 8/24/03 | MB | Review and amend memorandum to ACC counsel summarizing issues pertaining to potential Silica acquisition | 07 | 0.60 | $450.00 | $270.00 |
| 8/24/03 | MB | Review 8/22/03 Calendar of Critical Events | 26 | 0.40 | $450.00 | $180.00 |
| 8/31/03 | MB | Review 8/29/03 Calendar of Critical Events | 26 | 0.40 | $450.00 | $180.00 |
| 8/31/03 | MB | Review plan to repatriate non-debtor excess cash | 26 | 1.90 | $450.00 | $855.00 |
| 8/31/03 | MB | Review June 2003 monthly treasury cash flow in connection with plan to repatriate non-debtor excess cash | 26 | 2.30 | $450.00 | $1,035.00 |
| | | **Sub-Total** | | 53.90 | | $24,255.00 |

**Peter Rubsam - Director**

| Date | | Comment | CAT. | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 8/28/03 | PR | Review and analyze historical trends of comparable companies financial ratios for updated valuation | 21 | 2.50 | $345.00 | $862.50 |
| | | **Sub-Total** | | 2.50 | | $862.50 |

**Christopher Curti - Director**

| Date | | Comment | CAT. | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 8/4/03 | CC | Prepare summary of earnings information, press releases and other financial announcements for special request from counsel:  Summarize years 2001-2003ytd | 28 | 1.30 | $345.00 | $448.50 |
| 8/20/03 | CC | Review enterprise value calculations for Grace comparable companies completed by colleague:  Review market price, shares outstanding, total debt, cash, other | 21 | 1.30 | $345.00 | $448.50 |
| 8/20/03 | CC | Review LTM calculations for Grace comparable companies completed by colleague:  Review Revenue LTM (6/30/03), EBIT LTM, EBITDA LTM | 21 | 1.30 | $345.00 | $448.50 |
| 8/20/03 | CC | Review market multiple calculations and supporting information for Grace comparable companies; review averages, high, low median, final multiples | 21 | 0.70 | $345.00 | $241.50 |
| 8/20/03 | CC | Review weighted average cost of capital calculations;  review detail of cost of equity, cost of debt, and supporting information | 21 | 0.60 | $345.00 | $207.00 |
| 8/20/03 | CC | Review summary of beta / unlevered beta calculations used in cost of capital and calculations of market value of debt for Grace comparable companies | 21 | 0.90 | $345.00 | $310.50 |
| 8/20/03 | CC | Review LTM financial statements (6/30/03) for Grace comparable companies (balance sheet, cash flows, income statement):  Hercules, Rohm & Haas, Lubrizol, Cytec | 21 | 0.60 | $345.00 | $207.00 |
| 8/20/03 | CC | Review LTM financial statements (6/30/03) for Grace comparable companies (balance sheet, cash flows, income statement):  Great Lakes, Albemarle, other comps. | 21 | 0.60 | $345.00 | $207.00 |

# W.R. Grace

## Schedule A

**Services Rendered during the Period: August 1-31, 2003**

| Date | | Comment | CAT. | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 8/21/03 | CC | Meeting with colleague to review comparable company analysis and LTM calculations; discussion of issues and revisions to calculations | 21 | 0.40 | $345.00 | $138.00 |
| | | **Sub-Total** | | **7.70** | | **$2,656.50** |

**Aaron Prills - Manager**

| Date | | Comment | CAT. | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 8/21/03 | AP | Reviewed W.R. Grace March 2001 10Q Cash flow statement in order to created consolidated 2001 cash flow statement from petition date to December 31, 2001 | 28 | 1.20 | $260.00 | $312.00 |
| 8/21/03 | AP | Reviewed W.R. Grace December 2001 10K Cash flow statement in order to created consolidated 2001 cash flow statement from petition date to December 31, 2001 | 28 | 1.20 | $260.00 | $312.00 |
| 8/21/03 | AP | Reviewed W.R. Grace Executive Summary Quarter ended December 31, 2002 consolidated filers cash flow statement in order to summarize total cash flow generated by filers in 2002. | 28 | 1.20 | $260.00 | $312.00 |
| 8/21/03 | AP | Reviewed W.R. Grace Executive Summary Quarter ended June 30, 2003 consolidated filers cash flow statement in order to summarize total cash flow generated by filers to date in 2003. | 28 | 1.20 | $260.00 | $312.00 |
| 8/21/03 | AP | Prepared functional cash flow model which will be used to analyze cash flow between both the filers and nonfilers of W.R. Grace. | 28 | 1.20 | $260.00 | $312.00 |
| 8/21/03 | AP | Prepared cash flow for petition date to December 2001 using the March 2001 10Q information and the December 10K information for W.R. Grace. | 28 | 1.20 | $260.00 | $312.00 |
| 8/24/03 | AP | Prepared the W.R. Grace consolidated operational cash flow information for the filer/non-filer comparison in order to determine what balances have driven the increase in cash since W.R. Grace filed for Chapter 11. | 28 | 0.90 | $260.00 | $234.00 |
| 8/24/03 | AP | Prepared the consolidated operational cash flow summary for filers to determine the total cash flow since inception for filing only entities | 28 | 0.40 | $260.00 | $104.00 |
| 8/24/03 | AP | Prepared the consolidated operational cash flow summary for consolidated W.R. Grace to determine the total cash flow since inception for the firm | 28 | 0.40 | $260.00 | $104.00 |
| 8/24/03 | AP | Prepared the consolidated operational cash flow summary for non-filers using the consolidated and filers information, in order to determine the total cash flow since inception for filing only entities | 28 | 0.40 | $260.00 | $104.00 |
| 8/25/03 | AP | Prepared W.R. Grace filers cash flow statement with condensed account items in order to summarize analysis and allow analysis to be easily interpreted | 28 | 1.30 | $260.00 | $338.00 |
| 8/25/03 | AP | Prepared W.R. Grace consolidated cash flow statement with condensed account items in order to summarize analysis and allow analysis to be easily interpreted | 28 | 1.30 | $260.00 | $338.00 |
| 8/25/03 | AP | Prepared W.R. Grace non-filers cash flow statement with condensed account items in order to summarize analysis and allow analysis to be easily interpreted | 28 | 1.30 | $260.00 | $338.00 |
| 8/25/03 | AP | Prepared beginning cash balance for W.R. Grace filers and reviewed past W.R. Grace monthly financial statements in order to verify balance | 28 | 0.40 | $260.00 | $104.00 |
| 8/25/03 | AP | Prepared beginning cash balance for consolidated W.R. Grace and reviewed past W.R. Grace monthly financial statements in order to verify balance | 28 | 0.40 | $260.00 | $104.00 |
| 8/25/03 | AP | Prepared beginning cash balance for W.R. Grace non-filers using both the consolidated and filer balances | 28 | 0.40 | $260.00 | $104.00 |
| 8/25/03 | AP | Prepared memo summarizing the W.R. Grace cash flow analysis in order to assist team in understanding what balances in question appear to stand out from the analysis | 28 | 0.60 | $260.00 | $156.00 |
| 8/25/03 | AP | Reviewed and analyzed past W.R. Grace Monthly Financial Statements in order to verify the monthly net income for the filers during the months of 2001 | 28 | 0.40 | $260.00 | $104.00 |
| 8/28/03 | AP | Reviewed and analyzed Petition date to June 2003 cash flow analysis to determine what balances may have changed between filers and nonfilers since the time of inception. | 28 | 1.80 | $260.00 | $468.00 |
| 8/28/03 | AP | Summarized Petition date to June 2003 cash flow highlighting the balances that appear to be the source of the discrepancy in cash between the filers and nonfilers. | 28 | 1.00 | $260.00 | $260.00 |

# W.R. Grace

## Schedule A

**Services Rendered during the Period: August 1-31, 2003**

| Date | | Comment | CAT. | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | **Sub-Total** | | 18.20 | | $4,732.00 |

**Cheryl Wright - Senior Consultant**

| Date | | Comment | CAT. | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 8/18/03 | CW | Prepare model using historical financial data from 1997 to 2002 for PPG Industries (WR Grace comp) for analysis | 21 | 1.80 | $195.00 | $351.00 |
| 8/18/03 | CW | Prepare model using LTM financial data from SEC filings and Multex information for PPG Industries (WR Grace comp) for analysis | 21 | 1.20 | $195.00 | $234.00 |
| 8/18/03 | CW | Prepare model using LTM financial data from SEC filings and Multex information for Rohm & Haas (WR Grace comp) for analysis | 21 | 1.20 | $195.00 | $234.00 |
| 8/18/03 | CW | Prepare model using LTM financial data from SEC filings and Multex information for Engelhard Corp (WR Grace comp) for analysis | 21 | 1.20 | $195.00 | $234.00 |
| 8/18/03 | CW | Prepare model using LTM financial data from SEC filings and Multex information for Lubrizol (WR Grace comp) for analysis | 21 | 1.20 | $195.00 | $234.00 |
| 8/18/03 | CW | Prepare model using LTM financial data from SEC filings and Multex information for Cytec Industries (WR Grace comp) for analysis | 21 | 1.20 | $195.00 | $234.00 |
| 8/18/03 | CW | Prepare model using LTM financial data from SEC filings and Multex information for Albemarle Corp (WR Grace comp) for analysis | 21 | 1.20 | $195.00 | $234.00 |
| 8/18/03 | CW | Prepare model using LTM financial data from SEC filings and Multex information for Hercules Incorporated (WR Grace comp) for analysis | 21 | 1.20 | $195.00 | $234.00 |
| 8/18/03 | CW | Prepare model using LTM financial data from SEC filings and Multex information for Great Lakes Chemical (WR Grace comp) for analysis | 21 | 1.20 | $195.00 | $234.00 |
| 8/18/03 | CW | Prepare model using LTM financial data from SEC filings and Multex information for Crompton Corp (WR Grace comp) for analysis | 21 | 1.20 | $195.00 | $234.00 |
| 8/19/03 | CW | Prepare model using historical financial data from 1997 to 2002 for H B Fuller (WR Grace comp) for analysis | 21 | 1.80 | $195.00 | $351.00 |
| 8/19/03 | CW | Prepare model using LTM financial data from SEC filings and Multex information for H B Fuller (WR Grace comp) for analysis | 21 | 1.20 | $195.00 | $234.00 |
| 8/19/03 | CW | Prepare model using historical financial data from 1997 to 2002 for Cabot Corp (WR Grace comp) for analysis | 21 | 1.80 | $195.00 | $351.00 |
| 8/19/03 | CW | Prepare model using LTM financial data from SEC filings and Multex information for Cabot Corp (WR Grace comp) for analysis | 21 | 1.20 | $195.00 | $234.00 |
| 8/19/03 | CW | Compile historical stock prices of the ten comparable companies for use in the calculation of enterprise values | 21 | 0.90 | $195.00 | $175.50 |
| 8/19/03 | CW | Compile historical betas of the ten comparable companies for use in the calculation of weighted average cost of capital | 21 | 0.90 | $195.00 | $175.50 |
| 8/19/03 | CW | Compile current shares outstanding of the ten comparable companies for use in the calculation of enterprise values | 21 | 0.90 | $195.00 | $175.50 |
| 8/19/03 | CW | Research current 20 year treasury bond yield for use in weighted average cost of calculation model | 21 | 0.30 | $195.00 | $58.50 |
| 8/19/03 | CW | Research Sigma Aldrich for possible inclusion in Grace's comparable companies market multiples valuation model | 21 | 1.20 | $195.00 | $234.00 |
| 8/19/03 | CW | Calculate enterprise values using market value of equity, MV debt, preferred shares, minority interest and cash | 21 | 1.80 | $195.00 | $351.00 |
| 8/20/03 | CW | Review comparable companies historical financial statements and market multiples models | 21 | 1.80 | $195.00 | $351.00 |
| 8/20/03 | CW | Determine WR Grace's projected revenues, EBIT and EBITDA for 2003 - 2005 and include them in the market multiples model | 21 | 1.20 | $195.00 | $234.00 |
| 8/26/03 | CW | Revise Crompton LTM financial statements to reflect June 30, 2003 restatement of the previous quarter to include in the market multiples analysis | 21 | 1.20 | $195.00 | $234.00 |
| 8/26/03 | CW | Review and edit market multiples and WACC valuation models | 21 | 1.50 | $195.00 | $292.50 |

# W.R. Grace

# Schedule A

**Services Rendered during the Period: August 1-31, 2003**

| Date | | Comment | CAT. | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 8/27/03 | CW | Calculate LTM values as of June 30 for income statement, balance sheet and selected cash flow items for WR Grace | 21 | 1.20 | $195.00 | $234.00 |
| 8/27/03 | CW | Calculate operating and balance sheet ratios from LTM values for Grace | 21 | 0.30 | $195.00 | $58.50 |
| 8/27/03 | CW | Update market multiples valuation to reflect valuation date of August 2003, using LTM, 2003 and 2004 for enterprise value determination | 21 | 0.30 | $195.00 | $58.50 |
| | | **Sub-Total** | | 32.10 | | $6,259.50 |

**Dottie-Jo Collins - Manager**

| Date | | Comment | CAT. | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 8/29/03 | DC | Compilation and consolidation of monthly services rendered | 11 | 6.50 | $260.00 | $1,690.00 |
| 8/29/03 | DC | Assignment of Billing Categories | 11 | 3.00 | $260.00 | $780.00 |
| | | **Sub-Total** | | 9.50 | | $2,470.00 |
| | | **TOTAL   Schedule  'A'** | | 280.90 | | $112,048.00 |

11

# W.R. Grace

Schedule B

**Services Rendered during the Period: August 1-31, 2003**

| Date | | Comment | CAT. | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 8/13/03 | LT | Meeting with ACC counsel to review engagement status and analysis to be performed | 07 | 1.00 | $475.00 | $475.00 |
| 8/14/03 | MB | Preparation and analysis of balance sheet for use in operating review memorandum to ACC | 07 | 1.00 | $450.00 | $450.00 |
| 8/14/03 | MB | Preparation and analysis of comparative income statement for use in operating review memorandum to ACC | 07 | 0.90 | $450.00 | $405.00 |
| 8/14/03 | MB | Preparation and analysis of business unit income statement for use in operating review memorandum to ACC | 07 | 0.90 | $450.00 | $405.00 |
| 8/14/03 | MB | Preparation and analysis of cash flow statement for use in operating review memorandum to ACC | 07 | 0.90 | $450.00 | $405.00 |
| 8/15/03 | LT | Preparation of historical financial analysis for the years 1998-2002 as requested by ACC counsel | 07 | 0.60 | $475.00 | $285.00 |
| 8/15/03 | LT | Preparation of summary projected operating results and cash flows as requested by ACC | 07 | 0.60 | $475.00 | $285.00 |
| 8/15/03 | JS | Discussion with ACC counsel regarding valuation approach and growth of foreign non-filers | 07 | 0.40 | $450.00 | $180.00 |
| 8/24/03 | MB | Review and amend memorandum to ACC counsel summarizing issues pertaining to potential Silica acquisition | 07 | 0.60 | $450.00 | $270.00 |
| | | **TOTAL Category 07: Committee, Creditors, Noteholders** | | 6.90 | | $3,160.00 |
| 8/15/03 | MB | Review pension asset analysis for 2003 second quarter | 08 | 1.50 | $450.00 | $675.00 |
| 8/18/03 | MB | Discuss potential acquisition opportunity and pension contribution with debtor financial advisor | 08 | 0.40 | $450.00 | $180.00 |
| 8/19/03 | MB | Review and analyze additional pension contribution request from debtor as amendment to motion | 08 | 0.90 | $450.00 | $405.00 |
| 8/19/03 | MB | Summarize issues related to pension contribution for ACC counsel | 08 | 0.80 | $450.00 | $360.00 |
| 8/20/03 | LT | Review memorandum from Debtor requesting approval for pension contribution to be made at or prior to 9/15/03 | 08 | 0.50 | $475.00 | $237.50 |
| | | **TOTAL Category 08: Employee Benefits/Pension** | | 4.10 | | $1,857.50 |
| 8/29/03 | DC | Compilation and consolidation of monthly services rendered | 11 | 6.50 | $260.00 | $1,690.00 |
| 8/29/03 | DC | Assignment of Billing Categories | 11 | 3.00 | $260.00 | $780.00 |
| 8/30/03 | LT | Review monthly fee application for July 2003 including timekeeper daily entries | 11 | 0.20 | $475.00 | $95.00 |
| | | **TOTAL Category 11: Fee Application, Applicant** | | 9.70 | | $2,565.00 |
| 8/20/03 | JS | Half the round trip, non-working, travel time: New York City/Columbia, MD. | 20 | 1.20 | $450.00 | $540.00 |
| 8/20/03 | MB | Half the round trip travel time: Stamford, CT/Columbia, MD to attend Grace meeting | 20 | 4.00 | $450.00 | $1,800.00 |
| | | **TOTAL Category 20: Travel-Non Working** | | 5.20 | | $2,340.00 |
| 8/1/03 | JS | Review and analysis of current company financial reports for basis of valuation | 21 | 2.90 | $450.00 | $1,305.00 |
| 8/1/03 | JS | Outline steps and component parts of valuation report | 21 | 2.70 | $450.00 | $1,215.00 |
| 8/1/03 | JS | Review and analyze company financial reports and memoranda for trends in product lines | 21 | 2.80 | $450.00 | $1,260.00 |
| 8/4/03 | JS | Draft memorandum of significant information for use in valuation report | 21 | 2.60 | $450.00 | $1,170.00 |
| 8/4/03 | JS | Analyze pre-restructuring years for operating performance; basis for change and impact on valuation | 21 | 3.50 | $450.00 | $1,575.00 |

# W.R. Grace

Schedule B

**Services Rendered during the Period: August 1-31, 2003**

| Date | | Comment | CAT. | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 8/4/03 | JS | Review and analyze downsizing transactions and resultant financial structure; impact on valuation | 21 | 2.70 | $450.00 | $1,215.00 |
| 8/4/03 | JS | Review and analysis of comparable companies analysis for valuation purposes | 21 | 2.00 | $450.00 | $900.00 |
| 8/5/03 | JS | Compare financial structure at downsizing with other competitors for valuation purposes | 21 | 2.80 | $450.00 | $1,260.00 |
| 8/5/03 | JS | Analyze post-restructuring operating performance | 21 | 2.00 | $450.00 | $900.00 |
| 8/5/03 | JS | Study competitors' performance during same period for market multiple valuation | 21 | 3.10 | $450.00 | $1,395.00 |
| 8/5/03 | JS | Prepare narrative for valuation report on competitor performance | 21 | 1.70 | $450.00 | $765.00 |
| 8/6/03 | JS | Continue preparation of narrative for text of valuation report on market multiple comparisons | 21 | 2.20 | $450.00 | $990.00 |
| 8/11/03 | JS | Analyze comparisons of competitors, expand list of guideline companies for market multiple valuation | 21 | 2.70 | $450.00 | $1,215.00 |
| 8/11/03 | JS | Review prior preliminary valuation data prepared in 8/02 | 21 | 1.50 | $450.00 | $675.00 |
| 8/12/03 | JS | Read background information on specialty chemicals for economic drivers for valuation | 21 | 2.80 | $450.00 | $1,260.00 |
| 8/12/03 | JS | Further study of chemical industry and outlook for specialty chemicals for valuation | 21 | 3.10 | $450.00 | $1,395.00 |
| 8/13/03 | JS | Review and analysis of 2nd quarter results, 10Q, 2003 for valuation purposes | 21 | 2.90 | $450.00 | $1,305.00 |
| 8/13/03 | JS | Review and compare 6 months results to budget, variances, comments of CEO for valuation purposes | 21 | 2.30 | $450.00 | $1,035.00 |
| 8/13/03 | JS | Review operating issues of the first quarter '03, extent of carryover into 2nd quarter, impact on valuation | 21 | 1.70 | $450.00 | $765.00 |
| 8/13/03 | JS | Analyze second half of 2003 forecasts by Company, make adjustments for possible continuation of operating | 21 | 3.10 | $450.00 | $1,395.00 |
| 8/13/03 | MB | Planning for information needed to update enterprise value analysis | 21 | 2.40 | $450.00 | $1,080.00 |
| 8/14/03 | JS | Review and analyze reports on geographic markets, industry forecasts, economic drivers for WR Grace for valuation purposes | 21 | 2.80 | $450.00 | $1,260.00 |
| 8/14/03 | JS | Analyze WR Grace's projections, foreign and domestic, as basis for valuation | 21 | 3.20 | $450.00 | $1,440.00 |
| 8/14/03 | JS | Review industry reports on new large polyethylene and polypropylene plants scheduled, analyze impact on WR Grace | 21 | 3.10 | $450.00 | $1,395.00 |
| 8/15/03 | JS | Review 5 Year Business Plan for background/basis for valuation report | 21 | 3.00 | $450.00 | $1,350.00 |
| 8/15/03 | JS | Compare company plans, 5 Year and latest, to industry reports/articles, analyze for reasonableness for valuation | 21 | 2.90 | $450.00 | $1,305.00 |
| 8/15/03 | JS | Develop sensitivity estimates for WR Grace's catalyst sales to levels of polyolefin's plant expansion, impact on valuation | 21 | 2.80 | $450.00 | $1,260.00 |
| 8/18/03 | JS | Review 10Q and Company's 2003 forecasts for questions on conference call on 8/19 to Company | 21 | 2.50 | $450.00 | $1,125.00 |
| 8/18/03 | JS | Draft questions and observations for conference call, decline in profitability, growth in foreign vs. domestic, filing entities vs. non-filing, projections | 21 | 3.10 | $450.00 | $1,395.00 |
| 8/18/03 | JS | Trace trend by product in Company's Executive Summaries toward greater proportion of foreign sales. | 21 | 2.10 | $450.00 | $945.00 |
| 8/18/03 | JS | Discuss questions/observations with associates prior to conference call for purposes of valuation | 21 | 0.80 | $450.00 | $360.00 |
| 8/18/03 | CW | Prepare model using historical financial data from 1997 to 2002 for PPG Industries (WR Grace comp) for analysis | 21 | 1.80 | $195.00 | $351.00 |
| 8/18/03 | CW | Prepare model using LTM financial data from SEC filings and Multex information for PPG Industries (WR Grace comp) for analysis | 21 | 1.20 | $195.00 | $234.00 |
| 8/18/03 | CW | Prepare model using LTM financial data from SEC filings and Multex information for Rohm & Haas (WR Grace comp) for analysis | 21 | 1.20 | $195.00 | $234.00 |
| 8/18/03 | CW | Prepare model using LTM financial data from SEC filings and Multex information for Engelhard Corp (WR Grace comp) for analysis | 21 | 1.20 | $195.00 | $234.00 |
| 8/18/03 | CW | Prepare model using LTM financial data from SEC filings and Multex information for Lubrizol (WR Grace comp) for analysis | 21 | 1.20 | $195.00 | $234.00 |

# W.R. Grace

## Schedule B

**Services Rendered during the Period: August 1-31, 2003**

| Date | | Comment | CAT. | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 8/18/03 | CW | Prepare model using LTM financial data from SEC filings and Multex information for Cytec Industries (WR Grace comp) for analysis | 21 | 1.20 | $195.00 | $234.00 |
| 8/18/03 | CW | Prepare model using LTM financial data from SEC filings and Multex information for Albemarle Corp (WR Grace comp) for analysis | 21 | 1.20 | $195.00 | $234.00 |
| 8/18/03 | CW | Prepare model using LTM financial data from SEC filings and Multex information for Hercules Incorporated (WR Grace comp) for analysis | 21 | 1.20 | $195.00 | $234.00 |
| 8/18/03 | CW | Prepare model using LTM financial data from SEC filings and Multex information for Great Lakes Chemical (WR Grace comp) for analysis | 21 | 1.20 | $195.00 | $234.00 |
| 8/18/03 | CW | Prepare model using LTM financial data from SEC filings and Multex information for Crompton Corp (WR Grace comp) for analysis | 21 | 1.20 | $195.00 | $234.00 |
| 8/19/03 | JS | Final review of matters to be discussed on conference call to Company for impact on valuation | 21 | 1.30 | $450.00 | $585.00 |
| 8/19/03 | JS | Conference call with Company incl. Paul Norris, CEO, for quarterly update and 2003 forecast for valuation | 21 | 1.30 | $450.00 | $585.00 |
| 8/19/03 | JS | Document of filing vs. non-filing entities figures for valuation and impact on reorganization | 21 | 0.60 | $450.00 | $270.00 |
| 8/19/03 | JS | Document pre-filing debt and allocation to filing and non-filing entities for valuation | 21 | 0.30 | $450.00 | $135.00 |
| 8/19/03 | JS | Review and analyze company memoranda on pension funds and 2nd quarter 2003 10Q for funding plans for valuation | 21 | 2.60 | $450.00 | $1,170.00 |
| 8/19/03 | JS | Review and analyze chemical industry reports on Silicas and 2002 Company 10K on Silicas product line | 21 | 2.80 | $450.00 | $1,260.00 |
| 8/19/03 | CW | Prepare model using historical financial data from 1997 to 2002 for H B Fuller (WR Grace comp) for analysis | 21 | 1.80 | $195.00 | $351.00 |
| 8/19/03 | CW | Prepare model using LTM financial data from SEC filings and Multex information for H B Fuller (WR Grace comp) for analysis | 21 | 1.20 | $195.00 | $234.00 |
| 8/19/03 | CW | Prepare model using historical financial data from 1997 to 2002 for Cabot Corp (WR Grace comp) for analysis | 21 | 1.80 | $195.00 | $351.00 |
| 8/19/03 | CW | Prepare model using LTM financial data from SEC filings and Multex information for Cabot Corp (WR Grace comp) for analysis | 21 | 1.20 | $195.00 | $234.00 |
| 8/19/03 | CW | Compile historical stock prices of the ten comparable companies for use in the calculation of enterprise values | 21 | 0.90 | $195.00 | $175.50 |
| 8/19/03 | CW | Compile historical betas of the ten comparable companies for use in the calculation of weighted average cost of capital | 21 | 0.90 | $195.00 | $175.50 |
| 8/19/03 | CW | Compile current shares outstanding of the ten comparable companies for use in the calculation of enterprise values | 21 | 0.90 | $195.00 | $175.50 |
| 8/19/03 | CW | Research current 20 year treasury bond yield for use in weighted average cost of calculation model | 21 | 0.30 | $195.00 | $58.50 |
| 8/19/03 | CW | Research Sigma Aldrich for possible inclusion in Grace's comparable companies market multiples valuation model | 21 | 1.20 | $195.00 | $234.00 |
| 8/19/03 | CW | Calculate enterprise values using market value of equity, MV debt, preferred shares, minority interest and cash | 21 | 1.80 | $195.00 | $351.00 |
| 8/20/03 | JS | Review detail of Company 5-Year Plan and 6/30/03 Executive Summary for information on Company's Silicas | 21 | 2.70 | $450.00 | $1,215.00 |
| 8/20/03 | JS | Review meeting materials, impact of proposed acquisition on valuation and reorganization as acquisition is planned | 21 | 2.80 | $450.00 | $1,260.00 |
| 8/20/03 | CC | Review enterprise value calculations for Grace comparable companies completed by colleague: Review market price, shares outstanding, total debt, cash, other | 21 | 1.30 | $345.00 | $448.50 |
| 8/20/03 | CC | Review LTM calculations for Grace comparable companies completed by colleague: Review Revenue LTM (6/30/03), EBIT LTM, EBITDA LTM | 21 | 1.30 | $345.00 | $448.50 |
| 8/20/03 | CC | Review market multiple calculations and supporting information for Grace comparable companies; review averages, high, low median, final multiples | 21 | 0.70 | $345.00 | $241.50 |
| 8/20/03 | CC | Review weighted average cost of capital calculations; review detail of cost of equity, cost of debt, and supporting information | 21 | 0.60 | $345.00 | $207.00 |

# W.R. Grace

Schedule B

**Services Rendered during the Period: August 1-31, 2003**

| Date | | Comment | CAT. | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 8/20/03 | CC | Review summary of beta / unlevered beta calculations used in cost of capital and calculations of market value of debt for Grace comparable companies | 21 | 0.90 | $345.00 | $310.50 |
| 8/20/03 | CC | Review LTM financial statements (6/30/03) for Grace comparable companies (balance sheet, cash flows, income statement): Hercules, Rohm & Haas, Lubrizol, Cytec | 21 | 0.60 | $345.00 | $207.00 |
| 8/20/03 | CC | Review LTM financial statements (6/30/03) for Grace comparable companies (balance sheet, cash flows, income statement): Great Lakes, Albemarle, other comps. | 21 | 0.60 | $345.00 | $207.00 |
| 8/20/03 | CW | Review comparable companies historical financial statements and market multiples models | 21 | 1.80 | $195.00 | $351.00 |
| 8/20/03 | CW | Determine WR Grace's projected revenues, EBIT and EBITDA for 2003 - 2005 and include them in the market multiples model | 21 | 1.20 | $195.00 | $234.00 |
| 8/21/03 | JS | Review and modify projections, base case, for impact of acquisition for valuation | 21 | 3.10 | $450.00 | $1,395.00 |
| 8/21/03 | JS | Update filing vs. non-filing cash flows, cost allocations, transfer pricing, for impact on valuation | 21 | 1.10 | $450.00 | $495.00 |
| 8/21/03 | JS | Revise valuation for separate filing and non-filing entities as well as consolidated Company | 21 | 3.20 | $450.00 | $1,440.00 |
| 8/21/03 | JS | Study sensitivity of high and low scenarios of acquisition on projections of non-filers and consolidated Company | 21 | 2.70 | $450.00 | $1,215.00 |
| 8/21/03 | CC | Meeting with colleague to review comparable company analysis and LTM calculations; discussion of issues and revisions to calculations | 21 | 0.40 | $345.00 | $138.00 |
| 8/22/03 | JS | Meet with Tersigni to discuss impact of cost allocations, transfer pricing and cash accumulation in non-filing | 21 | 0.70 | $450.00 | $315.00 |
| 8/22/03 | JS | Review quarterly Executive Summaries for filing and non-filing entities since filing (4/2001) for trends for impact on | 21 | 3.10 | $450.00 | $1,395.00 |
| 8/22/03 | JS | Review cash flow trace for filing/non-filing entities, status, for valuation and reorganization | 21 | 0.30 | $450.00 | $135.00 |
| 8/22/03 | JS | Draft memorandum to counsel re proposed acquisition of non-filer, cost allocations, transfer pricing | 21 | 2.80 | $450.00 | $1,260.00 |
| 8/22/03 | JS | Review statistics in draft to counsel re impact on valuation, reorganization | 21 | 1.00 | $450.00 | $450.00 |
| 8/22/03 | JS | Edit, revise memo to Caplin and Drysdale for review and comment by Tersigni and | 21 | 1.30 | $450.00 | $585.00 |
| 8/25/03 | JS | Modify memorandum, and exhibits, to counsel to reflect comments from Tersigni and Berkin | 21 | 2.40 | $450.00 | $1,080.00 |
| 8/25/03 | JS | Conference call with counsel to discuss memorandum and exhibits | 21 | 0.20 | $450.00 | $90.00 |
| 8/25/03 | JS | Review cash flow analysis of filers and non-filers for impact on valuation | 21 | 1.30 | $450.00 | $585.00 |
| 8/25/03 | JS | Prepare document request list for information from WR Grace re cost allocations | 21 | 0.50 | $450.00 | $225.00 |
| 8/25/03 | JS | Review revised cash flow analysis of filers and non-filers for impact on valuation | 21 | 0.60 | $450.00 | $270.00 |
| 8/25/03 | JS | Draft memorandum to Blackstone/WR Grace detailing requested accounting and financial data | 21 | 2.70 | $450.00 | $1,215.00 |
| 8/26/03 | JS | Review financial schedules sent by Blackstone 8/25 | 21 | 3.40 | $450.00 | $1,530.00 |
| 8/26/03 | JS | Revise memo to Blackstone/Grace to reflect information from Blackstone | 21 | 1.70 | $450.00 | $765.00 |
| 8/26/03 | JS | Review and analyze updated market multiple valuation runs for valuation report to counsel | 21 | 3.10 | $450.00 | $1,395.00 |
| 8/26/03 | JS | Review filing/non-filing entities cash flow analysis for impact to valuation | 21 | 1.00 | $450.00 | $450.00 |
| 8/26/03 | JS | Review WR Grace's 6/30/03 10Q and Executive Summary for statements re cash flow. | 21 | 2.70 | $450.00 | $1,215.00 |
| 8/26/03 | CW | Revise Crompton LTM financial statements to reflect June 30, 2003 restatement of the previous quarter to include in the market multiples analysis | 21 | 1.20 | $195.00 | $234.00 |
| 8/26/03 | CW | Review and edit market multiples and WACC valuation models | 21 | 1.50 | $195.00 | $292.50 |
| 8/27/03 | JS | Update for revisions to be made to market multiple valuation runs; delete 2005 | 21 | 0.40 | $450.00 | $180.00 |

15

# W.R. Grace

Schedule B

**Services Rendered during the Period: August 1-31, 2003**

| Date | | Comment | CAT. | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 8/27/03 | JS | Review revised market multiple runs and projection time period | 21 | 0.60 | $450.00 | $270.00 |
| 8/27/03 | JS | Conference call with Dave Blechman of Blackstone re pension fund payments and projections | 21 | 0.20 | $450.00 | $90.00 |
| 8/27/03 | JS | Discuss with Tersigni his comments on Blackstone/Grace memo and his request for additional documents and exhibits | 21 | 0.50 | $450.00 | $225.00 |
| 8/27/03 | JS | Revise Blackstone/Grace memo to reflect Tersigni's comments, final review and release | 21 | 1.40 | $450.00 | $630.00 |
| 8/27/03 | JS | Discuss with Prills his revised filing/non-filing entities cash flow analysis for impact | 21 | 0.60 | $450.00 | $270.00 |
| 8/27/03 | JS | Review and analyze chemical industry reports on forecasts for catalysts, new polyolefins plants and polyethylene and polypropylene forecasts through 2010 to develop projections for WR Grace beyond 2005 for DCF valuation | 21 | 3.10 | $450.00 | $1,395.00 |
| 8/27/03 | CW | Calculate LTM values as of June 30 for income statement, balance sheet and selected cash flow items for WR Grace | 21 | 1.20 | $195.00 | $234.00 |
| 8/27/03 | CW | Calculate operating and balance sheet ratios from LTM values for Grace | 21 | 0.30 | $195.00 | $58.50 |
| 8/27/03 | CW | Update market multiples valuation to reflect valuation date of August 2003, using LTM, 2003 and 2004 for enterprise value determination | 21 | 0.30 | $195.00 | $58.50 |
| 8/28/03 | JS | Review and analyze revised market multiple runs using LTM and deleting 2005. Review guideline companies, consider revising multipliers from median multiples to most comparable guideline companies multiples | 21 | 1.40 | $450.00 | $630.00 |
| 8/28/03 | JS | Analyze industry reports regarding estimates of growth rates of geographic markets, Europe, Asia, North America and Latin America for developing projections for WR Grace for DCF valuation | 21 | 2.50 | $450.00 | $1,125.00 |
| 8/28/03 | JS | Evaluate methodology applied to projections beyond Company's projections to 2005 for DCF valuation | 21 | 0.80 | $450.00 | $360.00 |
| 8/28/03 | JS | Analyze industry estimates of geographic markets growth rates to WR Grace's geographic sales breakdown for developing projections for DCF valuation | 21 | 1.40 | $450.00 | $630.00 |
| 8/28/03 | JS | Develop range of projections through 2010 for WR Grace based on product/geographic sales breakdowns correlated to industry estimates for DCF valuation | 21 | 2.80 | $450.00 | $1,260.00 |
| 8/28/03 | PR | Review and analyze historical trends of comparable companies financial ratios for updated valuation | 21 | 2.50 | $345.00 | $862.50 |
| | | **TOTAL Category 21: Valuation** | | 189.80 | | $76,290.00 |
| 8/4/03 | LT | Review and analysis of monthly operating report for June 2003 | 26 | 2.50 | $475.00 | $1,187.50 |
| 8/4/03 | MB | Review 8/1/03 Calendar of Critical Events | 26 | 0.40 | $450.00 | $180.00 |
| 8/11/03 | MB | Review 8/8/03 Calendar of Critical Events | 26 | 0.40 | $450.00 | $180.00 |
| 8/14/03 | MB | Review second quarter press release in connection with monitoring continuing operations | 26 | 0.90 | $450.00 | $405.00 |
| 8/14/03 | MB | Review June 2003 monthly financial report in connection with monitoring continuing operations | 26 | 2.40 | $450.00 | $1,080.00 |
| 8/14/03 | MB | Review MD&A section of second quarter 10Q in connection with monitoring continuing operations | 26 | 1.80 | $450.00 | $810.00 |
| 8/14/03 | MB | Review financial statements and accompanying notes of second quarter 10Q in connection with monitoring continuing operations | 26 | 1.80 | $450.00 | $810.00 |
| 8/15/03 | MB | Review financial performance schedule by business unit for 2003 second quarter | 26 | 1.90 | $450.00 | $855.00 |
| 8/15/03 | MB | Review analysis of corporate operating costs for 2003 second quarter | 26 | 1.60 | $450.00 | $720.00 |
| 8/15/03 | MB | Review filing entity financial statements for 2003 second quarter | 26 | 1.60 | $450.00 | $720.00 |
| 8/15/03 | MB | Compile list of issues from 10Q for debtor to related to business operations | 26 | 2.10 | $450.00 | $945.00 |
| 8/16/03 | LT | Review and analysis pf Q2'03 10-Q | 26 | 0.80 | $475.00 | $380.00 |

# W.R. Grace

Schedule B

**Services Rendered during the Period: August 1-31, 2003**

| Date | | Comment | CAT. | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 8/18/03 | MB | Review 8/15/03 Calendar of Critical Events | 26 | 0.40 | $450.00 | $180.00 |
| 8/18/03 | MB | Planning for analyzing ramifications of nonfiler vs. filer business operation performance | 26 | 1.70 | $450.00 | $765.00 |
| 8/19/03 | MB | Review and analyze second quarter 2003 peer performance analysis in preparation for conference call with debtor | 26 | 0.80 | $450.00 | $360.00 |
| 8/19/03 | MB | Review and analyze second quarter 2003 town meeting report in preparation for conference call with debtor | 26 | 1.40 | $450.00 | $630.00 |
| 8/19/03 | MB | Review CEO summary letter of 2003 second quarter operating performance in preparation for conference call with debtor | 26 | 0.50 | $450.00 | $225.00 |
| 8/19/03 | MB | Review second quarter 2003 operations report to Board in connection with monitoring continuing operations | 26 | 2.00 | $450.00 | $900.00 |
| 8/19/03 | MB | Participate in conference call with debtor to discuss quarterly operating results | 26 | 1.40 | $450.00 | $630.00 |
| 8/19/03 | MB | Summarize results from conference call related to quarterly operating results | 26 | 0.90 | $450.00 | $405.00 |
| 8/20/03 | MB | Review Silica business performance and budget in preparation for meeting to discuss acquisition opportunity | 26 | 1.40 | $450.00 | $630.00 |
| 8/20/03 | MB | Participate in meeting to discuss Silica business acquisition to determine impact on business operations | 26 | 2.50 | $450.00 | $1,125.00 |
| 8/20/03 | JS | Participate in meeting to discuss Silica business acquisition to determine impact on business operations for valuation purposes | 26 | 2.50 | $450.00 | $1,125.00 |
| 8/20/03 | MB | Summarize highlights from meeting discussing Silica business acquisition opportunity | 26 | 0.90 | $450.00 | $405.00 |
| 8/20/03 | MB | Review Project Sherpa analysis in connection with assessing merit of potential acquisition | 26 | 1.70 | $450.00 | $765.00 |
| 8/21/03 | MB | Review Galeras acquisition model summary in connection with analyzed proposed acquisition | 26 | 0.90 | $450.00 | $405.00 |
| 8/21/03 | MB | Review Galeras acquisition downside model in connection with analyzed proposed acquisition | 26 | 0.60 | $450.00 | $270.00 |
| 8/21/03 | MB | Review Galeras acquisition base model in connection with analyzed proposed acquisition | 26 | 0.60 | $450.00 | $270.00 |
| 8/21/03 | MB | Review Galeras acquisition stand-alone model in connection with analyzed proposed acquisition | 26 | 0.60 | $450.00 | $270.00 |
| 8/21/03 | MB | Review Galeras acquisition upside model in connection with analyzed proposed acquisition | 26 | 0.60 | $450.00 | $270.00 |
| 8/24/03 | MB | Review historic schedule of filer vs. nonfiler operational results | 26 | 0.80 | $450.00 | $360.00 |
| 8/24/03 | MB | Review 8/22/03 Calendar of Critical Events | 26 | 0.40 | $450.00 | $180.00 |
| 8/30/03 | LT | Review engagement status | 26 | 0.30 | $475.00 | $142.50 |
| 8/31/03 | MB | Review 8/29/03 Calendar of Critical Events | 26 | 0.40 | $450.00 | $180.00 |
| 8/31/03 | MB | Review plan to repatriate non-debtor excess cash | 26 | 1.90 | $450.00 | $855.00 |
| 8/31/03 | MB | Review June 2003 monthly treasury cash flow in connection with plan to repatriate non-debtor excess cash | 26 | 2.30 | $450.00 | $1,035.00 |
| | | **TOTAL Category 26: Business Analysis** | | **45.70** | | **$20,655.00** |
| 8/4/03 | CC | Prepare summary of earnings information, press releases and other financial announcements for special request from counsel: Summarize years 2001-2003ytd | 28 | 1.30 | $345.00 | $448.50 |
| 8/21/03 | AP | Reviewed W.R. Grace March 2001 10Q Cash flow statement in order to created consolidated 2001 cash flow statement from petition date to December 31, 2001 | 28 | 1.20 | $260.00 | $312.00 |
| 8/21/03 | AP | Reviewed W.R. Grace December 2001 10K Cash flow statement in order to created consolidated 2001 cash flow statement from petition date to December 31, 2001 | 28 | 1.20 | $260.00 | $312.00 |

# W.R. Grace

## Schedule B

**Services Rendered during the Period: August 1-31, 2003**

| Date | | Comment | CAT. | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 8/21/03 | AP | Reviewed W.R. Grace Executive Summary Quarter ended December 31, 2002 consolidated filers cash flow statement in order to summarize total cash flow generated by filers in 2002. | 28 | 1.20 | $260.00 | $312.00 |
| 8/21/03 | AP | Reviewed W.R. Grace Executive Summary Quarter ended June 30, 2003 consolidated filers cash flow statement in order to summarize total cash flow generated by filers to date in 2003. | 28 | 1.20 | $260.00 | $312.00 |
| 8/21/03 | AP | Prepared functional cash flow model which will be used to analyze cash flow between both the filers and nonfilers of W.R. Grace. | 28 | 1.20 | $260.00 | $312.00 |
| 8/21/03 | AP | Prepared cash flow for petition date to December 2001 using the March 2001 10Q information and the December 10K information for W.R. Grace. | 28 | 1.20 | $260.00 | $312.00 |
| 8/24/03 | AP | Prepared the W.R. Grace consolidated operational cash flow information for the filer/non-filer comparison in order to determine what balances have driven the increase in cash since W.R. Grace filed for Chapter 11. | 28 | 0.90 | $260.00 | $234.00 |
| 8/24/03 | AP | Prepared the consolidated operational cash flow summary for filers to determine the total cash flow since inception for filing only entities | 28 | 0.40 | $260.00 | $104.00 |
| 8/24/03 | AP | Prepared the consolidated operational cash flow summary for consolidated W.R. Grace to determine the total cash flow since inception for the firm | 28 | 0.40 | $260.00 | $104.00 |
| 8/24/03 | AP | Prepared the consolidated operational cash flow summary for non-filers using the consolidated and filers information, in order to determine the total cash flow since inception for filing only entities | 28 | 0.40 | $260.00 | $104.00 |
| 8/25/03 | AP | Prepared W.R. Grace filers cash flow statement with condensed account items in order to summarize analysis and allow analysis to be easily interpreted | 28 | 1.30 | $260.00 | $338.00 |
| 8/25/03 | AP | Prepared W.R. Grace consolidated cash flow statement with condensed account items in order to summarize analysis and allow analysis to be easily interpreted | 28 | 1.30 | $260.00 | $338.00 |
| 8/25/03 | AP | Prepared W.R. Grace non-filers cash flow statement with condensed account items in order to summarize analysis and allow analysis to be easily interpreted | 28 | 1.30 | $260.00 | $338.00 |
| 8/25/03 | AP | Prepared beginning cash balance for W.R. Grace filers and reviewed past W.R. Grace monthly financial statements in order to verify balance | 28 | 0.40 | $260.00 | $104.00 |
| 8/25/03 | AP | Prepared beginning cash balance for consolidated W.R. Grace and reviewed past W.R. Grace monthly financial statements in order to verify balance | 28 | 0.40 | $260.00 | $104.00 |
| 8/25/03 | AP | Prepared beginning cash balance for W.R. Grace non-filers using both the consolidated and filer balances | 28 | 0.40 | $260.00 | $104.00 |
| 8/25/03 | AP | Prepared memo summarizing the W.R. Grace cash flow analysis in order to assist team in understanding what balances in question appear to stand out from the analysis | 28 | 0.60 | $260.00 | $156.00 |
| 8/25/03 | AP | Reviewed and analyzed past W.R. Grace Monthly Financial Statements in order to verify the monthly net income for the filers during the months of 2001 | 28 | 0.40 | $260.00 | $104.00 |
| 8/28/03 | AP | Reviewed and analyzed Petition date to June 2003 cash flow analysis to determine what balances may have changed between filers and nonfilers since the time of inception. | 28 | 1.80 | $260.00 | $468.00 |
| 8/28/03 | AP | Summarized Petition date to June 2003 cash flow highlighting the balances that appear to be the source of the discrepancy in cash between the filers and nonfilers. | 28 | 1.00 | $260.00 | $260.00 |
| | | **TOTAL Category 28: Data Analysis** | | 19.50 | | $5,180.50 |
| | | **TOTAL Schedule 'B'** | | 280.90 | | $112,048.00 |

# W. R. Grace                                Schedule C

**Summary of Expenses Incurred by L Tersigni Consulting P.C.**
**Accountant and Financial Advisor**

| Descriptions | Amount |
|---|---:|
| Transportation: M.Berkin 8/20/03 Round Trip via Amtrak- Stamford, CT-Baltimore/Washongton | $300.00 |
| M.Berkin 8/20/03 Parking at Stamford, CT. Train Station | $6.00 |
| Transportation: J. Sinclair 8/20/03 Round Trip via Amtrak- NYC-Baltimore/Washongton | $300.00 |
| Transportation: Berkin/Sinclair 8/20/03 Taxi from BWI Train Station to meeting location in Columbia, MD. | $38.00 |
| Transportation: Berkin/Sinclair 8/20/03 Taxi from Columbia, MD. to BWI Train Station | $32.00 |
| Telephone | $93.21 |
| Xerox:   ( 992 x $0.10 per page) | $99.20 |
| Fax   ( 3 x $0.50 per page-Outbound Only) | $1.50 |
| **Total Expenses incurred from August 1-31, 2003** | **$869.91** |