**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: December 2, 2003 at 4:00 p.m.** |
| | ) | **Hearing Date: March 22, 2004 at 1:30 p.m.** |

**SUMMARY OF THE TENTH INTERIM QUARTERLY
APPLICATION OF REED SMITH LLP FOR COMPENSATION FOR
SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL ASBESTOS
PRODUCTS LIABILITY DEFENSE COUNSEL TO W. R. GRACE & CO., ET AL., FOR
THE INTERIM PERIOD FROM JULY 1, 2003 THROUGH SEPTEMBER 30, 2003**

| | |
|---|---|
| Name of Applicant: | **Reed Smith LLP** |
| Authorized to Provide Professional Services to: | **W. R. Grace & Co., et al., Debtors and Debtors-in-Possession** |
| Date of Retention: | **Retention Order entered July 19, 2001, effective as of April 2, 2001.** |
| Period for which compensation and reimbursement is sought: | **July 1, 2003 through September 30, 2003** |
| Amount of Fees and Expenses sought as actual, reasonable, and necessary: | **$414,681.64** |

This is a: __ monthly  **x** quarterly application.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| November 27, 2001 | 10/1 - 10/31/01 | $229,036.50 | $10,314.97 | Yes | Yes |
| December 26, 2001 | 11/1 - 11/30/01 | $216,703.50 | $22,667.19 | Yes | Yes |
| January 30, 2002 | 12/1 - 12/31/01 | $152,288.00 | $43,025.11 | Yes | Yes |
| March 1, 2002 | 1/1 – 1/31/02 | $152,389.50 | $45,525.87 | Yes | Yes |
| March 28, 2002 | 2/1 – 2/28/02 | $115,694.50 | $39,388.59 | Yes | Yes |
| May 2, 2002 | 3/1 – 3/31/02 | $95,617.50 | $49,224.63 | Yes | Yes |
| May 28, 2002 | 4/1 – 4/30/02 | $125,169.50 | $44,498.12 | Yes | Yes |
| July 1, 2002 | 5/1 – 5/31/02 | $186,811.50 | $88,641.73 | Yes | Yes |
| August 6, 2002 | 6/1 – 6/30/02 | $167,414.75 | $26,462.86 | Yes | Yes |
| September 9, 2002 | 7/1 – 7/31/02 | $113,523.25 | $7,897.17 | Yes | Yes |
| October 1, 2002 | 8/1 – 8/31/02 | $183,876.75 | $18,631.51 | Yes | Yes |
| November 1, 2002 | 9/1 – 9/30/02 | $205,975.00 | $12,810.65 | Yes | Yes |
| November 29, 2002 | 10/1 – 10/31/02 | $172,838.75 | $34,384.69 | Yes | Yes |
| December 30, 2002 | 11/1 – 11/30/02 | $115,576.00 | $12,630.85 | Yes | Yes |
| January 30, 2003 | 12/1 – 12/31/02 | $36,744.50 | $16,310.05 | Yes | Yes |
| March 6, 2003 | 1/1 – 1/31/03 | $123,884.00 | $3,760.28 | Yes | Yes |
| April 2, 2003 | 2/1 – 2/28/03 | $233,867.50 | $21,251.46 | Yes | Yes |
| May 7, 2003 | 3/1 – 3/31/03 | $124,350.00 | $30,380.42 | Yes | Yes |
| June 4, 2003 | 4/1-4/30/03 | $223,770.50 | $19,411.28 | Yes | Yes |
| July 2, 2003 | 5/1-5/31/03 | $190,688.00 | $22,397.08 | Yes | Yes |
| July 31, 2003 | 6/1-6/30/03 | $165,837.25 | $18,778.12 | Yes | Yes |
| August 29, 2003 | 7/1-7/31/03 | $202,033.50 | $13,132.57 | Yes | Yes |
| October 2, 2003 | 8/1-8/31/03 | $155,275.50 | $5,526.19 | Yes | Yes |
| October 29, 2003 | 9/1-9/30/03 | $32,877.00 | $5,836.88 | Pending | Pending |

With the exception of the Application for September 2003, Reed Smith has filed certificates of no objection with the Court with respect to the above Applications because no objections were filed with the Court within the objection period. The objection deadline for the Monthly Application for fees and expenses incurred from September 1 through September 30, 2003 has not yet passed.

The Reed Smith attorneys who rendered professional services in these cases during the Fee Period are:[2]

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| James J. Restivo, Jr. | Partner | 32 Years | Litigation | $475.00 | 115.80 | $55,005.00 |
| Paul M. Singer | Partner | 35 Years | Bankruptcy | $475.00 | 1.30 | $617.50 |
| Lawrence E. Flatley | Partner | 27 Years | Litigation | $440.00 | 142.20 | $62,568.00 |
| James C. Martin | Partner | 25 Years | Litigation | $525.00 | 1.70 | $892.50 |
| Kathy K. Condo | Partner | 22 Years | Litigation | $385.00 | 101.50 | $39,077.50 |
| Douglas E. Cameron | Partner | 18 Years | Litigation | $430.00 | 160.00 | $68,800.00 |
| James W. Bentz | Partner | 14 Years | Litigation | $335.00 | 185.70 | $62,209.50 |
| Mary L. Perry | Of Counsel | 12 Years | Litigation | $350.00 | .20 | $70.00 |
| Traci Sands Rea | Partner | 8 Years | Litigation | $280.00 | .40 | $112.00 |
| Michael H. Sampson | Associate | 4 Years | Litigation | $230.00 | 24.50 | $5,635.00 |
| Richard Keuler | Associate | 3 Years | Litigation | $250.00 | 3.60 | $900.00 |
| Andrew J. Muha | Associate | 2 Years | Litigation | $200.00 | 126.20 | $25,240.00 |
| Jayme L. Butcher | Associate | 2 Years | Litigation | $200.00 | 131.00 | $26,200.00 |
| Lisa DeMarchiSleigh | Associate | 2 Years | Litigation | $200.00 | 17.80 | $3,560.00 |
| Scott M. Cindrich | Associate | 2 Years | Litigation | $200.00 | 30.80 | $6,160.00 |

---

[2] Any capitalized terms not defined herein have the meaning ascribed to them in the Tenth Interim Quarterly Application of Reed Smith LLP for Compensation for Services and Reimbursement of Expenses as Special Asbestos Products Liability Defense Counsel to W. R. Grace & Co., et al., for the Interim Period from July 1, 2003 through September 30, 2003.

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| M. Susan Haines Rossi | Paralegal | 20 Years | Litigation | $150.00 | .30 | $45.00 |
| Maureen L. Atkinson | Paralegal | 26 Years | Litigation | $125.00 | 167.60 | $20,950.00 |
| Robert Radcliffe | Paralegal | 14 Years | Litigation | $95.00 | 5.00 | $475.00 |
| Christine H. Turkaly | Paralegal | 12 Years | Litigation | $95.00 | 91.50 | $8,692.50 |
| John B. Lord | Paralegal | 10 Years | Litigation | $145.00 | 19.70 | $2,856.50 |
| Lisa Lankford | Bankr. Specialist | 3 Years | Litigation/ Bankruptcy | $80.00 | 1.50 | $120.00 |

Total Fees:   $390,186.00

**EXPENSE SUMMARY**

| Description | Litigation and Litigation Consulting | ZAI Science Trial |
|---|---|---|
| Telephone Expense | $1.40 | $147.34 |
| Outside Telephone | ---- | $33.81 |
| Duplicating/Printing | $406.50 | $6,070.20 |
| Outside Duplicating | $1,652.00 | $4,482.64 |
| Postage Expense | $38.03 | $25.51 |
| Courier Service | $32.70 | ---- |
| Courier Service – Outside | ---- | $449.86 |
| Express Mail | $12.78 | ---- |
| Documentation Charge | $54.39 | ---- |
| Document Production | ---- | $150.00 |
| Transcript Expense | ---- | $1,552.50 |
| Binding Charge | ---- | $132.00 |
| Color Printing | ---- | $198.99 |
| Westlaw | ---- | $4,535.30 |

| Description | Litigation and Litigation Consulting | ZAI Science Trial |
|---|---|---|
| Lexis | ---- | $228.00 |
| Legal Fees | ---- | $41.10 |
| Secretarial Overtime | ---- | $495.00 |
| Air Travel Expense | ---- | $1,874.00 |
| Transportation | ---- | $18.73 |
| Taxi Expense | ---- | $73.00 |
| Mileage Expense | ---- | $118.50 |
| Meal Expense | ---- | $237.37 |
| General Expense (Tabs) | 1.50 | ---- |
| General Expense (Tabs for briefs in reply to summary judgment briefs) | ---- | $19.48 |
| General Expense (Tabs for filing; research and articles for science trial at Univ. of Pgh) | | $1,238.96 |
| General (Tabs and binders for materials provided to court and ZAI Science Trial mediator) | | $145.95 |
| Miscellaneous (Sodas ordered during meeting) | | $13.10 |
| SUBTOTAL | $2,214.30 | $22,281.34 |
| TOTAL | | **$24,495.64** |

**Application**
**(July 1, 2003 - September 30, 2003)**

| Category | Quarterly Hours<br><br>10th Quarterly | Quarterly Dollar Value<br><br>10th Quarterly | Cumulative Hours | Cumulative Dollar Value |
|---|---|---|---|---|
| Asbestos Product Liability Defense Counsel (Litigation and Litigation Consulting) | 19.70 | $7,094.00 | 9389.75 | $1,981,981.50 |
| Travel—Non-Working (1/2 | 0.00 | $0.00 | 156.85 | $43,544.75 |

| Time) | | | | |
|---|---|---|---|---|
| Fee Applications--Applicant | 52.20 | $10,107.50 | 403.30 | $78,108.00 |
| Case Administration | 0.00 | $0.00 | 1.00 | $430.00 |
| Claim Analysis, Objection & Resolution (Asbestos) | 0.00 | $0.00 | 146.40 | $46,419.50 |
| ZAI Science Trial Fees | 1251.70 | $371,365.50 | 9026.05 | $1,827,504.50 |
| Employment Applications—Applicant | 0.00 | $0.00 | 16.40 | $4890.00 |
| Hearings | 4.10 | $1,619.00 | 110.70 | $41,105.00 |
| Expenses | N/A | $2,214.30 | N/A | 432,193.29 |
| ZAI Science Trial Expenses | N/A | $22,281.34 | N/A | $192,071.67 |