**Exhibit C**
September Fee Application

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |
| | ) | Objection Deadline: November 18, 2003 at 4:00 p.m. |
| | | Hearing Date: TBD only if necessary |

## SUMMARY OF APPLICATION OF REED SMITH LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL ASBESTOS PRODUCT LIABILITY DEFENSE COUNSEL TO DEBTORS FOR THE TWENTY-SEVENTH MONTHLY INTERIM PERIOD FROM SEPTEMBER 1, 2003 THROUGH SEPTEMBER 30, 2003

Name of Applicant:                           Reed Smith LLP

Authorized to Provide Professional Services to:   W. R. Grace & Co., et al., Debtors and
                                             Debtors-in-Possession

Date of Retention:                           July 19, 2001,
                                             effective as of April 2, 2001

Period for which compensation and
reimbursement is sought:                     September 1, 2003 through September 30, 2003

Amount of Fees and Expenses sought as
actual, reasonable, and necessary:           $38,713.88

This an: X monthly    _ interim    _ final application.

Prior Applications filed: Yes.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 8/28/01 | 4/2/01 through 7/31/01 | $40,583.00 | $356.92 | No objections served on counsel | No objections served on counsel |
| 9/27/01 | 8/1/01 through 8/31/01 | $90,113.00 | $4,048.11 | No objections served on counsel | No objections served on counsel |
| 10/26/01 | 9/1/01 through 9/30/01 | $155,804.00 | $6,971.66 | No objections served on counsel | No objections served on counsel |
| 11/27/01 | 10/1/01 through 10/31/01 | $229,036.50 | $10,314.97 | No objections served on counsel | No objections served on counsel |
| 12/26/01 | 11/1/01 through 11/30/01 | $216,703.50 | $22,667.19 | No objections served on counsel | No objections served on counsel |
| 1/30/02 | 12/1/01 through 12/31/01 | $152,288.00 | $43,025.11 | No objections served on counsel | No objections served on counsel |
| 3/1/02 | 1/1/02 through 1/31/02 | $152,389.50 | $45,525.87 | No objections served on counsel | No objections served on counsel |
| 3/28/02 | 2/1/02 through 2/28/02 | $115,694.50 | $39,388.59 | No objections served on counsel | No objections served on counsel |
| 5/2/02 | 3/1/02 through 3/31/02 | $95,617.50 | $49,224.63 | No objections served on counsel | No objections served on counsel |
| 5/28/02 | 4/1/02 through 4/30/02 | $125,169.50 | $44,498.12 | No objections served on counsel | No objections served on counsel |
| 6/28/02 | 5/1/02 through 5/31/02 | $186,811.50 | $88,641.73 | No objections served on counsel | No objections served on counsel |
| 8/5/02 | 6/1/02 through 6/30/02 | $167,414.75 | $26,462.86 | No objections served on counsel | No objections served on counsel |
| 9/9/02 | 7/1/02 through 7/31/02 | $121,203.75 | $7,897.17 | No objections served on counsel | No objections served on counsel |
| 9/30/02 | 8/1/02 through 8/31/02 | $183,876.75 | $18,631.51 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 10/31/02 | 9/1/02 through 9/30/02 | $205,975.00 | $12,810.65 | No objections served on counsel | No objections served on counsel |
| 11/27/02 | 10/1/02 through 10/31/02 | $172,838.75 | $34,384.69 | No objections served on counsel | No objections served on counsel |
| 12/30/02 | 11/1/02 through 11/30/02 | $115,576.00 | $12,630.85 | No objections served on counsel | No objections served on counsel |
| 1/30/03 | 12/1/02 through 12/31/02 | $36,744.50 | $16,310.05 | No objections served on counsel | No objections served on counsel |
| 3/6/03 | 1/1/03 through 1/31/03 | $123,884.00 | $3,760.28 | No objections served on counsel | No objections served on counsel |
| 4/2/03 | 2/1/03 through 2/28/03 | $233,867.50 | $21,251.46 | No objections served on counsel | No objections served on counsel |
| 5/7/03 | 3/1/03 through 3/31/03 | $124,350.00 | $30,380.42 | No objections served on counsel | No objections served on counsel |
| 6/4/03 | 4/1/03 through 4/30/03 | $223,770.50 | $19,411.28 | No objections served on counsel | No objections served on counsel |
| 7/1/03 | 5/1/03 through 5/31/03 | $190,838.00 | $22,397.08 | No objections served on counsel | No objections served on counsel |
| 7/31/03 | 6/1/03 through 6/30/03 | $165,837.25 | $18,778.12 | No objections served on counsel | No objections served on counsel |
| 8/29/03 | 7/1/03 through 7/31/03 | $202,033.50 | $13,132.57 | No objections served on counsel | No objections served on counsel |
| 10/2/03 | 8/1/03 through 8/31/03 | $155,275.50 | $5,526.19 | No objections served on counsel | No objections served on counsel |

As indicated above, this is the twenty-seventh application for monthly interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases.

The total time expended for the preparation of this application is approximately 15 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $4,500.00.

The Reed Smith attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| James J. Restivo, Jr. | Partner | 32 Years | Litigation | $475.00 | 28.80 | $13,680.00 |
| Paul M. Singer | Partner | 35 Years | Bankruptcy | $475.00 | 1.30 | $617.50 |
| Lawrence E. Flatley | Partner | 27 Years | Litigation | $440.00 | 6.00 | $2,640.00 |
| James C. Martin | Partner | 25 Years | Litigation | $525.00 | 1.70 | $892.50 |
| Douglas E. Cameron | Partner | 18 Years | Litigation | $430.00 | 14.20 | $6,106.00 |
| James W. Bentz | Partner | 14 Years | Litigation | $335.00 | 6.60 | $2,211.00 |
| Mary L. Perry | Of Counsel | 12 Years | Litigation | $350.00 | .20 | $70.00 |
| Richard A. Keuler | Associate | 3 Years | Litigation | $250.00 | 1.00 | $250.00 |
| Andrew J. Muha | Associate | 2 Years | Litigation | $200.00 | 8.80 | $1,760.00 |
| Jayme L. Butcher | Associate | 2 Years | Litigation | $200.00 | 5.20 | $1,040.00 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| M. Susan Haines Rossi | Paralegal | 30 Years | Litigation | $150.00 | .30 | $45.00 |
| Maureen L. Atkinson | Paralegal | 26 Years | Litigation | $125.00 | 23.30 | $2,912.50 |
| John B. Lord | Paralegal | 10Years | Litigation | $145.00 | 4.50 | $652.50 |

Total Fees:  $32,877.00

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Litigation and Litigation Counseling | 16.80 | $6,192.00 |
| ZAI Science Trial | 71.10 | $23,673.50 |
| Fee Applications | 12.20 | $2,585.50 |
| Hearings | 1.20 | $426.00 |
| **Total:** | **101.30** | **$32,877.00** |

## EXPENSE SUMMARY

| Description | Litigation and Litigation Consulting | ZAI Science Trial |
|---|---|---|
| Telephone Expense | $.51 | $10.60 |
| Duplicating/Printing | $115.70 | $343.35 |
| Outside Duplicating | $1,631.78 | $2,488.43 |
| Postage Expense | $7.69 | $1.23 |
| Courier Service – Outside | ---- | $102.56 |
| Express Mail | $12.78 | ---- |
| Binding Charge | $15.00 | ---- |
| Color Printing | ---- | $83.16 |
| Documentation Charge | $21.91 | ---- |
| Transportation | ---- | $18.73 |
| Air Travel Expense | ---- | $779.50 |
| Taxi Expense | ---- | $36.00 |
| Mileage Expense | ---- | $16.00 |
| Meal Expense | ---- | $6.00 |
| General Expense (Tabs and binders for materials provided to court and ZAI science trial mediator) | ---- | $145.95 |
| SUBTOTAL | $1,805.37 | $4,031.51 |
| TOTAL | | **$5,836.88** |

Dated:  October 29, 2003                    REED SMITH LLP
Wilmington, Delaware

By: */s/ Richard A. Keuler, Jr.*_____
       Richard A. Keuler, Jr.(No. 4108)
       1201 Market Street, Suite 1500
       Wilmington, DE  19801
       Telephone:  (302) 778-7500
       Facsimile:  (302) 778-7575
       E-mail: rkeuler@reedsmith.com

              and

       James J. Restivo, Jr.
       Lawrence E. Flatley
       Douglas E. Cameron
       435 Sixth Avenue
       Pittsburgh, PA  15219
       Telephone:  412.288.3131
       Facsimile:  412.288.3063

       Special Asbestos Products Liability Defense
       Counsel

**REED SMITH LLP**
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.
One Town Center Road
Boca Raton, FL    33486

| | |
|---|---|
| Invoice Number | 1083164 |
| Invoice Date | 10/27/03 |
| Client Number | 172573 |

=========================================================================

Re: W. R. Grace & Co.

(60026)  Litigation and Litigation Consulting

Fees                                    6,192.00

TOTAL BALANCE DUE UPON RECEIPT        $6,192.00
                                      =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R Grace & Co.                        Invoice Number       1083164
One Town Center Road                   Invoice Date        10/27/03
Boca Raton, FL    33486                Client Number         172573
                                       Matter Number          60026


=============================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH SEPTEMBER 30, 2003

| Date | Name | | Hours |
| --- | --- | --- | --- |
| 09/03/03 | Cameron | Review Judge Malloy decision in property damage case. | .80 |
| 09/03/03 | Flatley | Review and analyze J. Malloy opinion and e-mails re: same (1.50); e-mail to R. Finke (.10); call with W. Sparks (.30); call with R. Finke and follow-up (.30). | 2.20 |
| 09/08/03 | Butcher | Review FOIA letters (.30); e-mail to D. Cameron re: letters (.10); meeting with J. Restivo re: local counsel's preparation of order for judge to sign (.20). | .60 |
| 09/09/03 | Butcher | Draft letter to R. Finke re: FOIA requests. | .30 |
| 09/10/03 | Butcher | Summarize documents produced by EPA in response to our FOIA request. | 1.70 |
| 09/17/03 | Butcher | Review and send out letter to R. Finke re: FOIA. | .30 |
| 09/17/03 | Cameron | Review materials relating to verdict issue and traditional property damage materials (.9); review materials relating to Canadian claimants and multiple e-mails regarding same (.8). | 1.70 |

172573 W. R. Grace & Co.                           Invoice Number  1083164
60026  Litigation and Litigation Consulting        Page    2
       October 27, 2003

| Date | Name | | Hours |
|------|------|---|-------|
| 09/17/03 | Restivo | Telephone calls with R. Finke and J. Martin re: verdict issues. | .80 |
| 09/23/03 | Atkinson | Reviewing verdicts and e-mails re: same (0.6); copies of verdict materials to J. Martin (0.2). | .80 |
| 09/23/03 | Bentz | Meeting with J. Restivo and J. Martin regarding verdicts in property damage cases. | .60 |
| 09/23/03 | Martin | Review and analysis of record materials re: property damage case verdicts (.70); advise J. Restivo re: same (.40). | 1.10 |
| 09/23/03 | Restivo | Review of file (0.9) and meeting with J. Martin and J. Bentz re: verdict issues (0.6). | 1.50 |
| 09/25/03 | Cameron | Review materials relating to traditional asbestos property damage cases and status. | .50 |
| 09/26/03 | Atkinson | Telephone call with clerk re: verdict (0.2), e-mail to J. Martin re: same (0.1). | .30 |
| 09/26/03 | Bentz | Continued analysis of property damage case verdicts. | 1.60 |
| 09/26/03 | Martin | Analysis of state law on verdicts. | .30 |
| 09/29/03 | Atkinson | Telephone call with J. Martin and copies of verdict materials to M. Perry and to J. Restivo. | .30 |
| 09/29/03 | Martin | Analysis of case update re: property damage case verdicts. | .30 |
| 09/29/03 | Perry | Telephone conference with J. Martin to discuss verdict status. | .20 |
| 09/30/03 | Cameron | Review materials relating to traditional property damage claims. | .90 |

                                                    ------
                                    TOTAL HOURS     16.80

172573  W. R. Grace & Co.
60026   Litigation and Litigation Consulting
        October 27, 2003

Invoice Number   1083164
Page    3

| TIME SUMMARY | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| James J. Restivo Jr. | 2.30 | at $ | 475.00 | = | 1,092.50 |
| Lawrence E. Flatley | 2.20 | at $ | 440.00 | = | 968.00 |
| Douglas E. Cameron | 3.90 | at $ | 430.00 | = | 1,677.00 |
| James W Bentz | 2.20 | at $ | 335.00 | = | 737.00 |
| James C. Martin | 1.70 | at $ | 525.00 | = | 892.50 |
| Mary L. Perry | 0.20 | at $ | 350.00 | = | 70.00 |
| Jayme L. Butcher | 2.90 | at $ | 200.00 | = | 580.00 |
| Maureen L. Atkinson | 1.40 | at $ | 125.00 | = | 175.00 |

                     CURRENT FEES                        6,192.00


                                                      ------------
        TOTAL BALANCE DUE UPON RECEIPT                  $6,192.00
                                                      ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                          Invoice Number       1083166
5400 Broken Sound Blvd., N.W.        Invoice Date        10/27/03
Boca Raton, FL 33487                 Client Number        172573


==============================================================================

Re: W. R. Grace & Co.


(60028)  ZAI Science Trial

    Fees                              23,673.50
               TOTAL BALANCE DUE UPON RECEIPT        $23,673.50
                                                =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace                          Invoice Number        1083166
5400 Broken Sound Blvd., N.W.        Invoice Date          10/27/03
Boca Raton, FL 33487                 Client Number          172573
                                     Matter Number           60028

=====================================================================

Re: (60028)  ZAI Science Trial

FOR PROFESSIONAL SERVICES PROVIDED THROUGH SEPTEMBER 30, 2003

| Date | Name | | Hours |
|------|------|---|-------|
| 09/01/03 | Atkinson | Preparing summary judgment binders for Judge Fitzgerald for September 16-17, 2003 hearing. | 3.10 |
| 09/02/03 | Atkinson | Continue preparing 13 binders re: summary judgment and related motions to Judge Fitzgerald for September 16-17, 2003 hearing (4.9); organizing and revising Agenda for September 16-1-7, 2003 hearing (0.5). | 5.40 |
| 09/02/03 | Bentz | Review of proposed agenda for Science Trial argument. | .20 |
| 09/02/03 | Butcher | Prepare hearing agenda and summary judgment binders for filing. | 1.10 |
| 09/02/03 | Flatley | Review draft agenda and call with D. Cameron re: same (.30); reviewing medical witness and other files (.60). | .90 |
| 09/02/03 | Restivo | Review status of discussions and call to E. Westbrook. | 1.50 |
| 09/03/03 | Atkinson | Organizing documents, arrangements to provide documents to mediator on September 6, 2003 (2.8); organizing pleadings re: Summary Judgment (0.8). | 3.60 |

172573 W. R. Grace & Co.     Invoice Number . 1083166
60028  ZAI Science Trial      Page   2
   October 27, 2003

| Date | Name | | Hours |
|------|------|---|-------|
| 09/03/03 | Restivo | Various telephone calls with E. Westbrook and L. Flatley re: mediation. | .50 |
| 09/04/03 | Butcher | Review binders and agenda to prepare packet for mediation (1.10); phone call to local counsel re: transcript (.10). | 1.20 |
| 09/04/03 | Flatley | With J. Restivo re: negotiation strategy. | .50 |
| 09/04/03 | Restivo | Preparation for mediation (1.2) and calls with B. Beber (0.3). | 1.50 |
| 09/05/03 | Cameron | Telephone call with J. Restivo and e-mails regarding mediation session (.5); review materials relating to preparation for summary judgment argument (.7). | 1.20 |
| 09/05/03 | Flatley | E-mail and call with D. Cameron re: issues raised by J. Restivo (.30); call with D. Cameron re: preparation for oral argument (.30); call with J. Restivo and R. Finke re: mediation in Washington, DC (.50). | 1.10 |
| 09/05/03 | Restivo | Preparation for and meeting with mediator and counsel to ZAI Claimants. | 8.50 |
| 09/06/03 | Cameron | Review materials for summary judgment argument preparation. | 1.00 |
| 09/07/03 | Cameron | Continue to review materials for summary judgment argument preparation. | 2.50 |
| 09/08/03 | Atkinson | Reviewing and indexing Summary Judgment and Motions in Limine pleadings. | 1.30 |
| 09/08/03 | Bentz | Conference with M. Murphy regarding claimants' document request (.2); draft response to claimants' letter request (.9); corresponding with R. Finke and D. Cameron regarding document issues (.3). | 1.40 |

172573 W. R. Grace & Co.
60028  ZAI Science Trial
    October 27, 2003

Invoice Number  1083166
Page    3

| Date | Name | | Hours |
|------|------|---|-------|
| 09/08/03 | Cameron | Meet with J. Restivo and discuss conference call with Court regarding mediation. | .50 |
| 09/08/03 | Flatley | With J. Restivo and D. Cameron re: status of mediation. | .30 |
| 09/08/03 | Restivo | Telephone calls with F. McGovern, E. Westbrook, court and local counsel re:  conciliation and argument dates (2.0); meetings with J. Butcher and A. Muha re: conciliation, argument dates and informal discovery (1.0). | 3.00 |
| 09/09/03 | Atkinson | Organizing materials used in binders prepared for September 16-17 hearing (0.6); searches on Summation re: ZAI sales information for A. Muha (0.7); searches on internet re: common benefit fund (0.2). | 1.50 |
| 09/09/03 | Bentz | Review of documents requested by Claimants. | .80 |
| 09/09/03 | Muha | Review ZAI document review project file materials relating to historic sales/pricing documents (1.8); discuss same with and review materials provided by M. Atkinson (0.5); review J. Restivo memo re: same (0.3); draft e-mail memo to J. Restivo in response (0.6). | 3.20 |
| 09/09/03 | Restivo | Finalize memo re:  meeting in D.C. (0.6); review new material (0.4). | 1.00 |
| 09/10/03 | Cameron | Meet with J. Restivo and telephone call with R. Finke regarding mediation discussions (.6); review materials to provide to claimants' counsel (.5). | 1.10 |
| 09/10/03 | Flatley | Review J. Restivo memo and medical article (.30); e-mails to/from R. Finke (.10). | .40 |

172573  W. R. Grace & Co.                          Invoice Number   1083166
60028   ZAI Science Trial                          Page    4
        October 27, 2003


| Date | Name | | Hours |
|------|------|---|-------|

| Date | Name | | Hours |
|------|------|------|-------|
| 09/10/03 | Restivo | File review (0.3) and conference call with D. Cameron and R. Finke re: D.C. meeting (1.2). | 1.50 |
| 09/11/03 | Atkinson | Search of Lotus Notes index of boxes for ledgers with ZAI sales information. | .60 |
| 09/11/03 | Cameron | E-mails regarding information relating to sales of ZAI. | .40 |
| 09/11/03 | Restivo | Telephone interview of W. Sparks (0.6) and dictate memo re: same (0.4). | 1.00 |
| 09/12/03 | Atkinson | Revising indices and preparing file of summary judgment pleadings and motions in limine pleadings. | 1.20 |
| 09/12/03 | Singer | Discussion with D. Cameron re: federal jurisdiction and mediation issues. | .30 |
| 09/15/03 | Atkinson | Organizing summary judgment, motion in limine pleadings. | .80 |
| 09/15/03 | Bentz | Revising letter regarding various document issues (.4); review of agenda for omnibus hearing (.3). | .70 |
| 09/16/03 | Atkinson | Reviewing and organizing pleadings and motions in limine. | .80 |
| 09/16/03 | Restivo | Collection of material and correspondence to mediator. | .80 |
| 09/17/03 | Bentz | Letter to Claimants' counsel regarding outstanding discovery requests (.5); review of recent news articles regarding vermiculite insulation and related class actions (.4). | .90 |
| 09/18/03 | Bentz | Review of agenda for omnibus hearing. | .20 |
| 09/18/03 | Restivo | Meeting with P. Singer and report to R. Finke re: mediation issues. | 1.00 |

172573  W. R. Grace & Co.                          Invoice Number   1083166
60028   ZAI Science Trial                          Page    5
        October 27, 2003

| Date | Name | | Hours |
|------|------|------|------|
| 09/18/03 | Singer | Meeting with J. Restivo re: ancillary proceeding in bankruptcy case. | 1.00 |
| 09/19/03 | Atkinson | Reviewing docket against pleadings files. | .70 |
| 09/22/03 | Flatley | Review medical article and message for R. Senftleben (.40); call with W. Sparks re: Grace witness (.20). | .60 |
| 09/22/03 | Restivo | Review newly received e-mails, correspondence, etc. re: mediation of Science Trial issues. | .50 |
| 09/23/03 | Atkinson | Reviewing files, correspondence, Summation database, Lotus box lists re: invoices/sales information and e-mail to J. Restivo re: same. | 1.10 |
| 09/23/03 | Cameron | Meet with J. Restivo regarding issues relating to mediation discussions. | .50 |
| 09/23/03 | Restivo | Telephone calls with E. Westbrook, W. Sparks, D. Cameron and M. Atkinson re:  information exchange (1.2) and dictate memo re:  same (0.8). | 2.00 |
| 09/24/03 | Bentz | Review of current motion practice. | .20 |
| 09/24/03 | Cameron | Prepare for and meet with J. Restivo regarding conference call to discuss mediation issues. | .80 |
| 09/24/03 | Restivo | Conference call with B. Beber, D. Siegel, et al. (0.7); conference call with W. Sparks and R. Murphy (0.8); review Lindholm discovery (0.5); correspondence from E. Westbrook (0.5). | 2.50 |
| 09/25/03 | Restivo | Update information exchange. | 1.20 |
| 09/25/03 | Rossi | Telephone call with Murphy re: production and coding of ZAI sales invoices. | .30 |

172573 W. R. Grace & Co.
60028  ZAI Science Trial
       October 27, 2003

Invoice Number  1083166
Page   6

| Date | Name | | Hours |
|------|------|------|-------|
| 09/26/03 | Atkinson | Searches on Summation database for expanding plant ZAI documents (0.3); telephone conversations, e-mails with Matt Murphy (Casner & Edwards) regarding same (0.5); reviewing guidelines for review re: expanding plants (0.3). | 1.10 |
| 09/29/03 | Atkinson | Searches of databases regarding expanding plant documents (0.5); e-mail to Matt Murphy re: same (0.2). | .70 |

                                                    ------
                                   TOTAL HOURS      71.70

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|------|------|------|-------|
| James J. Restivo Jr. | 26.50 | at $ | 475.00 | = | 12,587.50 |
| Paul M. Singer | 1.30 | at $ | 475.00 | = | 617.50 |
| Lawrence E. Flatley | 3.80 | at $ | 440.00 | = | 1,672.00 |
| Douglas E. Cameron | 8.00 | at $ | 430.00 | = | 3,440.00 |
| James W Bentz | 4.40 | at $ | 335.00 | = | 1,474.00 |
| Jayme L. Butcher | 2.30 | at $ | 200.00 | = | 460.00 |
| Andrew J. Muha | 3.20 | at $ | 200.00 | = | 640.00 |
| Martha Susan Haines Rossi | 0.30 | at $ | 150.00 | = | 45.00 |
| Maureen L. Atkinson | 21.90 | at $ | 125.00 | = | 2,737.50 |

                    CURRENT FEES                      23,673.50


                                                   ------------
        TOTAL BALANCE DUE UPON RECEIPT              $23,673.50
                                                   ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                              Invoice Number      1083167
5400 Broken Sound Blvd., N.W.            Invoice Date       10/27/03
Boca Raton, FL 33487                     Client Number        172573
                                         Matter Number         60029


================================================================================

Re: (60029)  Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH SEPTEMBER 30, 2003

| Date | Name | | Hours |
|------|------|---|-------|
| 08/19/03 | Keuler | Follow-up with J. Lord re: new monthly application and related issues. | .10 |
| 08/20/03 | Keuler | Met with J. Lord re: document requests (0.2); draft message to PGH counsel regarding status (0.2). | .20 |
| 09/03/03 | Muha | Revisions to DBR for August 2003 monthly fee application. | 1.50 |
| 09/05/03 | Lord | Research docket and prepare CNOs for 8th and 9th Quarterly Fee Applications. | .80 |
| 09/08/03 | Lord | Revise and e-file CNOs for Eighth and Ninth Interim fee applications (.7); prepare and perfect service for same (.3); research and respond to e-mail inquiry from A. Muha re: eighth application and upcoming hearing (.4). | 1.40 |
| 09/08/03 | Muha | Revisions to DBR for August 2003 Fee Application. | 1.30 |
| 09/16/03 | Cameron | Review Fee Auditor's Initial report re: Ninth Quarterly Fee App. (.5); e-mail to A. Muha re: response issues (.4). | .90 |
| 09/18/03 | Lord | Discussion with L. Lankford re: CNO for monthly application. | .20 |

172573 W. R. Grace & Co.                              Invoice Number  1083167
60029  Fee Applications-Applicant                     Page    2
       October 27, 2003

| Date | Name | | Hours |
|------|------|---|-------|
| 09/23/03 | Keuler | Review CNO prepared by J. Lord re: 25th application. | .20 |
| 09/23/03 | Lord | Research docket and draft CNO for July monthly fee application (.5); discuss same with R. Keuler (.1). | .60 |
| 09/23/03 | Muha | Revisions to August 2003 Monthly Fee Application fee/expense details. | 1.20 |
| 09/24/03 | Lord | E-file and perfect service re: CNO for July 2003 Monthly fee application. | .80 |
| 09/29/03 | Cameron | Review and revise fee application materials. | .70 |
| 09/30/03 | Lord | Prepare electronic service for monthly fee application (.3); e-mails to/from P. Lykens re: same (.2); research and respond to e-mail from D. Cameron re: CNO for July 2003 application (.2). | .70 |
| 09/30/03 | Muha | Final revisions to fee and expense details for August 2003 fee application. | 1.60 |

                                                        ------
                                        TOTAL HOURS     12.20

| TIME SUMMARY | Hours | Rate | Value |
|--------------|-------|------|-------|
| Douglas E. Cameron | 1.60 at | $ 430.00 = | 688.00 |
| Andrew J. Muha | 5.60 at | $ 200.00 = | 1,120.00 |
| Richard A. Jr. Keuler | 0.50 at | $ 250.00 = | 125.00 |
| John B. Lord | 4.50 at | $ 145.00 = | 652.50 |

                      CURRENT FEES                      2,585.50


                                                        ------------
        TOTAL BALANCE DUE UPON RECEIPT                  $2,585.50
                                                        ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                         Invoice Number     1083168
One Town Center Road                    Invoice Date       10/27/03
Boca Raton, FL    33486                 Client Number        172573
                                        Matter Number         60030

================================================================================

Re: (60030)  Hearings

FOR PROFESSIONAL SERVICES PROVIDED THROUGH SEPTEMBER 30, 2003

| Date | Name | | Hours |
| --- | --- | --- | --- |
| 08/20/03 | Keuler | Finalized status for hearing with D. Cameron. | .20 |
| 09/02/03 | Cameron | Review draft agenda for September 22 hearing and revise. | .40 |
| 09/08/03 | Keuler | Draft message to co-counsel re: hearing. | .20 |
| 09/16/03 | Cameron | Review final agenda for September 22 hearing. | .30 |
| 09/16/03 | Keuler | E-messages with D. Cameron re: hearing dates and attendance. | .10 |

                                                           ------
                                          TOTAL HOURS       1.20

| TIME SUMMARY | Hours | Rate | | Value |
| --- | --- | --- | --- | --- |
| Douglas E. Cameron | 0.70 at | $ 430.00 | = | 301.00 |
| Richard A. Jr. Keuler | 0.50 at | $ 250.00 | = | 125.00 |

                     CURRENT FEES                          426.00

                                                      ------------
                     TOTAL BALANCE DUE UPON RECEIPT       $426.00
                                                      ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R Grace & Co.                          Invoice Number      1083235
One Town Center Road                     Invoice Date      10/27/03
Boca Raton, FL    33486                  Client Number       172573


================================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

Expenses                          1,805.37

                    TOTAL BALANCE DUE UPON RECEIPT       $1,805.37
                                                        ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.
One Town Center Road
Boca Raton, FL    33486

| | |
|---|---|
| Invoice Number | 1083235 |
| Invoice Date | 10/27/03 |
| Client Number | 172573 |
| Matter Number | 60026 |

==============================================================================

Re: Litigation and Litigation Consulting

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---|
| Binding Charge | 15.00 |
| Telephone Expense | 0.51 |
| Documentation Charge | 21.91 |
| Duplicating/Printing | 115.70 |
| Postage Expense | 7.69 |
| Express Mail Service | 12.78 |
| Outside Duplicating | 1,631.78 |

CURRENT EXPENSES                  1,805.37
                             -------------

TOTAL BALANCE DUE UPON RECEIPT        $1,805.37
                             =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                          Invoice Number      1083235
One Town Center Road                     Invoice Date      10/27/03
Boca Raton, FL   33486                   Client Number       172573
                                         Matter Number        60026

========================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | | |
|---|---|---|
| 08/26/03 | Express Mail Service-Fedex on 8/15/03 | 12.78 |
| 08/29/03 | 302-559-8061/WILMINGTON, DE/8 | .51 |
| 08/29/03 | Postage Expense | 6.26 |
| 09/02/03 | ATTY # 0349: 1 COPIES | .15 |
| 09/02/03 | ATTY # 0349: 3 COPIES | .45 |
| 09/05/03 | ATTY # 0718: 6 COPIES | .90 |
| 09/08/03 | ATTY # 0718; 24 COPIES | 3.60 |
| 09/08/03 | ATTY # 0718: 2 COPIES | .30 |
| 09/08/03 | ATTY # 0349: 1 COPIES | .15 |
| 09/08/03 | ATTY # 0718: 6 COPIES | .90 |
| 09/08/03 | ATTY # 0718: 3 COPIES | .45 |
| 09/08/03 | ATTY # 0718: 3 COPIES | .45 |
| 09/09/03 | ATTY # 0856: 4 COPIES | .60 |
| 09/09/03 | ATTY # 0349: 1 COPIES | .15 |
| 09/10/03 | ATTY # 0349: 1 COPIES | .15 |
| 09/11/03 | PACER CHARGE FOR JULY 2003 -Electronic document retreival service charge. | 12.11 |

172573 W. R. Grace & Co.                          Invoice Number  1083235
60026  Litigation and Litigation Consulting       Page   2
       October 27, 2003

| Date | Description | Amount |
|---|---|---|
| 09/11/03 | PACER CHARGE FOR JULY 2003 -Documentation Charge - - Electronic docket retrieval charge for July 2003. | 9.80 |
| 09/15/03 | OUTSIDE DUPLICATING--Copying for service of materials upon parties listen on Debtors' service lists. | 1570.48 |
| 09/17/03 | Postage Expense | .37 |
| 09/17/03 | OUTSIDE DUPLICATION - Outside Duplicating - - VENDOR:IKON DOCUMENT SERVICES | 61.30 |
| 09/17/03 | ATTY # 0349: 1 COPIES | .15 |
| 09/17/03 | ATTY # 0349: 1 COPIES | .15 |
| 09/17/03 | ATTY # 0885: 1 COPIES | .15 |
| 09/22/03 | Postage Expense | 1.06 |
| 09/22/03 | ATTY # 0396: 1 COPIES | .15 |
| 09/22/03 | ATTY # 0885: 67 COPIES | 10.05 |
| 09/23/03 | ATTY # 0856; 227 COPIES | 22.70 |
| 09/23/03 | ATTY # 0856; 322 COPIES | 32.20 |
| 09/23/03 | ATTY # 0856; 80 COPIES | 8.00 |
| 09/23/03 | Binding Charge | 6.00 |
| 09/29/03 | Binding Charge | 9.00 |
| 09/29/03 | ATTY # 0710: 11 COPIES | 1.65 |
| 09/29/03 | ATTY # 0856; 225 COPIES | 22.50 |
| 09/30/03 | ATTY # 0559; 65 COPIES | 9.75 |

                              CURRENT EXPENSES                    1,805.37
                                                               ------------
                        TOTAL BALANCE DUE UPON RECEIPT           $1,805.37
                                                               =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                          Invoice Number      1083170
5400 Broken Sound Blvd., N.W.        Invoice Date        10/27/03
Boca Raton, FL 33487                 Client Number         172573


================================================================================

Re: W. R. Grace & Co.


(60028)  ZAI Science Trial

    Expenses                      4,031.51

              TOTAL BALANCE DUE UPON RECEIPT        $4,031.51
                                               ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

| | |
|---|---|
| Invoice Number | 1083170 |
| Invoice Date | 10/27/03 |
| Client Number | 172573 |
| Matter Number | 60028 |

==========================================================================

Re: ZAI Science Trial

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---|
| Color Printing | 83.16 |
| Telephone Expense | 10.60 |
| Duplicating/Printing | 343.35 |
| Postage Expense | 1.23 |
| Courier Service - Outside | 102.56 |
| Outside Duplicating | 2,488.43 |
| Transportation | 18.73 |
| Air Travel Expense | 779.50 |
| Taxi Expense | 36.00 |
| Mileage Expense | 16.00 |
| Meal Expense | 6.00 |
| General Expense | 145.95 |

CURRENT EXPENSES                     4,031.51
                                  -------------

TOTAL BALANCE DUE UPON RECEIPT        $4,031.51
                                  =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA 15251-6074
Tax ID# 25-0749630

W. R. Grace                              Invoice Number        1083170
5400 Broken Sound Blvd., N.W.            Invoice Date          10/27/03
Boca Raton, FL 33487                     Client Number          172573
                                         Matter Number           60028

====================================================================

Re: (60028)  ZAI Science Trial


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---|
| 08/06/03 | 617-542-3025/BOSTON, MA/2 | .11 |
| 08/14/03 | 561-362-1533/BOCA RATON, FL/1 | .11 |
| 08/15/03 | 301-515-2200/GAITHERSBG, MD/5 | .34 |
| 08/15/03 | 703-729-8543/LEESBURG, VA/7 | .40 |
| 08/18/03 | 302-652-4100/WILMINGTON, DE/2 | .11 |
| 08/27/03 | 843-830-6133/CHARLESTON, SC/5 | .29 |
| 08/27/03 | 301-515-2200/GAITHERSBG, MD/15 | .86 |
| 08/28/03 | Duplicating/Printing | -.30 |
| 08/29/03 | Color Printing | 83.16 |
| 09/01/03 | ATTY # 0856; 60 COPIES | 9.00 |
| 09/01/03 | ATTY # 0856; 146 COPIES | 21.90 |
| 09/02/03 | ATTY # 0856; 12 COPIES | 1.80 |
| 09/02/03 | ATTY # 0559; 6 COPIES | .90 |
| 09/02/03 | ATTY # 0856; 3 COPIES | .30 |
| 09/02/03 | ATTY # 0559; 5 COPIES | .75 |
| 09/02/03 | ATTY # 0701: 30 COPIES | 4.50 |
| 09/02/03 | ATTY # 0701: 78 COPIES | 11.70 |
| 09/02/03 | ATTY # 0701: 30 COPIES | 4.50 |

172573 W. R. Grace & Co.                          Invoice Number  1083170
60028  ZAI Science Trial                          Page    2
       October 27, 2003

| | | |
|---|---|---|
| 09/02/03 | ATTY # 0559: 1 COPIES | .15 |
| 09/02/03 | ATTY # 0559: 5 COPIES | .75 |
| 09/02/03 | ATTY # 0856: 1 COPIES | .15 |
| 09/02/03 | ATTY # 0856: 9 COPIES | 1.35 |
| 09/02/03 | ATTY # 0504: 46 COPIES | 6.90 |
| 09/02/03 | 843-727-6513/CHARLESTON, SC/2 | .11 |
| 09/02/03 | RESTIVO/JAMES J 05SEP PIT-DCA-PIT--Coach-class airfare to Washington, D.C. for ZAI Science Trial Mediation. | 779.50 |
| 09/03/03 | ATTY # 0856; 3 COPIES | .30 |
| 09/03/03 | ATTY # 0856; 42 COPIES | 6.30 |
| 09/03/03 | ATTY # 0856; 2 COPIES | .30 |
| 09/03/03 | ATTY # 0856; 175 COPIES | 17.50 |
| 09/03/03 | ATTY # 0856; 7 COPIES | 1.05 |
| 09/03/03 | ATTY # 0856; 38 COPIES | 5.70 |
| 09/03/03 | ATTY # 0701: 42 COPIES | 6.30 |
| 09/03/03 | ATTY # 0701: 12 COPIES | 1.80 |
| 09/03/03 | ATTY # 0856: 4 COPIES | .60 |
| 09/03/03 | ATTY # 0856: 1 COPIES | .15 |
| 09/03/03 | Courier Service - 54583 UPS - Shipped from Maureen Atkinson, - Pittsburgh to James J. Restivo, Jr.  (WASHINGTON DC 20005). | 59.59 |
| 09/03/03 | 949-813-5242/LAGUNA BCH, CA/2 | .17 |
| 09/03/03 | 843-708-2988/CHARLESTON, SC/5 | .29 |
| 09/04/03 | ATTY # 0885; 3 COPIES | .45 |
| 09/04/03 | ATTY # 0349; 332 COPIES | 33.20 |
| 09/04/03 | ATTY # 0349; 11 COPIES | 1.65 |
| 09/04/03 | ATTY # 0349; 16 COPIES | 2.40 |

172573 W. R. Grace & Co.                          Invoice Number   1083170
60028   ZAI Science Trial                          Page    3
        October 27, 2003

| Date | Description | Amount |
|---|---|---|
| 09/04/03 | ATTY # 0349; 16 COPIES | 2.40 |
| 09/04/03 | ATTY # 0349; 87 COPIES | 13.05 |
| 09/04/03 | ATTY # 0701: 12 COPIES | 1.80 |
| 09/04/03 | ATTY # 0701: 30 COPIES | 4.50 |
| 09/04/03 | ATTY # 0349: 1 COPIES | .15 |
| 09/04/03 | ATTY # 0885: 1 COPIES | .15 |
| 09/04/03 | 561-362-1533/BOCA RATON, FL/10 | .63 |
| 09/05/03 | ATTY # 0885: 1 COPIES | .15 |
| 09/05/03 | Courier Service - 54583 UPS - Shipped from Elizabeth Petrone, Reed Smith LLP - Washington to Duke Law School, Francis E. McGovern (DURHAM NC 27708). | 35.40 |
| 09/08/03 | ATTY # 0885; 2 COPIES | .30 |
| 09/08/03 | ATTY # 0856; 140 COPIES | 14.00 |
| 09/08/03 | ATTY # 0349; 3 COPIES | .45 |
| 09/08/03 | ATTY # 0885: 1 COPIES | .15 |
| 09/08/03 | ATTY # 0349: 5 COPIES | .75 |
| 09/08/03 | ATTY # 0349: 1 COPIES | .15 |
| 09/08/03 | ATTY # 0349: 1 COPIES | .15 |
| 09/08/03 | 843-727-6513/CHARLESTON, SC/8 | .51 |
| 09/08/03 | 843-727-6500/CHARLESTON, SC/2 | .17 |
| 09/08/03 | Postage Expense | .37 |
| 09/08/03 | 302-652-4100/WILMINGTON, DE/5 | .34 |
| 09/08/03 | 609-514-5964/PRINCETON, NJ/3 | .23 |
| 09/08/03 | 302-652-4100/WILMINGTON, DE/2 | .11 |
| 09/08/03 | 302-652-4100/WILMINGTON, DE/3 | .17 |
| 09/08/03 | 561-362-1533/BOCA RATON, FL/5 | .29 |
| 09/08/03 | 617-426-0135/BOSTON, MA/5 | .34 |

172573  W. R. Grace & Co.                          Invoice Number   1083170
60028  ZAI Science Trial                           Page    4
        October 27, 2003

| | | |
|---|---|---|
| 09/09/03 | ATTY # 0856; 10 COPIES | 1.50 |
| 09/09/03 | ATTY # 0701: 2 COPIES | .30 |
| 09/09/03 | ATTY # 0856: 2 COPIES | .30 |
| 09/09/03 | ATTY # 0349: 5 COPIES | .75 |
| 09/09/03 | 843-727-6513/CHARLESTON, SC/1 | .11 |
| 09/10/03 | ATTY # 0349: 3 COPIES | .45 |
| 09/10/03 | ATTY # 0349: 1 COPIES | .15 |
| 09/10/03 | ATTY # 0349: 10 COPIES | 1.50 |
| 09/10/03 | 561-362-1533/BOCA RATON, FL/48 | 2.74 |
| 09/11/03 | General Expense - - Tabs and binders for materials provided to court and ZAI Science Trial Mediator. | 145.95 |
| 09/11/03 | Outside Duplicating-Reproduction of scientific articles re: asbestos issues. | 201.75 |
| 09/11/03 | Meal Expense - - JAMES J. RESTIVO, JR. --MEETING WITH ED WESTBROOK AND FRANCIS MC GOVERN IN WASH DC 9/5/03 (one breakfast). | 6.00 |
| 09/11/03 | Taxi Expense - - JAMES J. RESTIVO, JR. --MEETING WITH ED WESTBROOK AND FRANCIS MC GOVERN IN WASH DC 9/5/03--TAXI FARE TO/FROM REAGAN NATIONAL AIRPORT. | 36.00 |
| 09/11/03 | Mileage Expense - - JAMES J. RESTIVO, JR. --MEETING WITH ED WESTBROOK AND FRANCIS MC GOVERN IN WASH DC, 9/5/03--Parking at PIT airport plus mileage to/from airport. | 16.00 |
| 09/11/03 | ATTY # 0349: 1 COPIES | .15 |
| 09/11/03 | ATTY # 0349: 1 COPIES | .15 |
| 09/11/03 | ATTY # 0349: 4 COPIES | .60 |
| 09/11/03 | ATTY # 0349: 2 COPIES | .30 |
| 09/11/03 | ATTY # 0349; 2 COPIES | .30 |
| 09/11/03 | 973-597-6118/LIVINGSTON, NJ/19 | 1.14 |

172573 W. R. Grace & Co.                          Invoice Number  1083170
60028  ZAI Science Trial                          Page   5
       October 27, 2003

| 09/15/03 | Outside Duplicating - - Copies of materials in summary judgment brief binders to be submitted to the mediator. | 1208.97 |
| 09/15/03 | Outside Duplicating-Reproduction of scientific articles re: asbestos issues. | 197.50 |
| 09/15/03 | ATTY # 0856; 55 COPIES | 5.50 |
| 09/15/03 | ATTY # 0856; 64 COPIES | 9.60 |
| 09/16/03 | ATTY # 0856; 36 COPIES | 5.40 |
| 09/16/03 | ATTY # 0856; 16 COPIES | 2.40 |
| 09/16/03 | ATTY # 0885: 3 COPIES | .45 |
| 09/17/03 | Postage Expense | .49 |
| 09/17/03 | Postage Expense | .37 |
| 09/17/03 | ATTY # 0701: 1 COPIES | .15 |
| 09/17/03 | ATTY # 0701: 1 COPIES | .15 |
| 09/17/03 | ATTY # 0885: 3 COPIES | .45 |
| 09/17/03 | ATTY # 0349: 1 COPIES | .15 |
| 09/17/03 | ATTY # 0701; 3 COPIES | .45 |
| 09/17/03 | ATTY # 0885; 49 COPIES | 7.35 |
| 09/17/03 | ATTY # 0349; 13 COPIES | 1.95 |
| 09/17/03 | ATTY # 0885; 1 COPIES | .15 |
| 09/17/03 | ATTY # 0885; 3 COPIES | .45 |
| 09/17/03 | Courier Service - 54583 UPS - Shipped from James Bentz, Reed Smith LLP - Pittsburgh to Robert M. Turkewitz (MOUNT PLEASANT SC 29464). | 7.57 |
| 09/18/03 | ATTY # 0349: 2 COPIES | .30 |
| 09/18/03 | ATTY # 0349: 2 COPIES | .30 |
| 09/18/03 | ATTY # 0349: 3 COPIES | .45 |
| 09/19/03 | ATTY # 0856; 5 COPIES | .75 |
| 09/22/03 | ATTY # 0396; 38 COPIES | 5.70 |

172573 W. R. Grace & Co.                          Invoice Number  1083170
60028  ZAI Science Trial                          Page   6
       October 27, 2003

| | | |
|---|---|---|
| 09/22/03 | ATTY # 0559; 63 COPIES | 9.45 |
| 09/22/03 | 302-652-5340/WILMINGTON, DE/18 | 1.03 |
| 09/23/03 | Outside Duplicating - - HODGES LIBRARY-<br>Printting of academic research article. | 15.00 |
| 09/23/03 | Outside Duplicating - -  Copies of additional<br>materials in summary judgment brief binders to<br>be submitted to the mediator. | 546.25 |
| 09/23/03 | ATTY # 0349; 2 COPIES | .30 |
| 09/23/03 | ATTY # 0559; 3 COPIES | .45 |
| 09/23/03 | ATTY # 0856; 8 COPIES | 1.20 |
| 09/23/03 | ATTY # 0885: 3 COPIES | .45 |
| 09/23/03 | ATTY # 0885: 3 COPIES | .45 |
| 09/23/03 | ATTY # 0885: 1 COPIES | .15 |
| 09/23/03 | ATTY # 0718: 7 COPIES | 1.05 |
| 09/23/03 | ATTY # 0349: 2 COPIES | .30 |
| 09/23/03 | ATTY # 0349: 4 COPIES | .60 |
| 09/23/03 | ATTY # 0718: 3 COPIES | .45 |
| 09/24/03 | ATTY # 0559: 1 COPIES | .15 |
| 09/24/03 | ATTY # 0718: 3 COPIES | .45 |
| 09/24/03 | ATTY # 0718; 18 COPIES | 2.70 |
| 09/24/03 | ATTY # 0349; 33 COPIES | 4.95 |
| 09/24/03 | ATTY # 0349; 6 COPIES | .90 |
| 09/25/03 | Outside Duplicating - - Copies of materials<br>from summary judgment motion appendices. | 318.96 |
| 09/25/03 | Transportation Expense - - Taxi taken<br>following secretarial late evening overtime work<br>on Debtors' brief in reply to ZAI claimants'<br>opposition to Debtors' motion for summary<br>judgment. | 18.73 |
| 09/25/03 | ATTY # 0349: 3 COPIES | .45 |

172573 W. R. Grace & Co.
60028  ZAI Science Trial
       October 27, 2003

Invoice Number  1083170
Page    7

| Date | Description | Amount |
|------|-------------|--------|
| 09/25/03 | ATTY # 0856: 1 COPIES | .15 |
| 09/25/03 | ATTY # 0349; 16 COPIES | 2.40 |
| 09/26/03 | ATTY # 0559; 26 COPIES | 3.90 |
| 09/30/03 | ATTY # 0701; 837 COPIES | 83.70 |

```
                        CURRENT EXPENSES              4,031.51
                                                  ------------
                        TOTAL BALANCE DUE UPON RECEIPT    $4,031.51
                                                  ============
```