# EXHIBIT 2

# Omni 2 Order 3
# for WR Grace

Total number of parties: 14
Mode of Service: US Mail (1st Class)

### Exhibit 2 - WR Grace Mailing

| Svc Lst | Name and Address of Served Party |
|---|---|
| 6676 | ALLEGHENY CENTER ASSOCIATES, ALLEGHENY CENTER ASSOCIATES, MALL MGMT, PITTSBURGH, PA 15212 |
| 6676 | ASPERGER, ROBERT E, STATE OF CALIFORNIA DEPT OF JUSTICE, 1300 I ST STE, SACRAMENTO, CA 95814 |
| 6676 | BARR, CHESTER A, 11722 31ST DR SE, EVERETT, WA 98208-6117 |
| 6676 | BARR, RICHARD A, DEAN & FULKERSON PC, 801 W BIG BEAVER STE 500, TROY, MI 48084 |
| 6676 | DEPT OF THE TREASURY - INTERNAL REVENUE, ROOM 1150, 31 HOPKINS PLAZA, BALTIMORE, MD 21201 |
| 6676 | DEPT OF THE TREASURY IRS, 31 HOPKINS PLAZA, STOP ROOM 1140, BALTIMORE, MD 21201 |
| 6676 | DEPT OF TREASURY INTERNAL REVENUE, ROOM 1120, 31 HOPKINS PLAZA, BALTIMORE, MD 21201 |
| 6676 | ESTATE OF ROSARIO RAPISARDI, RD 2 BOX 107, 2251 TOWNSHIP LINE, SWEDESBORO, NJ 08085 |
| 6676 | LA MARTIN COMPANY INC, 14400 HENN, DEARBORN, MI 48126 |
| 6676 | MARTIN, PAUL J, 14400 HENN, DEARBORN, MI 48126 |
| 6676 | MJ&P LLC, 14400 HENN, DEARBORN, MI 48126 |
| 6676 | P&S ASSOCIATES, 14400 HENN, DEARBORN, MI 48126 |
| 6676 | ROWE, RICHARD C, PO BOX 27184, MEMPHIS, TN 38127 |
| 6676 | STATE OF CALIFORNIA DEPT OF GENERAL SERV, 707 THIRD STREET, 6TH FLOOR, WEST SACRAMENTO, CA 95605 |

Subtotal for this group: 14