**EXHIBIT B**
(Expense Detail)

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

November 5, 2003

Bill Number  60628
File Number  0052000-0000043

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Re: Litigation and Litigation Consulting

**DISBURSEMENTS**

Through September 30, 2003

FEDERAL EXPRESS

| | | |
|---|---|---|
| 09/10/03 | To Samantha L Southall from RAM on 9/4/03 | 16.96 |
| 09/22/03 | To Stephen Weaver from RAM on 9/11/03 | 12.19 |
| | | $29.15 |

PHOTOCOPYING

| | | |
|---|---|---|
| 09/03/03 | 244 copies. | 29.28 |
| 09/05/03 | 42 copies. | 5.04 |
| 09/05/03 | 42 copies. | 5.04 |
| | | $39.36 |

TELEPHONE

| | | | |
|---|---|---|---|
| 09/17/03 | 329 | 3034178519 | 2.64 |
| 09/18/03 | 329 | 5613621533 | 0.44 |
| 09/24/03 | 329 | 5613621554 | 0.77 |
| 09/26/03 | AT&T | | 2.45 |
| | | | $6.30 |

Page 1

David B. Siegel

Re: Litigation and Litigation Consulting

**DISBURSEMENTS**

Through September 30, 2003

RENT REIMBURSEMENT

| | | | |
|---|---|---:|---:|
| 09/02/03 | Rent & Utilities for document repository at One Winthrop Square - August 2003 | 12,634.96 | |
| | | | $12,634.96 |

MISCELLANEOUS

| | | | |
|---|---|---:|---:|
| 09/10/03 | RECORDKEEPER ARCHIVE - monthly storage fee (8/3/03) | 389.70 | |
| 09/12/03 | RECORDKEEPER ARCHIVE - July 2003, pick up boxes for storage on 7/18/03 and 7/29/03 | 54.00 | |
| | | | $443.70 |
| | TOTAL DISBURSEMENTS | | $13,153.47 |
| | TOTAL THIS BILL | | $13,153.47 |

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

November 5, 2003

Bill Number 60629
File Number 0052000-0000057

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Re: Fee Applications, Applicant

**DISBURSEMENTS**

Through September 30, 2003

PHOTOCOPYING
09/24/03   83 copies.                                                9.96
                                                                   $9.96
                                          TOTAL DISBURSEMENTS       $9.96

                                                 TOTAL THIS BILL    $9.96

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

November 5, 2003

Bill Number 60630
File Number 0052000-0000058

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Re: ZAI Science Trial

**DISBURSEMENTS**

Through September 30, 2003

FEDERAL EXPRESS

| | | |
|---|---|---|
| 09/22/03 | To Reed Smith attorney from MTM on 9/8/03 | 12.83 |
| 09/22/03 | To in-house counsel from MTM on 9/8/03 | 13.40 |
| | | $26.23 |

OUTSIDE PHOTOCOPYING

| | | |
|---|---|---|
| 09/12/03 | MERRILL CORPORATION - J. Yang reports requested by R. Turkewitz (9/8/03) | 53.04 |
| | | $53.04 |

PHOTOCOPYING

| | | |
|---|---|---|
| 09/26/03 | 3 copies. | 0.36 |
| 09/29/03 | 59 copies. | 7.08 |
| 09/29/03 | 4 copies. | 0.48 |
| 09/29/03 | 1 copy. | 0.12 |
| 09/29/03 | 49 copies. | 5.88 |
| | | $13.92 |

David B. Siegel

Re: ZAI Science Trial

**DISBURSEMENTS**

Through September 30, 2003

TELEPHONE

| | | | |
|---|---|---|---|
| 09/25/03 | 329 | 4122883131 | 0.77 |
| 09/25/03 | 329 | 2158518100 | 1.10 |
| 09/26/03 | 308 | 9173192202 | 1.76 |
| 09/26/03 | 329 | 3038660408 | 0.88 |
| 09/29/03 | 329 | 4122883094 | 0.55 |

$5.06

TOTAL DISBURSEMENTS $98.25

TOTAL THIS BILL $98.25