IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | : | Chapter 11 |
| | : | |
| W.R. GRACE & CO., *et al.*, | : | Case No. 01-01139 (JKF) |
| | : | (Jointly Administered) |
| | : | |
| Debtors | : | |
| | : | Objections due by: January 9, 2004 @ 4:00 p.m. |
| | : | Hearing Date: January 26, 2004 @ 12:00 p.m. |

**NOTICE OF MOTION OF NEUTROCRETE PRODUCTS, INC. ("Movant")**
**FOR RELIEF FROM STAY UNDER SECTION 362 OF THE BANKRUPTCY CODE**

TO:   ALL PARTIES ON THE ATTACHED CERTIFICATE OF SERVICE

Movant has filed a Motion for Relief from Stay seeking relief under 11 U.S.C. §362 to allow state court litigation to proceed to trial.

**HEARING ON THE MOTION WILL BE HELD ON JANUARY 26, 2004 @ 12:00 P.M.**

You are required to file a response (and the supporting documentation required by Local Rule 4001-1(d)) to the attached Motion on or before **January 9, 2004 @ 4:00 p.m.**  At the same time, you must also serve a copy of the response upon movant's attorney:

**Jeffrey P. Wasserman, Esquire**
**Ciconte, Roseman & Wasserman**
**1300 King Street**
**Wilmington, Delaware 19801**

The hearing date specified above may be a preliminary hearing or may be consolidated with the final hearing, as determined by the Court.

The attorneys for the parties shall confer with respect to the issues raised by the motion in advance for the purpose of determining whether a consent judgment may be entered and/or for the purpose of stipulating to relevant facts such as value of the property, and the extent and validity of any security instrument.

Date: 11/13/03

Jeffrey P. Wasserman (#2184)
CICONTE, ROSEMAN & WASSERMAN
1300 King Street
Wilmington, DE 19801
Telephone (302) 658-7101
Facsimile (302) 658-4982
Counsel for Movant, Neutrocrete Products, Inc.