# EXHIBIT "A"

| SUMMONS - CIVIL<br>(Except Family Actions)<br>JD-CV-1 Rev. 1-2000<br>C.G.S. 51-346, 51-347, 51-349, 51-350, 52-45a | SUPERIOR COURT | "X" ONE OF THE FOLLOWING<br>Amount, legal interest or property in demand, exclusive of interest and costs is:<br>☐ less than $2,500<br>☒ $2,500 through $14,999.99<br>☒ $15,000 or more<br>("X" if applicable)<br>☐ Claiming other relief in addition to or in lieu of money or damages. |
|---|---|---|

### INSTRUCTIONS
1. Prepare on typewriter, sign original summons and conform all copies of the summons.
2. Prepare or photocopy conformed summons for each defendant.
3. Attach the original complaint to the original summons, and attach a copy of the summons to each copy of the complaint. Also, if there are more than 2 plaintiffs or 4 defendants prepare form JD-CV-2 and attach it to the original and all copies of the complaint.
4. After service has been made by officer, file original papers and officer's return with the clerk of court.
5. The party recognized to pay costs must appear personally before the authority taking the recognizance.
6. Do not use this form for actions in which an attachment, garnishment or replevy is being sought. See Practice Book Section 49 for other exceptions.

TO: Any proper officer; BY AUTHORITY OF THE STATE OF CONNECTICUT, you are hereby commanded to make due and legal service of this Summons and attached Complaint

RETURN DATE (Must be a Tuesday) November 26, 2002

☒ JUDICIAL DISTRICT   ☐ HOUSING SESSION   ☐ GA NO.   AT (Town in which writ is returnable)(C.G.S. 51-346, 51-349) Litchfield   CASE TYPE (See JD-CV-1c) Major C   Minor 40

ADDRESS OF COURT CLERK WHERE WRIT AND OTHER PAPERS SHALL BE FILED (No., street, town and zip code)(C.G.S. 51-347, 51-350)
15 West St., Litchfield, CT 06579
TELEPHONE NUMBER (with area code) 860 567-0885

| PARTIES | NAME AND ADDRESS OF EACH PARTY (No., street, town and zip code)   NOTE: Individual's Names Last, First, Middle Initial   ☐ Form JD-CV2 attached | PTY NO |
|---|---|---|
| FIRST NAMED PLAINTIFF | WR Grace & Company 62 Whittenmore Ave. Cambridge, MA 02140 | 01 |
| Additional Plaintiff | | 02 |
| FIRST NAMED DEFENDANT | Neutocrete Products, Inc. C/O Agent for Service Anthony B. Buonaiuto 564 Danbury Rd. New Milford, CT | 50 |
| Additional Defendant | | 51 |
| Additional Defendant | | 52 |
| Additional Defendant | | 53 |

### NOTICE TO EACH DEFENDANT
1. You are being sued.
2. This paper is a Summons in a lawsuit.
3. The Complaint attached to these papers states the claims that each Plaintiff is making against you in this lawsuit.
4. To respond to this Summons, or to be informed of further proceedings, you or your attorney must file a form called an "Appearance" with the Clerk of the above-named Court at the above Court address on or before the second day after the above Return Date.
5. If you or your attorney do not file a written "Appearance" form on time, a judgment may be entered against you by default.
6. The "Appearance" form may be obtained at the above Court address.
7. If you believe that you have insurance that may cover the claim that is being made against you in this lawsuit, you should immediately take the Summons and Complaint to your insurance representative.
8. If you have questions about the Summons and Complaint, you should consult an attorney promptly. The Clerk of Court is not permitted to give advice on legal questions.

| DATE October 17, 2002 | SIGNED (Sign and "X" proper box) | ☒ Comm. of Superior Court<br>☐ Assistant Clerk | TYPE NAME OF PERSON SIGNING AT LEFT. Brian S. Cantor |
|---|---|---|---|

### FOR THE PLAINTIFF(S) PLEASE ENTER THE APPEARANCE OF:

| NAME AND ADDRESS OF ATTORNEY, LAW FIRM OR PLAINTIFF IF PRO SE (No., street, town and zip code)<br>Brian S. Cantor, 1220 Post Rd. Fairfield, CT 06430 | TELEPHONE NO. (203)254-1550 | JURIS NO. (If atty or law firm) 306719 |
|---|---|---|

| NAME AND RESIDENCE OF PERSON RECOGNIZED TO PROSECUTE IN THE AMOUNT OF $250 (No. street, town and zip)<br>Diane M. Herbert, 1220 Post Rd., Fairfield, CT 06430 | SIGNATURE OF PLAINTIFF IF PRO SE |
|---|---|

| # PLFS. 1 | # DEFS. 1 | # CNTS. 2 | SIGNED (Official taking recognizance; "x" proper box) | ☒ Comm. of Superior Court<br>☐ Assistant Clerk | For Court Use Only<br>FILE DATE |
|---|---|---|---|---|---|

IF THIS SUMMONS IS SIGNED BY A CLERK:
a. The signing has been done so that the Plaintiff(s) will not be denied access to the court.
b. It is the responsibility of the Plaintiff(s) to see that service is made in the manner provided by law.
c. The Clerk is not permitted to give any legal advice in connection with any lawsuit.
d. The Clerk signing this Summons at the request of the Plaintiff(s) is not responsible in any way for any errors or omissions in the Summons, any allegations contained in the Complaint, or the service thereof.

A TRUE COPY ATTEST
SUZANN H. CORBETT
STATE MARSHAL LITCHFIELD COUNTY

| I hereby certify I have read and understand the above: | SIGNED (Pro Se Plaintiff) | DATE SIGNED | DOCKET NO. |
|---|---|---|---|

RETURN DATE:NOVEMBER 26, 2002
DOCKET NO:

W.R. GRACE & COMPANY
                Plaintiff,          :   JUDICIAL DISTRICT
  V.                                   :   OF LITCHFIELD

NEUTOCRETE PRODUCTS, INC.       :   AT Litchfield

                Defendant.        :   OCTOBER 17,2002

## COMPLAINT

First Count:
1. From on or about January 23, 2002 to on or about June 4, 2002 the Plaintiff provided the defendant with Neutocrete Product for the use in their business as per a written agreement.

2. The fair market value or agreed price of said product was in the amount of $112,636.70.

3. The defendant has failed, refused and neglected to pay said $112,636.70 despite due demand therefor.

4. 4. The plaintiff has been damaged in the amount of $112,636.70.


COUNT TWO:
1. Paragraphs one through four of the first count are hereby made paragraphs one through four of the second count.

5. The defendant has been unjustly enriched by it's failure to pay the plaintiff said $112,636.70.

WHEREFORE, the Plaintiff claims:
1. money damages;
2. costs;
3. such other and further equitable relief as this court deems fit.

            THE PLAINTIFF

            By _____
            Brian S. Cantor
            It'sattorney
            1220 Post Rd.
            Fairfield, CT 06824
            (203) 255-1550
            Juris No. 306719

RETURN DATE : NOVEMBER 26, 2002
DOCKET NO:

| | |
|---|---|
| W.R. GRACE COMPANY | : SUPERIOR COURT |
| | : JUDICIAL DISTRICT |
| PLAINTIFF | : |
| | : OF LITCHFIELD |
| V. | : AT LITCHFIELD |
| NUETOCRETE PRODUCTS, INC. | : |
| DEFENDANTS | : OCTOBER 17, 2002 |

STATEMENT OF AMOUNT IN DEMAND

The amount of money damages sought by the Plaintiff is more than Twenty Five Hundred Dollars but less than FIFTEEN THOUSAND DOLLARS , exclusive of interest and costs.

THE PLAINTIFF

By: _____
Brian S. Cantor
it's attorney
1220 Post Rd.
Fairfield, CT 06824
(203) 254-1550
Juris No. 306719

C:\wip\grace.com