IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | : | Chapter 11 |
| | : | |
| W.R. GRACE & CO., *et al.*, | : | Case No. 01-01139 (JKF) |
| | : | (Jointly Administered) |
| | : | |
| Debtors | : | |

## ORDER FOR RELIEF FROM AUTOMATIC STAY

On this _____ day of _____, 2003, came on to be considered the Motion for Relief from Automatic Stay, filed herein by Neutrocrete Products, Inc., for a modification of the automatic stay to allow it to assert its counterclaim in the State Court Action identified in the Motion, and the Court having considered the same it is of the opinion that said modification of the automatic stay order herein should be allowed as prayed for.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that the automatic stay be modified and that Movant, be allowed to assert its counterclaim in the State Court Action identified in the Motion.

IT IS SO ORDERED this _____ day of _____, 2003.

_____
U.S. BANKRUPTCY JUDGE