IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**AFFIDAVIT OF JOANNE WILLS IN SUPPORT OF MOTION OF THE D.K. ACQUISITION PARTNERS, L.P. AND DEUTSCHE BANK TRUST COMPANY AMERICAS TO DISQUALIFY THE HONORABLE ALFRED M. WOLIN, UNITED STATES DISTRICT JUDGE, FROM FURTHER PARTICIPATION IN THESE JOINTLY ADMINISTERED CASES**

I, Joanne Wills, being duly sworn, declare as follows:

1. I am a partner at the law firm of Klehr, Harrison, Harvey, Branzburg & Ellers LLP, counsel to D.K. Acquisition Partners, L.P., Bear, Stearns & Co. Inc., Fernwood Associates, L.P. and Deutsche Bank Trust Company Americas (collectively, the "Movants"), creditors in the above-captioned case.

2. If I were called upon to testify, I could and would testify to each of the facts set forth herein based upon my review of the relevant documents and court dockets.

3. Attached hereto, at the indicated tab letters, are true and correct copies of certain documents filed in the above-captioned case, currently pending before the Court, which have been downloaded from the Court's PACER system.

| Tab | Description |
|---|---|
| A | ORDER APPOINTING LEGAL REPRESENTATIVE OF PRESENT AND FUTURE HOLDERS OF ASBESTOS-RELATED DEMANDS IN |

DEL1 54427-1

|   | G-I'S CHAPTER 11 CASE |
|---|---|
| B | DESIGNATION OF A DISTRICT JUDGE FOR SERVICE IN ANOTHER DISTRICT WITHIN THE CIRCUIT |
| C | ORDER DESIGNATING APPOINTED CONSULTANTS AND SPECIAL MASTERS |
| D | ORDER (A) STAYING ALL PROCEEDINGS AFFECTED BY THE PETITION FOR MANDAMUS AND IN PARTICULAR ALL SUBSTANTIVE PROCEEDINGS BEFORE THE RELEVANT BANKRUPTCY COURT AND THE DISTRICT COURT PERTAINING TO THE OWENS CORNING PROCEEDINGS; (B) EXEMPTING FROM THE STAY ANY ACTIONS TO BE TAKEN OR INFORMATION TO BE FURNISHED TO THE DISTRICT COURT CONCERNING THE RECUSAL MOTION AS REQUIRED BY THE DISTRICT COURT'S OCTOBER 28 ORDER; (C) ORDERING RESPONDENTS AFFECTED BY THE PETITION FOR MANDAMUS TO FILE ANSWERS WITH THE THIRD CIRCUIT NO LATER THAN NOON ON NOVEMBER 6, 2003; AND (D) INVITING THE DISTRICT COURT TO ADDRESS AND RESPOND TO THE PETITION |
| E | ORDER 1) PARTIALLY WITHDRAWING THE REFERENCE AND 2) GOVERNING APPLICATIONS FOR THE ALLOWANCE OF FEES AND EXPENSES TO COURT APPOINTED ADVISORS |
| F | Timesheet Submitted by C. Judson Hamlin, excerpted from FIRST APPLICATION OF C. JUDSON HAMLIN AS COURT APPOINTED ADVISOR FOR COMPENSATION OF SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM JANUARY 7, 2002 THROUGH FEBRUARY 28, 2002 (Submitted in the Five Asbestos Cases) |
| G | Timesheet Submitted by C. Judson Hamlin, excerpted from SECOND FEE APPLICATION OF PURCELL, RIES, SHANNON, MULCAHY & O'NEILL ON BEHALF OF C. JUDSON HAMLIN FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS A COURT APPOINTED ADVISOR FOR THE PERIOD FROM MARCH 1, 2002 THROUGH OCTOBER 24, 2002 (Submitted in the Five Asbestos Cases) |
| H | Timesheet Submitted by C. Judson Hamlin, excerpted from THIRD APPLICATION OF PURCELL, RIES, SHANNON, MULCAHY & O'NEILL ON BEHALF OF JUDSON HAMLIN FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS A COURT APPOINTED ADVISOR FOR THE PERIOD FROM MARCH 10, 2003 THROUGH |

|   | |
|---|---|
|   | APRIL 10, 2003 (Submitted in the Five Asbestos Cases) |
| I | Timesheet Submitted by David R. Gross, excerpted from FIRST APPLICATION OF BUDD, LARNER, GROSS, ROSENBAUM, GREENBERG & SADE, P.C. ON BEHALF OF DAVID R. GROSS AS COURT APPOINTED ADVISOR FOR COMPENSATION OF SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM DECEMBER 27, 2001 THROUGH FEBRUARY 28, 2002 (Submitted in the Five Asbestos Cases) |
| J | Timesheet Submitted by David R. Gross, excerpted from FIRST APPLICATION OF D.R. GROSS & ASSOCIATES FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES ON BEHALF OF DAVID R. GROSS AS A COURT APPOINTED ADVISOR FOR THE PERIOD FROM SEPTEMBER 1, 2002 THROUGH NOVEMBER 7, 2002 (Submitted in the Five Asbestos Cases) |
| K | Timesheet Submitted by David R. Gross, excerpted from SECOND APPLICATION OF BUDD, LARNER, ROSENBAUM, GREENBERG & SADE, P.C. ON BEHALF OF THE COURT APPOINTED ADVISOR DAVID R. GROSS FOR AN INTERIM ALLOWANCE OF FEES FOR ACTUAL AND NECESSARY SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD FROM MARCH 1, 2002 THROUGH AUGUST 31, 2002 (Submitted in the Five Asbestos Cases) |
| L | Timesheet Submitted by David R. Gross, excerpted from FIRST APPLICATION OF SAIBER SCHLESINGER SATZ & GOLDSTEIN, LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES ON BEHALF OF DAVID R. GROSS AS A COURT APPOINTED ADVISOR FOR THE PERIOD FROM NOVEMBER 11, 2002 THROUGH MARCH 31, 2003 (Submitted in the Five Asbestos Cases) |
| M | APPLICATION OF THE LEGAL REPRESENTATIVE OF PRESENT AND FUTURE HOLDERS OF ASBESTOS-RELATED DEMANDS FOR AN ORDER *NUNC PRO TUNC* AUTHORIZING THE EMPLOYMENT OF BUDD LARNER GROSS ROSENBAUM GREENBERG SADE, P.C. AS LOCAL COUNSEL |
| N | MOTION TO RECUSE THE HONORABLE ALFRED M. WOLIN, UNITED STATES DISTRICT JUDGE, FROM FURTHER PARTICIPATION IN THESE JOINTLY ADMINISTERED CASES |
| O | Timesheets Submitted by C. Judson Hamlin, excerpted from THIRD, SIXTH, SEVENTH, EIGHTH, TENTH, FOURTEENTH, FIFTEENTH, SEVENTEENTH, EIGHTEENTH, NINETEENTH, AND TWENTIETH |

|   | |
|---|---|
|   | APPLICATIONS OF C. JUDSON HAMLIN AS LEGAL REPRESENTATIVE OF PRESENT AND FUTURE HOLDERS OF ASBESTOS-RELATED DEMANDS FOR THE ALLOWANCE OF INTERIM COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES, FOR THE PERIOD OF MARCH 1, 2002 THROUGH AUGUST 31, 2003  (Submitted in the G-I Holdings case) |
| P | Timesheets submitted by David R. Gross, excerpted from FIRST, FIFTH, AND SIXTH APPLICATIONS OF BUDD LARNER GROSS ROSENBAUM GREENBERG & SADE, P.C., LOCAL COUNSEL TO THE LEGAL REPRESENTATIVE OF PRESENT AND FUTURE HOLDERS OF ASBESTOS-RELATED DEMANDS FOR ALLOWANCE OF INTERIM COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF DECEMBER 18, 2001 THROUGH JUNE 30, 2002; and FIFTH AND SEVENTH APPLICATIONS OF SAIBER SCHLESINGER SATZ & GOLDSTEIN, LLC, AS LOCAL COUNSEL TO THE LEGAL REPRESENTATIVE OF PRESENT AND FUTURE HOLDERS OF ASBESTOS-RELATED DEMANDS FOR ALLOWANCE OF INTERIM COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF MARCH 1, 2003 THROUGH JUNE 30, 2003 (Submitted in the G-I Holdings case) |
| Q | Intentionally Omitted |
| R | Timesheets submitted by James J. McMonagle, excerpted from SIXTH, NINTH, AND TENTH INTERIM APPLICATIONS OF JAMES J. McMONAGLE, LEGAL REPRESENTATIVE FOR FUTURE CLAIMANTS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AND VARIOUS NOTICES OF MONTHLY FEE AND EXPENSE INVOICES, FOR THE PERIOD OF DECEMBER 1, 2001 THROUGH SEPTEMBER 30, 2003 (Submitted in the Owens-Corning case) |
| S | APPLICATION OF DEBTORS PURSUANT TO 11 U.S.C. §§ 105, 327 AND 524(g)(4)(B), FOR THE APPOINTMENT OF C. JUDSON HAMLIN AS LEGAL REPRESENTATIVE FOR FUTURE CLAIMANTS |
| T | Excerpted Transcript of September 30, 2003 hearing in In the matter of G-I Holdings, Inc., No. 01-30135. |
| U | Excerpted Transcript of December 13, 2002 hearing in In the matter of G-I Holdings, Inc., No. 01-30135. |

DEL1 54427-1

                                                          /s/ Joanne B. Wills  
                                                          Joanne B. Wills

Subscribed and sworn to before  
me this 14th day of November, 2003

    /s/ Julie K. Grega  
        Julie K. Grega