# Exhibit A

RIKER, DANZIG, SCHERER,
HYLAND & PERRETTI LLP
Co-Attorneys for the Debtor
Headquarters Plaza
One Speedwell Avenue
Morristown, New Jersey 07962
(973) 538-0800
Dennis J. O'Grady (DJO 7430)

WEIL, GOTSHAL & MANGES LLP
Co-Attorneys for the Debtor
767 Fifth Avenue
New York, New York 10153
(212) 310-8000
Martin J. Bienenstock, Esq. (MJB 3001)
Brian S. Rosen, Esq. (BSR 0571)
Kathryn L. Turner, Esq. (KLT 8555)



UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>G-I HOLDINGS INC.,<br>(f/k/a GAF Corporation)<br><br>Debtor. | Chapter 11<br><br>Case No. 01-30135 (RG) |

**ORDER APPOINTING LEGAL REPRESENTATIVE OF PRESENT
AND FUTURE HOLDERS OF ASBESTOS-RELATED
DEMANDS IN G-I'S CHAPTER 11 CASE**

Upon consideration of the application dated May 29, 2001 (the "Application"), of G-I Holdings Inc. ("G-I" or the "Debtor") for an order appointing a legal representative for present and future holders (collectively, the "Demand Holders") of asbestos related demands (the "Asbestos Demands Representative"); and the Response and Partial Objection filed by the statutory committee of asbestos claimants (the "Committee") and the Reply thereto, and the Court having entered an order on September

NY2:\1047720\02\MGFC02!.DOC\47201.0051

603

3          'L  ~  1

6, 2001 authorizing and approving the appointment of an Asbestos Demand Representative in the G-I chapter 11 case; and upon the proceedings had before the Court and good and sufficient cause appearing therefor; it is hereby

ORDERED that ___C. Judson Hamlin___ is appointed the Asbestos Demand Representative in the G-I Holdings Inc., chapter 11 case; and it is further

ORDERED that the Asbestos Demands Representative is empowered and has standing as a party in interest to be heard on every matter relevant to the interests of Demand Holders in G-I's chapter 11 case, including but not limited to, adversary proceedings, contested matters, and matters involving section 524(g); and it is further

ORDERED that this order is without prejudice to the Court's power, sua sponte, or on request, to expend or contract the powers of the Asbestos Demands Representative and to appoint additional representatives; and it is further

ORDERED that this Order is without prejudice to the position of any party in interest with respect to the proper role and duties of the Asbestos Demand Representative in any particular proceeding or matter other than standing to be heard; and it is further

ORDERED that the Asbestos Demands Representative shall be compensated in accordance with the same laws and procedures applicable under Bankruptcy Code sections 330 and 331, and any requests to retain professionals shall be considered on a case by case basis.

Dated: Newark, New Jersey
October 10, 2001

Chief Judge Rosemary Gambardella