Exhibit D

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 03-4212

IN RE: KENSINGTON INTERNATIONAL LIMITED and
SPRINGFIELD ASSOCIATES, LLC, Petitioners
(Related to U. S. Bankruptcy Court for the District of Delaware No. 00-03837)

Present:     FUENTES, SMITH and GARTH, Circuit Judges

**ORDER**

It is hereby **ORDERED** on this 30th day of October, 2003, effective 12:00 Noon:

All proceedings affected by this Petition, and in particular all substantive proceedings before the relevant Bankruptcy Court and the District Court pertaining to *In re: Owens Corning, et al.* and bearing the case numbers 00-3837 to and including 00-3854, be and the same are hereby stayed pending a ruling or further action on the Mandamus Petition by this Court; and

It is **FURTHER ORDERED** that to the extent the District Court's October 28, 2003 Order requires actions to be taken and information to be furnished to the District Court concerning and affecting the Motion for Recusal which is the subject of the aforesaid Petition for Mandamus, the said Order is exempt from the stay herein ordered; and

It is **FURTHER ORDERED** in accordance with F.R.A.P. 21(b)(1) all Respondents affected by the Petition for Mandamus are hereby ordered to answer the aforesaid Petition and to serve a copy of the Answer(s) on all parties; and

It is **FURTHER ORDERED** that the original of the aforesaid Answer(s) be filed with the Clerk of this Court and filed with each member of this Court's panel no later than 12 Noon on Thursday, November 6, 2003; and

It is **FURTHER ORDERED** that the Answer(s) to be filed with each member of this Court's panel shall be filed at the time and date aforesaid by Federal Express at the addresses of each member of the panel as noted below; and

It is **FURTHER ORDERED** in accordance with F.R.A.P. 21(b)(4), the District Court Judge is invited to address and respond to the Petition. The original of the District Court's response, if any, should be filed with the Clerk of this Court and with each member of the panel by Federal Express, if necessary, at the time and date above noted; and

It is **FURTHER ORDERED** that the Clerk of this Court is directed to serve this Order on all parties and persons directed or invited to respond.

        For the Court:

        /s/ Julio M. Fuentes

        Circuit Judge

Dated: October 30, 2003
nmb/cc:    All Counsel of Record

Honorable Julio M. Fuentes
Martin Luther King Federal Bldg. & Courthouse
50 Walnut Street ~ Room 5032
Newark, New Jersey 07102

Honorable D. Brooks Smith
Allegheny Professional Center ~ Suite 203
1798 Old Route 220 North
Duncansville, PA 16635

Honorable Leonard I. Garth
Martin Luther King Federal Bldg. & Courthouse
50 Walnut Street ~ Room 5040
Newark, New Jersey 07102