Exhibit F

BILL THROUGH RANGE 00/00/00-02/28/02

| CLIENT | 0950 | MATTER | 14554 | ARBITRATION/MEDIATION | US DISTRICT CT. BANKR |
|---|---|---|---|---|---|
| | | | | U.S. DISTRICT COURT, NJ | |
| BILL TMKP : | CJH | C. JUDSON HAMLIN | CJH | COUNSEL | |
| ORIG TMKP : | CJH | C. JUDSON HAMLIN | CJH | COUNSEL | |

| DATE | TIMEKEEPER | HOURS | AMOUNT | DESCRIPTION |
|---|---|---|---|---|
| 01/07/02 | CJH | 4.00 | 1,800.00 | Meeting with Judge Wolin's Chambers U.S. District Courthouse, Newark, N.J. with Prof. F. Govern, Hon. W. Drier, Hon. J. Keefe, and D. Gross re: organization of responsibilities. |
| 01/07/02 | CJH | 2.00 | 450.00 | Travel to and from Newark, N.J. at Half Time |
| 01/10/02 | CJH | 3.00 | 1,350.00 | Review of materials, research of applicable law, Internet research of Pending Bankruptcy Pleadings |
| 01/18/02 | CJH | 6.00 | 2,700.00 | Conference at Budd, Larner with D. Gross, F. McGovern, J. Keefe, W. Drier and Judge Wolin. |
| 01/18/02 | CJH | 1.00 | 225.00 | Conference at Budd, Larner with D. Gross, F. McGovern, J. Keefe, W. Drier and Judge Wolin. |
| 01/19/02 | CJH | 4.00 | 1,800.00 | Review of material distributed at 1/18/02 meeting |
| 02/20/02 | CJH | .30 | 135.00 | Telephone call with D. Gross re: agenda for 2/27/02 meeting with Judge Wolin. |
| 02/25/02 | CJH | 1.00 | 450.00 | Review of transcript of Vairo conference call re: current asbestos issues from UBS Warburg research. |
| 02/27/02 | CJH | 5.00 | 2,250.00 | Conference with Judge Wolin and management commitee at U.S. Courthouse, Newark, NJ |

TIMEKEEPER TOTALS

| CJH | 26.30 | 424 /hr | 11,160.00 |
|---|---|---|---|
| TOTAL | 26.30 | $ | 11,160.00 |

DISBURSEMENTS

| 12/11/01 | FEDL | | 14.20 | Federal Express from C. J. Hamlin to United States District Court. |
|---|---|---|---|---|

DISBURSEMENT TOTALS

| FEDL | | 14.20 |
|---|---|---|
| DISB TOTAL | $ | 14.20 |
| BILL TOTAL | $ | 11,174.20 |

LAST ACTIVE   02/28/02                    LAST PAYMENT      /  /