# Exhibit G

C

Purcell, Ries, Shannon, Mulcahy & O'Neill, Esqs.
Crossroads Business Center
One Pluckemin Way       P O Box 754
Bedminster, NJ 07921-0754
(908) 658-3800

October 29, 2002

Billed through 10/24/02

Client #           0950-14554-004 CJH

HON. ALFRED WOLIN
U.S. DISTRICT COURT, NJ


CASE CAPTION:   U.S. DISTRICT COURT BANKRUPTCY MATTERS
OUR TAX I.D.:   22-2017746

| | |
|---|---|
| Balance forward as of bill number 003 dated 07/09/02 | $13,012.61 |
| Payments received since last bill (last payment 08/20/02) | $ 4,704.52 |
| A/R Adjustments made since last bill | $ 3,626.85 |
| Net balance forward | $ 2,681.24 |

FOR PROFESSIONAL SERVICES RENDERED

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/18/02 | CJH | Review of published asbestos litigation article forwarded by D. Gross | .50 hrs | 450 /hr | 225.00 |
| 03/21/02 | CJH | Receipt and review of Orders and procedures for fee applications | .50 hrs | 450 /hr | 225.00 |
| 05/14/02 | CJH | Review of article submitted by W. Drier re: asbestos victim claims | 1.00 hrs | 450 /hr | 450.00 |
| 05/14/02 | CJH | Review of confidential memorandum submitted by insurance interests addressing substantive and procedural issues. | 1.00 hrs | 450 /hr | 450.00 |
| 05/17/02 | CJH | Meeting and conference at U.S. District Courthouse, Newark, NJ with J. Wolin, D. Gross, J. Keefe, J. Drier, Prof. Mcgovern | 3.00 hrs | 450 /hr | 1,350.00 |
| 05/17/02 | CJH | Travel to and from Newark at 1/2 time | 2.00 hrs | 225 /hr | 450.00 |
| 08/10/02 | CJH | Review and research of motion and briefs filed in application of Official Committee of asbestos property damage claimants for leave to appeal decision of The Bankruptcy Court in the matter of (W.R. GRACE & CO.) | 3.00 hrs | 450 /hr | 1,350.00 |
| 08/12/02 | CJH | Drafting and editing of memo regarding application by Official Committee of Asbestos Property Damage claimant for leave to appeal decision of Bankruptcy Court in the Matter of (W.R. GRACE & CO.) | 3.00 hrs | 450 /hr | 1,350.00 |
| 08/17/02 | CJH | Research and review of motion for leave to appeal (BY USG) | 2.00 hrs | 450 /hr | 900.00 |
| 08/17/02 | CJH | Drafting of memo regarding merits of USG motion for (J. WOLIN) | 2.00 hrs | 450 /hr | 900.00 |

G — 2

```
Nov-04-02  04:11pm  From-                                    T-705  P.05/05  F-781
HON. ALFRED WOLIN                                                      PAGE  2
Client #        0950-14554-004 CJH

09/07/02 CJH   Review of briefs and appendix and draft memo re:
               Plaintiff motion for leave to appeal in
               (ARMSTRONG) matter              4.00 hrs   450 /hr   1,800.00
09/14/02 CJH   Research and drafting of memo regarding motion
               for leave to appeal in (ARMSTRONG)
                                               4.00 hrs   450 /hr   1,800.00
09/25/02 CJH   Telephone conference with E. WOHLFORTH re:
               various legal issues applicable to all cases
               (SHARED BY ALL BANRUPTCY CASES)
                                                .30 hrs   450 /hr     135.00
09/30/02 CJH   Continued drafting of memo re: Plant
               (OWEN CORNING) appeal           1.00 hrs   450 /hr     450.00
09/30/02 CJH   Receipt and initial review of appeal in (FEDERAL
               MOGUL) Computer Sales Intl.      .50 hrs   450 /hr     225.00
10/07/02 CJH   Final drafting of memo re: Plant appeal re:(OWENS
               CORNING) bankruptcy matter      5.00 hrs   450 /hr   2,250.00
10/08/02 CJH   Final edit of (OWENS CORNING) memo
                                               1.00 hrs   450 /hr     450.00

               C. JUDSON HAMLIN   CJH   COUNSEL   2.00 hrs   225 /hr     450.00
               C. JUDSON HAMLIN   CJH   COUNSEL  31.80 hrs   450 /hr  14,310.00
                                                 33.80 hrs

DISBURSEMENTS

               Parking fees for C. J. Hamlin at Newark Court         8.95
               Parking fees for C. J. Hamlin at Newark Court         8.95
               Parking fees for C. J. Hamlin at Newark Court         8.95
               Facsimile charge at $ -.25 per page:                  1.50
               Federal Express from C. J. Hamlin to Evans
               Wohforth                                             13.60
                                                                 --------
               Total disbursements for this matter          $       41.95

BILLING SUMMARY

               C. JUDSON HAMLIN   CJH   COUNSEL                    450.00
               C. JUDSON HAMLIN   CJH   COUNSEL                 14,310.00
                                                                ---------
               TOTAL FEES                                      $14,760.00

               TOTAL DISBURSEMENTS                          $       41.95
                                                                ---------
               TOTAL CHARGES FOR THIS BILL                     $14,801.95

               UNPAID BALANCE                                $   2,681.24
                                                                ---------
               TOTAL BALANCE                                   $17,483.19
```

G - 25