# Exhibit H

Exhibit C

Purcell, Ries, Shannon, Mulcahy & O'Neill, Esqs.
Crossroads Business Center
One Pluckemin Way     P O Box 754
Bedminster, NJ 07921-0754
(908) 658-3800

April 17, 2003

Billed through 04/10/03

Client #     0950-14554-007 CJH

HON. ALFRED WOLIN
U.S. DISTRICT COURT, NJ

CASE CAPTION:   U.S. DISTRICT COURT BANKRUPTCY MATTERS
OUR TAX I.D.#   22-2017766

Balance forward as of bill number 005 dated 01/31/03          $ 2,688.29

FOR PROFESSIONAL SERVICES RENDERED

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/10/03 | LC | Review file and create case index (.6); identify, analyze and index documents for case index update (.7) integrate correspondence and pleadings (.1) into index (.7) and update case index (.5) | 2.50 hrs | 95 /hr | 237.50 |
| 03/26/03 | LC | Identify, analyze and index documens for summation update | .50 hrs | 95 /hr | 47.50 |
| 03/27/03 | LC | Continue to identify, analyze and index documents for summation update. | .60 hrs | 95 /hr | 57.00 |
| 04/09/03 | LC | Identify, analyze and index documents for case index update. | .50 hrs | 95 /hr | 47.50 |
| 04/10/03 | LC | Preparation of documents for preliminary index res testimony before the Senate (.4); update case index (.2); review and analysis of documents for case index update and inegrate documents into index (.4). | 1.00 hrs | 95 /hr | 95.00 |

LYNN CITRINO          5.10 hrs     95 /hr     484.50
                      5.10 hrs

DISBURSEMENTS

Federal Express from C. J. Hamlin to Whitney
Chelnik, Esq.                                                    11.48
Federal Express from C. J. Hamlin to E. Evans
Wohlforth, Jr.                                                   18.73

Total disbursements for this matter                         $    30.21

BILLING SUMMARY

    LYNN CITRINO                                                484.50

    TOTAL FEES                                              $   484.50

HON. ALFRED WOLIN
Client #          0950-14554-007 CJH                                    PAGE  2

| | |
|---|---:|
| TOTAL DISBURSEMENTS | $ 30.21 |
| TOTAL CHARGES FOR THIS BILL | $ 514.71 |
| UNPAID BALANCE | $ 2,688.29 |
| TOTAL BALANCE | $ 3,203.00 |

K -

HON. ALFRED WOLIN
Client #          0950-14554-007 CJH                                    PAGE  2

Purcell, Ries, Shannon, Mulcahy & O'Neill, Esqs.
Crossroads Business Center
One Pluckemin Way     P O Box 754
Bedminster, NJ 07921-0754
(908) 658-3800

April 17, 2003

Billed through 04/10/03

Client #     0950/A-14854-001 CJH

OWENS CORNING

CASE NAME:     OWENS CORNING
OUR TAX I.D.:  22-2017766

FOR PROFESSIONAL SERVICES RENDERED

| Date | Initials | Description | Hours |
|---|---|---|---|
| 02/03/03 | LC | Continue organization of documents for database entry for Owens Corning. | .40 hrs |
| 02/03/03 | LC | Review, index and update database correspondence, discovery and pleadings for Owens Corning. | .30 hrs |
| 02/04/03 | LC | Retrieve and prepare documents re: Opinions for Owens Corning. | .10 hrs |
| 03/10/03 | LC | Identify, analyze and index documents for case index update for Owens Corning. | 1.00 hrs |

BILLING SUMMARY

| | | | |
|---|---|---|---|
| LYNN CITRINO | 1.80 hrs | 95 /hr | 171.00 |
| TOTAL FEES | 1.80 hrs | $ | 171.00 |

TOTAL CHARGES FOR THIS BILL     $    171.00

K -

Purcell, Ries, Shannon, Mulcahy & O'Neill, Esqs.
Crossroads Business Center
One Pluckemin Way      P O Box 754
Bedminster, NJ 07921-0754
(908) 658-3800

April 17, 2003

Billed through 04/10/03

Client #      0950/B-14554-001 CJH

W.R. GRACE

CASE NAME:    W.R. GRACE
OUR TAX I.D.: 22-2017766

FOR PROFESSIONAL SERVICES RENDERED

03/31/03 LC    Identify, analyze and index documents for case
               index update general file, W.R. Grace                    .60 hrs

BILLING SUMMARY

| | | | |
|---|---|---|---|
| LYNN CITRINO | .60 hrs | 95 /hr | 57.00 |
| TOTAL FEES | .60 hrs | $ | 57.00 |
| TOTAL CHARGES FOR THIS BILL | | $ | 57.00 |

K - 31

Purcell, Ries, Shannon, Mulcahy & O'Neill, Esqs.
Crossroads Business Center
One Pluckemin Way     P O Box 754
Bedminster, NJ 07921-0754
(908) 658-3800

April 17, 2003

Billed through 04/10/03

Client #         0950/C-14554-001 CJM

ARMSTRONG

CASE NAME:       ARMSTRONG
OUR TAX I.D.:    22-2017766

FOR PROFESSIONAL SERVICES RENDERED

| Date | | Description | Hours |
|---|---|---|---|
| 02/03/03 | LC | Continue organization of documents for database entry for Armstrong. | .30 hrs |
| 02/03/03 | LC | Review, index and update database pleadings for Armstrong. | .50 hrs |
| 02/03/03 | LC | Review, index and update database correspondence, discovery and pleadings for Armstrong. | .30 hrs |
| 02/04/03 | LC | Retrieve and prepare documents re: Opinions for Armstrong. | .10 hrs |

BILLING SUMMARY

| | | | | |
|---|---|---|---|---|
| LYNN CITRINO | 1.20 hrs | 95 /hr | | 114.00 |
| TOTAL FEES | 1.20 hrs | | $ | 114.00 |

TOTAL CHARGES FOR THIS BILL               $  114.00

K - 2

Purcell, Ries, Shannon, Mulcahy & O'Neill, Esqs.
Crossroads Business Center
One Pluckemin Way      P O Box 754
Bedminster, NJ 07921-0754
(908) 658-3800

April 17, 2003

Billed through 04/10/03

Client #      0950/D-14554-001 CJH

FEDERAL MOGUL

CASE NAME:    FEDERAL MOGUL
OUR TAX I.D.: 22-2017766

FOR PROFESSIONAL SERVICES RENDERED

| Date | Atty | Description | Hours |
|---|---|---|---|
| 02/03/03 | LC | Continue organization of documents for database entry for Federal Mogul. | .30 hrs |
| 02/03/03 | LC | Review, index and update database pleadings for Federal Mogul. | .50 hrs |
| 02/03/03 | LC | Review, index and update database correspondence, discovery and pleadings for Federal Mogul. | .40 hrs |
| 02/06/03 | LC | Search Internet - United State Bankruptcy Court, Delaware for opinion by Judge Randall Newsome for appeal for Federal Mogul. | .80 hrs |
| 02/17/03 | CJH | Research and drafting memorandum for the court re: issues in CSI appeal in Federal Mogul. | 4.00 hrs |
| 02/18/03 | CJH | Final edit of memorandum for District Court re: CSI appeal in Federal Mogul matter. | 1.00 hrs |
| 02/19/03 | LC | Draft cover explanatory note forwarding CSI v. Federal Mogul original documents to E. Evans Wohlforth. | .50 hrs |
| 03/31/03 | LC | Identify, analyze and index documents for case index update general file, Federal Mogul. | .50 hrs |

BILLING SUMMARY

| | | | | | |
|---|---|---|---|---|---|
| C. JUDSON HAMLIN | CJH | COUNSEL | 5.00 hrs | 450 /hr | 2,250.00 |
| LYNN CITRINO | | | 3.00 hrs | 95 /hr | 285.00 |
| TOTAL FEES | | | 8.00 hrs | | $ 2,535.00 |

TOTAL CHARGES FOR THIS BILL                     $ 2,535.00

K - 26

Purcell, Ries, Shannon, Mulcahy & O'Neill, Esqs.
Crossroads Business Center
One Pluckemin Way     P O Box 754
Bedminster, NJ 07921-0754
(908) 658-3800

April 17, 2003

Billed through 04/10/03

Client #       0950/E-14554-001 CJH

U.S. GYPSUM

CASE NAME:    U.S. GYPSUM
OUR TAX I.D.#:    22-2017766

FOR PROFESSIONAL SERVICES RENDERED

| Date | | Description | Hours |
|---|---|---|---|
| 02/04/03 | LC | Retrieve and prepare documents re: Opinions for U.S. Gypsum. | .20 hrs |
| 03/31/03 | LC | Identify, analyze and index documents for case index update general file, U.S. Gypsum | .50 hrs |
| 04/10/03 | LC | Update U.S. Gypsum case index. | .20 hrs |

BILLING SUMMARY

| | | | |
|---|---|---|---|
| LYNN CITRINO | .90 hrs | 95 /hr | 85.50 |
| TOTAL FEES | .90 hrs | $ | 85.50 |

TOTAL CHARGES FOR THIS BILL      $   85.50

K -