Exhibit I

BUDD LARNER GROSS ROSENBAUM GREENBERG & SADE, P.C.
150 John F. Kennedy Parkway CN 1000
Short Hills, N.J. 07078-0999
(973) 379-4800  Fax (973) 379-7734
Tax ID: 22-2321266

April 19, 2002

Bill Number  48069
File Number 008507-00001

General Asbestos Bankruptcy Committee
c/o Honorable Alfred M. Wolin
United States District Court
Martin Luther King Jr. Federal
Building and Courthouse
Room 4069
50 Walnut Street
P.O. Box 999
Newark, NJ 07101

**FOR PROFESSIONAL SERVICES**

Re: General Asbestos (PA & Delaware Bankruptcy)

**LEGAL SERVICES**

Through February 28, 2002

| Date | Atty | Description | Hours |
|---|---|---|---|
| 12/27/01 | DRG | Meeting with Judge Wolin and F. McGovern | 3.00 Hrs |
| 12/31/01 | DRG | Meeting and telephone call re: agenda | 1.20 Hrs |
| 01/03/02 | DRG | Telephone conference re: agenda | 1.60 Hrs |
| 01/04/02 | DRG | Meeting at USDC re: special masters | 10.00 Hrs |
| 01/07/02 | DRG | Meeting at USDC re: special masters | 4.00 Hrs |
| 01/08/02 | DRG | Telephone conference with (Name Withheld); conference with J. Keefe | 1.80 Hrs |
| 01/09/02 | DRG | Review of documents; telephone conference F. McGovern re: N.Y.C. case | 4.20 Hrs |
| 01/10/02 | WRC | Meet with D. Gross re: case background | 2.00 Hrs |
| 01/10/02 | WRC | Meet with D. Novack re: asbestos background material | 0.50 Hrs |
| 01/11/02 | WRC | Telephone call to Judge Wolin's Clerk re: orders; research Order No. 31 from In re: Silicone Breast Implants litigation | 0.40 Hrs |
| 01/11/02 | WRC | Review notes from meeting with D. Gross | 0.20 Hrs |
| 01/11/02 | WRC | Research Supreme Court cases re: ADA | 0.30 Hrs |
| 01/11/02 | WRC | Review file from D. Gross re: class actions | 0.50 Hrs |

General Asbestos Bankruptcy Committee

Re: General Asbestos (PA & Delaware Bankruptcy)

| Date | Initials | Description | Hours |
|---|---|---|---|
| 01/14/02 | DRG | Meeting re: 706 panel; telephone calls to (Name Withheld) re: same | 1.80 Hrs |
| 01/14/02 | SML | Conference with W. Chelnik re: court orders and related calendar matters | 0.20 Hrs |
| 01/14/02 | WRC | Meet with D. Gross re: orders issued by Judge Wolin; telephone call to G. Hanson re: same; research orders on line; review same and prepare outline of due dates | 2.50 Hrs |
| 01/14/02 | WRC | Meet with D. Gross re: correspondence; review file for same | 0.60 Hrs |
| 01/14/02 | WRC | Review asbestos materials | 1.50 Hrs |
| 01/14/02 | WRC | Meet with S. Longo re: calendar | 0.10 Hrs |
| 01/15/02 | DRG | Meeting at USDC with Judge Wolin | 3.00 Hrs |
| 01/15/02 | WRC | Telephone call to Judge Wolin's Clerk re: correspondence; review file for same | 0.60 Hrs |
| 01/15/02 | WRC | Meet with D. Gross re: calendar and in-office meeting scheduled for January 18th | 0.40 Hrs |
| 01/15/02 | WRC | Review asbestos materials | 1.00 Hrs |
| 01/16/02 | WRC | Meet with K. Daniels re: calendar; review correspondence from K. Daniels re: same | 0.30 Hrs |
| 01/16/02 | WRC | Research re: debtor's information | 0.60 Hrs |
| 01/16/02 | KRD | Meetings with IT Department re: electronic calendar | 0.40 Hrs |
| 01/17/02 | WRC | Review Supreme Court cases re: class actions and research articles re: 706 panels | 4.50 Hrs |
| 01/17/02 | WRC | Research article requested by Judge Wolin | 0.20 Hrs |
| 01/18/02 | DRG | Preparation for and meeting at Short Hills with J. Keefe, C. Hamlin, W. Dreier and F. McGovern (management committee) and Judge Wolin | 7.50 Hrs |
| 01/18/02 | WRC | In-office conference re: case strategy | 5.00 Hrs |
| 01/18/02 | WRC | Review orders and correspondence | 0.30 Hrs |
| 01/21/02 | DRG | Review of all submissions by various parties | 2.50 Hrs |
| 01/22/02 | DRG | Review materials; telephone calls with (Name Withheld) | 1.00 Hrs |
| 01/23/02 | WRC | Telephone call to Judge Wolin's clerk; review file | 0.20 Hrs |
| 01/23/02 | WRC | Review meeting notes from January 18, 2002 and prepare memorandum | 5.00 Hrs |
| 01/23/02 | WRC | Meet with K. Daniels re: calendar | 0.30 Hrs |
| 01/24/02 | WRC | Review correspondence from K. Daniels; meet with K. Daniels re: calendar | 0.20 Hrs |
| 01/24/02 | WRC | Research Third Circuit case requested by D. Gross | 0.50 Hrs |
| 01/24/02 | WRC | Review and revise memorandum to D. Gross | 0.30 Hrs |
| 01/24/02 | KRD | Update calendar | 0.40 Hrs |

General Asbestos Bankruptcy Committee

Re: General Asbestos (PA & Delaware Bankruptcy)

| Date | Init. | Description | Hours |
|---|---|---|---|
| 01/25/02 | WRC | Telephone call to Judge Wolin's clerk | 0.20 Hrs |
| 01/26/02 | DRG | Conference at USDC re: procedures | 3.00 Hrs |
| 01/28/02 | DRG | Meeting with (Name Withheld) and F. McGovern re: insurance issues, telephone conference re: same | 3.00 Hrs |
| 01/28/02 | WRC | Review and revise calendar entries | 0.70 Hrs |
| 01/28/02 | WRC | Review and file correspondence and order from Judge Wolin | 0.20 Hrs |
| 01/29/02 | DRG | Meeting at Short Hills with (Name Withheld) and at USDC with Judge Wolin (Name Withheld) and management committee | 5.10 Hrs |
| 01/29/02 | DRG | Telephone conferences with (Name Withheld), J. Keefe and C. Hamlin | 0.80 Hrs |
| 01/29/02 | SML | Review calendar re: pending proceedings | 0.10 Hrs |
| 01/30/02 | DRG | Preparation for and meeting at Judge Wolin's Chambers | 7.00 Hrs |
| 01/30/02 | KM | Confer with W. Chelnik and D. Gross concerning upcoming events | 0.30 Hrs |
| 01/30/02 | WRC | Meet with D. Gross and K. Marchetti re: case status | 0.80 Hrs |
| 01/31/02 | DRG | Telephone conversation with Judge Wolin; telephone conversations with (Name Withheld) re: February meetings | 0.80 Hrs |
| 01/31/02 | SML | Review court documents re: pending proceedings; conference with W. Chelnik re: same | 0.30 Hrs |
| 01/31/02 | WRC | Telephone call to Judge Wolin's clerk re: February 8th hearing; review file for related documents; research briefs re: motion to transfer | 0.80 Hrs |
| 02/05/02 | SML | Obtain overview of pending motions before Judge Wolin relating to friction defendants | 0.80 Hrs |
| 02/05/02 | WRC | Research filings in Federal-Mogul Global, Inc. re: hearing set for February 8th | 0.70 Hrs |
| 02/06/02 | WRC | Research and prepare filings for S. Longo re: hearing on motions to transfer | 2.50 Hrs |
| 02/07/02 | DRG | Meeting with management committee | 2.10 Hrs |
| 02/07/02 | SML | Review motion papers re: transfer of friction claims and requested Daubert hearing | 3.20 Hrs |
| 02/07/02 | WRC | Research filings from Pennsylvania District Court | 0.30 Hrs |
| 02/08/02 | SML | Attend oral argument on friction defendants' motion to transfer claims to bankruptcy court in Wilmington, Delaware | 10.20 Hrs |
| 02/11/02 | DRG | Preparation for and meeting with Judge Wolin (Name Withheld) and F. McGovern at USDC | 4.50 Hrs |

General Asbestos Bankruptcy Committee

Re: General Asbestos (PA & Delaware Bankruptcy)

| Date | Atty | Description | Hours |
|---|---|---|---|
| 02/11/02 | WRC | Meet with S. Longo re: February 8th hearing in Delaware; meet with D. Gross re: same | 0.20 Hrs |
| 02/12/02 | DRG | Conference re appeal and Judge Wolin's Order | 1.00 Hrs |
| 02/13/02 | DRG | In-office conference with (Name Withheld) re: hearing before Judge Wolin on 2/14 re: compensation; telephone conference re: appeal and Judge Wolin's order | 1.50 Hrs |
| 02/14/02 | DRG | Meeting at Judge Wolin's Chambers with (Name Withheld); discussion with F. McGovern re: individual bankruptcies; telephone conference with (Name Withheld); meeting at Short Hills with (Name Withheld) re: insurance issues | 8.80 Hrs |
| 02/15/02 | WRC | Review message from C. McCarthy; prepare and distribute documents to management committee | 0.50 Hrs |
| 02/19/02 | DRG | Telephone conference with Judge Wolin and (Name Withheld) | 2.50 Hrs |
| 02/19/02 | WRC | Review correspondence from G. Hanson and Judge Wolin's opinion re: motion to transfer; prepare memorandum to S. Longo and D. Gross re: same | 0.50 Hrs |
| 02/20/02 | DRG | Telephone conference with Judge Wolin, F. McGovern, (Names Withheld) | 1.50 Hrs |
| 02/21/02 | DRG | Meeting with Judge Wolin | 3.50 Hrs |
| 02/22/02 | DRG | Telephone calls to F. McGovern, (Names Withheld) | 2.10 Hrs |
| 02/22/02 | SML | Conferences with D. Deeney re: file organization | 0.20 Hrs |
| 02/22/02 | WRC | Meet with D. Deeney re: consolidation Order; review file | 0.50 Hrs |
| 02/22/02 | DRD | Review documents, pleadings, correspondence regarding general information, conference with W. Chelnik regarding asbestos documents; prepare and organize files, correspondence and pleading boards | 4.00 Hrs |
| 02/25/02 | WRC | Review articles re: asbestos litigation | 1.00 Hrs |
| 02/27/02 | DRG | Meeting at Judge Wolin's Chambers with management Committee and (Name Withheld) re: Federal Mogul (Travel at 1/2 time) | 6.20 Hrs |
| 02/27/02 | WRC | Attend meeting with management committee re: case strategy (Travel at 1/2 time) | 6.00 Hrs |
| 02/28/02 | DRG | Telephone calls re: bankruptcy; review cases; telephone calls with (Name Withheld) and F. McGovern | 2.80 Hrs |
| 02/28/02 | WRC | Review correspondence and orders from G. Hanson | 0.10 Hrs |

TOTAL LEGAL SERVICES   $54,285.00

General Asbestos Bankruptcy Committee

Re: General Asbestos (PA & Delaware Bankruptcy)

## LEGAL SERVICES SUMMARY

| | | | |
|---|---|---|---|
| Gross, David R. | 97.80 Hrs | 450/hr | $44,010.00 |
| Marchetti, Kathleen C. | 0.30 Hrs | 300/hr | $90.00 |
| Longo, Sonya M. | 15.00 Hrs | 225/hr | $3,375.00 |
| Chelnik, Whitney R. | 43.00 Hrs | 150/hr | $6,450.00 |
| Deeney, Donna R. | 4.00 Hrs | 75/hr | $300.00 |
| Daniels, Kevin R. | 0.80 Hrs | 75/hr | $60.00 |
| | 160.90 Hrs | | $54,285.00 |

## DISBURSEMENTS

Through February 28, 2002

| | |
|---|---|
| Telephone | $2.00 |
| Federal Express | $27.59 |
| Parking/Tolls | $111.00 |
| Mileage | $17.36 |
| Photocopies-Inoffice | $500.50 |
| Online Services-Westlaw | $485.67 |
| Telecopies | $65.00 |
| Travel | $206.00 |
| Meals | $171.21 |
| Long Distance Telephone Charges | $3.62 |
| **TOTAL DISBURSEMENTS** | **$1,589.95** |
| **TOTAL THIS BILL** | **$55,874.95** |