# Exhibit K

BUDD LARNER ROSENBAUM GREENBERG & SADE, P.C.
150 John F. Kennedy Parkway CN 1000
Short Hills, N.J. 07078-0999
(973) 379-4800 Fax (973) 379-7734
Tax ID: 22-2321266

October 31, 2002

Bill Number 56179
File Number 008507-00001

General Asbestos Bankruptcy Committee
c/o Honorable Alfred M. Wolin
United States District Court
Martin Luther King Jr. Federal
Building and Courthouse
Room 4069
50 Walnut Street
P.O. Box 999
Newark, NJ 07101

**FOR PROFESSIONAL SERVICES**

Re: General Asbestos (PA & Delaware Bankruptcy)

**LEGAL SERVICES**

Through August 31, 2002

Case Administration

| | | | |
|---|---|---|---|
| 03/01/02 | DRG | Review Federal Mogul material; interoffice conference with S. Longo [G101] | 2.50 Hrs |
| 03/02/02 | DRG | Receipt and review correspondence; telephone conversation with F. McGovern [G101] | 1.10 Hrs |
| 03/04/02 | SML | Review calendar re: pending matters [G101] | 0.10 Hrs |
| 03/05/02 | WRC | Telephone calls from D. Gross; telephone call to J. Barbee re: March 15th meeting; prepare correspondence to J. Barbee re: March 15th meeting; telephone calls to W. Dreier, J. Keefe, C. Hamlin and F. McGovern re: scheduling of March 14th meeting; telephone calls to G. Hanson re: March 14th meeting; prepare memorandum to D. Gross re: scheduling of meetings on March 14th and 15th [G101] | 3.00 Hrs |
| 03/06/02 | DRG | Telephone calls to F. McGovern, Judge Wolin and experts re: statistics [G101] | 0.50 Hrs |

I - 10

General Asbestos Bankruptcy Committee

Re: General Asbestos (PA & Delaware Bankruptcy)

| | | | |
|---|---|---|---|
| 03/06/02 | WRC | Telephone calls with F. McGovern, W. Dreier, C. Hamlin, J. Keefe and G. Hanson re: possible meeting of the management committee [G101] | 0.70 Hrs |
| 03/07/02 | WRC | Review correspondence and prepare memorandum to D. Gross re: same; telephone calls with F. McGovern, E. Wohlforth; meet with D. Gross re: Federal Mogul meeting [G101] | 0.40 Hrs |
| 03/08/02 | DRG | Conference with (Name Withheld) and F. McGovern [G101] | 2.60 Hrs |
| 03/08/02 | DRD | Update files with opinions from Judge Wolin and notes regarding Federal Mogul [G101] | 0.30 Hrs |
| 03/11/02 | DRG | Meeting in New York City with (Name Withheld) and representative from (Name Withheld) re: insurance issues [G101] | 3.00 Hrs |
| 03/13/02 | WRC | Telephone calls with C. Hamlin and G. Hanson re: management committee meeting [G101] | 0.20 Hrs |
| 03/13/02 | WRC | Review article re: asbestos lawsuits [G101] | 0.50 Hrs |
| 03/14/02 | DRG | Breakfast meeting with Francis McGovern; meeting with Judge Wolin, et al. [G101] | 8.00 Hrs |
| 03/14/02 | DRG | Dinner meeting with F. McGovern et al. re: Federal Mogul [G101] | 3.80 Hrs |
| 03/14/02 | JJS | Preparation for meetings with Federal Mogul representatives [G101] | 2.10 Hrs |
| 03/15/02 | DRG | Meeting at Short Hills office re: Federal Mogul with (Names Withheld) [G101] | 6.00 Hrs |
| 03/15/02 | JJS | Preparation for attendance at meeting with Federal Mogul representatives; preparatory meeting with D. Gross re: same [G101] | 5.90 Hrs |
| 03/15/02 | WRC | Attend meeting re: Federal Mogul bankruptcy and insurance issues [G101] | 3.00 Hrs |
| 03/17/02 | DRG | Telephone conference with (Names Withheld) re: Federal Mogul [G101] | 1.10 Hrs |
| 03/18/02 | DRG | Teleconference; meeting with (Name Withheld) [G101] | 4.50 Hrs |
| 03/18/02 | WRC | Telephone call to F. McGovern re: possible meeting dates [G101] | 0.20 Hrs |
| 03/19/02 | WRC | Review memorandum and article from J. Schiavone re: California insurance decision; research case referred to in article; prepare memorandum to D. Gross and J. Schiavone re: same [G101] | 1.00 Hrs |
| 03/22/02 | DRG | Conference call on Federal Mogul with (Name Withheld) [G101] | 1.00 Hrs |

General Asbestos Bankruptcy Committee

Re: General Asbestos (PA & Delaware Bankruptcy)

| | | | |
|---|---|---|---|
| 03/22/02 | JJS | Teleconference with (Name Withheld); follow-up teleconference with David Gross; review of cases [G101] | 1.10 Hrs |
| 03/22/02 | DRD | Review documents and prepare files for D. Gross [G101] | 0.80 Hrs |
| 03/25/02 | WRC | Review e-mail correspondence from G. Hanson re: recent orders; review orders [G101] | 0.20 Hrs |
| 03/26/02 | SML | Review file re: pending proceedings [G101] | 0.10 Hrs |
| 03/28/02 | DRD | Conference with W. Chelnik regarding fee application and service list; research Pacer for service list; conference with S. Longo regarding research results [G101] | 5.00 Hrs |
| 03/29/02 | DRG | Telephone conference with (Name Withheld) and F. McGovern re: insurance [G101] | 2.20 Hrs |
| 04/01/02 | DRG | Telephone call on documents from (Name Withheld) re: insurance companies; preparation for meeting [G101] | 2.60 Hrs |
| 04/01/02 | SML | Review Liberty Mutual's position re: interest in Armstrong World Industries bankruptcy proceeding [G101] | 1.30 Hrs |
| 04/01/02 | KRD | Review and organize incoming mail for attorney review [G101] | 0.20 Hrs |
| 04/04/02 | DRG | Dinner meeting with Judge Wolin, F. McGovern and (Name Withheld) [G101] | 3.00 Hrs |
| 04/05/02 | DRG | Meeting at Judge Wolin's Chambers (Names Withheld) and F. McGovern [G101] | 6.20 Hrs |
| 04/05/02 | WRC | Review correspondence from G. Hanson re: order appointing W. Dreier; review same [G101] | 0.20 Hrs |
| 04/05/02 | WRC | Telephone call from D. Gross re: April 26 meeting [G101] | 0.10 Hrs |
| 04/08/02 | WRC | Telephone calls with offices of C. Hamlin, W. Dreier, J. Keefe and F. McGovern re: scheduling meeting for April 26, 2002; call to G. Hanson to confirm time and date; draft memorandum to D. Gross re: same [G101] | 0.40 Hrs |
| 04/09/02 | DRG | Meeting with (Name Withheld) and others re: bankruptcies [G101] | 3.50 Hrs |
| 04/09/02 | SML | Conference with W. Chelnik re: proposed revisions to bill [G101] | 0.10 Hrs |
| 04/09/02 | WRC | Telephone calls with C. Hamlin's office re: scheduling meeting for April 26th; telephone calls to F. McGovern and J. Bridgers re: same; meet with C. McCarthy re: same; telephone call from G. Hanson re: Judge Wolin's availability [G101] | 1.00 Hrs |
| 04/10/02 | DRG | Meeting with (Name Withheld) and others re: bankruptcies [G101] | 3.50 Hrs |

I - 2

General Asbestos Bankruptcy Committee

Re: General Asbestos (PA & Delaware Bankruptcy)

| | | | |
|---|---|---|---|
| 04/11/02 | SML | Review and revise firm's time entries and associated expenses during March 2002; review and revise draft application of W. Dreier in support of fee application and accompanying proposed service list; conference with W. Chelnik re: draft materials [G101] | 1.10 Hrs |
| 04/11/02 | WRC | Review correspondence re: insurance matters; meet with C. McCarthy re: same [G101] | 0.10 Hrs |
| 04/11/02 | WRC | Telephone call to F. McGovern re: fee application and April 26 meeting; telephone call to J. Bridgers re: fee application and time sheets for F. McGovern [G101] | 0.30 Hrs |
| 04/11/02 | WRC | Telephone call from D. Gross re: April 26 meeting at Judge Wolin's chambers [G101] | 0.10 Hrs |
| 04/12/02 | DRG | Telephone conference with Judge Wolin and (Name Withheld); review material re: insurance issues [G101] | 2.00 Hrs |
| 04/12/02 | WRC | Telephone call from D. Gross re: April 26 meeting; telephone calls to W. Dreier, J. Hamlin and F. McGovern re: alternative dates for meeting [G101] | 0.30 Hrs |
| 04/15/02 | DRG | Dinner meeting with Judge Wolin [G101] | 3.20 Hrs |
| 04/15/02 | DRG | Telephone conference with (Name Withheld) and Judge Wolin [G101] | 1.20 Hrs |
| 04/15/02 | WRC | Conference with D. Gross re: rescheduling of meeting; telephone calls to J. Keefe's office; draft memorandum to D. Gross re: J. Keefe's availability [G101] | 0.30 Hrs |
| 04/16/02 | DRD | Conference with W. Chelnik regarding counsel list [G101] | 0.30 Hrs |
| 04/17/02 | WRC | Conference with D. Gross re: available dates for management committee meeting; review memorandum to D. Gross re: same; telephone calls with W. Dreier, J. Keefe, and C. Hamlin's office; draft memorandum to D. Gross re: availability [G101] | 0.30 Hrs |
| 04/18/02 | DRG | Dinner with "A" Team and (Name Withheld) [G101] | 2.50 Hrs |
| 04/18/02 | WRC | Telephone call from C. Hamlin's office re: availability [G101] | 0.10 Hrs |
| 04/18/02 | DRD | Conference with W. Chelnik requesting Order from Judge Wolin appointing special master; document retrieval [G101] | 0.40 Hrs |
| 04/22/02 | DRG | Teleconference with Management Committee. [G101] | 2.50 Hrs |
| 04/22/02 | WRC | Conference with D. Gross re: available dates; telephone calls to Judge Wolin and management committee re: May 28 meeting [G101] | 0.30 Hrs |

I - 2

General Asbestos Bankruptcy Committee

Re: General Asbestos (PA & Delaware Bankruptcy)

| | | | |
|---|---|---|---|
| 04/23/02 | DRG | Telephone conference with Judge Wolin and F. McGovern [G101] | 1.00 Hrs |
| 04/23/02 | WRC | Conferences with D. Gross re: management committee meetings; prepare correspondence to management committee re: same; telephone calls to J. Bridgers re: F. McGovern's availability [G101] | 0.50 Hrs |
| 04/24/02 | DRG | Meeting in Hartford with CEO's [G101] | 5.50 Hrs |
| 04/24/02 | DRG | Travel to and from Connecticut (at 1/2 time) [G101] | 1.50 Hrs |
| 04/25/02 | DRG | Telephone conference with F. McGovern, (Name Withheld) and CEO's [G101] | 2.10 Hrs |
| 04/27/02 | DRG | Conference and meeting with F. McGovern re: general strategy and various bankruptcies [G101] | 4.60 Hrs |
| 04/29/02 | DRG | Telephone call re: scheduling [G101] | 1.20 Hrs |
| 04/30/02 | DRG | Telephone calls and conferences with CEO's of Hartford, Travelers and Liberty Mutual [G101] | 4.60 Hrs |
| 04/30/02 | WRC | Conference with D. Gross re: research; conduct and prepare research re: [Name Withheld] and involvement of [Name Withheld] [G101] | 0.80 Hrs |
| 05/02/02 | DRG | Telephone calls re: insurance issues [G101] | 4.20 Hrs |
| 05/03/02 | DRG | Telephone calls, review bankruptcy rules - referenced case [G101] | 2.40 Hrs |
| 05/06/02 | DRG | Meeting with (Name Withheld) [G101] | 1.50 Hrs |
| 05/07/02 | DRG | Attend meeting with General Counsel of Travelers, Hartford, Liberty and CNA [G101] | 5.00 Hrs |
| 05/07/02 | DRG | Prepare for meeting re: same [G101] | 1.00 Hrs |
| 05/07/02 | DRG | Travel to and from meeting (at 1/2 time) [G101] | 1.00 Hrs |
| 05/07/02 | WRC | Attend meeting with [Names Withheld] re: insurance issues [G101] | 3.50 Hrs |
| 05/07/02 | WRC | Travel to and from meeting at 1/2 time [G101] | 0.70 Hrs |
| 05/07/02 | WRC | Prepare correspondence to J. Keefe, C. Hamlin and W. Dreier re: insurance memorandum [G101] | 0.20 Hrs |
| 05/08/02 | DRG | Re: telephone calls with Judge Wolin, F. McGovern, Travelers and Hartford [G101] | 1.50 Hrs |
| 05/08/02 | SML | Conference with D. Deeney re: docketing of the applications [G101] | 0.20 Hrs |
| 05/09/02 | DRD | Organize documents [G101] | 0.30 Hrs |
| 05/10/02 | WRC | Telephone call from D. Trafelette's office re: mailing address [G101] | 0.10 Hrs |
| 05/14/02 | DRG | Meeting with Judge Wolin; telephone conference with Liberty Mutual General Counsel [G101] | 8.00 Hrs |

General Asbestos Bankruptcy Committee

Re: General Asbestos (PA & Delaware Bankruptcy)

| | | | |
|---|---|---|---|
| 05/14/02 | SML | Conferences with W. Chelnik re: certification of no objection, electronic filing and pro hac vice application [G101] | 0.20 Hrs |
| 05/15/02 | DRG | Telephone conferences with Judge Wolin and F. McGovern re: matters - Armstrong [G101] | 2.60 Hrs |
| 05/15/02 | SML | Conference with W. Chelnik re: electronic filing [G101] | 0.10 Hrs |
| 05/16/02 | DRG | Telephone conferences with David Cain, Judge Wolin and Evans Wohlforth [G101] | 1.50 Hrs |
| 05/17/02 | DRG | Meeting with Judge Wolin and "A" team and meeting with lawyers from Armstrong [G101] | 7.00 Hrs |
| 05/17/02 | DRD | Organize documents in preparation of 2nd. fee application; call from M. Davis regarding e filing [G101] | 0.80 Hrs |
| 05/20/02 | SML | Conference with D. Deeney and W. Chelnik re: service of certifications of no objection and review draft correspondence [G101] | 0.10 Hrs |
| 05/21/02 | DRG | Telephone conference re: Federal Mogul/Armstrong [G101] | 2.20 Hrs |
| 05/22/02 | DRG | Dinner meeting with Judge Wolin, (Name Withheld) re: McGovern [G101] | 3.40 Hrs |
| 05/28/02 | DRG | Conference calls with McGovern, (Names Withheld) re: Liberty Mutual [G101] | 4.40 Hrs |
| 05/29/02 | DRG | Meeting with Judge Wolin re: Armstrong matter at U.S.D.C. in Newark [G101] | 4.20 Hrs |
| 05/29/02 | SML | Review article re: Judge Wolin [G101] | 0.20 Hrs |
| 05/29/02 | WRC | Review article re: Judge Wolin; prepare memorandum to file and D. Gross re: same [G101] | 0.20 Hrs |
| 05/29/02 | DRD | Review Delaware District website for our certificates of no objection; call to M. Davis regarding same [G101] | 1.50 Hrs |
| 05/30/02 | DRG | Telephone calls re: Liberty Mutual counsel (Ace) [G101] | 3.50 Hrs |
| 05/30/02 | DRD | Conference with W. Chelnik regarding letter objection regarding fees for F. McGovern [G101] | 0.40 Hrs |
| 05/31/02 | DRG | Conference call with Francis McGovern, (Name Withheld) re: Liberty Mutual [G101] | 1.30 Hrs |
| 06/12/02 | DRG | Telephone conferences with Liberty Mutual, (Name Withheld) Judge Wolin and Francis McGovern re: Armstrong [G101] | 6.40 Hrs |
| 06/12/02 | DRG | Telephone calls with (Name Withheld) re: Federal Mogul [G101] | 0.50 Hrs |
| 06/12/02 | DRD | Call to Delaware Bankruptcy Court regarding electronic filing; call from Delaware Bankruptcy Court; conference with W. Chelnik regarding electronic filing [G101] | 0.60 Hrs |
| 06/13/02 | DRD | Review docket for objections; organize file [G101] | 1.50 Hrs |



I- 24

General Asbestos Bankruptcy Committee

Re: General Asbestos (PA & Delaware Bankruptcy)

| | | | |
|---|---|---|---|
| 06/14/02 | DRD | Review dockets for certificates of no objection [G101] | 2.00 Hrs |
| 06/17/02 | SML | Conference with W. Chelnik re: matter status [G101] | 0.10 Hrs |
| 06/17/02 | DRD | Status conference with S. Longo regarding pending matters [G101] | 0.60 Hrs |
| 06/18/02 | DRG | Telephone calls re: Liberty and (Name Withheld) re: London Insurance Market [G101] | 2.80 Hrs |
| 06/19/02 | DRG | Dinner meeting with Judge Wolin, Francis McGovern, (Name Withheld) re: Honeywell [G101] | 4.30 Hrs |
| 06/20/02 | DRG | Prepare for and appear at Bankruptcy Court before Judge Gambardella; meeting with Kevin Irwin [G101] | 5.20 Hrs |
| 06/20/02 | DRG | Telephone conferences with (Names Withheld) and Judge Wolin's chambers [G101] | 1.80 Hrs |
| 06/21/02 | DRG | Telephone conferences with Francis McGovern and Liberty re: meeting [G101] | 1.50 Hrs |
| 06/24/02 | WRC | Review correspondence from G. Hanson re: interim orders; review orders; prepare correspondence to D. Deeney [G101] | 0.20 Hrs |
| 06/26/02 | DRG | Meeting with Federal Mogul; conference call with (Name Withheld) [G101] | 6.20 Hrs |
| 06/26/02 | WRC | Conferences with D. Gross re: scheduled conferences; attend meeting with D. Gross and Federal Mogul representatives re: Federal Mogul [G101] | 2.20 Hrs |
| 06/28/02 | DRG | Preparation and appearance at meeting in NYC at Hartford offices [G101] | 4.00 Hrs |
| 06/28/02 | DRG | Travel to and from meeting (at 1/2 time) [G101] | 1.00 Hrs |
| 06/28/02 | WRC | Attend conferences with various insurers re: insurance issues [G101] | 4.00 Hrs |
| 06/28/02 | WRC | Travel to and from New York City at 1/2 time [G101] | 1.00 Hrs |
| 07/01/02 | DRG | Preparation and appearance in Washington for meeting with General Counsel, (Names Withheld) Francis McGovern and attorneys from Choate Hall and Akin Gump [G101] | 11.00 Hrs |
| 07/02/02 | DRG | Telephone conferences re: Liberty [G101] | 2.10 Hrs |
| 07/02/02 | DRG | Review e-mails [G101] | 2.80 Hrs |
| 07/02/02 | DRG | Telephone conferences with Francis and Judge Wolin re: Armstrong [G101] | 1.50 Hrs |
| 07/08/02 | SML | Conference with W. Chelnik re: matter status [G101] | 0.10 Hrs |
| 07/10/02 | DRG | Telephone conference re: London matter [G101] | 1.80 Hrs |
| 07/11/02 | DRG | Meeting in New York City with Doris Polk - Owens Corning, Judge Wolin, Francis McGovern and counsel [G101] | 7.30 Hrs |
| 07/12/02 | DRG | Telephone conferences with Liberty, Akin Gump re D/J action; telephone conference with (Names Withheld) re: same [G101] | 2.10 Hrs |

I - 35

General Asbestos Bankruptcy Committee

Re: General Asbestos (PA & Delaware Bankruptcy)

| | | | | |
|---|---|---|---|---|
| 07/15/02 | DRG | Review materials re: Armstrong; telephone calls re: Owens Corning; lengthy telephone conference - Owens Corning [G101] | 3.80 Hrs | |
| 07/16/02 | DRG | Telephone conferences with Francis McGovern and Judge Wolin [G101] | 1.40 Hrs | |
| 07/18/02 | DRG | Review file re: Liberty Mutual [G101] | 1.10 Hrs | |
| 07/19/02 | DRG | Review file re: Liberty Mutual [G101] | 1.40 Hrs | |
| 07/22/02 | DRG | Telephone calls re: Liberty Mutual; telephone calls re: Armstrong [G101] | 2.60 Hrs | |
| 07/22/02 | DRD | Review PACER for signed orders [G101] | 1.50 Hrs | |
| 07/25/02 | DRG | Meeting with Judge Wolin [G101] | 1.40 Hrs | |
| 08/14/02 | DRG | Telephone conference with Francis McGovern re: Grace/Mogul [G101] | 0.20 Hrs | |
| 08/21/02 | DRG | Meeting with Francis McGovern, (Name Withheld) and Judge Wolin [G101] | 4.00 Hrs | |
| 08/26/02 | DRG | Conference with Judge Wolin [G101] | 3.00 Hrs | |
| 08/26/02 | DRG | Meeting with (Name Withheld); conference re: strategy - asbestos ligation [G101] | 3.60 Hrs | |
| | | Case Administration Totals | 281.60 HRS | $110,526.50 |

Fee/Employment Applications

| | | | |
|---|---|---|---|
| 03/05/02 | SML | Conference with W. Chelnik re: fee application; review proposed documents re: same for law clerk [G104] | 0.20 Hrs |
| 03/05/02 | WRC | Telephone call to E. Wohlforth re: joint fee applications; review and prepare documents for E. Wohlforth re: fee application; meet with S. Longo re: fee application [G104] | 1.50 Hrs |
| 03/06/02 | SML | Telephone conference with law clerk re: proposed application; conference with W. Chelnik re: proposed application re: reimbursement of consultants [G104] | 0.20 Hrs |
| 03/06/02 | WRC | Telephone calls from E. Wohlforth re: fee applications; review correspondence from E. Wohlforth; meet with S. Longo re: same [G104] | 0.30 Hrs |
| 03/08/02 | SML | Review draft fee application documents from law clerk; conference with D. Gross re: same and telephone conferences with law clerk re: same [G104] | 0.60 Hrs |
| 03/08/02 | WRC | Meet with S. Longo re: fee application; telephone calls to F. McGovern, J. Keefe and W. Dreier re: fee applications [G104] | 0.50 Hrs |
| 03/10/02 | SML | Review draft bill in support of fee application and revise same [G104] | 0.20 Hrs |
| 03/11/02 | SML | Telephone conference with law clerk re: fee application materials; conference with W. Chelnik re: same [G104] | 0.30 Hrs |

General Asbestos Bankruptcy Committee

Re: General Asbestos (PA & Delaware Bankruptcy)

| | | | |
|---|---|---|---|
| 03/15/02 | SML | Review bill of J. Keefe and conference with W. Chelnik re: fee applications [G104] | 0.20 Hrs |
| 03/15/02 | WRC | Telephone call to F. McGovern re: fee application; review correspondence from J. Keefe re: time sheets and fee applications; meet with S. Longo re: same [G104] | 0.50 Hrs |
| 03/25/02 | WRC | Review correspondence from E. Wohlforth re: fee applications; telephone call from J. Bridges re: fee application and F. McGovern's time sheets [G104] | 0.30 Hrs |
| 03/26/02 | WRC | Meet with S. Longo re: fee applications; telephone call to J. Bridgers re: fee application for F. McGovern [G104] | 0.30 Hrs |
| 03/27/02 | SML | Review correspondence from J. Wolin re: fee application; conferences with W. Chelnik re: same; review various draft bills [G104] | 1.00 Hrs |
| 03/27/02 | WRC | Meetings with D. Gross and S. Longo re: fee applications; review Judge Wolin's Order and correspondence from E. Wohlforth; research and review local bankruptcy rules; conferences with S. Longo re: service lists; telephone call from J. Bridgers re: F. McGovern's time sheets; telephone call to W. Dreier re: time sheets; review Judge Wolin's Order for reimbursement of Special Masters; review correspondence from W. Dreier and time sheets [G104] | 3.50 Hrs |
| 03/28/02 | SML | Conference with D. Deeney re: service list for fee application [G104] | 0.20 Hrs |
| 03/28/02 | WRC | Review and revise time sheet entries in preparation for fee applications; review draft of interim application and proposed order; meet with D. Gross and S. Longo re: time entries; review order re: compensation; research local bankruptcy rules [G104] | 2.50 Hrs |
| 03/29/02 | WRC | Review second draft of time sheets and continue to revise entries [G104] | 0.30 Hrs |
| 04/02/02 | WRC | Telephone call from J. Bridgers re: F. McGovern's time sheets and fee application [G104] | 0.10 Hrs |
| 04/07/02 | WRC | Review time sheets and prepare draft fee application re: W. Dreier [G104] | 1.00 Hrs |
| 04/08/02 | SML | Conferences with W. Chelnik re: fee application [G104] | 0.20 Hrs |
| 04/08/02 | WRC | Review time sheets and prepare draft fee application re: W. Dreier; meet with D. Deeney re: same [G104] | 1.70 Hrs |
| 04/08/02 | WRC | Conference with S. Longo re: fee applications [G104] | 0.10 Hrs |
| 04/08/02 | DRD | Conference with W. Chelnik regarding fee application [G104] | 0.30 Hrs |

General Asbestos Bankruptcy Committee

Re: General Asbestos (PA & Delaware Bankruptcy)

| | | | |
|---|---|---|---|
| 04/09/02 | WRC | Meet with C. McCarthy and S. Longo re: time sheets; review drafts with accounting department [G104] | 1.00 Hrs |
| 04/10/02 | WRC | Telephone calls to F. McGovern and J. Bridgers re: time sheets and April 26 meeting [G104] | 0.20 Hrs |
| 04/11/02 | WRC | Meet with S. Longo re: fee application for W. Dreier and D. Gross, service list; conferences with accounting department re: billing codes and revisions to time sheets; research Delaware bankruptcy court local rules re: allowable expenses [G104] | 0.50 Hrs |
| 04/16/02 | WRC | Telephone call from W. Dreier's office re: April time sheets [G104] | 0.10 Hrs |
| 04/16/02 | WRC | Review D. Deeney's research re: service list; conduct on-line research re: service list including attorneys in all five bankruptcies; conference with D. Deeney re: same [G104] | 1.70 Hrs |
| 04/17/02 | WRC | Revising fee application re: W. Dreier [G104] | 0.80 Hrs |
| 04/18/02 | WRC | Prepare fee applications re: J. Keefe, C. Hamlin and F. McGovern; conference with D. Deeney re: service list and review of fee applications; review and prepare exhibits re: fee applications; conference with D. Gross re: same; review time sheets re: Budd Larner; conferences with accounting department [G104] | 5.00 Hrs |
| 04/19/02 | WRC | Conferences with accounting department re: billing codes and revised bills; prepare memorandum re: same to be distributed to all; prepare fee application re: D. Gross; revise fee application re: F. McGovern; continue researching service lists and review attorney lists [G104] | 2.50 Hrs |
| 04/19/02 | DRD | Conference with W. Chelnik regarding fee applications and service list [G104] | 0.20 Hrs |
| 04/22/02 | SML | Review memorandum re: billing procedures; conference with W. Chelnik re: draft fee application [G104] | 0.20 Hrs |
| 04/22/02 | WRC | Review correspondence from [Name Withheld] re: billing statement; conference with S. Longo and D. Gross re: same; revise fee application re: D. Gross to reflect additional billing statement [G104] | 1.00 Hrs |
| 04/23/02 | SML | Review draft fee applications on behalf of Budd Larner, C. Judson Hamlin, F. McGovern and J. Keefe; review revised fee application of W. Dreier; conferences with W. Chelnik re: same [G104] | 1.50 Hrs |
| 04/23/02 | WRC | Telephone call from S. Longo re: time sheets [G104] | 0.10 Hrs |
| 04/23/02 | WRC | Conference with S. Longo re: revisions to fee applications and service lists; revise fee applications re: all members of management committee [G104] | 5.50 Hrs |

General Asbestos Bankruptcy Committee

Re: General Asbestos (PA & Delaware Bankruptcy)

| | | | |
|---|---|---|---|
| 04/24/02 | SML | Conference with W. Chelnik re: fee application; supplement first fee applications [G104] | 0.50 Hrs |
| 04/24/02 | WRC | Conference with S. Longo re: revised fee applications and expert consultant fee [G104] | 0.20 Hrs |
| 04/24/02 | WRC | Review revisions made by S. Longo; revise all applications to reflect same; telephone calls from J. Bridgers re: F. McGovern's time sheets [G104] | 0.80 Hrs |
| 04/25/02 | SML | Review and revise fee application of Budd Larner through February 2002 [G104] | 0.60 Hrs |
| 04/25/02 | WRC | Conference with S. Longo re: revisions; revise fee application re: Budd Larner; prepare exhibits for all applications, prepare correspondence to W. Dreier, C. Hamlin and J. Keefe re: execution of applications and filing [G104] | 2.50 Hrs |
| 04/25/02 | WRC | Research re: service list; prepare draft of lists re: all five bankruptcies [G104] | 1.20 Hrs |
| 04/26/02 | WRC | Review time sheets re: F. McGovern; telephone call re: W. Dreier's time sheets; revise and prepare final copies of fee application re: Budd Larner and D. Gross; prepare memorandum to F. McGovern re: execution of fee application [G104] | 1.30 Hrs |
| 04/26/02 | WRC | Revise service lists for all five bankruptcies re: additional parties [G104] | 1.00 Hrs |
| 04/29/02 | WRC | Conduct on-line research re: service lists; prepare and revise service lists re: all five bankruptcies [G104] | 3.80 Hrs |
| 04/30/02 | WRC | Conference with D. Gross re: F. McGovern's fee application [G104] | 0.10 Hrs |
| 05/01/02 | SML | Conferences with W. Chelnik re: service of fee application; review proposed counsel list and draft correspondence to clerk re: filing fee applications [G104] | 1.30 Hrs |
| 05/01/02 | WRC | Prepare certification of service and cover letters for all applications; conferences with S. Longo and D. Deeney re: filing of applications; telephone call to Bankruptcy Court clerk re: filing procedures; review Delaware local rules re: filing procedures; revise service lists [G104] | 4.30 Hrs |
| 05/01/02 | DRD | Conference with W. Chelnik regarding fee applications; review service list; review documents and orders; sign certificate of service; assist with cover letter to clerk; review rules regarding service; assist with document organization; coordinate for multiple service; conference with S. Longo regarding service list and documents [G104] | 3.50 Hrs |

I - 2

General Asbestos Bankruptcy Committee

Re: General Asbestos (PA & Delaware Bankruptcy)

| | | | |
|---|---|---|---|
| 05/02/02 | SML | Conferences with D. Deeney and W. Chelnik re: fee applications and local court rules for service of same; review and revise affidavits of service and notices of applications for fees [G104] | 1.00 Hrs |
| 05/02/02 | WRC | Telephone conference with (Name Withheld) and E. Wohlforth re: Delaware fee applications and local rules; prepare affidavits and notices of filing re: fee applications; telephone conferences with Clerk's office at Delaware Bankruptcy Court re: local rules; finalize service lists; conferences with D. Deeney and S. Longo re: filing of applications [G104] | 8.00 Hrs |
| 05/02/02 | DRD | Conference with W. Chelnik regarding fee applications; service of same; calls to clerk; review rules; finalize documents; review service list; review affidavit of service; begin to organize documents for service [G104] | 6.00 Hrs |
| 05/03/02 | SML | Conference with W. Chelnik re: fee applications; review notices and correspondence to clerk re: filing same [G104] | 0.40 Hrs |
| 05/03/02 | WRC | Prepare packages for delivery to all counsel on service list; finalize all papers and scan applications for electronic filing; telephone call from Clerk's office at Delaware Bankruptcy court; conferences with D. Deeney and S. Longo re: filing of applications; revise letter to clerk re: applications and Judge Wolin's Order; prepare diskettes for electronic filing re: all fee applications [G104] | 8.00 Hrs |
| 05/03/02 | DRD | Conference with W. Chelnik regarding applications; service list; affidavit of service and documents; finalize affidavit of service; prepare documents for service list; organize and prepare for mailing [G104] | 8.00 Hrs |
| 05/06/02 | DRD | Review documents [G104] | 0.20 Hrs |
| 05/08/02 | DRD | Research bankruptcy website regarding filed fee applications; conference with S. Longo regarding objections date [G104] | 0.70 Hrs |
| 05/10/02 | SML | Prepare memorandum to W. Chelnik re: fee applications [G104] | 0.10 Hrs |
| 05/13/02 | WRC | Telephone call to D. Trafelet's office re: change of address; prepare memorandum and conference with D. Deeney re: same [G104] | 0.30 Hrs |
| 05/13/02 | WRC | Conduct research on Court website re: filed fee applications, objections and electronic filing; review docket re: certificates of no objections; telephone call to clerk's office re: same [G104] | 1.40 Hrs |

I - 39

General Asbestos Bankruptcy Committee

Re: General Asbestos (PA & Delaware Bankruptcy)

| | | | |
|---|---|---|---|
| 05/13/02 | DRD | Conference with W. Chelnik regarding status of filing for fee applications; service list updates [G104] | 0.30 Hrs |
| 05/14/02 | WRC | Conference with S. Longo re: electronic filing; telephone calls from Delaware Bankruptcy Court clerk's office, prepare memorandum to S. Longo re: same; prepare firm registration re: electronic filing; conferences with D. Deeney re: same [G104] | 2.30 Hrs |
| 05/14/02 | DRD | Conference with W. Chelnik regarding electronic filing; status of 2nd fee application; filing certificate of no objection [G104] | 0.60 Hrs |
| 05/15/02 | WRC | Telephone calls from clerk's office at Delaware Bankruptcy Court re: J. Keefe's fee application [G104] | 0.20 Hrs |
| 05/15/02 | DRD | Conference with W. Chelnik regarding status of documents posted [G104] | 0.40 Hrs |
| 05/16/02 | SML | Review memorandum re: special master fee application's docket number; review proposed certifications of no objection [G104] | 0.40 Hrs |
| 05/16/02 | WRC | Conferences with D. Deeney re: fee applications, electronic docket and certificates of no objection; telephone calls with (Name Withheld) re: certification of no objections, review docket re: same; prepare certifications of no objection re: all five applications; conference with S. Longo re: same [G104] | 2.50 Hrs |
| 05/16/02 | DRD | Review District of Delaware website for 1st. fee applications, objections and docket numbers; call to M. Davis regarding documents on system; conference with W. Chelnik regarding documents; draft memo to all involved regarding docket numbers [G104] | 1.90 Hrs |
| 05/17/02 | WRC | Telephone call from C. Schweiger at Federal Mogul re: fee application; conference with D. Deeney re: same [G104] | 0.20 Hrs |
| 05/17/02 | WRC | Conference with C. Hamlin, J. Keefe, F. McGovern and W. Dreier re: certification of no objection and time sheets [G104] | 0.20 Hrs |
| 05/20/02 | WRC | Conferences with D. Deeney re: certification of no objection and service lists; draft cover letter; review on line docket listing; prepare and mail certifications and affidavits [G104] | 4.00 Hrs |
| 05/29/02 | WRC | Draft correspondence to D. Deeney re: electronic registration and certifications of no objection; review correspondence from D. Deeney re: same [G104] | 0.20 Hrs |

General Asbestos Bankruptcy Committee

Re: General Asbestos (PA & Delaware Bankruptcy)

| | | | |
|---|---|---|---|
| 05/30/02 | SML | Conference with W. Chelnik re: Armstrong's comments to fee application of S. McGovern [G104] | 0.70 Hrs |
| 05/30/02 | WRC | Telephone conference with F. McGovern re: time sheets and fee application; review local bankruptcy rules and fee applications; prepare correspondence re: same; conference with S. Longo re: same [G104] | 0.70 Hrs |
| 05/31/02 | SML | Review correspondence re: electronic filing [G104] | 0.10 Hrs |
| 06/11/02 | WRC | Conference with D. Deeney re: Delaware electronic filing [G104] | 0.20 Hrs |
| 06/11/02 | DRD | Conference with W. Chelnik regarding fee applications; electronic filing; status of payment [G104] | 0.60 Hrs |
| 06/17/02 | WRC | Conference with S. Longo re: fee applications [G104] | 0.10 Hrs |
| 06/24/02 | DRD | Review orders regarding compensation for 1st. fee application [G104] | 0.20 Hrs |
| 06/28/02 | WRC | Conference with F. McGovern re: fee application and correspondence to Judge Wolin; review correspondence from Armstrong re: 1st. fee application [G104] | 1.00 Hrs |
| 06/28/02 | DRD | Conference with W. Chelnik regarding inquiry of F. McGovern's 1st fee application for travel; review letter from M. Griffinger [G104] | 1.00 Hrs |
| 07/01/02 | DRD | Call from W. Chelnik regarding inquiry to F. McGovern's travel expenses; review letter to Judge Wolin; revise/review 1st fee application; conference with W. Chelnik regarding amounts [G104] | 2.50 Hrs |
| 07/02/02 | DRD | Call from W. Sparks regarding 1st fee application; review documents; draft note to W. Chelnik; call to Judge Wolin's chambers regarding Orders [G104] | 1.00 Hrs |
| 07/09/02 | WRC | Telephone conferences with K. Schwiniger re: Federal Mogul payments; telephone calls to court appointed advisors re: payment information; prepare correspondence to J. Port re: W.R. Grace; prepare multiple correspondence to K. Schwiniger re: Federal Mogul; conferences with accounting department re: payment information [G104] | 1.00 Hrs |
| 07/09/02 | WRC | Telephone conference with F. McGovern re: correspondence to Judge Wolin; review fee application and revise correspondence re: amounts due; prepare correspondence to F. McGovern re: same [G104] | 1.00 Hrs |
| 07/09/02 | DRD | Conference with W. Chelnik regarding orders [G104] | 0.20 Hrs |
| 07/10/02 | WRC | Telephone conference with C. Hamlin's office re: payments; conferences with Accounting department re: payment forms [G104] | 0.30 Hrs |

I - 3

General Asbestos Bankruptcy Committee

Re: General Asbestos (PA & Delaware Bankruptcy)

| | | | |
|---|---|---|---|
| 07/10/02 | DRD | Conference with W. Chelnik regarding Orders; review PACER for orders online; update file [G104] | 1.00 Hrs |
| 07/16/02 | WRC | Review correspondence from K. Schweniger re: Orders and Delaware on-line docket; prepare correspondence re: same [G104] | 0.20 Hrs |
| 07/23/02 | WRC | Review e-mail correspondences from D. Deeney re: PACER website and Orders [G104] | 0.20 Hrs |
| 08/05/02 | WRC | Review correspondence from K. Schweninger re: Dreier Order and Federal Mogul payments; prepare correspondence to K. Schweninger re: same [G104] | 0.20 Hrs |

Fee/Employment Applications Totals 116.90 HRS $16,132.50

TOTAL LEGAL SERVICES $126,659.00

**LEGAL SERVICES SUMMARY**

| | | | |
|---|---|---|---|
| Gross, David R. | 226.50 Hrs | 450/hr | $101,925.00 |
| Schiavone, Joseph J. | 9.10 Hrs | 290/hr | $2,639.00 |
| Longo, Sonya M. | 13.60 Hrs | 225/hr | $3,060.00 |
| Chelnik, Whitney R. | 104.50 Hrs | 150/hr | $15,675.00 |
| Deeney, Donna R. | 44.60 Hrs | 75/hr | $3,345.00 |
| Daniels, Kevin R. | 0.20 Hrs | 75/hr | $15.00 |
| | 398.50 Hrs | | $126,659.00 |

**DISBURSEMENTS**

Through August 31, 2002

| | |
|---|---|
| Postage | $171.92 |
| Messenger Service | $94.80 |
| Federal Express | $178.17 |
| Parking/Tolls | $168.00 |
| Mileage | $17.05 |
| Photocopies-Inoffice | $6,504.75 |
| Taxi Service | $124.30 |
| Hotels/Lodging | $1,624.66 |
| Train Fare | $35.00 |

I - 3

General Asbestos Bankruptcy Committee

Re: General Asbestos (PA & Delaware Bankruptcy)

**DISBURSEMENTS**

Through August 31, 2002

| | |
|---|---|
| Online Services-Pacer | $7.07 |
| Telecopies | $100.00 |
| Long Distance Telephone Charges | $18.22 |

TOTAL DISBURSEMENTS $9,043.94

TOTAL THIS BILL $135,702.94

**PREVIOUS BILLS OUTSTANDING**

| | | |
|---|---|---|
| 48069 | 04/19/02 | 33,524.97 |

TOTAL DUE $169,227.91

I- 34

General Asbestos Bankruptcy Committee

**Task Billing Summary Page**

Re: General Asbestos (PA & Delaware Bankruptcy)
File Number 008507-00001

|  | Previous Billed | Current Bill | Total |
|---|---|---|---|
| Case Administration |  | 110,526 | 110,526 |
| Fee/Employment Applications |  | 16,132 | 16,132 |
| Subtotals |  | 126,659 | 126,659 |
| Totals |  | 126,659 | 126,659 |

I - 35