Exhibit L

Exhibit C

**SAIBER SCHLESINGER SATZ & GOLDSTEIN, LLC**
One Gateway Center
13th Floor
Newark, New Jersey 07102-5311
Fed Tax ID 22-1800684

March 31, 2003

Bill Number 86627
File Number 08195-000001

General Asbestos Bankruptcy Committee
United States Bankruptcy Court
Martin Luther King Jr. Federal Building &
Courthouse
Room 4069
50 Walnut Street
Newark, NJ 07102
Attn: Honorable Alfred M. Wolin

Re: In re: General Asbestos Bankruptcy Committee

**FOR PROFESSIONAL SERVICES**

Thru March 31, 2003

| Date | Atty | Description | Time |
|---|---|---|---|
| 11/11/02 | WRC | Review correspondence from S. Loncar re: status of fee applications and service list; draft replies re: same | 0.40 Hrs |
| 11/14/02 | WRC | Telephone conferences with S. Lancar re: fee applications | 0.30 Hrs |
| 11/15/02 | WRC | Telephone conference with S. Loncar re: McGovern and service list | 0.20 Hrs |
| 11/18/02 | DRG | Review file re: insurance matter | 2.40 Hrs |
| 11/18/02 | DRG | Review T/D/P re: Armstrong | 2.60 Hrs |
| 11/19/02 | DRG | Meetings with Judge Wolin, McGovern, Drier; meeting at Weitz & Luxenberg re: Federal Mogul | 11.00 Hrs |
| 11/20/02 | DRG | Telephone conferences with Francis McGovern re: Federal Mogul | 1.30 Hrs |
| 11/21/02 | DRG | Meeting re: Owens Corning | 6.20 Hrs |
| 11/21/02 | WRC | Continue preparation of fee applications re: Hamilin and Keefe | 0.60 Hrs |

J - 1

General Asbestos Bankruptcy Committee

Re: In re: General Asbestos Bankruptcy Committee

| Date | Atty | Description | Time |
|---|---|---|---|
| 12/02/02 | DRG | Telephone conference with Judge Wolin and F. McGovern re: asbestos program | 2.50 Hrs |
| 12/02/02 | WRC | Review and revise bill; various telephone conferences with S. Loncar re: fee applications; prepare e-mail correspondence re: same | 0.30 Hrs |
| 12/02/02 | WRC | Review revised bill re: D. R. Gross & Associates; prepare 1st fee application, cover sheets, notice and proposed Order re: same | 1.40 Hrs |
| 12/03/02 | DRG | Review file re: Federal Mogul | 1.40 Hrs |
| 12/03/02 | WRC | various telephone conferences with S. Loncar re: fee applications and filing procedures; telephone conference with E. Wohlforth re: filing procedures; revise fee applications re: Hamlin, Keefe and Gross; review and revise bill re: D. R. Gross & Associates; review research re: service list and revise same | 3.60 Hrs |
| 12/04/02 | WRC | review correspondence from S. Loncar; telephone call to same; telephone call to J. Keefe re: fee application; review bill re: F. McGovern and prepare fee application re: same; exchange various correspondences with S. Loncar re: quarterly filings; telephone calls to F. McGovern; telephone calls to document service; review service list and conference with D. Souza re: same; review and finalize all fee applications | 5.40 Hrs |
| 12/05/02 | WRC | review and finalize fee applications, notice and cover sheets re: Hamlin, Dreier, Gross and Keefe; prepare correspondence to clerk re: filing of same; telephone conference with S. Loncar re: same; review service list; file applications with clerk and serve on counsel list; prepare certificate of service; various telephone conferences with document service | 5.20 Hrs |
| 12/09/02 | DRG | Meeting with Deanne Seemer re: Federal Mogul | 4.00 Hrs |
| 12/09/02 | WRC | telephone call from F. McGovern; review and revise fee application re: F. McGovern; prepare correspondence to F. McGovern re: same | 0.60 Hrs |
| 12/11/02 | WRC | telephone call to Budd Larner re: final bill | 0.10 Hrs |
| 12/11/02 | WRC | telephone conference with Delaware clerk re: filings; review PACER re: docket search; prepare correspondence to S. Loncar re: same | 0.50 Hrs |

General Asbestos Bankruptcy Committee

Re: In re: General Asbestos Bankruptcy Committee

| Date | Atty | Description | Time |
|---|---|---|---|
| 12/12/02 | DRG | Meeting at Caplin Drysdale (Insulbuch, McGovern, Seemer, et al) re: Federal Mogul | 5.00 Hrs |
| 12/13/02 | DRG | Meeting with Judge Wolin and Francis McGovern re: Federal Mogul | 2.00 Hrs |
| 12/16/02 | WRC | conference with D. Souza re: November billing entries; review and revise redactions | 0.20 Hrs |
| 12/17/02 | DRG | Telephone conference with Hamlin re: Federal Mogul | 1.40 Hrs |
| 12/18/02 | DRG | Meeting with Armstrong, Liberty Mutual re: Federal Mogul | 3.40 Hrs |
| 12/18/02 | WRC | telephone conference with S. Loncar re: certificates of no objection; review file and prepare correspondence re: same | 0.40 Hrs |
| 12/19/02 | DRG | Meeting with Judge Wolin and F. McGovern re: Federal Mogul; attend status conference in open Court; further luncheon meetings with Judge Wolin, F. McGovern and E. Wohlforth | 5.20 Hrs |
| 12/19/02 | DRG | Dinner meeting with Judge Wolin, Judge Fitzpatrick and Francis McGovern re: Owens Corning and Federal Mogul | 4.20 Hrs |
| 12/20/02 | DRG | Status conference call with Francis McGovern and Court re: Owens Corning meeting; | 2.00 Hrs |
| 12/20/02 | DRG | Telephone calls to Seemer and Macker re: Federal Mogul | 0.70 Hrs |
| 12/20/02 | DRG | Status conference call with Francis McGovern and Court re: Owens Corning meeting; | 2.00 Hrs |
| 12/20/02 | WRC | telephone conference with U.S. Trustee's office re: fee application of D. Gross; conference with D. Souza re: same; review bill re: redactions and time entries; various correspondences with S. Loncar re: same | 0.40 Hrs |
| 12/23/02 | WRC | telephone conference with E. Wohlforth re: signed Orders awarding compensation and amending D. Gross application; various telephone conferences with S. Loncar re: certifications of no objection and proposed orders; review various correspondences re: same; review file re: first certificates of no objection | 1.10 Hrs |
| 12/27/02 | DRG | Conference re: Armstrong and Liberty | 2.00 Hrs |
| 12/27/02 | DRG | Telephone conference with Macker re: Federal Mogul | 1.00 Hrs |
| 12/29/02 | DRG | Telephone conference with Macker re: Federal Mogul | 1.00 Hrs |
| 12/30/02 | WRC | amend order re: D. Gross fee; prepare correspondence to Judge Wolin re: same; telephone conference re: same | 0.90 Hrs |
| 12/31/02 | WRC | telephone call from Judge Wolin's chambers re: proposed Order; review certificates of no objection and prepare same for D. Gross; telephone conference with J. Keefe re: certificate of no objection; telephone | 0.60 Hrs |

General Asbestos Bankruptcy Committee

Re: In re: General Asbestos Bankruptcy Committee

| Date | Atty | Description | Time |
|---|---|---|---|
| | | conference with D. Gross re: same | |
| 01/02/03 | WRC | review correspondence from J. Keefe re: certificate of no objection; prepare correspondence re: filing and service on counsel list | 0.30 Hrs |
| 01/02/03 | WRC | various telephone conferences with K. Schweniger of Federal Mogul re: Keefe's payment; review application of J. Keefe; conferences with D. White re: same; telephone call to Court re: same | 0.70 Hrs |
| 01/02/03 | WRC | review Budd Larner Second Fee Application | 0.10 Hrs |
| 01/02/03 | DMW | review of Interim Fee Application of J. Keefe re: distribution of fees | 1.40 Hrs |
| 01/03/03 | DRG | Telephone conference with Macker re: Federal Mogul | 1.00 Hrs |
| 01/06/03 | DRG | Telephone conference with Macker re: Federal Mogul | 3.20 Hrs |
| 01/06/03 | WRC | telephone conference with S. Loncar re: payments; prepare various correspondences to S. Loncar re: same; telephone calls with J. Keefe re: same | 0.40 Hrs |
| 01/07/03 | DRG | Attend meeting with D. Seemer re: Federal Mogul; preparation for same | 4.10 Hrs |
| 01/07/03 | DRG | Attend meeting with Liberty re: Armstrong; preparation for same | 4.00 Hrs |
| 01/07/03 | WRC | conference with D. Gross re: payments | 0.10 Hrs |
| 01/07/03 | WRC | telephone conferences with E. Wohlforth and J. Keefe re: additional payment; prepare memorandum to file re: same | 0.20 Hrs |
| 01/07/03 | WRC | telephone conference with K. Schweniger re: Federal Mogul payments; review first fee application of D. R. Gross & Associates and amended Order; prepare memorandum to file re: same | 0.20 Hrs |
| 01/14/03 | WRC | review correspondence from S. Longo re: unredacted bill | 0.10 Hrs |
| 01/21/03 | WRC | telephone call from Bankruptcy Court re: filings; review file re: same | 0.20 Hrs |
| 01/23/03 | DRG | Meeting with Judge Wolin re: overall Asbestos Program | 3.50 Hrs |
| 01/24/03 | DRG | Telephone conference; review plan re: Owens Corning | 2.80 Hrs |
| 01/24/03 | DRG | Telephone conferences with Bederson & Company re representation of Future's representative re: Owens Corning, et al | 2.60 Hrs |
| 01/27/03 | DRG | Telephone conference re: Federal Mogul et al. | 2.00 Hrs |
| 01/28/03 | DRG | Meeting here with Deanne Seemer re: Federal Mogul | 2.50 Hrs |
| 01/30/03 | DRG | Meeting with Francis McGovern and Judge Wolin re: Federal Mogul and Owens Corning | 7.50 Hrs |
| 01/30/03 | DRG | Meeting at Honeywell re: Federal Mogul/Bendix | 4.00 Hrs |
| 01/31/03 | DRG | Meeting at Honeywell with Francis McGovern re: Federal Mogul | 4.00 Hrs |

General Asbestos Bankruptcy Committee

Re: In re: General Asbestos Bankruptcy Committee

| Date | Atty | Description | Time |
|---|---|---|---|
| 02/04/03 | DRG | Conference with Judge Wolin and Francis McGovern re: asbestos issues | 2.10 Hrs |
| 02/04/03 | WRC | review correspondence from C. Hamlin re: December/January billing | 0.10 Hrs |
| 02/10/03 | WRC | telephone conference with E. Wohlforth re: BL's fee application and certificate of no objection | 0.20 Hrs |
| 02/10/03 | WRC | prepare correspondence to S. Loncar re: Hamlin fee application | 0.10 Hrs |
| 02/11/03 | DRG | Telephone conferences with Judge Wolin and E. Wohlforth re meeting with W. R. Grace | 1.60 Hrs |
| 02/11/03 | WRC | telephone conference with B. Jeffords re: specificity of billing entries; prepare memorandum to Advisors re: same; conference with D. Gross re: redaction and specificity of bills | 0.40 Hrs |
| 02/11/03 | WRC | review file re: Budd Larner Second Fee Application and Certificate of No Objection; conference with D. Gross re: same | 0.20 Hrs |
| 02/12/03 | DRG | Review insurance issue; telephone conference with D. Cain/Hartford re: same | 1.40 Hrs |
| 02/19/03 | DRG | Telephone call from General Counsel, Federal Mogul re progress plan; meeting with Judge Wolin re USG, et al | 1.10 Hrs |
| 02/19/03 | DRG | Meeting with Judge Wolin re USG, et al | 3.10 Hrs |
| 02/20/03 | WRC | review and revise bill re: December and January to clarify entries | 0.30 Hrs |
| 02/27/03 | DRG | Meeting with Judge Wolin; telephone conference with Francis McGovern re Federal Mogul | 2.30 Hrs |
| 03/04/03 | DRG | Telephone conference with Deanne Seamer, Judge Wolin and Francis McGovern re: Federal Mogul | 3.60 Hrs |
| 03/10/03 | DRG | Meeting with Judge Wolin re: all bankruptcy matters | 2.10 Hrs |
| 03/18/03 | DRG | Telephone conferences with Court and Francis McGovern re various bankruptcy matters | 2.10 Hrs |
| 03/21/03 | DRG | Telephone conference with Judge Wolin and Francis McGovern re: overall asbestos program | 1.00 Hrs |
| 03/27/03 | DRG | Conference call with Judge Wolin | 2.60 Hrs |
| 03/28/03 | WRC | receipt and review of correspondence from C. Hamlin re: apparent holdbacks and missing payments | 0.10 Hrs |

TOTAL FOR PROFESSIONAL SERVICES          $60,829.00

General Asbestos Bankruptcy Committee

Re: In re: General Asbestos Bankruptcy Committee

**LEGAL SERVICES SUMMARY**

| | | | |
|---|---|---|---|
| David R. Gross | 125.50 Hrs | 450/hr | $56,475.00 |
| Whitney R. Chelnik | 25.90 Hrs | 160/hr | $4,144.00 |
| David M. White | 1.40 Hrs | 150/hr | $210.00 |
| | 152.80 Hrs | | $60,829.00 |

**DISBURSEMENTS**

Thru March 31, 2003

| | |
|---|---|
| Federal Express | $185.71 |
| meals | $630.98 |
| misc. fees and disbursements | $208.82 |
| messenger service | $36.00 |
| outside duplicating service | $1,264.37 |
| photocopying | $1,162.50 |
| postage | $173.80 |
| telephone and fax charges | $45.77 |
| travel | $76.95 |
| **TOTAL DISBURSEMENTS** | **$3,784.90** |
| **TOTAL THIS BILL** | **$64,613.90** |

Payments received after the date of this Invoice will not be reflected until the next Invoice.