Exhibit O

Purcell, Ries, Shannon, Mulcahy & O'Neill, Esqs.
Crossroads Business Center
One Pluckemin Way      P O Box 754
Bedminster, NJ 07921-0754
(908) 658-3800

April 1, 2002

Billed through 03/30/02

Client #          0950-14348-004 CJH

CASE NAME:   G-1 HOLDINGS
OUR TAX I.D.: 22-2017766

| | | |
|---|---|---|
| Balance forward as of bill number 002 dated 03/11/02 | $36,035.43 | |
| A/R Adjustments made since last bill | $ 2,243.13 | CI |
| Net balance forward | $33,792.30 | |

FOR PROFESSIONAL SERVICES RENDERED

| | | | |
|---|---|---|---|
| 03/04/02 CJH | E-mail exchange with M. Scheier re: discussion of J. Gambardella's ruling of 3/1/02 re: Executive Bonus | .50 hrs | |
| 03/04/02 CJH | E-mail exchange with K. Irwin re: **REDACTED** | .50 hrs | |
| 03/04/02 CJH | Review of orders forwarded by Riker Danzig re: confidentiality order forwarded by Lowenstein Sandler re: fees and expenses | .30 hrs | |
| 03/07/02 CJH | Review of correspondence from Riker Danzig regarding orders for 13th fee application | .20 hrs | |
| 03/07/02 CJH | Exchange of e-mail with S. Longo regarding statute of limitation issues in Fraudulent conveyance action and status of Baron motion to dismiss amended complaint by debtor in the USDC for SDNY | .50 hrs | |
| 03/08/02 CJH | Review of S. Longo memorandum re: status of limitations issues in fraudulent conveyance action | .50 hrs | |
| 03/09/02 CJH | Review of memorandum and attached exhibits from Bederson and Company re: financial history of corporate transactions leading to G-1 holding formation a split off of other related entities | 1.50 hrs | |
| 03/11/02 CJH | Attendance at conference with K. Irwin, M. Scheier, and D. Gross in preparation for meeting with asbestos claimant's committee, re: various issues | 1.50 hrs | |
| 03/11/02 CJH | Attendance at conference at CAPLIN DRYSDALE in NYC with asbestos claimants committee on respective positions on outstanding issues | 3.20 hrs | |

PAGE  2

Client #          0950-14348-004 CJH

| Date | | Description | Hours |
|------|------|-------------|-------|
| 03/11/02 | CJH | Travel to and from NYC at 1/2 time | 2.00 hrs |
| 03/12/02 | CJH | Review of Riker Danzig correspondence re: SKADDEN ARPS fee application; Review of Budd Larner filing on non-objection and proposed amendment | .20 hrs |
| 03/14/02 | CJH | Receipt and review of pleadings and briefs on motions pending in Babcock & Wilcox Bankruptcy regarding motion to initiate claims estimation procedure | 3.00 hrs |
| 03/14/02 | CJH | Review of correspondence from Riker Danzig and Budd Larner re: fees and compensation | .20 hrs |
| 03/14/02 | CJH | Review of defendant's brief to dismiss 2nd Amended Complaint of plaintiff in G-1 Holdings v. Baron & Budd et al. | 1.50 hrs |
| 03/15/02 | CJH | Review of pleadings and briefs in support of and in opposition to Samuel Heyman's motion to dismiss plaintiff's complaint in Official Committee v. Heyman | 2.00 hrs |
| 03/20/02 | CJH | Review of correspondence forwarded by Riker Danzig 1.  3/18/02 notice of non objection to 12th interim fee application 2.  3/19/02 letter enclosing order approving 13th interim fee application of Riker Danzig 3.  Multiple, notices, applications and motion to approve settlement with heirs of Perry Fasey | .60 hrs |
| 03/21/02 | CJH | E-mail exchange with M. Scheier and K. Irwin re: recent developments in RICO action and attempts to schedule meeting | .70 hrs |
| 03/22/02 | CJH | Review of order granting fee application forwarded by Lowenstein Sandler and Budd Larner | .20 hrs |
| 03/26/02 | CJH | Exchange of e-mails re: scheduling of meetings with debtors and asbestos claimant committee on 4/8/02; Phone call with S. Longo re: same | .70 hrs |
| 03/27/02 | CJH | Meeting in New Brunswick, NJ with **REDACTED** for informational purpose regarding **REDACTED** | 1.00 hrs |
| 03/27/02 | CJH | Travel to and from New Brunswick, NJ billed at 1/2 time | 1.00 hrs |
| 03/27/02 | CJH | Review of pertinent submissions made in companion bankruptcy matter concerning estimation protocols in UNR, B&W and Johns Manville | 2.00 hrs |
| 03/28/02 | CJH | Exchange of e-mail with K. Irwin and D. Gross regarding agenda for conference call | .20 hrs |
| 03/28/02 | CJH | Review of Irwin analysis of issues presented by Abestos Claimants counsel and specific issues implicated and to be decided upon for future claims representative | .30 hrs |
| 03/28/02 | CJH | Conference call with K. Irwin, D. Gross regarding meeting with debtors' counsel scheduled for 4/8/02 and other issues | .50 hrs |

BILLING SUMMARY

Client #          0950-14348-004 CJH                          PAGE   3

C. JUDSON HAMLIN   CJH   COUNSEL   3.00 hrs   225 /hr     675.00
C. JUDSON HAMLIN   CJH   COUNSEL  21.80 hrs   450 /hr   9,810.00

TOTAL FEES                        24.80 hrs            $10,485.00


TOTAL CHARGES FOR THIS BILL                           $10,485.00

UNPAID BALANCE                                        $33,792.30

TOTAL BALANCE                                         $44,277.30

Purcell, Ries, Shannon, Mulcahy & O'Neill, Esqs.
Crossroads Business Center
One Pluckemin Way     P. O Box 754
Bedminster, NJ 07921-0754
(908) 658-3800

July 2, 2002

Billed through 06/30/02

Client #        0950-14348-008 CJH

CASE NAME:   G-1 HOLDINGS
OUR TAX I.D.: 22-2017766

| | |
|---|---|
| Balance forward as of bill number 006 dated 06/05/02 | $48,921.10 |
| Payments received since last bill (last payment 06/21/02) | $18,622.20 |
| Net balance forward | $30,298.90 |

FOR PROFESSIONAL SERVICES RENDERED

| | | | |
|---|---|---|---|
| 06/06/02 | CJH | Telephone conference with D. Gross re: future representatives meeting held in Chicago, IL on 06/03/02. | .30 hrs |
| 06/06/02 | CJH | Review of documents received from Riker, Danzig; 1) order regarding 13th fee application of Gordon Cahill; 2) 6th fee application of McKee Nelson; 3) orders on Associates Leasing applications; 4) scheduling letter re: BMCA summary judgment motion; 5) order approving Riker Danzig 15th fee application; and 6) application of Chambers Associates 7th fee application. | 1.00 hrs |
| 06/06/02 | CJH | Review of filing for approval of retention of T. Wyant as estimation consultant. | .30 hrs |
| 06/06/02 | CJH | Review of order approving Lowenstein Sandler and motion by asbestos claimant committee for partial withdrawal of reference of claims and application for estimation proceeding. | 1.00 hrs |
| 06/06/02 | CJH | Review of debtors brief in opposition to future claims representative application to intervene in fraudulent conveyance action, research thereon. | 3.00 hrs |
| 06/07/02 | JW | Review and update summation database re: statistical consultant information. | .70 hrs |
| 06/07/02 | JW | Update case index with same. | .20 hrs |
| 06/10/02 | CJH | Exchange of e-mails with S. Longo re: G-1 payment of approved 2nd and 3rd interim fees. | .50 hrs |
| 06/10/02 | CJH | Telephone conference with K. Irwin re: future representative meetings and preparation for Intervention motion to be heard by Judge Gambardella on 06/12/02. | .50 hrs |

Purcell, Ries, Shannon, Mulcahy & O'Neill, Esqs.
Crossroads Business Center
One Pluckemin Way        P O Box 754
Bedminster, NJ 07921-0754
(908) 658-3800

August 6, 2002

Billed through 07/31/02

Client #        0950-14348-009 CJH


CASE NAME:    G-1 HOLDINGS
OUR TAX I.D.: 22-2017766

Balance forward as of bill number 008 dated 07/02/02          $42,440.84

FOR PROFESSIONAL SERVICES RENDERED

| Date | | Description | Hours |
|---|---|---|---|
| 07/03/02 | JW | Review, index and update summation database re: pleadings P-2 | .50 hrs |
| 07/05/02 | CJH | Exchange of telephone calls and e-mails with K. Irwin regarding recent filings and pending matters | .50 hrs |
| 07/08/02 | CJH | Review of supplemental brief filed by G-1 in opposition to future claim representative to intervene in avoidance action | 1.00 hrs |
| 07/09/02 | CJH | Review of correspondence forwarded by RIKER DANZIG re: rescheduling of IRS matter, McCARTER ENGLISH correspondence re: debtor payment of defense costs; KEATING correspondence to K. TURNER possible meeting and brief filing | .50 hrs |
| 07/09/02 | CJH | Review of KEATING correspondence with Judge GAMBARDELLA and draft of brief on claim resolution as well as response to debtors reply brief | 2.50 hrs |
| 07/10/02 | CJH | Review of RIKER DANZIG filing on behalf of debt INITIAL DISCLOSURES AND STATEMENT OF UNDISPUTED MATERIAL FACTS | .50 hrs |
| 07/11/02 | CJH | Exchange of e-mails with K. Scheier and S. Longo re: multiple issues on pending motions and court conference scheduled for July 15 | .50 hrs |
| 07/12/02 | CJH | Exchange of e-mail with S. LONGO and M. SCHEIER re: filing of briefs | .20 hrs |
| 07/12/02 | CJH | Review and correction of 6th interim fee application | .20 hrs |
| 07/12/02 | CJH | Review of 17th Fee Application of WEIL GOTSHAL | .40 hrs |
| 07/15/02 | CJH | Review of correspondence from M. SCHEIER to D. O'GRADY | .10 hrs |
| 07/15/02 | CJH | Final review of Future Claims Representative Brief in support of motion to withdraw reference of claims estimation procedure | .50 hrs |

Client #          0950-14348-009 CJH

| | | |
|---|---|---|
| 07/16/02 CJH | Exchange of e-mail with S. LONGO and M. SCHEIER re: results of status conference with J. GAMBARDELLA and resulting brief scheduling | .50 hrs |
| 07/16/02 CJH | Review of G-1 brief in opposition to committee motion for partial withdrawal of estimation proceedings | 1.00 hrs |
| 07/18/02 CJH | Review of correspondence from D. DONNELLON of Keating office to multiple recipients | .20 hrs |
| 07/18/02 CJH | Review of CITICAPITAL CORP. application on Section 503 allowance and supporting paper | .30 hrs |
| 07/18/02 CJH | Review of certificates of no objection and orders awarding fees to McKEE, NELSON, RIKER DANZIG, and CAHILL GORDON | .30 hrs |
| 07/18/02 CJH | Review of 17th application of WEIL GOTSHAL | .30 hrs |
| 07/18/02 CJH | Review of Plaintiff/Counter defendant statement of undisputed Material Facts as forwarded by RIKER DANZIG | .40 hrs |
| 07/18/02 CJH | Review of fee applications for KROLL ASSOCIATES, FRIEDMAN WANG, CAHILL GORDON, SKADDEN ARPS, and CHAMBERS ASSOCIATES | .50 hrs |
| 07/18/02 CJH | Review of Motion and brief by Asbestos claimants committee to stay G-1 application for estimation proceedings and setting of Bar dates | 1.50 hrs |
| 07/18/02 CJH | Review 18th fee application of WEIL GOTSHAL and RIKER DANZIG | .30 hrs |
| 07/18/02 CJH | Review of debtors memorandum of law in opposition to IRS application for withdrawal of reference | .50 hrs |
| 07/19/02 JW | Complete review and organization of documents for database entry | .40 hrs |
| 07/19/02 JW | Review, index and update summation database re: pleadings P-1 | 1.30 hrs |
| 07/19/02 JW | Review, index and update summation database re: pleadings P-2 | .30 hrs |
| 07/19/02 JW | Review, index and update summation database re: investigation information | .40 hrs |
| 07/19/02 JW | Review, index and update summation database re: other asbestos actions | .30 hrs |
| 07/19/02 JW | Update case index re: pleadings, professionals, investigation files | .80 hrs |
| 07/22/02 JW | Review, index and update summation database re: pleadings P-2 | .20 hrs |
| 07/22/02 JW | Review, index and update summation database re: pleadings re: Investigation/Research information | .10 hrs |
| 07/23/02 CJH | Review of late filed operating reports for debtor from November 2001, Jan., Feb., and May 2002 | .60 hrs |
| 07/23/02 JW | Review, index and update summation database re: pleadings P-2 (Fee applications) | .20 hrs |
| 07/25/02 CJH | Review of Certificates of no objection and fee applications forwarded by RIKER DANZIG | .50 hrs |
| 07/25/02 CJH | Exchange of e-mails with M. Scheier, K. Irwin and receipt of information necessary for estimation process by WYANT | .50 hrs |
| 07/29/02 CJH | Exchange of e-mails with M. Scheier re: prospective meeting with debtor and status of estimation proceeding | .50 hrs |

Client #          0950-14348-009 CJH

| | | |
|---|---|---|
| 07/31/02 CJH | Telephone call with K. Irwin re: meeting with debtors for 8/1/02 and future representatives meeting on 8/2/02. | .30 hrs |
| 07/31/02 CJH | Review of correspondence from RIKER, DANZIG and LOWENSTEIN SANDLER | .20 hrs |

DISBURSEMENTS

| | | |
|---|---|---|
| 06/05/02 | Messenger service to Short Hills | 20.70 |
| 06/10/02 | Messenger service to Short Hills. | 20.70 |
| | Total disbursements for this matter | $   41.40 |

BILLING SUMMARY

| | | | | |
|---|---|---|---|---|
| C. JUDSON HAMLIN  CJH   COUNSEL | 15.30 hrs | 450 /hr | 6,885.00 |
| JOANNE WILDGEN   JW (PARALEGAL) | 4.50 hrs | 95 /hr | 427.50 |
| TOTAL FEES | 19.80 hrs | | $ 7,312.50 |
| Messenger service to | | | 41.40 |
| TOTAL DISBURSEMENTS | | | $   41.40 |
| TOTAL CHARGES FOR THIS BILL | | | $ 7,353.90 |
| UNPAID BALANCE | | | $42,440.84 |
| TOTAL BALANCE | | | $49,794.74 |

Purcell, Ries, Shannon, Mulcahy & O'Neill, Esqs.
Crossroads Business Center
One Pluckemin Way        P O Box 754
Bedminster, NJ 07921-0754
(908) 658-3800

September 5, 2002

Billed through 08/31/02

Client #        0950-14348-013 CJH

CASE NAME:    G-1 HOLDINGS
OUR TAX I.D.: 22-2017766

Balance forward as of bill number 009 dated 08/06/02        $49,794.74

FOR PROFESSIONAL SERVICES RENDERED

| | | |
|---|---|---|
| 08/01/02 CJH | Meeting at Weil, Gotshal in NYC with debtor, Future claimant representative and counsel | 1.50 hrs |
| 08/01/02 CJH | Follow up conference with D. Gross, S. Longo, M. Scheier and K. Irwin | 1.50 hrs |
| 08/01/02 CJH | Travel to and from NYC at half time | 2.00 hrs |
| 08/02/02 CJH | Meeting in NYC at PAUL, WEISS, RIFKIND with future Representatives of 5 other Chapter XI asbestosis bankruptcies re: common issues and alternatives, with K. Irwin | 4.00 hrs |
| 08/02/02 CJH | Travel to and from NYC at half time rate | 2.00 hrs |
| 08/05/02 CJH | Exchange of e-mails with K. IRWIN and M. SCHEIER re: debtors motion to amend complaint in BMCA | .40 hrs |
| 08/05/02 CJH | Telephone conference with K. IRWIN regarding debtors motion and proposed response thereto | .50 hrs |
| 08/06/02 CJH | Exchange of e-mail with M. SCHEIER and S. LONGO re: accounting tasks to be completed by BEDERSON | .50 hrs |
| 08/07/02 CJH | Review of correspondence and telephone conference with S. LONGO and K. IRWIN re: debtors intention to grant severance package for employee | .40 hrs |
| 08/07/02 CJH | Review of draft brief to be filed in our motion to withdraw reference regarding BMCA motion | 1.00 hrs |
| 08/07/02 CJH | Review of Notice of Motion and supporting brief filed by debtor to dismiss class parties; Telephone conference with K. IRWIN re: position of future claims rep. | .80 hrs |
| 08/07/02 CJH | Review of Motion and supporting papers and pleadings re: debtor's motion on file first amended complaint | 1.00 hrs |
| 08/07/02 CJH | Review of asbestos claimants committee reply to debtors objection to withdrawal reference motion on estimation issues, with attachments | 1.00 hrs |
| 08/08/02 CJH | Review of plaintiff and counter defendant's motion to join future demands respresentative as additional defendant | .50 hrs |

Client #          0950-14348-016 CJH

| | | |
|---|---|---|
| 10/14/02 CJH | Review of Asbestos Committee's objection to debtors proposed form of order of dismissal; Leave to file amended complaint; Service on legal representative | .20 hrs |
| 10/14/02 CJH | Review of Response to debtors motion for scheduling order filed by LOWENSTEIN SANDLER | .50 hrs |
| 10/15/02 CJH | Telephone conference with K. IRWIN re: multiple issues | .50 hrs |
| 10/15/02 CJH | Review and approval of proposed alternative case management order submitted to J. GAMBARDELLA | .30 hrs |
| 10/15/02 CJH | Telephone conference with other legal Representatives of futures claimants in five other Chapter 11 asbestos matters concerning common issues | 1.00 hrs |
| 10/16/02 CJH | Review of Asbestos Claimant's committee response to debtors first reorganization proposal | .20 hrs |
| 10/16/02 CJH | Review of RIKER DANZIG application to employ KPMG as accountants, with supporting papers | .50 hrs |
| 10/16/02 CJH | Review of RIKER DANZIG correspondence re: fee application of CHAMBERS ASSOC. and KROLL ASSOC. | .40 hrs |
| 10/16/02 CJH | Exchange of e-mail with K. IRWIN re: settlement discussion issues | .50 hrs |
| 10/17/02 CJH | Review of LR objection to form of Order re: leave to file Amended Complaint | .20 hrs |
| 10/17/02 CJH | Exchange of e-mails with K. IRWIN and M. SCHEIER arranging meetings for 10/25/02 | .20 hrs |
| 10/17/02 CJH | Review of one and one half inch of fee applications by SKADDEN ARPS, FRIEDMAN WANG, CAHILL GORDON and RIKER DANZIG | .50 hrs |
| 10/17/02 CJH | Review of debtors response to Committee's objection to form of Order | .20 hrs |
| 10/18/02 CJH | Review of debtors response to asbestos claimants opposition scheduling order | .30 hrs |
| 10/22/02 CJH | Telephone calls with K. Irwin and D. Gross re: multiple issues. | .30 hrs |
| 10/25/02 CJH | Meeting with K. Irwin, M. Scheier, D. Gross, E. Bond, T. Wyant at PRSMO re: multiple issues. | 6.00 hrs |
| 10/28/02 CJH | Review of August debtor's statement | .30 hrs |
| 10/28/02 CJH | Review of RIKER DANZIG correspondence re: fee applications of RIKER DANZIG, CAHILL GORDON and SKADDEN ARPS | .20 hrs |
| 10/28/02 CJH | Meeting in NYC with K. IRWIN, D. GROSS and Claimant's committee | 2.00 hrs |
| 10/28/02 CJH | Travel to and from NYC for meeting at 1/2 time | 2.00 hrs |
| 10/29/02 CJH | Review memorandum and decisional law on appointment of Trustee with Chapter 11 matters | 1.50 hrs |
| 10/29/02 CJH | Review of plaintiff's first amended complaint for Declaratory Judgment naming legal representative as a party; Consult with M. SCHEIER on response | 1.00 hrs |
| 10/29/02 CJH | Review of September operating report of debtor and McKee fee application | .50 hrs |
| 10/29/02 CJH | Telephone conference with D. GROSS, K. IRWIN and M. SCHEIER re: response to settlement proposals and action to be taken on anticipated motions | .40 hrs |

Purcell, Ries, Shannon, Mulcahy & O'Neill, Esqs.
Crossroads Business Center
One Pluckemin Way      P O Box 754
Bedminster, NJ 07921-0754
(908) 658-3800

December 13, 2002

Billed through 11/30/02

Client #          0950-14348-017 CJH

CASE NAME:    G-1 HOLDINGS
OUR TAX I.D.: 22-2017766

Balance forward as of bill number 016 dated 11/01/02          $76,014.81

FOR PROFESSIONAL SERVICES RENDERED

| | | |
|---|---|---|
| 11/04/02 CJH | Exchange of e-mails with M. Scheier and W. Chelnik re: multiple issues | .50 hrs |
| 11/04/02 CJH | Review of correspondence forwarded by RIKER DANZIG re: fee orders for FRIEDMAN WANG, KROLL ASSOCIATES, McKEE NELSON and CHAMBERS ASSOCIATES | .50 hrs |
| 11/05/02 CJH | Review of proposed motion by Asbestos claimant's committee re: appointment of Trustee | 1.50 hrs |
| 11/05/02 CJH | Review of 1st draft of Legal Representative response to terms previously forwarded by debtor for discussion of possible plan | .50 hrs |
| 11/06/02 CJH | Exchange of e-mails with W. CHELNIK, M. SCHEIER and D. HENSLEY on multiple issues | .60 hrs |
| 11/06/02 CJH | Review of correspondence from RIKER DANZIG fee applications and orders of WEIL GOTSHAL and CAHILL GORDON | .30 hrs |
| 11/08/02 CJH | Telephone conference with future claimant representatives re: common issues | .80 hrs |
| 11/08/02 CJH | Review of Motion and supporting papers filed by judgment creditors to vacate automatic stay as to specifically named pending appeals in the New Jersey and Pennsylvania court system | .60 hrs |
| 11/11/02 CJH | Receipt of e-mail and FAX from RIKER DANZIG re: brief previously filed | .30 hrs |
| 11/11/02 CJH | Telephone conference with D. GROSS and K. IRWIN re: motions pending and to be filed with The Bankruptcy Court | .60 hrs |
| 11/11/02 CJH | Review of final draft of Legal Representative motion on CYBERGENICS issue and comments thereon | 1.50 hrs |
| 11/11/02 CJH | Review of debtors reply brief to objection by asbestos claimants committee to G-1 application to liquidate claims | 1.50 hrs |
| 11/12/02 CJH | Exchange of e-mails with K. IRWIN re: Armstrong TDP | .30 hrs |

Client #          0950-14348-021 CJH

| | | | |
|---|---|---|---|
| 02/06/03 LC | Index Pleadings for P-1, update summation and integrate into file. | | 1.00 hrs |
| 02/10/03 CJH | Exchange of e-mails with K. Irwin re: TDPs entered in other asbestos bankruptcy matters and prospective legislation. | | .60 hrs |
| 02/10/03 CJH | Receipt of notice of appearance by R.F. Bergmann. | | .10 hrs |
| 02/10/03 CJH | Receipt of fee order for Skadden Arps and Sedgwick Detert. | | .20 hrs |
| 02/10/03 CJH | Review of debtors December 2002 operating report. | | .60 hrs |
| 02/10/03 CJH | Review of Asbestos Claimants Committee Application for stay of discovery. | | 1.00 hrs |
| 02/10/03 CJH | Receipt of multiple certifications of no objection to fee application. | | .30 hrs |
| 02/10/03 LC | Identification, analysis and index documents for database entry (July, August 2002); prepare preliminary Discovery index D-1 (0.4); prepare preliminary index for Lowenstein Sandler, co-counsel for OCAC, correspondence, expert, etc. (0.5) | | 2.50 hrs |
| 02/10/03 LC | Update Summation database with P1 Pleadings and P3 Pleadings (G-1 v. Baron & Budd) and integrate into file. | | 1.50 hrs |
| 02/10/03 LC | Identify, analyze and index documents for database entry for P5 Pleadings (OCAC v. BMC) and update Summation database. | | .50 hrs |
| 02/10/03 LC | Identify, analyze and index documents for P11 (G-1 v. Ruddles A. Bennett, Jr.) | | .50 hrs |
| 02/11/03 LC | Continue indentification, analysis and index documents for P11; prepare preliminary index for P11 Pleadings; (0.5) update Summation for P11 Pleadings and integrate into file (0.8). | | 1.50 hrs |
| 02/11/03 LC | Identification, analysis and index documents for database entry (Sept. 2002) | | 1.40 hrs |
| 02/11/03 LC | Update Summation database for P1 Pleadings and integrate into file. | | .80 hrs |
| 02/11/03 CJH | Exchange of e-mail with K. Irwin re: appellate filing on Trustee issue. | | .50 hrs |
| 02/11/03 CJH | Telephone conference with all other future claimant representatives regarding effect of pending legislation on pending bankruptcy matters. | | 1.20 hrs |
| 02/12/03 CJH | Review of applications, certifications of no objection and orders. | | .30 hrs |
| 02/12/03 CJH | Review of debtors applications to dismiss claims against ARPC and Jeansonne and Remottdent matter | | .50 hrs |
| 02/12/03 CJH | Review of debtor and claimant committee correspondence regarding bonus issues, discussion w th K. Irwin re: our position on same. | | .70 hrs |
| 02/13/03 CJH | Review of multiple fee applications. | | .30 hrs |
| 02/13/03 CJH | Review of debtors dismissal motions re: ACI and Armstrong Insulator. | | .40 hrs |
| 02/13/03 CJH | Review of debtors response to IRS supplemental response to debtor's prior objection. | | .50 hrs |
| 02/13/03 | Identify, analyze and index documents for database entry for September and October 2002. T. Barnett correspondence, investigation and fee application issues, update file. | | 1.50 hrs |

PAGE  4

Client #          0950-14348-021 CJH

| | | |
|---|---|---|
| 02/25/03 LC | Prepare preliminary index for A11 (proposed Federal Legislation) and integrate documents into file (.5); identify, analyze and index documents for correspondence and pleadings 11/02 (1.0); reintegrate correspondence documents into file (.5) | 2.00 hrs |
| 02/25/03 LC | Identify, analyze and index pleading documents for summation database. | 1.00 hrs |
| 02/25/03 CJH | Telephone conference with counsel and legal representatives of future claimants regarding pending Asbestos litigation. | .50 hrs |
| 02/26/03 LC | Continue to identify, analyze and index pleading and correspondence documents for summation update. | .80 hrs |
| 02/26/03 LC | Update summation and integrate documents into index. | 1.00 hrs |
| 02/26/03 LC | Identify, analyze and index pleadings and correspondence documents for November 2002 for summation update (.5); integrate correspondence into index (.5); update summation and integrate pleadings into index (.5); and update case index summary. | 1.80 hrs |
| 02/27/03 CJH | Review of debtors application to dismiss G-1 v. ACI and G-1 v. Ray, Quinney & Nebecker. | .50 hrs |

DISBURSEMENTS

| | | |
|---|---|---|
| 01/13/03 | Federal Express from C. J. Hamlin to Whitney R. Chelnik, Esq. | 11.37 |
| 02/03/03 | Federal Express from C. J. Hamlin to Whitney Chelnik, Esq. | 11.48 |
| 02/10/03 | Messenger service to Newark to pick-up documents for C. J. Hamlin | 27.60 |

| | | |
|---|---|---|
| Total disbursements for this matter | | $    50.45 |

BILLING SUMMARY

| | | | | |
|---|---|---|---|---|
| C. JUDSON HAMLIN  CJH  COUNSEL | 16.20 hrs | 450 /hr | 7,290.00 |
| LYNN CITRINO | 43.40 hrs | 95 /hr | 4,123.00 |
| JOANNE WILDGEN  JW (PARALEGAL) | 1.00 hrs | 95 /hr | 95.00 |
| TOTAL FEES | 60.60 hrs | | $11,508.00 |
| Federal Express | | | 22.85 |
| Messenger service to | | | 27.60 |
| TOTAL DISBURSEMENTS | | | $    50.45 |
| TOTAL CHARGES FOR THIS BILL | | | $11,558.45 |
| PRIOR BALANCE | | | $44,224.23 |
| TOTAL BALANCE | | | $55,782.68 |

Purcell, Ries, Shannon, Mulcahy & O'Neill, Esqs.
Crossroads Business Center
One Pluckemin Way        P O Box 754
Bedminster, NJ 07921-0754
(908) 658-3800

April 3, 2003

Billed through 03/31/03

Client #        0950-14348-022 CJH

CASE NAME:    G-1 HOLDINGS
OUR TAX I.D.: 22-2017766

Balance forward as of bill number 021 dated 03/03/03        $55,782.68
Payments received since last bill (last payment 03/31/03)    $26,821.96
                                                             -----------
Net balance forward                                          $28,960.72

FOR PROFESSIONAL SERVICES RENDERED

| Date | By | Description | Hours |
|------|----|-------------|-------|
| 03/02/03 | CJH | Meeting in New York with K. Irwin and D. Gross and all Future Claimant Representatives re: proposed TDPs and pending litigation regarding future asbestos claims. | 4.00 hrs |
| 03/02/03 | CJH | Travel to and from New York City at 1/2 time. | 2.00 hrs |
| 03/03/03 | CJH | Exchange of e-mails with counsel re: scheduling issues. | .20 hrs |
| 03/04/03 | LC | Identify, analyze and index pleading and correspondence documents for December 2002 for summation update (.6); integrate correspondence into index (.4) | 1.10 hrs |
| 03/04/03 | LC | Identify, analyze and index pleadings and correspondence documents for January 2003 for summation update (.5); integrate correspondence into index. | 1.00 hrs |
| 03/04/03 | LC | Update summation for pleadings for January 2003 and integrate documents into index. | 1.00 hrs |
| 03/04/03 | CJH | Review of Judge Wolin's decision in USG as it may effect estimation issues pending in G-1.  Confer with D. Gross on issue. | 1.00 hrs |
| 03/04/03 | CJH | Review of claimant committee reply to debtors objection to committee application for stay of estimation or discovery. | 1.50 hrs |
| 03/04/03 | CJH | Review of objection of G-1 and BMCA to claimant committee attempt to deny bonuses. | .50 hrs |
| 03/06/03 | CJH | Review testimony and comments before U.S. Senate on proposed asbestos litigation and evaluate possible effect on G-1 and function of FR. | 2.00 hrs |
| 03/06/03 | CJH | Exchange of e-mails with M.Schier and K. Irwin re: results of March 3, 2003 argument and issues posed by pending legislation. | .50 hrs |

Client #          0950-14348-022 CJH

| Date | Init | Description | Hours |
|---|---|---|---|
| 03/07/03 | CJH | Telephone conference with other Future Representatives regarding pending litigation. | .20 hrs |
| 03/07/03 | LC | Document retrieval for A11 (proposed federal legislation).  Prepare index for senate testimony and reintegrate into index. | .50 hrs |
| 03/07/03 | LC | Identify, analyze and index documents for summation update for February 2003 and integrate correspondence into index. | 1.00 hrs |
| 03/07/03 | LC | Index pleadings (.5); update summation with P1 pleadings and integrate documents into index (1.0); update case index (.3). | 1.80 hrs |
| 03/10/03 | CJH | Review of BMCA January 2003 operating report. | .30 hrs |
| 03/14/03 | CJH | Review of multiple fee applications by debtors counsel and experts. | .50 hrs |
| 03/17/03 | CJH | Review of correspondence from Riker Danzig re: retention of DeWitt Denney, from Saiber Schlesinger Bederson fee application and McKee Nelson fee application. | .40 hrs |
| 03/17/03 | LC | Indentify, analyze and index documents for summation update (.4); integrate correspondence documents into index (.2); identify, analyze and index documents for summation update for docuemtns in A7 (Riker Danzig) (.7); establish correspondence and pleadings indexes, update summation for A7 and integrate into indexes (.8) | 2.10 hrs |
| 03/17/03 | LC | Identify, analyze and index documents for summation update for documents in A1 (general file) and integrate documents into index. | .60 hrs |
| 03/18/03 | CJH | Review of Bederson request to debtor for further information and BMCA 4th Quarter and 2002 operating results. | .50 hrs |
| 03/18/03 | CJH | Exchange of e-mail with M.Scheier re: pending conference call with J. Gambardella. | .30 hrs |
| 03/18/03 | CJH | Review of information regarding 10 motions for dismissal by debtor. | .20 hrs |
| 03/19/03 | CJH | Review of fee application forwarded by Riker Danzig for Friedman Wang and Cahill Gordon | .30 hrs |
| 03/19/03 | CJH | Telephone conference with K. Irwin, M Scheier and D. Gross re: issues to be raised with Judge Bassler and posture re: settlement conference with debtor. | .50 hrs |
| 03/19/03 | LC | Identify, analyze and index documents for summation update (.8); update summation for P11 (G-1 v. R.A. Bennett) (.7) | 1.50 hrs |
| 03/20/03 | LC | Continue to update summation for P11 (.8); integrate documents into index (.3); update case index (.3) | 1.40 hrs |
| 03/20/03 | CJH | Review of proposed loan committment by Citibank to BMCA for #375,000,000.  Revolving credit line. | 1.00 hrs |
| 03/20/03 | CJH | Exchange of e-mail with K. Irwin re: multiple issues. | .20 hrs |
| 03/24/03 | CJH | Exchange of e-mail with K. Irwin re: multiple issues; follow up telephone call with D. Gross. | .50 hrs |
| 03/24/03 | LC | Integrate correspondence into indexes (.4); update Summation for P-1 Pleadings (.9) | 1.30 hrs |

PAGE  3

Client #          0950-14348-022 CJH

| | | |
|---|---|---:|
| 03/25/03 CJH | Review of multiple fee applications, certifications and orders. | .30 hrs |
| 03/25/03 CJH | Exchange of e-mails with M. Schier re: proposed change of ISP/BMCA contract and review of K. Turner report | .50 hrs |
| 03/25/03 CJH | Review of G-1 monthly operating report for February 2003. | .50 hrs |
| 03/25/03 CJH | Meeting in NYC with K. Irwin and D. Gross re: debtor proposed settlement conference. | 1.00 hrs |
| 03/25/03 CJH | Meeting in NYC with all other Future Reps re: status of TDPs and ongoing discussions with various ACC's | 3.00 hrs |
| 03/25/03 CJH | Travel to and from NYC at 1/2 time | 2.00 hrs |
| 03/25/03 LC | Continue to update summation for P4, P5 and P1 pleadings (.7); integrate documents into indexes (.3) | 1.00 hrs |
| 03/27/03 CJH | Review of correspondence forwarded by Riker Danzig re: 1. McKee Welson fee application, 2. USA motion regarding IRS claim, and 3. coordination of discovery on accounting issues. | .50 hrs |
| 03/27/03 LC | Identify, analyze and index documents for summation update (.7); integrate correspondence into indexes (.3); update summation A7 (Riker Danzig) (.3) | 1.30 hrs |
| 03/28/03 CJH | Exchange of e-mails with K. Irwin and E. Bond re: possible meeting as to refinance of BMCA in debtedness. | .50 hrs |
| 03/31/03 LC | Review, revise and edit entire index A5 (Bederson) and update summation database (.5); reintegrate documents into index (.4) | .90 hrs |

DISBURSEMENTS

| | | |
|---|---|---:|
| 02/11/03 | Federal Express from C. J. Hamlin to Christina L. Fischera, Esq. | 11.48 |
| 03/03/03 | Federal Express Vhitney Chelnik from C. J. Hamlin | 11.54 |
| 03/07/03 | Federal Express from C. J. Hamlin to Whitney R. Chelnik, Esq. | 9.41 |
| | Total disbursements for this matter | $  32.43 |

BILLING SUMMARY

| | | | | |
|---|---|---|---|---:|
| C. JUDSON HAMLIN  CJH  COUNSEL | 24.90 hrs | 450 /hr | 10,305.00 |
| LYNN CITRINO | 16.50 hrs | 95 /hr | 1,567.50 |
| TOTAL FEES | 41.40 hrs | | $11,872.50 |

PAGE   2

Client #            0950-14348-026 CJH

| | | |
|---|---|---|
| 05/07/03 CJH | Review of fee applications of Weil, Gotshal. | .30 hrs |
| 05/07/03 CJH | Review of debtors motion to file amended complaint in G-1 v. Scott Taylor. | .30 hrs |
| 05/07/03 LC | Identify, analyze and index documents for summation update; integrate correspondence into indexes. | .90 hrs |
| 05/08/03 LC | Update summation for p1 pleadings (.7); integrate documents into indexes (.3) | 1.00 hrs |
| 05/09/03 CJH | Receipt of J. Gambardella's order fixing time and stipulation regarding modification of preliminary injunction. | .20 hrs |
| 05/09/03 CJH | Review of J. Gambardella's opinion on LR motion to intervene in avoidance action, involving Heyman and ISP. Analysis and legal research. | 1.50 hrs |
| 05/09/03 CJH | Exchange of e-mail with M. Sheier re: Gambardella's opinion. | .30 hrs |
| 05/12/03 CJH | Review of Riker Danzig correspondence regarding status of 28 adisary proceeding involving debtor. | .20 hrs |
| 05/12/03 CJH | Telephone conference with K. Irwin, M. Scheier & D. Gross re: issues raised by J. Gambardella order to intervene in ISP avoidance action. | .70 hrs |
| 05/12/03 CJH | Telephone conference with future representatives in 5 other asbestos bankruptcy matters regarding possible settlement structures and status of pending legislation. | 1.30 hrs |
| 05/13/03 CJH | Telephone conference with D. Gross re: multiple issues. | .20 hrs |
| 05/14/03 CJH | Review of correspondence from Riker Danzig regarding multiple fee applications, certifications and orders filed by Weil Gotshal, McKee Nelson, Freedman, Wang, Cahell Gordon and Skadden Arps. | .50 hrs |
| 05/14/03 CJH | Review of debtors brief in US motion to compel discovery and enlargement of discovery schedule. | .50 hrs |
| 05/14/03 CJH | Telephone conference with all other future representatives re: status of pending legislation, effect on future claims and proper action by FR's. | 1.00 hrs |
| 05/15/03 LC | Identify, analyze and index documents for summation update (.6); integrate correspondence into indexes (.3). | .90 hrs |
| 05/15/03 CJH | Exchange of e-mails with K. Irwin re: refinance issue and BONY objections and estimation proceeding. | .50 hrs |
| 05/16/03 CJH | Exchange of e-mail with M. Scheier re: Judge Bassler's 05/13/03 ruling on withdrawal motions. Review of filed briefs in the above to evaluate procedural alternatives. | 1.00 hrs |
| 05/16/03 CJH | Review of Riker Danzig correspondence re: fee applications of Cahill Gordon and Krole Associates. | .20 hrs |
| 05/19/03 CJH | Exchange of e-mails with K. Irwin re: conference following Judge Bassler's opinion and scheduling of meeting with T. Wyant. | .50 hrs |

Client #          0950-14348-026 CJH

| | | | |
|---|---|---|---|
| 05/19/03 | CJH | Review and analysis of Judge Bassler's opinion of May 13, 2003 | 1.50 hrs |
| 05/19/03 | CJH | Review of fee applications, orders and certifications for Friedman Wang & Saiber. | .30 hrs |
| 05/19/03 | CJH | Telephone conference with K. Irwin, D. Gross, M. Scheier and D. Donellon re: multiple issues. | .70 hrs |
| 05/19/03 | LC | Identify, analyze and index documents for summation update (.4); integrate correspondence into indexes (.3); update summation for A7 (Riker) pleadings (.3); update summation for P1 (Pleadings) (.2) | 1.20 hrs |
| 05/20/03 | CJH | Review of proposed draft of letter inquiry re: funds advanced in companion litigation by debtor in SDNY. | .50 hrs |
| 05/20/03 | CJH | Review of draft pleadings to intervene in Official Committee v. Heyman and comments thereto | .70 hrs |
| 05/20/03 | LC | Identify, analyze and index documents for summation update (.5); update summation for P1 (Pleadings) (.5); update case index (.3) | 1.30 hrs |
| 05/21/03 | CJH | Review of summaries of proposed legislation to be introduced in the U.S. Congress as may effect Future Representatives positions in pending and future bankruptcies. | 1.00 hrs |
| 05/21/03 | CJH | Telephone conference with Professor McGovern and other Future Reps appointed by the bankruptcy courts regarding status of litigation introduced by US Sen. Hatch and possible effect on Future Reps position in G-1 | 1.00 hrs |
| 05/22/03 | CJH | Exchange of e-mails with K. Irwin regarding multiple issues including BMCA withdrawal, refinance and hearing for 05/23/03, status of pending caldendar issues. | 1.00 hrs |
| 05/23/03 | CJH | Review of Hensley memo re: discovery issues to be pursued in BMCA litigation.  Evaluation of alternatives.  E-mail to Hensley. | .40 hrs |
| 05/23/03 | CJH | Review G-1 and ACI monthly operating reports for April 2003. | .50 hrs |
| 05/23/03 | CJH | Review of BMCA 10K and 8K filing | .50 hrs |
| 05/23/03 | CJH | Review and approval of final draft of intervention motion to be filed in ISP transaction. | .50 hrs |
| 05/23/03 | CJH | Review of Riker Danzig, 28th fee application. | .20 hrs |
| 05/27/03 | CJH | Review of debtors application and briefs in response to USA motion for summary judgment. | .50 hrs |
| 05/27/03 | CJH | Review of Future Representatives group evaluation of Senator Hatch legislation and questions posed for Future Reps. | 1.00 hrs |
| 05/27/03 | CJH | Exchange of e-mails with K. Irwin re: multiple issues. | .50 hrs |
| 05/27/03 | CJH | Telephone conference call with all future representatives regarding posture of group on pending legislation. | .30 hrs |
| 05/27/03 | LC | Identify, analyze and index documents for sumamtion update (.6); integrate all correspondence into indexes (.4) | 1.00 hrs |

Client #        0950-14348-026 CJH

| | | |
|---|---|---|
| 05/28/03 CJH | Review of supplemental memo re: Senate 1125. | .50 hrs |
| 05/28/03 CJH | Exchange of e-mail with K. Irwin re: multiple issues and scheduled meeting of all future representatives on June 1, 2003. | .50 hrs |
| 05/28/03 CJH | Review of proposed confidentiality order in fraudulent conveyance action in SDNY. | .50 hrs |
| 05/28/03 CJH | Review of applications, certifications and proposed fee orders for McKee Nelson, Bederson and Keating. | .20 hrs |
| 05/28/03 LC | Identify, analyze and index all pleadings for summation update (.4); update summation for P1 (pleadings) (.4); update summation for P11 (Ruddles) (.3); integrate pleadings into indexes (.3) | 1.40 hrs |
| 05/30/03 CJH | Review and analysis of 3rd Circuit opinion in Cybergenics and its effect re: G-1 litigation. | 1.50 hrs |
| 05/30/03 CJH | Exchange of e-mails with M. Scheier and K. Irwin on pending matters. | .20 hrs |
| 05/30/03 CJH | Telephone conference with K. Irwin in preparation for meeting with FR re: impact of pending legislation and possible impact on G-1. | .50 hrs |

**DISBURSEMENTS**

| | | |
|---|---|---|
| 04/30/03 | Federal Express From C. J. Hamlin to Whitney Chelnik. | 11.65 |
| 05/07/03 | Federal Express from C. J. Hamlin to Whitney R. Chelnik, Esq. | 9.45 |

Total disbursements for this matter          $    21.10

**BILLING SUMMARY**

| | | | | |
|---|---|---|---|---|
| C. JUDSON HAMLIN CJH COUNSEL | 32.10 hrs | 450 /hr | 14,445.00 |
| LYNN CITRINO | 8.80 hrs | 95 /hr | 836.00 |

| | | |
|---|---|---|
| TOTAL FEES | 40.90 hrs | $15,281.00 |
| Federal Express | | 21.10 |
| TOTAL DISBURSEMENTS | | $    21.10 |
| TOTAL CHARGES FOR THIS BILL | | $15,302.10 |
| UNPAID BALANCE | | $51,261.19 |
| TOTAL BALANCE | | $66,563.29 |

Purcell, Ries, Shannon, Mulcahy & O'Neill, Esqs.
Crossroads Business Center
One Pluckemin Way      P O Box 754
Bedminster, NJ 07921-0754
(908) 658-3800

July 8, 2003

Billed through 06/30/03

Client #      0950-14348-027 CJH


CASE NAME:   G-1 HOLDINGS
OUR TAX I.D.: 22-2017766

Balance forward as of bill number 026 dated 06/03/03          $66,563.29

FOR PROFESSIONAL SERVICES RENDERED

| | | |
|---|---|---|
| 06/01/03 CJH | Meeting in Philadelphia with all Future Representatives re: impact of pending legislation as it may effect G-1 and possible plan negotiation. | 5.00 hrs |
| 06/01/03 CJH | Travel to and from Philadelphia at 1/2 time | 2.00 hrs |
| 06/02/03 LC | Retrieve all signed orders re: compensation (.5); prepare memo regarding same (.3); telephone conference with Whitney Chelnik (.2) | 1.00 hrs |
| 06/03/03 CJH | Meeting in Newark with K. Irwin, D. Gross, D. Donellon, E. Bond, W. Chelnik and T. Wyant re: estimation and value issues and status of legislation and its possible effect on G-1 | 3.00 hrs |
| 06/03/03 CJH | Travel to and from Newark at 1/2 time. | 2.00 hrs |
| 06/04/03 CJH | Review and approval of pleadings filed in partial objection to BMCA refinance. | .80 hrs |
| 06/04/03 CJH | Receipt of Bankruptcy Court bridge order and review of debtors motion to extend exclusivity period. | 1.00 hrs |
| 06/04/03 CJH | Review of asbestos claimants supplemental filing to modify injunction re: refinance of BMCA with attachments. | 1.20 hrs |
| 06/04/03 CJH | Review of Weil Gotshal fee application. | .20 hrs |
| 06/04/03 CJH | Final review and approval of pleading in Motion to intervene re: Committee v Heyman in SDNY | .70 hrs |
| 06/04/03 LC | Identify, analyze and index documents for Summation update. | .90 hrs |
| 06/04/03 LC | Integrate correspondence into indexes | .30 hrs |
| 06/04/03 LC | Update Summation for P-1 re: pleadings | .60 hrs |
| 06/04/03 LC | Integrate pleadings into indexes | .30 hrs |
| 06/05/03 CJH | Exchange of e-mail with D. Hensley re: status of discovery in BMCA matter and consideration of jury trial issue. | .50 hrs |

Client #          0950-14348-027 CJH

| | | |
|---|---|---|
| 06/05/03 CJH | Receipt of orders of J. Bassler re: pro hac admission. | .10 hrs |
| 06/09/03 CJH | Review of correspondence received from Riker Danzig re: 06/09/03 court agenda and certificates and orders re: Cahill Gordan fees. | .30 hrs |
| 06/09/03 CJH | Exchange of e-mail with K. Irwin re: request for information regarding RICO action. | .30 hrs |
| 06/09/03 CJH | Review of debtors response to objection filed to refinance. | .50 hrs |
| 06/09/03 CJH | Review of testimony of E. Green on S-1125 and questions posed by Senator Leahy and Senator Spector.  Response to E. Green as to how such questions might effect future claimants in B-1. | 1.00 hrs |
| 06/10/03 CJH | Exchange of e-mail with K. Irwin re: estimation motions and other issues. | .50 hrs |
| 06/10/03 CJH | Review of fee submissions by Cahill Gordan, Friedman Wang, Riker Danzig and Skadden Arps. | .30 hrs |
| 06/11/03 CJH | Telephone conference with all Future Representatives on response to questions on S-1125 by Leahy and Spector. | 1.00 hrs |
| 06/13/03 CJH | Exchange of e-mail with W. Chelnik re: multiple issues. | .20 hrs |
| 06/16/03 CJH | Review of BCD news report of Future Claims Representative to intervene in fraudulent transfer action. | .20 hrs |
| 06/16/03 CJH | Review of BMCA April 2003 reporting package. | .50 hrs |
| 06/16/03 CJH | Review evaluation and recommendations regarding issues raised in testimony before Hatch committee of Baucus, Biggs, Crapo, DeWine, Dunbat, Hagel, Hartwig, Murray, Parker, Peterson, Phillips, Tribe, Waxman, and Welch. | 2.00 hrs |
| 06/16/03 LC | Identify, analyze and index documents for Summation update | .50 hrs |
| 06/16/03 CJH | Exchange of e-mail with M. Schier re: multiple issues. | .50 hrs |
| 06/16/03 CJH | Telephone conference with D. Gross re: pending matters and intervention motion. | .20 hrs |
| 06/17/03 CJH | Review of Debtors motion and brief to compel Asbestos claimant's committee to respond to discovery request. | 1.00 hrs |
| 06/17/03 CJH | Review of fee application, certifications and order from Riker Danzig, Skadden ARPs, McKee Nelson and Cahill Gordon. | .50 hrs |
| 06/17/03 LC | Continue to identify, analyze and index documents for summation update (.6); integrate all correspondence into indexes (.4); update summation for P1 (pleadings) (.5); prepare index for discovery (.3) | 1.80 hrs |
| 06/18/03 CJH | Exchange of e-mail with D. Hensley re: ongoing discovery, BMCA action before Judge Bassler. | .50 hrs |
| 06/18/03 CJH | Review of Lowenstein Sandler letter regarding committee position and recommendations regarding discovery. | .30 hrs |
| 06/18/03 CJH | Review of Asbestos Committee position advanced in Committee v. Heyman in light of 3rd Circuit opinion in Cybergenics. | .50 hrs |

Client #          0950-14348-028 CJH

| Date | Init | Description | Hours |
|---|---|---|---|
| 07/08/03 | CJH | Conference with counsel pior to Case Management Conference and subsequent thereto re: next procedural applications and task assignments. | 2.00 hrs |
| 07/08/03 | CJH | Travel to and from USDC courthouse in Newark at 1/2 time. | 2.00 hrs |
| 07/08/03 | LC | Update summation for A-7 (Riker Danzig) pleadings and integrate documents into indexes. | 1.30 hrs |
| 07/11/03 | CJH | Review of e-mails from other Future Representative's regarding effect of S1125 amendments as reflecting on Future Representative position and application to pending trusts and possible G-1 plan. | .50 hrs |
| 07/11/03 | CJH | Telephone conference with K. Irwin re: multiple issues. | .50 hrs |
| 07/14/03 | LC | Indentify, analyze and index documents for summation update (.5); integrate correspondence into indexes (.3); update summation F-1 (pleadings) (.9) | 1.70 hrs |
| 07/15/03 | CJH | Review of debtors reply brief in support of motion to compel asbestos claimants committee to respond to debtor's discovery demands. | 1.00 hrs |
| 07/15/03 | CJH | Review of Riker Danzig correspondence fee application and orders Chamber Associates and Riker Danzig. | .30 hrs |
| 07/15/03 | CJH | Review of Riker notice re: reschedule of motions by the court. | .20 hrs |
| 07/15/03 | CJH | Review of draft memorandum to be submitted in support of the LR motion to dismiss on G-1 v. Bennett et al. | 1.00 hrs |
| 07/16/03 | CJH | Review of copies of 55 cover letters summons and complaints filed by debtor in associated matters forwarded by Riker Danzig. | .50 hrs |
| 07/16/03 | CJH | Meeting at Saiber office in Newark, NJ with D. Gross, E. Bond, K. Irwin and D. Hensley re: multiple issues. | 2.00 hrs |
| 07/16/03 | CJH | Travel to and from Newark at 1/2 time. | 2.00 hrs |
| 07/22/03 | LC | Identify, analyze and index documents for summation update. | .70 hrs |
| 07/23/03 | CJH | Review of Kress letter to Gambardella re: scheduling in Taylor, Benton and Motley matters. | .20 hrs |
| 07/23/03 | CJH | Review of fee applications, certifications and orders for Skadden, Arps, Friedman Wang, McKee Nelson, Cahill Gordon, Kroll Associates | .50 hrs |
| 07/23/03 | CJH | Note of Riker Danzig letter re: briefing and scheduling of motion on enclosing motion. | .10 hrs |
| 07/23/03 | CJH | Review of Weil Gotshal fee application, certifications and orders. | .30 hrs |
| 07/23/03 | CJH | E-mail exchange with D. Hensley re: multiple issues 1) 12(c) motion in BMCA 2) discovery protocols for remaining depositions and 3) Weinberg deposition summary. | .50 hrs |
| 07/23/03 | CJH | Review of 215 page deposition of Weinberg taken on July 18, 2003 | 2.00 hrs |
| 07/23/03 | CJH | Review and approval of final draft of future representatives brief for Dismissal on pleadings in G-1 v. Bennett; et al. | 1.00 hrs |

Client #          0950-14348-029 CJH

| | | | |
|---|---|---|---|
| 08/11/03 | CJH | Review of Bienenstock application for admission 3rd CCA. | .20 hrs |
| 08/11/03 | CJH | Review of orders received in G-1 v. Simmons and In Re: G-1 and In Re: ACI. | .20 hrs |
| 08/15/03 | CJH | Exchange of e-mails with D. Hensen re: depositions. | .30 hrs |
| 08/15/03 | CJH | Review of debtors 2nd Quarter operating results. | .50 hrs |
| 08/18/03 | CJH | Review of correspondence from Riker Danzig re: including in G-1 v. ACI and informal reply by debtor. | .20 hrs |
| 08/18/03 | CJH | Review of Heyman brief in opposition to Future Representative's motion to intervene in fraudulent conveyance action in SDNY. | 1.00 hrs |
| 08/18/03 | CJH | Exchange of e-mails with counsel regarding schedule changes. | .20 hrs |
| 08/18/03 | CJH | Review of Asbestos Claimants brief in support of Future Representative's motion to intervene. | .50 hrs |
| 08/21/03 | CJH | Review of multiple fee applications by debtors counsel and Future Representatives vendors. | .30 hrs |
| 08/26/03 | CJH | Review of Riker correspondence to the court re: debtor's motion to extend exclusively and motions to compel discovery. | .20 hrs |
| 08/26/03 | CJH | Review of fee applications and certifications of Skadden Arps and Bederson. | .20 hrs |
| 08/26/03 | CJH | Review of debtors brief in reply to opposition to application to extend exclusivity. | 1.20 hrs |
| 08/26/03 | LC | Identify, analyze and index documents for summation update (.7); integrate correspondence into indexes (.3); update summation for A-7 (Riker Pleadings) (.5) | 1.50 hrs |
| 08/27/03 | CJH | Meeting with all other future representatives at Weiss office regarding status of negotiation and possible resolution of TDP in other pending asbestos bankruptcies and analysis of impact on possible G-1 negotiations.  Follow-up of status of S 1125 and possible effect on G-1. | 3.00 hrs |
| 08/27/03 | LC | Continue to update summation for A-7 (Riker Pleadings) (.5); integrate A-7 into indexes (.3); update summation for P-11 (Ruddles) (.3); integrate P-11 into indexes (.3) | 1.40 hrs |
| 08/28/03 | CJH | Review of multiple fee applications, certifications and orders filed by Weil Gotshal, Skadden Arps, Cahill Gordon, Riker Danzig and Kroll Associates. | .30 hrs |
| 08/28/03 | CJH | Review of proposals to arrange meeting with debtor's counsel re: pending USDC, NY litigation by debtor. | .10 hrs |
| 08/28/03 | CJH | Review of required disclosure by McKee Nelson. | .20 hrs |
| 08/28/03 | LC | Review documents and update database for invoices and signed Orders (.4); update summation for P-1 (pleadings) (.5); integrate document into indexes (.3) | 1.20 hrs |
| 08/29/03 | CJH | Review of draft brief to be filed in reply to debtors opposition to Future Representative's motion to intervene in Asbestos Claimants Committee v. Heyman. | 1.50 hrs |