Exhibit P

**BUDD LARNER GROSS ROSENBAUM GREENBERG & SADE, P.C.**
150 John F. Kennedy Parkway CN 1000
Short Hills, N.J. 07078-0999
(973) 379-4800  Fax (973) 379-7734
Tax ID: 22-2321266

February 15, 2002

Bill Number  45163
File Number 008506-00001

Purcell, Ries, Shannon, Mulcahy & O'Neill
1 Pluckemin Way
Bedminster, NJ 07921

## FOR PROFESSIONAL SERVICES

Re: G-I Holdings, Inc. (GAF Bankruptcy)

## LEGAL SERVICES

Through January 31, 2002

| | | | |
|---|---|---|---|
| 12/18/01 | SML | Conference with D. Gross re: matter background; review documents re: matter background | 0.60 Hrs |
| 12/20/01 | SML | Attend meeting with Judge Wolin re: bankruptcy issues in related asbestos litigation | 1.00 Hrs |
| 12/20/01 | SML | Travel to Newark re: Judge Wolin meeting (billed at half time) | 1.00 Hrs |
| 12/21/01 | DRG | Telephone conversation with Kevin Irwin | 2.50 Hrs |
| 12/21/01 | SML | Telephone conference with D. Austin, co-counsel re: pleadings | 0.20 Hrs |
| 12/21/01 | SML | Prepare memorandum re: meeting with Judge Wolin | 0.50 Hrs |
| 12/28/01 | SML | Review order withdrawing reference re: allocation of responsibility | 0.20 Hrs |
| 12/31/01 | DRG | Telephone conference with K. Irwin and C.J. Hamlin | 2.80 Hrs |
| 01/02/02 | SML | Telephone conferences with D. Austin and C.J. Hamlin re: applications for employment and accompanying documents | 0.50 Hrs |
| 01/02/02 | SML | Review applications of C.J. Hamlin and accompanying verifications of D. Gross and K. Irwin in support of authorization for employment; review proposed form of order and accompanying correspondence | 1.50 Hrs |
| 01/02/02 | SML | Review various correspondence re: proposed revisions to application materials | 0.60 Hrs |
| 01/02/02 | SML | Review schedules of creditors and accompanying counsel lists re: disclosures for employment | 0.80 Hrs |
| 01/02/02 | SML | Prepare correspondence re: draft application materials | 0.60 Hrs |
| 01/02/02 | SML | Conference with D. Gross re: matter status | 0.60 Hrs |

*Exhibit: "B"*

Purcell, Ries, Shannon, Mulcahy & O'Neill

Re: G-I Holdings, Inc. (GAF Bankruptcy)

| | | | |
|---|---|---|---|
| 01/02/02 | SML | Review bankruptcy rules re: disclosure of current and past representation | 0.60 Hrs |
| 01/02/02 | SML | Prepare memoranda re: potential conflicts and reporting requirements to court | 0.80 Hrs |
| 01/02/02 | SML | Review draft application and accompanying orders to admit bankruptcy counsel pro hac vice | 0.50 Hrs |
| 01/02/02 | SML | Review draft application and accompanying Order to admit bankruptcy counsel pro hac vice | 0.50 Hrs |
| 01/03/02 | SML | Conferences with D. Gross re: conflicts and disclosure investigation for employment application; telephone conference with E. Bond re: same | 0.50 Hrs |
| 01/03/02 | SML | Review memoranda re: representations by firm; review correspondence from D. Austin re: admission pro hac vice; review correspondence from M. Scheier re: applications for employment; compare various listings of interested parties | 0.80 Hrs |
| 01/04/02 | DRG | Receipt and review correspondence and List of Professionals from the Keating firm | 0.70 Hrs |
| 01/04/02 | DRG | Telephone calls | 0.90 Hrs |
| 01/04/02 | SML | Review docket sheet and court file re: applications for employment, appointment of legal representative and related order | 3.60 Hrs |
| 01/04/02 | SML | Telephone conference with M Schwartz and D. Austin re: matter status; compare lists of attorneys representing various parties; prepare memoranda to shareholders re: same; review various replies thereto | 1.20 Hrs |
| 01/06/02 | SML | Review application for employment of environmental counsel of GI Holdings; review application of SAC to admit counsel pro hac vice | 1.00 Hrs |
| 01/06/02 | SML | Review court docket re: five consolidated asbestos bankruptcy cases pending in the District of Delaware re: application of D. Gross for employment as bankruptcy counsel; review requirements for admission pro hac vice and review draft application K. Irwin for same; prepare various correspondence to M. Scheier and D. Austin re: proposed revision to application to admit pro hac vice, admission requirements and timeliness of applications to admit pro hac vice | 1.80 Hrs |
| 01/06/02 | SML | Review Asbestos Claims Committee's objection to application to extend the exclusive periods | 0.30 Hrs |

Purcell, Ries, Shannon, Mulcahy & O'Neill

Re: G-I Holdings, Inc. (GAF Bankruptcy)

| | | | |
|---|---|---|---|
| 01/07/02 | DRG | Conflict review; receipt and review correspondence | 1.60 Hrs |
| 01/07/02 | DRG | Interoffice conference with S. Longo | 0.50 Hrs |
| 01/07/02 | SML | Conferences with various shareholders re: representation of participating parties; prepare correspondence to M. Scheier re; pro hac vice admission; review reply of D. Austin thereto | 0.70 Hrs |
| 01/07/02 | SML | Prepare affidavit and verified statement of D. Gross in support of employment application | 3.50 Hrs |
| 01/07/02 | SML | Telephone conference with E. Bond, D. Austin and K. Irwin re: retention of Bederson, employment applications, service of same and pro hac vice admissions | 1.00 Hrs |
| 01/07/02 | SML | Review correspondence and accompanying verified statement of E. Bond | 1.00 Hrs |
| 01/07/02 | SML | Prepare applications of C. Judson Hamlin re: employment of Budd Larner and Bederson | 1.00 Hrs |
| 01/07/02 | SML | Prepare draft order authorizing employment of bankruptcy counsel | 0.30 Hrs |
| 01/07/02 | SML | Review correspondence from E. Bond and draft employment application; review correspondence re: retention of bankruptcy counsel; prepare various correspondence to C. Judson Hamlin re: proposed employment applications; prepare correspondence to D. Austin re: pro hac vice admission | 0.80 Hrs |
| 01/07/02 | SML | Prepare memorandum to shareholder re: disclosures and potential conflict | 0.30 Hrs |
| 01/08/02 | DRG | Receipt and review correspondence; telephone conference; interoffice conference with S. Longo | 1.50 Hrs |
| 01/08/02 | SML | Review various correspondence re: potential conflicts of interest and conferences re; same; review various correspondence from M. Scheier re: employment applications, applications to admit pro hac vice and notices of appearances; revise order authorizing appointment of bankruptcy counsel and prepare correspondence to M. Scheier re: same; review various correspondence re: draft notice of appearance, timing for filing of same and counsel lists; prepare reply thereto | 1.50 Hrs |
| 01/08/02 | SML | Review various correspondence from C. J. Hamlin re: employment application for Budd Larner | 0.30 Hrs |
| 01/08/02 | SML | Prepare orders authorizing appointment for Bederson and Budd Larner; review rules re: notification requirements; telephone conference with M. Scheier re: matter status | 1.60 Hrs |
| 01/08/02 | SML | Finalize affidavit of D. Gross in support of application employment | 0.50 Hrs |

Purcell, Ries, Shannon, Mulcahy & O'Neill

Re: G-I Holdings, Inc. (GAF Bankruptcy)

| | | | |
|---|---|---|---|
| 01/08/02 | SML | Review additional comments re: proposed form of order authorizing employment of bankruptcy counsel; review court docket re: certification of service requirements; prepare various correspondence transmitting applications to authorize employment; prepare certifications of services for same; telephone conference with bankruptcy counsel re: web page; conference with D. gross re: matter status; prepare correspondence to bankruptcy counsel attaching submitted orders | 2.10 Hrs |
| 01/08/02 | SML | Prepare notice of motion to admit pro hac vice, proposed form of order, supporting affidavit of S. Longo and proposed affidavit for various bankruptcy counsel; prepare correspondence to D. Austin re: draft application to admit pro hac vice | 1.40 Hrs |
| 01/09/02 | DRG | Conflict review; telephone calls | 1.50 Hrs |
| 01/09/02 | DRG | Meeting with K. Irwin | 2.00 Hrs |
| 01/09/02 | SML | Review various correspondence re: employment applications, applications to admit to pro hac vice and meeting; prepare reply re: obtaining pleadings and related actions pending in the Southern District of New York | 0.90 Hrs |
| 01/09/02 | SML | Prepare retainer agreement | 0.60 Hrs |
| 01/09/02 | SML | Telephone conference with D. Austin re: application to appear pro hac vice; finalize notice of motion, proposed form of order and affidavit of S. Longo in support of motion to admit pro hac vice; prepare certification of service and correspondence to clerk re: pro hac vice application | 0.90 Hrs |
| 01/09/02 | SML | Telephone conference with E. Bond re: meeting; attend meeting with K. Irwin and D. Gross re: debtor's application to extend exclusivity and related issues | 0.90 Hrs |
| 01/10/02 | DRG | Preparation for and meeting at Short Hills with C. Judson Hamlin, Ed Bond, K. Irwin, M. Scheler and M. Schwartz | 5.20 Hrs |
| 01/10/02 | KM | Meeting with D. Gross concerning nature of matter | 0.50 Hrs |
| 01/10/02 | KM | Retrieve materials for D. Gross concerning statute of limitations | 1.00 Hrs |
| 01/10/02 | SML | Finalize certification of service and correspondence to clerk re: application to admit pro hac vice | 0.30 Hrs |
| 01/10/02 | SML | Attend various meetings with D. Novack, M. Scheier, K. Irwin, C. Judson Hamlin, E. Bond and M. Schwartz re: factual background, bankruptcy proceeding background, related fraudulent transfer actions and litigation strategy | 6.50 Hrs |
| 01/10/02 | SML | Research re: availability of pleadings in related SDNY actions on-line | 0.30 Hrs |

Page 4

Purcell, Ries, Shannon, Mulcahy & O'Neill

Re: G-I Holdings, Inc. (GAF Bankruptcy)

| | | | |
|---|---|---|---|
| 01/10/02 | SML | Conference with W. Chelnik re: matter background and retrieval of pleadings | 0.30 Hrs |
| 01/10/02 | WRC | Meet with D. Gross re: case background | 0.20 Hrs |
| 01/10/02 | WRC | Meet with S. Longo re: research assignments | 0.20 Hrs |
| 01/11/02 | SML | Review correspondence enclosing pro hac vice application; review affidavit of bankruptcy counsel in support of same; review notice of appearance of bankruptcy counsel and review draft supporting materials for pro hac vice application | 0.30 Hrs |
| 01/11/02 | SML | Review meeting notes | 0.30 Hrs |
| 01/11/02 | SML | Telephone conference with bankruptcy counsel re: identification of K. Marchetti for case web site | 0.10 Hrs |
| 01/11/02 | SML | Review order submitted re: employment of bankruptcy counsel; prepare revised order re: employment of bankruptcy counsel and prepare correspondence to clerk re: filing same; prepare correspondence to bankruptcy counsel re: revised order | 0.50 Hrs |
| 01/11/02 | SML | Review various correspondence re: expected bar date | 0.20 Hrs |
| 01/11/02 | SML | Review memorandum from W. Chelnik re: document service for obtaining court files in related Southern District proceedings; prepare various correspondence to M. Scheier re: same; review various replies thereto and re: imaging documents in instant action | 0.70 Hrs |
| 01/11/02 | SML | Review correspondence from D. Austin re: order on establishing billing practices; prepare reply thereto | 0.20 Hrs |
| 01/11/02 | SML | Conference with W. Chelnik re: order establishing employment procedures, efforts to obtain pleadings in related Southern District actions and document review re: facts in support of fraudulent conveyance actions | 0.40 Hrs |
| 01/11/02 | WRC | Research filings in G-Holdings v. Paniagua | 1.70 Hrs |
| 01/11/02 | WRC | Research related filings in Southern District of New York; telephone call to Clerk's office re: filings; telephone call to Washington Document Service re: document retrieval; prepare memo to S. Longo re: pricing and procedures; meet with S. Longo re: document retrieval | 1.70 Hrs |
| 01/11/02 | WRC | Meet with K. Daniels to discuss document scanning; telephone calls re: providers re: document scanning and imaging | 1.10 Hrs |
| 01/11/02 | WRC | Review file re: order for reimbursement; telephone call with Clerk's office re: reimbursement order | 0.50 Hrs |

Purcell, Ries, Shannon, Mulcahy & O'Neill

Re: G-I Holdings, Inc. (GAF Bankruptcy)

| | | | |
|---|---|---|---|
| 01/11/02 | LEW | Obtain docket sheet from related action in the Southern District of New York for W. Chelnik | 0.30 Hrs |
| 01/14/02 | DRG | Telephone calls to K. Irwin and C.J. Hamlin re: Weinberg case | 1.50 Hrs |
| 01/14/02 | KM | Review calendar and documents on-line | 0.30 Hrs |
| 01/14/02 | KM | Conference with D. Gross concerning status | 0.20 Hrs |
| 01/14/02 | SML | Conferences with W. Chelnik re: document imaging costs and matter background in related actions in Southern District of New York | 0.50 Hrs |
| 01/14/02 | SML | Conference with D. Gross re: deadlines and related tasks | 0.20 Hrs |
| 01/14/02 | SML | Review court docket sheet of litigation pending in Southern District of New York | 0.10 Hrs |
| 01/14/02 | SML | Review pleadings in adversary proceeding of G-I vs. Paniagua; prepare memorandum to file re: same | 1.20 Hrs |
| 01/14/02 | SML | Telephone conference with bankruptcy counsel re: access to database and joint calendar; review calendar re: pending proceedings | 0.30 Hrs |
| 01/14/02 | SML | Review correspondence from M. Schwartz re: attorney's fees application cover sheet | 0.10 Hrs |
| 01/14/02 | SML | Telephone conferences with M. Scheier and K. Irwin re: task assignments | 0.20 Hrs |
| 01/14/02 | SML | Review agenda of professional joint meeting, overview of debtors corporate transactions and related litigation | 0.30 Hrs |
| 01/14/02 | WRC | Telephone calls with document service re: scanning; draft memo to S. Longo re: document scanning; meet with S. Longo re: same | 1.00 Hrs |
| 01/14/02 | WRC | Telephone calls with document service re: status of document retrieval | 0.20 Hrs |
| 01/15/02 | DRG | Receipt and review correspondence; telephone conversation with Martin Bienenstock | 2.30 Hrs |
| 01/15/02 | SML | Conference with W. Chelnik re: research on standard intervention in Southern District civil litigation and actions pending in bankruptcy court | 0.60 Hrs |
| 01/15/02 | SML | Review various correspondence re: task list and documents in bankruptcy pleadings; review various task lists; review counsel contact list | 0.50 Hrs |
| 01/15/02 | SML | Review results of conflicts searches from various shareholders re: required disclosures in employment application | 0.10 Hrs |

Purcell, Ries, Shannon, Mulcahy & O'Neill

Re: G-I Holdings, Inc. (GAF Bankruptcy)

| | | | |
|---|---|---|---|
| 01/15/02 | WRC | Telephone call to Washington Document Service; review filings from Southern District of New York | 0.60 Hrs |
| 01/15/02 | WRC | Telephone call to Clerk at Southern District re: status of cases; meet with S. Longo to discuss same | 0.20 Hrs |
| 01/15/02 | WRC | Meet with S. Longo re: research | 0.30 Hrs |
| 01/15/02 | WRC | Telephone calls re: document scanning; meet with S. Longo to discuss same | 0.50 Hrs |
| 01/16/02 | DRG | Telephone conversation with Martin Bienenstock and Kevin Irwin; review documents USDC, Southern District; telephone conversation with C. Judson Hamlin | 1.40 Hrs |
| 01/16/02 | SML | Telephone conference with M. Scheler and conference with W. Chelnik re: documents from Southern District actions and stay of related Southern District proceedings | 0.40 Hrs |
| 01/16/02 | SML | Review debtor's objection to appoint Keating as bankruptcy counsel; telephone conferences with K. Irwin and E. Bond re: same; conference with D. Gross re: same | 0.40 Hrs |
| 01/16/02 | SML | Review Order staying fraudulent conveyance proceedings pending in SDNY; review draft correspondence to M. Scheler re: documents in related SDNY actions; prepare memorandum to file re: stay of said litigation | 0.70 Hrs |
| 01/16/02 | SML | Review Order re: employment compensation procedures in bankruptcy action; prepare various correspondence re: same; review reply of D. Austin re: same | 0.40 Hrs |
| 01/16/02 | WRC | Conference with S. Longo re: research under New Jersey law for order on-line | 0.50 Hrs |
| 01/16/02 | WRC | Research Rule 24 intervention | 1.30 Hrs |
| 01/16/02 | WRC | Review retrieved filings from Southern District and prepare files of same; prepare letter to M. Scheler; meet with S. Longo re: same | 1.00 Hrs |
| 01/16/02 | WRC | Prepare memorandum re: research on intervention under New Jersey law | 1.90 Hrs |
| 01/16/02 | KRD | Review and organize documents for case organization | 0.50 Hrs |
| 01/17/02 | SML | Conference with W. Chelnik re: intervention research | 0.20 Hrs |
| 01/18/02 | DRG | Telephone conversation with K. Irwin, C. Judson Hamlin and Ed Bond | 1.50 Hrs |
| 01/18/02 | SML | Telephone conferences with M. Scheler re: matter status | 0.10 Hrs |
| 01/18/02 | SML | Conference with K. Daniels and E. Haythorn re: matter background | 0.20 Hrs |
| 01/19/02 | SML | Review memorandum from W. Chelnik re: research re: intervention as of right and permissive intervention in New Jersey District Court proceedings | 0.20 Hrs |

Purcell, Ries, Shannon, Mulcahy & O'Neill

Re: G-I Holdings, Inc. (GAF Bankruptcy)

| | | | |
|---|---|---|---|
| 01/21/02 | SML | Review Order authorizing employment of Budd Larner and Bederson & Company; prepare correspondence re: serving same | 0.40 Hrs |
| 01/21/02 | SML | Review calendar re: pending proceedings; telephone conference with bankruptcy counsel re: same and order authorizing employment | 0.30 Hrs |
| 01/21/02 | SML | Conference with W. Chelnik re: research assignment | 0.20 Hrs |
| 01/21/02 | SML | Review correspondence from M. Scheier re: pleadings from M. Schwartz re: GAF and IPS subsidiary; review various correspondence from K. Irwin re: employment application, pending proposed meeting and pending hearings; conference with D. Gross re: matter status | 0.40 Hrs |
| 01/21/02 | SML | Review correspondence from C. Judson Hamlin; prepare reply thereto; telephone conference with counsel for Asbestos Committee re: adjournment of motion re: employee benefits of IPS; prepare correspondence re: adjournment of motion | 0.50 Hrs |
| 01/21/02 | WRC | Research timeliness of Rule 24 Intervention motions in New Jersey and in bankruptcy court, prepare memorandum re: intervention; meet with S. Longo to discuss research | 4.60 Hrs |
| 01/22/02 | DRG | Receive and review correspondence; interoffice conference with S. Longo; telephone calls | 1.50 Hrs |
| 01/22/02 | SML | Telephone conferences with M. Schwartz re: notice of appearance on behalf of Bederson | 0.20 Hrs |
| 01/22/02 | SML | Prepare notice of appearance for Bederson and accompanying correspondence to M. Schwartz | 0.50 Hrs |
| 01/22/02 | SML | Review correspondence from debtor's counsel re: court conference call | 0.10 Hrs |
| 01/22/02 | SML | Telephone conferences with E. Bond, M. Scheier and D. Gross re: joint counsel conference call prior to court telephonic conference call | 0.60 Hrs |
| 01/22/02 | SML | Review correspondence from M. Scheier re: Stewart docket sheet; review Stewart docket sheet and prepare reply correspondence | 0.10 Hrs |
| 01/22/02 | SML | Conference with W. Chelnik re: supplemental research on intervention in fraudulent transfer actions within the District of New Jersey | 0.10 Hrs |
| 01/22/02 | SML | Prepare notice of appearance and accompanying correspondence to Clerk on behalf of Budd Larner | 0.60 Hrs |
| 01/22/02 | SML | Telephone conferences re: adjournment of court conference call re: objection to employment of Keating firm | 0.30 Hrs |

Page 8

Purcell, Ries, Shannon, Mulcahy & O'Neill

| Date | Initials | Description | Hours |
|---|---|---|---|
| 01/22/02 | WRC | Research Rule 24 Intervention in fraudulent transfer cases in the context of bankruptcy and assertion of additional claims by intervening parties | 2.50 Hrs |
| 01/23/02 | DRG | Telephone conference with counsel and C. Judson Hamlin re: objections to counsel and strategy | 1.50 Hrs |
| 01/23/02 | SML | Telephone conferences with M. Scheier re: matter status | 0.10 Hrs |
| 01/23/02 | SML | Review correspondence re: reschedule court conference call | 0.10 Hrs |
| 01/23/02 | SML | Telephone conference with B. Brown re: filed application for employment of Keating firm | 0.10 Hrs |
| 01/23/02 | SML | Review correspondence from M. Scheier re: documents from bankruptcy proceeding | 0.10 Hrs |
| 01/23/02 | SML | Conference with W. Chelnik re: related research on entire controversy doctrine | 0.10 Hrs |
| 01/23/02 | SML | Review various correspondence re: conference call among joint counsel | 0.10 Hrs |
| 01/23/02 | SML | Review correspondence from D. Austin re: New Jersey ethics; prepare reply thereto | 0.20 Hrs |
| 01/23/02 | WRC | Research assertion of additional claims by intervening parties under Rule 24 | 1.30 Hrs |
| 01/24/02 | DRG | Receipt and review correspondence; interoffice conference with S. Longo | 1.50 Hrs |
| 01/24/02 | SML | Prepare correspondence to K. Irwin re: filed documents | 0.20 Hrs |
| 01/24/02 | SML | Prepare correspondence to court re: filed application on behalf of Budd Larner and the Keating firm | 0.40 Hrs |
| 01/24/02 | SML | Review documents re: RICO action and telephone conference with A. Behm re: same | 0.40 Hrs |
| 01/24/02 | SML | Review court decision re: Committee's order to show cause to consolidate BMCA with GI bankruptcy petition and review research memorandum re: intervention rules | 2.00 Hrs |
| 01/24/02 | SML | Review debtor's objection to the employment of the Keating firm and debtor's withdrawal of its motion concerning ISP employee benefit plan | 0.50 Hrs |
| 01/24/02 | SML | Telephone conference with C. Judson Hamlin, D. Gross, K. Irwin, M. Scheier, E. Bond and M. Schwartz re: matter status | 0.80 Hrs |
| 01/24/02 | SML | Prepare memorandum to W. Chelnik re: RICO action | 0.10 Hrs |
| 01/24/02 | WRC | Supplement memorandum on Rule 24 intervention re: research on additional claims and parties | 3.00 Hrs |
| 01/25/02 | DRG | Receipt and review correspondence re: objections to counsel | 0.50 Hrs |

Purcell, Ries, Shannon, Mulcahy & O'Neill

Re: G-I Holdings, Inc. (GAF Bankruptcy)

| 01/25/02 | SML | Review correspondence from debtor to court withdrawing motion related to ISP employee benefits | 0.10 Hrs |
|---|---|---|---|
| 01/25/02 | SML | Telephone conference with court re: briefing schedule for debtor's objection for employment of Keating firm; telephone conference with K. Irwin re: same; conference with D. Gross re: matter status | 0.70 Hrs |
| 01/25/02 | SML | Review correspondence from A. Behm and obtain overview of accompanying documents; conference with W. Chelnik re: research assignment and related RICO action | 1.40 Hrs |
| 01/25/02 | WRC | Review correspondence from S. Longo; research and review Southern District docket listing; telephone call to Washington Document Service re: status of document retrieval; meet with S. Longo | 2.20 Hrs |
| 01/27/02 | SML | Review debtor's interrogatories to the Keating firm | 0.10 Hrs |
| 01/27/02 | SML | Review selected portions of article re: asbestos health risks from Ground Zero | 0.30 Hrs |
| 01/27/02 | WRC | Review pleadings from G-I Holdings v. Baron & Budd | 2.00 Hrs |
| 01/28/02 | KM | Review materials concerning background of GAF transactions and litigation | 0.50 Hrs |
| 01/28/02 | SML | Prepare correspondence to Clerk re: notice of appearance on behalf of Bederson | 0.20 Hrs |
| 01/28/02 | SML | Review correspondence and proposed scheduling order re: objection to the attention of the Keating firm | 0.10 Hrs |
| 01/28/02 | SML | Prepare correspondence to K. Irwin re: notice of appearance on behalf of Budd Larner | 0.10 Hrs |
| 01/28/02 | SML | Review authority of Legal Representative under Section 524(g) and pleadings in the Stewart and Nettles fraudulent conveyance actions review correspondence from A. Behm re: supplemental document; conference with K. Marchetti re: matter status; prepare memorandum summarizing pleadings in Stewart and Nettles | 3.90 Hrs |
| 01/28/02 | WRC | Review and prepare memorandum re: pleadings from G-I Holdings v. Baron & Budd | 6.30 Hrs |
| 01/28/02 | LEW | Retrieve docket sheet from Southern District of New York action for W. Chelnik | 0.30 Hrs |
| 01/29/02 | DRG | Receive and review action correspondence re: objections; telephone calls to C. Judson Hamlin | 0.60 Hrs |
| 01/29/02 | SML | Conference with W. Chelnik re: RICO action on behalf of GI Holdings | 0.50 Hrs |
| 01/29/02 | SML | Review documents in Nettles and cited case law; finalize memorandum summarizing pleadings | 1.80 Hrs |
| 01/29/02 | SML | Review debtor's supplemental interrogatories re: retention of Keating firm | 0.10 Hrs |

Purcell, Ries, Shannon, Mulcahy & O'Neill

Re: G-I Holdings, Inc. (GAF Bankruptcy)

| 01/29/02 | SML | Review memoranda from W. Chelnik summarizing amended complaint and defendant's motion to dismiss first amended complaint pursuant to R. 12(b)(6)in Asbestos Committee v Heyman | 0.80 Hrs |
|---|---|---|---|
| 01/29/02 | WRC | Meet with S. Longo; telephone calls to Washington Document Service re: document retrieval; review and prepare memorandum re: pleadings from G-I Holdings v. Baron & Budd | 8.30 Hrs |
| 01/30/02 | DRG | Conference call; interoffice conference with S. Longo | 1.80 Hrs |
| 01/30/02 | KM | Confer with D. Gross concerning upcoming events | 0.30 Hrs |
| 01/30/02 | SML | Review complaint in Committee of Asbestos Claimants v. Heyman; review documents re: same; conference with W. Chelnik re: research on intervention under New York law and obtaining additional pleadings in Committee of Asbestos Claimants v. Heyman | 1.30 Hrs |
| 01/30/02 | SML | Review 11th order awarding compensation to counsel for debtor; review GI's operating report for December 2001 | 0.30 Hrs |
| 01/30/02 | SML | Obtain overview of pending New Jersey litigation; prepare memorandum re: research on intervention under New Jersey law | 4.20 Hrs |
| 01/30/02 | SML | Conference D. Gross re: matter status; telephone conference with K. Irwin and D. Gross re: response to objection to retention of Keating firm | 0.50 Hrs |
| 01/30/02 | WRC | Review and prepare memorandum re: pleadings from G-I Holdings v. Baron & Budd; meet with S. Longo | 2.50 Hrs |
| 01/30/02 | WRC | Telephone call from Washington Document service; review filings retrieved from Southern District; meet with S. Longo; prepare memorandum to file re: missing filings; review correspondence from Washington Document Service; meet with K. Daniels re: matter status | 2.00 Hrs |
| 01/30/02 | WRC | Review memorandum from S. Longo | 0.10 Hrs |
| 01/30/02 | WRC | Research Rule 24 intervention in New York and New Jersey; meet with S. Longo to discuss research | 4.30 Hrs |
| 01/30/02 | WRC | Meet with D. Gross and K. Marchetti re: case status | 0.20 Hrs |
| 01/31/02 | DRG | Conference call with K. Irwin, M. Scheier, C. Judson Hamlin, Ed Bond, Matt Schwartz, etc.; interoffice conference with S. Longo and K. Marchetti | 1.20 Hrs |
| 01/31/02 | KM | Review proposed reply of C. Judson Hamlin to debtor's objection to his retention | 0.50 Hrs |
| 01/31/02 | KM | Attend conference call with C. Judson Hamlin and D. Gross | 0.30 Hrs |

Purcell, Ries, Shannon, Mulcahy & O'Neill

Re: G-I Holdings, Inc. (GAF Bankruptcy)

| | | | | |
|---|---|---|---|---|
| 01/31/02 | SML | Research and related telephone conferences re: matter status of state court action on behalf of CCR pending against Heyman; prepare memorandum to D. Gross re: review of related New York litigation; conference with W. Chelnik re: obtaining continuing pleadings in the Asbestos Committee v. Heyman | 1.40 Hrs |
| 01/31/02 | SML | Review correspondence from counsel for debtor with additional questions re: retention of Keating firm | 0.10 Hrs |
| 01/31/02 | SML | Review memoranda from W. Chelnik re: plaintiff's opposition to defendant's motion to dismiss and defendant's reply thereto in G-I Holdings v. Baron and Budd, related RICO action | 0.30 Hrs |
| 01/31/02 | SML | Review relevant case law re: additional claims and parties by intervenor; prepare memoranda re: research on additional claims and/or parties by intervenor under New Jersey law | 2.10 Hrs |
| 01/31/02 | SML | Review draft correspondence to debtor's counsel re: interrogatories posed to the Legal Representative; telephone conference with C. Judson Hamlin and K. Irwin re: affidavit of Hamlin | 1.50 Hrs |
| 01/31/02 | SML | Conference call with D. Gross, K. Irwin, C. Judson Hamlin and E. Bond re: response papers to objection to employment of Keating firm | 0.50 Hrs |
| 01/31/02 | WRC | Research Rule 24 intervention in New York and prepare memorandum; meet with S. Longo | 4.00 Hrs |
| 01/31/02 | WRC | Research Individual Practice Rules of Judge Sweet | 0.40 Hrs |
| 01/31/02 | WRC | Review and prepare memorandum re: pleadings from G-I Holdings v. Baron & Budd | 2.50 Hrs |
| 01/31/02 | WRC | Meet with S. Longo re: CCR v. Heyman; research docket listing in New York state courts | 0.20 Hrs |

TOTAL LEGAL SERVICES        $49,621.00

**LEGAL SERVICES SUMMARY**

| | | | |
|---|---|---|---|
| Gross, David R. | 34.50 Hrs | 450/hr | $15,525.00 |
| Marchetti, Kathleen C. | 3.60 Hrs | 300/hr | $1,080.00 |
| Longo, Sonya M. | 87.80 Hrs | 250/hr | $21,950.00 |
| Chelnik, Whitney R. | 59.30 Hrs | 185/hr | $10,970.50 |
| Wilson, Lydia E. | 0.60 Hrs | 80/hr | $48.00 |

Purcell, Ries, Shannon, Mulcahy & O'Neill

Re: G-I Holdings, Inc. (GAF Bankruptcy)

**LEGAL SERVICES SUMMARY**

| Daniels, Kevin R. | 0.50 Hrs | 95/hr | $47.50 |
|---|---|---|---|
| | 186.30 Hrs | | $49,621.00 |

**DISBURSEMENTS**

Through January 31, 2002

| | |
|---|---|
| Postage | $34.20 |
| Messenger Service | $33.50 |
| Federal Express | $120.54 |
| Parking/Tolls | $8.00 |
| Mileage | $13.95 |
| Photocopies-Inoffice | $3,877.20 |
| Taxi Service | $60.95 |
| Online Services-Westlaw | $324.10 |
| Online Services-Choicepoint | $1,348.05 |
| Telecopies | $48.66 |
| Photocopies-Outside | $1,318.75 |

| | |
|---|---|
| TOTAL DISBURSEMENTS | $7,187.90 |
| TOTAL THIS BILL | $56,808.90 |

G-I Holdings, Inc

Re: G-I Holdings, Inc. (GAF Bankruptcy)

| | | | |
|---|---|---|---|
| 05/29/02 | SML | Review correspondence from C. Judson Hamlin [G101] | 0.10 Hrs |
| 05/29/02 | SML | Telephone conference with M. Scheier re: various matters; review pending issues [G101] | 0.50 Hrs |
| 05/30/02 | DRG | Telephone calls re: scheduling and meeting in Chicago [G101] | 1.30 Hrs |
| 05/30/02 | SML | Review certification of no objection to debtor's counsel's fee application and order awarding fees to debtor's expert [G101] | 0.20 Hrs |
| 05/30/02 | DRD | Conference with S. Longo regarding motion filed for docket 01-30135; and update for docket 01-3085; research for online documents [G101] | 1.00 Hrs |
| 05/31/02 | SML | Finalize application to retain Dr. Wyant; review and reply to various correspondence from M. Scheier re: same; prepare correspondence to court re: filing same; review file; conferences with K. Daniels and D. Deeney re: filing; conference with D. Gross re: matter status; telephone conference with T. Wyant re: employment application; review consent order and accompanying correspondence re: fee reduction in RICO action; review and reply to correspondence from M. Scheier re: documents from G-I [G101] | 2.10 Hrs |
| 05/31/02 | SML | Review various correspondence re: resolution of motion on leasing agreement [G101] | 0.20 Hrs |
| 05/31/02 | DRD | Conference with S. Longo regarding initial application to represent G-I; review file; conference with S. Longo regarding reorganization of file; conference with K. Daniels regarding list of matters [G101] | 0.50 Hrs |
| | | **Case Administration Totals** | 46.30 HRS | $13,435.50 |

<u>Fee/Employment Applications</u>

| | | | |
|---|---|---|---|
| 05/02/02 | SML | Prepare correspondence to debtor's counsel re: payment for Bederson & Company [G104] | 0.20 Hrs |
| 05/03/02 | SML | Review correspondence from C. Judson Hamlin and accompanying invoice for services for April 2002; review correspondence from M. Scheier to debtor's counsel re: outstanding payment [G104] | 0.30 Hrs |
| 05/06/02 | SML | Prepare correspondence to co-counsel, accountant and client re: fee applications; review various replies thereto [G104] | 0.30 Hrs |
| 05/06/02 | SML | Prepare fourth fee application of C. Judson Hamlin and correspondence to C. Judson Hamlin re: same [G104] | 0.60 Hrs |

**BUDD LARNER GROSS ROSENBAUM GREENBERG & SADE, P.C.**
150 John F. Kennedy Parkway CN 1000
Short Hills, N.J. 07078-0999
(973) 379-4800   Fax (973) 379-7734
Tax ID:  22-2321266

July 11, 2002

Bill Number  51874
File Number 008506-00001

G-I Holdings, Inc
1361 Alps Road
Wayne, NJ 07470

## FOR PROFESSIONAL SERVICES

Re: G-I Holdings, Inc. (GAF Bankruptcy)

## LEGAL SERVICES

Through June 30, 2002

Case Administration

| | | | |
|---|---|---|---|
| 06/01/02 | YMS | Review, segregate and organize the pleadings and correspondences chronologically in the Bankruptcy matter [G101] | 3.70 Hrs |
| 06/01/02 | KRD | Review, segregate and organize the pleadings and correspondences chronologically in the Bankruptcy matter [G101] | 4.20 Hrs |
| 06/02/02 | DRD | Review files and organize Baron and Budd and general bankruptcy; update filing [G101] | 6.30 Hrs |
| 06/03/02 | DRG | Meetings in Chicago re: Future's representatives and attendance at seminar [G101] | 6.00 Hrs |
| 06/03/02 | SML | Conference re: expert needs [G101] | 0.20 Hrs |
| 06/03/02 | DRD | Conference with S. Longo regarding filing [G101] | 0.40 Hrs |
| 06/04/02 | DRG | Meetings in Chicago with Plaintiffs' Committee re: Future's representatives [G101] | 2.60 Hrs |
| 06/04/02 | DRG | Meetings in Delaware re: Future's representatives and attendance at seminar [G101] | 6.00 Hrs |
| 06/04/02 | SML | Telephone conference with co-counsel re: discovery [G101] | 0.20 Hrs |
| 06/04/02 | SML | Telephone conference with M. Hall re: service list [G101] | 0.10 Hrs |
| 06/04/02 | SML | Review various correspondence, proof of claim, request for notices and notice of adoption of Corpus Christi Gasket [G101] | 0.30 Hrs |

SAIBER SCHLESINGER SATZ & GOLDSTEIN, LLC
One Gateway Center
13th Floor
Newark, New Jersey 07102-5311
Fed Tax ID 22-1800684

March 31, 2003

Bill Number  86617
File Number 08194-000001

G-I Holdings, Inc.
1361 Alps Road
Wayne, NJ 07470
Attn: Richard Weinberg, Esq.

Re: In re: G-I Holdings, Inc.

## FOR PROFESSIONAL SERVICES

Thru March 31, 2003

| Date | Atty | Description | Time |
|------|------|-------------|------|
| **Case Administration** | | | |
| 03/02/03 | DRG | Preparation for and attendance at meeting in NYC with C. Judson Hamlin and all Future's representatives and lawyers | 7.00 Hrs |
| 03/04/03 | DRG | Review motions | 1.60 Hrs |
| 03/04/03 | WRC | review briefs re: motion to stay estimation proceeding; various interoffice conferences with D. Gross and R. Saporita; telephone calls to court | 0.30 Hrs |
| 03/05/03 | RDS | prepare memorandum re: hearing regarding discovery stay order | 1.60 Hrs |
| 03/05/03 | WRC | conference with D. Gross re: 3/4 hearing; telephone conference with R. Saporita re: same | 0.10 Hrs |
| 03/06/03 | RDS | prepare memo re: hearing regarding discovery stay | 3.40 Hrs |
| 03/06/03 | DRG | Review of e-mails and various submissions to the court; discussion of appearance in court; discussions with Future's representatives and counsel | 2.50 Hrs |
| 03/06/03 | WRC | review memorandum from M.Scheler re: estimation hearing; prepare correspondence to R. Saporita re: same | 0.30 Hrs |
| 03/06/03 | WRC | review correspondence from M. Scheler re: hearing | 0.10 Hrs |
| 03/10/03 | WRC | review debtor's filing re: ordinary course professionals | 0.40 Hrs |
| 03/12/03 | WRC | review memorandum from E. Bond re: analysis of G-I and BMCA operational reports for 2002 | 0.40 Hrs |

Page 1

G-I Holdings, Inc.

Re: In re: G-I Holdings, Inc.

| Date | Atty | Description | Time |
|------|------|-------------|------|
| 03/17/03 | WRC | review and respond to various correspondences re: conference call | 0.20 Hrs |
| 03/18/03 | DRG | Telephone conference with client and co-counsel | 1.20 Hrs |
| 03/18/03 | WRC | review recent filings re: new adversary complaints | 0.10 Hrs |
| 03/18/03 | WRC | draft correspondence to M. Scheier re: conference call and hearing dates | 0.10 Hrs |
| 03/19/03 | WRC | review correspondence from M. Scheier re: upcoming dates and conferences | 0.10 Hrs |
| 03/19/03 | WRC | review correspondence from K. Irwin and T. Swett re: meeting with S. Heyman | 0.20 Hrs |
| 03/20/03 | WRC | conference with D. Gross re: SDNY cases and preparation for district court hearings; review file and correspondence re: same; telephone conference with J. DiSomma re: pro hac vice motions | 0.60 Hrs |
| 03/21/03 | DRG | Review motions and briefs | 1.00 Hrs |
| 03/21/03 | WRC | review operating reports filed by debtor | 0.30 Hrs |
| 03/24/03 | DRG | Discussions with co-counsel and client re bonus applications, appeals, preparation for argument | 1.50 Hrs |
| 03/25/03 | DRG | Conference with client at Paul, Weiss re Futures representatives | 6.00 Hrs |
| 03/25/03 | WRC | review article re: ISP and S. Heyman; prepare correspondence to counsel re: same | 0.20 Hrs |
| 03/26/03 | DRG | Telephone conference with court | 2.10 Hrs |
| 03/27/03 | WRC | review correspondence re: various hearing dates; update and revise calendar re: same | 0.20 Hrs |
| 03/27/03 | WRC | review notices of appearance; update and revise service list re: same | 0.20 Hrs |
| | | **Case Administration Totals** | 31.70 Hrs |

11,508.00

Fee/Employment Applications

| | | | |
|------|------|------|------|
| 03/03/03 | WRC | conference with R. Saporita re: certificates of no objection; review and revise same | 0.30 Hrs |
| 03/04/03 | WRC | review correspondence from C. Hamlin re: February bill and missing orders; various telephone calls to court; conference with R. Saporita re: same; review memorandum from R. Saporita re: same and prepare correspondence to C. Hamlin | 0.40 Hrs |
| 03/04/03 | WRC | prepare for and electronically file certificates of no objection re: 1st and 2nd SSSG applications; telephone conferences with court re: electronic filing database; prepare correspondence to clerk re: filing of same; service on counsel | 1.90 Hrs |

G-I Holdings, Inc.

Re: In re: G-I Holdings, Inc.

| Date | Atty | Description | Time |
|------|------|-------------|------|
| 05/06/03 | DRG | Review of e-mails; telephone conferences with counsel; letter to Court | 1.30 Hrs |
| 05/09/03 | CLF | review correspondence from M. Scheier to R. Miller re: discovery requests | 0.10 Hrs |
| 05/09/03 | WRC | review correspondence from M. Scheier to R. Miller re: discovery requests | 0.10 Hrs |
| 05/12/03 | DRG | Review Opinion; telephone conference re RICO; review documents | 3.60 Hrs |
| 05/12/03 | WRC | various interoffice conferences with D. Gross re: calendar and upcoming hearings; review file re: preparation for same | 0.40 Hrs |
| 05/12/03 | WRC | attendance and participation in conference call with B. Goldstein, D. Gross, C. Hamlin and K. Irwin re: case strategy; review notes re: same | 0.70 Hrs |
| 05/13/03 | DRG | Conference call re: Legislative update | 1.50 Hrs |
| 05/14/03 | DRG | Conference call re Legislative update | 1.50 Hrs |
| 05/14/03 | WRC | review correspondence re: FTI and BONY depositions; update calendar re: same | 0.10 Hrs |
| 05/16/03 | WRC | review various correspondences from K. Irwin, C. Hamlin and M. Scheier re: Judge Bassler's decision | 0.20 Hrs |
| 05/19/03 | WRC | interoffice conference with D. Gross re: status of BMCA and estimation matters, upcoming conference call and hearing dates | 0.30 Hrs |
| 05/19/03 | WRC | Attendance and participation in conference call with co-counsel re: estimation issues, BMCA matter, refinancing stipulation and June 3rd conference; review various materials in preparation for same; prepare memorandum to D. Souza re: in-office conference; telephone conference with E. Bond's office re: same | 1.20 Hrs |
| 05/19/03 | WRC | receipt and review of Judge Bassler's opinion and order re: withdrawal of estimation and BMCA matters; conference with D. Gross and C. Fichera re: same | 1.20 Hrs |
| 05/20/03 | DRG | Telephone conference re motions pending | 2.80 Hrs |
| 05/20/03 | WRC | review correspondence from debtor re: discovery schedule; prepare memorandum to file re: same | 0.20 Hrs |
| 05/20/03 | WRC | receipt and review of correspondence from M. Scheier and C. Hamlin re: draft letter to K. Turner; conferences with D. Gross | 0.30 Hrs |
| 05/20/03 | WRC | review article re: insurance update on asbestos litigation; prepare memorandum to D. Gross and J. Gianninoto re: same | 0.60 Hrs |
| 05/20/03 | WRC | conference with C. Fichera re: review of ISP materials | 0.10 Hrs |

SAIBER SCHLESINGER SATZ & GOLDSTEIN, LLC
One Gateway Center
13th Floor
Newark, New Jersey 07102-5311
Fed Tax ID 22-1800684

June 30, 2003

Bill Number  88346
File Number 08194-000001

G-I Holdings, Inc.
1361 Alps Road
Wayne, NJ 07470
Attn: Richard Weinberg, Esq.

Re: In re: G-I Holdings, Inc.

**FOR PROFESSIONAL SERVICES**

Thru June 30, 2003

| Date | Atty | Description | Time |
|------|------|-------------|------|
| | | Case Administration | |
| 06/01/03 | DRG | Conference call re Legislation/Future's Representatives | 2.00 Hrs |
| 06/02/03 | CLF | receipt, review and analyze motion to extend time within which to file Chapter 11 plan and solicit acceptance | 1.90 Hrs |
| 06/02/03 | WRC | receipt and review of debtor's application to extend exclusivity; review correspondence from M. Scheier re: same | 0.60 Hrs |
| 06/02/03 | WRC | conduct research re: associated cases; prepare memorandum re: case organization and summary of adversary proceedings; review complaints re: various adversary proceedings | 0.80 Hrs |
| 06/03/03 | DRG | Meeting with client and counsel | 4.60 Hrs |
| 06/03/03 | WRC | Attendance and participation at conference with D. Donnellon, K. Irwin, D. Gross, E. Bond and T. Wyant re: strategy; review file in preparation for same | 4.30 Hrs |
| 06/05/03 | DRG | Telephone conferences with Kevin Irwin and C. Judson Hamlin | 2.60 Hrs |

G-I Holdings, Inc.

Re: In re: G-I Holdings, Inc.

| Date | Atty | Description | Time |
|------|------|-------------|------|
| 06/05/03 | WRC | continue research re: case background and related proceedings; revise memorandum re: same | 0.80 Hrs |
| 06/06/03 | DRG | Review correspondence and various motion papers | 2.10 Hrs |
| 06/09/03 | CLF | receipt and review of various correspondences and electronic filings from counsel | 0.60 Hrs |
| 06/10/03 | DRG | Review e-mails; attend to scheduling conference with clients and co-counsel | 2.00 Hrs |
| 06/10/03 | CLF | receipt and review of article re: Legal Representative's Role in Litigation | 1.00 Hrs |
| 06/10/03 | CLF | review and analyze memo from K. Irwin re: exclusivity and estimation | 0.70 Hrs |
| 06/10/03 | WRC | receipt and review of memorandum from K. Irwin re: exclusivity and estimation | 0.30 Hrs |
| 06/10/03 | WRC | receipt and review of article re: Legal Representative's role in litigation; conduct additional research re: same; prepare memorandum to C. Hamlin, K. Irwin, and D. Gross re: same | 1.20 Hrs |
| 06/10/03 | WRC | receipt and review of correspondence from C. Hamlin re: exclusivity and future's reps.meetings | 0.20 Hrs |
| 06/10/03 | WRC | review consent order entered by court re: extending time to file pleadings | 0.20 Hrs |
| 06/10/03 | WRC | various telephone calls to C. Fichera re: adversary proceeding hearings on June 11 | 0.20 Hrs |
| 06/11/03 | DRG | Review e-mails, review motion papers, review briefs, attend to scheduling conference with clients and co-counsel | 3.00 Hrs |
| 06/12/03 | DRG | Review brief | 1.00 Hrs |
| 06/12/03 | CLF | conference with W. Chelnik re: file maintenance and docket review | 0.20 Hrs |
| 06/12/03 | WRC | telephone conference with D. Gross re: RICO action and confidentiality issues | 0.30 Hrs |
| 06/12/03 | WRC | Receipt of filing re: debtor's motion to compel discovery; review same | 0.40 Hrs |
| 06/13/03 | DRG | Attend to scheduling conference call with clients and co-counsel; review e-mails | 1.50 Hrs |
| 06/13/03 | WRC | receipt and review of email correspondences re: conference call and RICO issues | 0.20 Hrs |
| 06/13/03 | WRC | Telephone conference with Michael Scheier re: trustee hearing | 0.30 Hrs |

G-I Holdings, Inc.

Re: In re: G-I Holdings, Inc.

| Date | Atty | Description | Time |
|------|------|-------------|------|
| 06/14/03 | DRG | Review of testimony and documents re: Asbestos Bill; discussion with Future's Representatives | 4.20 Hrs |
| 06/16/03 | WRC | Attend hearing re appeal of denial of motion for trustee; review materials in preparation for same; conference with M. Scheier re status and outcome. | 4.40 Hrs |
| 06/18/03 | CLF | conference with W. Chelnik and N. Washington re: case management | 0.30 Hrs |
| 06/18/03 | CLF | review docket filings and print complete copy of docket for related matters | 0.60 Hrs |
| 06/18/03 | WRC | Receipt and review of proofs of claim | 0.10 Hrs |
| 06/18/03 | WRC | Review docket re: associated cases for Nancy Washington | 1.00 Hrs |
| 06/18/03 | WRC | Receipt and review of e-mail correspondence from M. Schwartz re: payments to Bederson; review file and memorandum re: same; prepare response | 0.30 Hrs |
| 06/18/03 | WRC | Telephone conference with David Gross re: case status and assignments | 0.30 Hrs |
| 06/19/03 | WRC | review file re: compiling documents for N. Washington; review Judge Gambardella's Order granting motion to seek intervention; review memorandum re: billing procedures; conferences with A. Peterson and D. Souza re: preparation of same | 0.80 Hrs |
| 06/19/03 | WRC | prepare memorandum to N. Washington re: materials for review and case background | 0.10 Hrs |
| 06/20/03 | DRG | Review re Legislation, etc. | 1.20 Hrs |
| 06/20/03 | CLF | receipt and review of correspondence from J. Kress re: motion to dismiss and amend; | 0.10 Hrs |
| 06/20/03 | WRC | receipt and review of Order authorizing debtor to assume and assign environmental agreements | 0.20 Hrs |
| 06/20/03 | WRC | receipt and review of correspondence from Riker Danzig re: hearing dates on debtor's motion to compel discovery; update calendar re: same | 0.10 Hrs |
| 06/20/03 | WRC | receipt and review of correspondence from J. Kress re: motion to dismiss and amend; update calendar re: same | 0.10 Hrs |
| 06/20/03 | WRC | interoffice conference with D. Gross re: strategy and preparation for upcoming hearings | 0.30 Hrs |
| 06/20/03 | WRC | prepare memorandum to D. Gross and N. Washington re: upcoming hearing dates and calendar | 0.30 Hrs |
| 06/20/03 | WRC | interoffice conference with D. Gross re: preparation for meeting and background of case | 0.80 Hrs |
| 06/20/03 | WRC | conduct research re: status and history of main case and all related proceedings; review files re: same; review docket re: same; prepare materials for meeting | 3.00 Hrs |