EXHIBIT Q

(INTENTIONALLY OMITTED)