Exhibit R

**James J. McMonagle**
**Legal Representative for Future Claimants**
**24 Walnut Street**
**Chagrin Falls, Ohio 44022**

**Billing for the Period**
**December 1, 2001 through December 31, 2001**

**Matter No. 0015:     Case Administration**

| Date | Description | Hours |
|------|-------------|-------|
| 12/21/01 | Phone call:  E. Emrich re:  meeting (.10); phone call:  J. Cooney re:  Manville predictions (.10); phone call:  E. Emrich re:  pending matters (.10); phone call:  D. Brown re:  rescheduling of plant trip (.10); phone call:  M. Crames re:  G. Hiner and successor (.10); phone call:  G. Hiner's office re:  meeting on January 28 (.10); review of correspondence from Peter Solomon & Co. re:  Owens Corning (.10). | 0.70 |
| 12/22/01 | Drafting of letter to representatives of Kaye Scholer re:  bar date for fiberglass, intercreditor issues, insurance coverage, etc. | 0.70 |
| 12/26/01 | Phone call:  D. Brown's office re:  plant trip. | 0.10 |
| 12/28/01 | Phone call:  M. Crames re:  follow-up meeting with Judge Wolin's office (.10); phone call:  D. Brown's office re:  plant trip (.10); phone call:  A. Kress re:  appointment of Futures' Representative in other cases and consolidation of common interest matters (.20). | 0.40 |
| 12/30/01 | Attention to fax from A. Kress re:  Futures' Representative's coverage provided by insurance and appointment in Federal Mogul (.20); attention to Judge Wolin's first order on consolidated case (.10); review of financial reporting package for November 2001 as forwarded from Peter Solomon & Co. (.60). | 0.90 |
| 12/31/01 | Phone call:  M. Crames re:  letter to Judge Wolin (.10); phone call:  B. Dietz re:  financials (.10); phone call:  E. Emrich re:  pending matters (.10); review of financials (.20). | 0.50 |
|  | TOTAL HOURS | 42.00 |

Doc #30401728 WPD

**James J. McMonagle**
**Legal Representative for Future Claimants**
**24 Walnut Street**
**Chagrin Falls, Ohio 44022**

**Billing for the Period**
**March 1, 2002 through March 31, 2002**

**Matter No. 0015:    Case Administration**

| Date | Description | Hours |
|------|-------------|-------|
| 3/1/02 | Phone call office of Judge Trafelet re: future rep. coordination (.10); phone call D. Austern's office re: Manville meeting (.10). | 0.20 |
| 3/4/02 | Phone call E. Emrich re: update. (.10); phone call Marsh USA re: insurance (.10); attention to fax from Owens Corning re: plant tour (.10). | 0.30 |
| 3/5/02 | Phone call YCST re: insurance (.10); phone call B. Dietz re: Lazard information (.10); phone call J. Baker re: Lazard reports (.10); phone call E. Emrich re: meeting with PJSC (.10). | 0.40 |
| 3/6/02 | Phone call B. Dietz re: schedule of meeting (.10); phone call Owens Corning re: plant tour (.10); meeting with D. Austern of Manville re: future claims estimation, plan of reorganization, trustee education, etc. (2.50); meeting with S. Davidson re: various matters i.e. Fibreboard (.70); meeting with B. Dietz re: financials of Owens Corning (2.00); attention to fax from PJSC re: financials (.10). | 5.55 |
| 3/7/02 | Review of future and plan data, en route to Wilmington (1.30); meeting with J. Patton re: insurance coverage structure of plan, inter-creditor issues, etc. (1.60); meeting with J. Parver and E. Emrich re: status of all pending Owens Corning matters and issues relating to inter-creditor dispute (1.00); phone calls B. Dietz re: conference with Creditors' Committee and holders of debt (.20); phone call E. Harron re: insurance coverage (.10). | 4.20 |
| 3/8/02 | Phone call B. Dietz re: ownership of debt of Owens Corning (.10); review of recent financial summaries submitted by PJSC and valuation materials (.90). | 1.00 |
| 3/10/02 | Review of Dillon Read Fairness Opinion re: Fibreboard. | 0.20 |
| 3/11/02 | Phone call M. Crames re: WR Grace bankruptcy (.10); attention to insurance application (.20); prepared fax to office of D. Brown re: plant tour (.10). | 0.40 |

James J. McMonagle
Legal Representative for Future Claimants
24 Walnut Street
Chagrin Falls, Ohio 44022


Billing for the Period
March 1, 2002 through March 31, 2002


**Matter No. 0015:    Case Administration**

| Date | Description | Hours |
|------|-------------|-------|
| 3/23/02 | Phone call B. Dietz re:  write off by Owens Corning (.10); attention to insurance application (.10). | 0.20 |
| 3/24/02 | Phone call E. Emrich re:  hearing in Pittsburgh. | 0.10 |
| 3/25/02 | Phone call YCST re:  insurance application (.10); attention to information from PJSC re:  write off by Owens Corning (.30). | 0.40 |
| 3/26/02 | Review of inter-creditor issues, estimation and plan of reorganization en route to NY City (1.00); meeting with E. Emrich re: status of pending matters including inter-creditor project, asbestos claims valuation, exit strategies, financial information, etc. (1.00); dinner meeting with Judge Trafelet, B. Dietz, R. Keenan, E. Emrich, et al. re:  same (2.50); attention to fax from E. Harron re:  case management (.10). | 4.60 |
| 3/27/02 | Meeting with R. Keenan & B. Dietz re:  February Owens Corning financials (1.30); meeting with Judge Hanlon re:  common futures issues, etc. (1.00). | 2.30 |
| 3/28/02 | Attention to fax from K. Stickles re:  form 8-K. | 0.10 |
| | TOTAL HOURS | 37.95 |

**James J. McMonagle**
**Legal Representative for Future Claimants**
**24 Walnut Street**
**Chagrin Falls, Ohio 44022**


**Billing for the Period**
**April 1, 2002 through April 30, 2002**


**Matter No. 0015:    Case Administration**

| Date | Description | Hours |
|------|-------------|-------|
| 4/1/02 | Attention to fax from Rory Keenan re: replacement of auditors. | 0.10 |
| 4/3/02 | Review of "Overview of Asbestos Issues and Trends" as prepared by the American Academy of Actuaries. | 0.40 |
| 4/5/02 | Phone call Rory Keenan re: meeting with parties and representatives (.10); phone call Michael Crames re: case management issues (.10); phone call Ed Emrich re: Steve Kazan and official status of meso claimants and Baron and Budd issues (.20); review communication from Young Conaway re: insurance (.10). | 0.50 |
| 4/6/02 | Fax to Sharon Zieg re: insurance for Futures Representative (.10); fax to Sharon Zieg re: insurance application (.20). | 0.30 |
| 4/8/02 | Phone call Rory Keenan re: meeting with financial advisor (.10); phone call Michael Crames re: case management issues (.20); letter with Futures Representatives re: common matters (.30). | 0.60 |
| 4/9/02 | Phone call Ed Emrich re: pending motions and case management issues. | 0.10 |
| 4/10/02 | Attention to memorandum re: successor liability in connection with IPM, fraudulent conveyance in connection with IPM and Integerex. | 0.60 |
| 4/11/02 | Phone call Rory Keenan re: meeting with financial advisors (.10); review of fax from Norm Pernick re: case management (.10). | 0.20 |
| 4/12/02 | Phone call Ed Emrich re: property damage issues and existence of any in Owens Corning (.10); phone call Peter J. Solomon re: subsidiary valuations and review of submitted financial materials re: same (.60); phone call Ed Emrich re: case management issues (.20). | 0.90 |
| 4/13/02 | Review of memo from Kaye Scholer re: TDP (.60); phone call Rory Keenan and Brad Dietz re: financial issues (.20). | 0.80 |

**James J. McMonagle**
**Legal Representative for Future Claimants**
**24 Walnut Street**
**Chagrin Falls, Ohio 44022**


**Billing for the Period**
**May 1, 2002 through May 31, 2002**


**Matter No. 0015:    Case Administration**

| Date | Description | Hours |
|------|-------------|-------|
| 5/1/02 | Phone call Frances McGovern re: meeting of Future's Representatives (.10); phone call Michael Crames re: Bank's positions (.10). | 0.20 |
| 5/2/02 | Phone call Michael Boyle re: QSF issues and Owens Corning bankruptcy (.20); phone call Michael Crames re: setting up meeting on May 15th and agendas to be discussed (.20); preparation for meeting with potential mediator, present claimants and Banks (.60); phone call Michael Crames re: meeting with Frances McGovern (.10). | 1.10 |
| 5/3/02 | Travel to Toledo, Ohio, en route preparation for meeting (.25); meeting with President, Chairman of the Board and the General Counsel (1.25); presentation to Owens Corning senior management (1.50); review of quote for errors and omissions liability insurance for Futures Representative by Cincinnati Intermediaries (.20); phone call Brad Dietz re various financial issues (.20). | 3.90 |
| 5/4/02 | Phone call Michael Crames re: agenda for meeting with Frances McGovern (.10); phone call Brad Dietz re: pending issues (.10). | 0.20 |
| 5/6/02 | Phone call Michael Crames re: follow-up on meeting with Owens Corning (.10); phone call Michael Crames re: various operational issues (.10). | 0.20 |
| 5/7/02 | Phone call Michael Crames re: agenda and attendance for meeting on May 15th. | 0.10 |
| 5/8/02 | Phone call Michael Crames and Brad Dietz re: treatment of futures. | 0.10 |
| 5/9/02 | Meeting with Frances McGovern, Jane Parver, and Michael Crames re: operational and plan issues, negotiations re: same. | 3.00 |
| 5/10/02 | Phone call: Sharon Zieg re: insurance for Futures Representative (.10); review of E & O form (.70). | 0.80 |
| 5/11/02 | Phone call Ed Emrich re: insurance. | 0.10 |

Doc #30481185.WPD

**James J. McMonagle**
**Legal Representative for Future Claimants**
**24 Walnut Street**
**Chagrin Falls, Ohio 44022**

**Billing for the Period**
**May 1, 2002 through May 31, 2002**

**Matter No. 0015:    Case Administration**

| Date | Description | Hours |
|------|-------------|-------|
| 5/13/02 | Review of fax from Young Conaway re: deadlines. | 0.10 |
| 5/14/02 | Meeting with Ed Emrich, Rory Keenan and Brad Dietz re: pending Owens Corning matters including financial and plan issues. | 2.50 |
| 5/15/02 | Meeting with Ed Emrich, Jane Parver, Michael Crames, Rory Keenan, Norman Pernick and with representatives from Lazard and Skadden re: employee retention/emergence, plan changes, etc. | 1.50 |
| 5/16/02 | Review of materials submitted by Peter Solomon en route to Cleveland (1.50); review of report from Lehman Brothers re: valuation of debt issues of the Debtor (.30); review of fax from Peter J. Solomon re: financial news of the company (.10). | 1.80 |
| 5/17/02 | Phone call Michael Crames re: follow-up to meetings on May 15th (.10); review of proposed order for insurance coverage (.10). | 0.20 |
| 5/19/02 | Attention to and review of financial performance submitted by Debtor for April 2002. | 0.40 |
| 5/20/02 | Preparation for case conference en route to Newark, NJ (1.30); attend case conference in Court before Judge Wolin, including related discussions with representatives of various constituencies (2.70). | 4.00 |
| 5/21/02 | Phone call Brad Dietz re: follow-up on outstanding issues. | 0.10 |
| 5/24/02 | Phone call John Cooney re: Fibreboard (.10); review of memorandum from Edward J. Herron re: case conference on May 20th (.10). | 0.20 |
| 5/30/02 | Phone call Eric Greene re: meeting of futures representatives. | 0.10 |
| | TOTAL HOURS | 20.60 |

**James J. McMonagle**
**Legal Representative for Future Claimants**
**24 Walnut Street**
**Chagrin Falls, Ohio 44022**

**Billing for the Period**
**June 1, 2002 through June 30, 2002**

Matter No. 0015:    Case Administration

| Date | Description | Hours |
|------|-------------|-------|
| 6/3/02 | Phone call Michael Crames re: agenda meeting and discussion re: pending issues (.30); meeting in Chicago with Eric Greene, David Gross, Francis McGovern, Larry FitzPatrick and Sandy Esserman re: issues common to other Future Representatives and potential settlement of cases, review of status of outstanding cases, review of proposed trust distribution process template and discussions re: legality of the channeling injunction and substantial equivalency (4.50); review of report from Peter J. Solomon, Inc. re: financial status of Owens Corning and its subsidiaries (1.00). | 5.80 |
| 6/6/02 | Phone call Jan Kaplan re:  Manville transcript. | 0.10 |
| 6/7/02 | Phone call Michael Crames re:  recommendation re:  duties, ongoing projects and compensation of Peter J. Solomon, Inc. (.10); review of financial highlights for April as submitted by Peter J. Solomon, Inc. (.50). | 0.60 |
| 6/10/02 | Phone call Michael Crames re:  meeting agenda (.10); phone call Brad Dietz re:  miscellaneous financial matters impacting on Owens Corning (.10). | 0.20 |
| 6/12/02 | Phone call Francis McGovern re:  his position as mediator (.10); review of proposed trust distribution process en route to NY City (.60); dinner meeting with Michael Crames, Ed Emrich & Jane Parver re:  proposed plans of reorganization, trust distribution process and consequential legal issues arising from same, discussion of pending motions before Bankruptcy Court (2.50). | 3.20 |
| 6/13/02 | Phone call Brad Dietz re:  financial issues. | 0.10 |
| 6/17/02 | Phone call Ed Emrich re:  various motions and issues before the Bankruptcy Court (.10). | 0.10 |
| 6/19/02 | Phone call Brad Dietz re:  Enterprise valuation of the company (.10); phone call Ed Emrich re:  pending issues (.10); attention to e-mails re:  Futures Representative meeting (.20); attention to Futures' Representative meeting issues (.10). | 0.50 |

**James J. McMonagle**
**Legal Representative for Future Claimants**
**24 Walnut Street**
**Chagrin Falls, Ohio 44022**

**Billing for the Period**
**June 1, 2002 through June 30, 2002**

**Matter No. 0042:    Non-Working Travel Time**

| Date | Description | Hours |
|------|-------------|-------|
| 6/3/02 | Travel to Chicago for meeting of Future Representatives (3.00); return to Cleveland (3.00). | 6.00 |
| 6/12/02 | Travel to New York City (plane delayed). | 4.00 |
| 6/13/02 | Return to Cleveland. | 3.50 |
| 6/20/02 | Travel to New York City (3.50). | 3.50 |
| 6/21/02 | Return to Cleveland. | 3.50 |
| 6/27/02 | To airport for flight to Philadelphia for meeting with Jim Patton - plane canceled. | 2.00 |
| | TOTAL HOURS | 22.50 |

Doc #30500174.WPD

James J. McMonagle
Legal Representative for Future Claimants
24 Walnut Street
Chagrin Falls, Ohio 44022


Billing for the Period
July 1, 2002 through July 31, 2002


**Matter No. 0015:**    **Case Administration**

| Date | Description | Hours |
|------|-------------|-------|
| 7-1-02 | Phone call office of Jim Patton re:  scheduling a meeting to discuss pending issues. | 0.10 |
| 7-8-02 | Phone call Jim Patton re:  meeting to discuss pending matters (.10); phone call Ed Emrich re:  various pending matters (.10). | 0.20 |
| 7-10-02 | Phone call Sharon Zieg re:  obtaining insurance for Futures Representative. | 0.10 |
| 7-11-02 | Review of Peter J. Solomon, Inc. financial data and financial data submitted by the Debtor en route to New York City (.75); met with Ed Emrich at Kaye Scholer re:  pending Owens Corning matters, including inter-creditor project, trust estimation issues, trust distribution process and fee bill (1.00). | 1.75 |
| 7-12-02 | Review of financial, estimation and trust data en route to Cleveland (1.00). | 1.00 |
| 7-18-02 | Meeting with Brad Dietz, Rory Keenan and other representatives of Peter J. Solomon Company re:  financial analysis, capital reorganization structure, recovery analysis, inter-creditor issues and enterprise valuation multiples (5.00). | 5.00 |
| 7-19-02 | Prepare for court hearing (.60); conference with Jane Parver en route to Newark (1.20); attend hearing before Judge Wolin with other committees (1.45); attention to e-mail re: hearing agenda items (.20). | 3.25 |
| 7-23-02 | Phone call Michael Crames re:  meeting with Judge Wolin (.10); phone call Ed Emrich re:  update on Omnibus Hearing (.10); attention to e-mail re:  meeting of all Future's Representatives (.10). | 0.30 |
| 7-24-02 | Phone call Michael Crames re:  meeting with Judge Wolin (.10); e-mail to Jane Parver re:  meeting of experts (.10). | 0.20 |
| 7-26-02 | Review of summary of July 2nd Court Hearing as submitted by Young Conaway. | 0.30 |

**James J. McMonagle**
**Legal Representative for Future Claimants**
**24 Walnut Street**
**Chagrin Falls, Ohio 44022**


**Billing for the Period**
**August 1, 2002 through August 31, 2002**


Matter No. 0015:    Case Administration

| Date | Description | Hours |
|------|-------------|-------|
| 8-1-02 | Attention to various e-mails re:  scheduling and agenda for Futures Representatives meeting (.10); meeting with Frances McGovern, Michael Crames and the Court, etc. re:  negotiation issues and structure and resolution of bankruptcy proceedings including 1.45 hours working travel discussing the case with Michael Crames and Frances McGovern (4.15); review of estimation for OC with focus upon 3-year and 5-year proposals and analysis of the business plans and cash needs of reorganized OCF (2.00). | 5.10 |
| 8-2-02 | Preparation for meeting with other Futures Representatives, including analysis of estimations and cash needs and TDP issues (1.25); attention to e-mail from Peter J. Solomon Company re:  conference call of financial advisors (.10); attention to e-mail from Jane Parver re:  final presentation to committee meetings (.10); attention to e-mail from Young Conaway re:  agenda for court proceedings (.10); meeting with Jane Parver and Futures Representatives, Messrs. Greene, Fitzpatrick, Esserman, Fagan, Hamlin, to review proposed TDP, trust agreements and other issues common to all of the bankruptcies, and review of present status of all bankruptcies (4.00); review of Judge Wolin's opinion in Sealed Air,  en route to Cleveland (1.00). | 6.55 |
| 8-6-02 | Attention to memo from  Young Conaway re:  insurance coverage for Futures Representative. | 0.20 |
| 8-7-02 | Phone call Kevin Irwin re:  TDP and other issues common to Futures Representatives (.80); meeting with Brad Dietz, Rory Keenan and Brian Home re:  review and analysis of financials with focus upon enterprise valuation (4.00). | 4.80 |
| 8-8-02 | Analysis of financials and cash flow issues, en route to NY City (1.00). | 1.00 |
| 8-11-02 | Phone call Rory Keenan re:  preparation for meeting. | 0.20 |
| 8-15-02 | E-mail to Michael Crames re:  meeting. | 0.10 |

**James J. McMonagle**
**Legal Representative for Future Claimants**
**24 Walnut Street**
**Chagrin Falls, Ohio 44022**


**Billing for the Period**
**August 1, 2002 through August 31, 2002**


**Matter No. 0015:    Case Administration**

| Date | Description | Hours |
|------|-------------|-------|
| 8-20-02 | Phone call Brad Dietz re: recent financials. | 0.10 |
| 8-21-02 | Review of proposed TDP and inter-creditor issues, en route to NY City. | 0.90 |
| 8-23-02 | Meeting with Futures Representatives re: TDP status of other bankruptcies and issues of common interest (4.00); review of financials for June (.80); review of resulting structure and distribution to component committees, en route to Cleveland (.80). | 5.60 |
| 8-26-02 | Phone call Jane Parver re: definition of vertical strip. | 0.20 |
| 8-27-02 | Review of Futures' responsibilities and trust issues in National Gypsum case (.50); review of e-mail from Kaye Scholer re: OC and Fibreboard comparison (.30). | 0.80 |
| 8-28-02 | Review July 2002 financials. | 0.50 |
| 8-30-02 | Phone call Michael Crames re: summary of court hearing. | 0.20 |
|  | TOTAL HOURS | 26.25 |

**James J. McMonagle**
**Legal Representative for Future Claimants**
**24 Walnut Street**
**Chagrin Falls, Ohio 44022**

**Billing for the Period**
**August 1, 2002 through August 31, 2002**

**Matter No. 0042:    Non-Working Travel Time**

| Date | Description | Hours |
|------|-------------|-------|
| 8-1-02 | Travel to NY City (2.00); travel to meeting with Frances McGovern, Michael Crames & the Court (1.00) | 3.00 |
| 8-2-02 | Return to Cleveland. | 3.50 |
| 8-7-02 | Travel to NY City | 3.50 |
| 8-9-02 | Return to Cleveland | 3.50 |
| 8-21-02 | Travel to NY City | 3.50 |
| 8-23-02 | Return to Cleveland | 3.50 |
| | TOTAL HOURS | 20.50 |

Doc #

**James J. McMonagle**
**Legal Representative for Future Claimants**
**24 Walnut Street**
**Chagrin Falls, Ohio 44022**

**Billing for the Period**
**September 1, 2002 through September 30, 2002**

Matter No. 0015:    Case Administration

| Date | Description | Hours |
|------|-------------|-------|
| 9-2-02 | Review of the analysis of the 2000 CIP/OSIP payments as submitted by PJSC. | 0.40 |
| 9-3-02 | Attention to e-mail from Dean Trafelet and Judd Hamlin re: meeting of Futures' Representatives. | 0.10 |
| 9-4-02 | Phone call Michael Crames re: scheduling of meeting with Debtor, plan of reorganization issues, substantive consolidation and avoidance and preference actions (.40); phone call Ed Emrich re: update on various issues, including substantive consolidation, avoidance and preference actions (.10); phone call PJSC re: status of delayed financial statements (.10). | 0.60 |
| 9-5-02 | Attention to e-mail from Michael Crames re: meeting with the Banks' counsel (.20). | 0.20 |
| 9-6-02 | Conference call with Michael Crames, Ed Emrich and Jane Parver re: TDP, preference actions and term sheets. | 1.00 |
| 9-9-02 | Phone call Brad Dietz re: agenda for a meeting. | 0.10 |
| 9-11-02 | Review and approval of proposed letter to Judge Wolin re outstanding issues to be resolved. (.20); phone call Rory Keenan re: financials for OC entities (.10). | 0.30 |
| 9-12-02 | Approval of final draft of letter to Judge Wolin re outstanding issues to be resolved. | 0.10 |
| 9-13-02 | Meeting with Brad Dietz, Rory Keenan, Brian Horne re: financial viability of the company and proposed reorganization and inter-creditor issues, ability to generate cash flow to support payments to future claimants (2.20); review of draft letter to Judge Wolin (.20); review of e-mail from Ed Emrich re: communication with Judge Wolin and upcoming hearing (.10) | 2.50 |
| 9-17-02 | Review of letter to Court from Banks re: status hearing issues (.30); review of letter to Court from Bondholders re: status hearing issues (.20). | 0.50 |

**James J. McMonagle**
**Legal Representative for Future Claimants**
**24 Walnut Street**
**Chagrin Falls, Ohio 44022**

**Billing for the Period**
**October 1, 2002 through October 31, 2002**

Matter No. 0015:    Case Administration

| Date | Description | Hours |
|------|-------------|-------|
| 10-1-02 | Phone call Brad Dietz re:  status of financials of OC (.10); phone call Maura Smith, OC, re:  meeting agenda for conference at OC (.10). | 0.20 |
| 10-2-02 | Phone call Ed Emrich re:  recent memos on pending issues (.10); e-mail re:  agenda and meeting with fellow Futures Representatives meeting (.20); attention to e-mail from Sharon Zieg re:  insurance issues (.10). | 0.40 |
| 10-3-02 | Review of various Orders from Judge Fitzgerald (.20); phone call Maura Smith, OC, re:  agenda for meeting at OC (.10); review of e-mail from Sharon Zieg re:  summary of the September 24 omnibus hearing (.10). | 0.40 |
| 10-4-02 | Meeting with senior management of OC re:  negotiations with banks, plan of reorganization, asbestos claimant forecast, etc. (2.50); phone call Michael Crames re:  update on OC senior management meeting and negotiations with banks (.20); analysis of respective parties positions in negotiations and options re:  same (.90). | 3.60 |
| 10-6-02 | Discussion of outstanding issues with ACC and Debtor. | 0.70 |
| 10-7-02 | Phone call Rory Keenan re:  financial issues. | 0.10 |
| 10-8-02 | Attention to fax re:  OC agenda issues. | 0.10 |
| 10-11-02 | Phone call Brad Dietz re:  enterprise valuation, negotiations with Banks and term sheet. | 0.20 |
| 10-13-02 | Review of proposed letter to Judge Wolin re:  stating position of future claimants and issues to be resolved in connection with confirmation. | 0.20 |
| 10-14-02 | Phone call Brad Dietz and Rory Keenan re:  financial issues. | 0.10 |
| 10-15-02 | Phone call Ed Emrich re:  update on outstanding issues (.10); review of fax re:  OC agenda for omnibus hearing (.10). | 0.20 |

James J. McMonagle
Legal Representative for Future Claimants
24 Walnut Street
Chagrin Falls, Ohio 44022


Billing for the Period
October 1, 2002 through October 31, 2002

| Matter No. 0049: | Reorganization Plan | |
|---|---|---|
| **Date** | **Description** | **Hours** |
| 10-15-02 | Phone call Judge Trafelet re:  TDP issues (.20); phone call counsel for Futures re:  TDP issues and ability to negotiate as a group (.30); phone call Rory Keenan re:  distributable value changes (.20); review of TDP in preparation for meeting, analysis of interest; disparate treatment in medical criteria and other matters (.40); conference call with Futures Representatives and mediator Francis McGovern re:  outstanding TDP issues and equivalency of treatment (1.00); voice mail message from Rory Keenan re:  amendments to term sheet distributable value assumptions (.10); review of OC draft plan of reorganization and analysis of same (2.50). | 4.70 |
| 10-16-02 | Phone call Ed Emrich re:  proposed plan of reorganization (.10); continued review and analysis of proposed plan of reorganization submitted by Debtor (1.80); phone call Rory Keenan and Brad Dietz re:  proposed plan of reorganization (.10). | 2.00 |
| 10-17-02 | Phone call Brad Dietz re:  plan negotiations and term sheet (.10); review of various term sheets while waiting for plane to take off to New York City (1.20). | 1.30 |
| 10-18-02 | Conference call with Andy Kress, Ed Emrich, Judge Trafelet, Ed Harron and Tom Florence re:  TDP, cash flow and other issues. | 3.00 |
| 10-19-02 | Review of TDP of Babcock and Wilcox (.50);  review of memo from Ed Harron re:  Babcock and Wilcox TDP changes (.20); Attention to e-mail from Edward Harron re:  blackline changes and comparisons of Armstrong TDP and Babcock's TDP.(.90). | 1.60 |
| 10-20-02 | Review of TDP re:  refundable fee proposals and Bechtel vs. UNR re:  TDP issues (.60); attention to recovery analysis summary (.50). | 1.10 |

**James J. McMonagle**
**Legal Representative for Future Claimants**
**24 Walnut Street**
**Chagrin Falls, Ohio 44022**


**Billing for the Period**
**November 1, 2002 through November 30, 2002**


Matter No. 0049:    Reorganization Plan

| Date | Description | Hours |
|------|-------------|-------|
| 11-1-02 | Phone call Ed Emrich re: discussion of Plan of Reorganization and pending issues (.20); correspondence from Future's Representative, Eric Greene's office, re: scheduling of conference of all Future's Representatives re: common TDP issues (.10); participated in Future's Representatives conference call re: plan and TDP issues (1.00). | 1.30 |
| 11-4-02 | Correspondence from PJSC re: analysis of Kramer Levin's proposed term sheet and Banks' position on same (.30); review and analysis of Debtors' proposed Plan of Reorganization (1.60); phone call Ed Emrich re: Debtors' proposed Plan of Reorganization (.20). | 2.10 |
| 11-5-02 | Attention to PJSC's analysis re: Debtors' asset disposition (.30); review and analysis of submission from PJSC re: Debtors' Plan of Reorganization and distributable values, etc. (.10); phone call PJSC re: Debtors' Plan of Reorganization (.10); continued analysis of Debtors' Plan of Reorganization with emphasis on cash needs of trust and treatment of OC and Fibreboard future claimants (1.40). | 1.90 |
| 11-6-02 | Analysis of distributable values and sensitivity of distributions under various scenarios en route to NY City (1.50); meeting with Michael Crames, Ed Emrich, Jane Parver, Andy Kress and with Brad Dietz and Rory Keenan by phone re: Plan of Reorganization, TDP, negotiations, strategic planning, etc. (2.00); dinner meeting with Ed Emrich and Rory Keenan re: financial structure in Plan of Reorganization, TDP implementation and substantial equivalency issues (2.30). | 5.80 |
| 11-7-02 | Review of TDP, substantial equivalency and distributable shares to component parts en route to Cleveland. | 0.80 |
| 11-8-02 | Phone conference with other Future's Representatives re: common issues contained in TDP distribution, treatment of futures, disparate treatment, etc. (.80); phone call Frances McGovern re: status of negotiations (.10). | 0.90 |

**James J. McMonagle**
**Legal Representative for Future Claimants**
**24 Walnut Street**
**Chagrin Falls, Ohio 44022**


**Billing for the Period**
**February 1, 2003 through February 28, 2002**


Matter No. 0049:    Reorganization Plan

| Date | Description | Hours |
|------|-------------|-------|
| 02-10-03 | Phone call Jane Parver re: trial strategy structure and procedures to be followed, assignment of responsibilities to various outside counsel (.10); phone call PJSC re: Banks' response to negotiations and strategy re: same (.10); phone call Michael Crames re: negotiations and meeting with mediator McGovern (.10); e-mail to chairman of ACC re: director nominees (.20); phone call ARPC re: futures representative meeting and liquidity (.10). | 0.60 |
| 02-11-03 | Phone call Jane Parver re: trial strategies (.20); review of proposed order of the court re: structure of the trial procedure to be followed, etc. (.40); phone call mediator McGovern re: status of negotiations (.10); phone call all futures representatives and mediator re: TDP issues and proposed federal legislation (1.50). | 2.20 |
| 02-12-03 | E-mail from Kaye Scholer and submission of proposed draft brief on substantive consolidation (.90); e-mail from Michael Crames re: pending issues and TDP issues (.10); recruitment of potential trustees / directors (1.00); e-mail to Jane Parver re: trial procedure and correspondence re: same (.10). | 2.10 |
| 02-13-03 | Review of amended briefs on substantive consolidation (.60); attention to proposed objections to property damage order and comments re: same (.30); e-mail for the creditors re: withdrawal of objections (.10); phone call Ed Emrich re: property damage issues (.10). | 1.10 |
| 02-15-03 | Attention to extensive brief on substantive consolidation and preference issues. | 0.60 |
| 02-18-03 | Phone call Jane Parver re: update on procedures (.10); e-mail from Jane Parver re: litigation update (.10); phone call Kaye Scholer re: trial strategy and procedure to be followed (.10). | 0.30 |
| 02-19-03 | Attention to correspondence re: scheduling of meeting and identification of potential trustees / directors (.10); phone call Eric Greene re: federal asbestos legislation (.10); review of Senator Nichol's bill and ABA proposal re: minimum criteria and impact upon a TDP (.50); attention to amended plan of reorganization as submitted by Kaye Scholer (.60). | 1.30 |

**James J. McMonagle**
**Legal Representative for Future Claimants**
**24 Walnut Street**
**Chagrin Falls, Ohio 44022**


**Billing for the Period**
**February 1, 2003 through February 28, 2002**


**Matter No. 0015:    Case Administration**

| Date | Description | Hours |
|------|-------------|-------|
| 02-02-03 | Review of OC summary from YCST of omnibus hearing held on 1-27-03. | 0.20 |
| 02-08-03 | Phone call PJSC re: status of December and January financials of Debtor. | 0.10 |
| 02-12-03 | Phone call Ed Emrich re: status of pending matters (.10); phone call PJSC re: financials (.10); review and analysis of USG decision and its impact upon procedure for estimation (.90); phone call Andy Kress re: USG decision (.10); phone call Michael Crames, Jane Parver and Ed Emrich re: USG decision (.10). | 1.30 |
| 02-13-03 | E-mail from Ed Emrich re: pending issues (.10); numerous e-mails and communications from other futures representatives re: scheduling of meeting to discuss common issues and federal legislation (.20); review of omnibus hearing agenda for OC (.10); phone call Rory Keenan re: pending OC issues (.10). | 0.50 |
| 02-20-03 | Directed review of USG opinion re: estimation and claims form (1.10); phone call Andy Kress re: USG opinion (.10); attention to e-mail from Saul Ewing re: agenda (.10). | 1.30 |
| 02-21-03 | E-mail from Sharon Zieg re: liability insurance coverage (.10); attention to memo from Sharon Zieg re: insurance issues (.30). | 0.40 |
| 02-24-03 | Phone call Brad Dietz re: various Debtor financial issues (.10); receipt, review and analysis of December 2002 OC financial reporting package (.40). | 0.50 |
| 02-25-03 | Phone call futures representatives re: legislation and agenda for meeting. | 0.40 |
| 02-27-03 | Attention to correspondence from Eric Greene re: Futures Representatives meeting to be held March 2, 2003. | 0.10 |
| | TOTAL HOURS | 4.80 |

**James J. McMonagle**
**Legal Representative for Future Claimants**
**24 Walnut Street**
**Chagrin Falls, Ohio 44022**

**Billing for the Period**
**February 1, 2003 through February 28, 2002**

Matter No. 0049:    Reorganization Plan

| Date | Description | Hours |
|------|-------------|-------|
| 02-20-03 | Review of further amended plan of reorganization. | 0.60 |
| 02-24-03 | Attention to trustee / director recruitment (.20); phone call Chairman of ACC re: interviews of potential trustee/directors (.10). | 0.30 |
| 02-25-03 | Attention to e-mail re: national asbestos legislation (.40); phone call Chairman of ACC's office re: trustee / director recruitment (.10); review of proposed federal legislation and memo to other futures representatives re: impacts upon proposed TDPs (.40); phone call General Counsel of OC re: status of negotiations and arranging a meeting (.10). | 1.00 |
| 02-27-03 | Attention to correspondence from Jane Parver re: hearing on 2-26-03 (.30); attention to memo from Jane Parver re: proposed trial strategy and procedures to be followed (.20); attention to recruitment of trustees / directors (.30); fax from Andy Kress re: OC amended plan with technical changes proposed by the ACC and FCR (.30). | 1.10 |
|  | TOTAL HOURS | 52.05 |

**James J. McMonagle**
**Legal Representative for Future Claimants**
**24 Walnut Street**
**Chagrin Falls, Ohio 44022**

**Billing for the Period**
**March 1, 2003 through March 31, 2003**

**Matter No. 0042:    Non-Working Travel Time**

| Date | Description | Hours |
|------|-------------|-------|
| 03-02-03 | Travel to New York City | 2.00 |
| 03-03-03 | Travel to Washington D.C. (1.50); return to Cleveland, Ohio (3.50). | 5.00 |
| 03-09-03 | Travel to New York City (2.90); return to Cleveland, Ohio (3.00). | 5.90 |
| 03-10-03 | Travel to Toledo, Ohio (2.80); return to Cleveland, Ohio (2.80). | 5.60 |
| 03-24-03 | Travel to New York City. | 2.75 |
| 03-26-03 | Return to Cleveland, Ohio. | 3.50 |
|  | TOTAL HOURS | 24.75 |

Doc #30642174 W PD

James J. McMonagle
Legal Representative for Future Claimants
24 Walnut Street
Chagrin Falls, Ohio 44022

Billing for the Period
March 1, 2003 through March 31, 2003

Matter No. 0049:    Reorganization Plan

| Date | Description | Hours |
|------|-------------|-------|
| 03-01-03 | Phone call Kaye Scholer re: trust distribution procedures issues. | 0.10 |
| 03-02-03 | Review of summaries of pending federal legislation and impact upon pending bankruptcies en route to New York City (1.50); meeting with Future Representatives of numerous pending bankruptcies and conference with FCRs, their attorneys and proponents of the criteria plan promoted by the ABA and the alliance, and the Trust fund plan promoted by the asbestos study group and its impact upon companies emerging from bankruptcy and corporate models (4.50). | 6.00 |
| 03-03-03 | Review of background information on potential trustee and director candidates en route to Washington D.C. (1.00); interviews of candidates for trustee and director positions for Owens Corning bankruptcy, along with members of the ACC and counsel (6.50). | 7.50 |
| 03-04-03 | Phone call Michael Crames re: trust distribution procedures, etc. | 0.30 |
| 03-05-03 | Receipt, review, analysis and comment upon initial draft of disclosure statement. | 1.25 |
| 03-06-03 | Attention to e-mail from Andy Kress re: trust distribution criteria, interest, etc. | 0.10 |
| 03-09-03 | Review of issues to be determined in the trial of substantive consolidation matters and responsibility for presentation, procedure, etc. en route to New York City (.60); preparation for trial, review of strategy and teleconference with counsel for the Debtors, counsel for the Banks and Jane Parver, Danielle Heimann and Efrem Schwalb (6.00); review of proposed expert witness information submitted in trial strategy conference en route to Cleveland (.50). | 7.10 |

Doc #30642174 W PO

**James J. McMonagle**
**Legal Representative for Future Claimants**
**24 Walnut Street**
**Chagrin Falls, Ohio 44022**

**Billing for the Period**
**March 1, 2003 through March 31, 2003**

| Date | Description | Hours |
|------|-------------|-------|
| 03-22-03 | Attention to proposed request to auction assets (.20); phone call Brad Dietz re: proposed Order to auction assets and recommendations re: same (.10). | 0.30 |
| 03-24-03 | Review of recent financial reporting package en route to New York City (.75); meeting with Jane Parver re: trial preparation, strategy, division of responsibility, etc. (1.30); meeting with Brad Dietz, Rory Keenan and other representatives of PJSC re: review of Owens Corning financials, Trust liquidity, and pension issues, etc. (3.50); meeting with Brad Dietz and Ed Emrich re: plan issues operational issues, pension problems, and negotiating positions with Banks (2.00); review of summary of discovery depositions of numerous witnesses presented in substantive consolidation trial as drafted by Danielle Heimann of Kaye Scholer (.80). | 8.35 |
| 03-25-03 | Meeting with Nancy Fuchs of Kaye Scholer re: proposed model for corporate governance and profiles of individuals to be on the Board of Directors and the Trust (1.00); attention to Trust liquidity and recovery analysis from PJSC (.40); review of financials and focus upon Owens Corning expanded debt capacity in a proposed plan of reorganization (.40); interview of claims processing facilities along with other Future Representatives, counsel and outside experts re: retention and operation of claims processing facility in an Owens Corning 524(g) trust (4.00). | 5.80 |
| 03-26-03 | Phone call Chairman of ACC re: negotiations (.30); attention to negotiations, continued formulation of FCR's response to negotiations with analysis of liquidity of trust, etc (.70); discussion with mediator Frances McGovern re: settlement (.20); phone call Chairman of ACC re: negotiations (.10); phone call Michael Thaman re: negotiations (.10); review and analysis of recovery scenario drafted by PJSC and impact upon negotiating posture of FCR (.60); phone call Rory Keenan re: liquidity, etc (.10). | 2.10 |

**James J. McMonagle**
**Legal Representative for Future Claimants**
**24 Walnut Street**
**Chagrin Falls, Ohio 44022**

**Billing for the Period**
**May 1, 2003 through May 31, 2003**

**Matter No. 0015:    Case Administration**

| Date | Description | Hours |
|------|-------------|-------|
| 05-05-03 | Phone call Sharon Zieg re: insurance coverage for FCR on ongoing basis (.10); review of communication from Sharon Zieg re: OC insurance for FCR and scope of coverage analysis (.20). | 0.30 |
| 05-12-03 | Phone call mediator Frances McGovern and other necessary parties re: review of federal legislation and impact upon cases now in bankruptcy and resulting 524(g) trusts (.90); phone call Senator DeWine's office re: status of federal legislation, identification of substance of bill re: OC bankruptcy (.30); phone call Brad Dietz re: treatment of OC under federal legislation (.10); phone call Michael Crames re: agenda and attendance for meeting re: meetings scheduled for May 26 & 27 (.10); phone call Brad Dietz re: federal legislation (.10); phone call representatives from ASG re: inclusion of pending bankruptcies in federal legislation (.90); review of asset sale memorandum from PJSC (.20). | 2.60 |
| 05-16-03 | Communication from Ed Emrich re: case scheduling of future hearings on Judge Fitzgerald's docket. | 0.10 |
| 05-20-03 | Communication from James Patton re: delay in pending bankruptcies caused by federal legislation. | 0.10 |
| 05-23-03 | Attention to memo from Jim Patton and Ed Harron re: federal legislation. | 0.50 |
| 05-27-03 | Attention to report from YCST re: impact on recoveries for OC under federal legislation. | 0.60 |
| 05-27-03 | Discussion with other FCRs re: impact of federal legislation on pending bankruptcies and contribution of debtor. | 1.00 |
| 05-30-03 | Memo from Ed Harron re: federal bill (.90); attention to correspondence from Ed Harron re: meeting on June 1 (.10). | 1.00 |
| 05-31-03 | Attention to memorandum from AFL-CIO re: national legislation. | 0.30 |
| | TOTAL HOURS | 6.50 |

**James J. McMonagle**
**Legal Representative for Future Claimants**
**24 Walnut Street**
**Chagrin Falls, Ohio 44022**


**Billing for the Period**
**May 1, 2003 through May 31, 2003**


**Matter No. 0042:      Non-Working Travel Time**

| Date | Description | Hours |
|------|-------------|-------|
| 05-07-03 | Travel to New York City. | 2.50 |
| 05-27-03 | Travel to New York City. | 2.00 |
| 05-29-03 | Return to Cleveland. | 2.50 |
| | TOTAL HOURS | 7.00 |

**James J. McMonagle**
**Legal Representative for Future Claimants**
**24 Walnut Street**
**Chagrin Falls, Ohio 44022**

**Billing for the Period**
**June 1, 2003 through June 30, 2003**

**Matter No. 0042:     Non-Working Travel Time**

| Date | Description | Hours |
|---|---|---|
| 06-01-03 | Travel to Philadelphia, then took train to New York City. | 5.10 |
| 06-24-03 | Travel to New York City. | 2.50 |
| 06-25-03 | Return to Cleveland. | 3.50 |
| 06-26-03 | Travel to New York City. | 2.50 |
| 06-27-03 | Return to Cleveland. | 3.50 |
|  | TOTAL HOURS | 17.10 |

**James J. McMonagle**
**Legal Representative for Future Claimants**
**24 Walnut Street**
**Chagrin Falls, Ohio 44022**

**Billing for the Period**
**June 1, 2003 through June 30, 2003**

Matter No. 0049:    Reorganization Plan

| Date | Description | Hours |
|------|-------------|-------|
| 06-01-03 | Phone call Michael Thaman re: status of negotiations, impact upon term sheet and status of national legislation (.20); phone call Ed Emrich re: status of negotiations (.10); phone call Brad Dietz re: status of negotiations (.10); phone call Chairman of ACC re: status of negotiations (.10); review of financials en route to New York City (.40); memorandum from Michael Crames re: negotiating position of Bonds and present expected demands (.10); communication from Ed Emrich re: establishment of a litigating trust in bankruptcy documents (.20); communication from Ed Emrich re: comparison of OC and AWI trust agreements and comparison of TDP provisions (.10); communication from Ed Emrich re: TDP issues (.10); meeting with fellow FCRs re determination of becoming proactive in trying to help influence the shape and definition of the national legislation, meeting included phone conference with ACC's expert epidemiologist Mark Peterson (4.50); memorandum from Ed Emrich re: filling vacancy in FCR position after emergence from bankruptcy (.10). | 6.00 |
| 06-02-03 | Meeting with Brad Dietz, Ed Emrich and Rory Keenan re: OC financial performance and negotiating strategies (1.30); communication from Ed Emrich re: upcoming hearing on adequacy of OC Disclosure Statement (.10). | 1.40 |
| 06-03-03 | Phone call Michael Crames re: potential offers for resolution of case to both Bonds and Banks (.20); phone call Ed Emrich re: status of offers and objections to term sheet (.10); review of memorandum on Plan payments, liquidity of trust and objections to second amended Plan of Reorganization (.60); conference call with Michael Crames, Jane Parver and Andy Kress re: status of terms in TDP and term sheet (.80) communication regarding agenda for Court hearing (.10); review and approval of response of Plan Proponents to objections to Disclosure Statements with respect to Second Amended Plan of Reorganization (.40); communication from Ed Emrich re: TDP issues (.20). | 2.40 |

**James J. McMonagle**
**Legal Representative for Future Claimants**
**24 Walnut Street**
**Chagrin Falls, Ohio 44022**

**Billing for the Period**
**August 1, 2003 through August 31, 2003**

**Matter No. 0042:    Non-Working Travel Time**

| Date | Description | Hours |
|---|---|---|
| 08-19-03 | Travel to New York City. | 2.50 |
| 08-20-03 | Return to Cleveland | 3.50 |
| 08-25-03 | Travel to Toledo, Ohio for meeting with Debtor (2.50); return to Cleveland (2.50). | 5.00 |
| 08-27-03 | Travel to New York City. | 3.50 |
|  | TOTAL HOURS | 14.50 |

Doc #30717580 W PD

**James J. McMonagle**
**Legal Representative for Future Claimants**
**24 Walnut Street**
**Chagrin Falls, Ohio 44022**


**Billing for the Period**
**August 1, 2003 through August 31, 2003**


**Matter No. 0049:**    **Reorganization Plan**

| Date | Description | Hours |
|------|-------------|-------|
| 08-25-03 | Phone call Dave Brown re: appointment and preparation in anticipation of Court hearing (.10); conference with Dave Brown, Steve Krull, Michael Thaman re: pending issues and the status and progress of bankruptcy proceeding (2.00); phone call Ed Emrich re: issues concerning Disclosure Statement hearing (.10); review of draft OC response to Disclosure Statement objections (.80). | 3.00 |
| 08-27-03 | Phone call Ed Emrich re: hearing in Court and pending motions (.20); phone call Jane Parver re: estimates hearing (.10); meeting with Mediator McGovern and FCRs to discuss impact of proposed federal legislation on pending bankruptcies and determination as to whether to take individual action to influence outcome of legislation (3.00); summary of amendments to the Fair document (.40). | 3.70 |
| 08-28-03 | Phone call Ed Emrich re: summary of Court hearing and plans scheduled in the future (.10); review of estimates and communication from Jane Parver re: preparation of same (.40); communication from Jane Parver re: HR&A's work with national legislation (.20); communication from Ed Emrich re: negotiations with ACC on TDP issues (.10); communication to Francine Rabinovitz re: estimation hearing dates and basis for opinions (.10); communication from Ed Emrich re: indexing, interest and medicals (.30). | 1.20 |
| 08-29-03 | Memorandum from Jane Parver re: Mark Peterson's opinions on indexing. | 0.20 |
|  | TOTAL HOURS | 49.20 |

Doc #30717680 W PD

**James J. McMonagle**
**Legal Representative for Future Claimants**
**24 Walnut Street**
**Chagrin Falls, Ohio 44022**


**Billing for the Period**
**September 1, 2003 through September 30, 2003**


**Matter No. 0049:      Reorganization Plan**

| Date | Description | Hours |
|------|-------------|-------|
| 09-02-03 | Phone conference with Futures Representatives in other bankruptcies re:  common TDP issues (.20); communication from Ed Emrich re:  asbestos litigation (.20); communication from Ed Emrich re:  debriefing on Disclosure Statement issues (.10); communication from Jane Parver re:  Disclosure Statement issues ( .10). | 0.60 |
| 09-03-03 | Communication from Michael Crames re:  meeting with attorney for the ACC (.10); communication from Ed Emrich re:  issues remaining on the Disclosure Statement and TDP (.10); communication from Ed Emrich re:  Disclosure Statement issues (.10). | 0.30 |
| 09-04-03 | Communication from Ed Emrich re:  Creditors' Committee's statement (.10); review and comment upon Creditors' Committee's extensive submission (.40). | 0.50 |
| 09-05-03 | Analysis and review of objections filed by the Official Committee (.50); phone call Ed Emrich re:  pending matters, etc. (.10); review and analysis of memorandum re:  approval of equity compensation plans and impact upon the OC governance documents (.20) | 0.80 |
| 09-08-03 | Phone call Ed Emrich re:  Plan and Disclosure Statement issues (.50); correspondence from Ed Emrich re:  Disclosure Statement issues (.30); review of Disclosure Statement and other Plan documents (.40); communication from Ed Emrich re:  proposed responses to the OCUC (.20). | 1.40 |
| 09-09-03 | Analysis and review of financial allocation issues arising in the proposed TDP (.80); review and approval of Plan proponents responsive pleading to be filed in Court (.30); review of comparison chart for OC responses and review of objections (.40). | 1.50 |

Doc #30735389 W PD

James J. McMonagle
Legal Representative for Future Claimants
24 Walnut Street
Chagrin Falls, Ohio 44022


Billing for the Period
September 1, 2003 through September 30, 2003


Matter No. 0049:    Reorganization Plan

| Date | Description | Hours |
|------|-------------|-------|
| 09-22-03 | Phone call Brad Dietz re: TDP and term sheet issues (.20); phone call Michael Crames re: outstanding issues (.20); phone call Owens Corning re: national legislation (.30); review of proposal for TDP and term sheet re: same (.50); phone call fellow Futures Representatives re: TDP issues (.20); analysis of Biden "Amendment" and impact upon Futures (.20); phone call Ed Emrich re: briefing on Court issues (.30); communication from Ed Emrich re: existence of term sheet (.10); attention to adjusted OC compensation schedule including comparison of OC's proposals to Armstrong and Mercer from PJSC (.40). | 2.40 |
| 09-23-03 | Phone call Ed Emrich re: Disclosure Statement hearing (.10); phone call Chairman of ACC re: TDP issues (.10); phone call Michael Kelly re: TDP issues (.10); phone call Jim Patton re: confirmation hearing, etc. (.10); phone call Ed Emrich re: ACC term sheet (.30); review and comment on revised term sheets for Banks and Bonds (.90). | 1.60 |
| 09-24-03 | Review of proposed term sheets (1.10); phone call Brad Dietz re: liquidity in proposed term sheet (.20); phone call Ed Emrich re: proposed term sheet (.20); phone call Michael Crames re: proposed term sheet (.20); phone call Ed Emrich and Andy Kress re: proposed term sheet (.30); phone call Mediator Frances McGovern re: term sheet (.10); communication from Jane Parver re: payments to present claimants (.10); communication from Ed Emrich re: payments to present claimants (.10); phone call Ed Emrich re: new term sheet (.30). | 2.60 |
| 09-25-03 | Review and comment on new term sheet (.80); review and comment upon proposed draft of Banks term sheet from FCR (.60); review and comment upon proposed draft of the OC bond/trade term sheet (.40); phone call Jim Patton re: term sheet and TDP issues (.10); phone call Michael Crames re: term sheet (.10); phone call Ed Emrich re: term sheet (.20); phone call Brad Dietz re: term sheet (.10); review proposal to be conveyed to ACC re: adjustment and initial payment numbers of the TDP (.40). | 2.70 |

Doc #30735389 WPD