IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | : | |
| | : | Chapter 11 |
| | : | |
| W. R. GRACE & CO., <u>et al</u>, | : | Case No. 01-1139 (JJF) |
| | : | |
| Debtor | : | Jointly Administered |

**NOTICE OF TENTH INTERIM FEE APPLICATION REQUEST OF
CAPLIN & DRYSDALE, CHARTERED FOR SERVICES RENDERED
AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO
THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS
FOR THE PERIOD JULY 1, 2003 THROUGH SEPTEMBER 30, 2003**

Name of Applicant:  <u>Caplin & Drysdale, Chartered</u>

Authorized to Provide Professional Services to:  <u>The Official Committee of Asbestos Personal Injury Claimants</u>

Date of Retention:  <u>April 12, 2001</u>

Period for which Compensation and Reimbursement is sought:  <u>July 1, 2003 through September 30, 2003</u>

Total Amount of Compensation sought as
actual, reasonable and necessary for applicable period: <u>$26,126.75</u>

Total Amount of Expense Reimbursement
sought as actual, reasonable and necessary for applicable period: <u>$1,346.97</u>

Total Amount of Compensation Paid as
actual, reasonable and necessary for applicable period: <u>$20,901.40</u>

Total Amount of Expense Reimbursement Paid
as actual, reasonable and necessary for applicable period: <u>$1,346.97</u>

Total Amount of Holdback Fees Sought for applicable period:  <u>$5,225.35</u>

{D0015827:1 }