## EXHIBIT A

### Asset Analysis and Recovery (.10 Hours; $ 62.50)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter V. Lockwood | .10 | $625 | 62.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 9/29/2003 | PVL | 625.00 | 0.10 | Review Smolker stay oppo. |

**Total Task Code .01**      **.10**

### Case Administration (38.10 Hours; $ 8,669.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 2.50 | $710 | 1,775.00 |
| Peter V. Lockwood | 1.50 | $625 | 937.50 |
| Preston Burton | .20 | $350 | 70.00 |
| Kimberly N. Brown | .40 | $350 | 140.00 |
| Rita C. Tobin | 2.70 | $340 | 918.00 |
| Stacie M. Evans | 1.10 | $160 | 176.00 |
| Robert C. Spohn | 16.50 | $165 | 2,722.50 |
| Elyssa J. Strug | 1.60 | $155 | 248.00 |
| Andrew D. Katznelson | 11.60 | $145 | 1,682.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 7/1/2003 | RCS | 165.00 | 0.40 | Analyze, annotate for distribution and file and forward to file clerk for copying, filing, database data entry and scanning all hard copy pleadings and correspondence received 6/30/03 (.2); review and classify all ECF noticed pleadings filed or served via e-mail 6/30/03; review, distribute electronically and forward electronically to file clerk for data entry |

- 2 -

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| | | | | and electronic image attachment to document database (.2). |
| 7/1/2003 | EJS | 155.00 | 0.30 | Review and classify documents in order to create a database regarding upcoming hearings and pre-trial and status conferences for EI & PVNL. |
| 7/1/2003 | EJS | 155.00 | 0.30 | Perform review of recently received court documents to identify upcoming hearings and pre-trial and status conferences for EI. |
| 7/1/2003 | ADK | 145.00 | 0.20 | Perform review of court documents to identify relevant documents for EI and RCT. |
| 7/2/2003 | RCS | 165.00 | 0.40 | Analyze and annotate for distribution all hard copy pleadings and correspondence received 7/01/03 (.3); review all ECF noticed pleadings and documents served via e-mail 7/01/03 and annotate for distribution (.1). |
| 7/7/2003 | RCS | 165.00 | 0.50 | Analyze and annotate for distribution all hard copy pleadings and correspondence received 7/02/03 thur 7/03/03 (.3); review all ECF noticed pleadings and documents served via e-mail 7/02/03 thru 7/03/03 and annotate for distribution (.2). |
| 7/7/2003 | ADK | 145.00 | 0.20 | Updated NYO Litigation Calendar. |
| 7/7/2003 | ADK | 145.00 | 0.20 | Review and classify documents in order to create database regarding upcoming hearings and pre-trial and status conferences for JWD. |
| 7/8/2003 | ADK | 145.00 | 0.20 | Review, classify and annotate relevant material for TB, and RCT. |
| 7/8/2003 | ADK | 145.00 | 0.50 | Perform review of recently received court documents from Judge Wolin for EI. |
| 7/8/2003 | EJS | 155.00 | 0.50 | Review and classify documents in order to create a database regarding upcoming |

| Date | | | | |
|------|------|--------|------|---|
| | | | | hearings and pre-trial conferences and status conferences for EI & PVNL. |
| 7/8/2003 | EJS | 155.00 | 0.50 | Perform review of recently received court documents to identify upcoming hearings and pre-trial and status conferences for EI. |
| 7/8/2003 | RCS | 165.00 | 0.30 | Analyze and annotate for distribution all hard copy pleadings and correspondence received 7/07/03 (.1); review all ECF noticed pleadings and documents served via e-mail 7/07/03 and annotate for distribution (.2). |
| 7/9/2003 | RCS | 165.00 | 0.30 | Analyze and annotate for distribution all hard copy pleadings and correspondence received 7/08/03 (.2); review all ECF noticed pleadings and documents served via e-mail 7/08/03 and annotate for distribution (.1). |
| 7/10/2003 | RCS | 165.00 | 0.30 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 7/09/03 (.3). |
| 7/11/2003 | PVL | 625.00 | 0.10 | Teleconference Hurford re pending matters. |
| 7/11/2003 | RCS | 165.00 | 0.30 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 7/10/03 (.3). |
| 7/14/2003 | RCS | 165.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 7/11/03 (.2). |
| 7/14/2003 | EI | 710.00 | 0.40 | T/c Dave Gross (.2); memo to Committee re: Gross candidacy for futures rep (.2). |
| 7/14/2003 | ADK | 145.00 | 0.10 | Review and classify documents in order to create database regarding upcoming hearing and pre-trial and status conferences for JWD. |

| | | | | |
|---|---|---|---|---|
| 7/15/2003 | RCS | 165.00 | 0.30 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 7/14/03 (.3). |
| 7/16/2003 | RCS | 165.00 | 0.30 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 7/15/03 (.3). |
| 7/16/2003 | ADK | 145.00 | 0.30 | Perform review of court documents to identify relevant documents for EI and RCT. |
| 7/17/2003 | SME | 160.00 | 1.00 | Review developments in asbestos tort litigation |
| 7/17/2003 | RCS | 165.00 | 0.30 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 7/16/03 (.3). |
| 7/18/2003 | RCS | 165.00 | 0.30 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 7/17/03  (.3). |
| 7/18/2003 | EI | 710.00 | 0.50 | Grace/USG:  Memo to Rice re: status and strategies.  [Total time of 1.0 hour divided between Grace and USG.] |
| 7/19/2003 | PVL | 625.00 | 0.10 | Memo to EI re status. |
| 7/21/2003 | RCS | 165.00 | 0.40 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 7/18/03 (.4). |
| 7/21/2003 | ADK | 145.00 | 0.70 | Review and classify documents in order to create database regarding upcoming hearings and pre-trial and status conferences for EI and PVNL. |
| 7/21/2003 | ADK | 145.00 | 0.20 | Review and classify documents in order to create database regarding upcoming hearings and pre-trial and status conferences for NDF. |
| 7/22/2003 | ADK | 145.00 | 0.60 | Updated NYO Litigation calendar, perform review of recently received |

| | | | | court documents to identify upcoming hearings and pre-trial and status conferences for EI. |
|---|---|---|---|---|
| 7/22/2003 | RCS | 165.00 | 0.30 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 7/21/03 (.3). |
| 7/22/2003 | EI | 710.00 | 0.20 | Correspondence to Bernick re: David Gross as futures rep. |
| 7/23/2003 | PVL | 625.00 | 0.10 | Review agenda letter. |
| 7/23/2003 | RCT | 340.00 | 0.30 | Review revised exhibits. |
| 7/23/2003 | RCS | 165.00 | 0.30 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 7/22/03 (.3). |
| 7/25/2003 | RCS | 165.00 | 0.40 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 7/23/03 thru 7/24/03 (.4). |
| 7/25/2003 | RCT | 340.00 | 0.20 | Review local counsel recommendations re: EI update. |
| 7/28/2003 | RCS | 165.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 7/25/03 (.2). |
| 7/28/2003 | PVL | 625.00 | 0.10 | Review 3 miscellaneous filings. |
| 7/29/2003 | ADK | 145.00 | 1.00 | Review and classify documents in order to create database regarding upcoming hearings and pre-trial and status conferences for EI, RCT, PVNL, NDF and JWD. |
| 7/29/2003 | RCS | 165.00 | 0.30 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 7/28/03  (.3). |
| 7/30/2003 | RCS | 165.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, |

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| | | | | pleadings and correspondence received 7/29/03 (.2). |
| 7/30/2003 | PVL | 625.00 | 0.20 | Teleconference Baron re status (.1); review Hurford memo and reply (.1). |
| 7/31/2003 | PVL | 625.00 | 0.20 | Email Kazan et al re ZAI lit (.1); email Cooney et al re same (.1). |
| 7/31/2003 | RCS | 165.00 | 0.30 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 7/30/03 (.3). |
| 7/31/2003 | ADK | 145.00 | 0.50 | Review and classify documents in order to create database regarding upcoming hearings and conferences for EI. |
| 7/31/2003 | EI | 710.00 | 0.20 | T/c Weitz re: Libby issue. |
| 7/31/2003 | RCT | 340.00 | 0.70 | Review agenda (.2); email to ADK and TB re: category definition (.5). |
| 8/4/2003 | RCS | 165.00 | 0.30 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 7/31/03 thru 8/01/03   (.3). |
| 8/5/2003 | RCS | 165.00 | 0.30 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 8/04/03   (.3). |
| 8/6/2003 | PVL | 625.00 | 0.10 | Review 5 miscellaneous orders. |
| 8/6/2003 | RCS | 165.00 | 0.30 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 8/05/03   (.3). |
| 8/7/2003 | PVL | 625.00 | 0.10 | Review excl. oppo. |
| 8/7/2003 | RCS | 165.00 | 0.30 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 8/06/03   (.3). |
| 8/8/2003 | RCS | 165.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, |

|  |  |  |  | pleadings and correspondence received 8/07/03 (.2). |
|---|---|---|---|---|
| 8/11/2003 | RCS | 165.00 | 0.30 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 8/8/03 (.3). |
| 8/12/2003 | RCS | 165.00 | 0.30 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 8/11/03 (.3). |
| 8/13/2003 | RCS | 165.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 8/12/03 (.2). |
| 8/14/2003 | RCS | 165.00 | 0.30 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 8/13/03 (.3). |
| 8/14/2003 | SME | 160.00 | 0.10 | Review developments in asbestos tort litigation |
| 8/15/2003 | RCS | 165.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 8/14/03 (.2). |
| 8/18/2003 | RCS | 165.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 8/15/03 (.2). |
| 8/19/2003 | ADK | 145.00 | 0.50 | Updated payment schedule with payment received. |
| 8/19/2003 | PVL | 625.00 | 0.10 | Review agenda letter. |
| 8/19/2003 | RCS | 165.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 8/18/03 (.1). |
| 8/20/2003 | RCS | 165.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, |

|            |     |        |      | pleadings and correspondence received 8/19/03  (.1). |
|------------|-----|--------|------|------------------------------------------------------|
| 8/21/2003  | RCS | 165.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 8/20/03 (.2). |
| 8/22/2003  | RCS | 165.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 8/21/03  (.2). |
| 8/25/2003  | RCS | 165.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 8/22/03  (.2). |
| 8/25/2003  | EI  | 710.00 | 0.20 | Memo to PVNL/NDF re: fees. |
| 8/26/2003  | RCS | 165.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 8/25/03 (.2). |
| 8/27/2003  | RCS | 165.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 8/26/03  (.1). |
| 8/28/2003  | RCS | 165.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 8/27/03  (.2). |
| 8/29/2003  | EI  | 710.00 | 0.20 | Memo to Weitz/Rice re: meeting. |
| 8/29/2003  | RCS | 165.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 8/28/03 (.1). |
| 9/2/2003   | RCS | 165.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 8/29/03 (.2). |
| 9/2/2003   | ADK | 145.00 | 0.50 | Updated payment schedule with payment received. |

| Date | Initials | Rate | Hours | Description |
|------|----------|------|-------|-------------|
| 9/3/2003 | RCS | 165.00 | 0.50 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 9/02/03 (.3); all hands status planning meeting (.2). |
| 9/3/2003 | RCT | 340.00 | 0.10 | Review local counsel recommendations re: EI update. |
| 9/3/2003 | RCT | 340.00 | 1.00 | Review correspondence and court filings, 8/7 - 8/13/03. |
| 9/3/2003 | PB | 350.00 | 0.20 | Meeting w/EI and practice group re case status and staffing issues. |
| 9/3/2003 | KNB | 350.00 | 0.40 | Meeting with EI and asbestos litigation group re case management (.2); memo re minutes for same (.2) |
| 9/3/2003 | EI | 710.00 | 0.20 | Agenda review. |
| 9/3/2003 | ADK | 145.00 | 0.50 | Organized materials for upcoming conference call for EI. |
| 9/3/2003 | ADK | 145.00 | 0.50 | Updated NYO Litigation Calendar, review and classify documents in order to create database regarding upcoming hearings and pre-trial and status conferences for EI, RCT and PVNL. |
| 9/4/2003 | RCS | 165.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 9/3/03 (.2). |
| 9/4/2003 | ADK | 145.00 | 0.50 | Review and classify documents in order to create database regarding upcoming hearing and pre-trial and status conferences for JWD and NDF; review, classify an annotate relevant material for EI and PVNL. |
| 9/5/2003 | RCS | 165.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 9/4/03 (.2). |

| 9/8/2003 | RCS | 165.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 9/05/03 (.2). |
|---|---|---|---|---|
| 9/8/2003 | ADK | 145.00 | 0.70 | Updated NYO Litigation Calendar, review and classify documents in order to create database regarding upcoming hearings and pre-trial and status conferences for EI, RCT and PVNL. |
| 9/9/2003 | RCS | 165.00 | 0.30 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 9/08/03 (.3). |
| 9/9/2003 | ADK | 145.00 | 0.70 | Review and classify documents in order to create database regarding upcoming hearing and pre-trial and status conferences for JWD and NDF; review, classify an annotate relevant material for EI and PVNL. |
| 9/10/2003 | RCS | 165.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 9/09/03 (.2). |
| 9/10/2003 | RCT | 340.00 | 0.20 | Review weekly local counsel recommendations re: EI update. |
| 9/10/2003 | ADK | 145.00 | 0.20 | Review, classify and annotate relevant material for RCT. |
| 9/10/2003 | EI | 710.00 | 0.10 | Analyzing documents to identify significant agenda items. |
| 9/11/2003 | RCS | 165.00 | 0.40 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 9/10/03 (.2); retrieve documents requested by attorney (.2). |
| 9/12/2003 | RCS | 165.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 9/11/03 (.1). |

| | | | | |
|---|---|---|---|---|
| 9/15/2003 | RCS | 165.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 9/12/03 (.2). |
| 9/16/2003 | RCS | 165.00 | 0.60 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 9/15/03 (.3); search docket for specific files requested by attorney (.3). |
| 9/16/2003 | PVL | 625.00 | 0.30 | Emails JWD and Hurford (.1); review 9 miscellaneous filings (.1); review 4 miscellaneous motions (.1). |
| 9/17/2003 | ADK | 145.00 | 0.50 | Updated NYO Litigation Calendar, review and classify documents in order to create database regarding upcoming hearings and pre-trial and status conferences for EI, RCT and PVNL. |
| 9/17/2003 | RCS | 165.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 9/16/03 (.2). |
| 9/18/2003 | ADK | 145.00 | 0.50 | Review and classify documents in order to create database regarding upcoming hearing and pre-trial and status conferences for JWD and NDF; review, classify an annotate relevant material for EI and PVNL. |
| 9/19/2003 | ADK | 145.00 | 0.40 | Perform review of court documents to identify relevant documents for EI and RCT. |
| 9/19/2003 | EI | 710.00 | 0.40 | Memo to Committee re: futures rep (.2); t/c Cooney re: same (.2). |
| 9/22/2003 | RCT | 340.00 | 0.20 | Review agenda and local counsel recommendations re: EI update. |
| 9/22/2003 | RCS | 165.00 | 0.70 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 9/17/03 thru 9/19/03 (.5); search files for specific documents requested by attorney (.2). |

| 9/23/2003 | RCS | 165.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 9/22/03 (.2). |
| 9/23/2003 | ADK | 145.00 | 0.40 | Perform review of court documents to identify relevant documents for EI and RCT. |
| 9/24/2003 | RCS | 165.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 9/23/03 (.2). |
| 9/25/2003 | RCS | 165.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 9/24/03 (.2). |
| 9/25/2003 | EI | 710.00 | 0.10 | Correspondence re: Hamlin (for Futures Rep). |
| 9/26/2003 | RCS | 165.00 | 0.30 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 9/25/03 (.3). |
| 9/26/2003 | PVL | 625.00 | 0.10 | Review 2 miscellaneous filings. |
| 9/29/2003 | RCS | 165.00 | 0.80 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 9/26/03 (.1); retrieve deposition transcript excerpts requested by attorney (.7). |
| 9/30/2003 | RCS | 165.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 9/29/03 (.2). |
| 9/30/2003 | ADK | 145.00 | 1.00 | Updated NYO Litigation Calendar, review and classify documents in order to create database regarding upcoming hearings and pre-trial and status conferences for EI, RCT and PVNL.; Review and classify documents in order to create database regarding upcoming |

hearing and pre-trial and status
conferences for JWD and NDF; review,
classify an annotate relevant material
for EI and PVNL.

**Total Task Code .04**          **38.10**

**Claim Analysis Objection & Resolution (Asbestos)(11.00 Hours; $ 4,045.50)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter V. Lockwood | 2.40 | $625 | 1,500.00 |
| Nathan D. Finch | 1.90 | $395 | 750.50 |
| Kimberly N. Brown | 1.70 | $350 | 595.00 |
| John P. Cunningham | 5.00 | $240 | 1,200.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 7/1/2003 | PVL | 625.00 | 0.10 | Review JPC memo. |
| 7/1/2003 | JPC | 240.00 | 2.30 | Finish drafting memo analyzing briefs and appendices filed with Supreme Court in Norfolk Railway case. |
| 7/11/2003 | JPC | 240.00 | 0.50 | Review developments in asbestos tort litigation. |
| 7/21/2003 | JPC | 240.00 | 0.60 | Review developments in asbestos tort litigation. |
| 7/22/2003 | JPC | 240.00 | 1.60 | Review developments in asbestos tort litigation. |
| 7/22/2003 | KNB | 350.00 | 0.20 | Review pleadings re science trial |
| 7/24/2003 | PVL | 625.00 | 0.10 | Review SME memo re ZAI lit. |
| 7/28/2003 | KNB | 350.00 | 0.20 | Review Zonolite pleadings |
| 8/4/2003 | NDF | 395.00 | 0.30 | Review materials re: Selikoff for asbestos liability estimation hearing purposes (.3). |
| 8/5/2003 | NDF | 395.00 | 0.40 | Review medical evidence studies (.4). |

| 8/11/2003 | PVL | 625.00 | 0.40 | Review ZAI cls. SJ oppo. |
| 8/12/2003 | NDF | 395.00 | 0.80 | Read briefs and exhibits from ZAI summary judgment issues (.8). |
| 8/12/2003 | PVL | 625.00 | 0.40 | Review ZAT pls. response re damages (.2); review Grace opp. re SJ motion of CPA (.2). |
| 8/13/2003 | NDF | 395.00 | 0.40 | Conf. Weitz re: settlement strategy (.4). |
| 8/21/2003 | PVL | 625.00 | 1.10 | Review 5 Grace and ZAI cls. briefs re SJ issues. |
| 8/22/2003 | PVL | 625.00 | 0.30 | Review 3 Grace resps to ZAI cls SJ oppos. |
| 8/25/2003 | KNB | 350.00 | 1.10 | Review ZAI pleadings on summary judgment (.9); review SME memo re same (.2) |
| 8/26/2003 | KNB | 350.00 | 0.20 | Review ZAI pleadings |

**Total Task Code .05**      **11.00**

## Claim Analysis Objection & Resolution (Non-Asbestos) (.70 Hours; $ 437.50)

| Attorney | Number of Hours | Billing Rate | Value |
| --- | --- | --- | --- |
| Peter V. Lockwood | .70 | $625 | 437.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
| --- | --- | --- | --- | --- |
| 7/16/2003 | PVL | 625.00 | 0.10 | Review 7 claims settlement notice. |
| 7/28/2003 | PVL | 625.00 | 0.20 | Review 1st and 2d omnibus objections. |
| 7/29/2003 | PVL | 625.00 | 0.20 | Confer EI re status (.1); email Hurford re hearing (.1). |
| 9/26/2003 | PVL | 625.00 | 0.20 | Review FDOR motion (.1); review NY tax refund motion (.1). |

**Total Task Code .06**          **.70**

## Employee Benefits/Pension (.20 Hours; $ 125.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter V. Lockwood | .20 | $625 | 125.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 7/8/2003 | PVL | 625.00 | 0.10 | Review Eskin email re pension contributions and reply. |
| 7/9/2003 | PVL | 625.00 | 0.10 | Review LTC memo re pension funding. |

**Total Task Code .08**          **.20**

## Employment Applications, Others (.20 Hours; $ 125.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter V. Lockwood | .20 | $625 | 125.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 9/4/2003 | PVL | 625.00 | 0.20 | Teleconference Hurford re State Street ret opp. |

**Total Task Code .10**          **.20**

## Fee Applications, Applicant (13.10 Hours; $ 2,913.50)

{D0015781:1 }

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Rita C. Tobin | 5.20 | $340 | 1,768.00 |
| Andrew D. Katznelson | 7.90 | $145 | 1,145.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 7/7/2003 | RCT | 340.00 | 0.80 | Review prebills |
| 7/8/2003 | RCT | 340.00 | 0.50 | Review exhibits for monthly fee app. |
| 7/16/2003 | RCT | 340.00 | 0.20 | Review final reports. |
| 7/22/2003 | RCT | 340.00 | 0.50 | Review reports/replies re: EI/PVNL status report. |
| 7/23/2003 | ADK | 145.00 | 1.00 | Worked on Fee Application. |
| 7/24/2003 | ADK | 145.00 | 0.40 | Worked on Fee Application. |
| 7/24/2003 | RCT | 340.00 | 0.50 | Review final fee app. |
| 7/29/2003 | RCT | 340.00 | 0.10 | Review schedules and conference with ADK re: August fee applications. |
| 8/11/2003 | ADK | 145.00 | 1.00 | Worked on Fee Application. |
| 8/11/2003 | RCT | 340.00 | 0.50 | Review prebills |
| 8/12/2003 | ADK | 145.00 | 0.50 | Worked on Fee Application. |
| 8/14/2003 | ADK | 145.00 | 0.50 | Worked on Fee Application. |
| 8/22/2003 | ADK | 145.00 | 1.00 | Worked on Fee Application. |
| 8/25/2003 | ADK | 145.00 | 0.50 | Worked on Fee Application. |
| 8/25/2003 | RCT | 340.00 | 0.50 | Review exhibits and final fee app. |
| 8/25/2003 | RCT | 340.00 | 0.10 | Telecons and e-mails to ADK re: monthly fee app. |
| 9/8/2003 | RCT | 340.00 | 0.50 | Review pre-bills. |
| 9/9/2003 | RCT | 340.00 | 0.50 | Review and edit exhibits. |
| 9/16/2003 | RCT | 340.00 | 0.50 | Review monthly fee apps. |

- 17 -

| 9/24/2003 | ADK | 145.00 | 1.00 | Worked on Fee Application. |
| 9/24/2003 | ADK | 145.00 | 1.00 | Worked on Fee Application. |
| 9/25/2003 | ADK | 145.00 | 0.50 | Worked on Fee Application. |
| 9/25/2003 | ADK | 145.00 | 0.50 | Worked on Fee Application. |

**Total Task Code .12**    **13.10**


## Fee Applications, Others (.40 Hours; $ 250.00)

| Attorney | Number of Hours | Billing Rate | Value |
| --- | --- | --- | --- |
| Peter V. Lockwood | .40 | $625 | 250.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
| --- | --- | --- | --- | --- |
| 8/12/2003 | PVL | 625.00 | 0.10 | Review 4 fee applications. |
| 8/19/2003 | PVL | 625.00 | 0.10 | Review 10 fee applications. |
| 9/2/2003 | PVL | 625.00 | 0.10 | Review 3 fee applications and 3 CNOs re fees. |
| 9/8/2003 | PVL | 625.00 | 0.10 | Review 4 fee applications. |

**Total Task Code .13**    **.40**


## Hearings (1.40 Hours; $ 875.00)

| Attorney | Number of Hours | Billing Rate | Value |
| --- | --- | --- | --- |
| Peter V. Lockwood | 1.40 | $625 | 875.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
| --- | --- | --- | --- | --- |
| 8/25/2003 | PVL | 625.00 | 1.40 | Attend omnibus hearing. |

**Total Task Code .15**    **1.40**

**Litigation and Litigation Consulting (3.30 Hours; $ 1,683.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .70 | $710 | 497.00 |
| Peter V. Lockwood | .70 | $625 | 437.50 |
| Albert G. Lauber | .60 | $490 | 294.00 |
| Nathan D. Finch | .90 | $395 | 355.50 |
| Diana R. Hartstein | .20 | $255 | 51.00 |
| Brian A. Skretny | .20 | $240 | 48.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 9/3/2003 | NDF | 395.00 | 0.20 | Conf. w/ EI re: case management issues (.2). |
| 9/3/2003 | DRH | 255.00 | 0.20 | Meeting with EI, et al., to discuss status of case and deadlines for current projects. |
| 9/3/2003 | BAS | 240.00 | 0.20 | Conf. w/ EI re: case management issues (.2). |
| 9/3/2003 | AGL | 490.00 | 0.20 | Meeting with EI, et al. to discuss status of case and deadlines for current projects. |
| 9/4/2003 | NDF | 395.00 | 0.50 | Review company settlement proosal (.5). |
| 9/15/2003 | AGL | 490.00 | 0.20 | Review pending orders and motions. |
| 9/21/2003 | AGL | 490.00 | 0.20 | Review pending orders and motions. |
| 9/25/2003 | PVL | 625.00 | 0.70 | Teleconference JPC (.1); teleconference Ellington et al re SA agreement (.4); review letter to CA3 re same and e-mail comments thereon (.2). |
| 9/26/2003 | EI | 710.00 | 0.70 | T/c PVNL re: remaining issues in Fresenius settlement. |
| 9/30/2003 | NDF | 395.00 | 0.20 | Conf. PVNL re: case strategy and issues (.2). |

**Total Task Code .16**        **3.30**

**Plan & Disclosure Statement (4.60 Hours; $ 3,014.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 2.00 | $710 | 1,420.00 |
| Peter V. Lockwood | 2.40 | $625 | 1,500.00 |
| Trevor W. Swett | .20 | $470 | 94.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 7/10/2003 | PVL | 625.00 | 0.60 | Review Baer letter re SA agreement (.1); email CSR re same (.1); confer CSR re same (.3); review CSR email (.1) |
| 7/15/2003 | EI | 710.00 | 0.10 | Conference McGovern re: status. |
| 7/29/2003 | TWS | 470.00 | 0.20 | Email re opposition to extension of exclusivity (.2). |
| 8/19/2003 | EI | 710.00 | 0.20 | Memo to PVNL re: exclusivity. |
| 8/19/2003 | PVL | 625.00 | 0.10 | Review exclusivity reply. |
| 9/2/2003 | EI | 710.00 | 0.20 | Memos re: meeting. |
| 9/3/2003 | PVL | 625.00 | 0.30 | Confer EI et al re plan negs. (.2); confer EI re same (.1). |
| 9/4/2003 | PVL | 625.00 | 0.70 | Teleconference Tersigni re Grace prop. (.1); teleconference Ellington (.1); teleconference Tersigni and Berkin re same (.5). |
| 9/4/2003 | EI | 710.00 | 0.50 | Reviewed Tersigni material for call (.5). |
| 9/5/2003 | EI | 710.00 | 1.00 | Conference call with W.R. Grace representatives re: Plan issues (.7); memo to Committee reporting on same (.3). |

- 20 -

| 9/5/2003 | PVL | 625.00 | 0.60 | Teleconference Siegal, Baer, Rice, EI et al. |
| 9/6/2003 | PVL | 625.00 | 0.10 | Review LTC analysis of Grace prop. |

**Total Task Code .17**      **4.60**

## Relief From Stay Proceedings (.20 Hours; $ 125.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter V. Lockwood | .20 | $625 | 125.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 7/17/2003 | PVL | 625.00 | 0.20 | Review Grace opposition to Costa and Rodriguez motions. |

**Total Task Code .18**      **.20**

## Tax Issues (1.90 Hours; $ 750.50)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Christopher S. Rizek | 1.90 | $395 | 750.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 9/16/2003 | CSR | 395.00 | 0.60 | Review e-mail and proposal from Shadden, e-mails regarding same. |
| 9/17/2003 | CSR | 395.00 | 0.30 | E-mails and telephone conference with Skadden regarding protective claims. |
| 9/18/2003 | CSR | 395.00 | 1.00 | Edit protective claim paragraph, e-mail regarding same. |

**Total Task Code .19**      **1.90**

**Tax Litigation (.40 Hours; $ 196.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Albert G. Lauber | .40 | $490 | 196.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 7/22/2003 | AGL | 490.00 | 0.20 | Review pending orders and motions. |
| 7/25/2003 | AGL | 490.00 | 0.20 | Review pending orders and motions. |

**Total Task Code .20      .40**

**Travel – Non Working (3.30 Hours; $ 1,031.25)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter V. Lockwood | 3.30 | $312.50 | 1,031.25 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 8/25/2003 | PVL | 312.50 | 3.30 | Travel to and from Wilmington for hearing. |

**Total Task Code .21      3.30**

**ZAI Science Trial (5.90 Hours; $ 1,688.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter V. Lockwood | 1.60 | $625 | 1,000.00 |
| Stacie M. Evans | 4.30 | $160 | 688.00 |

| Trans | Empl | Bill | Billing |
|---|---|---|---|

| Date | Init | Rate | Hours | Full Narrative |
|------|------|------|-------|----------------|
| 7/8/2003 | PVL | 625.00 | 1.00 | Teleconference EI re ZAI claims (.1); review ZAI claimants' SJ motions (.9). |
| 7/10/2003 | PVL | 625.00 | 0.60 | Review Grace SJ motion re ZAI. |
| 7/23/2003 | SME | 160.00 | 3.30 | Review and summarize ZAI claimants motion for summary judgment as per request of KNB |
| 7/24/2003 | SME | 160.00 | 1.00 | Review and summarize ZAI claimants' motion for summary judgment as per request of KNB |

**Total Task Code .23**        **5.90**


**Fee Auditor Matters (.40 Hours; $ 136.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|----------|-----------------|--------------|-------|
| Rita C. Tobin | .40 | $340 | 136.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|------------|-----------|-----------|---------------|----------------|
| 9/16/2003 | RCT | 340.00 | 0.40 | Draft response to fee auditor. |

**Total Task Code .32**        **.40**

Other Charges:

| | | |
|---|---|---|
| 01 | Air Freight & Express Mail | $94.06 |
| 06 | Research Material | $93.17 |
| 15 | Air & Train Transportation | $210.00 |
| 33 | Travel Expenses - Ground Transportation | $18.00 |
| 38 | Local Transporation - NY | $9.94 |
| 50 | Database Research | $254.19 |
| 54 | Xeroxing | $569.25 |
| 62 | Telecopier/Equitrac | $93.45 |
| 64 | Long Distance-Equitrac In-House | $4.91 |

**Total for Report**                                      **$1,346.97**