## EXHIBIT B

### Asset Analysis and Recovery (.1 Hours; $ 62.50)

Services rendered in this category pertain to effort to analyze and recover the Debtors' assets for the benefit of the estate.

**Total Task Code .01**                 **.1**

### Case Administration (38.1 Hours; $ 8,669.00)

Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .04**              **38.1**

### Claim Analysis Objection & Resolution (Asbestos) (11.0 Hours; $ 4,045.50)

Services rendered in this category pertain to the review, analysis of and response to claims filed against Debtors' estates.

**Total Task Code .05**              **11.0**

### Claim Analysis Objection & Resolution (Non-Asbestos) (.7 Hours; $ 437.50)

Services rendered in this category pertain to the review, analysis of and response to claims filed against the Debtors' estates.

**Total Task Code .06**                 **.7**

### Employee Benefits/Pension (.2 Hours; $ 125.00)

Services rendered in this category include the Debtors' benefits and severance programs and other issues relating to the Debtors' employees.

**Total Task Code .08**                 **.2**

### Employment Applications, Others (.2 Hours; $ 125.00)

{D0015782:1 }149372

- 2 -

Services rendered in this category pertain to the review of the retention applications of professionals and experts other than Caplin & Drysdale.

**Total Task Code .10**                    **.2**


**Fee Applications, Applicant (13.1 Hours; $ 2,913.50)**

Services rendered in this category pertain to the preparation and review of Caplin & Drysdale's fee applications, including the fees and expenses of Caplin & Drysdale's special consultant, Professor Elizabeth Warren.

**Total Task Code .12**                    **13.1**


**Fee Applications, Others (.4 Hours; $ 250.00)**

Services rendered in this category pertain to the review of the fee applications of professionals and experts other than Caplin & Drysdale.

**Total Task Code .13**                    **.4**


**Hearings (1.4 Hours; $875.00)**

Services rendered in this category pertain to the preparation for and attendance at court hearings relating to the issues in these bankruptcy proceedings.

**Total Task Code .15**                    **1.4**


**Litigation and Litigation Consulting (3.3 Hours; $1,683.00)**

Services rendered in this category pertain to litigation regarding all matters other than insurance recovery and relief from the automatic stay.

**Total Task Code .16 3.3**


**Plan & Disclosure Statement (4.6 Hours; $3,014.00)**

Services rendered in this category pertain to efforts to the formulation of a reorganization plan and disclosure statement and selection of a representative for future claimants.

**Total Task Code .17 4.6**
**Relief from Stay Proceedings (.2 Hours; $125.00)**

Services rendered in this category pertain to the analysis of and response to motions to lift the automatic stay.

**Total Task Code .18  .2**


**Tax Issues (1.9 Hours; $750.50)**

     Services rendered in this category pertain to the identification and analysis of tax issues concerning the Debtor's estates and possible reorganization plan.

**Total Task Code .19  1.9**


**Tax Litigation (.4 Hours; $196.00)**

     Services rendered in this category relate to adversary actions and other litigation regarding the Debtors' tax liabilities or tax matters relating to a potential reorganization plan.

**Total Task Code .20                    .4**


**Travel-Non Working (3.3 Hours; $1,031.25)**

     Services rendered in this category include nonworking time spent by Caplin & Drysdale attorneys traveling to hearings, conferences and Committee meetings. Such time is billed at one-half an attorney's usual hourly rate.

**Total Task Code .21                    3.3**


**ZAI Science Trial (5.9 Hours; $1,688.00)**

     Services rendered in this category pertain to the ZAI Science Trial.

**Total Task Code .23                    5.9**


**Fee Auditor Matters (.4 Hours; $136.00)**

     Services rendered in this category pertain to review of and response to reports by the fee auditor.

**Total Task Code .32                      .4**