## EXHIBIT C

Other Charges:

| | | |
|---|---|---:|
| 01 | Air Freight & Express Mail | $94.06 |
| 06 | Research Material | $93.17 |
| 15 | Air & Train Transportation | $210.00 |
| 33 | Travel Expenses - Ground Transportation | $18.00 |
| 38 | Local Transporation - NY | $9.94 |
| 50 | Database Research | $254.19 |
| 54 | Xeroxing | $569.25 |
| 62 | Telecopier/Equitrac | $93.45 |
| 64 | Long Distance-Equitrac In-House | $4.91 |

**Total for Report**  **$1,346.97**

{D0015783:1 }