```
Client Number:    4642            Grace Asbestos Personal Injury Claimants                              Page:     1
Matter      000                   Disbursements                                                         8/22/2003
                                                                                                   Print Date/Time:
                                                                                                         08/22/2003
                                                                                                         9:08:53AM
Attn:                                                                                                    Invoice #

                                         PREBILL  / CONTROL  REPORT
                                                          Trans Date Range:    5/1/2003  to: 7/31/2003
Matter       000
Disbursements
Bill Cycle:        Monthly         Style:          i1          Start:     4/16/2001
                                                        Last Billed : 7/25/2003                  13,655
```

Trust Amount Available

Total Expenses Billed To Date        $225,430.27

```
                                                 Billing Empl:         0120       Elihu Inselbuch
                                                 Responsible Empl:     0120       Elihu Inselbuch
                                                 Alternate Empl:       0120       Elihu Inselbuch
                                                 Originating Empl:     0120       Elihu Inselbuch
```

**Summary  by Employee**

|  |  |  | ---------- A C T U A L ---------- |  | ---------- B I L L I N G--------- |  |
|---|---|---|---|---|---|---|
| Empl | Initials | Name | Hours | Amount | Hours | Amount |
| 0018 | DNV | Douglas N. Varley | 0.00 | 0.45 | 0.00 | 0.45 |
| 0090 | EJS | Elyssa J. Strug | 0.00 | 12.15 | 0.00 | 12.15 |
| 0120 | EI | Elihu Inselbuch | 0.00 | 6.93 | 0.00 | 6.93 |
| 0199 | ADK | Andrew D Katznelson | 0.00 | 20.40 | 0.00 | 20.40 |
| 0207 | PE | Pam Elias | 0.00 | 13.65 | 0.00 | 13.65 |
| 0232 | LK | Lauren Karastergiou | 0.00 | 1.20 | 0.00 | 1.20 |
| 0238 | SLG | Stacey L Gandy | 0.00 | 146.85 | 0.00 | 146.85 |
| 0245 | PT | Paula Taylor-Brooks | 0.00 | 0.45 | 0.00 | 0.45 |
| 0999 | C&D | Caplin &. Drysdale | 0.00 | 270.24 | 0.00 | 270.24 |
|  |  |  | **0.00** | **472.32** | **0.00** | **472.32** |

**Total Fees**

**Summary  by Employee**

|  |  |  | ---------- A C T U A L ---------- |  |  | ---------- B I L L I N G--------- |  |  |
|---|---|---|---|---|---|---|---|---|
| Empl | Initials | Name | Rate | Hours | Amount | Rate | Hours | Amount |

**Total Fees**

**Detail Time / Expense  by  Date**

|  |  |  |  |  |  | ---------- A C T U A L ---------- |  | ---------- B I L L I N G--------- |  |  |
|---|---|---|---|---|---|---|---|---|---|---|
| TransNo. | Description | TransType | Trans Date | Work Empl |  | Rate | Hours | Amount | Rate | Hours | Amount | Cumulative |
| 1499573 | Photocopy | E | 07/01/2003 | 0199 | ADK | 0.00 | | $12.30 | 0.00 | | $12.30 | 12.30 |
| 1499578 | Photocopy | E | 07/01/2003 | 0199 | ADK | 0.00 | | $8.10 | 0.00 | | $8.10 | 20.40 |
| 1500359 | Federal Express to Marla Eskin from EI on 6/25 | E | 07/07/2003 | 0120 | EI | 0.00 | | $6.93 | 0.00 | | $6.93 | 27.33 |
| 1500597 | Photocopy | E | 07/07/2003 | 0090 | EJS | 0.00 | | $5.85 | 0.00 | | $5.85 | 33.18 |
| 1500611 | Photocopy | E | 07/07/2003 | 0999 | C&D | 0.00 | | $0.60 | 0.00 | | $0.60 | 33.78 |
| 1500695 | Photocopy | E | 07/07/2003 | 0238 | SLG | 0.00 | | $28.05 | 0.00 | | $28.05 | 61.83 |

```
Client Number:  4642              Grace Asbestos Personal Injury Claimants                                            Page:    1
Matter     000                            Disbursements                                                              8/22/2003
                                                                                                              Print Date/Time:
                                                                                                                    08/22/2003
                                                                                                                    9:08:53AM
Attn:                                                                                                              Invoice #
1500990    Photocopy                                    E  07/08/2003  0238  SLG     0.00       $0.90    0.00       $0.90    62.73
1501423    Photocopy                                    E  07/09/2003  0238  SLG     0.00       $1.20    0.00       $1.20    63.93
1501442    Photocopy                                    E  07/09/2003  0238  SLG     0.00       $2.40    0.00       $2.40    66.33
1503794    Photocopy                                    E  07/10/2003  0238  SLG     0.00      $31.05    0.00      $31.05    97.38
1503889    Fax Transmission to 12145239159              E  07/11/2003  0999  C&D     0.00       $0.30    0.00       $0.30    97.68
1503890    Fax Transmission to 12145239157              E  07/11/2003  0999  C&D     0.00       $0.30    0.00       $0.30    97.98
1503891    Fax Transmission to 12145239158              E  07/11/2003  0999  C&D     0.00       $0.30    0.00       $0.30    98.28
1503892    Fax Transmission to 12145991171              E  07/11/2003  0999  C&D     0.00       $0.30    0.00       $0.30    98.58
1503894    Fax Transmission to 12148248100              E  07/11/2003  0018  DNV     0.00       $0.45    0.00       $0.45    99.03
1503895    Fax Transmission to 13125516759              E  07/11/2003  0999  C&D     0.00       $0.30    0.00       $0.30    99.33
1503899    Fax Transmission to 18432169450              E  07/11/2003  0999  C&D     0.00       $0.30    0.00       $0.30    99.63
1503900    Fax Transmission to 18432169290              E  07/11/2003  0999  C&D     0.00       $0.30    0.00       $0.30    99.93
1503902    Fax Transmission to 14067527124              E  07/11/2003  0999  C&D     0.00       $0.30    0.00       $0.30   100.23
1503903    Fax Transmission to 13026565875              E  07/11/2003  0999  C&D     0.00       $0.30    0.00       $0.30   100.53
1503904    Fax Transmission to 17136501400              E  07/11/2003  0999  C&D     0.00       $0.30    0.00       $0.30   100.83
1503905    Fax Transmission to 15108354913              E  07/11/2003  0999  C&D     0.00       $0.30    0.00       $0.30   101.13
1503906    Fax Transmission to 12165750799              E  07/11/2003  0999  C&D     0.00       $0.30    0.00       $0.30   101.43
1503907    Fax Transmission to 13053796222              E  07/11/2003  0999  C&D     0.00       $0.30    0.00       $0.30   101.73
1503909    Fax Transmission to 14124718308              E  07/11/2003  0999  C&D     0.00       $0.30    0.00       $0.30   102.03
1503910    Fax Transmission to 12123445461              E  07/11/2003  0999  C&D     0.00       $0.30    0.00       $0.30   102.33
1503911    Fax Transmission to 12123445462              E  07/11/2003  0999  C&D     0.00       $0.30    0.00       $0.30   102.63
1503912    Fax Transmission to 16179510679              E  07/11/2003  0999  C&D     0.00       $0.30    0.00       $0.30   102.93
1503915    Fax Transmission to 12123440994              E  07/11/2003  0999  C&D     0.00       $0.30    0.00       $0.30   103.23
1503917    Fax Transmission to 12024293329              E  07/11/2003  0999  C&D     0.00       $0.30    0.00       $0.30   103.53
1503918    Fax Transmission to 12024293301              E  07/11/2003  0999  C&D     0.00       $0.30    0.00       $0.30   103.83
1503920    Fax Transmission to 14122615066              E  07/11/2003  0999  C&D     0.00       $0.15    0.00       $0.15   103.98
1503922    Fax Transmission to 14122615066              E  07/11/2003  0999  C&D     0.00       $0.15    0.00       $0.15   104.13
1503939    Fax Transmission to 13024269947              E  07/11/2003  0999  C&D     0.00       $0.15    0.00       $0.15   104.28
1503941    Fax Transmission to 13024269947              E  07/11/2003  0999  C&D     0.00       $0.15    0.00       $0.15   104.43
1504013    Photocopy                                    E  07/11/2003  0238  SLG     0.00       $0.90    0.00       $0.90   105.33
1504046    Photocopy                                    E  07/11/2003  0238  SLG     0.00      $19.50    0.00      $19.50   124.83
1504048    Photocopy                                    E  07/11/2003  0238  SLG     0.00       $3.00    0.00       $3.00   127.83
1503547    Equitrac - Long Distance to 8054993572       E  07/11/2003  0999  C&D     0.00       $0.30    0.00       $0.30   128.13
1503577    Equitrac - Long Distance to 2123198799       E  07/11/2003  0999  C&D     0.00       $0.27    0.00       $0.27   128.40
1504314    Fax Transmission to 13024269947              E  07/14/2003  0999  C&D     0.00       $0.15    0.00       $0.15   128.55
1504316    Fax Transmission to 14122615066              E  07/14/2003  0999  C&D     0.00       $0.45    0.00       $0.45   129.00
1504317    Fax Transmission to 13024269947              E  07/14/2003  0999  C&D     0.00       $0.30    0.00       $0.30   129.30
1504318    Fax Transmission to 12024293329              E  07/14/2003  0999  C&D     0.00       $0.45    0.00       $0.45   129.75
1504319    Fax Transmission to 12024293301              E  07/14/2003  0999  C&D     0.00       $0.45    0.00       $0.45   130.20
1504320    Fax Transmission to 12145239159              E  07/14/2003  0999  C&D     0.00       $0.45    0.00       $0.45   130.65
1504321    Fax Transmission to 12145239157              E  07/14/2003  0999  C&D     0.00       $0.45    0.00       $0.45   131.10
1504322    Fax Transmission to 12145239158              E  07/14/2003  0999  C&D     0.00       $0.45    0.00       $0.45   131.55
1504323    Fax Transmission to 12145991171              E  07/14/2003  0999  C&D     0.00       $0.45    0.00       $0.45   132.00
1504324    Fax Transmission to 12148248100              E  07/14/2003  0999  C&D     0.00       $0.45    0.00       $0.45   132.45
1504325    Fax Transmission to 17136501400              E  07/14/2003  0999  C&D     0.00       $0.45    0.00       $0.45   132.90
1504326    Fax Transmission to 13125516759              E  07/14/2003  0999  C&D     0.00       $0.45    0.00       $0.45   133.35
1504328    Fax Transmission to 18432169450              E  07/14/2003  0999  C&D     0.00       $0.45    0.00       $0.45   133.80
1504329    Fax Transmission to 18432169290              E  07/14/2003  0999  C&D     0.00       $0.45    0.00       $0.45   134.25
1504330    Fax Transmission to 14067527124              E  07/14/2003  0999  C&D     0.00       $0.45    0.00       $0.45   134.70
1504332    Fax Transmission to 13026565875              E  07/14/2003  0999  C&D     0.00       $0.45    0.00       $0.45   135.15
1504333    Fax Transmission to 15108354913              E  07/14/2003  0999  C&D     0.00       $0.45    0.00       $0.45   135.60
1504335    Fax Transmission to 12165750799              E  07/14/2003  0999  C&D     0.00       $0.45    0.00       $0.45   136.05
1504336    Fax Transmission to 13053796222              E  07/14/2003  0999  C&D     0.00       $0.45    0.00       $0.45   136.50
1504337    Fax Transmission to 14124718308              E  07/14/2003  0999  C&D     0.00       $0.45    0.00       $0.45   136.95
1504338    Fax Transmission to 12123440994              E  07/14/2003  0999  C&D     0.00       $0.45    0.00       $0.45   137.40
1504339    Fax Transmission to 12123445461              E  07/14/2003  0999  C&D     0.00       $0.60    0.00       $0.60   138.00
1504340    Fax Transmission to 12123445462              E  07/14/2003  0999  C&D     0.00       $0.45    0.00       $0.45   138.45
1504341    Fax Transmission to 16179510679              E  07/14/2003  0999  C&D     0.00       $0.45    0.00       $0.45   138.90
1504348    Fax Transmission to 12123445462              E  07/14/2003  0999  C&D     0.00       $0.30    0.00       $0.30   139.20
1504349    Fax Transmission to 12123445462              E  07/14/2003  0999  C&D     0.00       $0.15    0.00       $0.15   139.35
1504366    Photocopy                                    E  07/14/2003  0090  EJS     0.00       $6.30    0.00       $6.30   145.65
1505745    Photocopy                                    E  07/16/2003  0999  C&D     0.00       $4.80    0.00       $4.80   150.45
1505860    Photocopy                                    E  07/16/2003  0207  PE      0.00      $13.65    0.00      $13.65   164.10
1505986    Photocopy                                    E  07/17/2003  0245  PT      0.00       $0.45    0.00       $0.45   164.55
1504515    Pacer Service Center for April thru June     E  07/17/2003  0999  C&D     0.00      $93.17    0.00      $93.17   257.72
1506513    Photocopy                                    E  07/18/2003  0999  C&D     0.00       $0.75    0.00       $0.75   258.47
1507305    Photocopy                                    E  07/21/2003  0999  C&D     0.00       $0.45    0.00       $0.45   258.92
1507373    Photocopy                                    E  07/21/2003  0999  C&D     0.00       $2.25    0.00       $2.25   261.17
1507383    Photocopy                                    E  07/21/2003  0238  SLG     0.00      $29.25    0.00      $29.25   290.42
1507898    Fax Transmission to 13128612200              E  07/22/2003  0232  LK      0.00       $0.30    0.00       $0.30   290.72
1507899    Fax Transmission to 13125516759              E  07/22/2003  0999  C&D     0.00       $0.75    0.00       $0.75   291.47
1508048    Photocopy                                    E  07/22/2003  0232  LK      0.00       $0.90    0.00       $0.90   292.37
1508109    Photocopy                                    E  07/23/2003  0999  C&D     0.00       $0.75    0.00       $0.75   293.12
```

```
Client Number:   4642              Grace Asbestos Personal Injury Claimants                                                           Page:    1
Matter      000                    Disbursements                                                                                      8/22/2003
                                                                                                                                    Print Date/Time:
                                                                                                                                      08/22/2003
                                                                                                                                       9:08:53AM
Attn:                                                                                                                                 Invoice #
1508318      Photocopy                                     E   07/24/2003    0238    SLG       0.00        $22.20       0.00   $22.20   315.32
1508352      Photocopy                                     E   07/24/2003    0999    C&D       0.00         $9.90       0.00    $9.90   325.22
1508362      Photocopy                                     E   07/24/2003    0999    C&D       0.00         $2.25       0.00    $2.25   327.47
1509421      Photocopy                                     E   07/25/2003    0238    SLG       0.00         $1.20       0.00    $1.20   328.67
1509546      Photocopy                                     E   07/25/2003    0238    SLG       0.00         $1.20       0.00    $1.20   329.87
1507540      Database Research-Westlaw research by JPC on 7/1  E   07/25/2003    0999    C&D   0.00       $103.60       0.00  $103.60   433.47
1510304      Equitrac - Long Distance to 3053756156         E   07/29/2003    0999    C&D       0.00         $0.27       0.00    $0.27   433.74
1510757      Photocopy                                     E   07/29/2003    0238    SLG       0.00         $6.00       0.00    $6.00   439.74
1513907      Database Research-Westlaw research by LIB on 7/15  E   07/31/2003    0999    C&D   0.00        $32.58       0.00   $32.58   472.32
Total Expenses                                                                                 0.00       $472.32       0.00  $472.32


             Matter Total Fees                                                                             0.00                 0.00


             Matter Total Expenses                                                                       472.32               472.32


             Matter Total                                                             0.00              472.32       0.00    472.32


             Prebill Total Fees


             Prebill Total Expenses                                                                     $472.32              $472.32


             Prebill Total                                                            0.00             $472.32       0.00   $472.32


Previous Billings

InvoiceNo     InvoiceDate          InvoiceTotal          OpenTotal

36,593        07/26/2002            121,163.25          13,975.99
36,950        08/22/2002            231,722.75          24,660.40
37,197        09/25/2002            246,726.25          35,891.10
37,665        10/31/2002            153,308.00          30,661.60
37,961        11/30/2002             36,076.50             542.50
37,962        11/30/2002            137,754.50          27,550.90
38,223        12/26/2002            155,061.50          31,012.30
40,704        02/22/2003             15,009.00           3,001.80
40,965        03/11/2003             31,418.00           6,283.60
40,966        03/11/2003             43,961.50           8,792.30
41,070        03/20/2003             10,063.00           2,012.60
41,071        03/20/2003             27,076.50           5,415.30
41,428        04/24/2003              8,858.00           1,771.60
41,429        04/24/2003             12,991.50          12,991.50
41,744        05/22/2003             12,293.50           2,458.70
41,745        05/22/2003              4,425.50             885.10
42,008        06/25/2003              7,649.16           7,649.16
42,071        06/27/2003              3,191.00           3,191.00
42,258        07/25/2003              8,772.04           8,772.04
42,259        07/25/2003              3,420.50           3,420.50
                                  1,270,941.95         230,939.99
```

```
Client Number:   4642             Grace Asbestos Personal Injury Claimants                              Page:     1
Matter      000                   Disbursements                                                         8/22/2003
                                                                                                   Print Date/Time:
                                                                                                        08/22/2003
Attn:                                                                                                    9:08:53AM
                                         PREBILL  / CONTROL  REPORT                                    Invoice #
                                            Trans Date Range:   1/1/1950  to: 8/31/2003

Matter      000
Disbursements
Bill Cycle:        Monthly        Style:        i1        Start:    4/16/2001
                                                       Last Billed : 8/28/2003         13,655
```

Trust Amount Available

Total Expenses Billed To Date        $225,902.59

```
Billing Empl:          0120      Elihu Inselbuch
Responsible Empl:      0120      Elihu Inselbuch
Alternate Empl:        0120      Elihu Inselbuch
Originating Empl:      0120      Elihu Inselbuch
```

**Summary  by Employee**

```
                                              ---------- A C T U A L ----------     ---------- B I L L I N G ---------
Empl    Initials    Name                         Hours              Amount              Hours              Amount

0020    PVL         Peter Van N. Lockwood         0.00               18.00               0.00               18.00
0101    RCS         Robert C. Spohn               0.00               55.89               0.00               55.89
0120    EI          Elihu Inselbuch               0.00                7.73               0.00                7.73
0232    LK          Lauren  Karastergiou          0.00                0.90               0.00                0.90
0237    SRB         Sidney R Barnes               0.00                5.55               0.00                5.55
0238    SLG         Stacey L Gandy                0.00               35.55               0.00               35.55
0999    C&D         Caplin &. Drysdale            0.00              241.58               0.00              241.58
                                                  0.00              365.20               0.00              365.20
Total Fees
```

**Summary  by Employee**

```
                                   ---------- A C T U A L ----------                  ---------- B I L L I N G ---------
Empl    Initials    Name            Rate       Hours         Amount                    Rate       Hours         Amount

Total Fees
```

**Detail Time / Expense  by  Date**

```
                                                                                ---------- A C T U A L ----------     ---------- B I L L I N G ---------
TransNo.   Description                               TransType  Trans Date   Work Empl     Rate   Hours    Amount      Rate    Hours    Amount   Cumulative

1515213    Photocopy                                    E       08/01/2003   0238  SLG            0.00     $7.50              0.00     $7.50      7.50
1515292    Photocopy                                    E       08/04/2003   0999  C&D            0.00     $0.45              0.00     $0.45      7.95
1515378    Photocopy                                    E       08/04/2003   0238  SLG            0.00     $2.70              0.00     $2.70     10.65
1515387    Photocopy                                    E       08/04/2003   0238  SLG            0.00     $4.05              0.00     $4.05     14.70
1513847    Federal Express to Marla Eskin from EI on 7/24 E     08/04/2003   0120  EI             0.00     $2.31              0.00     $2.31     17.01
1514158    Charge & Ride for Francis McGovern on 7/15 to E      08/06/2003   0999  C&D            0.00     $9.94              0.00     $9.94     26.95
           LaGuardia airport after meeting with EI on several
           client matters (cost split between four client)
```

| Client Number: 4642 | | | | Grace Asbestos Personal Injury Claimants | | | | | | Page: 1 |
| Matter 000 | | | | Disbursements | | | | | | 8/22/2003 |

Print Date/Time:
08/22/2003
9:08:53AM

Attn:                                                                                                                                    Invoice #

| Ref # | Description | | Date | Code | Init | | | | | Inv # |
|---|---|---|---|---|---|---|---|---|---|---|
| 1514178 | Federal Express to Dan Chon from RCS on 7/11 | E | 08/06/2003 | 0101 | RCS | 0.00 | $26.26 | 0.00 | $26.26 | 53.21 |
| 1514193 | Federal Express to Dan Chon and Steven Kazan from RCS on 7/17 | E | 08/06/2003 | 0101 | RCS | 0.00 | $29.33 | 0.00 | $29.33 | 82.54 |
| 1514790 | Equitrac - Long Distance to 5613621302 | E | 08/06/2003 | 0999 | C&D | 0.00 | $0.11 | 0.00 | $0.11 | 82.65 |
| 1515701 | Photocopy | E | 08/06/2003 | 0999 | C&D | 0.00 | $0.75 | 0.00 | $0.75 | 83.40 |
| 1515897 | Photocopy | E | 08/07/2003 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 84.30 |
| 1515988 | Photocopy | E | 08/07/2003 | 0999 | C&D | 0.00 | $3.00 | 0.00 | $3.00 | 87.30 |
| 1518680 | Photocopy | E | 08/11/2003 | 0999 | C&D | 0.00 | $22.50 | 0.00 | $22.50 | 109.80 |
| 1518774 | Photocopy | E | 08/11/2003 | 0238 | SLG | 0.00 | $1.35 | 0.00 | $1.35 | 111.15 |
| 1518791 | Photocopy | E | 08/11/2003 | 0238 | SLG | 0.00 | $3.90 | 0.00 | $3.90 | 115.05 |
| 1518804 | Photocopy | E | 08/11/2003 | 0238 | SLG | 0.00 | $3.60 | 0.00 | $3.60 | 118.65 |
| 1518805 | Photocopy | E | 08/11/2003 | 0238 | SLG | 0.00 | $8.10 | 0.00 | $8.10 | 126.75 |
| 1518935 | Photocopy | E | 08/12/2003 | 0237 | SRB | 0.00 | $5.55 | 0.00 | $5.55 | 132.30 |
| 1519164 | Photocopy | E | 08/13/2003 | 0999 | C&D | 0.00 | $4.50 | 0.00 | $4.50 | 136.80 |
| 1519205 | Photocopy | E | 08/13/2003 | 0238 | SLG | 0.00 | $0.75 | 0.00 | $0.75 | 137.55 |
| 1520340 | Photocopy | E | 08/14/2003 | 0999 | C&D | 0.00 | $21.30 | 0.00 | $21.30 | 158.85 |
| 1522556 | Photocopy | E | 08/18/2003 | 0999 | C&D | 0.00 | $1.50 | 0.00 | $1.50 | 160.35 |
| 1520957 | Photocopy | E | 08/19/2003 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 160.95 |
| 1520971 | Photocopy | E | 08/19/2003 | 0999 | C&D | 0.00 | $23.40 | 0.00 | $23.40 | 184.35 |
| 1521016 | Photocopy | E | 08/19/2003 | 0999 | C&D | 0.00 | $2.10 | 0.00 | $2.10 | 186.45 |
| 1521117 | Photocopy | E | 08/20/2003 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 186.75 |
| 1520801 | Equitrac - Long Distance to 2125945300 | E | 08/20/2003 | 0999 | C&D | 0.00 | $0.21 | 0.00 | $0.21 | 186.96 |
| 1521247 | Photocopy | E | 08/21/2003 | 0101 | RCS | 0.00 | $0.30 | 0.00 | $0.30 | 187.26 |
| 1521763 | Equitrac - Long Distance to 3024261900 | E | 08/22/2003 | 0999 | C&D | 0.00 | $0.21 | 0.00 | $0.21 | 187.47 |
| 1522275 | Photocopy | E | 08/22/2003 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 188.07 |
| 1522328 | Fax Transmission to 12024293329 | E | 08/25/2003 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 188.52 |
| 1522329 | Fax Transmission to 12024293301 | E | 08/25/2003 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 188.97 |
| 1522422 | Photocopy | E | 08/25/2003 | 0999 | C&D | 0.00 | $15.00 | 0.00 | $15.00 | 203.97 |
| 1522423 | Photocopy | E | 08/25/2003 | 0999 | C&D | 0.00 | $5.40 | 0.00 | $5.40 | 209.37 |
| 1522428 | Photocopy | E | 08/25/2003 | 0232 | LK | 0.00 | $0.90 | 0.00 | $0.90 | 210.27 |
| 1522446 | Photocopy | E | 08/25/2003 | 0999 | C&D | 0.00 | $9.30 | 0.00 | $9.30 | 219.57 |
| 1522822 | Petty Cash  PVNL travel expenses to Wilmington on 8/23 | E | 08/27/2003 | 0020 | PVL | 0.00 | $18.00 | 0.00 | $18.00 | 237.57 |
| 1522955 | Database Research - Westlaw by csr on 8/21 | E | 08/28/2003 | 0999 | C&D | 0.00 | $118.01 | 0.00 | $118.01 | 355.58 |
| 1524794 | Federal Express to Marla Eskin from EI on 8/18 | E | 08/29/2003 | 0120 | EI | 0.00 | $5.42 | 0.00 | $5.42 | 361.00 |
| 1525725 | Photocopy | E | 08/29/2003 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 361.60 |
| 1525776 | Photocopy | E | 08/29/2003 | 0238 | SLG | 0.00 | $3.60 | 0.00 | $3.60 | 365.20 |
| **Total Expenses** | | | | | | **0.00** | **$365.20** | **0.00** | **$365.20** | |

|   |   |   |   |
|---|---|---|---|
| Matter Total Fees | | 0.00 | 0.00 |
| Matter Total Expenses | | 365.20 | 365.20 |
| Matter Total | 0.00 | 365.20 | 0.00 | 365.20 |
| Prebill Total Fees | | | |
| Prebill Total Expenses | | $365.20 | $365.20 |
| Prebill Total | 0.00 | $365.20 | 0.00 | $365.20 |

**Previous Billings**

```
Client Number:    4642              Grace Asbestos Personal Injury Claimants                            Page:    1
Matter      000                     Disbursements                                                    8/22/2003
                                                                                              Print Date/Time:
                                                                                                      08/22/2003
                                                                                                       9:08:53AM
Attn:                                                                                                 Invoice #
InvoiceNo         InvoiceDate          InvoiceTotal             OpenTotal

36,593            07/26/2002            121,163.25              13,975.99
36,950            08/22/2002            231,722.75              24,660.40
37,197            09/25/2002            246,726.25              35,891.10
37,665            10/31/2002            153,308.00              30,661.60
37,961            11/30/2002             36,076.50                 542.50
37,962            11/30/2002            137,754.50              27,550.90
38,223            12/26/2002            155,061.50              31,012.30
40,704            02/22/2003             15,009.00               3,001.80
40,965            03/11/2003             31,418.00               6,283.60
40,966            03/11/2003             43,961.50               8,792.30
41,070            03/20/2003             10,063.00               2,012.60
41,071            03/20/2003             27,076.50               5,415.30
41,428            04/24/2003              8,858.00               1,771.60
41,429            04/24/2003             12,991.50              12,991.50
41,744            05/22/2003             12,293.50               2,458.70
41,745            05/22/2003              4,425.50                 885.10
42,008            06/25/2003              7,075.50               1,415.10
42,071            06/27/2003              3,191.00                 638.20
42,258            07/25/2003              8,561.00               1,712.20
42,259            07/25/2003              3,420.50               3,420.50
42,620            08/28/2003              9,970.82               9,970.82
42,639            08/28/2003              1,935.50               1,935.50
                                      1,282,063.57             226,999.61
```

PREBILL / CONTROL REPORT

Trans Date Range:  1/1/1950  to: 9/30/2003

**Matter      000**
**Disbursements**
Bill Cycle:       Monthly          Style:        i1         Start:    4/16/2001

Last Billed : 9/29/2003                                                                        13,655

Trust Amount Available

Total Expenses Billed To Date          $226,267.79

```
Billing Empl:         0120     Elihu Inselbuch
Responsible Empl:     0120     Elihu Inselbuch
Alternate Empl:       0120     Elihu Inselbuch
Originating Empl:     0120     Elihu Inselbuch
```

**Summary  by Employee**

```
                                            ---------- A C T U A L ----------        ---------- B I L L I N G---------
Empl      Initials    Name                   Hours            Amount                   Hours            Amount

0020      PVL         Peter Van N. Lockwood   0.00             298.90                   0.00             210.90
0101      RCS         Robert C. Spohn         0.00               4.20                   0.00               4.20
0120      EI          Elihu Inselbuch         0.00              15.89                   0.00              15.89
0187      NDF         Nathan D. Finch         0.00               7.92                   0.00               7.92
0227      RH          Roxana  Healy           0.00               7.80                   0.00               7.80
0232      LK          Lauren  Karastergiou    0.00               8.40                   0.00               8.40
0237      SRB         Sidney R Barnes         0.00               6.60                   0.00               6.60
```

```
Client Number:   4642              Grace Asbestos Personal Injury Claimants                                                                    Page:     1
Matter      000                    Disbursements                                                                                          8/22/2003
                                                                                                                                       Print Date/Time:
                                                                                                                                          08/22/2003
                                                                                                                                           9:08:53AM
Attn:                                                                                                                                        Invoice #
0238       SLG       Stacey L Gandy                             0.00             79.80              0.00              79.80
0999       C&D       Caplin &. Drysdale                         0.00            167.94              0.00             167.94
                                                                0.00            597.45              0.00             509.45
Total Fees


Summary  by Employee
                                             ---------- A C T U A L ----------          ---------- B I L L I N G---------
Empl     Initials    Name                       Rate           Hours        Amount          Rate          Hours          Amount

Total Fees



Detail Time / Expense  by  Date
                                                                                       ---------- A C T U A L ----------    ---------- B I L L I N G---------
TransNo.     Description                          TransType  Trans Date    Work Empl    Rate      Hours       Amount       Rate      Hours       Amount  Cumulative

1526193      Fax Transmission to 12145239159       E  09/02/2003    0999   C&D          0.00                   $0.30       0.00                   $0.30       0.30
1526195      Fax Transmission to 12145239157       E  09/02/2003    0999   C&D          0.00                   $0.30       0.00                   $0.30       0.60
1526196      Fax Transmission to 12145239158       E  09/02/2003    0999   C&D          0.00                   $0.30       0.00                   $0.30       0.90
1526198      Fax Transmission to 12145991171       E  09/02/2003    0999   C&D          0.00                   $0.30       0.00                   $0.30       1.20
1526199      Fax Transmission to 12148248100       E  09/02/2003    0999   C&D          0.00                   $0.30       0.00                   $0.30       1.50
1526200      Fax Transmission to 17136501400       E  09/02/2003    0999   C&D          0.00                   $0.30       0.00                   $0.30       1.80
1526202      Fax Transmission to 13125516759       E  09/02/2003    0999   C&D          0.00                   $0.30       0.00                   $0.30       2.10
1526203      Fax Transmission to 18432169450       E  09/02/2003    0999   C&D          0.00                   $0.30       0.00                   $0.30       2.40
1526204      Fax Transmission to 18432169290       E  09/02/2003    0999   C&D          0.00                   $0.30       0.00                   $0.30       2.70
1526206      Fax Transmission to 14067527124       E  09/02/2003    0999   C&D          0.00                   $0.30       0.00                   $0.30       3.00
1526207      Fax Transmission to 13026565875       E  09/02/2003    0999   C&D          0.00                   $0.45       0.00                   $0.45       3.45
1526209      Fax Transmission to 15108354913       E  09/02/2003    0999   C&D          0.00                   $0.30       0.00                   $0.30       3.75
1526210      Fax Transmission to 12165750799       E  09/02/2003    0999   C&D          0.00                   $0.45       0.00                   $0.45       4.20
1526212      Fax Transmission to 14124718308       E  09/02/2003    0999   C&D          0.00                   $0.30       0.00                   $0.30       4.50
1526214      Fax Transmission to 12123440994       E  09/02/2003    0999   C&D          0.00                   $0.30       0.00                   $0.30       4.80
1526216      Fax Transmission to 12123445461       E  09/02/2003    0999   C&D          0.00                   $0.30       0.00                   $0.30       5.10
1526218      Fax Transmission to 12123445462       E  09/02/2003    0999   C&D          0.00                   $0.15       0.00                   $0.15       5.25
1526220      Fax Transmission to 12123445462       E  09/02/2003    0999   C&D          0.00                   $0.30       0.00                   $0.30       5.55
1526221      Fax Transmission to 16179510679       E  09/02/2003    0999   C&D          0.00                   $0.30       0.00                   $0.30       5.85
1526222      Fax Transmission to 12024293329       E  09/02/2003    0999   C&D          0.00                   $0.30       0.00                   $0.30       6.15
1526224      Fax Transmission to 12024293301       E  09/02/2003    0999   C&D          0.00                   $0.30       0.00                   $0.30       6.45
1526225      Fax Transmission to 13024269947       E  09/02/2003    0999   C&D          0.00                   $0.15       0.00                   $0.15       6.60
1526226      Fax Transmission to 14122615066       E  09/02/2003    0999   C&D          0.00                   $0.15       0.00                   $0.15       6.75
1526228      Fax Transmission to 13024269947       E  09/02/2003    0999   C&D          0.00                   $0.15       0.00                   $0.15       6.90
1526232      Fax Transmission to 14122615066       E  09/02/2003    0999   C&D          0.00                   $0.15       0.00                   $0.15       7.05
1526286      Photocopy                              E  09/02/2003    0999   C&D          0.00                   $0.75       0.00                   $0.75       7.80
1526355      Photocopy                              E  09/02/2003    0999   C&D          0.00                   $0.75       0.00                   $0.75       8.55
1526403      Photocopy                              E  09/02/2003    0232   LK           0.00                   $0.60       0.00                   $0.60       9.15
1526418      Photocopy                              E  09/02/2003    0227   RH           0.00                   $1.50       0.00                   $1.50      10.65
1527110      Fax Transmission to 13053796222       E  09/03/2003    0999   C&D          0.00                   $0.30       0.00                   $0.30      10.95
1527142      Fax Transmission to 13026565875       E  09/03/2003    0238   SLG          0.00                   $0.45       0.00                   $0.45      11.40
1527211      Photocopy                              E  09/03/2003    0999   C&D          0.00                   $3.00       0.00                   $3.00      14.40
1527220      Photocopy                              E  09/03/2003    0238   SLG          0.00                   $0.30       0.00                   $0.30      14.70
1527221      Photocopy                              E  09/03/2003    0238   SLG          0.00                   $0.15       0.00                   $0.15      14.85
1527512      Equitrac - Long Distance to 2035699098 E  09/04/2003    0999   C&D          0.00                   $0.22       0.00                   $0.22      15.07
1527528      Equitrac - Long Distance to 2035699095 E  09/04/2003    0999   C&D          0.00                   $0.12       0.00                   $0.12      15.19
1527557      Equitrac - Long Distance to 3033127321 E  09/04/2003    0999   C&D          0.00                   $0.09       0.00                   $0.09      15.28
1527680      Fax Transmission to 12035699098       E  09/04/2003    0020   PVL          0.00                   $0.90       0.00                   $0.90      16.18
1527687      Fax Transmission to 12035699098       E  09/04/2003    0999   C&D          0.00                   $1.20       0.00                   $1.20      17.38
1527688      Fax Transmission to 12145239159       E  09/04/2003    0999   C&D          0.00                   $1.05       0.00                   $1.05      18.43
1527689      Fax Transmission to 12145239157       E  09/04/2003    0999   C&D          0.00                   $1.05       0.00                   $1.05      19.48
1527690      Fax Transmission to 12145239158       E  09/04/2003    0999   C&D          0.00                   $1.05       0.00                   $1.05      20.53
1527691      Fax Transmission to 12145991171       E  09/04/2003    0999   C&D          0.00                   $1.05       0.00                   $1.05      21.58
1527693      Fax Transmission to 17136501400       E  09/04/2003    0999   C&D          0.00                   $1.05       0.00                   $1.05      22.63
1527694      Fax Transmission to 13125516759       E  09/04/2003    0999   C&D          0.00                   $1.05       0.00                   $1.05      23.68
1527695      Fax Transmission to 12148248100       E  09/04/2003    0999   C&D          0.00                   $1.05       0.00                   $1.05      24.73
1527696      Fax Transmission to 18432169450       E  09/04/2003    0999   C&D          0.00                   $1.05       0.00                   $1.05      25.78
1527697      Fax Transmission to 18432169290       E  09/04/2003    0999   C&D          0.00                   $1.05       0.00                   $1.05      26.83
1527698      Fax Transmission to 14067527124       E  09/04/2003    0999   C&D          0.00                   $1.05       0.00                   $1.05      27.88
```

```
Client Number:   4642           Grace Asbestos Personal Injury Claimants                                                                            Page:     1
Matter    000                   Disbursements                                                                                                    8/22/2003
                                                                                                                                           Print Date/Time:
                                                                                                                                                08/22/2003
                                                                                                                                                 9:08:53AM
Attn:                                                                                                                                             Invoice #
1527699     Fax Transmission to 13026565875              E  09/04/2003    0999   C&D       0.00       $1.05       0.00       $1.05       28.93
1527700     Fax Transmission to 15108354913              E  09/04/2003    0999   C&D       0.00       $1.05       0.00       $1.05       29.98
1527701     Fax Transmission to 12165750799              E  09/04/2003    0999   C&D       0.00       $1.05       0.00       $1.05       31.03
1527702     Fax Transmission to 13053796222              E  09/04/2003    0999   C&D       0.00       $1.20       0.00       $1.20       32.23
1527703     Fax Transmission to 14124718308              E  09/04/2003    0999   C&D       0.00       $1.05       0.00       $1.05       33.28
1527704     Fax Transmission to 12123440994              E  09/04/2003    0999   C&D       0.00       $1.05       0.00       $1.05       34.33
1527705     Fax Transmission to 12123445461              E  09/04/2003    0999   C&D       0.00       $1.05       0.00       $1.05       35.38
1527706     Fax Transmission to 12123445462              E  09/04/2003    0999   C&D       0.00       $1.05       0.00       $1.05       36.43
1527707     Fax Transmission to 16179510679              E  09/04/2003    0999   C&D       0.00       $1.05       0.00       $1.05       37.48
1527708     Fax Transmission to 12024293329              E  09/04/2003    0999   C&D       0.00       $1.05       0.00       $1.05       38.53
1527709     Fax Transmission to 12024293301              E  09/04/2003    0999   C&D       0.00       $0.90       0.00       $0.90       39.43
1527710     Fax Transmission to 13024269947              E  09/04/2003    0999   C&D       0.00       $0.15       0.00       $0.15       39.58
1527711     Fax Transmission to 12024293301              E  09/04/2003    0999   C&D       0.00       $0.15       0.00       $0.15       39.73
1527712     Fax Transmission to 14122615066              E  09/04/2003    0999   C&D       0.00       $0.90       0.00       $0.90       40.63
1527713     Fax Transmission to 13024269947              E  09/04/2003    0999   C&D       0.00       $0.90       0.00       $0.90       41.53
1527714     Fax Transmission to 14122615066              E  09/04/2003    0999   C&D       0.00       $0.15       0.00       $0.15       41.68
1527782     Photocopy                                    E  09/04/2003    0232   LK        0.00       $3.75       0.00       $3.75       45.43
1527849     Photocopy                                    E  09/04/2003    0232   LK        0.00       $0.75       0.00       $0.75       46.18
1528069     Fax Transmission to 12145239159              E  09/05/2003    0999   C&D       0.00       $1.05       0.00       $1.05       47.23
1528072     Fax Transmission to 12145239157              E  09/05/2003    0999   C&D       0.00       $1.05       0.00       $1.05       48.28
1528073     Fax Transmission to 12145239158              E  09/05/2003    0999   C&D       0.00       $1.05       0.00       $1.05       49.33
1528075     Fax Transmission to 12145991171              E  09/05/2003    0999   C&D       0.00       $1.05       0.00       $1.05       50.38
1528078     Fax Transmission to 12148248100              E  09/05/2003    0999   C&D       0.00       $1.05       0.00       $1.05       51.43
1528079     Fax Transmission to 13125516759              E  09/05/2003    0999   C&D       0.00       $1.05       0.00       $1.05       52.48
1528082     Fax Transmission to 17136501400              E  09/05/2003    0999   C&D       0.00       $1.05       0.00       $1.05       53.53
1528085     Fax Transmission to 18432169290              E  09/05/2003    0999   C&D       0.00       $1.05       0.00       $1.05       54.58
1528087     Fax Transmission to 18432169450              E  09/05/2003    0999   C&D       0.00       $1.05       0.00       $1.05       55.63
1528088     Fax Transmission to 14067527124              E  09/05/2003    0999   C&D       0.00       $1.05       0.00       $1.05       56.68
1528091     Fax Transmission to 13026565875              E  09/05/2003    0999   C&D       0.00       $1.05       0.00       $1.05       57.73
1528093     Fax Transmission to 15108354913              E  09/05/2003    0999   C&D       0.00       $1.05       0.00       $1.05       58.78
1528094     Fax Transmission to 12165750799              E  09/05/2003    0999   C&D       0.00       $1.05       0.00       $1.05       59.83
1528099     Fax Transmission to 13053796222              E  09/05/2003    0999   C&D       0.00       $1.05       0.00       $1.05       60.88
1528101     Fax Transmission to 14124718308              E  09/05/2003    0999   C&D       0.00       $1.05       0.00       $1.05       61.93
1528104     Fax Transmission to 12123440994              E  09/05/2003    0999   C&D       0.00       $1.05       0.00       $1.05       62.98
1528105     Fax Transmission to 12123445461              E  09/05/2003    0999   C&D       0.00       $0.45       0.00       $0.45       63.43
1528107     Fax Transmission to 12123445462              E  09/05/2003    0999   C&D       0.00       $0.15       0.00       $0.15       63.58
1528110     Fax Transmission to 12123445461              E  09/05/2003    0999   C&D       0.00       $0.60       0.00       $0.60       64.18
1528111     Fax Transmission to 12123445462              E  09/05/2003    0999   C&D       0.00       $0.30       0.00       $0.30       64.48
1528114     Fax Transmission to 16179510679              E  09/05/2003    0999   C&D       0.00       $1.05       0.00       $1.05       65.53
1528117     Fax Transmission to 12123445462              E  09/05/2003    0999   C&D       0.00       $0.45       0.00       $0.45       65.98
1528119     Fax Transmission to 12024293329              E  09/05/2003    0999   C&D       0.00       $1.05       0.00       $1.05       67.03
1528120     Fax Transmission to 12123445462              E  09/05/2003    0999   C&D       0.00       $0.15       0.00       $0.15       67.18
1528123     Fax Transmission to 12024293301              E  09/05/2003    0999   C&D       0.00       $1.05       0.00       $1.05       68.23
1528124     Fax Transmission to 13024269947              E  09/05/2003    0999   C&D       0.00       $0.15       0.00       $0.15       68.38
1528126     Fax Transmission to 14122615066              E  09/05/2003    0999   C&D       0.00       $0.15       0.00       $0.15       68.53
1528128     Fax Transmission to 13024269947              E  09/05/2003    0999   C&D       0.00       $0.15       0.00       $0.15       68.68
1528129     Fax Transmission to 14122615066              E  09/05/2003    0999   C&D       0.00       $0.15       0.00       $0.15       68.83
1528130     Fax Transmission to 13024269947              E  09/05/2003    0999   C&D       0.00       $0.15       0.00       $0.15       68.98
1528133     Fax Transmission to 13024269947              E  09/05/2003    0999   C&D       0.00       $0.15       0.00       $0.15       69.13
1528134     Fax Transmission to 13024269947              E  09/05/2003    0999   C&D       0.00       $0.15       0.00       $0.15       69.28
1528136     Fax Transmission to 13024269947              E  09/05/2003    0999   C&D       0.00       $0.15       0.00       $0.15       69.43
1528225     Photocopy                                    E  09/05/2003    0999   C&D       0.00       $1.80       0.00       $1.80       71.23
1528251     Photocopy                                    E  09/05/2003    0238   SLG       0.00       $4.50       0.00       $4.50       75.73
1528275     Photocopy                                    E  09/05/2003    0227   RH        0.00       $6.30       0.00       $6.30       82.03
1528325     ADA Travel  PVNL 8/25 travel to Wilmington (coach  E  09/08/2003    0020   PVL       0.00     $258.00       0.00     $170.00      252.03
            fare $170.00)
1528326     ADA Travel  Agency fee on PVNL 8/25 travel to      E  09/08/2003    0020   PVL       0.00      $40.00       0.00      $40.00      292.03
            Wilmington
1528445     Equitrac - Long Distance to 3033127321        E  09/08/2003    0999   C&D       0.00       $0.08       0.00       $0.08      292.11
1528495     Fax Transmission to 14122615066              E  09/08/2003    0999   C&D       0.00       $1.05       0.00       $1.05      293.16
1528496     Fax Transmission to 13024269947              E  09/08/2003    0999   C&D       0.00       $0.15       0.00       $0.15      293.31
1528497     Fax Transmission to 13024269947              E  09/08/2003    0999   C&D       0.00       $0.90       0.00       $0.90      294.21
1528688     Photocopy                                    E  09/08/2003    0238   SLG       0.00       $3.90       0.00       $3.90      298.11
1528703     Photocopy                                    E  09/08/2003    0238   SLG       0.00       $0.60       0.00       $0.60      298.71
1528778     Federal Express to Marla Eskin from EI on 8/25  E  09/08/2003    0120   EI        0.00       $2.32       0.00       $2.32      301.03
1529583     Photocopy                                    E  09/09/2003    0999   C&D       0.00      $12.00       0.00      $12.00      313.03
1529589     Photocopy                                    E  09/09/2003    0999   C&D       0.00      $58.95       0.00      $58.95      371.98
1529677     Photocopy                                    E  09/09/2003    0999   C&D       0.00       $2.40       0.00       $2.40      374.38
1530487     Photocopy                                    E  09/11/2003    0101   RCS       0.00       $4.20       0.00       $4.20      378.58
1532231     Photocopy                                    E  09/15/2003    0237   SRB       0.00       $3.60       0.00       $3.60      382.18
1532267     Photocopy                                    E  09/15/2003    0238   SLG       0.00       $7.65       0.00       $7.65      389.83
1532276     Photocopy                                    E  09/15/2003    0238   SLG       0.00       $1.80       0.00       $1.80      391.63
1532876     Photocopy                                    E  09/16/2003    0238   SLG       0.00      $12.90       0.00      $12.90      404.53
```

```
Client Number:  4642                    Grace Asbestos Personal Injury Claimants                                                              Page:   1
Matter    000                           Disbursements                                                                                       8/22/2003
                                                                                                                                       Print Date/Time:
                                                                                                                                            08/22/2003
                                                                                                                                            9:08:53AM
Attn:                                                                                                                                         Invoice #
1533734    Photocopy                                          E    09/17/2003    0999    C&D       0.00        $3.15      0.00      $3.15      407.68
1533816    Photocopy                                          E    09/17/2003    0238    SLG       0.00        $6.30      0.00      $6.30      413.98
1533833    Photocopy                                          E    09/17/2003    0999    C&D       0.00        $2.40      0.00      $2.40      416.38
1533895    Photocopy                                          E    09/18/2003    0238    SLG       0.00        $0.75      0.00      $0.75      417.13
1533925    Fax Transmission to 12145239159                    E    09/19/2003    0999    C&D       0.00        $0.30      0.00      $0.30      417.43
1533926    Fax Transmission to 12145239157                    E    09/19/2003    0999    C&D       0.00        $0.30      0.00      $0.30      417.73
1533927    Fax Transmission to 12145239158                    E    09/19/2003    0999    C&D       0.00        $0.45      0.00      $0.45      418.18
1533928    Fax Transmission to 12145991171                    E    09/19/2003    0999    C&D       0.00        $0.30      0.00      $0.30      418.48
1533929    Fax Transmission to 12148248100                    E    09/19/2003    0999    C&D       0.00        $0.30      0.00      $0.30      418.78
1533930    Fax Transmission to 17136501400                    E    09/19/2003    0999    C&D       0.00        $0.30      0.00      $0.30      419.08
1533931    Fax Transmission to 13125516759                    E    09/19/2003    0999    C&D       0.00        $0.30      0.00      $0.30      419.38
1533932    Fax Transmission to 18432169450                    E    09/19/2003    0999    C&D       0.00        $0.30      0.00      $0.30      419.68
1533933    Fax Transmission to 18432169290                    E    09/19/2003    0999    C&D       0.00        $0.30      0.00      $0.30      419.98
1533934    Fax Transmission to 14067527124                    E    09/19/2003    0999    C&D       0.00        $0.30      0.00      $0.30      420.28
1533935    Fax Transmission to 13026565875                    E    09/19/2003    0999    C&D       0.00        $0.30      0.00      $0.30      420.58
1533936    Fax Transmission to 15108354913                    E    09/19/2003    0999    C&D       0.00        $0.30      0.00      $0.30      420.88
1533937    Fax Transmission to 12165750799                    E    09/19/2003    0999    C&D       0.00        $0.30      0.00      $0.30      421.18
1533938    Fax Transmission to 13053796222                    E    09/19/2003    0999    C&D       0.00        $0.30      0.00      $0.30      421.48
1533939    Fax Transmission to 14124718308                    E    09/19/2003    0999    C&D       0.00        $0.30      0.00      $0.30      421.78
1533940    Fax Transmission to 12123440994                    E    09/19/2003    0999    C&D       0.00        $0.30      0.00      $0.30      422.08
1533941    Fax Transmission to 12123445461                    E    09/19/2003    0999    C&D       0.00        $0.30      0.00      $0.30      422.38
1533942    Fax Transmission to 12123445462                    E    09/19/2003    0999    C&D       0.00        $0.30      0.00      $0.30      422.68
1533944    Fax Transmission to 16179510679                    E    09/19/2003    0999    C&D       0.00        $0.30      0.00      $0.30      422.98
1533945    Fax Transmission to 14122615066                    E    09/19/2003    0999    C&D       0.00        $0.30      0.00      $0.30      423.28
1533946    Fax Transmission to 13024269947                    E    09/19/2003    0999    C&D       0.00        $0.15      0.00      $0.15      423.43
1533947    Fax Transmission to 13024269947                    E    09/19/2003    0999    C&D       0.00        $0.15      0.00      $0.15      423.58
1534022    Photocopy                                          E    09/19/2003    0232    LK        0.00        $0.60      0.00      $0.60      424.18
1534028    Photocopy                                          E    09/19/2003    0238    SLG       0.00        $5.70      0.00      $5.70      429.88
1534676    Photocopy                                          E    09/22/2003    0999    C&D       0.00        $1.50      0.00      $1.50      431.38
1534741    Photocopy                                          E    09/22/2003    0238    SLG       0.00        $6.75      0.00      $6.75      438.13
1534746    Photocopy                                          E    09/22/2003    0238    SLG       0.00        $2.40      0.00      $2.40      440.53
1535287    Equitrac - Long Distance to 2125945300             E    09/23/2003    0999    C&D       0.00        $1.17      0.00      $1.17      441.70
1536802    Equitrac - Long Distance to 3033127321             E    09/25/2003    0999    C&D       0.00        $0.07      0.00      $0.07      441.77
1536856    Equitrac - Long Distance to 2149784984             E    09/25/2003    0999    C&D       0.00        $0.07      0.00      $0.07      441.84
1536944    Fax Transmission to 13128612200                    E    09/25/2003    0232    LK        0.00        $0.30      0.00      $0.30      442.14
1536945    Fax Transmission to 12145239159                    E    09/25/2003    0999    C&D       0.00        $0.30      0.00      $0.30      442.44
1536946    Fax Transmission to 12148248100                    E    09/25/2003    0232    LK        0.00        $0.45      0.00      $0.45      442.89
1536947    Fax Transmission to 12145239157                    E    09/25/2003    0999    C&D       0.00        $0.30      0.00      $0.30      443.19
1536948    Fax Transmission to 17136501400                    E    09/25/2003    0232    LK        0.00        $0.30      0.00      $0.30      443.49
1536949    Fax Transmission to 12145239158                    E    09/25/2003    0999    C&D       0.00        $0.30      0.00      $0.30      443.79
1536950    Fax Transmission to 12145991171                    E    09/25/2003    0999    C&D       0.00        $0.30      0.00      $0.30      444.09
1536951    Fax Transmission to 18432169450                    E    09/25/2003    0999    C&D       0.00        $0.30      0.00      $0.30      444.39
1536953    Fax Transmission to 13125516759                    E    09/25/2003    0232    LK        0.00        $0.30      0.00      $0.30      444.69
1536954    Fax Transmission to 18432169290                    E    09/25/2003    0999    C&D       0.00        $0.30      0.00      $0.30      444.99
1536955    Fax Transmission to 14124718308                    E    09/25/2003    0232    LK        0.00        $0.30      0.00      $0.30      445.29
1536956    Fax Transmission to 12123440994                    E    09/25/2003    0232    LK        0.00        $0.30      0.00      $0.30      445.59
1536957    Fax Transmission to 14067527124                    E    09/25/2003    0999    C&D       0.00        $0.30      0.00      $0.30      445.89
1536958    Fax Transmission to 13026565875                    E    09/25/2003    0999    C&D       0.00        $0.30      0.00      $0.30      446.19
1536959    Fax Transmission to 15108354913                    E    09/25/2003    0999    C&D       0.00        $0.30      0.00      $0.30      446.49
1536960    Fax Transmission to 12165750799                    E    09/25/2003    0999    C&D       0.00        $0.30      0.00      $0.30      446.79
1536961    Fax Transmission to 13053796222                    E    09/25/2003    0999    C&D       0.00        $0.30      0.00      $0.30      447.09
1536962    Fax Transmission to 12123445461                    E    09/25/2003    0999    C&D       0.00        $0.45      0.00      $0.45      447.54
1536963    Fax Transmission to 12123445462                    E    09/25/2003    0999    C&D       0.00        $0.30      0.00      $0.30      447.84
1536964    Fax Transmission to 16179510679                    E    09/25/2003    0999    C&D       0.00        $0.30      0.00      $0.30      448.14
1536965    Fax Transmission to 12024293329                    E    09/25/2003    0999    C&D       0.00        $0.30      0.00      $0.30      448.44
1536966    Fax Transmission to 12024293301                    E    09/25/2003    0999    C&D       0.00        $0.30      0.00      $0.30      448.74
1536967    Fax Transmission to 13024269947                    E    09/25/2003    0999    C&D       0.00        $0.30      0.00      $0.30      449.04
1536968    Fax Transmission to 14122615066                    E    09/25/2003    0999    C&D       0.00        $0.15      0.00      $0.15      449.19
1536969    Fax Transmission to 14122615066                    E    09/25/2003    0999    C&D       0.00        $0.15      0.00      $0.15      449.34
1536993    Photocopy                                          E    09/25/2003    0238    SLG       0.00        $3.15      0.00      $3.15      452.49
1537091    Photocopy                                          E    09/25/2003    0238    SLG       0.00       $10.05      0.00     $10.05      462.54
1537092    Photocopy                                          E    09/25/2003    0238    SLG       0.00        $5.85      0.00      $5.85      468.39
1537121    Photocopy                                          E    09/25/2003    0232    LK        0.00        $0.75      0.00      $0.75      469.14
1537509    Equitrac - Long Distance to 2123199240             E    09/26/2003    0999    C&D       0.00        $0.05      0.00      $0.05      469.19
1537536    Equitrac - Long Distance to 3053502403             E    09/26/2003    0999    C&D       0.00        $0.11      0.00      $0.11      469.30
1537542    Equitrac - Long Distance to 3053502403             E    09/26/2003    0999    C&D       0.00        $0.70      0.00      $0.70      470.00
1537686    Photocopy                                          E    09/26/2003    0238    SLG       0.00        $0.60      0.00      $0.60      470.60
1538306     to Warren Smith from REI on 9/18                  E    09/29/2003    0120    EI        0.00       $13.57      0.00     $13.57      484.17
1538572    Equitrac - Long Distance to 8054993572             E    09/29/2003    0999    C&D       0.00        $0.86      0.00      $0.86      485.03
1538756    Photocopy                                          E    09/29/2003    0238    SLG       0.00        $4.20      0.00      $4.20      489.23
1538867    Photocopy                                          E    09/29/2003    0999    C&D       0.00        $7.50      0.00      $7.50      496.73
1539284    Air Freight & Express Mail - Federal express       E    09/30/2003    0187    NDF       0.00        $7.92      0.00      $7.92      504.65
           delivery service on 8/11 to R. Fleishman
```

```
Client Number:  4642         Grace Asbestos Personal Injury Claimants                                                    Page:      1
Matter     000               Disbursements                                                                              8/22/2003
                                                                                                                   Print Date/Time:
                                                                                                                        08/22/2003
                                                                                                                          9:08:53AM
Attn:                                                                                                                      Invoice #
1539859    Photocopy                         E  09/30/2003   0237   SRB        0.00       $2.25       0.00      $2.25      506.90
1539872    Photocopy                         E  09/30/2003   0237   SRB        0.00       $0.75       0.00      $0.75      507.65
1539923    Photocopy                         E  09/30/2003   0238   SLG        0.00       $1.80       0.00      $1.80      509.45
Total Expenses                                                                 0.00     $597.45       0.00    $509.45
```

```
           Matter Total Fees                                                              0.00                   0.00

           Matter Total Expenses                                                        597.45                 509.45

           Matter Total                                                        0.00     597.45       0.00      509.45


           Prebill Total Fees

           Prebill Total Expenses                                                      $597.45                $509.45

           Prebill Total                                                       0.00    $597.45       0.00    $509.45
```

**Previous Billings**

```
InvoiceNo    InvoiceDate       InvoiceTotal        OpenTotal

36,593       07/26/2002         121,163.25         13,975.99
36,950       08/22/2002         231,722.75         24,660.40
37,197       09/25/2002         246,726.25         35,891.10
37,665       10/31/2002         153,308.00         30,661.60
37,961       11/30/2002          36,076.50            542.50
37,962       11/30/2002         137,754.50         27,550.90
38,223       12/26/2002         155,061.50         31,012.30
40,965       03/11/2003          31,418.00          6,283.60
40,966       03/11/2003          43,961.50          8,792.30
41,071       03/20/2003          27,076.50          5,415.30
41,429       04/24/2003          12,991.50         12,991.50
41,744       05/22/2003          12,293.50          2,458.70
41,745       05/22/2003           4,425.50            885.10
42,008       06/25/2003           7,075.50          1,415.10
42,071       06/27/2003           3,191.00            638.20
42,258       07/25/2003           8,561.00          1,712.20
42,259       07/25/2003           3,420.50          3,420.50
42,620       08/28/2003           9,970.82          9,970.82
42,639       08/28/2003           1,935.50          1,935.50
42,905       09/29/2003           7,332.45          7,332.45
42,954       09/29/2003           3,733.00          3,733.00
                               1,259,199.02        231,279.06
```