# EXHIBIT D

## CUMULATIVE SUMMARY OF MONTHLY APPLICATIONS OF
## CAPLIN & DRYSDALE, CHARTERED, FOR SERVICES RENDERED AND
## REIMBURSEMENT OF EXPENSES AS COUNSEL TO
## THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS
## FOR THE PERIOD JULY 1, 2003 THROUGH SEPTEMBER 30, 2003

**SUMMARY OF MONTHLY FEE AND EXPENSE STATEMENTS FOR COMPENSATION PERIOD:**

|  |  | **Requested** |  | **Paid** |  |
|---|---|---|---|---|---|
| **Date Filed; Docket No.** | **Period Covered** | **Fees** | **Expenses** | **Fees** | **Expenses** |
| 8/28/03; 4352 | 7/1/03-7/31/03 | $7,598.80 (80% of $9,498.50) | $ 472.32 | **Pending** | **Pending** |
| 9/29/03; 4498 | 8/1/03-8/31/03 | $5,573.80 (80% of $6,967.25) | $ 365.20 | **Pending** | **Pending** |
| 10/29/03; 4628 | 9/1/03-9/30/03 | $7,728.80 (80% of 9,661.00) | $ 509.45 | **Pending** | **Pending** |

**CUMULATIVE COMPENSATION SUMMARY BY PROJECT CATEGORY**

| Project Category (Examples) | Cumulative July to September, 2003 Hours | Cumulative July to September, 2003 Value | Cumulative From Start of Case Hours | Cumulative From Start of Case Value |
|---|---|---|---|---|
| Asset Analysis and Recovery | .1 | $ 62.50 | .2 | $ 109.50 |
| Asset Disposition | .0 | $ .00 | 2.0 | $ 1,250.00 |
| Business Operations | .0 | $ .00 | 13.0 | $ 4,914.00 |
| Case Administration | 38.1 | $ 8,669.00 | 1,590.8 | $ 333,568.00 |
| Claim Analysis Objection & Resolution (Asbestos) | 11.0 | $ 4,045.50 | 1,244.9 | $ 348,600.50 |
| Claim Analysis Objection & Resolution (Non-Asbestos) | .7 | $ 437.50 | 3.8 | $ 2,106.50 |
| Committee, Creditors', Noteholders' or Equity Holders' | .0 | $ .00 | 71.9 | $ 38,757.50 |
| Employee Benefits/Pension | .2 | $ 125.00 | 8.2 | $ 4,067.00 |
| Employment Applications, Applicant | .0 | .00 | 32.8 | $ 8,214.00 |
| Employment | .2 | $ 125.00 | 39.1 | $ 15,055.00 |

{D0015785:1 }
DOC# - 170098

| | | | | |
|---|---|---|---|---|
| Applications, Others Expenses | .0 | .00 | .0 | .00 |
| Fee Applications, Applicant | 13.1 | $ 2,913.50 | 232.9 | $ 57,350.50 |
| Fee Applications, Others | .4 | $ 250.00 | 21.7 | $ 5,779.00 |
| Financing | .0 | $ .00 | .1 | 62.50 |
| Hearings | 1.4 | $ 875.00 | 53.4 | $ 30,973.50 |
| Litigation and Litigation Consulting | 3.3 | $ 1,683.00 | 1,241.4 | $ 386,202.50 |
| Plan & Disclosure Statement | 4.6 | $ 3,014.00 | 15.6 | $ 8,049.00 |
| Relief from Stay Proceedings | .2 | $ 125.00 | .2 | 125.00 |
| Tax Issues | 1.9 | $ 750.50 | 62.0 | $ 19,831.50 |
| Tax Litigation | .4 | $ 196.00 | 26.6 | $ 8,733.50 |
| Travel-Non-Working | 3.3 | $ 1,031.25 | 300.2 | $ 56,843.25 |
| Valuation | .0 | .00 | .0 | .00 |
| ZAI Science Trial | 5.9 | $ 1,688.00 | 5.9 | $ 1,688.00 |
| ZAI Science Trial – Expenses | .0 | .00 | .0 | .00 |
| Other | .0 | .00 | .0 | .00 |
| Accounting/Auditing (primarily for accountants & financial advisors) | .0 | .00 | .0 | .00 |
| Business Analysis (primarily for accountants & financial advisors) | .0 | .00 | .0 | .00 |
| Corporate Finance (primarily for accountants & financial advisors) | .0 | .00 | .0 | .00 |
| Data Analysis (primarily for accountants & financial advisors) | .0 | .00 | .0 | .00 |
| Fraudulent Conveyance Adv. Proceeding | .0 | .00 | .0 | .00 |
| Fraudulent Conveyance – Expenses | .0 | .00 | .0 | .00 |
| Fraudulent Auditor Matters | .0 | .00 | .5 | $ 170.00 |
| Fee Auditor Matters | .4 | $ 136.00 | 1.9 | $ 646.00 |
| **Totals** | **85.2** | **$26,126.75** | **4,969.1** | **$1,333,096.25** |

{D0015785:1 }

## CUMULATIVE EXPENSE SUMMARY

| Expense Category (Examples) | Total Expenses For The Period 7/1/03 – 9/30/03 | Total Expense From The Petition Date |
|---|---:|---:|
| Computer Assisted Research | $ 254.19 | $ 61,731.41 |
| Research Material | 93.17 | 1,940.73 |
| Air Freight & Express Mail | 94.06 | 7,689.49 |
| Outside Local Deliveries | .00 | 696.21 |
| Filing Fees | .00 | 144.75 |
| Outside Fax Service | .00 | 12.00 |
| Conference Meals | .00 | 1,155.80 |
| Outside Photocopy Service | .00 | 23,098.19 |
| Professional Fees & Expert Witness Fees | .00 | 14,365.55 |
| Court Reporting/Transcript Service | .00 | 4,145.19 |
| Miscellaneous Client Advances | .00 | 746.77 |
| Air & Train Transportation | 210.00 | 38,881.99 |
| Meals Related to Travel | .00 | 2,936.51 |
| Travel Expenses – Hotel Charges | .00 | 13,181.45 |
| Travel Expenses – Ground Transportation | 18.00 | 6,639.98 |
| Travel Expenses – Miscellaneous | .00 | 73.30 |
| Travel Expenses – LD Calls on Hotel Bill | .00 | 1,068.35 |
| Local Transportation - DC | .00 | 110.80 |
| Local Transportation – NY | 9.94 | 193.52 |
| Xeroxing | 569.25 | 41,201.85 |
| Postage | .00 | 151.87 |
| Overtime Expenses | .00 | .00 |
| Overtime Meals | .00 | 26.20 |
| Telecopier | 93.45 | 1,459.30 |
| Long Distance –Credit Card | .00 | 1,076.83 |
| Long Distance Telephone - DC | 4.91 | 1,700.36 |
| NYO Long Distance Telephone | .00 | 1,819.23 |
| Use of Cell/Home Phone | .00 | 529.61 |
| **TOTAL** | **$ $1,346.97** | **$ $226,777.24** |

{D0015785:1 }