# EXHIBIT B

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Linnea Brown | Partner | Environmental | $320.00 | 6.2 | $1,984.00 |
| Robert Tuchman | Partner | Litigation | $375.00 | 33.5 | $12,562.50 |
| Kenneth W. Lund | Partner | Environmental | $350.00 | 38.0 | $13,300.00 |
| Jay D. McCarthy | Partner | Environmental | $300.00 | 12.2 | $3,660.00 |
| Charlotte L. Neitzel | Partner | Environmental | $300.00 | 4.8 | $1,440.00 |
| Elizabeth K. Flaagan | Partner | Bankruptcy | $275.00 | 4.8 | $1,320.00 |
| Colin Harris | Partner | Litigation | $250.00 | 0.5 | $125.00 |
| Katheryn J. Coggon | Sp. Counsel | Environmental | $275.00 | 52.0 | $14,300.00 |
| Edward Stevenson | Sr. Counsel | Environmental | $280.00 | 3.9 | $1,092.00 |
| Geoffrey Barry | Associate | Environmental | $220.00 | 223.3 | $49,126.00 |
| Allison Crist | Associate | Corporate | $140.00 | 21.6 | $3,024.00 |
| Joan M. Sherman | Paralegal | Environmental | $125.00 | 6.2 | $775.00 |
| Natalie Tognetti | Paralegal | Environmental | $110.00 | 43.9 | $4,829.00 |
| Loraine C. Street | Paralegal | Environmental | $ 85.00 | 2.0 | $170.00 |
| Susan Haag | Paralegal | Bankruptcy | $105.00 | 17.3 | $1,816.50 |
| Mary Beth Floyd | Info. Spec. | Environmental | $ 90.00 | 1.3 | $117.00 |
| Imelda Mulholland | Info. Spec. | Environmental | $110.00 | 18.1 | $1,991.00 |
| Stephen Haraldson | Doc. Spec. | Environmental | $60.00 | 1.0 | $60.00 |
| **TOTAL** | | | | 490.6 | $111,692.00 |