# EXHIBIT C

| DESCRIPTION | TOTAL |
|---|---|
| Parking | $0.00 |
| Photocopies | $371.30 |
| Facsimiles | $57.00 |
| Long Distance Telephone | $25.35 |
| Outside Courier | $19.50 |
| Travel Expense | $0.00 |
| Lexis | $1,154.46 |
| Westlaw | $242.46 |
| Outside Reproduction | $444.93 |
| Meal Expenses | $0.00 |
| Tab Stock | $3.00 |
| Overtime | $0.00 |
| Other Expenses | $630.40 |
| Velo Binding | $6.00 |
| Federal Express | $343.84 |
| Color Copies | $70.20 |
| Postage | $0.00 |
| Professional Billable Services | $1,804.12 |
| Supplies | $0.00 |
| Research Services | $7.07 |
| **TOTALS** | **$5,179.63** |