**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In Re: | § | Chapter 11 |
| | § | |
| W.R. GRACE & CO., et al., | § | Jointly Administered |
| | § | Case No. 01-01139 (JKF) |
| Debtors. | § | |
| | § | |

**FEE AUDITOR'S FINAL REPORT REGARDING**
**FEE APPLICATION OF BILZIN SUMBERG DUNN BAENA**
**PRICE & AXELROD LLP FOR THE NINTH INTERIM PERIOD**

This is the final report of Warren H. Smith & Associates, P.C., acting in its capacity as fee auditor in the above-captioned bankruptcy proceedings, regarding the Fee Application of Bilzin Sumberg Dunn Baena Price & Axelrod LLP for the Ninth Interim Period.

**BACKGROUND**

1. Bilzin Sumberg Dunn Baena Price & Axelrod LLP ("Bilzin Sumberg") was retained as counsel to the Official Committee of Asbestos Property Damage Claimants. In the Application, Bilzin Sumberg seeks approval of fees totaling $59,032.50 and costs totaling $6,112.70 for its services from April 1, 2003, through June 30, 2003.

2. In conducting this audit and reaching the conclusions and recommendations contained herein, we reviewed in detail the Application in its entirety, including each of the time entries included in the exhibits to the Application, for compliance with 11 U.S.C. § 330, Local Rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, Amended Effective February 1, 2001, and the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. 330, Issued January 30,

1996, (the "Guidelines"), as well as for consistency with precedent established in the United States Bankruptcy Court for the District of Delaware, the United States District Court for the District of Delaware, and the Third Circuit Court of Appeals. We served on Bilzin an initial report based on our review, and received a response from Bilzin, portions of which response are quoted herein.

## DISCUSSION

3. In our initial report, we noted an expense entry on February 25, 2003, for $72.57 which represents a cancellation fee. The entry is provided below.

| 02/25/03 | Airfare Cancellation fee for Hotel - Baltimore, MD - VENDOR: BANKCARD CENTER; INVOICE#: 03/10/03; DATE: 3/10/03 - Acct. #5477950088990006 | 72.57 |

We asked Bilzin to explain the circumstances which necessitated the cancellation, and further address why the estate should be responsible for this fee. Bilzen responded as follows:

> After review of the records, it was determined that this fee was misapplied and should not have been charged to the Estate. Bilzin appreciates the Fee Auditor's bringing this error to our attention and confirms that the $72.57 should not be assessed against the Estate.

We appreciate the response and recommend a reduction of $72.57 in expenses.

4. We noted three meal expense entries for which there is insufficient information. The entries are provided below.

| 04/10/03 | Meals VENDOR: SCOTT L. BAENA; INVOICE#: SLB-04/10/03; DATE: 4/10/03 - Client - 15537 | 76.95 |
| 04/11/03 | Meals VENDOR: PERRICONES'S MARKETPLACE; INVOICE#: 379-04/11/03; DATE: 4/11/03 - Client - 15537 | 92.78 |
| 05/13/03 | Meals Travel to New York - VENDOR: SCOTT L. BAENA; INVOICE#: SLB-05/13/03; DATE: 5/13/03 | 344.61 |

We asked Bilzin for further information, and Bilzen responded as follows:

> The 4/10/03 entry is for a dinner meeting with four individuals at which issues relating to the W.R. Grace and U.S.G. bankruptcies were siscussed, the total amount was split between the two bankruptcies.
>
> The 4/11/03 entry is for a lunch meeting with PD Committee members at which seven individuals were present.
>
> The 5/13/2003 entry relates to three distinct meals. The first was for a breakfast charge in the amount of $24.57 for Scott Baena and Jay Sakalo, the second for a lunch totaling $47.90 for Mr. Baena and Mr. Sakalo and the final meal of $272.14 represents a dinner meeting with two PD Committee members, Mr. Baena and Mr. Sakalo.

We appreciate the response. For the May, 13, 2003, dinner meeting charge of $272.14, we believe that a charge of $50 per dinner is reasonable, and thus recommend a reduction of $72.14 in expenses.

## CONCLUSION

5.  Thus, we recommend approval of fees totaling $59,032.50 and costs totaling $5,967.99 ($6,112.70 minus $144.71) for Bilzin's services from April 1, 2003, through June 30, 2003.

Respectfully submitted,

**WARREN H. SMITH & ASSOCIATES, P.C.**

By: _____
Warren H. Smith
Texas State Bar No. 18757050

Republic Center
325 N. St. Paul, Suite 4080
Dallas, Texas 75201
214-698-3868
214-722-0081 (fax)
whsmith@whsmithlaw.com

**FEE AUDITOR**

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing document has been served First Class United States mail to the attached service list on this 17th day of November, 2003.

                                            Warren H. Smith

## SERVICE LIST
Notice Parties

**The Applicant**

Scott L. Baena
Jay M. Sakalo
BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP
2500 First Union Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131-2385

**The Debtors**

David B. Siegel, Esq.
Sr. V.P. and Gen. Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**Counsel for the Debtors**

James H.M. Sprayregen, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Laura Davis Jones, Esq.
Pachulski, Stang, Ziehl, Young & Jones, P.C.
919 North Market Street, Suite 1600
P.O. Box 8705
Wilmington, DE 19899-8705

**Counsel for the Official Committee of Unsecured Creditors**

Lewis Kruger, Esq
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski, Esq.
Duane Morris & Heckscher
1100 N. Market Street, Suite 1200
Wilmington, De 19801-1246

**Counsel to the Official Committee of Property Damage Claimants**

Scott L. Baena, Esq
Bilzin, Sumberg, Dunn, Baena, Price & Axelrod
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

Michael B. Joseph,Esq.
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

**Counsel to the Official Committee of Personal Injury Claimants**

Elihu Inselbuch, Esq.
Caplin & Drysdale
399 Park Avenue, 36th Floor
New York, NY 10022

Marla R. Eskin
Campbell & Levine, LLC
Suite 300
800 N. King Street
Wilmington, DE  19801

**Official Committee of Equity Holders**

Thomas M. Mayer, Esq.
Kramer Levin Naftalis & Frankel
919 Third Avenue
New York, NY 10022

Teresa K.D. Currier, Esq.
Klett Rooney Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801

**United States Trustee**

Office of the United States Trustee
Frank J. Perch, Esq.
844 King Street, Suite 2311
Wilmington, DE 19801