UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | § | Chapter 11 |
| | § | |
| W.R. GRACE & CO., et al., | § | Jointly Administered |
| | § | Case No. 01-01139 (JKF) |
| Debtors. | § | |
| | § | |

**FEE AUDITOR'S FINAL REPORT REGARDING
FEE APPLICATION OF HAMILTON, RABINOVITZ
& ALSCHULER, INC. FOR THE NINTH INTERIM PERIOD**

This is the final report of Warren H. Smith & Associates, P.C., acting in its capacity as fee auditor in the above-captioned bankruptcy proceedings, regarding the Fee Application of Hamilton, Rabinovitz & Alschuler, Inc. for the Ninth Interim Period (the "Application").

### BACKGROUND

1. Hamilton, Rabinovitz & Alschuler, Inc. ("HRA") was retained as consultants to the Official Committee of Asbestos Property Damage Claimants. In the Application, HRA seeks approval of fees totaling $45,895.00 and costs totaling $4,485.93[1] for its services from April 1, 2003, through June 30, 2003.

2. In conducting this audit and reaching the conclusions and recommendations contained herein, we reviewed in detail the Application in its entirety, including each of the time entries included in the exhibits to the Application, for compliance with 11 U.S.C. § 330, Local Rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, Amended

---

[1] The first page of HRA's Quarterly Fee Application states that the expense reimbursement amount sought is $4,458.93. However, this amount is an error, as the expense summary indicates a total of $4,485.93, which is the total of the monthly applications, and is the total in the category spreadsheet.

**FEE AUDITOR'S FINAL REPORT** - Page 1
wrg FR Hamilton 9int 4-6.03.wpd

Effective February 1, 2001, and the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. 330, Issued January 30, 1996, (the "Guidelines"), as well as for consistency with precedent established in the United States Bankruptcy Court for the District of Delaware, the United States District Court for the District of Delaware, and the Third Circuit Court of Appeals. We served on HRA an initial report based on our review and received a response from HRA, portions of which response are quoted herein.

## DISCUSSION

3.    In our initial report, we noted two entries by Francine F. Rabinovitz and two entries by James H. Hess for working travel totaling 22.00 hours and $8,800.00 which lacked sufficient detail. The entries are provided below.

FFR
04/10/03    4.50    Working travel to Miami (from New York) to meet with Propery Damage (DP) committee (Dan Speights, Martin Diese, Zonolite counsel) and Counsel (Scott Baena, Jay Sakalo) and investment banker (Conway Del Genio). Meeting requested by counsel to explore current status of Bodily Injury Distribution Processes and cash flow analyses in other bankruptcies as they will affect probable Grace TDP. Both James E. Hass (JEH) and Francine F. Rabinovitz (FFR) had to attend this meeting, because JEH is the firm's cash flow analyst and FFR is the expert on the bodily injury TDPs.

04/11/03    8.00    Return working travel (Miami-Atlanta-San Jose-Monterey).

JEH
04/10/03    5.00    Working travel to Miami to meet with PD Committee (Dan Speights, Martin Diese, Zonolite counsel) and Counsel (Scott Baena, Jay Sakalo) and investment banker (Conway Del Genio).

04/11/03    4.50    Return working travel.

While the purpose of the travel is clear, the actual work performed during travel is not detailed. We asked HRA to provide a specific account of the work performed during the hours of travel. HRA

responded as follows:

> Enroute to Miami, both Dr. Rabinovitz and Mr. Hass were working on draft presentation materials to be used at a meeting of the Property Damage Committee regarding Trust Distribution Processes used in other bankruptcies that are similar to what is anticipated for the Grace bankruptcy. During return travel, both Dr. Rabinovitz and Mr. Hass reviewed information on TDPs in other cases (e.g., Armstrong, Babcock & Wilcox) to prepare responses to questions and issues raised at the meeting.

We appreciate the response and have no objection to these fees.

## CONCLUSION

4.  Thus, we recommend approval of fees totaling $45,895.00 and costs totaling $4,485.93 for HRA's services from April 1, 2003, through June 30, 2003.

Respectfully submitted,

**WARREN H. SMITH & ASSOCIATES, P.C.**

By: _____
Warren H. Smith
Texas State Bar No. 18757050

Republic Center
325 N. St. Paul, Suite 4080
Dallas, Texas 75201
214-698-3868
214-722-0081 (fax)
whsmith@whsmithlaw.com

**FEE AUDITOR**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served First Class United States mail to the attached service list on this 17th day of November, 2003.

_____
Warren H. Smith

## SERVICE LIST
Notice Parties

**The Applicant**

Paul J. Silvern
Hamilton, Rabinovitz & Alschuler, Inc.
6033 West Century Blvd., Suite 890
Los Angeles, California 90045

**The Debtors**

David B. Siegel, Esq.
Sr. V.P. and Gen. Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**Counsel for the Debtors**

James H.M. Sprayregen, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Laura Davis Jones, Esq.
Pachulski, Stang, Ziehl, Young & Jones, P.C.
919 North Market Street, Suite 1600
P.O. Box 8705
Wilmington, DE 19899-8705

**Counsel for the Official Committee of Unsecured Creditors**

Lewis Kruger, Esq
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski, Esq.
Duane Morris & Heckscher
1100 N. Market Street, Suite 1200
Wilmington, De 19801-1246

**Counsel to the Official Committee of Property Damage Claimants**

Scott L. Baena, Esq
Bilzin, Sumberg, Dunn, Baena, Price & Axelrod
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

Michael B. Joseph,Esq.
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

**Counsel to the Official Committee of Personal Injury Claimants**

Elihu Inselbuch, Esq.
Caplin & Drysdale
399 Park Avenue, 36th Floor
New York, NY 10022

Marla R. Eskin
Campbell & Levine, LLC
Suite 300
800 N. King Street
Wilmington, DE  19801

**Official Committee of Equity Holders**

Thomas M. Mayer, Esq.
Kramer Levin Naftalis & Frankel
919 Third Avenue
New York, NY 10022

Teresa K.D. Currier, Esq.
Klett Rooney Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801

**United States Trustee**

Office of the United States Trustee
Frank J. Perch, Esq.
844 King Street, Suite 2311
Wilmington, DE 19801