## CERTIFICATE OF SERVICE

I, Jennifer L. Scoliard, Esquire, hereby certify that on this 17th day of November 2003, I caused to be served a copy of the foregoing *Notice of Service of Subpoena* upon the individuals listed below list in the manner indicated.

**Via Hand Delivery**
Laura Davis Jones, Esquire
David W. Carickhoff, Jr., Esquire
Pachulski, Stang, Ziehl, Young &
Jones & Weintraub, P.C.
919 Market Street, 16th Floor
Wilmington, DE  19801

**Via First Class Mail**
James H.M. Sprayregen, Esquire
Janet S. Baer, Esquire
Kirkland & Ellis, LLP
200 East Randolph Drive
Chicago, IL 60601

**Via Hand Delivery**
Frank J. Perch, Esquire
Office of the United States Trustee
844 King Street, Room 2313
Lockbox 35
Wilmington, DE  19801

/s/ Jennifer L. Scoliard
Jennifer L. Scoliard (#4147)

PHIL1 545913-1