# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re* | : | |
| | : | Chapter 11 |
| W.R. GRACE & CO., *et al.* | : | |
| | : | Case Number 01-1139 (JKF) |
| Debtors | : | |
| | : | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I certify that, on October 12, 2003, I caused to be served a copy of the United States Trustee's Objection to the Application Of The Debtors for Order Authorizing the Retention of Protiviti LLP as Sarbanes-Oxley Compliance Consultant via electronic mail to the following person(s):

James Sprayregen, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601
james_sprayregen@chicago.kirkland.com

Laura Davis Jones, Esquire
Pachulski Stang Ziehl Young Jones & Weintraub
919 Market Street, Suite 1600
P.O. Box 8705
Wilmington, DE 19899
ljones@pszyjw.com

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod
200 South Biscayne Boulevard
Suite 2500
Miami, FL 33131
sbaena@bilzin.com

Michael Lastowski, Esquire
Duane Morris & Heckscher
1100 North Market Street, Suite 1200
Wilmington, DE 19801
mlastowski@duanemorris.com

Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
Wilmington, Delaware 19801
ttacconelli@ferryjoseph.com

Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 36th Floor
New York, NY 10022-4614
ei@capdale.com

Marla Eskin, Esquire
Campbell & Levine
800 King Street, Suite 300
Wilmington, DE 19801
meskin@del.camlev.com

Lewis Kruger, Esquire
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038
lkruger@stroock.com

    /s/Frank J. Perch, III
FRANK J. PERCH, III