# EXHIBIT B

## Melissa Flax

**From:** Melissa Flax
**Sent:** Thursday, September 04, 2003 2:17 PM
**To:** 'Byron.Jefferds@usdoj.gov'
**Cc:** 'pgalbraith@pszyjw.com'
**Subject:** RE: WR GRACE fee application

Dear Mr. Jefferds,

I have reviewed Carella Byrne's 17th Monthly Fee Application with respect to the two issues that you raised in your September 2, 2003 email. The following responds to those two issues:

    1. You are correct that the firm has been charging in-house photocopies at the rate of $0.25. We therefore have no objection to reducing our fee application by $168.00. Additionally, I have reviewed our prior applications and will make the appropriate adjustment with the next quarterly application (if that is acceptable to you). In the future, we will ensure that all in-house copy charges are billed at $0.15 per page rather than $0.25 per page.

    2. With respect to the Ritz-Carlton charge, I have reviewed the application and confirmed that the $52.80 was not included in the requested expenses. I provided with the application a copy of the bill that contains two charges -- one for $515.25 for overnight accommodations and one for $52.80. The application requests reimbursement for the $515.25 only.

Please let me know if you need anything further. As you can see, I am copying Paul Galbraith on this email so that the reduction of $168.00 can be made.

Very truly yours,

Melissa E. Flax
Carella, Byrne, Bain, Gilfillan
Cecchi, Stewart & Olstein
5 Becker Farm Road
Roseland, New Jersey 07068
(973) 994-1700
(973) 994-1744 (fax)
mflax@carellabyrne.com <mailto:mflax@carellabyrne.com>


-----Original Message-----
From: Byron.Jefferds@usdoj.gov [mailto:Byron.Jefferds@usdoj.gov]
Sent: Tuesday, September 02, 2003 10:02 AM
To: 'mflax@carellabyrne.com'
Subject: WR GRACE fee application

Dear Ms. Flax,

I was given this contact by Paula Galbraith from Pachulski Stang.

In the firm's 17th monthly application for compensation and reimbursement of expenses for the month of July 2003, I find two issues that require a reduction in the request for reimbursement. The firm is charging $0.25/page for internal photocopying. The Court Rules cap the reimbursement at $0.15/page. This requires a reduction of $168.00. I request that you review previous applications to determine other reductions that may be required to comply with the Court Rules.

Mr. John Agnello submits an invoice for hotel charges at the Ritz-Carleton in Georgetown for July 17, 2003 which appears to include $52.80 for liquor and wine. Alcoholic beverages are not reimbursable, therefore this expense must be excluded for reimbursement.

Please confirm my figures and contact me to let me know if the firm is agreeable to voluntarily reducing its request for reimbursement by $220.80 plus any additional reduction for overcharges in previous applications. The procedure for amending the request is very simple and will only involve an e-mail to your local counsel copied to me.

Thank you for your cooperation.

Byron Jefferds
302-573-6480

## Melissa Flax

**From:** System Administrator [postmaster@PSZYJ.COM]
**Sent:** Thursday, September 04, 2003 2:17 PM
**To:** MFlax@carellabyrne.com
**Subject:** Delivered: RE: WR GRACE fee application

RE: WR GRACE fee application

<<RE: WR GRACE fee application>> Your message

To: 'Byron.Jefferds@usdoj.gov'
Cc: 'pgalbraith@pszyjw.com'
Subject: RE: WR GRACE fee application
Sent: Thu, 4 Sep 2003 11:17:29 -0700

was delivered to the following recipient(s):

Paula Galbraith on Thu, 4 Sep 2003 11:16:59 -0700
    MSEXCH:MSExchangeMTA:PSZY:MAILGE

1