# EXHIBIT C

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:                                          )
                                                )     Chapter 11
                                                )
W. R. GRACE & CO. et al.                        )     Case No. 01-01139 (JKF)
                                                )     (Jointly Administered)
            Debtors.                            )   Objection Deadline: Oct. 8, 2003 at 4:00p.m.
                                                      Hearing Date:   TDB only if necessary

## SUMMARY COVERSHEET TO EIGHTEENTH MONTHLY INTERIM APPLICATION OF CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR AUGUST 1, 2003 THROUGH AUGUST 31, 2003

| | |
|---|---|
| Name of Applicant: | Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein ("CBBG") |
| Authorized to provide professional services to: | Special Litigation and Environmental Counsel to Debtors |
| Date of Retention: | February 1, 2002 |
| Period for which compensation and reimbursement is sought | August 1, 2003 through August 31, 2003 |
| Amount of compensation sought as actual, reasonable and necessary | $61,246.00 for the period August 1, 2003 through August 31, 2003 in professional fees |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $1,936.00 for the period of August 1, 2003 through August 31, 2003 |

This is a:                    Monthly interim application

Prior Applications filed:     Yes

| Date Filed | Period Covered | Requested Fees (80%) | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 04/30/02 | 03/01/02 through 03/31/02 | $11,914.00 | $1,601.57 | Paid | Paid |
| 05/16/02 | 04/01/02 through 04/30/02 | $18,244.80 | $800.41 | Paid | Paid |
| 06/02 | 05/01/02 through 05/31/02 | $10,476.80 | $1,952.06 | Paid | Paid |
| 07/02 | 06/01/02 through 06/30/02 | $23,778.80 | $124.87 | Paid | Paid |
| 08/02 | 07/01/02 through 07/31/02 | $21,644.40 | $382.71 | Paid | Paid |
| 09/02 | 08/01/02 through 08/31/02 | $34,612.80 | $2,524.85 | Paid | Paid |
| 10/02 | 9/01/02 through 9/30/02 | $29,157.20 | $2,926.37 | Paid | Paid |
| 11/02 | 10/01/02 through 10/31/02 | $25,916.00 | $2,067.73 | Paid | Paid |
| 12/02 | 11/01/02 through 11/30/02 | $27,517.20 | $2,314.21 | Paid | Paid |
| 01/03 | 12/01/02 through 12/31/02 | $56,228.40 | $8,398.02 | Paid | Paid |

| 02/03 | 01/01/03 through 01/31/03 | $144,530.40 | $9,533.27 | Paid | Paid |
| 03/03 | 02/01/03 through 02/28/03 | $80,008.09 | $19,621.20 | Paid | Paid |
| 04/03 | 03/01/03 through 03/31/03 | $108,130.40 | $16,983.37 | Paid | Paid |
| 5/03 | 04/01/03 through 04/30/03 | $69,407.60 | $3,684.64 | Paid | Paid |
| 6/03 | 05/01/03 through 05/31/03 | $26,057.93 | $0 | Paid | Paid |
| 7/03 | 06/01/30 through 06/30/03 | $60,407.20 | $2,061.28 | Paid | Paid |
| 8/03 | 07/01/03 through 07/31/03 | $78,271.60 | $9,347.66 | Application Pending | Application Pending |

As indicated above, this is the eighteenth application for interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases.

## Summary of Compensation Requested

| Name of Professional Individual | Position, year assumed, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| John M. Agnello | Partner | $340 | 125.70 | $42,738.00 |
| Melissa E. Flax | Partner | $225 | 37.70 | $8,482.50 |
| Robert C. Scrivo | Associate | $210 | 47.20 | $9,912.00 |
| Jake K. Kubert | Associate | $140 | 1.30 | $91.00 |
| Laura Florence | Paralegal | $75 | 0.30 | $22.50 |

Total Fees          $61,246.00

Total Hours          212.20

## EXPENSE SUMMARY

| Expense Category | Total Expenses |
|---|---|
| Copies – Internal and Outside | $375.45 |
| Westlaw/Pacer | $578.47 |
| Telephone | $160.38 |
| Faxes | $128.00 |
| FedEx | $475.60 |
| Travel | ($30.20) |
| Messenger | |
| Additional Staff Time | $186.70 |
| Court Reporter (Hearing Transcript) | 61.60 |
| | |
| | |
| Total | $1,936.00 |

Dated:  September 12, 2003

**ATTACHMENT B**
**TO FEE APPLICATION**
**(July 1, 2003 through July 31, 2003)**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| John M. Agnello | Partner | $340 | 125.70 | $42,738.00 |
| Melissa E. Flax | Partner | $225 | 37.70 | $8,482.50 |
| Robert C. Scrivo | Associate | $210 | 47.20 | $9,912.00 |
| Jake K. Kubert | Associate | $140 | 1.30 | $91.00 |
| Laura Florence | Paralegal | $75 | 0.30 | $22.50 |

| | | |
|---|---|---|
| Grand Total: | | $61,246.00 |
| Blended Rate: | | |

## COMPENSATION BY PROJECT CATEGORY[1]

| Project Category (Examples) | Total Hours | Total Fees |
|---|---|---|
| Asset Analysis | | |
| Asset Disposition | | |
| Business Operations | | |
| Case Administration | | |
| Claims Analysis Objection Resolution & Estimation (Asbestos) | | |
| Claims Analysis Objection Resolution & Estimation (Non-Asbestos) | | |
| Committee (All – Creditors', Noteholders', Equity Holders', etc.) | | |
| Employee Benefits/Pensions | | |
| Employment Applications, Applicant | | |
| Employment Applications, Others | | |
| Expenses | | $1,936.00 |
| Fee Applications, Applicant | 15.00 | $3,490.00 |
| Fee Applications, Others | | |
| Financing | | |
| Hearings | | |
| Litigation and Litigation Consulting | 195.90 | $57,665.00 |
| Plan and Disclosure Statement | | |
| Relief from Stay Proceedings | | |
| Tax Issues | | |
| Tax Litigation | | |
| Travel – non-working | 1.30 | $91.00 |
| Valuation | | |
| ZAI Science Trial | | |
| ZAI Science Trial – Expenses | | |
| Other (Explain) | | |

[1] In accordance with the Court's directive at the August 26, 2002 hearing, the compensation by project category has been revised to reflect the additional project categories required by the Court and the Fee Auditor.

### EXPENSE SUMMARY

| Expense Category (Examples) | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Computer Assisted Legal Research | | $578.47 |
| Facsimile (with rates) | | $128.00 ($1.00 per page) |
| Long Distance Telephone | | $160.38 |
| In-House Reproduction | | $375.45 ($0.15 per page) |
| Outside Reproduction | | |
| Outside Research | | |
| Filing/Court Fees | | |
| Court Reporting | Charles P. McGuire | $61.60 |
| Local Travel | JKK (8/11/03) | $14.80 |
| Out-Of-Town Travel<br>    train<br>    airfare<br>    car/taxi service<br>    hotel | JMA (7/16/02) | ($45.00) |
| Courier & Express Carriers (e.g. Federal Express) | Federal Express | $475.60 |
| Postage | | |
| Other (Explain) - Working meal | | |
| Messenger | | |
| Security at Site | SARA Consultants | |
| Additional Staff Time | | $186.70 |
| | | |

Dated:  September 12, 2003

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:                                          )
                                                )
                                                )    Chapter 11
                                                )
W. R. GRACE & CO. et al.[1]                     )    Case No. 01-01139 (JKF)
                                                )    (Jointly Administered)
            Debtors.                            )

## VERIFICATION

JOHN M. AGNELLO, after being duly sworn according to law, deposes and says:

1.      I am a partner with the applicant firm, Carella, Byrne, Bain, Gilfillan,

Cecchi, Stewart & Olstein and I am a member in good standing of the bars of the State of New

Jersey, the United States District Court for the District of New Jersey, the United States Court of

Appeals for the Third Circuit, the State of New York, the United States District Courts for the

Southern and Eastern Districts of New York and the Supreme Court of the United States.

---

[1] 'The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. -Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food `N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (Ma Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G_ C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners 1, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Curving, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

2.    I have personally performed certain of, and overseen the legal services rendered by Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein as special litigation and environmental counsel to the Debtors and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

3.    The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

_____
John M. Agnello

In the State of New Jersey

SWORN TO AND SUBSCRIBED
before me this ___ day of September, 2003

_____
Notary Public

My Commission Expires:

LOIS ISAACSON
A Notary Public of New Jersey
My Commission Expires 6/19/06

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | )    Chapter 11 |
| | ) |
| W. R. GRACE & CO. et al. [1] | )    Case No. 01-01139 (JKF) |
| | )    (Jointly Administered) |
| Debtors. | ) Objection Deadline: Oct. 8 , 2003 at 4:00p.m. |
| |          Hearing Date :   TDB only if necessary |

**FEE DETAIL FOR CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI,
STEWART & OLSTEIN'S MONTHLY FEE APPLICATION FOR THE PERIOD
FROM AUGUST 1, 2003 THROUGH AUGUST 31, 2003**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. -Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food `N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (Ma Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G_ C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners 1, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Curving, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

W.R. GRACE & COMPANY                    September 9, 2003
5400 BROKEN SOUND BLVD., N.W.           Invoice No. 20910
BOCA RATON, FL  33487                   Client No.  734680
ATTN: RICHARD A. SENFTLEBEN, ESQ.


For Professional Services Rendered through   08/31/03

Matter #         734680.1        VS. ALLIED SIGNAL


## Litigation and Litigation Consulting

| | | |
|---|--:|--:|
| 08/01/03 JMA Phone - J. Stewart re: Supersedeas Bond | .10 | 34.00 |
| 08/01/03 JMA Phone - R. Senftleben re: status | .20 | 68.00 |
| 08/01/03 JMA Phone - A. Nagy re: status | .10 | 34.00 |
| 08/01/03 JMA RCRA Fee Petition - phone - K. Millian re: Scheduling Order | .30 | 102.00 |
| 08/01/03 JMA Phone - B. Hughes re: meeting with Special Master | .30 | 102.00 |
| 08/01/03 JMA Receipt and review email from J. Stewart re: supersedeas Bond | .10 | 34.00 |
| 08/01/03 JMA Receipt and review email from B. Hughes re: meeting with Special Master | .10 | 34.00 |
| 08/01/03 JMA Review all prior correspondence and motions re: Honeywell/Roned settlement | 2.00 | 680.00 |
| 08/01/03 JMA Letter to Judge Cavanaugh re: Honeywell/Roned settlement | 1.60 | 544.00 |
| 08/01/03 JMA Revisions to letter to Judge Cavanaugh re: Honeywell/Roned settlement | .90 | 306.00 |
| 08/01/03 JMA Phone - K. Coakley re: cleanup standards | .30 | 102.00 |
| 08/01/03 JMA Appeal - letter to Third Circuit Case Manager - Final Judgment Appeal | .60 | 204.00 |
| 08/01/03 JMA Appeal - conference with MEF re: dismissal of first appeal | 1.00 | 340.00 |
| 08/01/03 JMA Appeal - Revisions to letter to Case Manager - Final Judgment Appeal | .40 | 136.00 |
| 08/01/03 MEF Conference with JMA re: dismissal of 1st appeal | 1.00 | 225.00 |

W.R. GRACE & COMPANY                                    September 9, 2003
Client No.              734680                  Page      2
INVOICE NO.             20910

08/01/03 MEF Review correspondence re: Roned/Honeywell        .50    112.50
             proposed consent orders in connection with
             letter to Judge Cavanaugh

08/01/03 MEF Review and revise letter to Judge Cavanaugh re:  .40     90.00
             Roned/Honeywell settlement and proposed consent
             orders

08/04/03 JMA Conference with B. Hughes re: financial          .40    136.00
             assurance, suersedeas bond, meeting with
             Special Master

08/04/03 JMA Review of K. Brown analysis of soil mix wall     .80    272.00
             vs. sheet piling

08/04/03 JMA Preliminary review of draft bid documents for   1.00    340.00
             transportation, treatment and disposal;
             groundwater, wastewater treatment plant;
             demolition, excavation, backfill; operations
             and management; sheet piling

08/04/03 JMA Receipt and review letter from K. Coakley        .20     68.00

08/04/03 JMA Receipt and review letter from B. Terris to      .70    238.00
             Judge Cavanaugh and attachments re:
             Roned/Honeywell settlement

08/04/03 JMA RCRA Fee Petition - receipt and review letter    .30    102.00
             from D. Field to Judge Cavanaugh with proposed
             Scheduling Order

08/04/03 JMA Receipt and review letter from D. Mairo to       .10     34.00
             Judge Cavanaugh

08/04/03 JMA Receipt and review First Progress Report of      .40    136.00
             Special Master

08/04/03 JMA Receipt and review letter from J. Stewart to     .80    272.00
             Clerk with Honeywell opposition to Financial
             Assurance Recommendation

08/04/03 JMA Appeal - Conference with MEF re:                 .60    204.00
             consolidation/dismissal issue

08/04/03 JMA Review Supersedeas Bond correspondence and       .60    204.00
             documents for conference call

08/04/03 JMA Conference call with J. Stewart re: Supersedeas  .40    136.00
             Bond

08/04/03 MEF Review Honeywell's motion to consolidate         .20     45.00
             appeals

```
W.R. GRACE & COMPANY                                September 9, 2003
Client No.            734680                        Page      3
INVOICE NO.           20910
```

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 08/04/03 | MEF | Research premature appeals, consolidate, dismissal | 1.50 | 337.50 |
| 08/04/03 | MEF | Appeal - t/c with A. Laws re: consolidation motion | .30 | 67.50 |
| 08/04/03 | MEF | Begin drafting response to motion to consolidate and motion to dismiss | 1.80 | 405.00 |
| 08/04/03 | MEF | Conf with JMA re: appeal/consolidation motion | .30 | 67.50 |
| 08/04/03 | RCS | Review and compare differences between May 15 Opinion and June 30 Final Judgment; meeting with JMA re: same | .70 | 147.00 |
| 08/05/03 | JMA | Review correspondence and submission re: Honeywell work Plan for meeting with Special Master | 1.50 | 510.00 |
| 08/05/03 | JMA | Meeting with Grace representatives and B. Hughes in preparation for meeting with Special Master | 2.00 | 680.00 |
| 08/05/03 | JMA | Attend meeting with Special Master and representatives of all parties | 6.00 | 2040.00 |
| 08/05/03 | JMA | Meeting with Grace representatives and B. Hughes re: issues presented at 8/5/03 meeting with Special Master and all parties | 2.00 | 680.00 |
| 08/05/03 | MEF | Appeal - Continue drafting response in opposition to Honeywell's motion to consolidate and in support of motion to dismiss | 3.50 | 787.50 |
| 08/05/03 | MEF | T/cs with Alyssa at Judge Cavanaugh's re: 8/11/03 hearing | .40 | 90.00 |
| 08/05/03 | MEF | T/c with JMA re: 8/11/03 hearing | .20 | 45.00 |
| 08/05/03 | RCS | Site visit to ECARG Property to accompany representatives from Lewis Berger & Assoc. (Senator Torricelli's environmental consultants) and James Wong | 3.40 | 714.00 |
| 08/06/03 | JMA | Review Honeywell proposals for immediate action | .50 | 170.00 |
| 08/06/03 | JMA | Draft memo/list re: Honeywell proposals for immediate action | .50 | 170.00 |
| 08/06/03 | JMA | Meeting with Grace representatives and B. Hughes re: preparation for meeting with Special Master | 1.00 | 340.00 |

```
W.R. GRACE & COMPANY                                  September 9, 2003
Client No.              734680                        Page      4
INVOICE NO.             20910
```

08/06/03 JMA Attend meeting with Special Master and          5.20   1768.00
             representatives of all parties

08/06/03 JMA Meeting with Grace representatives and B.       1.00    340.00
             Hughes re: issues raised at Special Master
             meeting

08/06/03 JMA Conference with B. Hughes re: Honeywell motion    .50   170.00
             to stay

08/06/03 MEF Email to all counsel re: 8/11/03 hearing          .20    45.00

08/06/03 MEF Email from D. Field re: issue on for hearing      .20    45.00

08/06/03 MEF Email to D. Field re: issues on for hearing       .30    67.50

08/06/03 MEF Review letter from D. Field re: additional info   .40    90.00
             for RCRA fee petition

08/06/03 RCS Meeting with JMA re: Honeywell motion for         .20    42.00
             partial stay

08/06/03 RCS T/cs with Mike Williams, Esq. re: assignment to   .80   168.00
             respond to Honeywell motion for partial stay

08/06/03 RCS Review and analyze Honeywell's brief and        2.50    525.00
             affidavit in support of motion for partial stay
             of injunctive relief pending appeal

08/06/03 RCS Research to oppose Honeywell's motion for       3.50    735.00
             partial stay

08/07/03 JMA Review Honeywell Work Plan re: letter to Judge  1.00    340.00
             Cavanaugh re: Roned/Honeywell settlement

08/07/03 JMA Letter to Judge Cavanaugh re: Roned/Honeywell   1.20    408.00
             settlement

08/07/03 JMA Revisions to letter to Judge Cavanaugh re:        .80   272.00
             Roned/Honeywell settlement

08/07/03 JMA Appeal - review Honeywell motion to consolidate   .40   136.00

08/07/03 JMA Phone - R. Senftleben re: Honeywell motion to     .30   102.00
             stay

08/07/03 JMA Appeal - review of and comments to opposition   1.40    476.00
             to consolidate and motion to dismiss appeal

08/07/03 JMA Conference with MEF re: revisions to opposition 1.00    340.00
             to consolidate and motion to dismiss appeal

```
W.R. GRACE & COMPANY                                    September 9, 2003
Client No.              734680                   Page      5
INVOICE NO.             20910
```

08/07/03 MEF Appeal - Conf. with JMA re: opposition to        1.00    225.00
             Honeywell motion to consolidate and motion to
             dismiss appeal 03-2670

08/07/03 MEF Appeal - revise and finalize motion papers re:   2.20    495.00
             Honeywell motion to consolidate and Grace
             motion to dismiss

08/07/03 MEF Email to/from CHM re: 8/11/03 hearing             .30     67.50

08/07/03 MEF RCRA Fee App - begin review of itemized          .50    112.50
             expenses re: Honeywell's request

08/08/03 JMA Review notes of August 5 and August 6 meetings   1.00    340.00
             with Special Master re: Honeywell letter on
             expedited items

08/08/03 JMA Phone - C. Marraro re: status update             .60    204.00

08/08/03 JMA Phone - counsel for Special Master               .40    136.00

08/08/03 JMA Phone - J. Stewart re: Supersedeas Bond          .20     68.00

08/08/03 JMA Review of and comments to letter from Honeywell  1.00    340.00
             with proposed expedited items

08/08/03 JMA Receipt and review letter from S. German to      .10     34.00
             Clerk

08/08/03 JMA Receipt and review letter from S. German to      .10     34.00
             Judge Cavanaugh

08/08/03 JMA Receipt and review Riverkeeper reply brief re:   1.20    408.00
             motion to enter judgment in Riverkeeper and
             Supreme Court case cited in reply brief

08/08/03 JMA Receipt and review letter from D. Field to       .10     34.00
             Clerk

08/08/03 JMA Receipt and review Honeywell Supplemental        1.00    340.00
             response re: Financial Assurances

08/08/03 JMA RCRA Fee Petition - review Honeywell request     .40    136.00
             for supplemental information

08/08/03 JMA Review Berger Group resumes and materials        .60    204.00

08/08/03 JMA RCRA Fee Petition - receipt and review executed  .20     68.00
             Scheduling Order

08/08/03 MEF Email from WFH re: electronic version of         .20     45.00
             Findings of Fact and Conclusions of Law

```
W.R. GRACE & COMPANY                                September 9, 2003
Client No.            734680                  Page       6
INVOICE NO.           20910
```

08/08/03 MEF Email to WFH re: electronic version of Findings    .20    45.00
             of Facts and Conclusions of Law

08/08/03 MEF RCRA Fee Petition - review detailed expenses      1.00   225.00

08/11/03 JMA Review pleadings and correspondence for hearing   1.50   510.00
             before Judge Cavanaugh

08/11/03 JMA Attend hearing before Judge Cavanaugh on          3.50  1190.00
             Financial Assurance, Riverkeeper Judgment and
             Honeywell/Roned RCRA claim settlement

08/11/03 JMA Appeal - conference with C. Marraro re: status    1.50   510.00
             of motion practice, potential motion to
             stay/expedited appeal

08/11/03 JMA RCRA Fee Petition - conference with C. Marraro    2.00   680.00
             and MEF re: Honeywell supplemental information
             request

08/11/03 JMA Conference with C. Marraro re: status of         2.50   850.00
             remedial activities and strategy for Work Plan

08/11/03 JMA Conference call with R. Senftleben and C.          .50   170.00
             Marraro

08/11/03 MEF RCRA Fee Petition - t/c with JMA re: response      .30    67.50
             to D. Field request for back up

08/11/03 MEF RCRA Fee Petition - work on response to D.         .50   112.50
             Field request for back-up

08/11/03 MEF RCRA Fee Petition - conf with RSC re: Wallace      .30    67.50
             King response to D. Field request for back-up

08/11/03 MEF Review Rules 29 and 29.1 re: amicus curiae         .50   112.50

08/11/03 MEF Memo to JMA and CHM re: amicus curiae              .50   112.50

08/11/03 MEF Conference with CHM re: results of hearing         .40    90.00

08/11/03 MEF RCRA Fee Petition - Conference with CHM and JMA    .60   135.00
             re: response to D. Field request for back up

08/11/03 MEF Review Honeywell's proposed supersedeas bond,      .60   135.00
             affidavit of justification and order approving
             supersedeas bond

08/11/03 MEF Voicemail - C. McGuire re: transcript of           .20    45.00
             hearing

08/11/03 MEF T/c with M. Caffrey re: Supersedeas Bond,          .20    45.00
             Affidavit and Order

W.R. GRACE & COMPANY                                    September 9, 2003
Client No.              734680                 Page       7
INVOICE NO.             20910

| | | |
|---|---|---|
| 08/11/03 RCS RCRA fee petition - meetings with MEF re: coordinating document production with Wallace King | .30 | 63.00 |
| 08/11/03 RCS RCRA fee petition - t/c with Tamara Parker at Wallace King re: document production | .30 | 63.00 |
| 08/11/03 RCS Receipt and review of memorandum of law from Mike Williams, Esq. | .70 | 147.00 |
| 08/11/03 RCS Review Court's Amended Opinion in conjunction with rebutting Honeywell's position that injunctive relief unavailable under strict liability cause of action | .70 | 147.00 |
| 08/11/03 RCS Research whether injunctive relief available under strict liability cause of action | 2.50 | 525.00 |
| 08/11/03 RCS Start drafting outline re: rebutting Honeywell's motion for partial stay pending appeal | 1.00 | 210.00 |
| 08/12/03 JMA Letter to L Walsh re: Grace Defendants' response to Honeywell proposed expedited items | 2.30 | 782.00 |
| 08/12/03 JMA Receipt and review email from R. Senftleben | .20 | 68.00 |
| 08/12/03 JMA Appeal - receipt and review memo from MEF re: amicus issues | .20 | 68.00 |
| 08/12/03 JMA Receipt and review letter from J. Kyles at Parsons with 2003 groundwater data, boring logs, storm water data | .50 | 170.00 |
| 08/12/03 JMA Phone - C. Marraro re: groundwater data, etc. | .30 | 102.00 |
| 08/12/03 JMA Letter to C. Marraro and K. Brown | .20 | 68.00 |
| 08/12/03 JMA Receipt and review email from B. Terris and K. Millian with chromium sediment distribution NY/NJ harbor | .40 | 136.00 |
| 08/12/03 JMA Receipt and review TCLP and pH chart from K. Brown | .30 | 102.00 |
| 08/12/03 JMA RCRA Fee Petition - phone - C. Marraro re: supplemental information demand | .30 | 102.00 |
| 08/12/03 JMA RCRA Fee Petition - phone - C. Marraro and D. Field re: supplemental information demand | .30 | 102.00 |
| 08/12/03 JMA Receipt and review letter from M. Daneker re: deposition of Riverkeeper | .20 | 68.00 |

```
W.R. GRACE & COMPANY                                      September 9, 2003
Client No.              734680                            Page      8
INVOICE NO.             20910
```

| Date | Init | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 08/12/03 | JMA | RCRA Fee Petition – phone – C. Marraro re: supplemental information from experts | .20 | 68.00 |
| 08/12/03 | JMA | Receipt and review letter from D. Field to Judge Cavanaugh with proposed  Order re: Honeywell/Roned settlement | .30 | 102.00 |
| 08/12/03 | JMA | Review Honeywell/Roned motion file | .40 | 136.00 |
| 08/12/03 | JMA | Phone – C. Marraro re: Honeywell/Roned Order dismissing claims against each other | .30 | 102.00 |
| 08/12/03 | JMA | Letter to Judge Cavanaugh re: Honeywell/Roned Order | .30 | 102.00 |
| 08/12/03 | JMA | Revisions to letter to Judge Cavanaugh | .30 | 102.00 |
| 08/12/03 | MEF | Voice mail – M. Caffrey re: supersedeas bond | .20 | 45.00 |
| 08/12/03 | MEF | T/c with M. Caffrey re: documentation for bond | .20 | 45.00 |
| 08/12/03 | RCS | Continued research re: injunctive relief granted for strict liability claims in order to oppose Honeywell's motion for partial stay | 3.00 | 630.00 |
| 08/12/03 | RCS | RCRA – Fee Petition – telephone communications with Tamara Parker re: coordinating production of documents requested by Honeywell | .20 | 42.00 |
| 08/13/03 | JMA | Receipt and review Order granting Special Master's 1st Fee Application | .20 | 68.00 |
| 08/13/03 | JMA | Receipt and review Order approving retention of L. Berger Group | .20 | 68.00 |
| 08/13/03 | JMA | Revisions to letter to counsel for Special Master re: Honeywell expedited items | 2.00 | 680.00 |
| 08/13/03 | JMA | Phone – C. Marraro re: letter re: Honeywell expedited items | .40 | 136.00 |
| 08/13/03 | JMA | Phone – counsel for Special Master | .30 | 102.00 |
| 08/13/03 | JMA | RCRA Fee Petition – preliminary review of draft response to Honeywell request for supplemental information on RCRA Fee Petition | .60 | 204.00 |
| 08/13/03 | JMA | RCRA Fee Petition – phone – C. Marraro re: Honeywell request for supplemental information | .40 | 136.00 |
| 08/13/03 | RCS | T/c with Rebecca Shuller, Esq. re: production of documents in response to Honeywell's requests for back up data | .30 | 63.00 |

```
W.R. GRACE & COMPANY                              September 9, 2003
Client No.              734680                     Page     9
INVOICE NO.             20910
```

08/13/03 RCS Continued research re: injunctive relief          1.50    315.00
             granted upon claim of New Jersey common law
             strict liability

08/13/03 RCS Preparation of draft memorandum of law re:        6.50   1365.00
             availability of injunctive relief upon
             successful claim under strict liability in
             response to Honeywell's motion for partial stay
             pending appeal

08/14/03 JMA Phone - C. Marraro re: Honeywell immediate          .30    102.00
             action items

08/14/03 JMA RCRA Fee Petition - phone - A. Shahinian re:        .20     68.00
             Affidavit of Market Rates

08/14/03 JMA Receipt and review letter from K. Coakley with      .20     68.00
             proposed Stipulation

08/14/03 JMA Review file documents in connection with review   1.70    578.00
             and comments to Special Master proposed
             Stipulation as to immediate action items

08/14/03 JMA Receipt and review letter from B. Mueller to        .20     68.00
             Judge Cavanaugh

08/14/03 JMA Phone - B. Mueller and C. Marraro re: form of       .40    136.00
             Order dismissing Roned/Honeywell crossclaims

08/14/03 JMA Phone - C. Marraro re: form of Order dismissing     .20     68.00
             Roned/Honeywell crossclaims

08/14/03 JMA Phone - L. Walsh, T. Lewis, C. Marraro re:          .80    272.00
             Proposed Stipulation on immediate action items

08/14/03 JMA RCRA Fee Petition - comments to Grace draft       1.50    510.00
             response to Honeywell request for supplemental
             information

08/14/03 JMA Phone - C. Marraro re: finalize Grace's request   1.70    578.00
             to Honeywell request for supplemental
             information

08/14/03 JMA Phone  - D. Field and C. Marraro                    .20     68.00

08/14/03 JMA Phone - B. Mueller's secretary                      .10     34.00

08/14/03 JMA Phone - C. Marraro re: Supersedeas Bond             .20     68.00

08/14/03 RCS Continued draft of memorandum of law in           5.00   1050.00
             opposition to Honeywell's motion for partial
             stay

```
W.R. GRACE & COMPANY                                    September 9, 2003
Client No.              734680                          Page      10
INVOICE NO.             20910
```

| Date | | Description | Hours | Amount |
|------|---|-------------|-------|--------|
| 08/14/03 | RCS | Meeting with JMA re: response to Honeywell's motion to consolidate appeals | .20 | 42.00 |
| 08/14/03 | RCS | Research re: motion to consolidate the appeals – response to Honeywell's motion to consolidate – caselaw and Fed. Rules of Appellate Procedure | 1.50 | 315.00 |
| 08/15/03 | JMA | Receipt and review Order approving Special Master and professional fees | .30 | 102.00 |
| 08/15/03 | JMA | Receipt and review letter from L. Walsh | .10 | 34.00 |
| 08/15/03 | JMA | Receipt and review Order approving of L. Berger | .20 | 68.00 |
| 08/15/03 | JMA | Receipt and review Honeywell Third Progress Report | .40 | 136.00 |
| 08/15/03 | JMA | Receipt and review email from M. Obradovic with letter from DEP | .40 | 136.00 |
| 08/15/03 | JMA | Receipt and review Order re: Honeywell/Roned Settlement | .20 | 68.00 |
| 08/15/03 | JMA | Receipt and review letter from L. Walsh to T. Milch | .10 | 34.00 |
| 08/15/03 | JMA | Review transcript of hearing on 8/11/03 re: financial Assurance issue | .50 | 170.00 |
| 08/15/03 | JMA | Receipt and review letter from D. Field to K. Millian | .10 | 34.00 |
| 08/15/03 | JMA | Receipt and review letter from J. Kyles | .20 | 68.00 |
| 08/15/03 | JMA | Receipt and review reports, contracts and field data from Parsons | 1.00 | 340.00 |
| 08/15/03 | JMA | Phone – M. Caffrey re: Supersedeas Bond | .20 | 68.00 |
| 08/15/03 | JMA | Phone – C. Marraro re: Honeywell motion to stay | .20 | 68.00 |
| 08/15/03 | JMA | Receipt and review Honeywell notice of motion to stay judgment | .20 | 68.00 |
| 08/15/03 | JMA | Receipt and review Honeywell memorandum in support of motion to stay and selected cases cited therein | 2.80 | 952.00 |
| 08/15/03 | JMA | Receipt and review Declaration of T. Fischer in support of motion to stay | 1.10 | 374.00 |
| 08/15/03 | JMA | Receipt and review proposed stay order | .10 | 34.00 |

```
W.R. GRACE & COMPANY                                    September 9, 2003
Client No.                  734680            Page        11
INVOICE NO.                 20910
```

| | | | |
|---|---|---|---|
| 08/15/03 RCS | Meeting with JMA re: reply to Honeywell's response on motion to consolidate appeals | .20 | 42.00 |
| 08/15/03 RCS | Continued research re: replying to Honeywell's response on motion to consolidate | 2.00 | 420.00 |
| 08/15/03 RCS | Preparation of legal memorandum replying to Honeywell's response on motion to consolidate appeals | 2.50 | 525.00 |
| 08/16/03 JMA | Receipt and review letter from T. Milch to Third Circuit Clerk | .10 | 34.00 |
| 08/16/03 JMA | Review of Honeywell reply to Grace motion to dismiss Appeal 03-2760 | .40 | 136.00 |
| 08/16/03 JMA | Review cases cited by Honeywell in reply | 1.40 | 476.00 |
| 08/16/03 JMA | Preparation of Grace reply – Grace motion to dismiss | 2.70 | 918.00 |
| 08/16/03 JMA | Letter to Clerk of Third Circuit | .30 | 102.00 |
| 08/18/03 JMA | Receipt and review letter from Parsons to Special Master | .10 | 34.00 |
| 08/18/03 JMA | Receipt and review Honeywell Geophysical Work Plan | 1.00 | 340.00 |
| 08/18/03 JMA | Receipt and review letter from Special Master re: Work Plan | .20 | 68.00 |
| 08/18/03 JMA | Receipt and review letter from W. Mueller to Judge Cavanaugh | .20 | 68.00 |
| 08/18/03 JMA | Receipt and review letter from S. German to M. Haneker | .10 | 34.00 |
| 08/18/03 JMA | RCRA Fee Petition – receipt and review letter from C. Marraro to D. Field in response to demand for information | .30 | 102.00 |
| 08/18/03 JMA | Receipt and review letter from C. Marraro to K. Coakley with revisions to Stipulation – Immediate Action Items | .50 | 170.00 |
| 08/18/03 JMA | Receipt and review letter from K. Coakley to Clerk | .10 | 34.00 |
| 08/18/03 JMA | Receipt and review notice of motion re: Special Master Second Fee Application | .20 | 68.00 |

```
W.R. GRACE & COMPANY                                    September 9, 2003
Client No.              734680                  Page        12
INVOICE NO.             20910
```

| | | |
|---|---|---|
| 08/18/03 JMA Receipt and review Special Master's Second Fee Application | .40 | 136.00 |
| 08/18/03 JMA Receipt and review proposed order | .10 | 34.00 |
| 08/18/03 RCS T/c with JMA re: obtaining Honeywell-Roned Settlement Order | .40 | 84.00 |
| 08/18/03 RCS T/c to clerk's office re: Honeywell-Roned Settlement Order | .20 | 42.00 |
| 08/18/03 RCS Receipt and review of Honeywell-Roned Settlement Order; annex to reply | .20 | 42.00 |
| 08/19/03 JMA Phone - C. Marraro re: Grace opposition to Honeywell motion to stay | .30 | 102.00 |
| 08/19/03 RCS T/c with Kim Harris at NJ Lawyer's Fund for Client Protection re: updating pro hac vice admissions of Bill Hughes, Esq. and Rick Wallace, Esq. | .20 | 42.00 |
| 08/19/03 RCS Memorandum to MEF re: NJ Lawyer's Fund for Client Protection to update pro hac vice admission form W. Hughes and R. Wallace | .30 | 63.00 |
| 08/20/03 JMA Receipt and review letter from M. Daneker to D. Mairo re: site data | .30 | 102.00 |
| 08/20/03 JMA Receipt and review letter from B. Terris to counsel for Special Master re: changes to stipulation - immediate action items | .30 | 102.00 |
| 08/20/03 JMA Receipt and review letter from M. Daneker to K. Coakley re: changes to stipulation - immediate action items | .40 | 136.00 |
| 08/20/03 JMA Receipt and review letter from M. Daneker to Special Master's counsel re: ICO comments to stipulation - immediate action items | .20 | 68.00 |
| 08/20/03 JMA Receipt and review letter from S. German to Special Master with groundwater data (intermediate zone) | .70 | 238.00 |
| 08/20/03 JMA RCRA Fee Petition - receipt and review ICO letter response to Honeywell request for additional information | .60 | 204.00 |
| 08/20/03 JMA Receipt and review letter from S. German to counsel for Special Master re: Financial Assurance Order | .40 | 136.00 |

```
W.R. GRACE & COMPANY                                   September 9, 2003
Client No.                734680              Page      13
INVOICE NO.               20910
```

| Date | | Description | | |
|---|---|---|---|---|
| 08/20/03 | JMA | Receipt and review letter from S. German to M. Daneker | .10 | 34.00 |
| 08/20/03 | JMA | Receipt and review ICO response to Honeywell RPD – Riverkeeper | .40 | 136.00 |
| 08/20/03 | RCS | Correspondence from Mike Williams, Esq. re: draft response to Honeywell's motion for partial stay | .20 | 42.00 |
| 08/20/03 | RCS | Continued prep of response to Honeywell's motion for partial stay, revise and edit same | 2.00 | 420.00 |
| 08/21/03 | JMA | Receipt and review letter from S. German to Judge Cavanaugh re: extension of time for ICO opposition to motion to stay | .20 | 68.00 |
| 08/21/03 | RCS | Continued prep of brief in support of response to Honeywell's motion for partial stay | 1.50 | 315.00 |
| 08/22/03 | JMA | Phone – counsel for Special Master | .20 | 68.00 |
| 08/22/03 | JMA | Review and revise Grace opposition to Honeywell motion to stay | 4.50 | 1530.00 |
| 08/22/03 | JMA | Phone – C. Marraro re: ICO time extension request | .30 | 102.00 |
| 08/22/03 | JMA | Phone – C. Marraro and S. German re: ICO time extension request | .30 | 102.00 |
| 08/22/03 | JMA | Receipt and review email from D. Field re: ICO extension request | .10 | 34.00 |
| 08/22/03 | JMA | Phone – S. German re: ICO extension request | .20 | 68.00 |
| 08/22/03 | JMA | Receipt and review letter from M. Daneker to K. Coakley | .30 | 102.00 |
| 08/22/03 | JMA | Phone – C. Marraro re: Grace opposition to motion to stay | .50 | 170.00 |
| 08/22/03 | JMA | Receipt and review email from S. German re: motion to stay – extension for ICO | .20 | 68.00 |
| 08/22/03 | JMA | Receipt and review letter from M. Daneker to Special Master re: intermediate groundwater issues | .40 | 136.00 |
| 08/22/03 | JMA | Receipt and review email from counsel for Special Master and revised stipulation re: immediate action items | .50 | 170.00 |

W.R. GRACE & COMPANY                                        September 9, 2003
Client No.            734680                     Page        14
INVOICE NO.           20910

| | | | |
|---|---|---|---|
| 08/22/03 MEF | Prepare notices of change of address (3) | .30 | 67.50 |
| 08/25/03 JMA | Review cases cited in Honeywell motion to stay | 1.20 | 408.00 |
| 08/25/03 JMA | Revise and finalize Grace brief in opposition to motion to stay | 1.30 | 442.00 |
| 08/25/03 JMA | Execute Grace brief in opposition to Honeywell motion to stay | .20 | 68.00 |
| 08/25/03 JMA | Review and revise proposed order denying Honeywell motion to stay | .30 | 102.00 |
| 08/25/03 JMA | Revisions to Grace opposition to motion to stay | 3.20 | 1088.00 |
| 08/25/03 JMA | Phone conference with C. Marraro re: Grace opposition to motion to stay | 1.80 | 612.00 |
| 08/25/03 JMA | Phone conference with C. Marraro and M. Williams re: Grace opposition to motion to stay | .40 | 136.00 |
| 08/25/03 MEF | Letters (3) to clerk filing Notice of Address Change | .50 | 112.50 |
| 08/25/03 MEF | Prepare Certificate of Service regarding opposition to Honeywell Motion for Partial Stay | .20 | 45.00 |
| 08/25/03 MEF | Letter to clerk and letter to Judge Cavanaugh regarding Grace's Opposition to Motion to Stay | .30 | 67.50 |
| 08/25/03 MEF | Research United States of America v. Fort Pitt case | .30 | 67.50 |
| 08/25/03 MEF | Prepare proposed Order denying Honeywell Motion for Partial Stay pending appeal | .40 | 90.00 |
| 08/25/03 MEF | Finalize opposition to Honeywell Motion for Partial Stay pending appeal | .60 | 135.00 |
| 08/25/03 RCS | Meetings with John Agnello, Esq. regarding James Wong's testimony regarding 240 ppm cleanup standard. | .40 | 84.00 |
| 08/25/03 RCS | Review James Wong's trial testimony regarding cleanup standard and viability of cap as a permanent remedy to oppose Honeywell's motion for partial stay. | 1.00 | 210.00 |
| 08/25/03 RCS | Preparation of memorandum to John Agnello, Esq. regarding synopsis of Wong's testimony. | .30 | 63.00 |

```
W.R. GRACE & COMPANY                                    September 9, 2003
Client No.              734680                    Page      15
INVOICE NO.             20910
```

| | | | |
|---|---|---|---|
| 08/25/03 RCS | Review James Wong's trial testimony as ICO witness regarding cleanup standard and viability of cap as permanent remedy to oppose Honeywell's motion for partial stay. | 1.00 | 210.00 |
| 08/25/03 LF | Hand delivery of brief to opposing counsel | .30 | 22.50 |
| 08/26/03 JMA | Phone - C. Marraro re: Honeywell Geophysical Work Plan | .20 | 68.00 |
| 08/26/03 JMA | Phone - M. Caffrey re: Supersedeas Bond and deposition of B. Sheehan | .30 | 102.00 |
| 08/26/03 JMA | Receipt and review letter from L. Walsh to T. Milch re: item specific work plan - geophysical testing | .40 | 136.00 |
| 08/27/03 JMA | Letter to C. Marraro re: reports, etc. from Parsons | .20 | 68.00 |
| 08/27/03 JMA | Letter to C. Marraro re: Honeywell Geophysical Work Plan | .20 | 68.00 |
| 08/27/03 JMA | Receipt and review email from W. Mueller re: stipulation | .10 | 34.00 |
| 08/27/03 JMA | Appeal - receipt and review letter from D. Field to District Court Clerk with Notice of Appeal | .30 | 102.00 |
| 08/27/03 JMA | Appeal - receipt and review letter from D. Field with "Filed" Notice of Appeal | .10 | 34.00 |
| 08/27/03 JMA | Appeal - receipt and review information statement from District Court re: third appeal | .20 | 68.00 |
| 08/27/03 JMA | Appeal - letter to C. Marraro with information statement | .10 | 34.00 |
| 08/27/03 JMA | Receipt and review letter from J. Kyles to Special Master re: Roned property fence and soil cover | .30 | 102.00 |
| 08/27/03 JMA | Receipt and review letter from J. Kyles to Special Master with list of permits | .40 | 136.00 |
| 08/28/03 JMA | Phone - K. Coakley's secretary | .10 | 34.00 |
| 08/28/03 JMA | Receipt and review letter from K. Coakley with revised stipulation re: immediate action items | .40 | 136.00 |
| 08/28/03 JMA | Receipt and review email from counsel for Special Master re: revised stipulation | .10 | 34.00 |

W.R. GRACE & COMPANY                                         September 9, 2003
Client No.                734680                    Page      16
INVOICE NO.               20910

| | | |
|---|---|---|
| 08/28/03 JMA RCRA Fee Petition - Receipt and review letter from B. Terris to D. Field | .20 | 68.00 |
| 08/28/03 JMA Receipt and review letter from L. Walsh to T. Milch re: work plan - geophysical investigation | .40 | 136.00 |
| 08/28/03 JMA Phone - K. coakley re: stipulation - immediate action items | .10 | 34.00 |
| 08/28/03 JMA Appeal - receipt and review Order from Third Circuit re: consolidation | .20 | 68.00 |
| 08/28/03 JMA Receipt and review letter from J. Kyles to Special Master re: Honeywell contracting strategy | .40 | 136.00 |
| 08/28/03 JMA Receipt and review letter from J. Kyles to Special Master | .10 | 34.00 |
| 08/28/03 JMA Receipt and review Honeywell documents re: IMs and utility plan | .80 | 272.00 |
| 08/28/03 JMA Phone - C. Marraro re: Honeywell Workplan | .40 | 136.00 |
| 08/28/03 JMA Receipt and review letter from M. Caffrey re: Supersedeas Bond | .30 | 102.00 |
| 08/28/03 JMA Review revised and executed Supersedeas Bond and Affidavit of Justification and proposed Order | .90 | 306.00 |
| 08/28/03 JMA Phone - M. Caffrey re: Supersedeas Bond | .40 | 136.00 |
| 08/28/03 JMA Phone - M. Golloday - SI Group re: Honeywell data and geophysical plan | .20 | 68.00 |
| 08/28/03 JMA Receipt and review memo from RCS re: trial testimony on 240 ppm standard | .20 | 68.00 |
| 08/28/03 JMA Receipt and review email from M. Obradovic re: Site 157 | .20 | 68.00 |
| 08/28/03 JMA Receipt and review letter from K. Coakley re: stipulation and order - immediate action items with redlined stipulation and order | .70 | 238.00 |
| 08/28/03 JMA Receipt and review letter from K. Coakley to Judge Cavanaugh re: financial assurance order | .20 | 68.00 |
| 08/28/03 JMA Receipt and review proposed order re: financial assurances | .80 | 272.00 |

```
W.R. GRACE & COMPANY                                    September 9, 2003
Client No.              734680                          Page      17
INVOICE NO.             20910
```

| | | |
|---|---|---|
| 08/28/03 JMA Receipt and review Local Rule 67 re: deposit of LOC proceeds | .50 | 170.00 |
| 08/29/03 JMA RCRA Fee Application - Receipt and review letter from S. German to District Court Clerk with executed Terris Affidavit | .20 | 68.00 |
| 08/29/03 JMA Receipt and review letter from M. Caffrey to Judge Cavanaugh with Order and Supersedeas Bond | .30 | 102.00 |

```
                              Subtotal:                     57,665.00
```

### Fee Applications, Applicants

| | | |
|---|---|---|
| 08/01/03 MEF Fee Application - review docket re: status of CNOs | .30 | 67.50 |
| 08/01/03 MEF Fee Applications - Email to P. Cuniff re: CNO for May Fee Application | .20 | 45.00 |
| 08/04/03 MEF Email to P. Cuniff re: 7/28/03 hearing | .20 | 45.00 |
| 08/06/03 MEF Fee Application - review July 2003 fee detail | 1.80 | 405.00 |
| 08/06/03 MEF Fee Application - revise 9th Quarterly App. | .60 | 135.00 |
| 08/07/03 MEF Review July Bill (revised) | 1.00 | 225.00 |
| 08/07/03 MEF Emails (2) to/from L. Ferdinand re: 8th Quarterly spreadsheets | .40 | 90.00 |
| 08/07/03 MEF Prepare 17th Monthly Fee Application | 2.30 | 517.50 |
| 08/08/03 JMA Fee Application - review and execute Ninth Quarterly Fee Application | .50 | 170.00 |
| 08/08/03 JMA Fee Application - review and execute 17th Monthly Fee Application | .50 | 170.00 |
| 08/08/03 MEF Continue preparing 17th Monthly Fee Application | 2.00 | 450.00 |
| 08/08/03 MEF Finalize 9th Quarterly Fee Application | .40 | 90.00 |
| 08/11/03 MEF Fee Application - revise 17th Monthly Fee Application | 2.00 | 450.00 |
| 08/12/03 MEF Pacer search - Certificate of No Objection re: May 2003 fee application | .30 | 67.50 |
| 08/12/03 MEF Review Certificate of No Objection re: May 2003 fee application | .20 | 45.00 |

```
W.R. GRACE & COMPANY                                    September 9, 2003
Client No.              734680                          Page      18
INVOICE NO.             20910
```

| Date | | Description | Hours | Amount |
|------|---|-------------|-------|--------|
| 08/12/03 | MEF | Review transcript of 7/28/03 hearing before Judge Fitzgerald | .40 | 90.00 |
| 08/20/03 | MEF | Review file re: analysis of payments re: monthly and quarterly fee applications | .80 | 180.00 |
| 08/25/03 | MEF | Review e-mail from L. Ferdinand regarding draft spreadsheet for 8th quarterly | .20 | 45.00 |
| 08/25/03 | MEF | Review draft spreadsheet for 8th quarterly | .20 | 45.00 |
| 08/25/03 | MEF | E-mail to L. Ferdinand regarding no objections to 8th quarterly spreadsheet | .20 | 45.00 |
| 08/27/03 | MEF | Fee Application – Pacer search regarding CNO | .30 | 67.50 |
| 08/27/03 | MEF | Review CNO for June 2003 Fee Application | .20 | 45.00 |

```
                                        Subtotal:            3,490.00
```

**Travel Non-Work**

| Date | | Description | Hours | Amount |
|------|---|-------------|-------|--------|
| 08/11/03 | JKK | Traveled to and from court in Newark to deliver additional documents for motion hearing | 1.30 | 91.00 |

```
                                        Subtotal:               91.00


Total Fees:                                                 61,246.00
```

```
W.R. GRACE & COMPANY                              September 9, 2003
Client No.              734680                    Page     19
INVOICE NO.             20910
```

Disbursements

Travel Expense

| | | |
|---|---|---|
| 08/31/03 Travel Expense  JMA (7/16 TRAIN ) | | (45.00) |
| 08/31/03 Travel Expense  JKK 8/11 | | 14.80 |
| | SUBTOTAL: | (30.20) |

Costs Advanced

| | | |
|---|---|---|
| 08/21/03 Costs Advanced - MCGUIRE, CHARLES P 8/21/03 | | 61.60 |
| | SUBTOTAL: | 61.60 |

| | |
|---|---|
| 08/31/03 Photocopies | 375.45 |
| 08/31/03 Faxes | 128.00 |
| 08/31/03 Telephone | 160.38 |
| 08/31/03 Additional Staff Time | 186.70 |
| 08/31/03 Computer Searches | 578.47 |
| 08/31/03 Federal Express | 475.60 |

Total Costs                                               1,936.00

Total Due this Matter                                    63,182.00

```
W.R. GRACE & COMPANY                              September 9, 2003
Client No.              734680                    Page       20
INVOICE NO.             20910
```

SUMMARY OF FEES:

```
*---------------------------TIME AND FEE SUMMARY--------------------*
*----------TIMEKEEPER---------*    RATE   HOURS           FEES
J M AGNELLO                      340.00  125.70        42738.00
M E FLAX                         225.00   37.70         8482.50
JK KUBERT                        140.00    1.30           91.00
RC SCRIVO                        210.00   47.20         9912.00
LAURA FLORENCE                    75.00     .30           22.50
                       TOTALS            212.20        61246.00
```

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

## AFFIDAVIT OF SERVICE

| | |
|---|---|
| STATE OF DELAWARE | ) |
| | )SS |
| COUNTY OF NEW CASTLE | ) |

Patricia E. Cuniff, being duly sworn according to law, deposes and says that she is

employed by the law firm of Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C., co-

counsel for the Debtors, in the above-captioned action, and that on the 18th day of September,

2003 she caused a copy of the following document(s) to be served upon the attached service

list(s) in the manner indicated:

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:69393.14

1.     **SUMMARY COVERSHEET TO EIGHTEENTH MONTHLY INTERIM APPLICATION OF CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR AUGUST 1, 2003 THROUGH AUGUST 31, 2003; AND**

2.     **FEE DETAIL FOR CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN'S MONTHYLY FEE APPLICATION FOR THE PERIOD FROM AUGUST 1, 2003 THROUGH AUGUST 31, 2003.**

Dated: September 18, 2003

Patricia E. Cuniff

Sworn to and subscribed before
me this 18th day of September, 2003

Notary Public
My Commission Expires: 02/11/04

91100-001\DOCS_DE:69393.14

-2-

Grace Fee Application Service List
Case Number: 01-1139 (JJF)
Document Number: 45804
01 – Hand Delivery
02 – Federal Express
14 - E-Mail

smcfarland@pszyj.com
(Counsel to Debtors and Debtors in
Possession)
Laura Davis Jones, Esquire
Scotta McFarland, Esquire
Pachulski, Stang, Ziehl, Young & Jones P.C.
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

(Counsel to Debtors and Debtors in
Possession) ·
Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones P.C.
10100 Santa Monica Boulevard
Los Angeles, CA 90067-4100

(Parcels)
Vito I. DiMaio
Parcels, Inc.
10th & King Streets
P.O. Box 27
Wilmington, DE 19899

*Hand Delivery*
(United States Trustee)
Frank J. Perch, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE 19801

*Federal Express*
(Fee Auditor)
Warren H. Smith
Warren H. Smith & Associates
Republic Center
325 N. St. Paul
Suite 4080
Dallas, TX 75202

*Federal Express and E-mail:*
*william.sparks@grace.com*
(W.R. Grace & Co.)
David B. Siegel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

*E-mail: syoder@bayardfirm.com*
(Local Counsel to DIP Lender)
Steven M. Yoder, Esquire
The Bayard Firm

*E-mail: mgz@del.camlev.com*
(Local Counsel to Asbestos Claimants)
Matthew G. Zaleski, III, Esquire
Campbell & Levine, LLC

*E-mail: ttacconelli@ferryjoseph.com*
(Counsel for Property Damage Claimants)
Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.

*E-mail: mlastowski@duanemorris.com*
(Counsel to Official Committee of
Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP

*E-mail: currier@klettrooney.com and*
*jwaxman@klettrooney.com*
(Counsel for Official Committee of Equity
Holders)
Teresa K.D.Currier, Esquire
Klett Rooney Lieber & Schorling

*E-mail:*
*james_kapp@chicago.kirkland.com*
(Counsel to Debtor)
James H.M. Sprayregen, P.C.
James Kapp, III, Esquire
Kirkland & Ellis

**E-mail:** *pvnl@capdale.com*
(Official Committee of Personal Injury
Claimants)
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered

**E-mail:** *rserrette@stroock.com*
(Official Committee of Unsecured
Creditors)
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP

**E-mail:** *jsakalo@bilzin.com*
(Official Committee of Property Damage
Claimants)
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price &
Axelrod LLP

**E-mail:** *david.heller@lw.com* and
*carol.hennessey@lw.com*
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins

**E-mail:** *pbentley@kramerlevin.com*
(Counsel to Official Committee of Equity
Holders)
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP