# EXHIBIT D

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO. et al. | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Objection Deadline: November 6, 2003 at 4:00 p.m.** |
| | | **Hearing Date:  TBD only if necessary** |

**SUMMARY COVERSHEET TO EIGHTEENTH MONTHLY INTERIM APPLICATION OF CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR SEPTEMBER 1, 2003 THROUGH SEPTEMBER 30, 2003**

| | |
|---|---|
| Name of Applicant: | Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein ("CBBG") |
| Authorized to provide professional services to: | Special Litigation and Environmental Counsel to Debtors |
| Date of Retention: | February 1, 2002 |
| Period for which compensation and reimbursement is sought | September 1, 2003 through September 30, 2003 |
| Amount of compensation sought as actual, reasonable and necessary | $36,488.50 for the period September 1, 2003 through September 30, 2003 in professional fees |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $2,057.14 for the period of September 1, 2003 through September 30, 2003 |

This is a:                    Monthly interim application

Prior Applications filed:        Yes

| Date Filed | Period Covered | Requested Fees (80%) | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 04/30/02 | 03/01/02 through 03/31/02 | $11,914.00 | $1,601.57 | Paid | Paid |
| 05/16/02 | 04/01/02 through 04/30/02 | $18,244.80 | $800.41 | Paid | Paid |
| 06/02 | 05/01/02 through 05/31/02 | $10,476.80 | $1,952.06 | Paid | Paid |
| 07/02 | 06/01/02 through 06/30/02 | $23,778.80 | $124.87 | Paid | Paid |
| 08/02 | 07/01/02 through 07/31/02 | $21,644.40 | $382.71 | Paid | Paid |
| 09/02 | 08/01/02 through 08/31/02 | $34,612.80 | $2,524.85 | Paid | Paid |
| 10/02 | 9/01/02 through 9/30/02 | $29,157.20 | $2,926.37 | Paid | Paid |
| 11/02 | 10/01/02 through 10/31/02 | $25,916.00 | $2,067.73 | Paid | Paid |
| 12/02 | 11/01/02 through 11/30/02 | $27,517.20 | $2,314.21 | Paid | Paid |
| 01/03 | 12/01/02 through 12/31/02 | $56,228.40 | $8,398.02 | Paid | Paid |

| 02/03 | 01/01/03 through 01/31/03 | $144,530.40 | $9,533.27 | Paid | Paid |
|-------|---------------------------|-------------|-----------|------|------|
| 03/03 | 02/01/03 through 02/28/03 | $80,008.09 | $19,621.20 | Paid | Paid |
| 04/03 | 03/01/03 through 03/31/03 | $108,130.40 | $16,983.37 | Paid | Paid |
| 5/03 | 04/01/03 through 04/30/03 | $69,407.60 | $3,684.64 | Paid | Paid |
| 6/03 | 05/01/03 through 05/31/03 | $26,057.93 | $0 | Paid | Paid |
| 7/03 | 06/01/30 through 06/30/03 | $60,407.20 | $2,061.28 | Paid | Paid |
| 8/03 | 07/01/03 through 07/31/03 | $78,271.60 | $9,347.66 | Application Pending | Application Pending |
| 9/03 | 08/01/03 through 08/31/03 | $48,996.80 | $1,966.20 | Application Pending | Application Pending |

As indicated above, this is the nineteenth application for interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases.

## Summary of Compensation Requested

| Name of Professional Individual | Position, year assumed, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| John M. Agnello | Partner | $340 | 97.40 | $32,011.00 |
| Melissa E. Flax | Partner | $225 | 19.90 | $4,477.50 |

Total Fees          $36,488.50

Total Hours          117.30

## EXPENSE SUMMARY

| Expense Category | Total Expenses |
|---|---|
| Copies – Internal and Outside | $26.40 |
| Westlaw/Pacer | $529.82 |
| Telephone | $166.66 |
| Faxes | $338.00 |
| FedEx | $118.36 |
| Travel | $716.60 |
| Messenger | $152.50 |
| Additional Staff Time | |
| Court Reporter (Hearing Transcript) | $8.80 |
| | |
| | |
| Total | $2,057.14 |

Dated:  October 9, 2003

**ATTACHMENT B**
**TO FEE APPLICATION**
**(September 1, 2003 through September 30, 2003)**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| John M. Agnello | Partner | $340 | 97.40 | $32,011.00 |
| Melissa E. Flax | Partner | $225 | 19.90 | $4,477.50 |

| | | | | |
|---|---|---|---|---|
| Grand Total: | | | | $36,488.50 |
| Blended Rate: | | | | |

## COMPENSATION BY PROJECT CATEGORY[1]

| Project Category (Examples) | Total Hours | Total Fees |
|---|---|---|
| Asset Analysis | | |
| Asset Disposition | | |
| Business Operations | | |
| Case Administration | | |
| Claims Analysis Objection Resolution & Estimation (Asbestos) | | |
| Claims Analysis Objection Resolution & Estimation (Non-Asbestos) | | |
| Committee (All – Creditors', Noteholders', Equity Holders', etc.) | | |
| Employee Benefits/Pensions | | |
| Employment Applications, Applicant | | |
| Employment Applications, Others | | |
| Expenses | | $2,057.14 |
| Fee Applications, Applicant | 14.40 | $3,527.50 |
| Fee Applications, Others | | |
| Financing | | |
| Hearings | | |
| Litigation and Litigation Consulting | 96.40 | $31,856.00 |
| Plan and Disclosure Statement | | |
| Relief from Stay Proceedings | | |
| Tax Issues | | |
| Tax Litigation | | |
| Travel – non-working | 6.50 | $1,105.00 |
| Valuation | | |
| ZAI Science Trial | | |
| ZAI Science Trial – Expenses | | |
| Other (Explain) | | |

[1] In accordance with the Court's directive at the August 26, 2002 hearing, the compensation by project category has been revised to reflect the additional project categories required by the Court and the Fee Auditor.

## EXPENSE SUMMARY

| Expense Category (Examples) | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Computer Assisted Legal Research | WestLaw/Pacer | $529.82 |
| Facsimile (with rates) | | $338.00 ($1.00 per page) |
| Long Distance Telephone | | $166.66 |
| In-House Reproduction | | $26.40 ($0.15 per page) |
| Outside Reproduction | | |
| Outside Research | | |
| Filing/Court Fees | | |
| Court Transcripts | Charles P. McGuire | $8.80 |
| Local Travel | | |
| Out-Of-Town Travel<br><br>    airfare<br>    car/taxi service | <br><br>JMA (9/26/03) – Continental<br>JMA (9/26/03) – Round trip to/from airport | <br><br>$573.50<br>$143.10<br><br>$716.60 |
| Courier & Express Carriers (e.g. Federal Express) | Federal Express | $118.36 |
| Postage | | |
| Other (Explain) - Working meal | | |
| Messenger | | $152.50 |
| Security at Site | SARA Consultants | |
| Additional Staff Time | | |

Dated:  October 9, 2003

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:                                        )
                                              )
                                              )    Chapter 11
                                              )
W. R. GRACE & CO. et al.[1]                   )    Case No. 01-01139 (JKF)
                                              )    (Jointly Administered)
              Debtors.                        )

## VERIFICATION

JOHN M. AGNELLO, after being duly sworn according to law, deposes and says:

1.     I am a partner with the applicant firm, Carella, Byrne, Bain, Gilfillan,
Cecchi, Stewart & Olstein and I am a member in good standing of the bars of the State of New
Jersey, the United States District Court for the District of New Jersey, the United States Court of
Appeals for the Third Circuit, the State of New York, the United States District Courts for the
Southern and Eastern Districts of New York and the Supreme Court of the United States.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. -Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food `N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (Ma Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G_ C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners 1, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Curving, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

2.      I have personally performed certain of, and overseen the legal services rendered by Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein as special litigation and environmental counsel to the Debtors and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

3.      The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

John M. Agnello

In the State of New Jersey

SWORN TO AND SUBSCRIBED
before me this 0th day of October, 2003

Notary Public

My Commission Expires:

LOIS ISAACSON
A Notary Public of New Jersey
My Commission Expires 6/19/06

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re: )
)                    Chapter 11
)
W. R. GRACE & CO. et al. [1]   )          Case No. 01-01139 (JKF)
)                    (Jointly Administered)
Debtors. )

Objection Deadline:  November 6, 2003 at 4:00 p.m.
Hearing Date:  TBD only if necessary

## FEE DETAIL FOR CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM SEPTEMBER 1, 2003 THROUGH SEPTEMBER 30, 2003

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. -Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (Ma Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G_C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners 1, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Curving, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

EXHIBIT A

W.R. GRACE & COMPANY
5400 BROKEN SOUND BLVD., N.W.
BOCA RATON, FL  33487
ATTN: RICHARD A. SENFTLEBEN, ESQ.

October 9, 2003
Invoice No. 21262
Client No.  734680

For Professional Services Rendered through   09/30/03

Matter #           734680.1          VS. HONEYWELL INTERNATIONAL

## Litigation and Litigation Consulting

| | | | |
|---|---|---|---|
| 09/02/03 JMA | Phone - L. Walsh re: review Faranca trial testimony | .10 | 34.00 |
| 09/02/03 JMA | Review Faranca trial testimony  re: Honeywell delay | .30 | 102.00 |
| 09/02/03 JMA | Phone - C. Marraro re: Supersedeas Bond and Honeywell motion to stay | .40 | 136.00 |
| 09/02/03 JMA | Phone - C. Marraro re: development plans for ECARG property | .20 | 68.00 |
| 09/02/03 JMA | Receipt and review Declaration of S. German in support of ICO opposition | .40 | 136.00 |
| 09/02/03 JMA | Review notes of meeting with Special Master on 8/5 and 8/6 re: German Declaration | .40 | 136.00 |
| 09/02/03 JMA | Letter to Judge Cavanaugh re: 2nd Fee Application by counsel for Special Master | .20 | 68.00 |
| 09/02/03 JMA | Receipt and review letter from S. German to Judge Cavanaugh | .10 | 34.00 |
| 09/02/03 JMA | Receipt and review letter from S. German to District Court Clerk | .10 | 34.00 |
| 09/02/03 JMA | Receipt and review ICO opposition to Honeywell motion to stay | 1.20 | 408.00 |
| 09/02/03 JMA | Review Third Circuit cases cited by ICO in opposition to Honeywell motion to stay | 1.00 | 340.00 |
| 09/03/03 JMA | Phone - C. Marraro re: Honeywell motion to stay | .40 | 136.00 |
| 09/03/03 JMA | Phone - Mayor's counsel, Jersey City | .10 | 34.00 |
| 09/03/03 JMA | Phone - K. Millian re: motion to stay | .10 | 34.00 |

W.R. GRACE & COMPANY                                October 9, 2003
Client No.              734680                 Page      2
INVOICE NO.             21262


09/03/03 JMA Phone - L. Walsh re: Work Plan              .40     136.00

09/03/03 JMA Phone - R. Senftleben                       .20      68.00

09/03/03 JMA Phone - Chief of Staff, Jersey City         .10      34.00

09/03/03 JMA Letter to Judge Cavanaugh re: Special Master  .20    68.00
             2nd Fee Application

09/03/03 JMA Receipt and review letter from D. Field to   .10     34.00
             Judge Cavanaugh

09/03/03 JMA Receipt and review letter from D. Field to   .10     34.00
             District Court Clerk

09/03/03 JMA Receipt and review Honeywel reply brief re:  .80    272.00
             motion to stay judgment

09/03/03 JMA Review case law cited by Honeywell in reply 1.80    612.00
             brief

09/03/03 JMA Receipt and review Honeywell revised form of .20     68.00
             Order staying judgment

09/04/03 JMA Receipt and review Schoor DePalma subcontract .40   136.00
             with Parsons

09/04/03 JMA Receipt and review letter from Parsons to L.  .30   102.00
             Walsh

09/04/03 JMA Receipt and review letter from Parson to     .10     34.00
             Special Master re: disposal survey

09/04/03 JMA Receipt and review Honeywell disposal survey 1.20   408.00

09/04/03 JMA Receipt and review letter from Parsons to    .30    102.00
             Special Master with surveyor purchase order

09/04/03 JMA Receipt and review letter from Parsons to    .40    136.00
             Special Master re: utility survey with schedule
             of drawings

09/04/03 JMA Receipt and review letter from Parsons to    .10     34.00
             Special Master re: Honeywell field activities

09/04/03 JMA Review Honeywell summary of field activities .50    170.00
             1983-2003

W.R. GRACE & COMPANY                                  October 9, 2003
Client No.              734680                    Page      3
INVOICE NO.             21262

09/04/03 JMA Appeal - receipt and review notice from Third        .20     68.00
             Circuit re: third appeal

09/04/03 JMA Appeal - receipt and review Order consolidating      .10     34.00
             third appeal with pending appeals

09/04/03 JMA Appeal - receipt and review entry of appearance      .20     68.00
             and corporate disclosure forms

09/04/03 JMA Receipt and review information re: bulk waste         .30    102.00
             containers

09/04/03 JMA Phone - C. Marraro re: Honeywell motion for          .70    238.00
             stay

09/05/03 JMA Receipt and review letter from K. Coakley to         .10     34.00
             clerk of District Court

09/05/03 JMA Receipt and review notice of motion by Special       .20     68.00
             Master for compensation

09/05/03 JMA Receipt and review third fee application by          .40    136.00
             Special Master

09/05/03 JMA Receipt and review proposed Order re: Special        .20     68.00
             Master Third Fee Application

09/05/03 JMA Phone - C. Marraro re: strategy                      .30    102.00

09/05/03 JMA Receipt and review letter from K. Coakley to         .20     68.00
             District Court Clerk with executed Stipulation
             and Order

09/05/03 JMA Phone - counsel for Special Master re: Berger        .20     68.00
             Group fees

09/05/03 JMA Receipt and review memo from D. Field with           .10     34.00
             signature page of Stipulation and Order

09/05/03 JMA Appeal - receipt and review letter from C.           .10     34.00
             Marraro to Third Circuit Clerk

09/05/03 JMA Appeal - receipt and review application for          .30    102.00
             admission to Third circuits - Williams and
             Hughes

09/05/03 JMA Receipt and review email from K. Millian re:         .10     34.00
             oral argument on Honeywell motion to stay

W.R. GRACE & COMPANY                                October 9, 2003
Client No.              734680                      Page      4
INVOICE NO.             21262

| | | | |
|---|---|---|---|
| 09/05/03 JMA | Phone - C. Marraro re: property development issues | .50 | 170.00 |
| 09/05/03 JMA | Letter to Judge Cavanaugh re: Special Master's second fee application | .20 | 68.00 |
| 09/05/03 JMA | Letter to Judge Cavanaugh re: Special Master's third fee application | .20 | 68.00 |
| 09/05/03 JMA | Receipt and review letter from K. Coakley to Judge Cavanaugh re: Berger Group fees | .20 | 68.00 |
| 09/05/03 JMA | Receipt and review proposed revised Order re: Berger Group fees | .20 | 68.00 |
| 09/05/03 JMA | Receipt and review letter from D. Field to Judge Cavanaugh re: LOC | .20 | 68.00 |
| 09/05/03 JMA | Review proposed Financial Assurance Order from Special Master | .20 | 68.00 |
| 09/07/03 MEF | RCRA Fee Petition - memo to JMA re: expenses | .30 | 67.50 |
| 09/08/03 JMA | Phone - counsel for Special Master re: Financial Assurances | .20 | 68.00 |
| 09/08/03 JMA | Phone - counsel for Special Master re: Stipulation and Order - immediate action items | .20 | 68.00 |
| 09/08/03 JMA | Phone - C. Marraro re: motion to stay | .20 | 68.00 |
| 09/08/03 JMA | Conference with C. Marraro re: agenda for meeting with Special Master | 1.00 | 340.00 |
| 09/08/03 JMA | Site visit with C. Marraro | 1.50 | 510.00 |
| 09/08/03 JMA | Meeting with C. Marraro re: strategy | 2.00 | 680.00 |
| 09/08/03 JMA | Receipt and review notice form Third Circuit re: mediation | .30 | 102.00 |
| 09/08/03 JMA | Conference with C. Marraro re: strategy - Appellate mediation | 1.80 | 612.00 |
| 09/08/03 JMA | Conference with C. Marraro re: Jersey City/Site development issues | 1.20 | 408.00 |
| 09/08/03 JMA | Conference with C. Marraro re: Honeywell immediate action items | .90 | 306.00 |

W.R. GRACE & COMPANY                           October 9, 2003
Client No.          734680                     Page      5
INVOICE NO.         21262

09/09/03 JMA Receipt and review letter from W. Mueller re:      .20    68.00
             Stipulation - immediate action items

09/09/03 JMA Phone - C. Marraro re: agenda for meeting with     .20    68.00
             Special Master

09/09/03 JMA Phone - A. Nagy re: meeting with Jersey City       .20    68.00
             Officials

09/09/03 JMA RCRA Fee Petition - receipt and review memo        .20    68.00
             from MEF re: scheduling

09/09/03 JMA Appeal - receipt and review appearance by T.       .10    34.00
             Milch - third appeal

09/09/03 JMA Appeal - receipt and review Honeywell CIS for      .20    68.00
             third appeal

09/09/03 JMA Appeal - receipt and review Honeywell summary      .30   102.00
             of the case - third appeal

09/09/03 JMA Receipt and review Honeywell transcript            .10    34.00
             purchase order - third appeal

09/09/03 JMA Appeal - receipt and review letter from T.         .20    68.00
             Milch to Case Manager - third appeal

09/09/03 JMA Appeal - receipt and review Honeywell Corporate    .10    34.00
             Disclosure Statement - third appeal

09/09/03 JMA Receipt and review email from B. Hughes with       .40   136.00
             excerpts of Amended Opinion re: endangerment to
             human health

09/09/03 MEF Review instructions to counsel re: Confidential    .30    67.50
             Position Papers and Notice of Assignment for
             Mediation

09/09/03 MEF Appeal - t/c with JMA re: Assignment for           .20    45.00
             Mediation

09/10/03 JMA Receipt and review email re: meeting with          .10    34.00
             Jersey City

09/10/03 JMA Receipt and review letter from K. Coakley to       .20    68.00
             Judge Cavanaugh

09/10/03 JMA Appeal - phone - C. Marraro re: mediation          .50   170.00
             process

W.R. GRACE & COMPANY                                      October 9, 2003
Client No.            734680                         Page      6
INVOICE NO.           21262

09/10/03 JMA Receipt and review letter from K. Coakley to      .30    102.00
             Judge Cavanaugh re: financial Assurance Order

09/10/03 JMA Review case and statute cited by counsel for     1.00    340.00
             Special Master re: Financial Assurance Order

09/11/03 JMA Receipt and review letter from Parsons to         .20     68.00
             Special Master re: fence repair

09/11/03 JMA Receipt and review letter from Parsons to         .10     34.00
             Special Master re: geotechnical and waste
             characterization sampling

09/11/03 JMA Review Honeywell geotechnical and waste          1.00    340.00
             characterization sampling plan

09/12/03 JMA Receipt and review letter from D. Field to        .40    136.00
             Judge Cavanaugh re: Financial Assurance Order

09/12/03 JMA Receipt and review letter from K. Coakley to D.   .40    136.00
             Field re: immediate action items

09/12/03 JMA Receipt and review letter from B. Terris to       .30    102.00
             Special Master re: Honeywell groundwater
             sampling plan

09/12/03 JMA Receipt and review letter from S. German to       .10     34.00
             Judge Cavanaugh re: Special Master's Fee
             Application

09/12/03 JMA Receipt and review letter from M. Caffrey to      .10     34.00
             District Court Clerk

09/12/03 JMA Receipt and review Order approving Supersedeas    .20     68.00
             Bond

09/12/03 JMA Appeal - conference with MEF re: confirming       .20     68.00
             appearance in third appeal

09/12/03 JMA Conference call - all counsel and Judge           .40    136.00
             Cavanaugh re: Financial Assurance Order

09/12/03 JMA Phone - C. Marraro re: Financial Assurance        .30    102.00
             Order

09/12/03 JMA Receipt and review letter from K. Coakley to      .30    102.00
             Judge Cavanaugh re: Financial Assurance Order

```
W.R. GRACE & COMPANY                              October 9, 2003
Client No.              734680              Page      7
INVOICE NO.             21262
```

| Date | | Description | Hours | Amount |
|------|---|-------------|-------|--------|
| 09/12/03 | JMA | Review statute and case law cited by Special Master re: Financial Assurance Order | 1.00 | 340.00 |
| 09/12/03 | MEF | Appeal - voice mail - A. Laws at 3rd Circuit; t/c with A. Laws re: Appearance of Counsel, etc. in 03-3585 | .30 | 67.50 |
| 09/12/03 | MEF | Appeal - receipt and review case opening information re: Appeal 03-3585 | .40 | 90.00 |
| 09/12/03 | MEF | Appeal - research whether mediation is mandatory/opt-out provisions | .40 | 90.00 |
| 09/12/03 | MEF | Appeal - prepare Corporate Disclosures for Grace & Co., Grace Ltd. and ECARG in appeal 03-3585 | .40 | 90.00 |
| 09/12/03 | MEF | Appeal - Letter to CHM re: Appearance of Counsel in 03-3585 | .20 | 45.00 |
| 09/12/03 | MEF | Appeal - Prepare Appearances of Counsel in 03-3585 | .20 | 45.00 |
| 09/12/03 | MEF | Appeal - Prepare Certificates of Service in 03-3585 | .20 | 45.00 |
| 09/15/03 | JMA | Phone - C. Marraro re: Special Master meeting schedule | .20 | 68.00 |
| 09/15/03 | JMA | Receipt and review Honeywell Fourth Progress Report | .30 | 102.00 |
| 09/15/03 | JMA | Phone - C. Marraro re: mediation/settlement | .30 | 102.00 |
| 09/15/03 | JMA | Receipt and review email from S. German | .10 | 34.00 |
| 09/15/03 | JMA | Receipt and review letter from C. Sorresse | .10 | 34.00 |
| 09/15/03 | JMA | Receipt and review filed Supersedeas Bond | .20 | 68.00 |
| 09/15/03 | JMA | Letter to C. Marraro re: Supersedeas Bond | .20 | 68.00 |
| 09/15/03 | JMA | Phone - C. Marraro re: agenda for meeting with Special Master | .30 | 102.00 |
| 09/15/03 | JMA | Phone - L. Walsh re: site visit | .20 | 68.00 |
| 09/15/03 | MEF | Appeal - t/c with CHM re: Appearance of Counsel form in Appeal No.  03-3585 | .20 | 45.00 |

W.R. GRACE & COMPANY                                    October 9, 2003
Client No.                734680               Page      8
INVOICE NO.               21262

09/15/03 MEF  Appeal - Letter to A. Laws re: Appearances of      .20    45.00
              Counsel and corporate disclosures in Appeal No.
              03-3585

09/16/03 JMA  Phone - C. Marraro re: immediate action items      .40   136.00

09/16/03 JMA  Phone - C. Marraro and Jersey City attorney        .40   136.00

09/16/03 JMA  Receipt and review Honeywell proposed deep        2.20   748.00
              groundwater investigation plan

09/16/03 JMA  Receipt and review letter from Parsons to          .10    34.00
              Special Master re: bathymetric/waterside
              geophysical survey

09/16/03 JMA  Receipt and review Honeywell proposed sediment    2.70   918.00
              sampling plan and bathymetric/waterside
              geophysical survey plan

09/16/03 JMA  Receipt and review letter from Parsons to          .10    34.00
              Special Master re: deep groundwater plan

09/16/03 MEF  Appeal - letter to A. Laws re: original            .20    45.00
              appearance of counsel for CHM

09/17/03 JMA  Phone - C. Marraro re: letter to Special Master    .20    68.00
              - immediate action items

09/17/03 JMA  Phone - L. Walsh re: meeting with Special          .30   102.00
              Master and Financial Assurance issues

09/17/03 JMA  Phone - L. Walsh re: site visit, financial         .40   136.00
              assurances, scheduling meeting with Special
              Master

09/17/03 JMA  Memo to C. Marraro and Grace Team re: meeting      .20    68.00
              with Special Master

09/17/03 JMA  Receipt and review letter from K. Coakley re:      .20    68.00
              Conti and Schoor DePalma

09/17/03 JMA  Receipt and review executed Amended Order re:      .20    68.00
              Louis Berger Group

09/17/03 JMA  Receipt and review executed Order re: financial    .20    68.00
              assurances

09/17/03 JMA  Receipt and review email from S. Falanga re:       .20    68.00
              Honeywell letter of credit

W.R. GRACE & COMPANY                                    October 9, 2003
Client No.              734680                 Page      9
INVOICE NO.             21262


09/17/03 JMA Review Financial Assurances re: selection of      .30    102.00
             financial institution

09/17/03 JMA Review of and comments to Honeywell draft        1.40    476.00
             letter of credit

09/17/03 MEF Voice mail - C. McGuire re: transcript request    .20     45.00

09/17/03 MEF RCRA Fee Petition - review Feb. 2002 - May 2003  1.40    315.00
             expenses

09/17/03 MEF RCRA Fee Petition - draft letter to Judge         .60    135.00
             Cavanaugh re: reduction in expenses sought by
             CBBG

09/17/03 MEF RCRA Fee Petition - conferences with JMA re:      .50    112.50
             letter to Judge Cavanaugh

09/17/03 MEF RCRA Fee Petition - email to CHM re: proposed     .20     45.00
             letter to Judge Cavanaugh

09/18/03 JMA Letter to K. Coakley re: changes to 9/16/03      1.00    340.00
             draft letter of credit

09/18/03 JMA Phone - C. Marraro re: strategy                   .30    102.00

09/18/03 JMA Phone - K. Coakley's secretary                    .10     34.00

09/18/03 JMA Letter to K. Coakley re: letter of credit         .20     68.00

09/18/03 JMA Phone - C. Marraro re: motion to dismiss          .50    170.00
             Riverkeeper action, letter of credit issues

09/18/03 MEF Email from CHM re: letter to Judge Cavanaugh      .20     45.00

09/19/03 JMA Phone - C. Marraro re: scheduling/strategy        .30    102.00

09/19/03 JMA Phone - K. Coakley re: financial Assurance        .20     68.00
             issues

09/20/03 JMA Receipt and review email from K. Coakley re:      .20     68.00
             letter of credit and Honeywell statement for
             corporate guarantee

09/20/03 JMA Receipt and review Honeywell written statement    .30    102.00
             re: Honeywell corporate guarantee

09/20/03 JMA Review second draft of letter of credit and       .40    136.00
             Grace comments to first draft

W.R. GRACE & COMPANY
Client No.              734680
INVOICE NO.             21262

October 9, 2003
Page       10

| | | | |
|---|---|---|---|
| 09/20/03 JMA | Receipt and review case law cited by Honeywell in motion to dismiss Riverkeeper case | 1.30 | 442.00 |
| 09/20/03 JMA | Receipt and review Honeywell proposed Order dismissing Riverkeeper case | .10 | 34.00 |
| 09/20/03 JMA | Receipt and review transcript of 9/12/03 conference call with Judge Cavanaugh | .30 | 102.00 |
| 09/20/03 JMA | Letter to C. Marraro with transcript | .10 | 34.00 |
| 09/20/03 JMA | Receipt and review email from K. Coakley | .10 | 34.00 |
| 09/20/03 JMA | Review proposed Honeywell corporate guarantee, N.J.S.A. 58:10B-3(f) and N.J.A.C. 7:26C-7.7 and Financial Assurance Order | 1.20 | 408.00 |
| 09/20/03 JMA | Receipt and review letter from D. Field to District Court Clerk | .10 | 34.00 |
| 09/20/03 JMA | Receipt and review Honeywell notice of motion to dismiss Riverkeeper case | .20 | 68.00 |
| 09/20/03 JMA | Receipt and review Honeywell Memorandum of law and supporting certification re: dismissal of Riverkeeper case | 1.50 | 510.00 |
| 09/22/03 JMA | Phone - C. Marraro and A. Nagy | .40 | 136.00 |
| 09/22/03 JMA | Phone - Office of Jersey City Director of Economic Development | .20 | 68.00 |
| 09/22/03 JMA | Phone - C. Marraro and Dr. K. Brown | 1.00 | 340.00 |
| 09/22/03 JMA | Phone - C. Marraro re: Honeywell Work Plan proposal | .50 | 170.00 |
| 09/23/03 JMA | Phone - A. Lascurian's secretary | .10 | 34.00 |
| 09/23/03 JMA | Phone - S. German and Lara Cartright Smith re: transition of file responsibility | .20 | 68.00 |
| 09/23/03 JMA | Phone - C. Marraro | .30 | 102.00 |
| 09/23/03 MEF | T/c with CHM re: DEP attorney and copy charges | .20 | 45.00 |
| 09/23/03 MEF | Revise letter to Judge Cavanaugh re: RCRA Fee Petition Copy costs | .20 | 45.00 |

```
W.R. GRACE & COMPANY                              October 9, 2003
Client No.              734680                     Page     11
INVOICE NO.             21262
```

| | | | |
|---|---|---|---|
| 09/24/03 JMA | Conference with C. Marraro re: Jersey City development issues | 1.50 | 510.00 |
| 09/24/03 JMA | Appeal - attend meeting with C. Marraro and Jersey City representative | 2.20 | 748.00 |
| 09/24/03 JMA | Appeal - review Honeywell proposed issues on appeal | .70 | 238.00 |
| 09/24/03 JMA | Conference with C. Marraro re:  Honeywell proposed workplan and schedule, strategy, Honeywell immediate action items, Honeywell motion to dismiss Riverkeeper action | 3.70 | 1258.00 |
| 09/24/03 MEF | Assist JMA in prep for J.C. meeting | .50 | 112.50 |
| 09/24/03 MEF | Appeal - compare Honeywell's concise summary of the case filed in Appeal 03-3037 with Honeywell's concise summary of the case in Appeal 03-3585 | .50 | 112.50 |
| 09/26/03 JMA | Review Honeywell workplan and schedule for conference call with K. Brown | 1.20 | 408.00 |
| 09/26/03 JMA | Conference call with K. Brown and C. Marraro re: Honeywell workplan and schedule | 1.00 | 340.00 |
| 09/26/03 JMA | Appeal - review case law on imminent and substantial endangerment. | .80 | 272.00 |
| 09/26/03 JMA | Conference with C. Marraro re: mediation strategy | 3.00 | 1020.00 |
| 09/26/03 JMA | Meeting with T. Milch and C. Marraro re: mediation issues | 1.50 | 510.00 |
| 09/26/03 JMA | Conference with C. Marraro re: mediation issues and strategy | 1.00 | 340.00 |
| 09/29/03 JMA | Phone - C. Marraro re: mediation strategy | 1.00 | 340.00 |
| 09/29/03 JMA | Phone - C. Marraro re: mediation issues and strategy | .70 | 238.00 |
| 09/29/03 JMA | Phone - C. Marraro re: mediation strategy | .30 | 102.00 |
| 09/29/03 JMA | Phone - C. Marraro and R. Senftleben re: mediation issues and strategy | .70 | 238.00 |

W.R. GRACE & COMPANY                                     October 9, 2003
Client No.              734680                    Page        12
INVOICE NO.             21262

09/29/03 JMA Conference call with C. Marraro and client        1.30    442.00
             representatives re: mediation issues and
             strategy

09/29/03 JMA Phone - C. Marraro re: scheduling issues           .30    102.00

09/29/03 JMA Phone - Judge Cavanaugh's Deputy Clerk             .30    102.00

09/29/03 JMA Letter to Judge Cavanaugh re: Honeywell motion     .20     68.00
             to stay - oral argument

09/29/03 JMA Phone - counsel for Special Master re: form of     .10     34.00
             letter of credit

09/30/03 JMA Receipt and review letter from K. Coakley to T.    .20     68.00
             Milch re: extension of time on response to
             groundwater plan

09/30/03 JMA Receipt and review letter from K. Coakley to T.    .20     68.00
             Milch re: Honeywell commencing test P.L. work

09/30/03 JMA Receipt and review letter from K. Coakley to       .30    102.00
             Judge Cavanaugh with revised order re: Special
             Master's 4th Fee Application

09/30/03 JMA Receipt and review letter from M. Daneker to       .40    136.00
             Coakley re: deficiencies in immediate action
             items

09/30/03 JMA Receipt and review letter from D. Field to K.      .20     68.00
             Millian re: Honeywell's motion to dismiss

09/30/03 JMA Receipt and review letter from K. Millian to S.    .20     68.00
             Falanga re: letter of credit

09/30/03 JMA Receipt and review letter from T. Pasuit to        .20     68.00
             Clerk with Special Master 4th Fee Application

09/30/03 JMA Receipt and review Special Master Fourth          1.00    340.00
             Application for fees and expenses

09/30/03 JMA Receipt and review letter for D. Field with        .20     68.00
             Scheduling Order

09/30/03 JMA Receipt and review letter from D. Field with       .30    102.00
             Amended Scheduling Order

09/30/03 JMA Receipt and review letter from S. Falanga re:      .20     68.00
             letter of credit

```
W.R. GRACE & COMPANY                                October 9, 2003
Client No.                   734680          Page        13
INVOICE NO.                  21262
```

| | | | |
|---|---|---|---|
| 09/30/03 | JMA | Receipt and review revised letter of credit | .80 | 272.00 |
| 09/30/03 | JMA | Receipt and review letter from T. Milch with form of sight draft | .20 | 68.00 |
| 09/30/03 | JMA | T/c counsel for Special Master | .30 | 102.00 |
| 09/30/03 | JMA | T/c with CHM and K. Brown | .30 | 102.00 |
| 09/30/03 | JMA | T/c counsel for Special Master | .20 | 68.00 |
| 09/30/03 | JMA | T/c with CHM and D. Field | .20 | 68.00 |
| 09/30/03 | JMA | Letter to counsel for Special Master re: letter of credit | .20 | 68.00 |
| 09/30/03 | JMA | T/c with CHM re: mediation strategy | .50 | 170.00 |
| 09/30/03 | JMA | T/c with CHM and T. Milch re: mediation issues | .50 | 170.00 |
| 09/30/03 | JMA | T/c with CHM and R. Senftleben re: mediation | .40 | 136.00 |
| 09/30/03 | JMA | Receipt and review Schoor DePalma (Honeywell surveyor) P.O. | .20 | 68.00 |
| 09/30/03 | JMA | Receipt and review Honeywell's amended Field Activities Summary | .30 | 102.00 |
| 09/30/03 | JMA | Preliminary review of Honeywell's vendor contracts | .50 | 170.00 |
| 09/30/03 | JMA | Receipt and review Honeywell's contracting strategy letter - supplement | .20 | 68.00 |

```
                                                       ----------
                         Subtotal:                      31,856.00
```

## Fee Applications, Applicants

| | | | |
|---|---|---|---|
| 09/01/03 | MEF | Review certificate of no objection regarding June 2003 Monthly Fee Application | .30 | 67.50 |
| 09/02/03 | JMA | Fee Application - receipt and review email from B. Jefferds re:disbursements | .10 | 34.00 |
| 09/02/03 | JMA | Conference with MEF re: photocopying charges | .20 | 68.00 |

W.R. GRACE & COMPANY                          October 9, 2003
Client No.              734680                Page      17
INVOICE NO.             21262

          Disbursements


Travel Expense

09/26/03 Travel Expense JMA AMEX (AIR) 9/26           573.50
09/26/03 Travel Expense - Driver - JMA to Newark Air   75.00
         Port 9/26/03
09/26/03 Travel Expense - My Limousine Service - from  68.10
         Newark JMA 9/26/03

                              SUBTOTAL:   716.60

Computer Searches

09/30/03 Computer Searches WESTLAW 9/22, 9/25          20.61

                              SUBTOTAL:    20.61

Costs Advanced

09/22/03 Costs Advanced - MCGUIRE, CHARLES P 9/22/03    8.80

                              SUBTOTAL:     8.80

09/30/03 Messenger                                     52.50
09/30/03 Photocopies                                   26.40
09/30/03 Faxes                                        338.00
09/30/03 Telephone                                    166.66
09/30/03 Computer Searches                            509.21
09/30/03 Federal Express                              118.36
09/30/03 Messenger - In House                         100.00


                                             -------------
Total Costs                                       2,057.14
                                             -------------
Total Due this Matter                            38,545.64
=============

**Lois Isaacson**

| | |
|---|---|
| **From:** | CONTINENTAL TRAVEL (AGENTID00063032) [emailserver@pop3.amadeus.net] |
| **Sent:** | Thursday, September 25, 2003 10:21 AM |
| **To:** | LISAACSON@CARELLABYRNE.COM |
| **Subject:** | AGNELLO/JOHN 26SEP EWR DCA |

# AGNELLO/JOHN 26SEP EWR DCA

THIS DOCUMENT IS AUTOMATICALLY GENERATED.
PLEASE DO NOT RESPOND TO THIS MAIL.

```
                              INVOICE 0000019478
                              DATE 25SEPTEMBER03
                              BOOKING REF Z8Z9KK
                              AGENT AL/AL

CARELLA BYRNE BAIN GILFILLAN        AGNELLO/JOHN
6 BECKER FARM ROAD
ROSELAND NJ 07068-1739
```

| SERVICE | DATE | FROM | TO | DEPART | ARRIVE |
|---|---|---|---|---|---|
| MISCELLANEOUS | 26SEP FRI | NEWARK NJ **ELECTRONIC TICKET * REFUNDABLE | | | |
| CONTINENTAL AIRLINES CO 562 Y ECONOMY | 26SEP FRI | NEWARK NJ LIBERTY INTL TERMINAL C | WASHINGTON DC R REAGAN NAT TERMINAL B | 900A | 1009A |
| | | | | NON STOP | |
| | | RESERVATION CONFIRMED | | 1:09 DURATION | |
| | AIRCRAFT: | BOEING 737-500 | | | |
| | | SEAT 08D NO SMOKING CONFIRMED | | | |
| CONTINENTAL AIRLINES CO 80 Y ECONOMY | 26SEP FRI | WASHINGTON DC R REAGAN NAT TERMINAL B | NEWARK NJ LIBERTY INTL TERMINAL C | 530P | 638P |
| | | | | NON STOP | |
| | | RESERVATION CONFIRMED | | 1:08 DURATION | |
| | AIRCRAFT: | BOEING 737-500 | | | |
| | | SEAT 10C NO SMOKING CONFIRMED | | | |

```
      AIR FARE 502.32        TAX 51.18           TOTAL USD        553.50
                             NON REF PROCESSING FEE USD            20.00
                                              AIR TOTAL USD       573.50

                                           INVOICE TOTAL USD      573.50
```

TICKET PAYMENT CCAX378294435821098/0405/A102045
MCO PAYMENT: CCAX378294435821098/0405/A128264

9/25/2003

RESERVATION NUMBER(S)    CO/VXPW9G

TICKET:                                          CO/ETKT 005 7556760516
MCO:                                                 890 8123802298

CO    FREQUENT FLYER COLN769520

CLICK THE FOLLOWING LINK TO ACCESS YOUR ONLINE ITINERARY:

WWW.CHECKMYTRIP.COM/CMTSERVLET?R=Z8Z9KK&L=US&N=AGNELLO

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

### AFFIDAVIT OF SERVICE

| | |
|---|---|
| STATE OF DELAWARE | ) |
| | )SS |
| COUNTY OF NEW CASTLE | ) |

Patricia E. Cuniff, being duly sworn according to law, deposes and says that she is employed by the law firm of Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C., co-counsel for the Debtors, in the above-captioned action, and that on the 17th day of October, 2003 she caused a copy of the following document(s) to be served upon the attached service list(s) in the manner indicated:

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:69393.17

1.     **SUMMARY COVERSHEET TO EIGHTEENTH MONTHLY INTERIM APPLICATION OF CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN FOR COMPENSATION AND FOR REIMBURSMENT OF EXPENSES FOR SEPTEMBER 1, 2003 THROUGH SEPTEMBER 30, 2003; AND**

2.     **FEE DETAIL FOR CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN'S MONTHLY FEE APPLICATION FOR THE PERIOD SEPTEMBER 1, 2003 THROUGH SEPTEMBER 30, 2003.**

Dated: October 17, 2003

_Patricia E. Cuniff_
Patricia E. Cuniff

Sworn to and subscribed before
me this 17th day of October, 2003

_Holly T. Walsh_
Notary Public
My Commission Expires: 02/4/04

Grace Fee Application Service List
Case Number: 01-1139 (JJF)
Document Number: 45804
01 – Hand Delivery
02 – Federal Express
14 - E-Mail

smcfarland@pszyj.com
(Counsel to Debtors and Debtors in
Possession)
Laura Davis Jones, Esquire
Scotta McFarland, Esquire
Pachulski, Stang, Ziehl, Young & Jones P.C.
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

(Counsel to Debtors and Debtors in
Possession)
Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones P.C.
10100 Santa Monica Boulevard
Los Angeles, CA 90067-4100

(Parcels)
Vito I. DiMaio
Parcels, Inc.
10th & King Streets
P.O. Box 27
Wilmington, DE 19899

**Hand Delivery**
(United States Trustee)
Frank J. Perch, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE 19801

**Federal Express**
(Fee Auditor)
Warren H. Smith
Warren H. Smith & Associates
Republic Center
325 N. St. Paul
Suite 4080
Dallas, TX 75202

**Federal Express and E-mail:**
**william.sparks@grace.com**
(W.R. Grace & Co.)
David B. Siegel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

**E-mail: syoder@bayardfirm.com**
(Local Counsel to DIP Lender)
Steven M. Yoder, Esquire
The Bayard Firm

**E-mail: mgz@del.camlev.com**
(Local Counsel to Asbestos Claimants)
Matthew G. Zaleski, III, Esquire
Campbell & Levine, LLC

**E-mail: ttacconelli@ferryjoseph.com**
(Counsel for Property Damage Claimants)
Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.

**E-mail: mlastowski@duanemorris.com**
(Counsel to Official Committee of
Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP

**E-mail: currier@klettrooney.com and**
**jwaxman@klettrooney.com**
(Counsel for Official Committee of Equity
Holders)
Teresa K.D.Currier, Esquire
Klett Rooney Lieber & Schorling

**E-mail:**
**james_kapp@chicago.kirkland.com**
(Counsel to Debtor)
James H.M. Sprayregen, P.C.
James Kapp, III, Esquire
Kirkland & Ellis

**E-mail: _pvnl@capdale.com_**
(Official Committee of Personal Injury
Claimants)
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered

**E-mail: _rserrette@stroock.com_**
(Official Committee of Unsecured
Creditors)
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP

**E-mail: _jsakalo@bilzin.com_**
(Official Committee of Property Damage
Claimants)
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price &
Axelrod LLP

**E-mail: _david.heller@lw.com_ and
_carol.hennessey@lw.com_**
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins

**E-mail: _pbentley@kramerlevin.com_**
(Counsel to Official Committee of Equity
Holders)
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP

EXHIBIT B

```
W.R. GRACE & COMPANY                              October 9, 2003
Client No.            734680                      Page     17
INVOICE NO.           21262
```

Disbursements

Travel Expense

```
09/26/03 Travel Expense JMA AMEX (AIR) 9/26              573.50
09/26/03 Travel Expense - Driver - JMA to Newark Air     75.00
         Port 9/26/03
09/26/03 Travel Expense - My Limousine Service - from    68.10
         Newark JMA 9/26/03

                                      SUBTOTAL:   716.60
```

Computer Searches

```
09/30/03 Computer Searches WESTLAW 9/22, 9/25           20.61

                                      SUBTOTAL:    20.61
```

Costs Advanced

```
09/22/03 Costs Advanced - MCGUIRE, CHARLES P 9/22/03     8.80

                                      SUBTOTAL:     8.80

09/30/03 Messenger                                      52.50
09/30/03 Photocopies                                    26.40
09/30/03 Faxes                                         338.00
09/30/03 Telephone                                     166.66
09/30/03 Computer Searches                             509.21
09/30/03 Federal Express                               118.36
09/30/03 Messenger - In House                          100.00
```

```
                                                  -------------
Total Costs                                          2,057.14
                                                  -------------
Total Due this Matter                               38,545.64
=============
```

**Lois Isaacson**

**From:** CONTINENTAL TRAVEL (AGENTID00063032) [emailserver@pop3.amadeus.net]
**Sent:** Thursday, September 25, 2003 10:21 AM
**To:** LISAACSON@CARELLABYRNE.COM
**Subject:** AGNELLO/JOHN 26SEP EWR DCA

# AGNELLO/JOHN 26SEP EWR DCA

THIS DOCUMENT IS AUTOMATICALLY GENERATED.
PLEASE DO NOT RESPOND TO THIS MAIL.

```
                                    INVOICE 0000019478
                                    DATE 25SEPTEMBER03
                                    BOOKING REF Z8Z9KK
                                    AGENT AL/AL

  CARELLA BYRNE BAIN GILFILLAN      AGNELLO/JOHN
  6 BECKER FARM ROAD
  ROSELAND NJ 07068-1739
```

| SERVICE | DATE | FROM | TO | DEPART | ARRIVE |
|---|---|---|---|---|---|
| MISCELLANEOUS | 26SEP FRI | NEWARK NJ **ELECTRONIC TICKET * REFUNDABLE | | | |
| CONTINENTAL AIRLINES CO 562 Y ECONOMY | 26SEP FRI | NEWARK NJ LIBERTY INTL TERMINAL C | WASHINGTON DC R REAGAN NAT TERMINAL B | 900A | 1009A |
| | | | | NON STOP | |
| | | RESERVATION CONFIRMED | | 1:09 DURATION | |
| | AIRCRAFT: | BOEING 737-500 | | | |
| | | SEAT 08D NO SMOKING CONFIRMED | | | |
| CONTINENTAL AIRLINES CO 80 Y ECONOMY | 26SEP FRI | WASHINGTON DC R REAGAN NAT TERMINAL B | NEWARK NJ LIBERTY INTL TERMINAL C | 530P | 638P |
| | | | | NON STOP | |
| | | RESERVATION CONFIRMED | | 1:08 DURATION | |
| | AIRCRAFT: | BOEING 737-500 | | | |
| | | SEAT 10C NO SMOKING CONFIRMED | | | |

```
     AIR FARE 502.32      TAX 51.18            TOTAL USD        553.50
                          NON REF PROCESSING FEE USD            20.00
                                            AIR TOTAL USD       573.50

                                          INVOICE TOTAL USD     573.50
```

TICKET PAYMENT CCAX378294435821098/0405/A102045
MCO PAYMENT: CCAX378294435821098/0405/A128264

9/25/2003

RESERVATION NUMBER(S)   CO/VXPW9G

TICKET:                                          CO/ETKT 005 7556760516
MCO:                                                    890 8123802298

CO   FREQUENT FLYER COLN769520

CLICK THE FOLLOWING LINK TO ACCESS YOUR ONLINE ITINERARY:

WWW.CHECKMYTRIP.COM/CMTSERVLET?R=Z8Z9KK&L=US&N=AGNELLO

9/25/2003

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

## AFFIDAVIT OF SERVICE

| | |
|---|---|
| STATE OF DELAWARE | ) |
| | )SS |
| COUNTY OF NEW CASTLE | ) |

Patricia E. Cuniff, being duly sworn according to law, deposes and says that she is employed by the law firm of Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C., co-counsel for the Debtors, in the above-captioned action, and that on the 17th day of October, 2003 she caused a copy of the following document(s) to be served upon the attached service list(s) in the manner indicated:

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:69393.17

1.  SUMMARY COVERSHEET TO EIGHTEENTH MONTHLY
    INTERIM APPLICATION OF CARELLA, BYRNE, BAIN,
    GILFILLAN, CECCHI, STEWART & OLSTEIN FOR
    COMPENSATION AND FOR REIMBURSMENT OF EXPENSES
    FOR SEPTEMBER 1, 2003 THROUGH SEPTEMBER 30, 2003;
    AND

2.  FEE DETAIL FOR CARELLA, BYRNE, BAIN, GILFILLAN,
    CECCHI, STEWART & OLSTEIN'S MONTHLY FEE
    APPLICATION FOR THE PERIOD SEPTEMBER 1, 2003
    THROUGH SEPTEMBER 30, 2003.

Dated: October 17, 2003

_Patricia E. Cuniff_
Patricia E. Cuniff

Sworn to and subscribed before
me this 17th day of October, 2003

_Holly T. Walsh_
Notary Public
My Commission Expires: 02/11/04

Grace Fee Application Service List
Case Number: 01-1139 (JJF)
Document Number: 45804
01 – Hand Delivery
02 – Federal Express
14 - E-Mail

smcfarland@pszyj.com
(Counsel to Debtors and Debtors in
Possession)
Laura Davis Jones, Esquire
Scotta McFarland, Esquire
Pachulski, Stang, Ziehl, Young & Jones P.C.
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

(Counsel to Debtors and Debtors in
Possession)
Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones P.C.
10100 Santa Monica Boulevard
Los Angeles, CA 90067-4100

(Parcels)
Vito I. DiMaio
Parcels, Inc.
10th & King Streets
P.O. Box 27
Wilmington, DE 19899

*Hand Delivery*
(United States Trustee)
Frank J. Perch, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE 19801

*Federal Express*
(Fee Auditor)
Warren H. Smith
Warren H. Smith & Associates
Republic Center
325 N. St. Paul
Suite 4080
Dallas, TX 75202

*Federal Express and E-mail:*
*william.sparks@grace.com*
(W.R. Grace & Co.)
David B. Siegel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

*E-mail: syoder@bayardfirm.com*
(Local Counsel to DIP Lender)
Steven M. Yoder, Esquire
The Bayard Firm

*E-mail: mgz@del.camlev.com*
(Local Counsel to Asbestos Claimants)
Matthew G. Zaleski, III, Esquire
Campbell & Levine, LLC

*E-mail: ttacconelli@ferryjoseph.com*
(Counsel for Property Damage Claimants)
Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.

*E-mail: mlastowski@duanemorris.com*
(Counsel to Official Committee of
Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP

*E-mail: currier@klettrooney.com and*
*jwaxman@klettrooney.com*
(Counsel for Official Committee of Equity
Holders)
Teresa K.D.Currier, Esquire
Klett Rooney Lieber & Schorling

*E-mail:*
*james_kapp@chicago.kirkland.com*
(Counsel to Debtor)
James H.M. Sprayregen, P.C.
James Kapp, III, Esquire
Kirkland & Ellis

**E-mail:** *pvnl@capdale.com*
(Official Committee of Personal Injury
Claimants)
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered

**E-mail:** *rserrette@stroock.com*
(Official Committee of Unsecured
Creditors)
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP

**E-mail:** *jsakalo@bilzin.com*
(Official Committee of Property Damage
Claimants)
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price &
Axelrod LLP

**E-mail:** *david.heller@lw.com* and
*carol.hennessey@lw.com*
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins

**E-mail:** *pbentley@kramerlevin.com*
(Counsel to Official Committee of Equity
Holders)
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP