# Exhibit A

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In Re: W.R. GRACE & CO., et al.,

Debtors.

Chapter 11

Bankruptcy No. 01-01139 (JFK)

(Jointly Administered)

**Objection Deadline: October 6, 2003**
**Hearing Date: TBD if necessary**

## SUMMARY OF ELEVENTH MONTHLY APPLICATION OF ELZUFON AUSTIN REARDON TARLOV & MONDELL, P.A. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE ZONOLITE ATTIC INSULATION CLAIMANTS FOR THE PERIOD OF JULY 1, 2003 <u>THROUGH JULY 31, 2003</u>

Name of Applicant:                              Elzufon Austin Reardon Tarlov & Mondell, P.A.

Authorized to provide
Professional services to:                       Zonolite Attic Insulation Claimants

Date of retention:                               July 22, 2002

Period for which compensation          July 1, 2003 through
and reimbursement is sought:             July 31, 2003

Amount of compensation sought
as actual reasonable and necessary:     $ 4,393.50

Amount of expense reimbursement
sought as actual reasonable and
necessary:                                          $ 295.24

This is a:         <u>X</u>  Monthly _____Interim                _____Final Application

Prior Application Filed:                        Yes.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/18/02 | 7/23/02 through 9/30/02 | $ 5,738.00 | $ 692.54 | Approved | Approved |
| 12/12/02 | 10/1/02 through 10/31/02 | $ 1,998.00 | $ 171.59 | Approved | Approved |
| 2/10/03 | 11/1/02 through 11/30/02 | $ 3,994.00 | $ 1,875.81 | Approved | Approved |
| 2/12/03 | 12/1/02 through 12/31/02 | $ 1,808.50 | $ 500.47 | Approved | Approved |
| 3/19/03 | 1/1/03 through 1/31/03 | $ 970.50 | $ 145.35 | Pending | Pending |
| 5/16/03 | 2/1/03 through 2/28/03 | $ 2,314.00 | $ 286.80 | Pending | Pending |
| 5/16/03 | 3/1/03 through 3/31/03 | $ 4,031.00 | $ 1,444.29 | Pending | Pending |
| 7/1/03 | 4/1/03 through 4/30/03 | $ 920.00 | $ 45.00 | Pending | Pending |
| 8/14/03 | 5/1/03 through 5/31/03 | $2,152.50 | $ 2,119.56 | Pending | Pending |
| 8/15/03 | 6/1/03 through 6/31/03 | $ 2,865.00 | $ 2,120.25 | Pending | Pending |

As indicated above, this is the tenth application for monthly interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases.

The total time expended for the preparation of this application is approximately 3 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $300.00.

The Elzufon Austin Reardon Tarlov & Mondell, P.A., attorney who rendered professional services in these cases during the Fee Period is:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| William D. Sullivan | Partner | 13 | Bankruptcy | $220.00 | 3.6 | $ 792.00 |
| Charles J. Brown, III | Associate | 10 | Bankruptcy | $190.00 | 9.6 | $ 1,824.00 |
| TOTALS | | | | | 13.2 | $ 2,616.00 |

The Elzufon Austin Reardon Tarlov & Mondell, P.A. paraprofessional who rendered professional services in these cases during the Fee Period is:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Michael Young | Paralegal | 1 | Bankruptcy | $75.00 | 23.7 | $ 1,777.50 |
| TOTALS | | | | | 23.7 | $ 1,777.50 |

## Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 12-Fee Application, Others | 10 Hours | $ 1,912.00 |
| 22-ZAI Science Trial | 26.9 Hours | $ 2,481.50 |
| TOTALS | 36.9 Hours | $ 4,393.50 |

## EXPENSES

| Description | Amount |
|---|---|
| Computer Assisted Legal Research | |
| Telephone Expense | |
| Telephone Expense – Outside | |
| Facsimile ($1.00 per page) | |
| Postage Expense | |
| Courier & Express Carriers | $ 118.00 |
| In-House Duplicating / Printing ($.15 per page) | $ 75.90 |
| Outside Duplicating / Printing | $ 101.34 |
| Lodging | |
| Transportation | |
| Air Travel Expense | |
| Taxi Expense | |
| Mileage Expense | |
| Travel Meals | |
| Parking | |
| General Expense | |
| Expert Services | |
| Books/Videos | |
| Total: | $ 295.24 |

Dated: Wilmington, Delaware
September 15, 2003

ELZUFON, AUSTIN, REARDON,
TARLOV & MONDELL, P.A.

*/s/ William D. Sullivan*
William D. Sullivan, Esq. (No. 2820)
Charles J. Brown, III, Esq. (No. 3368)
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE 19899-1630
Phone: (302) 428-3181
Fax: (302) 777-7244

Delaware Counsel to ZAI Claimants

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In Re:  W.R. GRACE & CO., et al.,<br><br>Debtors, | Chapter 11<br><br>Bankruptcy No. 01-01139 (JFK)<br><br>(Jointly Administered)<br><br>**Objection Deadline: October 6, 2003**<br>**Hearing Date: TBD if necessary** |

## FEE DETAIL OF ELEVENTH MONTHLY APPLICATION OF ELZUFON AUSTIN REARDON TARLOV & MONDELL, P.A. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE ZONOLITE ATTIC INSULATION CLAIMANTS FOR THE PERIOD OF JULY 1, 2003 THROUGH JULY 31, 2003

Elzufon, Austin, Reardon, Tarlov & Mondell, P.A.
E.I. # 51-0298668
P.O. Box 1630
Wilmington, DE  19899
(302) 428-3181

|  | Page: 1 |
|---|---|
| ZAI Plaintiffs | 07/31/2003 |
| Richardson Patrick Westbrook | Client No: 220305-11221M |
| 174 East Bay Street | Statement No:      192095 |
| Charleston  SC  29401 | |

Attn: Edward Westbrook

W.R. Grace & Companies, et al.
CA No. 01-1139
A-01-771

### Fees

|  | Hours |
|---|---|
| **07/01/03** | |
| MY  Prepare April fee application of RWPB (.4), e-file and complete service (.9), Prepare EARTM fee application for filing, e-file and complete service (1) | 2.30 |
| MY  Office conference, fulfil service requirements with regards to e-mail service, update tracking chart and forward information to William Sparks | 1.10 |
| **07/02/03** | |
| WDS Review docket re:  status of withdrawal of reference. | 0.20 |
| WDS Review letter re:  request for Settlement Facilitation. | 0.10 |
| WDS Review Fee Auditor final report regarding EART&M 8th Quarterly Application. | 0.10 |
| MY  Review file re: service order, follow up to ensure proper service | 0.40 |
| **07/03/03** | |
| MY  Review fee auditors report re: 8th quarter of EARTM (.3), Review case information re: order re withdrawal of reference (.1), review fee auditor report re: RPWB (.2) | 0.60 |
| **07/07/03** | |
| MY  Office conference re: Summary Judgment Motions to be filed, Prepare Motion of L&A and exhibits 1-24 for filing (2.1), e-file motion with exhibits and prepare for service (1.2) | 3.30 |
| CJB Telephone conference with co-counsel. | 0.10 |
| CJB Review and revise Daubert Motion; review and revise 1st Motion for Summary Judgment; review and revise 2nd Motion for Summary Judgment. | 6.00 |

W.R. Grace & Companies, et al.
CA No. 01-1139
A-01-771

                                                          Hours
07/08/03
  MY  Review documents provided by RPWB re:
      motions for filing (.3), prepare motion
      and exhibits 1-94 for filing (2.4),
      e-file and serve (.8) prepare motion to
      exclude Dr. Lee's Opinion and Memo and
      attachments 1-34 for filing (1.7), e-file
      and serve (.7)                                       5.90
  CJB Conference with D. Scott's office re:
      corrected filing; review exhibits of
      Daubert Motion; review exhibits of
      Westbrook's summary judgment motion;
      confirm filing with paralegal.                       1.50

07/09/03
  MY  Review docket concerning Motions for
      Summary Judgment (.2), prepare amended
      memo for filing, (.3), e-file and serve
      (.3)                                                 0.80
  CJB Review Debtor's Motion for Summary
      Judgment.                                            1.50

07/10/03
  MY  Creation of summary judgment file and
      document organization                                1.00
  CJB Exchange correspondence with Debtor re:
      deadlines imposed by Notice and compared
      to those on Scheduling Order.                        0.30

07/11/03
  MY  Review docket re: recent summary judgment
      filings, draft notice re: docket nos.
      4014, 4015, 4016 and 4017, e-file notice             0.50

07/14/03
  WDS Review final report of fee auditor for
      RPWB's fees.                                         0.10

07/15/03
  CJB Exchange correspondence with Lukins and
      Annis re:  need to file
      response to fee auditor's reports.                   0.20

07/16/03
  MY  Review fee auditors reports regarding all
      fee applications, continue review for
      order re: withdrawal of reference                    0.40

07/17/03
  MY  Prepare RPWB May Fee Application for
      filing, prepare certificate of service
      and insert service list, correspondence
      with co-counsel re: update of fees                   1.10

07/21/03
  WDS Review, revise and approve RPWB fee
      application for filing fee application

W.R. Grace & Companies, et al.
CA No. 01-1139
A-01-771

|  |  | Hours |  |
|---|---|---|---|
|  | for April, 2003. | 0.30 |  |
| WDS | Review, revise and approve for filing the L & A fee application for April, 2003. | 0.30 |  |
| MY | Prepare L&A fee (April) application for filing (.6), revise May fee application of RPWB and April fee application of L&A and prepare for service and filing, e-file and serve both applications (2.5) | 3.10 |  |

07/22/03

| MY | Correspondence with co-counsel regarding telephonic appearances, contact court and obtain information re same | 0.40 |
|---|---|---|

07/23/03

| WDS | Review agenda for 7/28 Hearing; forward to co-counsel. | 0.20 |
|---|---|---|
| WDS | Review Debtor's Motion to Extend Plan Period. | 0.20 |
| WDS | Review docket re:  service and filing of ZAI related pleadings. | 0.40 |

07/24/03

| MY | Receive and forward call-in information re: 7/2803 hearing to co-counsel | 0.20 |
|---|---|---|
| MY | Review docket and download documents related to summary judgment motions (.3), correspondence with Debtors' counsel regarding those approved for telephonic appearances at 7/28 hearing (.2), office conference re: upcoming hearing (.2) | 0.70 |

07/25/03

| MY | Prepare May Fee Application of Lukins & Annis for Attorney review | 0.60 |
|---|---|---|
| MY | E-mail correspondence with co-counsel re: 7/28/03 hearing | 0.20 |

07/28/03

| WDS | Review agenda; attend Hearing on ZAI Motion for Increased Fees. | 1.40 |
|---|---|---|

07/30/03

| WDS | Review and approve Lukis & Annis fee application for filing (May). | 0.30 |
|---|---|---|

07/31/03

| MY | Prepare May Fee Application of L&A for filing and service (.6), e-file and serve (.5) | 1.10 |
|---|---|---|

| For Current Services Rendered | 36.90 | 4,393.50 |
|---|---|---|

### Recapitulation

| Timekeeper | Title | Hours | Rate | Total |
|---|---|---|---|---|
| Sullivan, William D. | Partner | 3.60 | $220.00 | $792.00 |
| Charles J. Brown | Senior Associat | 9.60 | 190.00 | 1,824.00 |

ZAI Plaintiffs

Client No: 220305-11221M
Statement No:        192095

W.R. Grace & Companies, et al.
CA No. 01-1139
A-01-771

| Michael Young | Paralegal | 23.70 | 75.00 | 1,777.50 |
|---|---|---|---|---|

07/31/2003

### Expenses

| 07/01/03 Photocopies (@ $.15) | 75.90 |
|---|---|
| Total Expenses | 75.90 |

### Advances

| 07/01/03 Courier fee Tristate Courier & Carriage | 5.00 |
|---|---|
| 07/07/03 Reliable Copy Service - outside photocopying ( 807 copies @ .12 cents each and 2 velobind @ 2.25) | 101.34 |
| 07/08/03 Courier fee Tristate Courier & Carriage | 63.00 |
| 07/21/03 Courier fee Tristate Courier & Carriage | 45.00 |
| 07/31/03 Courier fee Tristate Courier & Carriage | 5.00 |
| Total Advances | 219.34 |
| Total Current Work | 4,688.74 |
| Balance Due | $4,688.74 |

# **Exhibit B**

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In Re: W.R. GRACE & CO., et al.,

Debtors.

Chapter 11

Bankruptcy No. 01-01139 (JFK)

(Jointly Administered)

**Objection Deadline: November 20, 2003**
**Hearing Date: TBD if necessary**

## SUMMARY OF TWELFTH MONTHLY APPLICATION OF ELZUFON AUSTIN REARDON TARLOV & MONDELL, P.A. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE ZONOLITE ATTIC INSULATION CLAIMANTS FOR THE PERIOD OF <u>AUGUST 1, 2003 THROUGH AUGUST 31, 2003</u>

Name of Applicant:                                        Elzufon Austin Reardon Tarlov & Mondell, P.A.

Authorized to provide
Professional services to:                              Zonolite Attic Insulation Claimants

Date of retention:                                         August 22, 2002

Period for which compensation              August 1, 2003 through
and reimbursement is sought:                  August 31, 2003

Amount of compensation sought
as actual reasonable and necessary:        $ 3,623.00

Amount of expense reimbursement
sought as actual reasonable and
necessary:                                                    $ 69.68

This is a:        __X__ Monthly _____Interim          _____Final Application


Prior Application Filed:               Yes.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/18/02 | 7/23/02 through 9/30/02 | $ 5,738.00 | $ 692.54 | Approved | Approved |
| 12/12/02 | 10/1/02 through 10/31/02 | $ 1,998.00 | $ 171.59 | Approved | Approved |
| 2/10/03 | 11/1/02 through 11/30/02 | $ 3,994.00 | $ 1,875.81 | Approved | Approved |
| 2/12/03 | 12/1/02 through 12/31/02 | $ 1,808.50 | $ 500.47 | Approved | Approved |
| 3/19/03 | 1/1/03 through 1/31/03 | $ 970.50 | $ 145.35 | Approved | Approved |
| 5/16/03 | 2/1/03 through 2/28/03 | $ 2,314.00 | $ 286.80 | Approved | Approved |
| 5/16/03 | 3/1/03 through 3/31/03 | $ 4,031.00 | $ 1,444.29 | Approved | Approved |
| 7/1/03 | 4/1/03 through 4/30/03 | $ 920.00 | $ 45.00 | Pending | Pending |
| 8/14/03 | 5/1/03 through 5/31/03 | $2,152.50 | $ 2,119.56 | Pending | Pending |
| 8/15/03 | 6/1/03 through 6/31/03 | $ 2,865.00 | $ 2,120.25 | Pending | Pending |
| 9/15/03 | 7/1/03 through 7/31/03 | $ 4,393.50 | $ 295.24 | Pending | Pending |

As indicated above, this is the twelfth application for monthly interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases.

The total time expended for the preparation of this application is approximately 3 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $300.00.

The Elzufon Austin Reardon Tarlov & Mondell, P.A., attorney who rendered professional services in these cases during the Fee Period is:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| William D. Sullivan | Partner | 13 | Bankruptcy | $220.00 | 1.2 | $ 264.00 |
| Charles J. Brown, III | Associate | 10 | Bankruptcy | $190.00 | 7.1 | $ 1,349.00 |
| TOTALS | | | | | 8.3 | $ 1,613.00 |

The Elzufon Austin Reardon Tarlov & Mondell, P.A. paraprofessional who rendered professional services in these cases during the Fee Period is:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Michael Young | Paralegal | 1 | Bankruptcy | $75.00 | 26.8 | $ 2,010.00 |
| TOTALS | | | | | 26.8 | $ 2,010.00 |

## Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 12-Fee Application, Others | 15.2 Hours | $ 1,365.00 |
| 22-ZAI Science Trial | 19.9 Hours | $ 2,258.00 |
| TOTALS | 35.1 Hours | $ 3,623.00 |

## EXPENSES

| Description | Amount |
|---|---|
| Computer Assisted Legal Research | |
| Telephone Expense | |
| Telephone Expense – Outside | |
| Facsimile ($1.00 per page) | |
| Postage Expense | |
| Courier & Express Carriers | $ 10.00 |
| In-House Duplicating / Printing ($.15 per page) | |
| Outside Duplicating / Printing | $ 59.68 |
| Lodging | |
| Transportation | |
| Air Travel Expense | |
| Taxi Expense | |
| Mileage Expense | |
| Travel Meals | |
| Parking | |
| General Expense | |
| Expert Services | |
| Books/Videos | |
| | |
| Total: | $ 69.68 |

Dated: Wilmington, Delaware
       October 30, 2003

ELZUFON, AUSTIN, REARDON,
TARLOV & MONDELL, P.A.

*/s/ William D. Sullivan*
William D. Sullivan, Esq. (No. 2820)
Charles J. Brown, III, Esq. (No. 3368)
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE 19899-1630
Phone: (302) 428-3181
Fax: (302) 777-7244

Delaware Counsel to ZAI Claimants

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In Re: W.R. GRACE & CO., et al.,

Debtors,

Chapter 11

Bankruptcy No. 01-01139 (JFK)

(Jointly Administered)

**Objection Deadline: October 30, 2003**
**Hearing Date: TBD if necessary**

## FEE DETAIL OF TWELFTH MONTHLY APPLICATION OF ELZUFON AUSTIN REARDON TARLOV & MONDELL, P.A. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE ZONOLITE ATTIC INSULATION CLAIMANTS FOR THE PERIOD OF <u>AUGUST 1, 2003 THROUGH AUGUST 31, 2003</u>

Elzufon, Austin, Reardon, Tarlov & Mondell, P.A.
E.I. # 51-0298668
P.O. Box 1630
Wilmington, DE  19899
(302) 428-3181

Page: 1
09/30/2003
ZAI Plaintiffs
Richardson Patrick Westbrook                    Client No: 220305-11221M
174 East Bay Street                        Statement No:       194110
Charleston  SC  29401

Attn: Edward Westbrook

W.R. Grace & Companies, et al.
CA No. 01-1139
A-01-771

### Fees

                                                              Hours

08/08/03
  MY  Prepare response to Motion to Exclude
     Evidence for DE filing (.4), e-file with
     attachments (.8), Prepare Response to
     Motion for Summary Judgment and Motion to
     Consolidate Actions of ZAI Claimants for
     filing (.8)                                   2.00
  CJB Review Response to Consolidation Motion;
     review Response to Debtor's Motion for
     Summary Judgment; review Response to
     Motion in Limine.                             2.50

08/11/03
  MY  Office conference re: exhibits to be
     filed, draft notice of filing of exhibits
     (.2), E-file exhibits 1-89 to Response to
     Motion for Summary Judgement as 3
     separate filings (due to length), scan
     exhibits too large for filing into
     separate pdf documents (3.4)                  3.60
  CJB Review exhibits to response to Summary
     Judgment Motion.                              0.20

08/12/03
  MY  Review file re: Attachments to Response
     to Motion for Summary Judgment                0.20
  MY  Draft Certificate of No Objection re:
     April Fee Application of EARTM (.5),
     e-file and serve, complete e-mail service
     (.6)                                          1.10
  CJB Exchange correspondence with co-counsel
     re:  June fee application.                    0.10

08/13/03
  MY  Prepare June Application of RWPB for
     filing and review (WDS) (.8), draft
     Certificate of No Objection for April Fee
     Application of RPWB (.7), draft
     Certificate of No Objection for May Fee
     Application of L&A (.7), Draft

ZAI· Plaintiffs

W.R. Grace & Companies, et al.
CA No. 01-1139
A-01-771

|  | Hours |
|---|---|
| Certificate of No Objection for April Fee Application of L&A (.6), Prepare L&A June Fee Application for Attorney Review (.7), update tracking chart (.3) | 3.80 |
| MY  Complete filing and service of CNO's re: April/May Fee Applications of RPWB and April Fee Application of L&A, review docket and download order increasing budget and order approving 7th quarterly (.5) | 1.40 |

08/14/03
| MY  Format documents for e-mail service, complete e-mail service of CNO's of L&A (April) and RPWB (April and May) upon fee auditor/W.R. Grace (.6), Review payment chart and update re: Quarterly Fee Applications (.1), Draft/Prepare May Fee Application of EARTM for review (1.6), Draft June Fee Application of EARTM (1.6) | 3.90 |
| WDS Review and approve EART&M May Fee Application for Filing. | 0.20 |
| WDS Review and revise EART&M June Fee Application. | 0.30 |

08/15/03
| MY  Revise, e-file and serve May and June fee applications of EARTM (1.5), complete e-mail service to fee auditor/W.R. Grace (.2), Prepare June Applications of RPWB and L&A for filing, e-file and serve (1.6) | 3.30 |
| WDS Review, revise and approve RPWB June Fee application for filing. | 0.30 |
| WDS Review and approve L & A June Fee Application for filing. | 0.20 |

08/18/03
| WDS Review Objection of P.I. Committee to Motion to Extend Pan Period. | 0.20 |
| CJB Review and revise appendix and reply brief of Lukin and Annis. | 1.20 |
| CJB Review Reply Brief in Support of Motion to Exclude Testimony of Dr. Lee; review Reply Brief in Support of Claimant's Motion for Summary Judgment; file briefs. | 2.50 |
| MY  Scan appendices to reply to opposition re summary judgment (.5), forward 9th Quarterly app of Reed Smith to co-counsel (.2), prepare reply for filing (.4), complete filing of reply and appendix (.6) | 1.70 |

08/19/03
| CJB Review U.S. Statement | 0.40 |
| MY  Review file re: update pleadings, create file related to summary judgment | |

ZAI· Plaintiffs

W.R. Grace & Companies, et al.
CA No. 01-1139
A-01-771

|  |  | Hours |
|---|---|---|
| proceedings |  | 2.10 |

**08/20/03**
CJB Exchange correspondence with co-counsel
    re:  telephonic appearance.                    0.10
MY  Prepare attachments 1-25 of Reply to
    opposition re Summary Judgment for filing
    (2.3),  arrange telephonic appearance of
    D. Scott (.1), complete filing of reply
    (.6)                                           3.00

**08/21/03**
MY  Review 8.25.03 agenda as related to ZAI
    science trial proceedings                      0.20

**08/25/03**
MY  Update Fee application tracking chart
    with EARTM info                                0.30

**08/28/03**
CJB Exchange correspondence with Lukins &
    Annis re:  4th Quarterly Fee Application.      0.10

**08/29/03**
MY  Correspondence w/ fee auditor (email),
    forward fee apps as requested                  0.20

    For Current Services Rendered          35.10   3,623.00

### Recapitulation

| Timekeeper | Title | Hours | Rate | Total |
|---|---|---|---|---|
| Sullivan, William D. | Partner | 1.20 | $220.00 | $264.00 |
| Charles J. Brown | Senior Associat | 7.10 | 190.00 | 1,349.00 |
| Michael Young | Paralegal | 26.80 | 75.00 | 2,010.00 |

### Advances

08/08/03 Reliable Copy Service - Outside photocopying (
         289 page scan @ .12 cents each, and transfer to
         disk @ 25.00)                                        59.68
08/12/03 Courier fee Tristate Courier & Carriage              5.00
08/14/03 Courier fee Tristate Courier & Carriage              5.00

         Total Advances                                       69.68

         Total Current Work                                3,692.68

         Balance Due                                       $3,692.68

# Exhibit C

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: W.R. GRACE & CO., et al.,<br><br>    Debtors. | Chapter 11<br><br>Bankruptcy No. 01-01139 (JFK)<br><br>(Jointly Administered)<br><br>**Objection Deadline: November 24, 2003**<br>**Hearing Date: TBD if necessary** |

## SUMMARY OF THIRTEENTH MONTHLY APPLICATION OF ELZUFON AUSTIN REARDON TARLOV & MONDELL, P.A. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE ZONOLITE ATTIC INSULATION CLAIMANTS FOR THE PERIOD OF SEPTEMBER 1, 2003 THROUGH SEPTEMBER 31, 2003

Name of Applicant:                          Elzufon Austin Reardon Tarlov & Mondell, P.A.

Authorized to provide
Professional services to:                   Zonolite Attic Insulation Claimants

Date of retention:                          August 22, 2002

Period for which compensation               September 1, 2003 through
and reimbursement is sought:                September 30, 2003

Amount of compensation sought
as actual reasonable and necessary:         $ 2,892.50

Amount of expense reimbursement             $ 2,022.29
sought as actual reasonable and
necessary:

This is a:      X  Monthly _____Interim          _____Final Application


Prior Application Filed:          Yes.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/18/02 | 7/23/02 through 9/30/02 | $ 5,738.00 | $ 692.54 | Approved | Approved |
| 12/12/02 | 10/1/02 through 10/31/02 | $ 1,998.00 | $ 171.59 | Approved | Approved |
| 2/10/03 | 11/1/02 through 11/30/02 | $ 3,994.00 | $ 1,875.81 | Approved | Approved |
| 2/12/03 | 12/1/02 through 12/31/02 | $ 1,808.50 | $ 500.47 | Approved | Approved |
| 3/19/03 | 1/1/03 through 1/31/03 | $ 970.50 | $ 145.35 | Approved | Approved |
| 5/16/03 | 2/1/03 through 2/28/03 | $ 2,314.00 | $ 286.80 | Approved | Approved |
| 5/16/03 | 3/1/03 through 3/31/03 | $ 4,031.00 | $ 1,444.29 | Approved | Approved |
| 7/1/03 | 4/1/03 through 4/30/03 | $ 920.00 | $ 45.00 | Pending | Pending |
| 8/14/03 | 5/1/03 through 5/31/03 | $2,152.50 | $ 2,119.56 | Pending | Pending |
| 8/15/03 | 6/1/03 through 6/31/03 | $ 2,865.00 | $ 2,120.25 | Pending | Pending |
| 9/15/03 | 7/1/03 through 7/31/03 | $ 4,393.50 | $ 295.24 | Pending | Pending |
| 10/31/03 | 8/1/03 through 8/31/03 | $ 3,623.00 | $ 69.68 | Pending | Pending |

As indicated above, this is the thirteenth application for monthly interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases.

The total time expended for the preparation of this application is approximately 3 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $300.00.

The Elzufon Austin Reardon Tarlov & Mondell, P.A., attorney who rendered professional services in these cases during the Fee Period is:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| William D. Sullivan | Partner | 13 | Bankruptcy | $220.00 | 4.5 | $990.00 |
| Charles J. Brown, III | Associate | 10 | Bankruptcy | $190.00 | 0.5 | $95.00 |
| TOTALS | | | | | 5.0 | $1,085.00 |

The Elzufon Austin Reardon Tarlov & Mondell, P.A. paraprofessional who rendered professional services in these cases during the Fee Period is:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Michael Young | Paralegal | 1 | Bankruptcy | $75.00 | 24.1 | $1,807.50 |
| TOTALS | | | | | 24.1 | $1,807.50 |

## Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 12-Fee Application, Others | 26.6 Hours | $2,371.50 |
| 22-ZAI Science Trial | 2.5 Hours | $521.00 |
| TOTALS | 29.1 Hours | $2,892.50 |

## EXPENSES

| Description | Amount |
|---|---|
| Computer Assisted Legal Research | |
| Telephone Expense | |
| Telephone Expense – Outside | |
| Facsimile ($1.00 per page) | |
| Postage Expense | |
| Courier & Express Carriers | $25.00 |
| In-House Duplicating / Printing ($.15 per page) | |
| Outside Duplicating / Printing | $1,997.29 |
| Lodging | |
| Transportation | |
| Air Travel Expense | |
| Taxi Expense | |
| Mileage Expense | |
| Travel Meals | |
| Parking | |
| General Expense | |
| Expert Services | |
| Books/Videos | |
| Total: | $2,022.29 |

Dated: Wilmington, Delaware
     November 3, 2003

ELZUFON, AUSTIN, REARDON,
TARLOV & MONDELL, P.A.

*/s/ William D. Sullivan*
William D. Sullivan, Esq. (No. 2820)
Charles J. Brown, III, Esq. (No. 3368)
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE 19899-1630
Phone: (302) 428-3181
Fax: (302) 777-7244

Delaware Counsel to ZAI Claimants

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In Re:  W.R. GRACE & CO., et al.,<br><br>Debtors, | Chapter 11<br><br>Bankruptcy No. 01-01139 (JFK)<br><br>(Jointly Administered)<br><br>**Objection Deadline: November 24, 2003**<br>**Hearing Date: TBD if necessary** |

**FEE DETAIL OF THIRTEENTH MONTHLY APPLICATION OF ELZUFON AUSTIN REARDON TARLOV & MONDELL, P.A. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE ZONOLITE ATTIC INSULATION CLAIMANTS FOR THE PERIOD OF SEPTEMBER 1, 2003 THROUGH SEPTEMBER 30, 2003**

·Elzufon, Austin, Reardon, Tarlov & Mondell, P.A.
E.I. # 51-0298668
P.O. Box 1630
Wilmington, DE  19899
(302) 428-3181

Page: 1
09/30/2003

ZAI Plaintiffs
Richardson Patrick Westbrook
174 East Bay Street
Charleston SC  29401

Client No: 220305-11221M
Statement No:         194112

Attn: Edward Westbrook

W.R. Grace & Companies, et al.
CA No. 01-1139
A-01-771

## Fees

Hours

19/02/03

MY   Review file: Draft 4th Quarterly Fee
Application of EARTM (2.8), draft order
(.3), draft notice of filing (.3), draft
affidavit (.1), review case information
re: hearing schedule (.1),  Receive and
prepare 4th Quarterly fee application of
Lukins and Annis (1.3), draft order (.3)        5.20

WDS  Review and revise 4th Quarterly Fee
Application of Lukins & Annis.                   0.20

WDS  Review and revise 4th Quarterly Fee
Application of EART&M.                           0.40

WDS  Review deposition procedure re:  use at
trial.                                          0.30

CJB  Telephone conference with co-counsel re:
video recording at deposition; conference
with WDS.                                       0.50

09/03/03

MY   Draft CNO re: L&A May Fee Application
(.7), e-file (.3), draft Notice of Filing
of L&A 4th Quarterly (.3), Revise 4th
Quarterly Fee Applications of EARTM and
L&A for filing (.6), format fee
applications and notices of EARTM and L&A
into .pdf format for filing (.7), e-file
and complete service of notices, CNO, and
fee applications (1.2)                          3.80

MY   Receive and revise RPWB Quarterly Fee
Application for filing (1.6), draft order
(.3), draft notice of filing (.3)              2.20

WDS  Review and approve for filing the RPWB
Ninth Quarterly Fee Application.               0.30

09/04/03

MY   Final edit of RPWB Quarterly Fee
Application (.4), prepare notice and fee
app for filing (.4), e-file notice (.3),
e-file fee application (.3), complete
service of both (.7), update tracking

ZAI Plaintiffs

W.R. Grace & Companies, et al.
CA No. 01-1139
A-01-771

|  | Hours |
|---|---|
| sheet (.5), Coplete email service and judge's procedures for service of quarterly fee applications (.9), update file (.2) | 3.80 |
| WDS Review ZAI pleadings filed in case in preparation for trial; forward selected pleadings to co-counsel. | 1.20 |

09/05/03
| MY Begin draft of CNO's re EARTM May and June Fee Apps (.6), L&A June Fee App (.3), and RPWB June Fee App (.3) | 1.20 |

09/08/03
| MY Final revision of CNO's re RPWB June Fee App, L&A June App and EARTM May and June fee App (1.1), e-file and serve all CNO's (1.1)< update tracking chart (.3), complete e-mail service to W. Sparks (.3) | 2.80 |

09/11/03
| MY Review proposed Order re: 8th Quarterly Fee Apps as related to EARTM, L&A and RPWB | 0.30 |

09/12/03
| WDS Review Fee Auditor Report re:  EART&M fees. | 0.10 |

09/15/03
| MY Prepare July fee application of RPWB for filing and service (1.2), draft EARTM July Fee Application for filing and service (2.1), update tracking sheet (.2), e-file and serve both applications (.9) | 4.40 |

09/16/03
| MY Correspondence with campell levine re service of pleadings, update list | 0.20 |

09/22/03
| WDS Review agenda for 9/22 Hearing; fee applications going forward; review Certification of Fee Auditor re: approval of all fees for ZAI counsel; review proposed Order and verify that all fees and expenses included. | 0.50 |
| WDS Attend Hearing; Order signed approving 8th Quarterly Fee Applications. | 1.00 |
| WDS E-mail to co-counsel re:  Entry of Order. | 0.20 |

09/28/03
| WDS Review miscellaneous pleadings filed in case. | 0.30 |

ZAI Plaintiffs

W.R. Grace & Companies, et al.
CA No. 01-1139
A-01-771

|  |  | Hours |  |
|---|---|---|---|
| 9/30/03 |  |  |  |
| MY | Update tracking chart re: fee apps | 0.20 |  |
|  | For Current Services Rendered | 29.10 | 2,892.50 |

Recapitulation

| imekeeper | Title | Hours | Rate | Total |
|---|---|---|---|---|
| ullivan, William D. | Partner | 4.50 | $220.00 | $990.00 |
| harles J. Brown | Senior Associat | 0.50 | 190.00 | 95.00 |
| ichael Young | Paralegal | 24.10 | 75.00 | 1,807.50 |

Advances

| Date | Description | Amount |
|---|---|---|
| 9/03/03 | Reliable Copy Service - Outsourcing of photocopying ( 8,436 copies @ .09 cents each; 200 mailings @ 1.75 and one international @ 2.10; 21 hand deliveries @ $6.50). | 1,247.84 |
| 9/03/03 | Courier fee Tristate Courier & Carriage | 5.00 |
| 9/04/03 | Reliable Copy Service-Delaware - Out sourcing of photocopying (4,440 copies @ .09 cents; 200 mailings @ 1.06, 1 @ 1.35 and 21 hand deliveries @ 6.50) | 749.45 |
| 9/04/03 | Courier fee Tristate Courier & Carriage | 5.00 |
| 9/08/03 | Courier fee Tristate Courier & Carriage | 5.00 |
| 9/08/03 | Courier fee Tristate Courier & Carriage | 5.00 |
| 9/15/03 | Courier fee Tristate Courier & Carriage | 5.00 |

Total Advances 2,022.29

Total Current Work 4,914.79

Balance Due $4,914.79