IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Related to Docket No. 4628** |
| | ) | |

**NO ORDER REQUIRED**
**CERTIFICATION OF NO OBJECTION REGARDING THE TWENTY-FOURTH
MONTHLY APPLICATION OF CAPLIN & DRYSDALE, CHARTERED,
COUNSEL TO THE OFFICIAL COMMITTEE OF PERSONAL INJURY
CLAIMANTS FOR INTERIM COMPENSATION AND REIMBURSEMENT OF
EXPENSES FOR THE PERIOD OF SEPTEMBER 1, 2003 THROUGH
SEPTEMBER 30, 2003 (DOCKET NO. 4628)**

I, Aileen F. Maguire, of Campbell & Levine, LLC, hereby certify the following:

1.      Pursuant to 11 U.S.C. §§ 330 and 331, Rule 2016 of the Federal Rules of

Bankruptcy Procedure, and the Amended Administrative Order Under 11 U.S.C. §§

105(a) and 331 Establishing Revised Procedures for Interim Compensation and

Reimbursement of Expenses for Professionals and Official Committee Members, signed

by the Court on April 17, 2002 [Docket No. 1949] (the "Amended Administrative

Order"), Caplin & Drysdale, Chartered ("Caplin & Drysdale"), submitted on October 29,

2003 a twenty-fourth monthly application ("Application") [Docket No. 4628] for services

rendered and reimbursement of expenses incurred as counsel to the Official Committee of

Asbestos Personal Injury Claimants in the above-referenced cases.

2.      Objections to the Application were to be filed and served on or before

November 18, 2003. No objections to the Application have been received by the

undersigned. Moreover, the Court's docket reflects that no objections to the Application

were filed.      In accordance with the Amended Administrative Order, upon the filing of

this Certificate of No Objection, the Debtors are authorized to pay Caplin & Drysdale

eighty percent (80%) of the fees and one hundred percent (100%) of the expenses

requested in the Application.


        CAPLIN & DRYSDALE, CHARTERED
        Elihu Inselbuch
        399 Park Avenue
        New York, NY  10022
        (212) 319-7125

                -and-

        CAPLIN & DRYSDALE, CHARTERED
        Peter Van N. Lockwood
        One Thomas Circle, N.W.
        Washington, D.C.  20005
        (202) 862-5000

               - and -

        CAMPBELL & LEVINE, LLC


        */s/ Aileen F. Maguire*
        Aileen F. Maguire (I.D. #3756)
        800 N. King Street
        Suite 300
        Wilmington, DE  19899
        (302) 426-1900

        Counsel for the Official Committee
          of Asbestos Personal Injury Claimants

Dated: November 19, 2003