# SIGN-IN SHEET

CASE NAME: W.R. Grace

CASE NO.: 01-1139

COURTROOM NO.: 2

DATE: 11/17/03

## PLEASE PRINT OR YOUR APPEARANCE CANNOT BE CORRECTLY NOTED!

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Janet S Baer | Kirkland & Ellis | WR Grace |
| Dave Carickhoff | Pachulski Stang | WR Grace |
| Mark T. Hurford | Campbell + Levine | Asbestos PI Comm. |
| Mishe Sasson | Stroock & Stroock & Lavan LLP | Creditors Committee |
| Theodore Tacconelli | Ferry Joseph & Pearce | Official Committee of Asbestos Property Damage Claimants |
| Joseph L. Ruby | Beach Robinson & Lewis | London Market Insurers |
| Linda M Carmichael | White and Williams | ACE |
| Richard L. Schepacarta | UST | UST |
| Willer D Sullivan | Elzufon Austi | Fireman's - Oldcastle |
| GARY M. BECKER | KRAMER LEVIN NAFTALIS & FRANKEL | EQUITY COMMITTEE |
| Richard Riley | Duane Morris | Creditors Committee |
| Noel C. Burnham | Montgomery McCracken | SAC |
| James N. Lawlor | Wollmuth Maher & Deutsch | Protiviti, Inc. |
| W Brian McGowan | W.R.Grace & Co | |