139A

# Exhibit A

## Omnibus Hearing Dates and Filing and Objection Deadlines

| Omnibus Hearing Dates | Filing Deadlines* | Objection Deadlines | Preliminary Agenda Due | Final Agenda Due |
|---|---|---|---|---|
| January 26, 2004 at 12:00 p.m. | 12/22/03 | 01/09/04 | 01/12/04 | 01/16/04 |
| February 23, 2004 at 12:00 p.m. | 01/19/04 | 02/06/04 | 02/09/04 | 02/13/04 |
| March 22, 2004 at 12:00 p.m. (Tenth Quarterly Fee Hearing) | 02/16/04 | 03/05/04 | 03/08/04 | 03/15/04 |
| April 26, 2004 at 12:00 p.m. | 03/22/04 | 04/09/04 | 04/12/04 | 04/19/04 |
| May 24, 2004 at 12:00 p.m. | 04/19/04 | 05/07/04 | 05/10/04 | 05/17/04 |
| June 21, 2004 at 12:00 p.m. (Eleventh Quarterly Fee Hearing) | 05/17/04 | 06/04/04 | 06/07/04 | 06/14/04 |
| July 19, 2004 at 12:00 p.m. | 06/14/04 | 07/02/04 | 07/05/04 | 07/12/04 |
| August 23, 2004 at 12:00 p.m. | 07/19/04 | 08/06/04 | 08/09/04 | 08/16/04 |
| September 27, 2004 at 12:00 p.m. (Twelfth Quarterly Fee Hearing) | 08/23/04 | 09/10/04 | 09/13/04 | 09/20/04 |
| October 25, 2004 at 12:00 p.m. | 09/20/04 | 10/07/04 | 10/08/04 | 10/18/04 |
| November 15, 2004 at 12:00 p.m. | 10/11/04 | 10/29/04 | 11/01/04 | 11/08/04 |
| December 20, 2004 at 12:00 p.m. (Thirteenth Quarterly Fee Hearing) | 11/15/04 | 12/03/04 | 12/06/04 | 12/13/04 |

---

* The Filing Deadline set forth applies to a motion requiring fifteen (15) days notice and includes three (3) days for service by mail. The Filing Deadline is subject to change depending on the type of motion filed and the means of service of the motion. For example, in the event that the motion being filed requires twenty (20) days notice, the Filing Deadline is twenty days prior to the Objection Deadline with respect to such motion. In the event that a motion being filed requires fifteen (15) days notice and is served by hand delivery on the date of the filing, no additional time need be added for service.