IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objections Due by: November 21, 2003** |
| | ) | **Hearing Date: December 15, 2003 @ 12:30 p.m.** |

**CERTIFICATION OF NO OBJECTION**
**REGARDING DOCKET NO. 4652**

The undersigned hereby certifies that, as of the date hereof, she has received no answer, objection or other responsive pleading[1] to the Ninth Interim Quarterly Fee Application Request of Bilzin Sumberg Baena Price & Axelrod LLP (the "Applicant") for Approval and Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Asbestos Property Damage Claimants for the Period of April 1, 2003 through June 30, 2003 (the "Application"). The undersigned further certifies that the Court's docket in this case reflects that no answer, objection or other responsive pleading to the Application has been filed. Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than November 21, 2003.

FERRY, JOSEPH & PEARCE, P.A.

 /s/ Lisa L. Coggins
Michael B. Joseph (#392)
Theodore J. Tacconelli (#2678)
Lisa L. Coggins (#4234)
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE. 19899
(302) 575-1555
Local Counsel to the Official Committee of
Asbestos Property Damage Claimants

---

[1] The Fee Auditor filed a formal report which will be reflected in the Omnibus Order that will be presented to the Court at a later date.

        -and-

Bilzin Sumberg Baena Price & Axelrod LLP
Scott L. Baena, Esq.
Jay M. Sakalo, Esq.
2500 First Union Financial Center
200 South Biscayne Boulevard
Miami, FL 33131-2336
Counsel to the Official Committee of Asbestos
Property Damage Claimants

Dated: November 24, 2003

2