IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: December 15, 2003** |
| | | **Hearing Date: March 22, 2004 @ 1:30 PM** |

**SUMMARY OF THE TENTH INTERIM QUARTERLY APPLICATION OF RICHARDSON PATRICK WESTBROOK & BRICKMAN, LLC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LEAD SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM JULY 1, 2003 THROUGH SEPTEMBER 30, 2003[1]**

| | |
|---|---|
| Name of Applicant: | Richardson Patrick Westbrook & Brickman, LLC |
| Authorized to Provide Professional Services to: | Zonolite Attic Insulation Claimants |
| Date of Appointment: | Appointment Order effective As of July 22, 2002 |
| Period for which compensation and Reimbursement is sought: | July 1, 2003 through September 30, 2003 |
| Amount of Compensation sought as actual, Reasonable, and necessary: | $ 317,476.75 |
| Amount of Expenses Reimbursement: | $ 72,160.55 |

This is a:  _ monthly   X quarterly application

Prior Application filed:  Yes

---

[1] RPWB became counsel in this matter over a year after it was filed. To conform with the titles of the quarterly applications being filed by the firms who have been in the case since its inception, RPWB is titling this the "Tenth Interim Quarterly Application, (although it is actually RPWB's fifth such application).

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| October 31, 2002 | 7/22/02 – 9/30/02 | $170,069.50 | $44,005.38 | $170,069.50 | $42,828.33 |
| December 2, 2002 | 10/01/02-10/31/02 | $163,682.00 | $35,319.00 | $63,682.00 | $35,319.00 |
| January 8, 2003 | 11/01/02-11/30/02 | $115,319.00 | $5,714.09 | $115,319.00 | $5,714.09 |
| February 17, 2003 | 12/01/02-12/31/02 | $104,018.00 | $32,439.18 | $104,018.00 | $32,439.18 |
| March 12, 2003 | 01/01/03-01/31/03 | $142,944.50 | $68,022.89 | $142,944.50 | $68,022.89 |
| April 8, 2003 | 02/01/03-02/28/03 | $217,149.00 | $31,928.29 | $217,149.00 | $31,928.29 |
| May 16, 2003 | 03/01/03-03/31/03 | $248,048.00 | $66,978.32 | $248,048.00 | $66,978.32 |
| July 1, 2003 | 04/01/03-04/30/03 | $102,950.00 | $149,727.83 | CNO Filed; Awaiting Hearing | CNO Filed; Awaiting Hearing |
| July 21, 2003 | 05/01/03-05/31/03 | $174,462.25 | $48,658.57 | CNO Filed; Awaiting Hearing | CNO Filed; Awaiting Hearing |
| August 15, 2003 | 06/01/03-06/30/03 | $202,080.25 | $71,550.40 | CNO Filed; Awaiting Hearing | CNO Filed; Awaiting Hearing |
| September 15, 2003 | 07/01/03-07/31/03 | $126,035.00 | $25,802.60 | CNO Filed; Awaiting Hearing | CNO Filed; Awaiting Hearing |
| October 23, 2003 | 08/01/03-08/30/03 | $121,733.75 | $26,563.23 | CNO Filed; Awaiting Hearing | CNO Filed; Awaiting Hearing |
| November 12, 2003 | 09/01/03-09/30/03 | $69,708.00 | $19,989.71 | Pending | Pending |

With the exception of the Application for September 2003, RPWB has filed certificates of no objection with the Court with respect to the above Applications because no objections were filed with the Court within the objection period. The objection deadline for the RPWB Monthly Application for fees and expenses incurred from September 1, 2003 through September 30, 2003 has not yet passed.

The Richardson Patrick Westbrook & Brickman attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Edward J. Westbrook | Partner | 26 | Litigation | $650 | 144.1 | $91,715.00 |
| Robert M. Turkewitz | Partner | 18 | Litigation | $400 | 133.5 | $53,400.00 |
| James L. Ward | Associate | 6 | Litigation | $265 | 268.1 | $69,840.75 |
| Robert S. Wood | Associate | 4 | Litigation | $240 | 183.7 | $41,736.00 |
| Matthew J. Thiesing | Associate | 4 | Litigation | $225 | 6.0 | $1,350.00 |
| TOTALS | | | | | 735.4 | $258,041.75 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Kim Carr | Paralegal | 14 | Litigation | $125 | 108.3 | $13,287.50 |
| Janet Bakst* | Paralegal | 11 | Litigation | $125 | 164.9 | $20,612.50 |
| Lizzie Kerrison | Paralegal | 18 | Litigation | $125 | 158.7 | $19,837.50 |
| Carrie Hughes | Paralegal | 24 | Litigation | $125 | 28.5 | $3,312.50 |
| Kim Garcia | Lit. Support | 9 | Litigation | $75 | 13.4 | $1,005.00 |
| Adam Lorenz | Lit. Support | 1 | Litigation | $75 | 19.9 | $1,380.00 |
| TOTALS | | | | | 493.7 | $59,435.00 |

* Mrs. Bakst is a licensed attorney who has not yet taken the South Carolina Bar exam and is accordingly working as a senior paralegal and being billed as such.

## Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 11-Fee Applications, Applicant | 19.0 | $2,925.00 |
| 20-Travel–Non-working | 42.2 | $5,377.75 |
| 22-ZAI Science Trial | 1167.9 | $309,174.00 |
| TOTALS | 1229.1 | $317,476.75 |

## ZAI Science Trial Expenses (Category 23)

| Description | Amount |
|---|---|
| Federal Express Expense | $3,064.49 |
| Outside Duplicating | $13,938.91 |
| Lodging[2] | $1,664.42 |
| Air Travel Expense | $6,680.67 |
| Taxi Expense | $18.00 |
| Mileage Expense | $128.15 |
| Travel Meals | $484.11 |
| Parking | $89.35 |
| Expert Services | $40,660.36 |
| Conference Room Charge | $130.46 |
| Car Rental Expense | $384.87 |
| Court Reporter Services | $4,818.65 |
| Gasoline for Rental Car | $61.31 |
| Miscellaneous/General Expense | $36.80 |
| Total | $72,160.55 |

---

[2] This charge is $194.99 less than what was previously recorded in our monthly applications because we inadvertently included a charge that should not have been charged to this case.

Dated:   November 24, 2003

ELZUFON AUSTIN REARDON
TARLOV & MONDELL, P.A.


*/s/ William D. Sullivan*
William D. Sullivan (No. 2820)
Charles J. Brown, III (No. 3368)
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE  19899
Phone: (302) 428-3181
FAX: (302) 777-7244

-and-

Edward J. Westbrook, Esq.
Robert M. Turkewitz, Esq.
Robert S. Wood, Esq.
Richardson Patrick Westbrook
 & Brickman
174 East Bay Street
Charleston, SC 29401
Phone: (843) 727-6513
FAX: (843) 727-6688

LEAD COUNSEL FOR ZAI CLAIMANTS

## **CERTIFICATE OF SERVICE**

      I, William D. Sullivan, hereby certify that I caused a copy of the foregoing *Tenth Interim Quarterly Application of Richardson Patrick Westbrook & Brickman, LLC for Compensation for Services and Reimbursement of Expenses as ZAI Lead Special Counsel for the Interim Period from July 1, 2003 through September 30, 2003* to be served upon those parties identified on the attached service list via hand delivery or US Mail.

      I certify the foregoing to be true and correct under the penalty of perjury.

Dated: November 24, 2003                                   */s/ William D. Sullivan*
                                                                               William D. Sullivan

## SERVICE LIST

Laura Davis Jones, Esquire
David Carickoff, Esquire
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
Wilmington, DE 19899-8705

Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones
10100 Santa Monica Boulevard
Los Angeles, CA 90067-4100

David M. Bernick, Esquire
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

David B. Seigel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD   21044

Michael R. Lastowski, Esquire
Duane Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE  19801-1246

Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY  10038-4982

William S. Katchen, Esquire
Duane, Morris & Heckscher LLP
One Riverfront Plaza, 2nd Floor
Newark, NJ  07102

J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL  60606

Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE  19899

Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE  19899

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena
   Price & Axelrod, LLP
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL  33131

Matthew G. Zaleski, III, Esquire
Campbell & Levine
800 King Street, Suite 300
Wilmington, DE  19801

Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 27th Floor
New York, NY  10022

Teresa K.D. Currier, Esquire
Klett, Rooney, Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE  19801

Frank J. Perch, Esquire
Office of the United States Trustee
844 King Street, Room 2313
Lockbox 35
Wilmington, DE  19801

James J. Restivo, Jr., Esquire
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA  15219-1886

Warren H. Smith
Warren H. Smith and Associates
900 Jackson Street
120 Founders Square
Dallas, TX 75202

Peter Van N. Lockwood, Esquire
Julie W. Davis, Esquire
Trevor W. Swett, III, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC  20005

Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY  10022

Mark D. Collins, Esquire
Deborah E. Spivack, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE  19899

William J.A. Sparks, Esquire
W.R. Grace & Company
919 N. Market, Suite 460
Wilmington, DE  19899