**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**ORDER GRANTING TENTH INTERIM QUARTERLY APPLICATION
OF RICHARDSON PATRICK WESTBROOK & BRICKMAN FOR
COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES
AS ZAI LEAD SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM
JULY 1, 2003 THROUGH SEPTEMBER 30, 2003**

Richardson Patrick Westbrook & Brickman, LLC ("RPWB") as lead special counsel to ZAI Claimants in the above-referenced bankruptcy case, filed the Tenth Quarterly Application for Allowance of Compensation and Reimbursement of Expenses for July 1, 2003 through September 30, 2003 (the "Tenth Quarterly Application"). The Court has reviewed the Tenth Quarterly Application and finds that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the Tenth Quarterly Application, and any hearing on the Tenth Quarterly Application, was adequate under the circumstances; and (c) all person with standing have been afforded the opportunity to be heard on the Tenth Quarterly Application.

Accordingly, it is hereby

ORDERED that the Tenth Quarterly Application is GRANTED as modified herein, on an interim basis. Debtors shall pay to RPWB the sum of $317,476.75 as compensation and $72,160.55 as reimbursement of expenses, for a total of $386,636.30 for services rendered and disbursements incurred by RPWB for the period July 1, 2003 through September 30, 2003, less any amounts previously paid in connection with the monthly fee applications.

Dated: _____, 200\_\_

The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge