# **EXHIBIT C**
September Fee Application

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

Objection Deadline: December 3 , 2003 at 4:00 p.m.
Hearing Date:   TBD only if necessary

## SUMMARY OF THE TWENTY-FOURTH MONTHLY APPLICATION OF CASNER & EDWARDS, LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES  AS SPECIAL LITIGATION COUNSEL TO DEBTORS FOR THE PERIOD FROM SEPTEMBER 1, 2003 THROUGH SEPTEMBER 30, 2003

Name of Applicant:

Casner & Edwards, LLP

Authorized to Provide Professional Services to:

W. R. Grace & Co., et al., Debtors and Debtors-in-Possession

Date of Retention:

September 18, 2001,
effective as of September 18, 2001

Period for which compensation and reimbursement is sought:

September 1, 2003 through
September 30, 2003

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Amount of Compensation sought as actual,
reasonable, and necessary:             $14,009.00   (80% = $11,207.20)

Amount of Expense Reimbursement sought as
actual, reasonable, and necessary:        $13,261.68

This is an:    X monthly    __ interim    __ final application

Prior Applications filed:  Yes.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 12/4/01 | 9/18/01 through 10/31/01 | $25,904.00 | $3,139.72 | No objections served on counsel | No objections served on counsel |
| 1/09/02 | 11/01/01 through 11/30/01 | $117,210.00 | $6,571.15 | No objections served on counsel | No objections served on counsel |
| 1/28/02 | 12/01/01 through 12/31/01 | $146,802.00 | $4,083.28 | No objections served on counsel | No objections served on counsel |
| 3/15/02 | 01/01/02 through 01/31/02 | $201,024.50 | $908.76 | No objections served on counsel | No objections served on counsel |
| 4/11/02 | 02/01/02 through 02/28/02 | $186,585.00 | $2,638.22 | No objections served on counsel | No objections served on counsel |
| 5/9/02 | 03/01/02 through 03/31/02 | $194,087.00 | $92,484.17 | No objections served on counsel | No objections served on counsel |
| 6/4/02 | 04/01/02 through 04/30/02 | $222,932.00 | $29,238.08 | No objections served on counsel | No objections served on counsel |
| 7/12/02 | 05/01/02 through 05/31/02 | $246,778.00 | $14,876.86 | No objections served on counsel | No objections served on counsel |
| 8/6/02 | 06/01/02 through 06/30/02 | $144,857.00 | $15,005.61 | No objections served on counsel | No objections served on counsel |
| 9/17/02 | 07/01/02 through 07/31/02 | $70,348.00 | $17,801.90 | No objections served on counsel | No objections served on counsel |

| 10/18/02 | 08/01/02 through 08/31/02 | $58,072.00 | $14,910.59 | No objections served on counsel | No objections served on counsel |
|---|---|---|---|---|---|
| 11/14/02 | 09/01/02 through 09/30/02 | $40,335.00 | $4,535.47 | No objections served on counsel | No objections served on counsel |
| 12/16/02 | 10/01/02 through 10/31/02 | $36,393.00 | $17,499.87 | No objections served on counsel | No objections served on counsel |
| 1/13/03 | 11/01/02 through 11/30/02 | $43,910.00 | $2,331.21 | No objections served on counsel | No objections served on counsel |
| 2/11/03 | 12/01/02 through 12/31/02 | $39,703.00 | $26,001.22 | No objections served on counsel | No objections served on counsel |
| 3/31/03 | 01/01/03 through 01/31/03 | $36,572.00 | $13,818.89 | No objections served on counsel | No objections served on counsel |
| 5/13/03 | 02/01/03 through 02/28/03 | $37,363.00 | $1,050.11 | No objections served on counsel | No objections served on counsel |
| 5/13/03 | 03/01/03 through 03/31/03 | $35,519.00 | $16,988.05 | No objections served on counsel | No objections served on counsel |
| 7/11/03 | 04/01/03 through 04/30/03 | $30,037.50 | $14,427.54 | No objections served on counsel | No objections served on counsel |
| 8/1/03 | 05/01/03 through 05/31/03 | $11,420.00 | $12,560.93 | No objections served on counsel | No objections served on counsel |
| 8/13/03 | 06/01/03 through 06/30/03 | $9,586.00 | $13,073.04 | No objections served on counsel | No objections served on counsel |
| 9/29/03 | 07/01/03 through 07/31/03 | $8,858.00 | $12,888.56 | No objections served on counsel | No objections served on counsel |
| 11/__/03 | 08/01/03 through 08/31/03 | $10,256.50 | $13,076.13 | Pending | Pending |
| 11/__/03 | 09/01/03 through 09/30/03 | $14,009.00 | $13,261.68 | Pending | Pending |

3

As indicated above, this is the twenty-third application for monthly interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases.[2]

The total time expended for the preparation of this application is approximately 2.2 hours, and the corresponding estimated compensation that will be requested in a future application is approximately $484.00.

The Casner attorneys and paraprofessionals who rendered professional services in these cases during the Fee Period are:

### Fee Summary
### (see Exhibit A to the Fee Detail)

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Robert A. Murphy | Senior Counsel | 37 | Litigation | $220.00 | 20.60 | $4,532.00 |
| Donna B. MacKenna | Partner | 20 ½ | Litigation | $200.00 | 4.80 | $960.00 |
| Matthew T. Murphy | Associate | 16 | Litigation | $190.00 | 30.60 | $5,814.00 |

| Name of Professional Person | Position with the applicant | Number of years in the position | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Angela R. Anderson | Paralegal | 20 | Litigation | $85.00 | 30.80 | $2,618.00 |
| Marci E. VanDerHeide | Paralegal | 3 | Litigation | $85.00 | 1.00 | $85.00 |
| TOTALS | | | | | 87.80 | $14,009.00 |

**Total Fees:**    **$14,009.00**

---

[2] Any capitalized terms not defined herein have the meaning ascribed to them in the Verified Application of Casner & Edwards LLP for Compensation for Services and Reimbursement of Expenses as Special Litigation Counsel to Debtors, for the Fifth Monthly Interim Period from February 1, 2002 through February 28, 2002.

## Expense Summary
### (see Exhibit B to the Fee Detail)

| Expense Category | Expenses | ZAI Trial Expenses |
|---|---|---|
| Federal Express | $29.15 | $26.23 |
| Outside Photocopying | $0.00 | $53.04 |
| Photocopying ($.012/page) | $49.32 | $13.92 |
| Telephone (amount reflects related toll charges only and includes outgoing facsimile transmissions) | $6.30 | $5.06 |
| Rent Reimbursement | $12,634.96 | $0.00 |
| Miscellaneous | $443.70 | $0.00 |
| SUBTOTALS | $13,163.43 | $ 98.25 |

**Total Expenses:**    **$13,261.68**

## Compensation Summary By Project Category

| Project Category | Total Hours for the Interim Period | Total Compensation for the Interim Period |
|---|---|---|
| Litigation and Litigation Consulting | 59.30 | $8,203.00 |
| Fee Applications, Applicant | 3.80 | $836.00 |
| ZAI Science Trial | 24.70 | $4,970.00 |
| Expenses | N/A | $13,163.43 |
| ZAI Science Trial Expenses | N/A | $98.25 |
| TOTALS | 87.80 | $27,270.68 |

5

Dated:  November 5, 2003                    CASNER & EDWARDS, LLP

                                            Robert A. Murphy (BBO #363700)
                                            303 Congress Street, 2nd Floor
                                            Boston, MA  02210
                                            (617) 426-5900

                                            Special Litigation Counsel

52000.57/303206.1

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

Objection Deadline: December 3 , 2003 at 4:00 p.m.
Hearing Date:  TBD only if necessary

## FEE DETAIL FOR CASNER & EDWARDS, LLP'S
## TWENTY-FOURTH MONTHLY FEE APPLICATION
## FOR THE PERIOD FROM SEPTEMBER 1, 2003 THROUGH SEPTEMBER 30, 2003

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## EXHIBIT A
### (Fee Detail)

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N.  04-2778062

November 5, 2003

Bill Number  60625
File Number 0052000-0000043

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Re: Litigation and Litigation Consulting

**LEGAL SERVICES**

Through September 30, 2003

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 09/01/03 | RAM | Telephone call to S. Weaver; leave message that I will accept service of deposition subpoena for Mr. Hughes. | 0.10 Hrs | $22.00 |
| 09/02/03 | RAM | Telephone conference with J. Hughes re: various requests for documents prior to his deposition. | 0.20 Hrs | $44.00 |
| 09/02/03 | ARA | Revise diagrams of Winthrop Square repository (.4). Locate original numbers of Recordkeeper boxes from Boulder, Colorado to return same to Recordkeeper storage (1.1); telephone call to MTM re: same (.1). Document control (1.8). | 3.40 Hrs | $289.00 |
| 09/03/03 | RAM | Read email from J. Hughes with spreadsheet re: settlements. Telephone conference with Mr. Hughes re: deposition preparation; review documents. | 0.20 Hrs | $44.00 |
| 09/03/03 | MTM | Conference with ARA re: final document review wind up issues (receipt of Recordkeeper and Boulder unscannable boxes from Holme Roberts, etc.) (.2). Review Recordkeeper inventory sheets for final return shipment re: same (.2). Review Recordkeeper boxes at Winthrop Square to identify particular document productions such boxes were created for prior to shipment (.9). | 1.30 Hrs | $247.00 |

David B. Siegel

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 09/03/03 | ARA | Return unscannable materials received from Holme Roberts to original boxes (.4). Inventory boxes of copies of production sets prior to sending them to Recordkeeper (6.2). | 6.60 Hrs | $561.00 |
| 09/03/03 | MEV | Update bankruptcy court docket entries for RAM. | 0.10 Hrs | $8.50 |
| 09/04/03 | RAM | Draft letter and send documents Grace agreed to produce to S. Southall. | 0.10 Hrs | $22.00 |
| 09/04/03 | ARA | Inventory boxes of copies of production sets prior to sending them to Recordkeeper. | 6.10 Hrs | $518.50 |
| 09/04/03 | MEV | Download and print selected documents filed in bankruptcy court for RAM. | 0.40 Hrs | $34.00 |
| 09/05/03 | RAM | Telephone conference with J. Pope who requests totals of settlements by state; telephone conference with J. Hughes re: what information can be produced (.2). Telephone conferences with S. Weaver re: what documents will be produced at deposition (.2). | 0.40 Hrs | $88.00 |
| 09/05/03 | ARA | Continue to prepare inventories of boxes of copies of production sets to be sent to Recordkeeper. | 6.10 Hrs | $518.50 |
| 09/08/03 | RAM | Telephone conference with S. Weaver who accepts proposal of which documents will be produced at deposition. Telephone conference with J. Hughes re: Weaver's call and J. Pope's request for additional information re: settlements. | 0.10 Hrs | $22.00 |
| 09/09/03 | RAM | Telephone conferences with J. Hughes, S. Weaver and J. Pope re: what documents will be produced at deposition. | 0.30 Hrs | $66.00 |
| 09/10/03 | RAM | Telephone conference with N. Tuman of J. Pope's office re: deposition arrangement and documents that will be produced (.1). Review chart sent by Mr. Hughes; draft letter to S. Weaver to forward charts to him (.2). | 0.30 Hrs | $66.00 |
| 09/10/03 | MEV | Update bankruptcy court docket entries for RAM. | 0.10 Hrs | $8.50 |
| 09/11/03 | RAM | Email from N. Tuman requesting that settlement lists be emailed to her; forward request to Mr. Hughes (.1). Receive and review revised spreadsheet from Mr. Hughes; telephone conference with him; ok to forward to N. Tuman; do so (.1). | 0.20 Hrs | $44.00 |
| 09/12/03 | RAM | Telephone conferences with J. Hughes and J. Pope re: settlement information sent to Mr. Pope. | 0.10 Hrs | $22.00 |
| 09/15/03 | RAM | Telephone conference with N. Tuman (.1) and telephone conference with J. Hughes (.2) re: Ms. Tuman's request for more information and re: scope of his testimony. Email from Ms. Tuman with confidentiality Order; telephone conference with J. Hughes re: same (.1). | 0.40 Hrs | $88.00 |

David B. Siegel

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 09/15/03 | MTM | Receipt and review of 5 boxes of materials from in-house counsel to determine if previously reviewed. | 5.90 Hrs | $1,121.00 |
| 09/16/03 | RAM | Attend and defend deposition of J. Hughes. | 4.80 Hrs | $1,056.00 |
| 09/16/03 | MTM | Continue review of files from in-house counsel. | 1.00 Hrs | $190.00 |
| 09/17/03 | MTM | Telephone call from Holme Roberts attorney re: materials in Boulder from recent document review to be returned to Winthrop Square (.3); review file re: same (.4) | 0.70 Hrs | $133.00 |
| 09/18/03 | MTM | Receipt and review of email from Holme Roberts attorney re: additional boxes from Denver (.2); review file re: same (.2); telephone call to Grace in-house counsel re: same (.2); email to Holme Roberts attorney re: same (.2). | 0.80 Hrs | $152.00 |
| 09/19/03 | RAM | Receive fax from N. Tuman requesting additional documents; have it sent to Mr. Hughes. | 0.10 Hrs | $22.00 |
| 09/19/03 | MEV | Update bankruptcy court docket entries for RAM. | 0.10 Hrs | $8.50 |
| 09/22/03 | MTM | Receipt and review of letter and five privilege logs from Holme Roberts paralegal (.3); email to Holme Roberts paralegal re: same (.2); telephone call from Grace in-house paralegal re: privilege documents recently sent to her by Hoyle Morris (.2). | 0.70 Hrs | $133.00 |
| 09/23/03 | RAM | Telephone conference with J. Hughes and read letters from J. Pope re: producing additional documents. | 0.10 Hrs | $22.00 |
| 09/24/03 | RAM | Read updated entries on bankruptcy court's docket to select documents to read (.1). Read selected documents filed in bankruptcy court (.1). | 0.20 Hrs | $44.00 |
| 09/24/03 | MTM | Receipt and review of original privileged documents from in-house paralegal at Grace received from Hoyle Morris (.6); telephone call to in-house paralegal re: same (.2). | 0.80 Hrs | $152.00 |
| 09/25/03 | MTM | Review privileged document list at Winthrop Square re: new privileged materials received from in-house paralegal at Grace. | 1.00 Hrs | $190.00 |
| 09/25/03 | MEV | Download and print selected documents filed in bankruptcy court for RAM. | 0.30 Hrs | $25.50 |
| 09/29/03 | RAM | Read letter from Attorney Burns requesting additional documents; fax it to Mr. Hughes to discuss response. | 0.10 Hrs | $22.00 |
| 09/29/03 | DBM | Search for documents sent by in-house counsel to see if they are in the repository. | 2.50 Hrs | $500.00 |
| 09/29/03 | MTM | Receipt and review of email from DBM re: search for documents (.2); review documents recently received from in-house counsel to select.sample documents for search (1.5); meeting with ARA at Winthrop Square re: documents sent by in-house counsel and wind up projects (1.0). | 2.70 Hrs | $513.00 |

David B. Siegel

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 09/29/03 | ARA | Follow up on boxes of copies of production sets sent to Recordkeeper in my absence; note two boxes not picked up by Recordkeeper and arrange for pick up by same (.9). Meeting with MTM re: wind up projects, instructions re: how to review the documents sent by in-house counsel, and re: information and master binders (1.0). Arrange for delivery of boxes of documents sent by in-house counsel to the repository (.2). Update master binders (1.2). | 3.30 Hrs | $280.50 |
| 09/30/03 | RAM | Telephone conference with J. Hughes re: what documents he can produce in response to Attorney Burns' letter; write up notes re: same. | 0.20 Hrs | $44.00 |
| 09/30/03 | DBM | Complete search for documents sent by in-house counsel to see if they are in the repository. | 1.30 Hrs | $260.00 |
| 09/30/03 | MTM | Receipt and review of results of search for documents received from in-house counsel. | 0.90 Hrs | $171.00 |
| 09/30/03 | ARA | Update information and master binders (3.0). Document control (1.1). Receipt of and quality control boxes of documents sent by in-house counsel (.5). | 5.30 Hrs | $450.50 |
| | | TOTAL LEGAL SERVICES | | $8,203.00 |

**LEGAL SERVICES SUMMARY**

| | | | |
|---|---|---|---|
| ROBERT A. MURPHY | 7.90 Hrs | 220/hr | $1,738.00 |
| DONNA B. MACKENNA | 3.80 Hrs | 200/hr | $760.00 |
| MATTHEW T. MURPHY | 15.80 Hrs | 190/hr | $3,002.00 |
| ANGELA R. ANDERSON | 30.80 Hrs | 85/hr | $2,618.00 |
| MARCI E. VANDERHEIDE | 1.00 Hrs | 85/hr | $85.00 |
| | 59.30 Hrs | | $8,203.00 |

TOTAL THIS BILL     $8,203.00

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

November 5, 2003

Bill Number 60626
File Number 0052000-0000057

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Re: Fee Applications, Applicant

**LEGAL SERVICES**

Through September 30, 2003

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 09/01/03 | RAM | Work on July fee application. | 0.20 Hrs | $44.00 |
| 09/13/03 | RAM | Work on July fee application. | 1.30 Hrs | $286.00 |
| 09/17/03 | RAM | Work on response to fee auditor's questions re: Wolter's bill (.5). Work on July fee application (.4); send it to in-house counsels for review (.1). | 1.00 Hrs | $220.00 |
| 09/18/03 | RAM | Telephone conference with MB re: fee auditor requesting more information re: Wolter's bill; discuss response. | 0.10 Hrs | $22.00 |
| 09/23/03 | RAM | Draft response to fee auditor's question re: Wolter's bill (.3); telephone conferences with in-house counsel re: same (.1). Finalize and send response to fee auditor (.2). Telephone conferences with in-house counsels that July fee application is OK to be filed (.1). | 0.70 Hrs | $154.00 |
| 09/24/03 | RAM | Work on July fee application (.3); send it to Delaware counsel for filing (.1). | 0.40 Hrs | $88.00 |
| 09/29/03 | RAM | Read final report of fee auditor; send it to in-house counsel. | 0.10 Hrs | $22.00 |

David B. Siegel

|  | | TOTAL LEGAL SERVICES | $836.00 |
|---|---|---|---|

**LEGAL SERVICES SUMMARY**

| ROBERT A. MURPHY | 3.80 Hrs | 220/hr | $836.00 |
|---|---|---|---|
|  | 3.80 Hrs | | $836.00 |

|  | | TOTAL THIS BILL | $836.00 |
|---|---|---|---|

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N.  04-2778062

November 5, 2003

Bill Number  60627
File Number 0052000-0000058

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Re: ZAI Science Trial

**LEGAL SERVICES**

Through September 30, 2003

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 09/08/03 | MTM | Telephone call from Reed Smith attorney re: discovery request from R. Turkewitz (.1); review file re: location of original documents re: same (.2); locate original documents at Winthrop Square (.9); letter to Reed Smith attorney re: same (.1). | 1.30 Hrs | $247.00 |
| 09/11/03 | RAM | Telephone conference with in-house counsel re: searching for information re: sales of ZAI (.4); look for documents to send to in-house counsel and conference with MTM re: same (.2). | 0.60 Hrs | $132.00 |
| 09/12/03 | RAM | Conferences with MTM and MB re: selecting documents for in-house counsel. | 0.10 Hrs | $22.00 |
| 09/12/03 | MTM | Review Lindholm file for Zonolite attic insulation sales information, per request of RAM. | 0.90 Hrs | $171.00 |
| 09/17/03 | RAM | Review fax of 6/30 to in-house counsel; telephone call to him and leave message; telephone conference with in-house counsel re: sales figures (.2). Read memoranda and documents for references to sales (.4). Conference with MTM re: documents in Colorado (.1). | 0.70 Hrs | $154.00 |

David B. Siegel

Re: ZAI Science Trial

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 09/23/03 | RAM | Telephone conferences with in-house counsel re:producing CPD business plans re: references to ZAI sales; discuss what is in plans; conference call tomorrow. | 0.30 Hrs | $66.00 |
| 09/24/03 | RAM | Prepare for conference call by reviewing memoranda and documents (.5); conference call with in-house counsel and Reed Smith attorney re: ZAI sales information (1.0). | 1.50 Hrs | $330.00 |
| 09/25/03 | RAM | Read email from in-house counsel re: any contacts with Robinson Insulation; conference with MTM re: same; respond to in-house counsel (.2). Read memoranda and documents re: contacts with Robinson Insulation and re: information on sales of ZAI (1.4). | 1.60 Hrs | $352.00 |
| 09/25/03 | MTM | Conference with RAM re: ZAI sales, invoices, back up for chart, etc. (.2); review guidelines and memos created during document review to determine whether ZAI sales in Canada were captured and how ledgers were handled (1.6); telephone call to Reed Smith paralegal re: same(.6) | 2.40 Hrs | $456.00 |
| 09/26/03 | RAM | Conferences with MTM and DBM re: obtaining information re: sales of ZAI in Canada (.7). Telephone conference with in-house counsel re: same and whether Grace has any Robinson Insulation documents (.3). Review memos and documents re: same (.6). | 1.60 Hrs | $352.00 |
| 09/26/03 | DBM | Conference with RAM (.1) and search for documents and business plans (.9). | 1.00 Hrs | $200.00 |
| 09/26/03 | MTM | Review original ledger boxes, document review guidelines and deposition binder at Winthrop Square re: ZAI sales issues (3.9); conference with RAM re: same (.6); conference with DBM re: her search for documents re: ZAI sales in Canada (.3); review plant binders at Winthrop Square re: Canadian plant sweep (2.5); telephone call to Holme Roberts attorney and Reed Smith paralegal re: capture of ZAI sales in review (.9). | 8.20 Hrs | $1,558.00 |
| 09/29/03 | RAM | Conference with MTM re: Canadian sales issue (.1). Read Westbrook's letter re: Brooks Robinson and response (.1). Review and tag CPD business plans and other documents and send them to Reed Smith attorney (1.6). Draft email to in-house counsel answering his questions about ZAI sales and documents (.6). Fax memorandum to in-house counsel (.1). | 2.50 Hrs | $550.00 |
| 09/29/03 | MTM | Email from Holme Roberts attorney re: no information concerning ZAI sales in Canada (.3); telephone call to Reed Smith paralegal re: same (.2); email from Reed Smith paralegal re: same (.2); review instruction memos to reviewers re: same (.3); review documents provided by RAM for reference to attic insulation (.8); revise RAM | 2.00 Hrs | $380.00 |

David B. Siegel

Re: ZAI Science Trial

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| | | email to in-house counsel re: these issues (.2). | | |
| | | | TOTAL LEGAL SERVICES | $4,970.00 |

**LEGAL SERVICES SUMMARY**

| | | | | |
|---|---|---|---|---|
| ROBERT A. MURPHY | 8.90 Hrs | 220/hr | $1,958.00 |
| DONNA B. MACKENNA | 1.00 Hrs | 200/hr | $200.00 |
| MATTHEW T. MURPHY | 14.80 Hrs | 190/hr | $2,812.00 |
| | 24.70 Hrs | | $4,970.00 |

|  |  |
|---|---|
| TOTAL THIS BILL | $4,970.00 |

**EXHIBIT B**
(Expense Detail)

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

November 5, 2003

Bill Number 60628
File Number 0052000-0000043

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Re: Litigation and Litigation Consulting

**DISBURSEMENTS**

Through September 30, 2003

FEDERAL EXPRESS

| 09/10/03 | To Samantha L Southall from RAM on 9/4/03 | 16.96 | |
| 09/22/03 | To Stephen Weaver from RAM on 9/11/03 | 12.19 | |
| | | | $29.15 |

PHOTOCOPYING

| 09/03/03 | 244 copies. | 29.28 | |
| 09/05/03 | 42 copies. | 5.04 | |
| 09/05/03 | 42 copies. | 5.04 | |
| | | | $39.36 |

TELEPHONE

| 09/17/03 | 329 | 3034178519 | 2.64 | |
| 09/18/03 | 329 | 5613621533 | 0.44 | |
| 09/24/03 | 329 | 5613621554 | 0.77 | |
| 09/26/03 | AT&T | | 2.45 | |
| | | | | $6.30 |

David B. Siegel

Re: Litigation and Litigation Consulting

**DISBURSEMENTS**

Through September 30, 2003

RENT REIMBURSEMENT

| | | | |
|---|---|---|---|
| 09/02/03 | Rent & Utilities for document repository at One Winthrop Square - August 2003 | 12,634.96 | |
| | | | $12,634.96 |

MISCELLANEOUS

| | | | |
|---|---|---|---|
| 09/10/03 | RECORDKEEPER ARCHIVE - monthly storage fee (8/3/03) | 389.70 | |
| 09/12/03 | RECORDKEEPER ARCHIVE - July 2003, pick up boxes for storage on 7/18/03 and 7/29/03 | 54.00 | |
| | | | $443.70 |
| | TOTAL DISBURSEMENTS | | $13,153.47 |
| | TOTAL THIS BILL | | $13,153.47 |

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N.  04-2778062

November 5, 2003

Bill Number  60629
File Number 0052000-0000057

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Re: Fee Applications, Applicant

**DISBURSEMENTS**

Through September 30, 2003

PHOTOCOPYING

| | | |
|---|---|---|
| 09/24/03   83 copies. | 9.96 | |
| | | $9.96 |
| TOTAL DISBURSEMENTS | | $9.96 |
| TOTAL THIS BILL | | $9.96 |

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N.  04-2778062

November 5, 2003

Bill Number  60630
File Number 0052000-0000058

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Re: ZAI Science Trial

**DISBURSEMENTS**

Through September 30, 2003

FEDERAL EXPRESS

| | | | |
|---|---|---|---|
| 09/22/03 | To Reed Smith attorney from MTM on 9/8/03 | 12.83 | |
| 09/22/03 | To in-house counsel from MTM on 9/8/03 | 13.40 | |
| | | | $26.23 |

OUTSIDE PHOTOCOPYING

| | | | |
|---|---|---|---|
| 09/12/03 | MERRILL CORPORATION - J. Yang reports requested by R. Turkewitz (9/8/03) | 53.04 | |
| | | | $53.04 |

PHOTOCOPYING

| | | | |
|---|---|---|---|
| 09/26/03 | 3 copies. | 0.36 | |
| 09/29/03 | 59 copies. | 7.08 | |
| 09/29/03 | 4 copies. | 0.48 | |
| 09/29/03 | 1 copy. | 0.12 | |
| 09/29/03 | 49 copies. | 5.88 | |
| | | | $13.92 |

David B. Siegel

Re: ZAI Science Trial

**DISBURSEMENTS**

Through September 30, 2003

TELEPHONE

| | | | | |
|---|---|---|---|---|
| 09/25/03 | 329 | 4122883131 | 0.77 | |
| 09/25/03 | 329 | 2158518100 | 1.10 | |
| 09/26/03 | 308 | 9173192202 | 1.76 | |
| 09/26/03 | 329 | 3038660408 | 0.88 | |
| 09/29/03 | 329 | 4122883094 | 0.55 | |
| | | | | $5.06 |

| | |
|---|---|
| TOTAL DISBURSEMENTS | $98.25 |
| TOTAL THIS BILL | $98.25 |