# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-1139 (JKF) |
| Debtors. | (Jointly Administered) |
| | Objection Deadline: December 16, 2003 at 4:00 p.m.<br>Hearing Date: March 22, 2004 at 12:00 p.m. |

## TENTH QUARTERLY FEE APPLICATION
## OF KLETT ROONEY LIEBER & SCHORLING,
## CO-COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY HOLDERS, FOR
## COMPENSATION AND REIMBURSEMENT OF EXPENSES
## FOR THE PERIOD FROM JULY 1, 2003 THROUGH SEPTEMBER 30, 2003

| | |
|---|---|
| Name of Applicant: | Klett Rooney Lieber & Schorling, a Professional Corporation |
| Authorized to Provide Professional Services to: | The Official Committee of Equity Holders |
| Date of Retention: | October 26, 2001 *nunc pro tunc* |
| Period for which compensation and reimbursement is sought: | July 1, 2003 through September 30, 2003 |
| Amount of fees to be approved as actual, reasonable and necessary: | $44,732.50 |
| Amount of expenses sought as actual, reasonable and necessary: | $3,696.65 |

This is a(n):   __x__ interim   ___ final application.

The total time expended for the preparation of this application will be included in the next interim fee application.

KRLSWIL:#50742 V1 - W.R. GRACE: KLETT ROONEY'S TENTH QUARTERLY FEE APPLICATION

**Prior Monthly Applications:**

| Date Filed and Docket No. | Period Covered | Requested Fees/ Expenses | Approved Fees/ Expenses | CNO/ Docket No. |
|---|---|---|---|---|
| February 26, 2002 1720 | January 1 through January 31, 2002 | $11,494.00 $1,275.80 | $9,195.20 $1,275.80 | 1836 |
| April 3, 2002 1895 | February 1 through February 28, 2002 | $7,784.50 $882.79 | $6,227.60 $882.79 | 1984 |
| May 8, 2002 2025 | March 1, 2002 through March 31, 2002 | $7,755.00 $1,565.66 | $6,204.00 $1,565.66 | 2120 |
| June 3, 2002 2145 | April 1, 2002 through April 30, 2002 | $6,011.50 $878.55 | $4,809.20 $878.55 | 2285 |
| July 2, 2002 2316 | May 1, 2002 through May 31, 2002 | $6,957.50 $688.60 | $5,566.00 $688.60 | 2436 |
| August 2, 2002 2489 | June 1, 2002 through June 30, 2002 | $5,520.00 $447.36 | $4,416.00 $447.36 | 2607 |
| August 28, 2002 2609 | July 1, 2002 through July 31, 2002 | $3,597.50 $879.97 | $2,878.00 $879.97 | 2701 |
| September 26, 2002 2751 | August 1, 2002 through August 31, 2002 | $9,457.50 $1,172.93 | $7,566.00 $1,172.93 | 2829 |
| October 25, 2002 2885 | September 1, 2002 through September 30, 2002 | $14,313.50 $665.71 | $11,450.80 $665.71 | 2885 |
| November 25, 2002 3069 | October 1, 2002 through October 31, 2002 | $12,568.50 $1,343.14 | $10,054.80 $1,343.14 | 3169 |

KRLSWIL:#50742 V1 - W.R. GRACE: KLETT ROONEY'S TENTH QUARTERLY FEE APPLICATION

| | | | | |
|---|---|---|---|---|
| December 26, 2002<br>3188 | November 1, 2002 through<br>November 30, 2002 | $9,268.50<br>$430.93 | $7,414.40<br>$430.93 | 3256 |
| January 27, 2003<br>3276 | December 1, 2002 through<br>December 25, 2002 | $4,071.00<br>$160.28 | $3,256.00<br>$160.28 | 3417 |
| February 25, 2003<br>3425 | December 26, 2002 through<br>January 31, 2003 | $6,386.50<br>$82.31 | $5,109.20<br>$82.31 | 3520 |
| March 24, 2003<br>3545 | February 1, 2003 through<br>February 28, 2003 | $3,576.50<br>$70.72 | $2,861.20<br>$70.72 | 3664 |
| April 28, 2003<br>3716 | March 1, 2003 through<br>March 31, 2003 | $7,177.50<br>$481.33 | $5,742.00<br>$481.33 | 3827 |
| May 28, 2003<br>3834 | April 1, 2003 through<br>April 30, 2003 | $4,300.50<br>$227.83 | $3,440.40<br>$227.83 | 3947 |
| June 27, 2003<br>3968 | May 1, 2003 through May 31, 2003 | $7,792.50<br>$1,024.71 | $6,234.00<br>$1,024.71 | 4091 |
| July 28, 2003<br>4113 | June 1, 2003 through June 30, 2003 | $7,168.50<br>$831.98 | $5,734.80<br>$831.98 | 4309 |
| August 28, 2003<br>4351 | July 1, 2003 through July 31, 2003 | $17,663.00/<br>$1,392.91 | $14,130.40/<br>$1,392.91 | 4456 |
| September 29, 2003<br>4500 | August 1, 2003 through<br>August 31, 2003 | $12,893.50/<br>$244.39 | $10,314.80/<br>$244.39 | 4521 |
| October 29, 2003<br>4630 | September 1, 2003 through<br>September 30, 2003 | $14,176.00/<br>$2,059.35 | $11,340.80/<br>$2,059.35 | 4725 |

## SUMMARY OF TIME FOR BILLING PERIOD
## JULY 1, 2003 THROUGH SEPTEMBER 30, 2003

| Name, Position, Year Admitted | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|
| Teresa K.D. Currier Shareholder; admitted DE 1992 and PA 1985 | $445 | 45.7 | $20,336.50 |
| Mary F. Caloway Shareholder; Admitted | $350 | 0.2 | $70.00 |
| Rhonda L. Thomas Associate; admitted DE 2001, PA 1998 and NJ 1998 | $210 | 83.0 | $17,430.00 |
| Frances A. Panchak Paralegal | $135 | 2.1 | $283.50 |
| Raelena Y. Taylor Paralegal | $125 | 52.1 | $6,512.50 |
| Melissa Bisaccia Paralegal | $125 | 0.8 | $100.00 |
| **TOTAL** | | **183.9** | **$44,732.50** |

## SUMMARY OF TIME BY PROJECT CATEGORY[1] FOR BILLING PERIOD
## JULY 1, 2003 THROUGH SEPTEMBER 30, 2003

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Asset Disposition | 2.4 | $903.50 |
| Business Operations | 3.7 | $1,364.50 |
| Claims Analysis Objections & Resolution (Asbestos) | 1.3 | $256.00 |
| Claims Analysis Objections & Resolution (Non-Asbestos) | 18.0 | $5,777.50 |
| Employee Benefits/Pension | 2.8 | $1,128.50 |
| Employment Applications/Others | 3.3 | $977.50 |
| Fee Applications/Applicant | 30.9 | $4,789.00 |
| Fee Applications/Others | 43.2 | $8,319.00 |
| Hearings | 5.8 | $1,332.00 |
| Litigation and Litigation Consulting | 0.8 | $309.00 |
| Plan and Disclosure Statement | 6.2 | $2,150.50 |

---

[1] Due to changes to the project categories required by the Court which occurred after the filing of the monthly fee application, but prior to the filing of this interim fee application, the number of hours and fees in certain categories may have been moved since the filing of the monthly fee applications. Specifically, at the beginning of this application period, Klett Rooney did not maintain a separate category for its fee applications, hearings, the ZAI science trial, objections to asbestos claims, or the fraudulent transfer action. Because Warren Smith, the Court appointed fee auditor, requested a chart detailing time entries in the new categories, the amounts of time and fees have been retroactively moved to the appropriate category.

KRLSWIL:#50742 V1 - W.R. GRACE: KLETT ROONEY'S TENTH QUARTERLY FEE APPLICATION

| | | |
|---|---|---|
| Relief From Stay Proceedings | 4.1 | $1,472.00 |
| Travel/Non-Working | 3.0 | $630.00 |
| ZAI Science Trial | 24.1 | $8,727.00 |
| **TOTAL** | **183.9** | **$44,732.50** |

## SUMMARY OF EXPENSES BY CATEGORY FOR BILLING PERIOD
## JULY 1, 2003 THROUGH SEPTEMBER 30, 2003

| **Expense Category** | **Total Expenses** |
|---|---|
| Telecopy Expenses | $110.35 |
| Reproduction of Documents | $151.05 |
| Messenger Services (Courier) | $992.46 |
| Federal Express | $183.77 |
| Professional Services/Pacer/Virtual Docket | $29.25 |
| Duplicating Services | $2,116.17 |
| Parking/Mileage | $113.60 |
| **TOTAL** | **$3,696.65** |

The foregoing summaries are submitted to the Court pursuant to the Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members dated April 17, 2002 (the "Amended Administrative Order").

KRLSWIL:#50742 V1 - W.R. GRACE: KLETT ROONEY'S TENTH QUARTERLY FEE APPLICATION

Pursuant to the Amended Administrative Order, Klett Rooney respectfully requests that, for the period July 1, 2003 through September 30, 2003, it be allowed the total amount of fees of $44,732.50 and expenses in the total amount of $3,696.65.

                                              **KLETT ROONEY LIEBER & SCHORLING**
                                              **A Professional Corporation**

By: _____/s/ Rhonda L. Thomas_____
                                              Teresa K. D. Currier (No. 3080)
                                              Rhonda L. Thomas (No. 4053)
                                              1000 West Street, Suite 1410
                                              Wilmington, DE 19801
                                              (302) 552-4200

Dated: November 25, 2003          Co-Counsel to the Official Committee of Equity Holders