UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: W.R. GRACE & CO., et al., <br><br> Debtors. | Chapter 11 <br><br> Bankruptcy No. 01-01139 (JFK) <br><br> (Jointly Administered) <br><br> **Objection Deadline: December 15, 2003** <br> **Hearing Date: TBD if necessary** |

**SUMMARY OF FOURTEENTH MONTHLY APPLICATION OF ELZUFON AUSTIN REARDON TARLOV & MONDELL, P.A. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE ZONOLITE ATTIC INSULATION CLAIMANTS FOR THE PERIOD OF <u>OCTOBER 1, 2003 THROUGH OCTOBER 31, 2003</u>**

| | |
|---|---|
| Name of Applicant: | Elzufon Austin Reardon Tarlov & Mondell, P.A. |
| Authorized to provide Professional services to: | Zonolite Attic Insulation Claimants |
| Date of retention: | August 22, 2002 |
| Period for which compensation and reimbursement is sought: | October 1, 2003 through October 31, 2003 |
| Amount of compensation sought as actual reasonable and necessary: | $ 1,457.00 |
| Amount of expense reimbursement sought as actual reasonable and necessary: | $ 1,918.31 |

This is a:    __X__ Monthly    _____ Interim    _____ Final Application

Prior Application Filed: Yes.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/18/02 | 7/23/02 through 9/30/02 | $ 5,738.00 | $ 692.54 | Approved | Approved |
| 12/12/02 | 10/1/02 through 10/31/02 | $ 1,998.00 | $ 171.59 | Approved | Approved |
| 2/10/03 | 11/1/02 through 11/30/02 | $ 3,994.00 | $ 1,875.81 | Approved | Approved |
| 2/12/03 | 12/1/02 through 12/31/02 | $ 1,808.50 | $ 500.47 | Approved | Approved |
| 3/19/03 | 1/1/03 through 1/31/03 | $ 970.50 | $ 145.35 | Approved | Approved |
| 5/16/03 | 2/1/03 through 2/28/03 | $ 2,314.00 | $ 286.80 | Approved | Approved |
| 5/16/03 | 3/1/03 through 3/31/03 | $ 4,031.00 | $ 1,444.29 | Approved | Approved |
| 7/1/03 | 4/1/03 through 4/30/03 | $ 920.00 | $ 45.00 | Pending | Pending |
| 8/14/03 | 5/1/03 through 5/31/03 | $2,152.50 | $ 2,119.56 | Pending | Pending |
| 8/15/03 | 6/1/03 through 6/31/03 | $ 2,865.00 | $ 2,120.25 | Pending | Pending |
| 9/15/03 | 7/1/03 through 7/31/03 | $ 4,393.50 | $ 295.24 | Pending | Pending |
| 10/31/03 | 8/1/03 through 8/31/03 | $ 3,623.00 | $ 69.68 | Pending | Pending |
| 11/3/03 | 9/1/03 through 9/30/03 | $ 2,892.50 | $ 2,022.29 | Pending | Pending |

As indicated above, this is the fourteenth application for monthly interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases.

The total time expended for the preparation of this application is approximately 3 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $300.00.

The Elzufon Austin Reardon Tarlov & Mondell, P.A., attorney who rendered professional services in these cases during the Fee Period is:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| William D. Sullivan | Partner | 13 | Bankruptcy | $220.00 | 1.1 | $242.00 |
| TOTALS | | | | | 1.1 | $242.00 |

The Elzufon Austin Reardon Tarlov & Mondell, P.A. paraprofessional who rendered professional services in these cases during the Fee Period is:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Michael Young | Paralegal | 1 | Bankruptcy | $75.00 | 17.3 | $1,215.00 |
| TOTALS | | | | | 17.3 | $1,215.00 |

## Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 12-Fee Application, Others | 17.8 Hours | $1,325.00 |
| 22-ZAI Science Trial | .6 Hours | $132.00 |
| TOTALS | 18.4 Hours | $1,457.00 |

## EXPENSES

| Description | Amount |
|---|---|
| Computer Assisted Legal Research | |
| Telephone Expense | |
| Telephone Expense -- Outside | |
| Facsimile ($1.00 per page) | |
| Postage Expense | |
| Courier & Express Carriers | $108.50 |
| In-House Duplicating / Printing ($.15 per page) | $1,600.35 |
| Outside Duplicating / Printing | $209.46 |
| Lodging | |
| Transportation | |
| Air Travel Expense | |
| Taxi Expense | |
| Mileage Expense | |
| Travel Meals | |
| Parking | |
| General Expense | |
| Expert Services | |
| Books/Videos | |
| Total: | $ 1,918.31 |

Dated: Wilmington, Delaware
      November 25, 2003

ELZUFON, AUSTIN, REARDON,
TARLOV & MONDELL, P.A.

*/s/ William D. Sullivan*
William D. Sullivan, Esq. (No. 2820)
Charles J. Brown, III, Esq. (No. 3368)
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE  19899-1630
Phone: (302) 428-3181
Fax: (302) 777-7244

Delaware Counsel to ZAI Claimants

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: W.R. GRACE & CO., et al., <br><br> Debtors, | Chapter 11 <br><br> Bankruptcy No. 01-01139 (JFK) <br><br> (Jointly Administered) <br><br> Objection Deadline: December 15, 2003 <br> Hearing Date: TBD if necessary |

**FEE DETAIL OF THE FOURTEENTH MONTHLY APPLICATION OF ELZUFON AUSTIN REARDON TARLOV & MONDELL, P.A. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE ZONOLITE ATTIC INSULATION CLAIMANTS FOR THE PERIOD OF <u>OCTOBER 1, 2003 THROUGH OCTOBER 31, 2003</u>**

```
                                                              Page: 1
ZAI Plaintiffs                                             10/31/2003
Richardson Patrick Westbrook          Client No: 220305-11221M
174 East Bay Street                   Statement No:     194685
Charleston SC 29401

Attn: Edward Westbrook

W.R. Grace & Companies, et al.
CA No. 01-1139
A-01-771
```

Fees

|  |  | Hours |
|---|---|---|
| )/06/03 | | |
| MY | Review file and continue update of pleadings related to Motions for Summary Judgment and Motions to Exclude and Responses | 3.20 |
| )/07/03 | | |
| MY | Review file and complete update of file and creation of binders related to Motions for Summary Judgments and Motion to Exclude Dr.'s Opinion | 2.10 |
| )/08/03 | | |
| MY | review docket for objections to Fee Applications (.3), draft certificate of no objection for EARTM July Fee Application (.6), Draft CNO re July Fee Application re July Fee App of RPWB (.6), e-file and serve both CNO's (.6), update tracking chart (.2), complete email service (.2) | 2.50 |
| MY | Begin preparation of L&A July Fee Application | 0.70 |
| )/09/03 | | |
| WDS | Review and revise Lukins & Annis July Fee Application. | 0.30 |
| MY | Final revisions and preparation of L&A July Fee Application for filing and service (.7), review docket: update file (.3), update tracking chart (.2), e-file and serve fee application (.7), complete e-mail service (.2) | 2.10 |
| MY | Obtain Fee application of Pachulski, etc., forward to co-counsel | 0.30 |
| MY | Begin draft of August Fee Application of EARTM | 0.60 |
| )/16/03 | | |
| MY | Begin preparation of RPWB August fee app for filing | 0.60 |

Case 01-01139-AMC    Doc 4743    Filed 11/25/03    Page 7 of 11

ZAI Plaintiffs                                              10/31/2003
                                        Client No: 220305-11221M
                                        Statement No:      194685

W.R. Grace & Companies, et al.
CA No. 01-1139
A-01-771

|  |  | Hours |  |
|---|---|---|---|
| /17/03 | | | |
| MY | Complete final revisions to RPWB August fee application | 0.40 | |
| /22/03 | | | |
| WDS | Review pleadings regarding administration of the estate. | 0.30 | |
| /23/03 | | | |
| WDS | Review and approve for filing August Fee application for RPWB. | 0.20 | |
| WDS | Review agenda for 10/27 Hearing; no matters affecting clients. | 0.20 | |
| MY | format, file and serve RPWB August 2003 Fee Application | 0.60 | |
| /27/03 | | | |
| MY | Reivew agenda for 10/27 hearing and obtain Exhibit A | 0.30 | |
| WDS | Review Amended Agenda for 10/27 Hearing; no changes affecting clients. | 0.10 | |
| /28/03 | | | |
| MY | Complete email service requirements of August Fee App | 0.30 | |
| /31/03 | | | |
| MY | Draft, format, file and serve CNO re July Fee App of L&A (1.1), Complete draft fo August Fee App of EARTM (.8), Complete filing and service of EARTM Fee app (.6) | 2.50 | |
| | For Current Services Rendered | 17.30 | 1,457.00 |

Recapitulation

| .mekeeper | Title | Hours | Rate | Total |
|---|---|---|---|---|
| llivan, William D. | Partner | 1.10 | $220.00 | $242.00 |
| .chael Young | Paralegal | 16.20 | 75.00 | 1,215.00 |

Expenses

| /13/03 | Photocopies (@ $.15) | 0.30 |
|---|---|---|
| /13/03 | Photocopies (@ $.15) | 59.40 |
| /13/03 | Photocopies (@ $.15) | 0.15 |
| /15/03 | Photocopies (@ $.15) | 25.20 |
| /15/03 | Photocopies (@ $.15) | 59.40 |
| /15/03 | Photocopies (@ $.15) | 4.80 |
| /15/03 | Photocopies (@ $.15) | 44.10 |
| /15/03 | Photocopies (@ $.15) | 90.00 |
| /03/03 | Photocopies (@ $.15) | 6.00 |
| /03/03 | Photocopies (@ $.15) | 142.50 |
| /03/03 | Photocopies (@ $.15) | 15.15 |
| /03/03 | Photocopies (@ $.15) | 184.80 |
| /03/03 | Photocopies (@ $.15) | 257.40 |
| /04/03 | Photocopies (@ $.15) | 66.15 |
| /04/03 | Photocopies (@ $.15) | 20.40 |
| /04/03 | Photocopies (@ $.15) | 321.30 |

ZAI Plaintiffs                                              10/31/2003
                                         Client No: 220305-11221M
                                         Statement No:      194685

W.R. Grace & Companies, et al.
CA No. 01-1139
A-01-771


/08/03 Photocopies (@ $.15)                                     0.30
/08/03 Photocopies (@ $.15)                                    77.40
/15/03 Photocopies (@ $.15)                                    32.25
/15/03 Photocopies (@ $.15)                                    82.05
/15/03 Photocopies (@ $.15)                                     4.05
/08/03 Photocopies (@ $.15)                                    22.05
/08/03 Photocopies (@ $.15)                                     0.15
/08/03 Photocopies (@ $.15)                                    20.70
/09/03 Photocopies (@ $.15)                                     0.15
/09/03 Photocopies (@ $.15)                                    44.10
/31/03 Photocopies (@ $.15)                                    19.80
/31/03 Photocopies (@ $.15)                                     0.30
                                                             -------
       Total Expenses                                        1,600.35

                              Advances

/08/03 Courier fee Tristate Courier & Carriage                 58.50
/09/03 Courier fee Tristate Courier & Carriage                 45.00
/23/03 Reliable Copy Service - Outsourcing of
       photocopying (462 copies @ .09 cents and 12
       mailings @ 1.29 and 12 handdeliveries @ 6.50)          115.56
/31/03 Reliable Copy Service - Outsourcing of
       photocopying (252 copies @ .09 cents, 12 mailings
       @ 1.06, and 9 hand deliveries @ 6.50)                   93.90
/31/03 Courier fee Tristate Courier & Carriage                  5.00
                                                              ------
       Total Advances                                         317.96

       Total Current Work                                   3,375.31

## CERTIFICATE OF SERVICE

I, William D. Sullivan, Esquire, hereby certify that on November 25, 2003, service of the foregoing

- **Fourteenth Monthly Application of Elzufon Austin Reardon Tarlov & Mondell, P.A. for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Zonolite Attic Insulation Claimants for the Period of October 1, 2003 through October 31, 2003**

was made upon the attached Service List via hand delivery and first class mail.

Dated: Wilmington, Delaware
November 25, 2003

*/s/ William D. Sullivan*
William D. Sullivan

**SERVICE LIST**

Laura Davis Jones, Esquire
David Carickoff, Esquire
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
Wilmington, DE  19899-8705

Frank J. Perch, Esquire
Office of the U.S. Trustee
844 King Street, Room 2313
Wilmington, DE  19801

Matthew G. Zaleski, III, Esquire
Campbell & Levine
800 King Street, Suite 300
Wilmington, DE  19801

Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE  19899

Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 27th Floor
New York, NY  10022

Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY  10038-4982

David Bernick, Esquire
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Theodore Tacconelli, Esquire
Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE  19899

Michael R. Lastowski, Esquire
Duane Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE  19801-1246

Teresa K.D. Currier, Esquire
Klett, Rooney, Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE  19801

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena
Price & Axelrod, LLP
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL  33131

J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL  60606

Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY  1002

William S. Katchen, Esquire
Duane, Morris & Heckcher, LLP
One Riverfront Plaza, 2nd Floor
Newark, NJ  07102

Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones
10100 Santa Monica Boulevard
Los Angeles, CA 90067-4100

David B. Seigel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

Peter Van N. Lockwood, Esquire
Julie W. Davis, Esquire
Trevor W. Swett, III, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, NW
Washington, DC 20005

James J. Restivo, Jr., Esquire
Reed Smith, LLP
435 Sixth Avenue
Pittsburgh, PA 15219-1886

Mark D. Collins, Esquire
Deborah E. Spivack, Esquire
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

William J.A. Sparks, Esquire
W.R. Grace & Company
919 N. Market, Suite 460
Wilmington, DE 19899

Warren H. Smith
Warren H. Smith and Associates
900 Jackson Street
120 Founders Square
Dallas, TX 75202