**Warren H. Smith & Associates, P.C.**
325 North St. Paul Street
Suite 4080
Dallas, TX  75201

*Invoice submitted to:*
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044

August 31, 2003

In Reference To:    Bankruptcy Fee Audit Case #01-1139 (JKF)

Invoice #    10429

Professional Services

| Date | Initials | Description | Hours | Amount |
|---|---|---|---:|---:|
| 8/1/2003 | AV | Update database with 04.03 Monthly Invoice for Pachulski (.1); 06.03 Monthly Invoice for Kirkland (.1); 06.03 Monthly Invoice for Wallace (.1) | 0.30 | 12.00 |
| 8/3/2003 | CC | Detailed review of Carella, Byrne for May, 2003 fee application. | 1.50 | 180.00 |
| | CC | Detailed review of Holme Roberts April 2003 fee application. | 1.20 | 144.00 |
| | CC | Detailed review of Carella, Byrne June 2003 fee application. | 2.50 | 300.00 |
| 8/4/2003 | LMF | continue to draft 8th Q spreadsheet | 3.50 | 525.00 |
| 8/5/2003 | LMF | continue to draft 8th Q spreadsheet | 0.30 | 45.00 |
| | LMF | draft e-mail to R. Taylor, Klett re:categorization of fees for 8th Q | 0.20 | 30.00 |
| 8/6/2003 | JBA | Update database with 6.03 e-detail for: Caplin, Tersigni, and Ferry Joseph 5.03 and 6.03 e-detail | 0.10 | 4.00 |
| | JBA | Update database with Wallace King 9th Int Application and e-detail | 0.10 | 4.00 |

| W.R. Grace & Co. | | | Page | 2 |
|---|---|---|---:|---:|
| | | | **Hours** | **Amount** |
| 8/6/2003 LMF | review e-mail response from R. Taylor, Klett re:information requested for 8th Q | | 0.10 | 15.00 |
| JBA | Update database with 6.03 e-detail for: Stroock, FTI, LAS, and Campbell | | 0.10 | 4.00 |
| 8/7/2003 AV | Update database with 06.03 Monthly Invoice for FTI (.1); 06.03 Monthly Invoice for Stroock (.1) | | 0.20 | 8.00 |
| AV | Update database with 05.03 Monthly Invoice for Richardson (.1); 04.03 Monthly Invoice for Lukins (.1) | | 0.20 | 8.00 |
| LMF | continue to draft 8th Q spreadsheet | | 2.00 | 300.00 |
| LMF | draft e-mail to Aileen, Campbell re: 8th Q spreadsheet(.3); e-mail Susan, Holme re: 8th Q spreadsheet(.2); e-mail Nicole, Bilzin re:recategorizations for Bilzin and Hamiltion(.2); e-mail Melissa, Carella re:auditor's copy of summary of 8th Q application(.2); e-mail Karen, Nelson re:8th Q application and spreadsheet(.2); read and respond e-mail from Melissa, Carella re:request(.2); e-mail Anne, Steptoe re:8th Q spreadsheet(.1); e-mail Priscilla, WHS re:WHS 8th application(.2); e-mail response to Anne, Steptoe re:8th Q spreadsheet request; e-mail Jeff, WHS re:applications from Carella(.1); read and respond to Susan, Holme re: 8th Q spreadsheet request(.2) | | 1.90 | 285.00 |
| LMF | telephone conference with Ralena, Klett re:request for recategorization(.2); telephone conference with Cis, Nelson re:8th Q fee application and spreadsheet; left message for Ruth, Nelson re:conversation with Cis (.1); telephone conference with Luisa, Bilzin re:recategorization request for 8th Q(.1) | | 0.40 | 60.00 |
| 8/8/2003 AV | Update database with 05.03 Monthly Invoice for Pitney (.1); 04.03 - 06.03 9th Int. Invoice for Wallace (.1) | | 0.20 | 8.00 |
| DTW | Review applications and summaries for CBBG April (.6); May (.5) and June 03 (.7). | | 1.80 | 261.00 |
| PGS | draft of the Ninth Interim Verified Fee Application of WHS period 04/01/03 - 06/30/03 | | 7.00 | 560.00 |
| AV | Update database with 05.03 Monthly Invoice for Ferry (.1); 06.03 Monthly Invoice for Ferry (.1) | | 0.20 | 8.00 |

W.R. Grace & Co.  Page   3

|  |  |  | **Hours** | **Amount** |
|---|---|---|---|---|
| 8/8/2003 | LMF | draft summary of monthly invoice for April 2003 through May 2003 submitted by FTI Policano | 0.50 | 75.00 |
|  | LMF | telephone conference with Jack, Klett re:Grace contacts for holdback payments(.1); telephone conference with Lauren, Campbell re:recategorization for 8th Q spreadsheet(.1); telephone conference with Joseph, Nelson re:8th Q spreadsheet request submitted to Ruth at Nelson(.2) | 0.40 | 60.00 |
|  | LMF | draft response e-mail to Nicole re:revisions to 8th Q spreadsheet request(.2); e-mail Steve, WHS re:Nelson contacts(.1) | 0.30 | 45.00 |
|  | LMF | detailed review of monthly invoice for April 2003 submitted by PWC(2.7); review monthly invoices for April 2003 through May 2003 submitted by FTI Policano(.4) | 3.10 | 465.00 |
| 8/9/2003 | CC | Detailed review of Holme Roberts May, 2003 fee application. | 0.90 | 108.00 |
|  | CC | Detailed review of Carella, Byrne May, 2003 fee application. | 0.50 | 60.00 |
|  | CC | Detailed review of Carella, Byrne June, 2003 fee application. | 2.00 | 240.00 |
|  | CC | Detailed review of Holme Roberts April 2003 fee application. | 3.00 | 360.00 |
|  | CC | Detailed review of Carella Byrne April, 2003 fee application. | 0.30 | 36.00 |
| 8/11/2003 | SLB | detailed review of March & April 9th Int. monthlies - Pitney Hardin (1.9) ; review of March & April 9th Int. monthlies - Kramer Levin (1.2) | 3.10 | 341.00 |
|  | PGS | Electronic filing with court of CNO for June 2003 | 0.20 | 16.00 |
|  | PGS | research regarding CNO for June 2003 | 0.20 | 16.00 |
|  | LMF | continue to draft 8th Q spreadsheet for revisions for firms requiring recategorization | 0.80 | 120.00 |

W.R. Grace & Co.                                                                                                                Page     4

|  |  |  | **Hours** | **Amount** |
|---|---|---|---|---|
| 8/11/2003 | LMF | draft e-mail to Nicole, Bilzin re:question on revisions to 8th Q spreadsheet(.1); draft email to Libby, FTI re:receipt and review of 9th Q spreadsheet(.1) | 0.20 | 30.00 |
|  | AV | Update database with 05.03 Monthly Invoice for Hamilton (.1); 06.03 Monthly Invoice for Hamilton (.1); 8th Int. Initial Report response for Pachulski (.1) | 0.30 | 12.00 |
|  | AV | Update database with 06.03 Monthly Invoice for Reed (.1); 05.03 Monthly Invoice for Lukins (.1) | 0.20 | 8.00 |
|  | DTW | Review summaries for Holme Roberts for May and April 03 (.3) | 0.30 | 43.50 |
| 8/12/2003 | PGS | draft and e-filing of Monthly Invoice for WHS for July 2003 | 1.50 | 120.00 |
|  | LMF | telephone conference with Steve, WHS re:Nelson and 8th Q request for spreadsheet | 0.10 | 15.00 |
|  | LMF | detailed review of monthly invoice for June 2003 submitted by FTI Policano | 0.50 | 75.00 |
|  | LMF | draft summary of monthly invoice for June 2003 submitted by FTI Policano | 0.10 | 15.00 |
|  | WHS | receive and review 9 misc pleadings | 0.10 | 27.50 |
| 8/13/2003 | JBA | Update database with Campbell 9th Int App and e-detail | 0.10 | 4.00 |
|  | JBA | Update database with 9th Int App and e-detail for LAS, and Tersigni | 0.10 | 4.00 |
|  | AV | Update database with 06.03 Monthly Invoice for Holme (.1); 04.03 - 06.03 9th Int. Invoice for Holme (.1) | 0.20 | 8.00 |
| 8/14/2003 | AV | Update database with 06.03 Monthly Invoice for Casner (.1); 05.03 Monthly Invoice for Pachulski (.1); 06.03 Monthly Invoice for Kramer (.1) | 0.30 | 12.00 |
|  | JBA | Update database with Casner 5.03 and 6.03 e-detail | 0.10 | 4.00 |

W.R. Grace & Co.      Page 5

| Date | Init. | Description | Hours | Amount |
|---|---|---|---:|---:|
| 8/15/2003 | AV | Update database with 04.03 - 06.03 9th Int. Invoice for Carella (.1) | 0.10 | 4.00 |
| | LMF | telephone conference with Joseph, Nelson re:request for 8th Q spreadsheet and 8th Q quarterly fee application | 0.10 | 15.00 |
| | LMF | draft e-mail to Joseph, Nelson re:followup request for 8th Q spreadsheet; draft email to Paula, Pachulski re:revision for 8th Q spreadsheet | 0.30 | 45.00 |
| 8/18/2003 | SLB | complete draft of 8th Int. Amended Final Report - BMC (.9) ; complete draft of 8th Int. Final Report - Pachulski (1.4) ; complete 9th Int. draft of initial report - FTIPM (.9) ; create 9th Interim Grace status chart (.4) | 3.60 | 396.00 |
| | LMF | continue to draft revisions to the 8th Q spreadsheet | 4.70 | 705.00 |
| | LMF | read and respond to e-mail from Paula, Pachulski re:8th Q spreadsheet request; e-mail Steve, WHS re:FR inquiry re: Pachulski | 0.10 | 15.00 |
| | AV | Update database with 04.03 - 06.03 9th Int. Invoice for Klett (.1); 04.03 - 06.03 9th Int. Invoice for Woodcock (.1); 01.03 - 03.03 8th Int. Invoice for Steptoe (.1) | 0.30 | 12.00 |
| | SLB | telephone conference with Paula Galbraith - Pachulski re. 8th Int. response (.4) ; telephone conference with D. Cameron - Reed Smith re. 8th Int. expense total (.3) | 0.70 | 77.00 |
| | WHS | detailed review of Pachulski 8th Int FR | 0.10 | 27.50 |
| | WHS | receive and review 1 misc pleading | 0.10 | 27.50 |
| | WHS | receive and review 1 misc pleading | 0.10 | 27.50 |
| 8/19/2003 | JBA | Electronic filing with court of Final Report re: Pachulski 8th Int | 0.30 | 12.00 |
| | SLB | two telephone conferences with D. Cameron re. 8th Int. application - Reed Smith (.7) | 0.70 | 77.00 |
| | LMF | continue to draft revisions to the 8th Q spreadsheet | 1.60 | 240.00 |

W.R. Grace & Co.            Page    6

| Date | Init | Description | Hours | Amount |
|---|---|---|---:|---:|
| 8/19/2003 | LMF | draft e-mail to Warren, WHS re:revised 8th Q footnotes | 0.10 | 15.00 |
|  | AV | Update database with 04.03 - 06.03 9th Int. Invoice for Caplin (.1) | 0.10 | 4.00 |
| 8/20/2003 | PGS | electronic filing of the Ninth Interim Verified Fee Application for the period 04/01/03 - 06/30/03 | 0.50 | 40.00 |
|  | DTW | Review FTI initial report 9th interim period (.1). | 0.10 | 14.50 |
|  | AV | Update database with 04.03 - 06.03 9th Int. Invoice for FTI (.1) | 0.10 | 4.00 |
|  | LMF | continue to draft revisions to 8th Q spreadsheet footnotes | 0.80 | 120.00 |
| 8/21/2003 | SLB | begin draft of 8th Interim Amended Final Report - Reed Smith (4.8) | 4.80 | 528.00 |
|  | LMF | read email from Joseph, Nelson and respond re:request for revision to 8th Q spreadsheet | 0.30 | 45.00 |
|  | LMF | continue to draft revisions to 8th Q spreadsheet re:Nelson fees and footnotes | 0.80 | 120.00 |
|  | LMF | detailed review of 8th quarterly fee application re:problem for recategorization by Nelson | 0.20 | 30.00 |
| 8/22/2003 | AV | Update database with 04.03 - 06.03 9th Int. Invoice for Kramer (.1) | 0.10 | 4.00 |
|  | SLB | complete drafts of Amended Final Reports - Reed Smith and BMC (4.7) | 4.70 | 517.00 |
|  | LMF | review email from Joseph, Nelson re:8th Q revision for Nelson | 0.10 | 15.00 |
| 8/25/2003 | SLB | draft e-mail to Kim Garcia - RPWB re. explanation of ceilings governing expenses (.8) | 0.80 | 88.00 |

W.R. Grace & Co.                                      Page 7

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| 8/25/2003 | SLB | complete revisions to 8th Int. amended final report - Reed Smith (.4) ; complete 9th Int. June summary and draft of initial report - Holme Roberts (5.9) | 6.30 | 693.00 |
| | SLB | telephone conference with Betsy Burn - Nelson Mullins re. 8th Int. application (.3) | 0.30 | 33.00 |
| | AV | Update database with 04.03 Monthly Invoice for Nelson (.1); 07.03 Monthly Invoice for Carella (.1) | 0.20 | 8.00 |
| | LMF | continue to draft revisions to 8th Q spreadsheet for Nelson and Reed revisions and additional footnote(1.0); edit revisions for distribution(1.0) | 2.00 | 300.00 |
| | LMF | draft e-mail to Joseph, Nelson re:8th Q revision for Nelson(.2); email applicants draft of 8th Q spreadsheet for review(.3); draft email to and respond to email from Andy, Reed re:expenses for 8th Q(.2) | 0.70 | 105.00 |
| | JBA | Electronic filing with court of Amended Final Reports re: BMC 8th (.2), and Reed Smith 8th (.2) | 0.40 | 16.00 |
| | WHS | receive and review 3 misc pleadings | 0.10 | 27.50 |
| 8/26/2003 | SLB | summary and draft of 9th Int. initial report - Woodcock (3.2) ; summary and draft of 9th Int. initial report - Kramer Levin (1.7) ; draft of 9th Int. Final Report - Kramer Levin (.7) ; draft of 9th Int. Final Report - FTIPM (.8) ; create and update 9th Int. Grace status chart (.8) | 7.20 | 792.00 |
| | JBA | Electronic filing with court of Final Report re: FTI Policano 9th | 0.30 | 12.00 |
| | DTW | Review and slight revisions to initial report for Woodcock 9th (.1); Holme Roberts (9th (.1); and Gilbert 9th (.1). | 0.30 | 43.50 |
| | JBA | Electronic filing with court of Final Report re: Kramer 9th Int | 0.20 | 8.00 |
| | WHS | detailed review of Kramer 9th Int FR | 0.10 | 27.50 |
| | WHS | detailed review of FTI Policano 9th Int FR | 0.10 | 27.50 |

W.R. Grace & Co. Page 8

| | | | Hours | Amount |
|---|---|---|---:|---:|
| 8/26/2003 | JAW | detailed review of Reed Smith June, 2003, monthly invoice (2.7); draft summary of same (0.9) | 3.60 | 486.00 |
| | WHS | receive and review 4 misc pleadings | 0.10 | 27.50 |
| | LMF | read and respond to email from Kristen, Pitney re:draft of 8th Q spreadsheet(.1); read emails from Libby, FTI; Aileen, Campbell; Raleena, Klett re:draft of 8th Q spreadsheet(.2); read and respond to email from Ann, Steptoe re:8th Q spreadsheet draft for revision (.1) | 0.40 | 60.00 |
| | WHS | receive and review e-mail from Raelena Taylor re Klett | 0.10 | 27.50 |
| 8/27/2003 | AV | Update database with 06.03 Monthly Invoice for PWC (.1); 04.03 - 06.03 9th Int. Invoice for PWC (.1); 04.03 - 06.03 9th Int. Invoice for Legal (.1) | 0.30 | 12.00 |
| | LMF | draft e-mail to Andy, Reed Smith re:8th Q spreadsheet revision | 0.20 | 30.00 |
| | LMF | review 8th Q expenses for Reed Smith re:request for revision | 0.30 | 45.00 |
| | AV | Update database with 04.03 - 06.03 9th Int. Invoice for Tersigni (.1); 04.03 - 06.03 9th Int. Invoice for Campbell (.1); 04.03 - 06.03 9th Int. Invoice for Reed (.1) | 0.30 | 12.00 |
| | AV | Update database with 05.03 Monthly Invoice for Elzufon (.1); 06.03 Monthly Invoice for Elzufon (.1); 06.03 Monthly Invoice for Lukins (.1); 06.03 Monthly Invoice for Richardson (.1) | 0.40 | 16.00 |
| 8/28/2003 | KPW | detailed review of documents in preparation for drafting of CBBG 9th interim period IR | 3.10 | 403.00 |
| | JAW | detailed review of Wallace King June, 2003, monthly invoice (2.1); draft summary of same (0.5) | 2.60 | 351.00 |
| | DTW | Assist K. Wright with drafting initial report for Carella Burn (.2) | 0.20 | 29.00 |
| | KPW | draft CBBG 9th interim period IR | 1.20 | 156.00 |

W.R. Grace & Co.             Page 9

| Date | Init. | Description | Hours | Amount |
|---|---|---|---:|---:|
| 8/28/2003 | SLB | edit and revise draft of 9th Int. initial report - CBBG (.5) | 0.50 | 55.00 |
|  | SLB | PACER research regarding 9th Interim filings (1.4) | 1.40 | 154.00 |
|  | SLB | draft e-mails to 22 applicants in 9th Interim (2.7) | 2.70 | 297.00 |
|  | SLB | status review of all 9th Int. applicants (3.6) | 3.60 | 396.00 |
|  | LMF | detailed review of monthly invoice for May 2003 submitted by PWC(1.7); detailed review of monthly invoice for June 2003 submitted by PWC(1.7) | 3.40 | 510.00 |
|  | JAW | detailed review of Wallace King April, 2003, monthly invoice (1.7); draft summary of same (0.2) | 1.90 | 256.50 |
|  | JAW | detailed review of Wallace King May, 2003, monthly invoice (1.1); draft summary of same (0.2) | 1.30 | 175.50 |
| 8/29/2003 | SLB | detailed review of 9th Int. application - Casner - (3.1) | 3.10 | 341.00 |
|  | KPW | revise draft CBBG 9th interim period IR | 1.30 | 169.00 |
|  | AV | Update database with 07.03 Monthly Invoice for Klett (.1); 06.03 Monthly Invoice for Bilzin (.1) | 0.20 | 8.00 |
|  | LMF | draft summary of monthly invoices for April 2003 through June 2003 submitted by PWC | 4.80 | 720.00 |

**For professional services rendered**      **124.70 $15,136.00**

Additional Charges :

| | Price | |
|---|---:|---:|
| Third party copies & document prep/setup Final Report of Conway for the period 01/01/03 - 03/31/03 | 14.94 | 14.94 |

W.R. Grace & Co.                                                                                                         Page    10

|  | Price | Amount |
|---|---:|---:|
| Third party copies & document prep/setup Final Report of Wallace for the period 01/01/03 - 03/31/03 | 99.52 | 99.52 |
| Third party copies & document prep/setup of Monthly Invoice for WHS July 2003 | 42.54 | 42.54 |
| Long distance charges July 2003 | 0.28 | 0.28 |
| **Total costs** |  | **$157.28** |
| **Total amount of this bill** |  | **$15,293.28** |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---:|---:|---:|
| Alayne Volfson | 4.20 | 40.00 | $168.00 |
| Colleen Canion | 11.90 | 120.00 | $1,428.00 |
| Doreen T Williams | 2.70 | 145.00 | $391.50 |
| James A Wehrmann | 9.40 | 135.00 | $1,269.00 |
| Jeff B. Allgood | 1.80 | 40.00 | $72.00 |
| Kevin P Wright | 5.60 | 130.00 | $728.00 |
| Lavern Ferdinand | 35.30 | 150.00 | $5,295.00 |
| Priscilla G Stidham | 9.40 | 80.00 | $752.00 |
| Stephen L. Bossay | 43.50 | 110.00 | $4,785.00 |
| Warren H Smith | 0.90 | 275.00 | $247.50 |