## Exhibit B

## Declaration of Service

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

### NOTICE OF ERRATA RE: DECLARATION OF SERVICE
### [RE: DOCKET #2382]

I, _Craig A. Zink_, state as follows:

1. I am over eighteen years of age and I believe the statements contained herein are true based on my personal knowledge. My business address is c/o R.R. Donnelley,

---

2. Due to a clerical error, Paragraph 2 of the Declaration of Service (Docket #2382) incorrectly stated the documents served upon the parties listed in Exhibit 6 thereto. Paragraph 2 should read in pertinent part as follows:

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

"b.   Exhibits 1 and 2 were served on those parties listed in Exhibit 6..."

I declare under penalty of perjury that the foregoing is true and correct.

DATED: October __8__, 2003

__Lancaster__, __PA__
City             State

_Craig A. Zink_

State of __Pennsylvania__)
                          ) ss
County of __Lancaster__)

  Personally appeared before me on this __8TH__ day of October 2003, __CRAIG ZINK__, an individual, known to me to be the person who executed the foregoing instrument and acknowledged the same.

_Joyce E. Stumpf_  10/8/03

> Notarial Seal
> Joyce E. Stumpf, Notary Public
> City Of Lancaster, Lancaster County
> My Commission Expires Nov. 10, 2005

Member, Pennsylvania Association Of Notaries



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

DECLARATION OF SERVICE REGARDING:

1. Claims Bar Date Notice Materials
2. Grace Non-Asbestos Proof of Claim Form
3. W.R. Grace and Co. Asbestos Property Damage Proof of Claim Form
4. W.R. Grace and Co. Asbestos Medical Monitoring Proof of Claim Form

I, _Craig A. Zink_, state as follows:

1. I am over eighteen years of age and I believe the statements contained herein are true based on my personal knowledge. My business address is c/o R.R. Donnelley,

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

2. On June 21, 2002, at the direction of the United States Bankruptcy Court for the District of Delaware, I caused service of the following documents:

    a. Bar Date Notice Package attached hereto as Exhibit 1;

    b. Form 10 attached hereto as Exhibit 2;

    c. PD Form attached hereto as Exhibit 3; and

    d. MM Form attached hereto as Exhibit 4;

to be effected as follows:

    a. Exhibit 1 was served on those parties listed in Exhibit 5;

    b. Exhibit 2 was served on those parties listed in Exhibit 6; and

    c. Exhibits 1, 2, 3 and 4 were served on those parties listed in Exhibit 7.

3. All address lists were provided by Bankruptcy Management Corporation. Service was effected via first-class mail and deposited with the United States Postal Service with postage thereon fully prepaid.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: June 27, 2002
El Segundo, California

_____
Craig A. Zink

State of California    )
                             ) ss
County of Los Angeles  )

Personally appeared before me on this 27th day of June 2002, Craig Zink, an individual, known to me to be the person who executed the foregoing instrument and acknowledged the same.



_____
Theresa M. Taylor

Notarial Seal
Theresa M. Taylor, Notary Public
East Lampeter Twp., Lancaster County
My Commission Expires Dec. 6, 2003
Member, Pennsylvania Association of Notaries

**Exhibit 6**
**Bar Date Notice & Non-Asbestos POC**

| | | |
|---|---|---|
| ROY, PETER<br>55 CADY ST<br>N ADAMS, MA 02147 | ROY, ROLAND<br>P O BOX 153 CHURCH ST.<br>POWNAL, VT 052610153 | ROY, SANDY<br>15830 CELTIC ST.<br>GRANADA HILLS, CA 91344 |
| ROY, SCOTTIE<br>101 RIDGECREST LANE<br>DUSON, LA 70529 | ROY, VALERIE<br>5222 WHITE OAK MTN. ROAD<br>GREENWOOD, AR 72936 | ROYAL 400 OFFICE BUILDING<br>4550 NORTH POINT PARKWAY<br>ALPHARETTA, GA 30202<br>USA |
| ROYAL 400 OFFICE BUILDING<br>4550 NORTH POINT PKWY.<br>ALPHARETTA, GA 30202<br>USA | ROYAL ALARM SYSTEMS, INC.<br>2535 W. WINTON, SUITE F<br>HAYWARD, CA 94545<br>USA | ROYAL BUILDING CLEANING SERVICES<br>205 LOCUST ST<br>TOLEDO, OH 43604<br>USA |
| ROYAL BUSINESS SYSTEMS<br>3709 W. 63RD STREET<br>CHICAGO, IL 60629<br>USA | ROYAL BUSINESS SYSTEMSINC<br>P.O. BOX 70238<br>SAN JUAN, PR 936<br>USA | ROYAL CEMENT<br>STATE RD 169<br>LOGANDALE, NV 89021<br>USA |
| ROYAL CEMENT<br>STATE ROUTE 169<br>LOGANDALE, NV 89021<br>USA | ROYAL CENTER ONE<br>11675 GREAT OAKS WAY<br>ALPHARETTA, GA 30202<br>USA | ROYAL CENTER TWO<br>11575 GREAT OAKS WAY<br>ALPHARETTA, GA 30202<br>USA |
| ROYAL CHEMICAL CORPORATION<br>8679 FREEWAY DRIVE<br>MACEDONIA, OH 44056<br>USA | ROYAL CHINA #9305<br>5403 WESLEY STREET<br>GREENVILLE, TX 75401<br>USA | ROYAL CHINA RESTAURANT<br>1050 GILMER STREET<br>SULPHUR SPRINGS, TX 75482<br>USA |
| ROYAL CROWN R/M<br>TRIMBLE, MO 64492<br>USA | ROYAL CROWN READY MIX<br>15520 S 169 HWY<br>OLATHE, KS 66062<br>USA | ROYAL CROWN READY MIX<br>169 HWY<br>TRIMBLE, MO 64492<br>USA |
| ROYAL CROWN READY MIX<br>169 HWY.<br>TRIMBLE, MO 64492<br>USA | ROYAL ELECTRIC CO<br>MAIN STREET<br>NORTH DANVILLE, VT 05819<br>USA | ROYAL ELECTRIC SUPPLY CO<br>3300 WEST CLEARFIELD STREET<br>PHILADELPHIA, PA 19132<br>USA |
| ROYAL ELECTRIC SUPPLY CO<br>PO BOX 12618<br>PHILADELPHIA, PA 19129<br>USA | ROYAL ELECTRIC SUPPLY CO.<br>P.O. BOX 12618<br>PHILADELPHIA, PA 19129<br>USA | ROYAL ELECTRIC<br>3300 WEST CLEARFIELD STREET<br>PHILADELPHIA, PA 19132<br>USA |
| ROYAL EMBASSY OF SAUDI ARABIA<br>601 N.H.AVE.<br>WASHINGTON, DC 20037<br>USA | ROYAL ENGINEERING INC<br>PO BOX 17828<br>GREENVILLE, SC 29606<br>USA | ROYAL EVENTS & ENTERTAINMENT<br>P.O. BOX 324<br>PEABODY, MA 01960-6824<br>USA |
| ROYAL FAMILY KID'S CAMP<br>940 S. OCOEE ST.<br>CLEVELAND, TN 37311<br>USA | ROYAL INSURANCE<br>9300 ARROWPOINT BOULEVARD<br>CHARLOTTE, NC 28270<br>USA | ROYAL LABEL CO INC<br>50 PARK STREET<br>BOSTON, MA 02122-2696<br>USA |

Page 4554 of 6012
WR Grace

# Exhibit 6
## Bar Date Notice & Non-Asbestos POC

WILSON CONCRETE
MO-SAI DIVISION
BELLEVUE, NE 68005
USA

WILSON CONCRETE
NEW BATCH PLANT
802 ALLIED ROAD
LA PLATTE, NE 68123
USA

WILSON CONCRETE
P O BOX 108
WASHINGTON, IA 52353
USA

WILSON CONCRETE
P O BOX 125
SOUTH SIOUX CITY, NE 68776
USA

WILSON CONCRETE
PIPE PLANT
BELLEVUE, NE 68005
USA

WILSON CONCRETE
PO BOX 108
WASHINGTON, IA 52353
USA

WILSON CONCRETE
PO BOX 125
SOUTH SIOUX CITY, NE 68776
USA

WILSON CONSTRUCTION SYSTEMS
CAMBRIDGE, MA 99999
USA

WILSON CONSTRUCTION SYSTEMS
P.O. BOX 820
HEWITT, TX 76643
USA

WILSON CONSTRUCTION SYSTEMS
WAREHOUSE
HEWITT, TX 76643
USA

WILSON CONTRACTOR INC
7498 HIGHWAY 184 EAST
DONALDS, SC 29638
USA

WILSON COUNTY CONCRETE-USE #246263
FOR DELETION** S.CLARK
PO BOX 275
MOUNT JULIET, TN 37122
USA

WILSON COUNTY
2 LIBRARY LANE
FLORESVILLE, TX 78114-2239

WILSON COUNTY
2 LIBRARY LANE
FLORESVILLE, TX 78114-2239
USA

WILSON ELSER MOSKOWITZ EDELMAN
& DICKER
500 RENAISSANCE TOWER
1201 ELM STREET
DALLAS, TX 75270
USA

WILSON ELSER MOSKOWITZ
EDELMAN & DICKER
105 EAST 42ND STREET
NEW YORK, NY 10017
USA

WILSON ENGINEERING SERVICES
P.O. BOX 1321
SEVERNA PARK, MD 21146
US

WILSON ENTERPRISES INC
29 WEST 471 NORTH AURORA RD
NAPERVILLE, IL 60563
USA

WILSON ENTERPRISES
16460 W. HIGHWAY 22
PRAIRIE VIEW, IL 60069
USA

WILSON ENTERPRISES
29 W 471 NORTH AURORA ROAD
NAPERVILLE, IL 60563
USA

WILSON ENTERPRISES
P.O. BOX 117
LINCOLNSHIRE, IL 60069
USA

WILSON ENTERPRISES
PO BOX 117
LINCOLNSHIRE, IL 60069
USA

WILSON ENV
507 MARY CHARLOTTE DR
CHARLOTTE, NC 28262
USA

WILSON ENVIRONMENTAL MGNT INC.
P O BOX 841081
HOUSTON, TX 77284-1081
USA

WILSON HOSPITAL
C/O RENTENBACH CONTRACTORS
WILSON, NC 27893
USA

WILSON HULL & NEAL
1600 NORTHSIDE DRIVE N W
ATLANTA, GA 30318
USA

WILSON INDUSTRIAL SALES CO., INC.
BROOK, IN 47922
USA

WILSON INDUSTRIAL SALES CO., INC.
P.O. BOX 425
BROOK, IN 47922
USA

WILSON INDUSTRIAL SALES CO., INC.
P.O. BOX 66968
INDIANAPOLIS, IN 46266-6968
US

WILSON INSULATION CO.
C/O COFFEE COUNTY HIGH SCHOOL
DOUGLAS, GA 31533
USA