# EXHIBIT A

```
W.R. GRACE & COMPANY                    November 13, 2003
5400 BROKEN SOUND BLVD., N.W.           Invoice No. 21647
BOCA RATON, FL  33487                   Client No.  734680
ATTN: RICHARD A. SENFTLEBEN, ESQ.
```

For Professional Services Rendered through    10/31/03

Matter #           734680.1        VS. HONEYWELL INTERNATIONAL

**Litigation and Litigation Consulting**

| | | |
|---|---:|---:|
| 10/01/03 JMA Receipt and review letter from M. Daneker re: Protective Order | .30 | 102.00 |
| 10/01/03 JMA Receipt and review proposed Protective Order | .50 | 170.00 |
| 10/01/03 JMA Phone - C. Marraro re: proposed Protective Order | .30 | 102.00 |
| 10/01/03 JMA Revise letter to counsel for special Master re: Protective Order | .40 | 136.00 |
| 10/01/03 JMA Letter to counsel for Special Master | .40 | 136.00 |
| 10/01/03 JMA Phone - counsel for Special Master | .20 | 68.00 |
| 10/01/03 JMA Receipt and review email from T. Pasuit re: 10/3/03 meeting with Special Master | .10 | 34.00 |
| 10/01/03 JMA Receipt and review email from C. Marraro to T. Pasuit re: 10/3/03 meeting | .10 | 34.00 |
| 10/01/03 JMA Receipt and review email from M. Williams with outline for oral argument on Motion to Stay | 1.10 | 374.00 |
| 10/01/03 JMA Review of and comments to L. Berger Group letter to Parsons re: Special Master proposed COPR removal plan and schedule | 2.20 | 748.00 |
| 10/01/03 JMA Receipt and review email from T. Pasuit re: attendees and agenda for 10/3 meeting with Special Master | .20 | 68.00 |
| 10/01/03 JMA Receipt and review email from L. Smith re: address change | .10 | 34.00 |
| 10/01/03 JMA Receipt and review letter from S. German to Judge Cavanaugh re: Special Master 4th Fee Application | .10 | 34.00 |

```
W.R. GRACE & COMPANY                                    November 13, 2003
Client No.                  734680              Page       2
INVOICE NO.                 21647
```

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 10/01/03 | MEF | T/c with JMA re: motion to stay | .20 | 45.00 |
| 10/01/03 | MEF | T/c with CHM re: motion to stay | .20 | 45.00 |
| 10/02/03 | JMA | Receipt and review memo from B. Hughes re: outline of State and Federal permit requirements | .50 | 170.00 |
| 10/02/03 | JMA | Conference with C. Marraro and MEF re: preparation for oral argument on motion to stay | 1.30 | 442.00 |
| 10/02/03 | JMA | Attend oral argument before Judge Cavanaugh on Honeywell motion to stay injunction | 3.50 | 1190.00 |
| 10/02/03 | JMA | Preparation of Grace Defendants' Confidential Mediation Position Paper | 1.60 | 544.00 |
| 10/02/03 | JMA | Phone - counsel for Special Master re: results of stay motion | .30 | 102.00 |
| 10/02/03 | JMA | Phone - C. Marraro re: meeting with Special Master, DEP and ACOE | .40 | 136.00 |
| 10/02/03 | JMA | Phone - C. Marraro re: Grace Defendants' Confidential Mediation Position Paper | .50 | 170.00 |
| 10/02/03 | MEF | Conference with JMA and CHM re: preparation for oral argument on Honeywell's motion to stay | 1.20 | 270.00 |
| 10/02/03 | MEF | Appeal - T/c with JMA re: Mediation Statement contents | .20 | 45.00 |
| 10/02/03 | MEF | Voice mail - C. McGuire re: transcript of 10/2 hearing | .20 | 45.00 |
| 10/02/03 | MEF | Tour of DPW, MUA, Incinerator Property at Jersey City with Honeywell, Honeywell's consultants, Special Master representative | 3.80 | 855.00 |
| 10/03/03 | JMA | Conference with C. Marraro and K. Brown re: meeting with Special Master and federal agencies | 1.30 | 442.00 |
| 10/03/03 | JMA | Attend meeting with Special Master and federal agencies | 2.50 | 850.00 |
| 10/03/03 | JMA | Receipt and review revisions to sight draft and letter of credit | .50 | 170.00 |

```
W.R. GRACE & COMPANY                                    November 13, 2003
Client No.              734680              Page       3
INVOICE NO.             21647
```

| | | | |
|---|---|---|---|
| 10/03/03 JMA | Phone - counsel for Special Master re: sight draft and letter of credit | .30 | 102.00 |
| 10/03/03 JMA | Appeal - revisions to Grace Defendants' Confidential Mediation Position Paper | 1.20 | 408.00 |
| 10/03/03 JMA | Appeal - letter to Judge Ackerman | .20 | 68.00 |
| 10/03/03 JMA | Appeal - conference with C. Marraro re: Grace Defendants' Confidential Mediation Position Paper | .60 | 204.00 |
| 10/03/03 MEF | Conference with CHM re: DPW, MUA site visit | .40 | 90.00 |
| 10/04/03 JMA | Receipt and review letter from M. Daneker to K. Coakley re: groundwater in test pits | .30 | 102.00 |
| 10/04/03 JMA | Receipt and review letter from D. Field to Judge Cavanaugh re: Amended Scheduling Order | .10 | 34.00 |
| 10/04/03 JMA | Receipt and review email from K. Millian to L. Berger Group re: meeting agenda | .10 | 34.00 |
| 10/04/03 JMA | Receipt and review letter from K. Coakley to district Court Clerk | .10 | 34.00 |
| 10/04/03 JMA | Receipt and review Second Report of Special Master to Judge Cavanaugh | .40 | 136.00 |
| 10/06/03 JMA | Review of and comments to L. Berger Group response/comments to Honeywell sediment, etc., sampling plan | .70 | 238.00 |
| 10/06/03 JMA | Review all parties' work plan submissions for meeting with Special Master | 2.20 | 748.00 |
| 10/06/03 JMA | Conference with C. Marraro re: 10/7 meeting with Special Master | .50 | 170.00 |
| 10/06/03 JMA | Review of and comments to L. Berger Croup response and comments to Honeywell deep groundwater investigation plan | .50 | 170.00 |
| 10/06/03 JMA | Review of and comments to L. Berger Group response/comments to Honeywell on-site geotech and waste sampling plan | .60 | 204.00 |
| 10/06/03 JMA | Receipt and review email from counsel for Special Master with 10/7/03 meeting agenda | .30 | 102.00 |

W.R. GRACE & COMPANY                                          November 13, 2003
Client No.                    734680              Page      4
INVOICE NO.                   21647

10/06/03 JMA Receipt and review email from S. Falanga to T.      .20     68.00
             Milch with revised sight draft

10/06/03 JMA Phone - M. Golladay of K. Brown's office re:        .30    102.00
             meeting with Special Master

10/06/03 JMA Phone - counsel for Special Master re: 10/7/03      .20     68.00
             agenda

10/06/03 JMA Phone - C. Marraro re: mediation strategy           .30    102.00

10/06/03 JMA Letter to Judge Cavanaugh re: Special Master        .30    102.00
             4th Fee Application

10/06/03 JMA Receipt and review ICO's comments to Honeywell     1.20    408.00
             deep groundwater and sediment plans

10/06/03 JMA Receipt and review letter from C. Marraro to S.     .20     68.00
             Falanga re: Honeywell guarantee

10/06/03 JMA RCRA Fee Petition - receipt and review letter      .30    102.00
             from D. Field to Judge Cavanaugh with Amended
             Scheduling Order

10/06/03 JMA Meeting with C. Marraro, K. Brown and M.          1.50    510.00
             Obradovic re: Grace position on agenda items
             for 10/7 meeting with Special Master

10/07/03 JMA Review COPR removal, sediment and groundwater     1.80    612.00
             plans and reports for meeting with Special
             Master

10/07/03 JMA Conference with C. Marraro and client              .50    170.00
             representatives

10/07/03 JMA Attend meeting with Special Master               5.50   1870.00

10/07/03 JMA Conference with client representatives and C.      .70    238.00
             Marraro

10/07/03 JMA Conference with C. Marraro re: mediation          .80    272.00
             strategy

10/07/03 JMA Appeal - conference with C. Marraro re: effect     .70    238.00
             of appeal on Orders issued pursuant to Final
             Judgment

10/07/03 MEF Conference with JMA re: 10/2/03 site visit        .60    135.00

```
W.R. GRACE & COMPANY                                    November 13, 2003
Client No.                  734680              Page        5
INVOICE NO.                 21647
```

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 10/07/03 | RCS | Four telephone calls with Judge Ackerman's law clerks regarding mediation submissions | .40 | 84.00 |
| 10/07/03 | RCS | Meeting with JMA regarding Aerial Photographs admitted in evidence | .20 | 42.00 |
| 10/07/03 | RCS | Review aerial photographs admitted into evidence | .20 | 42.00 |
| 10/08/03 | JMA | Receipt and review email from S. Falanga to T. Milch re: letter of credit | .20 | 68.00 |
| 10/08/03 | JMA | Receipt and review letter from Parsons to Special Master | .10 | 34.00 |
| 10/08/03 | JMA | Receipt and review Honeywell discharge sampling data and summaries | .50 | 170.00 |
| 10/08/03 | JMA | Phone - C. Marraro re: Jersey City issues | .30 | 102.00 |
| 10/08/03 | JMA | Receipt and review letter from K. Coakley to Special Master | .10 | 34.00 |
| 10/08/03 | JMA | Receipt and review Honeywell guarantee and Honeywell self guarantee written statement | .50 | 170.00 |
| 10/09/03 | JMA | Phone - C. Marraro re: mediation strategy | .20 | 68.00 |
| 10/09/03 | JMA | RCRA Fee Petition - phone - C. Marraro re: ECARG response to Honeywell opposition to RCRA Fee Petition | .30 | 102.00 |
| 10/09/03 | JMA | RCRA Fee Petition - phone - C. Marraro re: reply to Honeywell opposition to RCRA Fee Petition | .40 | 136.00 |
| 10/09/03 | JMA | RCRA Fee Petition - conference with MEF re: reply to Honeywell opposition | .30 | 102.00 |
| 10/09/03 | JMA | Appeal - receipt and review letter from D. Field to Judge Ackerman | .10 | 34.00 |
| 10/09/03 | JMA | Receipt and review email from C. Marraro re: immediate action items | .20 | 68.00 |
| 10/09/03 | JMA | Letter to C. McGuire re: 10/2/03 transcript | .20 | 68.00 |
| 10/09/03 | JMA | Letter to C. Marraro enclosing transcript | .20 | 68.00 |

```
W.R. GRACE & COMPANY                                    November 13, 2003
Client No.                    734680            Page      6
INVOICE NO.                   21647
```

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 10/10/03 | JMA | Phone - C. Marraro re: mediation strategy | .40 | 136.00 |
| 10/10/03 | JMA | Phone - T. Milch and C. Marraro re: mediation issues | .50 | 170.00 |
| 10/10/03 | JMA | Phone - C. Marraro re: mediation strategy | 1.00 | 340.00 |
| 10/10/03 | JMA | Phone - counsel for Special Master re: protective order | .40 | 136.00 |
| 10/10/03 | JMA | Appeal - receipt and review letter from M. Schiappa to Judge Ackerman | .10 | 34.00 |
| 10/10/03 | JMA | Review transcript of 10/2/03 hearing | .40 | 136.00 |
| 10/10/03 | JMA | Receipt and review letter from L. Cartright-Smith to T. Milch enclosing Riverkeeper's opposition to Honeywell standing motion | .20 | 68.00 |
| 10/10/03 | JMA | Receipt and review ICO notice of cross motion and proposed Order on standing | .20 | 68.00 |
| 10/10/03 | JMA | Review Riverkeeper's memorandum in opposition to Honeywell standing motion and in support of Riverkeeper's cross motion and cases cited therein | 2.40 | 816.00 |
| 10/12/03 | MEF | RCRA Fee Petition - review Caffrey Declaration and brief in opposition to ECARG RCRA Fee Application | 1.50 | 337.50 |
| 10/12/03 | MEF | Begin review of case law cited by Honeywell in opposition to ECARG RCRA Fee Petition | .50 | 112.50 |
| 10/13/03 | JMA | RCRA Fee Petition - review of and comments to Honeywell's brief in opposition to ECARG RCRA Fee Petition | 2.60 | 884.00 |
| 10/13/03 | JMA | RCRA Fee Petition - conference call with C. Marraro, B. Hughes and MEF re: ECARG reply re: RCRA Fee Petition | 2.80 | 952.00 |
| 10/13/03 | JMA | Phone - C. Marraro re: mediation strategy | .30 | 102.00 |
| 10/13/03 | JMA | Conference call with C. Marraro, R. Senftleben re: mediation strategy | .40 | 136.00 |

```
W.R. GRACE & COMPANY                                    November 13, 2003
Client No.              734680               Page      7
INVOICE NO.             21647
```

| | | | |
|---|---|---|---|
| 10/13/03 JMA | Receipt and review letter from C. Anderson to L. Cartright-Smith re: brief schedule - Riverkeeper standing motion | .20 | 68.00 |
| 10/13/03 JMA | Receipt and review email from Louis Berger Group with T. Lewis letter re: field activities | .30 | 102.00 |
| 10/13/03 JMA | Receipt and review letter from K. Coakley to T. Milch | .20 | 68.00 |
| 10/13/03 JMA | Receipt and review letter from S. Falanga to Special Master enclosing Letter of Credit | .20 | 68.00 |
| 10/13/03 JMA | Receipt and review executed Letter of Credit | .30 | 102.00 |
| 10/13/03 MEF | Continue reviewing caselaw cited by Honeywell in opposition to ECARG RCRA Fee Petition | .80 | 180.00 |
| 10/13/03 MEF | Conference call with JMA, CHM, WFH re: Honeywell's opposition to ECARG RCRA fee petition and designation of assignments | 2.80 | 630.00 |
| 10/13/03 MEF | Conference with RCS re: assignment re: Honeywell opposition to ECARG RCRA Fee Petition | .30 | 67.50 |
| 10/13/03 MEF | T/c with WFH re: delegation of assignments to respond to Honeywell opposition to ECRA Fee Petition | .50 | 112.50 |
| 10/13/03 MEF | RCRA Fee Petition - review and analyze portions of Honeywell's opposition | 3.20 | 720.00 |
| 10/13/03 RCS | RCRA Fee Petition- Meeting with Melissa Flax, Esq. regarding Honeywell's challenge to Geomega's Fees and Expenses. | .30 | 63.00 |
| 10/14/03 JMA | Phone - C. Marraro re: mediation strategy | .30 | 102.00 |
| 10/14/03 MEF | RCRA Fee Petition - continue review and analysis of portions of Honeywell's opposition to Fee petition | 1.00 | 225.00 |
| 10/14/03 MEF | RCRA Fee Petition - continue review of case law cited by Honeywell in opposition to RCRA Fee Petition | 2.90 | 652.50 |
| 10/14/03 MEF | RCRA Fee Petition - review email from WFH re: response to Honeywell argument on reasonableness | .20 | 45.00 |

```
W.R. GRACE & COMPANY                                  November 13, 2003
Client No.            734680              Page      8
INVOICE NO.           21647
```

10/14/03 MEF RCRA Fee Petition - T/c with WFH re: response     .30    67.50
             to Honeywell argument on reasonableness

10/14/03 RCS RCRA Fee Petition-  Review and analyze          8.50  1785.00
             Honeywell's response to ECARG expert, Geomega's
             professional fees and expenses; calculate time
             entries based upon categories Honeywell
             assigned to tasks.

10/15/03 JMA RCRA Fee Petition - conference with MEF re:       .50   170.00
             Grace reply re: RCRA Fee Petition

10/15/03 MEF RCRA Fee Petition - continue review of caselaw   2.80   630.00
             cited by Honeywell in opposition to Fee
             Petition and review additional case law re:
             expenses

10/15/03 MEF RCRA Fee Petition - Conference with RCS re:       .50   112.50
             review of Honeywell position with respect to
             Dr. Davis expenses

10/15/03 MEF RCRA Fee Petition - phone with WFH re: review     .90   202.50
             of caselaw re: reasonableness, delegation of
             responding to fees vs. expenses

10/15/03 RCS RCRA fee petition- meeting with Melissa Flax,     .20    42.00
             Esq. regarding analysis and calculations
             performed to Honeywell's objections to
             Geomega's expert fees.

10/16/03 JMA Phone - C. Marraro re: mediation strategy         .30   102.00

10/16/03 JMA Receipt and review Honeywell's Fifth Progress     .40   136.00
             Report

10/16/03 JMA Receipt and review Jersey City Journal article    .20    68.00
             re: Roosevelt Drive-In Site

10/16/03 JMA Receipt and review letter from K. Coakley to M.   .20    68.00
             Daneker re: vendor contracts

10/16/03 JMA Receipt and review letter from K. Coakley re:     .20    68.00
             Protective Order

10/16/03 MEF RCRA Fee Petition - continue drafting response   2.50   562.50
             to expense objections

W.R. GRACE & COMPANY                                    November 13, 2003
Client No.              734680                    Page       9
INVOICE NO.             21647

| | | | |
|---|---|---|---|
| 10/16/03 MEF | RCRA Fee Application - research specificity with objections and review of additional case law cited by Honeywell | 3.00 | 675.00 |
| 10/16/03 MEF | RCRA Fee Petition - t/c with CHM re: travel expenses | .20 | 45.00 |
| 10/16/03 LF | RCRA fee petition - review CBBG expenses. | 1.40 | 105.00 |
| 10/17/03 MEF | RCRA Fee Petition - review email from WPH re: caselaw and expense/document chart | .20 | 45.00 |
| 10/17/03 LF | RCRA fee petition - continue review of CBBG expenses. | .70 | 52.50 |
| 10/18/03 JMA | Receipt and review letter from Parsons to Special Master | .10 | 34.00 |
| 10/18/03 JMA | Receipt and review Honeywell river discharge plan | 1.20 | 408.00 |
| 10/18/03 JMA | Receipt and review letter from L. Walsh with Order granting Special Master's Fourth Fee Application | .30 | 102.00 |
| 10/18/03 JMA | Receipt and review letter from T. Pasuit re: meeting with NJDEP | .10 | 34.00 |
| 10/18/03 JMA | Receipt and review letter from Parsons to Louis Berger Group re: waste sampling plan | .40 | 136.00 |
| 10/19/03 MEF | RCRA Fee Petition - Continue drafting response to Honeywell's objections to ECARG costs | 2.80 | 630.00 |
| 10/20/03 JMA | Receipt and review email from C. Marraro re: Protective Order | .20 | 68.00 |
| 10/20/03 MEF | RCRA Fee Petition - revise reply portion of brief re: costs | 1.70 | 382.50 |
| 10/20/03 MEF | RCRA Fee Petition - review email and memo from B. Banks re: documents | .30 | 67.50 |
| 10/20/03 MEF | RCRA Fee Petition - review additional case law re: specificity of objections | 1.50 | 337.50 |
| 10/20/03 MEF | RCRA Fee Petition - emails to/from B. Hughes re: documents | .40 | 90.00 |

```
W.R. GRACE & COMPANY                                     November 13, 2003
Client No.                  734680                    Page       10
INVOICE NO.                 21647
```

| | | | |
|---|---|---|---|
| 10/20/03 MEF | RCRA Fee Petition - t/c with M. Caffrey re: Honeywell spreadsheet | .20 | 45.00 |
| 10/20/03 LF | RCRA fee petition - continue review and prepare chart of CBBG expenses. | 4.00 | 300.00 |
| 10/22/03 JMA | Phone - Parsons re: additional paving | .20 | 68.00 |
| 10/22/03 JMA | Receipt and review letter from Parsons to Louis Berger Group re: utility remediation plan | .20 | 68.00 |
| 10/22/03 JMA | Receipt and review letter from Parsons to Louis Berger Group re: deep groundwater investigation plan | .50 | 170.00 |
| 10/22/03 JMA | RCRA Fee Petition - conference with MEF re: ECARG reply brief re: RCRA Fee Petition | .50 | 170.00 |
| 10/22/03 JMA | Phone - C. Marraro re: Special Master meeting with DEP | .30 | 102.00 |
| 10/22/03 JMA | RCRA Fee petition - phone - C. Marraro, B. Hughes, MEF re: ECARG reply brief RCRA Fee Petition | .60 | 204.00 |
| 10/22/03 JMA | Receipt and review email from P. McKay re: Special Master meeting with DEP | .10 | 34.00 |
| 10/22/03 JMA | Receipt and review letter from L. Walsh | .10 | 34.00 |
| 10/22/03 JMA | Receipt and review Order approving Special Master 4th Fee Application | .20 | 68.00 |
| 10/22/03 JMA | Phone - Counsel for Special Master re: Order approving Special Master's 4th Fee Application | .10 | 34.00 |
| 10/22/03 MEF | RCRA Fee Petition - Email from B. Hughes re: status of extension of file reply | .20 | 45.00 |
| 10/22/03 MEF | RCRA Fee Petition - prepare letter to Judge Cavanaugh re: overlength reply brief | .30 | 67.50 |
| 10/22/03 MEF | RCRA Fee Petition - prepare order granting overlength reply brief | .20 | 45.00 |
| 10/22/03 MEF | RCRA Fee Petition - Conference with JMA re: ECARG reply brief | .50 | 112.50 |

```
W.R. GRACE & COMPANY                                      November 13, 2003
Client No.                734680            Page      11
INVOICE NO.               21647
```

| | | | | |
|---|---|---|---|---|
| 10/22/03 | MEF | RCRA Fee Petition - phone conference with JMA, CHM, WFH re: reply brief | .60 | 135.00 |
| 10/23/03 | JMA | Review and revise letter to Judge Cavanaugh and Order re: overlength reply brief | .60 | 204.00 |
| 10/23/03 | JMA | Phone - C. Marraro re: paving issues | .30 | 102.00 |
| 10/23/03 | MEF | RCRA Fee Petition - t/c with K. Millian re: overlength reply brief | .20 | 45.00 |
| 10/23/03 | MEF | RCRA Fee Petition - t/c with  M. Caffrey re: overlength reply | .20 | 45.00 |
| 10/24/03 | JMA | Phone - C. Marraro re: meeting with Special Master and DEP | .30 | 102.00 |
| 10/24/03 | JMA | Phone - counsel for Special Master re: PVSC meeting | .30 | 102.00 |
| 10/24/03 | JMA | Phone - counsel for Special Master re: PVSC meeting | .20 | 68.00 |
| 10/24/03 | JMA | Phone - C. Marraro re: meeting with PVSC | .30 | 102.00 |
| 10/24/03 | JMA | E-mail to K. Brown and C. Marraro re: PVSC meeting | .20 | 68.00 |
| 10/24/03 | JMA | Receipt and review emails re: PVSC meeting | .20 | 68.00 |
| 10/24/03 | JMA | Receipt and review email re: DEP meeting | .10 | 34.00 |
| 10/24/03 | MEF | RCRA Fee Application - t/cs with M. Caffrey re: consent to overlength reply brief | .20 | 45.00 |
| 10/24/03 | MEF | RCRA Fee Application - letter to Judge Cavanaugh re: Honeywell consent to overlength brief | .20 | 45.00 |
| 10/24/03 | MEF | Appeal - receipt and review letter from Judge Ackerman re: Mediation Conference and LAR 33-0 | .30 | 67.50 |
| 10/27/03 | MEF | RCRA Fee Petition - t/c with J. Kelley re: expense charts | .20 | 45.00 |
| 10/27/03 | MEF | RCRA Fee Petition - t/c with CHM re: extension to file reply brief | .20 | 45.00 |

W.R. GRACE & COMPANY                                          November 13, 2003
Client No.              734680                      Page      12
INVOICE NO.             21647

10/27/03 MEF RCRA Fee Petition - review email re: Wallace       .50    112.50
             King categorical breakdown of expense

10/28/03 MEF RCRA Fee Application - review email from M.        .20     45.00
             Caffrey re: Honeywell spreadsheets

10/28/03 MEF RCRA Fee Application - review Honeywell           3.00    675.00
             spreadsheets re: fees and expenses

10/28/03 MEF RCRA Fee Application - t/c with J. Kelley re:      .20     45.00
             WKMB chart of expenses

10/28/03 MEF RCRA Fee Petition - email from J. Kelley re:       .30     67.50
             revised expense spreadsheet for WKMB

10/28/03 MEF RCRA Fee Petition - revise reply papers re:       3.60    810.00
             expenses and prepare MEF declaration

10/28/03 MEF T/c with CHM re: meeting at MUA                    .20     45.00

10/28/03 MEF Review fax from Special Master re: meetings        .30     67.50

10/29/03 MEF RCRA Fee Petition - email to WFH re: Honeywell     .30     67.50
             objection re: surcharges

10/29/03 MEF RCRA Fee Petition - draft reply declaration of    1.00    225.00
             JMA

10/29/03 MEF RCRA Fee Petition - continue preparing MEF        1.50    337.50
             declaration

10/30/03 JMA Receipt and review ICO comments to Honeywell       .20     68.00
             shallow groundwater control plan

10/30/03 JMA Receipt and review letter from K. Millian to       .30    102.00
             Special Master

10/30/03 JMA Receipt and review letter from Parsons to Louis    .40    136.00
             Berger Group - notice of paving, with paving
             plan

10/30/03 JMA Receipt and review letter from Parsons to Louis    .70    238.00
             Berger Group re: sediment sampling plan

10/30/03 JMA Receipt and review letter from Louis Berger        .20     68.00
             Group to M. Daneker re: investigation derived
             waste (IDW)

W.R. GRACE & COMPANY                                    November 13, 2003
Client No.              734680                   Page      13
INVOICE NO.             21647


10/30/03 JMA Receipt and review letter from K. Millian to      .20      68.00
             Judge Cavanaugh re: ICO reply brief with
             proposed order

10/30/03 JMA Receipt and review email from K. Millian to       .10      34.00
             Special Master re: Honeywell IRM workplan

10/30/03 JMA Receipt and review ICO comments to Honeywell      .40     136.00
             River Discharge Plan

10/30/03 JMA Receipt and review email from Louis Berger        .10      34.00
             Group re: LBG responses to Honeywell
             submissions

10/30/03 JMA Receipt and review letter from Louis Berger       .30     102.00
             Group to M. Daneker re: progress reports

10/30/03 JMA Receipt and review letter from Louis Berger       .30     102.00
             Group to M. Daneker re: discharges to
             Hackensack River

10/30/03 JMA Receipt and review letter from Louis Berger       .20      68.00
             Group to M. Daneker re: waste characterization
             sampling

10/30/03 JMA Conference with MEF re: Special Master meeting    .20      68.00
             with Jersey City Municipal Utilities Authority

10/30/03 MEF RCRA Fee Petition - email from WFH re: status     .20      45.00
             of reply brief re: services

10/30/03 MEF RCRA Fee Application - Review additional          .40      90.00
             expenses backup

10/30/03 RCS Meeting with Melissa Flax, Esq. regarding         .20      42.00
             aerial photographs to be supplied to Special
             Master.

10/30/03 RCS Prepare certain negatives of aerial photographs   .20      42.00
             for development.

10/31/03 JMA Phone - C. Marraro re: remediation issues         .40     136.00

10/31/03 JMA Receipt and review email from L.                  .10      34.00
             Cartright-Smith re: extension for brief

10/31/03 JMA Receipt and review letter from D. Field to        .20      68.00
             Clerk

W.R. GRACE & COMPANY                          November 13, 2003
Client No.            734680            Page     14
INVOICE NO.           21647

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 10/31/03 | JMA | Receipt and review Honeywell summary judgment reply brief | 1.20 | 408.00 |
| 10/31/03 | JMA | Receipt and review Honeywell declaration of R. Wenning | .80 | 272.00 |
| 10/31/03 | JMA | Receipt and review Honeywell declaration of D. Field | .60 | 204.00 |
| 10/31/03 | JMA | Receipt and review Honeywell proposed form of order | .10 | 34.00 |
| 10/31/03 | JMA | Receipt and review email re: meeting with Special Master and all parties | .10 | 34.00 |
| 10/31/03 | JMA | Receipt and review letter from C. Marraro to M. Daneker | .20 | 68.00 |
| 10/31/03 | JMA | Receipt and review email from Louis Berger Group to M. Daneker | .10 | 34.00 |
| 10/31/03 | JMA | Receipt and review letter from Louis Berger Group to M. Daneker re: extension of time | .10 | 34.00 |
| 10/31/03 | JMA | Receipt and review letter from Louis Berger Group to M. Daneker re: paving plan | .10 | 34.00 |
| 10/31/03 | JMA | Receipt and review email from T. Pasuit re: submission schedule | .10 | 34.00 |
| 10/31/03 | JMA | Receipt and review memo from Special Master re: work plan | .40 | 136.00 |
| 10/31/03 | JMA | Receipt and review letter from Parsons to Special Master re: fencing | .10 | 34.00 |
| 10/31/03 | JMA | RCRA Fee Petition - receipt and review letter from K. Millian to Judge Cavanaugh with proposed order re: extension of time for reply briefs | .30 | 102.00 |
| 10/31/03 | JMA | Receipt and review letter from counsel for Special Master to T. Milch re: Connell Foley representing plaintiff against Honeywell | .20 | 68.00 |
| 10/31/03 | JMA | Receipt and review letter from Parsons to DEP | .10 | 34.00 |

W.R. GRACE & COMPANY                                November 13, 2003
Client No.              734680                      Page      15
INVOICE NO.             21647


10/31/03 JMA  Receipt and review letter from M. Daneker to      .40    136.00
              Louis Berger Group re: Honeywell progress
              report #5

10/31/03 JMA  Receipt and review letter from M. Daneker to      .40    136.00
              Louis Berger Group re: river discharge, waste
              characterization and investigation derived
              waste water

10/31/03 JMA  Receipt and review email from D. Schwartz re:     .10     34.00
              Honeywell responses

10/31/03 JMA  Receipt and review ICO comments re: Honeywell     .30    102.00
              river discharge plan

10/31/03 JMA  Receipt and review email from Louis Berger        .10     34.00
              Group re: comments to Honeywell plans

10/31/03 JMA  Receipt and review letter from Louis Berger       .40    136.00
              Group to M. Daneker re: sediment sampling

10/31/03 JMA  Receipt and review letter from Louis Berger       .30    102.00
              Group to M. Daneker re: deep groundwater plan

10/31/03 MEF  RCRA Fee Petition - Conference with Laura         .50    112.50
              Florence re: RCRA reply - expenses

10/31/03 MEF  RCRA Fee Petition - Continue revising MEF        2.80    630.00
              declaration and portion of reply brief

10/31/03 LF   RCRA fee petition - conference with MEF re:       .50     37.50
              RCRA reply - expenses.

                                                         --------------
                          Subtotal:                      150.90  41,779.50

**Fee Applications, Applicants**


10/02/03 MEF  Fee Application - Begin preparing 10th           3.10    697.50
              Quarterly Fee Application

10/03/03 MEF  Fee Application - Continue preparing 10th        1.50    337.50
              Quarterly Fee Application

10/04/03 JMA  Fee Application - receipt and review fee          .40    136.00
              auditor's final report - 9th interim period

10/07/03 MEF  Fee Application - update status of payments       .20     45.00

```
W.R. GRACE & COMPANY                              November 13, 2003
Client No.              734680            Page      16
INVOICE NO.             21647
```

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 10/07/03 | MEF | Fee Application - Pacer search re: status of CNO for August 2003 time | .30 | 67.50 |
| 10/07/03 | MEF | Fee Application - begin preparing 19th Monthly Fee Application (Sept. 2003) | 1.40 | 315.00 |
| 10/07/03 | MEF | Fee Application - review September 2003 fee detail | 1.00 | 225.00 |
| 10/07/03 | MEF | Fee Application - Continue preparing 10th Quarterly Fee Application | .60 | 135.00 |
| 10/08/03 | MEF | Fee Application - review corrected fee detail for September 2003 time | .30 | 67.50 |
| 10/09/03 | MEF | Continue preparing 18th Monthly Fee Application | .50 | 112.50 |
| 10/09/03 | MEF | Review CNO re: August 2003 fees and expenses | .20 | 45.00 |
| 10/09/03 | MEF | Pacer search - CNO for August fees and expenses | .20 | 45.00 |
| 10/10/03 | MEF | Fee Application - Finalize 19th Monthly Fee Application (Sept. 2003) | .30 | 67.50 |
| 10/10/03 | MEF | Fee Application - Letter to P. Cuniff re: 19th Monthly Fee Application | .20 | 45.00 |
| 10/10/03 | MEF | Fee Application - Continue preparing 10th Quarterly Fee Application | 1.40 | 315.00 |
| 10/17/03 | MEF | Fee Application - emails to/from P. Cuniff re: 19th Monthly Fee Application | .30 | 67.50 |
| 10/18/03 | MEF | Fee Application - revise and finalize 10th Quarterly Fee Application | 1.50 | 337.50 |
| 10/18/03 | MEF | Fee Application - letter to P. Cuniff re: 10th Quarterly Fee Application | .20 | 45.00 |
| 10/20/03 | JMA | Fee Application - review and execute 10th Quarterly Fee Application | .60 | 204.00 |
| 10/20/03 | JMA | Fee Application - conference with MEF re: 10th Quarterly Fee Application | .30 | 102.00 |
| 10/21/03 | MEF | Email to W. Smith re: fee detail for 19th Monthly Fee Application | .20 | 45.00 |

```
W.R. GRACE & COMPANY                                  November 13, 2003
Client No.               734680                       Page      17
INVOICE NO.              21647
```

10/21/03 MEF Conference with JMA re: 10th Quarterly Fee          .30      67.50
             Application

```
                                                      --------------
                         Subtotal:                     15.00   3,524.50


                                                      -------------
Total Fees:                                                    45,304.00
```

```
W.R. GRACE & COMPANY                              November 13, 2003
Client No.              734680                    Page     19
INVOICE NO.             21647
```

SUMMARY OF FEES:

```
*-------------------------TIME AND FEE SUMMARY---------------------*
*----------TIMEKEEPER---------*      RATE    HOURS            FEES
J M AGNELLO                        340.00    79.30        26962.00
M E FLAX                           225.00    69.80        15705.00
RC SCRIVO                          210.00    10.20         2142.00
LAURA FLORENCE                      75.00     6.60          495.00
                         TOTALS             165.90        45304.00
```