# EXHIBIT B

```
W.R. GRACE & COMPANY                                    November 13, 2003
Client No.              734680                          Page     18
INVOICE NO.             21647
```

              Disbursements


Travel Expense

10/17/03 Travel Expense JMA (MY LIMO) # 158657 10/6         68.10

                                      SUBTOTAL:     68.10

Meals

10/02/03 Meals MEF CLOUD 9 10/2 #468196                     17.49
         (Breakfast Meeting - JMA, MEF, CHM)

                                      SUBTOTAL:     17.49

Messenger - In House

10/21/03 Messenger - In House 10/3                          50.00
10/31/03 Messenger - In House 10/24                         50.00

                                      SUBTOTAL:    100.00

Costs Advanced

10/09/03 Costs Advanced - MCGUIRE, CHARLES P  10/09/03      23.10

                                      SUBTOTAL:     23.10

10/31/03 Photocopies                                       101.70
10/31/03 Faxes                                             142.00
10/31/03 Telephone                                         377.11
10/31/03 Computer Searches                                 126.91
10/31/03 Federal Express                                    69.64
                                                    -------------
Total Costs                                             1,026.05
                                                    -------------
Total Due this Matter                                  46,330.05
=============