# EXHIBIT A

## EXHIBIT A

## FEES FOR THE FEE PERIOD
## SEPTEMBER 1, 2003 THROUGH SEPTEMBER 30, 2003

Client: 082910 W.R. GRACE & CO.
Matter: 065656 Weja, Inc.

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 09/22/03 | Attend to case issues, including preparing a memo to A. Marchetta on status of matter. | | | |
| 4 | | W. Hatfield | 0.4 | 110.00 |
| 09/24/03 | Conference with client and follow-up with W. Hatfield regarding handling of case. | | | |
| 4 | | A. Marchetta | 0.5 | 225.00 |
| 09/25/03 | Attend to status of motion and attention to sending memos to A. Marchetta and R. Rose on same. | | | |
| 4 | | W. Hatfield | 0.2 | 55.00 |
| 09/30/03 | Call to F. Biehl on matter. | | | |
| 4 | | W. Hatfield | 0.1 | 27.50 |
| 09/30/03 | Memos with A. Marchetta on case status. | | | |
| 4 | | W. Hatfield | 0.2 | 55.00 |

<u>Attorney Summary</u>

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| W. Hatfield | 0.90 | 275.00 | 247.50 |
| A. Marchetta | 0.50 | 450.00 | 225.00 |
| TOTALS | 1.40 | | 472.50 |

## FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 4 | 0.5 | 450.00 | 225.00 |
| W. Hatfield | 4 | 0.9 | 275.00 | 247.50 |
| TOTAL | | 1.4 | | 472.50 |

Client: 082910 W.R. GRACE & CO.
Matter: 095992 Chapter 11 Administration

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 09/02/03 | Review application for fees and forward. | A. Marchetta | 0.2 | 90.00 |
| 09/02/03 | Review docket. | K. Jasket | 0.3 | 54.00 |
| 09/02/03 | Revise June 2003 fee application, including attention to forwarding same to S. McFarland for filing. | K. Jasket | 1.0 | 180.00 |
| 09/02/03 | Drafted Quarterly Fee Application for April - June 2003. | K. Jasket | 2.3 | 414.00 |
| 09/03/03 | Review of Agenda for 8/25 hearing and attention to forwarding same to S. Zuber for review. | K. Jasket | 0.2 | 36.00 |
| 09/04/03 | Review and revise PHK&S's Ninth quarterly fee application. | S. Zuber | 0.4 | 136.00 |
| 09/10/03 | Review docket. | K. Jasket | 0.3 | 54.00 |
| 09/10/03 | Revise Quarterly Fee Application for 9th Interim Period, including forwarding same to S. McFarland. | K. Jasket | 1.0 | 180.00 |
| 09/16/03 | Attention to responding to email from S. Bossay regarding quarterly fee application. | K. Jasket | 0.1 | 18.00 |
| 09/18/03 | Draft July 2003 fee application. | K. Jasket | 2.8 | 504.00 |
| 09/18/03 | Review docket. | K. Jasket | 0.2 | 36.00 |
| 09/19/03 | Review and revise July, 2003 interim fee application. | S. Zuber | 0.3 | 102.00 |
| 09/25/03 | Review docket. | K. Jasket | 0.2 | 36.00 |

| 09/25/03 | Retrieved May 2003 CNO and attention to forwarding same to R. Rosen and S. Zuber. | | |
|---|---|---|---|
| 11 | K. Jasket | 0.2 | 36.00 |

**Attorney Summary**

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| A. Marchetta | 0.20 | 450.00 | 90.00 |
| S. Zuber | 0.70 | 340.00 | 238.00 |
| K. Jasket | 8.60 | 180.00 | 1,548.00 |
| TOTALS | 9.50 | | 1,876.00 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 4 | 0.2 | 450.00 | 90.00 |
| S. Zuber | 11 | 0.7 | 340.00 | 238.00 |
| K. Jasket | 11 | 8.6 | 180.00 | 1,548.00 |
| TOTAL | | 9.5 | | 1,876.00 |

Client: 082910 W.R. GRACE & CO.
Matter: 072757 Intercat, Inc. et al.

| 09/26/03 | Telephone conversation with D. Posner regarding Warrant and Escrow Agreement. | | |
|---|---|---|---|
| 24 | S. Zuber | 0.2 | 68.00 |

| 09/26/03 | At S. Zuber's request, review files for escrow and warranty agreements. | | |
|---|---|---|---|
| 24 | D. Florence | 1.2 | 114.00 |

**Attorney Summary**

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| S. Zuber | 0.20 | 340.00 | 68.00 |
| D. Florence | 1.20 | 95.00 | 114.00 |
| TOTALS | 1.40 | | 182.00 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| S. Zuber | 24 | 0.2 | 340.00 | 68.00 |
| D. Florence | 24 | 1.2 | 95.00 | 114.00 |
| TOTAL | | 1.4 | | 182.00 |

Client: 082913 W.R. GRACE & CO.\INSURANCE CO
Matter: 000009 NY Superfund Action

| Date | Description | | Hours | Fee |
|---|---|---|---|---|
| 09/02/03 | Follow up and meeting on case issues. | | | |
| 4 | A. Marchetta | | 0.3 | 135.00 |
| 09/03/03 | Follow up and review with M. Waller regarding issues for remand and work needed on same. | | | |
| 4 | A. Marchetta | | 0.4 | 180.00 |
| 09/03/03 | Follow up meeting with A. Marchetta regarding case issues following remand, including conferring with B. Moffitt regarding same. | | | |
| 15 | M. Waller | | 0.3 | 96.00 |
| 09/03/03 | Confer with M. Waller re: preparation of memo to client re: upcoming activities. | | | |
| 3 | B. Moffitt | | 0.1 | 28.00 |
| 09/10/03 | Meeting with staff regarding issues on remand and required discovery and memo for client. | | | |
| 4 | A. Marchetta | | 0.7 | 315.00 |
| 09/10/03 | Preparing strategy outline for conference with A. Marchetta and meeting with same. | | | |
| 15 | M. Waller | | 0.9 | 288.00 |
| 09/10/03 | Met with A. Marchetta, M. Waller, and B. Moffitt to discuss issues that need to be addressed on remand. | | | |
| 15 | L. Jordan | | 0.7 | 112.00 |
| 09/10/03 | Meeting with A. Marchetta and M. Waller regarding strategy on remand. | | | |
| 15 | B. Moffitt | | 0.7 | 196.00 |

| | | | | |
|---|---|---|---|---|
| 09/17/03 | Drafting outline of issues and tasks for letter to client pursuant to conference regarding same with A. Marchetta. | | | |
| 15 | M. Waller | | 0.7 | 224.00 |
| 09/22/03 | Conference with M. Waller regarding memo for client. | | | |
| 4 | A. Marchetta | | 0.4 | 180.00 |
| 09/22/03 | Confer with A. Marchetta regarding letter to client regarding strategy. | | | |
| 15 | M. Waller | | 0.4 | 128.00 |
| 09/25/03 | Preparing letter to client regarding status and tasks. | | | |
| 15 | M. Waller | | 0.3 | 96.00 |
| 09/29/03 | Follow-up with memo to client regarding remand. | | | |
| 4 | A. Marchetta | | 0.3 | 135.00 |
| 09/30/03 | Drafting letter to client regarding status and strategy to move case forward. | | | |
| 15 | M. Waller | | 0.9 | 288.00 |

<u>Attorney Summary</u>

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| A. Marchetta | 2.10 | 450.00 | 945.00 |
| M. Waller | 3.50 | 320.00 | 1,120.00 |
| L. Jordan | 0.70 | 160.00 | 112.00 |
| B. Moffitt | 0.80 | 280.00 | 224.00 |
| TOTALS | 7.10 | | 2,401.00 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 4 | 2.1 | 450.00 | 945.00 |
| M. Waller | 15 | 3.5 | 320.00 | 1,120.00 |
| L. Jordan | 15 | 0.7 | 160.00 | 112.00 |
| B. Moffitt | 15 | 0.8 | 280.00 | 224.00 |
| TOTAL | | 7.1 | | 2,401.00 |

Client: 082910 W.R. GRACE & CO.
Matter: 102292 Tahari, Ltd.

| | | | |
|---|---|---|---|
| 09/09/03 | Telephone call with C. Boulbol regarding Order to Show Cause concerning RGT, LLC. | | |
| 4 | A. Marchetta | 0.4 | 180.00 |
| 09/09/03 | Follow up with client and J. Scordo regarding reply to Order to Show Cause. | | |
| 4 | A. Marchetta | 0.4 | 180.00 |
| 09/09/03 | Telephone call with A. Nagy and V. Finkelstein. | | |
| 15 | J. Scordo | 0.3 | 96.00 |
| 09/09/03 | Work with A. Marchetta on recently filed order to show cause. | | |
| 15 | J. Scordo | 0.3 | 96.00 |
| 09/09/03 | Prepare affidavit regarding Order to Show Cause. | | |
| 15 | J. Scordo | 0.3 | 96.00 |
| 09/09/03 | Review order to show cause and prior pleadings to draft affidavit of A. Nagy. | | |
| 15 | J. Scordo | 0.7 | 224.00 |
| 09/10/03 | Telephone calls and follow up regarding responding affidavit on Order to Show Cause regarding RGT, LLC. | | |
| 4 | A. Marchetta | 0.5 | 225.00 |
| 09/10/03 | Draft and revise Nagy affidavit regarding Order to Show Cause. | | |
| 15 | J. Scordo | 0.7 | 224.00 |
| 09/10/03 | Review and analyze motion papers regarding Order to Show Cause. | | |
| 15 | J. Scordo | 0.4 | 128.00 |
| 09/10/03 | Telephone call with C. Boubol regarding Order to Show Cause. | | |
| 15 | J. Scordo | 0.2 | 64.00 |
| 09/10/03 | Telephone call with B. Benjamin regarding Order to Show Cause. | | |
| 15 | J. Scordo | 0.1 | 32.00 |
| 09/10/03 | E-mails on logistics regarding responding to Order to Show Cause. | | |
| 15 | J. Scordo | 0.3 | 96.00 |
| 09/10/03 | Telephone call with C. Boubol regarding Order to Show Cause. | | |
| 15 | J. Scordo | 0.1 | 32.00 |
| 09/10/03 | Work with A. Marchetta on motions. | | |

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| | | | | |
| 15 | | J. Scordo | 0.2 | 64.00 |
| 09/10/03 15 | E-mails to B. Benjamin regarding motions. | J. Scordo | 0.1 | 32.00 |
| 09/10/03 15 | Review RGT Intervention Motion Papers regarding attempting to remove Tahari from premises and Nagy Affidavit in Opposition to RGT Motion to intervene. | B. Benjamin | 0.4 | 128.00 |
| 09/10/03 4 | Worked with J. Scordo regarding case status and filing issues. | S. Parker | 0.5 | 52.50 |
| 09/11/03 4 | Work with B. Benjamin regarding court hearing. | A. Marchetta | 0.3 | 135.00 |
| 09/11/03 15 | Review/analysis of motion papers and preparation for Oral Argument on Motions. | B. Benjamin | 0.7 | 224.00 |
| 09/11/03 15 | Organize and update case file, including creation of a pleading board for pleadings from the underlying action. | D. Florence | 1.2 | 114.00 |
| 09/12/03 4 | Telephone calls regarding court hearing, including following up with client regarding same and consideration of appeal and ejectment issues. | A. Marchetta | 0.8 | 360.00 |
| 09/12/03 15 | Review e-mails regarding court appearance. | J. Scordo | 0.2 | 64.00 |
| 09/12/03 15 | Appearance at Court on Motion to Eject Defendant Tahari and seeking other related relief. | B. Benjamin | 2.4 | 768.00 |
| 09/12/03 15 | Draft Memorandum to clients A. Nagy and V. Finklestein regarding results of Court Appearance. | B. Benjamin | 0.4 | 128.00 |
| 09/17/03 15 | E-mails with B. Benjamin regarding time frame of motions. | J. Scordo | 0.2 | 64.00 |
| 09/17/03 15 | Draft correspondence to A. Nagy and V. Finklestein regarding possible timeframes and outcomes of motion to evict Tahari. | B. Benjamin | 0.6 | 192.00 |
| 09/23/03 4 | Follow-up with J. Scordo and B. Benjamin regarding motions. | A. Marchetta | 0.6 | 270.00 |

| 09/23/03 | E-mails to B. Benjamin regarding motions. | | |
|---|---|---|---|
| 15 | J. Scordo | 0.1 | 32.00 |

| 09/23/03 | E-mail to A. Nagy and V. Finkelstein regarding motions. | | |
|---|---|---|---|
| 15 | J. Scordo | 0.1 | 32.00 |

| 09/23/03 | Review/analysis Decision and Order of Justice Tolub regarding motion for summary judgment and motion for payment of use and occupancy rent. | | |
|---|---|---|---|
| 15 | B. Benjamin | 0.1 | 32.00 |

| 09/23/03 | Draft Memorandum to V. Finklestein, A. Marchetta and J. Scordo regarding analysis of Decision of Justice Tolub, timing of expected appeal by Defendant Tahari, and appearance at Preliminary Conference. | | |
|---|---|---|---|
| 15 | B. Benjamin | 0.3 | 96.00 |

| 09/24/03 | Conference with client and follow-up regarding court order. | | |
|---|---|---|---|
| 4 | A. Marchetta | 0.4 | 180.00 |

| 09/24/03 | Meet with A. Nagy and A. Marchetta on recent developments, including motions. | | |
|---|---|---|---|
| 15 | J. Scordo | 0.5 | 160.00 |

| 09/25/03 | Follow-up regarding information on judgments and appeal. | | |
|---|---|---|---|
| 4 | A. Marchetta | 0.4 | 180.00 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| A. Marchetta | 3.80 | 450.00 | 1,710.00 |
| J. Scordo | 4.80 | 320.00 | 1,536.00 |
| B. Benjamin | 4.90 | 320.00 | 1,568.00 |
| D. Florence | 1.20 | 95.00 | 114.00 |
| S. Parker | 0.50 | 105.00 | 52.50 |
| TOTALS | 15.20 | | 4,980.50 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| A. Marchetta | 4 | 3.8 | 450.00 | 1,710.00 |
| J. Scordo | 15 | 4.8 | 320.00 | 1,536.00 |
| B. Benjamin | 15 | 4.9 | 320.00 | 1,568.00 |
| D. Florence | 15 | 1.2 | 95.00 | 114.00 |
| S. Parker | 4 | 0.5 | 105.00 | 52.50 |
| TOTAL | | 15.2 | | 4,980.50 |