# EXHIBIT B

**EXHIBIT B**

**EXPENSES FOR THE FEE PERIOD**
**SEPTEMBER 1, 2003 THROUGH SEPTEMBER 30, 2003**

Engagement Costs – Chapter 11 Administration

| | |
|---|---|
| Duplicating | 55.58 |
| Express Delivery | 19.07 |
| Matter Total Engagement Cost | 74.65 |

Engagement Costs – Intercat Inc., et al

| | |
|---|---|
| Computer Assisted Research | 29.25 |
| Matter Total Engagement Cost | 29.25 |

Engagement Costs – NY Superfund Action

| | |
|---|---|
| Computer Assisted Research | 3.70 |
| Document Access Facility--Storage of Documents--September 2003 | 2148.00 |
| Matter Total Engagement Cost | 2,151.70 |

Engagement Costs – Tahari, Ltd.

| | |
|---|---|
| Computer Assisted Research | 5.00 |
| Duplicating | 30.80 |
| Vendor: Paid Aetna Central Judicial Services[2] | 20.00 |
| Matter Total Engagement Cost | 55.80 |

---

[2] See Invoice #: 14 from Aetna Central Judicial Services dated 8/20/03 attached hereto as Exhibit 1.