# EXHIBIT A

## EXHIBIT A

### FEES FOR THE FEE PERIOD OCTOBER 1, 2003 THROUGH OCTOBER 31, 2003

Client: 082910 W.R. GRACE & CO.
Matter: 102292 Tahari, Ltd.

| Date | Description | Hours | Amount |
|---|---|---|---|
| 10/01/03 15 | E-mails with B. Benjamin regarding update. J. Scordo | 0.1 | 32.00 |
| 10/01/03 15 | Review/analyze Notice of Entry of Order and Amended Complaint B. Benjamin | 0.1 | 32.00 |
| 10/01/03 15 | Draft correspondence to A. Nagy and V. Finkelstein regarding Notice of Entry of Order, effect of Notice, and timing of likely appeal. B. Benjamin | 0.2 | 64.00 |
| 10/09/03 15 | Telephone conference with C. Boubol, counsel for landlord Trizec, regarding Tahari's emergent motion to stay enforcement of Order requiring payment of Use & Occupancy rent. B. Benjamin | 0.1 | 32.00 |
| 10/09/03 15 | Review/analysis of Tahari's motion for emergency stay of order requiring payment of Use & Occupancy rent. B. Benjamin | 0.4 | 128.00 |
| 10/09/03 15 | Legal research of case law cited by Tahari in motion for emergency stay of order requiring payment of Use & Occupancy rent. B. Benjamin | 0.6 | 192.00 |
| 10/09/03 15 | Attendance at Appellate Division on Tahari's motion for emergency stay of order requiring payment of Use & Occupancy rent. B. Benjamin | 3.7 | 1,184.00 |
| 10/20/03 15 | Telephone conference with A. Mack, counsel for Tahari, regarding service of motion papers. B. Benjamin | 0.2 | 64.00 |
| 10/20/03 15 | Review/analysis of Trizec/Landlord's papers in opposition to Tahari's motion for a stay of effect of order requiring payment of Use and Occupancy rent. B. Benjamin | 0.2 | 64.00 |
| 10/21/03 | Draft correspondence to A. Nagy and V. Finklestein regarding Tahari payment pursuant to order, interim motion for payment of use and | | |

2

|         |                                                      |      |        |
|---------|------------------------------------------------------|------|--------|
|         | occupancy, and substance of appeal.                  |      |        |
| 15      | B. Benjamin                                          | 0.3  | 96.00  |
|         |                                                      |      |        |
| 10/23/03 | Follow up regarding status.                         |      |        |
| 4       | A. Marchetta                                         | 0.1  | 45.00  |
|         |                                                      |      |        |
| 10/24/03 | Review/analysis Tahari's Answer, Counterclaims and Cross Claims. |      |        |
| 15      | B. Benjamin                                          | 0.1  | 32.00  |
|         |                                                      |      |        |
| 10/24/03 | Review/analysis Tahari's Document Demands and Notice of Deposition. |      |        |
| 15      | B. Benjamin                                          | 0.1  | 32.00  |
|         |                                                      |      |        |
| 10/24/03 | Draft Memorandum to A. Marchetta and J. Scordo regarding Defendant's Answer, Counterclaim and Cross Claim. |      |        |
| 15      | B. Benjamin                                          | 0.2  | 64.00  |
|         |                                                      |      |        |
| 10/24/03 | Review/analysis of Tahari's Reply papers in further support of its appeal seeking to vacate award of Use and Occupancy Rent. |      |        |
| 15      | B. Benjamin                                          | 0.1  | 32.00  |
|         |                                                      |      |        |
| 10/27/03 | Telephone calls regarding handling of depositions.  |      |        |
| 4       | A. Marchetta                                         | 0.3  | 135.00 |
|         |                                                      |      |        |
| 10/28/03 | Follow up with B. Benjamin regarding conversation with landlord and issues regarding same. |      |        |
| 4       | A. Marchetta                                         | 0.2  | 90.00  |
|         |                                                      |      |        |
| 10/28/03 | Draft correspondence to A. Nagy and V. Finkelstein regarding Answer with Counterclaims and Cross claims, and Deposition Notices. |      |        |
| 15      | B. Benjamin                                          | 0.2  | 64.00  |
|         |                                                      |      |        |
| 10/28/03 | Telephone conference with C. Boubol, counsel for Trizec, regarding motion for summary judgment and cutting off discovery/deposition notices. |      |        |
| 15      | B. Benjamin                                          | 0.2  | 64.00  |

## Attorney Summary

| Timekeeper   |        | Hours | Rate   | Dollars  |
|--------------|--------|-------|--------|----------|
| A. Marchetta |        | 0.60  | 450.00 | 270.00   |
| J. Scordo    |        | 0.10  | 320.00 | 32.00    |
| B. Benjamin  |        | 6.70  | 320.00 | 2,144.00 |
|              | TOTALS | 7.40  |        | 2,446.00 |

3

## FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 4 | 0.6 | 450.00 | 270.00 |
| J. Scordo | 15 | 0.1 | 320.00 | 32.00 |
| B. Benjamin | 15 | 6.7 | 320.00 | 2,144.00 |
| TOTAL | | 7.4 | | 2,446.00 |

Client: 082910 W.R. GRACE & CO.
Matter: 095992 Chapter 11 Administration

| 10/01/03 | Receipt and review of Order approving fees for the 8th Period and attention to forwarding same to R. Rosen, S. Zuber and S. Bruinooge. | | |
|---|---|---|---|
| 11 | K. Jasket | 0.2 | 36.00 |

| 10/01/03 | Review and update of docket. | | |
|---|---|---|---|
| 11 | K. Jasket | 0.3 | 54.00 |

| 10/09/03 | Review and update docket. | | |
|---|---|---|---|
| 11 | K. Jasket | 0.2 | 36.00 |

| 10/09/03 | Revise Quarterly fee application for July 2003. | | |
|---|---|---|---|
| 11 | K. Jasket | 0.5 | 90.00 |

| 10/10/03 | Attention to sending July 2003 fee application to S. McFarland for filing. | | |
|---|---|---|---|
| 11 | K. Jasket | 0.2 | 36.00 |

| 10/10/03 | Receipt and review of final report regarding 10th Interim Period and sent copy of same to A. Marchetta and S. Zuber. | | |
|---|---|---|---|
| 11 | K. Jasket | 0.3 | 54.00 |

| 10/16/03 | Attention to drafting fee application for August 2003. | | |
|---|---|---|---|
| 11 | K. Jasket | 0.5 | 90.00 |

| 10/17/03 | Continued drafting of August 2003 fee application. | | |
|---|---|---|---|
| 11 | K. Jasket | 1.2 | 216.00 |

| 10/28/03 | Review and updated docket. | | |
|---|---|---|---|
| 11 | K. Jasket | 0.3 | 54.00 |

| 10/29/03 | Review and revise PHK&S's August, 2003 Fee Application. | | |

4

| 11 | S. Zuber | | | 0.2 | 68.00 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| S. Zuber | 0.20 | 340.00 | 68.00 |
| K. Jasket | 3.70 | 180.00 | 666.00 |
| TOTALS | 3.90 | | 734.00 |

## FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| S. Zuber | 11 | 0.2 | 340.00 | 68.00 |
| K. Jasket | 11 | 3.7 | 180.00 | 666.00 |
| TOTAL | | 3.9 | | 734.00 |

Client: 082910 W.R. GRACE & CO.
Matter: 072757 Intercat, Inc. et al.

| 10/01/03 | Review file regarding Intercat's request for copies of Escrow Agreement and Warrant. | | |
|---|---|---|---|
| 4 | S. Zuber | 0.3 | 102.00 |

| 10/01/03 | Telephone conversation with D. Posner regarding Escrow Agreement and Warrant. | | |
|---|---|---|---|
| 4 | S. Zuber | 0.2 | 68.00 |

| 10/01/03 | Correspondence to D. Posner regarding Escrow Agreement and Warrant. | | |
|---|---|---|---|
| 4 | S. Zuber | 0.3 | 102.00 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| S. Zuber | 0.80 | 340.00 | 272.00 |
| TOTALS | 0.80 | | 272.00 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| S. Zuber | 4 | 0.8 | 340.00 | 272.00 |
| TOTAL | | 0.8 | | 272.00 |

Client: 082913 W.R. GRACE & CO.\INSURANCE CO
Matter: 000009 NY Superfund Action

| | | | |
|---|---|---|---|
| 10/01/03 | Continuing to consider strategy and next steps for case once remanded and drafting additions and revisions to letter to client regarding same. | | |
| 15 | M. Waller | 2.8 | 896.00 |
| 10/01/03 | Work with M. Waller regarding status/strategy memo to client. | | |
| 15 | B. Moffitt | 0.1 | 28.00 |
| 10/02/03 | Telephone conference with J. Posner regarding status of action and strategy in case moving forward. | | |
| 15 | M. Waller | 0.3 | 96.00 |
| 10/02/03 | Review letter to D. Siegel regarding status of case on remand and outlining strategy moving forward | | |
| 15 | M. Waller | 0.8 | 256.00 |
| 10/03/03 | Receive telephone call from J. Posner regarding status of action. | | |
| 15 | M. Waller | 0.2 | 64.00 |
| 10/04/03 | Review letter from client and follow-up regarding same. | | |
| 4 | A. Marchetta | 0.3 | 135.00 |
| 10/06/03 | Review and forward letter to client, including following up with M. Waller regarding same. | | |
| 4 | A. Marchetta | 0.3 | 135.00 |
| 10/10/03 | Telephone call with client and conference with M. Waller and follow up with J. Posner regarding strategy and litigation. | | |
| 4 | A. Marchetta | 0.6 | 270.00 |
| 10/10/03 | Confer with A. Marchetta regarding request by client for estimate regarding recovery; factors in estimating same, and need to call J. Posner regarding | | |

| | | | |
|---|---|---|---|
| | same. | | |
| 15 | M. Waller | 0.3 | 96.00 |
| | | | |
| 10/10/03 | Telephone call to J. Posner regarding request by client for estimate regarding recovery, allocation issues, and prior settlement amounts, including sending follow up memo to A. Marchetta regarding same. | | |
| 15 | M. Waller | 0.3 | 96.00 |
| | | | |
| 10/13/03 | Receive telephone call from J. Posner regarding case issues, possible recoveries, and calculation of defense costs. | | |
| 15 | M. Waller | 0.4 | 128.00 |
| | | | |
| 10/14/03 | Follow up with A. Marchetta regarding conference call with J. Posner regarding potential recoveries and case moving forward. | | |
| 15 | M. Waller | 0.3 | 96.00 |
| | | | |
| 10/14/03 | Drafting memorandum following discussions with J. Posner regarding possible recoveries and strategies. | | |
| 15 | M. Waller | 0.8 | 256.00 |
| | | | |
| 10/23/03 | Reviewing cases regarding allocation for letter to client regarding evaluation of matter. | | |
| 15 | M. Waller | 1.0 | 320.00 |
| | | | |
| 10/28/03 | Work with M. Waller regarding memo for client. | | |
| 4 | A. Marchetta | 0.3 | 135.00 |
| | | | |
| 10/28/03 | Confer with A. Marchetta regarding status of analysis regarding allocation of defense costs and memo to client regarding same. | | |
| 15 | M. Waller | 0.1 | 32.00 |
| | | | |
| 10/30/03 | Reviewing allocation cases to draft letter to client regarding evaluation of possible outcomes. | | |
| 15 | M. Waller | 0.8 | 256.00 |
| | | | |
| 10/30/03 | Follow up with A. Marchetta regarding status of analysis regarding evaluation of possible outcomes. | | |
| 15 | M. Waller | 0.1 | 32.00 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| A. Marchetta | 1.50 | 450.00 | 675.00 |
| M. Waller | 8.20 | 320.00 | 2,624.00 |

7

| B. Moffitt | 0.10 | 280.00 | 28.00 |
| TOTALS | 9.80 | | 3,327.00 |

## FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 4 | 1.5 | 450.00 | 675.00 |
| M. Waller | 15 | 8.2 | 320.00 | 2,624.00 |
| B. Moffitt | 15 | 0.1 | 280.00 | 28.00 |
| TOTAL | | 9.8 | | 3,327.00 |