# EXHIBIT B

**EXHIBIT B**

**EXPENSES FOR THE FEE PERIOD OCTOBER 1, 2003 THROUGH OCTOBER 31, 2003**

Engagement Costs – Tahari, Ltd.

| | | |
|---|---|---|
| 09/10/03 | Pd Travel Expense; bmb; Ck# 253403[2] | 7.50 |
| 09/10/03 | Pd Travel Expense; bmb; Ck# 253403[3] | 7.00 |
| 09/10/03 | Pd Travel Expense; bmb; Ck# 253403[4] | 7.00 |
| 09/12/03 | Pd Travel Expense; bmb; 10-15-03[5] | 4.00 |
| 09/30/03 | Pd Aetna Central Judicial Services for multiple job request; bmb; Ck# 252685[6] | 15.00 |
| | Matter Total Engagement Cost | 40.50 |

Engagement Costs – Chapter 11 Administration

| | | |
|---|---|---|
| 10/13/03 | PD UPS TO WILMINGTON DE; KMJ; CK# 253482 | 7.74 |
| | Duplicating | 35.56 |
| | Matter Total Engagement Cost | 43.30 |

Engagement Costs – Intercat, Inc., et al

| | | |
|---|---|---|
| | Computer Assisted Research | 19.25 |
| | Matter Total Engagement Cost | 19.25 |

Engagement Costs – NY Superfund Action

| | | |
|---|---|---|
| 10/31/03 | DOCUMENT ACCESS FACILITY--ANNEX-- OCTOBER 2003 | 2148.00 |
| | Computer Assisted Research | 1256.83 |

---

[2] See Invoice No. 064180 attached hereto as Exhibit 1.
[3] See Exhibit 1.
[4] See Exhibit 1.
[5] See Direct Reimbursement Expense Report for Barry M. Benjamin, Esq., for the period 9/12/03-9/16/03 attached hereto as Exhibit 2.
[6] See Invoice No. 15 from Aetna Central Judicial Services attached hereto as Exhibit 3.

9

Matter Total Engagement Cost     3,404.83

10

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| | : | Case No. 01-01139 (JKF) |
| W. R. GRACE & CO., *et al.*[1], | : | (Jointly Administered) |
| | : | |
| Debtors. | : | Objection Deadline: December 16, 2003 |
| | : | Hearing Date: TBD, if necessary |

## VERIFICATION

ANTHONY J. MARCHETTA, after being duly sworn according to law, deposes and says:

1. I am a partner with the applicant firm, Pitney, Hardin, Kipp & Szuch LLP, and am a member in good standing of the bars of the State of New Jersey, the United States District Court for the District of New Jersey, the United States Court of Appeals for the Third Circuit, the United States District Court for the Northern District of New York, the United States District Court for the Eastern District of New York, the United States District Court for the Southern

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

1113955A01111903

District of New York, the United States Court of Appeals for the Second Circuit, the United States Claims Court, the United States Tax Court, and the Supreme Court of the United States.

2. I have personally performed certain of, and overseen, the legal services rendered by Pitney, Hardin, Kipp & Szuch LLP as counsel to the Debtors and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

3. The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

Florham Park, New Jersey
Dated: November 20, 2003

Respectfully submitted,
PITNEY, HARDIN, KIPP & SZUCH LLP

Anthony J. Marchetta, Esq.
(Mail) P.O. Box 1945
Morristown, NJ 07962-1945
(Delivery) 200 Campus Drive
Florham Park, NJ 07932-0950