# EXHIBIT 1

XE DELIVERY SYSTEMS, INC.
NEY HARDIN KIPP & SZUCH

INVOICE-No: 064180
PAGE: 2

| -No | DATE | REFERENCE | PARTICULARS | TYP | CHARGES | AMOUNT |
|---|---|---|---|---|---|---|
| -NONE- | 09/12/03 | TKT-#00501884<br>JOB-#00501884<br>REF-#0829101022<br>D RENHOLC | FR: PITNEY HARDIN KIPP & SZU TO: DAVID ROSEN<br>685 3RD AVENUE  9 EAST 84TH STREET<br>NEW YORK,N.Y.  NEW YORK, NY<br>* CALLER: MARGARITA/RAMDAI<br>* POD by: CHAMBERS .  _TAHARI_<br>* DESC'N: 1 ENVELOPE | MES | SERVICE CHARGE | 7.50 |
| -NONE- | 09/12/03 | TKT-#00501887<br>JOB-#00501887<br>REF-#8291010229<br>D DAVID | FR: PITNEY HARDIN KIPP & SZU TO:<br>685 3RD AVENUE  909 3RD AVENUE<br>NEW YORK,N.Y.  NEW YORK, NY<br>* CALLER: MARGARITA/RAMDAI<br>* POD by: G JONES  _TAHARI_<br>* DESC'N: 1 ENVELOPE | MES | SERVICE CHARGE | 7.00 |
| -NONE- | 09/12/03 | TKT-#00501888<br>JOB-#00501888<br>REF-#8291010229<br>BOUL BOL | FR: PITNEY HARDIN KIPP & SZU TO: CHARLES _BOULBOL ESQ_<br>685 3RD AVENUE  26 BROADWAY<br>NEW YORK,N.Y.  NEW YORK, NY<br>* CALLER: MARGARITA/RAMDAI<br>* POD by: N FAHERTY  _TAHARI_<br>* DESC'N: 1 ENVELOPE | MES | SERVICE CHARGE | 7.00 |