# EXHIBIT 2

# NEW YORK

PITNEY, HARDIN, KIPP & SZUCH LLP

SEP 24 2003

RECEIVED

SEP 18 2003

PITNEY, HARDIN, KIPP & SZUCH LLP

## DIRECT REIMBURSEMENT EXPENSE REPORT

NAME    Barry M. Benjamin, Esq.

Period From: 9/12/2003
To: 9/16/2003

Client No./Matter No. or Firm Charge: 082910-102292

**NOTE: DOCUMENTATION MUST BE ATTACHED FOR EACH INDIVIDUAL EXPENSE OF $25 OR MORE.**

| DATE | DEPARTURE DESCRIPTION OR DESCRIPTION OF ALLOWABLE EXPENSE | Auto Expenses | | Parking | Hotel or Lodging | Business Meals | Other Expenses | Total Expenses |
|---|---|---|---|---|---|---|---|---|
| | | Miles | Amount | | | | | |
| 9/12/03 | Travel to and from Court | | | | | | $4.00 | |

Show details on Page 2

Signature: [signed] Barry M. Benjamin     Date: 9/17/2003