# EXHIBIT 3

INVOICE #: 15   TO: PITNEY,HARDIN,KIPP & SZUCH ESQ.,

AETNA   CENTRAL   JUDICIAL   SERVICES

| | CLIENT | | | | SERV | FEES | TOTAL |
|---|---|---|---|---|---|---|---|
| ER | FILE # | C A P T I O N | | R E C I P I E N T | CODE | ADVANCE | CHARGE |

| 08/25/2003 | 2PHKS137503 | 082410 | 1114 TRIZECHAHN | W.R GRACE - B. Ben Am, SUBMIT REPLY | E | 0.00 | 15.00 |