## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-1139 (JKF) |
| Debtors. | (Jointly Administered) |
| | **Objection Deadline:   December 17, 2003 at 4:00 p.m.** |

## TWENTY-FOURTH MONTHLY APPLICATION OF
## KLETT ROONEY LIEBER & SCHORLING,
## CO-COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY HOLDERS, FOR
## COMPENSATION AND REIMBURSEMENT OF EXPENSES
## FOR THE PERIOD OCTOBER 1, 2003 THROUGH OCTOBER 31, 2003

Name of Applicant:

Klett Rooney Lieber & Schorling,
a Professional Corporation

Authorized to Provide
Professional Services to:

The Official Committee of Equity Holders

Date of Retention:

October 26, 2001 *nunc pro tunc*

Period for which compensation
and reimbursement is sought:

October 1, 2003 through October 31, 2003

Amount of fees to be approved
as actual, reasonable and necessary:

$13,698.00

Amount of expenses sought as
actual, reasonable and necessary:

$575.77

This is a(n): ___ interim          ____ final application.        _x__ monthly application.

The total time expended for the preparation of this application will be included in the next
interim fee application.

**Prior Monthly Applications:**

| Date Filed and Docket No. | Period Covered | Requested Fees/ Expenses | Approved Fees/ Expenses | CNO/Docket No. |
|---|---|---|---|---|
| 12/28/01 1426 | 10/26/01 through 11/30/01 | $5,518.00/ $2,028.76 | $4,414.40/ $2,028.76 | 1541 |
| 01/25/02 1548 | 12/01/01 through 12/31/01 | $4,119.50/ $940.67 | $3,295.60/ $940.67 | 1689 |
| 02/26/02 1720 | 01/01/02 through 01/31/02 | $11,494.00/ $1,275.80 | $9,195.20/ $1,275.80 | 1836 |
| 04/03/02 1895 | 02/01/02 through 02/28/02 | $7,784.50/ $882.79 | $6,227.60/ $882.79 | 1984 |
| 05/08/02 2025 | 03/01/02 through 03/31/02 | $7,755.00/ $1,565.66 | $6,204.00/ $1,565.66 | 2120 |
| 06/03/02 2145 | 04/01/02 through 04/30/02 | $6,011.50/ $878.55 | $4,809.20/ $878.55 | 2285 |
| 07/02/02 2316 | 05/01/02 through 05/31/02 | $6,957.50/ $688.60 | $5,566.00/ $688.60 | 2436 |
| 08/02/02 2489 | 06/01/02 through 06/30/02 | $5520.00/ $447.36 | $4,416.00/ $447.36 | 2607 |
| 08/28/02 2609 | 07/01/02 through 07/31/02 | $3,597.50/ $879.97 | $2,878.00/ $879.97 | 2701 |
| 09/26/02 2751 | 08/01/02 through 08/31/02 | $9,457.50/ $1,172.93 | $7,566.00/ $1,172.93 | 2829 |
| 10/25/02 2885 | 09/01/02 through 09/30/02 | $14,313.50/ $665.71 | $11,450.80/ $665.71 | 3057 |
| 11/25/02 3069 | 10/01/02 through 10/31/02 | $12,568.50/ $1,343.14 | $10,054.80/ $1,343.14 | 3169 |
| 12/26/02 3188 | 11/01/02 through 11/30/02 | $9,268.50/ $430.93 | $7,414.80/ $430.93 | 3256 |
| 1/27/03 3276 | 12/1/02 through 12/25/02 | $4,071.00/ $160.28 | $3,256.00/ $160.28 | 3417 |
| 2/25/03 3425 | 12/26/02 through 1/31/03 | $6,386.50/ $82.31 | $5,109.00/ $82.31 | 3520 |
| 3/24/05 3545 | 2/1/03 through 2/28/03 | $3,576.50/ $70.72 | $2,861.20/ $70.72 | 3664 |

| 4/28/03 3716 | 3/1/03 through 3/31/03 | $7,177.50/ $481.33 | $5,742.00/ $481.33 | 3827 |
|---|---|---|---|---|
| 5/28/03 3834 | 4/1/03 through 4/30/03 | $4,300.50/ $227.83 | $3,440.40/ $227.83 | 3947 |
| 6/27/03 3968 | 5/1/03 through 5/31/03 | $7,792.50/ $1,024.71 | $6,234.00/ $1,024.71 | 4091 7/22/03 |
| 7/28/03 4113 | 6/1/03 through 6/30/03 | $7,168.50/ $831.98 | $5,734.80/ $831.98 | 4309 8/21/03 |
| 8/28/03 4351 | 7/1/03 through 7/31/03 | $17,663.00/ $1,392.91 | $14,130.40/ $1,392.91 | 4456 9/22/03 |
| 9/29/03 4500 | 8/1/03 through 8/31/03 | $12,893.50/ $244.39 | $10,314.80/ $244.39 | 4521 10/23/03 |
| 10/29/03 4630 | 9/1/03 through 9/30/03 | $14,176.00/ $2,059.35 | $11,340.80/ $2,059.35 | 4725 11/21/03 |

## SUMMARY OF TIME FOR BILLING PERIOD
## OCTOBER 1, 2003 THROUGH OCTOBER 31, 2003

| Name | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|
| Teresa K.D. Currier | $445 | 17.2 | $7,654.00 |
| Rhonda L. Thomas | $210 | 15.2 | $3,192.00 |
| Frances A. Panchak | $135 | 0.2 | $27.00 |
| Raelena Y. Taylor | $125 | 22.6 | $2,825.00 |
| **TOTAL** | | **55.2** | **$13,698.00** |

## SUMMARY OF TIME BY PROJECT CATEGORY FOR BILLING PERIOD
## OCTOBER 1, 2003 THROUGH OCTOBER 31, 2003

| Project category | Total Hours | Total Fees |
|---|---|---|
| Asset Disposition | 1.9 | $751.50 |
| Business Operations | 0.1 | $21.00 |
| Case Administration | 10.6 | $2,135.50 |

KRLSWI.M: #51405 v1 - W.R. Grace: KRLS Twenty-Fourth Monthly Fee Application

| | | |
|---|---|---|
| Claims Analysis Obj. & Resolution (Non-Asbestos) | 4.5 | $1,438.50 |
| Employment Applications, Others | 3.3 | $1,351.00 |
| Fee Applications, Applicant | 13.4 | $2,303.50 |
| Fee Applications, Others | 10.8 | $1,979.00 |
| Hearings | 3.6 | $885.00 |
| Litigation and Litigation Consulting | 5.0 | $1,966.50 |
| Plan and Disclosure Statement | 0.5 | $222.50 |
| Relief From Stay Proceedings | 0.9 | $400.50 |
| Tax Issues | 0.4 | $154.50 |
| Tax Litigation | 0.2 | $89.00 |
| **TOTAL** | **55.2** | **$13,698.00** |

## SUMMARY OF EXPENSES BY CATEGORY FOR BILLING PERIOD
## OCTOBER 1, 2003 THROUGH OCTOBER 31, 2003

| Expense Category | Total Expenses |
|---|---|
| Reproduction of Documents | $55.05 |
| Federal Express | $66.02 |
| Messenger Services | $295.50 |
| Express/Certified Mail | $1.80 |
| Parking/Mileage | $30.00 |
| Professional Services/Pacer | $127.40 |
| **TOTAL** | **$575.77** |

**KLETT ROONEY LIEBER & SCHORLING**
**A Professional Corporation**


By: /s/Rhonda Thomas
       Teresa K. D. Currier (No. 3080)
       Rhonda L. P. Thomas (No. 4053)
       1000 West Street, Suite 1410
       Wilmington, DE 19801
       (302) 552-4200

       Co-Counsel to the Official Committee of
       Equity Holders

Dated: November 26, 2003

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    NOVEMBER 24, 2003
MATTER :  W9600-000
INVOICE : 165946

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 10/31/03    T C

RE:  EXPENSES

| DESCRIPTION OF EXPENSE ADVANCES | AMOUNT |
|---|---|
| 10/07/03 REPRODUCTION OF DOCUMENTS | 8.85 |
| 10/13/03 REPRODUCTION OF DOCUMENTS | 4.95 |
| 10/13/03 EXPRESS/CERTIFIED MAIL | 1.20 |
| 10/13/03 REPRODUCTION OF DOCUMENTS | 4.95 |
| 10/15/03 FEDERAL EXPRESS -  FEDERAL EXPRESS CORPORATION - #4-887-22623 | 10.68 |
| 10/15/03 REPRODUCTION OF DOCUMENTS | 2.25 |
| 10/15/03 MESSENGER SERVICES -  TRISTATE COURIER & CARRIAGE - #7672 | 288.00 |
| 10/21/03 FEDERAL EXPRESS -  FEDERAL EXPRESS CORPORATION - #4-887-60823 | 16.99 |
| 10/21/03 FEDERAL EXPRESS -  FEDERAL EXPRESS CORPORATION - #4-887-60823 | 10.68 |
| 10/21/03 MESSENGER SERVICES -  PARCELS, INC.-D D R - #18434 | 7.50 |
| 10/21/03 REPRODUCTION OF DOCUMENTS | 10.80 |
| 10/22/03 PROFESSIONAL SERVICES - PACER - 3RD QUARTER | 90.23 |
| 10/22/03 PROFESSIONAL SERVICES - PACER - 3RD QUARTER | 32.76 |
| 10/22/03 PROFESSIONAL SERVICES - PACER - 3RD QUARTER | 4.41 |
| 10/23/03 REPRODUCTION OF DOCUMENTS | 2.70 |
| 10/24/03 FEDERAL EXPRESS -  FEDERAL EXPRESS CORPORATION 4-937-00197 | 10.68 |
| 10/24/03 EXPRESS/CERTIFIED MAIL | .60 |
| 10/24/03 FEDERAL EXPRESS -  FEDERAL EXPRESS CORPORATION 4-937-00197 | 16.99 |
| 10/28/03 REPRODUCTION OF DOCUMENTS | .60 |
| 10/28/03 REPRODUCTION OF DOCUMENTS | 1.05 |
| 10/29/03 REPRODUCTION OF DOCUMENTS | 18.90 |
| 10/30/03 TRAVEL EXPENSES INCLUDING PARKING-  RHONDA L. THOMAS | 30.00 |

**PENNSYLVANIA    ●    DELAWARE    ●    NEW JERSEY    ●    WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

WWW.KLETTROONEY.COM

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : NOVEMBER 24, 2003
MATTER : W9600-000
INVOICE : 165946

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 10/31/03    T C

RE:  EXPENSES


TOTAL EXPENSE ADVANCES :            575.77

TOTAL DUE   :            575.77


PENNSYLVANIA   •   DELAWARE   •   NEW JERSEY   •   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :   NOVEMBER 24, 2003
                                              MATTER : W9600-002
                                              INVOICE : 165950

      FOR PROFESSIONAL SERVICES RENDERED THROUGH: 10/31/03    T C

      RE:  ASSET DISPOSITION


| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
| ---- | ---- | -------------------------------- | ----- |
| 10/13/03 | TC | REVIEWED MOTION OF DEBTORS FOR AN ORDER EXTENDING TIME TO ASSUME OR REJECT UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY | .50 |
| 10/17/03 | TC | REVIEWED ORDER ON MOTION TO PAY CERTAIN FLORIDA TAXES | .20 |
| 10/30/03 | RLT | REVIEWED ORDER EXTENDING TIME TO ASSUME OR REJECT LEASES | .10 |
| 10/30/03 | TC | REVIEWED ORDER EXTENDING TIME TO ASSUME AND ASSIGN LEASES | .30 |
| 10/31/03 | RLT | REVIEWED NOTICE OF SALE DEBTORS' NINTH QUARTERLY ASSETS SALES | .30 |
| 10/31/03 | TC | REVIEWED DEBTORS' NINTH QUARTERLY ASSET DISPOSITION REPORT | .50 |


                    T I M E   S U M M A R Y
                    -----------------------

|  | RATE | HOURS | TOTALS |
| --- | ---- | ----- | ------ |
| R L THOMAS | 210.00 | .40 | 84.00 |
| T CURRIER | 445.00 | 1.50 | 667.50 |
| TOTALS |  | 1.90 | 751.50 |


                    TOTAL FEES :                    751.50


**PENNSYLVANIA    ●    DELAWARE    ●    NEW JERSEY    ●    WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    NOVEMBER 24, 2003
MATTER :  W9600-002
INVOICE : 165950

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 10/31/03   T C

RE:  ASSET DISPOSITION

TOTAL DUE  :                    751.50

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE   : NOVEMBER 24, 2003
                                              MATTER : W9600-003
                                              INVOICE : 165948


     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 10/31/03    T C

     RE:  BUSINESS OPERATIONS


| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
| ---- | ---- | -------------------------------- | ----- |
| 10/03/03 | RLT | REVIEWED MONTHLY OPERATING REPORT FOR AUGUST 1, 2003-AUGUST 31, 2003 | .10 |


                    T I M E   S U M M A R Y
                    -----------------------

|              |        | RATE   | HOURS | TOTALS |
|              |        | ----   | ----- | ------ |
| R L THOMAS   |        | 210.00 | .10   | 21.00  |
|              | TOTALS |        | .10   | 21.00  |

                         TOTAL FEES  :                    21.00

                         TOTAL DUE   :                    21.00

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :     NOVEMBER 24, 2003
MATTER :   W9600-004
INVOICE :  165949

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 10/31/03    T C

RE:  CASE ADMINISTRATION

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 10/01/03 | RTT | REVIEW E-NOTICES | .10 |
| 10/06/03 | RTT | REVIEW E-NOTICES | .10 |
| 10/07/03 | RTT | REVIEW E-NOTICES | .20 |
| 10/08/03 | RTT | REVIEW RETURNED MAIL, LOCATE NEW ADDRESS LISTINGS VIA MARTINDALE SEARCH AND UPDATE 2002 SERVICE LIST TO REFLECT SAME | .50 |
| 10/08/03 | RTT | DOWNLOAD AND REVIEW ENTRY OF APPEARANCE FILED BY FEDERAL INSURANCE COMPANY (.1); UPDATE SERVICE LIST RE SAME (.1) | .20 |
| 10/09/03 | RTT | REVIEW SEVERAL E-NOTICES | .20 |
| 10/10/03 | RTT | REVIEW E-NOTICES | .10 |
| 10/14/03 | RTT | REVIEW E-NOTICES | .10 |
| 10/14/03 | RTT | REVIEW EMAIL FROM T.CURRIER RE JUDGE WOLIN RECUSAL MOTION FILED IN OWENS CORNING(.1); REVIEW OWENS CORNING DOCKET, DOWNLOAD, REVIEW AND DISTRIBUTE MOTION TO RECUSE JUDGE WOLIN FROM FURTHER PARTICIPATION IN JOINTLY ADMINISTERED CASES, BRIEF AND AFFIDAVIT RE SAME TO KRAMER LEVIN(.4) | .50 |
| 10/15/03 | RTT | REVIEW E-NOTICES | .10 |
| 10/17/03 | RTT | REVIEW E-NOTICES | .20 |
| 10/17/03 | RTT | REVIEW RETURNED MAIL, SEARCH FOR ADDRESSES, UPDATE SERVICE LIST AND RE DISTRIBUTE | 1.00 |

PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :    NOVEMBER 24, 2003
                                            MATTER :  W9600-004
                                            INVOICE : 165949


     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 10/31/03    T C

     RE:   CASE ADMINISTRATION


| Date | Init | Description | Hours |
|------|------|-------------|-------|
| 10/20/03 | RTT | REVIEW E-NOTICES | .20 |
| 10/20/03 | TC | REVIEWED DEBTORS' STATEMENT OF AMOUNTS PAID TO ORDINARY COURSE PROFESSIONALS | .40 |
| 10/20/03 | TC | REVIEWED RECUSAL MOTIONS FILED AGAINST JUDGE WOLLIN IN RELATED ASBESTOS CASES | 1.20 |
| 10/21/03 | RTT | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.50 |
| 10/21/03 | RTT | DOWNLOAD NOTICE OF WITHDRAWAL OF APPEARANCE FILED BY KELLEY DRYE & WARREN LLP(.1); UPDATE SERVICE LIST RE SAME(.1) | .20 |
| 10/21/03 | TC | REVIEWED REPORT TO COMMITTEE | .50 |
| 10/23/03 | RTT | REVIEW SEVERAL E-NOTICES | .10 |
| 10/24/03 | RLT | REVIEWED AGENDA FOR AUGUST 27, 2003 HEARING | .20 |
| 10/24/03 | RTT | DOWNLOAD, REVIEW AND DISTRIBUTE AMENDED AGENDA RE 10/27/03 HEARING | .30 |
| 10/24/03 | RTT | UPDATE AND REVIEW DOCKET | .20 |
| 10/24/03 | RTT | REVIEW E-NOTICES | .10 |
| 10/24/03 | RTT | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | .60 |
| 10/27/03 | RTT | REVIEW E-NOTICES | .20 |

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

```
DATE :    NOVEMBER 24, 2003
MATTER :  W9600-004
INVOICE : 165949
```

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 10/31/03    T C

RE:   CASE ADMINISTRATION

| | | | |
|---|---|---|---|
| 10/27/03 RTT | REVIEW AND UPDATE CASE DOCKET | | .20 |
| 10/28/03 RTT | REVIEW E-NOTICES | | .10 |
| 10/29/03 RTT | REVIEW E-NOTICES | | .20 |
| 10/30/03 RLT | REVIEWED TRUSTEE'S OBJECTION TO APPOINTMENT OF C. JUDSON HAMLIN | | .30 |
| 10/30/03 RTT | DOWNLOAD NOTICE OF APPEARANCE FILED BY CITADEL INVESTMENT GROUP, LLC(.1); UPDATE 2002 SERVICE LIST RE SAME(.1) | | .20 |
| 10/30/03 RTT | REVIEW SEVERAL E-NOTICES | | .10 |
| 10/30/03 RTT | CONTACT DEBTOR RE HEARING DATE AND TIME FOR TENTH QUARTERLY FEE HEARING | | .10 |
| 10/30/03 TC | REVIEWED PROCEEDING MEMO OF OMNIBUS HEARING HELD | | .30 |
| 10/31/03 RTT | REVIEW SEVERAL E-NOTICES | | .10 |

### T I M E   S U M M A R Y
-----------------------

| | RATE | HOURS | TOTALS |
|---|---|---|---|
| | ---- | ----- | ------ |
| R L THOMAS | 210.00 | .50 | 105.00 |
| R T TAYLOR | 125.00 | 7.70 | 962.50 |
| T CURRIER | 445.00 | 2.40 | 1068.00 |
| TOTALS | | 10.60 | 2135.50 |

TOTAL FEES :                    2,135.50

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

```
DATE    :   NOVEMBER 24, 2003
MATTER  :   W9600-004
INVOICE :   165949
```

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 10/31/03    T C

RE:   CASE ADMINISTRATION


TOTAL DUE   :                    2,135.50

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : NOVEMBER 24, 2003
MATTER : W9600-006
INVOICE : 165950

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 10/31/03   T C

RE:   CLAIM ANALYSIS OBJ. & RESOLUTION (NON-ASBESTOS)

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 10/07/03 | RLT | REVIEWED RESPONSE TO OBJECTION TO CLAIMS FILED BY EUGENE SULLIVAN | .20 |
| 10/07/03 | TC | REVIEWED SULLIVAN CLAIM OBJECTION RESPONSE | .30 |
| 10/15/03 | RLT | REVIEWED RESPONSE TO OMNIBUS CLAIM FILED BY JACQUELYN POTTS | .20 |
| 10/15/03 | RLT | REVIEWED MOTION TO COMPEL FILED BY WISCONSIN CO. INC. | .30 |
| 10/24/03 | RLT | REVIEWED MOTION TO RECONSIDER ORDER DISALLOWING CLAIM NO. 1658 | .40 |
| 10/28/03 | RLT | REVIEWED OBJECTION TO APPLICATION OF DEBTORS TO APPOINT C. JUDSON HAMLIN AS LEGAL REPRESENTATIVE FOR FUTURE CLAIMANTS | .30 |
| 10/28/03 | TC | REVIEWED MOTION FOR RECONSIDERATION OF ORDER DISALLOWING CLAIM NO 1658 FILED BY VALERON | .50 |
| 10/29/03 | RLT | REVIEWED AFFIDAVIT OF JOANNE WILLS IN SUPPORT OF OBJECTION TO UNOFFICIAL COMMITTEE TO APPOINTMENT OF C. JUDSON HAMLIN | .20 |
| 10/29/03 | TC | REVIEWED MOTION OF DEBTORS TO APPOINT JUDSON HAMLIN AS FUTURE REPRESENTATIVE | .50 |
| 10/29/03 | TC | REVIEWED OBJECTION OF UNOFFICIAL COMMITTEE TO APPOINTMENT OF FUTURES REPRESENTATIVE | .40 |
| 10/31/03 | RLT | REVIEWED OBJECTION OF COMMITTEE TO APPOINTMENT OF C. JUDSON HAMLIN | .30 |

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : NOVEMBER 24, 2003
MATTER : W9600-006
INVOICE : 165950

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 10/31/03    T C

RE:  CLAIM ANALYSIS OBJ. & RESOLUTION (NON-ASBESTOS)

| Date | | Description | |
|---|---|---|---|
| 10/31/03 | RLT | REVIEWED OBJECTION TO WESCONN CO. MOTION TO COMPEL | .20 |
| 10/31/03 | RLT | REVIEWED OBJECTION TO APPOINTMENT OF C. JUDSON FILE BY CERTAIN UNDERWRITERS | .30 |
| 10/31/03 | TC | REVIEWED USTRUSTEE OBJECTION TO APPLICATION TO RETAIN FUTURES REPRESENTATIVE | .40 |

### T I M E   S U M M A R Y
-----------------------

|  | RATE | HOURS | TOTALS |
|---|---|---|---|
| R L THOMAS | 210.00 | 2.40 | 504.00 |
| T CURRIER | 445.00 | 2.10 | 934.50 |
| TOTALS | | 4.50 | 1438.50 |

TOTAL FEES :                    1,438.50

TOTAL DUE  :                    1,438.50

**PENNSYLVANIA    ●    DELAWARE    ●    NEW JERSEY    ●    WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    NOVEMBER 24, 2003
MATTER :  W9600-010
INVOICE : 165951

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 10/31/03    T C

RE:  EMPLOYMENT APPLICATIONS, OTHERS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 10/03/03 | RLT | REVIEWED APPLICATION TO EMPLOY STATE STREET BANK | .30 |
| 10/07/03 | TC | REVIEWED SUPPLEMENT TO MOTION TO EMPLOY STATE STREET BANK | .40 |
| 10/12/03 | RLT | REVIEWED AFFIDAVIT OF CHARLES E. BARBIERI UNDER 327(E) | .20 |
| 10/17/03 | TC | REVIEWED MOTION TO ENTER INTO A PROSPECTIVE EMPLOYMENT AGREEMENT WITH PRESIDENT AND CEO | .80 |
| 10/17/03 | TC | REVIEWED APPLICATION TO RETAIN FUTURES CONSULTANT FOR FUTURES CLAIMANTS | .70 |
| 10/31/03 | TC | REVIEWED OBJECTION OF UNSECURED CREDITORS COMMITTEE TO APPLICATION TO RETAIN JUDSON HAMLIN AS FUTURES REPRESENTATIVE | .50 |
| 10/31/03 | TC | REVIEWED OBJECTION OF CERTAIN UNDERWRITERS TO DEBTOR'S APPLICATION TO APPOINT JUDSON HAMLIN AS FUTURES REPRESENTATIVE | .40 |

## T I M E   S U M M A R Y

| | RATE | HOURS | TOTALS |
|------|------|-------|--------|
| R L THOMAS | 210.00 | .50 | 105.00 |
| T CURRIER | 445.00 | 2.80 | 1246.00 |
| TOTALS | | 3.30 | 1351.00 |

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    NOVEMBER 24, 2003
MATTER :  W9600-010
INVOICE : 165951

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 10/31/03    T C

RE:  EMPLOYMENT APPLICATIONS, OTHERS


TOTAL FEES :                              1,351.00

TOTAL DUE  :                              1,351.00


PENNSYLVANIA    •    DELAWARE    •    NEW JERSEY    •    WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :     NOVEMBER 24, 2003
MATTER :  W9600-011
INVOICE : 165952

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 10/31/03     T C

RE:  FEE APPLICATIONS, APPLICANT

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|-----------------------------------|-------|
| 09/29/03 | RLT | REVIEWED AND APPROVED 22ND MONTHLY FEE APPLICATION OF KRLS | .40 |
| 10/07/03 | RLT | REVIEWED EMAIL FROM RTT RE: BILLING OF EXPENSES | .10 |
| 10/07/03 | RTT | REVIEW/EDIT PRE-BILLS FOR THE MONTH OF SEPTEMBER 2003 | .80 |
| 10/08/03 | RLT | REVIEWED PREBILLS FOR SEPTEMBER | .50 |
| 10/13/03 | RTT | REVIEW, EDIT AND COMPARE FINAL BILLS FOR THE MONTH OF SEPTEMBER 2003 | .30 |
| 10/14/03 | RTT | DRAFT KRLS TWENTY-THIRD MONTHLY FEE APPLICATION FOR THE PERIOD SEPTEMBER 1, 2003 THROUGH SEPTEMBER 30, 2003 | 1.00 |
| 10/14/03 | RTT | CALENDAR DEADLINE TO FILE QUARTERLY FEE APPLICATIONS FOR THE PERIOD JULY 1, 2003 THROUGH SEPTEMBER 30, 2003 | .10 |
| 10/15/03 | RLT | REVIEWED INVOICES FOR EXPENSES FOR SEPTEMBER | .20 |
| 10/20/03 | RTT | DRAFT NO ORDER REQUIRED CERTIFICATE OF NO OBJECTION TO KRLS TWENTY-SECOND MONTHLY FEE APPLICATION | .40 |
| 10/20/03 | TC | REVIEWED QUARTERLY FEE APPLICATION PROCESS | .40 |
| 10/21/03 | RTT | PREPARE AFFIDAVIT OF SERVICE RE CNO TO KRLS TWENTY-SECOND FEE APP | .10 |
| 10/21/03 | RTT | DISCUSSION WITH RLT RE FILING OF CNO TO KRLS TWENTY-SECOND MONTHLY FEE APP | .10 |

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :   NOVEMBER 24, 2003
                                            MATTER : W9600-011
                                            INVOICE : 165952


    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 10/31/03    T C

    RE:   FEE APPLICATIONS, APPLICANT


| Date | | Description | Hours |
|---|---|---|---|
| 10/21/03 | RTT | E-FILE AND SERVE NO ORDER REQUIRED CERTIFICATE OF NO OBJECTION TO KRLS TWENTY-SECOND MONTHLY FEE APPLICATION | .60 |
| 10/21/03 | RTT | DISCUSSION WITH F.PANCHAK RE FEE APPLICATIONS CHART AND SPREADSHEET | .10 |
| 10/21/03 | RTT | REVIEW DOCKET FOR OBJECTIONS TO KRLS TWENTY-SECOND MONTHLY FEE APPLICATION | .10 |
| 10/22/03 | RTT | DISTRIBUTE DRAFT OF KRLS TWENTY-THIRD MONTHLY FEE APPLICATION TO RLT | .10 |
| 10/23/03 | TC | CONFERENCE WITH RAELENA TAYLOR RE FEE APPLICATION PREPARATION AND ADDITIONAL TIME FROM OTHER PERIODS | .40 |
| 10/24/03 | RLT | REVIEWED CNO AND DISCUSSED SAME W/RTT | .20 |
| 10/24/03 | RTT | REVISIONS TO KRLS TWENTY-THIRD MONTHLY FEE APP | .30 |
| 10/27/03 | RTT | DISCUSSION WITH J. BEAMON RE KRLS AUGUST FEE APPLICATION AND CERTIFICATE OF NO OBJECTION | .30 |
| 10/27/03 | RTT | RETRIEVE KRLS AUGUST FEE APPLICATION AND CERTIFICATE OF NO OBJECTION TO VERIFY FEES | .30 |
| 10/27/03 | RTT | DISCUSSION WITH T.CURRIER RE KRLS AUGUST FEE APPLICATION AND CERTIFICATE OF NO OBJECTION | .10 |
| 10/28/03 | FAP | CONFERENCE WITH RT REGARDING AUGUST FEES AND DISCLOSURE OF SAME IN SEPTEMBER FEE APPLICATION | .20 |
| 10/28/03 | RTT | DISCUSSION WITH RLT RE FILING OF KRLS TWENTY-THIRD MONTHLY FEE APPLICATION | .10 |
| 10/28/03 | RTT | COORDINATION WITH ACCOUNTING RE REVISIONS TO KRLS TWENTY-THIRD MONTHLY FEE APPLICATION | .40 |

**PENNSYLVANIA   •   DELAWARE   •   NEW JERSEY   •   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   NOVEMBER 24, 2003
MATTER : W9600-011
INVOICE : 165952

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 10/31/03    T C

RE:   FEE APPLICATIONS, APPLICANT

| | | | |
|---|---|---|---|
| 10/28/03 RTT | PREPARE EMAIL TO RLT RE REVISONS TO KRLS TWENTY-THIRD MONTHLY FEE APPLICATION | .10 |
| 10/28/03 RTT | REVISIONS TO KRLS TWENTY-THIRD MONTHLY FEE APPLICATION | 1.50 |
| 10/29/03 RLT | REVIEW OF KRLS 23RD MONTHLY FEE APPLICATION, EDITED AND DISCUSSED SAME RTT | .70 |
| 10/29/03 RTT | PREPARE AFFIDAVIT OF SERVICE RE KRLS TWENTY-THIRD MONTHLY FEE APPLICATION | .10 |
| 10/29/03 RTT | COMMUNICATIONS WITH RLT RE REVISIONS TO KRLS TWENTY-THIRD MONTHLY FEE APPLICATION | .30 |
| 10/29/03 RTT | E-FILE AND SERVE KRLS TWENTY-THIRD MONTHLY FEE APPLICATION FOR THE PERIOD SEPTEMBER 1, 2003 THROUGH SEPTEMBER 30, 2003 | .80 |
| 10/29/03 RTT | CALENDAR OBJECTION DEADLINE RE KRLS TWENTY-THIRD MONTHLY FEE APPLICATION | .10 |
| 10/29/03 RTT | BEGIN DRAFT OF KRLS TENTH QUARTERLY FEE APPLICATION FOR THE PERIOD JULY 1, 2003 THROUGH SEPTEMBER 30, 2003 | .60 |
| 10/29/03 TC | REVIEWED KLETT ROONEY FEE APPLICATION | .60 |
| 10/30/03 RTT | PREPARE DRAFT OF KLETT ROONEYS TENTH QUARTERLY FEE APPLICATION FOR PERIOD JULY 1, 2003 THROUGH SEPTEMBER 30, 2003 | 1.00 |

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE   :   NOVEMBER 24, 2003
MATTER :   W9600-011
INVOICE :   165952

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 10/31/03    T C

RE:   FEE APPLICATIONS, APPLICANT


### T I M E   S U M M A R Y

|              | RATE   | HOURS | TOTALS  |
|--------------|--------|-------|---------|
| F A PANCHAK  | 135.00 | .20   | 27.00   |
| R L THOMAS   | 210.00 | 2.10  | 441.00  |
| R T TAYLOR   | 125.00 | 9.70  | 1212.50 |
| T CURRIER    | 445.00 | 1.40  | 623.00  |
| TOTALS       |        | 13.40 | 2303.50 |

TOTAL FEES :                          2,303.50

TOTAL DUE  :                          2,303.50

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    NOVEMBER 24, 2003
MATTER :  W9600-012
INVOICE : 165953

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 10/31/03    T C

RE:  FEE APPLICATIONS, OTHERS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
| --- | --- | --- | --- |
| 09/28/03 | RLT | REVIEWED MONTHLY APPLICATION OF PITNEY, HARDIN, KIPP & SZUCH FOR PERIOD OF APRIL 1, 2003-JUNE 30, 2003 | .20 |
| 09/28/03 | RLT | REVIEWED EXAMINER'S REPORT FOR CAMPBELL & LEVINES NINTH INTERIM FEE APPLICATION | .20 |
| 09/28/03 | RLT | REVIEWED EXAMINER'S REPORT RE: APPLICATION OF WACHTELL, LIPTON, ROSEN & KATZ | .20 |
| 09/28/03 | RLT | REVIEWED MONTHLY APPLICATION OF CONWAY, DELGERIO, GRIES & CO. | .10 |
| 09/30/03 | RLT | REVIEWED MONTHLY APPLICATION OF CAMPBELL & LEVINE FOR AUGUST 1, 2003-AUGUST 31, 2003 | .10 |
| 09/30/03 | RLT | REVIEWED MOTION FOR PAYMENT OF ADMINISTRATIVE CLAIMS FILED BY STATE OF NEW YORK | .30 |
| 09/30/03 | RLT | REVIEWED EXAMINER'S REPORT; FEE AUDITOR'S FINAL REPORT REGARDING FEE APPLICATION OF HOLME ROBERTS & OWE, LLP | .30 |
| 09/30/03 | RLT | REVIEWED FEE AUDITOR'S FINAL REPORT REGARDING FEE APPLICATION OF PACHULSKI, STANG, ZIEHL, YOUNG & JONES FOR NINTH INTERIM PERIOD | .20 |
| 09/30/03 | RLT | REVIEWED MONTHLY APPLICATION OF DEBTORS FOR PERIOD FROM JULY 1, 2003 THROUGH JULY 31, 2003 FOR PACHULSKI, STANG | .20 |
| 09/30/03 | RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION FOR CASNER & EDWARDS, LLP | .10 |

**PENNSYLVANIA    ●    DELAWARE    ●    NEW JERSEY    ●    WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    NOVEMBER 24, 2003
MATTER :  W9600-012
INVOICE : 165953

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 10/31/03    T C

RE:  FEE APPLICATIONS, OTHERS

| | | | |
|---|---|---|---|
| 09/30/03 | RLT | REVIEWED MONTHLY APPLICATION OF POLICANO & MANZO FOR PERIOD OF AUGUST 1, 2003-AUGUST 31, 2003 | .10 |
| 09/30/03 | RLT | REVIEWED MONTHLY APPLICATION OF STROOCK & STROOCK FOR AUGUST 1, 2003-AUGUST 31, 2003 | .10 |
| 09/30/03 | RLT | REVIEWED MONTHLY APPLICATION OF LEGAL ANALYSIS, INC. FOR AUGUST 1, 2003-AUGUST 31, 2003 | .20 |
| 09/30/03 | RLT | REVIEWED MONTHLY APPLICATION OF CAPLIN & DRYSDALE | .20 |
| 10/02/03 | RLT | REVIEWED 25TH MONTHLY FEE APPLICATION OF KRAMER LEVIN FOR AUGUST 1, 2003-AUGUST 5, 2003 | .10 |
| 10/02/03 | RLT | REVIEWED REED SMITH LAP AS ASBESTOS PRODUCTS AUGUST 1, 2003-AUGUST 31, 2003 | .10 |
| 10/02/03 | RLT | REVIEWED FERRY, JOSEPH & PEARCE, P.A. MONTHLY FEE APPLICATION FOR AUGUST 1, 2003-AUGUST 31, 2003 | .10 |
| 10/02/03 | RLT | REVIEWED EXAMINER'S REPORT'S REGARDING FEE APPLICATION OF PRICEWATERHOUSE COOPER | .20 |
| 10/02/03 | RTT | EMAIL TO AND FROM K.MANGUAL RE KRAMER LEVIN'S TWENTY-FIFTH MONTHLY FEE APPLICATION | .10 |
| 10/02/03 | RTT | E-FILE AND SERVE KRAMER LEVIN'S TWENTY-FIFTH MONTHLY FEE APPLICATION FOR THE PERIOD AUGUST 1, 2003 THROUGH AUGUST 31, 2003 | .80 |
| 10/02/03 | RTT | CALENDAR OBJECTION DEADLINE RE KRAMER LEVIN'S TWENTY FIFTH MONTHLY FEE APPLICATION | .10 |

PENNSYLVANIA    ●    DELAWARE    ●    NEW JERSEY    ●    WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    NOVEMBER 24, 2003
MATTER :  W9600-012
INVOICE : 165953

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 10/31/03    T C

RE:   FEE APPLICATIONS, OTHERS

| | | |
|---|---|---|
| 10/03/03 RLT | REVIEWED QUARTERLY APPLICATION OF BANKRUPTCY MANAGEMENT FOR SERVICES PROVIDED FOR PERIOD OF APRIL 1, 2003-JUNE 30, 2003 | .20 |
| 10/03/03 RLT | REVIEWED FEE APPLICATION OF HOLME ROBERTS FOR AUGUST 1, 2003-AUGUST 31, 2003 | .10 |
| 10/03/03 RLT | REVIEWED FEE APPLICATION OF KIRK AND ELLIS FOR PERIOD OF AUGUST 1, 2003-AUGUST 31, 2003 | .10 |
| 10/03/03 RLT | REVIEWED FEE APPLICATION OF BANKRUPTCY MANAGEMENT - APRIL 1, 2003-APRIL 30, 2003 | .10 |
| 10/03/03 RLT | REVIEWED 14TH MONTHLY FEE APPLICATION OF BANKRUPTCY MANAGEMENT FOR PERIOD MAY 1, 2003-MAY 31, 2003 | .10 |
| 10/03/03 RLT | REVIEWED MONTHLY FEE APPLICATION OF BANKRUPTCY MANAGEMENT FOR JUNE 1, 2003-JUNE 30, 2003 | .10 |
| 10/06/03 RLT | REVIEWED FEE APPLICATION OF BILZIN SUMBERG FOR 8/1/03-8/31/03 | .10 |
| 10/12/03 RLT | REVIEWED FEE APPLICATION OF W.D. HILTON FOR 8/29/02 THROUGH 5/30/03 | .30 |
| 10/12/03 RLT | REVIEWED EXAMINERS REPORT RE CONWAY DEL GENIE, GRIMES & COB | .20 |
| 10/12/03 RLT | REVIEWED STATEMENT OF AMOUNTS PAID TO ORDINARY COURSE PROFESSIONAL FOR 4/2/01-9/30/03 | .30 |
| 10/12/03 RLT | REVIEWED FEE AUDITORS REPORT RE HARDIN, KIPP & SZUCH FOR NINTH INTERIM PERIOD | .20 |
| 10/15/03 RLT | REVIEWED DRAFT CNO FOR KRAMER'S 24TH FEE APPLICATION | .20 |

PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    NOVEMBER 24, 2003
MATTER :  W9600-012
INVOICE : 165953

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 10/31/03    T C

RE:  FEE APPLICATIONS, OTHERS

| | | | |
|---|---|---|---|
| 10/15/03 RLT | REVIEWED CNO PREPARED FOR KRAMER LEVIN | | .20 |
| 10/15/03 RTT | REVIEW DOCKET FOR OBJECTION TO KRAMER LEVIN'S TWENTY-FOURTH FEE APP(.1); DRAFT NO ORDER REQUIRED CERTIFICATE OF NO OBJECTION TO KRAMER LEVIN'S TWENTY FOURTH FEE APPLICATION(.4) | | .50 |
| 10/15/03 RTT | E-FILE AND SERVE NO ORDER CERTIFICATE OF NO OBJECTION TO KRAMER LEVIN'S TWENTY-FOURTH FEE APPLICATION | | .60 |
| 10/15/03 RTT | EMAIL TO RLT RE CNO TO KRAMERS TWENTY FOURTH FEE APP TO BE FILED TODAY | | .10 |
| 10/17/03 RLT | REVIEWED SUMMARY TO 28TH INTERIM FEE APPLICATION OF PITNEY HARDIN | | .20 |
| 10/17/03 RLT | REVIEWED COMPENSATION SUMMARY TO 18TH FEE APPLICATION OF CARELLA BYRNE BAIN | | .10 |
| 10/17/03 RLT | REVIEWED SUMMARY OF WOODCOCK WASHBURN FEE APP FOR AUGUST | | .10 |
| 10/17/03 RLT | REVIEWED 10/27 HEARING | | .40 |
| 10/22/03 RTT | DRAFT NO ORDER REQUIRED CERTIFICATE OF NO OBJECTION TO KRAMER LEVIN'S TWENTY-FIFTH MONTHLY FEE APPLICATION | | .40 |
| 10/22/03 RTT | REVIEW DOCKET FOR OBJECTIONS TO KRAMER LEVIN'S TWENTY-FIFTH MONTHLY FEE APPLICATION | | .10 |
| 10/22/03 RTT | DISTRIBUTE CNO TO KRAMER'S TWENTY-FIFTH FEE APPLICATION TO RLT FOR REVIEW | | .10 |
| 10/23/03 RTT | E-FILE AND SERVE NO ORDER REQUIRED CERTIFICATE OF NO OBJECTION TO KRAMER LEVIN'S TWENTY-FIFTH MONTHLY FEE APPLICATION | | .60 |

PENNSYLVANIA    ●    DELAWARE    ●    NEW JERSEY    ●    WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   NOVEMBER 24, 2003
MATTER :  W9600-012
INVOICE : 165953

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 10/31/03    T C

RE:  FEE APPLICATIONS, OTHERS

| | | | |
|---|---|---|---|
| 10/24/03 | RLT | REVIEWED 11TH MONTHLY FEE APPLICATION OF PRICEWATERHOUSE COOPER, LLP | .10 |
| 10/24/03 | RLT | REVIEWED MONTHLY FEE APPLICATION OF BILZIN & SUMBERG FOR SEPT. 1-30TH | .10 |
| 10/24/03 | RLT | REVIEWED 29TH MONTHLY FEE APPLICATION OF PACHULSKI & STANG | .10 |
| 10/27/03 | RLT | REVIEW SUMMARY APPLICATION OF HOLME ROBERTS & OWEN FOR FEES FOR SEPTEMBER 1-SEPTEMBER 30 | .10 |
| 10/29/03 | RLT | REVIEWED 13TH FEE APPLICATION OF FT I POLICANO & MANZO | .10 |
| 10/29/03 | RLT | REVIEWED 13TH FEE APPLICATION OF STROOCK & STROOCK | .10 |
| 10/29/03 | RLT | REVIEWED MONTHLY FEE APPLICATION OF CAMPBELL & LEVINE FOR SEPTEMBER 1-SEPTEMBER 30TH | .10 |
| 10/29/03 | RLT | REVIEWED MONTHLY FEE APPLICATION OF REED SMITH FOR SEPTEMBER 1-SEPTEMBER 30 | .10 |
| 10/29/03 | RLT | REVIEWED MONTHLY FEE APPLICATION FOR SEPTEMBER 1-SEPTEMBER 30 OF CAPLIN & DRYSDALE | .10 |
| 10/31/03 | RLT | REVIEWED 13TH MONTHLY APPLICATION OF PACHULSKI STANG | .10 |
| 10/31/03 | RLT | REVIEWED 3RD ORDER GRANTING RELIEF SOUGHT IN DEBTORS SECOND OMNIBUS OBJECTION | .10 |
| 10/31/03 | RLT | REVIEWED FEE APPLICATION OF COUNSEL TO ZONOLITE ATTIC FOR AUGUST 1-AUGUST 31, 2003 | .10 |
| 10/31/03 | RLT | REVIEWED FIRST MONTHLY FEE APPLICATION OF DELOITTE & TOUCHE | .10 |

PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    NOVEMBER 24, 2003
MATTER :  W9600-012
INVOICE : 165953

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 10/31/03    T C

RE:   FEE APPLICATIONS, OTHERS


10/31/03 RLT    REVIEWED FEE APPLICATION OF BILZIN SAMBERG FOR           .10
                JUNE 1-JUNE 30, 2003


### T I M E   S U M M A R Y
-----------------------

|               | RATE   | HOURS | TOTALS |
|---------------|--------|-------|--------|
| R L THOMAS    | 210.00 | 7.40  | 1554.00 |
| R T TAYLOR    | 125.00 | 3.40  | 425.00 |
| TOTALS        |        | 10.80 | 1979.00 |

TOTAL FEES :        1,979.00

TOTAL DUE   :        1,979.00


**PENNSYLVANIA    ●    DELAWARE    ●    NEW JERSEY    ●    WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    NOVEMBER 24, 2003
MATTER :  W9600-014
INVOICE : 165954

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 10/31/03    T C

RE:  HEARINGS


| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
| ---- | ---- | -------------------------------- | ----- |
| 10/09/03 | RLT | PREPARED HEARING SUMMARY FOR 9/22/03 HEARING | .60 |
| 10/21/03 | RTT | DOWNLOAD, REVIEW AND DISTRIBUTE NOTICE OF AGENDA FOR MATTERS SCHEDULED ON 10/27/03 | .30 |
| 10/21/03 | RTT | PREPARE HEARING FILE RE 10/27/03 HEARING AND RETRIEVE RELATIVE PLEADINGS RE SAME | 1.50 |
| 10/21/03 | TC | REVIEWED AGENDA FOR HEARING 10/27 | .50 |
| 10/27/03 | TC | REVIEWED AGENDA NOTICE FOR HEARING | .40 |
| 10/27/03 | TC | REVIEWED AMENDED AGENDA LETTER | .30 |


## T I M E   S U M M A R Y

|  | RATE | HOURS | TOTALS |
| --- | ---- | ----- | ------ |
| R L THOMAS | 210.00 | .60 | 126.00 |
| R T TAYLOR | 125.00 | 1.80 | 225.00 |
| T CURRIER | 445.00 | 1.20 | 534.00 |
| TOTALS | | 3.60 | 885.00 |

TOTAL FEES :                      885.00


TOTAL DUE  :                      885.00


PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :   NOVEMBER 24, 2003
                                             MATTER :  W9600-015
                                             INVOICE : 165955

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 10/31/03    T C

RE:  LITIGATION AND LITIGATION CONSULTING

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
| --- | --- | --- | --- |
| 10/03/03 | TC | REVIEWED DEBTORS' MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF INJUNCTION MOTION RE MONTANA VERMICULITE COMPANY | .40 |
| 10/03/03 | TC | REVIEWED DEBTORS' MOTION FOR LEAVE TO FILE REPLY ON STATE STREET OBJECTIONS | .40 |
| 10/17/03 | TC | REVIEWED HOLLANDS' MOTION FOR LEAVE TO FILE REPLY, AND ATTACHED REPLY | .40 |
| 10/21/03 | TC | REVIEWED SMOLKER RESPONSE IN OPPOSITION TO HOLLAND'S MOTION RE INJUNCTION ON APPEALS | .80 |
| 10/28/03 | RLT | REVIEWED ORDER APPROVING SETTLEMENT WITH KWELMB COMPANIES | .20 |
| 10/29/03 | RLT | REVIEWED NOTICE OF DEPOSITION OF C. JUDGSON HAMLIN PURSUANT TO FED. R. CIV. P. 30(B)(1) FILED BY COMMITTEE | .30 |
| 10/29/03 | RLT | REVIEWED NOTICE OF DEPOSITION OF W. R. GRACE PURSUANT TO RULE 30(B)(6) FILED BY COMMITTEE | .30 |
| 10/29/03 | TC | REVIEWED ORDER APPROVING PRIVILEGED AND CONFIDENTIAL SETTLEMENT AGREEMENT WITH KWELMB | .30 |
| 10/29/03 | TC | REVIEWED AFFIDAVIT OF JOANNE WILLS IN SUPPORT OF OBJECTION TO FUTURES REPRESENTATIVE | .50 |
| 10/30/03 | TC | REVIEWED THOMAS MULHAHY SUBPOENA | .30 |
| 10/30/03 | TC | REVIEWED NOTICES OF DEPOSITION DUCES TECUM FOR HAMLIN | .40 |

PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

```
DATE    :  NOVEMBER 24, 2003
MATTER  :  W9600-015
INVOICE :  165955
```

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 10/31/03    T C

RE:  LITIGATION AND LITIGATION CONSULTING

| | | | |
|---|---|---|---|
| 10/31/03 RLT | REVIEWED DEBTOR'S NINTH QUARTERLY SETTLEMENT REPORT | | .30 |
| 10/31/03 TC | REVIEWED OBJECTION TO WESTCONN'S MOTION TO COMPEL | | .40 |

## TIME SUMMARY

| | RATE | HOURS | TOTALS |
|---|---|---|---|
| R L THOMAS | 210.00 | 1.10 | 231.00 |
| T CURRIER | 445.00 | 3.90 | 1735.50 |
| TOTALS | | 5.00 | 1966.50 |

TOTAL FEES :               1,966.50

TOTAL DUE  :               1,966.50

---

**PENNSYLVANIA    ●    DELAWARE    ●    NEW JERSEY    ●    WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE    :   NOVEMBER 24, 2003
MATTER  :   W9600-016
INVOICE :   165956

    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 10/31/03    T C

    RE:  PLAN AND DISCLOSURE STATEMENT

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
| --- | --- | --- | --- |
| 10/13/03 | TC | REVIEWED DISCLOSURE OF LONDON MARKET INSURERS ISSUES | .50 |

### T I M E   S U M M A R Y

| | RATE | HOURS | TOTALS |
| --- | --- | --- | --- |
| T CURRIER | 445.00 | .50 | 222.50 |
| TOTALS | | .50 | 222.50 |

TOTAL FEES :                222.50

TOTAL DUE  :                222.50

**PENNSYLVANIA   •   DELAWARE   •   NEW JERSEY   •   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   NOVEMBER 24, 2003
MATTER :  W9600-017
INVOICE : 165970

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 10/31/03    T C

RE:  RELIEF FROM STAY PROCEEDINGS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
| ---- | ---- | -------------------------------- | ----- |
| 10/13/03 | TC | REVIEWED OLDCASTLE MOTION FOR RELIEF FROM STAY | .40 |
| 10/20/03 | TC | REVIEWED DEBTORS' OBJECTION TO OLDCASTLE'S MOTION FOR RELIEF FROM STAY | .50 |

### T I M E   S U M M A R Y

| | RATE | HOURS | TOTALS |
| ---- | ---- | ----- | ------ |
| T CURRIER | 445.00 | .90 | 400.50 |
| TOTALS | | .90 | 400.50 |

TOTAL FEES :            400.50

TOTAL DUE  :            400.50

**PENNSYLVANIA   •   DELAWARE   •   NEW JERSEY   •   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    NOVEMBER 24, 2003
MATTER :  W9600-018
INVOICE : 165971

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 07/31/03    T C

RE:  TAX ISSUES

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 10/30/03 | RLT | REVIEWED ORDER AUTHORIZING DEBTORS TO PAY CERTAIN AMOUNTS DUE UNDER FLORIDA PERSONAL PROPERTY TAX | .10 |
| 10/30/03 | TC | REVIEWED ORDER AUTHORIZING PAYMENT OF FLORIDA INTANGIBLE TAX | .30 |

### T I M E   S U M M A R Y

| | RATE | HOURS | TOTALS |
|---|------|-------|--------|
| R L THOMAS | 210.00 | .10 | 21.00 |
| T CURRIER | 445.00 | .30 | 133.50 |
| TOTALS | | .40 | 154.50 |

TOTAL FEES :        154.50

TOTAL DUE  :        154.50

**PENNSYLVANIA    ●    DELAWARE    ●    NEW JERSEY    ●    WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   NOVEMBER 24, 2003
MATTER :  W9600-019
INVOICE : 165957

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 10/31/03    T C

RE:  TAX LITIGATION

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
| ---- | ---- | -------------------------------- | ----- |
| 10/30/03 | TC | REVIEWED ORDER AUTHORIZING SETTLEMENT OF NY STATE AUDIT | .20 |

### TIME SUMMARY

| | | RATE | HOURS | TOTALS |
| --- | --- | ---- | ----- | ------ |
| T CURRIER | | 445.00 | .20 | 89.00 |
| | TOTALS | | .20 | 89.00 |

TOTAL FEES :                 89.00

TOTAL DUE  :                 89.00

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**