## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

IN RE:

W.R. GRACE & CO., *et al.*,

                Debtors.

Chapter 11

Case No. 01-1139 (JKF)

(Jointly Administered)

**Objection Deadline: December 17, 2003 @ 4:00 p.m.**

---

### TWENTY-SIXTH MONTHLY FEE APPLICATION OF KRAMER LEVIN NAFTALIS & FRANKEL LLP, COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY HOLDERS, FOR COMPENSATION AND REIMBURSEMENT OF DISBURSEMENTS FOR THE PERIOD FROM SEPTEMBER 1, 2003 THROUGH SEPTEMBER 30, 2003

Name of Applicant:    *Kramer Levin Naftalis & Frankel LLP*

Authorized to Provide
Professional Services to:    *Official Committee of Equity Holders*

Date of Retention:    *As of July 18, 2001 nunc pro tunc*

Period for which compensation
and reimbursement is sought:    *September 1, 2003 through and including September 30, 2003*

Amount of Compensation sought a
actual, reasonable and necessary: *$15,004.00*
Amount of Expense Reimbursement sought as
actual, reasonable and necessary: *$334.63*

This is a(n):    __x__  monthly       __    interim application

**Prior Applications:**

| Date Filed | Period Covered | Requested Fees/ Expenses | Paid Fees/ Expenses |
|---|---|---|---|
| February 28, 2002 | January 1, 2002 - January 31, 2002 | $23,807.50 $1,961.58 | $19,046.00 $1,961.58 |
| April 1, 2002 | February 1, 2002 - February 28, 2002 | $36,382.50 $2,894.44 | $29,106.00 $2,894.44 |
| May 8, 2002 | March 1, 2002 - March 31, 2002 | $32,575.00 $2,107.64 | $26,060.00 $2,107.64 |
| May 15, 2002 (Quarterly) | January 1, 2002 - March 31, 2002 | $92,765.00 $6,963.66 | $92,765.00 $6,963.66 |
| June 17, 2002 | April 1, 2002 - April 30, 2002 | $28,794.00 $2,669.24 | $23,035.20 $2,669.24 |
| August 5, 2002 | May 1, 2002 May 31, 2002 | $24,232.00 $2,299.11 | $19,385.60 $2,299.11 |
| September 4, 2002 | June 1, 2002 June 30, 2002 | $20.392.50 $388.61 | $16,314.00 $388.61 |
| September 18 2002 (Quarterly) | April 1, 2002 June 30, 2002 | $73,418.50 $5,356.96 | $69,340.00[1] $5,356.96 |
| November 4, 2002 | July 1, 2002 July 31, 2002 | $28,083.50 $1,121.59 | $22,466.80 $1,121.59 |
| October 24, 2002 | August 1, 2002 August 31, 2002 | $33,598.50 $7,190.62 | $26,878.80 $7,190.62 |
| November 5, 2002 | September 1, 2002 September 30, 2002 | $25,584.50 $1,761.46 | $20,467.60 $1,761.46 |
| November 21, 2002 (Quarterly) | July 1, 2002 September 30, 2002 | $87,266.50 $10,070.69 | pending |
| November 25, 2002 | October 1, 2002 October 31, 2002 | $39,887.50 $2,124.93 | $31,910.00 $2,124.93 |

---

[1] The twenty percent holdback ($4,078.50) for the month of June is still outstanding.

KL2:2238811 1

| | | | |
|---|---|---|---|
| January 14, 2003 | November 1, 2002<br>November 30, 2002 | $18,704.00<br>$652.12 | $14,963.20<br>$652.12 |
| February 10, 2003 | December 1, 2002<br>December 31, 2002 | $11,853.50<br>$816.82 | $9,482.80<br>$816.82 |
| February 25, 2003 | January 1, 2003<br>January 31, 2003 | $11,100.00<br>$927.47 | $8,880.00<br>$927.47 |
| March 11, 2003 | October 1, 2002<br>December 31, 2002 | $70,445.00<br>$3,575.61 | pending |
| April 8, 2003 | February 1, 2003<br>February 28, 2003 | $13,418.00<br>$240.08 | $10,734.40<br>$240.08 |
| May 6, 2003 | March 1, 2002<br>March 31, 2003 | $26,969.00<br>$452.38 | $21,575.20<br>$452.38 |
| May 15, 2003 | January 1, 2003<br>March 31, 2002 | $51,487.00<br>$1,619.93 | pending |
| June 4, 2003 | April 1, 2003<br>April 30, 2003 | $7,609.00<br>$1,594.42 | $6,087.20<br>$1,594.42 |
| June 26, 2003 | May 1, 2003<br>May 31, 2003 | $9,411.00<br>$107.57 | $7,528.77<br>$107.57 |
| August 13, 2003 | June 1, 2003<br>June 30, 2003 | $10,427.00<br>$137.09 | $8,341.60<br>$137.09 |
| August 21, 2003 | April 1, 2003<br>June 30, 2003 | $27,447.00<br>$1,839.08 | pending |
| September 25,2003 | July 1, 2003<br>July 31, 2003 | $9,272.50<br>$32.30 | pending |
| October 2, 2003 | August 1, 2003<br>August 31, 2003 | $9,815.50<br>$130.93 | pending |

## SUMMARY OF TIME FOR BILLING PERIOD
## SEPTEMBER 1, 2003 THROUGH SEPTEMBER 30, 2003

| Name | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|
| Bentley, Philip | 525.00 | 5.10 | $2,677.50 |
| Becker, Gary M. | 470.00 | 17.20 | $8,084.00 |
| Klein, David | 365.00 | 7.50 | $2,737.50 |
| Mangual, Kathleen | 185.00 | 7.40 | $1,369.00 |
| Curney, Lueann | 170.00 | 0.80 | $136.00 |
| **Total** | | **38.00** | **$15,004.00** |

KL2:223881: 1

## COMPENSATION SUMMARY BY PROJECT CATEGORY

| Project Category | Total Hours for the Period 9/1/03 through 9/30/03 | Total Fees for the Period 9/1/03 through 9/30/03 |
|---|---|---|
| Case Administration | 12.70 | $3,721.50 |
| Claim Analysis Objection & Resolution (Asbestos) | 3.10 | $1,627.50 |
| Creditor Committee | 10.00 | $4,804.00 |
| Bankruptcy Motion | 5.20 | $2,444.00 |
| Fee Applications, Applicant | 3.10 | $687.50 |
| Financing | 0.40 | $74.00 |
| Hearings | 2.00 | $940.00 |
| Travel Non-Working | 1.50 | $705.00 |
| **Total** | **38.00** | **$15,004.00** |

## EXPENSE SUMMARY

| Expense Category | Total Expenses For the Period 9/1/03 through 9/30/03 |
|---|---|
| Telecopier | $2.00 |
| Photocopying | $39.75 |
| Research Services | $28.00 |
| Lexis/Nexis On-Line Research | $148.00 |
| Messenger Service | $116.88 |
| **Total** | **$334.63** |

KRAMER LEVIN NAFTALIS & FRANKEL LLP

By: _Philip Bentley_

Philip Bentley
Gary M. Becker
919 Third Avenue
New York, New York 10022
(212) 715-9100

Counsel to the Official Committee of
Equity Holders

Dated:  November 25, 2003

- 4 -

## SCHEDULE OF TIME CHARGES AND RATES
## FOR THE PERIOD SEPTEMBER 1, 2003 THROUGH SEPTEMBER 30, 2003

### CASE ADMINISTRATION

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BENTLEY, PHILIP | CRED | 0.10 | 525.00 | 52.50 |
| KLEIN, DAVID | CRED | 7.50 | 365.00 | 2,737.50 |
| PARAPROFESSIONALS | | | | |
| MANGUAL, KATHLEEN | CRED | 4.30 | 185.00 | 795.50 |
| CURNEY, LUEANN | CRED | 0.80 | 170.00 | 136.00 |
| | Subtotal | 12.70 | $ | 3,721.50 |

### CREDITOR COMMITTEE

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BENTLEY, PHILIP | CRED | 1.90 | 525.00 | 997.50 |
| BECKER, GARY M. | CRED | 8.10 | 470.00 | 3,807.00 |
| | Subtotal | 10.00 | $ | 4,804.50 |

### FINANCING

| PARAPROFESSIONAL | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| MANGUAL, KATHLEEN | CRED | 0.40 | 185.00 | 74.00 |
| | Subtotal | 0.40 | $ | 74.00 |

### BANKR. MOTIONS

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BECKER, GARY M. | CRED | 5.20 | 470.00 | 2,444.00 |
| | Subtotal | 5.20 | $ | 2,444.00 |

### FEE APPLICATIONS, APPLICANT

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BECKER, GARY M. | CRED | 0.40 | 470.00 | 188.00 |
| PARAPROFESSIONAL | | | | |
| MANGUAL, KATHLEEN | CRED | 2.70 | 185.00 | 499.50 |
| | Subtotal | 3.10 | $ | 687.50 |

KL4:2085965 1

# SCHEDULE OF TIME CHARGES AND RATES
## FOR THE PERIOD SEPTEMBER 1, 2003 THROUGH SEPTEMBER 30, 2003

### CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|----------|-----------|-------|-------------|--------|
| BENTLEY, PHILIP | CRED | 3.10 | 525.00 | 1,627.50 |
| | Subtotal | 3.10 | $ | 1,627.50 |

### HEARINGS

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|----------|-----------|-------|-------------|--------|
| BECKER, GARY M. | CRED | 2.00 | 470.00 | 940.00 |
| | Subtotal | 2.00 | $ | 940.00 |

### TRAVEL\NON-WORKING

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|----------|-----------|-------|-------------|--------|
| BECKER, GARY M. | CRED | 1.50 | 470.00 | 705.00 |
| | Subtotal | 1.50 | $ | 705.00 |
| | Total | 38.00 | $ | 15,004.00 |

# SCHEDULE OF TIME CHARGES AND RATES
## FOR THE PERIOD SEPTEMBER 1, 2003 THROUGH SEPTEMBER 30, 2003

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BENTLEY, PHILIP | PARTNER | 5.10 | 525.00 | 2,677.50 |
| BECKER, GARY M. | SPEC COUNS | 17.20 | 470.00 | 8,084.00 |
| KLEIN, DAVID | ASSOCIATE | 7.50 | 365.00 | 2,737.50 |
| MANGUAL, KATHLEEN | PARALEGAL | 7.40 | 185.00 | 1,369.00 |
| CURNEY, LUEANN | PARALEGAL | 0.80 | 170.00 | 136.00 |
| | Total | 38.00 | | $15,004.00 |

KL4:2085965 1

# SCHEDULE OF DISBURSEMENTS
## FOR THE PERIOD SEPTEMBER 1, 2003 THROUGH SEPTEMBER 30, 2003

| DISBURSEMENTS | AMOUNT |
|---|---|
| TELECOPIER | 2.00 |
| PHOTOCOPYING | 39.75 |
| RESEARCH SERVICES | 28.00 |
| LEXIS/NEXIS  ON-LINE RESEARCH | 148.00 |
| MESSENGER SERVICE | 116.88 |
| Subtotal | $334.63 |

# SCHEDULE OF VOLUNTARY DISBURSMENT REDUCTIONS
## FOR THE PERIOD SEPTEMBER 1, 2003 THROUGH SEPTEMBER 30, 2003

| DISBURSEMENTS | AMOUNT |
|---|---|
| TELECOPIER | 1.00 |
| PHOTOCOPYING | 21.20 |
| Subtotal | $22.20 |