alp_112c: Billed Charges Analysis

Run Date & Time: 11/14/2003 14:55:18

KRAMER LEVIN NAFTALIS & FRANKEL LLP
"PRIVILEGED AND CONFIDENTIAL"

PAGE    1

Client No: 056772
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE

Special Billing Instructions: reduce tele: 1.00/photo. 0.15/w/o manu. services

```
PRE-BILLING SUMMARY REPORT
```

|  | UNBILLED TIME FROM: | 01/01/1901 | TO: | 09/30/2003 |
|  | UNBILLED DISB FROM: | 01/01/1901 | TO: | 09/30/2003 |

|  | FEES | COSTS |
| GROSS BILLABLE AMOUNT: | 15,004.00 | 334.63 |
| AMOUNT WRITTEN DOWN: | | |
| PREMIUM: | | |
| ON ACCOUNT BILLED: | | |
| DEDUCTED FROM PAID RETAINER: | | |
| AMOUNT BILLED: | | |
| THRU DATE: | | |
| CLOSE MATTER/FINAL BILLING?      YES    OR    NO | | |
| EXPECTED DATE OF COLLECTION: | 09/30/2003 | 09/30/2003 |

BILLING PARTNER APPROVAL:

BILLING COMMENTS:

WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

```
ACCOUNTS RECEIVABLE TOTALS                                    UNAPPLIED CASH
```

| FEES: | 39,581.43 | UNIDENTIFIED RECEIPTS: | 0.00 |
| DISBURSEMENTS: | 497.86 | PAID FEE RETAINER: | 0.00 |
| FEE RETAINER: | 0.00 | PAID DISB RETAINER: | 0.00 |
| DISB RETAINER: | 0.00 | TOTAL AVAILABLE FUNDS: | 0.00 |
| TOTAL OUTSTANDING: | 55,681.47 | TRUST BALANCE: | |

```
BILLING HISTORY
```

| DATE OF LAST BILL: | 11/14/03 | LAST PAYMENT DATE: | 10/23/03 |
| LAST BILL NUMBER: | 379590 | FEES BILLED TO DATE: | 618,214.50 |
| LAST BILL THRU DATE: | 09/30/03 | TOTAL AVAILABLE FUNDS: | |
| | | FEES WRITTEN OFF TO DATE: | 554,674.18 |

FOR ACCTG USE ONLY:          Write Down/Up Reason Codes:

(1) Exceeded Fixed Fee          (6) Summer Associate
(2) Late Time & Costs Posted    (7) Fixed Fee
(3) Pre-arranged Discount        (8) Premium
(4) Excessive Legal Time         (9) Rounding
(5) Business Development         (10) Client Arrangement

BILL NUMBER: _____    DATE OF BILL: _____    Processed by: _____    FRC: _____    CRC: _____

alp_132c: Billed Charges Analysis

Run Date & Time: 11/14/2003 14:55:21

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE   2

Client No: 056772
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE

## B I L L E D   T I M E   S U M M A R Y

| Emp Id | Employee Name | Group | Oldest | Latest | Total Hours | Billed Amount |
|---|---|---|---|---|---|---|
| 02495 | BENTLEY, PHILIP | PARTNER | 09/10/03 | 09/18/03 | 5.10 | 2,677.50 |
| 05292 | BECKER, GARY M. | SPEC COUNSEL | 09/02/03 | 09/22/03 | 17.20 | 8,084.00 |
| 05646 | KLEIN, DAVID | ASSOCIATE | 09/01/03 | 09/30/03 | 7.50 | 2,737.50 |
| | PARAPROFESSIONALS | | | | | |
| 05208 | MANGUAL, KATHLEEN | PARALEGAL | 09/30/03 | 09/30/03 | 7.40 | 1,369.00 |
| 05408 | CURNEY, LUEANN | PARALEGAL | 09/18/03 | 09/18/03 | 0.80 | 136.00 |
| | Total: | | | | 38.00 | 15,004.00 |

## B I L L E D   C O S T S   S U M M A R Y

| Code | Description | Oldest Entry | Latest Entry | Total Amount |
|---|---|---|---|---|
| 0815 | TELECOPIER | 09/22/03 | 09/22/03 | 2.00 |
| 0820 | PHOTOCOPYING | 09/18/03 | 09/30/03 | 39.75 |
| 0841 | RESEARCH SERVICES | 09/11/03 | 09/11/03 | 28.00 |
| 0921 | LEXIS / NEXIS ON -LINE RESSAR | 09/11/03 | 09/11/03 | 148.00 |
| 0930 | MESSENGER/COURIER | 09/10/03 | 09/15/03 | 116.88 |
| | Total | | | 334.63 |
| | Grand Total | | | 15,338.63 |

## B I L L I N G   &   P A Y M E N T   H I S T O R Y   (Reflects Payments As of 11/14/03 14:55:21)

| Bill Date | Thru Date | Bill# | Fee & OA | Billed Disbursement | Applied From OA | Collections Total | Collections Date | Balance Due |
|---|---|---|---|---|---|---|---|---|
| YEAR 2001 | | | | | | | | |
| 01/18/02 | 12/31/01 | 345477 | 138,553.50 | 16,080.63 | | 154,634.13 | 09/13/02 | |
| 01/31/02 | 12/31/01 | 346114 | 30,125.00 | .00 | | .00 | | |
| 02/27/02 | 01/31/02 | 340586 | 23,407.50 | 1,961.58 | | 25,369.08 | 10/30/02 | |
| 03/27/02 | 02/28/02 | 348979 | 29,782.50 | 2,597.44 | | 32,379.94 | 10/30/02 | |
| 04/30/02 | 03/31/02 | 347464 | 28,405.00 | 2,107.94 | | 30,512.94 | 10/30/02 | |
| 06/10/02 | 04/30/02 | 352100 | 28,794.00 | 2,669.24 | | 31,463.24 | 09/13/02 | |
| 07/12/02 | 05/31/02 | 352980 | 24,232.00 | 2,297.61 | | 26,529.61 | 12/31/02 | |
| 08/15/02 | 06/30/02 | 357518 | 20,297.50 | 388.61 | | 20,686.11 | 10/30/02 | |
| 08/19/02 | 07/31/02 | 356269 | 26,500.82 | 1,121.59 | | 27,622.41 | 12/31/02 | |
| 09/30/02 | 08/31/02 | 358460 | 31,431.00 | 2,753.47 | | 34,184.47 | 11/26/02 | |
| 10/31/02 | 09/30/02 | 359721 | 25,584.50 | 1,761.46 | | 27,345.96 | 12/31/02 | |
| 11/19/02 | 10/31/02 | 361261 | 38,997.50 | 2,124.93 | | 41,122.43 | 12/31/02 | |
| 12/31/02 | 11/30/02 | 362365 | 18,704.00 | 633.86 | | 19,337.86 | 02/18/03 | |
| 01/31/03 | 12/31/02 | 364671 | 11,853.50 | 816.82 | | 12,670.32 | 03/25/03 | |
| 02/20/03 | 01/31/03 | 365684 | 11,100.00 | 927.47 | | 12,027.47 | 12/31/03 | |
| 03/19/03 | 02/28/03 | 367178 | 12,123.00 | 240.08 | | 12,363.00 | 07/25/03 | |
| 04/29/03 | 03/31/03 | 369330 | 26,969.00 | 452.38 | | 27,421.38 | 12/23/03 | |
| 05/16/03 | 04/30/03 | 370445 | 7,609.00 | 1,594.42 | | 7,681.62 | 10/23/03 | 1,521.80 |

alp_132c: Billed Charges Analysis

Run Date & Time: 11/14/2003 14:55:21

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
"PRIVILEGED AND CONFIDENTIAL"

PAGE    3

Client No: 056772
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE

B I L L I N G  &  P A Y M E N T   H I S T O R Y  (Reflects Payments As of 11/14/03 14:55:21)

| Bill Date | Thru Date | Bill# | Fee & OA | Billed Disbursement | Applied From OA | Collections Total | Date | Balance Due |
|-----------|-----------|-------|----------|---------------------|-----------------|-------------------|------|-------------|
| 06/17/03 | 05/31/03 | 371897 | 9,411.00 | 107.57 | | 7,636.34 | 08/19/03 | 1,882.23 |
| 07/24/03 | 06/30/03 | 371881 | 10,427.00 | 137.09 | | 8,478.69 | 10/23/03 | 2,085.40 |
| 08/31/03 | 07/31/03 | 375389 | 9,272.50 | 32.30 | | .00 | | 9,304.80 |
| 09/30/03 | 07/31/03 | 376733 | 9,815.50 | 130.93 | | .00 | | 9,946.43 |
| 11/14/03 | 09/30/03 | 379550 | 15,004.00 | 334.63 | | .00 | | 15,338.63 |
| | | Total: | 588,399.32 | 43,610.28 | | 591,930.31 | | 40,079.29 |
| | | Total: | 58,399.32 | 43,610.28 | | 591,930.31 | | 40,079.29 |

alp_132r: Billed Charges Analysis

**KRAMER LEVIN NAFTALIS & FRANKEL, LLP**
**\*PRIVILEGED AND CONFIDENTIAL\***

PAGE    1

Run Date & Time: 11/14/2003 14:55:16

Matter No: 056772-00001                                      Orig Prtnr : CRED. RGTS - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE              Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : CASE ADMINISTRATION                           Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                             Status    : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15/w/o manu. services

---

**PRE-BILLING SUMMARY REPORT**

|                               |            |        | FEES    |                               |            |        | COSTS  |
|-------------------------------|------------|--------|---------|-------------------------------|------------|--------|--------|
| UNBILLED TIME FROM:           | 09/01/2003 |        |         | TO:                           | 09/30/2003 |        |        |
| UNBILLED DISB FROM:           | 09/10/2003 |        |         | TO:                           | 09/30/2003 |        |        |

GROSS BILLABLE AMOUNT:                                          3,721.50                                                        225.75
AMOUNT WRITTEN DOWN:
PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
DISB RETAINER:
AMOUNT BILLED:
THRU DATE:
CLOSE MATTER/FINAL BILLING?          YES    OR    NO
EXPECTED DATE OF COLLECTION?                             09/30/2003

BILLING PARTNER APPROVAL:                               WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:          BENTLEY PHILIP - 02495

---

**ACCOUNTS RECEIVABLE TOTALS**                              **UNAPPLIED CASH**

|                        |           |                           |          |
|------------------------|-----------|---------------------------|----------|
| FEES:                  | 11,598.70 | UNIDENTIFIED RECEIPTS:    | 0.00     |
| DISBURSEMENTS:         | 328.70    | PAID FEE RETAINER:        | 0.00     |
| FEE RETAINER:          | 0.00      | PAID DISB RETAINER:       | 0.00     |
| DISB RETAINER:         | 0.00      | TOTAL AVAILABLE FUNDS:    | 0.00     |
| TOTAL OUTSTANDING:     | 11,927.40 | TRUST BALANCE:            |          |
|                        |           | BILLING HISTORY           |          |

|                        |           |                           |            |
|------------------------|-----------|---------------------------|------------|
| DATE OF LAST BILL:     | 11/14/03  | LAST PAYMENT DATE:        | 10/23/03   |
| LAST BILL NUMBER:      | 379590    | FEES BILLED TO DATE:      | 179,329.00 |
| LAST BILL THRU DATE:   | 09/30/03  | FEES WRITTEN OFF TO DATE: | 78,295.00  |

FOR ACCTG USE ONLY:          Write Down/Up Reason Codes:

     (1) Exceeded Fixed Fee          (6) Summer Associate
     (2) Late Time & Costs Posted    (7) Fixed Fee
     (3) Pre-arranged Discount       (8) Premium
     (4) Excessive Legal Time        (9) Rounding
     (5) Business Development        (10) Client Arrangement

BILL NUMBER:_____    DATE OF BILL:_____    Processed by:_____    FRC:_____    CRC:_____

alp_132r: Billed Charges Analysis

PAGE   2

Run Date & Time: 11/14/2003 14:55:16

KRAMER LEVIN NAFTALIS & FRANKEL LLP

*PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00001                                          Orig Prtnr : CRED. RGTS - 06975        Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                  Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : CASE ADMINISTRATION                                Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                              Status    : ACTIVE

**B I L L E D   T I M E   S U M M A R Y**                         --------- Total ---------

| Emp Id Employee Name | Group | Oldest | Latest | Billed Hours | Amount |
|---|---|---|---|---|---|
| 02495 BENTLEY, PHILIP | CRED | 09/12/03 | 09/12/03 | 0.10 | 52.50 |
| 05646 KLEIN, DAVID | CRED | 09/01/03 | 09/30/03 | 7.50 | 2,737.50 |
| PARAPROFESSIONALS | | | | | |
| 05208 MANGUAL, KATHLEEN | CRED | 09/02/03 | 09/19/03 | 4.30 | 795.50 |
| 05408 CURNEY, LUSANN | CRED | 09/18/03 | 09/18/03 | 0.80 | 136.00 |

Total:                                                                      12.70      3,721.50

**Sub-Total Hours :**       0.10 Partners      0.00 Counsels      7.50 Associates      5.10 Legal Assts      0.00 Others

**B I L L E D   C O S T S   S U M M A R Y**      --------- Total Billed ---------

| Code | Description | Oldest Entry | Latest Entry | Total Amount |
|---|---|---|---|---|
| 0820 | PHOTOCOPYING | 09/18/03 | 09/30/03 | 39.75 |
| 0841 | RESEARCH SERVICES | 09/11/03 | 09/11/03 | 28.00 |
| 0921 | LEXIS / NEXIS ON -LINE RESEAR | 09/11/03 | 09/11/03 | 148.00 |
| 0930 | MESSENGER/COURIER | 09/10/03 | 09/10/03 | 10.00 |

Total                                                              225.75

Grand Total                                                     ===========
                                                                  3,947.25

**B I L L I N G   &   P A Y M E N T   H I S T O R Y** (Reflects Payments As of 11/14/03 14:55:16)

| Bill Date Thru Date Bill# | ------ Fee & OA ------ | | ---- Collections ---- | Balance |
|---|---|---|---|---|
| | Billed | Disbursement | Applied From OA | Total | Date | Due |
| YEAR 2001 | | | | | | |
| 01/18/02 12/31/01 345477 | 71,036.50 | 8,160.18 | | 79,196.68 | | |
| 01/31/02 07/31/01 346114 | 8,017.00 | 1,134.54 | | 9,151.54 09/13/02 | |
| 02/27/02 01/31/01 340586 | .00 | .00 | | .00 | | |
| 03/27/02 02/28/02 348979 | 1,970.00 | 1,638.70 | | 6,608.70 10/30/02 | |
| 04/30/02 03/31/02 347464 | 1,970.00 | 612.36 | | 2,582.36 10/30/02 | |
| 06/10/02 04/30/02 352100 | 4,590.00 | 876.66 | | 5,466.66 10/30/02 | |
| 07/12/02 05/31/02 352980 | 13,974.00 | 1,489.97 | | 15,463.97 09/13/02 | |
| 08/15/02 06/30/02 357518 | 6,262.00 | 2,100.07 | | 8,362.07 10/30/02 | |
| 08/19/02 07/31/02 356269 | 3,870.00 | 332.91 | | 4,202.91 10/30/02 | |
| 09/30/02 08/31/02 358460 | 5,975.00 | 367.89 | | 6,342.89 12/31/02 | |
| 10/31/02 09/30/02 359721 | 4,022.50 | 1,169.59 | | 5,192.09 11/26/02 | |
| 11/19/02 10/31/02 361261 | 1,255.50 | 1,759.36 | | 3,014.86 12/31/02 | |
| 12/31/02 11/30/02 362365 | 4,217.00 | 1,777.44 | | 5,994.44 12/31/02 | |
| 01/31/03 12/31/02 364671 | 4,769.50 | 353.77 | | 5,123.27 02/18/03 | |
| 02/20/03 01/31/03 365684 | 6,081.00 | 733.32 | | 6,814.32 03/25/03 | |
| 03/19/03 02/28/03 367118 | 1,726.50 | 175.30 | | 1,901.80 05/27/03 | |

alp_132r: Billed Charges Analysis

Run Date & Time: 11/14/2003 14:55:16

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE   3

Matter No: 056772-00001                                    Orig Prtnr : CRED. RGTS - 06975              Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : CASE ADMINISTRATION                          Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                              Status    : ACTIVE

B I L L I N G   &   P A Y M E N T   H I S T O R Y   (Reflects Payments As of 11/14/03 14:55:16)

| Bill Date | Thru Date | Bill# | Fee & OA | Billed Disbursement | Applied From OA | Total | Collections Date | Balance Due |
|-----------|-----------|-------|----------|---------------------|-----------------|-------|------------------|-------------|
| 04/29/03 | 03/31/03 | 369330 | 4,200.00 | 435.90 | | 4,635.90 | 10/23/03 | |
| 05/15/03 | 04/30/03 | 370445 | 4,021.00 | 627.57 | | 4,648.57 | 10/23/03 | |
| 06/17/03 | 05/31/03 | 371897 | 3,418.50 | 105.57 | | 2,840.37 | 08/19/03 | 683.70 |
| 07/24/03 | 06/30/03 | 373811 | 2,578.50 | 135.30 | | 2,713.80 | 10/23/03 | |
| 08/31/03 | 07/31/03 | 375389 | 3,533.50 | 13.06 | | .00 | | 3,546.56 |
| 09/30/03 | 08/31/03 | 376733 | 3,660.00 | 89.89 | | .00 | | 3,749.89 |
| 11/14/03 | 09/30/03 | 379590 | 3,721.50 | 225.75 | | .00 | | 3,947.25 |
| | | Total: | 170,134.00 | 25,219.47 | | 183,426.07 | | 11,927.40 |

alp_132r: Billed Charges Analysis

Run Date & Time: 11/14/2003 14:55:16

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE 4

Matter No: 056772-00001
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CASE ADMINISTRATION
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:
Bill Frequency: M

Status : ACTIVE

**BILLED TIME DETAIL**

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| KLEIN, DAVID | 09/01/03 | review pleadings/filings, distr same as necessary (1.1) | 0.40 | 146.00 | 4822174 | 09/19/03 |
| MANGUAL, KATHLEEN | 09/02/03 | organization of files and update pleadings index (1.1) | 1.10 | 203.50 | 4817217 | 09/19/03 |
| KLEIN, DAVID | 09/02/03 | review pleadings/filings. | 0.10 | 36.50 | 4822175 | 09/19/03 |
| KLEIN, DAVID | 09/03/03 | review pleadings/filings. | 0.10 | 36.50 | 4822176 | 09/19/03 |
| KLEIN, DAVID | 09/04/03 | review pleadings/filings, distr same as necessary. | 0.60 | 219.00 | 4822177 | 09/19/03 |
| KLEIN, DAVID | 09/05/03 | review filings. | 0.10 | 36.50 | 4822178 | 09/19/03 |
| KLEIN, DAVID | 09/08/03 | review filings. | 0.10 | 36.50 | 4822179 | 09/19/03 |
| KLEIN, DAVID | 09/08/03 | review filings. | 0.10 | 36.50 | 4822180 | 09/19/03 |
| MANGUAL, KATHLEEN | 09/09/03 | Organization of files, chron correspondence and update pleadings index (0.90) | 0.90 | 166.50 | 4822181 | 09/19/03 |
| KLEIN, DAVID | 09/10/03 | review filings. | 0.10 | 36.50 | 4822182 | 09/19/03 |
| MANGUAL, KATHLEEN | 09/10/03 | Retrieval of Babcock & Wilcox DS and Plan of Reorganization, email such to G Becker (.70) | 0.70 | 129.50 | 4822183 | 09/19/03 |
| KLEIN, DAVID | 09/11/03 | review pleadings/filings, distr same as necessary. | 0.60 | 219.00 | 4822184 | 09/19/03 |
| MANGUAL, KATHLEEN | 09/11/03 | Legal research re: Babcock & Wilcox via Nexis (1.0) | 1.00 | 185.00 | 4844014 | 10/02/03 |
| KLEIN, DAVID | 09/12/03 | review filings, distr. same as nec. | 0.10 | 36.50 | 4822185 | 09/19/03 |
| BENTLEY, PHILIP | 09/12/03 | Discs M. Doheny re status of case. | 0.10 | 52.50 | 4834433 | 09/29/03 |
| KLEIN, DAVID | 09/15/03 | review pleadings/filings, distr same as necessary. | 0.20 | 73.00 | 4822186 | 09/19/03 |
| KLEIN, DAVID | 09/16/03 | review pleadings/filings, distr same as necessary (0.8); email to PB, GMB re same (0.3). | 1.10 | 401.50 | 4822187 | 09/19/03 |
| KLEIN, DAVID | 09/17/03 | review pleadings/filings, distr same as necessary (0.6); review USG docket/filings re followup to 2/19 opinion (0.3); emails to L.Curney re distrib (0.1). | 1.00 | 365.00 | 4822738 | 09/19/03 |
| CURNEY, LUEANN | 09/18/03 | Prepared exhibits and notice for copy and distribution | 0.80 | 136.00 | 4824898 | 09/22/03 |
| KLEIN, DAVID | 09/18/03 | review pleadings/filings, distr same as same (0.1). | 0.30 | 109.50 | 4826317 | 09/22/03 |
| MANGUAL, KATHLEEN | 09/19/03 | Organization of pleadings and correspondence (0.60) | 0.60 | 111.00 | 4844016 | 10/02/03 |
| KLEIN, DAVID | 09/23/03 | review numerous pleadings/filings, distr same as necessary (0.7); check dockets re sealed AH settlement and USG 2/19 opinion followup, email to/from PB re same (0.5). | 1.20 | 438.00 | 4845015 | 10/02/03 |

alp_132r: Billed Charges Analysis

Run Date & Time: 11/14/2003 14:55:16

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE     5

Matter No: 056772-00001

| | |
|---|---|
| Client Name : W.R. GRACE & CO. EQUITY COMMITTEE | Orig Prtnr : CRED. RGTS - 06975 |
| Matter Name : CASE ADMINISTRATION | Bill Prtnr : BENTLEY PHILIP - 02495 |
| Matter Opened : 07/27/2001 | Supv Prtnr : MAYER THOMAS MOERS - 03976 |

Proforma Number:
Bill Frequency: M

Status : ACTIVE

## BILLED TIME DETAIL

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| KLEIN, DAVID | 09/24/03 | review pleadings/filings, distri same as necessary. | 0.20 | 73.00 | 4845016 | 10/02/03 |
| KLEIN, DAVID | 09/25/03 | review pleadings/filings, distri same as necessary. | 0.20 | 73.00 | 4845017 | 10/02/03 |
| KLEIN, DAVID | 09/26/03 | review pleadings/filings | 0.20 | 73.00 | 4845436 | 10/02/03 |
| KLEIN, DAVID | 09/29/03 | review pleadings/filings, distri same as necessary. | 0.20 | 73.00 | 4845437 | 10/02/03 |
| KLEIN, DAVID | 09/30/03 | review pleadings/filings, distri same as necessary. | 0.60 | 219.00 | 4845438 | 10/02/03 |

Fee Total      12.70      3,721.50

Fee Total      12.70      3,721.50

## BILLED COSTS DETAIL

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|
| PHOTOCOPYING 0820 | | | | | | |
| PHOTOCOPYING CURNEY LUBANN | CURNEY, L C | 09/18/03 | 15.30 | 6247067 | 103977 | 09/19/03 |
| PHOTOCOPYING MANGUAL KATHLEEN | MANGUAL, K M | 09/23/03 | 15.15 | 6254146 | 104132 | 09/24/03 |
| PHOTOCOPYING KLEIN DAVID | KLEIN, D K | 09/30/03 | 2.70 | 6266141 | 104440 | 10/02/03 |
| PHOTOCOPYING MANGUAL KATHLEEN | MANGUAL, K M | 09/30/03 | 6.60 | 6266142 | 104440 | 10/02/03 |

0820 PHOTOCOPYING Total :      39.75

| | | | | | | |
|---|---|---|---|---|---|---|
| RESEARCH SERVICES 0841 | | | | | | |
| RESEARCH SERVICES 09/11/2003 | TEMP, L | 09/11/03 | 28.00 | 6248960 | 104030 | 09/22/03 |

0841 RESEARCH SERVICES Total :      28.00

| | | | | | | |
|---|---|---|---|---|---|---|
| LEXIS / NEXIS ON -L 0921 | | | | | | |
| LEXIS / NEXIS ON -L | TEMP, L | 09/11/03 | 148.00 | 6248135 | 103996 | 09/19/03 |
| LEXIS / NEXIS ON -LINE RESEARCH | | | | | | |

0921 LEXIS / NEXIS ON -L Total :      148.00

| | | | | | | |
|---|---|---|---|---|---|---|
| MESSENGER/COURIER 0930 | | | | | | |
| FEDERAL EXPRESS CORPORAT | MANGUAL, K M | 09/10/03 | 10.00 | 6256056 | 103673 | 09/10/03 |
| MESSENGER/COURIER - VENDOR-FEDERAL EXPRESS CORPORATION | | | | | | |

0930 MESSENGER/COURIER Total :      10.00

alp_132r: Billed Charges Analysis

Run Date & Time: 11/14/2003 14:55:16

KRAMER LEVIN NAFTALIS & FRANKEL LLP

*PRIVILEGED AND CONFIDENTIAL*

PAGE    6

Matter No: 056772-00001

Client Name : W.R. GRACE & CO. EQUITY COMMITTEE

Matter Name : CASE ADMINISTRATION

Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975

Bill Prtnr : BENTLEY PHILIP - 02495

Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:

Bill Frequency: M

Status    : ACTIVE

**B I L L E D    C O S T S    D E T A I L**

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|

Costs Total :    225.75

alp_132r: Billed Charges Analysis

Run Date & Time: 11/14/2003 14:55:16

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    7

Matter No: 056772-00001
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CASE ADMINISTRATION
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:
Bill Frequency: M

Status    : ACTIVE

## B I L L E D   T I M E   S U M M A R Y

| Employee Name | Hours | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|---|
| BENTLEY, PHILIP | 0.10 | 52.50 | | | | | |
| KLEIN, DAVID | 7.50 | 2,737.50 | | | | | |
| MANGUAL, KATHLEEN | 4.30 | 795.50 | | | | | |
| CURNEY, LUEANN | 0.80 | 136.00 | | | | | |
| **Total:** | **12.70** | **3,721.50** | | | | | |

## B I L L E D   C O S T S   S U M M A R Y

| Code | Description | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|---|
| 0820 | PHOTOCOPYING | 39.75 | | | | | |
| 0841 | RESEARCH SERVICES | 28.00 | | | | | |
| 0921 | LEXIS / NEXIS ON -LINE R | 148.00 | | | | | |
| 0930 | MESSENGER/COURIER | 10.00 | | | | | |

Costs Total :    225.75

alp_132r: Billed Charges Analysis

Run Date & Time: 11/14/2003 14:55:16

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE      8

Matter No: 056772-00002                                    Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : CREDITOR COMMITTEE                           Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                            Status     : ACTIVE

Special Billing Instructions:

PRE-BILLING SUMMARY REPORT

|  | UNBILLED TIME FROM: | 09/02/2003 | TO: | 09/22/2003 |
|  | UNBILLED DISB FROM: | 09/22/2003 | TO: | 09/22/2003 |

|  | FEES | COSTS |
|---|---|---|
| GROSS BILLABLE AMOUNT: | 4,804.50 | 2.00 |
| AMOUNT WRITTEN DOWN: | | |
| PREMIUM: | | |
| ON ACCOUNT BILLED: | | |
| DEDUCTED FROM PAID RETAINER: | | |
| AMOUNT BILLED: | | |
| THRU DATE: | | 09/22/2003 |
| CLOSE MATTER/FINAL BILLING?           YES   OR   NO | | |
| EXPECTED DATE OF COLLECTION: | | |

BILLING PARTNER APPROVAL:            BENTLEY PHILIP - 02495          WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

BILLING HISTORY

| DATE OF LAST BILL: | 11/14/03 | LAST PAYMENT DATE: | 10/23/03 |
| LAST BILL NUMBER: | 379590 | FEES BILLED TO DATE: | 62,970.00 |
| LAST BILL THRU DATE: | 09/30/03 | FEES WRITTEN OFF TO DATE: | 19,193.00 |

ACCOUNTS RECEIVABLE TOTALS                                    UNAPPLIED CASH

| FEES: | 9,509.50 | UNIDENTIFIED RECEIPTS: | 0.00 |
| DISBURSEMENTS: | 2.00 | PAID FEE RETAINER: | 0.00 |
| FEE RETAINER: | 0.00 | PAID DISB RETAINER: | 0.00 |
| DISB RETAINER: | 0.00 | TOTAL AVAILABLE FUNDS: | 0.00 |
| TOTAL OUTSTANDING: | 9,511.50 | TRUST BALANCE: | |

FOR ACCTG USE ONLY:

Write Down/Up Reason Codes:

(1) Exceeded Fixed Fee          (6) Summer Associate
(2) Late Time & Costs Posted    (7) Fixed Fee
(3) Pre-arranged Discount       (8) Premium
(4) Excessive Legal Time        (9) Rounding
(5) Business Development        (10) Client Arrangement

BILL NUMBER: _____   DATE OF BILL: _____   Processed by: _____   FRC: _____   CRC: _____

alp_132r: Billed Charges Analysis

Run Date & Time: 11/14/2003 14:55:16

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE   9

Matter No: 056772-00002
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CREDITOR COMMITTEE
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:
Bill Frequency: M

Status : ACTIVE

**BILLED TIME SUMMARY**

| Emp Id Employee Name | Group | ----- Total ----- Oldest | Latest | ------- Total ------- Billed Hours | Amount |
|---|---|---|---|---|---|
| 02495  BENTLEY, PHILIP | CRED | 09/17/03 | 09/18/03 | 1.90 | 997.50 |
| 05292  BECKER, GARY M. | CRED | 09/02/03 | 09/22/03 | 8.10 | 3,807.00 |
| Total: | | | | 10.00 | 4,804.50 |

Sub-Total Hours :   1.90 Partners   8.10 Counsels   0.00 Associates   0.00 Legal Assts   0.00 Others

**BILLED COSTS SUMMARY**

| Code Description | Oldest Entry | Latest Entry | ---- Total Billed ---- Total Amount |
|---|---|---|---|
| 0815  TELECOPIER | 09/22/03 | 09/22/03 | 2.00 |
| Total | | | 2.00 |
| Grand Total | | | 4,806.50 |

**BILLING & PAYMENT HISTORY (Reflects Payments As of 11/14/03 14:55:16)**

| Bill Date Thru Date Bill# | ----- Billed ----- Fee & OA | Disbursement | Applied From OA | ---- Collections ---- Total | Date | Balance Due |
|---|---|---|---|---|---|---|
| YEAR 2001 | | | | | | |
| 01/18/02 12/31/01 345477 | 11,113.50 | 1,628.57 | | 12,742.07 | 09/30/02 | |
| 01/31/02 07/31/01 346114 | 3,476.50 | 102.15 | | 3,778.65 | 09/13/02 | |
| 01/31/02 12/31/02 340586 | .00 | .00 | | .00 | | |
| 02/27/02 01/31/02 348979 | 3,602.50 | .00 | | 3,602.50 | 10/30/02 | |
| 03/27/02 02/28/02 348979 | 4,045.00 | 1,423.03 | | 5,468.03 | 10/30/02 | |
| 04/30/02 03/31/02 347464 | 4,167.50 | 93.26 | | 4,260.76 | 10/30/02 | |
| 06/10/02 04/30/02 352100 | 600.00 | 25.84 | | 625.84 | 09/13/02 | |
| 07/12/02 05/31/02 352980 | 3,895.00 | .12 | | 3,895.12 | 10/30/02 | |
| 08/15/02 06/30/02 357518 | 3,717.50 | 4.00 | | 3,721.50 | 10/30/02 | |
| 08/19/02 07/31/02 356269 | 1,287.50 | 14.59 | | 1,302.09 | 12/31/02 | |
| 09/30/02 08/31/02 358460 | 1,630.00 | 121.00 | | 1,751.00 | 11/26/02 | |
| 10/31/02 09/30/02 359721 | 3,489.50 | .00 | | 3,489.50 | 12/31/02 | |
| 11/19/02 10/31/02 361261 | 4,587.50 | 49.00 | | 4,636.50 | 12/31/02 | |
| 12/31/02 11/30/02 362365 | 498.00 | .00 | | 498.00 | 02/18/03 | |
| 01/31/03 12/31/02 364671 | 1,341.00 | .00 | | 1,341.00 | 03/25/03 | |
| 03/19/03 02/28/03 367178 | 1,123.50 | 50.00 | | 1,173.50 | 05/27/03 | |
| 04/29/03 03/31/03 369330 | 2,138.50 | 3.00 | | 2,141.50 | 10/23/03 | |
| 05/16/03 04/30/03 370445 | 455.00 | 26.55 | | 481.55 | 10/23/03 | |
| 06/17/03 05/31/03 371897 | .00 | .00 | | 2.00 | 08/19/03 | |
| 07/24/03 06/30/03 373811 | .00 | .00 | | .00 | | |
| 08/21/03 07/31/03 375389 | 2,292.50 | .00 | | 2,292.50 | 10/23/03 | |
| 08/31/03 07/31/03 376713 | 3,567.50 | .00 | | .00 | | 3,567.50 |
| 09/30/03 08/31/03 376733 | 1,137.50 | .00 | | .00 | | 1,137.50 |
| 11/14/03 09/30/03 379590 | 4,804.50 | 2.00 | | .00 | | 4,806.50 |

alp_132r: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    10

Run Date & Time: 11/14/2003 14:55:16

Matter No: 056772-00002
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CREDITOR COMMITTEE
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGHTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:
Bill Frequency: M

Status    : ACTIVE

B I L L I N G   &   P A Y M E N T   H I S T O R Y   (Reflects Payments As of 11/14/03 14:55:16)

| Bill Date | Thru Date | Bill# | | Fee & OA Billed | Disbursement | Applied From OA | ---- Collections ---- Total | Date | Balance Due |
|-----------|-----------|-------|--|-----------------|--------------|-----------------|---------------------------|------|-------------|

| Total: | | | 62,970.00 | 3,745.11 | | 57,203.61 | | 9,511.50 |

alp_132r: Billed Charges Analysis

Run Date & Time: 11/14/2003 14:55:16

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE     11

Matter No: 056772-00002
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CREDITOR COMMITTEE
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:
Bill Frequency: M

Status    : ACTIVE

**BILLED TIME DETAIL**

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|---|
| BECKER, GARY M. | 09/02/03 | Conf. with T. Weschler re objection to debtors motion to employ State Street; revise objection. | 0.50 | 235.00 | 4817218 | 09/19/03 | |
| BECKER, GARY M. | 09/10/03 | Preparations for debtor conference, including conf. with Bentley. | 0.40 | 188.00 | 4822188 | 09/19/03 | |
| BECKER, GARY M. | 09/11/03 | Conf. with Bentley re debtor conference (0.4); conf. with Bentley and T. Weschler preceding debtor conference (0.4); debtor conference (1.4). | 2.20 | 1,034.00 | 4822189 | 09/19/03 | |
| BECKER, GARY M. | 09/15/03 | Prepare memo to committee re conf. call with debtor (1.0); conf. with Bentley re committee communications (0.2); email and fax to committee (0.3). | 1.50 | 705.00 | 4822190 | 09/19/03 | |
| BECKER, GARY M. | 09/16/03 | Revise and send memo to equity committee re debtor negotiations. | 0.50 | 235.00 | 4814994 | 09/19/03 | |
| BENTLEY, PHILIP | 09/17/03 | Prepare for tomorrow's committee call, and discs TW and voicemail re same | 0.60 | 315.00 | 4835474 | 09/29/03 | |
| BECKER, GARY M. | 09/18/03 | Prepare for and participate in Equity Committee conference call(1.8); separate conf. with committee chair re objection to State Street (0.3) | 2.10 | 987.00 | 4815005 | 09/19/03 | |
| BENTLEY, PHILIP | 09/18/03 | Committee call | 1.30 | 682.50 | 4835475 | 09/29/03 | |
| BECKER, GARY M. | 09/22/03 | Conf. with T. Weschler, Committee Chair, re omnibus hearing (0.4); prepare memo and circulate to committee re omnibus hearing (0.5). | 0.90 | 423.00 | 4830746 | 09/24/03 | |

**Fee Total**    10.00    4,804.50

| | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|
| | BENTLEY, P | 09/22/03 | 2.00 | 6253139 | 104088 | 09/23/03 |

**Fee Total :**    10.00    4,804.50

**BILLED COSTS DETAIL**

| Description/Code | | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|---|

TELECOPIER
04-542-1423                    0815

**0815 TELECOPIER Total :**        2.00

Costs Total :                        2.00

alp_132r: Billed Charges Analysis

Run Date & Time: 11/14/2003 14:55:16

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    12

Matter No: 056772-00002
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CREDITOR COMMITTEE
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:
Bill Frequency: M

Status    : ACTIVE

**B I L L E D   C O S T S   D E T A I L**

| Description/Code | | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|---|

| BENTLEY, PHILIP | 1.90 | 997.50 | | | | | |
| BECKER, GARY M. | 8.10 | 3,807.00 | | | | | |
| **Total:** | 10.00 | 4,804.50 | | | | | |

**B I L L E D   C O S T S   S U M M A R Y**

| Code | Description | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|---|
| 0815 | TELECOPIER | 2.00 | 2.00 | | | | |

| Costs Total : | 2.00 | |

alp_132r: Billed Charges Analysis

Run Date & Time: 11/14/2003 14:55:16

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE   13

Matter No: 056772-00003
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : FINANCING
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:
Bill Frequency: M

Status      : ACTIVE

Special Billing Instructions:

PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM:   09/19/2003                    TO:   09/19/2003
UNBILLED DISB FROM:                                 TO:

| | FEES | COSTS |
|---|---|---|
| | ----- | ----- |

GROSS BILLABLE AMOUNT:                              74.00                0.00
AMOUNT WRITTEN DOWN:
PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
AMOUNT BILLED:
THRU DATE:                                  09/19/2003
CLOSE MATTER/FINAL BILLING?         YES   OR   NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:           BENTLEY PHILIP - 02495            WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

ACCOUNTS RECEIVABLE TOTALS                                    UNAPPLIED CASH

| | | |
|---|---|---|
| FEES: | 74.00 | UNIDENTIFIED RECEIPTS: | 0.00 |
| DISBURSEMENTS: | 0.00 | PAID FEE RETAINER: | 0.00 |
| FEE RETAINER: | 0.00 | PAID DISB RETAINER: | 0.00 |
| DISB RETAINER: | 0.00 | TOTAL AVAILABLE FUNDS: | 0.00 |
| TOTAL OUTSTANDING: | 74.00 | TRUST BALANCE: | |

BILLING HISTORY

DATE OF LAST BILL:        11/14/03        LAST PAYMENT DATE:       05/27/03
LAST BILL NUMBER:         379590          FEES BILLED TO DATE:       179.00
LAST BILL THRU DATE:      09/30/03        FEES WRITTEN OFF TO DATE:  592.00

FOR ACCTG USE ONLY:       Write Down/Up Reason Codes:

(1) Exceeded Fixed Fee          (6) Summer Associate
(2) Late Time & Costs Posted    (7) Fixed Fee
(3) Pre-arranged Discount       (8) Premium
(4) Excessive Legal Time        (9) Rounding
(5) Business Development        (10) Client Arrangement

BILL NUMBER: _____        DATE OF BILL: _____        Processed by: _____        FRC: _____
PARAPROFESSIONALS

CRC: _____

alp_132r: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE   14

Run Date & Time: 11/14/2003 14:55:16

Matter No: 056772-00003                              Orig Prtnr : CRED. RGTS - 06975        Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : FINANCING                              Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                  Status     : ACTIVE

B I L L E D   T I M E   S U M M A R Y                          ---------- Total ----------   --------- Billed ---------
Emp Id Employee Name                  Group         Oldest      Latest      Hours       Amount

05208  MANGUAL, KATHLEEN              CRED          09/19/03    09/19/03     0.40        74.00

                          Total:                                            0.40        74.00

Sub-Total Hours :    0.00 Partners    0.00 Counsels    0.00 Associates    0.40 Legal Assts    0.00 Others

B I L L I N G   &   P A Y M E N T   H I S T O R Y   (Reflects Payments As Of 11/14/03 14:55:16)
                                        ------ Billed -----   Applied    ---- Collections ----
Bill Date Thru Date Bill#          Fee & OA    Disbursement   From OA     Total        Date          Balance Due

12/31/02 11/30/02  362365               .00        31.64      31.64      31.64 02/18/03
03/19/03 02/28/03  367178            105.00          .00                105.00 05/27/03        74.00
11/14/03 09/30/03  379590             74.00          .00                   .00               74.00

            Total:                   179.00        31.64                135.64               74.00

alp_132r: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    15

Run Date & Time: 11/14/2003 14:55:17

Matter No: 056772-00003                                      Orig Prtnr : CRED. RGTS - 06975         Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE              Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : FINANCING                                      Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                            Status     : ACTIVE

B I L L E D   T I M E   D E T A I L

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| MANGUAL, KATHLEEN | 09/19/03 | Drafting financial (0.40) | 0.40 | 74.00 | 4844019 | 10/02/03 |
| | | Fee Total | 0.40 | 74.00 | | |
| | | Fee Total | 0.40 | 74.00 | | |

alp_132r: Billed Charges Analysis

Run Date & Time: 11/14/2003 14:55:17

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    16

Matter No: 056772-00003                                          Orig Prtnr : CRED. RGTS - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                  Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : FINANCING                                          Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                 Status    : ACTIVE

**B I L L E D   T I M E   S U M M A R Y**

| Employee Name | Hours | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|---|
| MANGUAL, KATHLEEN | 0.40 | 74.00 | | | | | |
| Total: | 0.40 | 74.00 | | | | | |

```
alp.132i: Billed Charges Analysis                                    KRAMER LEVIN NAFTALIS & FRANKEL, LLP                                    PAGE    17
Run Date & Time: 11/14/2003 14:55:17                                      *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00005                              Orig Prtnr : CRED. RGTS - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : BANKR. MOTIONS                         Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                    Status    : ACTIVE

Special Billing Instructions:

                                              PRE-BILLING SUMMARY REPORT

                            UNBILLED TIME FROM:  09/04/2003            TO:  09/16/2003
                            UNBILLED DISB FROM:                        TO:  09/16/2003

                                              FEES                    COSTS

       GROSS BILLABLE AMOUNT:                2,444.00                   0.00
       AMOUNT WRITTEN DOWN:
            PREMIUM:
       ON ACCOUNT BILLED:
       DEDUCTED FROM PAID RETAINER:
            AMOUNT BILLED:
            THRU DATE:
       CLOSE MATTER/FINAL BILLING?    YES   OR   NO
       EXPECTED DATE OF COLLECTION:                09/16/2003

       BILLING PARTNER APPROVAL:

       BILLING COMMENTS:           BENTLEY PHILIP - 02495        WRITE OFF APPROVAL (necessary for write downs over $2,000.00)


                            ACCOUNTS RECEIVABLE TOTALS                         UNAPPLIED CASH

                         FEES:                   5,118.00        UNIDENTIFIED RECEIPTS:       0.00
            DISBURSEMENTS:                            0.00        PAID FEE RETAINER:           0.00
            FEE RETAINER:                            0.00        PAID DISB RETAINER:          0.00
            DISB RETAINER:                           0.00        TOTAL AVAILABLE FUNDS:       0.00
       TOTAL OUTSTANDING:                       5,118.00         TRUST BALANCE:
                                                                 TOTAL AVAILABLE FUNDS:       0.00

                                              BILLING HISTORY

            DATE OF LAST BILL:      11/14/03           LAST PAYMENT DATE:        08/19/03
            LAST BILL NUMBER:       379590             FEES BILLED TO DATE:      8,710.00
       LAST BILL THRU DATE:         09/30/03     FEES WRITTEN OFF TO DATE:        444.00


FOR ACCTG USE ONLY:              Write Down/Up Reason Codes:

       (1) Exceeded Fixed Fee       (6) Summer Associate
       (2) Late Time & Costs Posted (7) Fixed Fee
       (3) Pre-arranged Discount    (8) Premium
       (4) Excessive Legal Time     (9) Rounding
       (5) Business Development      (10) Client Arrangement


BILL NUMBER:  _____     DATE OF BILL:  _____     Processed by:  _____     FRC:  _____     CRC:  _____
```

alp_132r: Billed Charges Analysis

Run Date & Time: 11/14/2003 14:55:17

**KRAMER LEVIN NAFTALIS & FRANKEL LLP**
**"PRIVILEGED AND CONFIDENTIAL"**

PAGE  18

Matter No: 056772-00005
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : BANKR. MOTIONS
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS  - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:
Bill Frequency: M

Status       : ACTIVE

**B I L L E D   T I M E   S U M M A R Y**                                         ------- Total -------

| Emp Id | Employee Name | Group | Oldest | Latest | Billed Hours | Billed Amount |
|--------|---------------|-------|--------|--------|--------------|---------------|
| 05292  | BECKER, GARY M. | CRED | 09/04/03 | 09/16/03 | 5.20 | 2,444.00 |
|        | Total:        |       |        |        | 5.20 | 2,444.00 |

Sub-Total Hours :    0.00 Partners    5.20 Counsels    0.00 Associates    0.00 Legal Assts    0.00 Others

**B I L L I N G   &   P A Y M E N T   H I S T O R Y** (Reflects Payments As of 11/14/03 14:55:17)

| Bill Date | Thru Date | Bill# | Fee & OA | Disbursement | Applied From OA | ----- Collections ----- Total | Date | Balance Due |
|-----------|-----------|-------|----------|--------------|-----------------|-------------------------------|------|-------------|
| 02/27/02 | 01/31/02 | 340586 | 637.50 | .00 | | 637.50 | 10/30/02 | |
| 08/19/02 | 07/31/02 | 356269 | .00 | 198.00 | | 198.00 | 12/31/02 | |
| 10/31/02 | 09/30/02 | 359721 | 95.00 | .00 | | 95.00 | 12/31/02 | |
| 11/19/02 | 10/31/02 | 361261 | 717.50 | .00 | | 717.50 | 12/31/02 | |
| 06/17/03 | 05/31/03 | 371897 | 2,677.50 | .00 | | 2,142.00 | 08/19/03 | 535.50 |
| 08/31/03 | 07/31/03 | 375389 | 375.00 | .00 | | .00 | | |
| 09/30/03 | 08/31/03 | 376733 | 2,138.50 | .00 | | .00 | | 2,138.50 |
| 11/14/03 | 09/30/03 | 379590 | 2,444.00 | .00 | | .00 | | 2,444.00 |
| | Total: | | 8,710.00 | 198.00 | | 3,790.00 | | 5,118.00 |

alp_132r: Billed Charges Analysis

Run Date & Time: 11/14/2003 14:55:17

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE  19

Matter No: 056772-00005
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : BANKR.  MOTIONS
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:
Bill Frequency: M

Status    : ACTIVE

**BILLED TIME DETAIL**

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| BECKER, GARY M. | 09/04/03 | Revise objection to State Street motion to reflect comments by equity committee and conf. with T. Weschler re same | 0.50 | 235.00 | 4817219 | 09/19/03 |
| BECKER, GARY M. | 09/05/03 | Conf. with T. Weschler re objection to State Street motion (0.3); finalize objection and send to local counsel for filing (0.5); conf. with Debtors counsel re objection and exchange emails with Weschler and debtors counsel re phone conf. to resolve objection (0.5) | 2.80 | 1,316.00 | 4817220 | 09/19/03 |
| BECKER, GARY M. | 09/08/03 | Conf. with C. Lutgens re pension issues associated with objection to State Street motion (0.4); conf. with T. Weschler re same objection (0.5). | 0.90 | 423.00 | 4822191 | 09/19/03 |
| BECKER, GARY M. | 09/15/03 | Review debtor's response to objection regarding appoint. of State Street. | 0.50 | 235.00 | 4822192 | 09/19/03 |
| BECKER, GARY M. | 09/16/03 | Review agenda for court hearing on State Street motion; review unsecured creditors committee objection re motion. | 0.50 | 235.00 | 4814995 | 09/19/03 |

Fee Total           5.20         2,444.00

Fee Total           5.20         2,444.00