alp_132r: Billed Charges Analysis

Run Date & Time: 11/14/2003 14:55:17

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    20

Matter No: 056772-00005
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : BANKR. MOTIONS
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:
Bill Frequency: M

Status : ACTIVE

B I L L E D   T I M E   S U M M A R Y

| Employee Name | Hours | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward | Status |
|---|---|---|---|---|---|---|---|---|
| BECKER, GARY M. | 5.20 | 2,444.00 | | | | | | |
| Total: | 5.20 | 2,444.00 | | | | | | |

alp_132r: Billed Charges Analysis

Run Date & Time: 11/14/2003 14:55:17

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    21

Matter No: 056772-00008
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : FEE APPLICATIONS, APPLICANT
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:
Bill Frequency: M

Status    : ACTIVE

Special Billing Instructions:

PRE-BILLING SUMMARY REPORT

| | FEES | COSTS | |
|---|---|---|---|
| UNBILLED TIME FROM: 09/09/2003 | | TO: 09/30/2003 | |
| UNBILLED DISB FROM: | | TO: | |

| | | |
|---|---|---|
| GROSS BILLABLE AMOUNT: | 687.50 | 0.00 |

AMOUNT WRITTEN DOWN:

PREMIUM:

ON ACCOUNT BILLED:

DEDUCTED FROM PAID RETAINER:

AMOUNT BILLED:

THRU DATE:

CLOSE MATTER/FINAL BILLING?    YES    OR    NO

EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:

BENTLEY PHILIP - 02495    WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

ACCOUNTS RECEIVABLE TOTALS    UNAPPLIED CASH

| | | | |
|---|---|---|---|
| FEES: | 2,157.10 | UNIDENTIFIED RECEIPTS: | 0.00 |
| DISBURSEMENTS: | 28.04 | PAID FEE RETAINER: | 0.00 |
| FEE RETAINER: | 0.00 | PAID DISB RETAINER: | 0.00 |
| DISB RETAINER: | 0.00 | TOTAL AVAILABLE FUNDS: | 0.00 |
| TOTAL OUTSTANDING: | 2,185.14 | TRUST BALANCE: | |

BILLING HISTORY

| | | | |
|---|---|---|---|
| DATE OF LAST BILL: | 11/14/03 | LAST PAYMENT DATE: | 10/23/03 |
| LAST BILL NUMBER: | 379590 | FEES BILLED TO DATE: | 52,392.50 |
| LAST BILL THRU DATE: | 09/30/03 | FEES WRITTEN OFF TO DATE: | 222.00 |

FOR ACCTG USE ONLY:    Write Down/Up Reason Codes:

(1) Exceeded Fixed Fee          (6) Summer Associate
(2) Late Time & Costs Posted    (7) Fixed Fee
(3) Pre-arranged Discount       (8) Premium
(4) Excessive Legal Time        (9) Rounding
(5) Business Development         (10) Client Arrangement

BILL NUMBER: _____    DATE OF BILL: _____    Processed by: _____    FRC: _____    CRC: _____

alp_131r: Billed Charges Analysis
Run Date & Time: 11/14/2003 14:55:17

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE  22

| | |
|---|---|
| Matter No: 056772-00008 | |
| Client Name : W.R. GRACE & CO. EQUITY COMMITTEE | |
| Matter Name : FEE APPLICATIONS, APPLICANT | |
| Matter Opened : 07/27/2001 | |

Orig Prtnr : CRED. RGTS - 06975      Proforma Number:
Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Supv Prtnr : MAYER THOMAS MOERS - 03976

Status : ACTIVE

### BILLED TIME SUMMARY

| Emp Id | Employee Name | Group | Oldest | Latest | Total Billed Hours | Amount |
|---|---|---|---|---|---|---|
| 05292 | BECKER, GARY M. | CRED | 09/22/03 | 09/22/03 | 0.40 | 188.00 |
| | PARAPROFESSIONALS | | | | | |
| 05208 | MANGUAL, KATHLEEN | CRED | 09/09/03 | 09/30/03 | 2.70 | 499.50 |
| | Total: | | | | 3.10 | 687.50 |

Sub-Total Hours : 0.00 Partners   0.40 Counsels   0.00 Associates   2.70 Legal Assts   0.00 Others

### BILLING & PAYMENT HISTORY (Reflects Payments As of 11/14/03 14:55:17)

| Bill Date | Thru Date | Bill# | Fee & OA Billed | Disbursement Billed | Applied From OA | Total | Collections Date | Balance Due |
|---|---|---|---|---|---|---|---|---|
| YEAR 2001 | | | | | | | | |
| 01/18/02 | 12/31/01 | 345477 | 10,165.00 | 191.48 | | 10,356.48 | 09/13/02 | |
| 02/27/02 | 01/31/02 | 340586 | 1,836.50 | 9.58 | | 1,846.08 | 09/13/02 | |
| 03/27/02 | 02/28/02 | 348979 | 3,877.50 | 94.17 | | 3,971.67 | 10/30/02 | |
| 04/30/02 | 03/31/02 | 347464 | 1,712.50 | 3.00 | | 1,715.50 | 10/30/02 | |
| 05/30/02 | 04/30/02 | 352100 | 1,470.50 | 3.20 | | 1,473.70 | 10/30/02 | |
| 06/10/02 | 05/31/02 | 353980 | 2,477.50 | 29.58 | | 2,507.08 | 09/13/02 | |
| 07/12/02 | 06/30/02 | 352190 | 4,370.50 | 21.01 | | 4,391.01 | 10/30/02 | |
| 08/15/02 | 07/31/02 | 357518 | 1,316.00 | .00 | | 1,335.00 | 10/30/02 | |
| 08/19/02 | 06/30/02 | 356269 | 1,935.50 | .00 | | 1,922.50 | 12/31/02 | |
| 09/30/02 | 07/31/02 | 358460 | 2,912.50 | .00 | | 2,910.00 | 11/26/02 | |
| 10/31/02 | 09/30/02 | 359721 | 6,307.00 | 2.10 | | 6,309.10 | 12/31/02 | |
| 11/19/02 | 10/31/02 | 361261 | 2,917.00 | .00 | | 2,917.00 | 12/31/02 | |
| 12/31/02 | 11/30/02 | 362365 | 2,009.50 | .00 | | 2,009.50 | 02/18/03 | |
| 01/31/03 | 12/31/02 | 364671 | 805.50 | .00 | | 805.50 | 12/31/02 | |
| 02/20/03 | 01/31/03 | 365684 | 838.00 | .00 | | 838.00 | 03/25/03 | |
| 03/19/03 | 02/28/03 | 367178 | 2,256.00 | 12.08 | | 2,278.08 | 04/11/03 | |
| 04/29/03 | 03/31/03 | 369310 | 670.00 | 13.48 | | 683.48 | 04/11/03 | |
| 05/16/03 | 04/30/03 | 370445 | 851.00 | .00 | | 851.00 | 05/27/03 | |
| 06/17/03 | 05/31/03 | 371897 | 1,033.00 | .00 | | 826.40 | 10/23/03 | 206.60 |
| 07/24/03 | 06/30/03 | 373881 | 708.50 | .00 | | 708.50 | 08/19/03 | |
| 08/31/03 | 07/31/03 | 375889 | 203.50 | .00 | | .00 | 10/23/03 | 203.50 |
| 09/30/03 | 08/31/03 | 376739 | 1,059.50 | 28.04 | | 1,087.54 | | 1,087.54 |
| 11/14/03 | 09/30/03 | 379550 | 687.50 | .00 | | .00 | | 687.50 |
| | | Total: | 52,392.50 | 428.22 | | 50,635.58 | | 2,185.14 |

alp_132r: Billed Charges Analysis

Run Date & Time: 11/14/2003 14:55:17

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    23

Matter No: 056772-00008                                Orig Prtnr : CRED. RGTS - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE        Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT              Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                      Status    : ACTIVE

B I L L E D   T I M E   D E T A I L

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| MANGUAL, KATHLEEN | 09/09/03 | review of 8th Q spreadsheet (.30) | 0.30 | 55.50 | 4822193 | 09/19/03 |
| MANGUAL, KATHLEEN | 09/15/03 | reply to local counsel re: obj received re: quarterly fee app (.20) | 0.20 | 37.00 | 4825779 | 09/22/03 |
| MANGUAL, KATHLEEN | 09/19/03 | Disc/w Fee auditor re Quarterly(0.40) | 0.40 | 74.00 | 4903726 | 11/12/03 |
| BECKER, GARY M. | 09/22/03 | Review and revise August invoice | 0.40 | 188.00 | 4830747 | 09/24/03 |
| MANGUAL, KATHLEEN | 09/23/03 | attend to service of Grace July Fee App, draft ltr (.70) | 0.70 | 129.50 | 4844020 | 10/02/03 |
| MANGUAL, KATHLEEN | 09/30/03 | draft Aug. Monthly fee application, disc/w accounting re: such (1.1) | 1.10 | 203.50 | 4844021 | 10/02/03 |

Fee Total                                                                                      1.10      203.50

Fee Total                                                                                      3.10      687.50

Fee Total                                                                                      3.10      687.50

alp_l3lr: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    24

Run Date & Time: 11/14/2003 14:55:17

Matter No: 056772-00008                                    Orig Prtnr : CRED. RGTS - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                 Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                          Status    : ACTIVE

| B I L L E D   T I M E   S U M M A R Y | | | Bill | W/O / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|---|
| Employee Name | Hours | Amount | | | | | |
| BECKER, GARY M. | 0.40 | 188.00 | | | | | |
| MANGUAL, KATHLEEN | 2.70 | 499.50 | | | | | |
| Total: | 3.10 | 687.50 | | | | | |

alp_132r: Billed Charges Analysis

Run Date & Time: 11/14/2003 14:55:17

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    25

Matter No: 056772-00011
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : ASSET ANALYSIS AND RECOVERY
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:
Bill Frequency: M

Status    : ACTIVE

Special Billing Instructions:

PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM:                                    TO:
UNBILLED DISB FROM:  09/15/2003                        TO:  09/15/2003

                    FEES                              COSTS

GROSS BILLABLE AMOUNT:           0.00                         106.88
AMOUNT WRITTEN DOWN:
PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
AMOUNT BILLED:
THRU DATE:                                                    09/15/2003
CLOSE MATTER/FINAL BILLING?    YES  OR  NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:
                              BENTLEY PHILIP - 02495           WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

ACCOUNTS RECEIVABLE TOTALS                            UNAPPLIED CASH

                                    UNIDENTIFIED RECEIPTS:        0.00
DISBURSEMENTS:           106.88     PAID FEE RETAINER:            0.00
FEE RETAINER:              0.00     PAID DISB RETAINER:           0.00
DISB RETAINER:            0.00     TOTAL AVAILABLE FUNDS:         0.00
TOTAL OUTSTANDING:       106.88     TRUST BALANCE:
                                    UNAPPLIED CASH

                              BILLING HISTORY

DATE OF LAST BILL:       11/14/03   LAST PAYMENT DATE:
LAST BILL NUMBER:        379590     FEES BILLED TO DATE:          0.00
LAST BILL THRU DATE:     09/30/03   FEES WRITTEN OFF TO DATE:   333.00

FOR ACCTG USE ONLY:             Write Down/Up Reason Codes:

                    (1) Exceeded Fixed Fee          (6) Summer Associate
                    (2) Late Time & Costs Posted    (7) Fixed Fee
                    (3) Pre-arranged Discount        (8) Premium
                    (4) Excessive Legal Time         (9) Rounding
                    (5) Business Development        (10) Client Arrangement

BILL NUMBER:_____  DATE OF BILL:_____  Processed by:_____  FRC:_____  CRC:_____

aip_132r: Billed Charges Analysis

Run Date & Time: 11/14/2003 14:55:17

KRAMER LEVIN NAFTALIS & FRANKEL, LLP

*PRIVILEGED AND CONFIDENTIAL*

PAGE    26

Matter No: 056772-00011                                              Orig Prtnr : CRED. RGTS - 06975              Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                      Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : ASSET ANALYSIS AND RECOVERY                            Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                        Status    : ACTIVE

B I L L E D   C O S T S   S U M M A R Y --------------------- Total Billed ---------------

| Code | Description | Oldest Entry | Latest Entry | Total Amount |
|------|-------------|--------------|--------------|--------------|
| 0930 | MESSENGER/COURIER | 09/15/03 | 09/15/03 | 106.88 |
| | Total | | | 106.88 |
| | Grand Total | | | 106.88 |

B I L L I N G   &   P A Y M E N T   H I S T O R Y   (Reflects Payments As of 11/14/03 14:55:17)

| Bill Date Thru Date Bill# | | Fee & OA Billed | Disbursement | Applied From OA | --- Collections --- Total | Date | Balance Due |
|---------------------------|--|-----------------|--------------|-----------------|---------------------------|------|-------------|
| 11/14/03 09/30/03  379590 | | .00 | 106.88 | .00 | .00 | | 106.88 |
| Total: | | .00 | 106.88 | .00 | .00 | | 106.88 |

alp_13jr: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    27

Run Date & Time: 11/14/2003 14:55:17

Matter No: 056772-00011                    Orig Prtnr : CRED. RGTS - 06975         Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE    Bill Prtnr : BENTLEY PHILIP - 02495         Bill Frequency: M
Matter Name : ASSET ANALYSIS AND RECOVERY    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                         Status    : ACTIVE

B I L L E D   C O S T S   D E T A I L

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|
| MESSENGER/COURIER                    0930 | | | | | | |
| FEDERAL EXPRESS CORPORAT | MANGUAL, K M | 09/15/03 | 106.88 | 6243341 | 103818 | 09/15/03 |
| MESSENGER/COURIER  - VENDOR-FEDERAL EXPRESS | | | | | | |
| CORPORATION | | | | | | |
| . | | | | | | |
| | | 0930 MESSENGER/COURIER Total : | 106.88 | | | |

Costs Total :                                                      106.88

alp_132r: Billed Charges Analysis

Run Date & Time: 11/14/2003 14:55:17

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE     28

Matter No: 056772-00011
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : ASSET ANALYSIS AND RECOVERY
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975          Proforma Number:
Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Supv Prtnr : MAYER THOMAS MOERS - 03976

Status     : ACTIVE

B I L L E D   C O S T S   S U M M A R Y

| Code | Description | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|------|-------------|--------|------|-----------|-------------|----------|---------------|
| 0930 | MESSENGER/COURIER | 106.88 | | | | | |

Costs Total :     106.88

```
alp_132r: Billed Charges Analysis                        KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE  29
Run Date & Time: 11/14/2003 14:55:17                        *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00012                              Orig Prtnr : CRED. RGTS - 06975            Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION (ASBESTOS)    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                      Status    : ACTIVE

Special Billing Instructions:


                                          PRE-BILLING SUMMARY REPORT

       UNBILLED TIME FROM:   09/10/2003         TO:          09/16/2003
       UNBILLED DISB FROM:                      TO:

                                              FEES                      COSTS

   GROSS BILLABLE AMOUNT:                   1,627.50                      0.00
   AMOUNT WRITTEN DOWN:
                 PREMIUM:
        ON ACCOUNT BILLED:
   DEDUCTED FROM PAID RETAINER:
           AMOUNT BILLED:
                THRU DATE:
   CLOSE MATTER/FINAL BILLING?     YES     OR     NO
   EXPECTED DATE OF COLLECTION:

   BILLING PARTNER APPROVAL:

   BILLING COMMENTS:              BENTLEY PHILIP - 02495     09/16/2003       WRITE OFF APPROVAL (necessary for write downs over $2,000.00)


   ACCOUNTS RECEIVABLE TOTALS                                    UNAPPLIED CASH

     FEES:                        3,999.63     UNIDENTIFIED RECEIPTS:        0.00
   DISBURSEMENTS:                     2.69     PAID FEE RETAINER:            0.00
     FEE RETAINER:                    0.00     PAID DISB RETAINER:           0.00
     DISB RETAINER:                   0.00     TOTAL AVAILABLE FUNDS:        0.00
   TOTAL OUTSTANDING:             4,002.32     TRUST BALANCE:
                                               UNAPPLIED CASH

                                              BILLING HISTORY

   DATE OF LAST BILL:             11/14/03     LAST PAYMENT DATE:         10/23/03
   LAST BILL NUMBER:               379550      FEES BILLED TO DATE:      164,963.00
   LAST BILL THRU DATE:           09/30/03     FEES WRITTEN OFF TO DATE:   4,417.50


   FOR ACCTG USE ONLY:        Write Down/Up Reason Codes:

     (1) Exceeded Fixed Fee          (6) Summer Associate
     (2) Late Time & Costs Posted    (7) Fixed Fee
     (3) Pre-arranged Discount       (8) Premium
     (4) Excessive Legal Time        (9) Rounding
     (5) Business Development       (10) Client Arrangement


   BILL NUMBER: _____   DATE OF BILL: _____   Processed by: _____   FRC: _____   CRC: _____
```

alp_132r: Billed Charges Analysis
Run Date & Time: 11/14/2003 14:55:17

**KRAMER LEVIN NAFTALIS & FRANKEL LLP**
**\*PRIVILEGED AND CONFIDENTIAL\***

PAGE 30

| | | |
|---|---|---|
| Matter No: 056772-00012 | Orig Prtnr : CRED. RGTS - 06975 | Proforma Number: |
| Client Name : W.R. GRACE & CO. EQUITY COMMITTEE | Bill Prtnr : BENTLEY PHILIP - 02495 | Bill Frequency: M |
| Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION (ASBESTOS) | Supv Prtnr : MAYER THOMAS MOERS - 03976 | |
| Matter Opened : 07/27/2001 | | Status : ACTIVE |

**BILLED TIME SUMMARY**

| Emp Id | Employee Name | Group | Oldest | Latest | Total Hours | Billed Hours | Total Billed Amount |
|---|---|---|---|---|---|---|---|
| 02495 | BENTLEY, PHILIP | CRED | 09/10/03 | 09/16/03 | 3.10 | 3.10 | 1,627.50 |
| | Total: | | | | 3.10 | | 1,627.50 |

Sub-Total Hours : 3.10 Partners    0.00 Counsels    0.00 Associates    0.00 Legal Assts    0.00 Others

**BILLING & PAYMENT HISTORY (Reflects Payments As of 11/14/03 14:55:17)**

| Bill Date | Thru Date | Bill# | Fee & OA Billed | Disbursement | Applied From OA | Collections Total | Collections Date | Balance Due |
|---|---|---|---|---|---|---|---|---|
| YEAR 2001 | | | | | | | | |
| 01/18/02 | 12/31/01 | 345477 | 44,026.00 | 5,710.65 | | 49,736.65 | | |
| 01/31/02 | 12/31/01 | 346114 | 16,815.00 | 871.96 | | 17,686.96 | 12/31/02 | .00 |
| 02/27/02 | 01/31/01 | 340586 | | | | .00 | | |
| 03/27/02 | 02/28/02 | 348979 | 4,160.00 | 228.71 | | 4,388.71 | 10/30/02 | .00 |
| 04/30/02 | 03/01/02 | 347464 | 6,957.50 | 559.05 | | 7,516.55 | 10/30/02 | .00 |
| 06/10/02 | 04/30/02 | 352100 | 9,837.50 | 1,134.32 | | 10,971.82 | 10/30/02 | .00 |
| 07/12/02 | 05/31/02 | 352980 | 3,277.50 | 1,123.85 | | 4,401.35 | 09/13/02 | .00 |
| 08/15/02 | 06/30/02 | 357518 | 3,845.00 | 176.43 | | 4,021.41 | 10/30/02 | .00 |
| 08/19/02 | 07/31/02 | 356269 | 3,157.50 | 41.90 | | 3,199.40 | 10/30/02 | .00 |
| 09/30/02 | 08/31/02 | 358460 | 3,456.00 | .00 | | 3,456.00 | 12/31/02 | .00 |
| 10/31/02 | 09/30/02 | 359721 | 20,108.50 | 1,404.74 | | 21,513.24 | 04/29/03 | .00 |
| 11/19/02 | 10/31/02 | 361261 | 2,230.00 | | | 2,230.00 | 12/31/02 | .00 |
| 12/31/02 | 11/30/02 | 362365 | 3,131.00 | 298.49 | | 3,429.49 | 12/31/02 | .00 |
| 01/31/02 | 12/31/02 | 364671 | 1,520.00 | 248.45 | | 1,768.45 | 02/18/03 | .00 |
| 02/20/03 | 01/31/03 | 365684 | 1,025.00 | .00 | | 1,025.00 | 03/25/03 | .00 |
| 03/19/03 | 02/28/03 | 367178 | 6,254.00 | 23.10 | | 6,277.10 | 10/23/03 | .00 |
| 04/29/03 | 03/31/03 | 369330 | 19,960.50 | 2.70 | | 19,960.50 | 10/23/03 | .00 |
| 05/16/03 | 04/30/03 | 370445 | 2,181.50 | 14.00 | | 774.20 | 10/23/03 | 1,421.30 |
| 06/17/03 | 05/31/03 | 371897 | 1,659.50 | .00 | | 1,327.57 | 08/19/03 | 331.93 |
| 07/24/03 | 06/30/03 | 373871 | 2,845.50 | 1.79 | | 2,763.89 | 10/23/03 | 83.40 |
| 08/31/03 | 07/31/03 | 375589 | 2,535.50 | 2.69 | | | 11/19/03 | 538.19 |
| 11/14/03 | 09/30/03 | 379590 | 1,627.50 | .00 | | | | 1,627.50 |
| **Total:** | | | **164,840.50** | **11,842.81** | | **172,680.99** | | **4,002.32** |

alp_132r: Billed Charges Analysis

Run Date & Time: 11/14/2003 14:55:17

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE   31

Matter No: 056772-00012          Orig Prtnr : CRED. RGTS - 06975        Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE     Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION (ASBESTOS)   Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                 Status    : ACTIVE

B I L L E D   T I M E   D E T A I L

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| BENTLEY, PHILIP | 09/10/03 | Trade voicemails and emails | 0.20 | 105.00 | 4835476 | 09/29/03 |
| BENTLEY, PHILIP | 09/11/03 | Conf call with Debtors, et al re settlement negotiations (1.4), discs GB and TW re same (0.8), and notes and review of documents re same (0.6) | 2.80 | 1,470.00 | 4835477 | 09/29/03 |
| BENTLEY, PHILIP | 09/16/03 | Trade emails | 0.10 | 52.50 | 4835478 | 09/29/03 |
| | | Fee Total | 3.10 | 1,627.50 | | |
| | | Fee Total | 3.10 | 1,627.50 | | |

alp_132r: Billed Charges Analysis

Run Date & Time: 11/14/2003 14:55:17

KRAMER LEVIN NAFTALIS & FRANKEL, LLP

*PRIVILEGED AND CONFIDENTIAL*

PAGE    32

Matter No: 056772-00012                                          Orig Prtnr : CRED. RGTS - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                  Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                Status    : ACTIVE

| B I L L E D   T I M E   S U M M A R Y | | | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|---|
| Employee Name | Hours | Amount | | | | | |
| BENTLEY, PHILIP | 3.10 | 1,627.50 | | | | | |
| Total: | 3.10 | 1,627.50 | | | | | |

alp_132r: Billed Charges Analysis

Run Date & Time : 11/14/2003 14:55:17

KRAMER LEVIN NAFTALIS & FRANKEL LLP

*PRIVILEGED AND CONFIDENTIAL*

PAGE    33

Matter No: 056772-00013
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : FRAUDULENT CONVEYANCE ADV. PROCEEDING
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:
Bill Frequency: M

Status      : ACTIVE

Special Billing Instructions:

```
                                         PRE-BILLING SUMMARY REPORT

              UNBILLED TIME FROM:                      TO:
              UNBILLED DISB FROM:                      TO:

                                         FEES                   COSTS

GROSS BILLABLE AMOUNT:                   0.00                   0.00
     AMOUNT WRITTEN DOWN:
              ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
                 AMOUNT BILLED:
                     THRU DATE:
   CLOSE MATTER/FINAL BILLING?        YES  OR  NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:

BILLING COMMENTS:               BENTLEY PHILIP - 02495    WRITE OFF APPROVAL (necessary for write downs over $2,000.00)
```

```
                                         ACCOUNTS RECEIVABLE TOTALS                    UNAPPLIED CASH

         FEES:                           134.00           UNIDENTIFIED RECEIPTS:              0.00
DISBURSEMENTS:                             0.00                PAID FEE RETAINER:             0.00
FEE RETAINER:                              0.00               PAID DISB RETAINER:             0.00
DISB RETAINER:                             0.00          TOTAL AVAILABLE FUNDS:              0.00
TOTAL OUTSTANDING:                       134.00                 TRUST BALANCE:                0.00
```

```
                                              BILLING HISTORY

DATE OF LAST BILL:        06/17/03       LAST PAYMENT DATE:          10/23/03
LAST BILL NUMBER:           371897       FEES BILLED TO DATE:        73,734.00
LAST BILL THRU DATE:      05/31/03       FEES WRITTEN OFF TO DATE:    1,600.00
```

FOR ACCT'G USE ONLY:

Write Down/Up Reason Codes:

```
(1) Exceeded Fixed Fee            (6) Summer Associate
(2) Late Time & Costs Posted      (7) Fixed Fee
(3) Pre-arranged Discount         (8) Premium
(4) Excessive Legal Time          (9) Rounding
(5) Business Development          (10) Client Arrangement
```

BILL NUMBER:_____    DATE OF BILL:_____    Processed by:_____    FRC:_____    CRC:_____

alp.132r: Billed Charges Analysis
Run Date & Time: 11/14/2003 14:55:17

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    34

Matter No: 056772-00013
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : FRAUDULENT CONVEYANCE ADV. PROCEEDING
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:
Bill Frequency: M

Status : ACTIVE

BILLING & PAYMENT HISTORY (Reflects Payments As of 11/14/03 14:55:17)

| Bill Date | Thru Date | Bill# | Fee & OA Billed | Disbursement | Applied From OA | Total | Collections Date | Balance Due |
|---|---|---|---|---|---|---|---|---|
| YEAR 2001 | | | | | | | | |
| 03/27/02 | 02/28/02 | 348979 | 2,212.50 | 389.75 | | 2,602.25 | 10/30/02 | |
| 06/10/02 | 04/30/02 | 352100 | 4,260.00 | .00 | | 4,260.00 | 10/30/02 | |
| 06/10/02 | 05/31/02 | 352980 | 4,265.00 | .00 | | 4,265.00 | 12/31/02 | |
| 07/12/02 | 05/31/02 | 352980 | 1,040.00 | .00 | | 1,040.00 | 12/31/02 | |
| 08/15/02 | 06/30/02 | 357518 | 4,037.50 | 9.80 | | 4,047.30 | 10/30/02 | |
| 08/19/02 | 07/31/02 | 356269 | 11,567.50 | 541.11 | | 12,108.61 | 04/29/03 | |
| 10/31/02 | 07/31/02 | 359721 | 9,690.00 | .00 | | 9,690.00 | 04/29/03 | |
| 10/31/02 | 09/30/02 | 361261 | 21,575.00 | .00 | | 21,575.00 | 08/19/03 | |
| 11/19/02 | 10/31/02 | 362366 | 9,907.00 | .00 | | 9,907.00 | 08/19/03 | |
| 12/31/02 | 11/30/02 | 364671 | 2,601.00 | 83.50 | | 2,684.50 | 08/19/03 | |
| 02/20/03 | 12/31/02 | 365684 | 1,638.50 | .00 | | 1,638.50 | 10/23/03 | |
| 03/18/03 | 01/31/03 | 367128 | 672.00 | .00 | | 672.00 | 10/23/03 | |
| 03/18/03 | 02/28/03 | 370416 | 100.50 | 926.30 | | 926.30 | 10/23/03 | 100.50 |
| 05/16/03 | 04/30/03 | 370945 | 167.50 | .00 | | 134.00 | 08/19/03 | 33.50 |
| 06/17/03 | 05/31/03 | 371897 | | | | | | |
| Total: | | | 73,734.00 | 1,950.46 | | 75,550.46 | | 134.00 |

alp_132r: Billed Charges Analysis

Run Date & Time: 11/14/2003 14:55:17

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    35

Matter No: 056772-00019
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : HEARINGS
Matter Opened : 09/06/2002

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:
Bill Frequency: M

Status    : ACTIVE

Special Billing Instructions:

PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM:    09/22/2003                          TO:                      09/22/2003
UNBILLED DISB FROM:                                        TO:

| | FEES | COSTS |
|---|---|---|
| GROSS BILLABLE AMOUNT: | 940.00 | 0.00 |
| AMOUNT WRITTEN DOWN: | | |
| PREMIUM: | | |
| ON ACCOUNT BILLED: | | |
| DEDUCTED FROM PAID RETAINER: | | |
| AMOUNT BILLED: | | |
| THRU DATE: | | |
| CLOSE MATTER/FINAL BILLING?      YES    OR    NO | | |
| EXPECTED DATE OF COLLECTION:           09/22/2003 | | |

BILLING PARTNER APPROVAL:

BILLING COMMENTS:

BENTLEY PHILIP - 02495              WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

| ACCOUNTS RECEIVABLE TOTALS | | UNAPPLIED CASH |
|---|---|---|
| FEES: | 2,760.00 | UNIDENTIFIED RECEIPTS: | 0.00 |
| DISBURSEMENTS: | 25.00 | PAID FEE RETAINER: | 0.00 |
| FEE RETAINER: | 0.00 | PAID DISB RETAINER: | 0.00 |
| DISB RETAINER: | 0.00 | TOTAL AVAILABLE FUNDS: | 0.00 |
| TOTAL OUTSTANDING: | 2,785.00 | TRUST BALANCE: | |
| | | BILLING HISTORY | |

| | | | |
|---|---|---|---|
| DATE OF LAST BILL: | 11/14/03 | LAST PAYMENT DATE: | 10/23/03 |
| LAST BILL NUMBER: | 379590 | FEES BILLED TO DATE: | 51,157.50 |
| LAST BILL THRU DATE: | 09/30/03 | FEES WRITTEN OFF TO DATE: | 5,087.68 |

FOR ACCTG USE ONLY:                Write Down/Up Reason Codes:

(1) Exceeded Fixed Fee            (6) Summer Associate
(2) Late Time & Costs Posted      (7) Fixed Fee
(3) Pre-arranged Discount         (8) Premium
(4) Excessive Legal Time          (9) Rounding
(5) Business Development          (10) Client Arrangement

BILL NUMBER:_____    DATE OF BILL:_____    Processed by:_____    FRC:_____    CRC:_____

alp_132r: Billed Charges Analysis
Run Date & Time: 11/14/2003 14:55:17

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    36

Matter No: 056772-00019
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : HEARINGS
Matter Opened : 09/06/2002

Orig Prtnr : CRED. RGTS - 06975          Proforma Number:
Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Supv Prtnr : MAYER THOMAS MOERS - 03976

Status   : ACTIVE

**B I L L E D   T I M E   S U M M A R Y**

| Emp Id | Employee Name | Group | Oldest | Latest | Total Billed Hours | Amount |
|--------|---------------|-------|--------|--------|--------------------|--------|
| 05292 | BECKER, GARY M. | CRED | 09/22/03 | 09/22/03 | 2.00 | 940.00 |
| | | Total: | | | 2.00 | 940.00 |

Sub-Total Hours :   0.00 Partners   2.00 Counsels   0.00 Associates   0.00 Legal Assts   0.00 Others

**B I L L I N G   &   P A Y M E N T   H I S T O R Y** (Reflects Payments As of 11/14/03 14:55:17)

| Bill Date | Thru Date | Bill# | Fee & OA | Disbursement | Total | From OA | Total | Date | Balance Due |
|-----------|-----------|-------|----------|--------------|-------|---------|-------|------|-------------|
| 01/31/02 | 12/31/01 | 345407 | .00 | .00 | .00 | | | | |
| 02/27/02 | 01/31/02 | 346586 | 6,160.00 | .00 | | | 6,160.00 | 10/30/02 | |
| 03/27/02 | 02/28/02 | 348979 | 10,837.50 | .00 | | | 10,837.50 | 10/30/02 | |
| 04/30/02 | 03/31/02 | 347464 | 8,340.00 | .00 | | | 8,340.00 | 10/30/02 | |
| 06/16/02 | 04/30/02 | 352100 | 3,200.00 | .00 | | | 3,200.00 | 12/31/02 | |
| 07/12/02 | 05/31/02 | 352980 | 4,820.00 | .00 | | | 4,820.00 | 12/31/02 | |
| 07/15/02 | 06/30/02 | 357518 | 4,200.00 | .00 | | | 4,200.00 | 04/29/03 | |
| 08/19/02 | 07/31/02 | 356269 | 2,292.32 | .00 | | | 2,292.32 | 04/29/03 | |
| 08/31/02 | 08/31/02 | 358460 | 1,960.00 | .00 | | | 2,018.14 | 11/26/02 | |
| 09/30/02 | 08/31/02 | 359721 | 2,327.50 | 58.14 | | | 2,327.50 | 04/29/03 | |
| 10/31/02 | 09/30/02 | 362261 | 1,567.50 | .00 | | | 1,567.50 | 08/19/03 | |
| 11/19/02 | 10/31/02 | 365684 | 105.00 | .00 | | | 105.00 | 10/23/03 | |
| 02/20/03 | 01/31/03 | 373811 | 455.00 | .00 | | | | | 455.00 |
| 07/24/03 | 06/30/03 | 375389 | .00 | 12.00 | | | | | 12.00 |
| 08/31/03 | 07/31/03 | 376733 | 1,365.00 | 13.00 | | | | | 1,378.00 |
| 11/14/03 | 09/30/03 | 379590 | 940.00 | .00 | | | | | 940.00 |
| | | Total: | 48,569.82 | 83.14 | | | 45,867.96 | | 2,785.00 |

alp_132r: Billed Charges Analysis

Run Date & Time: 11/14/2003 14:55:17

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    37

Matter No: 056772-00019
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : HEARINGS
Matter Opened : 09/06/2002

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:
Bill Frequency: M

Status    : ACTIVE

B I L L E D   T I M E   D E T A I L

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| BECKER, GARY M. | 09/22/03 | Prepare for and participate in omnibus hearing, including preparation for argument on State Street motion. | 2.00 | 940.00 | 4830748 | 09/24/03 |

Fee Total    2.00    940.00

Fee Total    2.00    940.00

alp_132r: Billed Charges Analysis

Run Date & Time: 11/14/2003 14:55:17

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE  38

Matter No: 056772-00019                                        Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : HEARINGS                                         Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 03/06/2002                                                                               Status       : ACTIVE

B I L L E D   T I M E   S U M M A R Y

| Employee Name | Hours | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward | Status |
|---|---|---|---|---|---|---|---|---|
| BECKER, GARY M. | 2.00 | 940.00 | | | | | | |
| Total: | 2.00 | 940.00 | | | | | | |

```
alp_132r: Billed Charges Analysis                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                        PAGE   39
Run Date & Time: 11/14/2003 14:55:17                          *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00024                                    Orig Prtnr : CRED. RGTS - 06975         Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : EAI SCIENCE TRIAL                            Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                         Status       : ACTIVE


Special Billing Instructions: reduce tele. 1.00/photo. 0.15


                                                           PRE-BILLING SUMMARY REPORT


                                 UNBILLED TIME FROM:                              TO:
                                 UNBILLED DISB FROM:                              TO:


                                            FEES                COSTS

                GROSS BILLABLE AMOUNT:      0.00                0.00
                AMOUNT WRITTEN DOWN:
                          PREMIUM:
      ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
                   AMOUNT BILLED:
                     THRU DATE:
     CLOSE MATTER/FINAL BILLING?    YES   OR   NO
EXPECTED DATE OF COLLECTION:


BILLING PARTNER APPROVAL:

                            BENTLEY PHILIP - 02495          WRITE OFF APPROVAL (necessary for write downs over $2,000.00)


BILLING COMMENTS:



                            ACCOUNTS RECEIVABLE TOTALS                        UNAPPLIED CASH

                     FEES:             2,069.50       UNIDENTIFIED RECEIPTS:        0.00
             DISBURSEMENTS:                4.55       PAID FEE RETAINER:            0.00
             FEE RETAINER:                 0.00       PAID DISB RETAINER:           0.00
             DISB RETAINER:                0.00       TOTAL AVAILABLE FUNDS:        0.00
          TOTAL OUTSTANDING:           2,074.05       TRUST BALANCE:
                                                      UNAPPLIED CASH:


                                                   BILLING HISTORY

            DATE OF LAST BILL:    08/31/03           LAST PAYMENT DATE:
            LAST BILL NUMBER:      375389            FEES BILLED TO DATE:         2,069.50
         LAST BILL THRU DATE:     07/31/03    FEES WRITTEN OFF TO DATE:             0.00


FOR ACCT'G USE ONLY:          Write Down/Up Reason Codes:

                          (1) Exceeded Fixed Fee        (6) Summer Associate
                          (2) Late Time & Costs Posted  (7) Fixed Fee
                          (3) Pre-arranged Discount     (8) Premium
                          (4) Excessive Legal Time      (9) Rounding
                          (5) Business Development     (10) Client Arrangement


BILL NUMBER:_____   DATE OF BILL:_____   Processed by:_____   FRC:_____   CRC:_____
```

alp_132r: Billed Charges Analysis

Run Date & Time: 11/14/2003 14:55:17

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    40

Matter No: 056772-00024                      Orig Prtnr : CRED. RGTS - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE   Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : ZAI SCIENCE TRIAL               Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                              Status    : ACTIVE

B I L L I N G   &   P A Y M E N T   H I S T O R Y  (Reflects Payments As of 11/14/03 14:55:17)

| | | ------ Billed ------ | | ---- Collections ---- | |
| Bill Date | Thru Date | Bill# | Fee & OA | Disbursement | Applied From OA | Total | Date | Balance Due |
|-----------|-----------|-------|----------|--------------|-----------------|-------|------|-------------|
| 07/24/03 | 06/30/03 | 373811 | 637.00 | .00 | | .00 | | 637.00 |
| 08/31/03 | 07/31/03 | 375389 | 1,432.50 | 4.55 | | .00 | | 1,437.05 |
| | Total: | | 2,069.50 | 4.55 | | .00 | | 2,074.05 |

```
alp_132r: Billed Charges Analysis                          KRAMER, LEVIN, NAFTALIS & FRANKEL, LLP                              PAGE    41
Run Date & Time: 11/14/2003 14:55:17                            *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00028                                                                              Orig Prtnr : CRED. RGTS - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                                                      Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : TRAVEL/NON-WORKING                                                                     Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 10/04/2002                                                                                                                    Status    : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15

                                                        PRE-BILLING SUMMARY REPORT

      UNBILLED TIME FROM:     09/22/2003                                 TO:     09/22/2003
      UNBILLED DISB FROM:                                                TO:

                                                FEES                                             COSTS

GROSS BILLABLE AMOUNT:                         705.00                                            0.00
AMOUNT WRITTEN DOWN:
  PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
AMOUNT BILLED:
  THRU DATE:                     09/22/2003
CLOSE MATTER/FINAL BILLING?    YES   OR   NO
EXPECTED DATE OF COLLECTION?

BILLING PARTNER APPROVAL:
                                   BENTLEY PHILIP - 02495               WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

                                                                       ----------------------------------------------------------

                          ACCOUNTS RECEIVABLE TOTALS                                    UNAPPLIED CASH

      FEES:                              2,161.00         UNIDENTIFIED RECEIPTS:              0.00
DISBURSEMENTS:                               0.00              PAID FEE RETAINER:             0.00
      FEE RETAINER:                          0.00             PAID DISB RETAINER:             0.00
      DISB RETAINER:                         0.00          TOTAL AVAILABLE FUNDS:             0.00
TOTAL OUTSTANDING:                       2,161.00               TRUST BALANCE:
                                                               BILLING HISTORY

      DATE OF LAST BILL:        11/14/03          LAST PAYMENT DATE:         08/19/03
      LAST BILL NUMBER:           379590         FEES BILLED TO DATE:       8,200.00
      LAST BILL THRU DATE:      09/30/03    FEES WRITTEN OFF TO DATE:       6,290.00

FOR ACCTG USE ONLY:          Write Down/Up Reason Codes:

                          (1) Exceeded Fixed Fee         (6) Summer Associate
                          (2) Late Time & Costs Posted   (7) Fixed Fee
                          (3) Pre-arranged Discount      (8) Premium
                          (4) Excessive Legal Time       (9) Rounding
                          (5) Business Development      (10) Client Arrangement


BILL NUMBER: _____         DATE OF BILL: _____    Processed by: _____     FRC: _____    CRC: _____
```

alp_131r: Billed Charges Analysis

Run Date & Time: 11/14/2003 14:55:17

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE   42

Matter No: 056772-00028                                         Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                 Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : TRAVEL/NON-WORKING                                Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 10/04/2002                                                                                Status   : ACTIVE

B I L L E D   T I M E   S U M M A R Y                              ------- Total -------      Billed
Emp Id Employee Name              Group               Oldest       Latest      Hours        Amount
------ ----------------           ------              -------      -------     -------      --------

05292  BECKER, GARY M.            CRED               09/22/03     09/22/03       1.50        705.00

                 Total:                                                         1.50        705.00

Sub-Total Hours :    0.00 Partners      1.50 Counsels     0.00 Associates    0.00 Legal Assts    0.00 Others

B I L L I N G   &   P A Y M E N T   H I S T O R Y (Reflects Payments As of 11/14/03 14:55:17)

|  | | | | ------- Billed -------- | | ---- Collections ---- | |
| Bill Date | Thru Date | Bill# | Fee & OA | Disbursement | From OA | Applied<br>Total | Date | Balance<br>Due |
|---|---|---|---|---|---|---|---|---|
| 06/10/02 | 04/30/02 | 352100 | 1,000.00 | .00 | | 1,000.00 | 12/31/02 | |
| 09/30/02 | 09/30/02 | 358460 | 800.00 | .00 | | 800.00 | 04/29/03 | |
| 10/31/02 | 09/30/02 | 359721 | 190.00 | .00 | | 190.00 | 04/29/03 | |
| 11/19/02 | 10/31/02 | 361261 | 285.00 | .00 | | 285.00 | 08/19/03 | |
| 06/17/03 | 05/31/03 | 371897 | 455.00 | .00 | | 364.00 | 08/19/03 | 91.00 |
| 07/24/03 | 06/30/03 | 373811 | 910.00 | .00 | | .00 | | 910.00 |
| 09/30/03 | 08/31/03 | 376733 | 455.00 | .00 | | .00 | | 455.00 |
| 11/14/03 | 09/30/03 | 379590 | 705.00 | .00 | | .00 | | 705.00 |

                 Total:             4,800.00       .00              2,639.00           2,161.00

alp_132r: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL LLP

PAGE    43

Run Date & Time: 11/14/2003 14:55:17

*PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00028                              Orig Prtnr : CRED. RGTS - 06975              Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : TRAVEL\NON-WORKING                     Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 10/04/2002                                                                        Status    : ACTIVE

B I L L E D   T I M E   D E T A I L

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| BECKER, GARY M. | 09/22/03 | Non working travel time during trip to Wilmington for omnibus hearing(3.0)(billed at half normal rate). | 1.50 | 705.00 | 4830749 | 09/24/03 |
| | | Fee Total | 1.50 | 705.00 | | |
| | | Fee Total | 1.50 | 705.00 | | |

alp_132r: Billed Charges Analysis

Run Date & Time: 11/14/2003 14:55:17

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    44

Matter No: 056772-00028
Client Name : W.R. GRACE & CO.   EQUITY COMMITTEE
Matter Name : TRAVEL\NON-WORKING
Matter Opened : 10/04/2002

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:
Bill Frequency: M

Status    : ACTIVE

**B I L L E D   T I M E   S U M M A R Y**

| Employee Name | Hours | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|---|
| BECKER, GARY M. | 1.50 | 705.00 | | | | | |
| Total: | 1.50 | 705.00 | | | | | |

alp_132rc: Client Analysis Sheet

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
*PRIVILEGED AND CONFIDENTIAL*
Work Thru : 09/30/03

PAGE   1

Run Date & Time: 11/14/03 14:55:21
Client: 056772 W.R. GRACE & CO. EQUITY COMMITTEE

| Number | Matter Name | Hours | Fees | Disbursements | Total Charges | Resp Partners | Class | Freq | Stat |
|--------|-------------|-------|------|---------------|---------------|---------------|-------|------|------|
| 00001 | CASE ADMINISTRATION | 12.70 | 3,721.50 | 225.75 | 3,947.25 | BENTLEY PHILLIP - 02495 | | M | B |
| 00002 | CREDITOR COMMITTEE | 10.00 | 4,804.50 | 2.00 | 4,806.50 | BENTLEY PHILLIP - 02495 | | M | B |
| 00003 | FINANCING | 0.40 | 74.00 | 0.00 | 74.00 | BENTLEY PHILLIP - 02495 | | M | B |
| 00005 | BANKR. MOTIONS | 5.20 | 2,444.00 | 0.00 | 2,444.00 | BENTLEY PHILLIP - 02495 | | M | B |
| 00008 | FEE APPLICATIONS, APPLIC | 3.10 | 687.50 | 0.00 | 687.50 | BENTLEY PHILLIP - 02495 | | M | B |
| 00011 | ASSET ANALYSIS AND RECOV | 0.00 | 0.00 | 106.88 | 106.88 | BENTLEY PHILLIP - 02495 | | M | B |
| 00012 | CLAIM ANALYSIS OBJECTION | 3.10 | 1,627.50 | 0.00 | 1,627.50 | BENTLEY PHILLIP - 02495 | | M | B |
| 00013 | FRAUDULENT CONVEYANCE AD | 0.00 | 0.00 | 0.00 | 0.00 | BENTLEY PHILLIP - 02495 | | M | B |
| 00019 | HEARINGS | 2.00 | 940.00 | 0.00 | 940.00 | BENTLEY PHILLIP - 02495 | | M | B |
| 00024 | ZAI SCIENCE TRIAL | 0.00 | 0.00 | 0.00 | 0.00 | BENTLEY PHILLIP - 02495 | | M | B |
| 00028 | TRAVEL\NON-WORKING | 1.50 | 705.00 | 0.00 | 705.00 | BENTLEY PHILLIP - 02495 | | M | B |
| | Client Total | 38.00 | 15,004.00 | 334.63 | 15,338.63 | | | | B |

Client: 056772 W.R. GRACE & CO. EQUITY COMMITTEE