## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W.R. GRACE & CO., et al.,[1]** | ) | **Case No. 01-01139 (JKF)** |
| | ) | **(Jointly Administered)** |
| **Debtors.** | ) | |

### AFFIDAVIT OF SERVICE

| | |
|---|---|
| **1. CLAIMS BAR DATE NOTICE MATERIALS COMPRISED OF:** | **ATTACHED HERETO** |
|    **a. CLAIMS BAR DATE NOTICE** | **AS EXHIBIT 1** |
|    **b. ORDER AS TO ALL NON-ASBESTOS CLAIMS, ASBESTOS PROPERTY DAMAGE CLAIMS, AND MEDICAL MONITORING CLAIMS (I) ESTABLISHING BAR DATE, (II) APPROVING PROOF OF CLAIM FORMS AND (III) APPROVING NOTICE PROGRAM** | |
|    **c. GENERAL INSTRUCTIONS FOR COMPLETING PROOF OF CLAIM FORMS FOR THE BAR DATE** | |

| | |
|---|---|
| **2. GRACE NON-ASBESTOS PROOF OF CLAIM FORM** | **ATTACHED HERETO AS EXHIBIT 2** |
| **3. WR GRACE & CO. ASBESTOS MEDICAL MONITORING PROOF OF CLAIM FORM** | **ATTACHED HERETO AS EXHIBIT3** |
| **4. WR GRACE & CO. ASBESTOS PROPERTY DAMAMGE PROOF OF CLAIM FORM** | **ATTACHED HERETO AS EXHIBIT4** |

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food =N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

I, Michelle S. Dalsin, being duly sworn state as follows:

1.       I am over twenty-one years of age and I believe the statements contained herein are true, based on my personal knowledge.

2.       I am employed by Rust Consulting, Inc., located at 201 South Lyndale, Faribault, MN. as a Senior Project Administrator.

3.       On the dates indicated, I caused copies of certain of the above referenced documents, to be served by first class mail upon the parties listed on the attached service lists. The specific documents served on each party are indicated respectively.

I declare under penalty of perjury that the foregoing is true and correct.

_Michelle Dal_

Personally appeared before me on this 18th day of November, 2003, Michelle S Dalsin, an individual, known to me to be the person who executed the foregoing instrument and acknowledged the same.

_Sharon Velander_

DATED: November 18, 2003
Faribault, Minnesota

SHARON E. VELANDER
NOTARY PUBLIC-MINNESOTA
MY COMMISSION EXPIRES 1-31-2005

State of  Minnesota          )

County of  Rice              )

# *W.R. Grace & Co. et al*

*Service list for requests from 11/10/2003 to11/10/2003*

00068635
LINDA BALLOU
849 W 14TH ST
PORT ARTHUR, TX 77640-3018
11/10/2003
    Non-asbestos:    0001
    Notice:    0001

00068642
LINDA POLIDORE
849 W 14TH ST
PORT ARTHUR, TX 77640-3018
11/10/2003
    Non-asbestos:    0001
    Notice:    0001

00068659
RUBY BLACK
RR 1 BOX 324
FORKLAND, AL 36740-9179
11/10/2003
    Property:    0001
    Notice:    0001

00068666
RUBY BLACK
RR 1 BOX 324
FORKLAND, AL 36740
11/10/2003
    Non-asbestos:    0001
    Notice:    0001

00068673
JEANETTE LEE
177 BURTON ST APT 195E
JASPER, GA 30143
11/10/2003
    Non-asbestos:    0001
    Notice:    0001

00068680
JEANETTE LEE
177 BURTON ST APT 195E
JASPER, GA 30143
11/10/2003
    Medical:    0001
    Notice:    0001

00068697
JEANETTE LEE
177 BURTON ST APT 195E
JASPER, GA 30143
11/10/2003
    Property:    0001
    Medical:    0001
    Non-asbestos:    0001
    Notice:    0001

00068703
JEANETTE LEE
177 BURTON ST APT 195E
JASPER, GA 30143
11/10/2003
    Property:    0001
    Medical:    0001
    Non-asbestos:    0001
    Notice:    0001

00068710
WALTER IGNELL
235 14TH ST SE
NAPLES, FL 34117-3688
11/10/2003
    Medical:    0001
    Notice:    0001

00068727
JOSEPH PANEPINTO
168 CEDAR ST
CLIFFSIDE PARK, NJ 07010
11/10/2003
    Property:    0001
    Notice:    0001

00068734
DONALD J MURPHY
6140 E HAYDEN LAKE RD
HAYDEN, ID 83835-7594
11/10/2003
    Medical:    0001
    Notice:    0001

00068741
MAXINE D MURPHY
6140 E HAYDEN LAKE RD
HAYDEN, ID 83835-7594
11/10/2003
    Medical:    0001
    Notice:    0001

# *W.R. Grace & Co. et al*

*Service list for requests from 11/10/2003 to 11/10/2003*

00068758
PERCY MOORE
775 APT E CARL RUSSELL AVE
WINSTON SALEM, NC 27101
11/10/2003
    Non-asbestos:    0001
    Notice:    0001

00068772
THERESA AGUIAR
306 BLACKHORSE RD
N. TAZEWELL, VA 24630
11/10/2003
    Medical:    0001
    Non-asbestos:    0001
    Notice:    0001

00068796
PATRICK GANNON SENOIR
802 NORTH EVERGREEN STREET
BURBANK, CA 91505-2711
11/10/2003
    Property:    0002
    Medical:    0002
    Non-asbestos:    0002
    Notice:    0002

00068819
LISA GRIMALDI
c/o BOBBITT LAW FIRM
6060 N. CENTRAL EXPRESSWAY, SUITE 320
DALLAS, TX 75206
11/10/2003
    Property:    0005
    Medical:    0005
    Notice:    0001

00068765
SHIRLEY BRADLEY
1015 E 9TH ST APT 302
ROANOKE RAPIDS, NC 27870
11/10/2003
    Non-asbestos:    0001
    Notice:    0001

00068789
CARL PERNICONE
c/o WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
150 EAST 42ND STREET
NEW YORK, NY 10017-5639
11/10/2003
    Property:    0005
    Medical:    0005
    Non-asbestos:    0005
    Notice:    0005

00068802
PATRICK GANNON SENIOR
c/o NOT AN ATTORNEY
802 NORTH EVERGREEN STREET
BURBANK, CA 91505-2711
11/10/2003
    Property:    0002
    Medical:    0002
    Non-asbestos:    0002
    Notice:    0002