# CERTIFICATE OF SERVICE

I, , Theodore J. Tacconelli, certify that I am not less than 18 years of age, and that service of this Objection Of The Official Committee Of Asbestos Property Damage Claimants To Royal Indemnity Company's Motion For Leave To File A Late Proof Of Claim was made on November 26, 2003, upon the following parties in the manner indicated:

**BY FACSIMILE AND FIRST CLASS MAIL**

Ian Connor Bifferato, Esquire
Bifferato, Bifferato & Gentilotti
1308 Delaware Avenue
The Buckner Building
P.O. Box 2165
Wilmington, DE 19899-2165
(302) 429-8600

James P. Donovan, Esquire
Carl Pernicone, Esquire
Wilson, Elser, Moskowitz, Edelman
 & Dicker, LLP
150 East 42nd Street
New York, NY 10017-5639
(212) 490-3038 – Facsimile

Mark G. Ledwin, Esquire
Wilson, Elser, Moskowitz, Edelman
 & Dicker, LLP
3 Gannett Drive
White Plains, NY 10604
(914) 323-7001 – Facsimile

Upon penalty of perjury I declare that the foregoing is true and correct.

/s/ Theodore J. Tacconelli
Theodore J. Tacconelli (#2678)