IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | * | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | * | Case No. 01-01139 (JKF) |
| | * | Jointly Administered |
| Debtor. | * | |

Hearing Date: December 15, 2003 at 12:00 p.m.
Related Docket Nos. 4667 and 4749

## OBJECTION OF CAROL GERARD, ET AL. TO ROYAL INDEMNITY COMPANY'S MOTION FOR LEAVE TO FILE A LATE PROOF OF CLAIM

Carol Gerard, Alfred Pennock, Billie Schull, *et al.* (the "Libby Victims"), creditors and parties in interest, by and through their counsel, McGarvey, Heberling, Sullivan & McGarvey, P.C.; Cohn Khoury Madoff & Whitesell LLP; and Landis Rath & Cobb LLP, hereby object to Royal Indemnity Company's Motion For Leave to File a Late Proof of Claim (the "Motion") [Docket No. 4667]. For the reasons set forth in the Debtor's Objection to Royal Indemnity Company's Motion for Leave to File a Late Proof of Claim [Docket No. 4749], Royal's failure to

[REMAINDER OF PAGE LEFT BLANK INTENTIONALLY]

comply with the Bar Date Order was not due to excusable neglect. The Motion should thus be denied.

Dated: November 26, 2003

CAROL GERARD, ALFRED PENNOCK,
BILLIE SCHULL *et al.*

By their attorneys,

*/s/ Kerri Mumford*

Adam G. Landis, Esq. (No. 3407)
Kerri Mumford, Esq. (No. 4186)
LANDIS RATH & COBB LLP
919 Market Street, Suite 600
P.O. Box 2087
Wilmington, DE 19801
(302) 467-4400

and

Daniel C. Cohn
David B. Madoff
COHN KHOURY MADOFF & WHITESELL LLP
101 Arch Street
Boston, MA 02110
(617) 951-2505

and

Jon L. Heberling
MCGARVEY, HEBERLING, SULLIVAN &
  MCGARVEY, P.C.
745 South Main
Kalispell, MT 59904
(406) 752-5566

877P\obj to late filed claim 4

393.001-1016.doc