## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline**: December 16 2003, at 4:00 p.m. |
| | | **Hearing Date:**    TBD only if necessary |

## FEE DETAIL FOR KIRKLAND & ELLIS LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM OCTOBER 1, 2003 THROUGH OCTOBER 31, 2003

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

## Matter 17 – Relief from Stay – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/03/03 | Christian J Lane | 2.50 | Draft response to Old Castle motion for relief from stay. |
| 10/06/03 | James W Kapp | 1.50 | Review debtors objection to Oldcastle motion for relief from stay. |
| 10/06/03 | Christian J Lane | 3.50 | Revise objection to Old Castle motion for relief from stay (2.8); telephone conferences with client re same (.3); office conferences re same (.4). |
| 10/07/03 | James W Kapp | 2.30 | Revise objection to Oldcastle motion for relief from automatic stay. |
| 10/07/03 | Christian J Lane | 3.00 | Review and revise objection to Old Castle motion for relief from stay (2.3); office conferences re same (.7). |
| 10/08/03 | James W Kapp | 2.00 | Revise modified objections to Oldcastle automatic stay motion. |
| 10/08/03 | Christian J Lane | .80 | Revise response to Old Castle motion for relief. |
| 10/09/03 | James W Kapp | 3.80 | Revise objection to Oldcastle automatic stay motion. |
| 10/09/03 | Christian J Lane | 1.00 | Revise response to Old Castle motion for relief. |
| 10/10/03 | Janet S Baer | .70 | Review draft response re Oldcastle APG Northeast stay motion (.5); office conference re same (.2). |
| 10/10/03 | James W Kapp | 2.60 | Revise objection to Oldcastle automatic stay motion. |
| 10/10/03 | Christian J Lane | 1.00 | Finalize objection to Old Castle motion for relief. |
| | Total hours: | 24.70 | |

## Matter 19 – Claims Analysis Objection & Resolution (Non-Asbestos) – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/01/03 | Tiffany J Wood | 1.50 | Review omnibus objections to claims and follow up re same. |
| 10/01/03 | Christian J Lane | .40 | Correspondence with creditor re claim objection issues. |
| 10/02/03 | Tiffany J Wood | 1.00 | Telephone conference with claimant re omnibus objection. |
| 10/02/03 | Christian J Lane | .60 | Telephone conferences with client re claims objection process issues (.4); office conferences re same (.2). |
| 10/03/03 | Christian J Lane | .50 | Correspondence with creditor re claim objection issues (.2); telephone conferences with client re claim objection process issues (.3). |
| 10/06/03 | James W Kapp | .30 | Review correspondence from C. Springler re objection to proof of claim (.2); review correspondence from Daleen re claim resolution (.1). |
| 10/08/03 | James W Kapp | .60 | Review response to claim objection (.2); develop response re same (.4). |
| 10/09/03 | Samuel Blatnick | 1.00 | Research whether inclusion on Schedule G has any effect on creditor's requirement to file a claim. |
| 10/10/03 | Rhonda Lopera | 1.00 | Review and analyze call log re creditor information (.5); return creditor calls re Omnibus Objection to Claims (.5). |
| 10/10/03 | Tiffany J Wood | 1.00 | Review message re omnibus objection and update call log re same (.5); telephone conference with claimant re omnibus objection to claims (.5). |
| 10/10/03 | James W Kapp | .20 | Review response to claim objection. |
| 10/10/03 | Christian J Lane | .50 | Correspondence re claim of California Department of General Services. |
| 10/13/03 | James W Kapp | .10 | Review E. Sullivan response to claim objection. |
| 10/14/03 | James W Kapp | 1.10 | Attend to strategy re Royal proof of claim (.6); review certain responses to claims objections (.5). |
| 10/15/03 | Janet S Baer | .60 | Confer with J. Hughes re potential resolution of insurance claim payment issues (.3); further confer re same (.3). |
| 10/15/03 | James W Kapp | 1.10 | Review Wesconn motion to compel discovery re disputed proof of claim (.4); develop response strategy re same (.7). |
| 10/15/03 | Christian J Lane | 3.00 | Review Wesconn Motion to Compel (1.0); office conferences to discuss strategy re same (1.0); review discovery requests (1.0). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/16/03 | Janet S Baer | .30 | Conferences re insurance collection activities and J. Hughes potential settlement. |
| 10/16/03 | James W Kapp | 1.10 | Review Wescomm discovery re disputed proof of claim (.6); develop response strategy re same (.5). |
| 10/20/03 | James W Kapp | .70 | Develop strategy re response to Wesconn's motion to compel (.3); review correspondence from L. Duff re claims arising from particular litigation (.2); review response to claim objection from R. Fallenburg (.2). |
| 10/21/03 | Samuel Blatnick | 1.00 | Revise and modify Proof of Administrative Claim Form for use with Motion to Set Administrative Claim Bar Date. |
| 10/22/03 | Christian J Lane | 3.50 | Office conference re Wesconn motion to compel (.6); analyze Wesconn motion and discovery request and files (.9); research re response to motion to compel (2.0). |
| 10/23/03 | Rhonda Lopera | 1.00 | Review and analyze claims register re scheduled claims. |
| 10/23/03 | Samuel Blatnick | 1.00 | Revise Administrative Claims Notice to explain the definition of Administrative Claim in plain English. |
| 10/23/03 | Christian J Lane | 4.30 | Office conferences re Wesconn motion to compel (.3); research re response to motion to compel (2.5); draft response to motion to compel (1.5). |
| 10/24/03 | James W Kapp | 1.40 | Develop response to Wesconn motion. |
| 10/24/03 | Christian J Lane | 4.90 | Research re response to Wesconn motion to compel (2.9); revise response to motion to compel (1.0); prepare 3d order re second omnibus claim objection (1.0). |
| 10/26/03 | Christian J Lane | 2.80 | Draft and revise response to motion to compel. |
| 10/27/03 | James W Kapp | 4.80 | Review motion for reconsideration of order denying claim filed by Valeron (.7); review notice procedures re same (.6); review correspondence from E Anderson re J.M. Foster claim (.4); revise debtor's objection to Wesconn motion to compel (3.1). |
| 10/27/03 | Christian J Lane | 4.30 | Draft and revise response to motion to compel (1.5); office conferences re Wesconn response (.6); review motion of Valeron Strength Films to reconsider claim (.5); office conferences re same (.5); correspondence with client and BMC re Valeron motion (.5); telephone conferences with client re Valeron claim (.3); analyze issues re same (.4). |
| 10/28/03 | Rhonda Lopera | 1.00 | Review and analyze exhibit re withdrawn claims (.7); telephone conference with client re same (.3). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/28/03 | Janet S Baer | .30 | Conference re Wesconn discovery and related issues. |
| 10/28/03 | James W Kapp | 3.60 | Review objection to Wesconn motion to compel (3.4); revise order re KWELMB settlement motion (.2). |
| 10/28/03 | Christian J Lane | 2.00 | Draft and revise response to motion to compel (1.2); office conferences re Wesconn response (.8). |
| 10/29/03 | James W Kapp | 2.80 | Revise modified response to Wesconn motion to compel. |
| 10/29/03 | Christian J Lane | 2.30 | Revise response to motion to compel (1.8); office conferences re Wesconn response (.5). |
| 10/30/03 | James W Kapp | .60 | Revise response to Wesconn motion to compel discovery. |
| 10/30/03 | Christian J Lane | 2.50 | Revise response to motion to compel (1.6); office conferences re Wesconn response (.9). |
| 10/31/03 | Janet S Baer | 2.40 | Review correspondence re new Attic suit and consider stay issues (.4); review materials and draft consent order re EPA Claims and settlement (.7); participate in call with Grace personnel re EPA settlement approach and issues (1.3). |
| 10/31/03 | James W Kapp | 1.50 | Revise response to Wesconn motion to compel. |
| 10/31/03 | Christian J Lane | 1.00 | Finalize objection to Wesconn motion to compel. |
| | Total hours: | 65.60 | |

## Matter 20 – Case Administration – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/01/03 | Rhonda Lopera | 1.00 | Review and analyze docket re scheduled hearing dates (.4); interoffice conference re same (.3); incorporate dates into critical dates memorandum (.3). |
| 10/01/03 | Tiffany J Wood | 1.50 | Review docket and adversary dockets re newly filed pleadings and distribute same for attorney review (.5); research and prepare asbestos case precedent documents for attorney review (1). |
| 10/01/03 | Christian J Lane | .80 | Correspondence with Creditors' Committee counsel re extension of lease rejection deadline (.3); correspondence with Creditors' Committee counsel re KWELM settlement motion (.5). |
| 10/01/03 | Shirley A Pope | 6.00 | Review docket for newly filed pleadings and download same (1.0); search litigation support database re documents requested by attorney (.5); review, analyze and prepare same for attorney use (.5); analyze and prepare documents forwarded by attorneys for inclusion in Grace subject files (2.0); review and catalog pleadings for Concordance litigation support system (2.0). |
| 10/02/03 | Rhonda Lopera | 1.50 | Review and analyze pleadings re incorporation into central file (1.0); review and update index re order binder (.5). |
| 10/02/03 | Tiffany J Wood | 3.00 | Review docket and adversary dockets re newly filed pleadings and distribute same for attorney review (.5); review adversary docket re certification of counsel (.5); telephone conference with clerk re transcript order (.5); review docket re newly filed orders and update indices and central files re same (.5); review service list re Royal Insurance and follow up re same (1.0). |
| 10/02/03 | James W Kapp | .20 | Review pleadings and correspondence. |
| 10/02/03 | Christian J Lane | 1.50 | Telephone conferences with Creditors' Committee re KWELM settlement (.7); telephone conferences with client re Creditors' Committee issues re KWELM settlement (.5); review and comment on motion status claimant (.3). |
| 10/02/03 | Shirley A Pope | 3.30 | Review docket for newly filed pleadings and download same (1.0); review and catalog pleadings for Concordance litigation support system (2.0); review correspondence and forward to responsible attorney for action (.3). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/03/03 | Rhonda Lopera | 3.50 | Review and analyze adversary scheduling order re hearing dates and response deadlines (1.0); interoffice conference re same (.3); update critical dates re same (.5); respond to creditor calls (.2); review and analyze docket re asbestos cases (.7); update and revise index re same (.4); interoffice conference re same (.4). |
| 10/03/03 | Tiffany J Wood | 3.50 | Review adversary docket re critical dates and update chart re same (.5); review docket re status of motions and update status chart re same (.5); retrieve fee application and distribute for attorney review (.5); analyze new correspondence and enter same into electronic filing database (1.5); review docket re CNO's and send same to client (.5). |
| 10/03/03 | Christian J Lane | 1.00 | Review docket summary and relevant file pleadings (.4); review and comment on critical dates list (.3); office conference re several open matters (.3). |
| 10/03/03 | Shirley A Pope | 3.50 | Review docket for newly filed pleadings and download same (1.0); analyze and prepare documents for attorney use (.5); review and catalog pleadings for Concordance litigation support system (2.0). |
| 10/06/03 | Rhonda Lopera | 2.00 | Retrieve signed stipulation and order re adversary case (.7); review and analyze pleadings re incorporation into central file (.8); update order binder (.5). |
| 10/06/03 | Tiffany J Wood | 5.00 | Review docket and adversary dockets re newly filed pleadings and distribute same for attorney review (.5); review docket re newly filed orders and update indices and central files re same (1.5); review docket re hearing transcript and prepare same for attorney review (1.0); telephone conference with case manager re request for change of address (.5); telephone conference with claims agent re certificate of service for bar date notice (.5); analyze new correspondence and enter same into electronic filing database (1.0). |
| 10/06/03 | James W Kapp | .50 | Review pleadings and correspondence (.2); review articles in the Daily Bankruptcy Review re related bankruptcy proceedings (.2); review docket (.1). |
| 10/06/03 | Shirley A Pope | 5.50 | Review docket for newly filed pleadings and down load same (1.0); review correspondence and forward to responsible attorney for action (.5); organize and catalog pleadings for Concordance litigation support system (3.0); review and organize documents forwarded by client for attorney use (1.0). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/07/03 | Rhonda Lopera | 1.00 | Review and analyze Schedules and Statements re executory contracts (.7); interoffice conference re same(.3). |
| 10/07/03 | Tiffany J Wood | 4.00 | Review docket and adversary dockets re status of motions and update status chart re same (1.0); review docket re hearing transcript and follow up re same (1.0); request proofs of claims for attorney review (.5); review central files re PBGC agreement and prepare same for attorney review (1.5). |
| 10/07/03 | Christian J Lane | .50 | Review and finalize quarterly OCP report. |
| 10/07/03 | Shirley A Pope | 5.50 | Review docket for newly filed pleadings and download same (.5); analyze and prepare documents forwarded by attorney for inclusion in Grace main files (2.0); review and revise litigation support database re Gerard filings (1.0); review and revise indices to Grace main file (1.0); review and catalog pleadings for Concordance litigation support system (1.0). |
| 10/08/03 | Rhonda Lopera | 2.00 | Prepare OCP quarterly report for filing with court (.5); review and analyze exhibit re same (.5); review and analyze asbestos case related documents re plan and disclosure statement (1.0). |
| 10/08/03 | Tiffany J Wood | 3.00 | Review docket re hearing transcript and follow up re same (.5); telephone conference with claimant re change of address and update central files re same (.5); retrieve proofs of claim and prepare same for attorney review (1.0); update central files with current pleadings (1.0). |
| 10/08/03 | James W Kapp | .20 | Review docket (.1); review motion status chart (.1). |
| 10/08/03 | Shirley A Pope | 3.50 | Review docket for newly filed pleadings and download same (.5); review and organize pleadings for litigation support database (1.0); organize and catalog pleadings for Concordance litigation support system (2.0). |
| 10/09/03 | Rhonda Lopera | 1.00 | Review and analyze docket re motion status chart (.7); interoffice conference re same (.3). |
| 10/09/03 | Tiffany J Wood | 1.00 | Telephone conference with clerk re hearing transcript (.5); retrieve service list re bar date notice and prepare same for attorney review (.5). |
| 10/09/03 | James W Kapp | .20 | Review pleadings and correspondence. |
| 10/09/03 | Christian J Lane | 1.00 | Review and comment on draft hearing agenda (.5); telephone conferences with Delaware counsel re pending filings (.5). |

| <u>Date</u> | <u>Name</u> | <u>Hours</u> | <u>Description</u> |
|---|---|---|---|
| 10/09/03 | Shirley A Pope | 3.00 | Review correspondence and forward to responsible attorney for action (.5); review Chakarian adversary proceeding docket for newly filed pleadings and down load same (.5); review and catalog pleadings for Concordance litigation support system (2.0). |
| 10/10/03 | Rhonda Lopera | 1.50 | Review and analyze docket re critical dates (.7); update and revise critical dates (.3); review and analyze adversary dockets re critical dates (.5). |
| 10/10/03 | Tiffany J Wood | 1.00 | Retrieve schedule and prepare same for attorney review (.5); retrieve insurance policies and prepare same for attorney review (.5). |
| 10/10/03 | Shirley A Pope | 3.00 | Review docket for newly filed pleadings and download same (1.0); review and catalog pleadings for Concordance litigation support system (2.0). |
| 10/13/03 | Rhonda Lopera | 1.00 | Review and analyze case precedent re asbestos cases (.7); interoffice conference re same (.3). |
| 10/13/03 | Tiffany J Wood | 2.00 | Review Owens-Corning docket re motion to recuse judge and follow up re same (.5); research and prepare asbestos case precedent documents for attorney review (1.5). |
| 10/13/03 | James W Kapp | .20 | Review pleadings and correspondence. |
| 10/13/03 | Christian J Lane | .50 | Review docket summary and relevant pleadings. |
| 10/13/03 | Shirley A Pope | 2.00 | Review docket for newly filed pleadings and download same (1.0); review and organize pleadings for Concordance litigation support system (.5); prepare documents forwarded by client for attorney use (.5). |
| 10/14/03 | Rhonda Lopera | 2.00 | Review and analyze docket re TRO (.6); interoffice conference re same (.4); review and analyze docket re critical dates (.7); update and distribute critical dates (.3). |
| 10/14/03 | Tiffany J Wood | 3.00 | Review docket and adversary dockets re newly filed pleadings and distribute same for attorney review (.5); review docket re omnibus objection and follow up re same (.5); telephone conference with claimant re status of claim (.5); research and prepare asbestos case precedent documents for attorney review (1.5). |
| 10/14/03 | James W Kapp | .20 | Review Daily Bankruptcy Review article re attempt to remove Judge Wolin for alleged conflicts in related bankruptcy case. |
| 10/14/03 | Christian J Lane | 2.00 | Telephone conferences and correspondence with KWELM settlement order and PD committee issues re same (1.5); revise order (.5). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/14/03 | Shirley A Pope | 6.00 | Review docket for newly filed pleadings and download same (.5); review and organize pleadings for Concordance litigation support system (.5); search litigation support database system for documents needed for attorney review (1.0); analzye and prepare same for attorney use (1.0); analyze and prepare subject files for attorney use (1.0); review and catalog pleadings for Concordance litigation support system (2.0). |
| 10/15/03 | Rhonda Lopera | 2.00 | Review and analyze pleadings re incorporation into central file (.7); review and analyze docket re memo in support of TRO (.3); prepare and update index re litigation matters (.6); interoffice conference re same (.4). |
| 10/15/03 | Tiffany J Wood | 2.00 | Review docket and adversary docket re status of motions and update status chart re same (1.0); analyze new correspondence and enter same into electronic filing database (1.0). |
| 10/15/03 | James W Kapp | .40 | Review Daily Bankruptcy Review article re selection of chief operating officer (.1); review pleadings and correspondence (.3). |
| 10/15/03 | Shirley A Pope | 6.50 | Review correspondence and forward to responsible attorney for action (.5); analyze and prepare documents retrieved from litigation support database system for attorney use (1.0); review docket for newly filed pleadings and download same (1.0); review and catalog pleadings for Concordance litigation support system (2.0); review quarterly PACER statements and prepare request for payment (1.0); review and prepare documents for inclusion in subject files (1.0). |
| 10/16/03 | Rhonda Lopera | .50 | Respond to creditor calls re claim objections. |
| 10/16/03 | Tiffany J Wood | .50 | Review messages re omnibus objection and update call log re same. |
| 10/16/03 | James W Kapp | .40 | Review article in Daily Bankruptcy Review re asbestos "struggle" (.2); review critical date memorandum (.2). |
| 10/16/03 | Christian J Lane | 1.00 | Finalize revised order re KWELMB (.5); review and comment on critical dates (.5). |
| 10/16/03 | Shirley A Pope | 2.50 | Review docket for newly filed pleadings and download same (.5); review and catalog pleadings for Concordance litigation support system (2.0). |
| 10/17/03 | Tiffany J Wood | 2.00 | Telephone conference with claimant re status of claim (.5); retrieve documents re omnibus hearing and prepare binder of same for attorney review (1.5). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/19/03 | Rhonda Lopera | 2.00 | Review and analyze case precedent re asbestos cases (.8); review and analyze docket and adversary dockets re critical dates (.7); update critical dates memo re same (.5). |
| 10/20/03 | Rhonda Lopera | 1.00 | Review and analyze pleadings re production of documents (.7); interoffice conference re same (.3). |
| 10/20/03 | Tiffany J Wood | 3.00 | Retrieve proofs of claim filed by Kennecott and send same to client (.5); review adversary docket re Smolker documents and prepare same for attorney review (.5); review agenda and update hearing binders re same (1.0); review docket and adversary dockets re status of motions and update status chart re same (1.0). |
| 10/20/03 | James W Kapp | .40 | Review pleadings and correspondence (.2); review Daily Bankruptcy Review article re bank lawsuit against Owens Corning (.2). |
| 10/21/03 | Rhonda Lopera | 1.50 | Respond to creditor calls re status of case (.5); review and analyze pleadings re incorporation into central file (1.0). |
| 10/21/03 | Tiffany J Wood | 1.00 | Retrieve Wesconn documents and prepare same for attorney review. |
| 10/21/03 | James W Kapp | .30 | Review pleadings and correspondence and attend to issues re same (.2); review motion status chart (.1). |
| 10/21/03 | Shirley A Pope | 1.50 | Review correspondence (.5); review docket for newly filed pleadings and download same (1.0). |
| 10/22/03 | James W Kapp | .30 | Review pleadings and correspondence (.2); review Daily Bankruptcy Review article re Grace motion to appoint future claims representative (.1). |
| 10/23/03 | Rhonda Lopera | 1.00 | Review and analyze pleadings request for production (.7); interoffice conference re same (.3). |
| 10/23/03 | James W Kapp | .70 | Review pleadings and correspondence (.3); review Grace third quarter earning release (.4). |
| 10/23/03 | Christian J Lane | 1.00 | Review docket summaries and relevant pleadings (.3); telephone conferences with client re contingent claims and schedules (.3); follow up research re same (.4). |
| 10/23/03 | Shirley A Pope | 2.50 | Review docket for newly filed pleadings and download same (1.0); review, organize and catalog pleadings for Concordance litigation support system (1.0); search litigation support database and prepare documents for attorney use (.5). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/24/03 | Tiffany J Wood | 1.00 | Review docket and adversary dockets re newly filed pleadings and distribute same for attorney review (.5); review messages re omnibus objection and update call log re same (.5). |
| 10/24/03 | James W Kapp | 1.20 | Review order of Judge Wolin re recusal motion in Owens Corning (.5); discuss possible strategy re same (.7). |
| 10/24/03 | Shirley A Pope | 2.50 | Review docket for newly filed pleadings and download same (1.0); review and organize pleadings for Concordance litigation support system (.5); review and organize documents produced to defendants for inclusion in Grace main file (1.0). |
| 10/26/03 | Rhonda Lopera | 1.50 | Review and analyze Mealey's litigation publication re asbestos cases and current status of same (1.0); update asbestos case index re same (.5). |
| 10/27/03 | James W Kapp | .30 | Review Daily Bankruptcy Review article re Grace reporting third quarter losses (.1); review pleadings and correspondence (.2). |
| 10/27/03 | Christian J Lane | .30 | Review draft quarterly reports. |
| 10/27/03 | Shirley A Pope | 2.50 | Review correspondence and forward to responsible attorney for action (.5); review and catalog pleadings for litigation support system (2.0). |
| 10/28/03 | Rhonda Lopera | 1.50 | Review and analyze pleadings re incorporation into central file (.7); update call log index (.3); respond to creditor inquiries (.5). |
| 10/28/03 | Tiffany J Wood | 1.50 | Review messages re omnibus objection and update call log re same (.5); retrieve request for production and follow up re same (.5); review docket and adversary docket re CNO and follow up with R. Lopera re same (.5). |
| 10/28/03 | James W Kapp | 3.40 | Review motion to recuse Judge Wolin filed in Owens Corning case and related pleadings (3.2); review pleadings and correspondence (.2). |
| 10/29/03 | Rhonda Lopera | 2.00 | Interoffice conference re status of 10-27-03 hearing (.5); revise and update critical dates re same (.7); review and analyze docket re critical dates (.5); review and distribute orders re 10-27-03 hearing (.3). |
| 10/29/03 | Janet S Baer | .50 | Review all pending matters and organize materials re same. |
| 10/29/03 | James W Kapp | .40 | Review pleadings and correspondence (.2); review Daily Deal article re Grace bankruptcy (.2). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/29/03 | Christian J Lane | 3.70 | Review daily deal article re Grace (.6); telephone conferences with client re quarterly reports (.7); revise quarterly report pursuant to client comments (.8); review and comment on critical dates (.3); review docket summary and relevant pleadings (.3); correspondence with PD committee re Kwelm order (.4); review order and analyze issues re same (.6). |
| 10/29/03 | Shirley A Pope | 3.00 | Review docket for newly filed pleadings, download same (1.0); review, organize and catalog pleadings for Concordance litigation support system (2.0). |
| 10/30/03 | Rhonda Lopera | 1.50 | Review and analyze case precedent re Owens Corning bankruptcy and litigation (1.0); interoffice conference re same (.5). |
| 10/30/03 | Tiffany J Wood | 1.50 | Review adversary docket re affidavit and distribute same for attorney review (.5); prepare transcript order and send same to court for processing and follow up re same (1). |
| 10/30/03 | James W Kapp | .40 | Review Daily Deal article titled "Saved by Asbestos" (.2); review pleadings and correspondence (.2). |
| 10/31/03 | Rhonda Lopera | 1.00 | Review and analyze Third Circuit docket re Owens Corning bankruptcy case (.5); interoffice conference re same (.3); telephone conference with local counsel re same (.2). |
| 10/31/03 | Tiffany J Wood | .50 | Review docket and adversary docket re CNO and send same to W. Sparks. |
| 10/31/03 | James W Kapp | .40 | Review pleadings and correspondence (.2); review docket (.2). |
| | Total hours: | 158.20 | |

## Matter 23 – Business Operations – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/02/03 | James W Kapp | .20 | Telephone conference re German acquisition. |
| 10/09/03 | James W Kapp | .40 | Address issues re potential acquisition. |
| 10/09/03 | Christian J Lane | 2.00 | Telephone conferences with clients re potential acquisition (1.0); telephone conferences with sellers' counsel re same (.5); review and revise motion (.5). |
| 10/10/03 | Christian J Lane | 2.00 | Telephone conferences with client re potential acquisitions (.8); review and revise motion, order and affidavits (1.2). |
| 10/12/03 | Christian J Lane | 2.00 | Review correspondence re potential acquisition. |
| 10/13/03 | Christian J Lane | 2.50 | Telephone conferences with client re potential acquisition (.8); revise motion and order re same (1.7). |
| 10/27/03 | Christian J Lane | .70 | Telephone conferences with client re foreign subsidiary issues (.3); analyze issues re same (.4). |
|  | Total hours: | 9.80 |  |

## Matter 27 – Employee Benefits/Pension – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/03/03 | Christian J Lane | 1.50 | Draft motion to employ COO (1.2); telephone conference with client re same (.3). |
| 10/06/03 | James W Kapp | .40 | Develop strategy re potential employee contract and court approval re same. |
| 10/08/03 | Christian J Lane | 3.00 | Review revised COO motion (1.0); telephone conferences with client re same (.8); revise motion (1.2). |
| 10/09/03 | Christian J Lane | 2.50 | Revise COO motion (1.0); draft affidavits in support of COO motion (1.0); telephone conferences with client re comments to COO motion (.5). |
| 10/10/03 | James W Kapp | 1.30 | Revise Debtors' motion to retain Chief Operating Officer. |
| 10/10/03 | Christian J Lane | 3.00 | Revise COO motion (1.5); review and revise affidavits in support of motion (.8); telephone conferences re comments to COO motion (.4); office conferences re COO motion (.3) |
| 10/13/03 | Christian J Lane | 2.80 | Finalize COO motion and affidavit (2.0); telephone conferences with client re affidavits and other issues re COO motion (.8). |
| 10/22/03 | James W Kapp | .50 | Telephone conference with M. Shelnitz and J. Forgech re motion to retain chief operating officer. |
| | Total hours: | 15.00 | |

## Matter 28 – Litigation and Litigation Consulting – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 9/30/03 | Samuel Blatnick | 4.00 | Review pleadings related to pending Motion to Expand Preliminary Injunction to Include MVC Litigation and pleadings in VM Litigation for use in Debtor's upcoming Motion in Further Support of Motion to Expand the Preliminary Injunction (2.5); office conferences re upcoming filings and topics for next omnibus hearing (1.5). |
| 10/01/03 | James H Mutchnik | .50 | Telephone conferences with M. Levin, L. Duff re State's Attorney investigation (.3); review draft letter to M. Levin (.2). |
| 10/01/03 | William D A Zerhouni | 4.50 | Research case law on removal-remedial distinction (3.0); review district court orders and lower court pleadings (1.5). |
| 10/01/03 | Samuel Blatnick | 6.80 | Review Royal production documents for responsiveness, privilege and confidentiality (1.5); conduct review of Royal production for responsiveness, privilege and confidentiality (4.0); review court orders concerning de minimis asset sales, settlements and other court orders (1.3). |
| 10/01/03 | Christian J Lane | 2.30 | Correspondence with client re settlement of Italian patent litigation (.5); correspondence with Creditors' Committee counsel re same (.8); correspondence with local counsel re Montana Vermiculite (.2); office conference re same (.8). |
| 10/01/03 | Scott A McMillin | .80 | Review Grace incident report (.3); conference with J. Mutchnik re state's attorney (.1); draft letter to state's attorney re subpoena language (.4). |
| 10/02/03 | James H Mutchnik | .30 | Review M. Levin letter and e-mail to S. McMillin re same. |
| 10/02/03 | Janet S Baer | .50 | Review Libby plaintiff's supplemental brief re MVC matter (.3); confer re Royal bar date service issue (.2). |
| 10/02/03 | William D A Zerhouni | 3.30 | Research case law (1.5); review CERCLA statute (.8); review CFR regulations on removal and remedial actions (1.0). |
| 10/02/03 | Brett H McGurk | 1.80 | Work on outline and incorporate caselaw. |
| 10/02/03 | Samuel Blatnick | 7.50 | Draft Confidentiality Agreement for potential production of Royal Settlement Agreement (1.5); create log for confidential Royal Production documents (3.0); create Privilege Log for privileged Royal Production documents (3.0). |

A-15

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/02/03 | Christian J Lane | 2.50 | Office conference re Montana Vermiculite and follow-up re same (1.0); correspondence with Holland counsel and Delaware counsel re Smolker litigation (.6); office conferences re same (.5); correspondence with client and Creditors' Committee re settlement Italian litigation (.4). |
| 10/02/03 | Scott A McMillin | .30 | Revise letter to state's attorney re Superior Trucking spill (.3). |
| 10/03/03 | William D A Zerhouni | 7.00 | Research memo on CERCLA removal-remedial distinction (3.0); outline memo (1.0); begin drafting memo (3.0). |
| 10/03/03 | Tiffany J Wood | 1.00 | Duplicate documents re MVC discovery and follow up re same. |
| 10/03/03 | Samuel Blatnick | 4.00 | Research and draft Motion in Further Support of Debtors' Motion to Expand Preliminary Injunction to Vermiculite Litigation. |
| 10/04/03 | William D A Zerhouni | 2.30 | Draft background sections of memo (1.3); draft sections on statute and regulations (1.0). |
| 10/05/03 | William D A Zerhouni | 1.00 | Draft sections on CERCLA regulations for remedial and removal (.6); begin summarizing cases (.4) |
| 10/06/03 | William D A Zerhouni | 6.00 | Research CERCLA case law on removal-remedial distinction, NCP consistency for memo (2.5); write and edit memo on CERCLA and the removal-remedial distinction (3.5). |
| 10/06/03 | Samuel Blatnick | 8.50 | Draft and research Motion in Further Support of Debtors' Motion to Expand Preliminary Injunction to Vermiculite Litigation. |
| 10/07/03 | William D A Zerhouni | 4.30 | Edit and complete memo (3.5); make book of statutes, regulations and cases for the team (.8). |
| 10/07/03 | Brett H McGurk | 4.50 | Read memorandum of W. Zerhoni (2.5); analyze cases (2.0). |
| 10/07/03 | Samuel Blatnick | 3.00 | Finalize Motion in Further Support of Debtors' Motion to Expand Preliminary Injunction to Vermiculite Litigation. |
| 10/07/03 | Christian J Lane | .70 | Correspondence re settlement of Italian patent litigation (.4); analyze issues re same (.3). |
| 10/08/03 | William D A Zerhouni | 4.50 | Strategize potential arguments (1.5); read EPA Action memoranda (.5); research case law (2.0); telephone conference with Holme Robert & Owen (.5). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/08/03 | Brett H McGurk | 5.50 | Strategize brief and principal arguments (3.0); research re strategy (2.5). |
| 10/08/03 | Samuel Blatnick | 1.50 | Review contract issue relating to National Union proceeding. |
| 10/08/03 | Christopher Landau | .50 | Review memorandum on appellate issues. |
| 10/09/03 | Janet S Baer | 2.70 | Review and revise Reply on Montana Vermiculite matter (1.5); confer with W. Sparks re Sequa and Baker & Taylor matters (.3); confer with S. Blatnick re MVC Reply and discovery issues (.4); confer with C. Pernicone re discovery issues (.2); confer with C. Lane re National Union matter and response to same (.3). |
| 10/09/03 | William D A Zerhouni | 8.00 | Research case law for appeal (6.5); edit memo to incorporate new 2 arguments (1.5). |
| 10/09/03 | Brett H McGurk | 3.80 | Research into CERCLA legislative history and removal/remedial distinction (2.5); office conference re strategy (1.3). |
| 10/09/03 | Samuel Blatnick | 4.00 | Modify and revise Motion to Expand Preliminary Injunction to Include MVC Litigation (3.0); research whether 3002(C)(3) is applicable to Motion to Expand Preliminary Injunction to MVC (1.0). |
| 10/09/03 | James W Kapp | 1.20 | Attend to issues re National Union adversary (.4); review schedules re Royal Indemnity claims (.4); attend to issues re Montana Vermiculite injunction motion (.4). |
| 10/09/03 | Scott A McMillin | .50 | Conference with M. Levin re subpoena (.2); leave messages for L. Duff and J. Mutchnik re same (.2); draft letter to M. Levin re same (.1). |
| 10/10/03 | Janet S Baer | 1.10 | Office conference re National Union Reply Brief (.4); office conference re status of National Union settlement suggestion (.2); conference with J. Hughes re settlement of insurance claims issues (.3); conference with R. Tarola re National Union matter (.2). |
| 10/10/03 | William D A Zerhouni | 2.50 | Research case law on appeal issues (1.5); read EPA action memo (.5); read HRO memo (.5). |
| 10/10/03 | Brett H McGurk | 2.00 | Review memorandum and conduct research (.7); review research and read new cases (.6); discuss strategy for next week (.7). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/10/03 | Samuel Blatnick | 7.50 | Review pleadings for the National Union ancillary proceeding (1.0); office conference re Grace's reply to Morgan, Quinn's Response Brief for National Union Litigation (.5); research concerning a bankruptcy court's discretionary power to allow claims after the bar date (6.0). |
| 10/10/03 | Christopher Landau | 1.80 | Review materials (1.0); discuss case strategy (.8). |
| 10/10/03 | Christian J Lane | .70 | Correspondence and telephone conferences with PD committee re KWELM settlement (.4); telephone conferences with client re same (.3). |
| 10/12/03 | Brett H McGurk | 3.50 | Review and analyze CERCLA cases for client meeting (1.0); assess practicalities of appeal, likelihood of success (1.5); work on outline for appeal (1.0). |
| 10/13/03 | James H Mutchnik | .30 | Review subpoena; telephone conference with L. Duff re subpoena strategy. |
| 10/13/03 | Janet S Baer | 1.60 | Conference with J. Posner re MVC litigation and Royal Insurance claims issues (.3); review and revise priviledged and confidential information re MVC and privileged log re same (1.0); prepare transmittal re MVC/Royal policy issues (.3). |
| 10/13/03 | William D A Zerhouni | 4.20 | Research case law (1.0); write memo on appeal issues (2.2); read relevant case law (1.0). |
| 10/13/03 | Brett H McGurk | 1.50 | Discuss strategy and outline of brief (.8); receive draft outline and discuss strategy for further review and analysis (.7). |
| 10/13/03 | Samuel Blatnick | 4.50 | Drafted outline for Grace's brief in response to RMQ's Reply Brief (2.5); finalized privilege log and confidential documents log for documents produced in connection with the Royal Litigation (2.0). |
| 10/13/03 | Christopher Landau | 3.00 | Review and outline appellate issues. |
| 10/13/03 | Scott A McMillin | .80 | Review subpoena re 51st street facility (.2); conference with L. Duff re same (.3); office conference re same (.3). |
| 10/14/03 | Janet S Baer | 1.00 | Conference with M. Davis re National Union status and settlement status (.3); review letter from Royal to Court re MVC document issues (.2); review transmittal re Grace documents (.2); office conference re Royal Bar Date issue and status of document production (.3). |
| 10/14/03 | Brett H McGurk | 2.30 | Conduct research and work on outline (1.3); strategy research (1.0). |

| <u>Date</u> | <u>Name</u> | <u>Hours</u> | <u>Description</u> |
|---|---|---|---|
| 10/14/03 | James W Kapp | .30 | Review Royal correspondence to court re discovery dispute (.1); develop response strategy re same (.2). |
| 10/15/03 | James H Mutchnik | .30 | DOT e-mail review. |
| 10/15/03 | Janet S Baer | 2.40 | Conference with C. Condon re MVC litigation/production issues (.3); conference with C. Pernicone re same (.2); conference with J. Hughes re Confidentiality issues (.3); further conference with M. Schwartz (Royal Counsel) re same (.2); review Wesconn motion to compel and confer re same (.4); review correspondence and pleadings from W. Sparks re Sequa (.5); final review of letter and materials re MVC production and coordinate same (.5). |
| 10/15/03 | Samuel Blatnick | 2.50 | Revise and expand Motion to Expand Preliminary Injunction to MVC Litigation. |
| 10/15/03 | James W Kapp | .40 | Develop strategy re Montana Vermiculite dispute. |
| 10/16/03 | James H Mutchnik | .80 | E-mails re training material (.3); telephone conference with Grace re subpoena compliance issues (.5). |
| 10/16/03 | Janet S Baer | 2.30 | Conference with W. Sparks re Sequa/Megtech suit and injunction issues (.3); conference re Westconn discovery issues (.3); review Libby Plaintiff's letter on MVC production and scheduling and prepare response re same (.6); review claims documents which raise concern in production and confer with J. Hughes re same (.8); prepare correspondence with Royal re document issues (.3). |
| 10/16/03 | Brett H McGurk | 1.30 | Work with HRO to prepare filing materials (.3); read scientific materials (1.0). |
| 10/16/03 | Christian J Lane | 1.50 | Correspondence with client and Delaware counsel re settlement of Italian litigation (.5); review pleadings filed re Smolker issues (.7); office conference re Smolker issues (.3). |
| 10/17/03 | Janet S Baer | .30 | Review Environmental issue re Morgan and respond. |
| 10/17/03 | William D A Zerhouni | 3.30 | Review appeal outline (2.0); conference re strategy (.7); review hearing transcripts (.6). |
| 10/17/03 | Mark E Grummer | .10 | Exchange emails re draft EPA consent decree. |
| 10/17/03 | Scott A McMillin | .30 | Review training documents for subpoena re 51st street facility. |
| 10/18/03 | William D A Zerhouni | 1.30 | Review hearing transcripts and documents sent by trial counsel. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/19/03 | Janet S Baer | 1.00 | Review CNA correspondence and materials re certain claim matters (.3); review most recent draft of MVC Reply Brief (.4); review Wesconn Discovery requests in light of Motion to Compel (.3). |
| 10/19/03 | Christopher Landau | .50 | Discuss appellate strategy issues in anticipation of meeting tomorrow. |
| 10/20/03 | James H Mutchnik | .30 | Document collection issues with L. Sorensen, S. Gadzala. |
| 10/20/03 | Janet S Baer | .40 | Office conference re MVC issues (.2); follow up re MVC discovery issues (.2). |
| 10/20/03 | William D A Zerhouni | 7.00 | Research and review action memos (3.0); review hearing documents (1.0); review memos (1.0); complete appeal outline on costs (.5); client meeting with R. Emmett, Corcoran and Siegel (1.5). |
| 10/20/03 | Brett H McGurk | 6.80 | Prepare for meeting with client (3.0); work on brief outline (.5); discuss agenda for meeting (.3); meet with client to discuss outline of appeal (1.5); work on docketing statement and materials for filing (1.5). |
| 10/20/03 | Samuel Blatnick | .50 | Revise Motion to Expand Preliminary Injunction to MVC Litigation. |
| 10/20/03 | Christopher Landau | 7.50 | Prepare for and participate in meeting with clients re appeal. |
| 10/21/03 | James H Mutchnik | .80 | Telephone conferences re production issues (.2); conference with S. Gadzala re document collection (.3); telephone conference with M. Levin re subpoena compliance (.2); draft e-mail re same (.1). |
| 10/21/03 | Janet S Baer | .70 | Conference with W. Sparks and D. Bidderman re Baker & Taylor matter (.4); conference with W. Sparks re Smolker related motion (.3). |
| 10/21/03 | Brett H McGurk | 5.80 | Draft docketing statement to be filed with 9th Circuit (1.3); work on draft outline for brief (1.5); conduct research on recent administrative law decisions (2.0); receive and edit draft press statement from client (1.0). |
| 10/21/03 | Mark E Grummer | 2.30 | Review and organize recent materials (.2); review Libby district court cost recovery decision (.3); evaluate CERCLA issues re same (.8); review existing research materials re CERCLA issues (.7); prepare email re same (.3). |
| 10/21/03 | Christopher Landau | 1.50 | Edit 9th Circuit docketing statement. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/21/03 | Scott A McMillin | 1.60 | Review documents for responding to states' attorney subpoena re 51st street (1.0); internal conferences re same (.3); conferences with L. Duff and L. Sorenson re same (.3). |
| 10/22/03 | Janet S Baer | .70 | Confer with M. Schwartz re MVC document production (.3); attend to matters and respond to inquires re MVC discovery and scheduling issues (.4). |
| 10/22/03 | Brett H McGurk | 1.50 | Work on various matters regarding notice of appeal and preparation for filing (.5); work on brief outline (1.0). |
| 10/22/03 | Mark E Grummer | 2.20 | Review EPA/DOJ draft consent decree (.5); prepare list of issues and questions re same (1.5); telephone conference re same to R. Emmett (.2). |
| 10/22/03 | Christian J Lane | 1.10 | Telephone conferences with Smolker re issues for hearing (.3); office conferences re same (.4); correspondence re National Union adversary proceeding with National Union and RMQ counsel (.4). |
| 10/22/03 | Scott A McMillin | .40 | Conference with L. Sorenson re training documents (.2); conference with J. Mutchnik re responding to subpoena (.2). |
| 10/23/03 | Janet S Baer | .40 | Review most recent version of MVC brief. |
| 10/23/03 | James W Kapp | .60 | Review Gerard second request for documents (.2); develop response re same (.4). |
| 10/23/03 | Scott A McMillin | .70 | Review 51st street documents for production (.4); draft letter to M. Levin re same (.3). |
| 10/24/03 | Janet S Baer | .40 | Attend to matters re MVC motion, discovery and scheduling. |
| 10/24/03 | William D A Zerhouni | .20 | Research on removal-remedial distinction. |
| 10/24/03 | Brett H McGurk | 4.00 | Office conference re strategy (1.5); research and work on outline (1.5); research on standard of review (1.0). |
| 10/24/03 | Samuel Blatnick | 7.00 | Draft Reply Brief to RMQ's Motion for Summary Judgment in the National Union Matter. |
| 10/24/03 | Mark E Grummer | 3.30 | Review prior research materials on CERCLA issues relevant to Libby appeal (.8); office conference re appeal strategy (1.5); further review and research (1.0). |
| 10/24/03 | James W Kapp | .40 | Attend to issues re Montana Vermiculite second discovery request. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/24/03 | Christopher Landau | 3.50 | Review materials (1.8); discuss CERCLA issues and strategy (1.5). |
| 10/27/03 | Mark E Grummer | .30 | Exchange emails re EPA Claim strategy. |
| 10/27/03 | James W Kapp | .40 | Review correspondence from C. Candin re letter agreement re Montana Vermiculite motion (.2); review critical date list re same (.1); review correspondence from J. Hughes re response to Montana Vermiculite motion (.1). |
| 10/27/03 | Christian J Lane | .70 | Telephone conferences with DE counsel re KWELMB settlement order. |
| 10/28/03 | Brett H McGurk | 2.00 | Conduct research and prepare list of questions and open matters (.5); work on outline for brief (.8); tabulate open factual questions for HRO (.7). |
| 10/28/03 | Samuel Blatnick | 6.50 | Draft Brief in Reply to RMQ's Motion for Summary Judgment in the National Union matter. |
| 10/28/03 | James W Kapp | .30 | Attend to issues re motion to modify injunction re Smolker action. |
| 10/29/03 | Janet S Baer | .30 | Confer with S. Wittier at Grace re Smolker action and order re appeals. |
| 10/29/03 | Brett H McGurk | 10.00 | View Libby cleanup site (7.0); take notes and summarize observations (3.0). |
| 10/29/03 | Samuel Blatnick | 6.00 | Research and draft Brief in Response to RMQ's Summary Judgment Motion in the National Union matter. |
| 10/29/03 | Christopher Landau | 10.00 | View Libby, Montana environmental site (7.0); discuss strategy with team (3.0). |
| 10/29/03 | Scott A McMillin | .40 | Review training documents re 51st street. |
| 10/30/03 | James H Mutchnik | .30 | Conference with S. McMillin re proposed document response. |
| 10/30/03 | Janet S Baer | .80 | Conference re State Street supplemental affidavit MVC motion and National Union response issues. |
| 10/30/03 | Brett H McGurk | 3.00 | Work observations from Libby into factual outline. |
| 10/30/03 | Samuel Blatnick | 4.00 | Review pleadings and conduct research for Brief in Response to RMQ's Motion for Summary Judgment in the National Union matter. |
| 10/30/03 | Christopher Landau | 3.00 | Review materials. |
| 10/30/03 | Christian J Lane | 3.00 | Review Owens Corning filings re Wolin recusal (2.3); office conferences re recusal issues (.4); correspondence with client re recusal issues (.3). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/30/03 | Scott A McMillin | .60 | Office conference re training documents (.3); conference with L. Duff re same (.3). |
| 10/31/03 | Janet S Baer | .60 | Review/revise Wesconn discovery response (.4); conference re same (.2). |
| 10/31/03 | Mark E Grummer | 1.30 | Prepare for and participate in conference call with W. Corcoran and other Grace legal and Remedium representatives re draft EPA consent decree and site-by-site review of sites addressed in same. |
| 10/31/03 | Christopher Landau | 1.00 | Organize appellate materials. |
| 10/31/03 | Christian J Lane | 4.50 | Review Owens Corning filings re Wolin recusal (2.2); office conferences re recusal issues (1.4); correspondence with client re recusal issues (.9). |
| 10/31/03 | Scott A McMillin | .50 | Review training documents and conference with L. Sorenson re same (.3); draft letter to M. Levin re training documents (.2). |
|  | Total hours: | 287.60 |  |

**Matter 30 – Hearings – Fees**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/09/03 | James W Kapp | .40 | Review agenda for 10/27 hearing (.2); status meeting re 10/27 hearing (.2). |
| 10/13/03 | James W Kapp | .20 | Review revised agenda for 10/27 hearing. |
| 10/15/03 | James W Kapp | .20 | Telephone conference with G. Smolker's counsel re 10/27 hearing. |
| 10/17/03 | Janet S Baer | .50 | Review and organize documents for October Omnibus hearing. |
| 10/24/03 | Janet S Baer | 1.50 | Assemble materials for October Omnibus hearing and confer with various parties re status of same. |
| 10/26/03 | Janet S Baer | 2.50 | Review State Street, Smolker, Protiviti, Old Castle and KWELMB matters in preparation for Omnibus hearing. |
| 10/27/03 | Janet S Baer | 5.50 | Review various matters in preparation for Omnibus hearing (1.5); confer with Grace Representatives re same (1.5); attend Omnibus hearing (2.0); confer with Grace Representatives re results of same and organize notes re same (.5). |
| 10/27/03 | James W Kapp | .20 | Review amended agenda for omnibus hearing. |
| 10/28/03 | Janet S Baer | 1.10 | Confer re results of hearing on State Street, KWELMB and Smolker matters (.3); confer with State Street's counsel re same (.3); confer with counsel for the London Insurers several times re order on confidentiality agreement (.5). |
| 10/28/03 | James W Kapp | .40 | Receive status re 10/27 omnibus hearing. |
| 10/29/03 | Janet S Baer | .30 | Office conference re outcome of October Omnibus hearing and preparation of orders re same. |
| 10/30/03 | James W Kapp | .20 | Review 11/17 agenda re omnibus hearings. |
|  | Total hours: | 13.00 |  |

## Matter 31 – Asset Disposition – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/08/03 | James W Kapp | .30 | Address inquiries from committees re KWELMB settlement motion. |
| 10/13/03 | James W Kapp | 1.40 | Review London Market objection to settlement agreement of KWELMB companies (.4); develop response re same (.4); attend to motion to acquire certain assets (.6). |
| 10/14/03 | James W Kapp | .20 | Attend to PD committee revisions to KWELMB settlement. |
| 10/15/03 | James W Kapp | .60 | Develop strategy re settlement of particular insurance refund owed to debtors. |
| 10/15/03 | Christian J Lane | 1.00 | Telephone conferences with landlord lawyer re Knoxville lease (.4); telephone conferences with client re Knoxville lease issues (.3); analyze issues prosecuted (.3). |
| 10/16/03 | James W Kapp | .30 | Telephone conference with J. Hughes re potential resolution to payment dispute. |
| 10/16/03 | Christian J Lane | 1.00 | Telephone conferences and correspondence with client and landlord counsel re Knoxville lease. |
| 10/17/03 | Christian J Lane | 1.00 | Telephone conferences with client re Knoxville lease and other various issues. |
| 10/22/03 | Christian J Lane | 2.00 | Review and comment on draft letter to Knoxville landlord (.8); telephone conference with client re same (.4); correspondence with client re preparation and filing of claim in customer's chapter 11 case (.5); review claim materials re same (.3). |
| | Total hours: | 7.80 | |

## Matter 32 – Fee Applications, Applicant – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/01/03 | Toni L Wallace | .70 | Finalize August fee application and fee detail (.4); forward to local counsel for filing and service (.3). |
| 10/01/03 | Christian J Lane | .50 | Review August fee application for filing (.5). |
| 10/03/03 | Toni L Wallace | .10 | E-mail correspondence to S. Mag re revisions to August fee application. |
| 10/08/03 | James W Kapp | .30 | Review fee auditors' initial report re K&E's application for ninth period. |
| 10/08/03 | Christian J Lane | 2.40 | Review fee auditor initial report (1.5); prepare draft response (1.0). |
| 10/09/03 | Janet S Baer | .50 | Review response to fee auditors' objection to 9th fee application (.3); office conference re same (.2). |
| 10/09/03 | Christian J Lane | 3.00 | Prepare September fee detail (1.5); revise response to fee auditors' ninth report (1.5). |
| 10/13/03 | Christian J Lane | 1.50 | Prepare September fee detail. |
| 10/14/03 | James W Kapp | .60 | Review response to fee auditor's initial report re ninth interim period. |
| 10/14/03 | Christian J Lane | 4.50 | Revise response to fee auditors' ninth report (2.4); office conferences re detail for response to fee auditors 9th report. (1.2); review files for expense detail re fee auditor response (.9). |
| 10/15/03 | James W Kapp | .60 | Revise modified response to fee examiner's initial report. |
| 10/15/03 | Christian J Lane | 2.00 | Revise response to fee auditors' ninth report (1.4); office conferences re detail for response to fee auditors 9th report. (.6). |
| 10/16/03 | Janet S Baer | .30 | Review response to auditors objection and confer re same. |
| 10/16/03 | James W Kapp | .40 | Review modified response to fee examiners initial report for ninth period. |
| 10/16/03 | Christian J Lane | 1.30 | Finalize response to ninth fee application report. |
| 10/20/03 | Rosaline Langley | 4.00 | Prepare monthly fee application for September. |
| 10/21/03 | Toni L Wallace | .70 | Office conference with R. Langley re revisions to September monthly fee application and exhibits. |
| 10/24/03 | Toni L Wallace | .50 | Review and revise September monthly fee statement. |
| 10/27/03 | Toni L Wallace | 1.50 | Revise September monthly fee application and exhibits to same. |
| 10/27/03 | Rosaline Langley | 1.00 | Retrieve and review interim compensation motion and order and related documents. |
| 10/27/03 | Christian J Lane | 1.50 | Review September fee application. |

A-26

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/28/03 | Toni L Wallace | .70 | Finalize September monthly fee statement (.5); forward same to local counsel for service and filing (.2). |
| 10/28/03 | Christian J Lane | 1.20 | Review September fee application. |
| 10/30/03 | Rosaline Langley | 1.50 | Draft quarterly fee application. |
| 10/31/03 | Rosaline Langley | 2.00 | Revise quarterly fee application. |
| | Total hours: | 33.30 | |

**Matter 38 – Employment Applications, Others – Fees**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/01/03 | Christian J Lane | 3.00 | Correspondence re retention of Protiviti (.4); draft supplement to motion to retain State Street (1.3); telephone conferences re State Street supplement (.3); review materials re same (1.0). |
| 10/02/03 | James W Kapp | 1.50 | Review supplement to State Street retention application (.9); review modified supplement re same (.6). |
| 10/02/03 | Christian J Lane | 3.30 | Telephone conferences with Creditors' committee re Protiviti retention (.4); telephone conferences with clients and Protiviti counsel re same (.6); revise supplement to State Street retention (1.5); telephone conferences with client and State Street counsel re Creditors' committee issues re retention (.5); telephone conferences with Creditors' Committee re retention of State Street (.3). |
| 10/03/03 | Christian J Lane | 3.50 | Draft application to retain Judge Hamlin as future representative (1.0); office conferences re same (.5); review supplement re State Street re retention (1.0); correspondence re retention of Protiviti (.4); analyze new issues re Protiviti retention (.6). |
| 10/06/03 | Janet S Baer | .30 | Review draft application to employ futures representative and conference re same. |
| 10/06/03 | Christian J Lane | 2.50 | Revise motion to retain Judge Hamlin as future representative (1.2); correspondence with Hamlin re application (.3); office conferences re same (.5); telephone conferences re Protiviti retention and analyze issues re same (.5). |
| 10/07/03 | Christian J Lane | 3.50 | Telephone conferences with Protiviti, client and committee re issues related to Protiviti retention (1.0); analyze issues re State Street retention (1.2); correspondence re State Street retention issues (.8); correspondence and office conference re Hamlin retention (.5). |
| 10/08/03 | James W Kapp | .30 | Address inquiries re State Street retention motion. |
| 10/08/03 | Christian J Lane | 2.50 | Telephone conferences re retention of Protiviti (.5); correspondence and telephone conferences re State Street retention issues (.8); office conferences re retention of Hamlin (.4); revise application to retain Hamlin (.8). |
| 10/09/03 | James W Kapp | .30 | Address issues re State Street retention application. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/09/03 | Christian J Lane | 1.00 | Analyze issues re State Street retention (.4); telephone conferences and correspondence with State Street counsel and client re retention issues (.6). |
| 10/10/03 | Janet S Baer | .70 | Conference with G. Becker (twice) re futures representative (.2); prepare follow up e-mail re same (.2); final review of Hamlin retention application (.3). |
| 10/10/03 | Tiffany J Wood | 1.50 | Review docket re retention application and related motions and prepare same for attorney review. |
| 10/10/03 | Christian J Lane | 2.40 | Analyze issues re State Street retention in preparation for hearing (.4); telephone conferences re Protiviti retention (.5); revise Hamlin application (.8); office conference re Hamlin retention (.3); telephone conferences re State Street retention issues (.4). |
| 10/13/03 | Janet S Baer | .60 | Review document from Owens Corning case re J. Wolin (.3); confer re same (.3). |
| 10/13/03 | James W Kapp | 2.70 | Review trustee objection to Protiviti (.3); attend to potential conflict issues re future representative applicants (.8); attend to issues re retention of chief operating officer motion (1.6). |
| 10/13/03 | Christian J Lane | 1.70 | Finalize application to retain Hamlin as future representative. |
| 10/15/03 | Janet S Baer | .40 | Review Protiviti application and objection and confer with C. Lane re same. |
| 10/16/03 | Janet S Baer | .50 | Confer with L. Krueger re Hamlin motion and related Owens Corning matter (.3); confer with W. Sparks re same (.2). |
| 10/16/03 | James W Kapp | .20 | Receive status re potential objection to future claims representative. |
| 10/16/03 | Christian J Lane | .50 | Correspondence with Protiviti counsel re response to UST issues. |
| 10/22/03 | Janet S Baer | .40 | Attend to matters re futures representative and Owens Corning issues. |
| 10/22/03 | James W Kapp | 1.20 | Telephone conference with J. Nelvotney of Citadel re future claim representative motion (.1); attend to issues re future claim representation application (.5); review correspondence from Judse Hamlen re same (.2). |
| 10/22/03 | Christian J Lane | 1.00 | Correspondence re retention of Hamlin as futures rep (.5); office conferences re analysis of issues re Hamlin retention (.5). |
| 10/23/03 | James W Kapp | .90 | Attend to inquiries re retention of future claims representative (.7); review correspondence from J. Hamlin re meeting with committees (.2). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/23/03 | Christian J Lane | 2.50 | Correspondence re retention of Hamlin as futures rep (.3); office conferences re analysis of issues re Hamlin retention (.6); telephone conferences with creditors committee and client re State Street retention issues (1.6). |
| 10/28/03 | Janet S Baer | .30 | Confer with counsel for London Insurers re future rep issue. |
| 10/28/03 | Christian J Lane | .80 | Correspondence with PD committee re Hamlin retention issue (.4); office conferences and analyze issues re same (.4). |
| 10/29/03 | James W Kapp | 1.70 | Review unofficial committee's objection to Future representative application (1.1); review committee discovery requests re same (.6). |
| 10/29/03 | Christian J Lane | 2.00 | Review pleadings filed re Hamlin retention (1.4); office conferences and analyze issues re same (.6). |
| 10/30/03 | Janet S Baer | 2.00 | Review objection and related materials re futures rep and related matters (.5); numerous conferences re Objection on Hamlin retention, discovery and preparation of responses to same (1.5). |
| 10/30/03 | Samuel Blatnick | 2.50 | Review pleadings in Owings Corning and Grace to prepare to draft Grace's Response to UST, Official Creditors' Committee and Unofficial Creditors' Committee's individual objections to J. Hamlin's appointment as future's rep. |
| 10/30/03 | James W Kapp | 2.00 | Develop strategy re response to objection to retain future representation and discovery requests. |
| 10/30/03 | Christian J Lane | 1.00 | Telephone conferences with client re response to court's directive re State Street retention (.7); office conferences re same (.3). |
| 10/31/03 | Janet S Baer | .50 | Attend to various matters re Hamlin application and objections thereto. |
| 10/31/03 | Samuel Blatnick | 8.00 | Review pleadings (1.5); conduct research (3.0); draft Response to the Unofficial Creditors' Committee, UST and Official Creditors' Committee's individual objections to the appointment of J. Hamlin as the representative of future claimants (3.5). |
| 10/31/03 | James W Kapp | 2.60 | Telephone conference with D. Siegel re response to objection to future claim representative application (.7); attend to issues re development of response to same (.9); review trustee objection to same (.3); review Daily Bankruptcy Review re objection to future claim representative (.1); develop response to trustee motion (.3); review official committee objection re same (.3). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/31/03 | Christian J Lane | 1.00 | Telephone conferences with client re State Street retention (.4); analyze issues re retention raised at hearing (.4); correspondence re same (.2). |
| | Total hours: | 63.30 | |

### Matter 41 – Tax Issues – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/01/03 | James W Kapp | .20 | Review administrative expense tax liability notice filed by New York. |
| 10/01/03 | Christian J Lane | .50 | Review New York tax bill filed with court (.1); office conference re same (.1); correspondence with client re New York tax bill and related issues (.3). |
| 10/02/03 | Christian J Lane | .50 | Telephone conferences with Creditors' Committee re tax settlement motions (.3); telephone conferences with client re Creditors' Committee issues (.2). |
| 10/10/03 | Christian J Lane | .30 | Correspondence with client re tax settlements. |
| 10/13/03 | Christian J Lane | .50 | Correspondence with client re tax settlement motions. |
| 10/28/03 | Christian J Lane | .50 | Correspondence with client re entry of orders approving tax settlements. |
| 10/30/03 | Christian J Lane | .50 | Correspondence with client re entry of orders approving tax settlements. |
| | Total hours: | 3.00 | |

## Matter 42 – Travel – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/26/03 | Janet S Baer | 1.50 | Travel to Wilmington from Chicago for October Omnibus hearing (billed at half-time). |
| 10/27/03 | Janet S Baer | 2.50 | Travel from Wilmington back to Chicago after October Omnibus hearing (billed at half-time). |
| 10/29/03 | Brett H McGurk | 2.50 | Travel to Montana (billed at half-time). |
| 10/29/03 | Christopher Landau | 2.50 | Travel to Montana (billed at half-time). |
| 10/30/03 | Brett H McGurk | 2.50 | Return travel to D.C. (billed at half-time). |
| 10/30/03 | Christopher Landau | 2.50 | Review travel to D.C. (billed at half-time). |
|  | Total hours: | 14.00 |  |

### Matter 46 – Tax Litigation – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 9/09/03 | Natalie H Keller | .60 | Telephone conference with R. Stewart at Department of Justice re case status and Joint Status Report (.2); review and revise same (.2); send e-mail correspondence to client re case status (.2). |
| 10/14/03 | Natalie H Keller | .30 | Telephone conference with R. Stewart re status of settlement offer (.2); send e-mail correspondence to client re same (.1). |
| 10/22/03 | Todd F Maynes | 1.00 | Review of calculations re settlement. |
| 10/27/03 | Pratibha J Shenoy | 1.80 | Draft letter outlining ownership structure of client subsidiary CCHP and setting forth elements of verbal settlement discussions. |
| 10/27/03 | Natalie H Keller | 1.30 | Telephone conference with R. Stewart re status of settlement offer (.4); office conference re same (.3); correspondence summarizing same and open issues (.2); send e-mail correspondence to client re same (.2); consider open issues (.2). |
| 10/28/03 | Natalie H Keller | .20 | Send e-mail correspondence to client re status of settlement offer and follow-up re same. |
| 10/29/03 | Pratibha J Shenoy | 2.20 | Prepare for and attend telephone conference with client re letter to be sent to government attorney outlining elements of verbal settlement discussions (.5); attend telephone conference with government attorney re same (.2); revise letter (1.5). |
| 10/29/03 | Natalie H Keller | 1.30 | Prepare for and attend telephone conference with E. Filon, C. Finke and R. Finke re settlement (.5); office conference re same and follow-up re same (.3); review first day order re payment of employment taxes and consider application to settlement (.2); review and revise settlement letter (.3). |
| 10/29/03 | Todd F Maynes | 1.00 | Meetings and telephone conferences re settlement proposal (.5); revisions to proposed letter re settlement (.5). |
| 10/30/03 | Pratibha J Shenoy | 2.00 | Complete revisions to letter outlining ownership structure of client subsidiary CCHP and setting forth elements of verbal settlement discussions and forward same to client for review. |
| 10/30/03 | Natalie H Keller | .30 | Review and revise settlement letter to R. Stewart. |
| 10/31/03 | Todd F Maynes | 1.00 | Revisions to letter re possible settlement. |
| | Total hours: | 13.00 | |