# EXHIBIT B

## Matter 42 – Travel non-working – Expenses

| Service Description | Amount |
|---|---|
| Local Transportation | $6.00 |
| Travel Expense | $401.70 |
| Airfare | $1,133.80 |
| Transportation to/from airport | $188.68 |
| Travel Meals | $56.95 |
| **Total** | **$1,787.13** |

## Matter 42 – Travel non-working – Itemized Expenses

| Date | Amount | Description |
|------|--------|-------------|
| 9/21/03 | 58.40 | Crown Coach - Transportation to/from airport, James W Kapp |
| 9/22/03 | 58.40 | Crown Coach - Transportation to/from airport, James W Kapp |
| 9/22/03 | 71.88 | James Kapp III, To/From Airport, Wilmington, DE, 09/22/03, (Hearing), Supplt to Trv Exp Rpt 9/23/03 |
| 10/24/03 | 6.00 | Janet Baer, cabfare, Chicago, IL, 10/24/03, (Hearing) |
| 10/26/03 | 251.90 | Janet Baer, Hotel, Philadelphia, PA, 10/26/03, (Hearing) |
| 10/26/03 | 1,133.80 | Janet Baer, Airfare, Philadelphia, PA, 10/26/03 to 10/27/03, (Hearing) |
| 10/26/03 | 10.00 | Janet Baer, Travel Meal, Philadelphia, PA, 10/26/03, (Hearing) |
| 10/27/03 | 36.95 | Janet Baer, Travel Meal, Philadelphia, PA, 10/27/03, (Hearing) |
| 10/27/03 | 10.00 | Janet Baer, Travel Meal, Philadelphia, PA, 10/27/03, (Hearing) |
| 10/28/03 | 74.90 | Brett McGurk, Hotel, Kalispell, Montana, 10/28/03, (Meeting) |
| 10/29/03 | 74.90 | Christopher Landau, Hotel, Kalispell, Montana, 10/29/03, (Meeting) |
| Total: | 1,787.13 | |

## Matter 52 – Expenses – Expenses

| Service Description | Amount |
|---|---|
| Telephone | $284.40 |
| Fax Telephone Charge | $2.29 |
| Fax Charge | $36.75 |
| Standard Copies | $1,239.20 |
| Binding | $10.50 |
| Tabs/Indexes/Dividers | $12.20 |
| Color Copies | $199.50 |
| Scanned Images | $60.15 |
| Overnight Delivery | $105.89 |
| Outside Messenger Services | $31.06 |
| Filing Fees | $40.00 |
| Working Meals/K&E and Others | $3.00 |
| Computer Database Research | $3,154.46 |
| Overtime Transportation | $94.10 |
| Overtime Meals - Attorney | $19.78 |
| Word Processing Overtime | $35.55 |
| **Total** | **$5,328.83** |

**Matter 52 – Expenses – Itemized Expenses**

| <u>Date</u> | <u>Amount</u> | <u>Description</u> |
|---|---|---|
| 8/13/03 | 12.26 | Telephone call to: SE Part, FL 954-797-0718, 8/13/03 |
| 8/30/03 | 18.75 | UPS Dlvry to:W.R. Grace&Co.  ,Lydia Duff,Columbia MD from:Scott A McMillin |
| 8/30/03 | 19.04 | UPS Dlvry to:W.R. Grace&Co.  ,Karen Ethier Cambridge,MA from:Scott A McMillin |
| 9/02/03 | .03 | West Publishing-TP,Database Usage  9.03 |
| 9/02/03 | 7.00 | Brett McGurk, Transportation, cabfare, Washington DC, 09/02/03, (Overtime Transportation) |
| 9/03/03 | 5.85 | James Mutchnik, Cellular Service, AT&T, 7/27-8/26 09/03/03, (Telephone Charges) |
| 9/03/03 | 76.36 | West Publishing-TP,Database Usage  9.03 |
| 9/03/03 | 7.00 | Brett McGurk, Transportation, cabfare, Washington DC, 09/03/03, (Overtime Transportation) |
| 9/06/03 | 7.00 | Brett McGurk, Transportation, cabfare, Washington DC, 09/06/03, (Overtime Transportation) |
| 9/07/03 | 4.66 | VIRTUALDOCKET.COM - TA(4.40) Computer Database Research, 8/28/03 Documents Downloaded per A. Groesch. |
| 9/08/03 | .75 | Telephone call to:  COLUMBIA,MD 410-531-4751 |
| 9/10/03 | 6.00 | Brett McGurk, Transportation, cabfare, Washington DC, 09/10/03, (Overtime Transportation) |
| 9/11/03 | 10.71 | Fed Exp to: ,CAMBRIDGE,MA from:MAILROOM |
| 9/11/03 | 22.67 | Fed Exp to: ,BOCA RATON,FL from:MAILROOM |
| 9/12/03 | 46.75 | Janet Baer, Telephone, Cellular Service, 09/12/03 (Telephone Charges), 8/11 - 9/10/2003 |
| 9/13/03 | 9.67 | Brett McGurk, Meals, Overtime Meal-Attorney, Washington, DC, 09/13/03, (Overtime Meals) |
| 9/14/03 | 14.15 | GENESYS CONFERENCING, INC. - Telephone, Conference call, C Lane, 9/05/03 |
| 9/14/03 | 14.41 | GENESYS CONFERENCING, INC. - Telephone, Conference call, J Mutchnik, 8/15/03 to 9/14/03 |
| 9/14/03 | 10.11 | Brett McGurk, Meals, Overtime Meal-Attorney, Washington, DC, 09/14/03, (Overtime Meals) |
| 9/15/03 | 1.25 | Telephone call to:  COLUMBIA,MD 410-531-4191 |
| 9/15/03 | 1.45 | Telephone call to:  BOSTON,MA 617-570-1000 |
| 9/15/03 | 35.55 | Kerry Y Adams - Prepare correspondence |
| 9/16/03 | .83 | Telephone call to:  BOSTON,MA 617-570-1000 |
| 9/16/03 | 2.99 | Telephone call to:  COLUMBIA,MD 410-531-4751 |
| 9/17/03 | .62 | Telephone call to:  COLUMBIA,MD 410-531-4191 |

| <u>Date</u> | <u>Amount</u> | <u>Description</u> |
|---|---|---|
| 9/17/03 | .62 | Telephone call to: WILMINGTON,DE 302-652-4100 |
| 9/17/03 | 7.00 | Brett McGurk, Transportation, cabfare, Washington DC, 09/17/03, (Overtime Transportation) |
| 9/18/03 | 4.57 | Telephone call to: STATE OF,DE 302-778-6407 |
| 9/18/03 | 7.00 | Brett McGurk, Transportation, cabfare, Washington DC, 09/18/03, (Overtime Transportation) |
| 9/20/03 | 7.00 | Brett McGurk, Transportation, cabfare, Washington DC, 09/20/03, (Overtime Transportation) |
| 9/21/03 | 6.78 | VIRTUALDOCKET.COM - TA(6.40) Computer Database Research, 9/03 Documents Downloaded |
| 9/24/03 | 4.78 | Telephone call to: COLUMBIA,MD 410-531-4212 |
| 9/24/03 | 5.20 | Telephone call to: NEWYORKCTY,NY 212-407-9634 |
| 9/25/03 | 1.45 | Telephone call to: COLUMBIA,MD 410-531-4191 |
| 9/25/03 | 3.24 | Telephone call to: COLUMBIA,MD 410-531-4751 |
| 9/26/03 | 3.53 | Telephone call to: COLUMBIA,MD 410-531-4170 |
| 9/26/03 | 3.74 | Telephone call to: STATE OF,DE 302-778-6463 |
| 9/26/03 | .83 | Telephone call to: NY CITY,NY 917-669-6783 |
| 9/29/03 | 2.49 | Telephone call to: BOSTON,MA 617-946-4858 |
| 9/29/03 | 2.29 | Fax phone charge to 202-879-5200 |
| 9/29/03 | 26.25 | Fax page charge to 202-879-5200 |
| 9/29/03 | 6.80 | Standard Copies |
| 9/29/03 | 1.00 | Standard Copies |
| 9/29/03 | .20 | Standard Copies |
| 9/29/03 | .20 | Standard Copies |
| 9/29/03 | 28.30 | Standard Copies |
| 9/30/03 | 3.60 | Standard Copies |
| 9/30/03 | 23.90 | Standard Copies |
| 9/30/03 | 2.00 | Standard Copies |
| 9/30/03 | 1.00 | Standard Copies |
| 9/30/03 | 1.90 | Standard Copies |
| 9/30/03 | 3.30 | Standard Copies |
| 9/30/03 | .90 | Standard Copies |
| 9/30/03 | .50 | Standard Copies |
| 9/30/03 | .60 | Standard Copies |
| 9/30/03 | .10 | Standard Copies |
| 9/30/03 | .15 | Scanned Images |
| 9/30/03 | .15 | Scanned Images |
| 9/30/03 | 7.35 | Scanned Images |

B-5

| Date | Amount | Description |
|------|-------:|-------------|
| 9/30/03 | 1.65 | Scanned Images |
| 9/30/03 | 2.70 | Scanned Images |
| 9/30/03 | 7.40 | Fed Exp to:SEE ADDERESS LABEL,PHILADELPHIA,PA from:MAILROOM |
| 9/30/03 | 3.52 | West Publishing-TP,Database Usage  9.03 |
| 10/01/03 | 7.48 | Telephone call to:  COLUMBIA,MD 410-531-4795 |
| 10/01/03 | 1.25 | Telephone call to:  COLUMBIA,MD 410-531-4210 |
| 10/01/03 | .83 | Telephone call to:  COLUMBIA,MD 410-531-4213 |
| 10/01/03 | 1.04 | Telephone call to:  COLUMBIA,MD 410-531-4222 |
| 10/01/03 | .90 | Standard Copies |
| 10/01/03 | .50 | Standard Copies |
| 10/01/03 | 2.20 | Standard Copies |
| 10/01/03 | 1.70 | Standard Copies |
| 10/01/03 | 13.30 | Standard Copies |
| 10/01/03 | .10 | Standard Copies |
| 10/01/03 | 12.80 | Standard Copies |
| 10/01/03 | 4.50 | Color Copies |
| 10/02/03 | .62 | Telephone call to:  WASHINGTON,DC 202-371-0150 |
| 10/02/03 | 12.47 | Telephone call to:  NEWYORKCTY,NY 212-806-5544 |
| 10/02/03 | 5.61 | Telephone call to:  COLUMBIA,MD 410-531-4222 |
| 10/02/03 | 2.08 | Telephone call to:  NEWYORKCTY,NY 212-806-5544 |
| 10/02/03 | .83 | Telephone call to:  STATE OF,DE 302-252-2900 |
| 10/02/03 | .62 | Telephone call to:  HOUSTON,TX 713-977-3366 |
| 10/02/03 | 1.04 | Telephone call to:  STATE OF,DE 302-778-6463 |
| 10/02/03 | 4.50 | Standard Copies |
| 10/02/03 | .10 | Standard Copies |
| 10/02/03 | 24.50 | Standard Copies |
| 10/02/03 | 7.80 | Standard Copies |
| 10/03/03 | .75 | Fax page charge to 410-531-4367 |
| 10/03/03 | .50 | Standard Copies |
| 10/03/03 | 3.60 | Standard Copies |
| 10/03/03 | 12.00 | Standard Copies |
| 10/03/03 | 1.90 | Standard Copies |
| 10/03/03 | 81.60 | Standard Copies |
| 10/03/03 | 36.50 | Standard Copies |
| 10/03/03 | 6.50 | Standard Copies |
| 10/03/03 | 8.75 | Binding |

| Date | Amount | Description |
|------|-------:|-------------|
| 10/05/03 | 8.06 | VIRTUALDOCKET.COM - TA(7.60) Computer Database Research, 9/15/03 to 9/30/03 Documents Downloaded per A. Groesch. |
| 10/06/03 | 2.70 | Telephone call to: CAMBRIDGE,MA 617-498-3826 |
| 10/06/03 | 73.00 | Standard Copies |
| 10/06/03 | 1.20 | Standard Copies |
| 10/06/03 | .70 | Standard Copies |
| 10/06/03 | .60 | Standard Copies |
| 10/06/03 | 2.80 | Standard Copies |
| 10/06/03 | 1.80 | Standard Copies |
| 10/06/03 | 1.80 | Standard Copies |
| 10/06/03 | .50 | Standard Copies |
| 10/06/03 | 11.50 | Standard Copies |
| 10/07/03 | 9.56 | Telephone call to: WILMINGTON,DE 302-426-9910 |
| 10/07/03 | 1.87 | Telephone call to: COLUMBIA,MD 410-531-4236 |
| 10/07/03 | 13.50 | Scanned Images |
| 10/07/03 | .75 | Scanned Images |
| 10/07/03 | .75 | Scanned Images |
| 10/07/03 | .30 | Scanned Images |
| 10/08/03 | 1.04 | Telephone call to: NEWYORKCTY,NY 212-806-5544 |
| 10/08/03 | 1.87 | Telephone call to: STATE OF,DE 302-778-6463 |
| 10/08/03 | 1.00 | Telephone call to: DENVER,CO 303-861-7000 |
| 10/08/03 | 2.08 | Telephone call to: COLUMBIA,MD 410-531-4170 |
| 10/08/03 | .50 | Telephone call to: DENVER,CO 303-861-7000 |
| 10/08/03 | 122.90 | Standard Copies |
| 10/08/03 | 19.90 | Standard Copies |
| 10/08/03 | .10 | Standard Copies |
| 10/08/03 | 15.70 | Standard Copies |
| 10/08/03 | 1.60 | Standard Copies |
| 10/08/03 | 1.60 | Standard Copies |
| 10/08/03 | 517.93 | PACER SERVICE CENTER - Computer Database Research, Pacer svc chgs., 7/1/03 to 9/30/03 |
| 10/08/03 | 300.90 | PACER SERVICE CENTER - Computer Database Research, Billing Cycle 7/1/03 to 9/30/03 |
| 10/08/03 | 2,205.98 | PACER SERVICE CENTER - Computer Database Research, Fees for documents retrieved from miscellaneous court dockets, Billing Cycle 7/1/03 to 9/30/03 |
| 10/08/03 | 30.24 | PACER SERVICE CENTER - Computer Database Research, Billing Cycle 7/1/03 to 9/30/03 |

| Date | Amount | Description |
|------|-------|-------------|
| 10/09/03 | 2.91 | Telephone call to:  WILMINGTON,DE 302-652-5340 |
| 10/09/03 | .62 | Telephone call to:  COLUMBIA,MD 410-531-4210 |
| 10/09/03 | .50 | Telephone call to:  COLUMBIA,MD 410-531-4751 |
| 10/09/03 | 1.20 | Standard Copies |
| 10/09/03 | .10 | Standard Copies |
| 10/09/03 | .10 | Standard Copies |
| 10/09/03 | .20 | Standard Copies |
| 10/09/03 | 3.50 | Standard Copies |
| 10/09/03 | 94.40 | Standard Copies |
| 10/09/03 | 50.00 | Standard Copies |
| 10/09/03 | .30 | Scanned Images |
| 10/09/03 | 15.60 | Scanned Images |
| 10/09/03 | 9.30 | Scanned Images |
| 10/09/03 | 10.30 | Overtime Transportation, K. Adams, 8/25/03 |
| 10/09/03 | 6.00 | Overtime Transportation, T. Wood, 9/9/03 |
| 10/09/03 | 16.00 | Overtime Transportation, C. Lane, 9/9/03 |
| 10/09/03 | 7.00 | Brett McGurk, cabfare, Washington, DC, 10/09/03, (Overtime Transportation) |
| 10/10/03 | 1.45 | Telephone call to:  CAMBRIDGE,MA 617-498-3826 |
| 10/10/03 | .62 | Telephone call to:  SO KAN,MO 816-966-0048 |
| 10/10/03 | 5.60 | Standard Copies |
| 10/10/03 | .20 | Standard Copies |
| 10/10/03 | .10 | Standard Copies |
| 10/10/03 | 7.00 | Standard Copies |
| 10/10/03 | 1.20 | Standard Copies |
| 10/10/03 | 13.66 | Fed Exp to:SEE ADDERESS LABEL,BOSTON,MA from:MAILROOM |
| 10/10/03 | 13.66 | Fed Exp to:SEE ADDERESS LABEL,NEW YORK,NY from:MAILROOM |
| 10/10/03 | 6.80 | Overtime Transportation, T. Wood, 9/15/03 |
| 10/11/03 | 50.77 | Janet Baer, Cellular Service, T Mobile, 9/10/03, 10/11/03, (Telephone Charges), period 9/11/2003 - 10/10/2003 |
| 10/13/03 | 1.50 | Fax page charge to 617-498-4406 |
| 10/13/03 | .40 | Standard Copies |
| 10/13/03 | 13.00 | Standard Copies |
| 10/13/03 | 8.00 | Standard Copies |
| 10/13/03 | 6.20 | Standard Copies |
| 10/13/03 | 7.00 | Standard Copies |

| Date | Amount | Description |
| --- | --- | --- |
| 10/13/03 | 5.70 | Standard Copies |
| 10/13/03 | 5.50 | Standard Copies |
| 10/13/03 | 83.40 | Standard Copies |
| 10/13/03 | 1.75 | Binding |
| 10/13/03 | .60 | Scanned Images |
| 10/13/03 | .30 | Scanned Images |
| 10/13/03 | .45 | Scanned Images |
| 10/13/03 | .60 | Scanned Images |
| 10/13/03 | 1.50 | Scanned Images |
| 10/13/03 | .75 | Scanned Images |
| 10/14/03 | 3.33 | Telephone call to:  COLUMBIA,MD 410-531-4170 |
| 10/14/03 | .20 | Standard Copies |
| 10/14/03 | 1.20 | Standard Copies |
| 10/14/03 | 2.60 | Standard Copies |
| 10/14/03 | 2.90 | Standard Copies |
| 10/14/03 | 3.50 | Standard Copies |
| 10/14/03 | 2.00 | Standard Copies |
| 10/14/03 | 2.55 | Scanned Images |
| 10/15/03 | 1.04 | Telephone call to:  CAMBRIDGE,MA 617-498-3826 |
| 10/15/03 | .83 | Telephone call to:  NEWYORKCTY,NY 212-490-3000 |
| 10/15/03 | .62 | Telephone call to:  EASTERN,MD 410-341-0184 |
| 10/15/03 | .62 | Telephone call to:  CENTRAL,MA 978-760-1758 |
| 10/15/03 | 7.20 | Standard Copies |
| 10/15/03 | .20 | Standard Copies |
| 10/15/03 | 1.10 | Standard Copies |
| 10/15/03 | 3.40 | Standard Copies |
| 10/16/03 | 19.35 | James Kapp III, Cellular Service, AT&T Wireless, 10-16-03, 10/16/03, (Telephone Charges) |
| 10/16/03 | 9.15 | Telephone call to:  EASTERN,MD 443-535-8439 |
| 10/16/03 | 12.40 | Standard Copies |
| 10/16/03 | 2.40 | Standard Copies |
| 10/16/03 | 195.00 | Color Copies |
| 10/16/03 | .60 | Scanned Images |
| 10/16/03 | .30 | Scanned Images |
| 10/17/03 | 4.70 | Standard Copies |
| 10/17/03 | 7.10 | Standard Copies |
| 10/20/03 | 8.25 | Fax page charge to 302-652-5338 |

B-9

| Date | Amount | Description |
|------|--------|-------------|
| 10/20/03 | 1.50 | Standard Copies |
| 10/20/03 | .90 | Standard Copies |
| 10/20/03 | .20 | Standard Copies |
| 10/20/03 | .60 | Standard Copies |
| 10/20/03 | 6.30 | Standard Copies |
| 10/20/03 | .80 | Standard Copies |
| 10/20/03 | 2.60 | Standard Copies |
| 10/20/03 | 3.60 | Standard Copies |
| 10/20/03 | 1.20 | Standard Copies |
| 10/20/03 | 7.20 | Standard Copies |
| 10/20/03 | 7.20 | Standard Copies |
| 10/20/03 | 57.00 | Standard Copies |
| 10/20/03 | 6.80 | Tabs/Indexes/Dividers |
| 10/20/03 | 20.06 | Comet Messenger Services to: KE-15848-0028 |
| 10/20/03 | 3.00 | Beverage |
| 10/21/03 | 2.30 | Standard Copies |
| 10/21/03 | 20.40 | Standard Copies |
| 10/21/03 | 4.80 | Standard Copies |
| 10/21/03 | 3.00 | Standard Copies |
| 10/21/03 | 4.00 | Standard Copies |
| 10/21/03 | 3.00 | Standard Copies |
| 10/22/03 | .75 | Telephone call to:  COLUMBIA,MD 410-531-4751 |
| 10/22/03 | .50 | Standard Copies |
| 10/22/03 | .20 | Standard Copies |
| 10/22/03 | 40.00 | CLERK, U.S. COURT OF APPEALS - Filing Fees ADMISSION TO 9TH CIRCUIT |
| 10/23/03 | 15.40 | Standard Copies |
| 10/23/03 | .20 | Standard Copies |
| 10/23/03 | 5.50 | Comet Messenger Services to:  ASST ST ATTY |
| 10/24/03 | 24.10 | Standard Copies |
| 10/24/03 | 48.60 | Standard Copies |
| 10/24/03 | 86.00 | Standard Copies |
| 10/24/03 | .40 | Standard Copies |
| 10/24/03 | 1.50 | Standard Copies |
| 10/24/03 | 15.50 | Standard Copies |
| 10/24/03 | 12.40 | Standard Copies |
| 10/24/03 | 7.70 | Standard Copies |

| Date | Amount | Description |
|------|--------|-------------|
| 10/24/03 | 5.40 | Tabs/Indexes/Dividers |
| 10/27/03 | 15.40 | Standard Copies |
| 10/29/03 | 5.59 | Brett McGurk, Long Distance Service, Hotel, 10/29/03, 10/29/03, (Hearing) |
| 10/31/03 | 5.50 | Comet Messenger Services to:  COOK COUNTY STAES ATTY |
| Total: | 5,328.83 | |