IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.* | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | | Re: Docket Nos. 4667 & 4749 |

**JOINDER OF THE OFFICIAL COMMITTEE OF ASBESTOS CLAIMANTS
IN THE DEBTORS' OBJECTION TO ROYAL INDEMNITY COMPANY'S MOTION
<u>FOR LEAVE TO FILE LATE PROOF OF CLAIM</u>**

The Official Committee of Asbestos Claimants (the "Asbestos Claimants Committee"), by and through its undersigned counsel, hereby joins in the Debtors' Objection to Royal Indemnity Company's Motion for Leave to file Late Proof of Claim (the "Objection") [D.I. 4749]. The Asbestos Claimants Committee joins in support of the Objection and believes that the objections contained therein should be sustained.

Dated: November 26, 2003       CAMPBELL & LEVINE, LLC

*/s/ Mark T. Hurford*
Marla R. Eskin (I.D. #2989)
Mark T. Hurford (I.D. #3229)
800 North King Street
Suite 300
Wilmington, DE 19801
(302) 426-1900

–and–

CAPLIN & DRYSDALE, CHARTERED
Elihu Inselbuch
399 Park Avenue
New York, NY 10022–4614
(212) 319–7125

–and–

{D0016326:1 }

CAPLIN & DRYSDALE, CHARTERED
Julie W. Davis
One Thomas Circle, N.W.
Washington, D.C.  20005
(202) 862–5000

Counsel to the Official Committee
  of Asbestos Claimants