IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.* | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |

### CERTIFICATE OF SERVICE

I, Mark T. Hurford, of Campbell & Levine, LLC, hereby certify that on November 26, 2003, I caused a copy of the foregoing to be served upon the attached 2002 list via first-class United States mail (non-local) and hand delivery (local).

*/s/ Mark T. Hurford*
Mark T. Hurford (#3299)

Dated: November 26, 2003

{D0016317:1 }