REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                          Invoice Number      1092902
One Town Center Road                     Invoice Date       11/25/03
Boca Raton, FL    33486                  Client Number        172573

===========================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

     Fees                            13,968.50

                    TOTAL BALANCE DUE UPON RECEIPT      $13,968.50
                                                        =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                    Invoice Number      1092902
One Town Center Road               Invoice Date      11/25/03
Boca Raton, FL   33486             Client Number       172573
                                   Matter Number        60026

=============================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH OCTOBER 31, 2003

| Date | Name | | Hours |
|------|------|---|-------|
| 10/01/03 | Perry | Review appellate brief re: traditional property damage claims (0.8) and compile list of cases, statutes and issues to update (1.2). | 2.00 |
| 10/02/03 | Lord | Research docket and update 2002 Service List. | .40 |
| 10/02/03 | Perry | Review annotations to CPLR 1411 & 1413 (.4); run various searches for recent cases discussing Toxic Tort Revival Act or effect on accrual of cause of action where claim is revived (.3). | .70 |
| 10/03/03 | Cameron | Continued review of issues relating to traditional property damage claims. | 1.40 |
| 10/03/03 | Perry | Shepardized cites and read recent cases distinguishing/limiting cases cited in brief. | 1.40 |
| 10/06/03 | Butcher | Phone call to EPA re: FOIA request (.10); e-mail to D. Cameron re: FOIA request (.10); phone call to R. Finke re: request (.10). | .30 |
| 10/06/03 | Keuler | Review notice received from counsel and met with J. Lord re: same. | .10 |

172573 W. R. Grace & Co.                      Invoice Number  1092902
60026  Litigation and Litigation Consulting   Page    2
       November 25, 2003

| Date | Name | | Hours |
|------|------|---|------|

10/07/03 Butcher    Meeting with D. Cameron re: FOIA        1.70
                    requests (.10); summarize FOIA
                    documents received from the EPA
                    (1.60).

10/07/03 Cameron    Review issues and documents            1.10
                    relating to FOIA requests (.8);
                    telephone call with R. Finke
                    regarding same (.3).

10/07/03 Perry      Shepardized cites, ran searches        4.10
                    for more recent authorities and
                    read recent relevant decisions
                    (1.5); shephardized additional
                    cites and ran searches for more
                    recent authories re: effect of
                    revival (1.5);  began searching
                    for more recent cases re: effect
                    of passage of the statute of
                    limitations (1.1).

10/08/03 Cameron    Telephone call with R. Finke           1.90
                    regarding FOIA (.4); review
                    documents produced in response to
                    FOIA request (1.5).

10/08/03 Perry      Continue research re: effect of        6.30
                    expiration of statute of
                    limitation (.8); shephardize cases
                    and read citing cases (2.3);
                    research constitutional
                    implications of retroactive
                    elimination of contributory
                    negligence (.9); review recent
                    relation-back cases (2.3).

10/09/03 Perry      Shephardize all remaining cases        2.20
                    and statutes.

10/10/03 Butcher    E-mail to D. Cameron re: documents      .30
                    produced by EPA (.10); review
                    additional documents (.20).

10/10/03 Perry      Draft memorandum summarizing           4.10
                    findings.

10/13/03 Martin     Review memorandum re: subsequent        .40
                    history review of opening brief
                    re: additional property damage
                    cases.

172573 W. R. Grace & Co.                        Invoice Number  1092902
60026  Litigation and Litigation Consulting     Page   3
       November 25, 2003

| Date | Name | | Hours |
|------|------|--|-------|
| 10/13/03 | Perry | Review input from J. Martin re: memo updating appellate brief. | .40 |
| 10/15/03 | Martin | Analysis of memorandum on updated case cites and issues raised by same. | .90 |
| 10/15/03 | Perry | Telephone conference with J. Martin (.3) | .30 |
| 10/17/03 | Restivo | Review motion re:  Judge Wolin recusal. | .50 |
| 10/21/03 | Keuler | Message to D. Cameron re: upcoming hearing and coverage. | .10 |
| 10/21/03 | Perry | Draft letter (.5); review cases discussing waiver of the statute of limitations defense, and make required revisions to memo (.9); review additional case law and make additional revisions to memo (2.0); overall editing and final check of case citations to memo, etc. (1.6). | 5.00 |
| 10/23/03 | Butcher | Review documents produced by EPA (.10); phone call to D. Lopez of the EPA re: missing documents (.10); e-mail to D. Cameron re: documents (.10). | .30 |
| 10/23/03 | Martin | Review final draft of memo on updated cases and proposed letter to court in New York re: case updates. | .40 |
| 10/24/03 | Lord | E-file and perfect service for CNO for August monthly RS fee application (.6); prepare correspondence to R. Finke re: same (.2). | .80 |
| 10/28/03 | Restivo | Review appellate brief (0.6); update memo on law and draft letter (0.4). | 1.00 |

```
172573  W. R. Grace & Co.                     Invoice Number   1092902
60026   Litigation and Litigation Consulting  Page    4
        November 25, 2003
```

| Date | Name | | Hours |
|------|------|---|-------|
| 10/29/03 | Martin | Analysis of need for revisions to memorandum discussing new cases and to proposed letter to the Court re: same. | .40 |
| 10/29/03 | Restivo | Meeting with J. Martin and call with R. Finke. | .40 |
| 10/31/03 | Levine | Research medical literature and web sites for articles re: vermiculite. | .30 |

```
                                              ------
                                  TOTAL HOURS   39.20
```

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|---|------|---|-------|
| James J. Restivo Jr. | 1.90 | at $ | 475.00 | = | 902.50 |
| Douglas E. Cameron | 4.40 | at $ | 430.00 | = | 1,892.00 |
| James C. Martin | 2.10 | at $ | 525.00 | = | 1,102.50 |
| Mary L. Perry | 26.50 | at $ | 350.00 | = | 9,275.00 |
| Jayme L. Butcher | 2.60 | at $ | 200.00 | = | 520.00 |
| Richard A. Jr. Keuler | 0.20 | at $ | 250.00 | = | 50.00 |
| John B. Lord | 1.20 | at $ | 145.00 | = | 174.00 |
| Nora Levine | 0.30 | at $ | 175.00 | = | 52.50 |

```
                  CURRENT FEES                          13,968.50


                                              ------------
        TOTAL BALANCE DUE UPON RECEIPT        $13,968.50
                                              ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                          Invoice Number      1092903
5400 Broken Sound Blvd., N.W.        Invoice Date        11/25/03
Boca Raton, FL 33487                 Client Number        172573



===========================================================================

Re: W. R. Grace & Co.


(60028)  ZAI Science Trial

    Fees                          3,796.50

                    TOTAL BALANCE DUE UPON RECEIPT      $3,796.50
                                                   ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

| | |
|---|---|
| W. R. Grace | Invoice Number      1092903 |
| 5400 Broken Sound Blvd., N.W. | Invoice Date      11/25/03 |
| Boca Raton, FL 33487 | Client Number       172573 |
| | Matter Number        60028 |

========================================================================

Re: (60028)  ZAI Science Trial

FOR PROFESSIONAL SERVICES PROVIDED THROUGH OCTOBER 31, 2003

| Date | Name | | Hours |
|------|------|---|-------|
| 10/01/03 | Bentz | Review of recent EPA statements on vermiculite. | .60 |
| 10/01/03 | Cameron | Review recent EPA communications on vermiculite and summarize (.6); e-mail reports regarding same (.5). | 1.10 |
| 10/02/03 | Restivo | Prepare letter and materials for ZAI claimants' counsel re: Science Trial proceedings. | 1.00 |
| 10/03/03 | Atkinson | Searches on document database  re: ZAI sales invoices, per J. Restivo October 2, 2003 letter to Mr. Westbrook. | .40 |
| 10/03/03 | Flatley | Review medical expert witness files. | .60 |
| 10/06/03 | Atkinson | Reviewing document database re: invoices and Oct. 11, 2002 and Nov. 15, 2002 letters to Mr. Westbrook re: data provided (0.8), and e-mail with J. Restivo re: same (0.1). | .90 |
| 10/06/03 | Restivo | Review data re: ZAI sales records. | .50 |
| 10/07/03 | Atkinson | Reviewing, organizing medical reliance materials re: Dr. Ilgren. | .30 |
| 10/07/03 | Restivo | Correspondence and data to E. Westbrook re: ZAI historical sales. | 1.00 |

```
172573  W. R. Grace & Co.                        Invoice Number   1092903
60028   ZAI Science Trial                        Page    2
        November 25, 2003
```

| Date | Name | | Hours |
|------|------|---|-------|
| | | | |
| 10/09/03 | Flatley | With J. Restivo re: status of negotiations and possible follow up negotiation session. | .50 |
| 10/13/03 | Restivo | Correspondence with R. Turkewitz re: ZAI historical sales. | .40 |
| 10/14/03 | Flatley | Review of correspondence relating to ZAI issues. | .10 |
| 10/14/03 | Restivo | Review and circulation of new materials from R. Turkewitz and other new material from E. Westbrook. | 1.00 |
| 10/16/03 | Flatley | With J. Bentz re: status of Science Trial proceedings. | .20 |
| 10/20/03 | Flatley | Call with R. Senftleben re: Dr. Ilgren. | .10 |
| 10/30/03 | Flatley | Call with R. Finke re: medical article relating to Science Trial (.40); with M. Atkinson about locating medical information article (.10). | .50 |
| 10/30/03 | Restivo | Telephone call with R. Finke re: status of Science Trial items. | .40 |

```
                                                 ------
                                    TOTAL HOURS    9.60
```

| TIME SUMMARY | Hours | Rate | Value |
|--------------|-------|------|-------|
| James J. Restivo Jr. | 4.30 at $ 475.00 = | | 2,042.50 |
| Lawrence E. Flatley | 2.00 at $ 440.00 = | | 880.00 |
| Douglas E. Cameron | 1.10 at $ 430.00 = | | 473.00 |
| James W Bentz | 0.60 at $ 335.00 = | | 201.00 |
| Maureen L. Atkinson | 1.60 at $ 125.00 = | | 200.00 |

```
                    CURRENT FEES                          3,796.50


                                                      ------------
                    TOTAL BALANCE DUE UPON RECEIPT       $3,796.50
                                                      ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                          Invoice Number      1092904
5400 Broken Sound Blvd., N.W.        Invoice Date       11/25/03
Boca Raton, FL 33487                 Client Number        172573


==============================================================================

Re: W. R. Grace & Co.


(60029)  Fee Applications-Applicant

     Fees                            2,891.50

                    TOTAL BALANCE DUE UPON RECEIPT        $2,891.50
                                                         =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

| | |
|---|---|
| Invoice Number | 1092904 |
| Invoice Date | 11/25/03 |
| Client Number | 172573 |
| Matter Number | 60029 |

==============================================================================

Re: (60029)   Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH OCTOBER 31, 2003

| Date | Name | | Hours |
|------|------|---|-------|
| 10/01/03 | Lord | Correspondence to/from P. Lykens re: August monthly fee application. | .20 |
| 10/02/03 | Keuler | Revise 26th monthly fee application (0.6); discuss changes for e-filing with J. Lord (0.2). | .60 |
| 10/02/03 | Lord | Review and edit Reed Smith monthly fee application (.6); discuss same with R. Keuler (.1); e-file same (.4); perfect electronic and paper service for same (.5). | 1.60 |
| 10/02/03 | Muha | Final revisions to August 2003 fee application. | 1.40 |
| 10/09/03 | Muha | Make initial revisions to DBR for September 2003 fee application. | 2.40 |
| 10/10/03 | Lord | Research and download various monthly and quarterly CNOs (.4); e-mail to P. Lykens re: same (.1). | .50 |
| 10/15/03 | Muha | Revise fee/expense detail for September 2003 fee application. | 1.00 |
| 10/20/03 | Keuler | Message to D. Cameron re: fee auditor report. | .20 |
| 10/22/03 | Lord | Research docket and draft CNO/Service for August monthly fee application. | .70 |

```
172573  W. R. Grace & Co.                    Invoice Number  1092904
60029   Fee Applications-Applicant           Page    2
        November 25, 2003
```

| Date | Name | | Hours |
|------|------|---|-------|
| 10/23/03 | Muha | Revisions to September 2003 fee/expense details. | 1.50 |
| 10/27/03 | Muha | Final revisions to September 2003 fee application (0.4);  begin revisions to 10th Quarterly Fee Application (1.1). | 1.50 |
| 10/28/03 | Lord | Review and prepare 27th monthly fee application for e-filing and service (1.0); review and revise 10th quarterly fee application (.6). | 1.60 |
| 10/28/03 | Muha | Review and revise 10th Quarterly Fee Application. | 1.10 |
| 10/29/03 | Keuler | Reviewed and finalized 27th monthly fee application. | .40 |
| 10/29/03 | Lankford | Scan and electronically file Reed Smith's 27th monthly Fee Application (.5); download and PDF to J. Lord (.2); perfect service of same (.2). | .90 |
| 10/29/03 | Lord | Discussions with R. Keuler and L. Lankford re: e-filing of 9/03 monthly fee application (.2); perfect electronic service of monthly fee application (.3). | .50 |

```
                                      TOTAL HOURS    16.10
```

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|---|------|---|-------|
| Andrew J. Muha | 8.90 | at $ | 200.00 | = | 1,780.00 |
| Richard A. Jr. Keuler | 1.20 | at $ | 250.00 | = | 300.00 |
| John B. Lord | 5.10 | at $ | 145.00 | = | 739.50 |
| Lisa Lankford | 0.90 | at $ | 80.00 | = | 72.00 |

```
                    CURRENT FEES                         2,891.50


                                                      ------------
                    TOTAL BALANCE DUE UPON RECEIPT        $2,891.50
                                                      ============
```