REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.
One Town Center Road
Boca Raton, FL   33486

Invoice Number      1092907
Invoice Date        11/25/03
Client Number        172573

================================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

Expenses                          3,001.04

                    TOTAL BALANCE DUE UPON RECEIPT       $3,001.04
                                                     ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                           Invoice Number      1092907
One Town Center Road                      Invoice Date       11/25/03
Boca Raton, FL    33486                   Client Number        172573
                                          Matter Number         60026

================================================================================

Re: Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

        Documentation Charge                     36.54
        Duplicating/Printing                    203.55
        Postage Expense                          32.49
        Outside Duplicating                      65.55
        Westlaw                               2,662.91


                    CURRENT EXPENSES                     3,001.04
                                                    -------------

                    TOTAL BALANCE DUE UPON RECEIPT      $3,001.04
                                                    =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.
One Town Center Road
Boca Raton, FL   33486

| | |
|---|---|
| Invoice Number | 1092907 |
| Invoice Date | 11/25/03 |
| Client Number | 172573 |
| Matter Number | 60026 |

========================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | | |
|---|---|---:|
| 09/23/03 | ATTY # 3608; 8 COPIES | 1.20 |
| 10/01/03 | ATTY # 0559; 67 COPIES | 10.05 |
| 10/01/03 | ATTY # 0559: 41 COPIES | 6.15 |
| 10/01/03 | ATTY # 0559: 26 COPIES | 3.90 |
| 10/01/03 | ATTY # 0559: 6 COPIES | .90 |
| 10/01/03 | ATTY # 0559: 6 COPIES | .90 |
| 10/01/03 | Postage Expense | 9.30 |
| 10/01/03 | Postage Expense | 9.90 |
| 10/02/03 | Postage Expense | 1.85 |
| 10/02/03 | ATTY # 0718; 308 COPIES | 46.20 |
| 10/02/03 | ATTY # 0559; 55 COPIES | 8.25 |
| 10/02/03 | 5 COPIES | .75 |
| 10/02/03 | 2 COPIES | .30 |
| 10/02/03 | 1 COPIES | .15 |
| 10/02/03 | ATTY # 0718: 6 COPIES | .90 |
| 10/02/03 | ATTY # 0718: 26 COPIES | 3.90 |
| 10/02/03 | ATTY # 0718: 41 COPIES | 6.15 |
| 10/02/03 | ATTY # 0559: 1 COPIES | .15 |

172573  W. R. Grace & Co.                                Invoice Number   1092907
60026   Litigation and Litigation Consulting            Page    2
        November 25, 2003

| | | |
|---|---|---:|
| 10/02/03 | ATTY # 0559: 1 COPIES | .15 |
| 10/02/03 | Westlaw-Research relating to work on appeal brief materials re: traditional property damage cases. | 206.52 |
| 10/03/03 | Outside Duplicating - - U.S. EPA copying of FOIA-requested documents. | 65.55 |
| 10/03/03 | Postage Expense | .49 |
| 10/03/03 | Westlaw-Research relating to work on appeal brief materials re: traditional property damage cases. | 212.14 |
| 10/06/03 | Postage Expense | .60 |
| 10/06/03 | ATTY # 0885: 1 COPIES | .15 |
| 10/07/03 | ATTY # 0349: 1 COPIES | .15 |
| 10/07/03 | ATTY # 0349: 1 COPIES | .15 |
| 10/07/03 | ATTY # 0710: 6 COPIES | .90 |
| 10/07/03 | Westlaw-Research relating to work on appeal brief materials re: traditional property damage cases. | 1075.98 |
| 10/08/03 | ATTY # 0710: 6 COPIES | .90 |
| 10/08/03 | ATTY # 0349; 1 COPIES | .15 |
| 10/08/03 | Westlaw-Research relating to work on appeal brief materials re: traditional property damage cases. | 780.19 |
| 10/09/03 | Westlaw-Research relating to work on appeal brief materials re: traditional property damage cases. | 128.29 |
| 10/10/03 | Westlaw-Research relating to work on appeal brief materials re: traditional property damage cases. | 43.28 |
| 10/14/03 | Documentation Charge-Electronic docket document retrieval service charge for August 2003. | 30.31 |
| 10/14/03 | Postage Expense | 1.85 |

172573  W. R. Grace & Co.                          Invoice Number  1092907
60026  Litigation and Litigation Consulting        Page    3
       November 25, 2003

| | | |
|---|---|---:|
| 10/14/03 | Postage Expense | 7.90 |
| 10/14/03 | ATTY # 0349: 2 COPIES | .30 |
| 10/14/03 | ATTY # 0349: 2 COPIES | .30 |
| 10/14/03 | ATTY # 0349: 5 COPIES | .75 |
| 10/17/03 | ATTY # 0559; 16 COPIES | 2.40 |
| 10/20/03 | Postage Expense | .60 |
| 10/20/03 | ATTY # 0349: 1 COPIES | .15 |
| 10/21/03 | Westlaw-Research relating to work on appeal brief materials re: traditional property damage cases. | 135.23 |
| 10/22/03 | ATTY # 0856: 1 COPIES | .15 |
| 10/22/03 | ATTY # 0718: 3 COPIES | .45 |
| 10/22/03 | Westlaw-Research relating to work on appeal brief materials re: traditional property damage cases. | 76.38 |
| 10/24/03 | ATTY # 0718: 1 COPIES | .15 |
| 10/27/03 | ATTY # 0559; 223 COPIES | 33.45 |
| 10/27/03 | ATTY # 0559: 12 COPIES | 1.80 |
| 10/27/03 | ATTY # 0559: 5 COPIES | .75 |
| 10/27/03 | ATTY # 0559: 14 COPIES | 2.10 |
| 10/27/03 | ATTY # 0559: 14 COPIES | 2.10 |
| 10/27/03 | ATTY # 0559: 13 COPIES | 1.95 |
| 10/27/03 | ATTY # 0559: 13 COPIES | 1.95 |
| 10/27/03 | ATTY # 0559: 6 COPIES | .90 |
| 10/28/03 | ATTY # 0718: 6 COPIES | .90 |
| 10/28/03 | ATTY # 0718: 6 COPIES | .90 |
| 10/28/03 | ATTY # 0718: 14 COPIES | 2.10 |
| 10/28/03 | ATTY # 0718: 26 COPIES | 3.90 |

172573 W. R. Grace & Co.                          Invoice Number   1092907
 60026  Litigation and Litigation Consulting      Page    4
        November 25, 2003

| | | |
|---|---|---|
| 10/28/03 | ATTY # 0559: 1 COPIES | .15 |
| 10/28/03 | ATTY # 0559: 1 COPIES | .15 |
| 10/28/03 | ATTY # 0559: 1 COPIES | .15 |
| 10/28/03 | ATTY # 0559: 1 COPIES | .15 |
| 10/29/03 | ATTY # 3984; 306 COPIES | 45.90 |
| 10/29/03 | ATTY # 0349: 37 COPIES | 5.55 |
| 10/30/03 | Westlaw-Research relating to work on appeal brief materials re: traditional property damage cases. | 4.90 |
| 10/30/03 | ATTY # 4445; 11 COPIES | 1.65 |
| 10/31/03 | Documentation charge--Electronic docket document retrieval service charge for September 2003. | 6.23 |

                            CURRENT EXPENSES                    3,001.04
                                                             ------------
                            TOTAL BALANCE DUE UPON RECEIPT       $3,001.04
                                                             =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

| | |
|---|---|
| W. R. Grace | Invoice Number      1092908 |
| 5400 Broken Sound Blvd., N.W. | Invoice Date      11/25/03 |
| Boca Raton, FL 33487 | Client Number      172573 |

===============================================================================

Re: W. R. Grace & Co.


(60028)  ZAI Science Trial

Expenses                              551.96

                    TOTAL BALANCE DUE UPON RECEIPT        $551.96
                                                   =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                          Invoice Number        1092908
5400 Broken Sound Blvd., N.W.        Invoice Date          11/25/03
Boca Raton, FL 33487                 Client Number          172573
                                     Matter Number           60028


===============================================================================

Re: ZAI Science Trial


FOR COSTS ADVANCED AND EXPENSES INCURRED:

    Color Printing                      148.50
    Binding Charge                        3.00
    Telephone Expense                     4.36
    Duplicating/Printing                352.05
    Postage Expense                       3.60
    Courier Service - Outside            28.51
    Telephone - Outside                  11.94

                CURRENT EXPENSES                    551.96
                                               -------------

                TOTAL BALANCE DUE UPON RECEIPT     $551.96
                                               =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace                          Invoice Number      1092908
5400 Broken Sound Blvd., N.W.        Invoice Date      11/25/03
Boca Raton, FL 33487                 Client Number       172573
                                     Matter Number        60028

=============================================================================

Re: (60028)  ZAI Science Trial

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | | |
|---|---|---:|
| 08/27/03 | 302-652-4100/WILMINGTON, DE/1 | .11 |
| 08/28/03 | 302-778-6463/WILMINGTON, DE/8 | .46 |
| 09/02/03 | 302-652-4100/WILMINGTON, DE/1 | .11 |
| 09/02/03 | 302-652-4100/WILMINGTON, DE/1 | .11 |
| 09/04/03 | 302-652-4100/WILMINGTON, DE/1 | .11 |
| 09/17/03 | 302-778-7550/WILMINGTON, DE/5 | .29 |
| 09/17/03 | 561-362-1533/BOCA RATON, FL/17 | .97 |
| 09/17/03 | 561-362-1959/BOCA RATON, FL/1 | .11 |
| 09/17/03 | 302-778-7550/WILMINGTON, DE/1 | .11 |
| 09/18/03 | 561-362-1533/BOCA RATON, FL/23 | 1.31 |
| 09/30/03 | Binding Charge | 3.00 |
| 10/01/03 | ATTY # 0701; 1103 COPIES | 110.30 |
| 10/01/03 | ATTY # 0701; 178 COPIES | 26.70 |
| 10/01/03 | ATTY # 0701: 1 COPIES | .15 |
| 10/01/03 | ATTY # 0701: 1 COPIES | .15 |
| 10/01/03 | ATTY # 0701: 1 COPIES | .15 |
| 10/01/03 | ATTY # 0701: 1 COPIES | .15 |
| 10/01/03 | ATTY # 0701: 1 COPIES | .15 |

172573 W. R. Grace & Co.                          Invoice Number  1092908
60028  ZAI Science Trial                          Page   2
       November 25, 2003

| | | |
|---|---|---:|
| 10/02/03 | ATTY # 0559; 70 COPIES | 10.50 |
| 10/02/03 | ATTY # 0349; 1 COPIES | .15 |
| 10/02/03 | ATTY # 0559; 1 COPIES | .15 |
| 10/02/03 | ATTY # 0349; 20 COPIES | 3.00 |
| 10/02/03 | ATTY # 0559; 8 COPIES | 1.20 |
| 10/02/03 | ATTY # 0349; 573 COPIES | 57.30 |
| 10/02/03 | ATTY # 0559; 7 COPIES | 1.05 |
| 10/02/03 | ATTY # 0559; 10 COPIES | 1.50 |
| 10/02/03 | ATTY # 0559; 1 COPIES | .15 |
| 10/02/03 | ATTY # 0559: 1 COPIES | .15 |
| 10/02/03 | ATTY # 0559: 1 COPIES | .15 |
| 10/02/03 | ATTY # 0701: 1 COPIES | .15 |
| 10/02/03 | ATTY # 0559: 1 COPIES | .15 |
| 10/02/03 | ATTY # 0559: 1 COPIES | .15 |
| 10/02/03 | ATTY # 0349: 2 COPIES | .30 |
| 10/02/03 | ATTY # 0349: 4 COPIES | .60 |
| 10/02/03 | ATTY # 0559: 5 COPIES | .75 |
| 10/02/03 | ATTY # 0559: 1 COPIES | .15 |
| 10/02/03 | ATTY # 0559: 5 COPIES | .75 |
| 10/02/03 | ATTY # 0559: 5 COPIES | .75 |
| 10/02/03 | ATTY # 0559: 2 COPIES | .30 |
| 10/02/03 | Courier Service - 54583 UPS - Shipped from James Restivo Reed Smith LLP - Pittsburgh to Edward J. Westbrook (MOUNT PLEASANT SC 29464). | 20.92 |
| 10/03/03 | ATTY # 0396; 440 COPIES | 44.00 |
| 10/03/03 | ATTY # 0559; 2 COPIES | .30 |
| 10/03/03 | ATTY # 0545; 2 COPIES | .30 |

172573 W. R. Grace & Co.
60028  ZAI Science Trial
       November 25, 2003

Invoice Number   1092908
Page    3

| | | |
|---|---|---|
| 10/03/03 | ATTY # 0701: 1 COPIES | .15 |
| 10/06/03 | 303-312-6853/DENVER, CO/2 | .11 |
| 10/06/03 | ATTY # 0396: 6 COPIES | .90 |
| 10/06/03 | ATTY # 0701: 1 COPIES | .15 |
| 10/06/03 | ATTY # 0701: 1 COPIES | .15 |
| 10/07/03 | Postage Expense | 3.00 |
| 10/07/03 | ATTY # 0349; 40 COPIES | 6.00 |
| 10/07/03 | 401-276-6516/PROVIDENCE, RI/3 | .17 |
| 10/07/03 | ATTY # 0559: 5 COPIES | .75 |
| 10/07/03 | ATTY # 0856: 3 COPIES | .45 |
| 10/07/03 | ATTY # 0349: 2 COPIES | .30 |
| 10/07/03 | ATTY # 0349: 2 COPIES | .30 |
| 10/07/03 | ATTY # 0349: 2 COPIES | .30 |
| 10/07/03 | ATTY # 0349: 1 COPIES | .15 |
| 10/07/03 | ATTY # 0349: 1 COPIES | .15 |
| 10/07/03 | ATTY # 0349: 4 COPIES | .60 |
| 10/07/03 | ATTY # 0885: 1 COPIES | .15 |
| 10/07/03 | Courier Service - 54583 UPS - Shipped from James Restivo Reed Smith LLP - Pittsburgh to Edward J. Westbrook (MOUNT PLEASANT SC 29464). | 7.59 |
| 10/07/03 | 561-362-1533/BOCA RATON, FL/2 | .11 |
| 10/08/03 | ATTY # 0559: 5 COPIES | .75 |
| 10/08/03 | ATTY # 0559; 39 COPIES | 5.85 |
| 10/08/03 | ATTY # 0559; 18 COPIES | 2.70 |
| 10/09/03 | ATTY # 0349: 1 COPIES | .15 |
| 10/09/03 | ATTY # 0856; 2 COPIES | .30 |
| 10/09/03 | 561-362-1533/BOCA RATON, FL/3 | .17 |

172573 W. R. Grace & Co.                        Invoice Number  1092908
60028  ZAI Science Trial                        Page   4
       November 25, 2003

| | | |
|---|---|---|
| 10/09/03 | 561-362-1533/BOCA RATON, FL/2 | .11 |
| 10/14/03 | ATTY # 0349; 8 COPIES | 1.20 |
| 10/14/03 | ATTY # 0349; 19 COPIES | 1.90 |
| 10/14/03 | ATTY # 0349; 7 COPIES | .70 |
| 10/14/03 | ATTY # 0349; 169 COPIES | 25.35 |
| 10/14/03 | ATTY # 0349: 1 COPIES | .15 |
| 10/14/03 | ATTY # 0349: 1 COPIES | .15 |
| 10/14/03 | Color Printing | 99.00 |
| 10/14/03 | Color Printing | 49.50 |
| 10/15/03 | ATTY # 0559; 6 COPIES | .90 |
| 10/20/03 | ATTY # 0559: 3 COPIES | .45 |
| 10/22/03 | Postage Expense | .60 |
| 10/22/03 | ATTY # 0559: 1 COPIES | .15 |
| 10/22/03 | ATTY # 0559: 1 COPIES | .15 |
| 10/24/03 | Telephone - Outside - - VENDOR:CHORUS CALL, INC. 09/08/03--Conference call with ZAI claimants' counsel re: ZAI Science Trial issues. | 11.94 |
| 10/27/03 | ATTY # 0559; 4 COPIES | .60 |
| 10/28/03 | ATTY # 0559; 203 COPIES | 30.45 |
| 10/30/03 | ATTY # 0559: 3 COPIES | .45 |
| 10/31/03 | ATTY # 0559; 10 COPIES | 1.50 |
| 10/31/03 | ATTY # 0559: 2 COPIES | .30 |
| 10/31/03 | ATTY # 0559: 1 COPIES | .15 |
| 10/31/03 | ATTY # 0559: 2 COPIES | .30 |
| 10/31/03 | ATTY # 0559: 5 COPIES | .75 |
| 10/31/03 | ATTY # 0559: 6 COPIES | .90 |
| 10/31/03 | ATTY # 0559: 24 COPIES | 3.60 |

```
172573 W. R. Grace & Co.                    Invoice Number   1092908
60028  ZAI Science Trial                    Page    5
       November 25, 2003
```

```
                    CURRENT EXPENSES                    551.96
                                                    ------------
                    TOTAL BALANCE DUE UPON RECEIPT       $551.96
                                                    =============
```