## EXHIBIT A

### Business Operations (.20 Hours; $ 156.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .20 | $780 | 156.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 10/14/03 | EI | 780.00 | 0.20 | Memo to Committee re:  new COO. |

**Total Task Code .03**          **.20**

### Case Administration (13.50 Hours; $ 3,500.50)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .30 | $780 | 234.00 |
| Peter V. Lockwood | 1.90 | $685 | 1,301.50 |
| Rita C. Tobin | .20 | $375 | 75.00 |
| Robert C. Spohn | 5.70 | $180 | 1,026.00 |
| Andrew D. Katznelson | 5.40 | $160 | 864.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 10/01/03 | RCS | 180.00 | 1.30 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 9/30/03  (.2); prepare deposition transcripts and exhibits for forwarding by electronic means (1.1). |
| 10/01/03 | ADK | 160.00 | 0.50 | Internet research on Third Circuit issue. |
| 10/02/03 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 10/1/03   (.2). |
| 10/02/03 | ADK | 160.00 | 1.60 | Worked on binder of Third Circuit issue for EI. |

{D0016367:1 }

| 10/03/03 | RCS | 180.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 10/2/03  (.1). |
| 10/03/03 | ADK | 160.00 | 0.60 | Worked on Third Circuit issue. |
| 10/06/03 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 10/03/03  (.2). |
| 10/07/03 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 10/6/03   (.2). |
| 10/07/03 | ADK | 160.00 | 0.50 | Updated payment schedule with payment received. |
| 10/07/03 | ADK | 160.00 | 0.80 | Worked on Third Circuit issue for RCT. |
| 10/08/03 | PVL | 685.00 | 0.10 | Review 5 miscellaneous filings. |
| 10/08/03 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 10/7/03  (.2). |
| 10/09/03 | PVL | 685.00 | 0.30 | Teleconference Hurford re KWELMBB motion. |
| 10/09/03 | RCS | 180.00 | 0.30 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 10/8/03  (.3). |
| 10/10/03 | PVL | 685.00 | 0.60 | Review LTC valuation repl. (.3); review draft Festa empl. Contract (.3). |
| 10/10/03 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 10/09/03   (.2). |
| 10/10/03 | EI | 780.00 | 0.10 | Memo re: Enterprise Value. |
| 10/12/03 | PVL | 685.00 | 0.10 | Review 3 miscellaneous filings. |
| 10/14/03 | PVL | 685.00 | 0.10 | Review Hamlin appl. re FCR. |
| 10/14/03 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 10/10/03  (.2). |
| 10/15/03 | PVL | 685.00 | 0.10 | Review 5 miscellaneous filings. |

| 10/15/03 | RCS | 180.00 | 0.30 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 10/14/03 (.3). |
| 10/16/03 | RCS | 180.00 | 0.30 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 10/15/03 (.3). |
| 10/17/03 | RCS | | | 180.00 0.20    Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 10/16/03 (.2). |
| 10/17/03 | EI | 780.00 | 0.10 | Memo re: CEO. |
| 10/17/03 | ADK | 160.00 | 0.40 | Perform review of court documents to identify relevant documents for EI and RCT. |
| 10/20/03 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 10/17/03 (.2). |
| 10/20/03 | EI | 780.00 | 0.10 | T/c D. Bernick re: appointing J. Hamlin. |
| 10/21/03 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 10/20/03 (.2). |
| 10/22/03 | PVL | 685.00 | 0.10 | Review agenda letter. |
| 10/22/03 | RCS | 180.00 | 0.30 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 10/21/03 (.3). |
| 10/23/03 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 10/22/03 (.2). |
| 10/24/03 | PVL | 685.00 | 0.10 | Review amended agenda letter. |
| 10/24/03 | RCT | 375.00 | 0.20 | Review weekly local counsel recommendation re: EI update. |
| 10/24/03 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 10/23/03 (.2). |
| 10/27/03 | PVL | 685.00 | 0.10 | Review e-mail. |
| 10/27/03 | PVL | 685.00 | 0.10 | Review 4 miscellaneous fee filings. |

| 10/27/03 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 10/24/03 (.2). |
| 10/28/03 | RCS | 180.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 10/27/03 (.1). |
| 10/29/03 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 10/28/03 (.2). |
| 10/29/03 | ADK | 160.00 | 0.50 | Review. classify and annotate relevant material for RCT. |
| 10/29/03 | ADK | 160.00 | 0.50 | Review, classify and annotate relevant material for TB, RCT, and ADK. |
| 10/30/03 | PVL | 685.00 | 0.20 | Review oppo. re Hambin FCR appt. |
| 10/30/03 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 10/29/03 (.2). |
| 10/31/03 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 10/30/03 (.2). |

**Total Task Code .04**        **13.50**

## Claim Analysis Objection & Resolution (Asbestos)(4.90 Hours; $ 1,298.50)

| Attorney | Number of Hours | Billing Rate | Value |
| --- | --- | --- | --- |
| John P. Cunningham | 4.90 | $265 | 1,298.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
| --- | --- | --- | --- | --- |
| 10/28/03 | JPC | 265.00 | 2.10 | Research re developments, claim estimation and related procedures, asbestos tort litigation. |

| 10/29/03 | JPC | 265.00 | 1.60 | Research re developments, claim estimation and related procedures, asbestos tort litigation. |
| 10/31/03 | JPC | 265.00 | 1.20 | Research re developments, claim estimation and related procedures, asbestos tort litigation |

**Total Task Code .05**      **4.90**


## Claim Analysis Objection & Resolution (Non-Asbestos)(.10 Hours; $ 68.50)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter V. Lockwood | .10 | $685 | 68.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 10/30/03 | PVL | 685.00 | 0.10 | Review Valeron motion re claim. |

**Total Task Code .06**      **.10**


## Fee Applications, Applicant (2.00 Hours; $ 642.50)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Rita C. Tobin | 1.50 | $375 | 562.50 |
| Andrew D. Katznelson | .50 | $160 | 80.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 10/08/03 | RCT | 375.00 | 0.50 | Review pre-bills. |
| 10/10/03 | RCT | 375.00 | 0.50 | Review and edit fee app exhibits. |
| 10/23/03 | RCT | 375.00 | 0.50 | Review final fee app. |
| 10/24/03 | ADK | 160.00 | 0.50 | Worked on Fee Application. |

**Total Task Code .12**      **2.00**

## Fee Applications, Others (41.90 Hours; $ 16,435.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 1.10 | $780 | 858.00 |
| Peter V. Lockwood | .80 | $685 | 548.00 |
| Trevor W. Swett | .20 | $520 | 104.00 |
| Rita C. Tobin | 39.80 | $375 | 14,925.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 10/03/03 | PVL | 685.00 | 0.10 | Review 3 fee applications. |
| 10/04/03 | EI | 780.00 | 0.20 | Reviewed draft motion re: fees. |
| 10/07/03 | EI | 780.00 | 0.60 | T/c Weitz re: fees (.3); t/c Friedman re: same (.2); t/c PVNL re: same (.1). |
| 10/08/03 | EI | 780.00 | 0.30 | Memo to PVNL re: fee issues. |
| 10/09/03 | TWS | 520.00 | 0.10 | Note to PVNL re special fee app. assignment |
| 10/15/03 | PVL | 685.00 | 0.70 | Review RCT e-mails and reply thereto re SA fee opps for Weitz et al (.6); research re same (.1). |
| 10/15/03 | RCT | 375.00 | 0.50 | Email PVNL and telecon with TWS re: committee fee issue. |
| 10/16/03 | RCT | 375.00 | 2.50 | Research re: administrative expenses. |
| 10/21/03 | TWS | 520.00 | 0.10 | Telephone conversation with RCT re: special fee app. |
| 10/24/03 | RCT | 375.00 | 3.50 | Research re: fee issues. |
| 10/27/03 | RCT | 375.00 | 7.00 | Research re: fee issue and draft memo. |
| 10/28/03 | RCT | 375.00 | 5.30 | Research re: fee issue and draft memo. |
| 10/29/03 | RCT | 375.00 | 7.00 | Research re: fee issue and draft memo. |
| 10/30/03 | RCT | 375.00 | 7.00 | Research re: fee issue and draft memo. |
| 10/31/03 | RCT | 375.00 | 7.00 | Research re: fee issue and draft memo. |

**Total Task Code .13**          **41.90**


## Litigation and Litigation Consulting (.80 Hours; $ 480.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .20 | $780 | 156.00 |
| Albert G. Lauber | .60 | $540 | 324.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 10/21/03 | AGL | 540.00 | 0.20 | Review pending orders and motions. |
| 10/27/03 | AGL | 540.00 | 0.20 | Review pending orders/motions. |
| 10/27/03 | AGL | 540.00 | 0.20 | Review pending orders/motions. |
| 10/31/03 | EI | 780.00 | 0.20 | T/c D. Bernick re: Hamlin motion. |

**Total Task Code .16**          **.80**


## Relief from Stay Proceedings (.10 Hours; $ 68.50)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter V. Lockwood | .10 | $685 | 68.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 10/20/03 | PVL | 685.00 | 0.10 | Review Oldcastler lift stay. |

**Total Task Code .18**          **.10**

Other Charges:

Other Charges

| | |
|---|---|
| Database Research | 1,520.48 |
| Long Distance Telephone Chge-Credit Card | 4.16 |
| Long Distance-Equitrac In-House | 1.84 |
| NYO Long Distance Telephone | 18.60 |
| Research Material | 88.83 |
| Telecopier/Equitrac | 16.65 |
| Xeroxing | 152.55 |
| | $ 1,803.11 |

{D0016367:1 }