**EXHIBIT B**

**Business Operations (.2 Hours; $ 156.00)**

　　　　Services rendered in this category pertain to the analysis and monitoring of the debtors' business operations.

**Total Task Code .03** 　　　.2

**Case Administration (13.5 Hours; $ 3,500.50)**

　　　　Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .04** 　　　13.5

**Claim Analysis Objection & Resolution (Asbestos) (4.9 Hours; $ 1,298.50)**

　　　　Services rendered in this category pertain to the review, analysis of and response to claims filed against the Debtors' estates.

**Total Task Code .05** 　　　4.9

**Claim Analysis Objection & Resolution (Non-Asbestos) (.1 Hours; $ 68.50)**

　　　　Services rendered in this category pertain to the review, analysis of and response to claims filed against the Debtors' estates.

**Total Task Code .06** 　　　.1

**Fee Applications, Applicant (2.0 Hours; $ 642.50)**

　　　　Services rendered in this category pertain to the preparation and review of Caplin & Drysdale's fee applications including the fees and expenses of Caplin & Drysdale's special consultant, Professor Elizabeth Warren.

**Total Task Code .12** 　　　2.0

**Fee Applications, Others (41.9 Hours; $ 16,435.00)**

{D0016368:1 }
DOC#151898

- 2 -

Services rendered in this category pertain to the review of the fee applications of professionals and experts other than Caplin & Drysdale.

**Total Task Code .13            41.9**

**Litigation & Litigation Consulting (.8 Hours; $ 480.00)**

Services rendered in this category pertain to litigation regarding all matters other than insurance recovery and relief from the automatic stay.

**Total Task Code .16            .8**

**Relief from Stay Proceedings (.1 Hours; $ 68.50)**

Services rendered in this category pertain to the analysis of and response to motions to lift the automatic stay.

**Total Task Code .18            .1**

{D0016368:1 }