## **EXHIBIT C**

Other Charges:

Other Charges

| | |
|---|---:|
| Database Research | 1,520.48 |
| Long Distance Telephone Chge-Credit Card | 4.16 |
| Long Distance-Equitrac In-House | 1.84 |
| NYO Long Distance Telephone | 18.60 |
| Research Material | 88.83 |
| Telecopier/Equitrac | 16.65 |
| Xeroxing | 152.55 |
| | $ 1,803.11 |

{D0016369:1 }