```
Client Number:   4642                Grace Asbestos Personal Injury Claimants                                        Page:      1
Matter     000                       Disbursements                                                                   11/20/2003
                                                                                                                  Print Date/Time:
                                                                                                                     11/20/2003
                                                                                                                    12:14:29PM
Attn:                                                                                                               Invoice #

                                                   PREBILL  / CONTROL  REPORT
                                                       Trans Date Range:   1/1/1950  to: 10/31/2003

Matter     000
Disbursements
Bill Cycle:       Monthly           Style:         i1          Start:     4/16/2001
                                                                   Last Billed : 10/28/2003                            13,655
```

Trust Amount Available

Total Expenses Billed To Date        $226,777.24

```
                                                                     Billing Empl:        0120     Elihu Inselbuch
                                                                     Responsible Empl:    0120     Elihu Inselbuch
                                                                     Alternate Empl:      0120     Elihu Inselbuch
                                                                     Originating Empl:    0120     Elihu Inselbuch
```

**Summary  by Employee**

|  |  |  | ---------- A C T U A L ---------- |  | ---------- B I L L I N G --------- |  |
|---|---|---|---|---|---|---|
| Empl | Initials | Name | Hours | Amount | Hours | Amount |
| 0232 | LK | Lauren Karastergiou | 0.00 | 19.50 | 0.00 | 19.50 |
| 0234 | RET | Rita E Tower | 0.00 | 3.75 | 0.00 | 3.75 |
| 0237 | SRB | Sidney R Barnes | 0.00 | 4.35 | 0.00 | 4.35 |
| 0238 | SLG | Stacey L Gandy | 0.00 | 75.00 | 0.00 | 75.00 |
| 0999 | C&D | Caplin &. Drysdale | 0.00 | 1,700.51 | 0.00 | 1,700.51 |
|  |  |  | **0.00** | **1,803.11** | **0.00** | **1,803.11** |

**Total Fees**

**Summary  by Employee**

|  |  |  | ---------- A C T U A L ---------- |  |  | ---------- B I L L I N G --------- |  |  |
|---|---|---|---|---|---|---|---|---|
| Empl | Initials | Name | Rate | Hours | Amount | Rate | Hours | Amount |

**Total Fees**

**Detail Time / Expense  by  Date**

|  |  |  |  |  |  | ---------- A C T U A L ---------- |  |  | ---------- B I L L I N G --------- |  |  |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TransNo. | Description | TransType | Trans Date | Work Empl |  | Rate | Hours | Amount | Rate | Hours | Amount | Cumulative |
| 1541130 | Photocopy | E | 10/01/2003 | 0237 | SRB | 0.00 |  | $0.75 | 0.00 |  | $0.75 | 0.75 |
| 1541613 | Equitrac - Long Distance to 3033127321 | E | 10/02/2003 | 0999 | C&D | 0.00 |  | $0.06 | 0.00 |  | $0.06 | 0.81 |
| 1541758 | Photocopy | E | 10/02/2003 | 0999 | C&D | 0.00 |  | $0.60 | 0.00 |  | $0.60 | 1.41 |
| 1542127 | Photocopy | E | 10/03/2003 | 0999 | C&D | 0.00 |  | $0.45 | 0.00 |  | $0.45 | 1.86 |
| 1542153 | Photocopy | E | 10/03/2003 | 0999 | C&D | 0.00 |  | $0.90 | 0.00 |  | $0.90 | 2.76 |
| 1542158 | Photocopy | E | 10/03/2003 | 0238 | SLG | 0.00 |  | $2.40 | 0.00 |  | $2.40 | 5.16 |
| 1542171 | Photocopy | E | 10/03/2003 | 0238 | SLG | 0.00 |  | $3.15 | 0.00 |  | $3.15 | 8.31 |
| 1542436 | Equitrac - Long Distance to 8054997126 | E | 10/06/2003 | 0999 | C&D | 0.00 |  | $0.15 | 0.00 |  | $0.15 | 8.46 |
| 1542565 | Photocopy | E | 10/06/2003 | 0234 | RET | 0.00 |  | $3.00 | 0.00 |  | $3.00 | 11.46 |
| 1542590 | Photocopy | E | 10/06/2003 | 0999 | C&D | 0.00 |  | $0.60 | 0.00 |  | $0.60 | 12.06 |

```
Client Number:  4642              Grace Asbestos Personal Injury Claimants                                                           Page:    1
Matter     000                    Disbursements                                                                                      11/20/2003
                                                                                                                              Print Date/Time:
                                                                                                                                      11/20/2003
                                                                                                                                     12:14:29PM
Attn:                                                                                                                              Invoice #
1542661    Photocopy                                         E   10/06/2003   0238   SLG      0.00        $3.15      0.00     $3.15       15.21
1542702    Fax Transmission to 18054997126                   E   10/06/2003   0234   RET      0.00        $0.75      0.00     $0.75       15.96
1543116    Photocopy                                         E   10/07/2003   0999   C&D      0.00       $13.05      0.00    $13.05       29.01
1542690    Photocopy                                         E   10/07/2003   0238   SLG      0.00        $2.25      0.00     $2.25       31.26
1543418    Equitrac - Long Distance to 2128368781            E   10/08/2003   0999   C&D      0.00        $0.06      0.00     $0.06       31.32
1543647    Photocopy                                         E   10/08/2003   0238   SLG      0.00        $1.20      0.00     $1.20       32.52
1544004    Equitrac - Long Distance to 3024261900            E   10/09/2003   0999   C&D      0.00        $0.85      0.00     $0.85       33.37
1544069    Equitrac - Long Distance to 8054993572            E   10/09/2003   0999   C&D      0.00        $0.09      0.00     $0.09       33.46
1544211    Photocopy                                         E   10/09/2003   0238   SLG      0.00        $2.40      0.00     $2.40       35.86
1544236    Photocopy                                         E   10/09/2003   0232   LK       0.00        $4.95      0.00     $4.95       40.81
1544239    Photocopy                                         E   10/09/2003   0232   LK       0.00        $6.30      0.00     $6.30       47.11
1544926    Photocopy                                         E   10/10/2003   0238   SLG      0.00        $5.25      0.00     $5.25       52.36
1544992    Photocopy                                         E   10/10/2003   0238   SLG      0.00        $1.20      0.00     $1.20       53.56
1545860    Equitrac - Long Distance to 2127353550            E   10/14/2003   0999   C&D      0.00        $0.49      0.00     $0.49       54.05
1545866    Equitrac - Long Distance to 4107031808            E   10/14/2003   0999   C&D      0.00        $0.06      0.00     $0.06       54.11
1546140    Photocopy                                         E   10/14/2003   0238   SLG      0.00       $13.80      0.00    $13.80       67.91
1546186    Photocopy                                         E   10/14/2003   0237   SRB      0.00        $3.60      0.00     $3.60       71.51
1548379    Photocopy                                         E   10/15/2003   0238   SLG      0.00        $1.80      0.00     $1.80       73.31
1549191    Equitrac - Long Distance to 8054993572            E   10/15/2003   0999   C&D      0.00        $0.08      0.00     $0.08       73.39
1548137    Photocopy                                         E   10/16/2003   0238   SLG      0.00        $2.70      0.00     $2.70       76.09
1547440    Photocopy                                         E   10/17/2003   0238   SLG      0.00        $1.80      0.00     $1.80       77.89
1547463    Photocopy                                         E   10/17/2003   0238   SLG      0.00        $6.00      0.00     $6.00       83.89
1547550    Photocopy                                         E   10/20/2003   0999   C&D      0.00        $0.60      0.00     $0.60       84.49
1548662    Photocopy                                         E   10/21/2003   0999   C&D      0.00        $8.10      0.00     $8.10       92.59
1548682    Photocopy                                         E   10/21/2003   0999   C&D      0.00        $3.15      0.00     $3.15       95.74
1548706    Photocopy                                         E   10/21/2003   0238   SLG      0.00        $1.80      0.00     $1.80       97.54
1548762    Photocopy                                         E   10/21/2003   0232   LK       0.00        $2.25      0.00     $2.25       99.79
1548763    Photocopy                                         E   10/21/2003   0232   LK       0.00        $3.60      0.00     $3.60      103.39
1549313    Pacer Service Center; Usage 7/1/03 thru 9/30/03   E   10/21/2003   0999   C&D      0.00       $69.23      0.00    $69.23      172.62
1549217    Database Research by RCT on 10/16-17              E   10/22/2003   0999   C&D      0.00      $832.91      0.00   $832.91    1,005.53
1550415    NYO Long Distance Telephone made in the month of  E   10/23/2003   0999   C&D      0.00        $3.48      0.00     $3.48    1,009.01
           September
1550434    NYO Long Distance Telephone made in the month of  E   10/23/2003   0999   C&D      0.00       $11.42      0.00    $11.42    1,020.43
           September
1550452    NYO Long Distance Telephone made in the month of  E   10/23/2003   0999   C&D      0.00        $2.50      0.00     $2.50    1,022.93
           September
1550465    NYO Long Distance Telephone made in the month of  E   10/23/2003   0999   C&D      0.00        $1.20      0.00     $1.20    1,024.13
           September
1551147    Photocopy                                         E   10/24/2003   0999   C&D      0.00        $3.15      0.00     $3.15    1,027.28
1551160    Photocopy                                         E   10/24/2003   0999   C&D      0.00       $10.80      0.00    $10.80    1,038.08
1551186    Photocopy                                         E   10/24/2003   0238   SLG      0.00        $4.20      0.00     $4.20    1,042.28
1551936    Photocopy                                         E   10/27/2003   0238   SLG      0.00        $8.55      0.00     $8.55    1,050.83
1551937    Photocopy                                         E   10/27/2003   0238   SLG      0.00        $8.55      0.00     $8.55    1,059.38
1553482    Long Distance Telephone Chge-Credit Card for the  E   10/30/2003   0999   C&D      0.00        $4.16      0.00     $4.16    1,063.54
           mont of Sept.
1554227    Fax Transmission to 12145239159                   E   10/30/2003   0999   C&D      0.00        $0.75      0.00     $0.75    1,064.29
1554229    Fax Transmission to 12145239157                   E   10/30/2003   0999   C&D      0.00        $0.75      0.00     $0.75    1,065.04
1554230    Fax Transmission to 12145239158                   E   10/30/2003   0999   C&D      0.00        $0.75      0.00     $0.75    1,065.79
1554231    Fax Transmission to 12145991171                   E   10/30/2003   0999   C&D      0.00        $0.75      0.00     $0.75    1,066.54
1554233    Fax Transmission to 17136501400                   E   10/30/2003   0999   C&D      0.00        $0.75      0.00     $0.75    1,067.29
1554234    Fax Transmission to 12148248100                   E   10/30/2003   0999   C&D      0.00        $0.90      0.00     $0.90    1,068.19
1554236    Fax Transmission to 13125516759                   E   10/30/2003   0999   C&D      0.00        $0.75      0.00     $0.75    1,068.94
1554237    Fax Transmission to 18432169290                   E   10/30/2003   0999   C&D      0.00        $0.75      0.00     $0.75    1,069.69
1554238    Fax Transmission to 14067527124                   E   10/30/2003   0999   C&D      0.00        $0.75      0.00     $0.75    1,070.44
1554239    Fax Transmission to 13026565875                   E   10/30/2003   0999   C&D      0.00        $0.75      0.00     $0.75    1,071.19
1554240    Fax Transmission to 15108354913                   E   10/30/2003   0999   C&D      0.00        $0.75      0.00     $0.75    1,071.94
1554241    Fax Transmission to 12165750799                   E   10/30/2003   0999   C&D      0.00        $0.75      0.00     $0.75    1,072.69
1554242    Fax Transmission to 13053796222                   E   10/30/2003   0999   C&D      0.00        $0.75      0.00     $0.75    1,073.44
1554244    Fax Transmission to 14124718308                   E   10/30/2003   0999   C&D      0.00        $0.75      0.00     $0.75    1,074.19
1554245    Fax Transmission to 12123440994                   E   10/30/2003   0999   C&D      0.00        $0.75      0.00     $0.75    1,074.94
1554246    Fax Transmission to 12123445461                   E   10/30/2003   0999   C&D      0.00        $0.30      0.00     $0.30    1,075.24
1554247    Fax Transmission to 12123445462                   E   10/30/2003   0999   C&D      0.00        $0.60      0.00     $0.60    1,075.84
1554248    Fax Transmission to 12123445461                   E   10/30/2003   0999   C&D      0.00        $0.15      0.00     $0.15    1,075.99
1554249    Fax Transmission to 12123445462                   E   10/30/2003   0999   C&D      0.00        $0.15      0.00     $0.15    1,076.14
1554250    Fax Transmission to 12123445461                   E   10/30/2003   0999   C&D      0.00        $0.15      0.00     $0.15    1,076.29
1554251    Fax Transmission to 12123445461                   E   10/30/2003   0999   C&D      0.00        $0.15      0.00     $0.15    1,076.44
1554253    Fax Transmission to 16179510679                   E   10/30/2003   0999   C&D      0.00        $0.75      0.00     $0.75    1,077.19
1554254    Fax Transmission to 18432169450                   E   10/30/2003   0999   C&D      0.00        $0.75      0.00     $0.75    1,077.94
1554255    Fax Transmission to 14122615066                   E   10/30/2003   0999   C&D      0.00        $0.75      0.00     $0.75    1,078.69
1554401    Photocopy                                         E   10/30/2003   0232   LK       0.00        $2.40      0.00     $2.40    1,081.09
1554736    Database Research by RCT on 10/24                 E   10/30/2003   0999   C&D      0.00      $526.85      0.00   $526.85    1,607.94
1555571    Fax Transmission to 12025307180                   E   10/31/2003   0238   SLG      0.00        $0.75      0.00     $0.75    1,608.69
1555633    Photocopy                                         E   10/31/2003   0238   SLG      0.00        $3.00      0.00     $3.00    1,611.69
```

```
Client Number:  4642           Grace Asbestos Personal Injury Claimants                                                                Page:    1
Matter      000                          Disbursements                                                                              11/20/2003
                                                                                                                                Print Date/Time:
                                                                                                                                    11/20/2003
                                                                                                                                   12:14:29PM
Attn:                                                                                                                                Invoice #
1555686    Photocopy                                    E   10/31/2003    0999    C&D      0.00          $4.95       0.00       $4.95   1,616.64
1555727    Photocopy                                    E   10/31/2003    0999    C&D      0.00          $0.90       0.00       $0.90   1,617.54
1555731    Photocopy                                    E   10/31/2003    0999    C&D      0.00          $4.20       0.00       $4.20   1,621.74
1555735    Photocopy                                    E   10/31/2003    0238    SLG      0.00          $1.05       0.00       $1.05   1,622.79
1555931    Research Material - Pacer Service Center searches  E  10/31/2003  0999  C&D    0.00         $19.60       0.00      $19.60   1,642.39
           for 7/1/03 - 9/30/03
1556881    Database Research by RCT on 10/30            E   10/31/2003    0999    C&D      0.00        $160.72       0.00     $160.72   1,803.11
Total Expenses                                                                             0.00      $1,803.11       0.00   $1,803.11


           Matter Total Fees                                                                             0.00                     0.00


           Matter Total Expenses                                                                      1,803.11                1,803.11


           Matter Total                                                                    0.00       1,803.11       0.00     1,803.11



           Prebill Total Fees


           Prebill Total Expenses                                                                    $1,803.11               $1,803.11


           Prebill Total                                                                   0.00      $1,803.11       0.00    $1,803.11


Previous Billings

InvoiceNo      InvoiceDate         InvoiceTotal          OpenTotal

36,593         07/26/2002           121,163.25          13,975.99
36,950         08/22/2002           231,722.75          24,660.40
37,197         09/25/2002           246,726.25          35,891.10
37,665         10/31/2002           153,308.00          30,661.60
37,961         11/30/2002            36,076.50             542.50
37,962         11/30/2002           137,754.50          27,550.90
38,223         12/26/2002           155,061.50          31,012.30
40,965         03/11/2003            31,418.00           6,283.60
40,966         03/11/2003            43,961.50           8,792.30
41,071         03/20/2003            27,076.50           5,415.30
41,429         04/24/2003            12,991.50          12,991.50
41,744         05/22/2003            12,293.50           2,458.70
41,745         05/22/2003             4,425.50             885.10
42,008         06/25/2003             7,075.50           1,415.10
42,071         06/27/2003             3,191.00             638.20
42,258         07/25/2003             8,561.00           1,712.20
42,259         07/25/2003             3,420.50           3,420.50
42,620         08/28/2003             9,970.82           9,970.82
42,639         08/28/2003             1,935.50             387.10
42,905         09/29/2003             7,332.45           7,332.45
42,954         09/29/2003             3,733.00           3,733.00
43,207         10/28/2003            10,170.45          10,170.45
43,234         10/14/2003             1,845.50           1,845.50
                                  1,271,214.97         241,746.61
```

| | | |
|---|---|---|
| **Client Number:   4642** | **Grace Asbestos Personal Injury Claimants** | Page:   1 |
| **Matter       000** | **Disbursements** | 11/20/2003 |
| | | Print Date/Time: |
| | | 11/20/2003 |
| | | 12:14:29PM |
| Attn: | | Invoice # |