IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Deadline: November 26, 2003 at 4:00 p.m.**
**Hearing Date: TBD on if necessary**

## NO ORDER REQUIRED CERTIFICATION
## OF NO OBJECTION REGARDING DOCKET NO. 4664

The undersigned hereby certifies that, as of the date hereof, he has received no

answer, objection or other responsive pleading to the Thirtieth Monthly Interim Application of

Wallace King Marraro & Branson PLLC ("WKMB") for Compensation and for Reimbursement

of Expenses for September 1, 2003 through September 30, 2003 (the "Application"). The

undersigned further certifies that he has caused the Court's docket in this case to be reviewed and

no answer, objection or other responsive pleading to the Application appears thereon. Pursuant

to the Application, objections to the Application were to be filed and served no later than

November 26, 2003.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Pursuant to the Administrative Order Under 11 U.S.C. §§ 105(a) and 331

Establishing Procedures for Interim Compensation and Reimbursement of Expenses for

Professionals and Official Committee Members (the "Order") dated May 3, 2001, the Debtors

are authorized to pay WKMB $84,216.20 which represents 80% of the fees ($105,216.20), and

$10,195.00 which represents 100% of the expenses requested in the Application for the period

September 1, 2003 through September 30, 2003, upon the filing of this Certification and without

the need for entry of a Court order approving the Application.


Dated: December _l_, 2003          KIRKLAND & ELLIS LLP
                                   James H.M. Sprayregen, P.C.
                                   James W. Kapp III
                                   Christian J. Lane
                                   200 East Randolph Drive
                                   Chicago, Illinois 60601
                                   Telephone:    (312) 861-2000
                                   Facsimile:    (312) 861-2200

                                   and

                                   PACHULSKI, STANG, ZIEHL, YOUNG, JONES
                                   & WEINTRAUB P.C.


                                   Laura Davis Jones (Bar No. 2436)
                                   Scotta E. McFarland (Bar No. 4184)
                                   David W. Carickhoff, Jr. (Bar No. 3715)
                                   919 N. Market Street, 16th Floor
                                   P.O. Box 8705
                                   Wilmington, Delaware 19899-8705
                                   Telephone:    (302) 652-4100
                                   Facsimile:    (302) 652-4400

                                   Co-Counsel to Debtors and Debtors-in-Possession