**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Statement of Operations**
**MOR - 2**
**Month Ended October 31, 2003**

| | W.R. Grace & Co. - Conn. | W.R. Grace & Co. | Remedium Group, Inc. | CCHP, Inc. | CC Partners | Grace Washington, Inc. | Litigation Management, Inc. | Grace Europe, Inc. | L B Realty, Inc. |
|---|---|---|---|---|---|---|---|---|---|
| Net sales to third parties | $ 81,788,537 | $      - | $      - | $      - | $      - | $      - | $      - | $      - | $      - |
| Net sales to non-filing entities | 19,230,570 | - | - | - | - | - | - | - | - |
| Net sales to filing entities | 169,098 | - | - | - | - | - | - | - | - |
| Interest and royalties from non-filing entities, net | 2,837,272 | - | - | - | - | - | - | - | - |
| Interest and royalties from filing entities, net | (5,290,778) | 4,129,825 | 715,497 | 19,173 | 845,233 | - | 2,602,915 | - | - |
| Other income | 602 | - | - | - | - | - | - | - | - |
| | 98,735,300 | 4,129,825 | 715,497 | 19,173 | 845,233 | - | 2,602,915 | - | - |
| Cost of goods sold to third parties | 51,999,944 | - | - | - | - | - | - | - | - |
| Cost of goods sold to non-filing entities | 15,366,572 | - | - | - | - | - | - | - | - |
| Cost of goods sold to filing entities | 135,571 | - | - | - | - | - | - | - | - |
| Selling, general and administrative expenses | 22,414,274 | - | 6,015 | - | - | 68,034 | - | - | - |
| Research and development expenses | 2,480,466 | - | - | - | - | - | - | - | - |
| Depreciation and amortization | 4,795,263 | - | 2,318 | - | - | - | - | - | - |
| Interest expense | 1,284,020 | - | - | - | - | - | - | - | - |
| | 98,476,110 | - | 8,333 | - | - | 68,034 | - | - | - |
| Income before Chapter 11 reorganization expenses, income taxes, minority interest and equity in net income of non-filing entities | 259,191 | 4,129,825 | 707,163 | 19,173 | 845,233 | (68,034) | 2,602,915 | - | - |
| Chapter 11 reorganization expenses, net | (1,619,255) | - | - | - | - | - | - | - | - |
| (Provision for) benefit from income taxes | 1,495,060 | (1,445,439) | (247,595) | (6,710) | (295,832) | 17,828 | (911,020) | - | - |
| Minority interest in income of subsidiary | - | - | - | - | - | - | - | - | - |
| Equity in net income of non-filing entities | - | - | - | - | - | - | - | - | - |
| **Net Income** | $    134,996 | $ 2,684,386 | $  459,568 | $   12,463 | $  549,401 | $  (50,206) | $ 1,691,895 | $      - | $      - |

**Note #2**
Certain de minimis expenditures, including state registration fees, business license fees and certain taxes, of affiliated companies are accounted for in the statement of operations of W. R. Grace & Co. - Conn.

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Statement of Operations**
**MOR - 2**
**Month Ended October 31, 2003**

| | Grace International Holdings, Inc. | Darex Puerto Rico, Inc. | Alewife Land Corporation | Alewife Boston, Ltd. | Five Alewife Boston Ltd. | GN Holdings, Inc. | MRA Holdings Corp. | MRA Intermedco, Inc. | MRA Staffing Systems, Inc. |
|---|---|---|---|---|---|---|---|---|---|
| Net sales to third parties | $ - | $ 785,599 | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Net sales to non-filing entities | - | - | - | - | - | - | - | - | - |
| Net sales to filing entities | - | - | - | - | - | - | - | - | - |
| Interest and royalties from non-filing entities, net | 1,982,866 | - | - | - | - | - | - | - | - |
| Interest and royalties from filing entities, net | (3,021,074) | - | - | - | - | - | - | - | - |
| Other income | 31,250 | - | - | - | - | - | - | - | - |
| | (1,006,958) | 785,599 | - | - | - | - | - | - | - |
| Cost of goods sold to third parties | - | 370,492 | - | - | - | - | - | - | - |
| Cost of goods sold to non-filing entities | - | - | - | - | - | - | - | - | - |
| Cost of goods sold to filing entities | - | 30,204 | - | - | - | - | - | - | - |
| Selling, general and administrative expenses | - | 91,077 | - | - | - | - | - | - | - |
| Research and development expenses | - | - | - | - | - | - | - | - | - |
| Depreciation and amortization | - | 7,883 | - | - | - | - | - | - | - |
| Interest expense | - | - | - | - | - | - | - | - | - |
| | - | 499,656 | - | - | - | - | - | - | - |
| Income before Chapter 11 reorganization expenses, income taxes, minority interest and equity in net income of non-filing entities | (1,006,958) | 285,943 | - | - | - | - | - | - | - |
| Chapter 11 reorganization expenses, net | - | - | - | - | - | - | - | - | - |
| (Provision for) benefit from income taxes | 316,267 | (100,080) | - | - | - | - | - | - | - |
| Minority interest in income of subsidiary | - | - | - | - | - | - | - | - | - |
| Equity in net income of non-filing entities | - | - | - | - | - | - | - | - | - |
| **Net Income** | $ (690,691) | $ 185,863 | $ - | $ - | $ - | $ - | $ - | $ - | $ - |

**Note #2**
Certain de minimis expenditures, including state registration fees, business license fees and certain taxes, of affiliated companies are accounted for in the statement of operations of W. R. Grace & Co. - Conn.

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Statement of Operations**
**MOR - 2**
**Month Ended October 31, 2003**

| | Kootenai Development Company | CB Biomedical, Inc. | Amicon, Inc. | Grace Environmental, Inc. | Grace Chemical Company of Cuba | Southern oil, Resin & Fiberglass, Inc. | Guanica-Caribe Land Development Corporation | Dewey & Almy, LLC | A-1 Bit & Tool Co., Inc. | Grace Tarpon Investors, Inc. |
|---|---|---|---|---|---|---|---|---|---|---|
| Net sales to third parties | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Net sales to non-filing entities | - | - | - | - | - | - | - | - | - | - |
| Net sales to filing entities | - | - | - | - | - | - | - | - | - | - |
| Interest and royalties from non-filing entities, net | - | - | - | - | - | - | - | - | - | - |
| Interest and royalties from filing entities, net | - | - | - | - | - | - | - | - | - | - |
| Other income | - | - | - | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - | - | - | - |
| Cost of goods sold to third parties | - | - | - | - | - | - | - | - | - | - |
| Cost of goods sold to non-filing entities | - | - | - | - | - | - | - | - | - | - |
| Cost of goods sold to filing entities | - | - | - | - | - | - | - | - | - | - |
| Selling, general and administrative expenses | - | - | - | - | - | - | - | - | - | - |
| Research and development expenses | - | - | - | - | - | - | - | - | - | - |
| Depreciation and amortization | - | - | - | - | - | - | - | - | - | - |
| Interest expense | - | - | - | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - | - | - | - |
| Income before Chapter 11 reorganization expenses, income taxes, minority interest and equity in net income of non-filing entities | - | - | - | - | - | - | - | - | - | - |
| Chapter 11 reorganization expenses, net | - | - | - | - | - | - | - | - | - | - |
| (Provision for) benefit from income taxes | - | - | - | - | - | - | - | - | - | - |
| Minority interest in income of subsidiary | - | - | - | - | - | - | - | - | - | - |
| Equity in net income of non-filing entities | - | - | - | - | - | - | - | - | - | - |
| **Net Income** | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |

**Note #2**
Certain de minimis expenditures, including state registration fees, business license fees and certain taxes, of affiliated companies are accounted for in the statement of operations of W. R. Grace & Co. - Conn.

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Statement of Operations**
**MOR - 2**
**Month Ended October 31, 2003**

| | G C Limited Partners I, Inc. | Monolith Enterprises, Incorporated | Grace Culinary Systems, Inc. | Grace Hotel Services Corporation | Monroe Street, Inc. | Grace H-G Inc. | Hanover Square Corporation | Ecarg, Inc. | W.R. Grace Land Corporation | G C Management, Inc. |
|---|---|---|---|---|---|---|---|---|---|---|
| Net sales to third parties | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $    - |
| Net sales to non-filing entities | - | - | - | - | - | - | - | - | - | - |
| Net sales to filing entities | - | - | - | - | - | - | - | - | - | - |
| Interest and royalties from non-filing entities, net | - | - | - | - | - | - | - | - | - | - |
| Interest and royalties from filing entities, net | - | - | - | - | - | - | - | - | - | - |
| Other income | - | - | - | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - | - | - | - |
| Cost of goods sold to third parties | - | - | - | - | - | - | - | - | - | - |
| Cost of goods sold to non-filing entities | - | - | - | - | - | - | - | - | - | - |
| Cost of goods sold to filing entities | - | - | - | - | - | - | - | - | - | - |
| Selling, general and administrative expenses | - | - | - | - | - | - | - | - | - | - |
| Research and development expenses | - | - | - | - | - | - | - | - | - | - |
| Depreciation and amortization | - | - | - | - | - | - | - | - | - | - |
| Interest expense | - | - | - | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - | - | - | - |
| Income before Chapter 11 reorganization expenses, income taxes, minority interest and equity in net income of non-filing entities | - | - | - | | - | | - | | - | - |
| Chapter 11 reorganization expenses, net | - | - | - | | - | | - | | - | - |
| (Provision for) benefit from income taxes | - | - | - | | - | | - | | - | - |
| Minority interest in income of subsidiary | - | - | - | | - | | - | | - | - |
| Equity in net income of non-filing entities | - | - | - | | - | | - | | - | - |
| **Net Income** | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $    - |

**Note #2**
Certain de minimis expenditures, including state registration fees, business license fees and certain taxes, of affiliated companies are accounted for in the statement of operations of W. R. Grace & Co. - Conn.

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Statement of Operations**
**MOR - 2**
**Month Ended October 31, 2003**

| | Water Street Corporation | Del Taco Restaurants, Inc. | W.R. Grace Capital Corporation | Gloucester New Communities Company, Inc. | Creative Food N' Fun Company | Grace PAR Corporation | Grace A-B Inc. | Homco International, Inc. | GPC Thomasville Corp. | Grace Ventures Corp. |
|---|---|---|---|---|---|---|---|---|---|---|
| Net sales to third parties | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Net sales to non-filing entities | - | - | - | - | - | - | - | - | - | - |
| Net sales to filing entities | - | - | - | - | - | - | - | - | - | - |
| Interest and royalties from non-filing entities, net | - | - | - | - | - | - | - | - | - | - |
| Interest and royalties from filing entities, net | - | - | - | - | - | - | - | - | - | - |
| Other income | - | - | - | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - | - | - | - |
| Cost of goods sold to third parties | - | - | - | - | - | - | - | - | - | - |
| Cost of goods sold to non-filing entities | - | - | - | - | - | - | - | - | - | - |
| Cost of goods sold to filing entities | - | - | - | - | - | - | - | - | - | - |
| Selling, general and administrative expenses | - | - | - | - | - | - | - | - | - | - |
| Research and development expenses | - | - | - | - | - | - | - | - | - | - |
| Depreciation and amortization | - | - | - | - | - | - | - | - | - | - |
| Interest expense | - | - | - | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - | - | - | - |
| Income before Chapter 11 reorganization expenses, income taxes, minority interest and equity in net income of non-filing entities | - | - | - | - | - | - | - | - | - | - |
| Chapter 11 reorganization expenses, net | - | - | - | - | - | - | - | - | - | - |
| (Provision for) benefit from income taxes | - | - | - | - | - | - | - | - | - | - |
| Minority interest in income of subsidiary | - | - | - | - | - | - | - | - | - | - |
| Equity in net income of non-filing entities | - | - | - | - | - | - | - | - | - | - |
| **Net Income** | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |

Note #2
Certain de minimis expenditures, including state registration fees, business license fees and certain taxes, of affiliated companies are accounted for in the statement of operations of W. R. Grace & Co. - Conn.

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Statement of Operations**
**MOR - 2**
**Month Ended October 31, 2003**

| | Grace Energy Corporation | GEC Management Corporation | Grace Offshore Company | Coalgrace, Inc. | Grace A-B II Inc. | Grace H-G II Inc. | Coalgrace II, Inc. | Gracecoal II, Inc. | Gracoal, Inc. | Grace Drilling Company |
|---|---|---|---|---|---|---|---|---|---|---|
| Net sales to third parties | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Net sales to non-filing entities | - | - | - | - | - | - | - | - | - | - |
| Net sales to filing entities | - | - | - | - | - | - | - | - | - | - |
| Interest and royalties from non-filing entities, net | - | - | - | - | - | - | - | - | - | - |
| Interest and royalties from filing entities, net | - | - | - | - | - | - | - | - | - | - |
| Other income | - | - | - | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - | - | - | - |
| Cost of goods sold to third parties | - | - | - | - | - | - | - | - | - | - |
| Cost of goods sold to non-filing entities | - | - | - | - | - | - | - | - | - | - |
| Cost of goods sold to filing entities | - | - | - | - | - | - | - | - | - | - |
| Selling, general and administrative expenses | - | - | - | - | - | - | - | - | - | - |
| Research and development expenses | - | - | - | - | - | - | - | - | - | - |
| Depreciation and amortization | - | - | - | - | - | - | - | - | - | - |
| Interest expense | - | - | - | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - | - | - | - |
| Income before Chapter 11 reorganization expenses, income taxes, minority interest and equity in net income of non-filing entities | - | - | - | - | - | - | - | - | - | - |
| Chapter 11 reorganization expenses, net | - | - | - | - | - | - | - | - | - | - |
| (Provision for) benefit from income taxes | - | - | - | - | - | - | - | - | - | - |
| Minority interest in income of subsidiary | - | - | - | - | - | - | - | - | - | - |
| Equity in net income of non-filing entities | - | - | - | - | - | - | - | - | - | - |
| Net Income | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |

Note #2
Certain de minimis expenditures, including state registration fees, business license fees and certain taxes, of affiliated companies are accounted for in the statement of operations of W. R. Grace & Co. - Conn.

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Statement of Operations**
**MOR - 2**
**Month Ended October 31, 2003**

| | Grace Petroleum Libya Incorporated | Axial Basin Ranch Company | Hayden-Gulch West Coal Company | H-G Coal Company | Eliminations between Filing Entities | Conversion to Equity Method | COMBINED FILING ENTITIES |
|---|---|---|---|---|---|---|---|
| Net sales to third parties | $ - | $ - | $ - | $ - | $ - | $ - | $ 82,574,135 |
| Net sales to non-filing entities | - | - | - | - | - | - | 19,230,570 |
| Net sales to filing entities | - | - | - | - | (169,098) | - | - |
| Interest and royalties from non-filing entities, net | - | - | - | - | - | - | 4,820,138 |
| Interest and royalties from filing entities, net | - | - | - | - | (789) | - | - |
| Other income | - | - | - | - | - | - | 31,852 |
| | - | - | - | - | (169,887) | - | 106,656,695 |
| Cost of goods sold to third parties | - | - | - | - | - | - | 52,370,437 |
| Cost of goods sold to non-filing entities | - | - | - | - | - | - | 15,366,572 |
| Cost of goods sold to filing entities | - | - | - | - | (165,774) | - | - |
| Selling, general and administrative expenses | - | - | - | - | - | - | 22,579,400 |
| Research and development expenses | - | - | - | - | - | - | 2,480,466 |
| Depreciation and amortization | - | - | - | - | - | - | 4,805,464 |
| Interest expense | - | - | - | - | - | - | 1,284,020 |
| | - | - | - | - | (165,774) | - | 98,886,359 |
| Income before Chapter 11 reorganization expenses, income taxes, minority interest and equity in net income of non-filing entities | - | - | - | - | (4,113) | - | 7,770,337 |
| Chapter 11 reorganization expenses, net | - | - | - | - | - | - | (1,819,255) |
| (Provision for) benefit from income taxes | - | - | - | - | - | - | (1,177,520) |
| Minority interest in income of subsidiary | - | - | - | - | - | - | - |
| Equity in net income of non-filing entities | - | - | - | - | - | 8,585,511 | 8,585,511 |
| **Net Income** | $ - | $ - | $ - | $ - | $ (4,113) | $ 8,585,511 | $ 13,559,072 |

**Note #2**
Certain de minimis expenditures, including state registration fees, business license fees and certain taxes, of affiliated companies are accounted for in the statement of operations of W. R. Grace & Co. - Conn.

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Balance Sheet**
**MOR - 3**
**October 31, 2003**

| | W.R. Grace & Co. - Conn | W.R. Grace & Co. | Remedium Group, Inc. | CCHP, Inc. | CC Partners | Grace Washington, Inc. |
|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | |
| **Current Assets** | | | | | | |
| Cash and cash equivalents | $ 89,659,969 | $ - | $ 10,310 | $ - | $ - | $ - |
| Accounts and other receivables, net | 123,393,110 | | 23,965 | | | |
| Receivables from/(payables to) filing and non-filing entities, net | 340,919,997 | (419,332,541) | (5,650,518) | 12,894,112 | (37,730,375) | (9,651,451) |
| Inventories | 82,440,600 | - | - | - | - | - |
| Deferred income taxes | 40,728,444 | | 173,928 | | | |
| Other current assets | 25,123,933 | | | | | |
| **Total Current Assets** | 702,266,053 | (419,332,541) | (5,442,315) | 12,894,112 | (37,730,375) | (9,651,451) |
| | | | | | | |
| Properties and equipment, net | 382,180,414 | | 462,291 | | | |
| Goodwill | 14,499,090 | - | | - | - | - |
| Cash value of company owned life insurance, net of policy loans | 89,236,920 | | | | | |
| Deferred income taxes | 721,079,371 | - | 44,101,884 | - | - | - |
| Asbestos-related insurance receivable | 269,729,801 | | | | | |
| Loans receivable from/(payable to) filing and non-filing entities, net | (1,230,631,115) | 841,791,353 | 128,428,311 | 4,783,178 | 206,672,886 | |
| Investment in filing and non-filing entities | 782,120,792 | 241,512,111 | | | | |
| Other assets | 86,651,417 | | | | | |
| **Total Assets** | $ 1,817,132,745 | $ 663,970,922 | $ 167,550,171 | $ 17,677,290 | $ 168,942,511 | $ (9,651,451) |
| | | | | | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY (DEFICIT)** | | | | | | |
| **Liabilities Not Subject to Compromise** | | | | | | |
| **Current Liabilities** | | | | | | |
| Debt payable within one year | $ 0 | $ - | $ - | $ - | $ - | $ - |
| Accounts payable | 44,906,824 | | 6,568 | | | - |
| Income taxes payable | (0) | | | | | |
| Asbestos-related liability expected to be disbursed within one year | | - | - | - | - | - |
| Other current liabilities | 63,572,176 | | 29,881 | | | 721 |
| **Total Current Liabilities** | 108,479,000 | - | 36,449 | - | - | 721 |
| | | | | | | |
| Debt payable after one year | (438,134) | | - | | | |
| Deferred income taxes | 147,420,291 | - | - | - | - | - |
| Asbestos-related liability expected to be disbursed after one year | | | | | | |
| Other liabilities | 204,204,125 | 0 | - | - | - | - |
| **Total Liabilities Not Subject to Compromise** | 459,665,282 | 0 | 36,449 | - | - | 721 |
| | | | | | | |
| **Liabilities Subject to Compromise** | | | | | | |
| Debt, pre-petition plus accrued interest | 548,403,110 | - | - | - | - | - |
| Accounts payable | 31,417,638 | | 685,607 | | | - |
| Income taxes payable | 196,347,858 | 14,341,033 | 241,736 | 61,984 | 2,958,315 | (54,023) |
| Asbestos-related liability | 963,799,586 | | | | | |
| Other liabilities | 439,523,850 | 188,091 | 126,502,319 | - | 32,094,183 | - |
| **Total Liabilities Subject to Compromise** | 2,179,492,043 | 14,529,124 | 127,409,662 | 61,984 | 35,052,498 | (54,023) |
| **Total Liabilities** | 2,639,157,325 | 14,529,124 | 127,446,111 | 61,984 | 35,052,498 | (53,302) |
| | | | | | | |
| **Shareholders' Equity (Deficit)** | | | | | | |
| Preferred Stock | - | | | | | |
| Common Stock | 83,968,960 | 769,956 | 12,223 | 1,000 | - | 1,000 |
| Paid in capital | 142,809,878 | 428,448,120 | 9,724,449 | 34,052,467 | 56,011,577 | |
| (Accumulated deficit)/Retained earnings | (706,445,532) | 358,126,341 | 30,367,388 | (16,438,160) | 77,878,437 | (9,599,149) |
| Treasury stock, at cost | | (135,902,719) | | | | |
| Accumulated other comprehensive loss | (342,357,886) | 100 | | | | |
| **Total Shareholders' Equity (Deficit)** | (822,024,580) | 649,441,798 | 40,104,060 | 17,615,307 | 133,890,013 | (9,598,149) |
| **Total Liabilities and Shareholders' Equity (Deficit)** | $ 1,817,132,745 | $ 663,970,922 | $ 167,550,171 | $ 17,677,290 | $ 168,942,511 | $ (9,651,451) |

Note #3
Certain contingent liabilities of divested businesses are included on
the balance sheet of W. R.Grace & Co. - Conn as it is not practical
to determine which Debtor bears the ultimate obligation.

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Balance Sheet**
**MOR - 3**
**October 31, 2003**

| | Litigation Management, Inc. | Grace Europe, Inc. | L B Realty, Inc. | Grace International Holdings, Inc. | Darex Puerto Rico, Inc. | Alewife Land Corporation |
|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | |
| **Current Assets** | | | | | | |
| Cash and cash equivalents | $ - | $ - | $ - | $ - | $ 5,316,831 | $ - |
| Accounts and other receivables, net | | 86,095 | | | 3,082,080 | |
| Receivables from/(payables to) filing and non-filing entities, net | (386,938,310) | 5,596,013 | 140,524,854 | (84,749,767) | (1,994,735) | (5,445,289) |
| Inventories | - | (0) | | | 355,972 | |
| Deferred income taxes | - | 80,284 | | | 13,334 | |
| Other current assets | | | | | | |
| Total Current Assets | (386,938,310) | 5,762,392 | 140,524,854 | (84,749,767) | 6,773,482 | (5,445,289) |
| | | | | | | |
| Properties and equipment, net | - | - | - | - | 749,599 | - |
| Goodwill | | | | | - | |
| Cash value of company owned life insurance, net of policy loans | - | | | - | - | |
| Deferred income taxes | - | 38,161 | | - | - | |
| Asbestos-related insurance receivable | - | | | - | - | |
| Loans receivable from/(payable to) filing and non-filing entities, net | 461,132,671 | (3,275,151) | - | 63,742,510 | - | |
| Investment in filing and non-filing entities | | | | 58,669,464 | - | |
| Other assets | | 54,000 | | | 235,767 | 1,426,300 |
| **Total Assets** | **$ 74,194,361** | **$ 2,579,402** | **$ 140,524,854** | **$ 37,662,207** | **$ 7,758,847** | **$ (4,018,988)** |
| | | | | | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY (DEFICIT)** | | | | | | |
| **Liabilities Not Subject to Compromise** | | | | | | |
| **Current Liabilities** | | | | | | |
| Debt payable within one year | $ - | $ - | $ - | $ - | $ - | $ - |
| Accounts payable | | 23,145 | | 23,688 | 293,652 | |
| Income taxes payable | | | | | - | |
| Asbestos-related liability expected to be disbursed within one year | - | | - | | - | |
| Other current liabilities | - | 350,845 | - | | 130,756 | |
| Total Current Liabilities | - | 373,990 | - | 23,688 | 424,408 | - |
| | | | | | | |
| Debt payable after one year | - | | - | - | - | |
| Deferred income taxes | - | 0 | | | 146,497 | |
| Asbestos-related liability expected to be disbursed after one year | - | | | - | - | |
| Other liabilities | - | - | | - | - | |
| Total Liabilities Not Subject to Compromise | - | 373,990 | - | 23,688 | 570,905 | - |
| | | | | | | |
| **Liabilities Subject to Compromise** | | | | | | |
| Debt, pre-petition plus accrued interest | - | | - | - | - | - |
| Accounts payable | | | | | 133,907 | |
| Income taxes payable | 9,109,991 | (877,140) | (150) | (3,334,637) | 1,533,547 | (175) |
| Asbestos-related liability | - | | | - | - | |
| Other liabilities | | 229,383 | | - | - | |
| Total Liabilities Subject to Compromise | 9,109,991 | (647,757) | (150) | (3,334,637) | 1,667,454 | (175) |
| Total Liabilities | 9,109,991 | (273,787) | (150) | (3,310,949) | 2,238,359 | (175) |
| | | | | | | |
| **Shareholders' Equity (Deficit)** | | | | | | |
| Preferred Stock | 112 | | | | - | |
| Common Stock | 1,000 | 1,000 | - | 1,000 | 1,000 | 200 |
| Paid in capital | (29,267,410) | - | 25,358,993 | 50,937,489 | - | 274,606 |
| (Accumulated deficit)/Retained earnings | 94,350,668 | (437,050) | 115,166,011 | (39,033,274) | 5,519,488 | (4,293,619) |
| Treasury stock, at cost | | | | | - | |
| Accumulated other comprehensive loss | | 3,289,219 | | 29,067,942 | | |
| Total Shareholders' Equity (Deficit) | 65,084,370 | 2,853,169 | 140,525,004 | 40,973,156 | 5,520,488 | (4,018,813) |
| **Total Liabilities and Shareholders' Equity (Deficit)** | **$ 74,194,361** | **$ 2,579,402** | **$ 140,524,854** | **$ 37,662,207** | **$ 7,758,847** | **$ (4,018,988)** |

**Note #3**
Certain contingent liabilities of divested businesses are included on
the balance sheet of W. R.Grace & Co. - Conn as it is not practical
to determine which Debtor bears the ultimate obligation.

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Balance Sheet**
**MOR - 3**
**October 31, 2003**

| | Alewife Boston Ltd. | Five Alewife Boston Ltd. | GN Holdings, Inc. | MRA Holdings Corp. | MRA Intermedco, Inc. | MRA Staffing Systems, Inc. |
|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | |
| **Current Assets** | | | | | | |
| Cash and cash equivalents | $ - | $ - | $ - | $ - | $ - | $ - |
| Accounts and other receivables, net | - | - | - | - | - | - |
| Receivables from/(payables to) filing and non-filing entities, net | (2,143,580) | - | (57,817,172) | (110) | (330) | (7,656) |
| Inventories | - | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | - | - |
| Other current assets | - | - | - | - | - | - |
| Total Current Assets | (2,143,580) | - | (57,817,172) | (110) | (330) | (7,656) |
| | | | | | | |
| Properties and equipment, net | - | - | - | - | - | - |
| Goodwill | - | - | - | - | - | - |
| Cash value of company owned life insurance, net of policy loans | - | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | - | - |
| Asbestos-related insurance receivable | - | - | - | - | - | - |
| Loans receivable from/(payable to) filing and non-filing entities, net | - | - | - | - | - | - |
| Investment in filing and non-filing entities | - | - | 34,053,487 | 54,500,000 | 54,500,000 | 56,011,577 |
| Other assets | - | - | - | - | - | - |
| **Total Assets** | $ (2,143,580) | $ - | $ (23,763,706) | $ 54,499,890 | $ 54,499,670 | $ 56,003,921 |
| | | | | | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY (DEFICIT)** | | | | | | |
| **Liabilities Not Subject to Compromise** | | | | | | |
| **Current Liabilities** | | | | | | |
| Debt payable within one year | $ - | $ - | $ - | $ - | $ - | - |
| Accounts payable | - | - | - | - | - | - |
| Income taxes payable | - | - | - | - | - | - |
| Asbestos-related liability expected to be disbursed within one year | - | - | - | - | - | - |
| Other current liabilities | - | - | - | - | - | - |
| Total Current Liabilities | - | - | - | - | - | - |
| | | | | | | |
| Debt payable after one year | - | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | - | - |
| Asbestos-related liability expected to be disbursed after one year | - | - | - | - | - | - |
| Other liabilities | - | - | - | - | - | - |
| Total Liabilities Not Subject to Compromise | - | - | - | - | - | - |
| | | | | | | |
| **Liabilities Subject to Compromise** | | | | | | |
| Debt, pre-petition plus accrued interest | - | - | - | - | - | - |
| Accounts payable | - | - | - | - | - | - |
| Income taxes payable | (210) | - | - | (110) | (330) | (816) |
| Asbestos-related liability | - | - | - | - | - | - |
| Other liabilities | - | - | - | - | - | - |
| Total Liabilities Subject to Compromise | (210) | - | - | (110) | (330) | (816) |
| Total Liabilities | (210) | - | - | (110) | (330) | (816) |
| | | | | | | |
| **Shareholders' Equity (Deficit)** | | | | | | |
| Preferred Stock | - | - | - | - | - | - |
| Common Stock | - | - | 931,540 | 1 | 130 | 130 |
| Paid in capital | - | - | 9,408,460 | 54,499,999 | 54,499,870 | 54,499,870 |
| (Accumulated deficit)/Retained earnings | (2,143,370) | - | (34,103,706) | - | - | 1,504,737 |
| Treasury stock, at cost | - | - | - | - | - | - |
| Accumulated other comprehensive loss | - | - | - | - | - | - |
| Total Shareholders' Equity (Deficit) | (2,143,370) | - | (23,763,706) | 54,500,000 | 54,500,000 | 56,004,737 |
| **Total Liabilities and Shareholders' Equity (Deficit)** | $ (2,143,580) | $ - | $ (23,763,706) | $ 54,499,890 | $ 54,499,670 | $ 56,003,921 |

Note #3
Certain contingent liabilities of divested businesses are included on
the balance sheet of W. R.Grace & Co. - Conn as it is not practical
to determine which Debtor bears the ultimate obligation.

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Balance Sheet**
**MOR - 3**
**October 31, 2003**

| | Kootenai Development Company | CB Biomedical, Inc. | Amicon, Inc. | Grace Environmental, Inc. | Grace Chemical Company of Cuba | Southern Oil, Resin & Fiberglass, Inc. |
|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | |
| **Current Assets** | | | | | | |
| Cash and cash equivalents | $ 29,162 | $ - | $ - | $ - | $ - | $ - |
| Accounts and other receivables, net | - | - | - | - | | |
| Receivables from/(payables to) filing and non-filing entities, net | (10,053) | (26,614,022) | 57,347,191 | (7,283,826) | | |
| Inventories | - | - | - | - | | |
| Deferred income taxes | - | - | - | - | | |
| Other current assets | 6,320 | - | - | - | | |
| **Total Current Assets** | 25,429 | (26,614,022) | 57,347,191 | (7,283,826) | - | - |
| | | | | | | |
| Properties and equipment, net | - | - | - | - | | |
| Goodwill | - | - | - | - | | |
| Cash value of company owned life insurance, net of policy loans | - | - | - | - | | |
| Deferred income taxes | - | - | - | - | | |
| Asbestos-related insurance receivable | - | - | - | - | | |
| Loans receivable from/(payable to) filing and non-filing entities, net | - | - | - | - | | |
| Investment in filing and non-filing entities | - | - | - | - | | |
| Other assets | 1,630,940 | - | - | - | | |
| **Total Assets** | $ 1,656,369 | $ (26,614,022) | $ 57,347,191 | $ (7,283,826) | $ - | $ - |
| | | | | | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY (DEFICIT)** | | | | | | |
| **Liabilities Not Subject to Compromise** | | | | | | |
| **Current Liabilities** | | | | | | |
| Debt payable within one year | $ - | $ - | $ - | $ - | $ - | $ - |
| Accounts payable | - | - | - | - | | |
| Income taxes payable | - | - | - | - | | |
| Asbestos-related liability expected to be disbursed within one year | - | - | - | - | | |
| Other current liabilities | 551,649 | 5,000 | - | - | | |
| **Total Current Liabilities** | 551,649 | 5,000 | - | - | | |
| | | | | | | |
| Debt payable after one year | - | - | - | - | | |
| Deferred income taxes | - | - | - | - | | |
| Asbestos-related liability expected to be disbursed after one year | - | - | - | - | | |
| Other liabilities | - | - | - | - | | |
| **Total Liabilities Not Subject to Compromise** | 551,649 | 5,000 | - | - | | |
| | | | | | | |
| **Liabilities Subject to Compromise** | | | | | | |
| Debt, pre-petition plus accrued interest | - | - | - | - | | - |
| Accounts payable | - | - | - | - | | |
| Income taxes payable | (15) | (195) | 10,346,794 | (230) | | |
| Asbestos-related liability | - | - | - | - | | |
| Other liabilities | - | - | - | - | | |
| **Total Liabilities Subject to Compromise** | (15) | (195) | 10,346,794 | (230) | | |
| **Total Liabilities** | 551,634 | 4,805 | 10,346,794 | (230) | - | - |
| | | | | | | |
| **Shareholders' Equity (Deficit)** | | | | | | |
| Preferred Stock | - | - | - | - | | |
| Common Stock | - | - | - | 5,150 | | |
| Paid in capital | 1,104,954 | 859,233 | 3,671,658 | 5,144,850 | | |
| (Accumulated deficit)/Retained earnings | (219) | (27,478,060) | 43,427,950 | (12,433,596) | | |
| Treasury stock, at cost | - | - | - | - | | |
| Accumulated other comprehensive loss | - | - | - | (99,212) | | |
| **Total Shareholders' Equity (Deficit)** | 1,104,735 | (26,618,827) | 47,000,396 | (7,283,596) | - | - |
| **Total Liabilities and Shareholders' Equity (Deficit)** | $ 1,656,369 | $ (26,614,022) | $ 57,347,191 | $ (7,283,826) | $ - | $ - |

Note #3
Certain contingent liabilities of divested businesses are included on
the balance sheet of W. R. Grace & Co. - Conn as it is not practical
to determine which Debtor bears the ultimate obligation.

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Balance Sheet**
**MOR - 3**
**October 31, 2003**

| | Guanica-Caribe Land Development Corporation | Dewey & Almy, LLC | A-1 Bit & Tool Co., Inc. | Grace Tarpon Investors, Inc. | G C Limited Partners I, Inc. | Monolith Enterprises, Incorporated |
|---|---:|---:|---:|---:|---:|---:|
| **ASSETS** | | | | | | |
| **Current Assets** | | | | | | |
| Cash and cash equivalents | $           - | $     1,000 | $           - | $           - | $         - | $           - |
| Accounts and other receivables, net | - | - | - | - | - | - |
| Receivables from/(payables to) filing and non-filing entities, net | 5,824,284 | (102,989) | (1,119,103) | 10,284,124 | 330 | (2,417,714) |
| Inventories | - | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | - | - |
| Other current assets | - | - | - | - | - | - |
| **Total Current Assets** | 5,824,284 | (101,989) | (1,119,103) | 10,284,124 | 330 | (2,417,714) |
| | | | | | | |
| Properties and equipment, net | - | - | - | - | - | - |
| Goodwill | - | - | - | - | - | - |
| Cash value of company owned life insurance, net of policy loans | - | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | - | - |
| Asbestos-related insurance receivable | - | - | - | - | - | - |
| Loans receivable from/(payable to) filing and non-filing entities, net | - | - | - | - | - | - |
| Investment in filing and non-filing entities | - | 94,022 | - | - | - | - |
| Other assets | - | - | - | - | - | - |
| **Total Assets** | $  5,824,284 | $   (7,966) | $ (1,119,103) | $ 10,284,124 | $     330 | $ (2,417,714) |
| | | | | | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY (DEFICIT)** | | | | | | |
| **Liabilities Not Subject to Compromise** | | | | | | |
| **Current Liabilities** | | | | | | |
| Debt payable within one year | $           - | $           - | $           - | $           - | $         - | $           - |
| Accounts payable | - | - | - | - | - | - |
| Income taxes payable | - | - | - | - | - | - |
| Asbestos-related liability expected to be disbursed within one year | - | - | - | - | - | - |
| Other current liabilities | - | - | - | - | 3 | - |
| **Total Current Liabilities** | - | - | - | - | 3 | - |
| | | | | | | |
| Debt payable after one year | - | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | - | - |
| Asbestos-related liability expected to be disbursed after one year | - | - | - | - | - | - |
| Other liabilities | - | - | - | - | - | - |
| **Total Liabilities Not Subject to Compromise** | - | - | - | - | 3 | - |
| | | | | | | |
| **Liabilities Subject to Compromise** | | | | | | |
| Debt, pre-petition plus accrued interest | - | - | - | - | - | - |
| Accounts payable | - | - | - | - | - | - |
| Income taxes payable | (110) | - | (110) | (560) | (560) | (450) |
| Asbestos-related liability | - | - | - | - | - | - |
| Other liabilities | - | - | - | - | - | - |
| **Total Liabilities Subject to Compromise** | (110) | - | (110) | (560) | (560) | (450) |
| **Total Liabilities** | (110) | - | (110) | (557) | (560) | (450) |
| | | | | | | |
| **Shareholders' Equity (Deficit)** | | | | | | |
| Preferred Stock | - | - | - | - | - | - |
| Common Stock | 1,000 | 2,000 | 29,000 | 1,000 | 1,000 | 26,000 |
| Paid in capital | 5,823,446 | - | - | 3,136,087 | - | 9,988,414 |
| (Accumulated deficit)/Retained earnings | (52) | (9,966) | (1,147,993) | 7,147,595 | (110) | (12,431,678) |
| Treasury stock, at cost | - | - | - | - | - | - |
| Accumulated other comprehensive loss | - | - | - | - | - | - |
| **Total Shareholders' Equity (Deficit)** | 5,824,394 | (7,966) | (1,118,993) | 10,284,682 | 890 | (2,417,264) |
| **Total Liabilities and Shareholders' Equity (Deficit)** | $  5,824,284 | $   (7,966) | $ (1,119,103) | $ 10,284,124 | $     330 | $ (2,417,714) |

**Note #3**
Certain contingent liabilities of divested businesses are included on
the balance sheet of W. R. Grace & Co. - Conn as it is not practical
to determine which Debtor bears the ultimate obligation.

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Balance Sheet**
**MOR - 3**
**October 31, 2003**

| | Grace Culinary Systems, Inc. | Grace Hotel Services Corporation | Monroe Street, Inc. | Grace H-G Inc. | Hanover Square Corporation | Ecarg, Inc. |
|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | |
| **Current Assets** | | | | | | |
| Cash and cash equivalents | $ - | $ - | $ - | $ - | $ - | $ - |
| Accounts and other receivables, net | | | | | | |
| Receivables from/(payables to) filing and non-filing entities, net | (26,312,455) | (5,132,933) | (3,350,634) | (2,509,849) | 840 | (1,230,613) |
| Inventories | - | - | - | - | - | - |
| Deferred income taxes | - | | | | | - |
| Other current assets | - | - | - | - | - | - |
| Total Current Assets | (26,312,455) | (5,132,933) | (3,350,634) | (2,509,849) | 840 | (1,230,613) |
| Properties and equipment, net | - | | - | - | | 1,184,871 |
| Goodwill | - | - | - | - | - | - |
| Cash value of company owned life insurance, net of policy loans | - | | - | | | - |
| Deferred income taxes | - | - | - | - | - | - |
| Asbestos-related insurance receivable | - | | - | | | - |
| Loans receivable from/(payable to) filing and non-filing entities, net | - | - | - | - | - | - |
| Investment in filing and non-filing entities | - | - | - | - | - | - |
| Other assets | - | - | - | - | - | - |
| **Total Assets** | **$ (26,312,455)** | **$ (5,132,933)** | **$ (3,350,634)** | **$ (2,509,849)** | **$ 840** | **$ (45,742)** |
| **LIABILITIES AND SHAREHOLDERS' EQUITY (DEFICIT)** | | | | | | |
| **Liabilities Not Subject to Compromise** | | | | | | |
| **Current Liabilities** | | | | | | |
| Debt payable within one year | $ - | $ - | $ - | $ - | $ - | $ - |
| Accounts payable | - | - | - | | - | - |
| Income taxes payable | - | - | - | - | - | - |
| Asbestos-related liability expected to be disbursed within one year | - | - | - | | - | - |
| Other current liabilities | - | - | - | - | - | - |
| Total Current Liabilities | - | - | - | | - | - |
| Debt payable after one year | - | - | - | - | - | - |
| Deferred income taxes | - | - | - | | - | - |
| Asbestos-related liability expected to be disbursed after one year | - | - | - | | - | - |
| Other liabilities | - | - | - | - | - | - |
| Total Liabilities Not Subject to Compromise | - | - | - | - | - | - |
| **Liabilities Subject to Compromise** | | | | | | |
| Debt, pre-petition plus accrued interest | - | - | - | - | - | - |
| Accounts payable | - | - | - | | - | - |
| Income taxes payable | - | (818) | (110) | (210) | (110) | (30) |
| Asbestos-related liability | - | | | | | - |
| Other liabilities | - | - | - | | - | - |
| Total Liabilities Subject to Compromise | - | (818) | (110) | (210) | (110) | (30) |
| Total Liabilities | - | (818) | (110) | (210) | (110) | (30) |
| **Shareholders' Equity (Deficit)** | | | | | | |
| Preferred Stock | - | - | - | - | - | - |
| Common Stock | - | - | 1,000 | 1,000 | 1,000 | 50 |
| Paid in capital | - | - | - | - | - | 50 |
| (Accumulated deficit)/Retained earnings | (26,312,455) | (5,132,115) | (3,351,524) | (2,510,639) | (50) | (45,812) |
| Treasury stock, at cost | - | - | - | - | - | - |
| Accumulated other comprehensive loss | - | - | - | - | - | - |
| Total Shareholders' Equity (Deficit) | (26,312,455) | (5,132,115) | (3,350,524) | (2,509,639) | 950 | (45,712) |
| **Total Liabilities and Shareholders' Equity (Deficit)** | **$ (26,312,455)** | **$ (5,132,933)** | **$ (3,350,834)** | **$ (2,509,849)** | **$ 840** | **$ (45,742)** |

**Note #3**
Certain contingent liabilities of divested businesses are included on
the balance sheet of W. R. Grace & Co. - Conn as it is not practical
to determine which Debtor bears the ultimate obligation.

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Balance Sheet**
**MOR - 3**
**October 31, 2003**

| | W.R. Grace Land Corporation | G C Management, Inc. | Water Street Corporation | Del Taco Restaurants, Inc. | W.R. Grace Capital Corporation | Gloucester New Communities Company, Inc. |
|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | |
| **Current Assets** | | | | | | |
| Cash and cash equivalents | $ - | $ - | $ - | $ - | $ - | $ 500 |
| Accounts and other receivables, net | - | - | - | - | - | - |
| Receivables from/(payables to) filing and non-filing entities, net | 36,708,324 | - | (73,061) | (12,559,518) | 173,455 | (19,449,866) |
| Inventories | - | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | - | - |
| Other current assets | - | - | - | - | - | - |
| **Total Current Assets** | 36,708,324 | - | (73,061) | (12,559,518) | 173,455 | (19,449,366) |
| | | | | | | |
| Properties and equipment, net | - | - | - | - | 438,445 | - |
| Goodwill | - | - | - | - | - | - |
| Cash value of company owned life insurance, net of policy loans | - | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | - | - |
| Asbestos-related insurance receivable | - | - | - | - | - | - |
| Loans receivable from/(payable to) filing and non-filing entities, net | - | - | - | - | - | - |
| Investment in filing and non-filing entities | 6,284,806 | - | - | - | - | - |
| Other assets | - | - | - | - | - | 4,066 |
| **Total Assets** | $ 42,993,130 | $ - | $ (73,061) | $ (12,559,518) | $ 611,900 | $ (19,445,300) |
| | | | | | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY (DEFICIT)** | | | | | | |
| **Liabilities Not Subject to Compromise** | | | | | | |
| **Current Liabilities** | | | | | | |
| Debt payable within one year | $ - | $ - | $ - | $ - | $ - | $ - |
| Accounts payable | - | - | - | - | - | 4,066 |
| Income taxes payable | - | - | - | - | - | - |
| Asbestos-related liability expected to be disbursed within one year | - | - | - | - | - | - |
| Other current liabilities | - | - | - | - | 199 | 14,376 |
| **Total Current Liabilities** | - | - | - | - | 199 | 18,442 |
| | | | | | | |
| Debt payable after one year | - | - | - | - | 438,134 | - |
| Deferred income taxes | - | - | - | - | - | - |
| Asbestos-related liability expected to be disbursed after one year | - | - | - | - | - | - |
| Other liabilities | - | - | - | - | - | - |
| **Total Liabilities Not Subject to Compromise** | - | - | - | - | 438,333 | 18,442 |
| | | | | | | |
| **Liabilities Subject to Compromise** | | | | | | |
| Debt, pre-petition plus accrued interest | - | - | - | - | - | - |
| Accounts payable | - | - | - | - | - | - |
| Income taxes payable | (812) | - | (110) | (265) | (750) | - |
| Asbestos-related liability | - | - | - | - | - | - |
| Other liabilities | - | - | - | - | - | - |
| **Total Liabilities Subject to Compromise** | (812) | - | (110) | (265) | (750) | - |
| **Total Liabilities** | (812) | - | (110) | (265) | 437,583 | 18,442 |
| | | | | | | |
| **Shareholders' Equity (Deficit)** | | | | | | |
| Preferred Stock | - | - | - | - | - | - |
| Common Stock | 5,000 | - | 1,000 | 85,539 | 1,000 | 5,000 |
| Paid in capital | 19,577,160 | - | - | 6,541,055 | 4,000 | 6,000,000 |
| (Accumulated deficit)/Retained earnings | 23,411,782 | - | (73,951) | (19,185,847) | 169,317 | (25,468,742) |
| Treasury stock, at cost | - | - | - | - | - | - |
| Accumulated other comprehensive loss | - | - | - | - | - | - |
| **Total Shareholders' Equity (Deficit)** | 42,993,942 | - | (72,951) | (12,559,253) | 174,317 | (19,463,742) |
| **Total Liabilities and Shareholders' Equity (Deficit)** | $ 42,993,130 | $ - | $ (73,061) | $ (12,559,518) | $ 611,900 | $ (19,445,300) |

```
Note #3
Certain contingent liabilities of divested businesses are included on
the balance sheet of W. R. Grace & Co. - Conn as it is not practical
to determine which Debtor bears the ultimate obligation.
```

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Balance Sheet**
**MOR - 3**
**October 31, 2003**

| | Creative Food N' Fun Company | Grace PAR Corporation | Grace A-B Inc. | Homco International, Inc. | GPC Thomasville Corp. | Grace Ventures Corp. |
|---|---:|---:|---:|---:|---:|---:|
| **ASSETS** | | | | | | |
| **Current Assets** | | | | | | |
| Cash and cash equivalents | $ - | $ - | $ - | $ - | $ - | $ - |
| Accounts and other receivables, net | | | | | | |
| Receivables from/(payables to) filing and non-filing entities, net | 23,479,109 | 6,345,361 | 810,265 | (59,581,612) | (185) | (86,721) |
| Inventories | - | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | - | - |
| Other current assets | - | - | - | - | - | - |
| **Total Current Assets** | 23,479,109 | 6,345,361 | 810,265 | (59,581,612) | (185) | (86,721) |
| | | | | | | |
| Properties and equipment, net | - | - | - | - | - | - |
| Goodwill | - | - | - | - | - | - |
| Cash value of company owned life insurance, net of policy loans | - | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | - | - |
| Asbestos-related insurance receivable | - | - | - | - | - | - |
| Loans receivable from/(payable to) filing and non-filing entities, net | - | - | - | - | - | - |
| Investment in filing and non-filing entities | - | - | - | - | - | - |
| Other assets | - | - | - | - | - | - |
| **Total Assets** | $ 23,479,109 | $ 6,345,361 | $ 810,265 | $ (59,581,612) | $ (185) | $ (86,721) |
| | | | | | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY (DEFICIT)** | | | | | | |
| **Liabilities Not Subject to Compromise** | | | | | | |
| **Current Liabilities** | | | | | | |
| Debt payable within one year | $ - | $ - | $ - | $ - | $ - | $ - |
| Accounts payable | - | - | - | - | - | - |
| Income taxes payable | - | - | - | - | - | - |
| Asbestos-related liability expected to be disbursed within one year | - | - | - | - | - | - |
| Other current liabilities | - | - | - | - | - | - |
| **Total Current Liabilities** | - | - | - | - | - | - |
| | | | | | | |
| Debt payable after one year | - | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | - | - |
| Asbestos-related liability expected to be disbursed after one year | - | - | - | - | - | - |
| Other liabilities | - | - | - | - | - | - |
| **Total Liabilities Not Subject to Compromise** | - | - | - | - | - | - |
| | | | | | | |
| **Liabilities Subject to Compromise** | | | | | | |
| Debt, pre-petition plus accrued interest | - | - | - | - | - | - |
| Accounts payable | - | - | - | - | - | - |
| Income taxes payable | (1,039) | (300) | (335) | (380) | (185) | (110) |
| Asbestos-related liability | - | - | - | - | - | - |
| Other liabilities | - | - | - | - | - | - |
| **Total Liabilities Subject to Compromise** | (1,039) | (300) | (335) | (380) | (185) | (110) |
| **Total Liabilities** | (1,039) | (300) | (335) | (380) | (185) | (110) |
| | | | | | | |
| **Shareholders' Equity (Deficit)** | | | | | | |
| Preferred Stock | - | - | - | - | - | - |
| Common Stock | 1,090,000 | 1,000 | 1,000 | 303,000 | - | - |
| Paid in capital | 33,631,999 | 18,090,032 | - | 37,765,000 | - | 1,900,000 |
| (Accumulated deficit)/Retained earnings | (11,241,851) | (11,745,371) | 809,600 | (97,649,232) | - | (1,986,611) |
| Treasury stock, at cost | - | - | - | - | - | - |
| Accumulated other comprehensive loss | - | - | - | - | - | - |
| **Total Shareholders' Equity (Deficit)** | 23,480,148 | 6,345,661 | 810,600 | (59,581,232) | - | (86,611) |
| **Total Liabilities and Shareholders' Equity (Deficit)** | $ 23,479,109 | $ 6,345,361 | $ 810,265 | $ (59,581,612) | $ (185) | $ (86,721) |

**Note #3**
Certain contingent liabilities of divested businesses are included on the balance sheet of W. R.Grace & Co. - Conn as it is not practical to determine which Debtor bears the ultimate obligation.

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Balance Sheet**
**MOR - 3**
**October 31, 2003**

| | Grace Energy Corporation | GEC Management Corporation | Grace Offshore Company | Coalgrace, Inc. | Grace A-B II Inc. | Grace H-G II Inc. |
|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | |
| **Current Assets** | | | | | | |
| Cash and cash equivalents | $ - | $ - | $ - | $ - | $ - | $ - |
| Accounts and other receivables, net | - | - | - | - | - | - |
| Receivables from/(payables to) filing and non-filing entities, net | 352,712,699 | 4,389,612 | (15,750,664) | 5,296,889 | 875,359 | (5,264) |
| Inventories | - | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | - | - |
| Other current assets | - | - | - | - | - | - |
| **Total Current Assets** | 352,712,699 | 4,389,612 | (15,750,664) | 5,296,889 | 875,359 | (5,264) |
| | | | | | | |
| Properties and equipment, net | - | - | - | - | - | - |
| Goodwill | - | - | - | - | - | - |
| Cash value of company owned life insurance, net of policy loans | - | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | - | - |
| Asbestos-related insurance receivable | - | - | - | - | - | - |
| Loans receivable from/(payable to) filing and non-filing entities, net | (35,903,123) | (14,135,725) | - | - | - | - |
| Investment in filing and non-filing entities | 187,272,210 | - | - | - | - | - |
| Other assets | - | - | - | - | - | - |
| **Total Assets** | $ 504,081,786 | $ (9,746,113) | $ (15,750,664) | $ 5,296,889 | $ 875,359 | $ (5,264) |
| | | | | | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY (DEFICIT)** | | | | | | |
| **Liabilities Not Subject to Compromise** | | | | | | |
| **Current Liabilities** | | | | | | |
| Debt payable within one year | $ - | $ - | $ - | $ - | $ - | $ - |
| Accounts payable | - | - | - | - | - | - |
| Income taxes payable | - | - | - | - | - | - |
| Asbestos-related liability expected to be disbursed within one year | - | - | - | - | - | - |
| Other current liabilities | - | - | - | - | - | - |
| **Total Current Liabilities** | - | - | - | - | - | - |
| | | | | | | |
| Debt payable after one year | - | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | - | - |
| Asbestos-related liability expected to be disbursed after one year | - | - | - | - | - | - |
| Other liabilities | - | - | - | - | - | - |
| **Total Liabilities Not Subject to Compromise** | - | - | - | - | - | - |
| | | | | | | |
| **Liabilities Subject to Compromise** | | | | | | |
| Debt, pre-petition plus accrued interest | - | - | - | - | - | - |
| Accounts payable | - | - | - | - | - | - |
| Income taxes payable | (119) | (110) | - | (310) | (310) | (210) |
| Asbestos-related liability | - | - | - | - | - | - |
| Other liabilities | - | - | - | - | - | - |
| **Total Liabilities Subject to Compromise** | (119) | (110) | - | (310) | (310) | (210) |
| **Total Liabilities** | (119) | (110) | - | (310) | (310) | (210) |
| | | | | | | |
| **Shareholders' Equity (Deficit)** | | | | | | |
| Preferred Stock | - | - | - | - | - | - |
| Common Stock | 1,000 | 1,000 | (114,960) | 100 | 1,000 | 1,000 |
| Paid in capital | 451,425,156 | (2,089,027) | 34,215,000 | - | - | - |
| (Accumulated deficit)/Retained earnings | 52,655,749 | (7,657,976) | (49,850,704) | 5,297,099 | 874,669 | (6,054) |
| Treasury stock, at cost | - | - | - | - | - | - |
| Accumulated other comprehensive loss | - | - | - | - | - | - |
| **Total Shareholders' Equity (Deficit)** | 504,081,905 | (9,746,003) | (15,750,664) | 5,297,199 | 875,669 | (5,054) |
| **Total Liabilities and Shareholders' Equity (Deficit)** | $ 504,081,786 | $ (9,746,113) | $ (15,750,664) | $ 5,296,889 | $ 875,359 | $ (5,264) |

**Note #3**
Certain contingent liabilities of divested businesses are included on
the balance sheet of W. R.Grace & Co. - Conn as it is not practical
to determine which Debtor bears the ultimate obligation.

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Balance Sheet**
**MOR 3**
**October 31, 2003**

| | Coalgrace II, Inc. | Gracoal II, Inc. | Gracoal, Inc. | Grace Drilling Company | Grace Petroleum Libya Incorporated | Axial Basin Ranch Company |
|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | |
| **Current Assets** | | | | | | |
| Cash and cash equivalents | $ - | $ - | $ - | $ - | $ - | $ - |
| Accounts and other receivables, net | - | - | - | - | - | - |
| Receivables from/(payables to) filing and non-filing entities, net | 108,130 | 130,215,808 | 145,239,206 | (81,115,113) | 47,407,796 | - |
| Inventories | - | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | - | - |
| Other current assets | - | - | - | - | - | - |
| **Total Current Assets** | 108,130 | 130,215,808 | 145,239,206 | (81,115,113) | 47,407,796 | - |
| | | | | | | |
| Properties and equipment, net | - | - | - | - | - | - |
| Goodwill | - | - | - | - | - | - |
| Cash value of company owned life insurance, net of policy loans | - | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | - | - |
| Asbestos-related insurance receivable | - | - | - | - | - | - |
| Loans receivable from/(payable to) filing and non-filing entities, net | - | - | - | - | - | - |
| Investment in filing and non-filing entities | - | - | - | - | - | - |
| Other assets | - | - | - | - | - | - |
| **Total Assets** | $ 108,130 | $ 130,215,808 | $ 145,239,206 | $ (81,115,113) | $ 47,407,796 | $ - |
| | | | | | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY (DEFICIT)** | | | | | | |
| **Liabilities Not Subject to Compromise** | | | | | | |
| **Current Liabilities** | | | | | | |
| Debt payable within one year | $ - | $ - | $ - | $ - | $ - | $ - |
| Accounts payable | - | - | - | - | - | - |
| Income taxes payable | - | - | - | - | - | - |
| Asbestos-related liability expected to be disbursed within one year | - | - | - | - | - | - |
| Other current liabilities | - | - | - | - | - | - |
| **Total Current Liabilities** | - | - | - | - | - | - |
| | | | | | | |
| Debt payable after one year | - | - | - | - | - | - |
| Deferred income taxes | - | 26,111,179 | 26,111,179 | - | - | - |
| Asbestos-related liability expected to be disbursed after one year | - | - | - | - | - | - |
| Other liabilities | - | - | - | - | - | - |
| **Total Liabilities Not Subject to Compromise** | - | 26,111,179 | 26,111,179 | - | - | - |
| | | | | | | |
| **Liabilities Subject to Compromise** | | | | | | |
| Debt, pre-petition plus accrued interest | - | - | - | - | - | - |
| Accounts payable | - | - | - | - | - | - |
| Income taxes payable | (310) | 2,916,357 | 2,916,457 | (480) | (110) | - |
| Asbestos-related liability | - | - | - | - | - | - |
| Other liabilities | - | - | - | - | - | - |
| **Total Liabilities Subject to Compromise** | (310) | 2,916,357 | 2,916,457 | (480) | (110) | - |
| **Total Liabilities** | (310) | 29,027,536 | 29,027,636 | (480) | (110) | - |
| | | | | | | |
| **Shareholders' Equity (Deficit)** | | | | | | |
| Preferred Stock | - | - | - | - | - | - |
| Common Stock | 1,000 | 1,000 | 100 | 124,473 | 1,000 | - |
| Paid in capital | - | 30,293,750 | 13,880,108 | 51,173,713 | 7,308,934 | - |
| (Accumulated deficit)/Retained earnings | 107,440 | 70,893,322 | 102,331,362 | (132,412,819) | 40,097,972 | - |
| Treasury stock, at cost | - | - | - | - | - | - |
| Accumulated other comprehensive loss | - | - | - | - | - | - |
| **Total Shareholders' Equity (Deficit)** | 108,440 | 101,188,072 | 116,211,570 | (81,114,633) | 47,407,906 | - |
| **Total Liabilities and Shareholders' Equity (Deficit)** | $ 108,130 | $ 130,215,808 | $ 145,239,206 | $ (81,115,113) | $ 47,407,796 | $ - |

**Note #3**
Certain contingent liabilities of divested businesses are included on
the balance sheet of W. R.Grace & Co. - Conn as it is not practical
to determine which Debtor bears the ultimate obligation.

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Balance Sheet**
**MOR - 3**
**October 31, 2003**

| | Hayden-Gulch West Coal Company | H-G Coal Company | Eliminations between Filing Entities | Conversion to Equity Method | Reporting Reclasses |
|---|---|---|---|---|---|
| **ASSETS** | | | | | |
| **Current Assets** | | | | | |
| Cash and cash equivalents | $ - | $ - | $ - | $ - | $ - |
| Accounts and other receivables, net | - | - | - | | - |
| Receivables from/(payables to) filing and non-filing entities, net | - | - | - | | - |
| Inventories | - | - | - | | - |
| Deferred income taxes | - | - | - | | (5,660,875) |
| Other current assets | - | - | - | | - |
| Total Current Assets | - | - | - | - | (5,660,875) |
| | | | | | |
| Properties and equipment, net | - | - | - | | - |
| Goodwill | - | - | - | | - |
| Cash value of company owned life insurance, net of policy loans | - | - | - | | - |
| Deferred income taxes | - | - | - | | (199,789,146) |
| Asbestos-related insurance receivable | - | - | - | | - |
| Loans receivable from/(payable to) filing and non-filing entities, net | - | - | (1,317,802,717) | | - |
| Investment in filing and non-filing entities | - | - | (1,101,282) | 123,090,871 | 2,000,000 |
| Other assets | - | - | (1,101,282) | | - |
| **Total Assets** | $ - | $ - | $ (1,318,903,999) | $ 123,090,871 | $ (203,450,021) |
| | | | | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY (DEFICIT)** | | | | | |
| **Liabilities Not Subject to Compromise** | | | | | |
| **Current Liabilities** | | | | | |
| Debt payable within one year | $ - | $ - | $ - | $ - | $ - |
| Accounts payable | - | - | - | | - |
| Income taxes payable | - | - | - | | 5,000,000 |
| Asbestos-related liability expected to be disbursed within one year | - | - | - | | - |
| Other current liabilities | - | - | - | | (16,360,875) |
| Total Current Liabilities | - | - | - | | (11,360,875) |
| | | | | | |
| Debt payable after one year | - | - | - | | - |
| Deferred income taxes | - | - | - | | (199,789,146) |
| Asbestos-related liability expected to be disbursed after one year | - | - | - | | - |
| Other liabilities | - | - | - | | - |
| Total Liabilities Not Subject to Compromise | - | - | - | - | (211,150,021) |
| | | | | | |
| **Liabilities Subject to Compromise** | | | | | |
| Debt, pre-petition plus accrued interest | - | - | - | | - |
| Accounts payable | - | - | - | | - |
| Income taxes payable | - | - | - | | - |
| Asbestos-related liability | - | - | - | | - |
| Other liabilities | - | - | (100,000) | | - |
| Total Liabilities Subject to Compromise | - | - | (100,000) | - | - |
| Total Liabilities | - | - | (100,000) | | (211,150,021) |
| | | | | | |
| **Shareholders' Equity (Deficit)** | - | - | | | |
| Preferred Stock | - | - | | | - |
| Common Stock | - | - | (86,493,960) | | - |
| Paid in capital | - | - | (1,198,570,000) | | - |
| (Accumulated deficit)/Retained earnings | - | - | (33,740,039) | 156,330,129 | 2,000,000 |
| Treasury stock, at cost | - | - | | | - |
| Accumulated other comprehensive loss | - | - | | (33,239,258) | 5,700,000 |
| Total Shareholders' Equity (Deficit) | - | - | (1,318,803,999) | 123,090,871 | 7,700,000 |
| **Total Liabilities and Shareholders' Equity (Deficit)** | $ - | $ - | $ (1,318,903,999) | $ 123,090,871 | $ (203,450,021) |

Note #3
Certain contingent liabilities of divested businesses are included on
the balance sheet of W. R. Grace & Co. - Conn as it is not practical
to determine which Debtor bears the ultimate obligation.

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Balance Sheet**
**MOR - 3**
**October 31, 2003**

| | COMBINED FILING ENTITIES |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| Cash and cash equivalents | $      95,017,771 |
| Accounts and other receivables, net | 126,585,250 |
| Receivables from/(payables to) filing and non-filing entities, net | 50,985,532 |
| Inventories | 82,796,572 |
| Deferred income taxes | 35,335,115 |
| Other current assets | 25,130,253 |
| **Total Current Assets** | 415,850,494 |
| | |
| Properties and equipment, net | 385,015,820 |
| Goodwill | 14,499,090 |
| Cash value of company owned life insurance, net of policy loans | 89,236,920 |
| Deferred income taxes | 565,430,269 |
| Asbestos-related insurance receivable | 269,729,801 |
| Loans receivable from/(payable to) filing and non-filing entities, net | 422,605,796 |
| Investment in filing and non-filing entities | 282,306,602 |
| Other assets | 88,901,209 |
| **Total Assets** | $  2,533,575,801 |
| | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY (DEFICIT)** | |
| **Liabilities Not Subject to Compromise** | |
| **Current Liabilities** | |
| Debt payable within one year | $                     0 |
| Accounts payable | 45,257,942 |
| Income taxes payable | 5,000,000 |
| Asbestos-related liability expected to be disbursed within one year | - |
| Other current liabilities | 48,294,731 |
| **Total Current Liabilities** | 98,552,674 |
| | |
| Debt payable after one year | - |
| Deferred income taxes | - |
| Asbestos-related liability expected to be disbursed after one year | - |
| Other liabilities | 204,204,125 |
| **Total Liabilities Not Subject to Compromise** | 302,756,799 |
| | |
| **Liabilities Subject to Compromise** | |
| Debt, pre-petition plus accrued interest | 548,403,110 |
| Accounts payable | 32,217,153 |
| Income taxes payable | 236,496,729 |
| Asbestos-related liability | 963,799,586 |
| Other liabilities | 598,437,826 |
| **Total Liabilities Subject to Compromise** | 2,379,354,404 |
| **Total Liabilities** | 2,682,111,203 |
| | |
| **Shareholders' Equity (Deficit)** | |
| Preferred Stock | 112 |
| Common Stock | 772,832 |
| Paid in capital | 432,133,937 |
| (Accumulated deficit)/Retained earnings | (107,900,270) |
| Treasury stock, at cost | (135,902,719) |
| Accumulated other comprehensive loss | (337,639,095) |
| **Total Shareholders' Equity (Deficit)** | (148,535,402) |
| **Total Liabilities and Shareholders' Equity (Deficit)** | $  2,533,575,801 |

**Note #3**
Certain contingent liabilities of divested businesses are included on
the balance sheet of W. R.Grace & Co. - Conn as it is not practical
to determine which Debtor bears the ultimate obligation.

*Chart 5*

## W. R. Grace & Co. - Conn
## Status of Postpetition Taxes
## MOR-4
## October 31, 2003

| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Ending Tax Liability |
|---|---|---|---|---|
| **Federal** | | | | |
| Withholding | $ - | $ 2,201,208 | $ (2,201,208) | $ - |
| FICA - Employee | 2,902 | 1,133,262 | (1,133,041) | 3,123 |
| FICA and payroll- Employer | 1,615,635 | 1,133,262 | (2,147,489) | 601,408 |
| Unemployment | - | 5,934 | (5,934) | - |
| Other | - | - | - | - |
| **Total Federal Taxes** | $ 1,618,537 | $ 4,473,666 | $ (5,487,672) | $ 604,531 |
| **State and Local** | | | | |
| Withholding | $ - | $ 785,089 | $ (785,089) | $ - |
| Sales & Use | 1,073,027 | (12,440) | 120,264 | 1,180,851 |
| Property Taxes | 3,377,962 | 385,958 | (422,676) | 3,341,244 |
| Other | - | - | - | - |
| **Total State and Local** | $ 4,450,989 | $ 1,158,607 | $ (1,087,501) | $ 4,522,095 |
| **Total Taxes** | $ 6,069,526 | $ 5,632,273 | $ (6,575,173) | $ 5,126,626 |

---

**Note #4**

Grace's information systems do not provide the detailed nature of invoices in Accounts Payable. See Debtor Questionnaire (Chart 7, MOR – 5) for attestation related to accounts payable and tax obligations.

*Chart 5*

|  | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Ending Tax Liability |
|---|---|---|---|---|
| **Remedium Group, Inc.** **Status of Postpetition Taxes** **MOR-4** **October 31, 2003** | | | | |
| **Federal** | | | | |
| Withholding | $          - | $       11,826 | $     (11,826) | $          - |
| FICA - Employee | - | 3,109 | (3,109) | |
| FICA and payroll- Employer | - | 3,109 | (3,109) | - |
| Unemployment | - | - | - | - |
| Other | - | - | - | - |
| Total Federal Taxes | $          - | $       18,044 | $     (18,044) | $          - |
| **State and Local** | | | | |
| Withholding | $          - | $          597 | $        (597) | $          - |
| Sales & Use | - | - | - | - |
| Property Taxes | - | - | - | - |
| Other | - | - | - | - |
| Total State and Local | $          - | $          597 | $        (597) | $          - |
| Total Taxes | $          - | $       18,641 | $     (18,641) | $          - |

**Note #4**

Grace's information systems do not provide the detailed nature of invoices in Accounts Payable. See Debtor Questionnaire (Chart 7, MOR – 5) for attestation related to accounts payable and tax obligations.

*Chart 5*

| Grace Washington, Inc.<br>Status of Postpetition Taxes<br>MOR-4<br>October 31, 2003 | | | | |
|---|---|---|---|---|
| | Beginning<br>Tax<br>Liability | Amount<br>Withheld or<br>Accrued | Amount<br>Paid | Ending<br>Tax<br>Liability |
| **Federal** | | | | |
| Withholding | $         - | $      4,322 | $    (4,322) | $         - |
| FICA - Employee | - | 232 | (232) | - |
| FICA and payroll- Employer | - | 233 | (233) | - |
| Unemployment | - | - | - | - |
| Other | - | - | - | - |
| Total Federal Taxes | $         - | $      4,787 | $    (4,787) | $         - |
| **State and Local** | | | | |
| Withholding | $         - | $        889 | $      (889) | $         - |
| Sales & Use | - | - | - | - |
| Property Taxes | - | - | - | - |
| Other | - | - | - | - |
| Total State and Local | $         - | $        889 | $      (889) | $         - |
| Total Taxes | $         - | $      5,676 | $    (5,676) | $         - |

**Note #4**
Grace's information systems do not provide the detailed nature of invoices in Accounts Payable. See Debtor Questionnaire (Chart 7, MOR – 5) for attestation related to accounts payable and tax obligations.

Chart 5

| L B Realty, Inc.<br>Status of Postpetition Taxes<br>MOR-4<br>October 31, 2003 | | | | |
|---|---|---|---|---|
| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Ending Tax Liability |
| **Federal** | | | | |
| Withholding | $            - | $            - | $            - | $            - |
| FICA - Employee | - | - | - | - |
| FICA and payroll- Employer | - | - | - | - |
| Unemployment | - | - | - | - |
| Other | - | - | - | - |
| Total Federal Taxes | $            - | $            - | $            - | $            - |
| **State and Local** | | | | |
| Withholding | $            - | $            - | $            - | $            - |
| Sales & Use | - | - | - | - |
| Property Taxes | - | - | - | - |
| Other | - | - | - | - |
| Total State and Local | $            - | $            - | $            - | $            - |
| Total Taxes | $            - | $            - | $            - | $            - |

**Note #4**
Grace's information systems do not provide the detailed nature of invoices in Accounts Payable. See Debtor Questionnaire (Chart 7, MOR – 5) for attestation related to accounts payable and tax obligations.

Chart 5

| Darex Puerto Rico, Inc. Status of Postpetition Taxes MOR-4 October 31, 2003 | | | | |
|---|---|---|---|---|
| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Ending Tax Liability |
| **Federal** | | | | |
| Withholding | $        - | $        - | $        - | $        - |
| FICA - Employee | (294) | 995 | (995) | (294) |
| FICA and payroll- Employer | 4,854 | 995 | (545) | 5,304 |
| Unemployment | - | - | - | - |
| Other | - | - | - | - |
| Total Federal Taxes | $    4,560 | $    1,990 | $   (1,540) | $    5,010 |
| **State and Local** | | | | |
| Withholding | $        - | $    1,726 | $   (1,719) | $        7 |
| Sales & Use | - | - | - | - |
| Property Taxes | 275,519 | 4,064 | - | 279,583 |
| Other | - | - | - | - |
| Total State and Local | $  275,519 | $    5,790 | $   (1,718) | $  279,590 |
| Total Taxes | $  280,079 | $    7,780 | $   (3,258) | $  284,600 |

**Note #4**
Grace's information systems do not provide the detailed nature of invoices in Accounts Payable. See Debtor Questionnaire (Chart 7, MOR – 5) for attestation related to accounts payable and tax obligations.