# ACCOUNT RECONCILIATION PLAN

| | | |
|---|---|---|
| CUST ACCOUNT NO | 2079000003615 | |
| DATE | 09-30-03 | |
| PAGE | 1 | |
| PAID | 153 | |
| CUSTOMER NAME | WR GRACE & CO -CONN / ATTN: NELLIE FAUSTO | |
| BANK NO | 1 | |

**TYPE OF REPORT:** PAID ONLY

| CHECK NUMBER | PAID | DATE PAID | SEQUENCE NUMBER |
|---|---|---|---|
| M 6685 TD | | | |
| 6685 | 1,111.15 | 090803 | 12599705 |
| 6699 | 1,111.14 | 090803 | 12599704 |
| 6705 TD | | | |
| 6706 | 2,128.52 | 090203 | 12201673 |
| 6707 TD | | | |
| 6709 | 1,127.33 | 090303 | 12215646 |
| 6710 TD | | | |
| 6720 | | | |
| 6721 | 2,079.62 | 090403 | 13361733 |
| 6722 | 2,128.53 | 090203 | 12201674 |
| 6723 TO | | | |
| 6725 | | | |
| 6726 | 487.47 | 091003 | 13205945 |
| 6727 | 419.41 | 091703 | 15315569 |
| 6728 | 94.26 | 091603 | 17076371 |
| 6729 | 749.71 | 091603 | 17076372 |
| 6730 TO | | | |
| 6731 | 1,165.00 | 091503 | 14714927 |
| 6732 | 1,463.79 | 091703 | 15324584 |
| 6733 | 1,039.95 | 091503 | 14692518 |
| 6734 | 2,055.45 | 091603 | 17076434 |
| 6735 | 944.27 | 091503 | 13755967 |
| 6736 | 2,079.62 | 091603 | 17069776 |
| 6737 | 2,129.13 | 091503 | 15813290 |
| 6738 | 1,504.61 | 091503 | 14684054 |
| 6739 | 1,242.30 | 091603 | 14932067 |
| 6740 | 384.65 | 091203 | 13645426 |
| 6740 TO | | | |
| 6741 | | | |
| 6742 | | | |
| 6743 | 1,309.91 | 052903 | 15107859 |
| 6744 | 1,283.56 | 052903 | 15108595 |
| 6745 | 2,128.55 | 052903 | 17789174 |
| 6746 | 1,447.68 | 053003 | 10537990 |
| 6747 | 2,055.26 | 052903 | 10537989 |
| 6748 | 1,079.62 | 052903 | 15108807 |
| 6750 | | | 103388893 |
| 6751 | 1,604.61 | 053003 | 10608810 |
| 6752 | 1,242.30 | 052903 | 15108451 |
| 6753 TO | | | |
| 14529 | 481.29 | 060203 | 12328639 |
| 14530 | 1,142.77 | 050803 | 12597657 |
| TOTAL D/S | | TOTAL PAID | |
| | | 38,857.33 | 31GT |

EXPLANATION OF CODES

* STOP PAYMENT IN EFFECT; CHECK HAS NOT BEEN PRESENTED
** STOP PAYMENT IN EFFECT; DUPLICATE OR UPDATED CHECK HAS BEEN RETURNED
$ FORCED POSTED ITEM/DUPLICATE OR NO SERIAL #.
M MISSING OUTSTANDING ITEM.

**TYPE OF REPORT**
UNPAID ONLY
PAID ONLY
CONSOLIDATED
SPECIAL

1 CHECK HAS THIS PERIOD, NO OUTSTANDING MASTER RECORD.
2 CHECK PAID PREVIOUS PERIOD, OUTSTANDING MASTER STILL NOT RECEIVED, NOT ADDED TO TOTALS
3 CHECK PAID PREVIOUS PERIOD, OUTSTANDING MASTER STILL NOT RECEIVED, MEMO ONLY, NOT ADDED TO TOTALS

# Merrill Lynch   Investment Managers

# Merrill Lynch Funds For Institutions

P.O. Box 8118, Boston, MA 02266-8118   (800) 225-1576

**Merrill Lynch Premier Institutional Fund**

Cumulative Statement for 09/01/2003 - 09/30/2003

Account Number
318-3323735-8

W R GRACE & CO - CONN
ATTN TREASURY DEPT
7500 GRACE DR
COLUMBIA MD 21044-4029

Financial Advisor
H P S Group
(--73807646)

Account Value As Of 09/30/2003
$94,016,526.34

Dividends

| 09/01/2003 - 09/30/2003 | Year To Date |
|---|---|
| $73,135.85 | $302,614.08 |

> *MERRILL LYNCH FUNDS FOR INSTITUTIONS WILL BE OPEN ON VETERANS' DAY, TUESDAY NOVEMBER 11 TO HANDLE SHAREHOLDER INQUIRIES.*

> *THE AVERAGE NET ANNUALIZED YIELD FOR THE MONTH OF SEPTEMBER WAS 1.01%. TRADING DEADLINES ON NOVEMBER 10 WILL BE 3:00 P.M. ET.*

## Account Activity

| Confirm Date | Trade Date | Transaction Description | Dollar Amount of Transaction | Share Price | Balance After Transaction |
|---|---|---|---|---|---|
| | | Beginning Balance | | | $76,943,390.49 |
| 09/03/2003 | 09/03/2003 | Shares Purchased By Wire | $29,500,000.00 | $1.00 | $106,443,390.49 |
| 09/04/2003 | 09/04/2003 | Same Day Wire Redemption | $2,000,000.00 | $1.00 | $104,443,390.49 |
| 09/08/2003 | 09/08/2003 | Shares Purchased By Wire | $1,000,000.00 | $1.00 | $105,443,390.49 |
| 09/09/2003 | 09/09/2003 | Shares Purchased By Wire | $2,200,000.00 | $1.00 | $107,643,390.49 |
| 09/10/2003 | 09/10/2003 | Same Day Wire Redemption | $35,000,000.00 | $1.00 | $72,643,390.49 |
| 09/15/2003 | 09/15/2003 | Shares Purchased By Wire | $6,500,000.00 | $1.00 | $79,143,390.49 |
| 09/18/2003 | 09/18/2003 | Same Day Wire Redemption | $3,600,000.00 | $1.00 | $75,543,390.49 |
| 09/22/2003 | 09/22/2003 | Shares Purchased By Wire | $7,800,000.00 | $1.00 | $83,343,390.49 |
| 09/23/2003 | 09/23/2003 | Shares Purchased By Wire | $10,100,000.00 | $1.00 | $93,443,390.49 |
| 09/24/2003 | 09/24/2003 | Same Day Wire Redemption | $6,900,000.00 | $1.00 | $86,543,390.49 |
| 09/25/2003 | 09/25/2003 | Shares Purchased By Wire | $35,500,000.00 | $1.00 | $122,043,390.49 |
| 09/25/2003 | 09/25/2003 | Same Day Wire Redemption | $25,000,000.00 | $1.00 | $97,043,390.49 |
| 09/26/2003 | 09/26/2003 | Same Day Wire Redemption | $3,200,000.00 | $1.00 | $93,843,390.49 |
| 09/29/2003 | 09/29/2003 | Shares Purchased By Wire | $7,900,000.00 | $1.00 | $101,743,390.49 |
| 09/30/2003 | 09/30/2003 | Same Day Wire Redemption | $7,800,000.00 | $1.00 | $93,943,390.49 |
| 09/30/2003 | 09/30/2003 | Div Reinvest | $73,135.85 | $1.00 | $94,016,526.34 |
| | | Ending Balance | | | $94,016,526.34 |

Account Number   318-3323735-8      (page   1 of   1)




JPMorgan Chase Bank

TS        D

W.R. GRACE AND COMPANY
ATTN: CORPORATE FINANCE
7500 GRACE DRIVE
COLUMBIA  MD  21044

**Account No:** 323-223141
**Statement Start Date:** 30 AUG 2003
**Statement End Date:** 30 SEP 2003
**Statement Code:** 000-USA-22
**Statement No:** 009
Page 1 of 1

## TRANSACTIONS

| | | |
|---|---|---|
| Total Credits | 1 | |
| Total Debits (incl. checks) | 1 | |
| Total Checks Paid | 0 | |

## BALANCES

| | Opening (30 AUG 2003) | | Closing (30 SEP 2003) | |
|---|---|---|---|---|
| Ledger | 735,781.24 | .00 | Ledger | .00 |
| | 735,781.24 | | | |
| | 0.00 | | | |

## ENCLOSURES

| | |
|---|---|
| Credits | 00 |
| Debits | 00 |
| Checks | |

| Ledger Date | Adj Ledger Date | F | Value Date | Reference | Credit / Debit | Description | Credit Balance | Amount |
|---|---|---|---|---|---|---|---|---|

**LEDGER BALANCES**
29SEP                                                                                 0.00

### CREDITS
29SEP
USD YOUR: NC019B77610929O301          735,781.24   NASSAU DEPOSIT TAKEN
     OUR: 0327200017IN                              A/O: WR GRACE & COMPANY
                                                    JERSEY CITY, NJ 07310
                                                    REF: TO REPAY YOUR DEPOSIT FR 03082
                                                    9 TO 030929 RATE 0.9500

### DEBITS
29SEP
USD YOUR: ND022738210929O301          735,781.24   NASSAU DEPOSIT TAKEN
     OUR: 0327200887IN                              A/C: WR GRACE & COMPANY
                                                    JERSEY CITY, NJ 07310
                                                    REF: TO ESTABLISH YOUR DEPOSIT FR 0
                                                    30929 TO 031029 RATE 0.9500

### CHECKS

No Activity

**FT CODE:**   USD - SAME DAY FUNDS     US1 - ONE DAY FLOAT     US3 - THREE DAY FLOAT     US5 - FIVE DAY FLOAT
               USN - NEXT DAY FUNDS     US2 - TWO DAY FLOAT     US4 - FOUR DAY FLOAT      USM - MIXED FLOAT

**PLEASE EXAMINE THIS STATEMENT OF ACCOUNT AT ONCE. THE MAINTENANCE OF THIS ACCOUNT IS SUBJECT TO THE PROVISIONS OF THE NEW YORK UNIFORM COMMERCIAL CODE AND THE BANK'S TERMS AND CONDITIONS FOR BUSINESS ACCOUNTS AND SERVICES. THE BANK DISCLAIMS RESPONSIBILITY FOR ANY ERROR IN OR IMPROPER CHARGE TO THE ACCOUNT AS RENDERED UNLESS INFORMED IN WRITING OF THIS ERROR OR CHARGE WITHIN SIXTY DAYS OF THE DELIVERY, MAILING OR AVAILABILITY OF THE STATEMENT AND CANCELED VOUCHERS. KINDLY REFER TO THE INSTRUCTIONS ON THE REVERSE SIDE OF THIS STATEMENT IN ORDER TO DIRECT YOUR INQUIRIES TO THE PROPER DEPARTMENT FOR PROMPT ACTION.**

JPMorgan Chase Bank

**JPMorganChase**

Statement of Account

TS

In US Dollars

Account No: 010-001257
Statement Start Date: 30 AUG 2003
Statement End Date: 15 SEP 2003
Statement Code: 500-USA-22
Statement No: 017

Page 1 of 14

W. R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLENE PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

## TRANSACTIONS

| | |
|---|---|
| Total Credits | 32 |
| Total Debits (incl. checks) | 49 |
| Total Checks Paid | 0 |

## BALANCES

| | Opening (30 AUG 2003) | Closing (15 SEP 2003) |
|---|---|---|
| Ledger | 102,573,659.69 | |
| Ledger | 102,571,825.95 | 260,445.91 |
| | 0.00 | 262,279.65 |

## ENCLOSURES

| | |
|---|---|
| Credits | 0 |
| Debits | 0 |
| Checks | 0 |

## Closing Balances

| Date | Amount |
|---|---|
| | 262,279.65 |

**LEDGER BALANCES**

| Date | Amount |
|---|---|
| 02SEP | 476,870.50 |
| 03SEP | 1,076,464.15 |
| 04SEP | 281,717.95 |
| 05SEP | 112,558.38 |
| 08SEP | 251,635.84 |
| 09SEP | 239,830.76 |
| 10SEP | 4,380,747.37 |
| 11SEP | 3,123,956.76 |
| 12SEP | 3,028,098.13 |
| 15SEP | 262,279.65 |

## CREDITS

| Ledger Date | Ad Ledger Date | Value Date | T | References | Credit / Debit | Description |
|---|---|---|---|---|---|---|
| 02SEP | | | | USD OUR: 245503178770 | 610,574.09 | ELECTRONIC FUNDS TRANSFER ORIG CD:NAME:BENEFIT PYMTS ORIG ID:9186065300 DESC DATE: CO ENTRY DESCR:DED PMT    SEC:PPD TRACE#:021000002503787 EED:030902 IND ID:0000000652ACH A IND NAME: FEDWIRE CREDIT    1120 0207-3001 VIA: WACHOVIA BANK BANK OF NC,NA /05300219 B/O: W R GRACE & CO. - CONN. COLUMBIA MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0001601257 RFB=O/B WACHOVIA BK OBI =FUNDS TRANSFER FROM DAVISON LOCKBO IMAD: 0902E3SPAA1C002783 |
| 02SEP | | | | USD YOUR: O/B WACHOVIA BK OUR: 0262701245FF | 1,868,330.00 | FEDWIRE CREDIT VIA: BANK OF AMERICA /07100039 B/O: W.R. GRACE & CO CON -TREASURY COLUMBIA MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0001601257 RFB=O/B BKAM IL CG0 OBI =HDWT BBI=/TIME/12.05 IMAD: 0902E3SPA1C002783 |
| 02SEP | | | | USD YOUR: O/B BKAM IL CG0 OUR: 0256032245FF | 2,244,199.21 | FEDWIRE CREDIT VIA: BANK OF AMERICA /07100039 B/O: W.R. GRACE & CO CON -TREASURY COLUMBIA MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0001601257 RFB=O/B BKAM IL CG0 OBI =HDWT BBI=/TIME/12.05 IMAD: 0902E01GFGY2C000582 |

FT CODE:

USD - SAME DAY FUNDS
USN - NEXT DAY FUNDS

US1 - ONE DAY FLOAT
US2 - TWO DAY FLOAT

US3 - THREE DAY FLOAT
US4 - FOUR DAY FLOAT

US5 - FIVE DAY FLOAT
USM - MIXED FLOAT

PLEASE EXAMINE THIS STATEMENT OF ACCOUNT AT ONCE. THE MAINTENANCE OF THIS ACCOUNT IS SUBJECT TO THE PROVISIONS OF THE NEW YORK UNIFORM COM-
MERCIAL CODE AND THE BANK'S TERMS AND CONDITIONS FOR BUSINESS ACCOUNTS AND SERVICES. THE BANK DISCLAIMS RESPONSIBILITY FOR ANY ERROR IN
OR IMPROPER CHARGE TO THE ACCOUNT AS RENDERED UNLESS INFORMED IN WRITING OF THIS ERROR OR CHARGE WITHIN SIXTY DAYS OF THE DELIVERY, MAILING
OR AVAILABILITY OF THE STATEMENT AND CANCELED VOUCHERS. KINDLY REFER TO THE INSTRUCTIONS ON THE REVERSE SIDE OF THIS STATEMENT IN ORDER TO
DIRECT YOUR INQUIRIES TO THE PROPER DEPARTMENT FOR PROMPT ACTION.

JPMorgan Chase Bank

**JPMorganChase**

Statement of Account

TS

In US Dollars

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

| | | | |
|---|---|---|---|
| Account No: | 018-001257 |
| Statement Start Date: | 30 AUG 2003 |
| Statement End Date: | 15 SEP 2003 |
| Statement Code: | S00-USA-22 |
| Statement No: | 017 |

Page 2 of 14

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Description | Credit / Debit | Clearing Date | Banking Amount |
|---|---|---|---|---|---|---|---|---|

**CREDITS CONTINUED**

| 03SEP | | 03SEP | | USD YOUR: 0/B WACHOVIA BK OUR: 0239507246FF | FEDWIRE CREDIT VIA: WACHOVIA BANK BANK OF NC,NA /053000219 B/O: W R GRACE & CO. - CONN. COLUMBIA MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0001601257 RFB=O/B WACHOVIA BK OBI =FUNDS TRANSFER FROM DAVISON LOCKBO /IMAD: 0903E3GPAAlC003279 | 1,989,190.00 | | |
| 03SEP | | 03SEP | | USD YOUR: 0/B WACHOVIA BK OUR: 0148209246FF | FEDWIRE CREDIT VIA: WACHOVIA BANK NA OF FLORIDA /063000021 B/O: W R GRACE AND CO CONN COLUMBIA, MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0001601257 RFB=O/B WACHOVIA BK BBI =/TIME/12:07 /IMAD: 0903F3GCAA1C000808 | 2,770,698.14 | | |
| 03SEP | | 03SEP | | USD YOUR: SWF OF 03/09/03 OUR: 0723200246FS | BOOK TRANSFER CREDIT B/O: MAYBANK/MENARA MAYBANK KUALA LUMPUR MALAYSIA 50050 ORG: WR GRACE SPECIALTY CHEMICALS M OGB: MAYBANK KUANTAN MAIN REF: PAYMENT FOR MALAYSIA PREFERENC E SHARE REDEMPTION/OCMT/USD3178237, 06/ | 3,178,237.00 | | |
| 03SEP | | 03SEP | | USD YOUR: 0/B BKAM IL C80 OUR: 0252714246FF | FEDWIRE CREDIT VIA: BANK OF AMERICA /071000039 B/O: W.R. GRACE & CO. CON -TREASURY COLUMBIA MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0001601257 RFB=O/B BKAM IL C80 OBI =MOVT BBI=/TIME/14:02 /IMAD: 0903610F8Y2C001055 | 3,848,529.03 | | |
| 03SEP | | 03SEP | | USD YOUR: 6209246005080001 OUR: 1377100246FC | CHIPS CREDIT VIA: BANK OF AMERICA N.A. /0959 B/O: W R GRACE SPE'L CHEM (M) SDN B 26080 KUANTAN PAHANG REF: NBNF=W.R. GRACE AND COMPANY CA | 6,841,925.21 | | |

JPMorgan Chase Bank

**JPMorgan Chase**

**Statement of Account**

TS

In US Dollars

| | |
|---|---|
| Account No: | 016-001257 |
| Statement Start Date: | 30 AUG 2003 |
| Statement End Date: | 15 SEP 2003 |
| Statement Code: | S00-USA-22 |
| Statement No: | 017 |

Page 3 of 14

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

## CREDITS CONTINUED

| Ledger Date | Value Date | S | T | References | Credit / Debit | Description |
|---|---|---|---|---|---|---|
| 03SEP | | | | USD YOUR: SWF OF 03/09/03 OUR: 0708300246FS | 13,967,132.29 | MBRIDGE MA 02140-/AC-00001601257 0 RG=W R GRACE SPE'L CHEM (M) SDN BHD 26080 KUANTAN PAHANG OGB=BANK OF A S5N: 0081543 BOOK TRANSFER CREDIT B/O: MAYBANK/MENARA MAYBANK KUALA LUMPUR MALAYSIA 50050 ORG: WR GRACE SPECIALTY CHEMICALS M OGB: MAYBANK KUANTAN MAIN REF: PAYMENT FOR MALAYSIA PREFERENC E SHARE REDEMPTION/OCMT/MYR53076499 /41/EXCH/3,8001/ |
| 04SEP | | | | USD YOUR: O/B WACHOVIA BK OUR: 0093114247FF | 649,387.00 | FEDWIRE CREDIT VIA: WACHOVIA BANK BANK OF NC,NA /053000219 B/O: W R GRACE & CO. - CONN. COLUMBIA MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0001601257 RFB=O/B WACHOVIA BK OBI =FUNDS TRANSFER FROM DAVISON LOCKBO IMAD: 0904E3QPAA1C001066 |
| 04SEP | | | | USD YOUR: MAESTRO OUR: 0321107247FF | 2,000,000.00 | FEDWIRE CREDIT VIA: STATE STREET BANK & TRUST COMP /011000028 B/O: W R GRACE & CO - CONN COLUMBIA MD 21044-4029 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0001601257 RFB=MAESTRO OBI=FUND-31 8-P-1-S 1 ML PREMIER FUND BBI=/TIME IMAD: 0904A1Q0026C001391 |
| 04SEP | | | | USD YOUR: O/B BKAM IL C60 OUR: 0086913247FF | 2,388,944.72 | FEDWIRE CREDIT VIA: BANK OF AMERICA /071000039 B/O: W.R. GRACE & CO. CON -TREASURY COLUMBIA MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0001601257 RFB=O/B BKAM IL C60 OBI =HQMT BBI=/TIME/10:41 IMAD: 0904B1QFGY2C000350 |
| 05SEP | | | | USD YOUR: O/B BKAM IL C60 OUR: 0362913248FF | 642,995.93 | FEDWIRE CREDIT VIA: BANK OF AMERICA |

TS

Account No: 016-001257
Statement Start Date: 30 AUG 2003
Statement End Date: 15 SEP 2003
Statement Code: S00-USA-22
Statement No: 017
Page 4 of 14

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN, DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

| Ledger Date | Adj Ledger Date | Value Date | F | X | References | Credit / Debit | Description | Closing Balance / Interest Amount | Date |
|---|---|---|---|---|---|---|---|---|---|

## CREDITS CONTINUED

| | | 05SEP | | | USD YOUR: O/B WACHOVIA BK OUR: 03760092488FF | 1,239,378.00 | /071000039 B/O: W.R. GRACE & CO. CON -TREASURY COLUMBIA MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 00016001257 RFB=O/B BKAM IL C60 OBI =HOWT BBI=/TIME/16:20 /MAD: 0905G1QF6Y2C001173 FEDWIRE CREDIT VIA: WACHOVIA BANK BANK OF NC,NA /053000219 B/O: W R GRACE & CO. - CONN. | | |
| | | 08SEP | | | USD YOUR: O/B WACHOVIA BK OUR: 0125801251FF | 1,965,182.00 | COLUMBIA MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 00016001257 RFB=O/B WACHOVIA BK OBI =FUNDS TRANSFER FROM DAVISON LOCKBO /MAD: 0905E3QPAAIC004232 FEDWIRE CREDIT VIA: WACHOVIA BANK BANK OF NC,NA /053000219 B/O: W R GRACE & CO. - CONN. | | |
| | | 08SEP | | | USD YOUR: O/B BKAM IL C60 OUR: 0121213251FF | 2,205,723.08 | COLUMBIA MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 00016001257 RFB=O/B BKAM IL C60 OBI =FUNDS TRANSFER FROM DAVISON LOCKBO /MAD: 0908E3QPAAIC001353 FEDWIRE CREDIT VIA: BANK OF AMERICA /071000039 B/O: W.R. GRACE & CO. CON -TREASURY COLUMBIA MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 00016001257 RFB=O/B BKAM IL C60 OBI =HOWT BBI=/TIME/11:19 /MAD: 0908G1QF6Y2C000313 | | |
| | | 09SEP | | | USD YOUR: O/B BKAM IL C60 OUR: 0087007252FF | 3,061,471.22 | FEDWIRE CREDIT VIA: BANK OF AMERICA /071000039 B/O: W.R. GRACE & CO. CON -TREASURY COLUMBIA MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A | | |

JPMorgan Chase Bank

 JPMorganChase

Statement of Account

TS

In US Dollars

Account No: 018-001257
Statement Start Date: 30 AUG 2003
Statement End Date: 15 SEP 2003
Statement Code: S00-USA-22
Statement No: 017

Page 5 of 14

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Closing Balance Date | Amount |
|---|---|---|---|---|---|---|---|---|

## CREDITS CONTINUED

| 09SEP | | | | USD YOUR: O/B WACHOVIA BK<br>OUR: 0086009252FF | 3,168,227.00 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK OF NC.NA<br>/053000219<br>B/O: W R GRACE & CO. - CONN.<br>COLUMBIA MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0001600257 RFB=O/B WACHOVIA BK OBI<br>=FUNDS TRANSFER FROM DAVISON LOCKBO<br>IMAD: 0909010F6Y2C000318 | | |
| | | | | | | ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0001600257 RFB=O/B BKAM IL C60 OBI<br>=HOWT BBI=/TIME/10:50 | | |
| 10SEP | | | | USD YOUR: O/B WACHOVIA BK<br>OUR: 0116302253FF | 933,852.00 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK OF NC.NA<br>/053000219<br>B/O: W R GRACE & CO. - CONN.<br>COLUMBIA MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0001600257 RFB=O/B WACHOVIA BK OBI<br>=FUNDS TRANSFER FROM DAVISON LOCKBO<br>IMAD: 0910ESQPAA1C001530 | | |
| | | | | | | ZMAD: 0909ESQPAA1C000978 | | |
| 10SEP | | | | USD YOUR: O/B BKAM IL C60<br>OUR: 0110113253FF | 3,042,210.82 | FEDWIRE CREDIT<br>VIA: BANK OF AMERICA<br>/071000039<br>B/O: W.R. GRACE & CO. CON -TREASURY<br>COLUMBIA MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0001600257 RFB=O/B BKAM IL C60 OBI<br>=HOWT BBI=/TIME/11:20<br>IMAD: 0910010F6Y2C000380 | | |
| 10SEP | | | | USD YOUR: MAESTRO<br>OUR: 0048513253FF | 35,000,000.00 | FEDWIRE CREDIT<br>VIA: STATE STREET BANK & TRUST COMP<br>/011000028<br>B/O: W.R. GRACE & CO.- CONN<br>COLUMBIA MD 21044-4029<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0001600257 RFB=MAESTRO OBI=FUND-31<br>8-P-1-51 ML PREMIER FUND BBI=/TIME<br>IMAD: 0910A1Q002CC000069 | | |

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No: 016-01257
Statement Start Date: 30 AUG 2003
Statement End Date: 15 SEP 2003
Statement Code: S00-USA-22
Statement No: 017
Page 6 of 14

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit/Debit | Description | Date | Closing Balance | Amount |
|---|---|---|---|---|---|---|---|---|---|

## CREDITS CONTINUED

| 11SEP | | | | USD OUR: 003106011XF | 25,859.16 | AUTOMATIC DOLLAR/FLOAT TRANSFER FROM ACCOUNT 00032381963 | | | |
| 11SEP | | | | USD YOUR: O/B WACHOVIA BK OUR: 020610325&FF | 648,275.00 | FEDWIRE CREDIT VIA: WACHOVIA BANK BANK OF NC,NA /05300219 B/O: W R GRACE & CO. - CONN. COLUMBIA MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0016001257 RFB=O/B WACHOVIA BK OBI =FUNDS TRANSFER FROM DAVISON LOCKBO IMAD: 0911ESQPAA1C002651 | | | |
| 11SEP | | | | USD YOUR: O/B BKAM IL C80 OUR: 020750725&FF | 1,496,152.49 | FEDWIRE CREDIT VIA: BANK OF AMERICA /071000039 B/O: W.R. GRACE & CO. CON -TREASURY COLUMBIA MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0016001257 RFB=O/B BKAM IL C80 OBI =HOWT BBI=/TIME/13:27 IMAD: 09110IQF6Y2C001493 | | | |
| 12SEP | | | | USD OUR: 2553690225TC | 233.43 | ELECTRONIC FUNDS TRANSFER ORIG CO NAME:BENEFIT PYMTS ORIG ID:918063000 DESC DATE; CO ENTRY DESCR:DED PMT  SEC:PPD TRACE#:021000023690225 EED:030912 IND ID:000000074&ACH A IND NAME:        1213 0207-5001 END NAME: | | | |
| 12SEP | | | | USD YOUR: 18900203 OUR: 018001325&FF | 241,094.52 | FEDWIRE CREDIT VIA: FLEET NATIONAL BANK /01150010 B/O: HARTFORD LIFE COLI HARTFORD CT 06115 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0016001257 RFB=18900203 OBI=DEATH CLAIMS FOR MB038 AND MB039 BBI=/TIM IMAD: 0912A1QF148C005016 | | | |
| 12SEP | | | | USD OUR: 2553690227TC | 300,611.75 | ELECTRONIC FUNDS TRANSFER ORIG CO NAME:AON CORPORATION ORIG ID:9005551498 DESC DATE:030911 CO ENTRY DESCR:ACH PYMT  SEC:CCD TRACE#:021000023690227 EED:030912 | | | |

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

TS

Account No:          016-001257
Statement Start Date:  30 AUG 2003
Statement End Date:    15 SEP 2003
Statement Code:       S00-USA-22
Statement No:         017

| Ledger Date | Add Ledger Date | Value Date | P | Reference | Credit/Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|

## CREDITS CONTINUED

| | | 12SEP | | USD YOUR: 0357108255FF OUR: 0357108255FF C60 | 511,610.08 | IND ID: IND NAME:W R GRACE AND CO CONN REF:JULY 2003 DB PAYMENTS\ FEDWIRE CREDIT VIA: BANK OF AMERICA /071000039 B/O: W.R. GRACE & CO. CON -TREASURY COLUMBIA MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0001601257 RFB=O/B BKAM IL C60 OBI =HOWT BBI=/TIME/16:05 IMAD: 0912261QF6Y2C001664 | | |
| | | 12SEP | | USD YOUR: 0355102255FF OUR: 0355102255FF WACHOVIA BK | 698,854.00 | FEDWIRE CREDIT VIA: WACHOVIA BANK BANK OF NC,NA /053000219 B/O: W R GRACE & CO. - CONN. COLUMBIA MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0001601257 RFB=O/B WACHOVIA BK OBI =FUNDS TRANSFER FROM DAVISON LOCKBO IMAD: 0912ES QPAA1C003822 | | |
| | | 15SEP | | USD YOUR: 0387808258FF OUR: 0387808258FF C60 | 10,605.34 | FEDWIRE CREDIT VIA: BANK OF AMERICA /071000039 B/O: ADVANCED REFINING TECHNOLOGIES COLUMBIA MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0001601257 RFB=O/B BKAM IL C60 OBI =INTEREST PYMT FROM ART LLC FOR AUG IMAD: 0915G1QF6Y2C000926 | | |
| | | 15SEP | | USD YOUR: 0169408258FF OUR: 0169408258FF C60 | 2,388,635.18 | FEDWIRE CREDIT VIA: BANK OF AMERICA /071000039 B/O: W.R. GRACE & CO. CON -TREASURY COLUMBIA MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0001601257 RFB=O/B BKAM IL C60 OBI =HOWT BBI=/TIME/11:42 IMAD: 0915G1QF6Y2C000468 | | |

Account No: 018-001257
Statement Start Date: 30 AUG 2003
Statement End Date: 15 SEP 2003
Statement Code: S00-USA-22
Statement No: 017
Page 8 of 14

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

| Ledger Date | Adj Ledger Date | Value Date | F | Reference | Credit / Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|

**CREDITS CONTINUED**

| | | 15SEP | | USD YOUR: O/B WACHOVIA BK<br>OUR: 017290825BFF | 2,635,442.00 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK BANK OF NC,NA<br>/053000219<br>B/O: W R GRACE & CO. - CONN.<br>COLUMBIA MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDOE MA 02140-/AC-0<br>0001601257 RFB=O/B WACHOVIA BK OBI<br>=FUNDS TRANSFER FROM DAVISON LOCKBO<br>IMAD: 0915E3QPAA1C002194 | | |

**DEBITS**

| | | 02SEP | | USD OUR: 0033080118XF | 310.00 | AUTOMATIC DOLLAR/FLOAT TRANSFER<br>TO ACCOUNT 0032388196 | | |
| | | 02SEP | | USD YOUR: NONREF<br>OUR: 3112500245J0 | 55,433.45 | BOOK TRANSFER DEBIT<br>A/C: W R GRACE & CO CONN (UHC FUND)<br>COLUMBIA MD 21044-<br>REF: /BNF/JPMORGAN CHASE BANK NEW Y<br>ORK NY 1004 | | |
| | | 02SEP | | USD YOUR: NONREF<br>OUR: 3139500245J0 | 151,035.26 | FEDWIRE DEBIT<br>VIA: FI2100358<br>/121000358<br>A/C: BANK AMERICA BUSINESS CREDIT,<br>ATTN: JOANN RASDEO 212-503-7642<br>REF: AUGUST FEES/TIME/17:11<br>IMAD: 0902110GC03C006516 | | |
| | | 02SEP | | USD YOUR: NONREF<br>OUR: 3112600245J0 | 4,300,000.00 | FEDWIRE DEBIT<br>VIA: WACHOVIA BK NA NC<br>/053000219<br>A/C: W.R. GRACE & CO. - CONN<br>REF: W.R. GRACE PAYMENT FOR CONTROLL<br>ED DISBURSEMENT ACCOUNTS/TIME/17:01<br>IMAD: 0902210GC01C006626 | | |
| | | 03SEP | | USD OUR: 003057011XF | 15,280.03 | AUTOMATIC DOLLAR/FLOAT TRANSFER<br>TO ACCOUNT 0032388196 | | |
| | | 03SEP | | USD YOUR: NONREF<br>OUR: 2234500246J0 | 32,127.70 | CHIPS DEBIT<br>VIA: DEUTSCHE BANK TRUST CO AMERICA<br>/0103<br>A/C: FPRS DEPOSITORY<br>REF: FFC TO PLAN 89994 W.R. GRACE &<br>CO. ATTN, FPRS<br>SSN: 0231297 | | |
| | | 03SEP | | USD YOUR: NONREF<br>OUR: 2234300246J0 | 34,954.33 | BOOK TRANSFER DEBIT<br>A/C: W R GRACE & CO CONN (UHC FUND) | | |

**TS**

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No: 016-001257
Statement Start Date: 30 AUG 2003
Statement End Date: 15 SEP 2003
Statement Code: S00-USA-22
Statement No: 017
Page 9 of 14

| Ledger Date | Adj Ledger Date | Value Date | F | T | References | Credit/Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|---|

## DEBITS CONTINUED

| Ledger Date | | | | | References | Credit/Debit | Description |
|---|---|---|---|---|---|---|---|
| 03SEP | | | | | USD YOUR: NONREF<br>OUR: 2234400246J0 | 100,826.77 | COLUMBIA MD 21044-<br>REF: /BNF/JPMORGAN CHASE BANK NEW Y<br>ORK NY 10004<br>CHIPS DEBIT<br>VIA: DEUTSCHE BANK TRUST CO AMERICA<br>/0103<br>A/C: ACDEUTNL2A<br>DEUTSCHE BANK AG AMSTERDAM<br>BEN: A & MINERALS LTD.<br>REF: GRACE DAVISON PYMNT OF INV 223<br>2 |
| 03SEP | | | | | USD YOUR: NONREF<br>OUR: 0679000246J0 | 812,909.19 | SSN: 0231269<br>FEDWIRE DEBIT<br>VIA: ALLFIRST BANK<br>/052001113<br>A/C: GRACE DAVISON<br>REF: HOURLY PAYROLL/TIME/11:02 |
| 03SEP | | | | | USD YOUR: NONREF<br>OUR: 2234200246J0 | 1,500,000.00 | IMAD: 0903B1Q6C05C001724<br>FEDWIRE DEBIT<br>VIA: WACHOVIA BK NA NC<br>/053000219<br>A/C: W.R. GRACE & CO. - CONN<br>REF: W.R GRACE PAYMENT FOR CONTROLL<br>ED DISBURSEMENT ACCOUNTS/TIME/16:23 |
| 03SEP | | | | | USD YOUR: NONREF<br>OUR: 2234600246J0 | 9,500,000.00 | IMAD: 0903B1Q6C06C004283<br>FEDWIRE DEBIT<br>VIA: STATE ST BOS<br>/011000028<br>A/C: MERRILL LYNCH PREMIER INSTITUT<br>REF: FFC TO ACCOUNT 3323735 NO WR G<br>RACE & CO. - CONN ATTN:MERRILL GROU<br>P (TRANSFER FUNDS)/TIME/16:23 |
| 03SEP | | | | | USD YOUR: NONREF<br>OUR: 2234100246J0 | 20,000,000.00 | IMAD: 0903B1Q6C04C004262<br>FEDWIRE DEBIT<br>VIA: STATE ST BOS<br>/011000028<br>A/C: MERRILL LYNCH PREMIER INSTITUT<br>REF: FFC TO ACCOUNT 3323735 NO WR G<br>RACE & CO. - CONN ATTN:MERRILL GROU<br>P/(TRANSFER FUNDS)/TIME/16:28 |
| 04SEP | | | | | USD OUR: 0053139011XF | 5,020.28 | IMAD: 0903B1Q6C02C004263<br>AUTOMATIC DOLLAR/FLOAT TRANSFER<br>TO ACCOUNT 00052358I963 |

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No:            010-001257
Statement Start Date:  30 AUG 2003
Statement End Date:    15 SEP 2003
Statement Code:        S00-USA-22
Statement No:          017

Page 10 of 14

| Ledger Date | Adj Ledger Date | Value Date | F/I | References | Credit/Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|

**DEBITS CONTINUED**

| Ledger Date | Value Date | References | Credit/Debit | Description |
|---|---|---|---|---|
| 04SEP | 04SEP | USD YOUR: SEE WIRE<br>OUR: 0825100247JB | 28,077.64 | BOOK TRANSFER DEBIT<br>A/C: W R GRACE & CO CONN (UHC FUNDI<br>COLUMBIA MD 21044-<br>REF: UHC PAYMENTS |
| 04SEP | 04SEP | USD YOUR: HDWT-FUCD<br>OUR: 0825300247JB | 5,800,000.00 | FEDWIRE DEBIT<br>VIA: WACHOVIA BK NA NC<br>/053000219<br>A/C: W.R. GRACE AND CO.<br>CHARLOTTE NC<br>REF: 0111 79 ATTN P. LAWING 704-374<br>-3448/TIME/16:22<br>IMAD: 0904B10QC05C004435 |
| 05SEP | 05SEP | USD OUR: 0032290114XF | 64.80 | AUTOMATIC DOLLAR/FLOAT TRANSFER<br>TO ACCOUNT 00032381963 |
| 05SEP | 05SEP | USD YOUR: NONREF<br>OUR: 2319400248J0 | 2,048.40 | BOOK TRANSFER DEBIT<br>A/C: 0022430680<br>METROPOLITAN LIFE INSURANCE COMPANY<br>REF: ATTN: W.R. GRACE & CO. NO. 913<br>TO JEFF KALLAY 708-820-7742 GRPGUL |
| 05SEP | 05SEP | USD YOUR: NONREF<br>OUR: 2319100248J0 | 23,851.20 | EMPLOYEE GUL CONTRIBUTIONS FOR 0803<br>BOOK TRANSFER DEBIT<br>A/C: W GRACE & CO CONN (UHC FUNDI<br>COLUMBIA MD 21044-<br>REF: /BNF/JPMORGAN CHASE BANK NEW Y<br>ORK NY 10004 |
| 05SEP | 05SEP | USD YOUR: NONREF<br>OUR: 2319300248J0 | 125,571.12 | CHIPS DEBIT<br>VIA: DEUTSCHE BANK TRUST CO AMERICA<br>/0103<br>A/C: FPRS DEPOSITORY<br>REF: FFC TO PLAN 89994 W.R. GRACE &<br>CO. ATTN: FPRS WEEK ENDING 090203<br>SSN: 0253880 |
| 05SEP | 05SEP | USD YOUR: NONREF<br>OUR: 2319200248J0 | 1,900,000.00 | FEDWIRE DEBIT<br>VIA: WACHOVIA BK NA NC<br>/053000219<br>A/C: W.R. GRACE & CO. - CONN<br>REF: W.R GRACE PAYMENT FOR CONTROLL<br>ED DISBURSEMENT ACCOUNTS/TIME/16:54<br>IMAD: 0905B10QC05C004404 |
| 08SEP | 08SEP | USD OUR: 0031460114XF | 245.42 | AUTOMATIC DOLLAR/FLOAT TRANSFER<br>TO ACCOUNT 00032381963 |
| 08SEP | 08SEP | USD YOUR: FPRS DEPOSITORY<br>OUR: 0718400251JB | 1,027.65 | CHIPS DEBIT<br>VIA: DEUTSCHE BANK TRUST CO AMERICA<br>/0103 |

JPMorgan Chase Bank

**JPMorganChase**

Statement of Accounts

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

In US Dollars

Account No:            016-001257
Statement Start Date:  30 AUG 2003
Statement End Date:    15 SEP 2003
Statement Code:        S00-USA-22
Statement No:          017
Page 11 of 14

| Ledger Date | A/R Ledger Date | Value Date | F | W | References | Credit/Addit | Description | Date | Amount |
|---|---|---|---|---|---|---|---|---|---|

**DEBITS CONTINUED**

A/C: FPRS DEPOSITORY
X
BEN: WR GRACE + CO.
X

08SEP  USD YOUR: SEE WIRE    OUR: 0718000251JB   130,552.53
REF: REFER TO WIRE WEEK ENDING 8/29
/2003AND 9/2/2003 HOURLY
BOOK TRANSFER DEBIT
A/C: W R GRACE & CO CONN (UHC FUNDI
COLUMBIA MD 21044-
REF: UHC PAYMENTS

08SEP  USD YOUR: SEE WIRE    OUR: 0718500251JB   1,000,000.00
SSN: 0256685
FEDWIRE DEBIT
VIA: STATE ST BOS
/011000028
A/C: MERRILL LYNCH PREMIER INSTITUT
FUND
BEN: N/O W.R. GRACE + CO - CONN
ATTN MERRILL GROUP

08SEP  USD YOUR: HONT-FUCD    OUR: 0718300251JB   2,900,000.00
REF: TRANSFER FUNDS/TIME/15:49
IMAD: 0908B1QGC03C004295
FEDWIRE DEBIT
VIA: WACHOVIA BK NA NC
/053000219
A/C: W.R. GRACE AND CO.
CHARLOTTE NC
REF: 0111 79 ATTN P. LAWING 704-374
-3448/TIME/15:45

09SEP  USD YOUR: ACH OF 03/09/09    OUR: 0020300252HP   6,119.00
IMAD: 0908B1QGC04C004110
BOOK TRANSFER DEBIT
A/C: CB/EFTS PRE-FUNDING CLEARING A
TAMPA FL 33634-

09SEP  USD YOUR: NONREF    OUR: 1761600252J0   27,321.72
BOOK TRANSFER DEBIT
A/C: W R GRACE & CO CONN (UHC FUNDI
COLUMBIA MD 21044-
REF:/BNF/JPMORGAN CHASE BANK NEW Y
ORK NY 10004

09SEP  USD OUR: 0030070114XF   77,534.41
AUTOMATIC DOLLAR/FLOAT TRANSFER
TO ACCOUNT 00032381963

09SEP  USD YOUR: NONREF    OUR: 0961000252J0   930,528.17
FEDWIRE DEBIT
VIA: ALLFIRST BANK
/052000113
A/C: GRACE DAVISON
REF: HOURLY PAYROLL/TIME/12:14
IMAD: 0909B1QGC08C002490

Account No: 018-001257
Statement Start Date: 30 AUG 2003
Statement End Date: 15 SEP 2003
Statement Code: S00-USA-22
Statement No: 017
Page 12 of 14

**W.R. GRACE AND COMPANY**
**SYRACUSE FUNDING ACCOUNT**
**ATTN: DARLEN PARLIN**
**62 WHITTEMORE AVENUE**
**CAMBRIDGE MA 02140**

TS

| Ledger Date | Adj Ledger Date | Value Date | F | References | Credit/Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|
| | | | | | | **DEBITS CONTINUED** | | |
| 09SEP | | 09SEP | | USD YOUR: NONREF OUR: 1761700252J0 | 2,200,000.00 | FEDWIRE DEBIT VIA: STATE ST BOS /011000028 A/C: MERRILL LYNCH PREMIER INSTITUT REF: FFC TO ACCOUNT 3323735 NO WR G RACE & CO. - CONN ATTN:MERRILL GROU P (TRANSFER FUNDS)/TIME/15:26 IMAD: 0909B1Q6C01C003590 | | |
| 09SEP | | 09SEP | | USD YOUR: NONREF OUR: 1761500252J0 | 3,000,000.00 | FEDWIRE DEBIT VIA: WACHOVIA BK NA NC /053000219 A/C: W.R. GRACE & CO. - CONN REF: W.R GRACE PAYMENT FOR CONTROLL ED DISBURSEMENT ACCOUNTS/TIME/15:26 IMAD: 0909B1Q6C01C003589 | | |
| 10SEP | | 09SEP | | USD YOUR: ACH OF 03/09/10 OUR: 0047800253HP | 2,785.00 | BOOK TRANSFER DEBIT A/C: CB/EFTS PRE-FUNDING CLEARING A TAMPA FL 33634- | | |
| 10SEP | | | | USD OUR: 0031410114XF | 21,825.57 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 00053881963 | | |
| 10SEP | | 10SEP | | USD YOUR: NONREF OUR: 1765900253J0 | 40,000.00 | FEDWIRE DEBIT VIA: TREAS NYC /021030004 A/C: TREAS NYC CTR BNF AC 68011008 REF: LIBBY ASBESTOS SITE FUTURE RES PONSECOSTS SPECIAL ACCT LIBBY ASBES TOS SITE 08 BC IMAD: 0910B1Q6C04C003440 | | |
| 10SEP | | 10SEP | | USD YOUR: NONREF OUR: 1928900253J0 | 40,380.40 | BOOK TRANSFER DEBIT A/C: W R GRACE & CO CONN CUHC FUNDI COLUMBIA MD 21044- REF: /BNF/JPMORGAN CHASE BANK NEW Y ORK NY 10004 | | |
| 10SEP | | 10SEP | | USD YOUR: NONREF OUR: 0920000253J0 | 2,558,793.24 | FEDWIRE DEBIT VIA: ALLFIRST BANK /052000113 A/C: GRACE DAVISON REF: SALARIED PAYROLL/TIME/11:51 IMAD: 0910B1Q6C01C002287 | | |
| 10SEP | | 10SEP | | USD YOUR: NONREF OUR: 1928800253J0 | 8,300,000.00 | FEDWIRE DEBIT VIA: WACHOVIA BK NA NC /053000219 A/C: W.R. GRACE & CO. - CONN REF: W.R GRACE PAYMENT FOR CONTROLL | | |

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No:       018-001257
Statement Start Date:  30 AUG 2003
Statement End Date:  15 SEP 2003
Statement Code:    S00-USA-22
Statement No:      017

Page 13 of 14

| Ledger Date | Adj Ledger Date | Value Date | TF | Reference | Credit / Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|

## DEBITS CONTINUED

| | | | | | | ED DISBURSEMENT ACCOUNTS/TIME/15:33 |
|---|---|---|---|---|---|---|
| 10SEP | | | | USD YOUR: SEE WIRE OUR: 0207100253JB | 23,891,362.00 | IMAD: 0910B1Q8C08C004252 FEDWIRE DEBIT /07100152 VIA: NORTHERN CHGO /07100152 A/C: NORTHERN TRUST X BEN: W.R. GRACE + CO. X REF: Q3 2002 CONTRIBUTIONS AND ADDT L 2002 PLAN CONTR +TAX DEDUCT FOR |
| 11SEP | | | | USD YOUR: NONREF OUR: 2354400254J0 | 23,190.89 | IMAD: 0910B1Q8C02C002657 BOOK TRANSFER DEBIT A/C: W R GRACE & CO CONN (UHC FUNDI COLUMBIA MD 21044- REF: /BNF/JPMORGAN CHASE BANK NEW Y ORK NY 1004, |
| 11SEP | | | | USD YOUR: NONREF OUR: 2354500254J0 | 63,886.37 | FEDWIRE DEBIT /07100013 VIA: BANK ONE NA CHGO /07100013 A/C: AON CONSULTING REF: PENSION ADMINISTRATION SEE ALL ISON MACKENZIE'S EMAIL FILE/TIME/16 :37 |
| 11SEP | | | | USD YOUR: NONREF OUR: 2354300254J0 | 120,000.00 | IMAD: 0911B1Q8C03C003899 BOOK TRANSFER DEBIT A/C: W R GRACE & CO COLUMBIA MD 21044-4098 |
| 11SEP | | | | USD YOUR: NONREF OUR: 2354200254J0 | 3,200,000.00 | FEDWIRE DEBIT /053000219 VIA: WACHOVIA BK NA NC /053000219 A/C: W.R. GRACE & CO. - CONN REF: W.R GRACE PAYMENT FOR CONTROLL ED DISBURSEMENT ACCOUNTS/TIME/16.36 |
| 12SEP | | | | USD OUR: 003148011XF | -2,079.75 | IMAD: 0911B1Q8C08C004413 AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 0052388196, |
| 12SEP | | | | USD YOUR: NONREF OUR: 2424600255J0 | 30,617.51 | BOOK TRANSFER DEBIT A/C: W R GRACE & CO CONN (UHC FUNDI COLUMBIA MD 21044- REF: /BNF/JPMORGAN CHASE BANK NEW Y ORK NY 1004, |
| 12SEP | | | | USD YOUR: NONREF OUR: 2424500255J0 | 800,000.00 | FEDWIRE DEBIT VIA: WACHOVIA BK NA NC |

JPMorganChase

JPMorgan Chase Bank

TS

**Statement of Account**

In US Dollars

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No:        016-001257
Statement Start Date:   30 AUG 2003
Statement End Date:   15 SEP 2003
Statement Code:   S00-USA-22
Statement No:   017
Page 14 of 14

| Ledger Date | Adj Ledger Date | Value Date | F | References | Credit/Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|

## DEBITS CONTINUED

| | | 12SEP | USD | YOUR: NONREF OUR: 2424700255J0 | 1,015,565.09 | /053000219 /A/C: W.R. GRACE & CO. - CONN REF: W.R GRACE PAYMENT FOR CONTROLL ED DISBURSEMENT ACCOUNTS/TIME/16:12 IMAD: 0912B1Q6C01C004548 FEDWIRE DEBIT VIA: DBTCO AMERICAS NYC /021001033 A/C: FPRS DEPOSITORY REF: FFC TO PLAN 89994 W.R. GRACE & CO. ATTN: FPRS WEEK ENDING 090803 AND 090903 HOURLY AND SALARIED IMAD: 0912B1Q6C05C004435 | | |
| | | 15SEP | USD | OUR: 0033250114XF | 501.00 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 00323881963 | | |
| | | 15SEP | USD | YOUR: HOWT-FUCD OUR: 0814500258JB | 1,300,000.00 | FEDWIRE DEBIT /053000219 VIA: WACHOVIA BK NA NC CHARLOTTE NC A/C: W.R. GRACE AND CO. REF: 0111 79 ATTN P. LAWING 704-374 -3448/TIME/15:27 IMAD: 0915B1Q6C04C004564 | | |
| | | 15SEP | USD | YOUR: SEE WIRE OUR: 0814700258JB | 6,500,000.00 | FEDWIRE DEBIT /01100002B A/C: MERRILL LYNCH PREMIER INSTITUT FUND BEN: N/O W.R. GRACE + CO - CONN ATTN MERRILL GROUP REF: TRANSFER FUNDS/TIME/15:27 IMAD: 0915B1Q6C01C004583 | | |

## CHECKS

*No Activity*

JPMorgan Chase Bank

**JPMorgan Chase**

TS

Statement of Account

In US Dollars

| | |
|---|---|
| Account No: | 016-001257 |
| Statement Start Date: | 16 SEP 2003 |
| Statement End Date: | 30 SEP 2003 |
| Statement Code: | S00-USA-22 |
| Statement No: | 018 |
| | Page 1 of 17 |

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

## ENCLOSURES

| | |
|---|---|
| Credits | |
| Debits | |
| Checks | |

## TRANSACTIONS

| | | |
|---|---|---|
| Total Credits | 36 | 146,909,629.69 |
| Total Debits (incl. checks) | 63 | 146,893,505.78 |
| Total Checks Paid | 0 | 0.00 |

## BALANCES

| | Opening (16 SEP 2003) | Closing (30 SEP 2003) |
|---|---|---|
| Ledger | 262,279.65 | Ledger | 278,403.56 |

Need to reconcile your accounts as soon as possible? Now you can download your DDA statements two business days after the statement cycle ends by receiving JPMorgan's Internet Statements. You'll find it easy to perform functions such as printing your statements, searching for particular transactions or displaying images of the front and back of your cancelled checks. Best of all, you can export statement data as a text or formatted Microsoft Excel file. Please contact your JPMorgan Relationship Manager for more information.

## CLOSING BALANCES

| Date | Ledger Balances Amount |
|---|---|
| 16SEP | 155,718.86 |
| 17SEP | 784,342.95 |
| 18SEP | 223,339.31 |
| 19SEP | 419,780.67 |
| 22SEP | 278,653.83 |
| 23SEP | 119,300.41 |
| 24SEP | 287,788.78 |
| 25SEP | 204,222.24 |
| 26SEP | 207,049.38 |
| 29SEP | 261,817.84 |
| 30SEP | 278,403.56 |

## CREDITS

| Ledger Date | Value Date | Reference | Credit / Debit | Description |
|---|---|---|---|---|
| 16SEP | 16SEP | USD YOUR: O/B WACHOVIA BK OUR: 0079407259FF | 2,101,000.00 | FEDWIRE CREDIT VIA: WACHOVIA BANK BANK OF NC, NA /053000219 B/O: W R GRACE & CO. - CONN. COLUMBIA MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 00016001257 RFB=O/B WACHOVIA BK OBI =FUNDS TRANSFER FROM DAVISON LOCKBO =MAD: 0916E39PAA1C001036 |
| 16SEP | 16SEP | USD YOUR: O/B BKAM IL C60 OUR: 0082509259FF | 3,639,718.51 | FEDWIRE CREDIT VIA: BANK OF AMERICA /071000039 B/O: W.R. GRACE & CO. CON -TREASURY COLUMBIA MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 00016001257 RFB=O/B BKAM IL C60 OBI =MOVT BBI=/TIME/10:44 =MAD: 0916016F6Y2C000277 |
| 17SEP | 17SEP | USD YOUR: O/B BKAM IL C60 OUR: 0138203260FF | 529,419.93 | FEDWIRE CREDIT VIA: BANK OF AMERICA |

FT CODE:

| | |
|---|---|
| USD - SAME DAY FUNDS | US1 - ONE DAY FLOAT | US3 - THREE DAY FLOAT | US5 - FIVE DAY FLOAT |
| USN - NEXT DAY FUNDS | US2 - TWO DAY FLOAT | US4 - FOUR DAY FLOAT | USM - MIXED FLOAT |

PLEASE EXAMINE THIS STATEMENT OF ACCOUNT AT ONCE. THE MAINTENANCE OF THIS ACCOUNT IS SUBJECT TO THE PROVISIONS OF THE NEW YORK UNIFORM COMMERCIAL CODE AND THE BANK'S TERMS AND CONDITIONS FOR BUSINESS ACCOUNTS AND SERVICES. THE BANK DISCLAIMS RESPONSIBILITY FOR ANY ERROR IN OR IMPROPER CHARGE TO THE ACCOUNT AS RENDERED UNLESS INFORMED IN WRITING OF THIS ERROR OR CHARGE WITHIN SIXTY DAYS OF THE DELIVERY, MAILING OR AVAILABILITY OF THE STATEMENT AND, AS TO CANCELLED VOUCHERS, KINDLY REFER TO THE INSTRUCTIONS ON THE REVERSE SIDE OF THIS STATEMENT IN ORDER TO DIRECT YOUR INQUIRIES TO THE PROPER DEPARTMENT FOR PROMPT ACTION.

JPMorgan Chase Bank

JPMORGANCHASE

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA  02140

Account No:         018-001257
Statement Start Date:   16 SEP 2003
Statement End Date:     30 SEP 2003
Statement Code:         S00-USA-22
Statement No:           018
Page 2 of 17

| Ref/Credit Date | Value Date | IT | Reference | Credit / Debit | Description | Contra Balance Date | Amount |
|---|---|---|---|---|---|---|---|

## CREDITS CONTINUED

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | /07J000039 | | |
| | | | | | B/O W.R. GRACE & CO. CON -TREASURY | | |
| | | | | | COLUMBIA. MD 21044-4098 | | |
| | | | | | REF: CHASE NYC/CTR/BNF=W.R. GRACE A | | |
| | | | | | ND COMPANY CAMBRIDGE MA 02140-/AC-0 | | |
| | | | | | 00016001257 RFB=0/B RKAM IL C60 OBI | | |
| | | | | | =HOMT BSI=/TIME/11:51 | | |
| 17SEP | USD | YOUR: 6209262050060001 | | | IMAD: 0917G1QF6Y2C000396 | | |
| | | DUR: 1055000260FC | 789,837.48 | CHIPS CREDIT | | | |
| | | | | | VIA: BANK OF AMERICA N.A. | | |
| | | | | | /0959 | | |
| | | | | | B/O: WR GRACE (MALAYSIA) SDN BHD | | |
| | | | | | 43200 CHERAS JAYA SELANGOR | | |
| | | | | | REF: NBNF=W.R. GRACE AND COMPANY CA | | |
| | | | | | MBRIDGE MA 02140-/AC-00016001257 OBI | | |
| | | | | | RG=WR GRACE (MALAYSIA) SDN BHD 4320 | | |
| | | | | | 0/CHERAS JAYA SELANGOR OGB=BANK OF | | |
| | | | | | SSN: 0064767 | | |
| 17SEP | USD | YOUR: 0/B WACHOVIA BK | 934,889.00 | FEDWIRE CREDIT | | | |
| | | DUR: 0137463260FF | | | VIA: WACHOVIA BANK BANK OF NC,NA | | |
| | | | | | /053000219 | | |
| | | | | | B/O: W.R GRACE & CO. - CONN. | | |
| | | | | | COLUMBIA. MD 21044-4098 | | |
| | | | | | REF: CHASE NYC/CTR/BNF=W.R. GRACE A | | |
| | | | | | ND COMPANY CAMBRIDGE MA 02140-/AC-0 | | |
| | | | | | 00016001257 RFB=0/B WACHOVIA BK OBI | | |
| | | | | | =FUNDS TRANSFER FROM DAVISON LOCKBO | | |
| | | | | | IMAD: 0917E30PAAIC001743 | | |
| 18SEP | USD | YOUR: 0/B WACHOVIA BK | 675,650.00 | FEDWIRE CREDIT | | | |
| | | DUR: 0106214261FF | | | VIA: WACHOVIA BANK BANK OF NC,NA | | |
| | | | | | /053000219 | | |
| | | | | | B/O: W.R GRACE & CO. - CONN. | | |
| | | | | | COLUMBIA MD 21044-4098 | | |
| | | | | | REF: CHASE NYC/CTR/BNF=W.R. GRACE A | | |
| | | | | | ND COMPANY CAMBRIDGE MA 02140-/AC-0 | | |
| | | | | | 00016001257 RFB=0/B WACHOVIA BK OBI | | |
| | | | | | =FUNDS TRANSFER FROM DAVISON LOCKBO | | |
| | | | | | IMAD: 0918E30PAAIC001022 | | |
| 18SEP | USD | YOUR: 0/B RKAM IL C80 | 1,785,822.40 | FEDWIRE CREDIT | | | |
| | | DUR: 0103309261FF | | | VIA: BANK OF AMERICA | | |
| | | | | | /071000039 | | |
| | | | | | B/O: W.R. GRACE & CO. CON -TREASURY | | |
| | | | | | COLUMBIA. MD 21044-4098 | | |
| | | | | | REF: CHASE NYC/CTR/BNF=W.R. GRACE A | | |

JPMorgan Chase Bank

TS

**Account No:** 018-001257
**Statement Start Date:** 18 SEP 2003
**Statement End Date:** 30 SEP 2003
**Statement Code:** 500-USA-22
**Statement No:** 018
**Page 3 of 17**

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

## CREDITS CONTINUED

| Ledger Date | Value Date | P | References | Credit/Debit Amount | Description |
|---|---|---|---|---|---|
| 18SEP | 18SEP | | USD YOUR: MAESTRO OUR: 0192408261FF | 3,600,000.00 | ND COMPANY CAMBRIDGE MA 02140-/AC-0 0001601257 RFB=O/B BKAM IL C60 OBI =HOWT BBI=/TIME/10:51 IMAD: 0918GJQF6Y2C000377 FEDWIRE CREDIT VIA: STATE STREET BANK & TRUST COMP /011000028 B/O: W R GRACE & CO - CONN COLUMBIA, MD 21044-4029 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0001601257 RFB=MAESTRO OBI=FUND-31 &P 1-S 1 ML PREMIER FUND BBI=/TIME |
| 19SEP | | | USD OUR: 262055920TC | 254,756.96 | IMAD: 0918AJQ0026C000778 ELECTRONIC FUNDS TRANSFER ORIG CO NAME:AON CORPORATION ORIG ID:9005551498 DESC DATE:030918 CD ENTRY DESCR:ACH PYMT SEC:CCD TRACE:021000020556920 EED:030919 IND ID: IND NAME:W R GRACE AND CO CONN REF=AUGUST 2003 DB PAYMENTS |
| 22SEP | | | USD YOUR: O/B WACHOVIA BK OUR: 0359109265FF | 1,472,283.00 | FEDWIRE CREDIT VIA: WACHOVIA BANK BANK OF NC,NA /053000219 B/O: W R GRACE & CO. - CONN. COLUMBIA, MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0001601257 RFB=O/B WACHOVIA BK OBI =FUNDS TRANSFER FROM DAVISON LOCKBO IMD: 0922ESQ*PAAIC004288 |
| 22SEP | | | USD YOUR: 62832628022800001 OUR: 0706200265FC | 2,421,115.42 | CHIPS CREDIT VIA: BANK OF AMERICA N.A. /0959 B/O: W R GRACE AND CO. COLUMBIA, MD 21044-4098 REF: NBNF=W.R. GRACE AND COMPANY CA MBRIDGE MA 02140-/AC-0001601257 0 RG=/00061B1017 COLUMBIA, MD 21044-4 098 OGB=BANK OF AMERICA NT SA (NADF SSN: 005782) |
| 22SEP | | | USD YOUR: O/B BKAM IL C60 OUR: 0361307265FF | 2,948,587.82 | FEDWIRE CREDIT VIA: BANK OF AMERICA |

JPMorgan Chase Bank

TS

Account No: 016-001257
Statement Start Date: 16 SEP 2003
Statement End Date: 30 SEP 2003
Statement Code: S00-USA-22
Statement No: 018
Page 4 of 17

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

| Ledger Date | Adj Ledger Date | Value Date | References | Credit/Debit | Description | Closing Balance Amount |
|---|---|---|---|---|---|---|

## CREDITS CONTINUED

**22SEP**  22SEP  USD YOUR: 0474413265FF  OUR: 0120107266FF  3,000,000.00
/071000039
B/O: W.R. GRACE & CO. CON -TREASURY
COLUMBIA MD 21044-4098
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY CAMBRIDGE MA 02140-/AC-0
0001601257 RFB=0/B BKAM IL C80 OBI
=HOWT BBI=/TIME/15:25
TMAD: 0922610F6Y2C000769
FEDWIRE CREDIT
VIA: WACHOVIA BANK BANK OF NC,NA
/053000219
B/O: W R GRACE & CO. - CONN.
COLUMBIA MD 21044-4098

**23SEP**  23SEP  USD YOUR: 0120107266FF  OUR: 0120107266FF  2,778,314.85
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY CAMBRIDGE MA 02140-/AC-0
0001601257 RFB=0/B WACHOVIA BK OBI
=FUNDS TRANSFER FROM DAVISON LOCKBO
TMAD: 0922E30PAAIC004872
FEDWIRE CREDIT
VIA: BANK OF AMERICA
/071000039
B/O: W.R. GRACE & CO. CON -TREASURY
COLUMBIA MD 21044-4098
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY CAMBRIDGE MA 02140-/AC-0
0001601257 RFB=0/B BKAM IL C80 OBI
=HOWT BBI=/TIME/11:46
TMAD: 0923610F6Y2C000383

**23SEP**  23SEP  USD YOUR: 0202614266FF  OUR: 0202614266FF  3,282,276.00
FEDWIRE CREDIT
VIA: WACHOVIA BANK BANK OF NC,NA
/053000219
B/O: W R GRACE & CO. - CONN.
COLUMBIA MD 21044-4098
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY CAMBRIDGE MA 02140-/AC-0
0001601257 RFB=0/B WACHOVIA BK OBI
=FUNDS TRANSFER FROM DAVISON LOCKBO
TMAD: 0923E3QPAAIC002173

**23SEP**  23SEP  USD YOUR: 0201407266FF  OUR: 0201407266FF  10,000,000.00
FEDWIRE CREDIT
VIA: WACHOVIA BANK BANK OF NC,NA
/053000219
B/O: W R GRACE & CO. - CONN.
COLUMBIA MD 21044-4098
REF: CHASE NYC/CTR/BNF=W.R. GRACE A

JPMorgan Chase Bank

**JPMorganChase**

TS

Statement of Account

In US Dollars

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No: 018-001257
Statement Start Date: 18 SEP 2003
Statement End Date: 30 SEP 2003
Statement Code: S00-USA-22
Statement No: 018

Page 5 of 17

| Ledger Date | A/Ledger Date | Value Date | P T 1 7 | Reference | Description | Credit / Debit | Date | Closing Balance / Amount |
|---|---|---|---|---|---|---|---|---|

## CREDITS (CONTINUED)

| | | | | | |
|---|---|---|---|---|---|
| 24SEP | | | | USD YOUR: O/B BKAM IL C8O OUR: 0083601267FF | ND COMPANY CAMBRIDGE MA 02140-/AC-0 0001601257 RFB=O/B WACHOVIA BK OBI =FUNDS TRANSFER FROM DAVISON LOCKBO |
| 24SEP | | | | | TMAD: 092E3QPAAIC002166 FEDWIRE CREDIT /071000039 VIA: BANK OF AMERICA B/O: W.R. GRACE & CO. CON -TREASURY COLUMBIA MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0001601257 RFB=O/B BKAM IL C8O OBI =HOWT BBI=/TIME/10:41 |
| | | 1,268,777.67 | | | |
| 24SEP | | | | USD YOUR: O/B WACHOVIA BK OUR: 0084213267FF | TMAD: 092461OF6Y2C000319 FEDWIRE CREDIT VIA: WACHOVIA BANK OF NC,NA /053000219 B/O: W R GRACE & CO. - CONN. COLUMBIA MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0001601257 RFB=O/B WACHOVIA BK OBI =FUNDS TRANSFER FROM DAVISON LOCKBO |
| | | 1,278,334.00 | | | |
| 24SEP | | | | USD YOUR: MAESTRO OUR: 0304607267FF | TMAD: 092E3QPAAIC001182 FEDWIRE CREDIT VIA: STATE STREET BANK & TRUST COMP /011000028 B/O: W R GRACE & CO - CONN COLUMBIA MD 21044-4029 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0001601257 RFB=MAESTRO OBI=FUND-31 8-P 1-S 1 ML PREMIER FUND BBI=/TIME |
| | | 6,900,000.00 | | | |
| 25SEP | | | | USD YOUR: CAP OF 03/09/25 OUR: 147550026BJ0 | TMAD: 0924A10026C001586 BOOK TRANSFER CREDIT B/O: GRACE INTERNATIONAL HOLDINGS,I CAMBRIDGE MA 02140- |
| | | 67,510.30 | | | |
| 25SEP | | | | USD YOUR: O/B WACHOVIA BK OUR: 0338308268FF | REF: GIHI 3Q2003 INTEREST TO CONN FEDWIRE CREDIT VIA: WACHOVIA BANK OF NC,NA /053000219 B/O: W R GRACE & CO. - CONN. COLUMBIA MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A |
| | | 607,731.00 | | | |

JPMorgan Chase Bank

TS

Account No: 018-001257
Statement Start Date: 16 SEP 2003
Statement End Date: 30 SEP 2003
Statement Code: S00-USA-22
Statement No: 018
Page 6 of 17

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

| Ledger Date | Value Date | References | Credit / Debit | Description | Date | Closing Balance Amount |
|---|---|---|---|---|---|---|

## CREDITS CONTINUED

| 25SEP | USD YOUR: O/B BKAM IL C60  OUR: 0334408268FF | 1,041,315.01 | ND COMPANY CAMBRIDGE MA 02140-/AC-0 0001600257 RFB=O/B WACHOVIA BK OBI =FUNDS TRANSFER FROM DAVISON LOCKBO [MAD: 0925ES3QPAALC003055  FEDWIRE CREDIT /071000039 B/O: W.R. GRACE & CO. CON -TREASURY COLUMBIA MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0001600257 RFB=O/B BKAM IL C60 OBI =HQMT BBI=/TIME/14.35 [MAD: 0925610FGY2C001484 |
| 25SEP | USD YOUR: TEBC OF 03/09/25  OUR: 0846200268JB | 2,287,677.20 | BOOK TRANSFER CREDIT B/O: W R GRACE & CO (DELAWARE) CAMBRIDGE MA 02140- REF: FUNDS MOVEMENT FROM GRACE DE T O GRACE CONN |
| 25SEP | USD YOUR: CAP OF 03/09/25  OUR: 1475400268J0 | 3,303,473.80 | BOOK TRANSFER CREDIT B/O: GRACE INTERNATIONAL HOLDINGS,I CAMBRIDGE MA 02140- REF: MOVE NET FUNDS RCV'D FROM GERM ANY TO CONN |
| 25SEP | USD YOUR: TEBC OF 03/09/25  OUR: 1093500268JB | 5,658,661.30 | BOOK TRANSFER CREDIT B/O: W R GRACE & CO (DELAWARE) CAMBRIDGE MA 02140- REF: MOVE FUNDS FROM DE TO CONN |
| 25SEP | USD YOUR: 6008266125280001  OUR: 1118600268FC | 10,327,834.45 | CHIPS CREDIT VIA: BANK OF AMERICA N.A. /0959 B/O: GRACE COLLECTION INC. REF: NBNF=W.R. GRACE AND COMPANY CA MBRIDGE MA 02140-/AC-00001600257 O R0-/60083256137 GRACE COLLECTION I NC. DDB=BANK OF AMERICA NT AND SA L ONDON ENGLAND EI BDE SSN: 0066699 |
| 25SEP | USD YOUR: TEBC OF 03/09/25  OUR: 0846300268JB | 20,847,514.70 | BOOK TRANSFER CREDIT B/O: W R GRACE & CO (DELAWARE) CAMBRIDGE MA 02140- REF: GRACE DELWARE TO GRACE CONN |
| 25SEP | USD YOUR: MAESTRO  OUR: 0060507268FF | 25,000,000.00 | FEDWIRE CREDIT VIA: STATE STREET BANK & TRUST COMP |

JPMorgan Chase Bank

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE   MA   02140

Account No: 016-001257
Statement Start Date: 16 SEP 2003
Statement End Date: 30 SEP 2003
Statement Code: 500-USA-22
Statement No: 018
Page 7 of 17

| Ledger Date | Adj Ledger Date | Value Date | F/T | Reference | Credit/Debit | Description | Date | Closing Balance/Amount |
|---|---|---|---|---|---|---|---|---|

## CREDITS CONTINUED

| | | 26SEP | USD | YOUR: O/B WACHOVIA BK<br>OUR: 0218308269FF | 1,421,019.00 | /011000028<br>B/O: W R GRACE & CO - CONN<br>COLUMBIA MD 21044-4029<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0001601257 RFF=MAESTRO OBI=FUND-31<br>8-P 1-S 1 ML PREMIER FUND BBI=/TIME<br>IM/AD: 0925A1Q0026C000049 | | |
| | | 26SEP | USD | YOUR: O/B BKAM IL C60<br>OUR: 0219001269FF | 2,017,691.23 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK BANK OF NC,NA<br>/053000219<br>B/O: W R GRACE & CO. - CONN.<br>COLUMBIA MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0001601257 RFB=O/B WACHOVIA BK OBI<br>=FUNDS TRANSFER FROM DAVISON LOCKBO<br>IMAD: 0926E30PAA1C003009 | | |
| | | 26SEP | USD | YOUR: MAESTRO<br>OUR: 0347901269FF | 3,200,000.00 | FEDWIRE CREDIT<br>VIA: BANK OF AMERICA<br>/071000039<br>B/O: W.R. GRACE & CO. CON -TREASURY<br>COLUMBIA MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0001601257 RFB=O/B BKAM IL C60 OBI<br>=HOWT BBI=/TIME/13:17<br>IMAD: 0926G1QF6Y2C000763 | | |
| | | 26SEP | USD | YOUR: O/B BKAM IL C60<br>OUR: 0262508272FF | 2,039,693.44 | FEDWIRE CREDIT<br>VIA: STATE STREET BANK & TRUST COMP<br>/011000028<br>B/O: W R GRACE & CO - CONN<br>COLUMBIA MD 21044-4029<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0001601257 RFF=MAESTRO OBI=FUND-31<br>8-P 1-S 1 ML PREMIER FUND BBI=/TIME<br>IMAD: 0926A1Q0026C001515 | | |
| | | 29SEP | | | | FEDWIRE CREDIT<br>VIA: BANK OF AMERICA<br>/071000039<br>B/O: W.R. GRACE & CO. CON -TREASURY<br>COLUMBIA MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A | | |