IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | |
| W.R. GRACE | ) | CASE NO 01-1139- JKF |
| Debtor | ) | CHAPTER 11 |

## ORDER

AND NOW, this **2nd** day of **December, 2003**, **IT IS HEREBY ORDERED THAT** the **telephonic hearing** in the above-mentioned case which was scheduled originally for **12:00p.m.** on **December 15, 2003** shall now go forward at **1:00 p.m.**

**IT IS FURTHER ORDERED** that Counsel for the Debtors' shall make the necessary telephonic arrangements listing Judge Fitzgerald as the host and that Counsel for the Debtors' shall email to Rachel_Bello@deb.uscourts the dial-in information as well as a complete list of the telephonic participants not later than December 12, 2003 at Noon.

**IT IS FURTHER ORDERED** that Counsel for the Debtor shall serve a copy of this order on all parties of interest and file a Certificate of Service with the Bankruptcy Court.

*Judith K. Fitzgerald*
Judge Judith K. Fitzgerald
United States Bankruptcy Judge