IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.[1], | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objection Deadline: December 24, 2003 at 4:00 p.m. |
| | ) | Hearing Date: TBD only if necessary |

### SUMMARY OF APPLICATION OF HOLME ROBERTS & OWEN, LLP
### FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES AS
### SPECIAL COUNSEL TO W.R. GRACE & CO., ET AL., FOR
### THE INTERIM PERIOD FROM OCTOBER 1, 2003 THROUGH OCTOBER 31, 2003

Name of Applicant:       Holme Roberts & Owen, LLP

Authorized to Provide Professional Services to:    W.R. Grace & Co., et al., Debtors and
                                                    Debtors-in Possession

Dated of Retention Order: July 18, 2001, nunc pro tunc April 2, 2001.

Period for Which Compensation and Reimbursement is Sought:    October 1, 2003 through October 31, 2003

Amount of Compensation Sought as Actual, Reasonable and Necessary:    $4,364.40 (80% of $5,455.50)

Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary:  $737.89

This is a __X__ monthly  _____ quarterly  __X__ interim  _____ final application

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

#965322 v1

Prior Applications filed:

| Date Filed | Period Covered | Requested | | Approved | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| 11/07/01 | 04/02/01- 09/30/01 | $285,970.50 | $47,668.25 | Approved | Approved |
| 12/01/01 | 10/01/01 - 10/31/01 | $113,986.00 | $11,562.02 | Approved | Approved |
| 12/28/01 | 11/01/01 - 11/30/01 | $136,572.00 | $23,863.64 | Approved | Approved |
| 02/11/02 | 12/01/01 - 12/31/01 | $191,787.00 | $41,142.65 | Approved | Approved |
| 03/01/02 | 10/01/01 - 12/31/01 | $442,631.50 | $74,769.32 | Approved | Approved |
| 03/18/02 | 01/01/02 - 01/31/02 | $290,461.00 | $44,278.12 | Approved | Approved |
| 04/06/02 | 02/01/02 - 02/28/02 | $306,124.80 | $54,631.99 | Approved | Approved |
| 05/01/02 | 03/01/02 - 03/31/02 | $340,038.50 | $40,074.40 | Approved | Approved |
| 06/04/02 | 04/01/02 - 04/30/02 | $384,156.00 | $43,551.56 | Approved | Approved |
| 06/05/02 | 01/01/02 - 03/31/02 | $1,015,155.50 | $136,984.52 | Approved | Approved |
| 07/12/02 | 05/01/02 - 05/31/02 | $445,180.40 | $54,453.03 | Approved | Approved |
| 08/14/02 | 06/01/02 - 06/30/02 | $448,780.00 | $60,518.33 | Approved | Approved |
| 08/16/02 | 04/01/02 - 06/30/02 | $1,429,411.50 | $158,522.92 | Approved | Approved |
| 09/11/02 | 07/01/02 - 07/31/02 | $477,335.25 | $22,841.16 | Approved | Approved |
| 10/21/02 | 08/01/02 - 08/31/02 | $846,679.50 | $47,900.46 | Approved | Approved |
| 11/04/02 | 09/01/02 - 09/30/02 | $726,025.00 | $50,880.25 | Approved | Approved |
| 11/08/02 | 07/01/02 - 09/30/02 | $2,050,039.75 | $121,621.87 | Approved | Approved |
| 11/27/02 | 10/01/02 - 10/31/02 | $836,752.50 | $52,601.40 | Approved | Approved |

| 01/02/03 | 11/01/02 - 11/30/02 | $572,956.50 | $23,357.78 | Approved | Approved |
| --- | --- | --- | --- | --- | --- |
| 02/04/03 | 12/01/02 - 12/31/02 | $592,179.50 | $79,263.22 | Approved | Approved |
| 02/12/03 | 10/01/02 - 12/31/02 | $2,002,888.50 | $155,222.40 | Approved | Approved |
| 03/04/03 | 01/01/03 - 01/31/03 | $249,506.00 | $40,504.47 | Approved | Approved |
| 03/27/03 | 02/01/03 - 02/28/03 | $146,673.50 | $5,201.50 | Approved | Approved |
| 04/22/03 | 03/01/03 - 03/31/03 | $123,016.50 | $7,708.61 | Approved | Approved |
| 05/07/03 | 01/01/03 - 03/31/03 | $519,196.00 | $53,414.58 | Approved | Approved |
| 05/30/03 | 04/01/03 - 04/30/01 | $172,134.00 | $18,283.69 | Pending | Pending |
| 06/18/03 | 05/01/03 - 05/31/03 | $22,061.50 | $2,200.41 | Pending | Pending |
| 08/11/03 | 06/01/03 - 06/30/03 | $8,277.50 | $3,147.12 | Pending | Pending |
| 08/11/03 | 04/01/03 - 06/30/03 | $202,473.00 | $23,631.22 | Pending | Pending |
| 09/05/03 | 07/01/03 - 07/31/03 | $36,800.50 | $486.72 | Pending | Pending |
| 10/03/03 | 08/01/03 - 08/31/03 | $30,753.50 | $1,505.46 | Pending | Pending |
| 10/27/03 | 09/01/03 - 09/30/03 | $44,138.00 | $3,187.45 | Pending | Pending |

The HRO attorneys who rendered professionals services in these cases during the Fee Period are:

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
| --- | --- | --- | --- | --- | --- |
| Kenneth W. Lund | Partner | Environmental | $350.00 | 3.8 | $1,330.00 |
| Elizabeth Flaagan | Partner | Bankruptcy | $275.00 | 0.7 | $192.50 |
| Katheryn Coggon | Sp. Counsel | Environmental | $275.00 | 9.5 | $2,612.50 |
| **TOTAL** | | | | **14.00** | **$4,135.00** |

The HRO paraprofessionals who rendered professional service in these cases during the Fee Period are:

#965322 v1

3

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Natalie Tognetti | Paralegal | Environmental | $110.00 | 8.7 | $957.00 |
| Ann Carroll | Paralegal | Environmental | $100.00 | 0.8 | $80.00 |
| Susan Haag | Paralegal | Bankruptcy | $105.00 | 2.7 | $283.50 |
| TOTAL | | | | 12.2 | $1,320.50 |

Summary of expenses incurred on behalf of the Debtors in these cases during the Fee Period:

| Description | October |
|---|---|
| Photocopies | $374.10 |
| Parking | $0.00 |
| Facsimiles | $0.00 |
| Long Distance Telephone | $2.86 |
| Outside Courier | $13.05 |
| Travel Expense | $0.00 |
| Federal Express | $70.98 |
| Lexis | $0.00 |
| Professional Services | $0.00 |
| Tab Stock | $0.10 |
| Westlaw | $0.00 |
| Other Expenses | $276.80 |
| Outside Reproduction | $0.00 |
| Research Services | $0.00 |
| | |
| TOTALS | $737.89 |

Dated: November 17, 2003.

HOLME ROBERTS & OWEN, LLP

By: *Elizabeth K. Flaagan* (signature)
Elizabeth K. Flaagan, Esq. (Colo. #22604)
1700 Lincoln Street, Suite 4100
Denver, Colorado 80203
(303) 861-7000

#965322 v1

4