# **<u>Exhibit A</u>**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.[1], | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objection Deadline: December 24, 2003 at 4:00 |
| | ) | p.m. Hearing Date: TBD only if necessary |
| | ) | |

**FEE DETAIL FOR HOLME ROBERTS & OWEN, LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD OF OCTOBER 1, 2003 THROUGH OCTOBER 31, 2003**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

#965332 v1

**Matter 00300 - Libby, Montana Asbestos Litigation**

| Description | TOTAL |
|---|---|
| Parking | $ - |
| Photocopies | $ - |
| Facsimiles | $ - |
| Long Distance Telephone | $ 0.56 |
| Outside Courier | $ 6.55 |
| Lexis | $ - |
| Travel Expense | $ - |
| Outside Reproduction | $ - |
| Federal Express | $ - |
| Research Service | $ - |
| Velo Binding | $ - |
| Other Expense | $ 196.80 |
| Color Copies | $ - |
| **Total** | **$ 203.91** |

Holme Roberts & Owen LLP

November 13, 2003

W.R. Grace

Page 8
Invoice No.: 649383
Client No.: 04339
Matter No.: 00300

**Regarding: Libby, Montana Asbestos**

## Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 09/15/03 | | Outside Courier: VENDOR: Quicksilver Express Courier; INVOICE#: 7193242; DATE: 9/15/2003 - Courier, Acct. HO7068. 09-04; United States EPA | $ 6.55 |
| 09/30/03 | | Other Expense: VENDOR: Iron Mountain; INVOICE#: JO17443; DATE: 9/30/2003 - Document Storage - September 2003 | 196.80 |
| 10/24/03 | | Long Distance Telephone: 6174265900, 2 Mins., TranTime:10:49 | 0.13 |
| 10/24/03 | | Long Distance Telephone: 6175423025, 1 Mins., TranTime:10:50 | 0.03 |
| 10/27/03 | | Long Distance Telephone: 6175423025, 4 Mins., TranTime:12:6 | 0.40 |
| | | **Total Disbursements:** | **$ 203.91** |

## Disbursement Summary

| | | |
|---|---|---|
| Long Distance Telephone | $ | 0.56 |
| Outside Courier | | 6.55 |
| Other Expense | | 196.80 |
| **Total Disbursements:** | **$** | **203.91** |

## Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 612649 | 10/30/02 | Bill | 7,504.74 |
| | 12/16/02 | Cash Receipt | -6,409.54 |

**Matter 00302 - Defense of Cost Recovery Action**

| Description | TOTAL |
|---|---|
| Parking | $ - |
| Photocopies | $ 1.20 |
| Facsimiles | $ - |
| Long Distance Telephone | $ - |
| Outside Courier | $ - |
| Travel Expense | $ - |
| Federal Express | $ 9.10 |
| Other Meal Expenses | $ - |
| Lexis | $ - |
| Westlaw | $ - |
| Outside Reproduction | $ - |
| Other Expenses | $ - |
| Tab Stock | $ - |
| Color Copies | $ - |
| **Total** | **$ 10.30** |

Holme Roberts & Owen LLP

November 13, 2003

W.R. Grace

Page 13
Invoice No.: 649383
Client No.: 04339
Matter No.: 00302

**Regarding: Libby - Cost Recovery Case**

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 10/06/03 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 4-914-15073; DATE: 10/6/2003 - Courier, Acct. 0802-0410-8. 09-26; Lisa Driscoll Missoula, Mt | $ 9.10 |
| 10/21/03 | 6 | Photocopy | 0.90 |
| 10/30/03 | 2 | Photocopy | 0.30 |
| | | **Total Disbursements:** | **$ 10.30** |

### Disbursement Summary

| | | |
|---|---|---|
| Photocopy | $ | 1.20 |
| Federal Express | | 9.10 |
| **Total Disbursements:** | **$** | **10.30** |

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 612649 | 10/30/02 | Bill | 612,312.75 |
| | 12/16/02 | Cash Receipt | -497,942.35 |
| | 12/23/02 | Cash Receipt | -11,344.12 |
| | 04/14/03 | Cash Receipt Cancellation | 11,344.12 |
| | | *Outstanding Balance on Invoice 612649:* | *$ 114,370.40* |

**Matter 00390 - Bankruptcy Matters**

| Name | Position | Hourly Rate | October | Total Comp |
|---|---|---|---|---|
| Flaagan, Elizabeth K. | Partner | $ 275.00 | 0.7 | $ 192.50 |
| Haag, Susan | Paralegal | $ 105.00 | 2.7 | $ 283.50 |
| | | | | |
| **Total** | | | **3.40** | $ **476.00** |

Expenses

**Matter 00390 - Bankruptcy Matters**

| Description | TOTAL |
|---|---|
| Photocopies | $ 10.50 |
| Facsimiles | $ - |
| Long Distance Telephone | $ - |
| Federal Express | $ 10.11 |
| Tab Stock | $ - |
| Lexis | $ - |
| Westlaw | $ - |
| Postage | $ - |
| Research Services | $ - |
| Professional Services | $ - |
| **Total** | **$ 20.61** |

Holme Roberts & Owen LLP

November 13, 2003

W.R. Grace
Page 25
Invoice No.: 649383
Client No.: 04339
Matter No.: 00390

**Regarding: Bankruptcy Matters**

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 10/13/03 | EKF | Review and revise September fee invoices (.50). | 0.50 | $ 137.50 |
| 10/17/03 | SH | Calculate and draft September fee application. | 2.10 | 220.50 |
| 10/20/03 | EKF | Review and finalize September fee application (.20). | 0.20 | 55.00 |
| 10/21/03 | SH | Compile and file September fee application. | 0.60 | 63.00 |
| | | **Total Fees Through October 31, 2003:** | **3.40** | **$ 476.00** |

### Timekeeper Rate Summary

| Initials | Name | Position | Rate | Hours | Value |
|---|---|---|---|---|---|
| EKF | Elizabeth Flaagan | Partner | $ 275.00 | 0.70 | $ 192.50 |
| SH | Susan Haag | Paralegal | 105.00 | 2.70 | 283.50 |
| | | **Total Fees:** | | **3.40** | **$ 476.00** |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 10/06/03 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 4-914-15073; DATE: 10/6/2003 - Courier, Acct. 0802-0410-8. 09-30; William Weller Wilmington, De | $ 10.11 |
| 10/21/03 | 70 | Photocopy | 10.50 |
| | | **Total Disbursements:** | **$ 20.61** |

Holme Roberts & Owen LLP

November 13, 2003

W.R. Grace

Page             26
Invoice No.:   649383
Client No.:    04339
Matter No.:    00390

**Disbursement Summary**

| | | |
|---|---|---:|
| Photocopy | $ | 10.50 |
| Federal Express | | 10.11 |
| **Total Disbursements:** | **$** | **20.61** |

**Accounts Receivable Detail**

| Invoice | Date | Description | | Amount |
|---|---|---|---|---:|
| 612649 | 10/30/02 | Bill | | 6,832.32 |
| | 12/16/02 | Cash Receipt | | -5,498.82 |
| | 12/23/02 | Cash Receipt | | -132.27 |
| | 04/14/03 | Cash Receipt Cancellation | | 132.27 |
| | *Outstanding Balance on Invoice 612649:* | | $ | *1,333.50* |
| 621058 | 01/31/03 | Bill | | 3,749.68 |
| | 04/11/03 | Cash Receipt | | -3,425.88 |
| | 04/14/03 | Cash Receipt | | -3,425.88 |
| | 04/14/03 | Cash Receipt Cancellation | | 3,425.88 |
| | 09/05/03 | Cash Receipt | | -316.51 |
| | *Outstanding Balance on Invoice 621058:* | | $ | *7.29* |
| 628890 | 04/16/03 | Bill | | 3,900.58 |
| | 06/16/03 | Cash Receipt | | -3,198.68 |
| | 10/02/03 | Cash Receipt | | -698.90 |
| | *Outstanding Balance on Invoice 628890:* | | $ | *3.00* |

### Matter 00420 - Ninth Circuit Appeal

| Name | Position | Hourly Rate | October | Total Comp |
|---|---|---|---|---|
| Lund, Kenneth | Partner | $ 350.00 | 3.8 | $ 1,330.00 |
| Coggon, Katheryn | Special Counsel | $ 275.00 | 9.5 | $ 2,612.50 |
| Carroll, Ann | Paralegal | $ 100.00 | 0.8 | $ 80.00 |
| Tognetti, Natalie | Paralegal | $ 110.00 | 8.7 | $ 957.00 |
| | | | | |
| Total | | | 22.80 | $ 4,979.50 |

**Matter 00420 - Ninth Circuit Appeal**

| Description | TOTAL |
|---|---|
| Parking | $ - |
| Photocopies | $ 362.40 |
| Facsimile | $ - |
| Long Distance Telephone | $ 2.30 |
| Federal Express | $ 51.77 |
| Outside Courier | $ 6.50 |
| Lexis | $ - |
| Westlaw | $ - |
| Meal Expenses | $ - |
| Other Expenses | $ 80.00 |
| Tab Stock | $ 0.10 |
| Velo Binding | $ - |
| **Total** | **$ 503.07** |

Holme Roberts & Owen LLP

November 13, 2003

W.R. Grace

| | |
|---|---|
| Page | 32 |
| Invoice No.: | 649383 |
| Client No.: | 04339 |
| Matter No.: | 00420 |

**Regarding: Ninth Circuit Appeal**

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 10/10/03 | KJC | Telephone conference with C. Landau and follow up re issues on appeal and documents to assist in preparation of appeal papers (1.0). | 1.00 | $ 275.00 |
| 10/10/03 | AEC | Locate and compile Access Case documents for Kirkland & Ellis (0.80). | 0.80 | 80.00 |
| 10/13/03 | KJC | Email exchange with C. Landau and B. McGurk re appeal (0.3); locate and compile certain documents relevant to the appeal (0.4). | 0.70 | 192.50 |
| 10/14/03 | KJC | Email exchange with B. McGurk re appeal procedures (0.3); telephone conference with R. Emmett re appeal representation (0.2); review requirements for notice of appeal including representation statement and civil appeals docketing statement (0.9). | 1.40 | 385.00 |
| 10/17/03 | KJC | Email exchange re motion for admission to 9th circuit for B. McGurk and KWLund (0.3). | 0.30 | 82.50 |
| 10/20/03 | KJC | Telephone conference with B. McGurk re notice of appeal filing (0.30); telephone conference with W. Corcoran re chronology work (0.20); research and assign tasks re chronology work (0.40). | 0.90 | 247.50 |
| 10/21/03 | KJC | Email exchange with B. McGurk re appeal (0.80); address filing requirements and notice of appeal issues (1.80); address issues and questions re chronology work (0.30). | 2.90 | 797.50 |
| 10/21/03 | NKT | Search LotusNotes database for documents re federal government inspections of Grace facilities in Libby from 1963-mid 1999 (4.00); review W.R. Grace Vermiculite Detailed Chronology for information re inspections (1.20). | 5.20 | 572.00 |

Holme Roberts & Owen LLP

November 13, 2003

| | |
|---|---|
| W.R. Grace | Page 33 |
| | Invoice No.: 649383 |
| | Client No.: 04339 |
| | Matter No.: 00420 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 10/22/03 | KJC | Address filing issues and prepare Notice and accompanying documents (1.30). | 1.30 | 357.50 |
| 10/22/03 | NKT | Continue to research WR Grace Historical documents for material re federal government inspections of Libby Grace facilities 1963-mid 1999. | 3.50 | 385.00 |
| 10/23/03 | KJC | Email re status of filing (0.30); address issues re motions for admission (0.20). | 0.50 | 137.50 |
| 10/28/03 | KWL | Review 9th Circuit case law re cost recovery cases (1.80); telephone conference with Bill Corcoran re same (.30); review 9th circuit notice of appeal (1.50); telephone conference with Gary Graham re district court procedure (.20). | 3.80 | 1,330.00 |
| 10/28/03 | KJC | Email exchange with B. McGurk re attic fill as an issue (0.30). | 0.30 | 82.50 |
| 10/29/03 | KJC | Telephone conference with J. Freeman re transcript designation (0.20). | 0.20 | 55.00 |
| | | **Total Fees Through October 31, 2003:** | **22.80** | **$ 4,979.50** |

**Timekeeper Rate Summary**

| Initials | Name | Position | Rate | Hours | Value |
|---|---|---|---|---|---|
| KWL | Kenneth W. Lund | Partner | $ 350.00 | 3.80 | $ 1,330.00 |
| KJC | Katheryn J. Coggon | Special Counsel | 275.00 | 9.50 | 2,612.50 |
| NKT | Natalie Tognetti | Paralegal | 110.00 | 8.70 | 957.00 |
| AEC | Ann E. Carroll | Paralegal | 100.00 | 0.80 | 80.00 |
| | | **Total Fees:** | | **22.80** | **$ 4,979.50** |

Holme Roberts & Owen LLP

November 13, 2003

W.R. Grace

Page          34
Invoice No.:  649383
Client  No.:  04339
Matter  No.:  00420

## Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 10/08/03 | | Long Distance Telephone: 2028795219, 1 Mins., TranTime:16:5 | $ 0.10 |
| 10/10/03 | 301 | Photocopy | 45.15 |
| 10/13/03 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 4-914-58818; DATE: 10/13/2003 - Courier, Acct. 0802-0410-8. 10-08; Will Zerhouni Washington, DC | 16.17 |
| 10/14/03 | | Long Distance Telephone: 4105314751, 4 Mins., TranTime:10:32 | 0.30 |
| 10/17/03 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 4-914-97302; DATE: 10/17/2003 - Courier, Acct. 0802-0410-8. 10-10; Robert Emmett Columbia, Md | 19.43 |
| 10/17/03 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 4-914-97302; DATE: 10/17/2003 - Courier, Acct. 0802-0410-8. 10-10; Chris Landau Washington, DC | 16.17 |
| 10/20/03 | | Long Distance Telephone: 2028795943, 5 Mins., TranTime:16:42 | 0.50 |
| 10/22/03 | | Long Distance Telephone: 4065232543, 4 Mins., TranTime:9:56 | 0.40 |
| 10/22/03 | | Other Expense: VENDOR: Clerk of the U.S. Court of Appeals; INVOICE#: 102203; DATE: 10/22/2003 - Admission of Katheryn Coggon and Ken Lund to the Ninth Circuit | 80.00 |
| 10/22/03 | 5 | Photocopy | 0.75 |
| 10/22/03 | 2,106 | Photocopy | 315.90 |
| 10/22/03 | 2 | Tab Stock | 0.10 |
| 10/23/03 | | Long Distance Telephone: 2028795943, 10 Mins., TranTime:10:31 | 0.90 |
| 10/23/03 | 2 | Photocopy | 0.30 |
| 10/24/03 | | Long Distance Telephone: 4065232500, 2 Mins., TranTime:11:31 | 0.10 |
| 10/24/03 | 1 | Outside Courier | 6.50 |
| 10/29/03 | 2 | Photocopy | 0.30 |

**Total Disbursements:** $ 503.07

Holme Roberts & Owen LLP

November 13, 2003

W.R. Grace

Page 35
Invoice No.: 649383
Client No.: 04339
Matter No.: 00420

**Disbursement Summary**

| | | |
|---|---:|---:|
| Photocopy | $ | 362.40 |
| Long Distance Telephone | | 2.30 |
| Outside Courier | | 6.50 |
| Federal Express | | 51.77 |
| Other Expense | | 80.00 |
| Tab Stock | | 0.10 |
| **Total Disbursements:** | **$** | **503.07** |

**Accounts Receivable Detail**

| Invoice | Date | Description | Amount |
|---|---|---|---:|
| 641124 | 08/18/03 | Bill | 21,356.50 |
| | 11/03/03 | Cash Receipt | -17,085.20 |
| | | *Outstanding Balance on Invoice 641124:* | *$ 4,271.30* |
| 644977 | 09/25/03 | Bill | 28,438.91 |
| | | *Outstanding Balance on Invoice 644977:* | *$ 28,438.91* |
| 646528 | 10/15/03 | Bill | 39,193.49 |
| | | *Outstanding Balance on Invoice 646528:* | *$ 39,193.49* |

| | |
|---|---:|
| **Total Outstanding Invoices:** | **$ 71,903.70** |
| **Trust Applied to Matter** | **$ 0.00** |
| **Current Fees and Disbursements** | **$ 5,482.57** |
| **Total Balance Due This Matter** | **$ 77,386.27** |