IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Deadline: December 23, 2003 at 4:00 p.m.**
**Hearing Date: to be scheduled if necessary**

## FEE DETAIL FOR PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB P.C.'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM OCTOBER 1, 2003 THROUGH OCTOBER 31, 2003

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

# PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB P.C.

10100  Santa Monica Boulevard
11th Floor
Los Angeles, CA 90067

October 31, 2003

Invoice Number  **58590**          **91100**  **00001**          **SEM**

David B. Siegel, Esquire
W.R. Grace and Co.
7500 Grace Drive
Columbia , MD 21044

| | |
|---|---:|
| Balance forward as of last invoice, dated:   September 30, 2003 | $208,386.75 |
| Payments received since last invoice, last payment received --   November 4, 2003 | $27,211.75 |
| Net balance forward | $181,175.00 |

Re:  W.R. Grace and Co.

**Statement of Professional Services Rendered Through**          **10/31/2003**

| | | | **Hours** | **Rate** | **Amount** |
|---|---|---|---:|---:|---:|
| | | **ASSET DISPOSITION [B130]** | | | |
| 10/02/03 | PAG | Telephone conference with C. Lane regarding certificate of no objection for motion to extend 365(d)(4) deadline | 0.10 | 235.00 | $23.50 |
| 10/02/03 | PEC | Draft Certificate of No Objection Regarding Debtor's Motion Extending time to Assign Unexpired Residential Real Property Leases and Certification of Services (.4); Prepare for filing and service (.4) | 0.80 | 130.00 | $104.00 |
| | | **Task Code Total** | **0.90** | | **$127.50** |
| | | **CASE ADMINISTRATION [B110]** | | | |
| 10/01/03 | RMO | Maintain Document Control | 0.50 | 70.00 | $35.00 |
| 10/02/03 | PAG | Exchange email with J. Butcher regarding request for service list changes | 0.10 | 235.00 | $23.50 |
| 10/02/03 | DCC | Maintain document control. | 1.00 | 70.00 | $70.00 |
| 10/02/03 | PEC | Update critical dates memo | 0.80 | 130.00 | $104.00 |
| 10/02/03 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 130.00 | $39.00 |
| 10/02/03 | PEC | Respond to various requests for updated 2002 service list | 0.30 | 130.00 | $39.00 |
| 10/02/03 | PEC | Return calls to various creditors regarding case status | 0.30 | 130.00 | $39.00 |
| 10/03/03 | DCC | Maintain document control. | 3.20 | 70.00 | $224.00 |
| 10/03/03 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.40 | 130.00 | $52.00 |
| 10/03/03 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.80 | 130.00 | $104.00 |
| 10/04/03 | DCC | Maintain document control. | 3.00 | 70.00 | $210.00 |
| 10/06/03 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties. | 0.20 | 130.00 | $26.00 |
| 10/06/03 | PEC | Update critical dates memo | 0.40 | 130.00 | $52.00 |

| 10/09/03 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.20 | 130.00 | $26.00 |
|---|---|---|---|---|---|
| 10/09/03 | PEC | Review docket | 0.20 | 130.00 | $26.00 |
| 10/09/03 | PEC | Review and update critical dates | 0.50 | 130.00 | $65.00 |
| 10/09/03 | PEC | Discuss various open issues with Paula Galbraith | 0.30 | 130.00 | $39.00 |
| 10/09/03 | PAG | Conference with D. Carickhoff and S. McFarland regarding case status and outstanding matters | 0.80 | 235.00 | $188.00 |
| 10/10/03 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 130.00 | $39.00 |
| 10/10/03 | PEC | Review docket for updates | 0.20 | 130.00 | $26.00 |
| 10/10/03 | PEC | Update critical dates memo | 1.10 | 130.00 | $143.00 |
| 10/13/03 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 130.00 | $39.00 |
| 10/13/03 | PEC | Revise and review Notice of Agenda for 10/27/01 hearing | 0.60 | 130.00 | $78.00 |
| 10/13/03 | PEC | Update critical dates memo | 1.00 | 130.00 | $130.00 |
| 10/13/03 | PEC | Review docket | 0.30 | 130.00 | $39.00 |
| 10/14/03 | SLP | Maintain document control. | 3.30 | 65.00 | $214.50 |
| 10/14/03 | PEC | Update critical dates memo | 1.20 | 130.00 | $156.00 |
| 10/14/03 | PEC | Review docket | 0.20 | 130.00 | $26.00 |
| 10/14/03 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.40 | 130.00 | $52.00 |
| 10/15/03 | SLP | Maintain document control. | 2.30 | 65.00 | $149.50 |
| 10/15/03 | PEC | Review daily correspondence and pleadings and forward to the appropriate individuals | 0.30 | 130.00 | $39.00 |
| 10/15/03 | PEC | Review docket | 0.20 | 130.00 | $26.00 |
| 10/15/03 | PEC | Update critical dates and circulate | 1.10 | 130.00 | $143.00 |
| 10/15/03 | PEC | Return calls to various creditors regarding case status | 0.80 | 130.00 | $104.00 |
| 10/16/03 | SLP | Maintain document control. | 3.30 | 65.00 | $214.50 |
| 10/16/03 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 130.00 | $39.00 |
| 10/16/03 | PEC | Review docket | 0.20 | 130.00 | $26.00 |
| 10/16/03 | PEC | Return calls to various parties regarding case status | 0.80 | 130.00 | $104.00 |
| 10/16/03 | PEC | Update critical dates memo | 0.60 | 130.00 | $78.00 |
| 10/17/03 | SLP | Maintain document control. | 3.00 | 65.00 | $195.00 |
| 10/17/03 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.40 | 130.00 | $52.00 |
| 10/17/03 | PEC | Update critical dates memo | 0.80 | 130.00 | $104.00 |
| 10/18/03 | AXC | Maintain document control. | 3.00 | 40.00 | $120.00 |
| 10/20/03 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 130.00 | $39.00 |
| 10/20/03 | PEC | Update critical dates memo | 0.60 | 130.00 | $78.00 |
| 10/20/03 | PEC | Review docket | 0.30 | 130.00 | $39.00 |
| 10/20/03 | PEC | Return calls to creditors regarding case status | 0.50 | 130.00 | $65.00 |
| 10/21/03 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 130.00 | $39.00 |
| 10/21/03 | PEC | Update critical dates memo | 1.00 | 130.00 | $130.00 |
| 10/21/03 | PEC | Review docket for [Signed] Order Appointing a Trustee for W.R. Grace & Co. and Other Debtors Pursuant to 11 U.S. C. Section 11 04(a) (.5); Various telephone calls to Marlene Chappe regarding  [Signed] Order Appointing a Trustee for W.R. Grace & Co. and Other Debtors Pursuant to 11 U.S. C. Section 11 04(a) (.4) | 0.90 | 130.00 | $117.00 |
| 10/21/03 | PEC | Review docket | 0.20 | 130.00 | $26.00 |
| 10/22/03 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.20 | 130.00 | $26.00 |
| 10/22/03 | PEC | Update critical dates memo | 0.60 | 130.00 | $78.00 |
| 10/22/03 | PEC | Review docket | 0.30 | 130.00 | $39.00 |
| 10/23/03 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.20 | 130.00 | $26.00 |
| 10/23/03 | PEC | Update critical dates memo | 0.60 | 130.00 | $78.00 |
| 10/24/03 | PEC | Review daily correspondence and pleadings and forward to | 0.30 | 130.00 | $39.00 |

| | | the appropriate parties | | | |
|---|---|---|---|---|---|
| 10/24/03 | PEC | Update critical dates memo | 0.80 | 130.00 | $104.00 |
| 10/24/03 | PEC | Review docket for updates | 0.20 | 130.00 | $26.00 |
| 10/24/03 | PEC | Draft Amended Notice of Agenda for 10/27/03 hearing and Certificate of Service (.6); File and serve (.6) | 1.20 | 130.00 | $156.00 |
| 10/27/03 | RMO | Maintain document control. | 0.50 | 70.00 | $35.00 |
| 10/27/03 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 130.00 | $39.00 |
| 10/27/03 | PEC | Update critical dates memo | 0.60 | 130.00 | $78.00 |
| 10/27/03 | PEC | Return calls to creditors regarding case status | 0.50 | 130.00 | $65.00 |
| 10/28/03 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 130.00 | $39.00 |
| 10/28/03 | PEC | Revise and review critical dates memo | 0.40 | 130.00 | $52.00 |
| 10/28/03 | PEC | Review docket | 0.20 | 130.00 | $26.00 |
| 10/28/03 | PEC | Return calls to various creditors regarding case status | 0.60 | 130.00 | $78.00 |
| 10/29/03 | SLP | Maintain document control. | 3.00 | 65.00 | $195.00 |
| 10/29/03 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.20 | 130.00 | $26.00 |
| 10/29/03 | PEC | Update critical dates memo | 0.40 | 130.00 | $52.00 |
| 10/30/03 | SLP | Maintain document control. | 2.00 | 65.00 | $130.00 |
| 10/30/03 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 130.00 | $39.00 |
| 10/30/03 | PEC | Update critical dates memo | 0.30 | 130.00 | $39.00 |
| 10/31/03 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 130.00 | $39.00 |
| 10/31/03 | PEC | Update critical dates memo | 1.30 | 130.00 | $169.00 |
| 10/31/03 | DWC | Review Monthly Operating Report for September. | 0.40 | 300.00 | $120.00 |
| | | **Task Code Total** | **59.40** | | **$6,024.00** |

**WRG CLAIM ANALYSIS NONASBESTOS**

| | | | | | |
|---|---|---|---|---|---|
| 10/10/03 | PAG | Telephone call from S. Herschaft regarding filing of notice of errata for bar date notice and follow up on same | 0.20 | 235.00 | $47.00 |
| 10/13/03 | DWC | Review draft agenda and schedule re: continued claims. | 0.40 | 300.00 | $120.00 |
| 10/13/03 | MSC | Correspondence to all parties on the Agenda recipient list, enclosing copy of Draft Notice of Agenda of Matters Scheduled for Hearing On October 27, 2003 | 0.10 | 125.00 | $12.50 |
| 10/14/03 | DWC | Review draft certificates of no objection re: Sarbanes Oxley advisors; Fresinius settlement motion and NY tax settlement motion. | 0.30 | 300.00 | $90.00 |
| 10/14/03 | MSC | Telephone call from and correspondence to William Sparks (Grace) requesting copy of updated chart for October 27, 2003 hearing | 0.10 | 125.00 | $12.50 |
| 10/17/03 | DWC | Review and execute CNO re: 8th claim settlement notice. | 0.10 | 300.00 | $30.00 |
| 10/17/03 | PEC | Draft Certificate of No Objection regarding Debtor's 8th Claim Settlement Notice and Affidavit of Service (.5); Prepare for service (.1) | 0.60 | 130.00 | $78.00 |
| 10/25/03 | DWC | Review motion for reconsideration of claim and email P. Cuniff re: same. | 0.30 | 300.00 | $90.00 |
| 10/31/03 | DWC | Draft email re: continuation order on 2nd Omnibus Claims Objection and service thereof. | 0.20 | 300.00 | $60.00 |
| | | **Task Code Total** | **2.30** | | **$540.00** |

**WRG- EMPLOY. APP. , OTHERS**

| | | | | | |
|---|---|---|---|---|---|
| 10/03/03 | PAG | Review and revise supplement to State Street retention application and prepare same for filing and service | 0.60 | 235.00 | $141.00 |

| 10/09/03 | PAG | Telephone conference with P. Cuniff regarding service of State Street supplement | 0.10 | 235.00 | $23.50 |
| 10/09/03 | PEC | Serve Supplement Application regarding Retainment of State Street Bank of various partes (.3); Draft Supplemental Affidavit of Service and prepare for filing (.2) | 0.50 | 130.00 | $65.00 |
| 10/13/03 | DWC | Review and revise Application to appoint a future claimants' representative. | 1.60 | 300.00 | $480.00 |
| 10/13/03 | DWC | Review and revise motion to authorize motion to enter into employment contract wiht Chief Operating Officer. | 1.60 | 300.00 | $480.00 |
| 10/13/03 | MSC | Draft Notice of Application Of Debtors Pursuant To 11 U.S.C. Sections 105, 327 and 524(g)(4)(B)(i), For The Appointment Of C. Judson Hamlin As Legal Representative For Future Claimants | 0.40 | 125.00 | $50.00 |
| 10/14/03 | PEC | Draft Certificate of No Objection Regarding Application of the Debtors for Entry of an Order Authorizing the Employment and Retention of Protivite LLP as Sarbanes Oxley Compliance Advisors to the Debtors Nunc Pro Tunc to June 30, 2003 (.5); Draft Certificate of Service (.1) | 0.60 | 130.00 | $78.00 |
| 10/29/03 | DWC | Review objection of unofficial committee to futures rep and review notices of deposition in connection with same; emails to co-counsel re: same. | 0.90 | 300.00 | $270.00 |
| 10/31/03 | DWC | Review US Trustee objection to appointment of Futures Rep. | 0.20 | 300.00 | $60.00 |
| 10/31/03 | DWC | Review Creditors' Committee objection to Fututres Rep application. | 0.40 | 300.00 | $120.00 |
| | **Task Code Total** | | **6.90** | | **$1,767.50** |

**WRG-FEE APPS., APPLICANT**

| 10/01/03 | LAG | Email and telephone conference regarding issues and timing of fee application | 0.20 | 135.00 | $27.00 |
| 10/01/03 | LAG | Review administrative order, allowed fees, and scheduling regarding status of interim fee application | 0.20 | 135.00 | $27.00 |
| 10/02/03 | PAG | Review July electronic invoices for fee auditor | 0.10 | 235.00 | $23.50 |
| 10/03/03 | WLR | Review correspondence from Paula A. Galbraith regarding August 2003 fee application. | 0.10 | 375.00 | $37.50 |
| 10/03/03 | PAG | Review August bill and follow-up on questions regarding same | 1.00 | 235.00 | $235.00 |
| 10/03/03 | PAG | Draft email to W. Ramseyer regarding edits to fee detail | 0.20 | 235.00 | $47.00 |
| 10/07/03 | WLR | Review correspondence to Liliana Gardiazabal regarding August 2003 fee application. | 0.10 | 375.00 | $37.50 |
| 10/08/03 | PAG | Review support for August expenses | 0.10 | 235.00 | $23.50 |
| 10/08/03 | WLR | Review correspondence from Paula A. Galbraith (.1) and comments to Liliana Gardiazabal regarding same (.1). | 0.20 | 375.00 | $75.00 |
| 10/08/03 | WLR | Review correspondence from Liliana Gardiazabal regarding August 2003 fee application. | 0.10 | 375.00 | $37.50 |
| 10/08/03 | WLR | Review and revise August 2003 fee application. | 0.50 | 375.00 | $187.50 |
| 10/08/03 | WLR | Correspondence to Liliana Gardiazabal regarding August 2003 fee application. | 0.20 | 375.00 | $75.00 |
| 10/09/03 | WLR | Review correspondence from Liliana Gardiazabal regarding August 2003 fee application. | 0.10 | 375.00 | $37.50 |
| 10/09/03 | WLR | Prepare August 2003 fee application. | 0.20 | 375.00 | $75.00 |
| 10/09/03 | WLR | Draft August 2003 fee application. | 0.30 | 375.00 | $112.50 |
| 10/09/03 | WLR | Correspondence to Kathy Wittig regarding August 2003 fee application. | 0.20 | 375.00 | $75.00 |
| 10/09/03 | WLR | Update fee application status memo. | 0.10 | 375.00 | $37.50 |
| 10/09/03 | WLR | Correspondence to Liliana Gardiazabal regarding September 2003 fee application. | 0.10 | 375.00 | $37.50 |

| | | | | | |
|---|---|---|---|---|---|
| 10/11/03 | WLR | Draft September 2003 fee application. | 0.20 | 375.00 | $75.00 |
| 10/14/03 | LAG | Review administrative order, allowed fees, and scheduling regarding status of interim fee application | 0.20 | 135.00 | $27.00 |
| 10/14/03 | WLR | Correspondence to Ira D. Kharasch regarding fee application procedures. | 0.10 | 375.00 | $37.50 |
| 10/14/03 | WLR | Review correspondence from Ira D. Kharasch regarding fee application procedure. | 0.10 | 375.00 | $37.50 |
| 10/15/03 | WLR | Review correspondence from Ira D. Kharasch regarding fee application status. | 0.10 | 375.00 | $37.50 |
| 10/15/03 | WLR | Correspondence to Liliana Gardiazabal regarding September 2003 fee application. | 0.10 | 375.00 | $37.50 |
| 10/15/03 | WLR | Correspondence to Ira D. Kharasch regarding fee application status. | 0.10 | 375.00 | $37.50 |
| 10/22/03 | PEC | Draft Certification of No Objection Regarding Pachulski, Stang, Ziehl, Young, Jones & Weintraub July Monthly Fee Application and Certificate of Service (.4); Prepare Certification of No Objection for filing and service (.4) | 0.80 | 130.00 | $104.00 |
| 10/22/03 | DWC | Review and execute CNO for PSZYJW July fees. | 0.10 | 300.00 | $30.00 |
| 10/24/03 | LDJ | Review and finalize interim fee application (August 2003) | 0.20 | 560.00 | $112.00 |
| 10/25/03 | WLR | Review correspondence from Ira D. Kharasch regarding August 2003 fee application. | 0.10 | 375.00 | $37.50 |
| 10/25/03 | WLR | Correspondence to Liliana Gardiazabal regarding September 2003 fee application. | 0.10 | 375.00 | $37.50 |
| 10/27/03 | WLR | Review correspondence from Liliana Gardiazabal regarding September 2003 fee application. | 0.10 | 375.00 | $37.50 |
| 10/28/03 | WLR | Draft September 2003 fee application. | 0.90 | 375.00 | $337.50 |
| 10/28/03 | WLR | Correspondence to MaryRitchie Johnson regarding September 2003 fee application. | 0.20 | 375.00 | $75.00 |
| 10/28/03 | WLR | Update fee application status memo. | 0.10 | 375.00 | $37.50 |
| 10/28/03 | WLR | Correspondence to Liliana Gardiazabal regarding September 2003 fee application. | 0.20 | 375.00 | $75.00 |
| 10/28/03 | WLR | Prepare September 2003 fee application. | 0.60 | 375.00 | $225.00 |
| 10/29/03 | LAG | Email and telephone conference regarding issues and timing of fee application | 0.20 | 135.00 | $27.00 |
| 10/29/03 | LAG | Review administrative order, allowed fees, and scheduling regarding status of interim fee application | 0.20 | 135.00 | $27.00 |
| 10/29/03 | LDJ | Review and finalize interim fee application (September 2003) | 0.30 | 560.00 | $168.00 |
| 10/30/03 | DWC | Review PSZYJW September fee application. | 0.30 | 300.00 | $90.00 |
| 10/30/03 | WLR | Review correspondence from Ira D. Kharasch regarding September 2003 fee application. | 0.10 | 375.00 | $37.50 |

**Task Code Total**                                                           **9.40**                        **$2,955.50**

**WRG-FEE APPLICATIONS, OTHERS**

| | | | | | |
|---|---|---|---|---|---|
| 10/01/03 | PAG | Draft email to T. Scoles regarding fee application request | 0.20 | 235.00 | $47.00 |
| 10/01/03 | PAG | Telephone conference with staff at Bilzen Sumberg regarding service of Pitney hand in fee application and follow-up on same | 0.30 | 235.00 | $70.50 |
| 10/02/03 | PAG | Review certificates of no objection for Nelson Mullins and Pitney fee applications | 0.10 | 235.00 | $23.50 |
| 10/02/03 | PEC | Draft Certificate of No Objection regarding Nelson Mullins Riley & May Scarborough 2003 Monthly Fee Application Certificate of Service (.4); Prepare for filing and service (.4) | 0.80 | 130.00 | $104.00 |
| 10/02/03 | PEC | Draft Certificate of No Objection regarding Pitney Hardin June Monthly Fee Application and Certificate os Service (.4); Prepare for filing and service | 0.80 | 130.00 | $104.00 |
| 10/03/03 | PAG | Review notice of fee application for BMC 9th Quarterly | 0.10 | 235.00 | $23.50 |

**Invoice number  58590**　　91100　　00001　　　　　　　　　　　**Page  6**

| | | | | | |
|---|---|---|---|---|---|
| | | fees | | | |
| 10/03/03 | PEC | Prepare Kirkland Ellis August Monthly Fee Application for filing and service (01-1139) | 0.80 | 130.00 | $104.00 |
| 10/03/03 | PEC | Prepare Kirkland & Ellis August Monthly Fee Application for filing and service (02-2210) | 0.80 | 130.00 | $104.00 |
| 10/03/03 | PEC | Prepare Bankruptcy Management Corporation April Fee Application for filing and service | 0.80 | 130.00 | $104.00 |
| 10/03/03 | PEC | Prepare Bankruptcy Management Corporation May Fee Application for filing and service | 0.80 | 130.00 | $104.00 |
| 10/03/03 | PEC | Prepare Bankruptcy Management Corporation June Fee Application for filing and service | 0.80 | 130.00 | $104.00 |
| 10/03/03 | PEC | Draft Notice of Bankruptcy Management Corporation Ninth Quarterly Fee Application and Certificate of Service (.4); Prepare for filing (.4) | 0.80 | 130.00 | $104.00 |
| 10/03/03 | PEC | Prepare Bankruptcy Management Ninth Quarterly Fee Application for filing and service | 0.80 | 130.00 | $104.00 |
| 10/09/03 | PAG | Review certificates of no objection for various fee applications and discuss with P. Cuniff errors in filing and service regarding same | 0.30 | 235.00 | $70.50 |
| 10/09/03 | PAG | Review and revise OCP quarterly report | 0.40 | 235.00 | $94.00 |
| 10/09/03 | PEC | Draft Certification of No Objection regarding Wallace King July Monthly Fee Application, Affidavit of Service and Service List. Prepare for filing and service | 0.60 | 130.00 | $78.00 |
| 10/09/03 | PEC | Draft Certification of No Objection regarding Carella Byrne August Monthly Fee Application and Affidavit of Service; Prepare for filing and service | 0.60 | 130.00 | $78.00 |
| 10/09/03 | PEC | Draft Certification of No Objection regarding Woodcock Washburn July Monthly Fee Application; Prepare for filing and service | 0.60 | 130.00 | $78.00 |
| 10/17/03 | SEM | Revisions to notices of docket corrections for CNO on fee application and for BMC fee application. | 0.40 | 415.00 | $166.00 |
| 10/17/03 | PEC | Prepare PHK&S July 2003 Monthly Fee Application for filing and serve (.5); draft Affidavit of Service (.1) | 0.60 | 130.00 | $78.00 |
| 10/17/03 | PEC | Prepare Woodcock Washburn August 2003 Month Fee Application for filing and service (.5); draft Affidavit of Service (.1) | 0.60 | 130.00 | $78.00 |
| 10/17/03 | PEC | Draft Certificate of No Objection and Affidavit of Service regarding Steptoe & Johnson April Monthly Fee Application (.4); Prepare for service (.2) | 0.60 | 130.00 | $78.00 |
| 10/17/03 | PEC | Draft Certificate of No Objection and Affidavit of Service regarding Steptoe & Johnson May Monthly Fee Application (.4); Prepare for service (.2) | 0.60 | 130.00 | $78.00 |
| 10/17/03 | PEC | Draft Certificate No Objection and Affidavit of Service regarding Steptoe & Johnson June Monthly Fee Application (.4); Prepare for service (.2) | 0.60 | 130.00 | $78.00 |
| 10/17/03 | PEC | Draft Certificate of No Objection and Affidavit of Service regarding WKM&B August Monthly Fee Application (.4); Prepare for service (.2) | 0.60 | 130.00 | $78.00 |
| 10/17/03 | PEC | Prepare Carella Byrne September 2003 Monthly Fee Application for filing and service (.5); Draft Affidavit of Service (.1) | 0.60 | 130.00 | $78.00 |
| 10/17/03 | DWC | Review and execute certifications of no objection re: Steptoe & Johnson April, May and June fee applications and Wallace King's August fee application. | 0.30 | 300.00 | $90.00 |
| 10/22/03 | PEC | Draft Certification of No Objection Regarding Casner & Edwards July Monthly Fee Application and Certificate of Service (.4); Prepare Certification of No Objection for filing and service (.4) | 0.80 | 130.00 | $104.00 |
| 10/22/03 | DWC | Review and execute CNO for Casner & Edwards July fees. | 0.10 | 300.00 | $30.00 |
| 10/24/03 | PEC | Respond to request of Ann Moran regarding Steptoe & | 0.60 | 130.00 | $78.00 |

|          |     | Johnson April, May, and June Fee Application |       |        |          |
|----------|-----|---------------------------------------------|-------|--------|----------|
| 10/28/03 | PEC | Draft Certification of No Objection and Certificate of Service regarding Kirkland & Ellis August Monthly Fee Application 9.3); Prepare for filing and service (.2) | 0.50 | 130.00 | $65.00 |
| 10/28/03 | DWC | Review and execute CNOs re: K&E Fresenius fee application; K&E August fee application; BMC June fee application; BMC May fee application BMC April fee application. | 0.50 | 300.00 | $150.00 |
| 10/29/03 | PEC | Draft Certification of No Objection and Certificate of Service regarding Bankruptcy Management Corporation April Monthly Fee Application (.4); Prepare for filing and service (.2) | 0.60 | 130.00 | $78.00 |
| 10/29/03 | PEC | Draft Certification of No Objection and Certificate of Service regarding Bankruptcy Management Corporation May Monthly Fee Application (.4); Prepare for filing and service (.2) | 0.60 | 130.00 | $78.00 |
| 10/29/03 | PEC | Draft Certification of No Objection and Certificate of Service regarding Bankruptcy Management Corporation June Monthly Fee Application (.4); Prepare for filing and service (.2) | 0.60 | 130.00 | $78.00 |
| 10/29/03 | PEC | Draft Certification of No Objection and Certificate of Service regarding Kirkland & Ellis August Fraudulent transfer Fee Application (.4); Prepare for filing and service (.2) | 0.60 | 130.00 | $78.00 |
| 10/30/03 | DWC | Review Deloitte & Touche first monthly fee application and emails with T. Scholes re: same. | 0.30 | 300.00 | $90.00 |

|                     |       |            |
|---------------------|-------|------------|
| **Task Code Total** | **20.50** | **$3,130.00** |

### LITIGATION (NON-BANKRUPTCY]

| 10/01/03 | PAG | Telephone conference with W. Sparks regarding appointment of Trustee in pending asbestos case and follow-up on same | 0.50 | 235.00 | $117.50 |
|----------|-----|-------------------------------------------------------------------|------|--------|----------|
| 10/01/03 | PAG | Review email from W. Sparks regarding document request | 0.10 | 235.00 | $23.50 |
| 10/01/03 | PAG | Review document request for W. Sparks | 0.10 | 235.00 | $23.50 |
| 10/01/03 | PAG | Draft email to W. Sparks regarding document request | 0.30 | 235.00 | $70.50 |
| 10/01/03 | PAG | Exchange email with S. McFarland regarding request for telephonic appearance | 0.10 | 235.00 | $23.50 |
| 10/01/03 | PAG | Review and revise notices of docketing errors and instruct staff regarding changes to same | 0.20 | 235.00 | $47.00 |
| 10/01/03 | SEM | Review efiling of request for telephonic appearance and draft email to Paula A. Galbraith regarding same. | 0.10 | 415.00 | $41.50 |
| 10/06/03 | PAG | Draft email to W. Sparks regarding asbestos trustee | 0.10 | 235.00 | $23.50 |
| 10/08/03 | CMS | Prepare Hearing Notebook. | 0.90 | 55.00 | $49.50 |
| 10/08/03 | PAG | Review October 27, 2003 agenda and discuss changes with P. Cuniff (.30); Draft email to C. Lane regarding same (.10) | 0.40 | 235.00 | $94.00 |
| 10/09/03 | SEM | Telephone conference with Paula A. Galbraith and David W. Carickhoff regarding agenda. | 0.60 | 415.00 | $249.00 |
| 10/09/03 | DWC | Review draft agenda for October 27th hearing. | 0.30 | 300.00 | $90.00 |
| 10/09/03 | DWC | Call with C. Lane re: anticipated filings on October 13, 2003. | 0.30 | 300.00 | $90.00 |
| 10/09/03 | DWC | Review matters going forward on October 27th hearing and related issues with P. Galbraith. | 0.70 | 300.00 | $210.00 |
| 10/09/03 | CMS | Prepare Hearing Notebook. | 5.80 | 55.00 | $319.00 |
| 10/09/03 | PAG | Review email from C. Lane regarding changes to September 27, 2003 agenda and draft email to P. Cuniff regarding same | 0.10 | 235.00 | $23.50 |
| 10/09/03 | PAG | Draft email to R. Bello regarding deadline for preliminary | 0.10 | 235.00 | $23.50 |

| | | agenda for September 27, 2003 hearing | | | |
|---|---|---|---|---|---|
| 10/09/03 | PEC | Revise and review Notice of Agenda for 9/27/03 hearing | 0.80 | 130.00 | $104.00 |
| 10/09/03 | PEC | Revise 9/27/03 Agenda per Chris Lane's comments (.4); Circulate to all partes for review (.1) | 0.50 | 130.00 | $65.00 |
| 10/10/03 | PAG | Review email from P. Cuniff regarding due date for agenda and draft reply to same | 0.10 | 235.00 | $23.50 |
| 10/10/03 | PEC | Revise and review Notice of Agenda for 10/27/03 hearing | 0.80 | 130.00 | $104.00 |
| 10/13/03 | CMS | Prepare Hearing Notebook. | 2.30 | 55.00 | $126.50 |
| 10/14/03 | DWC | Email to C. Lane re: October 13th filings. | 0.20 | 300.00 | $60.00 |
| 10/14/03 | DWC | Review critical dates memo. | 0.40 | 300.00 | $120.00 |
| 10/14/03 | CMS | Prepare Hearing Notebook. | 4.70 | 55.00 | $258.50 |
| 10/14/03 | PEC | Draft Certification of No Objection regarding Motion for an Order Approving the Priviledged and Confidential Settlement Agreement and Release with the KWELMB Companies (.5); Draft Certificate of Service (.1) | 0.60 | 130.00 | $78.00 |
| 10/15/03 | DWC | Review Wesconn motion to compel discovery responses. | 0.20 | 300.00 | $60.00 |
| 10/15/03 | DWC | Call with Chris Lane re: changes to October 27th Agenda and status of matters up for hearing. | 0.30 | 300.00 | $90.00 |
| 10/15/03 | CMS | Prepare Hearing Notebook. | 2.10 | 55.00 | $115.50 |
| 10/15/03 | PEC | Revise and review Notice of Agenda for 10/27/03 hearing | 1.30 | 130.00 | $169.00 |
| 10/16/03 | DWC | Revise October 27th agenda as per C. Lane comments and our edits. | 0.30 | 300.00 | $90.00 |
| 10/16/03 | CMS | Prepare Hearing Notebook. | 0.80 | 55.00 | $44.00 |
| 10/16/03 | PEC | Revise and review Notice of Agenda regarding 10/27/03 hearing | 1.20 | 130.00 | $156.00 |
| 10/20/03 | CMS | Prepare Hearing Notebook. | 3.40 | 55.00 | $187.00 |
| 10/20/03 | PEC | Revise and review Notice of Agenda regarding 10/27/03 hearing | 1.00 | 130.00 | $130.00 |
| 10/20/03 | PEC | Review hearing binders | 0.80 | 130.00 | $104.00 |
| 10/20/03 | PEC | Revise and review Agenda for 10/27 hearing (.8); Prepare service list (.8); File and serve 10/27 Notice of Agenda (.6) | 2.20 | 130.00 | $286.00 |
| 10/20/03 | PEC | Draft Affidavit of Service regarding 10/27 Agenda Notice (.1); File Affidavit with the court (.4) | 0.50 | 130.00 | $65.00 |
| 10/21/03 | DWC | Email to J. Baer re: DE procedural issues re: replies. | 0.20 | 300.00 | $60.00 |
| 10/22/03 | DWC | Review paperflow memo dated October 21st. | 0.20 | 300.00 | $60.00 |
| 10/23/03 | DWC | Review and respond to emails re: October 27th hearing. | 0.30 | 300.00 | $90.00 |
| 10/23/03 | SEM | Attention to issues with telephonic appearances process. | 0.20 | 415.00 | $83.00 |
| 10/23/03 | PEC | Return call to Roxie Viator regarding Notice of Agenda for 10/27 hearing | 0.20 | 130.00 | $26.00 |
| 10/24/03 | SEM | Attention to telephonic appearances for Monday's hearing and coordination of notification to Court and participants. | 0.40 | 415.00 | $166.00 |
| 10/24/03 | SEM | Notification to T. Tacoonilli regarding telephonic appearance at hearing on Monday. | 0.10 | 415.00 | $41.50 |
| 10/25/03 | DWC | Review amended agenda. | 0.20 | 300.00 | $60.00 |
| 10/27/03 | DWC | Attend hearing and meet with client re: results of hearing. | 3.00 | 300.00 | $900.00 |
| 10/27/03 | DWC | Email P. Cuniff re: omnibus hearing dates. | 0.20 | 300.00 | $60.00 |
| 10/27/03 | DWC | Prepare for hearing and meet with J. Baer re: same. | 1.50 | 300.00 | $450.00 |
| 10/29/03 | DWC | Follow-up with C. Lane re: October 27th hearing and unresolved issues. | 0.30 | 300.00 | $90.00 |
| 10/29/03 | CMS | Prepare Hearing Notebook. | 2.20 | 55.00 | $121.00 |
| 10/29/03 | PEC | Draft Notice of Agenda for 11/21/03 hearing | 2.00 | 130.00 | $260.00 |
| 10/30/03 | DWC | Review and respond to C. Lane emails re: KWELMB settlement and entry of wrong order. | 0.40 | 300.00 | $120.00 |
| 10/30/03 | DWC | Review and revise November draft agenda notice. | 0.40 | 300.00 | $120.00 |
| 10/30/03 | CMS | Prepare Hearing Notebook. | 1.70 | 55.00 | $93.50 |
| 10/31/03 | DWC | Review and revise 9th quarterly reports re: sales and settlements. | 0.40 | 300.00 | $120.00 |
| 10/31/03 | DWC | Finalize Draft Agenda for November 17th hearing. | 0.40 | 300.00 | $120.00 |
| 10/31/03 | DWC | Call with C. Lane re: Recusal issues raised regarding J. Wolin and research the same. | 1.40 | 300.00 | $420.00 |

**Invoice number  58590**          91100    00001                                    **Page   9**

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/31/03 | DWC | Review and finalize objection to Wesconn's Motion to Compel. | 0.50 | 300.00 | $150.00 |
| 10/31/03 | CMS | Prepare Hearing Notebook. | 2.10 | 55.00 | $115.50 |
| 10/31/03 | CEE | Review Agenda Binder for November 17, 2003 Hearing. Prepare binder for overnight delivery to Judge Fitzgerald | 0.20 | 120.00 | $24.00 |

|  | | **Task Code Total** | **53.70** | | **$7,705.50** |
|---|---|---|---|---|---|

**STAY LITIGATION [B140]**

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/01/03 | PAG | Draft certification of counsel regarding scheduling order for M.V. motion | 0.50 | 235.00 | $117.50 |
| 10/01/03 | PAG | Review response of Smolker to motion to modify preliminary injunction | 0.10 | 235.00 | $23.50 |
| 10/01/03 | PAG | Prepare certification of counsel regarding M.V. scheduling order for filing and service | 0.40 | 235.00 | $94.00 |
| 10/02/03 | PAG | Review email from C. Lane regarding reply to Smolker objection and draft reply to same | 0.20 | 235.00 | $47.00 |
| 10/10/03 | PAG | Review and revise objection to Old Castle motion for relief from stay to prepare for filing | 0.30 | 235.00 | $70.50 |
| 10/23/03 | SEM | Review and respond to email from B. Sullivan regarding stay motion of Old Castle. | 0.10 | 415.00 | $41.50 |

|  | | **Task Code Total** | **1.60** | | **$394.00** |
|---|---|---|---|---|---|

**TAX ISSUES [B240]**

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/01/03 | PAG | Instruct staff regarding supplemental service of Florida tax settlement motion and M.V. scheduling order | 0.30 | 235.00 | $70.50 |
| 10/01/03 | PAG | Answer staff questions regarding supplemental service of Florida tax motion and review and revise notices of filing in error and certificates of service for M.V. order and Florida tax motion | 0.30 | 235.00 | $70.50 |
| 10/14/03 | PEC | Draft Certification of No Objection regarding Motion Authorizing Debtors to Settle New York State Fax Audit and for Repayment of the Resulting Tax Refund in Accordance with the Fresenius Settlement Agreement (.4); Draft Certificate of Service (.1) | 0.50 | 130.00 | $65.00 |
| 10/15/03 | PEC | Draft Certificate of No Objection regarding Debtor's Motion Authorizing Debtor to Pay Certain Amounts due Under the Florida Intangible Property Tax Act (.5); Draft Certificate of Service (.1) | 0.60 | 130.00 | $78.00 |
| 10/15/03 | DWC | Review and execute CNOs re: NY tax settlement and Florida tax motion. | 0.20 | 300.00 | $60.00 |

|  | | **Task Code Total** | **1.90** | | **$344.00** |
|---|---|---|---|---|---|

|  | **Total professional services:** | **156.60** | **$22,988.00** |
|---|---|---|---|

**Costs Advanced:**

| Date | | Description | Amount |
|---|---|---|---|
| 07/28/2003 | AT | Auto Travel Expense---Celebrity Limo.(Jay Kapp) [E109] | $100.00 |
| 08/25/2003 | BM | Business Meal---Cavanaugh's Restuarant.  [E111] | $52.00 |
| 09/02/2003 | PAC | 91100 - 00001 PACER charges for 20030902 | $0.07 |
| 09/05/2003 | PAC | 91100 - 00001 PACER charges for 20030905 | $128.80 |
| 09/05/2003 | RE | (F5 CORR 108 @0.15 PER PG) | $16.20 |
| 09/05/2003 | RE | (F5 CORR 292 @0.15 PER PG) | $43.80 |
| 09/05/2003 | RE | (F4 AGR 1382 @0.15 PER PG) | $207.30 |
| 09/05/2003 | RE | (F3 CORR 21 @0.15 PER PG) | $3.15 |

**Invoice number  58590**    91100    00001                    **Page   10**

| | | | |
|---|---|---|---:|
| 09/05/2003 | RE | (F6 AGR 2 @0.15 PER PG) | $0.30 |
| 09/05/2003 | RE | (F6 AGR 410 @0.15 PER PG) | $61.50 |
| 09/05/2003 | RE | (F8 DOC 1 @0.15 PER PG) | $0.15 |
| 09/05/2003 | RE | (F8 DOC 1 @0.15 PER PG) | $0.15 |
| 09/05/2003 | RE | (F5 CORR 9 @0.15 PER PG) | $1.35 |
| 09/05/2003 | RE | (F6 CORR 74 @0.15 PER PG) | $11.10 |
| 09/05/2003 | RE | (F6 CORR 70 @0.15 PER PG) | $10.50 |
| 09/06/2003 | RE | (F2 CORR 381 @0.15 PER PG) | $57.15 |
| 09/08/2003 | RE | (F5 DISC 2 @0.15 PER PG) | $0.30 |
| 09/08/2003 | RE | (F4 CORR 1203 @0.15 PER PG) | $180.45 |
| 09/09/2003 | RE | (F5 CORR 3 @0.15 PER PG) | $0.45 |
| 09/09/2003 | RE | (F6 AGR 3 @0.15 PER PG) | $0.45 |
| 09/09/2003 | RE | (F6 AGR 2 @0.15 PER PG) | $0.30 |
| 09/09/2003 | RE | (F6 AGR 24 @0.15 PER PG) | $3.60 |
| 09/09/2003 | RE | (F5 CORR 156 @0.15 PER PG) | $23.40 |
| 09/09/2003 | RE | (F4 CORR 208 @0.15 PER PG) | $31.20 |
| 09/09/2003 | RE | (F3 CORR 288 @0.15 PER PG) | $43.20 |
| 09/09/2003 | RE | (F3 CORR 2845 @0.15 PER PG) | $426.75 |
| 09/09/2003 | RE | (F4 CORR 2794 @0.15 PER PG) | $419.10 |
| 09/10/2003 | FX | (G2 CORR 6 @1.00 PER PG) | $6.00 |
| 09/10/2003 | FX | (G2 CORR 6 @1.00 PER PG) | $6.00 |
| 09/10/2003 | FX | (G4 CORR 6 @1.00 PER PG) | $6.00 |
| 09/10/2003 | FX | (G4 CORR 6 @1.00 PER PG) | $6.00 |
| 09/10/2003 | FX | (G4 CORR 6 @1.00 PER PG) | $6.00 |
| 09/10/2003 | FX | (G2 CORR 6 @1.00 PER PG) | $6.00 |
| 09/10/2003 | FX | (G4 CORR 6 @1.00 PER PG) | $6.00 |
| 09/10/2003 | FX | (G2 CORR 6 @1.00 PER PG) | $6.00 |
| 09/10/2003 | FX | (G4 CORR 6 @1.00 PER PG) | $6.00 |
| 09/10/2003 | FX | (G4 CORR 6 @1.00 PER PG) | $6.00 |
| 09/10/2003 | FX | (G4 CORR 6 @1.00 PER PG) | $6.00 |
| 09/10/2003 | FX | (G4 CORR 6 @1.00 PER PG) | $6.00 |
| 09/10/2003 | FX | (G4 CORR 6 @1.00 PER PG) | $6.00 |
| 09/10/2003 | FX | (G4 CORR 6 @1.00 PER PG) | $6.00 |
| 09/10/2003 | FX | (G2 CORR 6 @1.00 PER PG) | $6.00 |
| 09/10/2003 | FX | (G2 CORR 6 @1.00 PER PG) | $6.00 |
| 09/10/2003 | FX | (G2 CORR 6 @1.00 PER PG) | $6.00 |
| 09/10/2003 | RE | (F6 AGR 1 @0.15 PER PG) | $0.15 |
| 09/10/2003 | RE | (F8 DOC 4 @0.15 PER PG) | $0.60 |
| 09/10/2003 | RE | (F3 AGR 757 @0.15 PER PG) | $113.55 |
| 09/10/2003 | RE | (F4 CORR 2012 @0.15 PER PG) | $301.80 |
| 09/10/2003 | RE | (F5 DOC 63 @0.15 PER PG) | $9.45 |
| 09/10/2003 | RE | (F6 AGR 2 @0.15 PER PG) | $0.30 |
| 09/10/2003 | RE | (F6 DOC 1 @0.15 PER PG) | $0.15 |
| 09/10/2003 | RE | (F6 AGR 60 @0.15 PER PG) | $9.00 |
| 09/10/2003 | RE | (F7 DOC 60 @0.15 PER PG) | $9.00 |
| 09/10/2003 | RE | (F3 CORR 18 @0.15 PER PG) | $2.70 |
| 09/10/2003 | RE | (F7 CORR 24 @0.15 PER PG) | $3.60 |
| 09/10/2003 | RE | (F2 CORR 1085 @0.15 PER PG) | $162.75 |
| 09/11/2003 | RE | (F5 CORR 13 @0.15 PER PG) | $1.95 |
| 09/11/2003 | RE | (F3 AGR 390 @0.15 PER PG) | $58.50 |
| 09/11/2003 | RE | (F4 AGR 1066 @0.15 PER PG) | $159.90 |
| 09/11/2003 | RE | (F4 AGR 130 @0.15 PER PG) | $19.50 |
| 09/11/2003 | RE | (F5 CORR 302 @0.15 PER PG) | $45.30 |
| 09/11/2003 | RE | (F2 0 1066 @0.15 PER PG) | $159.90 |
| 09/11/2003 | RE | (F4 CORR 1 @0.15 PER PG) | $0.15 |
| 09/11/2003 | RE | (F4 CORR 426 @0.15 PER PG) | $63.90 |
| 09/11/2003 | RE | (F4 CORR 147 @0.15 PER PG) | $22.05 |
| 09/11/2003 | RE | (F4 CORR 952 @0.15 PER PG) | $142.80 |
| 09/11/2003 | RE | (F7 CORR 1066 @0.15 PER PG) | $159.90 |
| 09/11/2003 | RE | (F0 CORR 799 @0.15 PER PG) | $119.85 |

| 09/11/2003 | RE  | (F0 CORR 799 @0.15 PER PG)                         | $119.85 |
|------------|-----|----------------------------------------------------|---------|
| 09/12/2003 | PAC | 91100 - 00001 PACER charges for 20030912           | $90.58  |
| 09/12/2003 | RE  | (F0 AGR 4675 @0.15 PER PG)                          | $701.25 |
| 09/12/2003 | RE  | (F0 CORR 6162 @0.15 PER PG)                         | $924.30 |
| 09/12/2003 | RE  | (F4 AGR 374 @0.15 PER PG)                           | $56.10  |
| 09/12/2003 | RE  | (F6 AGR 2 @0.15 PER PG)                             | $0.30   |
| 09/12/2003 | RE  | (F6 AGR 16 @0.15 PER PG)                            | $2.40   |
| 09/12/2003 | RE  | (F5 CORR 1118 @0.15 PER PG)                         | $167.70 |
| 09/12/2003 | RE  | (F6 DOC 160 @0.15 PER PG)                           | $24.00  |
| 09/12/2003 | RE  | (F5 CORR 114 @0.15 PER PG)                          | $17.10  |
| 09/12/2003 | RE  | (F6 DOC 41 @0.15 PER PG)                            | $6.15   |
| 09/12/2003 | RE  | (F6 AGR 30 @0.15 PER PG)                            | $4.50   |
| 09/12/2003 | RE  | (F6 AGR 39 @0.15 PER PG)                            | $5.85   |
| 09/12/2003 | RE  | (F6 AGR 17 @0.15 PER PG)                            | $2.55   |
| 09/12/2003 | RE  | (F5 CORR 108 @0.15 PER PG)                          | $16.20  |
| 09/12/2003 | RE  | (F5 CORR 96 @0.15 PER PG)                           | $14.40  |
| 09/12/2003 | RE  | (F5 DOC 32 @0.15 PER PG)                            | $4.80   |
| 09/12/2003 | RE  | (F6 DOC 23 @0.15 PER PG)                            | $3.45   |
| 09/12/2003 | RE  | (F5 DOC 68 @0.15 PER PG)                            | $10.20  |
| 09/12/2003 | RE  | (F6 DOC 2 @0.15 PER PG)                             | $0.30   |
| 09/12/2003 | RE  | (F4 AGR 82 @0.15 PER PG)                            | $12.30  |
| 09/12/2003 | RE  | (F5 DOC 18 @0.15 PER PG)                            | $2.70   |
| 09/12/2003 | RE  | (F0 AGR 4675 @0.15 PER PG)                          | $701.25 |
| 09/12/2003 | RE  | (F4 CORR 4029 @0.15 PER PG)                         | $604.35 |
| 09/12/2003 | RE  | (F0 CORR 6162 @0.15 PER PG)                         | $924.30 |
| 09/12/2003 | RE  | (F4 CORR 1665 @0.15 PER PG)                         | $249.75 |
| 09/15/2003 | FX  | (G4 AGR 22 @1.00 PER PG)                            | $22.00  |
| 09/15/2003 | FX  | (G4 AGR 22 @1.00 PER PG)                            | $22.00  |
| 09/15/2003 | FX  | (G4 AGR 22 @1.00 PER PG)                            | $22.00  |
| 09/15/2003 | FX  | (G4 AGR 22 @1.00 PER PG)                            | $22.00  |
| 09/15/2003 | FX  | (G4 AGR 22 @1.00 PER PG)                            | $22.00  |
| 09/15/2003 | FX  | (G4 AGR 22 @1.00 PER PG)                            | $22.00  |
| 09/15/2003 | FX  | (G4 AGR 22 @1.00 PER PG)                            | $22.00  |
| 09/15/2003 | FX  | (G4 AGR 22 @1.00 PER PG)                            | $22.00  |
| 09/15/2003 | FX  | (G4 AGR 22 @1.00 PER PG)                            | $22.00  |
| 09/15/2003 | FX  | (G3 AGR 22 @1.00 PER PG)                            | $22.00  |
| 09/15/2003 | FX  | (G3 AGR 22 @1.00 PER PG)                            | $22.00  |
| 09/15/2003 | FX  | (G3 AGR 22 @1.00 PER PG)                            | $22.00  |
| 09/15/2003 | FX  | (G3 AGR 22 @1.00 PER PG)                            | $22.00  |
| 09/15/2003 | FX  | (G3 AGR 22 @1.00 PER PG)                            | $22.00  |
| 09/15/2003 | FX  | (G3 AGR 22 @1.00 PER PG)                            | $22.00  |
| 09/15/2003 | FX  | (G3 AGR 22 @1.00 PER PG)                            | $22.00  |
| 09/15/2003 | FX  | (G3 AGR 22 @1.00 PER PG)                            | $22.00  |
| 09/15/2003 | FX  | (G3 AGR 22 @1.00 PER PG)                            | $22.00  |
| 09/15/2003 | FX  | (G3 AGR 22 @1.00 PER PG)                            | $22.00  |
| 09/15/2003 | FX  | (G3 AGR 22 @1.00 PER PG)                            | $22.00  |
| 09/15/2003 | FX  | (G3 AGR 22 @1.00 PER PG)                            | $22.00  |
| 09/15/2003 | FX  | (G3 AGR 22 @1.00 PER PG)                            | $22.00  |
| 09/15/2003 | FX  | (G3 AGR 22 @1.00 PER PG)                            | $22.00  |
| 09/15/2003 | FX  | (G3 AGR 22 @1.00 PER PG)                            | $22.00  |
| 09/15/2003 | FX  | (G3 AGR 22 @1.00 PER PG)                            | $22.00  |
| 09/15/2003 | RE  | (F5 AGR 39 @0.15 PER PG)                            | $5.85   |
| 09/15/2003 | RE  | (F5 CORR 105 @0.15 PER PG)                          | $15.75  |
| 09/15/2003 | RE  | (F6 AGR 17 @0.15 PER PG)                            | $2.55   |
| 09/15/2003 | RE  | (F5 CORR 129 @0.15 PER PG)                          | $19.35  |
| 09/15/2003 | RE  | (F6 AGR 92 @0.15 PER PG)                            | $13.80  |

**Invoice number  58590**        91100   00001                    **Page   12**

| | | | |
|---|---|---|---|
| 09/15/2003 | RE | (F6 AGR 5 @0.15 PER PG) | $0.75 |
| 09/16/2003 | FX | (G3 AGR 11 @1.00 PER PG) | $11.00 |
| 09/16/2003 | FX | (G3 AGR 11 @1.00 PER PG) | $11.00 |
| 09/16/2003 | FX | (G3 AGR 11 @1.00 PER PG) | $11.00 |
| 09/16/2003 | FX | (G3 AGR 11 @1.00 PER PG) | $11.00 |
| 09/16/2003 | FX | (G3 AGR 11 @1.00 PER PG) | $11.00 |
| 09/16/2003 | FX | (G3 AGR 11 @1.00 PER PG) | $11.00 |
| 09/16/2003 | FX | (G3 AGR 11 @1.00 PER PG) | $11.00 |
| 09/16/2003 | RE | (F0 CORR 862 @0.15 PER PG) | $129.30 |
| 09/16/2003 | RE | (F6 AGR 1 @0.15 PER PG) | $0.15 |
| 09/16/2003 | RE | (F7 CORR 19 @0.15 PER PG) | $2.85 |
| 09/16/2003 | RE | (F7 CORR 7 @0.15 PER PG) | $1.05 |
| 09/16/2003 | RE | (F7 CORR 51 @0.15 PER PG) | $7.65 |
| 09/16/2003 | RE | (F0 AGR 61 @0.15 PER PG) | $9.15 |
| 09/16/2003 | RE | (F0 AGR 481 @0.15 PER PG) | $72.15 |
| 09/16/2003 | RE | (F4 CORR 1681 @0.15 PER PG) | $252.15 |
| 09/16/2003 | RE | (F0 CORR 862 @0.15 PER PG) | $129.30 |
| 09/16/2003 | RE | (F0 AGR 61 @0.15 PER PG) | $9.15 |
| 09/16/2003 | RE | (F0 AGR 481 @0.15 PER PG) | $72.15 |
| 09/17/2003 | FX | (G3 CORR 11 @1.00 PER PG) | $11.00 |
| 09/17/2003 | FX | (G3 CORR 11 @1.00 PER PG) | $11.00 |
| 09/17/2003 | FX | (G3 CORR 11 @1.00 PER PG) | $11.00 |
| 09/17/2003 | FX | (G3 CORR 11 @1.00 PER PG) | $11.00 |
| 09/17/2003 | FX | (G2 CORR 11 @1.00 PER PG) | $11.00 |
| 09/17/2003 | FX | (G2 CORR 11 @1.00 PER PG) | $11.00 |
| 09/17/2003 | FX | (G2 CORR 11 @1.00 PER PG) | $11.00 |
| 09/17/2003 | FX | (G2 CORR 11 @1.00 PER PG) | $11.00 |
| 09/17/2003 | FX | (G2 CORR 11 @1.00 PER PG) | $11.00 |
| 09/17/2003 | FX | (G2 CORR 11 @1.00 PER PG) | $11.00 |
| 09/17/2003 | FX | (G2 CORR 11 @1.00 PER PG) | $11.00 |
| 09/17/2003 | FX | (G2 CORR 11 @1.00 PER PG) | $11.00 |
| 09/17/2003 | FX | (G2 CORR 11 @1.00 PER PG) | $11.00 |
| 09/17/2003 | FX | (G2 CORR 11 @1.00 PER PG) | $11.00 |
| 09/17/2003 | FX | (G2 CORR 11 @1.00 PER PG) | $11.00 |
| 09/17/2003 | FX | (G2 CORR 11 @1.00 PER PG) | $11.00 |
| 09/17/2003 | FX | (G3 CORR 86 @1.00 PER PG) | $86.00 |
| 09/17/2003 | FX | (G3 CORR 85 @1.00 PER PG) | $85.00 |
| 09/17/2003 | FX | (G3 CORR 85 @1.00 PER PG) | $85.00 |
| 09/17/2003 | FX | (G3 CORR 85 @1.00 PER PG) | $85.00 |
| 09/17/2003 | FX | (G3 CORR 85 @1.00 PER PG) | $85.00 |
| 09/17/2003 | FX | (G3 CORR 85 @1.00 PER PG) | $85.00 |
| 09/17/2003 | FX | (G3 CORR 31 @1.00 PER PG) | $31.00 |
| 09/17/2003 | FX | (G3 CORR 85 @1.00 PER PG) | $85.00 |
| 09/17/2003 | FX | (G3 CORR 85 @1.00 PER PG) | $85.00 |
| 09/17/2003 | FX | (G3 CORR 10 @1.00 PER PG) | $10.00 |
| 09/17/2003 | FX | (G3 CORR 10 @1.00 PER PG) | $10.00 |
| 09/17/2003 | FX | (G3 CORR 10 @1.00 PER PG) | $10.00 |
| 09/17/2003 | FX | (G3 CORR 10 @1.00 PER PG) | $10.00 |
| 09/17/2003 | FX | (G3 CORR 10 @1.00 PER PG) | $10.00 |
| 09/17/2003 | FX | (G3 CORR 10 @1.00 PER PG) | $10.00 |
| 09/17/2003 | FX | (G3 CORR 10 @1.00 PER PG) | $10.00 |
| 09/17/2003 | FX | (G3 CORR 10 @1.00 PER PG) | $10.00 |
| 09/17/2003 | FX | (G3 CORR 10 @1.00 PER PG) | $10.00 |
| 09/17/2003 | FX | (G3 CORR 10 @1.00 PER PG) | $10.00 |
| 09/17/2003 | FX | (G3 CORR 10 @1.00 PER PG) | $10.00 |

**Invoice number  58590**          91100    00001                                    **Page   13**

| | | | |
|---|---|---|---:|
| 09/17/2003 | FX | (G3 CORR 10 @1.00 PER PG) | $10.00 |
| 09/17/2003 | FX | (G3 CORR 10 @1.00 PER PG) | $10.00 |
| 09/17/2003 | FX | (G3 CORR 10 @1.00 PER PG) | $10.00 |
| 09/17/2003 | FX | (G3 CORR 10 @1.00 PER PG) | $10.00 |
| 09/17/2003 | FX | (G3 CORR 10 @1.00 PER PG) | $10.00 |
| 09/17/2003 | FX | (G3 CORR 10 @1.00 PER PG) | $10.00 |
| 09/17/2003 | FX | (G3 CORR 10 @1.00 PER PG) | $10.00 |
| 09/17/2003 | FX | (G3 CORR 10 @1.00 PER PG) | $10.00 |
| 09/17/2003 | FX | (G3 CORR 10 @1.00 PER PG) | $10.00 |
| 09/17/2003 | FX | (G3 CORR 10 @1.00 PER PG) | $10.00 |
| 09/17/2003 | FX | (G3 CORR 10 @1.00 PER PG) | $10.00 |
| 09/17/2003 | FX | (G3 CORR 10 @1.00 PER PG) | $10.00 |
| 09/17/2003 | FX | (G3 CORR 10 @1.00 PER PG) | $10.00 |
| 09/17/2003 | FX | (G3 CORR 10 @1.00 PER PG) | $10.00 |
| 09/17/2003 | FX | (G3 CORR 10 @1.00 PER PG) | $10.00 |
| 09/17/2003 | FX | (G3 CORR 10 @1.00 PER PG) | $10.00 |
| 09/17/2003 | FX | (G3 CORR 10 @1.00 PER PG) | $10.00 |
| 09/17/2003 | FX | (G3 CORR 10 @1.00 PER PG) | $10.00 |
| 09/17/2003 | FX | (G3 CORR 10 @1.00 PER PG) | $10.00 |
| 09/17/2003 | FX | (G3 CORR 10 @1.00 PER PG) | $10.00 |
| 09/17/2003 | FX | (G3 CORR 10 @1.00 PER PG) | $10.00 |
| 09/17/2003 | FX | (G3 CORR 10 @1.00 PER PG) | $10.00 |
| 09/17/2003 | FX | (G3 CORR 10 @1.00 PER PG) | $10.00 |
| 09/17/2003 | FX | (G3 CORR 10 @1.00 PER PG) | $10.00 |
| 09/17/2003 | FX | (G3 CORR 3 @1.00 PER PG) | $3.00 |
| 09/17/2003 | FX | (G3 CORR 10 @1.00 PER PG) | $10.00 |
| 09/17/2003 | FX | (G3 CORR 10 @1.00 PER PG) | $10.00 |
| 09/17/2003 | FX | (G3 CORR 10 @1.00 PER PG) | $10.00 |
| 09/17/2003 | FX | (G3 CORR 10 @1.00 PER PG) | $10.00 |
| 09/17/2003 | FX | (G3 CORR 10 @1.00 PER PG) | $10.00 |
| 09/17/2003 | RE | (F0 AGR 68 @0.15 PER PG) | $10.20 |
| 09/17/2003 | RE | (F5 CORR 12 @0.15 PER PG) | $1.80 |
| 09/17/2003 | RE | (F5 CORR 29 @0.15 PER PG) | $4.35 |
| 09/17/2003 | RE | (F6 AGR 53 @0.15 PER PG) | $7.95 |
| 09/17/2003 | RE | (F0 AGR 68 @0.15 PER PG) | $10.20 |
| 09/17/2003 | RE | (F7 CORR 267 @0.15 PER PG) | $40.05 |
| 09/17/2003 | RE | (F7 CORR 242 @0.15 PER PG) | $36.30 |
| 09/17/2003 | RE | (F6 AGR 12 @0.15 PER PG) | $1.80 |
| 09/17/2003 | RE | (F5 AGR 44 @0.15 PER PG) | $6.60 |
| 09/18/2003 | RE | (F3 CORR 102 @0.15 PER PG) | $15.30 |
| 09/18/2003 | RE | (F6 AGR 100 @0.15 PER PG) | $15.00 |
| 09/18/2003 | RE | (F4 AGR 172 @0.15 PER PG) | $25.80 |
| 09/18/2003 | RE | (F5 CORR 120 @0.15 PER PG) | $18.00 |
| 09/18/2003 | RE | (F5 CORR 93 @0.15 PER PG) | $13.95 |
| 09/18/2003 | RE | (F6 DOC 6 @0.15 PER PG) | $0.90 |
| 09/18/2003 | RE | (F0 CORR 66 @0.15 PER PG) | $9.90 |
| 09/18/2003 | RE | (F4 AGR 965 @0.15 PER PG) | $144.75 |
| 09/18/2003 | RE | (F4 CORR 1691 @0.15 PER PG) | $253.65 |
| 09/18/2003 | RE | (F0 CORR 66 @0.15 PER PG) | $9.90 |
| 09/19/2003 | PAC | 91100 - 00001 PACER charges for 20030919 | $72.38 |
| 09/19/2003 | PAC | 91100 - 00001 PACER charges for 20030919 | $188.72 |
| 09/22/2003 | BM | Business Meal---Healy's Cafe.(LDJ) [E111] | $42.20 |
| 09/22/2003 | CC | Conference Call---At&t Conference call.(Judge Judith Fitzgerald) [E105] | $32.16 |
| 09/22/2003 | RE | (F7 CORR 757 @0.15 PER PG) | $113.55 |
| 09/22/2003 | RE | (F7 DOC 87 @0.15 PER PG) | $13.05 |
| 09/22/2003 | RE | (F7 DOC 120 @0.15 PER PG) | $18.00 |
| 09/22/2003 | RE | (F7 DOC 208 @0.15 PER PG) | $31.20 |
| 09/22/2003 | RE | (F0 CORR 53 @0.15 PER PG) | $7.95 |

| | | | |
|---|---|---|---:|
| 09/22/2003 | RE | (F0 CORR 3674 @0.15 PER PG) | $551.10 |
| 09/22/2003 | RE | (F0 CORR 164 @0.15 PER PG) | $24.60 |
| 09/24/2003 | RE | (F7 DOC 407 @0.15 PER PG) | $61.05 |
| 09/25/2003 | FX | (G2 CORR 9 @1.00 PER PG) | $9.00 |
| 09/25/2003 | FX | (G2 CORR 9 @1.00 PER PG) | $9.00 |
| 09/25/2003 | FX | (G2 CORR 9 @1.00 PER PG) | $9.00 |
| 09/26/2003 | RE | (F0 AGR 1 @0.15 PER PG) | $0.15 |
| 09/29/2003 | DC | TriState | $27.00 |
| 09/29/2003 | DC | TriState | $54.00 |
| 09/29/2003 | DC | TriState | $15.00 |
| 09/29/2003 | DH | DHL | $15.38 |
| 09/29/2003 | DH | DHL | $12.26 |
| 09/29/2003 | DH | DHL | $12.26 |
| 09/29/2003 | RE | (F7 DOC 59 @0.15 PER PG) | $8.85 |
| 09/29/2003 | RE | (F0 CORR 145 @0.15 PER PG) | $21.75 |
| 09/29/2003 | SO | Secretarial Overtime----(Valerie Hutchinson) | $12.14 |
| 09/30/2003 | DH | DHL | $10.18 |
| 09/30/2003 | FE | Federal Express [E108] | $18.86 |
| 10/01/2003 | DC | TriState | $15.00 |
| 10/01/2003 | DC | TriState | $99.00 |
| 10/01/2003 | DH | DHL | $15.38 |
| 10/01/2003 | DH | DHL | $16.42 |
| 10/01/2003 | DH | DHL | $22.66 |
| 10/01/2003 | PO | Postage | $9.96 |
| 10/01/2003 | RE | (F4 AGR 162 @0.15 PER PG) | $24.30 |
| 10/01/2003 | RE | (F5 CORR 2 @0.15 PER PG) | $0.30 |
| 10/01/2003 | RE | (F5 DOC 48 @0.15 PER PG) | $7.20 |
| 10/01/2003 | RE | (F5 CORR 24 @0.15 PER PG) | $3.60 |
| 10/01/2003 | RE | (F7 CORR 591 @0.15 PER PG) | $88.65 |
| 10/01/2003 | RE | (F0 CORR 360 @0.15 PER PG) | $54.00 |
| 10/02/2003 | DC | TriState | $54.00 |
| 10/02/2003 | DC | TriState | $15.00 |
| 10/02/2003 | PO | Postage | $4.80 |
| 10/02/2003 | RE | (F6 DOC 6 @0.15 PER PG) | $0.90 |
| 10/02/2003 | RE | (F5 CORR 19 @0.15 PER PG) | $2.85 |
| 10/02/2003 | RE | (F5 CORR 7 @0.15 PER PG) | $1.05 |
| 10/02/2003 | RE | (F0 CORR 272 @0.15 PER PG) | $40.80 |
| 10/02/2003 | RE | (F0 CORR 91 @0.15 PER PG) | $13.65 |
| 10/02/2003 | SO | Secretarial Overtime---(Maria Kenion) | $13.47 |
| 10/03/2003 | DC | Parcels | $7.50 |
| 10/03/2003 | DC | TriState | $135.00 |
| 10/03/2003 | DC | TriState | $135.00 |
| 10/03/2003 | DC | TriState | $23.18 |
| 10/03/2003 | DC | TriState | $351.00 |
| 10/03/2003 | DC | TriState | $15.00 |
| 10/03/2003 | DH | DHL | $12.26 |
| 10/03/2003 | DH | DHL | $12.26 |
| 10/03/2003 | DH | DHL | $12.26 |
| 10/03/2003 | DH | DHL | $12.26 |
| 10/03/2003 | DH | DHL | $13.30 |
| 10/03/2003 | DH | DHL | $11.22 |
| 10/03/2003 | DH | DHL | $11.22 |
| 10/03/2003 | PO | Postage | $117.60 |
| 10/03/2003 | PO | Postage | $7.70 |
| 10/03/2003 | PO | Postage | $243.54 |
| 10/03/2003 | PO | Postage | $164.34 |
| 10/03/2003 | PO | Postage | $0.00 |
| 10/03/2003 | RE | (F5 CORR 202 @0.15 PER PG) | $30.30 |
| 10/03/2003 | RE | (F8 DOC 22 @0.15 PER PG) | $3.30 |
| 10/03/2003 | RE | (F5 CORR 10 @0.15 PER PG) | $1.50 |

Case 01-01139-AMC    Doc 4772-1    Filed 12/03/03    Page 17 of 17

## Task Code Summary

|      |                                  | **Hours** | **Amount**  |
|------|----------------------------------|-----------|-------------|
| AD   | ASSET DISPOSITION [B130]         | 0.90      | $127.50     |
| CA   | CASE ADMINISTRATION [B110]       | 59.40     | $6,024.00   |
| CR02 | WRG CLAIM ANALYSIS NONASBESTOS   | 2.30      | $540.00     |
| EA01 | WRG- EMPLOY. APP. , OTHERS       | 6.90      | $1,767.50   |
| FA   | WRG-FEE APPS., APPLICANT         | 9.40      | $2,955.50   |
| FA01 | WRG-FEE APPLICATIONS, OTHERS     | 20.50     | $3,130.00   |
| LN   | LITIGATION (NON-BANKRUPTCY]      | 53.70     | $7,705.50   |
| SL   | STAY LITIGATION [B140]           | 1.60      | $394.00     |
| TI   | TAX ISSUES [B240]                | 1.90      | $344.00     |
|      |                                  | 156.60    | $22,988.00  |

## Expense Code Summary

| | |
|---|---|
| Auto Travel Expense [E109]   | $100.00    |
| Working Mealsl [E1           | $94.20     |
| Conference Call [E105]       | $32.16     |
| Delivery/Courier Service     | $2,674.28  |
| DHL- Worldwide Express       | $422.66    |
| Federal Express [E108]       | $200.92    |
| Fax Transmittal. [E104]      | $4,595.00  |
| Pacer - Court Research       | $480.55    |
| Postage [E108]               | $1,466.83  |
| Reproduction Expense. [E101] | $20,383.20 |
| Overtime                     | $81.35     |
|                              | $30,531.15 |