IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objections Due by: December 2, 2003 at 4:00 p.m.** |
| | ) | **Hearing Date: TBD** |

**CERTIFICATION OF NO OBJECTION**
**REGARDING DOCKET NO. 4676**

The undersigned hereby certifies that, as of the date hereof, she has received no answer, objection or other responsive pleading to Hamilton, Rabinovitz & Alschuler, Inc.'s Fourth Interim Quarterly Fee Application Request For Approval and Allowance of Compensation For Services Rendered and Reimbursement of Expenses as Consultants to the Official Committee of Asbestos Property Damage Claimants for the Period of April 1, 2003 Through June 30, 2003 ("the Application").  The undersigned further certifies that the Court's docket in this case reflects that no answer, objection or other responsive pleading to the Application has been filed. Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than December 2, 2003.

FERRY, JOSEPH & PEARCE, P.A.


 /s/ Lisa L. Coggins
Michael B. Joseph (#392)
Theodore J. Tacconelli (#2678)
Lisa L. Coggins (#4234)
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE. 19899
(302) 575-1555

-and-

                        Bilzin Sumberg Baena Price & Axelrod LLP
                        Scott L. Baena, Esq.
                        Jay M. Sakalo, Esq.
                        2500 First Union Financial Center
                        200 South Biscayne Boulevard
                        Miami, FL 33131-2336

                        Counsel to the Official Committee of Asbestos
                        Property Damage Claimants

Dated: December 4, 2003