**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| | : | Case No. 01-1139 (MFW) through |
| W.R. GRACE & CO., *et al* | : | Case No. 01-1200 (MFW) |
| | : | |
| | : | **SECOND AMENDED** NOTICE |
| | : | OF APPOINTMENT OF OFFICIAL |
| Debtors. | : | COMMITTEE OF UNSECURED |
| -------------------------------- | : | CREDITORS** |

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Official Committee of Unsecured Creditors in connection with the above captioned case:

1. J.P. Morgan Chase & Co., Attn: Thomas F. Maher, 380 Madison Avenue, New York, NY 10017, Phone: (212) 622-3671, Fax: (212) 622-3783;

2. Wachovia Bank, f/k/a First Union National Bank, Attn: Jill W. Akre, 1339 Chestnut Street, Philadelphia, PA 19107, Phone: (215) 786-4135, Fax: (215) 973-8783;

3. Sealed Air Corporation, Attn: Mary A. Coventry, Park 80 East, Saddle Brook, NJ 07663, Saddle Brook, NJ 07663, Phone: (201) 703-7600, Fax: (201) 703-4205; and

4. The Bank of Nova Scotia, Attn: Olivia L. Brown, 1 Liberty Plaza, New York, NY 10006, Phone: (212) 225-5063, Fax: (212) 225-5205.

ROBERTA A DEANGELIS
ACTING UNITED STATES TRUSTEE


/S/ Frank J. Perch, III
Frank J. Perch, III
ASSISTANT UNITED STATES TRUSTEE

DATED:   December 3, 2003

Attorney assigned to this Case: Frank J. Perch, III, Esquire, Phone: (302) 573-6491, Fax: (302) 573-6497.
Debtors counsel: Laura Davis Jones, Esq., Phone: (302) 652-4100, Fax: (302) 652-4400.

**Zhagrus Environmental has resigned effective October 31, 2003. Wachovia Bank, N.A. resigned effective December 17, 2001 (however, First Union National Bank is now known as Wachovia Bank). Wells Fargo Bank resigned effective October 2, 2001. Bankers Trust resigned effective June 12, 2001. Bank of America and ABN Amro Bank have also previously resigned. Bank of Nova Scotia is added to the Committee effective immediately.**

H:\dstump\myfiles\Frank\WR Grace\Second Amended Notice of OCUC.wpd