## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W. R. Grace & Co. et al.[1]; | ) | Case No. 01-01139(JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | **Hearing Date: March 22, 2004 at 12:00 p.m.** |
| | | **Objection Deadline:  December 24, 2003 at 4:00 p.m.** |

## NOTICE OF FILING OF QUARTERLY FEE APPLICATION

To:  (1) The Debtors; (2) Counsel to the Debtors; (3) The Office of the United States Trustee; (4) Counsel to the Official Committee of Asbestos Personal Injury Claimants; (5) Counsel to the Official Committee of Asbestos Property Damage Claimants; (6) Counsel to the Official Committee of Equity Holders; and (7) Counsel to the Debtors-in-Possession Lenders (8) the Fee Auditor:

FTI Policano & Manzo ("FTI"), Financial Advisors to the Official Committee of

Unsecured Creditors (the "Committee") of the above captioned debtor and debtors in possession

in the above-captioned chapter 11 cases, filed and served the Tenth Quarterly Interim

---

[1]    The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Application of FTI, Financial Advisors to the Committee, for Allowance of Compensation for

Services Rendered and for Reimbursement of Expenses incurred for the period July 1, 2003

through September 30, 2003, seeking compensation in the amount of $248,969.00 and

reimbursement for actual and actual and necessary expenses in the amount of $3,557.83 (the

"Quarterly Fee Application").

Objections or responses to the Quarterly Fee Application, if any, must be made in

writing and filed with the United States Bankruptcy Court for the District of Delaware, Marine

Midland Plaza, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before

**December 24, 2003 at 4:00 p.m.**

At the same time you must also serve a copy of the objections or responses, if

any, upon the Affected Professional and each of the following:  (i) co-counsel for the Debtors,

James H.M. Sprayregen, Esquire, Kirkland & Ellis, 200 East Randolph Drive, Chicago, Illinois

60601 (fax number 312-861-2200), and Laura Davis Jones, Esquire, Pachulski, Stang, Ziehl,

Young & Jones P.C., 919 North Market Street, Suite 1600, P.O. Box 8705, Wilmington, DE

19899-8705 (Courier 19801) (fax number 302-652-4400); (ii) co-counsel to the Official

Committee of Unsecured Creditors, Lewis Kruger, Esquire, Stroock & Stroock & Lavan LLP,

180 Maiden Lane, New York, New York 10038-4982 (fax number 212-806-6006), and Michael

R. Lastowski, Esquire, Duane Morris LLP, 1100 N. Market Street, Suite 1200, Wilmington,

Delaware 19801-1246 (fax number 302-657-4901); (iii) co-counsel to the Official Committee of

Asbestos Property Damage Claimants, Scott L. Baena, Esquire, Blizin, Sumberg, Dunn, Baena,

Price & Axelrod, First Union Financial Center, 200 South Biscayne Boulevard, Suite 2500,

Miami, Florida 33131 (fax number 305-374-7593), and Michael B. Joseph, Esquire, Ferry &

Joseph, P.A., 824 Market Street, Suite 904, P.O. Box 1351, Wilmington, Delaware 19899 (fax

number 302-575-1714); (iv) co-counsel to the Official Committee of Asbestos Personal Injury Claimants, Elihu Inselbuch, Esquire, Caplin & Drysdale, 399 Park Avenue, 36th Floor, New York, New York 10022 (fax number 212-644-6755), and Mark Hurford, Esquire, Campbell & Levine, LLC, Chase Manhattan Centre, 15th Floor, 1201 Market Street, Suite 1500, Wilmington, Delaware 19801 (fax number 302-426-9947); (v) co-counsel to the DIP Lender, J. Douglas Bacon, Esquire, Latham & Watkins , Sears Tower, Suite 5800, Chicago, Illinois 60606 (fax number 312-993-9767), and Steven M. Yoder, Esquire, The Bayard Firm, 222 Delaware Avenue, Suite 900, P.O. 25130, Wilmington, Delaware 19899 (fax number 302-658-6395); (vi) counsel to the Official Committee of Equity Holders, Thomas Moers Mayer, Esquire, Kramer Levin Naftalis & Frankel LLP, 919 Third Avenue, New York, New York 10022 (fax number 212-715-8000);  and (vii) the Office of the United States Trustee, Attn:  Frank J. Perch, Esquire, 844 N. King Street, Wilmington, Delaware 19801 (fax number 302-573-6497); and (viii) the Fee Auditor, to Warren H. Smith, Warren H. Smith and Associates, Republic Center, 325 N. St. Paul, Suite 4080, Dallas, TX 75201.

PER THE AMENDED OMNIBUS HEARING ORDER DATED DECEMBER 10, 2002, A HEARING ON THE QUARTERLY FEE APPLICATION WILL BE HELD BEFORE THE HONORABLE JUDITH K. FITZGERALD ON **MARCH 22, 2004 AT 12:00 PM.**

IF YOU FAIL TO RESPOND OR OBJECT IN ACCORDANCE WITH THIS

NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE QUARTERLY

FEE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Dated: Wilmington, DE
       December 4, 2003

**RESPECTFULLY SUBMITTED,**

_____/s/_____
Michael R. Lastowski, Esq. (DE I.D. No. 3892)
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801
Telephone:    (302) 657-4900
Facsimile:    (302) 657-4901
E-mail:       mlastowski@duanemorris.com

William S. Katchen, Esquire (Admitted in NJ Only)
DUANE MORRIS LLP
One Riverfront Plaza
Newark, New Jersey 07102
Telephone:    (973) 424-2000
Facsimile:    (973) 424-2001
E-mail:       wskatchen@duanemorris.com

and

Lewis Kruger, Esquire
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, New York 10038-4982
Telephone:    (212) 806-5400
Facsimile:    (212) 806-6006
e-mail:       lkruger@Stroock.com

Co-Counsel for the Official Committee of Unsecured Creditors
of W. R. Grace & Co., et al.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

--------------------------x

In re:                                       Chapter 11

W.R. GRACE & Co., et al.,                    Case No.  01-01139 (JKF)
                                             (Jointly Administered)


                          Debtor            Objection Deadline: To be Determined
                                            Hearing Date: To be Determined


**TENTH QUARTERLY INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM JULY 1, 2003 THROUGH  SEPTEMBER 30, 2003)**

| | |
|---|---|
| Name of Applicant: | FTI Policano & Manzo |
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors |
| Date of Retention: | June 21, 2001 |
| Period for which compensation and reimbursement is sought: | July 1, 2003 through September 30, 2003 |
| Amount of Compensation sought as actual, reasonable and necessary during the Quarter (100%): | $248,969.00 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary during the Quarter (100%): | $  3,557.83 |


This is an: __X___ interim _____ final application


This is the Tenth Quarterly application filed.  Disclosure for all periods is as follows:

**TENTH QUARTERLY INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
<u>(FOR THE PERIOD FROM JULY 1, 2003 THROUGH  SEPTEMBER 30, 2003)</u>**

**ATTACHMENT A**

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees | Expenses |
|---|---|---|---|---|---|
| June 28, 2001 | April 20, 2001 through April 30, 2001 | $16,008.00 | $667.95 | $12,806.40 (80% of requested fees) | $667.95 |
| June 28, 2001 | May 1, 2001 through May 31, 2001 | $104,081.50 | $2,513.09 | $83,265.20 (80% of requested fees) | $2,513.09 |
| July 28, 2001 | June 1, 2001 through June 30, 2001 | $75,916.00 | $3,913.13 | $60,732.80 (80% of requested fees) | $3,913.13 |
| | | | | | |
| **Totals First Quarterly** | **April 20, 2001 through June 30, 2001** | **$196,005.50** | **$7,094.17** | **$156,804.40** | **$7,094.17** |
| | | | | | |
| August 28, 2001 | July 1, 2001 through July 31,2001 | $71,989.50 | $3,871.54 | $57,591.60 (80% of requested fees) | $3,871.14 |
| September 28, 2001 | August 1, 2001 through August 31, 2001 | $70,425.00 | $1,092.45 | $56,340.00 (80% of requested fees) | $1,092.45 |
| October 30, 2001 | September 1, 2001 through September 30, 2001 | $104,816.50 | $3,028.40 | $83,853.20 (80% of requested fees) | $3,028.40 |
| | | | | | |
| **Totals Second Quarterly** | **July 1, 2001 through September 30, 2001** | **$247,231.00** | **$7,992.39** | **197,784.80** | **$7,992.39** |
| | | | | | |

2

**TENTH QUARTERLY INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM JULY 1, 2003 THROUGH SEPTEMBER 30, 2003)**

**ATTACHMENT A**

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees | Expenses |
|---|---|---|---|---|---|
| November 29, 2001 | October 1, 2001 through October 31, 2001 | $42,643.00 | $ 3,670.86 | $34,114.40 (80% of requested fees) | $3,670.86 |
| December 28, 2001 | November 1, 2001 through November 30, 2001 | $50,048.50 | $1,864.72 | $40,038.80 (80% of requested fees) | $1,864.72 |
| January 28, 2002 | December 1, 2001 through December 31, 2001 | $53,986.50 | $1,005.29 | $43,189.20 (80% of requested fees) | $1,005.29 |
| **Totals Third Quarterly** | **October 1, 2001 through December 31, 2001** | **$146,678.00** | **$6,540.87** | **$117,342.40** | **$6,540.87** |
| | | | | | |
| February 28, 2002 | January 1, 2002 through January 31, 2002 | $63,207.00 | $2,549.70 | $50,565.60 (80% of requested fees) | $2,549.70 |
| March 28, 2002 | February 1, 2002 through February 28, 2002 | $27,249.50 | $1,874.43 | $21,799.60 (80% of requested fees) | $1,874.43 |
| April 28, 2002 | March 1, 2002 through March 31, 2002 | $106,680.50 | $1,919.09 | $85,344.40 (80% of requested fees) | $1,919.09 |
| | | | | | |
| **Totals Fourth Quarterly** | **January 1, 2002 through March 31, 2002** | **$197,137.00** | **$6,343.22** | **$157,709.60** | **$6,343.22** |
| | | | | | |

**TENTH QUARTERLY INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM JULY 1, 2003 THROUGH SEPTEMBER 30, 2003)**

**ATTACHMENT A**

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees | Expenses |
|---|---|---|---|---|---|
| May 28, 2002 | April 1, 2002 through April 30, 2002 | $102,314.00 | $ 4,657.40 (less adjustment of $126.55 per Exhibit G) | $81,851.20 (80% of requested fees) | $4,530.85 |
| June 28, 2002 | May 1, 2002 through May 31, 2002 | $50,027.00 | $2,207.14 | $40,021.60 (80% of requested fees) | $2,207.14 |
| July 28, 2002 | June 1, 2002 through June 30, 2002 | $43,359.00 | 1,381.59 | $34,687.20 (80% of requested fees) | $1,381.59 |
| **Totals Fifth Quarterly** | **April 1, 2002 through June 30, 2002** | **$195,700.00** | **$8,119.58** | **$156,560.00** | **$8,119.58** |
| August 31, 2002 | July 1, 2002 through July 31, 2002 | $23,895.50 | $473.91 | $19,116.40 (80% of requested fees) | $473.91 |
| September 30, 2002 | August 1, 2002 through August 31, 2002 | $76,092.50 | $1,264.23 | $60,874.00 (80% of requested fees) | $1,264.23 |
| October 31, 2002 | September 1, 2002 through September 30, 2002 | $45,079.00 | $43.14 | $36,063.20 (80% of requested fees) | $43.14 |
| **Totals Sixth Quarterly** | **July 1, 2002 through September 30, 2002** | **$145,067.00** | **$1,781.28** | **$116,053.60** | **$1,781.28** |

4

**TENTH QUARTERLY INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM JULY 1, 2003 THROUGH  SEPTEMBER 30, 2003)**


**ATTACHMENT A**

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees | Expenses |
|---|---|---|---|---|---|
| November 30, 2002 | October 1, 2002 through October 31, 2002 | $46,633.50 | $256.76 | $37,306.80 (80% of requested fees) | $256.76 |
| December 31, 2002 | November 1, 2002 through November 30, 2002 | $44,622.50 | $824.96 | $35,698.00 (80% of requested fees) | $824.96 |
| January 31, 2003 | December 1, 2002 through December 31, 2002 | $42,335.00 | $34.69 | $33,868.00 (80% of requested fees) | $34.69 |
| **Totals Seventh Quarterly** | **October 1, 2002 through December 31, 2002** | **$133,591.00** | **$1,116.41** | **$106,872.80** | **$1,116.41** |
| February 28, 2003 | January 1, 2003 through January 31, 2001 | $71,517.00 | $831.54 | $57,213.60 (80% of requested fees) | $831.54 |
| March 31, 2003 | February 1, 2003 through February 28, 2003 | $131,416.50 | $2,264.79 | $105,133.20 (80% of requested fees) | $2,264.79 |
| April 30, 2003 | March 1, 2003 through March 31, 2003 | $94,355.00 | $769.04 | $75,484.00 (80% of requested fees) | $769.04 |
| **Totals Eighth Quarterly** | **January 1, 2003 through March 31, 2003** | **$297,288.50** | **$3,865.37** | **$237,830.80** | **$3,865.37** |
| | | | | | |

**TENTH QUARTERLY INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM JULY 1, 2003 THROUGH  SEPTEMBER 30, 2003)**

**ATTACHMENT A**

| | | | | | |
|---|---|---|---|---|---|
| May 31, 2003 | April 1, 2003 through April 30, 2003 | $39,810.00 | $133.70 | $31,848.00 (80% of requested fees) | $133.70 |
| June 30, 2003 | May 1, 2003 through May 31, 2003 | $70,371.00 | $847.39 | $56,296.80 (80% of requested fees) | $847.39 |
| July 24, 2003 | June 1, 2003 through June 30, 2003 | $62,684.00 | $408.81 | $50,147.20 (80% of requested fees) | $408.81 |
| **Totals Ninth Quarterly** | **April 1, 2003 through June 30, 2003** | **$172,865.00** | **$1,389.90** | **$138,292.00** | **$1,389.90** |
| August 31, 2003 | July 1, 2003 through July 31, 2003 | $61,294.00 | $780.87 | $49,035.20 (80% of requested fees) | $780.87 |
| September 30, 2003 | August 1, 2003 through August 31, 2003 | $90,447.50 | $1,132.37 | $72,358.00 (80% of requested fees) | $1.132.37 |
| October 27, 2003 | September 1, 2003 through September 30, 2003 | $97,227.50 | $1,464.59 | $77,782.00 (80% of requested fees) | $1,464.59 |
| **Totals Tenth Quarterly** | **July 1, 2003 through September 30, 2003** | **$248,969.00** | **$3,557.83** | **$199,175.20** | **$3,557.83** |

6

**TENTH QUARTERLY INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM JULY 1, 2003 THROUGH SEPTEMBER 30, 2003)**

## ATTACHMENT B

| Name of Professional Person | Hourly Billing Rate (including changes) | Total Billed Hours during the Quarter | Total Compensation for the Quarter |
|---|---|---|---|
| E. Ordway | $595 | 48.8 | $29,036.00 |
| S. Cunningham | $550 | 100.00 | $55,000.00 |
| C. Whitney | $425 | 70.2 | $29,835.00 |
| L. Hamilton | $375 | 327.1 | $122,662.50 |
| J. Schwendeman | $350 | 17.0 | $5,950.00 |
| M. DeSalvio | $190 | 1.0 | $190.00 |
| M. Hakoun | $165 | 18.7 | $3,085.50 |
| N. Backer | $75 | 42.8 | $3,210.00 |
|  |  |  |  |
| Grand Total: |  | 625.6 | $248,969.00 |
| Blended Rate: | $398 |  |  |

## COMPENSATION BY PROJECT CATEGORY

| Task Code | Project Category | Total Hours for the Quarter | Total Fees for the Quarter |
|---|---|---|---|
| 2 | Business Analysis | 0.0 | $0.00 |
| 3 | Corporate Finance | 96.4 | $40,566.50 |
| 4 | Data Analysis | 401.5 | $167,844.50 |
| 8 | Case Administration | 23.2 | $1,740.00 |
| 9 | Claims Analysis/Objections/Administration (asbestos) | 12.9 | $5,467.50 |
| 11 | Creditors Committee | 22.1 | $10,545.00 |
| 12 | Employee Benefits/Pension | 22.3 | $10,919.50 |
| 16 | Fee Applications, Applicant | 47.2 | $11,886.00 |
|  |  |  |  |
|  | Total | 625.6 | $248,969.00 |

**TENTH QUARTERLY INTERIM APPLICATION OF FTI POLICANO & MANZO, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED (FOR THE PERIOD FROM JULY 1, 2003 THROUGH SEPTEMBER 30, 2003)**

**EXPENSE SUMMARY**

| Expense Category | Total Expenses for the Quarter |
|---|---|
| Copies | $889.80 |
| Facsimile Charges | $0.00 |
| Telecommunications | $1,515.03 |
| Postage, Express Delivery | $64.45 |
| Travel Expenses | $1,088.55 |
| | |
| Total | $3,557.83 |

**TENTH QUARTERLY INTERIM APPLICATION OF FTI POLICANO & MANZO, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED (FOR THE PERIOD FROM JULY 1, 2003 THROUGH SEPTEMBER 30, 2003)**

## APPLICATION

Pursuant to sections 327, 330 and 331 of title 11 of the United States Code (as amended, the "Bankruptcy Code", Fed. R. Bankr. P. 2016, the Retention Order (as defined below), the Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Professionals and Official Committee Members (the "Interim Compensation Order"), the Amendment to the Administrative Order effective April 17, 2002 (the "Amendment") and Del.Bankr.LR 2016-2, of FTI Policano & Manzo ("FTI P&M"), Financial Advisors to the Official Committee of Unsecured Creditors (the "Committee") of W.R. Grace & Co. and its sixty-one domestic subsidiaries and affiliates that are debtors and debtors-in-possession (the "Debtors"), hereby applies for an order allowing it (i) compensation in the amount of $248,969.00 for professional services rendered by FTI P&M as financial advisors for the Committee, less $0.00 previously paid, and (ii) reimbursement for the actual and necessary expenses incurred by FTI P&M in rendering such services in the amount of $3,557.83, less $0.00 previously paid, (the "Tenth Quarterly Fee Application"), in each case for the interim quarterly period from July 1, 2003 through September 30, 2003 (the "Fee Period").  In support of this Application, FTI P&M respectfully states as follows:

### Monthly Interim Fee Applications Covered Herein

1.  Pursuant to the procedures set forth in the Administrative Fee Order and Amendment, professionals may apply for monthly compensation and reimbursement (each such application, a "Monthly Fee Application"), and the notice parties listed in the Administrative

Fee Order and Amendment may object to such request.  If no notice party objects to a

professional's Monthly Fee Application within twenty (20) days after the date of service of

the Monthly Fee Application, the applicable professional may submit to the Court a

certification of no objection whereupon the Debtors are authorized to pay interim

compensation and reimbursement of 80% of the fees and 100% of the expenses requested.

2.    Furthermore, and also pursuant to the Administrative Fee Order and Amendment,

professionals are to file and serve upon the notice parties a quarterly request (a "Quarterly

Fee Application") for interim Court approval and allowance of the Monthly Fee Applications

filed during the quarter covered by that Quarterly Fee Application.  If the Court grants the

relief requested by the Quarterly Fee Application, the Debtors are authorized and directed to

pay the professional 100% of the fees and expenses requested in the Monthly Fee

Applications covered by that Quarterly Fee Application less any amounts previously paid in

connection with the Monthly Fee Applications.  Any payment made pursuant to the Monthly

Fee Applications or a Quarterly Fee Application is subject to final approval of all fees and

expenses at a hearing on the professional's final fee application.

3.     Pursuant to an Application submitted to the Court on or about May 17, 2001, and by a Court

order dated June 21, 2001 (the "Retention Order"), FTI P&M was retained as financial

advisors for the Committee, nunc pro tunc to April 20, 2001.  Since its retention, FTI P&M

has continuously and vigorously pursued the Committee's interests in these cases.

4.    FTI P&M is a firm of financial advisors specializing in insolvency restructuring and related

matters, and is an operating unit of FTI Consulting, Inc.  Since being retained by the

Committee, FTI P&M has rendered professional services to the Committee as requested and

as necessary and appropriate in furtherance of the interests of the unsecured creditors of the

Debtors' estates.  FTI P&M respectfully submits that the professional services that it

rendered on behalf of the Committee were necessary and have directly benefited the creditor

constituents represented by the Committee and have contributed to the effective

administration of these cases.

5.   This is the Tenth Quarterly Fee Application for compensation for services rendered that FTI

P&M has filed with the Bankruptcy Court in connection with the representation of the

Committee in these chapter 11 cases.

6.   FTI P&M has filed the following Monthly Fee Applications for interim compensation during

the Fee Period:

    a.   Twenty-eighth application of FTI Policano & Manzo, financial advisor to the
        Official Committee of Unsecured Creditors, for allowance of compensation
        for service rendered and reimbursement of expenses incurred for the period
        from July 1, 2003, through July 31, 2003, filed on or about August 31, 2003,
        (the "Twenty-eighth Fee Application") attached hereto as <u>Exhibit D</u>.

    b.   Twenty-ninth application of FTI Policano & Manzo, financial advisor to the
        Official Committee of Unsecured Creditors, for allowance of compensation
        for service rendered and reimbursement of expenses incurred for the period
        from August 1, 2003, through August 31, 2003, filed on or about September
        30, 2003, (the "Twenty-ninth Fee Application") attached hereto as <u>Exhibit E</u>.

    c.   Thirtieth application of FTI Policano & Manzo, financial advisor to the
        Official Committee of Unsecured Creditors, for allowance of compensation
        for service rendered and reimbursement of expenses incurred for the period
        from September 1, 2003, through September 30, 2003, filed on or about
        October 31, 2003, (the "Thirtieth Fee Application") attached hereto as <u>Exhibit
        F.</u>

FTI P&M has not filed any other Quarterly Fee Applications or Monthly Fee Applications for

the Fee Period.  FTI P&M has received $0.00 from the Debtors in payments for the applications

that are part of this quarterly period.

**Description of Services, Fees and Expenses**

7.  During the Tenth Quarterly Interim Period, the Applicant rendered professional services

    aggregating a total of 625.6 hours in the discharge of its duties as financial advisor and

    bankruptcy consultant to the Committee.  The Applicant is seeking an interim allowance for

    compensation of professional services rendered to the Debtors of $248,969.00, representing

    100% of fees incurred, and reimbursement of expenses in connection therewith of $3,557.83.

    The Applicant, respectfully, submits the following:

    a)  The Applicant believes that the interim fees applied for herein for professional services
        rendered in performing accounting and advisory services for the Committee in this
        proceeding are fair and reasonable in view of the time spent, the extent of work
        performed, the nature of the Debtors' capitalization structure and financial condition, the
        Debtors' financial accounting resources and the results obtained.

    b)  All expenses were billed at actual cost, exclusive of amortization of the cost of
        investment, equipment or capital outlay.  Internal charges for outgoing out-of-town
        facsimile transmissions were billed at $1.00 per page for domestic transmissions.
        Photocopy charges were billed at actual cost for external copying and $.15 per page for
        internal copying.  FTI P&M believes that these charges reflect its actual out-of-pocket
        costs.

    c)  The disbursements and expenses have been incurred in accordance with FTI P&M's
        normal practice of charging clients for expenses clearly related to and required by
        particular matters.  Such expenses were often incurred to enable FTI P&M to devote time
        beyond normal office hours to matters that imposed extraordinary time demands.  FTI
        P&M has endeavored to minimize these expenses to the fullest extent possible.

    d)  FTI P&M expended an aggregate of 625.6 hours, substantially all of which was expended
        by the professional staff of FTI P&M.  The work involved, and thus the time expended,
        was carefully assigned in light of the experience and expertise required for a particular
        task.  A small staff was utilized to optimize efficiencies and avoid redundant efforts.  The
        staff of the Debtors or their advisors has been utilized where practical and prudent.

    e)  FTI P&M's approach is to utilize senior, experienced personnel and to encourage the
        Debtors to provide the staff-level support and analysis to minimize total cost.  In addition,
        FTI P&M's per diem rates for professionals of comparable experience are 10% to 15%

lower than its competitors, the "Big-Four" accounting firms and certain other nationally-recognized specialty firms.

f)  Because FTI P&M's core staff consisted of senior professionals who performed a vast amount of the work, time spent communicating internally and reviewing the work product of junior associates was kept to a minimum.  Additionally, because of the experience of FTI P&M's professionals, in many instances only one or two FTI P&M representatives attended meetings or conference calls or performed specific functions.

g)  Edwin N. Ordway, Jr., Senior Managing Director in charge of this case, directed the activities of the FTI P&M team, calling upon his more than ten years of experience in restructuring and insolvency matters, including more than 100 cases, many as large and complex, and some larger and more complex than this matter.

h)  To the best of the Applicant's knowledge and belief, there has been no duplication of services between the Applicant and any other accountants or consultants to the bankruptcy estate.

i)  FTI P&M's travel time policy is for professional personnel to travel outside of business hours when possible.  Such time is not charged to a client unless productive work is performed during the travel period.  In this engagement, non-productive travel time is not being charged to the Debtors.

j)  In providing a reimbursable service such as copying or telephone, the Applicant does not make a profit on that service.  In charging for a particular service, FTI P&M does not include in the amount for which reimbursement is sought the amortization of the cost of any investment, equipment or capital outlay.  In seeking reimbursement for a service which the Applicant justifiably purchased or contracted for from a third party, FTI P&M requests reimbursement only for the amount billed to FTI P&M by such third party vendor and paid by FTI P&M to that vendor.

k)  Annexed hereto as Exhibit B are summaries of fees and hours by professional and by task during the Tenth Quarterly Interim Period.

l)  Annexed hereto as Exhibit C is a summary of expenses for the Tenth Quarterly Interim Period.

m)  Annexed hereto as Exhibit D, Exhibit E and Exhibit F are the monthly interim applications that include the detail of the services performed by the Applicant during the each monthly period at the direction of the Committee and its Counsel.

n)  Pursuant to Rule 2016, FTI P&M states that no compensation to be received in this proceeding will be shared with any person or entity outside of FTI P&M and that no compensation has been paid or promised to the Applicant in connection with the compensation sought in this Application except as disclosed herein. No prior application has been made to this or any other Court for the relief requested herein for the Compensation Period, nor has any payment been received by FTI P&M on account of its

accounting and financial advisory services rendered or on account of the out-of-pocket expenses incurred in connection therewith.

o) As stated in the Affidavit of Edwin N. Ordway, Jr. annexed hereto as Exhibit A, all of the services for which interim compensation is sought herein were rendered for and on behalf of the Committee solely in connection with these cases.

8. The detail of services provided by FTI P&M during the Fee Period is included in the monthly fee applications attached as Exhibit D, Exhibit E, and Exhibit F. A brief summary of the services provided by FTI P&M during the Fee Period is provided as follows:

a) Task Code 2 – Business Analysis (Business Plan) (0.0 Hours)

During the Fee Period, no activities were performed in this category.

b) Task Code 3 – Corporate Finance (Acquisitions) (96.4 Hours)

During the Fee Period, we attended a meeting held by the Debtors in connection with a proposed acquisition. We also analyzed the initial proposed acquisition by the Debtors and various changes made to the initial proposal by the Debtors. We prepared reports for counsel and the Committee thereon.

c) Task Code 4 – Data Analysis (401.5 Hours)

During the Fee Period, we prepared various analyses including, the proposed Hatch asbestos fund legislation and asbestos litigation issues. We read and analyzed the Debtors' monthly reporting packages for May and prepared a report to the Committee thereon. We analyzed the Debtors' 2nd quarter reporting package and prepared a report to the Committee thereon. We also analyzed the Debtors' cash balances and cash repatriation issues. We also analyzed the Kootenai Administrative Order and the Montana Court Order regarding environmental cleanup at Libby, MT, and prepared reports to the Committee thereon. We also analyzed the Debtors' preliminary proposed Plan of Reorganization as well as various tax issues including, state tax audits and COLI issues.

d) Task Code 8 – Case Administration (23.2 Hours)

During the Fee Period, a paraprofessional organized and distributed case materials to the Committee, as well as downloaded and distributed various docket items to case team members for further review. In addition, the paraprofessional continued to maintain our case-specific database of reports and court docket items.

e)    Task Code 9 – Claims Analysis (asbestos) (12.9 Hours)

During the Fee Period, we read and analyzed information regarding the ZAI litigation developments.  We also read and analyzed recent news releases and other asbestos litigation case information.

f)    Task Code 11 – Creditors Committee (22.1 Hours)

During the Fee Period, we discussed various case issues with Committee members and counsel including, the Summit Ventures motion, cash repatriation issues and the Debtors' pension funding motion.  We also discussed with counsel and the Committee the Debtors' May and Q2 results of operations.  In addition we discussed the proposed acquisition and a preliminary POR proposal prepared by the Debtors

g)    Task Code 12 – Employee Benefits/Pension (22.3 Hours)

During the Fee Period, we read and analyzed information regarding the Debtors' pension funding motion and related tax issues.  We analyzed information prepared by counsel regarding pension payment arrangements. We also prepared a report to the Committee regarding the Debtors' pension funding proposal.

h)    Task Code 16 – Fee Applications, Applicant (47.2 Hours)

Professional timekeepers spent approximately 27.6 hours to prepare and file fee applications for the May, June and July interim periods as well as the 9th interim quarterly fee application.  A paraprofessional spent approximately 19.6 hours assisting in the preparation of various fee applications.

## **Relief Requested**

9.   By this Tenth Quarterly Fee Application, FTI P&M requests that the Court approve the

interim allowance of compensation for professional services rendered and the reimbursement

of actual and necessary expenses incurred by FTI P&M for the Fee Period, and as detailed in

the July to September Monthly Applications, less the amounts previously paid to FTI P&M

pursuant to the procedures set forth in the Administrative Fee Order and Amendment.[1]   As

---

[1]   FTI P&M reserves the right to seek at a later date compensation for services rendered and reimbursement for expenses incurred during the July through September 2003 period that are not otherwise included in the relevant July through September Monthly Applications.

stated above, the full scope of services provided and the related expenses incurred are fully described in the July through September Monthly Applications, which are attached hereto as Exhibits D, E and F.

### Disinterestedness

10. As disclosed in the affidavit of Edwin N. Ordway, Jr.,  (the "Affidavit") FTI P&M does not hold or represent any interest adverse to the estates, and had been, at all relevant times, a disinterested person as that term is defined in section 101(4) of the Bankruptcy Code as modified by section 1107 of the Bankruptcy Code.

11. FTI P&M may have in the past represented, may currently represent, and likely in the future will represent parties-in-interest in connection with matters unrelated to the Debtors and the chapter 11 cases.  FTI P&M disclosed in its Retention Application its connections to parties-in-interest that it has been able to ascertain using its reasonable efforts.  FTI P&M will provide supplemental Affidavits when necessary and when FTI P&M becomes aware of material new information.

WHEREFORE, FTI P&M respectfully requests that the Court enter an order, substantially in the form attached hereto,

    a)  granting FTI P&M an allowance of (i) $248,969.00 as compensation for reasonable and necessary professional services rendered to the Committee, less $0.00 previously paid, and (ii) of $3,557.83 for reimbursement of actual and necessary costs and expenses incurred, less $0.00 previously paid, for a net total of $252,526.83 owing and unpaid, for the Fee period from July 1, 2003 through September 30, 2003;

b) authorizing and directing the Debtors to pay to FTI P&M the outstanding amount of

such sums; and

c) granting such other and further relief as this Court may deem just and proper.

Date: <u>October 28, 2003</u>

FTI Policano & Manzo

By

    Edwin N. Ordway, Jr.

FTI Policano & Manzo
Park 80 West, Plaza I
Saddle Brook, NJ  07663
(201) 843-4900

**Index to Exhibits**

**Exhibit A**          **Affidavit**

**Exhibit B**          **Summary Schedules of Fees for the Quarter**

**Exhibit C**          **Summary Schedule of Expenses for the Quarter**

**Exhibit D**          **Fee Application for the Period July 1 – July 31, 2003**

**Exhibit E**          **Fee Application for the Period August 1 –  August 31, 2003**

**Exhibit F**          **Fee Application for the Period September 1 – September 30, 2003**

**Exhibit A**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| W.R. GRACE & CO., et al. | ) | Case No. 01-01139 (JKF) |
| | | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Objection Deadline: To Be Determined |
| | | Hearing Date: To Be Determined |

## AFFIDAVIT

| | |
|---|---|
| STATE OF NEW JERSEY | ) |
| | ) ss: |
| COUNTY OF BERGEN | ) |

EDWIN N. ORDWAY, JR., being duly sworn, deposes and says:

1. I am a Senior Managing Director of FTI Policano & Manzo, ("FTI P&M"), an operating unit of FTI Consulting, Inc. ("FTI"), and I am duly authorized to make this affidavit on behalf of FTI P&M. FTI P&M provides financial consulting services for restructuring matters and has its principal office at Park 80 West Plaza I, Saddle Brook, New Jersey. FTI P&M has provided financial consulting services to and has rendered professional services on behalf of the Official Committee of Unsecured Creditors (the "Committee") of W. R. Grace & Co., and sixty-one of its domestic subsidiaries and affiliates which are debtors and debtors-in-possession before this Court.

2. This affidavit is submitted pursuant to Bankruptcy Rule 2016(a) in support of FTI P&M's Tenth Quarterly interim application for compensation for services and for reimbursement of expenses for services rendered during the period from July 1, 2003 through and including September 30, 2003 in the aggregate amount of $252,526.83, of which $252,526.83 has not yet been paid.

3. All services for which compensation is requested by FTI P&M were professional services performed for and on behalf of the Committee from July 1, 2003 through and including September 30, 2003 and not on behalf of any other person.

4.   In accordance with Title 18 U.S.C. Section 155, neither I nor any employee of my firm has entered into any agreement, express or implied, with any other party-in-interest for the purpose of fixing the amount of any of the fees or other compensation to be allowed out of or paid from the Debtors' assets.

5.   In accordance with Section 504 of the Bankruptcy Code, no agreement or understanding exists between me, my firm, or any employee thereof, on the one hand, and any other person, on the other hand, for division of such compensation as my firm may receive for services rendered in connection with these cases, nor will any division of fees prohibited by Section 504 of the Bankruptcy Code be made by me or any employee of my firm.

EDWIN N. ORDWAY, JR

Sworn to before me this
28th day of October, 2003

Notary Public

PATRICIA E. FOOSE
NOTARY PUBLIC OF NEW JERSEY
MY COMMISSION EXPIRES AUG. 6, 2006

**Exhibit B**

**Summary Schedules of Fees for the Quarter**

**Exhibit B**

W.R. GRACE & CO. ET. AL.
Summary of Fees by Project Category by Month
For the Period July 1, 2003 through September 30, 2003

| TASK CODE | TASK | July | August | September | TOTAL |
|---|---|---|---|---|---|
| 2 | Business Analysis | $ - | $ - | $ - | $ - |
| 3 | Corporate Finance | - | 16,637.50 | 23,929.00 | 40,566.50 |
| 4 | Data Analysis | 41,768.50 | 62,840.50 | 63,235.50 | 167,844.50 |
| 8 | Case Administration | 367.50 | 292.50 | 1,080.00 | 1,740.00 |
| 9 | Claims Analysis (asbestos) | - | 1,190.00 | 4,277.50 | 5,467.50 |
| 11 | Creditors Committee | 5,227.00 | 3,129.00 | 2,189.00 | 10,545.00 |
| 12 | Employee Benefits/Pension | 6,656.00 | 4,025.50 | 238.00 | 10,919.50 |
| 16 | Fee Applications, Applicant | 7,275.00 | 2,332.50 | 2,278.50 | 11,886.00 |
| | TOTAL | $ 61,294.00 | $ 90,447.50 | $ 97,227.50 | $ 248,969.00 |

1 of 6

**Exhibit B**
W.R. GRACE & CO. ET. AL.
Summary of Hours by Project Category by Month
For the Period July 1, 2003 through September 30, 2003

| TASK CODE | TASK | July | August | September | TOTAL |
|---|---|---|---|---|---|
| 2 | Business Analysis | - | - | - | - |
| 3 | Corporate Finance | - | 39.7 | 56.7 | 96.4 |
| 4 | Data Analysis | 97.9 | 148.5 | 155.1 | 401.5 |
| 8 | Case Administration | 4.9 | 3.9 | 14.4 | 23.2 |
| 9 | Claims Analysis (asbestos) | - | 2.0 | 10.9 | 12.9 |
| 11 | Creditors Committee | 11.3 | 6.8 | 4.0 | 22.1 |
| 12 | Employee Benefits/Pension | 13.6 | 8.3 | 0.4 | 22.3 |
| 16 | Fee Applications, Applicant | 25.4 | 10.7 | 11.1 | 47.2 |
| | TOTAL | 153.1 | 219.9 | 252.6 | 625.6 |

2 of 6

**Exhibit B**

GRACE & CO. ET. AL.
Summary of Hours and Fees by Professional
For the Period July 1, 2003 through September 30, 2003

| Task Code | Business Analysis 2 | Corporate Finance 3 | Data Analysis 4 | Case Administration 8 | Claims Analysis/Objections/ Administration (asbestos) 9 | Creditors Committee 11 | Employee Benefits/Pension 12 | Fee Applications, Applicant 16 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| E. Ordway | 0.0 | 5.2 | 32.7 | 0.0 | 2.0 | 3.5 | 5.1 | 0.3 | 48.8 |
| S. Cunningham | 0.0 | 18.7 | 66.0 | 0.0 | 1.2 | 7.1 | 7.0 | 0.0 | 100.0 |
| C. Whitney | 0.0 | 0.0 | 60.1 | 0.0 | 1.0 | 4.9 | 4.2 | 0.0 | 70.2 |
| L. Hamilton | 0.0 | 72.5 | 208.8 | 0.0 | 5.9 | 6.6 | 6.0 | 27.3 | 327.1 |
| J. Schwendeman | 0.0 | 0.0 | 14.2 | 0.0 | 2.8 | 0.0 | 0.0 | 0.0 | 17.0 |
| M. DeSalvio | 0.0 | 0.0 | 1.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 1.0 |
| M. Hakoun | 0.0 | 0.0 | 18.7 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 18.7 |
| N. Backer | 0.0 | 0.0 | 0.0 | 23.2 | 0.0 | 0.0 | 0.0 | 19.6 | 42.8 |
| Totals | 0.0 | 96.4 | 401.5 | 23.2 | 12.9 | 22.1 | 22.3 | 47.2 | 625.6 |

| Rate | Task Code | Business Analysis 2 | Corporate Finance 3 | Data Analysis 4 | Case Administration 8 | Claims Analysis/Objections/ Administration (asbestos) 9 | Creditors Committee 11 | Employee Benefits/Pension 12 | Fee Applications, Applicant 16 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| $ 595 | E. Ordway | $ - | $ 3,094.00 | $ 19,456.50 | $ - | $ 1,190.00 | $ 2,082.50 | $ 3,034.50 | $ 178.50 | $ 29,036.00 |
| $ 550 | S. Cunningham | - | 10,285.00 | 36,300.00 | - | 660.00 | 3,905.00 | 3,850.00 | - | 55,000.00 |
| $ 425 | C. Whitney | - | - | 25,542.50 | - | 425.00 | 2,082.50 | 1,785.00 | - | 29,835.00 |
| $ 375 | L. Hamilton | - | 27,187.50 | 78,300.00 | - | 2,212.50 | 2,475.00 | 2,250.00 | 10,237.50 | 122,662.50 |
| $ 350 | J. Schwendeman | - | - | 4,970.00 | - | 980.00 | - | - | - | 5,950.00 |
| $ 190 | M. DeSalvio | - | - | 190.00 | - | - | - | - | - | 190.00 |
| $ 165 | M. Hakoun | - | - | 3,085.50 | - | - | - | - | - | 3,085.50 |
| $ 75 | N. Backer | - | - | - | 1,740.00 | - | - | - | 1,470.00 | 3,210.00 |
| | Totals | $ - | $ 40,566.50 | $ 167,844.50 | $ 1,740.00 | $ 5,467.50 | $ 10,545.00 | $ 10,919.50 | $ 11,886.00 | $ 248,969.00 |

**Invoice**

W.R. GRACE & CO. ET. AL.
Summary of Hours by Category
For the period July 1, 2003 through July 31, 2003

| Rate | Fees Per Professional | | Task Code | Business Analysis (Business Plan) 2 | Corporate Finance (Acquisitions) 3 | Data Analysis 4 | Case Administration 8 | Claims Analysis/Objections/Administration (asbestos) 9 | Creditors Committee 11 | Employee Benefits/Pension 12 | Fee Applications, Applicant 16 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $ 595 | $ | 11,900.00 | E. Ordway | 0.0 | 0.0 | 15.6 | 0.0 | 0.0 | 0.6 | 3.8 | 0.0 | 20.0 |
| $ 550 | $ | 11,275.00 | S. Cunningham | 0.0 | 0.0 | 13.4 | 0.0 | 0.0 | 3.9 | 3.2 | 0.0 | 20.5 |
| $ 425 | $ | 10,922.50 | C. Whitney | 0.0 | 0.0 | 19.0 | 0.0 | 0.0 | 3.5 | 3.2 | 0.0 | 25.7 |
| $ 375 | $ | 23,962.50 | L. Hamilton | 0.0 | 0.0 | 39.3 | 0.0 | 0.0 | 3.3 | 3.4 | 17.9 | 63.9 |
| $ 350 | $ | 1,050.00 | J. Schwendeman | 0.0 | 0.0 | 3.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 3.0 |
| $ 165 | $ | 1,254.00 | M. Hakoun | 0.0 | 0.0 | 7.6 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 7.6 |
| $ 75 | $ | 930.00 | N. Backer | 0.0 | 0.0 | 0.0 | 4.9 | 0.0 | 0.0 | 0.0 | 7.5 | 12.4 |
| | $ | 61,294.00 | Totals | 0.0 | 0.0 | 97.9 | 4.9 | 0.0 | 11.3 | 13.6 | 25.4 | 153.1 |

| Rate | Fees Per Professional | | Task Code | Business Analysis 2 | Corporate Finance 3 | Data Analysis 4 | Case Administration 8 | Claims Analysis/Objections/Administration (asbestos) 9 | Creditors Committee 11 | Employee Benefits/Pension 12 | Fee Applications, Applicant 16 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $ 595 | $ | 11,900.00 | E. Ordway | $ - | $ - | $ 9,282.00 | $ - | $ - | $ 357.00 | $ 2,261.00 | $ - | $ 11,900.00 |
| $ 550 | $ | 11,275.00 | S. Cunningham | - | - | 7,370.00 | - | - | 2,145.00 | 1,760.00 | - | 11,275.00 |
| $ 425 | $ | 10,922.50 | C. Whitney | - | - | 8,075.00 | - | - | 1,487.50 | 1,360.00 | - | 10,922.50 |
| $ 375 | $ | 23,962.50 | L. Hamilton | - | - | 14,737.50 | - | - | 1,237.50 | 1,275.00 | 6,712.50 | 23,962.50 |
| $ 350 | $ | 1,050.00 | J. Schwendeman | - | - | 1,050.00 | - | - | - | - | - | 1,050.00 |
| $ 165 | $ | 1,254.00 | M. Hakoun | - | - | 1,254.00 | - | - | - | - | - | 1,254.00 |
| $ 75 | $ | 930.00 | N. Backer | - | - | - | 367.50 | - | - | - | 562.50 | 930.00 |
| | $ | 61,294.00 | Totals | $ - | $ - | $ 41,768.50 | $ 367.50 | $ - | $ 5,227.00 | $ 6,656.00 | $ 7,275.00 | $ 61,294.00 |

**Invoice**

**W.R. GRACE & CO. ET AL.**
Summary of Hours by Category
For the period August 1, 2003 through August 31, 2003

| Rate | Fees Per Professional | | Business Analysis (Business Plan) | Corporate Finance (Acquisitions) | Data Analysis | Case Administration | Claims Analysis/Objections/ Administration (asbestos) | Creditors Committee | Employee Benefits/ Pension | Fee Applications, Applicant | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Task Code | 2 | 3 | 4 | 8 | 9 | 11 | 12 | 16 | |
| $ 595 | $ 6,842.50 | E. Ordway | 0.0 | 0.0 | 7.4 | 0.0 | 2.0 | 1.2 | 0.9 | 0.0 | 11.5 |
| $ 550 | $ 23,100.00 | S. Cunningham | 0.0 | 10.0 | 26.8 | 0.0 | 0.0 | 1.4 | 3.8 | 0.0 | 42.0 |
| $ 425 | $ 12,962.50 | C. Whitney | 0.0 | 0.0 | 28.1 | 0.0 | 0.0 | 1.4 | 1.0 | 0.0 | 30.5 |
| $ 375 | $ 44,400.00 | L. Hamilton | 0.0 | 29.7 | 78.2 | 0.0 | 0.0 | 2.8 | 2.6 | 5.1 | 118.4 |
| $ 350 | $ 2,100.00 | J. Schwenderman | 0.0 | 0.0 | 6.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 6.0 |
| $ 165 | $ 330.00 | M. Hakoun | 0.0 | 0.0 | 2.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 2.0 |
| $ 75 | $ 712.50 | N. Backer | 0.0 | 0.0 | 0.0 | 3.9 | 0.0 | 0.0 | 0.0 | 5.6 | 9.5 |
| | $ 90,447.50 | Totals | 0.0 | 39.7 | 148.5 | 3.9 | 2.0 | 6.8 | 8.3 | 10.7 | 219.9 |

| Rate | Fees Per Professional | | Business Analysis (Business Plan) | Corporate Finance | Data Analysis | Case Administration | Claims Analysis/Objections/ Administration (asbestos) | Creditors Committee | Employee Benefits/ Pension | Fee Applications, Applicant | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Task Code | 2 | 3 | 4 | 8 | 9 | 11 | 12 | 16 | |
| $ 595 | $ 6,842.50 | E. Ordway | $ - | $ - | $ 4,403.00 | $ - | $ 1,190.00 | $ 714.00 | $ 535.50 | $ - | $ 6,842.50 |
| $ 550 | $ 23,100.00 | S. Cunningham | - | 5,500.00 | 14,740.00 | - | - | 770.00 | 2,090.00 | - | 23,100.00 |
| $ 425 | $ 12,962.50 | C. Whitney | - | - | 11,942.50 | - | - | 595.00 | 425.00 | - | 12,962.50 |
| $ 375 | $ 44,400.00 | L. Hamilton | - | 11,137.50 | 29,325.00 | - | - | 1,050.00 | 975.00 | 1,912.50 | 44,400.00 |
| $ 350 | $ 2,100.00 | J. Schwenderman | - | - | 2,100.00 | - | - | - | - | - | 2,100.00 |
| $ 165 | $ 330.00 | M. Hakoun | - | - | 330.00 | - | - | - | - | - | 330.00 |
| $ 75 | $ 712.50 | N. Backer | - | - | - | 292.50 | - | - | - | 420.00 | 712.50 |
| | $ 90,447.50 | Totals | $ - | $ 16,637.50 | $ 62,840.50 | $ 292.50 | $ 1,190.00 | $ 3,129.00 | $ 4,025.50 | $ 2,332.50 | $ 90,447.50 |

**Invoice**

W.R. GRACE & CO. ET. AL.
Summary of Hours by Category
For the period September 1, 2003 through September 30, 2003

| Rate | Fees Per Professional | | Task Code | Business Analysis (Business Plan) 2 | Corporate Finance (Acquisitions) 3 | Data Analysis 4 | Case Administration 8 | Claims Analysis/Objections/Administration (asbestos) 9 | Creditors Committee 11 | Employee Benefits/Pension 12 | Fee Applications, Applicant 16 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $595 | $10,293.50 | E. Ordway | | 0.0 | 5.2 | 9.7 | 0.0 | 0.0 | 1.7 | 0.4 | 0.3 | 17.3 |
| $550 | 20,625.00 | S. Cunningham | | 0.0 | 8.7 | 25.8 | 0.0 | 1.2 | 1.8 | 0.0 | 0.0 | 37.5 |
| $425 | 5,950.00 | C. Whitney | | 0.0 | 0.0 | 13.0 | 0.0 | 1.0 | 0.0 | 0.0 | 0.0 | 14.0 |
| $375 | 54,300.00 | L. Hamilton | | 0.0 | 42.8 | 91.3 | 0.0 | 5.9 | 0.5 | 0.0 | 4.3 | 144.8 |
| $350 | 2,800.00 | J. Schwendeman | | 0.0 | 0.0 | 5.2 | 0.0 | 2.8 | 0.0 | 0.0 | 0.0 | 8.0 |
| $190 | 190.00 | M. DeSalvio | | 0.0 | 0.0 | 1.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 1.0 |
| $165 | 1,501.50 | M. Hakoun | | 0.0 | 0.0 | 9.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 9.1 |
| $75 | 1,567.50 | N. Backer | | 0.0 | 0.0 | 0.0 | 14.4 | 0.0 | 0.0 | 0.0 | 6.5 | 20.9 |
| | $97,227.50 | Totals | | 0.0 | 56.7 | 155.1 | 14.4 | 10.9 | 4.0 | 0.4 | 11.1 | 252.6 |

| Rate | Fees Per Professional | | Task Code | Business Analysis (Business Plan) 2 | Corporate Finance 3 | Data Analysis 4 | Case Administration 8 | Claims Analysis/Objections/Administration (asbestos) 9 | Creditors Committee 11 | Employee Benefits/Pension 12 | Fee Applications, Applicant 16 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $595 | $10,293.50 | E. Ordway | | $ - | $ 3,094.00 | $ 5,771.50 | $ - | $ - | $ 1,011.50 | $ 238.00 | $ 178.50 | $ 10,293.50 |
| $550 | 20,625.00 | S. Cunningham | | - | 4,785.00 | 14,190.00 | - | 660.00 | 990.00 | - | - | 20,625.00 |
| $425 | 5,950.00 | C. Whitney | | - | - | 5,525.00 | - | 425.00 | - | - | - | 5,950.00 |
| $375 | 54,300.00 | L. Hamilton | | - | 16,050.00 | 34,237.50 | - | 2,212.50 | 187.50 | - | 1,612.50 | 54,300.00 |
| $350 | 2,800.00 | J. Schwendeman | | - | - | 1,820.00 | - | 980.00 | - | - | - | 2,800.00 |
| $190 | 190.00 | M. DeSalvio | | - | - | 190.00 | - | - | - | - | - | 190.00 |
| $165 | 1,501.50 | M. Hakoun | | - | - | 1,501.50 | - | - | - | - | - | 1,501.50 |
| $75 | 1,567.50 | N. Backer | | - | - | - | 1,080.00 | - | - | - | 487.50 | 1,567.50 |
| | $97,227.50 | Totals | | $ - | $ 23,929.00 | $ 63,235.50 | $ 1,080.00 | $ 4,277.50 | $ 2,189.00 | $ 238.00 | $ 2,278.50 | $ 97,227.50 |

**Exhibit C**

**Summary Schedule of Expenses for the Quarter**

**Exhibit C**

W.R. GRACE & CO. ET. AL.
Summary of Expenses by Type of Expense
For the period July 1, 2003 through September 30, 2003

| | July | August | September | TOTAL |
|---|---|---|---|---|
| Copies: | | | | |
|   Internal | $ 486.00 | $ 65.70 | $ 338.10 | $ 889.80 |
|   External | - | - | - | - |
| Facsimile Charges | - | - | - | - |
| Telecommunications: | | | | - |
|   Telephone | 236.57 | 141.65 | 132.81 | 511.03 |
|   Toll Charges | 17.00 | 12.00 | 975.00 | 1,004.00 |
| Postage, Federal Express | - | 45.77 | 18.68 | 64.45 |
| Travel Expenses: | | | | |
|   Transportation, lodging, tolls and parking | - | 1,047.25 | - | 1,047.25 |
|   Meals | 41.30 | - | | 41.30 |
| Total Expenses | $ 780.87 | $ 1,312.37 | $ 1,464.59 | $ 3,557.83 |

1 of 4

**Invoice**

W.R. GRACE & CO. ET. AL.
Summary of Expenses by Type of Expense
For the period July 1, 2003 through July 31, 2003

| | | |
|---|---|---:|
| Copies: | | |
| Internal | $ | 486.00 |
| External | | |
| Telecommunications: | | |
| Telephone | | 236.57 |
| Toll Charges | Subscriptions and online charges | - |
| Facsimile | | 17.00 |
| Postage, Federal Express, Airborne Express | | |
| Travel Expenses: | | |
| Transportation, lodging, tolls, parking, mileage | | - |
| Subscriptions and online research fees | | 41.30 |
| Total Expenses | $ | 780.87 |

**Invoice**

W.R. GRACE & CO. ET. AL.
Summary of Expenses by Type of Expense
For the period August 1, 2003 through August 31, 2003

| | | |
|---|---|---:|
| Copies: | | |
| Internal | $ | 65.70 |
| External | | |
| Telecommunications: | | |
| Telephone | | 141.65 |
| Toll Charges | Subscriptions and online charges | - |
| Facsimile | | 12.00 |
| Postage, Federal Express, Airborne Express | | 45.77 |
| Travel Expenses: | | |
| Transportation, lodging, tolls, parking, mileage | | 1,047.25 |
| Subscriptions and online research fees | | - |
| Total Expenses | $ | 1,312.37 |

**Invoice**

## W.R. GRACE & CO. ET. AL.
Summary of Expenses by Type of Expense
For the period September 1, 2003 through September 30, 2003

| | | |
|---|---|---:|
| Copies: | | |
| Internal | $ | 338.10 |
| External | | |
| Telecommunications: | | |
| Telephone | | 132.81 |
| Toll Charges | | 975.00 |
| Facsimile | | - |
| Postage, Federal Express, Airborne Express | | 18.68 |
| Travel Expenses: | | |
| Transportation, lodging, tolls, parking, mileage | | - |
| | | |
| Total Expenses | $ | 1,464.59 |

**Exhibit D**

**Fee Application for the period**

**July 1 – July 31, 2003**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------x

In re:                                          Chapter 11

W.R. GRACE & Co., et al.,                       Case No. 01-01139 (JKF)
                                                (Jointly Administered)

             Debtors

**TWENTY-EIGHTH INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM JULY 1, 2003 THROUGH JULY 31, 2003)**

Name of Applicant:                              FTI Policano & Manzo

Authorized to Provide Professional Services to: The Official Committee of
                                                Unsecured Creditors
Date of Retention:                              June 21, 2001

Period for which compensation and              July 1, 2003 through
reimbursement is sought:                        July 31, 2003

Amount of Compensation sought
as actual, reasonable and necessary (80% of $61,294.00):   $49,035.20
Amount of Expense Reimbursement sought
as actual, reasonable and necessary (100%):                $780.87

This is an: _X___ interim _____ final application

The total time expended for fee application preparation activities is approximately 25.4 hours and corresponding compensation requested is approximately $5,820.00 (80% of the fees incurred of $7,275.00). The time expended included approximately 10.1 hours spent on preparation of the twenty-sixth, twenty-seventh and twenty-eighth monthly interim fee applications including 6.3 hours spent by a paraprofessional assisting in the preparation of the fee applications. In addition, 10.3 hours were spent preparing the Ninth quarterly fee application and related summary schedules for the Fee Auditor. Also, 5.0 hours were spent preparing a response to the Fee Auditor regarding the audit of the Eighth Interim Period.

This is the TWENTY-EIGHTH application filed. Disclosure for prior periods and current period is as follows:

TWENTY-EIGHTH INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM JULY 1, 2003 THROUGH JULY 31, 2003)

**ATTACHMENT A
TO FEE APPLICATION**

| Date Filed (on or about) | Period Covered | Requested Fees (100%) | Requested Expenses (100%) | Fees | Expenses |
|---|---|---|---|---|---|
| June 28, 2001 | April 20, 2001 through April 30, 2001 | $16,008.00 | $667.95 | $12,806.40 (80% of requested fees) | $667.95 |
| June 28, 2001 | May 1, 2001 through May 31, 2001 | $104,081.50 | $2,513.09 | $83,265.20 (80% of requested fees) | $2,513.09 |
| July 28, 2001 | June 1, 2001 through June 30, 2001 | $75,916.00 | $3,913.13 | $60,732.80 (80% of requested fees) | $3,913.13 |
| August 28, 2001 | July 1, 2001 through July 31,2001 | $71,989.50 | $3,871.54 | $57,591.60 (80% of requested fees) | $3,871.54 |
| September 28, 2001 | August 1, 2001 through August 31, 2001 | $70,425.00 | $1,092.45 | $56,340.00 (80% of requested fees) | $1,092.45 |
| October 30, 2001 | September 1, 2001 through September 30, 2001 | $104,816.50 | $3,028.40 | $83,853.20 (80% of requested fees) | $3,028.40 |
| November 29, 2001 | October 1, 2001 through October 31, 2001 | $42, 643.00 | $ 3,670.86 | $34,114.40 (80% of requested fees) | $3,670.86 |
| December 28, 2001 | November 1, 2001 through November 30, 2001 | $50,048.50 | $1,864.72 | $40,038.80 (80% of requested fees) | $1,864.72 |
| January 28, 2002 | December 1, 2001 through December 31, 2001 | $53,986.50 | $1,005.29 | $43,189.20 (80% of requested fees) | $1,005.29 |
| February 28, 2002 | January 1, 2002 through January 31, 2002 | $63,207.00 | $2,549.70 | $50,565.60 (80% of requested fees) | $2,549.70 |
| March 28, 2002 | February 1, 2002 through February 28, 2002 | $27,249.50 | $1,874.43 | $21,799.60 (80% of requested fees) | $1,874.43 |

TWENTY-EIGHTH INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM JULY 1, 2003 THROUGH JULY 31, 2003)
**ATTACHMENT A**
**TO FEE APPLICATION**

| | | Requested | | | |
|---|---|---|---|---|---|
| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees | Expenses |
| April 28, 2002 | March 1, 2002 through March 31, 2002 | $106,680.50 | $1,919.09 | $85,344.40 (80% of requested fees) | $1,919.09 |
| May 29, 2002 | April 1, 2002 through April 30, 2002 | $102,314.00 | $4,657.40 | $81,851.20 (80% of requested fees) | $4,657.40 |
| June 28, 2002 | May 1, 2002 through May 31, 2002 | $50,027.00 | $2,207.14 | $40,021.60 (80% of requested fees) | $2,207.14 |
| July 29, 2002 | June 1, 2002 through June 30, 2002 | $43,359.00 | $1,381.59 | $34,687.20 (80% of requested fees) | $1,381.59 |
| August 31, 2002 | July 1, 2002 through July 31, 2002 | $23,895.50 | $473.91 | $19,116.40 (80% of requested fees) | $473.91 |
| September 30, 2002 | August 1, 2002 through August 31, 2002 | $76,092.50 | $1,264.23 | $60,874.00 (80% of requested fees) | $1,264.23 |
| October 31, 2002 | September 1, 2002 through September 30, 2002 | $45,079.00 | $43.14 | $36,063.20 (80% of requested fees) | $43.14 |
| November 30, 2002 | October 1, 2002 through October 31, 2002 | $46,633.50 | $256.76 | $37,306.80 (80% of requested fees) | $256.76 |
| December 31, 2002 | November 1, 2002 through November 30, 2002 | $44,622.50 | $824.96 | $35,698.00 (80% of requested fees) | $824.96 |
| January 31, 2003 | December 1, 2002 through December 31, 2002 | $42,335.00 | $34.69 | $33,868.00 (80% of requested fees) | $34.69 |
| February 28, 2003 | January 1, 2003 through January 31, 2003 | $71,517.00 | $831.54 | $57,213.60 (80% of requested fees) | $831.54 |

TWENTY-EIGHTH INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM JULY 1, 2003 THROUGH JULY 31, 2003)

**ATTACHMENT A**
**TO FEE APPLICATION**

| | | Requested | | | |
|---|---|---|---|---|---|
| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees | Expenses |
| March 28, 2003 | February 1, 2003 through February 28, 2003 | $131,416.50 | $2,264.79 | $105,133.20 (80% of requested fees) | $2,264.79 |
| April 30, 2003 | March 1, 2003 through March 31, 2003 | $94,355.00 | $769.04 | $75,484.00 (80% of requested fees) | $769.04 |
| May 31, 2003 | April 1, 2003 through April 30, 2003 | $39,810.00 | $133.70 | $31,848.00 (80% of requested fees) | $133.70 |
| June 30, 2003 | May 1, 2003 through May 31, 2003 | $70,371.00 | $847.39 | $56,296.80 (80% of requested fees) | $847.39 |
| July 31, 2003 | June 1, 2003 through June 30, 2003 | $62,684.00 | $408.81 | $50,147.20 (80% of requested fees) | $408.81 |
| August 31, 2003 | July 1, 2003 through July 31, 2003 | $61,294.00 | $780.87 | $49,035.20 (80% of requested fees) | $780.87 |

TWENTY-EIGHTH INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM JULY 1, 2003 THROUGH JULY 31, 2003)

## ATTACHMENT B
## TO FEE APPLICATION

| Name of Professional Person | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|
| E. Ordway | $595 | 20.0 | $11,900.00 |
| S. Cunningham | $550 | 20.5 | $11,275.00 |
| C. Whitney | $425 | 25.7 | $10,922.50 |
| L. Hamilton | $375 | 63.9 | $23,962.50 |
| J. Schwendeman | $350 | 3.0 | $1,050.00 |
| M. Hakoun | $165 | 7.6 | $1,254.00 |
| N. Backer | $ 75 | 12.4 | $930.00 |
| | | | |
| Grand Total: | | 153.1 | $61,294.00 |
| Blended Rate: | $400 | | |

## COMPENSATION BY PROJECT CATEGORY

| Task Code | Project Category | Total Hours | Total Fees |
|---|---|---|---|
| 2 | Business Analysis | 0.0 | $0.00 |
| 3 | Corporate Finance | 0.0 | $0.00 |
| 4 | Data Analysis | 97.9 | $41,768.50 |
| 8 | Case Administration | 4.9 | $367.50 |
| 9 | Claims Analysis (Asbestos) | 0.0 | $0.00 |
| 11 | Creditors Committee | 11.3 | $5,227.00 |
| 12 | Employee Benefits/Pension | 13.6 | $6,656.00 |
| 16 | Fee Applications, Applicant | 25.4 | $7,275.00 |
| | | | |
| | Total | 153.1 | $61,294.00 |

5

TWENTY-EIGHTH INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM JULY 1, 2003 THROUGH JULY 31, 2003)

## EXPENSE SUMMARY

| Expense Category | Total Expenses |
|---|---|
| Copies | $486.00 |
| Facsimiles | $17.00 |
| Telecommunications | $236.57 |
| Postage, Express Delivery | $0.00 |
| Travel Expenses | $0.00 |
| Tolling Charges | $41.30 |
| | |
| Total | $780.87 |

**Invoice**

W.R. GRACE & CO. ET. AL.
Summary of Fees by Professional
For the period July 1, 2003 through July 31, 2003

|  | Total Hours | Billing Rate | Amount |
|---|---|---|---|
| E. Ordway | 20.0 | $ 595 | 11,900.00 |
| S. Cunningham | 20.5 | $ 550 | 11,275.00 |
| C. Whitney | 25.7 | $ 425 | 10,922.50 |
| L. Hamilton | 63.9 | $ 375 | 23,962.50 |
| J. Schwendeman | 3.0 | $ 350 | 1,050.00 |
| M. Hakoun | 7.6 | $ 165 | 1,254.00 |
| N. Backer | 12.4 | $ 75 | 930.00 |
| TOTAL | 153.1 | | $ 61,294.00 |

1 of 15

Invoice

W.R. GRACE & CO. ET AL.
Summary of Hours by Category
For the period July 1, 2003 through July 31, 2003

| Rate | Fees Per Professional | | | Business Analysis | Corporate Finance | Data Analysis | Case Administration | Claims Analysis/Objections/Administration (asbestos) | Creditors Committee | Employee Benefits/Pension | Fee Applications, Applicant | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Task Code | 2 | 3 | 4 | 8 | 9 | 11 | 12 | 16 | |
| $ 595 | $ 11,900.00 | E. Ordway | $ | - | $ - | $ 9,282.00 | - | $ - | $ 357.00 | $ 2,261.00 | $ - | $ 11,900.00 |
| $ 550 | $ 11,275.00 | S. Cunningham | | - | - | 7,370.00 | - | - | 2,145.00 | 1,760.00 | - | 11,275.00 |
| $ 425 | $ 10,922.50 | C. Whitney | | - | - | 8,075.00 | - | - | 1,487.50 | 1,360.00 | - | 10,922.50 |
| $ 375 | $ 23,962.50 | L. Hamilton | | - | - | 14,737.50 | - | - | 1,237.50 | 1,275.00 | 6,712.50 | 23,962.50 |
| $ 350 | $ 1,050.00 | J. Schwendeman | | - | - | 1,050.00 | - | - | - | - | - | 1,050.00 |
| $ 165 | $ 1,254.00 | M. Hakoun | | - | - | 1,254.00 | - | - | - | - | - | 1,254.00 |
| $ 75 | $ 930.00 | N. Backer | | - | - | - | 367.50 | - | - | - | 562.50 | 930.00 |
| | $ 61,294.00 | Totals | | $ - | $ - | $ 41,768.50 | $ 367.50 | $ - | $ 5,227.00 | $ 6,656.00 | $ 7,275.00 | $ 61,294.00 |

2 of 15

Invoice

W.R. GRACE & CO. ET. AL.
Summary of Hours by Category
For the period July 1, 2003 through July 31, 2003

| Rate | Fees Per Professional | | Task Code | Business Analysis (Business Plan) 2 | Corporate Finance (Acquisitions) 3 | Data Analysis 4 | Case Administration 8 | Claims Analysis/Objections/Administration (asbestos) 9 | Creditors Committee 11 | Employee Benefits/Pension 12 | Fee Applications, Applicant 16 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $ 595 | $ 11,900.00 | E. Ordway | | 0.0 | 0.0 | 15.6 | 0.0 | 0.0 | 0.6 | 3.8 | 0.0 | 20.0 |
| $ 550 | $ 11,275.00 | S. Cunningham | | 0.0 | 0.0 | 13.4 | 0.0 | 0.0 | 3.9 | 3.2 | 0.0 | 20.5 |
| $ 425 | $ 10,922.50 | C. Whitney | | 0.0 | 0.0 | 19.0 | 0.0 | 0.0 | 3.5 | 3.2 | 0.0 | 25.7 |
| $ 375 | $ 23,962.50 | L. Hamilton | | 0.0 | 0.0 | 39.3 | 0.0 | 0.0 | 3.3 | 3.4 | 17.9 | 63.9 |
| $ 350 | $ 1,050.00 | J. Schwendeman | | 0.0 | 0.0 | 3.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 3.0 |
| $ 165 | $ 1,254.00 | M. Hakoun | | 0.0 | 0.0 | 7.6 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 7.6 |
| $ 75 | $ 930.00 | N. Backer | | 0.0 | 0.0 | 0.0 | 4.9 | 0.0 | 0.0 | 0.0 | 7.5 | 12.4 |
| | $ 61,294.00 | Totals | | 0.0 | 0.0 | 97.9 | 4.9 | 0.0 | 11.3 | 13.6 | 25.4 | 153.1 |

# Invoice

## W.R. GRACE & CO. ET. AL.
### Summary Descriptions of Tasks by Category*
### For the period July 1, 2003 through July 31, 2003

| | Task Code | Total Hours | |
|---|---|---|---|
| Business Analysis | 2 | 0.0 | No activities were performed in this category during this period. |
| Corporate Finance | 3 | 0.0 | No activities were performed in this category during this period. |
| Data Analysis | 4 | 97.9 | During the Fee Period we read and analyzed data regarding the latest version of the Hatch bill related to proposed establishment of a trust for asbestos litigation settlements. In addition we read and analyzed the May monthly operating report and Treasury report prepared by the Debtors, and prepared a report to the Committee thereon. We also prepared additional analyses regarding cash balances and cash repatriation issues and prepared a report to the Committee thereon. During the fee period we read and analyzed the Summit Ventures motion, discussed details with the Debtors and prepared a report summarizing our observations. We read and analyzed various news releases, court docket items and industry information regarding asbestos litigation. |
| Case Administration | 8 | 4.9 | During the Fee Period a paraprofessional organized and distributed materials to the Committee, as well as downloaded and distributed various court docket items to case team members for further review. In addition, the paraprofessional continued to maintain our case-specific database of reports and court docket items. |
| Claims Analysis (asbestos) | 9 | 0.0 | No activities were performed in this category during this period. |
| Creditors Committee | 11 | 11.3 | During the Fee Period we discussed the status of various case issues with members of the Committee and counsel, including the Summit Ventures motion, cash repatriation issues, the Debtors' pension funding motion and May operating results. |
| Employee Benefits/Pension | 12 | 13.6 | During the fee period, we read and analyzed the Debtors' pension funding motion and prepared a report to the Committee thereon. |
| Fee Applications, Applicant | 16 | 25.4 | During the Fee Period timekeeper Hamilton spent approximately 17.9 hours preparing the May, June and July fee applications, the Ninth Quarterly fee application and a response to the Fee Auditor regarding the audit of the Eighth Interim Period. A paraprofessional spent approximately 7.5 hours assisting in preparation of the fee application. |
| Total | | 153.1 | |

* These descriptions are not intended to be all-inclusive. Please see individual professional time summaries for complete descriptions.

# Invoice

## W.R. GRACE & CO. ET.AL.
### Professional Services Rendered by Edwin N. Ordway, Jr.
### For the period July 1, 2003 through July 31, 2003

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 7-Jul | 4 | Read and analyzed memorandum from Navigent regarding asbestos bill and summarized items for consideration in our valuation and recovery analysis. | 1.2 |
| 7-Jul | 4 | Reviewed valuation data based on current claim information. | 1.1 |
| 8-Jul | 4 | Read and analyzed memorandum from counsel regarding ZAI and summarized items for consideration in our recovery analysis. | 2.1 |
| 8-Jul | 11 | Called chair to discuss ZAI claims. | 0.3 |
| 9-Jul | 12 | Read Debtors' motion regarding pension funding. | 1.1 |
| 9-Jul | 12 | Analyzed impact to liquidity of Debtors' proposal regarding pension funding. | 1.2 |
| 9-Jul | 12 | Read counsel's memorandum regarding pension funding. | 0.8 |
| 11-Jul | 4 | Analyzed Summit motion regarding property agreement assumption. | 0.8 |
| 14-Jul | 4 | Read data regarding status of Hatch bill. | 0.9 |
| 15-Jul | 12 | Analyzed impact to liquidity of various pension funding methods. | 0.7 |
| 17-Jul | 4 | Researched tax issues related to repatriation of cash from overseas. | 1.3 |
| 18-Jul | 4 | Updated debt capacity analysis assuming repatriation of offshore cash at various levels. | 2.1 |
| 21-Jul | 4 | Analyzed 1st quarter performance and compared to peer group for trends and variances from prior year. | 1.6 |
| 22-Jul | 4 | Read and analyzed monthly operating report and summarized items for further investigation by staff. | 1.7 |
| 22-Jul | 11 | Called chair to discuss current operating results. | 0.3 |

| | | | |
|---|---|---|---|
| 22-Jul | 4 | Compared operating results to Plan and identified major variances for further investigation. | 0.6 |
| 23-Jul | 4 | Prepared and edited analyses regarding offshore cash. | 0.8 |
| 30-Jul | 4 | Updated near-term work plan for staff. | 0.8 |
| 31-Jul | 4 | Read and analyzed articles concerning Hatch bill. | 0.6 |
| | | **Total Hours** | 20.0 |

## Invoice

### W.R. GRACE & CO. ET.AL.
Professional Services Rendered by Sean Cunningham
For the period July 1, 2003 through July 31, 2003

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 8-Jul | 4 | Reviewed analysis regarding Summit motion. | 1.1 |
| 8-Jul | 11 | Participated in call with counsel regarding Summit motion. | 0.4 |
| 8-Jul | 4 | Analyzed change in cash reflected in the May operating report. | 1.0 |
| 9-Jul | 11 | Participated in conference call with Committee regarding pension motion. | 0.7 |
| 9-Jul | 4 | Read and analyzed May operating report provided by Debtors. | 0.8 |
| 10-Jul | 11 | Participated in conference call with counsel and Committee regarding pension contributions and overseas cash balance. | 1.0 |
| 14-Jul | 4 | Read excepts of Hatch Asbestos bill. | 2.6 |
| 15-Jul | 12 | Read and analyzed draft pension funding motion. | 1.9 |
| 15-Jul | 11 | Discussed pension, cash balances and other issues with counsel. | 0.5 |
| 16-Jul | 4 | Read and edited report to Committee regarding results of May operations. | 0.9 |
| 17-Jul | 12 | Read and analyzed language for proposed pension funding. | 1.3 |
| 17-Jul | 11 | Discussed with counsel the language for proposed pension funding. | 0.3 |
| 22-Jul | 4 | Prepared analysis regarding offshore cash and potential repatriation issues. | 1.8 |
| 22-Jul | 4 | Read and analyzed various articles regarding recent developments in asbestos cases. | 0.7 |
| 23-Jul | 4 | Read and analyzed Hatch report and dissenting views. | 2.2 |
| 24-Jul | 11 | Participated in conference call with Debtors and counsel regarding cash balance repatriation. | 1.0 |
| 29-Jul | 4 | Reviewed various asbestos industry updates and articles. | 2.3 |
| | | **Total Hours** | 20.5 |

**Invoice**

W.R. GRACE & CO. ET. AL.
Professional Services Rendered by Christina Whitney
For the period July 1, 2003 through July 31, 2003

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 6-Jul | 4 | Read and summarized issues pertaining to pending asbestos-related legislation discussed in a memo prepared by Navigant Consulting. | 4.1 |
| 6-Jul | 4 | Prepared an update regarding the status of the Babcock and Wilcox bankruptcy. | 2.9 |
| 10-Jul | 12 | Prepared for call with the Committee regarding pension funding motion. | 0.9 |
| 10-Jul | 11 | Participated in a call with the Committee regarding pension funding motion. | 1.0 |
| 11-Jul | 4 | Reviewed and analyzed cost/benefit repatriation analysis prepared by the Debtors. | 1.8 |
| 11-Jul | 4 | Read and analyzed asbestos-related articles pertaining to the ABB prepackaged bankruptcy and the pending Hatch bill. | 2.2 |
| 14-Jul | 12 | Prepared a discussion document pertaining to the proposed pension funding issues for distribution to Committee chairman and counsel. | 2.3 |
| 14-Jul | 4 | Prepared and distributed an information request pertaining to the impact of repatriating cash from non-filing entities. | 0.7 |
| 14-Jul | 11 | Participated in discussions with counsel and the Committee chairman regarding pension funding motion. | 1.0 |
| 14-Jul | 11 | Participated in discussions the Debtors' financial advisors regarding pension funding motion and request for additional information. | 0.5 |
| 23-Jul | 4 | Read and analyzed 2nd quarter press release. | 2.4 |
| 24-Jul | 4 | Read and analyzed June 2003 treasury report. | 2.1 |
| 24-Jul | 11 | Participated in a discussion with Debtors regarding the June 2003 treasury report and repatriation of excess cash. | 1.0 |
| 25-Jul | 4 | Prepared draft report to Committee regarding repatriation of excess cash from non-filing entities. | 2.8 |
| | | **Total Hours** | 25.7 |

**Invoice**

W.R. GRACE & CO. <u>ET. AL.</u>
Professional Services Rendered by Libby Hamilton
For the period July 1, 2003 through July 31, 2003

| <u>Date</u> | Task<br><u>Code</u> | <u>Description</u> | <u>Hours</u> |
|---|---|---|---|
| 1-Jul | 16 | Prepared May fee application | 0.1 |
| 1-Jul | 4 | Read and analyzed Summit Ventures motion. | 4.1 |
| 1-Jul | 11 | Discussed Summit Ventures motion with counsel. | 0.2 |
| 3-Jul | 11 | Discussed Summit Ventures motion and Pension Funding motion with counsel. | 0.5 |
| 3-Jul | 12 | Read and analyzed Pension Funding motion. | 0.2 |
| 3-Jul | 4 | Read counsel's memo regarding status of ZAI claimants. | 0.3 |
| 3-Jul | 16 | Prepared response to Fee Auditor regarding the 8th Interim period. | 5.0 |
| 8-Jul | 4 | Read and analyzed cash balance detail contanin in Debtor's Treasury report. | 1.9 |
| 8-Jul | 4 | Analyzed information regarding Summit Ventures motion and prepared report thereon. | 5.9 |
| 8-Jul | 11 | Discussed Summit Ventures and pension funding motions with counsel. | 0.5 |
| 9-Jul | 4 | Read and analyzed Debtors' May operating statements. | 4.6 |
| 9-Jul | 4 | Prepared report regarding Debtors' May operating statements. | 3.8 |
| 9-Jul | 11 | Discussed Pension funding and Summit Ventures motions with counsel. | 0.7 |
| 10-Jul | 12 | Read and analyzed pension information provided by Debtors. | 0.9 |
| 10-Jul | 12 | Continued to read and analyze information regarding Pension Funding. | 0.4 |
| 10-Jul | 4 | Continued to prepare report regarding Debtors' May operating statements. | 5.7 |

| | | | |
|---|---|---|---|
| 10-Jul | 11 | Discussed with counsel the repatriation of cash from Debtors' overseas entities. | 0.4 |
| 10-Jul | 4 | Read counsel's memo regarding Summit Ventures motion. | 0.6 |
| 10-Jul | 11 | Participated in conference call regarding Pension Funding. | 1.0 |
| 11-Jul | 16 | Prepared June fee application. | 0.4 |
| 11-Jul | 4 | Continued to prepare report regarding Debtors' May operating | 2.4 |
| 11-Jul | 4 | Read and analyzed recent updates to Hatch bill. | 1.0 |
| 14-Jul | 4 | Continued to read and analyze updates to Hatch bill. | 0.2 |
| 14-Jul | 16 | Continued to prepare June fee application. | 0.5 |
| 14-Jul | 12 | Read and analyzed emails, memos and schedules regarding Pension | 1.6 |
| 16-Jul | 4 | Read and analyzed recent asbestos news reports. | 2.6 |
| 18-Jul | 12 | Read revised proposed order regarding Pension Funding. | 0.3 |
| 18-Jul | 16 | Continued to prepare June fee application. | 0.9 |
| 21-Jul | 4 | Continued to prepare report to Committee regarding Debtors' May operating report. | 0.9 |
| 22-Jul | 16 | Continued to prepare June fee application. | 0.8 |
| 23-Jul | 4 | Continued to prepare report to Committee regarding Debtors' May operating report. | 0.9 |
| 24-Jul | 4 | Read and analyzed Q2 quarterly press release from Debtors. | 2.0 |
| 28-Jul | 16 | Prepared 9th quarterly fee application. | 4.6 |
| 29-Jul | 16 | Continued to prepare 9th quarterly fee application. | 2.9 |
| 30-Jul | 16 | Prepared summary quarterly fee schedules for Fee Auditor. | 1.6 |
| 31-Jul | 4 | Read and analyzed recent court docket items including EPA | 2.4 |
| 31-Jul | 16 | Prepared July fee application. | 1.1 |
| | | **Total Hours** | 63.9 |

# Invoice

## W.R. GRACE & CO. ET. AL.
Professional Services Rendered by Jeffrey E. Schwendeman
For the period July 1, 2003 through July 31, 2003

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 2-Jul | 4 | Analyzed recent news and industry trade reports relating to recent asbestos litigation negotiations for the Debtors and competitors. | 0.8 |
| 16-Jul | 4 | Analyzed recent economic releases and impact on heavy construction/asbestos-related industry. | 1.2 |
| 31-Jul | 4 | Analyzed recent news and industry trade reports relating to recent asbestos litigation negotiations for the Debtors and competitors. | 1.0 |
| | | **Total Hours** | 3.0 |

**Invoice**

W.R.GRACE & CO. ET AL.
Professional Services Rendered by Matt Hakoun
For the period July 1, 2003 through July 31, 2003

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 2-Jul | 4 | Researched and analyzed specifics in the "Fairness Asbestos Injury Resolution 2003" and distributed findings to case team members. | 1.7 |
| 10-Jul | 4 | Monitored asbestos litigation news and distributed results to case team members. | 0.8 |
| 14-Jul | 4 | Researched amendments made to the "Fairness in Asbestos Injury Resolution 2003." | 0.5 |
| 29-Jul | 4 | Researched and analyzed selected specialty chemical peer companies second quarter earnings. | 0.8 |
| 29-Jul | 4 | Prepared an analysis of operating results compared to prior year and year-to-date. | 1.6 |
| 30-Jul | 4 | Continued peer group analysis incorporating analyst comments and outlooks for third quarter and full year. | 1.4 |
| 31-Jul | 4 | Researched new amendments made to the "Fairness in Asbestos Resolution Act of 2003" or "FAIR Act 2003;" obtained marked-up version and distributed materials to case team members. | 0.8 |
| **Total Hours** | | | 7.6 |

## Invoice

### W.R.GRACE & CO. ET AL.
Professional Services Rendered by Nancy Backer (Paraprofessional)
For the period July 1, 2003 through July 31, 2003

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 1-Jul | 8 | Downloaded from Bankruptcy court website specific motions pertaining to case as requested by team member. | 0.5 |
| 2-Jul | 16 | Processed professional fee application for June. | 0.4 |
| 7-Jul | 16 | Processed professional fee application for June. | 0.4 |
| 7-Jul | 8 | Updated docket database of most recent filings through Bankruptcy Court website. | 0.3 |
| 8-Jul | 16 | Processed professional fee application for June. | 0.8 |
| 9-Jul | 16 | Processed professional fee application for June. | 1.0 |
| 10-Jul | 8 | Downloaded from Bankruptcy court website, specific motions pertaining to case as requested by team member. | 0.5 |
| 11-Jul | 16 | Processed professional fee application for June. | 0.9 |
| 11-Jul | 8 | Downloaded from Bankruptcy court website specific motions pertaining to case as requested by team member. | 0.2 |
| 14-Jul | 16 | Proofread and edited professional fee application for June. | 1.0 |
| 15-Jul | 16 | Processed professional fee application for June. | 1.2 |
| 21-Jul | 8 | Prepared monthly operating report for distribution to Committee. | 1.2 |
| 22-Jul | 8 | Downloaded from Bankruptcy court website specific motions pertaining to case as requested by team member. | 1.4 |
| 28-Jul | 16 | Proofread Ninth Quarterly Fee Application | 0.5 |
| 29-Jul | 16 | Continued to proofread Ninth Quarterly Fee Application | 0.7 |
| 29-Jul | 8 | Downloaded from Bankruptcy court website specific motions pertaining to case as requested by team member. | 0.5 |
| 30-Jul | 8 | Downloaded from Bankruptcy court website specific motions pertaining to case as requested by team member. | 0.3 |
| 30-Jul | 16 | Proofread professional fee application for June. | 0.6 |
| | | **Total Hours** | 12.4 |

**Invoice**

W.R. GRACE & CO. ET. AL.
Summary of Expenses by Type of Expense
For the period July 1, 2003 through July 31, 2003

| | | |
|---|---|---:|
| Copies: | | |
| Internal | $ | 486.00 |
| External | | |
| Telecommunications: | | |
| Telephone | | 236.57 |
| Toll Charges | Subscriptions and online charges | - |
| Facsimile | | 17.00 |
| Postage, Federal Express, Airborne Express | | |
| Travel Expenses: | | |
| Transportation, lodging, tolls, parking, mileage | | - |
| Subscriptions and online research fees | | 41.30 |
| Total Expenses | $ | 780.87 |

14 of 15

**Invoice**

W.R. GRACE & CO. ET. AL.
Detail of Expenses by Type of Expense
For the period July 1, 2003 through July 31, 2003

| | | | | |
|---|---|---|---|---|
| Copies, Internal | 3,420 pages @ $0.15/page: | | $ | 486.00 |
| Facsimile Charges: | 17 pages @ $1.00/page: | | | 17.00 |
| Telephone Charges: | | S. Cunningham | 45.92 | |
| | | Saddle Brook Office | 190.65 | |
| | Telephone | | | 236.57 |
| Toll Charges: | Subscriptions and Online research fees | | | 41.30 |
| Postage, Federal Express: | | | | |
| | | | | - |
| Transportation, lodging, tolls, parking and mileage: | | | | - |
| Meals: | | | | - |
| Total | | | $ | 780.87 |

**Exhibit E**

**Fee Application for the period**

**August 1 – August 31, 2003**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

--------------------------x

In re:                                          Chapter 11

W.R. GRACE & Co., et al.,                       Case No. 01-01139 (JKF)
                                                (Jointly Administered)

              Debtors

TWENTY-NINTH INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM AUGUST 1, 2003 THROUGH AUGUST 31, 2003)

Name of Applicant:                              FTI Policano & Manzo

Authorized to Provide Professional Services to: The Official Committee of
                                                Unsecured Creditors
Date of Retention:                              June 21, 2001

Period for which compensation and               August 1, 2003 through
reimbursement is sought:                        August 31, 2003

Amount of Compensation sought
as actual, reasonable and necessary (80% of $90,447.50):    $72,358.00
Amount of Expense Reimbursement sought
as actual, reasonable and necessary (100%):                 $1,312.37

This is an: __X____ interim _____ final application

The total time expended for fee application preparation activities is approximately 10.7
hours and corresponding compensation requested is approximately $1,866.00 (80% of the
fees incurred of $2,332.50). The time expended totaled approximately 9.7 hours spent on
preparation of the twenty-eighth monthly interim fee applications plus 1 hour spent
preparing the Ninth quarterly fee application, including 5.6 hours spent by a paralegal
assisting in preparation of the applications.

This is the TWENTY-NINTH application filed.  Disclosure for prior periods and current
period is as follows:

TWENTY-NINTH INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM AUGUST 1, 2003 THROUGH AUGUST 31, 2003)

## ATTACHMENT A
## TO FEE APPLICATION

| | | Requested | | | |
|---|---|---|---|---|---|
| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees | Expenses |
| June 28, 2001 | April 20, 2001 through April 30, 2001 | $16,008.00 | $667.95 | $12,806.40 (80% of requested fees) | $667.95 |
| June 28, 2001 | May 1, 2001 through May 31, 2001 | $104,081.50 | $2,513.09 | $83,265.20 (80% of requested fees) | $2,513.09 |
| July 28, 2001 | June 1, 2001 through June 30, 2001 | $75,916.00 | $3,913.13 | $60,732.80 (80% of requested fees) | $3,913.13 |
| August 28, 2001 | July 1, 2001 through July 31,2001 | $71,989.50 | $3,871.54 | $57,591.60 (80% of requested fees) | $3,871.54 |
| September 28, 2001 | August 1, 2001 through August 31, 2001 | $70,425.00 | $1,092.45 | $56,340.00 (80% of requested fees) | $1,092.45 |
| October 30, 2001 | September 1, 2001 through September 30, 2001 | $104,816.50 | $3,028.40 | $83,853.20 (80% of requested fees) | $3,028.40 |
| November 29, 2001 | October 1, 2001 through October 31, 2001 | $42, 643.00 | $ 3,670.86 | $34,114.40 (80% of requested fees) | $3,670.86 |
| December 28, 2001 | November 1, 2001 through November 30, 2001 | $50,048.50 | $1,864.72 | $40,038.80 (80% of requested fees) | $1,864.72 |
| January 28, 2002 | December 1, 2001 through December 31, 2001 | $53,986.50 | $1,005.29 | $43,189.20 (80% of requested fees) | $1,005.29 |
| February 28, 2002 | January 1, 2002 through January 31, 2002 | $63,207.00 | $2,549.70 | $50,565.60 (80% of requested fees) | $2,549.70 |
| March 28, 2002 | February 1, 2002 through February 28, 2002 | $27,249.50 | $1,874.43 | $21,799.60 (80% of requested fees) | $1,874.43 |

TWENTY-NINTH INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM AUGUST 1, 2003 THROUGH AUGUST 31, 2003)

**ATTACHMENT A**
**TO FEE APPLICATION**

| Date Filed (on or about) | Period Covered | Requested | | | |
| --- | --- | --- | --- | --- | --- |
| | | Fees (100%) | Expenses (100%) | Fees | Expenses |
| April 28, 2002 | March 1, 2002 through March 31, 2002 | $106,680.50 | $1,919.09 | $85,344.40 (80% of requested fees) | $1,919.09 |
| May 29, 2002 | April 1, 2002 through April 30, 2002 | $102,314.00 | $4,657.40 | $81,851.20 (80% of requested fees) | $4,657.40 |
| June 28, 2002 | May 1, 2002 through May 31, 2002 | $50,027.00 | $2,207.14 | $40,021.60 (80% of requested fees) | $2,207.14 |
| July 29, 2002 | June 1, 2002 through June 30, 2002 | $43,359.00 | $1,381.59 | $34,687.20 (80% of requested fees) | $1,381.59 |
| August 31, 2002 | July 1, 2002 through July 31, 2002 | $23,895.50 | $473.91 | $19,116.40 (80% of requested fees) | $473.91 |
| September 30, 2002 | August 1, 2002 through August 31, 2002 | $76,092.50 | $1,264.23 | $60,874.00 (80% of requested fees) | $1,264.23 |
| October 31, 2002 | September 1, 2002 through September 30, 2002 | $45,079.00 | $43.14 | $36,063.20 (80% of requested fees) | $43.14 |
| November 30, 2002 | October 1, 2002 through October 31, 2002 | $46,633.50 | $256.76 | $37,306.80 (80% of requested fees) | $256.76 |
| December 31, 2002 | November 1, 2002 through November 30, 2002 | $44,622.50 | $824.96 | $35,698.00 (80% of requested fees) | $824.96 |
| January 31, 2003 | December 1, 2002 through December 31, 2002 | $42,335.00 | $34.69 | $33,868.00 (80% of requested fees) | $34.69 |
| February 28, 2003 | January 1, 2003 through January 31, 2003 | $71,517.00 | $831.54 | $57,213.60 (80% of requested fees) | $831.54 |

TWENTY-NINTH INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM AUGUST 1, 2003 THROUGH AUGUST 31, 2003)

**ATTACHMENT A**
**TO FEE APPLICATION**

| Date Filed (on or about) | Period Covered | Requested Fees (100%) | Expenses (100%) | Fees | Expenses |
|---|---|---|---|---|---|
| March 28, 2003 | February 1, 2003 through February 28, 2003 | $131,416.50 | $2,264.79 | $105,133.20 (80% of requested fees) | $2,264.79 |
| April 30, 2003 | March 1, 2003 through March 31, 2003 | $94,355.00 | $769.04 | $75,484.00 (80% of requested fees) | $769.04 |
| May 31, 2003 | April 1, 2003 through April 30, 2003 | $39,810.00 | $133.70 | $31,848.00 (80% of requested fees) | $133.70 |
| June 30, 2003 | May 1, 2003 through May 31, 2003 | $70,371.00 | $847.39 | $56,296.80 (80% of requested fees) | $847.39 |
| July 31, 2003 | June 1, 2003 through June 30, 2003 | $62,684.00 | $408.81 | $50,147.20 (80% of requested fees) | $408.81 |
| August 31, 2003 | July 1, 2003 through July 31, 2003 | $61,294.00 | $780.87 | $49,035.20 (80% of requested fees) | $780.87 |
| September 26, 2003 | August 1, 2003 through August 31, 2003 | $90,447.50 | $1,312.37 | $72,358.00 | $1,312.37 |

TWENTY-NINTH INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM AUGUST 1, 2003 THROUGH AUGUST 31, 2003)

## ATTACHMENT B
## TO FEE APPLICATION

| Name of Professional Person | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|
| E. Ordway | $595 | 11.5 | $6,842.50 |
| S. Cunningham | $550 | 42.0 | $23,100.00 |
| C. Whitney | $425 | 30.5 | $12,962.50 |
| L. Hamilton | $375 | 118.4 | $44,400.00 |
| J. Schwendeman | $350 | 6.0 | $2,100.00 |
| M. Hakoun | $165 | 2.0 | $330.00 |
| N. Backer | $ 75 | 9.5 | $712.50 |
| | | | |
| Grand Total: | | 219.9 | $90,447.50 |
| Blended Rate: | $411 | | |

## COMPENSATION BY PROJECT CATEGORY

| Task Code | Project Category | Total Hours | Total Fees |
|---|---|---|---|
| 2 | Business Analysis | 0.0 | $0.00 |
| 3 | Corporate Finance | 39.7 | 16,637.50 |
| 4 | Data Analysis | 148.5 | $62,840.50 |
| 8 | Case Administration | 3.9 | $292.50 |
| 9 | Claims Analysis (Asbestos) | 2.0 | $1,190.00 |
| 11 | Creditors Committee | 6.8 | $3,129.00 |
| 12 | Employee Benefits/Pension | 8.3 | $4,025.50 |
| 16 | Fee Applications, Applicant | 10.7 | $2,332.50 |
| | Total | 219.9 | $90,447.50 |

TWENTY-NINTH INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM AUGUST 1, 2003 THROUGH AUGUST 31, 2003)

### EXPENSE SUMMARY

| Expense Category | Total Expenses |
|---|---|
| Copies | $65.70 |
| Facsimiles | $45.77 |
| Telecommunications | $141.65 |
| Postage, Express Delivery | $0.00 |
| Travel Expenses | $1,047.25 |
| Tolling Charges | $12.00 |
|  |  |
| Total | $1,312.37 |

6

**Invoice**

W.R. GRACE & CO. ET. AL.
Summary of Fees by Professional
For the period August 1, 2003 through August 31, 2003

| | Total Hours | Billing Rate | Amount |
|---|---|---|---|
| E. Ordway | 11.5 | $ 595 | 6,842.50 |
| S. Cunningham | 42.0 | $ 550 | 23,100.00 |
| C. Whitney | 30.5 | $ 425 | 12,962.50 |
| L. Hamilton | 118.4 | $ 375 | 44,400.00 |
| J. Schwendeman | 6.0 | $ 350 | 2,100.00 |
| M. Hakoun | 2.0 | $ 165 | 330.00 |
| N. Backer | 9.5 | $ 75 | 712.50 |
| TOTAL | 219.9 | | $ 90,447.50 |

**Invoice**

W.R. GRACE & CO ET AL.
Summary of Hours by Category
For the period August 1, 2003 through August 31, 2003

| Rate | Fees Per Professional | | Task Code | Business Analysis 2 | Corporate Finance 3 | Data Analysis 4 | Case Administration 8 | Claims Analysis/Objections Administration (asbestos) 9 | Creditors Committee 11 | Employee Benefits/ Pension 12 | Fee Applications, Applicant 16 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $ 595 | $ 6,842.50 | E. Ordway | | $ - | $ - | $ 4,403.00 | $ - | $ 1,190.00 | $ 714.00 | $ 535.50 | $ - | $ 6,842.50 |
| $ 550 | 23,100.00 | S. Cunningham | | - | 5,500.00 | 14,740.00 | - | - | 770.00 | 2,090.00 | - | 23,100.00 |
| $ 425 | 12,962.50 | C. Whitney | | - | - | 11,942.50 | - | - | 595.00 | 425.00 | - | 12,962.50 |
| $ 375 | 44,400.00 | L. Hamilton | | - | 11,137.50 | 29,325.00 | - | - | 1,050.00 | 975.00 | 1,912.50 | 44,400.00 |
| $ 350 | 2,100.00 | J. Schwenderman | | - | - | 2,100.00 | - | - | - | - | - | 2,100.00 |
| $ 165 | 330.00 | M. Hakoun | | - | - | 330.00 | - | - | - | - | - | 330.00 |
| $ 75 | 712.50 | N. Backer | | - | - | - | 292.50 | - | - | - | 420.00 | 712.50 |
| | $ 90,447.50 | Totals | | $ - | $ 16,637.50 | $ 62,840.50 | $ 292.50 | $ 1,190.00 | $ 3,129.00 | $ 4,025.50 | $ 2,332.50 | $ 90,447.50 |

**Invoice**

W.R. GRACE & CO. ET. AL.
Summary of Hours by Category
For the period August 1, 2003 through August 31, 2003

| Rate | Fees Per Professional | | Task Code | Business Analysis (Business Plan) 2 | Corporate Finance (Acquisitions) 3 | Data Analysis 4 | Case Administration 8 | Claims Analysis/Objections/Administration (asbestos) 9 | Creditors Committee 11 | Employee Benefits/Pension 12 | Fee Applications, Applicant 16 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $ 595 | $ 6,842.50 | E. Ordway | | 0.0 | 0.0 | 7.4 | 0.0 | 2.0 | 1.2 | 0.9 | 0.0 | 11.5 |
| $ 550 | $ 23,100.00 | S. Cunningham | | 0.0 | 10.0 | 26.8 | 0.0 | 0.0 | 1.4 | 3.8 | 0.0 | 42.0 |
| $ 425 | $ 12,962.50 | C. Whitney | | 0.0 | 0.0 | 28.1 | 0.0 | 0.0 | 1.4 | 1.0 | 0.0 | 30.5 |
| $ 375 | $ 44,400.00 | L. Hamilton | | 0.0 | 29.7 | 78.2 | 0.0 | 0.0 | 2.8 | 2.6 | 5.1 | 118.4 |
| $ 350 | $ 2,100.00 | J. Schwendeman | | 0.0 | 0.0 | 6.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 6.0 |
| $ 165 | $ 330.00 | M. Hakoun | | 0.0 | 0.0 | 2.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 2.0 |
| $ 75 | $ 712.50 | N. Backer | | 0.0 | 0.0 | 0.0 | 3.9 | 0.0 | 0.0 | 0.0 | 5.6 | 9.5 |
| | $ 90,447.50 | Totals | | 0.0 | 39.7 | 148.5 | 3.9 | 2.0 | 6.8 | 8.3 | 10.7 | 219.9 |

3 of 17

# Invoice

**W.R. GRACE & CO. ET AL.**
Summary Descriptions of Tasks by Category*
For the period August 1, 2003 through August 31, 2003

| Category | Task Code | Total Hours | Description |
|---|---|---|---|
| Business Analysis | 2 | 0.0 | No activities were performed in this category during this period. |
| Corporate Finance | 3 | 39.7 | During the Fee Period we read and analyzed the Debtors' presentation materials regarding the proposed Galeras acquisition. We attending a meeting with the Debtors in Columbia, MD to discuss business and acquisition strategy. We read and analyzed additional information provided by the Debtors regarding the proposed Galeras acquisition and prepared a report thereon, which was discussed with the Committee chair and counsel. |
| Data Analysis | 4 | 148.5 | During the Fee Period we read and analyzed the Debtors' second quarter operating report and related documents and prepared a report to the Committee thereon. We also prepared additional analyses regarding cash balances and cash repatriation issues and prepared a report to the Committee thereon. During the fee period we read and analyzed the Kootenai Administrative Order, discussed details with the Debtors and prepared a report summarizing our observations. We read and analyzed various news releases, court docket items and industry information regarding peer performance, asbestos issues, exclusivity and other issues. |
| Case Administration | 8 | 3.9 | During the Fee Period a paraprofessional organized and distributed materials to the Committee, as well as downloaded and distributed various court docket items to case team members for further review. In addition, the paraprofessional continued to maintain our case-specific database of reports and court docket items. |
| Claims Analysis (asbestos) | 9 | 2.0 | During the Fee Period, we read and analyzed information regarding ZAI litigation. We also read and analyzed portions of the Hatch bill. |
| Creditors Committee | 11 | 6.8 | During the Fee Period we discussed the status of various case issues with members of the Committee and counsel, including pension funding issues, cash repatriation issues, and the Hatch bill. We also discussed the Debtors' quarterly results of operations, the latest proposed acquisition "Galeras," as well as the Kootenai Administrative Order issued by the Bankruptcy court. |
| Employee Benefits/Pension | 12 | 8.3 | During the fee period, we read and analyzed information provided by the Debtors regarding pension funding and related tax issues, and prepared a draft report to the Committee thereon. |
| Fee Applications, Applicant | 16 | 10.7 | During the Fee Period timekeeper Hamilton spent approximately 5.1 hours preparing the July fee application and the Ninth Quarterly fee application. A paraprofessional spent approximately 5.6 hours assisting in preparation of the fee applications. |
| Total | | 219.9 | |

* These descriptions are not intended to be all-inclusive. Please see individual professional time summaries for complete descriptions.

4 of 17

# Invoice

## W.R. GRACE & CO. ET.AL.
Professional Services Rendered by Edwin N. Ordway, Jr.
For the period August 1, 2003 through August 31, 2003

| Date | Task Code | Description | Hours |
|---|---|---|---|
| 1-Aug | 4 | Read and analyzed settlement documents related to Commerce Department action. | 0.3 |
| 4-Aug | 4 | Read and analyzed the Company's June operating statements and prepared list of items for further investigation. | 0.8 |
| 4-Aug | 11 | Called Committee member to discuss case status and operating performance. | 0.3 |
| 5-Aug | 9 | Read and analyzed report prepared by Navigent regarding Hatch Bill. | 1.1 |
| 5-Aug | 11 | Called chair to discuss Hatch Bill implications to a possible Plan Of Reorganization. | 0.3 |
| 6-Aug | 4 | Read and analyzed exclusivity motions. | 0.3 |
| 6-Aug | 4 | Read counsel's memorandum regarding several pending motions. | 0.5 |
| 6-Aug | 11 | Called counsel to share views on pending motions. | 0.3 |
| 7-Aug | 4 | Read counsel's memorandum regarding debtor's motion related to EPA remediation at Libby, Montana and compared to reserve estimates used for valuation purposes. | 1.3 |
| 7-Aug | 4 | Read and analyzed June operating report and compared to the original and revised plan to identify key variances. | 0.6 |
| 8-Aug | 9 | Continued reading and analyzing counsel's memorandum and other related data regarding zonolite claims. | 0.9 |
| 12-Aug | 4 | Prepared and edited report regarding financial significance of 8/25 docket items. | 0.3 |
| 14-Aug | 4 | Prepared and edited report and related analyses for the Committee regarding available cash. | 1.6 |
| 14-Aug | 11 | Discussed issues related to the timing of pension funding with counsel. | 0.3 |

| 15-Aug | 12 | Reviewed tax analysis regarding tax consequences of deferring/accelerating pension payments. | 0.9 |
| 15-Aug | 4 | Researched repatriation tax issues. | 0.8 |
| 18-Aug | 4 | Prepared follow-up list for staff to use during phone conference to discuss and analyze operating performance. | 0.9 |
| | | **Total Hours** | 11.5 |

**Invoice**

W.R. GRACE & CO. ET.AL.
Professional Services Rendered by Sean Cunningham
For the period August 1, 2003 through August 31, 2003

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 8-Aug | 4 | Read and analyzed Q2 financial data compared to plan and prior year. | 1.8 |
| 11-Aug | 4 | Continued to read and analyze Q2 financial data compared to plan and prior year. | 3.3 |
| 11-Aug | 4 | Prepared analysis regarding Q2 results. | 1.7 |
| 12-Aug | 4 | Prepared draft report to Committee regarding Cash Repatriation. | 3.5 |
| 13-Aug | 12 | Participated in call with Blackstone regarding Company proposal for $24 million pension funding on 9/15 versus $16. | 0.4 |
| 13-Aug | 4 | Updated report to the Committee regarding Cash repatriation. | 1.3 |
| 13-Aug | 11 | Discussed pension funding timing with counsel. | 0.3 |
| 13-Aug | 4 | Read and analyzed summary of Q2 results. | 1.8 |
| 14-Aug | 4 | Prepared analysis regarding incremental cost to repatriate funds from Malaysia, Germany and other countries. | 3.0 |
| 15-Aug | 12 | Read and analyzed tax information regarding pension funding. | 2.2 |
| 15-Aug | 11 | Discussed pension tax analysis with counsel. | 0.3 |
| 15-Aug | 12 | Updated pension funding analysis. | 1.2 |
| 18-Aug | 4 | Prepared and finalized analysis and questions related to Q2 performance in advance of advisor call with Debtors. | 3.5 |
| 19-Aug | 11 | Participated in conference call with Debtors regarding Q2 results, cash repatriation and pension issues. | 0.5 |
| 19-Aug | 4 | Prepared draft outline and information for report to Committee regarding Q2 Results. | 3.7 |
| 19-Aug | 4 | Prepared tax and other analyses regarding cash repatriation and related income tax effects. | 2.3 |
| 20-Aug | 3 | Participated in meeting at Grace to discuss potential acquisition. | 2.5 |

| 20-Aug | 3 | Read and analyzed information related to Debtor's latest proposed acquisition. | 2.6 |
|---|---|---|---|
| 20-Aug | 3 | Prepared outline of report to Committee regarding acquisition. | 2.9 |
| 22-Aug | 11 | Discussed acquisition with counsel. | 0.3 |
| 22-Aug | 3 | Prepared summary analysis regarding proposed acquisition. | 1.2 |
| 25-Aug | 3 | Continued to prepare analyses regarding acquisition. | 0.8 |
| 25-Aug | 4 | Continued to prepare analyses regarding Q2 results. | 0.9 |
| | | **Total Hours** | 42.0 |

# Invoice

## W.R. GRACE & CO. ET. AL.
Professional Services Rendered by Christina Whitney
For the period August 1, 2003 through August 31, 2003

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 5-Aug | 12 | Read and analyzed the EPA-related administrative order and contacted the Debtors regarding follow-up questions. | 1.0 |
| 8-Aug | 4 | Read the Debtors' June 2003 monthly reporting package and distributed the report to the Committee. | 2.4 |
| 14-Aug | 4 | Read the discussion materials distributed by the Debtors in advance of the 2nd quarter conference call. | 1.3 |
| 14-Aug | 4 | Prepared and discussed the outline for the 2nd quarter report to the Committee. | 0.8 |
| 19-Aug | 11 | Participated in a conference call with the Debtors to discuss 2nd quarter performance. | 1.4 |
| 21-Aug | 4 | Analyzed the Debtors' 2nd quarter performance compared to its peer group and summarized findings and conclusions in the 2nd quarter report to the Committee. | 3.6 |
| 28-Aug | 4 | Reviewed and analyzed the Debtors' 2nd quarter and year-to-date cash flows and drafted findings and conclusions as part of the 2nd quarter report to the Committee. | 4.2 |
| 28-Aug | 4 | Read and analyzed the Debtors' Latest Estimate cash flow forecast and drafted findings and conclusions as part of the 2nd quarter report to the Committee. | 5.0 |
| 28-Aug | 4 | Edited the 2nd quarter report to the Committee. | 2.3 |
| 29-Aug | 4 | Edited the 2nd quarter report to the Committee. | 8.5 |
| **Total Hours** | | | 30.5 |

# Invoice

## W.R. GRACE & CO. ET. AL.
### Professional Services Rendered by Libby Hamilton
### For the period August 1, 2003 through August 31, 2003

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 11-Aug | 16 | Prepared quarterly fee application. | 0.5 |
| 11-Aug | 4 | Read order and prepared draft report regarding Kootenai Administrative order. | 3.3 |
| 11-Aug | 11 | Discussed Kootenai order with counsel. | 0.3 |
| 11-Aug | 4 | Read motion and prepared draft report regarding exclusivity period. | 1.7 |
| 11-Aug | 4 | Read and analyzed Q2 financial data prepared by Debtors. | 0.4 |
| 11-Aug | 4 | Read and analyzed motions and exhibits related to Debtors' omnibus objections to claims. | 1.9 |
| 11-Aug | 4 | Prepared schedule of omnibus objections. | 0.9 |
| 12-Aug | 4 | Prepared draft report regarding docket items for 8/25 Hearing. | 2.1 |
| 12-Aug | 4 | Prepared summary schedules for Q2 report. | 5.9 |
| 13-Aug | 4 | Read and analyzed Q2 financial data prepared by Debtors. | 3.1 |
| 13-Aug | 4 | Prepared questions regarding Q2 data for conference call. | 3.4 |
| 13-Aug | 4 | Prepared cash flow schedules for Q2. | 2.5 |
| 14-Aug | 4 | Read and analyzed Q2 p&l data compared to prior year and Plan. | 2.8 |
| 14-Aug | 4 | Read and analyzed Q2 results of operations by division. | 1.9 |
| 14-Aug | 4 | Prepared analysis schedules including summary divisional p&l. | 3.3 |
| 15-Aug | 4 | Revised questions for conference call. | 1.8 |
| 15-Aug | 4 | Prepared draft of overview section of Q2 monitoring report. | 2.0 |
| 15-Aug | 4 | Prepared schedules for inclusion in Q2 monitoring report. | 2.2 |

| | | | |
|---|---|---|---|
| 18-Aug | 4 | Prepared cash flow section of Q2 monitoring report. | 3.4 |
| 18-Aug | 4 | Prepared sensitivity analysis for Q2 monitoring report. | 1.1 |
| 18-Aug | 4 | Prepared schedules for quarterly fee application. | 2.0 |
| 20-Aug | 3 | Attended meeting concerning new business strategy and acquisition with Debtors in Columbia, MD. | 2.5 |
| 20-Aug | 4 | Read and analyzed second quarter 10Q materials. | 2.9 |
| 20-Aug | 4 | Updated EBITDA sensitivity analysis for Q2 monitoring report. | 2.6 |
| 21-Aug | 4 | Prepared commentary for divisional section of Q2 report. | 2.3 |
| 21-Aug | 4 | Prepared commentary regarding Year-to-date comparisons to Plan for Q2 report. | 3.4 |
| 21-Aug | 4 | Prepared commentary for cash flow section of Q2 monitoring report. | 2.1 |
| 21-Aug | 4 | Discussed Q2 questions with F. Gilbert. | 0.2 |
| 22-Aug | 3 | Read and analyzed data provided by Debtors regarding pending Galeras acquisition. | 3.9 |
| 22-Aug | 4 | Prepared gross margin analysis for Q2 report. | 4.1 |
| 23-Aug | 16 | Prepared July fee application. | 2.3 |
| 23-Aug | 3 | Continued to read and analyze data provided by Debtors regarding pending Galeras acquisition. | 4.9 |
| 23-Aug | 3 | Prepared analysis schedules regarding Galeras acquisition. | 2.8 |
| 25-Aug | 3 | Prepared draft report regarding Galeras acquisition. | 5.8 |
| 25-Aug | 16 | Continued to prepare July fee application. | 0.2 |
| 26-Aug | 3 | Continued to prepare commentary for Q2 report. | 4.3 |
| 26-Aug | 4 | Read and analyzed recent news articles concerning pending asbestos legislation. | 4.8 |
| 26-Aug | 16 | Continued to prepare July fee application. | 0.9 |
| 27-Aug | 3 | Continued to prepare Galeras report. | 3.4 |
| 27-Aug | 12 | Read and analyzed pension funding data. | 2.6 |
| 27-Aug | 11 | Continued to prepare commentary for Q2 report. | 2.0 |
| 28-Aug | 16 | Continued to prepare July fee application. | 1.2 |

| 28-Aug | 11 | Discussed pension funding and other items with counsel. | 0.5 |
| 28-Aug | 4 | Discussed Q2 report questions with F. Gilbert. | 0.4 |
| 28-Aug | 3 | Updated Galeras draft report. | 2.1 |
| 28-Aug | 4 | Updated commentary draft of Q2 monitoring report based on conversation with Debtors. | 4.4 |
| 28-Aug | 4 | Read and analyzed various court docket items. | 0.4 |
| 29-Aug | 4 | Updated various schedules for Q2 report based on additional information from Debtors. | 1.6 |
| 29-Aug | 4 | Updated sensitivity analysis. | 3.3 |
| | | **Total Hours** | 118.4 |

# Invoice

## W.R. GRACE & CO. ET. AL.
Professional Services Rendered by Jeffrey E. Schwendeman
For the period August 1, 2003 through August 31, 2003

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 1-Aug | 4 | Analyzed recent news and industry trade reports relating to recent asbestos litigation negotiations for the Debtors and competitors. | 0.9 |
| 14-Aug | 4 | Analyzed recent operating results, economic releases and heavy construction/asbestos related industry release regarding peer group comparison. | 2.2 |
| 18-Aug | 4 | Analyzed recent operating results, economic releases and heavy construction/asbestos related industry release regarding peer group comparison. | 1.8 |
| 31-Aug | 4 | Analyzed recent news and industry trade reports relating to recent asbestos litigation negotiations for the Debtors and competitors. | 1.1 |
| **Total Hours** | | | 6.0 |

# Invoice

## W.R.GRACE & CO. ET AL.
### Professional Services Rendered by Matt Hakoun
### For the period August 1, 2003 through August 31, 2003

| Date | Task Code | Description | Hours |
|---|---|---|---|
| 1-Aug | 4 | Obtain research analyst reports on ABB's asbestos settlement plan and distributed to case team members. | 0.5 |
| 11-Aug | 4 | Gathered monthly historical oil prices per trading hubs. | 0.5 |
| 15-Aug | 4 | Compiled year-to-date graph of weekly spot price history of sweet crude oil. | 1.0 |
| | | **Total Hours** | 2.0 |

## Invoice

### W.R.GRACE & CO. ET AL.
Professional Services Rendered by Nancy Backer (Paraprofessional)
For the period August 1, 2003 through August 31, 2003

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 8-Aug | 8 | Prepared distribution of monthly report to Committee. | 0.5 |
| 8-Aug | 8 | Updated docket database of most recent filings through Bankruptcy Court website. | 0.3 |
| 8-Aug | 16 | Processed professional fee application for July. | 0.7 |
| 11-Aug | 8 | Updated docket database of most recent filings through Bankruptcy Court website. | 0.2 |
| 11-Aug | 8 | Downloaded and printed particular dockets at the request of team members. | 0.7 |
| 11-Aug | 16 | Prepared quarterly fee application for mailing. | 0.5 |
| 12-Aug | 8 | Searched for docket pertaining to settlement at request of case team member. | 0.7 |
| 12-Aug | 16 | Processed professional fee application for July. | 1.2 |
| 12-Aug | 8 | Photocopied and filed documents for team member. | 0.5 |
| 15-Aug | 16 | Proofread and edited professional fee application for July. | 1.1 |
| 19-Aug | 8 | Updated docket database of most recent filings through Bankruptcy Court website. | 0.2 |
| 20-Aug | 16 | Proofread and edited professional fee application for July. | 0.5 |
| 22-Aug | 8 | Filed items received by team into to database. | 0.8 |
| 22-Aug | 16 | Finalized July Fee application. | 1.6 |
| | | **Total Hours** | 9.5 |

**Invoice**

W.R. GRACE & CO. ET. AL.
Summary of Expenses by Type of Expense
For the period August 1, 2003 through August 31, 2003

| | | |
|---|---|---:|
| Copies: | | |
| Internal | $ | 65.70 |
| External | | |
| Telecommunications: | | |
| Telephone | | 141.65 |
| Toll Charges | Subscriptions and online charges | - |
| Facsimile | | 12.00 |
| Postage, Federal Express, Airborne Express | | 45.77 |
| Travel Expenses: | | |
| Transportation, lodging, tolls, parking, mileage | | 1,047.25 |
| Subscriptions and online research fees | | - |
| Total Expenses | $ | 1,312.37 |

**Invoice**

W.R. GRACE & CO. ET. AL.
Detail of Expenses by Type of Expense
For the period August 1, 2003 through August 31, 2003

| | | | |
|---|---|---|---|
| Copies, Internal | 438 pages @ $0.15/page: | | $ 65.70 |
| Facsimile Charges: | 12 pages @ $1.00/page: | | 12.00 |
| Telephone Charges: | E. Ordway | 14.41 | |
| | E. Ordway | 31.57 | |
| | S. Cunningham | 35.16 | |
| | Saddle Brook Office | 60.51 | |
| | Telephone | | 141.65 |
| Toll Charges: | Subscriptions and Online research fees | | - |
| Postage, Federal Express: | Airborne Express 8/1/03 | 10.87 | |
| | Airborne Express 8/29/03 | 8.66 | |
| | Airborne Express 8/29/03 | 26.24 | |
| | | | 45.77 |
| Transportation, lodging, tolls, parking and mileage:(a) | Mileage - L. Hamilton | 16.25 | |
| | Train - S. Cunningham | 438.00 | |
| | Train - L. Hamilton | 428.00 | |
| | Taxi - S. Cunningham | 70.00 | |
| | Auto/Park/Toll - S. Cunningham | 75.00 | |
| | Auto/Park/Toll - L. Hamilton | 20.00 | |
| | | | 1,047.25 |
| Total | | | $ 1,312.37 |

(a)   Primarily travel to meeting with Debtors in Columbia, MD on August 20, 2003.

**Exhibit F**

**Fee Application for the period**

**September 1 –  September 30, 2003**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------x

In re:                                      Chapter 11

W.R. GRACE & Co., et al.,                   Case No. 01-01139 (JKF)
                                            (Jointly Administered)

            Debtors

THIRTIETH INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM SEPTEMBER 1, 2003 THROUGH SEPTEMBER 30, 2003)

| | |
|---|---|
| Name of Applicant: | FTI Policano & Manzo |
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors |
| Date of Retention: | June 21, 2001 |
| Period for which compensation and reimbursement is sought: | September 1, 2003 through September 30, 2003 |
| Amount of Compensation sought as actual, reasonable and necessary (80% of $97,227.50): | $77,782.00 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary (100%): | $1,464.59 |

This is an: __X___ interim _____ final application

The total time expended for fee application preparation activities is approximately 11.1 hours and corresponding compensation requested is approximately $1,822.80 (80% of the fees incurred of $2,278.50). The time expended totaled approximately 11.1 hours spent on preparation of the twenty-eighth and twenty-ninth monthly interim fee applications, including 6.5 hours spent by a paraprofessional assisting in preparation of the applications.

This is the THIRTIETH application filed. Disclosure for prior periods and current period is as follows:

THIRTIETH INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM SEPTEMBER 1, 2003 THROUGH SEPTEMBER 30, 2003)

**ATTACHMENT A
TO FEE APPLICATION**

| Date Filed (on or about) | Period Covered | Requested Fees (100%) | Expenses (100%) | Fees | Expenses |
|---|---|---|---|---|---|
| June 28, 2001 | April 20, 2001 through April 30, 2001 | $16,008.00 | $667.95 | $12,806.40 (80% of requested fees) | $667.95 |
| June 28, 2001 | May 1, 2001 through May 31, 2001 | $104,081.50 | $2,513.09 | $83,265.20 (80% of requested fees) | $2,513.09 |
| July 28, 2001 | June 1, 2001 through June 30, 2001 | $75,916.00 | $3,913.13 | $60,732.80 (80% of requested fees) | $3,913.13 |
| August 28, 2001 | July 1, 2001 through July 31,2001 | $71,989.50 | $3,871.54 | $57,591.60 (80% of requested fees) | $3,871.54 |
| September 28, 2001 | August 1, 2001 through August 31, 2001 | $70,425.00 | $1,092.45 | $56,340.00 (80% of requested fees) | $1,092.45 |
| October 30, 2001 | September 1, 2001 through September 30, 2001 | $104,816.50 | $3,028.40 | $83,853.20 (80% of requested fees) | $3,028.40 |
| November 29, 2001 | October 1, 2001 through October 31, 2001 | $42, 643.00 | $ 3,670.86 | $34,114.40 (80% of requested fees) | $3,670.86 |
| December 28, 2001 | November 1, 2001 through November 30, 2001 | $50,048.50 | $1,864.72 | $40,038.80 (80% of requested fees) | $1,864.72 |
| January 28, 2002 | December 1, 2001 through December 31, 2001 | $53,986.50 | $1,005.29 | $43,189.20 (80% of requested fees) | $1,005.29 |
| February 28, 2002 | January 1, 2002 through January 31, 2002 | $63,207.00 | $2,549.70 | $50,565.60 (80% of requested fees) | $2,549.70 |
| March 28, 2002 | February 1, 2002 through February 28, 2002 | $27,249.50 | $1,874.43 | $21,799.60 (80% of requested fees) | $1,874.43 |

THIRTIETH INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM SEPTEMBER 1, 2003 THROUGH SEPTEMBER 30, 2003)

**ATTACHMENT A**
**TO FEE APPLICATION**

| Date Filed (on or about) | Period Covered | Requested Fees (100%) | Requested Expenses (100%) | Fees | Expenses |
|---|---|---|---|---|---|
| April 28, 2002 | March 1, 2002 through March 31, 2002 | $106,680.50 | $1,919.09 | $85,344.40 (80% of requested fees) | $1,919.09 |
| May 29, 2002 | April 1, 2002 through April 30, 2002 | $102,314.00 | $4,657.40 | $81,851.20 (80% of requested fees) | $4,657.40 |
| June 28, 2002 | May 1, 2002 through May 31, 2002 | $50,027.00 | $2,207.14 | $40,021.60 (80% of requested fees) | $2,207.14 |
| July 29, 2002 | June 1, 2002 through June 30, 2002 | $43,359.00 | $1,381.59 | $34,687.20 (80% of requested fees) | $1,381.59 |
| August 31, 2002 | July 1, 2002 through July 31, 2002 | $23,895.50 | $473.91 | $19,116.40 (80% of requested fees) | $473.91 |
| September 30, 2002 | August 1, 2002 through August 31, 2002 | $76,092.50 | $1,264.23 | $60,874.00 (80% of requested fees) | $1,264.23 |
| October 31, 2002 | September 1, 2002 through September 30, 2002 | $45,079.00 | $43.14 | $36,063.20 (80% of requested fees) | $43.14 |
| November 30, 2002 | October 1, 2002 through October 31, 2002 | $46,633.50 | $256.76 | $37,306.80 (80% of requested fees) | $256.76 |
| December 31, 2002 | November 1, 2002 through November 30, 2002 | $44,622.50 | $824.96 | $35,698.00 (80% of requested fees) | $824.96 |
| January 31, 2003 | December 1, 2002 through December 31, 2002 | $42,335.00 | $34.69 | $33,868.00 (80% of requested fees) | $34.69 |
| February 28, 2003 | January 1, 2003 through January 31, 2003 | $71,517.00 | $831.54 | $57,213.60 (80% of requested fees) | $831.54 |

3

THIRTIETH INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM SEPTEMBER 1, 2003 THROUGH SEPTEMBER 30, 2003)

**ATTACHMENT A**
**TO FEE APPLICATION**

| Date Filed (on or about) | Period Covered | Requested Fees (100%) | Expenses (100%) | Fees | Expenses |
|---|---|---|---|---|---|
| March 28, 2003 | February 1, 2003 through February 28, 2003 | $131,416.50 | $2,264.79 | $105,133.20 (80% of requested fees) | $2,264.79 |
| April 30, 2003 | March 1, 2003 through March 31, 2003 | $94,355.00 | $769.04 | $75,484.00 (80% of requested fees) | $769.04 |
| May 31, 2003 | April 1, 2003 through April 30, 2003 | $39,810.00 | $133.70 | $31,848.00 (80% of requested fees) | $133.70 |
| June 30, 2003 | May 1, 2003 through May 31, 2003 | $70,371.00 | $847.39 | $56,296.80 (80% of requested fees) | $847.39 |
| July 31, 2003 | June 1, 2003 through June 30, 2003 | $62,684.00 | $408.81 | $50,147.20 (80% of requested fees) | $408.81 |
| August 31, 2003 | July 1, 2003 through July 31, 2003 | $61,294.00 | $780.87 | $49,035.20 (80% of requested fees) | $780.87 |
| September 26, 2003 | August 1, 2003 through August 31, 2003 | $90,447.50 | $1,312.37 | $72,358.00 (80% of requested fees) | $1,312.37 |
| October 24, 2003 | September 1, 2003 through September 30, 2003 | $97,227.50 | $1,464.59 | $77,782.00 (80% of requested fees) | $1,464.59 |

THIRTIETH INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM SEPTEMBER 1, 2003 THROUGH SEPTEMBER 30, 2003)

## ATTACHMENT B
## TO FEE APPLICATION

| Name of Professional Person | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|
| E. Ordway | $595 | 17.3 | $10,293.50 |
| S. Cunningham | $550 | 37.5 | $20,625.00 |
| C. Whitney | $425 | 14.0 | $5,950.00 |
| L. Hamilton | $375 | 144.8 | $54,300.00 |
| J. Schwendeman | $350 | 8.0 | $2,800.00 |
| M. DeSalvio | $190 | 1.0 | $190.00 |
| M. Hakoun | $165 | 9.1 | $1,501.50 |
| N. Backer | $ 75 | 20.9 | $1,567.50 |
| | | | |
| Grand Total: | | 252.6 | $97,227.50 |
| Blended Rate: | $385 | | |

## COMPENSATION BY PROJECT CATEGORY

| Task Code | Project Category | Total Hours | Total Fees |
|---|---|---|---|
| 2 | Business Analysis | 0.0 | $0.00 |
| 3 | Corporate Finance | 56.7 | $23,929.00 |
| 4 | Data Analysis | 155.1 | $63,235.50 |
| 8 | Case Administration | 14.4 | $1,080.00 |
| 9 | Claims Analysis (Asbestos) | 10.9 | $4,277.50 |
| 11 | Creditors Committee | 4.0 | $2,189.00 |
| 12 | Employee Benefits/Pension | 0.4 | $238.00 |
| 16 | Fee Applications, Applicant | 11.1 | $2,278.50 |
| | | | |
| | Total | 252.6 | $97,227.50 |

THIRTIETH INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM SEPTEMBER 1, 2003 THROUGH SEPTEMBER 30, 2003)

**EXPENSE SUMMARY**

| Expense Category | Total Expenses |
|---|---|
| Copies | $338.10 |
| Facsimiles | $0.00 |
| Telecommunications | $132.81 |
| Postage, Express Delivery | $18.68 |
| Travel Expenses | $0.00 |
| Tolling Charges | $975.00 |
| | |
| Total | $1,464.59 |

**Invoice**

### W.R. GRACE & CO. ET. AL.
Summary of Fees by Professional
For the period September 1, 2003 through September 30, 2003

|  | Total Hours | | Billing Rate | Amount |
|---|---|---|---|---|
| E. Ordway | 17.3 | $ | 595 | 10,293.50 |
| S. Cunningham | 37.5 | $ | 550 | 20,625.00 |
| C. Whitney | 14.0 | $ | 425 | 5,950.00 |
| L. Hamilton | 144.8 | $ | 375 | 54,300.00 |
| J. Schwendeman | 8.0 | $ | 350 | 2,800.00 |
| M. DeSalvio | 1.0 | $ | 190 | 190.00 |
| M. Hakoun | 9.1 | $ | 165 | 1,501.50 |
| N. Backer | 20.9 | $ | 75 | 1,567.50 |
| TOTAL | 252.6 | | | $ 97,227.50 |

Invoice

## W.R. GRACE & CO. ET. AL.
### Summary of Hours by Category
### For the period September 1, 2003 through September 30, 2003

| Rate | Fees Per Professional | Professional | Task Code 2 Business Analysis | 3 Corporate Finance | 4 Data Analysis | 8 Case Administration | 9 Claims Analysis/Objections/Administration (asbestos) | 11 Creditors Committee | 12 Employee Benefits/Pension | 16 Fee Applications, Applicant | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| $ 595 | $ 10,293.50 | E. Ordway | $ - | $ 3,094.00 | $ 5,771.50 | $ - | $ - | $ 1,011.50 | $ 238.00 | $ 178.50 | $ 10,293.50 |
| $ 550 | $ 20,625.00 | S. Cunningham | - | 4,785.00 | 14,190.00 | - | 660.00 | 990.00 | - | - | 20,625.00 |
| $ 425 | $ 5,950.00 | C. Whitney | - | - | 5,525.00 | - | 425.00 | - | - | - | 5,950.00 |
| $ 375 | $ 54,300.00 | L. Hamilton | - | 16,050.00 | 34,237.50 | - | 2,212.50 | 187.50 | - | 1,612.50 | 54,300.00 |
| $ 350 | $ 2,800.00 | J. Schwenderman | - | - | 1,820.00 | - | 980.00 | - | - | - | 2,800.00 |
| $ 190 | $ 190.00 | M. DeSalvio | - | - | 190.00 | - | - | - | - | - | 190.00 |
| $ 165 | $ 1,501.50 | M. Hakoun | - | - | 1,501.50 | - | - | - | - | - | 1,501.50 |
| $ 75 | $ 1,567.50 | N. Backer | - | - | - | 1,080.00 | - | - | - | 487.50 | 1,567.50 |
| | $ 97,227.50 | Totals | $ - | $ 23,929.00 | $ 63,235.50 | $ 1,080.00 | $ 4,277.50 | $ 2,189.00 | $ 238.00 | $ 2,278.50 | $ 97,227.50 |

2 of 20

**Invoice**

W. R. GRACE & CO ET AL.
Summary of Hours by Category
For the period September 1, 2003 through September 30, 2003

| Rate | Fees Per Professional | | Task Code | 2 Business Analysis (Business Plan) | 3 Corporate Finance (Acquisitions) | 4 Data Analysis | 8 Case Administration | 9 Claims Analysis/Objections/Administration (asbestos) | 11 Creditors Committee | 12 Employee Benefits/Pension | 16 Fee Applications, Applicant | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $ 595 | $ 10,293.50 | F. Ordway | | 0.0 | 5.2 | 9.7 | 0.0 | 0.0 | 1.7 | 0.4 | 0.3 | 17.3 |
| $ 550 | $ 20,625.00 | S. Cunningham | | 0.0 | 8.7 | 25.8 | 0.0 | 1.2 | 1.8 | 0.0 | 0.0 | 37.5 |
| $ 425 | $ 5,950.00 | C. Whitney | | 0.0 | 0.0 | 13.0 | 0.0 | 1.0 | 0.0 | 0.0 | 0.0 | 14.0 |
| $ 375 | $ 54,300.00 | L. Hamilton | | 0.0 | 42.8 | 91.3 | 0.0 | 5.9 | 0.5 | 0.0 | 4.3 | 144.8 |
| $ 350 | $ 2,800.00 | J. Schwendeman | | 0.0 | 0.0 | 5.2 | 0.0 | 2.8 | 0.0 | 0.0 | 0.0 | 8.0 |
| $ 190 | $ 190.00 | M. DeSalvo | | 0.0 | 0.0 | 1.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 1.0 |
| $ 165 | $ 1,501.50 | M. Hakoun | | 0.0 | 0.0 | 9.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 9.1 |
| $ 75 | $ 1,567.50 | N. Backer | | 0.0 | 0.0 | 0.0 | 14.4 | 0.0 | 0.0 | 0.0 | 6.5 | 20.9 |
| | $ 97,227.50 | Totals | | 0.0 | 56.7 | 155.1 | 14.4 | 10.9 | 4.0 | 0.4 | 11.1 | 252.6 |

3 of 20

# Invoice

## W.R. GRACE & CO. ET AL.

Summary Descriptions of Tasks by Category*

For the period September 1, 2003 through September 30, 2003

| | Task Code | Total Hours | |
|---|---|---|---|
| Business Analysis | 2 | 0.0 | No activities were performed in this category during this period. |
| Corporate Finance | 3 | 56.7 | During the Fee Period we read and analyzed the Debtors' original and revised presentation materials regarding the proposed Galeras acquisition. We prepared a draft report thereon, which was discussed with the Committee chair and counsel. |
| Data Analysis | 4 | 155.1 | During the Fee Period we continued to read and analyze the Debtors' second quarter operating report and related documents and to prepare a report to the Committee thereon. We also prepared additional analyses regarding cash balances and cash repatriation issues and prepared a report to the Committee thereon. During the fee period we read and analyzed the Montana Court order regarding the Libby, MT, environmental cleanup, discussed details with the Debtors and prepared a report summarizing our observations. We read and analyzed various news releases, court docket items and industry information regarding peer performance and other issues. In addition, we read and analyzed the Debtors' proposed Plan of Reorganization and prepared various analyses thereon. We also reviewed the status of various tax issues including state tax audits, COLI and cash repatriation. |
| Case Administration | 8 | 14.4 | During the Fee Period a paraprofessional organized and distributed materials to the Committee, as well as downloaded and distributed various court docket items to case team members for further review. In addition, the paraprofessional continued to maintain our case-specific database of reports and court docket items. |
| Claims Analysis (asbestos) | 9 | 10.9 | During the Fee Period, we read and analyzed information regarding ZAI litigation. We also read and analyzed recent news releases and other asbestos litigation case information. |
| Creditors Committee | 11 | 4.0 | During the Fee Period we discussed the status of various case issues with members of the Committee and counsel, including cash repatriation issues, the latest proposed acquisition "Galeras," as well as a Plan of Reorganization proposal. |
| Employee Benefits/Pension | 12 | 0.4 | During the Fee Period, we read and analyzed information in a memorandum from counsel regarding pension payment arrangements. |
| Fee Applications, Applicant | 16 | 11.1 | During the Fee Period timekeeper Hamilton spent approximately 4.3 hours preparing the July and August fee applications. A paraprofessional spent approximately 6.5 hours assisting in preparation of the fee applications. |
| Total | | 252.6 | |

* These descriptions are not intended to be all-inclusive. Please see individual professional time summaries for complete descriptions.

# Invoice

## W.R. GRACE & CO. ET.AL.

Professional Services Rendered by Edwin N. Ordway, Jr.

For the period September 1, 2003 through September 30, 2003

| Date | Task Code | Description | Hours |
|---|---|---|---|
| 2-Sep | 12 | Read and analyzed counsel's memorandum regarding pension payment arrangements. | 0.4 |
| 2-Sep | 16 | Prepared fee application. | 0.3 |
| 3-Sep | 4 | Read and analyzed July operations report and summarized major issues for staff to further investigate. | 1.2 |
| 4-Sep | 11 | Called counsel to discuss Plan of Reorganization issues and potential proposal. | 0.3 |
| 5-Sep | 3 | Analyzed information received from Debtors regarding a proposed acquisition and directed staff in updating a report thereon. | 1.1 |
| 5-Sep | 4 | Analyzed proposed Plan of Reorganization received from Debtors and summarized for discussion with counsel and the Committee. | 1.3 |
| 5-Sep | 4 | Analyzed Plan of Reorganization proposal and directed staff in reconciling data to our valuations. | 0.4 |
| 5-Sep | 11 | Called counsel to discuss Plan of Reorganization proposal. | 0.3 |
| 8-Sep | 4 | Prepared for conference call with the Committee and Debtors to discuss proposed Plan of Reorganization. | 0.5 |
| 8-Sep | 11 | Participated in conference call to discuss proposed Plan of Reorganization. | 0.8 |
| 8-Sep | 11 | Called Agent to discuss observations from conference call and next steps. | 0.3 |
| 9-Sep | 4 | Prepared and edited report to the Committee regarding Q2 operating results compared to plan. | 0.7 |
| 11-Sep | 3 | Read and analyzed industry research related to proposed acquisition. | 1.5 |
| 11-Sep | 3 | Prepared and edited section of report to Committee addressing proposed acquisitions' marketplace. | 0.6 |
| 12-Sep | 4 | Reviewed information request list prepared by staff. | 0.2 |

| 12-Sep | 3 | Analyzed comparable transactions for business similar to Debtors' proposed acquisition. | 1.1 |
| 12-Sep | 3 | Outlined key items for discussion with Committee regarding proposed acquisition. | 0.2 |
| 15-Sep | 4 | Discussed Montana court order regarding EPA costs with staff and determined adjustments to valuation and recovery model. | 0.6 |
| 17-Sep | 4 | Read and analyzed Montana court order and reviewed/edited items identified for follow-up list prepared by staff. | 0.7 |
| 18-Sep | 4 | Prepared and edited July monitoring report for the Committee. | 0.4 |
| 18-Sep | 4 | Prepared and edited report regarding Montana court order. | 0.7 |
| 19-Sep | 4 | Summarized key tax issues for in-house tax expert's review. | 0.9 |
| 22-Sep | 4 | Discussed proposed insurance settlement with staff and analyzed financial impact. | 0.3 |
| 25-Sep | 4 | Directed staff in analyzing debtor's tax returns. | 0.6 |
| 26-Sep | 4 | Prepared outline for draft of report to Committee regarding tax issues. | 0.8 |
| 30-Sep | 4 | Analyzed August results and developed list of items for staff to further investigate. | 0.4 |
| 30-Sep | 3 | Prepared and edited report draft regarding proposed acquisitions. | 0.7 |
| | | **Total Hours** | 17.3 |

# Invoice

## W.R. GRACE & CO. ET.AL.
Professional Services Rendered by Sean Cunningham
For the period September 1, 2003 through September 30, 2003

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 4-Sep | 4 | Read and analyzed draft reorganization proposal from Debtors. | 1.8 |
| 4-Sep | 4 | Finalized analysis of cash repatriation for report to Committee. | 1.6 |
| 4-Sep | 3 | Read and analyzed Galeras acquisition data. | 1.1 |
| 5-Sep | 11 | Discussed reorganization proposal with counsel. | 0.4 |
| 5-Sep | 4 | Prepared analysis of reorganization and summarized key issues. | 2.4 |
| 5-Sep | 4 | Prepared updated valuation analysis. | 2.7 |
| 8-Sep | 11 | Participated in Committee call regarding reorganization and proposed acquisition. | 1.4 |
| 9-Sep | 3 | Discussed proposed acquisition with Debtors' advisor and prepared additional analysis. | 1.5 |
| 10-Sep | 3 | Prepared analysis of Galeras acquisition. | 1.6 |
| 11-Sep | 3 | Read and analyzed competitive data regarding Galeras. | 1.4 |
| 11-Sep | 4 | Read and analyzed Q2 update information and July operating results. | 0.6 |
| 12-Sep | 3 | Read and analyzed competitive data regarding Galeras acquisition. | 1.6 |
| 12-Sep | 4 | Read and analyzed Q2 update information and July operating results. | 1.4 |
| 15-Sep | 4 | Prepared analyses of various reorganization alternatives. | 0.9 |
| 15-Sep | 3 | Prepared analysis regarding Galeras acquisition. | 0.6 |
| 16-Sep | 4 | Read Montana Court order regarding EPA issue. | 2.0 |
| 17-Sep | 4 | Analyzed information received during Debtors conference call regarding Montana court order. | 2.1 |
| 18-Sep | 4 | Updated analysis regarding environmental liabilities. | 1.7 |
| 18-Sep | 4 | Updated recovery analysis to reflect recent events. | 1.7 |

| | | | |
|---|---|---|---|
| 19-Sep | 9 | Read and analyzed ZAI litigation memo. | 1.2 |
| 19-Sep | 4 | Prepared and reviewed analyses of July results. | 1.8 |
| 22-Sep | 4 | Read and analyzed motion filed regarding proposed insurance settlement. | 1.5 |
| 23-Sep | 3 | Updated Galeras analysis based on new financial model. | 0.9 |
| 24-Sep | 4 | Read and analyzed tax information regarding COLI, Sealed Air, and other issues with respect to implications for reorganization plan. | 1.6 |
| 25-Sep | 4 | Read and analyzed August financial results. | 0.9 |
| 29-Sep | 4 | Read and analyzed August financial results. | 1.1 |
| | | **Total Hours** | 37.5 |

# Invoice

## W.R. GRACE & CO. ET. AL.
Professional Services Rendered by Christina Whitney
For the period September 1, 2003 through September 30, 2003

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 5-Sep | 4 | Read and analyzed of the terms of the Debtors' proposed Plan of Reorganization. | 2.6 |
| 8-Sep | 4 | Prepared and edited the report to the Committee on the Debtors' second quarter performance. | 5.4 |
| 9-Sep | 4 | Continued to prepare and edit the report to the Committee on the Debtors' second quarter performance. | 1.4 |
| 12-Sep | 4 | Continued to prepare and edit the report to the Committee on the Debtors' second quarter performance. | 1.6 |
| 15-Sep | 4 | Participated in a conference call with the Debtors to discuss a potential transaction. | 1.0 |
| 15-Sep | 4 | Read and analyzed the July monthly reporting package. | 0.8 |
| 15-Sep | 4 | Edited the report to the Committee pertaining to the Debtors' July performance. | 0.2 |
| 17-Sep | 9 | Participated in a conference call with the Debtors to discuss the Libby, MT administrative order. | 1.0 |
| | | **Total Hours** | 14.0 |

# Invoice

## W.R. GRACE & CO. ET. AL.
Professional Services Rendered by Libby Hamilton
For the period September 1, 2003 through September 30, 2003

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 2-Sep | 4 | Continued to prepare Q2 monitoring report. | 0.2 |
| 2-Sep | 3 | Continued to prepare report to Committee regarding Galeras acquisition. | 3.2 |
| 2-Sep | 3 | Updated Galeras report schedules for additional information supplied by Debtors. | 4.7 |
| 2-Sep | 3 | Prepared sensitivity analysis of projections for Galeras report. | 2.4 |
| 3-Sep | 3 | Continued to update Galeras report commentary. | 1.1 |
| 3-Sep | 4 | Continued to prepare discussion sections of Q2 monitoring report. | 7.9 |
| 3-Sep | 3 | Discussed Galeras acquisition status with Debtors. | 0.5 |
| 5-Sep | 4 | Continued to prepare discussion sections of Q2 monitoring report. | 1.1 |
| 5-Sep | 3 | Updated Galeras report to reflect conversation with Debtors. | 4.1 |
| 5-Sep | 4 | Read and analyzed information regarding planned cash repatriation by Debtors. | 0.4 |
| 5-Sep | 4 | Read and analyzed gross margin - 2nd half of year projections provided by Debtors. | 2.2 |
| 5-Sep | 16 | Prepared July fee application. | 0.6 |
| 5-Sep | 11 | Discussed cash repatriation with counsel. | 0.3 |
| 5-Sep | 4 | Updated cash repatriation report and distributed same to Committee. | 1.9 |
| 5-Sep | 3 | Discussed Galeras acquisition status with Debtors. | 0.5 |
| 8-Sep | 4 | Continued to prepare gross margin analyses for Q2 monitoring report. | 2.3 |
| 8-Sep | 4 | Continued to prepare EBITDA analyses for Q2 monitoring report. | 3.3 |
| 8-Sep | 4 | Read and analyzed various court docket items. | 1.7 |

| 8-Sep | 16 | Prepared August fee application. | 0.9 |
| 8-Sep | 3 | Updated Galeras report based on results of discussion with Committee chair. | 0.3 |
| 9-Sep | 4 | Finalized Q2 monitoring report to the Committee. | 2.4 |
| 9-Sep | 16 | Continued to prepare August fee application. | 1.1 |
| 9-Sep | 4 | Read and analyzed Debtors' July monthly operating report. | 3.4 |
| 10-Sep | 3 | Read and analyzed Galeras offering memorandum. | 3.5 |
| 10-Sep | 3 | Prepared various communications to Committee member and counsel regarding Galeras. | 0.7 |
| 10-Sep | 4 | Continued to read and analyze Debtors' July monthly operating | 1.8 |
| 12-Sep | 3 | Prepared questions for conference call with Committee regarding Galeras. | 3.4 |
| 12-Sep | 3 | Updated Galeras report bases on results of conference call. | 3.8 |
| 12-Sep | 3 | Prepared information request list regarding Galeras. | 1.1 |
| 12-Sep | 11 | Discussed information request list with counsel. | 0.2 |
| 15-Sep | 4 | Read and analyzed recent Montana court order regarding EPA costs. | 6.5 |
| 16-Sep | 4 | Continued to read and analyze Montana court order regarding EPA costs. | 2.4 |
| 16-Sep | 4 | Prepared results of operations discussion for July monitoring report to the Committee. | 3.6 |
| 16-Sep | 4 | Prepared cash flow analysis for July monitoring report. | 2.7 |
| 16-Sep | 4 | Discussed cash repatriation issues with Debtors. | 0.2 |
| 17-Sep | 4 | Summarized analyses of Montana court order in preparation for call with Debtors. | 3.1 |
| 17-Sep | 4 | Participated in conference call with Debtors regarding Montana court order. | 0.4 |
| 18-Sep | 9 | Read and analyzed ZAI litigation memos from counsel. | 2.7 |
| 18-Sep | 4 | Finalized July monitoring report to the Committee. | 1.4 |
| 18-Sep | 4 | Prepared draft report to counsel regarding Montana court order. | 2.7 |

| 18-Sep | 3 | Discussed status of information request for Galeras with Blackstone. | 0.1 |
| 18-Sep | 3 | Updated information request for Galeras. | 1.1 |
| 20-Sep | 3 | Read and analyzed Galeras draft stock purchase agreement. | 4.4 |
| 20-Sep | 3 | Prepared summary of points regarding Galeras stock purchase agreement. | 0.6 |
| 21-Sep | 3 | Updated schedules and report to reflect information from stock purchase agreement. | 3.0 |
| 22-Sep | 3 | Read and analyzed latest model of Galeras acquisition provided by Debtors. | 1.3 |
| 22-Sep | 3 | Discussed latest model with Debtors. | 0.2 |
| 22-Sep | 9 | Read and analyzed information regarding the ZAI science trial. | 2.4 |
| 22-Sep | 9 | Summarized ZAI science trial information in a draft report. | 0.8 |
| 22-Sep | 16 | Continued to prepare August fee application. | 1.7 |
| 23-Sep | 4 | Prepared Q2 cash flow schedules in response to request from Committee member. | 1.4 |
| 23-Sep | 3 | Updated Galeras report based on new model. | 2.6 |
| 23-Sep | 4 | Finalized July monitoring report and distributed same to Committee. | 1.4 |
| 23-Sep | 3 | Discussed recent developments regarding Galeras acquisition with Debtors. | 0.2 |
| 24-Sep | 4 | Read and analyze recent court docket items. | 1.2 |
| 24-Sep | 4 | Read and analyzed tax issues including COLI, Sealed Air settlement and other items. | 5.7 |
| 25-Sep | 4 | Continued to read and analyze tax issues including COLI, Sealed Air settlement and other items. | 2.9 |
| 25-Sep | 4 | Read and analyzed Debtors' recent tax returns and prepared summary schedule. | 4.1 |
| 26-Sep | 4 | Continued to prepare summary tax schedule. | 3.4 |
| 26-Sep | 4 | Analyzed Debtors' tax attributes. | 1.6 |
| 29-Sep | 4 | Summarized status of cash repatriation for tax report. | 2.1 |

| | | | |
|---|---|---|---|
| 29-Sep | 4 | Summarized COLI issues for tax report. | 3.1 |
| 29-Sep | 4 | Analyzed proposed IRS audit adjustments. | 3.8 |
| 30-Sep | 4 | Read and analyzed motions regarding state tax audits. | 3.1 |
| 30-Sep | 4 | Prepared draft report to counsel regarding state tax audit motions. | 1.1 |
| 30-Sep | 4 | Read and analyzed Debtors' August monthly operating report. | 2.4 |
| 30-Sep | 4 | Continued to prepare summary of tax items and tax report. | 2.2 |
| 30-Sep | 4 | Discussed tax issues with case team member. | 0.2 |
| | | **Total Hours** | 144.8 |

# Invoice

## W.R. GRACE & CO. ET. AL.
Professional Services Rendered by Jeffrey E. Schwendeman
For the period September 1, 2003 through September 30, 2003

| Date | Task Code | Description | Hours |
|---|---|---|---|
| 9-Sep | 9 | Analyzed recent news and industry trade reports relating to recent asbestos litigation negotiations for the Company and competitors. | 1.1 |
| 9-Sep | 4 | Analyzed recent operating results, economic releases and heavy construction/asbestos related industry releases regarding peer group comparisons. | 1.6 |
| 19-Sep | 4 | Analyzed recent operating results, economic releases and heavy construction/asbestos related industry releases regarding peer group comparisons. | 2.1 |
| 22-Sep | 4 | Analyzed recent operating results, economic releases and heavy construction/asbestos related industry releases regarding peer group comparisons. | 1.5 |
| 22-Sep | 9 | Analyzed recent news and industry trade reports relating to recent asbestos litigation negotiations for the Company and competitors. | 1.7 |
| **Total Hours** | | | 8.0 |

**Invoice**

W.R.GRACE & CO. ET AL.
Professional Services Rendered by Matt Hakoun
For the period September 1, 2003 through September 30, 2003

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 2-Sep | 4 | Researched selected bio-science company's operations assessed peer group segment operations | 1.5 |
| 2-Sep | 4 | Prepared bio-science peer group analysis for quarter ended and twelve months ended June 30, 2003 | 1.8 |
| 3-Sep | 4 | Gathered analyst reports on specialty chemical peer group companies | 1.0 |
| 19-Sep | 4 | Researched operations of 524g Trusts. | 1.0 |
| 19-Sep | 4 | Gathered information on Manville Coporation and their 524G Trust. | 0.7 |
| 19-Sep | 4 | Benchmarked analysis of 524g Trust by analyzing Manville Corporation Plan of Reorganization. | 1.3 |
| 26-Sep | 4 | Researched news and litigation surrounding silicosis. | 1.2 |
| 26-Sep | 4 | Gathered company annual reports that have potential / current exposure to silicosis litigation. | 0.6 |
| | | **Total Hours** | 9.1 |

## Invoice

### W.R.GRACE & CO. ET AL.
Professional Services Rendered by Moira DeSalvio
For the period September 1, 2003 through September 30, 2003

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 2-Sep | 4 | Identified and retrieved analysts reports from investment banking firms including UBS Chemical Industry Update - 08/04/04 and Goldman Sachs reports on Dupont and Dow Chemical. | 1.0 |
| | | **Total Hours** | 1.0 |

# Invoice

## W.R.GRACE & CO. ET AL.
### Professional Services Rendered by Nancy Backer (Paraprofessional)
### For the period September 1, 2003 through September 30, 2003

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 3-Sep | 8 | Prepared distribution of monthly report to Committee. | 1.4 |
| 3-Sep | 8 | Downloaded and printed particular dockets at the request of team members. | 0.6 |
| 8-Sep | 8 | Downloaded and printed particular dockets at the request of team members. | 0.5 |
| 9-Sep | 16 | Processed professional fee application for August. | 0.8 |
| 9-Sep | 8 | Updated docket database of most recent filings through Bankruptcy Court website. | 0.2 |
| 11-Sep | 16 | Processed professional fee application for August. | 0.9 |
| 12-Sep | 8 | Faxed NY Times article on silica litigation to various committee members. | 0.5 |
| 15-Sep | 8 | Created updated email distribution list for Committee. | 0.5 |
| 16-Sep | 16 | Processed professional fee application for August. | 0.8 |
| 16-Sep | 8 | Updated docket database of most recent filings through Bankruptcy Court website. | 0.3 |
| 17-Sep | 8 | Downloaded and printed particular dockets at the request of team members. | 0.3 |
| 18-Sep | 16 | Processed professional fee application for August. | 1.5 |
| 18-Sep | 8 | Organized and prepared binder of materials received regarding Biotage Acquisition. | 2.6 |
| 19-Sep | 16 | Processed professional fee application for August. | 1.6 |
| 22-Sep | 8 | Researched database for all docket references to "ZAI" (claims, trial, etc.) | 0.8 |
| 22-Sep | 16 | Proofread professional fee application. | 0.4 |

17 of 20

| 23-Sep | 8 | Updated docket database of most recent filings through Bankruptcy Court website. | 0.4 |
| 24-Sep | 16 | Proofread professional fee application. | 0.5 |
| 25-Sep | 8 | Filed and indexed materials received from team members. | 0.8 |
| 26-Sep | 8 | Filed and indexed materials received from team members. | 1.6 |
| 29-Sep | 8 | Downloaded and printed particular dockets at the request of team members. | 2.0 |
| 30-Sep | 8 | Filed and indexed materials received from team members. | 1.2 |
| 30-Sep | 8 | Updated docket database of most recent filings through Bankruptcy | 0.3 |
| 30-Sep | 8 | Photocopied sections of tax returns for team member. | 0.4 |
| **Total Hours** | | | 20.9 |

**Invoice**

W.R. GRACE & CO. ET. AL.
Summary of Expenses by Type of Expense
For the period September 1, 2003 through September 30, 2003

| | | |
|---|---|---|
| Copies: | | |
| Internal | | |
| External | $ | 338.10 |
| Telecommunications: | | |
| Telephone | | 132.81 |
| Toll Charges | | 975.00 |
| Facsimile | | - |
| Postage, Federal Express, Airborne Express | | 18.68 |
| Travel Expenses: | | |
| Transportation, lodging, tolls, parking, mileage | | - |
| | | |
| Total Expenses | $ | 1,464.59 |

**Invoice**

W.R. GRACE & CO. ET. AL.
Detail of Expenses by Type of Expense
For the period September 1, 2003 through September 30, 2003

| | | | |
|---|---|---|---|
| Copies, Internal | 2,254 pp. @ .15 ea. | | $    338.10 |
| Facsimile Charges: | 0 pages @ $1.00/page: | | - |
| Telephone Charges: | E. Ordway | 44.28 | |
| | E. Ordway | 88.53 | |
| | S. Cunningham | - | |
| | Telephone | | 132.81 |
| Toll Charges: | Online research fees and subscriptions | | 975.00 |
| Postage, Federal Express: | Airborne Express 9/21/03 | 10.02 | |
| | Airborne Express 9/25/03 | 8.66 | |
| | | | 18.68 |
| Transportation, lodging, tolls, parking and mileage:(a) | | - | - |
| Total | | | $  1,464.59 |