Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1

W.R. Grace                                          10/31/2003
Wilmington  DE                          ACCOUNT NO: 3000-00D
                                        STATEMENT NO:      25

Costs and Expenses


PREVIOUS BALANCE                                  -$542.81


CREDIT BALANCE                                    -$542.81
                                                 ========


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                      Page: 1
W.R. Grace                                          10/31/2003
Wilmington  DE                      ACCOUNT NO: 3000-01D
                                    STATEMENT NO:      29

Asset Analysis and Recovery



        PREVIOUS BALANCE                          $2,174.20



10/30/03 Payment - Thank you.  (February, 2003 - 20%)      -120.90
10/30/03 Payment - Thank you.  (March, 2003 - 20%)         -15.90
10/30/03 Payment - Thank you.  (May, 2003 - 80%)          -947.20
10/30/03 Payment - Thank you.  (June, 2003 - 80%)          -22.00
                                                      ---------
        TOTAL PAYMENTS                            -1,106.00

        BALANCE DUE                               $1,068.20
                                                      =========




        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                  Page: 1
W.R. Grace                                        10/31/2003
Wilmington  DE                        ACCOUNT NO: 3000-02D
                                      STATEMENT NO:     29

Asset Disposition



        PREVIOUS BALANCE                          $1,354.20



10/30/03 Payment - Thank you.  (January, 2003 - 20%)       -68.90
10/30/03 Payment - Thank you.  (February, 2003 - 20%)      -21.20
10/30/03 Payment - Thank you.  (March, 2003 - 20%)         -15.90
10/30/03 Payment - Thank you.  (May, 2003 - 80%)          -188.80
10/30/03 Payment - Thank you.  (June, 2003 - 80%)         -169.60
10/30/03 Payment - Thank you.  (July, 2003 - 80%)         -512.80
                                                         -------
        TOTAL PAYMENTS                                   -977.20

        BALANCE DUE                                      $377.00
                                                         =======


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                      Page: 1
W.R. Grace                                         10/31/2003
Wilmington  DE                        ACCOUNT NO: 3000-03D
                                      STATEMENT NO:      24

Business Operations



        PREVIOUS BALANCE                            $438.20



10/30/03 Payment - Thank you.  (January, 2003 - 20%)      -50.00
10/30/03 Payment - Thank you.  (March, 2003 - 20%)        -5.30
10/30/03 Payment - Thank you.  (June, 2003 - 80%)       -262.40
                                                        -------
        TOTAL PAYMENTS                                  -317.70

        BALANCE DUE                                    $120.50
                                                       =======




        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                        Page: 1
W.R. Grace                                           10/31/2003
Wilmington  DE                         ACCOUNT NO: 3000-04D
                                       STATEMENT NO:      29


Case Administration



     PREVIOUS BALANCE                         $2,065.20


                                          HOURS
10/07/03
     PEM Brief review of August MOR            1.00    290.00

10/15/03
     MTH Reviewing Affidavit of Barbieri re
         ordinary course retention.           0.10     26.50
                                               ----    ------
     FOR CURRENT SERVICES RENDERED             1.10    316.50

                    RECAPITULATION
   TIMEKEEPER                   HOURS HOURLY RATE     TOTAL
   Philip E. Milch               1.00   $290.00    $290.00
   Mark T. Hurford               0.10    265.00      26.50


     TOTAL CURRENT WORK                                316.50



10/30/03 Payment - Thank you.  (January, 2003 - 20%)      -58.80
10/30/03 Payment - Thank you.  (February, 2003 - 20%)     -16.70
10/30/03 Payment - Thank you.  (March, 2003 - 20%)        -93.20
10/30/03 Payment - Thank you.  (May, 2003 - 80%)          -22.00
10/30/03 Payment - Thank you.  (June, 2003 - 80%)        -299.60
10/30/03 Payment - Thank you.  (July, 2003 - 80%)        -395.60
                                                         -------
     TOTAL PAYMENTS                                      -885.90

     BALANCE DUE                                       $1,495.80
                                                       =========

W.R. Grace                                              10/31/2003
                                        ACCOUNT NO: 3000-04D
                                        STATEMENT NO:        29

Case Administration

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                              10/31/2003
Wilmington   DE                          ACCOUNT NO: 3000-05D
STATEMENT NO:      29

Claims Analysis Objection & Resolution (Asbestos)



PREVIOUS BALANCE                                    $3,549.70



10/30/03 Payment - Thank you.  (January, 2003 - 20%)      -21.20
10/30/03 Payment - Thank you.  (March, 2003 - 20%)       -261.40
10/30/03 Payment - Thank you.  (July, 2003 - 80%)        -241.60
                                                         -------
        TOTAL PAYMENTS                                   -524.20

        BALANCE DUE                                   $3,025.50
                                                      =========







Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                         10/31/2003
Wilmington  DE                      ACCOUNT NO: 3000-06D
                                    STATEMENT NO:      29

Claims Analysis Objection & Resol. (Non-Asbestos)



PREVIOUS BALANCE                               $1,725.30


                                          HOURS
10/02/03
    MTH Reviewing Order entered re Debtors'
        Second Omnibus Claims Objection and
        discussion with DEM re same.             0.30     79.50

10/05/03
    MRE Review of motion to file futher
        opposition by C. Gerard                  0.10     27.50

10/17/03
    MTH Reviewing Wesconn and FUS's Motion to
        Compel.                                  0.30     79.50

10/20/03
    MTH reviewing response of J. Potts re Omnibus
        Claims Objection.                        0.10     26.50

10/21/03
    MTH Reviewing Motion of Disagreement of W.
        Sullivan.                                0.10     26.50
                                                 ----   ------
        FOR CURRENT SERVICES RENDERED            0.90    239.50

                    RECAPITULATION
    TIMEKEEPER                 HOURS HOURLY RATE      TOTAL
    Mark T. Hurford             0.80    $265.00    $212.00
    Marla R. Eskin              0.10     275.00      27.50


        TOTAL CURRENT WORK                              239.50

```
                                                     Page: 2
W.R. Grace                                        10/31/2003
                                        ACCOUNT NO: 3000-06D
                                        STATEMENT NO:      29
Claims Analysis Objection & Resol. (Non-Asbestos)
```

```
10/30/03 Payment - Thank you.  (January, 2003 - 20%)          -5.30
10/30/03 Payment - Thank you.  (July, 2003 - 80%)        -1,129.20
                                                         ---------
         TOTAL PAYMENTS                                  -1,134.50

         BALANCE DUE                                      $830.30
                                                         =======
```

```
Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.
```

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                        Page: 1
W.R. Grace                                          10/31/2003
Wilmington  DE                          ACCOUNT NO: 3000-07D
                                        STATEMENT NO:      29

Committee, Creditors, Noteholders, Equity Holders



        PREVIOUS BALANCE                        $27,320.60


                                        HOURS
10/01/03
     MRE Review of weekly recommendation memo      0.20     55.00
     MTH Review of memorandum summarizing
         pleadings filed on 9/30/03                0.10     26.50
     DEM Review Pleadings and electronic filing
         notices; preparation and retrieval of
         documents relating to daily memo          0.30     28.50

10/02/03
     MAL Organization and distribution of daily
         pleadings                                 0.10      9.50
     MTH Review of memorandum summarizing
         pleadings filed on 10/1/03                0.10     26.50
     DEM Review Pleadings and electronic filing
         notices; preparation and retrieval of
         documents relating to daily memo          0.30     28.50
     DEM Revision of Weekly Recommendation Memo
         (adding new motions and orders)           0.30     28.50

10/03/03
     MTH Review of memorandum summarizing
         pleadings filed on 10/2/03.               0.10     26.50
     MTH Reviewing two notices of Documents
         Entered in Error and discussion with LMP
         re same.                                  0.10     26.50
     MTH Prepare weekly recommendation memo
         (Motions and others)                      0.80    212.00
     MTH Prepare weekly recommendation memo (Fee
         Applications)                             0.50    132.50
     PEM Review weekly recommendation memo re:
         pending motions and matters (.3); review
         fee memos (.1)                            0.40    116.00

```
                                                     Page: 2
W.R. Grace                                        10/31/2003
                                    ACCOUNT NO: 3000-07D
                                    STATEMENT NO:      29
Committee, Creditors, Noteholders, Equity Holders
```

|  | HOURS |  |
|---|---|---|
| DEM Review Pleadings and electronic filing notices; preparation and retrieval of documents relating to daily memo | 0.30 | 28.50 |
| DEM Revision of Weekly Recommendation Memo (adding new motions and orders) | 0.20 | 19.00 |

**10/04/03**

| DAC Review of counsel's recommendation memo | 0.20 | 70.00 |
|---|---|---|

**10/05/03**

| MRE Review of memorandum summarizing pleadings filed on October 2, 2003 | 0.10 | 27.50 |
|---|---|---|
| MRE Review of memorandum summarizing pleadings filed on September 30, 2003 | 0.10 | 27.50 |
| MRE Review of memorandum summarizing pleadings filed in the adversary matters from September 15th through September 28th | 0.10 | 27.50 |
| MRE Review of memorandum summarizing pleadings filed on October 1, 2003 | 0.10 | 27.50 |

**10/06/03**

| MAL Organization and distribution of daily pleadings | 0.20 | 19.00 |
|---|---|---|
| MTH Review of memorandum summarizing pleadings filed 10/3/03 through 10/05/03. | 0.10 | 26.50 |
| MTH Review of memorandum summarizing adversary pleadings filed between Sept. 29 through Oct. 5 | 0.10 | 26.50 |
| DEM Review Pleadings and electronic filing notices; preparation and retrieval of documents relating to daily memo | 0.40 | 38.00 |
| DEM Review Pleadings and electronic filing notices filed in adversary proceedings | 0.10 | 9.50 |

**10/07/03**

| MRE Meeting with MTH  regarding upcoming motions and deadlines | 0.20 | 55.00 |
|---|---|---|
| MAL Organization and distribution of daily pleadings | 0.10 | 9.50 |
| MAL Organization and distribution of daily adversary pleadings | 0.10 | 9.50 |
| MRE Review of weekly recommendation memorandum | 0.20 | 55.00 |
| MRE Meeting with MTH regarding upcoming |  |  |

|     |                                                        | HOURS |       |
|-----|--------------------------------------------------------|-------|-------|
|     | motions and deadlines                                  | 0.20  | 55.00 |
| MTH | Meeting with MRE re: pending motions and upcoming objections. | 0.20  | 53.00 |
| MRE | Review of memorandum summarizing pleadings in adversary cases filed from September 29, 2003 through October 5, 2003 | 0.10  | 27.50 |
| MRE | Review of memorandum summarizing pleadings filed on October 6, 2003 | 0.10  | 27.50 |
| MRE | Review of memorandum summarizing pleadings filed on October 3, 2003 | 0.10  | 27.50 |
| MTH | Review of memorandum summarizing pleadings filed on 10/6/03. | 0.10  | 26.50 |
| DEM | Review Pleadings and electronic filing notices; preparation and retrieval of documents relating to daily memo | 0.30  | 28.50 |
| DEM | preparation and retrieval of documents relating to adversary proceeding memo | 0.20  | 19.00 |

10/08/03

|     |                                                        |       |       |
|-----|--------------------------------------------------------|-------|-------|
| PEM | Review memo of daily pleadings received                | 0.10  | 29.00 |
| MAL | Organization and Distribution of daily pleadings       | 0.10  |  9.50 |
| MAL | Attention to document organization                     | 0.20  | 19.00 |
| MRE | Review of memorandum summarizing pleadings filed on October 7, 2003 | 0.10  | 27.50 |
| MTH | Review of memorandum summarizing pleadings filed on 10/7/03. | 0.10  | 26.50 |
| DEM | Review Pleadings and electronic filing notices; preparation and retrieval of documents relating to daily memo | 0.30  | 28.50 |
| DEM | Revision of Weekly Recommendation Memo (adding new motions and orders) | 0.10  |  9.50 |

10/09/03

|     |                                                        |       |       |
|-----|--------------------------------------------------------|-------|-------|
| MAL | Updating Service List                                  | 0.10  |  9.50 |
| MRE | Review of memorandum summarizing pleadings filed on October 8, 2003 | 0.10  | 27.50 |
| MTH | Review of memorandum summarizing pleadings filed on 10/8/03. | 0.10  | 26.50 |
| DEM | Review Pleadings and electronic filing notices; preparation and retrieval of documents relating to daily memo | 0.30  | 28.50 |

```
                                                        Page:  4
W.R. Grace                                          10/31/2003
                                        ACCOUNT NO: 3000-07D
                                        STATEMENT NO:      29
Committee, Creditors, Noteholders, Equity Holders
```

```
                                                HOURS
10/10/03
     MAL Organization and distribution of
         documents                              0.10      9.50
     DEM Prepare and distribute Weekly
         Recommendation Memo to Committee (Fee
         Apps & Other Matters)                  0.30     28.50
     MTH Prepare weekly recommendation memo re Fee
         Applications.                          0.30     79.50
     MTH Prepare weekly recommendation memo     0.60    159.00
     PEM Review weekly recommendation memo to
         committee re: pending motions and matters
         (.3); fee application memo (.1)        0.40    116.00
     MTH Review of memorandum summarizing
         pleadings filed on 10/9/03.            0.10     26.50
     DAC Review counsel's weekly recommendation
         memo                                   0.20     70.00
     DEM Review Pleadings and electronic filing
         notices; preparation and retrieval of
         documents relating to daily memo       0.30     28.50
     DEM Revision of Weekly Recommendation Memo
         (adding new motions and orders)        0.10      9.50
     DEM Update Attorney Binder - Weekly
         Recommendation Memo                    0.20     19.00

10/13/03
     MAL Organization and distribution of daily
         pleadings                              0.10      9.50
     MAL Organization and distribution of
         adversary daily pleadings              0.10      9.50
     MTH Review of memorandum summarizing
         pleadings filed from 10/10/03 through
         10/12/03.                              0.10     26.50
     PEM Review daily memo re: pleadings filed  0.10     29.00
     MTH Review of memorandum summarizing
         adversary pleadings filed on 10/6/03
         through 10/12/03.                      0.10     26.50
     DEM Review Pleadings and electronic filing
         notices; preparation and retrieval of
         documents relating to daily memo       0.30     28.50
     DEM Review Pleadings and electronic filing
         notices filed in adversary proceedings;
         preparation and retrieval of documents
         relating to adversary proceeding memo  0.30     28.50
```

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

|  |  | HOURS |  |
|---|---|---|---|
| **10/14/03** |  |  |  |
| MAL | Organization and distribution of daily pleadings | 0.10 | 9.50 |
| MRE | Review of weekly recommendation memo | 0.20 | 55.00 |
| MRE | Meeting with MTH regarding upcoming motions and deadlines | 0.20 | 55.00 |
| MTH | Meeting with MRE re upcoming deadlines and pending motions. | 0.20 | 53.00 |
| MTH | Reviewing correspondence from MRE re motion to appoint Futures Representative. | 0.10 | 26.50 |
| MAL | Attention to document management | 0.20 | 19.00 |
| MRE | Review of memorandum summarizing pleadings filed on October 13, 2003 | 0.10 | 27.50 |
| MRE | Review of memorandum summarizing pleadings filed from October 10, 2003 through October 12, 2003 | 0.10 | 27.50 |
| MRE | Review of memorandum summarizing pleadings filed in adversary matters from October 6, 2003 through October 12, 2003 | 0.10 | 27.50 |
| MTH | Review of memorandum summarizing pleadings filed on 10/13/03. | 0.10 | 26.50 |
| DEM | Review Pleadings and electronic filing notices; preparation and retrieval of documents relating to daily memo | 0.30 | 28.50 |
| DEM | Revision of Weekly Recommendation Memo (adding new motions and orders) | 0.30 | 28.50 |
| MRE | Review of motion to retain J. Hamlin and e-mail to C&D regarding same | 0.40 | 110.00 |
| KJC | Review application to appoint Hamlin as futures representative | 0.30 | 45.00 |
| **10/15/03** |  |  |  |
| DEM | Review Pleadings and electronic filing notices; preparation and retrieval of documents relating to daily memo | 0.30 | 28.50 |
| MTH | Reviewing Motion for Appointment of Hamlin as Futures Rep. | 0.40 | 106.00 |
| **10/16/03** |  |  |  |
| DEM | Retrieval of document from docket and e-mail to Mike Berkin (DI 4574) | 0.20 | 19.00 |
| DEM | Review Pleadings and electronic filing notices; preparation and retrieval of documents relating to daily memo | 0.30 | 28.50 |
| MAL | Organization and distribution of daily |  |  |

```
                                                   HOURS
        pleadings                                   0.10       9.50
    MTH Review of memorandum summarizing
        pleadings filed on 10/15/03.                0.10      26.50

10/17/03
    DEM Revision of Weekly Recommendation Memo
        (adding new motions and orders)             0.20      19.00
    MAL Attention to document management            0.10       9.50
    DEM Prepare Weekly Recommendation Memo for
        distribution to Committee (Fee Apps)        0.10       9.50
    MTH Correspondence to Committee re weekly
        recommendation memoranda.                   0.20      53.00
    MTH Prepare weekly recommendation memo re fee
        applications                                0.30      79.50
    MTH Prepare weekly recommendation memo re
        motions.                                    0.50     132.50
    DAC Review counsel's weekly recommendation
        memo                                        0.20      70.00
    PEM Review weekly recommendation memo re:
        pending motions and matters (.2); and fee
        memo (.1)                                   0.30      87.00

10/19/03
    MRE Review of memorandum summarizing
        pleadings filed on October 15, 2003         0.10      27.50

10/20/03
    MAL Organization and distribution of daily
        pleadings                                   0.10       9.50
    MAL Attention to document management            0.10       9.50
    MRE Review of memorandum summarizing
        pleadings filed from October 17, 2003 to
        October 19, 2003                            0.10      27.50
    DEM Review Pleadings and electronic filing
        notices; preparation and retrieval of
        documents relating to daily memo            0.30      28.50
    DEM Review Pleadings and electronic filing
        notices filed in adversary proceedings;
        preparation and retrieval of documents
        relating to adversary proceeding memo       0.30      28.50
    DEM Search docket for orders regarding
        ordinary course and retrieval of same       0.20      19.00
    DEM Update Attorney Binder - Weekly
        Recommendation Memo (motions)               0.10       9.50
    PEM Review daily report of pleadings filed      0.10      29.00
```

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

|  |  | HOURS |  |
|---|---|---|---|
| MTH | Review of memorandum summarizing pleadings filed from 10/17/03 through 10/19/03. | 0.10 | 26.50 |
| MTH | Review of memorandum summarizing adversary pleadings filed from October 13, 2003 through October 19, 2003 | 0.10 | 26.50 |
| MRE | Review of revised core list and meeting with MTH regarding same | 0.20 | 55.00 |

10/21/03

|  |  |  |  |
|---|---|---|---|
| DEM | Review Pleadings and electronic filing notices; preparation and retrieval of documents relating to daily memo | 0.30 | 28.50 |
| MTH | Prepare weekly recommendation memo | 0.20 | 53.00 |
| MAL | Organization and distribution of daily pleadings | 0.10 | 9.50 |
| DEM | Revision of Weekly Recommendation Memo (adding new motions and orders) | 0.30 | 28.50 |
| MTH | Review of memorandum summarizing pleadings filed on 10/20/03. | 0.10 | 26.50 |

10/22/03

|  |  |  |  |
|---|---|---|---|
| MAL | Updating Service List | 0.10 | 9.50 |
| MAL | Organization and distribution of daily pleadings | 0.10 | 9.50 |
| DEM | Review Pleadings and electronic filing notices; preparation and retrieval of documents relating to daily memo | 0.30 | 28.50 |
| MTH | Reviewing correspondence from PVNL re October Omnibus Hearing. | 0.10 | 26.50 |
| MTH | Review of memorandum summarizing pleadings filed on 10/21/03. | 0.10 | 26.50 |

10/23/03

|  |  |  |  |
|---|---|---|---|
| DEM | Review Pleadings and electronic filing notices; preparation and retrieval of documents relating to daily memo | 0.30 | 28.50 |
| MRE | Review of memorandum summarizing pleadings filed on October 22, 2003 | 0.10 | 27.50 |
| MRE | Review of memorandum summarizing pleadings filed on October 20, 2003 | 0.10 | 27.50 |
| MRE | Review of memorandum summarizing pleadings filed on October 21, 2003 | 0.10 | 27.50 |
| MTH | Review of memorandum summarizing pleadings filed on 10/22/03. | 0.10 | 26.50 |

```
                                                      Page:  8
W.R. Grace                                         10/31/2003
                                     ACCOUNT NO: 3000-07D
                                     STATEMENT NO:      29
Committee, Creditors, Noteholders, Equity Holders
```

|  |  | HOURS |  |
|---|---|---|---|
| **10/24/03** | | | |
| DEM | Review Pleadings and electronic filing notices; preparation and retrieval of documents relating to daily memo | 0.30 | 28.50 |
| DEM | Review of Weekly Recommendation Memorandum for additions/corrections/revisions. | 0.20 | 19.00 |
| MAL | Organization and distribution of daily pleadings | 0.10 | 9.50 |
| MTH | Prepare weekly recommendation memo (Fee Applications) | 0.20 | 53.00 |
| MTH | Correspondence to Committee re weekly recommendation memoranda | 0.20 | 53.00 |
| MTH | Prepare weekly recommendation memo (Motions). | 0.50 | 132.50 |
| PEM | Review weekly recommendation memo re: pending motions and matters (.2); and fee memo (.1) | 0.30 | 87.00 |
| MTH | Review of memorandum summarizing pleadings filed on 10/23/03. | 0.10 | 26.50 |
| **10/26/03** | | | |
| MRE | Review of memorandum summarizing pleadings filed on October 23, 2003 | 0.10 | 27.50 |
| **10/27/03** | | | |
| MAL | Organization and distribution of daily pleadings | 0.10 | 9.50 |
| DEM | Review Pleadings and electronic filing notices; preparation and retrieval of documents relating to daily memo | 0.30 | 28.50 |
| DEM | Update Attorney Binder - Weekly Recommendation Memo | 0.20 | 19.00 |
| DEM | Review Pleadings and electronic filing notices filed in adversary proceedings; preparation and retrieval of documents relating to adversary proceeding memo | 0.30 | 28.50 |
| MRE | Review of memorandum summarizing pleadings filed from October 24, 2003 through October 26, 2003 | 0.10 | 27.50 |
| PEM | Review daily memo re: pleadings filed | 0.10 | 29.00 |
| DAC | Review of counsel's weekly memo | 0.20 | 70.00 |
| MTH | Review of memorandum summarizing adversary pleadings filed from 10/20/03 through 10/26/03. | 0.10 | 26.50 |

|  |  | HOURS |  |
|---|---|---|---|
| MTH | Review of memorandum summarizing pleadings filed from 10/24/03 through 10/26/03. | 0.10 | 26.50 |
| **10/28/03** | | | |
| MTH | Meeting with MRE re pending motions and upcoming deadlines. | 0.20 | 53.00 |
| MTH | Meeting with MRE re events at Omnibus Hearing. | 0.10 | 26.50 |
| MAL | Organization and distribution of adversary pleadings | 0.10 | 9.50 |
| MAL | Organization and distribution of daily pleadings | 0.10 | 9.50 |
| MRE | Review of weekly recommendation memo | 0.20 | 55.00 |
| MRE | Meeting with MTH regarding upcoming motions and deadlines | 0.20 | 55.00 |
| MRE | Review of e-mail from MTH regarding memo to the committee | 0.10 | 27.50 |
| MRE | Review of e-mail from PVNL regarding hearing memorandum | 0.10 | 27.50 |
| MRE | Review of memorandum summarizing pleadings filed on October 27, 2003 | 0.10 | 27.50 |
| MRE | Review of memorandum summarizing pleadings filed in adversary matters for October 20th to October 26th | 0.10 | 27.50 |
| MTH | Preparing report to committee re events at October Omnibus Hearing. | 1.50 | 397.50 |
| MTH | Correspondence to PVNL re draft report to committee re October Omnibus report. | 0.20 | 53.00 |
| DEM | Review Pleadings and electronic filing notices; preparation and retrieval of documents relating to daily memo | 0.30 | 28.50 |
| MTH | Review of memorandum summarizing pleadings filed on 10/27/03. | 0.10 | 26.50 |
| MRE | Discussion with MTH re: events at hearing | 0.10 | 27.50 |
| **10/29/03** | | | |
| DEM | Review Pleadings and electronic filing notices; preparation and retrieval of documents relating to daily memo | 0.30 | 28.50 |
| MTH | Discussion with MRE re memorandum to committee. | 0.10 | 26.50 |
| MRE | Meeting with MTH regarding hearing memo to the committee | 0.10 | 27.50 |
| MRE | Review of e-mail from EI regarding | | |

W.R. Grace
Committee, Creditors, Noteholders, Equity Holders

|  |  | HOURS |  |
|---|---|---|---|
|  | hearing memo to the committee | 0.10 | 27.50 |
| DEM | Revision of Weekly Recommendation Memo (adding new motions and orders) | 0.70 | 66.50 |
| MTH | Reviewing correspondence to and from EI and PVNL re memorandum to committee. | 0.10 | 26.50 |
| MTH | Reviewing correspondence from DEM re memorandum re October Omnibus Hearing. | 0.10 | 26.50 |

**10/30/03**

|  |  |  |  |
|---|---|---|---|
| DEM | Review Pleadings and electronic filing notices; preparation and retrieval of documents relating to daily memo | 0.40 | 38.00 |
| DEM | Retrieval of documents from docket and e-mail to Phil | 0.30 | 28.50 |
| MAL | Organization and distribution of daily pleadings | 0.20 | 19.00 |
| MTH | telephone conference with B. Skretny re F.R. appointment issues. | 0.10 | 26.50 |
| MTH | Reviewing Notice of Deposition of Hamlin. | 0.30 | 79.50 |
| MTH | Reviewing Notice of Deposition of W.R. Grace | 0.30 | 79.50 |
| MTH | Begin reviewing Objection of the Unofficial Committee to Appointment of Hamlin as Futures Rep. | 0.30 | 79.50 |
| MRE | Review of memorandum summarizing pleadings filed on October 29, 2003 | 0.10 | 27.50 |
| MTH | Review of memorandum summarizing pleadings filed on 10/29/03 | 0.10 | 26.50 |
| MRE | Review of objection to Hamlin retention | 0.10 | 27.50 |

**10/31/03**

|  |  |  |  |
|---|---|---|---|
| DEM | Revision of Weekly Recommendation Memo (adding new motions and orders) | 0.30 | 28.50 |
| MTH | Discussion with MRE re UST's Objection to Hamlin appointment. | 0.10 | 26.50 |
| DAC | Review counsel's weekly recommendation memo | 0.20 | 70.00 |
| MTH | Correspondence to Committee members re weekly recommendation memorandum. | 0.20 | 53.00 |
| MTH | Prepare weekly recommendation memo (fee applications) | 0.30 | 79.50 |
| MTH | Prepare weekly recommendation memo (motions). | 0.60 | 159.00 |
| MAL | Organization and distribution of daily pleadings | 0.10 | 9.50 |

```
                                                         Page: 11
     W.R. Grace                                        10/31/2003
                                           ACCOUNT NO: 3000-07D
                                           STATEMENT NO:      29
     Committee, Creditors, Noteholders, Equity Holders




                                            HOURS
     MTH Review of memorandum summarizing
         pleadings filed on 10/30/03.         0.10      26.50
     MRE Review of UST objection to Hamlin
         retention                            0.10      27.50
     MRE Meeting with MTH regarding Hamlin matter  0.10 27.50
                                              -----  --------
         FOR CURRENT SERVICES RENDERED       35.50  7,022.00

                       RECAPITULATION
     TIMEKEEPER                  HOURS HOURLY RATE      TOTAL
     Douglas A. Campbell          1.00    $350.00    $350.00
     Philip E. Milch              1.80     290.00     522.00
     Mark T. Hurford             12.30     265.00   3,259.50
     Marla R. Eskin               5.20     275.00   1,430.00
     Kathleen J. Campbell         0.30     150.00      45.00
     Margaret A. Landis           2.90      95.00     275.50
     Diane E. Massey             12.00      95.00   1,140.00
```

```
     10/30/03 FAX to Peter Lockwood - Daily Memo - 4 pages        4.00
                                                                  ----
              TOTAL EXPENSES                                      4.00

              TOTAL CURRENT WORK                              7,026.00
```

```
     10/30/03 Payment - Thank you.  (January, 2003 - 20%)      -824.90
     10/30/03 Payment - Thank you.  (February, 2003 - 20%)   -1,209.10
     10/30/03 Payment - Thank you.  (March, 2003 - 20%)        -758.60
     10/30/03 Payment - Thank you.  (May, 2003 - 80%)        -3,568.40
     10/30/03 Payment - Thank you.  (June, 2003 - 80%)       -3,899.60
     10/30/03 Payment - Thank you.  (July, 2003 - 80%)       -4,467.60
                                                             ----------
              TOTAL PAYMENTS                                -14,728.20

              BALANCE DUE                                   $19,618.40
                                                           ==========


     Any payments received after the statement date will be
     applied to next month's statement.  Please note your
     account number on your payment.  Thank you.
```

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1
W.R. Grace                                                    10/31/2003
Wilmington  DE                                  ACCOUNT NO: 3000-08D
                                                STATEMENT NO:       28

Employee Benefits/Pension

PREVIOUS BALANCE                                          $3,657.60

                                                 HOURS
10/08/03
      MTH telephone conference with M. Berkin re
          Grace hiring of new COO.                        0.10      26.50

10/13/03
      MRE Review of e-mail from M. Berkin regarding
          new CEO                                         0.10      27.50

10/14/03
      MTH Reviewing correspondence from EI re
          employment contract for president and
          COO.                                           0.10      26.50

10/15/03
      MTH Begin review of Debtors Motion to enter
          into employment agreement with President
          and COO.                                       0.30      79.50

10/16/03
      MTH Reviewing correspondence from M. Berkin
          re employment contract for Festa (.1) and
          response to same (.1)                          0.20      53.00

10/17/03
      MTH Continue review of Motion re President
          and COO Candidate.                             0.50     132.50

10/23/03
      MTH telephone conference with M. Berkin re
          COO retention motion.                          0.10      26.50

```
                                                       Page: 2
      W.R. Grace                                     10/31/2003
                                       ACCOUNT NO: 3000-08D
                                       STATEMENT NO:       28

      Employee Benefits/Pension




                                              HOURS
10/30/03
      MTH telephone conference with M. Berkin re
          COO Motion.                          0.20    53.00

10/31/03
      MTH Reviewing correspondence from M. Berkin
          and memo related to the Debtors Motion re
          President and COO employment agreement
          (.3) and Correspondence to PVNL re same
          (.1)                                 0.40    106.00
                                               ----    ------
          FOR CURRENT SERVICES RENDERED        2.00    531.00

                        RECAPITULATION
      TIMEKEEPER                    HOURS HOURLY RATE     TOTAL
      Mark T. Hurford               1.90    $265.00    $503.50
      Marla R. Eskin                0.10     275.00      27.50


      TOTAL CURRENT WORK                                531.00



10/30/03 Payment - Thank you.  (January, 2003 - 20%)   -213.50
10/30/03 Payment - Thank you.  (February, 2003 - 20%)  -205.60
10/30/03 Payment - Thank you.  (June, 2003 - 80%)    -1,241.60
10/30/03 Payment - Thank you.  (July, 2003 - 80%)    -2,082.00
                                                     ---------
      TOTAL PAYMENTS                                -3,742.70

      BALANCE DUE                                     $445.90
                                                      =======
```

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                          Page: 1
W.R. Grace                                            10/31/2003
Wilmington  DE                            ACCOUNT NO: 3000-10D
                                          STATEMENT NO:      29


Employment Applications, Others



         PREVIOUS BALANCE                           $3,136.80



                                              HOURS
10/01/03
      MTH Correspondence to F. Holden re
          application to retain Orrick as counsel
          to Retiree Comm.                     0.30     79.50

10/03/03
      MTH Reviewing Debtors' Application to Retain
          Protiviti LLP                        0.30     79.50

10/13/03
      MRE Review of UST objection to retention of
          Protiviti                            0.10     27.50
      MRE Review of e-mail from F. Perch regarding
          Protiviit retention                  0.10     27.50

10/14/03
      MRE Review of e-mail from MTH regarding
          employment of CEO                    0.10     27.50

10/21/03
      MTH Review of Supplement to Debtors'
          Application to Retain State Street to act
          as Investment Manager and Fiduciary. 0.40    106.00
                                               ----    ------
         FOR CURRENT SERVICES RENDERED         1.30    347.50

                     RECAPITULATION
      TIMEKEEPER                 HOURS HOURLY RATE      TOTAL
      Mark T. Hurford             1.00    $265.00    $265.00
      Marla R. Eskin              0.30     275.00      82.50

                                                      Page: 2
W.R. Grace                                         10/31/2003
                                      ACCOUNT NO: 3000-10D
                                      STATEMENT NO:      29

Employment Applications, Others

```
        TOTAL CURRENT WORK                              347.50


10/30/03 Payment - Thank you.  (January, 2003 - 20%)        -86.30
10/30/03 Payment - Thank you.  (March, 2003 - 20%)         -49.20
10/30/03 Payment - Thank you.  (May, 2003 - 80%)          -394.00
                                                         -------
        TOTAL PAYMENTS                                   -529.50

        BALANCE DUE                                    $2,954.80
                                                       =========
```

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                          Page: 1
W.R. Grace                                              10/31/2003
Wilmington  DE                        ACCOUNT NO: 3000-11D
                                      STATEMENT NO:      27


Expenses



        PREVIOUS BALANCE                                $4,662.83




10/06/03 Federal Express to Marcia M. Waldron, Clerk, U.S.
         Court of Appeals on 9/26/03                         9.78
10/07/03 FAX to Peter Lockwood - Daily Memo                  5.00
10/07/03 FAX to Robert Spohn - Daily Memo                    5.00
10/07/03 FAX to Andrew Katznelson - Daily Memo               5.00
10/07/03 Postage - Letter to John Cunningham enclosing
         stamped copy of 3rd Circuit letter                  0.60
10/09/03 Ikon Office Solutions- Photocopying, Envelopes,
         Postage, Hand Deliveries on 10/8/03 (LTC August
         fee application )                                  86.61
10/16/03 AT&T Long Distance Phone Calls                      4.54
10/16/03 FAX to Peter Lockwood - Daily Memo - 7 pages        7.00
10/16/03 FAX to Robert Spohn - Daily Memo - 7 pages          7.00
10/16/03 FAX to Andrew Katznelson - Daily Memo - 7 pages     7.00
10/21/03 Postage - C&L, LAS, C&D Aug. CNO's - 3 @ .83        2.49
10/22/03 Ikon Office Solutions- Photocopying, Envelopes,
         Postage, Hand Deliveries on 10/21/03 (C&D and C&L
         August CNO's)                                      70.56
10/27/03 FAX to Peter Lockwood - Daily Memo - 5 pages        5.00
10/27/03 FAX to Robert Spohn - Daily Memo - 5 pages          5.00
10/27/03 FAX to Andrew Katznelson - Daily Memo - 5 pages     5.00
10/27/03 FAX to Peter Lockwood - Adversary Memorandum - 3
         pages                                               3.00
10/28/03 Ikon Office Solutions - Photocopying, Envelopes,
         Hand Deliveries, Postage (C&D and C&L Sept. Fee
         Application)                                      195.65
10/31/03 Pacer Charges for the Month of September           59.22
10/31/03 Photocopying - 2 copies 5 pages (memo re: Sealed
         Air settlement)                                     1.00
                                                           ------
         TOTAL EXPENSES                                    484.45

```
                                                          Page: 2
      W.R. Grace                                       10/31/2003
                                         ACCOUNT NO: 3000-11D
                                         STATEMENT NO:       27

      Expenses




         TOTAL CURRENT WORK                               484.45



10/30/03 Payment - Thank you.  (May, 2003 - 100%)        -817.21
10/30/03 Payment - Thank you.  (June, 2003 - 100%)       -866.13
10/30/03 Payment - Thank you.  (July, 2003 - 100%)       -425.69
                                                      ---------
         TOTAL PAYMENTS                                -2,109.03

         BALANCE DUE                                   $3,038.25
                                                      =========
```

```
      Any payments received after the statement date will be
      applied to next month's statement.  Please note your
      account number on your payment.  Thank you.
```

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                                    10/31/2003
Wilmington  DE                              ACCOUNT NO: 3000-12D
                                            STATEMENT NO:      27


Fee Applications, Applicant



PREVIOUS BALANCE                                      $5,864.70



                                               HOURS
10/16/03
     MTH  Reviewing pre-bill.                   1.40    371.00

10/21/03
     LMP  Searched case docket for Objections to
          C&L Aug Fee Application (.1); Prepared
          CNO for filing (.2); E-filing and service
          of CNO (.2)                           0.50     47.50
     AFM  Review and sign CNO for Campbell & Levine
          (Monthly - August)                    0.20     40.00

10/22/03
     MRE  Review and revisions to pre-bill      0.50    137.50
     MRE  Meeting with MTH and M. Landis regarding
          pre-bill                              0.20     55.00

10/28/03
     LMP  Review email from D. Seitz re: Campbell &
          Levine's September Billing statement
          (.1); Drafted C&L Sept Fee Application
          (.5)                                  0.60     57.00

10/29/03
     LMP  Electronic filing and service of Campbell
          & Levine's September Monthly Application
          for Compensation                      0.30     28.50
     AFM  Review and sign fee application for
          Campbell & Levine (Monthly - September)  0.30     60.00
                                                ----    ------
          FOR CURRENT SERVICES RENDERED         4.00    796.50

```
                                                         Page: 2
         W.R. Grace                                    10/31/2003
                                         ACCOUNT NO: 3000-12D
                                         STATEMENT NO:      27

         Fee Applications, Applicant
```

```
                         RECAPITULATION
         TIMEKEEPER                    HOURS HOURLY RATE      TOTAL
         Aileen F. Maguire              0.50    $200.00    $100.00
         Mark T. Hurford                1.40     265.00     371.00
         Marla R. Eskin                 0.70     275.00     192.50
         Lauren M. Przybylek            1.40      95.00     133.00


             TOTAL CURRENT WORK                             796.50


10/30/03 Payment - Thank you.  (January, 2003 - 20%)       -387.00
10/30/03 Payment - Thank you.  (February, 2003 - 20%)      -224.90
10/30/03 Payment - Thank you.  (March, 2003 - 20%)         -262.70
10/30/03 Payment - Thank you.  (May, 2003 - 80%)           -582.40
10/30/03 Payment - Thank you.  (June, 2003 - 80%)          -654.00
10/30/03 Payment - Thank you.  (July, 2003 - 80%)          -393.20
                                                         ---------
             TOTAL PAYMENTS                              -2,504.20

             BALANCE DUE                                 $4,157.00
                                                         =========
```

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

                                                    Page: 1
W.R. Grace                                        10/31/2003
Wilmington  DE                        ACCOUNT NO: 3000-13D
                                      STATEMENT NO:      14

Fee Applications, Others

        PREVIOUS BALANCE                      $10,138.10

                                       HOURS
10/01/03
      MRE Meeting with MTH regarding fee
          applications                         0.10      27.50
      LMP Reviewed August Monthly Fee Application
          of FTI Policano & Manzo (.1); Updated Wr
          Grace Weekly Recommendation Memo (.1)  0.20    19.00
      LMP Reviewed August Monthly Fee Application
          of Stroock & Stroock & Lavan(.1); Updated
          Wr Grace Weekly Recommendation Memo (.1)  0.20  19.00
      MTH Meeting with MRE re: fee applications   0.10    26.50

10/02/03
      MTH Reviewing Order entered re Quarterly Fee
          Applications.                         0.10      26.50

10/06/03
      LMP Reviewed August Fee Application of Reed
          Smith (.1); Updated Wr Grace Weekly
          Recommendation Memo (.1)              0.20      19.00
      LMP Reviewed August Fee Application of Kramer
          Levin Naftalis & Frankel (.1); Updated Wr
          Grace Weekly Recommendation Memo (.1)  0.20     19.00
      LMP Reviewed August Fee Application of Holme
          Roberts & Owen (.1); Updated Wr Grace
          Weekly Recommendation Memo (.1)        0.20     19.00
      LMP Reviewed April through June Interim Fee
          Application of Bankruptcy Management
          Corporation(.1); Updated Wr Grace Weekly
          Recommendation Memo (.1)              0.20      19.00
      LMP Reviewed June Fee Application of
          Bankruptcy Management Corporation(.1);
          Updated Wr Grace Weekly Recommendation

Fee Applications, Others

|  |  | HOURS |  |
|---|---|---|---|
| | Memo (.1) | 0.20 | 19.00 |
| LMP | Reviewed the August Fee Application of Kirkland & Ellis (.1); Updated Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Reviewed Ferry, Joseph & Pearce August Fee Application (.1); Updated Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |

**10/07/03**

| | | | |
|---|---|---|---|
| LMP | Reviewed Bilzin Sumberg Baena Price & Axelrod's August Monthly Fee Application (.1); Updated WR Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Reviewed (02-2210) August Monthly Fee Application of Kirkland & Ellis (.1); Updated WR Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Reviewed (02-2210) August Monthly Fee Application of Ferry, Joseph & Pearce (.1); Updated WR Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |

**10/08/03**

| | | | |
|---|---|---|---|
| LMP | Review email from D. Collins re: LTC August 2003 Fee Application (.1); Prepared Application for filing (.2); Electronic filing and service of Application (.2) | 0.50 | 47.50 |
| AFM | Review and sign fee application for L. Tersigni (Monthly - August) | 0.30 | 60.00 |

**10/09/03**

| | | | |
|---|---|---|---|
| LMP | Reviewed September Monthly Fee Application of WHS & Associates (.1); Updated WR Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| MRE | Drafting e-mail to AFM and LMP regarding W. Smith fee application | 0.10 | 27.50 |

**10/10/03**

| | | | |
|---|---|---|---|
| LMP | Review Lukins & Annis July Fee Application (.1); Update WR Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |

W.R. Grace

Fee Applications, Others

|  |  | HOURS |  |
|---|---|---|---|
| **10/13/03** | | | |
| MRE | Drafting e-mail to R. Tobin regarding professional fees | 0.10 | 27.50 |
| **10/14/03** | | | |
| LMP | Review Bilzin Sumberg Baena Price & Axelrod August Fee Application for 02-2210 (.1); Update Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Review June through August Monthly Fee Application for W.D. Hilton Jr. in 02-2210 (.1); Update Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Email to P.I. Committee members regarding deadline to file Expense Reimburse Application | 0.20 | 19.00 |
| **10/15/03** | | | |
| MTH | Reviewing correspondence from LMP re committee expenses. | 0.10 | 26.50 |
| **10/20/03** | | | |
| MTH | Reviewing Statement of Amounts Paid to Ordinary Course Professionals (.2) and Correspondence to MRE re same (.1), review two Orders re ordinary course professionals (.2) | 0.50 | 132.50 |
| MRE | E-mails with MTH regarding ordinary course professionals | 0.10 | 27.50 |
| **10/21/03** | | | |
| LMP | Searched case docket for Objections to C&D August Fee Application (.1); Prepared CNO for filing (.2); E-filing and service of CNO (.2) | 0.50 | 47.50 |
| LMP | Searched case docket for Objections to LAS Aug Fee Application (.1); Prepared CNO for filing (.2); E-filing and service of CNO (.2) | 0.50 | 47.50 |
| AFM | Review and sign CNO for Caplin & Drysdale (Monthly - August) | 0.20 | 40.00 |
| AFM | Review and sign CNO for LAS (Monthly - August) | 0.20 | 40.00 |

```
                                                   Page: 4
W.R. Grace                                       10/31/2003
                                        ACCOUNT NO: 3000-13D
                                        STATEMENT NO:      14

Fee Applications, Others




                                         HOURS
10/22/03
     LMP Review September Fee Application of Duane
         Morris (.1); Updated Wr Grace Weekly
         Recommendation Memo (.1)                   0.20      19.00
     LMP Review August Fee Application of Woodcock
         Washburn (.1); Update Wr Grace Weekly
         Recommendation Memo (.1)                   0.20      19.00
     LMP Review September Fee Application of
         Carella, Bryne, Bain, Gilfillan, Cecchi,
         Stewart & Olstein (.1); Update Wr Grace
         Weekly Recommendation Memo (.1)            0.20      19.00
     LMP Review July Fee Application of Pitney,
         Hardin, Kipp & Szuch (.1); Update Wr
         Grace Weekly Recommendation Memo (.1)      0.20      19.00

10/23/03
     LMP Review August Fee Application of
         PricewaterhouseCoopers (.1); Update Wr
         Grace Weekly Recommendation Memo (.1)      0.20      19.00

10/24/03
     LMP Review Richardson Patrick Westbnook &
         Brickman August Monthly Fee Application
         (.1); Update Wr Grace Weekly
         Recommendation Memo (.1)                   0.20      19.00

10/28/03
     LMP Review September Fee Application of
         Bilzin Sumberg Baena Price & Axelrod
         (.1); Update Wr Grace Weekly
         Recommendation Memo (.1)                   0.20      19.00
     LMP Review August Fee Application of PSZYJ&W
         (.1); Update Wr Grace Weekly
         Recommendation Memo (.1)                   0.20      19.00
     LMP Review Holme Roberts & Owens September
         Monthly Fee Application (.1); Update Wr
         Grace Weekly Recommendation Memo (.1)      0.20      19.00

10/29/03
     LMP Review email from A. Katznelson re C&D
         September billing (.1); Prepared Caplin's
         September Fee Application for filing
         (.3); Electronic filing and service of
         Application (.2)                           0.60      57.00
     AFM Review and sign fee application for
```

```
                                                        Page: 5
    W.R. Grace                                        10/31/2003
                                          ACCOUNT NO: 3000-13D
                                          STATEMENT NO:      14

    Fee Applications, Others




                                              HOURS
         Caplin & Drysdale (Monthly - September)    0.30      60.00

10/31/03
    LMP Review September Fee Application of FTI
        Policano & Manzo (.1); Update Wr Grace
        Weekly Recommendation Memo (.1)            0.20      19.00
    LMP Review September Fee Application of Klett
        Rooney Lieber & Schorling (.1); Update Wr
        Grace Weekly Recommendation Memo (.1)      0.20      19.00
    LMP Review September Fee Application of Reed
        Smith LLP (.1); Update Wr Grace Weekly
        Recommendation Memo (.1)                   0.20      19.00
    LMP Review September Fee Application of
        Stroock & Stroock & Lavan (.1); Update Wr
        Grace Weekly Recommendation Memo (.1)      0.20      19.00
                                                   -----   --------
        FOR CURRENT SERVICES RENDERED             10.30   1,291.50

                      RECAPITULATION
    TIMEKEEPER                 HOURS HOURLY RATE      TOTAL
    Aileen F. Maguire           1.00    $200.00    $200.00
    Mark T. Hurford             0.80     265.00     212.00
    Marla R. Eskin             0.40     275.00     110.00
    Lauren M. Przybylek        8.10      95.00     769.50


        TOTAL CURRENT WORK                         1,291.50



10/30/03 Payment - Thank you.  (January, 2003 - 20%)        -480.60
10/30/03 Payment - Thank you.  (February, 2003 - 20%)       -868.90
10/30/03 Payment - Thank you.  (March, 2003 - 20%)          -638.70
10/30/03 Payment - Thank you.  (May, 2003 - 80%)          -1,373.60
10/30/03 Payment - Thank you.  (June, 2003 - 80%)         -1,389.20
10/30/03 Payment - Thank you.  (July, 2003 - 80%)         -1,174.40
                                                          ---------
        TOTAL PAYMENTS                                    -5,925.40

        BALANCE DUE                                       $5,504.20
                                                          =========


    Any payments received after the statement date will be
    applied to next month's statement.  Please note your
    account number on your payment.  Thank you.
```

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


```
                                                        Page: 1
     W.R. Grace                                      10/31/2003
     Wilmington  DE                      ACCOUNT NO: 3000-14D
                                         STATEMENT NO:      27


     Financing



        PREVIOUS BALANCE                              $202.90



10/30/03 Payment - Thank you.  (February, 2003 - 20%)    -128.70
10/30/03 Payment - Thank you.  (March, 2003 - 20%)        -74.20
                                                      -------
        TOTAL PAYMENTS                                -202.90

        BALANCE DUE                                     $0.00
                                                      =====
```


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                        10/31/2003
Wilmington  DE                          ACCOUNT NO: 3000-15D
                                        STATEMENT NO:      29


Hearings



PREVIOUS BALANCE                                   $9,226.35



                                        HOURS
10/21/03
    MRE Review of e-mail from MTH to PNVL
        regarding hearing                   0.10     27.50
    MRE Review of e-mail from PNVL regarding
        hearing                             0.10     27.50
    MTH Reviewing Agenda for October Hearing
        (.2); reviewing and revising memorandum
        re matters scheduled to go forward at
        October hearing (.3); Correspondence to
        PVNL re same (.1).                  0.60    159.00

10/22/03
    MRE Review of agenda                    0.10     27.50

10/24/03
    MTH Prepare for hearing                 0.30     79.50
    DEM Preparation of attorney binder for
        omnibus hearing                     0.80     76.00
    MAL Preparation of draft Hearing Memo   0.50     47.50

10/27/03
    MTH Attending hearing.                  1.50    397.50

10/29/03
    PEM Review 10/27 omnibus hearing memo   0.10     29.00

10/30/03
    DAC Review memo re: 10/30 hearing       0.30    105.00
                                            ----    ------
        FOR CURRENT SERVICES RENDERED       4.40    976.00

```
                                                      Page: 2
      W.R. Grace                                  10/31/2003
                                     ACCOUNT NO: 3000-15D
                                     STATEMENT NO:      29

      Hearings




                      RECAPITULATION
      TIMEKEEPER                  HOURS HOURLY RATE     TOTAL
      Douglas A. Campbell          0.30     $350.00  $105.00
      Philip E. Milch              0.10      290.00    29.00
      Mark T. Hurford              2.40      265.00   636.00
      Marla R. Eskin               0.30      275.00    82.50
      Margaret A. Landis           0.50       95.00    47.50
      Diane E. Massey              0.80       95.00    76.00


          TOTAL CURRENT WORK                          976.00



10/30/03 Payment - Thank you.  (January, 2003 - 20%)      -572.40
10/30/03 Payment - Thank you.  (February, 2003 - 20%)     -100.20
10/30/03 Payment - Thank you.  (March, 2003 - 20%)        -156.70
10/30/03 Payment - Thank you.  (May, 2003 - 80%)        -1,323.60
10/30/03 Payment - Thank you.  (June, 2003 - 80%)         -378.40
10/30/03 Payment - Thank you.  (July, 2003 - 80%)         -552.80
                                                        ---------
          TOTAL PAYMENTS                               -3,084.10

          BALANCE DUE                                  $7,118.25
                                                       =========
```

      Any payments received after the statement date will be
      applied to next month's statement.  Please note your
      account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                        Page: 1
W.R. Grace                                            10/31/2003
Wilmington  DE                        ACCOUNT NO: 3000-16D
                                      STATEMENT NO:      14


Litigation and Litigation Consulting




     PREVIOUS BALANCE                                  $839.70



                                        HOURS
10/01/03
     MTH Reviewing Amended Stipulation re National
         Union Motions for Summary Judgment.       0.20      53.00
     MTH Reviewing Smolker's Opposition to
         Debtors' Motion for Modification of PI to
         permit certain third party appeals to
         proceed.                                  0.20      53.00

10/07/03
     MTH telephone conference with C. Lane re
         KWELMB Insurance Settlement Motion and
         other insurance related issues.           0.80     212.00
     MTH Reviewing substitution of counsel re
         Grace v. Chakarian adversary.             0.10      26.50

10/08/03
     MTH Reviewing and analyzing Motion for
         Approval of KWELMB Settlement.            1.20     318.00

10/09/03
     MTH telephone conference with Allyn Danzeisen
         re KWELMB settlement motion.              0.10      26.50
     MRE Meeting with MTH regarding KWELM motion   0.10      27.50
     MRE Additional meeting with MTH regarding
         KWELM                                     0.10      27.50
     MRE Additional meeting with MTH regarding
         KWELM                                     0.20      55.00
     MRE Review of KWELM motion                    0.20      55.00
     MTH telephone conference with PVNL (x2) re
         KWELMB Settlement Motion.                 0.40     106.00
     MTH telephone conference with A. Danzeisen
         (Follow up) re KWELM Settlement Motion.   0.30      79.50

|  | HOURS |  |
|---|---|---|
| MTH Additional review to and analyzing of Debtors' Motion for Approval of Settlement with KWELMB (1.3) and begin preparing memorandum to PVNL re same (1.0) and meetings (x3) with MRE re: same (.4) | 2.70 | 715.50 |

10/10/03
|  |  |  |
|---|---|---|
| MTH telephone conference with C. Lane re KWELMB Motion. | 0.10 | 26.50 |

10/14/03
|  |  |  |
|---|---|---|
| MRE Review of KWELM order | 0.10 | 27.50 |

10/15/03
|  |  |  |
|---|---|---|
| MTH Reviewing Lloyd's Objection to Grace's filing of KWELMB Motion. | 0.10 | 26.50 |

10/21/03
|  |  |  |
|---|---|---|
| MTH reviewing Smolker's opposition to Debtors Motion for modification of the preliminary injunction to permit third party appeals to proceed. | 0.20 | 53.00 |
| MTH Reviewing COC re proposed Order re Montana Vermiculite Motion. | 0.10 | 26.50 |

10/30/03
|  |  |  |
|---|---|---|
| MTH Reviewing correspondence from EI re Sealed Air settlement and memorandum regarding same. | 0.40 | 106.00 |
| DAC Review memo re: Sealed Air agreement | 0.40 | 140.00 |

10/31/03
|  |  |  |
|---|---|---|
| PEM Review memo re: Sealed Air stlmnt | 0.20 | 58.00 |
|  | ---- | -------- |
| FOR CURRENT SERVICES RENDERED | 8.20 | 2,219.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Douglas A. Campbell | 0.40 | $350.00 | $140.00 |
| Philip E. Milch | 0.20 | 290.00 | 58.00 |
| Mark T. Hurford | 6.90 | 265.00 | 1,828.50 |
| Marla R. Eskin | 0.70 | 275.00 | 192.50 |

```
                                                     Page: 3
W.R. Grace                                         10/31/2003
                                   ACCOUNT NO: 3000-16D
                                   STATEMENT NO:      14
Litigation and Litigation Consulting
```

```
     TOTAL CURRENT WORK                         2,219.00


10/30/03 Payment - Thank you.  (January, 2003 - 20%)     -55.00
10/30/03 Payment - Thank you.  (February, 2003 - 20%)    -35.60
10/30/03 Payment - Thank you.  (June, 2003 - 80%)     -1,288.80
10/30/03 Payment - Thank you.  (July, 2003 - 80%)       -151.20
                                                     ---------
     TOTAL PAYMENTS                            -1,530.60

     BALANCE DUE                               $1,528.10
                                                =========
```

```
          Any payments received after the statement date will be
          applied to next month's statement.  Please note your
          account number on your payment.  Thank you.
```

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                        Page: 1
W.R. Grace                                          10/31/2003
Wilmington  DE                          ACCOUNT NO: 3000-17D
                                        STATEMENT NO:      14

Plan and Disclosure Statement



        PREVIOUS BALANCE                        $3,292.20



10/30/03 Payment - Thank you.  (January, 2003 - 20%)      -174.40
10/30/03 Payment - Thank you.  (February, 2003 - 20%)      -34.70
10/30/03 Payment - Thank you.  (March, 2003 - 20%)         -11.60
10/30/03 Payment - Thank you.  (July, 2003 - 80%)         -234.80
                                                         -------
        TOTAL PAYMENTS                          -455.50

        BALANCE DUE                           $2,836.70
                                              =========







        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1
W.R. Grace                                              10/31/2003
Wilmington  DE                          ACCOUNT NO: 3000-18D
                                        STATEMENT NO:      14

Relief from Stay Proceedings


PREVIOUS BALANCE                                     $994.40


                                        HOURS
10/03/03
    MTH Reviewing Oldcastle APG's Motion for Stay
        Relief (and conversation with KJC re
        same)                                0.40    106.00

10/22/03
    MRE Review of e-mail from D. Simpson
        regarding USA motion to lift stay    0.10     27.50
                                             ----   ------
        FOR CURRENT SERVICES RENDERED        0.50    133.50

                    RECAPITULATION
    TIMEKEEPER                    HOURS HOURLY RATE    TOTAL
    Mark T. Hurford               0.40   $265.00    $106.00
    Marla R. Eskin               0.10    275.00      27.50


    TOTAL CURRENT WORK                               133.50


10/30/03 Payment - Thank you.  (May, 2003 - 80%)     -384.00
10/30/03 Payment - Thank you.  (June, 2003 - 80%)    -106.80
10/30/03 Payment - Thank you.  (July, 2003 - 80%)    -424.00
                                                     -------
        TOTAL PAYMENTS                               -914.80

        BALANCE DUE                                 $213.10
                                                    =======

Relief from Stay Proceedings

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                      Page: 1
W.R. Grace                                          10/31/2003
Wilmington  DE                          ACCOUNT NO: 3000-19D
                                        STATEMENT NO:       4


Tax Issues




     PREVIOUS BALANCE                               $228.00



                                          HOURS
10/01/03
     MRE Review of e-mail from PVNL regarding tax
         motions                           0.10     27.50
     MTH Correspondence to PVNL re New York Tax
         Motion and Florida Tax Motion (.2) and
         response to same (.1)              0.30     79.50

10/03/03
     MTH Discussion with KJC re Fresenius and
         Florida Tax Motions.               0.10     26.50
     KJC Discussion with MTH re: Fresenius and
         Florida Tax Motions                0.10     15.00
                                            ----   ------
         FOR CURRENT SERVICES RENDERED      0.60    148.50

                    RECAPITULATION
     TIMEKEEPER                  HOURS HOURLY RATE     TOTAL
     Mark T. Hurford             0.40    $265.00    $106.00
     Marla R. Eskin              0.10     275.00      27.50
     Kathleen J. Campbell        0.10     150.00      15.00


     TOTAL CURRENT WORK                             148.50


10/30/03 Payment - Thank you.  (July, 2003 - 80%)   -65.20


     BALANCE DUE                                    $311.30
                                                    =======

```
                                                      Page: 2
W.R. Grace                                         10/31/2003
                                      ACCOUNT NO: 3000-19D
                                      STATEMENT NO:        4

Tax Issues
```

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1

W.R. Grace                                        10/31/2003
Wilmington  DE                        ACCOUNT NO: 3000-20D
                                      STATEMENT NO:      13

Tax Litigation

PREVIOUS BALANCE                                   $468.80

BALANCE DUE                                        $468.80
                                                  =======

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                        Page: 1
W.R. Grace                                           10/31/2003
Wilmington  DE                          ACCOUNT NO: 3000-21D
                                        STATEMENT NO:      10


Travel-Non-Working



    PREVIOUS BALANCE                                    $52.20



10/30/03 Payment - Thank you.  (January, 2003 - 20%)    -52.20


    BALANCE DUE                                          $0.00
                                                        =====



    Any payments received after the statement date will be
    applied to next month's statement.  Please note your
    account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

```
                                                    Page: 1
W.R. Grace                                        10/31/2003
Wilmington  DE                          ACCOUNT NO: 3000-22D
                                        STATEMENT NO:      18


Valuation



    PREVIOUS BALANCE                              $1,226.50



                                          HOURS
10/10/03
    DAC Review valuation by Tersigni            0.30    105.00

10/13/03
    MTH Reviewing correspondence from EI with LTC
        Enterprise Evaluation.                  0.40    106.00
    PEM Review Enterprise valuation report for
        committee                               0.40    116.00
                                                ----    ------
        FOR CURRENT SERVICES RENDERED           1.10    327.00

                    RECAPITULATION
    TIMEKEEPER                  HOURS HOURLY RATE    TOTAL
    Douglas A. Campbell          0.30  $350.00    $105.00
    Philip E. Milch              0.40   290.00     116.00
    Mark T. Hurford              0.40   265.00     106.00


    TOTAL CURRENT WORK                             327.00



10/30/03 Payment - Thank you.  (February, 2003 - 20%)      -41.50


    BALANCE DUE                                 $1,512.00
                                                =========


    Any payments received after the statement date will be
    applied to next month's statement.  Please note your
    account number on your payment.  Thank you.
```

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

                                                         Page: 1
W.R. Grace                                          10/31/2003
Wilmington  DE                          ACCOUNT NO: 3000-23D
                                        STATEMENT NO:      18


ZAI Science Trial



        PREVIOUS BALANCE                        $3,505.20



10/30/03 Payment - Thank you.  (February, 2003 - 20%)       -15.90
10/30/03 Payment - Thank you.  (June, 2003 - 80%)          -298.40
10/30/03 Payment - Thank you.  (July, 2003 - 80%)        -1,050.00
                                                         ---------
        TOTAL PAYMENTS                          -1,364.30

        BALANCE DUE                             $2,140.90
                                                =========






        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1
W.R. Grace                                                        10/31/2003
Wilmington  DE                              ACCOUNT NO      3000D

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-00 Costs and Expenses | | | | | |
| -542.81 | 0.00 | 0.00 | 0.00 | 0.00 | -$542.81 |
| 3000-01 Asset Analysis and Recovery | | | | | |
| 2,174.20 | 0.00 | 0.00 | 0.00 | -1,106.00 | $1,068.20 |
| 3000-02 Asset Disposition | | | | | |
| 1,354.20 | 0.00 | 0.00 | 0.00 | -977.20 | $377.00 |
| 3000-03 Business Operations | | | | | |
| 438.20 | 0.00 | 0.00 | 0.00 | -317.70 | $120.50 |
| 3000-04 Case Administration | | | | | |
| 2,065.20 | 316.50 | 0.00 | 0.00 | -885.90 | $1,495.80 |
| 3000-05 Claims Analysis Objection & Resolution (Asbestos) | | | | | |
| 3,549.70 | 0.00 | 0.00 | 0.00 | -524.20 | $3,025.50 |
| 3000-06 Claims Analysis Objection & Resol. (Non-Asbestos) | | | | | |
| 1,725.30 | 239.50 | 0.00 | 0.00 | -1,134.50 | $830.30 |
| 3000-07 Committee, Creditors, Noteholders, Equity Holders | | | | | |
| 27,320.60 | 7,022.00 | 4.00 | 0.00 | -14,728.20 | $19,618.40 |
| 3000-08 Employee Benefits/Pension | | | | | |
| 3,657.60 | 531.00 | 0.00 | 0.00 | -3,742.70 | $445.90 |
| 3000-10 Employment Applications, Others | | | | | |
| 3,136.80 | 347.50 | 0.00 | 0.00 | -529.50 | $2,954.80 |
| 3000-11 Expenses | | | | | |
| 4,662.83 | 0.00 | 484.45 | 0.00 | -2,109.03 | $3,038.25 |
| 3000-12 Fee Applications, Applicant | | | | | |
| 5,864.70 | 796.50 | 0.00 | 0.00 | -2,504.20 | $4,157.00 |

W.R. Grace

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-13 Fee Applications, Others | | | | | |
| 10,138.10 | 1,291.50 | 0.00 | 0.00 | -5,925.40 | $5,504.20 |
| 3000-14 Financing | | | | | |
| 202.90 | 0.00 | 0.00 | 0.00 | -202.90 | $0.00 |
| 3000-15 Hearings | | | | | |
| 9,226.35 | 976.00 | 0.00 | 0.00 | -3,084.10 | $7,118.25 |
| 3000-16 Litigation and Litigation Consulting | | | | | |
| 839.70 | 2,219.00 | 0.00 | 0.00 | -1,530.60 | $1,528.10 |
| 3000-17 Plan and Disclosure Statement | | | | | |
| 3,292.20 | 0.00 | 0.00 | 0.00 | -455.50 | $2,836.70 |
| 3000-18 Relief from Stay Proceedings | | | | | |
| 994.40 | 133.50 | 0.00 | 0.00 | -914.80 | $213.10 |
| 3000-19 Tax Issues | | | | | |
| 228.00 | 148.50 | 0.00 | 0.00 | -65.20 | $311.30 |
| 3000-20 Tax Litigation | | | | | |
| 468.80 | 0.00 | 0.00 | 0.00 | 0.00 | $468.80 |
| 3000-21 Travel-Non-Working | | | | | |
| 52.20 | 0.00 | 0.00 | 0.00 | -52.20 | $0.00 |
| 3000-22 Valuation | | | | | |
| 1,226.50 | 327.00 | 0.00 | 0.00 | -41.50 | $1,512.00 |
| 3000-23 ZAI Science Trial | | | | | |
| 3,505.20 | 0.00 | 0.00 | 0.00 | -1,364.30 | $2,140.90 |
| --------- | --------- | ------ | ---- | ---------- | ---------- |
| 85,580.87 | 14,348.50 | 488.45 | 0.00 | -42,195.63 | $58,222.19 |
| | | | | | ========== |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.