# Exhibit A

| Category | Bankruptcy Management Corporation | | Bilzin Sumberg | |
|---|---|---|---|---|
| | 9th Quarter | Cumulative thru 9th Quarter | 9th Quarter | Cumulative thru 9th Quarter |
| 01 - Asset Analysis and Recovery | 0.00 | 0.00 | 0.00 | 0.00 |
| 02 - Asset Disposition | 0.00 | 0.00 | 0.00 | 4,527.50 |
| 03 - Business Operations | 0.00 | 0.00 | 3,212.50 | 21,515.50 |
| 04 - Case Administration | 104,798.00 | 395,423.00 | 34,334.00 | 372,935.40 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | 51,602.00 | 81,018.00 | 6,100.00 | 41,761.50 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | 146,187.50 | 290,195.50 | 0.00 | 604.50 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | 0.00 | 0.00 | 5,515.00 | 117,686.50 |
| 08 - Employee Benefits/Pension | 0.00 | 0.00 | 0.00 | 24,882.50 |
| 09 - Employment Applications, Applicant | 0.00 | 0.00 | 0.00 | 2,247.50 |
| 10 - Employment Applications, Others | 0.00 | 0.00 | 0.00 | 40,649.50 |
| 11 - Fee Applications, Applicant | 19,644.00 | 55,206.50 | 2,246.00 | 65,098.70 |
| 12 - Fee Applications, Others | 0.00 | 0.00 | 2,297.00 | 40,269.80 |
| 13 - Financing | 0.00 | 0.00 | 0.00 | 9,402.50 |
| 14 - Hearings | 0.00 | 0.00 | 785.00 | 45,759.50 |
| 15 - Litigation and Litigation Consulting | 0.00 | 0.00 | 1,475.00 | 770,465.00 |
| 16 - Plan and Disclosure Statement | 0.00 | 0.00 | 1,450.00 | 1,450.00 |
| 17 - Relief from Stay Proceedings | 0.00 | 0.00 | 0.00 | 3,929.00 |
| 18 - Tax Issues | 0.00 | 0.00 | 0.00 | 0.00 |
| 19 - Tax Litigation | 0.00 | 0.00 | 0.00 | 0.00 |
| 20 - Travel - Non-working | 7,687.50 | 27,378.75 | 850.00 | 69,605.50 |
| 21 - Valuation | 0.00 | 0.00 | 0.00 | 0.00 |
| 22 - ZAI Science Trial | 0.00 | 0.00 | 668.00 | 25,133.00 |
| 23 - ZAI Science Trial - Expenses | 0.00 | 0.00 | 0.00 | 369.45 |
| 24 - Other | 0.00 | 0.00 | 100.00 | 100.00 |
| 25 - Accounting/Auditing | 0.00 | 0.00 | 0.00 | 0.00 |
| 26 - Business Analysis | 0.00 | 0.00 | 0.00 | 0.00 |
| 27 - Corporate Finance | 0.00 | 0.00 | 0.00 | 0.00 |
| 28 - Data Analysis | 24,116.00 | 186,229.00 | 0.00 | 0.00 |
| 30 - Fraudulent Conveyance (Adv. Proceeding) | | | | |
| PROJECT CATEGORY - TOTAL FEES | 354,035.00 | 1,035,450.75 | 59,032.50 | 1,658,023.40 |
| PROJECT CATEGORY - TOTAL EXPENSES | 15,480.10 | 55,378.24 | 6,112.70 | 608,619.90 |
| PROJECT CATEGORY - TOTAL FEES AND EXPENSES[1] | 369,515.10 | 1,090,828.99 | 65,145.20 | 2,266,643.30 |
| FEE APPLICATION - TOTAL FEES | 354,035.00 | 1,035,450.75 | 59,032.50 | 1,658,023.40 |
| FEE APPLICATION - TOTAL EXPENSES | 15,480.10 | 55,378.24 | 6,112.70 | 608,619.90 |
| FEE APPLICATION - TOTAL FEES AND EXPENSES[2] | 369,515.10 | 1,090,828.99 | 65,145.20 | 2,266,643.30 |

| Category | Campbell & Levine | | Caplin & Drysdale | |
|---|---|---|---|---|
| | 9th Quarter | Cumulative thru 9th Quarter | 9th Quarter | Cumulative thru 9th Quarter |
| 01 - Asset Analysis and Recovery | 5,341.00 | 18,088.00 | 0.00 | 47.00 |
| 02 - Asset Disposition | 527.50 | 5,793.00 | 0.00 | 1,250.00 |
| 03 - Business Operations | 337.50 | 2,099.00 | 0.00 | 4,914.00 |
| 04 - Case Administration | 935.00 | 42,166.50 | 12,158.50 | 324,899.00 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | 0.00 | 24,763.00 | 4,772.00 | 339,555.00 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | 159.00 | 3,266.00 | 139.50 | 1,669.00 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | 13,952.00 | 91,353.00 | 639.00 | 38,757.50 |
| 08 - Employee Benefits/Pension | 1,552.00 | 14,065.50 | 62.50 | 3,942.00 |
| 09 - Employment Applications, Applicant | 0.00 | 3,229.50 | 0.00 | 8,214.00 |
| 10 - Employment Applications, Others | 538.00 | 9,142.00 | 0.00 | 14,930.00 |
| 11 - Fee Applications, Applicant | 2,386.50 | 27,639.00 | 6,844.50 | 54,947.00 |
| 12 - Fee Applications, Others | 4,736.00 | 49,705.50 | 327.50 | 5,529.00 |
| 13 - Financing | 0.00 | 1,014.50 | 0.00 | 62.50 |
| 14 - Hearings | 2,426.00 | 30,775.00 | 0.00 | 30,098.50 |
| 15 - Litigation and Litigation Consulting | 1,982.00 | 25,122.00 | 1,556.00 | 384,519.50 |
| 16 - Plan and Disclosure Statement | 0.00 | 1,963.50 | 0.00 | 5,035.00 |
| 17 - Relief from Stay Proceedings | 666.50 | 3,430.00 | 0.00 | 0.00 |
| 18 - Tax Issues | 0.00 | 2,344.00 | 0.00 | 19,081.00 |
| 19 - Tax Litigation | 0.00 | 0.00 | 1,225.00 | 8,537.50 |
| 20 - Travel - Non-working | 0.00 | 1,827.00 | 35.50 | 55,812.00 |
| 21 - Valuation | 0.00 | 365.00 | 0.00 | 0.00 |
| 22 - ZAI Science Trial | 373.00 | 12,342.00 | 0.00 | 0.00 |
| 23 - ZAI Science Trial - Expenses | 0.00 | 0.00 | 0.00 | 0.00 |
| 24 - Other | 0.00 | 0.00 | 0.00 | 0.00 |
| 25 - Accounting/Auditing | 0.00 | 0.00 | 0.00 | 0.00 |
| 26 - Business Analysis | 0.00 | 0.00 | 0.00 | 0.00 |
| 27 - Corporate Finance | 0.00 | 0.00 | 0.00 | 0.00 |
| 28 - Data Analysis | 0.00 | 0.00 | 0.00 | 0.00 |
| 30 - Fraudulent Conveyance (Adv. Proceeding) | | | 170.00 | 170.00 |
| **PROJECT CATEGORY - TOTAL FEES** | **35,912.00** | **370,493.00** | **27,930.00** | **1,301,969.50** |
| **PROJECT CATEGORY - TOTAL EXPENSES** | **1,980.82** | **65,403.62** | **6,177.83** | **225,430.27** |
| **PROJECT CATEGORY - TOTAL FEES AND EXPENSES[1]** | **37,892.82** | **435,896.62** | **34,107.83** | **1,527,399.77** |
| FEE APPLICATION - TOTAL FEES | 35,912.00 | 370,490.00 | 27,930.00 | 1,306,969.50 |
| FEE APPLICATION - TOTAL EXPENSES | 1,980.82 | 61,303.21 | 6,177.83 | 225,430.27 |
| **FEE APPLICATION - TOTAL FEES AND EXPENSES[2]** | **37,892.82** | **431,793.21** | **34,107.83** | **1,532,399.77** |

| Category | Carella Byrne | | Casner & Edwards | | Committee: Asbestos Property Damage | |
|---|---|---|---|---|---|---|
| | 9th Quarter | Cumulative thru 9th Quarter | 9th Quarter | Cumulative thru 9th Quarter | 9th Quarter | Cumulative thru 9th Quarter |
| 01 - Asset Analysis and Recovery | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 02 - Asset Disposition | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 03 - Business Operations | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 04 - Case Administration | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 08 - Employee Benefits/Pension | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 09 - Employment Applications, Applicant | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 10 - Employment Applications, Others | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11 - Fee Applications, Applicant | 8,654.50 | 40,213.50 | 4,948.00 | 35,305.00 | 0.00 | 0.00 |
| 12 - Fee Applications, Others | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 13 - Financing | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 14 - Hearings | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 15 - Litigation and Litigation Consulting | 199,443.00 | 902,255.00 | 36,187.50 | 1,762,572.50 | 0.00 | 0.00 |
| 16 - Plan and Disclosure Statement | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 17 - Relief from Stay Proceedings | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 18 - Tax Issues | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 19 - Tax Litigation | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 20 - Travel - Non-working | 0.00 | 10,529.25 | 0.00 | 0.00 | 0.00 | 0.00 |
| 21 - Valuation | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 22 - ZAI Science Trial | 0.00 | 0.00 | 9,908.00 | 137,560.50 | 0.00 | 0.00 |
| 23 - ZAI Science Trial - Expenses | 0.00 | 0.00 | 882.23 | 8,603.19 | 0.00 | 0.00 |
| 24 - Other | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 25 - Accounting/Auditing | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 26 - Business Analysis | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 27 - Corporate Finance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 28 - Data Analysis | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 30 - Fraudulent Conveyance (Adv. Proceeding) | | | | | | |
| PROJECT CATEGORY - TOTAL FEES | 208,097.50 | 952,997.75 | 51,043.50 | 1,935,438.00 | 0.00 | 0.00 |
| PROJECT CATEGORY - TOTAL EXPENSES | -7,510.67 | 44,192.75 | 40,061.50 | 323,944.66 | 0.00 | 112,131.69 |
| PROJECT CATEGORY - TOTAL FEES AND EXPENSES[1] | 200,586.83 | 997,190.50 | 91,105.00 | 2,259,382.66 | 0.00 | 112,131.69 |
| FEE APPLICATION - TOTAL FEES | 208,097.50 | 929,412.26 | 51,043.50 | 1,935,438.00 | 0.00 | 0.00 |
| FEE APPLICATION - TOTAL EXPENSES | -7,510.67 | 43,827.44 | 40,061.51 | 323,944.67 | 0.00 | 112,131.27 |
| FEE APPLICATION - TOTAL FEES AND EXPENSES[2] | 200,586.83 | 973,239.70 | 91,105.01 | 2,259,382.67 | 0.00 | 112,131.27 |

| Category | Conway Del Genio[3] | | Duane Morris | | Elzufon Austin | |
|---|---|---|---|---|---|---|
| | 9th Quarter | Cumulative thru 9th Quarter | 9th Quarter | Cumulative thru 9th Quarter | 9th Quarter | Cumulative thru 9th Quarter |
| 01 - Asset Analysis and Recovery | 0.0 | 0.00 | 0.00 | 83.00 | 0.00 | 0.00 |
| 02 - Asset Disposition | 0.0 | 0.00 | 89.00 | 1,163.50 | 0.00 | 0.00 |
| 03 - Business Operations | 0.0 | 0.00 | 1,201.50 | 4,182.00 | 0.00 | 0.00 |
| 04 - Case Administration | 0.0 | 0.00 | 3,974.50 | 70,065.50 | 0.00 | 0.00 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | 0.0 | 0.00 | 9,230.50 | 59,110.00 | 0.00 | 0.00 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | 0.0 | 0.00 | 0.00 | 3,660.00 | 0.00 | 0.00 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | 9.3 | 345.9 | 1,897.00 | 18,129.00 | 0.00 | 0.00 |
| 08 - Employee Benefits/Pension | 0.0 | 0.00 | 178.00 | 3,090.00 | 0.00 | 0.00 |
| 09 - Employment Applications, Applicant | 0.0 | 0.00 | 570.00 | 13,398.00 | 0.00 | 0.00 |
| 10 - Employment Applications, Others | 0.0 | 0.00 | 534.00 | 12,217.50 | 0.00 | 0.00 |
| 11 - Fee Applications, Applicant | 95.6 | 518.50 | 2,899.00 | 28,648.50 | 0.00 | 0.00 |
| 12 - Fee Applications, Others | 0.0 | 0.00 | 2,199.50 | 35,040.50 | 5,739.50 | 5,739.50 |
| 13 - Financing | 0.0 | 0.00 | 0.00 | 5,524.00 | 0.00 | 0.00 |
| 14 - Hearings | 0.0 | 27.90 | 2,344.50 | 34,246.00 | 0.00 | 0.00 |
| 15 - Litigation and Litigation Consulting | 0.0 | 0.00 | 3,815.00 | 90,928.00 | 0.00 | 0.00 |
| 16 - Plan and Disclosure Statement | 0.0 | 0.00 | 0.00 | 373.80 | 0.00 | 0.00 |
| 17 - Relief from Stay Proceedings | 0.0 | 0.00 | 133.50 | 1,406.00 | 0.00 | 0.00 |
| 18 - Tax Issues | 0.0 | 0.00 | 0.00 | 213.50 | 0.00 | 0.00 |
| 19 - Tax Litigation | 0.0 | 0.00 | 0.00 | 95.00 | 0.00 | 0.00 |
| 20 - Travel - Non-working | 8.0 | 115.10 | 0.00 | 0.00 | 0.00 | 0.00 |
| 21 - Valuation | 0.0 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 22 - ZAI Science Trial | 0.0 | 0.00 | 89.00 | 89.00 | 198.00 | 21,052.00 |
| 23 - ZAI Science Trial - Expenses | 0.0 | 0.00 | 0.00 | 0.00 | 0.00 | 5,116.85 |
| 24 - Other | 0.0 | 88.00 | 1,370.50 | 2,128.50 | 0.00 | 0.00 |
| 25 - Accounting/Auditing | 0.0 | 0.00 | 0.00 | 578.50 | 0.00 | 0.00 |
| 26 - Business Analysis | 24.2 | 763.70 | 0.00 | 2,439.50 | 0.00 | 0.00 |
| 27 - Corporate Finance | 158.5 | 1,263.60 | 0.00 | 0.00 | 0.00 | 0.00 |
| 28 - Data Analysis | 0.0 | 494.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 30 - Fraudulent Conveyance (Adv. Proceeding) | | | 2,338.00 | | | |
| PROJECT CATEGORY - TOTAL FEES | 240,847.00 | 1,998,216.87 | 32,863.50 | 386,809.30 | 5,937.50 | 26,791.50 |
| PROJECT CATEGORY - TOTAL EXPENSES | 3,237.13 | 31,268.47 | 3,789.95 | 42,873.01 | 4,284.81 | 9,401.66 |
| PROJECT CATEGORY - TOTAL FEES AND EXPENSES[1] | 244,084.13 | 2,029,485.34 | 36,653.45 | 429,682.31 | 10,222.31 | 36,193.16 |
| FEE APPLICATION - TOTAL FEES | 240,847.00 | 1,998,216.87 | 32,863.50 | 387,719.90 | 5,937.50 | 26,791.50 |
| FEE APPLICATION - TOTAL EXPENSES | 3,237.13 | 31,268.47 | 3,789.95 | 42,873.01 | 4,284.81 | 9,401.66 |
| FEE APPLICATION - TOTAL FEES AND EXPENSES[2] | 244,084.13 | 2,029,485.34 | 36,653.45 | 430,592.91 | 10,222.31 | 36,193.16 |

| Category | Ferry & Joseph | | FTI Policano & Manzo | | Hamilton Rabinovitz | |
|---|---|---|---|---|---|---|
| | 9th Quarter | Cumulative thru 9th Quarter | 9th Quarter | Cumulative thru 9th Quarter | 9th Quarter | Cumulative thru 9th Quarter |
| 01 - Asset Analysis and Recovery | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 02 - Asset Disposition | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 03 - Business Operations | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 04 - Case Administration | 3,684.00 | 50,045.75 | 1,147.50 | 15,602.50 | 830.00 | 59,972.50 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | 0.00 | 0.00 | 0.00 | 108,661.00 | 45,065.00 | 101,937.50 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | 1,040.00 | 21,395.00 | 7,677.00 | 99,500.00 | 0.00 | 0.00 |
| 08 - Employee Benefits/Pension | 0.00 | 0.00 | 6,595.50 | 149,551.50 | 0.00 | 0.00 |
| 09 - Employment Applications, Applicant | 0.00 | 444.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 10 - Employment Applications, Others | 105.00 | 4,691.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11 - Fee Applications, Applicant | 1,894.00 | 23,241.00 | 7,400.50 | 174,065.00 | 0.00 | 1,785.00 |
| 12 - Fee Applications, Others | 4,017.00 | 17,105.00 | 0.00 | 0.00 | 0.00 | 2,390.00 |
| 13 - Financing | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 14 - Hearings | 660.00 | 10,254.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| 15 - Litigation and Litigation Consulting | 760.00 | 40,117.75 | 0.00 | 0.00 | 0.00 | 0.00 |
| 16 - Plan and Disclosure Statement | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 17 - Relief from Stay Proceedings | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 18 - Tax Issues | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 19 - Tax Litigation | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 20 - Travel - Non-working | 0.00 | 2,752.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| 21 - Valuation | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 22 - ZAI Science Trial | 100.00 | 628.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 23 - ZAI Science Trial - Expenses | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 24 - Other | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 25 - Accounting/Auditing | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 26 - Business Analysis | 0.00 | 0.00 | 0.00 | 750,279.00 | 0.00 | 0.00 |
| 27 - Corporate Finance | 0.00 | 0.00 | 20,930.50 | 64,409.00 | 0.00 | 0.00 |
| 28 - Data Analysis | 0.00 | 0.00 | 129,114.00 | 369,495.00 | 0.00 | 0.00 |
| 30 - Fraudulent Conveyance (Adv. Proceeding) | | | | | | |
| PROJECT CATEGORY - TOTAL FEES | 12,260.00 | 170,675.00 | 172,865.00 | 1,731,563.00 | 45,895.00 | 166,085.00 |
| PROJECT CATEGORY - TOTAL EXPENSES | 4,478.85 | 55,192.81 | 1,389.90 | 42,494.89 | 4,485.93 | 10,570.28 |
| PROJECT CATEGORY - TOTAL FEES AND EXPENSES[1] | 16,738.85 | 225,867.81 | 174,254.90 | 1,774,057.89 | 50,380.93 | 176,655.28 |
| FEE APPLICATION - TOTAL FEES | 12,260.00 | 170,675.00 | 172,865.00 | 1,731,563.00 | 45,895.00 | 166,385.00 |
| FEE APPLICATION - TOTAL EXPENSES | 4,478.85 | 55,192.81 | 1,389.90 | 44,243.19 | 4,485.93 | 10,570.28 |
| FEE APPLICATION - TOTAL FEES AND EXPENSES[2] | 16,738.85 | 225,867.81 | 174,254.90 | 1,775,806.19 | 50,380.93 | 176,955.28 |

| Category | Holme Roberts | | Kirkland & Ellis | | Klett Rooney | |
|---|---|---|---|---|---|---|
| | 9th Quarter | Cumulative thru 9th Quarter | 9th Quarter | Cumulative thru 9th Quarter | 9th Quarter | Cumulative thru 9th Quarter |
| 01 - Asset Analysis and Recovery | 0.00 | 0.00 | 14,201.50 | 215,009.50 | 0.00 | 276.50 |
| 02 - Asset Disposition | 0.00 | 0.00 | 15,124.50 | 190,770.00 | 623.00 | 4,210.50 |
| 03 - Business Operations | 0.00 | 0.00 | 16,596.00 | 51,305.00 | 1,201.50 | 5,454.00 |
| 04 - Case Administration | 0.00 | 0.00 | 113,346.00 | 1,186,674.00 | 5,869.50 | 36,776.50 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | 0.00 | 0.00 | 7,538.50 | 913,591.50 | 0.00 | 3,244.50 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | 0.00 | 0.00 | 30,093.50 | 155,523.50 | 0.00 | 1,116.50 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | 0.00 | 0.00 | 3,192.00 | 157,756.50 | 0.00 | 5,629.00 |
| 08 - Employee Benefits/Pension | 0.00 | 0.00 | 12,231.50 | 259,365.50 | 309.00 | 2,440.00 |
| 09 - Employment Applications, Applicant | 0.00 | 0.00 | 0.00 | 117.00 | 3,356.50 | 3,356.50 |
| 10 - Employment Applications, Others | 0.00 | 0.00 | 12,306.00 | 275,805.50 | 3,353.00 | 3,353.00 |
| 11 - Fee Applications, Applicant | 6,884.50 | 81,578.00 | 18,812.00 | 299,414.50 | 0.00 | 24,880.00 |
| 12 - Fee Applications, Others | 0.00 | 0.00 | 2,145.00 | 44,296.00 | 0.00 | 14,119.00 |
| 13 - Financing | 0.00 | 0.00 | 0.00 | 161,939.00 | 0.00 | 0.00 |
| 14 - Hearings | 0.00 | 0.00 | 9,921.00 | 464,678.00 | 754.00 | 10,683.50 |
| 15 - Litigation and Litigation Consulting | 194,838.50 | 7,722,212.25 | 67,071.50 | 3,520,711.00 | 1,157.00 | 22,702.00 |
| 16 - Plan and Disclosure Statement | 0.00 | 0.00 | 187.50 | 20,220.00 | 0.00 | 1,677.00 |
| 17 - Relief from Stay Proceedings | 0.00 | 0.00 | 12,659.50 | 205,476.50 | 283.00 | 1,251.00 |
| 18 - Tax Issues | 0.00 | 0.00 | 0.00 | 126,395.00 | 0.00 | 0.00 |
| 19 - Tax Litigation | 0.00 | 0.00 | 17,129.50 | 434,906.00 | 0.00 | 0.00 |
| 20 - Travel - Non-working | 750.00 | 141,793.50 | 6,150.50 | 197,954.00 | 0.00 | 0.00 |
| 21 - Valuation | 0.00 | 0.00 | 0.00 | 2,310.00 | 0.00 | 0.00 |
| 22 - ZAI Science Trial | 0.00 | 0.00 | 385.00 | 66,867.00 | 0.00 | 1,314.00 |
| 23 - ZAI Science Trial - Expenses | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 24 - Other | 0.00 | 0.00 | 546.00 | 151,243.50 | 1,035.50 | 1,035.50 |
| 25 - Accounting/Auditing | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 26 - Business Analysis | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 27 - Corporate Finance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 28 - Data Analysis | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 30 - Fraudulent Conveyance (Adv. Proceeding) | | | | | 1,319.50 | |
| PROJECT CATEGORY - TOTAL FEES | 202,473.00 | 7,945,583.75 | 359,637.00 | 9,102,328.50 | 19,261.50 | 144,838.50 |
| PROJECT CATEGORY - TOTAL EXPENSES | 23,631.22 | 768,789.46 | 11,258.32 | 673,409.47 | 2,084.52 | 16,080.03 |
| PROJECT CATEGORY - TOTAL FEES AND EXPENSES[1] | 226,104.22 | 8,714,373.21 | 370,895.32 | 9,775,737.97 | 21,346.02 | 160,918.53 |
| FEE APPLICATION - TOTAL FEES | 202,473.00 | 7,947,766.25 | 359,637.00 | 9,102,328.50 | 19,261.50 | 144,838.50 |
| FEE APPLICATION - TOTAL EXPENSES | 23,631.22 | 771,835.08 | 11,258.32 | 673,409.37 | 2,084.52 | 16,080.03 |
| FEE APPLICATION - TOTAL FEES AND EXPENSES[2] | 226,104.22 | 8,719,601.33 | 370,895.32 | 9,775,737.87 | 21,346.02 | 160,918.53 |

| Category | Kramer Levin | | Legal Analysis Systems | | Lukins & Annis | |
|---|---|---|---|---|---|---|
| | 9th Quarter | Cumulative thru 9th Quarter | 9th Quarter | Cumulative thru 9th Quarter | 9th Quarter | Cumulative thru 9th Quarter |
| 01 - Asset Analysis and Recovery | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 02 - Asset Disposition | 0.00 | 1,975.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 03 - Business Operations | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 04 - Case Administration | 10,018.00 | 169,864.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | 0.00 | 156,113.50 | 349.00 | 77,839.50 | 0.00 | 0.00 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | 6,686.50 | 7,756.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | 2,747.50 | 53,460.50 | 350.00 | 20,597.00 | 0.00 | 0.00 |
| 08 - Employee Benefits/Pension | 0.00 | 1,310.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 09 - Employment Applications, Applicant | 0.00 | 5,432.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| 10 - Employment Applications, Others | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11 - Fee Applications, Applicant | 2,592.50 | 50,442.00 | 0.00 | 4,061.00 | 0.00 | 0.00 |
| 12 - Fee Applications, Others | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 13 - Financing | 0.00 | 105.00 | 0.00 | 350.00 | 0.00 | 0.00 |
| 14 - Hearings | 455.00 | 42,052.50 | 200.00 | 131,210.00 | 0.00 | 0.00 |
| 15 - Litigation and Litigation Consulting | 0.00 | 75,633.50 | 0.00 | 286,384.00 | 0.00 | 0.00 |
| 16 - Plan and Disclosure Statement | 0.00 | 1,295.00 | 0.00 | 57,755.00 | 0.00 | 0.00 |
| 17 - Relief from Stay Proceedings | 0.00 | 370.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 18 - Tax Issues | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 19 - Tax Litigation | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 20 - Travel - Non-working | 1,365.00 | 4,840.00 | 175.00 | 19,540.00 | 4,665.00 | 4,665.00 |
| 21 - Valuation | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 22 - ZAI Science Trial | 637.00 | 637.00 | 0.00 | 0.00 | 101,568.00 | 333,155.00 |
| 23 - ZAI Science Trial - Expenses | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 18,966.34 |
| 24 - Other | 2,677.50 | 3,567.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| 25 - Accounting/Auditing | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 26 - Business Analysis | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 27 - Corporate Finance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 28 - Data Analysis | 0.00 | 0.00 | 7,774.00 | 191,486.00 | 0.00 | 0.00 |
| 30 - Fraudulent Conveyance (Adv. Proceeding) | 268.50 | | | | | |
| PROJECT CATEGORY - TOTAL FEES | 27,447.50 | 580,722.50 | 8,848.00 | 789,222.50 | 106,233.00 | 337,820.00 |
| PROJECT CATEGORY - TOTAL EXPENSES | 1,839.08 | 47,624.37 | 0.00 | 28,429.40 | 7,240.24 | 26,206.58 |
| PROJECT CATEGORY - TOTAL FEES AND EXPENSES[1] | 29,286.58 | 628,346.87 | 8,848.00 | 817,651.90 | 113,473.24 | 364,026.58 |
| FEE APPLICATION - TOTAL FEES | 27,447.00 | 580,722.50 | 8,848.00 | 831,056.00 | 106,233.00 | 337,820.00 |
| FEE APPLICATION - TOTAL EXPENSES | 1,839.08 | 47,624.37 | 0.00 | 29,058.66 | 7,240.24 | 26,207.28 |
| FEE APPLICATION - TOTAL FEES AND EXPENSES[2] | 29,286.08 | 628,346.87 | 8,848.00 | 860,114.66 | 113,473.24 | 364,027.28 |

| Category | Nelson Mullins[4] | | Pachulski Stang | | Pitney Hardin | |
|---|---|---|---|---|---|---|
| | 9th Quarter | Cumulative thru 9th Quarter | 9th Quarter | Cumulative thru 9th Quarter | 9th Quarter | Cumulative thru 9th Quarter |
| 01 - Asset Analysis and Recovery | 0.00 | 0.00 | 0.00 | 4,518.00 | 0.00 | 3,888.50 |
| 02 - Asset Disposition | 0.00 | 0.00 | 441.00 | 11,612.00 | 0.00 | 13,881.00 |
| 03 - Business Operations | 0.00 | 0.00 | 0.00 | 18,748.00 | 0.00 | 88,658.50 |
| 04 - Case Administration | 0.00 | 0.00 | 12,126.00 | 130,507.50 | 17,232.50 | 191,798.60 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | 0.00 | 0.00 | 354.00 | 6,159.00 | 0.00 | 6,449.00 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | 0.00 | 0.00 | 445.50 | 6,764.00 | 0.00 | 0.00 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | 0.00 | 0.00 | 0.00 | 27,349.50 | 0.00 | 1,830.00 |
| 08 - Employee Benefits/Pension | 0.00 | 0.00 | 188.00 | 8,691.50 | 0.00 | 0.00 |
| 09 - Employment Applications, Applicant | 0.00 | 0.00 | 0.00 | 98.50 | 0.00 | 0.00 |
| 10 - Employment Applications, Others | 0.00 | 0.00 | 968.00 | 33,491.00 | 0.00 | 0.00 |
| 11 - Fee Applications, Applicant | 4,038.00 | 66,639.50 | 3,550.00 | 82,205.00 | 3,326.00 | 56,940.50 |
| 12 - Fee Applications, Others | 0.00 | 0.00 | 7,633.00 | 104,603.75 | 0.00 | 1,179.00 |
| 13 - Financing | 0.00 | 0.00 | 0.00 | 6,908.50 | 0.00 | 201.00 |
| 14 - Hearings | 0.00 | 0.00 | 7,231.50 | 160,086.00 | 0.00 | 72,325.50 |
| 15 - Litigation and Litigation Consulting | 0.00 | 0.00 | 3,056.50 | 91,385.00 | 51,898.00 | 890,077.60 |
| 16 - Plan and Disclosure Statement | 0.00 | 0.00 | 47.00 | 3,544.50 | 0.00 | 41,393.00 |
| 17 - Relief from Stay Proceedings | 0.00 | 0.00 | 70.50 | 21,178.50 | 0.00 | 185.50 |
| 18 - Tax Issues | 0.00 | 0.00 | 0.00 | 209.50 | 0.00 | 4,247.00 |
| 19 - Tax Litigation | 0.00 | 0.00 | 0.00 | 1,819.00 | 0.00 | 0.00 |
| 20 - Travel - Non-working | 0.00 | 241.40 | 0.00 | 3,667.75 | 0.00 | 0.00 |
| 21 - Valuation | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 22 - ZAI Science Trial | 0.00 | 0.00 | 354.00 | 16,085.00 | 0.00 | 0.00 |
| 23 - ZAI Science Trial - Expenses | 0.00 | 0.00 | 0.00 | 420.00 | 0.00 | 0.00 |
| 24 - Other | 29,678.50 | 417,955.00 | 47.00 | 20,908.50 | 0.00 | 5,490.00 |
| 25 - Accounting/Auditing | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 26 - Business Analysis | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 27 - Corporate Finance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 28 - Data Analysis | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 30 - Fraudulent Conveyance (Adv. Proceeding) | | | | | | |
| PROJECT CATEGORY - TOTAL FEES | 33,716.50 | 484,835.90 | 36,512.00 | 760,540.00 | 72,456.50 | 1,378,544.70 |
| PROJECT CATEGORY - TOTAL EXPENSES | 444.22 | 568,169.82 | 48,433.86 | 616,159.46 | 10,707.52 | 192,588.28 |
| PROJECT CATEGORY - TOTAL FEES AND EXPENSES[1] | 34,160.72 | 1,053,005.72 | 84,945.86 | 1,376,699.46 | 83,164.02 | 1,571,132.98 |
| FEE APPLICATION - TOTAL FEES | 33,716.50 | 484,594.50 | 36,512.00 | 762,816.50 | 72,456.50 | 1,385,084.70 |
| FEE APPLICATION - TOTAL EXPENSES | 444.22 | 6,626.01 | 48,433.86 | 615,319.46 | 10,707.52 | 192,588.28 |
| FEE APPLICATION - TOTAL FEES AND EXPENSES[2] | 34,160.72 | 491,220.51 | 84,945.86 | 1,378,135.96 | 83,164.02 | 1,577,672.98 |

| Category | PricewaterhouseCoopers LLP[5] | | Reed Smith | | Richardson Patrick | |
|---|---|---|---|---|---|---|
| | 9th Quarter | Cumulative thru 9th Quarter | 9th Quarter | Cumulative thru 9th Quarter | 9th Quarter | Cumulative thru 9th Quarter |
| 01 - Asset Analysis and Recovery | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 02 - Asset Disposition | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 03 - Business Operations | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 04 - Case Administration | 0.00 | 0.00 | 0.00 | 430.00 | 0.00 | 0.00 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | 0.00 | 0.00 | 0.00 | 46,419.50 | 0.00 | 0.00 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 08 - Employee Benefits/Pension | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 09 - Employment Applications, Applicant | 0.00 | 0.00 | 0.00 | 4,890.00 | 0.00 | 0.00 |
| 10 - Employment Applications, Others | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11 - Fee Applications, Applicant | 0.00 | 5,086.22 | 9,842.00 | 68,000.50 | 4,307.50 | 4,307.50 |
| 12 - Fee Applications, Others | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 13 - Financing | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 14 - Hearings | 0.00 | 0.00 | 683.00 | 39,486.00 | 0.00 | 0.00 |
| 15 - Litigation and Litigation Consulting | 0.00 | 0.00 | 5,659.00 | 1,974,887.50 | 0.00 | 0.00 |
| 16 - Plan and Disclosure Statement | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 17 - Relief from Stay Proceedings | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 18 - Tax Issues | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 19 - Tax Litigation | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 20 - Travel - Non-working | 0.00 | 0.00 | 4,545.00 | 43,544.75 | 9,922.00 | 9,922.00 |
| 21 - Valuation | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 22 - ZAI Science Trial | 0.00 | 0.00 | 559,566.75 | 1,456,139.00 | 465,263.00 | 1,626,488.50 |
| 23 - ZAI Science Trial - Expenses | 0.00 | 0.00 | 57,212.24 | 169,790.33 | 0.00 | 284,614.90 |
| 24 - Other | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 25 - Accounting/Auditing | 172,305.13 | 1,383,840.44 | 0.00 | 0.00 | 0.00 | 0.00 |
| 26 - Business Analysis | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 27 - Corporate Finance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 28 - Data Analysis | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 30 - Fraudulent Conveyance (Adv. Proceeding) | | | | | | |
| PROJECT CATEGORY - TOTAL FEES | 172,305.13 | 1,388,926.66 | 580,295.75 | 3,633,797.25 | 479,492.50 | 1,640,718.00 |
| PROJECT CATEGORY - TOTAL EXPENSES | 2,594.86 | 541,777.80 | 60,586.48 | 544,377.16 | 269,925.05 | 554,539.95 |
| PROJECT CATEGORY - TOTAL FEES AND EXPENSES[1] | 174,899.99 | 1,930,704.46 | 640,882.23 | 4,178,174.41 | 749,417.55 | 2,195,257.95 |
| FEE APPLICATION - TOTAL FEES | 172,305.13 | 1,388,926.66 | 580,295.75 | 3,625,305.25 | 479,492.50 | 1,640,718.00 |
| FEE APPLICATION - TOTAL EXPENSES | 2,594.86 | 44,041.53 | 60,586.48 | 599,769.42 | 269,925.05 | 554,539.95 |
| FEE APPLICATION - TOTAL FEES AND EXPENSES[2] | 174,899.99 | 1,432,968.19 | 640,882.23 | 4,225,074.67 | 749,417.55 | 2,195,257.95 |

| Category | Warren Smith & Assoc., P.C. | | Steptoe & Johnson | | Stroock & Stroock | |
|---|---|---|---|---|---|---|
| | 9th Quarter | Cumulative thru 9th Quarter | 9th Quarter | Cumulative thru 9th Quarter | 9th Quarter | Cumulative thru 9th Quarter |
| 01 - Asset Analysis and Recovery | 0.00 | 0.00 | 0.00 | 0.00 | 643.50 | 41,614.02 |
| 02 - Asset Disposition | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 20,554.50 |
| 03 - Business Operations | 0.00 | 0.00 | 0.00 | 0.00 | 11,582.00 | 65,420.00 |
| 04 - Case Administration | 0.00 | 0.00 | 0.00 | 0.00 | 21,256.00 | 267,570.50 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | 0.00 | 0.00 | 0.00 | 0.00 | 21,288.50 | 323,332.50 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | 0.00 | 0.00 | 0.00 | 0.00 | 1,515.50 | 23,457.50 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | 0.00 | 0.00 | 0.00 | 0.00 | 45,814.00 | 355,396.50 |
| 08 - Employee Benefits/Pension | 0.00 | 0.00 | 0.00 | 0.00 | 1,969.50 | 144,131.50 |
| 09 - Employment Applications, Applicant | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 10 - Employment Applications, Others | 0.00 | 0.00 | 0.00 | 0.00 | 3,564.00 | 69,948.50 |
| 11 - Fee Applications, Applicant | 1,098.00 | 2,085.50 | 2,686.00 | 45,795.00 | 23,789.00 | 161,219.50 |
| 12 - Fee Applications, Others | 0.00 | 0.00 | 0.00 | 0.00 | 3,009.50 | 22,636.50 |
| 13 - Financing | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8,157.50 |
| 14 - Hearings | 0.00 | 0.00 | 0.00 | 0.00 | 10,420.50 | 138,361.00 |
| 15 - Litigation and Litigation Consulting | 0.00 | 0.00 | 0.00 | 0.00 | 35,753.00 | 401,715.00 |
| 16 - Plan and Disclosure Statement | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 17 - Relief from Stay Proceedings | 0.00 | 0.00 | 0.00 | 0.00 | 148.50 | 9,945.50 |
| 18 - Tax Issues | 0.00 | 0.00 | 0.00 | 0.00 | 35,150.00 | 219,966.00 |
| 19 - Tax Litigation | 0.00 | 0.00 | 60,806.50 | 602,253.00 | 0.00 | 0.00 |
| 20 - Travel - Non-working | 0.00 | 0.00 | 2,673.00 | 22,098.00 | 0.00 | 23,715.00 |
| 21 - Valuation | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 22 - ZAI Science Trial | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 23 - ZAI Science Trial - Expenses | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 24 - Other | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 12,237.50 |
| 25 - Accounting/Auditing | 50,957.00 | 531,467.52 | 0.00 | 0.00 | 0.00 | 0.00 |
| 26 - Business Analysis | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 27 - Corporate Finance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 28 - Data Analysis | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 30 - Fraudulent Conveyance (Adv. Proceeding) | | | | | | |
| PROJECT CATEGORY - TOTAL FEES | 52,055.00 | 533,553.02 | 66,165.50 | 670,146.00 | 215,903.50 | 2,309,379.02 |
| PROJECT CATEGORY - TOTAL EXPENSES | 1,150.27 | 7,846.52 | 3,505.89 | 323,740.82 | 2,726.28 | 16,035.97 |
| PROJECT CATEGORY - TOTAL FEES AND EXPENSES[1] | 53,205.27 | 541,399.54 | 69,671.39 | 993,886.82 | 218,629.78 | 2,325,414.99 |
| FEE APPLICATION - TOTAL FEES | 52,055.00 | 533,553.02 | 66,165.50 | 670,146.00 | 215,903.50 | 2,308,910.27 |
| FEE APPLICATION - TOTAL EXPENSES | 1,150.27 | 7,846.52 | 3,505.89 | 36,910.86 | 2,726.28 | 349,541.44 |
| FEE APPLICATION - TOTAL FEES AND EXPENSES[2] | 53,205.27 | 541,399.54 | 69,671.39 | 707,056.86 | 218,629.78 | 2,658,451.71 |

| Category | L. Tersigni | | Wachtell Lipton | | Wallace King6 | |
|---|---|---|---|---|---|---|
| | 9th Quarter | Cumulative thru 9th Quarter | 9th Quarter | Cumulative thru 9th Quarter | 9th Quarter | Cumulative thru 9th Quarter |
| 01 - Asset Analysis and Recovery | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 02 - Asset Disposition | 3,015.00 | 3,015.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 03 - Business Operations | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 04 - Case Administration | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | 7,030.00 | 79,219.25 | 0.00 | 0.00 | 0.00 | 0.00 |
| 08 - Employee Benefits/Pension | 4,725.00 | 34,328.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 09 - Employment Applications, Applicant | 0.00 | 0.00 | 0.00 | 1,120.00 | 0.00 | 0.00 |
| 10 - Employment Applications, Others | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11 - Fee Applications, Applicant | 1,394.00 | 20,889.75 | 1,698.75 | 4,705.00 | 4,030.50 | 23,426.50 |
| 12 - Fee Applications, Others | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 13 - Financing | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 14 - Hearings | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 15 - Litigation and Litigation Consulting | 0.00 | 374,409.25 | 945.00 | 130,885.50 | 297,536.60 | 3,686,395.20 |
| 16 - Plan and Disclosure Statement | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 17 - Relief from Stay Proceedings | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 18 - Tax Issues | 0.00 | 0.00 | 0.00 | 54,579.50 | 0.00 | 0.00 |
| 19 - Tax Litigation | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 20 - Travel - Non-working | 90.00 | 16,990.00 | 0.00 | 0.00 | 10,045.00 | 31,655.00 |
| 21 - Valuation | 3,555.00 | 63,652.75 | 0.00 | 0.00 | 0.00 | 0.00 |
| 22 - ZAI Science Trial | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 23 - ZAI Science Trial - Expenses | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 24 - Other | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 25 - Accounting/Auditing | 0.00 | 3,316.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 26 - Business Analysis | 13,242.50 | 151,389.25 | 0.00 | 0.00 | 0.00 | 0.00 |
| 27 - Corporate Finance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 28 - Data Analysis | 0.00 | 82,430.75 | 0.00 | 0.00 | 0.00 | 0.00 |
| 30 - Fraudulent Conveyance (Adv. Proceeding) | | | | | | |
| PROJECT CATEGORY - TOTAL FEES | 33,051.50 | 829,640.00 | 2,643.75 | 191,290.00 | 311,612.10 | 3,741,476.70 |
| PROJECT CATEGORY - TOTAL EXPENSES | 154.23 | 13,463.92 | 113.72 | 1,629.47 | 31,876.97 | 812,938.72 |
| PROJECT CATEGORY - TOTAL FEES AND EXPENSES[1] | 33,205.73 | 843,103.92 | 2,757.47 | 192,919.47 | 343,489.07 | 4,554,415.42 |
| FEE APPLICATION - TOTAL FEES | 33,051.50 | 829,640.00 | 2,643.75 | 191,290.00 | 311,612.10 | 3,743,446.70 |
| FEE APPLICATION - TOTAL EXPENSES | 154.23 | 13,490.92 | 113.72 | 26,796.77 | 31,876.97 | 813,099.35 |
| FEE APPLICATION - TOTAL FEES AND EXPENSES[2] | 33,205.73 | 843,130.92 | 2,757.47 | 218,086.77 | 343,489.07 | 4,556,546.05 |

| Category | Woodcook Washburn | | TOTAL 9th Quarter | TOTAL Cumulative thru 9th Quarter (10),(11),(12),(13),(14) |
|---|---|---|---|---|
| | 9th Quarter | Cumulative thru 9th Quarter | | |
| 01 - Asset Analysis and Recovery | 0.00 | 0.00 | $ 20,186.00 | $ 283,524.52 |
| 02 - Asset Disposition | 0.00 | 0.00 | $ 19,820.00 | $ 258,752.00 |
| 03 - Business Operations | 0.00 | 0.00 | $ 34,131.00 | $ 262,296.00 |
| 04 - Case Administration | 0.00 | 0.00 | $ 341,709.50 | $ 3,314,731.75 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | 0.00 | 0.00 | $ 146,299.50 | $ 2,289,955.00 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | 0.00 | 0.00 | $ 185,227.00 | $ 494,013.00 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | 0.00 | 0.00 | $ 89,853.50 | $ 1,088,059.25 |
| 08 - Employee Benefits/Pension | 0.00 | 0.00 | $ 27,811.00 | $ 645,798.00 |
| 09 - Employment Applications, Applicant | 0.00 | 0.00 | $ 3,926.50 | $ 42,547.50 |
| 10 - Employment Applications, Others | 0.00 | 0.00 | $ 21,368.00 | $ 464,228.50 |
| 11 - Fee Applications, Applicant | 2,001.00 | 3,001.50 | $ 146,966.75 | $ 1,510,826.67 |
| 12 - Fee Applications, Others | 0.00 | 0.00 | $ 32,104.00 | $ 342,613.55 |
| 13 - Financing | 0.00 | 0.00 | $ - | $ 193,664.50 |
| 14 - Hearings | 0.00 | 0.00 | $ 35,880.50 | $ 1,210,016.00 |
| 15 - Litigation and Litigation Consulting | 55,208.00 | 108,980.25 | $ 958,341.60 | $ 23,262,357.80 |
| 16 - Plan and Disclosure Statement | 0.00 | 0.00 | $ 1,684.50 | $ 134,706.80 |
| 17 - Relief from Stay Proceedings | 0.00 | 0.00 | $ 13,961.50 | $ 247,172.00 |
| 18 - Tax Issues | 0.00 | 0.00 | $ 35,150.00 | $ 427,035.50 |
| 19 - Tax Litigation | 0.00 | 0.00 | $ 79,161.00 | $ 1,047,610.50 |
| 20 - Travel - Non-working | 1,440.00 | 1,657.50 | $ 50,393.50 | $ 690,188.90 |
| 21 - Valuation | 0.00 | 0.00 | $ 3,555.00 | $ 66,327.75 |
| 22 - ZAI Science Trial | 0.00 | 0.00 | $ 1,139,109.75 | $ 3,697,490.00 |
| 23 - ZAI Science Trial - Expenses | 0.00 | 0.00 | $ 58,094.47 | $ 487,881.06 |
| 24 - Other | 0.00 | 0.00 | $ 35,455.00 | $ 614,666.00 |
| 25 - Accounting/Auditing | 0.00 | 0.00 | $ 223,262.13 | $ 1,919,202.46 |
| 26 - Business Analysis | 0.00 | 0.00 | $ 13,242.50 | $ 904,107.75 |
| 27 - Corporate Finance | 0.00 | 0.00 | $ 20,930.50 | $ 64,409.00 |
| 28 - Data Analysis | 0.00 | 0.00 | $ 161,004.00 | $ 829,640.75 |
| 30 - Fraudulent Conveyance (Adv. Proceeding) | | | | |
| PROJECT CATEGORY - TOTAL FEES | 58,649.00 | 113,639.25 | $ 4,085,477.23 | $ 48,311,515.32 |
| PROJECT CATEGORY - TOTAL EXPENSES | 3,769.83 | 5,285.58 | $ 566,011.41 | $ 7,385,995.03 |
| PROJECT CATEGORY - TOTAL FEES AND EXPENSES[1] | 62,418.83 | 118,924.83 | $ 4,651,488.64 | $ 55,697,510.35 |
| FEE APPLICATION - TOTAL FEES | 58,649.00 | 113,639.25 | $ 4,085,476.73 | $ 52,998,235.10 |
| FEE APPLICATION - TOTAL EXPENSES | 3,769.83 | 5,285.58 | $ 566,011.42 | $ 6,553,524.37 |
| FEE APPLICATION - TOTAL FEES AND EXPENSES[2] | 62,418.83 | 118,924.83 | $ 4,651,488.15 | $ 59,551,759.47 |

[1] Amounts represent the total fees and expenses by Project Category reported to us. Due to some Project Category discrepancies Project Category totals do not always match fee application totals.

[2] Amounts represent the total fees and expenses requested as set forth in the fee application.

[3] Category amounts are measured in hours; totals are dollar values for the flat fees requested for the quarter.

[4] Category amounts in "OTHER" for Nelson Mullins represent fees for environmental projects.

[5] Amounts for PricewaterhouseCoopers reflect a 55% reduction in standard fees billed with regard to general audit work performed. PricewaterhouseCoopers bills 65% of its standard fees for those activities related to the federally required portion of the audit under the Sarbanes Oxley Act.

[6] Amounts for Wallace King reflect a 40% reduction for time spent with regard to the Honeywell litigation.