IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | Related to Docket No. 4700 |

**CERTIFICATION OF NO OBJECTION REGARDING THE TENTH INTERIM APPLICATION OF CAPLIN & DRYSDALE, CHARTERED, COUNSEL TO THE OFFICIAL COMMITTEE OF PERSONAL INJURY CLAIMANTS FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF JULY 1, 2003 THROUGH SEPTEMBER 30, 2003 (DOCKET NO. 4700)**

I, Kathleen J. Campbell, of Campbell & Levine, LLC, hereby certify the following:

1. Pursuant to 11 U.S.C. §§ 330 and 331, Rule 2016 of the Federal Rules of Bankruptcy Procedure, and the Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members, dated May 3, 2001 (the "Administrative Order"), Caplin & Drysdale, Chartered ("Caplin & Drysdale"), submitted on November 14, 2003 a tenth interim application ("Application") [Docket No. 4700] for services rendered and reimbursement of expenses incurred as counsel to the Official Committee of Asbestos Personal Injury Claimants in the above-referenced cases.

2. Objections to the Application were to be filed and served on or before December 4, 2003. No objections to the Application have been received by the undersigned.

{D0016552:1 }

Moreover, the Court's docket reflects that no objections to the Application were filed.

>CAPLIN & DRYSDALE, CHARTERED
>Elihu Inselbuch
>399 Park Avenue
>New York, NY  10022
>(212) 319-7125
>
>-and-
>
>CAPLIN & DRYSDALE, CHARTERED
>Peter Van N. Lockwood
>One Thomas Circle, N.W.
>Washington, D.C.  20005
>(202) 862-5000
>
>- and -
>
>CAMPBELL & LEVINE, LLC
>
>*/s/ Kathleen J. Campbell*
>Aileen F. Maguire (I.D. #3756)
>Kathleen J. Campbell (I.D. #4229)
>800 North King Street
>Suite 300
>Wilmington, DE  19899
>(302) 426-1900
>
>Counsel for the Official Committee
>   of Asbestos Personal Injury Claimants

Dated: December 5, 2003

{D0016552:1 }