IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Related to Docket No. 4674** |

**CERTIFICATION OF NO OBJECTION REGARDING
THE SEVENTH INTERIM APPLICATION OF LEGAL ANALYSIS SYSTEMS,
INC., FOR COMPENSATION OF SERVICES RENDERED AND
REIMBURSEMENT
OF EXPENSES AS ASBESTOS-RELATED BODILY INJURY CONSULTANT
TO THE OFFICIAL COMMITTEE OF PERSONAL INJURY CLAIMANTS OF
W.R. GRACE & CO., *et al.* FOR THE PERIOD OF
<u>JULY 1, 2003 THROUGH SEPTEMBER 30, 2003 (DOCKET NO. 4674)</u>**

I, Kathleen J. Campbell, of Campbell & Levine, LLC, hereby certify the following:

1. Pursuant to 11 U.S.C. §§ 330 and 331, Rule 2016 of the Federal Rules of Bankruptcy Procedure, and the Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members, signed by the Court on April 17, 2002 [Docket No. 1949] (the "Amended Administrative Order"), Legal Analysis Systems, Inc., submitted on November 11, 2003 a seventh interim application ("Application") [Docket No. 4674] for services rendered and reimbursement of expenses incurred as asbestos-related bodily injury consultant to the Official Committee of Asbestos Personal Injury Claimants in the above-referenced cases.

2. Objections to the Application were to be filed and served on or before December 1, 2003. No objections to the Application have been received by the

{D0016551:1 }

undersigned. Moreover, the Court's docket reflects that no objections to the Application were filed.

                              CAPLIN & DRYSDALE, CHARTERED
                              Elihu Inselbuch
                              399 Park Avenue
                              New York, NY 10022
                              (212) 319-7125

                                       -and-

                              CAPLIN & DRYSDALE, CHARTERED
                              Peter Van N. Lockwood
                              One Thomas Circle, N.W.
                              Washington, D.C. 20005
                              (202) 862-5000

                                      - and -

                              CAMPBELL & LEVINE, LLC


                              */s/ Kathleen J. Campbell*
                              Aileen F. Maguire (I.D. #3756)
                              Kathleen J. Campbell (I.D. #4229)
                              800 North King Street
                              Suite 300
                              Wilmington, DE 19899
                              (302) 426-1900

                              Counsel for the Official Committee
                                of Asbestos Personal Injury Claimants

Dated: December 5, 2003