IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:                                          )
                                                )     Case No. 01-01139 (JKF)
W.R. GRACE & CO., et al.,                       )     Jointly Administered
                                                )
        Debtor.                                 )     Chapter 11
_____)

### AFFIDAVIT OF CARL J. PERNICONE

STATE OF NEW YORK      )
                       ) ss:
COUNTY OF NEW YORK     )

CARL J. PERNICONE, first being duly sworn, hereby states under the penalty of perjury as follows:

1.  I am an attorney duly admitted to practice law in the State of New York. I am also a partner in the New York office of Wilson, Elser, Moskowitz, Edelman & Dicker LLP ("Wilson Elser"). Since 1984, I have been responsible for representing Royal in all asbestos-related coverage matters involving W. R. Grace & Co. ("Grace"). As such, I have personal knowledge of all statements made herein as a result of my position with Wilson Elser and my investigation into the matters which are the subject of this Affidavit.

2.  I submit this Affidavit in reply to the opposition of W.R. Grace & Co. ("Grace") to the motion of Royal Indemnity Company ("Royal") for leave to file a late proof of claim.

3.  Grace's opposition to Royal's motion asserts that Grace served a copy of the Bar Date Notice upon the New York office of Wilson Elser, that such service was effectual upon

1509802 1

Royal, and that the New York office of Wilson Elser and/or Royal somehow consciously disregarded the Bar Date. Grace's assertions are wrong in all respects.

4. After the hearing on the motion to expand the preliminary injunction to the Montana Vermiculite claimants when the Royal proof of claim issue first came to the fore, Grace's counsel provided me with an excerpt from Exhibit 6 to the Declaration of Service for the Bar Date Notice Package. A copy of this excerpt as sent to me by Grace's counsel on or about October 9, 2003, is attached as Ex. "A." The excerpt states, *inter alia,* that the address for Wilson Elser's New York office is "105 East 42nd Street." This is incorrect. Wilson Elser's New York office has never been located at this address. In June 2002, when these bar date notice materials were mailed, Wilson's Elser's New York office was located at 150 East 42nd Street, in the same space it has occupied since 1990.

5. I do not recall ever receiving a copy of Grace's Bar Date Notice, which would have been forwarded to me as the partner in charge of all asbestos-related Grace matters on behalf of Royal. Further, upon learning that Grace had attempted to effect service of the Bar Date Notice materials on my New York office, I conducted a diligent search of my Grace-related file materials to see if I had received the Bar Date Notice package, notwithstanding the address error in Exhibit 6. My search uncovered No Bar Date notice materials.

6. Grace was well aware of my long-standing representation of Royal in asbestos-related matters involving Grace. I served as Royal's counsel of record in *Maryland Casualty Co. v. W. R. Grace & Co., et al.,* an asbestos-related coverage suit involving Grace's primary insurers to which Royal was joined in 1985, and in connection with the Libby Claimant's unsuccessful attempt in 2002 to have Royal appointed Trustee *In the Matter of Montana Vermiculite.*

-2-

--1509802 1

7. Had I received the Bar Date Notice materials, I would have reviewed them with my firm's bankruptcy counsel and advised Royal to file a timely proof of claim.

*Carl J. Pernicone*
Carl J. Pernicone

Signed and Sworn to before me
this 3rd day of December, 2003.

*Michele Savini*
Notary Public

MICHELE SAVINI
NOTARY PUBLIC, State of New York
No. 43-4816512
Qualified in Richmond County
Commission Expires June 30, 2004

-3-

# EXHIBIT A

**Pernicone, Carl**

From: jbaer@kirkland.com
Sent: Thursday, October 09, 2003 3:18 PM
To: perniconec@wemed.com
Subject: Bar Date Service


Adobe Portable Document

---------------------- Forwarded by Janet Baer/Chicago/Kirkland-Ellis on 10/09/2003 02:17 PM ---------------------

Janet Baer
10/09/2003 01:59 PM

To:   Pernicone@wemed.com
cc:

Subject:  Bar Date Service

Carl: Attached please find pages 4554 and 5643 of the Grace Bar Date Notice Service List.  These pages show service on Royal Indemnity and your firm.  I tried to give you the entire service list but it is 6,012 pages long and the e-mail system would not take it.  If you need the entire thing, let me know and we will figure something out.  As you can see, Grace served something like 200,000 people with notice of the Bar Date.  Jan

(See attached file: BDN service list (royal).pdf)

************************************************************
The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee.  It is the property of Kirkland & Ellis LLP.  Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful.  If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.
************************************************************

1

**Exhibit 6**
**Bar Date Notice & Non-Asbestos POC**

ROY, PETER
55 CADY ST
N ADAMS, MA 02147

ROY, ROLAND
P O BOX 153 CHURCH ST.
POWNAL, VT 052610153

ROY, SANDY
15830 CELTIC ST.
GRANADA HILLS, CA 91344

ROY, SCOTTIE
101 RIDGECREST LANE
DUSON, LA 70529

ROY, VALERIE
5222 WHITE OAK MTN. ROAD
GREENWOOD, AR 72936

ROYAL 400 OFFICE BUILDING
4550 NORTH POINT PARKWAY
ALPHARETTA, GA 30202
USA

ROYAL 400 OFFICE BUILDING
4550 NORTH POINT PKWY.
ALPHARETTA, GA 30202
USA

ROYAL ALARM SYSTEMS, INC.
2535 W. WINTON, SUITE F
HAYWARD, CA 94545
USA

ROYAL BUILDING CLEANING SERVICES
205 LOCUST ST
TOLEDO, OH 43604
USA

ROYAL BUSINESS SYSTEMS
3709 W 63RD STREET
CHICAGO, IL 60629
USA

ROYAL BUSINESS SYSTEMSINC
P.O. BOX 70238
SAN JUAN, PR 936
USA

ROYAL CEMENT
STATE RD 169
LOGANDALE, NV 89021
USA

ROYAL CEMENT
STATE ROUTE 169
LOGANDALE, NV 89021
USA

ROYAL CENTER ONE
11675 GREAT OAKS WAY
ALPHARETTA, GA 30202
USA

ROYAL CENTER TWO
11575 GREAT OAKS WAY
ALPHARETTA, GA 30202
USA

ROYAL CHEMICAL CORPORATION
8679 FREEWAY DRIVE
MACEDONIA, OH 44056
USA

ROYAL CHINA #9305
5403 WESLEY STREET
GREENVILLE, TX 75401
USA

ROYAL CHINA RESTAURANT
1050 GILMER STREET
SULPHUR SPRINGS, TX 75482
USA

ROYAL CROWN R/M
TRIMBLE, MO 64492
USA

ROYAL CROWN READY MIX
15520 S 169 HWY
OLATHE, KS 66062
USA

ROYAL CROWN READY MIX
169 HWY
TRIMBLE, MO 64492
USA

ROYAL CROWN READY MIX
169 HWY.
TRIMBLE, MO 64492
USA

ROYAL ELECTRIC CO
MAIN STREET
NORTH DANVILLE, VT 05819
USA

ROYAL ELECTRIC SUPPLY CO
3300 WEST CLEARFIELD STREET
PHILADELPHIA, PA 19132
USA

ROYAL ELECTRIC SUPPLY CO
PO BOX 12618
PHILADELPHIA, PA 19129
USA

ROYAL ELECTRIC SUPPLY CO.
P.O. BOX 12618
PHILADELPHIA, PA 19129
USA

ROYAL ELECTRIC
3300 WEST CLEARFIELD STREET
PHILADELPHIA, PA 19132
USA

ROYAL EMBASSY OF SAUDI ARABIA
601 N.H.AVE.
WASHINGTON, DC 20037
USA

ROYAL ENGINEERING INC
PO BOX 17828
GREENVILLE, SC 29606
USA

ROYAL EVENTS & ENTERTAINMENT
P.O. BOX 324
PEABODY, MA 01960-6824
USA

ROYAL FAMILY KID'S CAMP
940 S. OCOEE ST.
CLEVELAND, TN 37311
USA

ROYAL INSURANCE
9300 ARROWPOINT BOULEVARD
CHARLOTTE, NC 28270
USA

ROYAL LABEL CO INC
50 PARK STREET
BOSTON, MA 02122-2696
USA

Page 4554 of 6012
WR Grace

**Exhibit 6**
**Bar Date Notice & Non-Asbestos POC**

WILSON CONCRETE
MO-SAI DIVISION
BELLEVUE, NE 68005
USA

WILSON CONCRETE
NEW BATCH PLANT
802 ALLIED ROAD
LA PLATTE, NE 68123
USA

WILSON CONCRETE
P O BOX 108
WASHINGTON, IA 52353
USA

WILSON CONCRETE
P O BOX 125
SOUTH SIOUX CITY, NE 68776
USA

WILSON CONCRETE
PIPE PLANT
BELLEVUE, NE 68005
USA

WILSON CONCRETE
PO BOX 108
WASHINGTON, IA 52353
USA

WILSON CONCRETE
PO BOX 125
SOUTH SIOUX CITY, NE 68776
USA

WILSON CONSTRUCTION SYSTEMS
CAMBRIDGE, MA 99999
USA

WILSON CONSTRUCTION SYSTEMS
P.O. BOX 820
HEWITT, TX 76643
USA

WILSON CONSTRUCTION SYSTEMS
WAREHOUSE
HEWITT, TX 76643
USA

WILSON CONTRACTOR INC
7498 HIGHWAY 184 EAST
DONALDS, SC 29638
USA

WILSON COUNTY CONCRETE-USE #246263
FOR DELETION** S.CLARK
PO BOX 275
MOUNT JULIET, TN 37122
USA

WILSON COUNTY
2 LIBRARY LANE
FLORESVILLE, TX 78114-2239

WILSON COUNTY
2 LIBRARY LANE
FLORESVILLE, TX 78114-2239
USA

WILSON ELSER MOSKOWITZ EDELMAN
& DICKER
500 RENAISSANCE TOWER
1201 ELM STREET
DALLAS, TX 75270
USA

WILSON ELSER MOSKOWITZ
EDELMAN & DICKER
105 EAST 42ND STREET
NEW YORK, NY 10017
USA

WILSON ENGINEERING SERVICES
P.O. BOX 1321
SEVERNA PARK, MD 21146
US

WILSON ENTERPRISES INC
29 WEST 471 NORTH AURORA RD
NAPERVILLE, IL 60563
USA

WILSON ENTERPRISES
16460 W. HIGHWAY 22
PRAIRIE VIEW, IL 60069
USA

WILSON ENTERPRISES
29 W 471 NORTH AURORA ROAD
NAPERVILLE, IL 60563
USA

WILSON ENTERPRISES
P.O. BOX 117
LINCOLNSHIRE, IL 60069
USA

WILSON ENTERPRISES
PO BOX 117
LINCOLNSHIRE, IL 60069
USA

WILSON ENV
507 MARY CHARLOTTE DR
CHARLOTTE, NC 28262
USA

WILSON ENVIRONMENTAL MGNT INC
P O BOX 841081
HOUSTON, TX 77284-1081
USA

WILSON HOSPITAL
C/O RENTENBACH CONTRACTORS
WILSON, NC 27893
USA

WILSON HULL & NEAL
1500 NORTHSIDE DRIVE N W
ATLANTA, GA 30318
USA

WILSON INDUSTRIAL SALES CO., INC.
BROOK, IN 47922
USA

WILSON INDUSTRIAL SALES CO., INC
P.O. BOX 425
BROOK, IN 47922
USA

WILSON INDUSTRIAL SALES CO., INC.
P.O. BOX 66968
INDIANAPOLIS, IN 46266-6968
US

WILSON INSULATION CO.
C/O COFFEE COUNTY HIGH SCHOOL
DOUGLAS, GA 31533
USA