IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 01-01139 (JKF) |
| W.R. GRACE & CO., et al., | ) | Jointly Administered |
| | ) | |
| Debtor. | ) | Chapter 11 |
| | ) | |

### AFFIDAVIT OF E. STRATTON HORRES, JR.

STATE OF TEXAS      )
                    ) ss:
COUNTY OF DALLAS    )

E. STRATTON HORRES, JR., first being duly sworn, hereby states under the penalty of perjury as follows:

1. I am an attorney duly admitted to practice law before all courts in the State of Texas. I am also the Regional Managing Partner of the Dallas office of Wilson, Elser, Moskowitz, Edelman & Dicker LLP ("Wilson Elser"). As such, I have personal knowledge of all statements made herein as a result of my position with Wilson Elser and my investigation into the matters which are the subject of this Affidavit, expect for those matters stated herein upon information and belief, and as to those matters I verily believe them to be true.

2. I submit this Affidavit in reply to the opposition of W.R. Grace & Co. ("Grace") to the motion of Royal Indemnity Company ("Royal") for leave to file a late proof of claim.

3. Grace's opposition to Royal's motion asserts that Grace served a copy of the Bar Date Notice upon the Dallas office of Wilson Elser, that such service was effectual upon Royal,

141487 1

and that the Dallas office of Wilson Elser and/or Royal somehow consciously disregarded the Bar Date. Grace's assertions are wrong in all respects.

4. Significantly, the Dallas office of Wilson Elser does not now and never has represented or counseled Royal on any asbestos or other matters relating to Grace. Rather, Wilson Elser's representation of Royal with respect to Grace has been undertaken solely by lawyers residing in Wilson Elser's New York offices.

5. Further, although Grace apparently attaches a service list to its opposition papers which indicates that a copy of the Bar Date Notice was mailed to the Dallas office of Wilson Elser on or about June 21, 2001, after a diligent investigation, no attorneys residing in the Dallas office of Wilson Elser ever recall receiving any such Bar Date Notice and no such Bar Date Notice has been located within any files maintained by the Dallas office.

6. There are at least two reasons for the missing Bar Date Notice. First, the Service List submitted by Grace incorrectly lists the Dallas office's address as "500 RENAISSANCE TOWER." The correct address is <u>5000</u> Renaissance Tower.

7. Second, even if a copy of the Bar Date Notice was received by the Dallas office of Wilson Elser sometime in June 2001, there would have been no reason to retain a copy of the Notice given that the Dallas office had then no connection to any Grace matters. Indeed, it appears that the sole reason the Dallas office was even included on Grace's Service List was due to its prior representation of Brown & Root in about 5,000 asbestos personal injury actions filed within the State of Texas. Apparently, in about half of these personal injury actions, Grace was named as a co-defendant. The Dallas office's representation of Brown & Root in the Texas asbestos personal injury litigation, however, ended in July of 2000, when we were substituted out as counsel of record by the Dallas firm of Godwin Gruber. To the extent, that the Dallas office

-2-

--141487 1

received any pleadings or notices related to the Texas asbestos personal injury litigation after July of 2000, they would have been immediately forwarded to the Godwin Gruber firm. Moreover, I note that the Dallas partner who had been in charge of administering the Brown & Root litigation left the firm in January of 2001.

8. Upon information and belief, when Grace was compiling its Service List for the Bar Date Notice, the Dallas office of Wilson Elser was included solely as a result of its prior representation of Brown & Root in the Texas asbestos personal injury litigation, and not as a result of any matters pertaining to Royal.

9. Accordingly, to the extent that the Dallas office of Wilson Elser ever did receive a copy of the Bar Date Notice, it would have been forwarded to the Godwin Gruber firm without retaining any copies. More importantly, the Dallas office of Wilson Elser would not have had any occasion to discuss any such Bar Date Notice with anyone at Royal.

E. Stratton Horres, Jr.

Signed and Sworn to before me
this 1st day of December, 2003.

Patricia Renick
Notary Public

PATRICIA RENICK
Notary Public, State of Texas
My Commission Expires 08-07-05

-3-

--141487.1