## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Royal Indemnity Company's Reply to Objections (D.I. 4749, 4757, 4758, 4760) and in Further Support of Royal's Motion for Leave to File a Late Proof of Claim (D.I. 4667) was caused to be served this ___5th___ day of December, 2003, by first class mail, post pre-paid, unless otherwise indicated upon the following:

**BIFFERATO, BIFFERATO & GENTILOTTI**

Ian Connor Bifferato (#3273)
1308 Delaware Avenue
P.O. Box 2165
Wilmington, DE 19899-2165
(302) 429-1900

David M. Bernick
Janet S. Baer
James W. Kapp III
Samuel L. Blatnick
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, IL 60601

(Hand Delivery)
Laura Davis Jones
Scotta E. McFarland
David Carickhoff, Jr.
PACHULSKI, STANG, ZIEHL, YOUNG
JONES & WEINTRAUB
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

Scott L. Baena
Jay M. Sakalo
Allyn S. Danzeisen
BILZIN SUMBERG BAENA PRICE
& AXELROD
2500 Wachovia Financial Center
200 South Biscayne Blvd
Miami, FL 33131-2336

(Hand Delivery)
Theodore J. Tacconelli
FERRY JOSEPH & PEARCE
824 Market St, Suite 904
P.O. Box 1351
Wilmington, DE 19899

(Hand Delivery)
Adam G. Landis
Kerri Mumford
LANDIS RATH & COBB LLP
919 Market Street, Suite 600
P.O. Box 2087
Wilmington, DE 19801

Daniel C. Cohn
David B. Madoff
COHN KHOURY MADOFF & WHITESELL LLP
101 Arch Street
Boston, MA 02110

Jon L. Heberling
MCGARVEY, HEBERLING, SULLIVAN &
MCGARVEY
745 South Main
Kalispell, MT 59904

(Hand Delivery)
Mark T. Hurford
Marla R. Eskin
800 North King Street
Suite 300
Wilmington, DE 19801

Elihu Inselbuch
CAPLIN & DRYSDALE, CHARTERED
399 Park Avenue
New York, NY 10022-4614

Julie W. Davis
CAPLIN & DRYSDALE, CHARTERED
One Thomas Circle, N.W.
Washington, DC 20005