## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
|  | ) | (Jointly Administered) |
|  | ) |  |
| Debtors. | ) | **Objection Deadline: December 29, 2003** |
|  | ) | **Hearing Date: TBD only if necessary** |

## SUMMARY OF THE VERIFIED APPLICATION OF LUKINS & ANNIS, P.S. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI ADDITIONAL SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM AUGUST 1, 2003 THROUGH AUGUST 30, 2003

Name of Applicant:                                      Lukins & Annis, P.S.

Authorized to Provide Professional Services to:     Zonolite Attic Insulation Claimants

Date of Appointment:                                   July 22, 2002

Period for which compensation and
Reimbursement is sought:                             August 1, 2003 through
                                                      August 30, 2003

Amount of Compensation sought as actual,
Reasonable, and necessary:                           $37,790.00

Amount of Expenses Reimbursement:                    $ 3,851.92

This is a: X monthly   _ interim   _ final application

Prior Application filed: Yes

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/15/02 | 7/21/02 – 9/30/02 | $37,691.00 | $3,422.38 | No Objections served on counsel | No Objections served on counsel |
| 12/05/02 | 10/1/02 – 10/31/02 | $24,143.00 | $728.96 | No Objections served on counsel | No Objections served on counsel |
| 02/10/03 | 11/1/02 – 11/30/02 | $32,033.00 | $629.26 | No Objections served on counsel | No Objections served on counsel |
| 02/27/03 | 12/1/02 – 12/31/02 | $32,330.00 | $1,262.74 | No Objections served on counsel | No Objections served on counsel |
| 04/09/03 | 01/1/03 – 01/31/03 | $41,977.00 | $2,033.90 | No Objections served on counsel | No Objections served on counsel |
| 05/06/03 | 02/1/03 – 02/28/03 | $22,950.00 | $3,192.89 | No Objections served on counsel | No Objections served on counsel |
| 06/02/03 | 03/1/03 – 03/31/03 | $40,463.00 | $7,696.91 | No Objections served on counsel | No Objections served on counsel |
| 07/21/03 | 04/1/03 – 04/30/03 | $35,032.00 | $3,697.08 | No Objections served on counsel | No Objections served on counsel |
| 07/31/03 | 05/1/03 – 05/31/03 | $30,578.00 | $2,063.15 | No Objections served on counsel | No Objections served on counsel |
| 08/15/03 | 06/1/03 – 06/30/03 | $40,623.00 | $1,480.01 | No Objections served on counsel | No Objections served on counsel |
| 10/9/03 | 07/1/03 – 07/31/03 | $56,280.00 | $5,564.54 | No Objections served on counsel | No Objections served on counsel |

This is the twelfth Lukins & Annis application for monthly interim compensation of services filed with the Bankruptcy Court in this Chapter 11 case.

The total expended for the preparation of this application is approximately 6 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $565.00.

The Lukins & Annis attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Darrell W. Scott | Partner | 13 | Litigation | $370 | 62.6 | $23,162.00 |
| Kelly E. Konkright | Associate | 1 | Litigation | $120 | 8.8 | $648.00 |
| TOTALS | | | | | 71.4 | $23,810.00 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Kristy L. Bergland | Paralegal | 23 | Litigation | $150 | 93.2 | $13,980.00 |
| TOTALS | | | | | 93.2 | $13,980.00 |

Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 20-Travel–Non-working | 6.8 Hours | $    408.00 |
| 22-ZAI Science Trial | 157.8 Hours | $37,382.00 |
| TOTALS | 164.6 Hours | $37,790.00 |

23-ZAI Science Trial Expenses

| Description | Amount |
|---|---|
| Computer Assisted Legal Research | $    36.82 |
| Telephone Expense | $    34.62 |
| Telephone Expense – Outside | $    62.66 |
| Facsimile ($1.00 per page) | $    11.00 |
| Postage Expense | $   323.10 |
| Courier & Express Carriers | $   170.64 |
| In-House Duplicating / Printing ($.15 per page) | $ 2,315.10 |
| Outside Duplicating / Printing (color photocopies) | $   787.10 |
| Lodging | |
| Transportation | |
| Air Travel Expense | |
| Taxi Expense | |
| Mileage Expense | $   110.88 |
| Travel Meals | |
| Parking | |
| General Expense | |
| Expert Services | |
| Books/Videos | |
| Other (Explain): | |
| Total: | $ 3,851.92 |

Dated: December 8, 2003

ELZUFON AUSTIN REARDON
TARLOV & MONDELL, P.A.

*/s/ William D. Sullivan*
William D. Sullivan (Bar No. 2820)
Charlie Brown, III (Bar No. 3368)
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE  19899
Phone: (302) 428-3181
FAX: (302) 777-7244

Delaware Counsel for ZAI Claimants

and

Darrell W. Scott, Esq.
Lukins & Annis, P.S.
717 W. Sprague Avenue, Suite 1600
Spokane, WA 99201
Phone: (509) 455-9555
FAX: (509) 747-2323

Special Counsel for ZAI Claimants

## VERIFICATION

STATE OF WASHINGTON     )
                                  )
COUNTY OF SPOKANE       )

        Darrell W. Scott, after being duly sworn according to law, deposes and says:

        a)      I am counsel with the applicant law firm Lukins & Annis, P.S. and have been admitted to appear before this Court.

        b)      I have personally performed many of the legal services rendered by Lukins & Annis, P.S. and am thoroughly familiar with the other work performed on behalf of the ZAI Claimants by the lawyers and paraprofessionals of Lukins & Annis, P.S.

        c)      I have reviewed the foregoing application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del.Bankr.LR 2016-2 and the 'Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members', signed April 17, 2002, and submit that the Application substantially complies with such Rule and Order.

                                                DARRELL W. SCOTT, ESQ.

SWORN AND SUBSCRIBED
Before me this 25 day of Nov., 2003.

Notary Public for Washington
Residing at Spokane
My Commission Expires: 9/10/06



## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., <u>et al.</u>, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: December 29, 2003** |
| | ) | **Hearing Date: TBD only if necessary** |

**FEE DETAIL OF THE VERIFIED APPLICATION OF LUKINS & ANNIS, P.S.
FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
EXPENSES AS ZAI ADDITIONAL SPECIAL COUNSEL FOR THE INTERIM
<u>PERIOD FROM AUGUST 1, 2003 THROUGH AUGUST 30, 2003</u>**

# TIME REPORT

Lukins & Annis, P.S.

Time Period 08/01/2003 - 08/30/2003

## CATEGORY 20: TRAVEL-Non-Working

| Date | Timekeeper | Description | | Hours | Hourly Rate | | Total |
|------|-----------|-------------|---|-------|-------------|---|-------|
| 08/14/03 | KEK | Travel to and from Libby, Montana for investigative work (billed at half rate). | | 6.80 | $ 60.00 | $ | 408.00 |
| | | | SUBTOTAL | 6.80 | | $ | 408.00 |

## CATEGORY 22: ZAI SCIENCE TRIAL

| Date | Timekeeper | Description | Hours | Hourly Rate | | Total |
|------|-----------|-------------|-------|-------------|---|-------|
| 08/01/03 | KLB | Meet with partner regarding additions needed to Responsive Brief to Grace's Motion in Limine (.5); shepardize (.2); review and insert additional advisories as attachments to Responsive Brief (2.0); insert references in Responsive Brief to Grace internal memoranda relating to Grace's knowledge (1.0); Additional legal research relating to property damage contamination and economic loss rule (.8); review and revise Responsive Memorandum (1.0); begin compilation of exhibits and instructions regarding index to same (1.0). | 6.50 | $ 150.00 | $ | 975.00 |
| 08/04/03 | KLB | Continue work on compilation of attachments to accompany Responsive Brief. | 1.50 | $ 150.00 | $ | 225.00 |
| 08/05/03 | KLB | Work on compilation of attachments to accompany brief and index to same (2.8); telephone call from co-counsel with changes to Responsive Brief to Motion in Limine (.7); telephone calls to and from partner regarding changes to brief (.3); telephone call to expert regarding additions to brief (.2); redline revisions to brief (1.0). | 5.00 | $ 150.00 | $ | 750.00 |
| 08/06/03 | KLB | Complete compilation of exhibits to be attached to responsive brief to Motion in Limine (1.5); review letter from expert Kilpatrick (.4); additional revisions to Responsive Brief (1.3). | 3.20 | $ 150.00 | $ | 480.00 |
| 08/07/03 | KLB | Review and finalize Declaration of Expert John Kilpatrick (1.5); telephone call to John | 6.00 | $ 150.00 | $ | 900.00 |

| Date | Timekeeper | Description | Hours | Hourly Rate | | Total |
|------|-----------|-------------|-------|-------------|--|-------|
| | | Kilpatrick (.2); review local court rules (.3); review and revise index to Responsive Brief Appendix (1.0); Final review, revisions and finalization of Responsive Brief to Grace's Motion in Limine (3.0). | | | | |
| 08/08/03 | KLB | Review Opposition Brief by W.R. Grace regarding Consumer Protection summary judgment (.9); pull case law cited by Grace (.8); office conference regarding service and filing of response to Motion in limine (.3). | 2.00 | $ 150.00 | $ | 300.00 |
| 08/11/03 | DWS | Study Grace Response regarding Motion for Partial Summary Judgment (1.0); study Grace Response regarding Claimants' Motion in Limine (.9); study Grace Response regarding Claimants' Motion for Summary Judgment (.8); work on Response as to Grace Motion for Summary Judgment (.4); review affidavits and supporting materials submitted in connection with Grace's multiple responses (1.5); begin legal research regarding legal authority cited in Grace Response regarding Motion for Partial Summary Judgment (1.0). | 5.60 | $ 370.00 | $ | 2,072.00 |
| 08/12/03 | DWS | Review and revise petition regarding June fees and costs (.3); continued research on legal authority cited in Grace's Response to Motion for Partial Summary Judgment and counter authority (3.5); follow-up legal research pertinent to Grace responsive arguments (2.4); prepare initial outline of reply arguments (.5); review and respond to communications from co-counsel (.1). | 6.80 | $ 370.00 | $ | 2,516.00 |
| 08/12/03 | KLB | Meet with partner on research needed for Reply Brief (.5); review Hamilton deposition and prepare excerpts of key testimony (2.0); review Grace advertisements (.5); Shepardize Urman case cited by Grace and pull case law citing same and preparation of summary (2.0); review homeowner deposition and pull excerpts relating to impact of ZAI (1.5). | 6.50 | $ 150.00 | $ | 975.00 |
| 08/13/03 | DWS | Review deposition excerpts from multiple depositions pertinent to Reply regarding Motion for Partial Summary Judgment (2.2); study legal memorandum and authority regarding Urman | 8.00 | $ 370.00 | $ | 2,960.00 |

| Date | Timekeeper | Description | Hours | Hourly Rate | | Total |
|------|-----------|-------------|-------|-------------|---|-------|
| | | opinion and toxicity in CPA context (2.2); work regarding identification of supporting materials regarding false representations (.6); prepare initial rough draft of reply brief (3.0). | | | | |
| 08/13/03 | KLB | Review depositions and prepare excerpts of homeowner testimony for inclusion in reply brief relating to impact of asbestos (3.0); legal research regarding capacity to deceive (1.0); review Expert Reports of Hatfield and Ewing regarding quotes to include in Reply Brief (1.0); review of homeowner disturbance reports (1.0); search for news articles on investigations into Grace for possible inclusion in brief (.5); review advertisements and packaging regarding 100% vermiculite representations (1.0); work on photographic exemplars (.5); research regarding material fact (.5). | 8.50 | $ | 150.00 | $ 1,275.00 |
| 08/14/03 | DWS | Phone call from Rob Turkewitz regarding briefing issues (.5); work on draft Reply brief regarding Plaintiffs' Motion for Partial Summary Judgment (5.9); analyze and select supporting materials and appendices (3.3). | 9.70 | $ | 370.00 | $ 3,589.00 |
| 08/14/03 | KEK | Investigative work in Libby, Montana. | 1.70 | $ | 120.00 | $ 204.00 |
| 08/14/03 | KLB | Legal research regarding case law to cite in Reply Brief (3.5); review of homeowner depositions for excerpts to include in footnoted material and appendices to Reply Brief (3.0); review and revise Reply Brief to Grace's Opposition to CPS partial summary judgment motion, including inserting citations to the record and case law (6.0). | 12.50 | $ | 150.00 | $ 1,875.00 |
| 08/15/03 | DWS | Meeting with paralegal regarding final preparation of supporting materials and additions/changes to reply brief (.5); phone call to and from co-counsel regarding briefing issues (.3); review draft of Reply brief regarding Plaintiffs' Motion for Partial Summary Judgment (.2) communicate with opposing counsel regarding same (.2); work on selection of brief exhibits and appendices (.9); study additional legal memoranda and case law pertaining to Summary Judgment briefing (1.7); | 7.70 | $ | 370.00 | $ 2,849.00 |

| Date | Timekeeper | Description | Hours | Hourly Rate | | Total |
|------|-----------|-------------|-------|-------------|--|-------|
| | | additional work on draft of Reply brief regarding Summary Judgment (3.9). | | | | |
| 08/15/03 | KLB | Revisions to photographic exemplars to be included in Reply Brief Appendix (1.2); work on compilation of documents for appendix (2.5); prepare Index to Appendix (.3); review and revise Reply Brief, including materials cited in footnotes (5.0). | 9.00 | $ 150.00 | $ | 1,350.00 |
| 08/16/03 | KLB | Review homeowner Clarke Russ Deposition for additional quotes to include in Reply Brief (.6); review EPA Statement (.5); review and revise Reply Brief (.9). | 2.00 | $ 150.00 | $ | 300.00 |
| 08/18/03 | DWS | Phone call from co-counsel regarding briefing issues (.3); final revisions to Reply brief regarding Partial Summary Judgment Motion (3.3); final work regarding exhibits to reply brief (.4). | 4.00 | $ 370.00 | $ | 1,480.00 |
| 08/18/03 | KLB | Final review of Reply Brief to Motion for Partial Summary Judgment re: CPA Claims and check footnote cites and references and finalization of same (3.5); Revise Index to Appendix (.2); office conference regarding changes to Brief Appendix (.1); review communications to local counsel regarding same (.2); work on service of Reply Brief (.5). | 4.50 | $ 150.00 | $ | 675.00 |
| 08/19/03 | DWS | Review Grace Reply regarding Motion to Strike Kilpatrick (.5); review Grace Reply regarding Grace Motion for Summary Judgment (.5); review Grace Reply regarding EPA briefing regarding cross motions for Summary Judgment (.5); prepare follow-up task assignments for litigation team regarding reply briefs (.4). | 1.90 | $ 370.00 | $ | 703.00 |
| 08/19/03 | KLB | Review Reply by W.R. Grace to Motion for Summary Judgment and Motion in Limine to Exclude Evidence. | 0.80 | $ 150.00 | $ | 120.00 |
| 08/19/03 | KLB | Legal research regarding stare decisis (1.5); pull OSHA standards for inclusion in timeline (.7). | 2.20 | $ 150.00 | $ | 330.00 |
| 08/19/03 | KLB | Telephone call from Ralph Busch for update on case (.4); continue to organize exhibits, documents, and legal research on Zonolite | 1.00 | $ 150.00 | $ | 150.00 |

| Date | Timekeeper | Description | Hours | Hourly Rate | | Total |
|------|-----------|-------------|-------|-------------|---|-------|
| | | issues (.6). | | | | |
| 08/20/03 | DWS | Review Reply regarding Motion to Strike Lee material and supporting documents (.5); review Reply regarding Motion for Summary Judgment (.5); trial preparation regarding key case law (2.3); study supporting materials regarding Grace Motion for Summary Judgment (1.0). | 4.30 | $ 370.00 | $ | 1,591.00 |
| 08/20/03 | DWS | Trial preparation regarding Science Trial. | 2.50 | $ 370.00 | $ | 925.00 |
| 08/20/03 | KLB | Meet with partner regarding preparation for Science Trial (.5); meet with legal assistant regarding input of expert reliance material information into database (.5); design database to summarize articles and information referenced by Expert Kilpatrick, including reliance materials (1.5); Prepare summary of case law cited in Motion in Limine to Exclude Evidence in preparation of Science Trial (2.5); Begin compilation and summary of case law cited in Motion for Partial Summary Judgment re Consumer Protection (1.0). | 6.00 | $ 150.00 | $ | 900.00 |
| 08/21/03 | KLB | Begin review of case law and preparation of summary of cases cited in briefing relating to Motion for Partial Summary Judgment re Consumer Protection (2.0); telephone call from co-counsel paralegal regarding information obtained from the Bureau of Mines relating to Zonolite production and calculations regarding same (.7); review and fax production chart and exemplar from Bureau of Mines Vermiculite pages to co-counsel (.3). | 3.00 | $ 150.00 | $ | 450.00 |
| 08/22/03 | KLB | Continue work on summary of case law from briefing (1.0); work on preparation of exhibit for use at science trial incorporating quotes from homeowners cited in briefing and begin review of depositions for additional quotes (4.0); work on exhibit relating to information from government agencies regarding Zonolite (1.0). | 6.00 | $ 150.00 | $ | 900.00 |
| 08/23/03 | KLB | Continue review of homeowner depositions for excerpts to include in chart for use at Science Trial hearing. | 2.00 | $ 150.00 | $ | 300.00 |
| 08/24/03 | KLB | Continue review of homeowner depositions for | 3.00 | $ 150.00 | $ | 450.00 |

| Date | Timekeeper | Description | Hours | Hourly Rate | Total |
|------|-----------|-------------|-------|-------------|-------|
| | | excerpts to include in chart for use at Science Trial hearing (2.5); begin dictation of chart (.5). | | | |
| 08/25/03 | DWS | Phone call from John Kilpatrick (.1); phone call to John Kilpatrick regarding testimony (.1); phone call to co-counsel regarding same (.1); phone call from co-counsel regarding video deposition issues (.5); legal research regarding video affidavit issues and admissibility of proof questions (.8); phone call to and from Ed Westbrook regarding trial scheduling issues (.1). | 1.70 | $ 370.00 | $ 629.00 |
| 08/25/03 | KEK | Memorandum regarding investigative work in Libby, Montana. | 0.30 | $ 120.00 | $ 36.00 |
| 08/25/03 | KLB | Continue review of homeowner depositions for excerpts to include in chart for use at Science Trial hearing (.5); complete dictation of same (1.5). | 2.00 | $ 150.00 | $ 300.00 |
| 08/26/03 | DWS | Work regarding travel and housing logistics for science trial. | 0.30 | $ 370.00 | $ 111.00 |
| 08/27/03 | DWS | Phone call to Allan McGarvey regarding conflict issues (.1); phone call to and from co-counsel regarding hearing preparations (.2); phone call to John Kilpatrick regarding hearing (.1); phone call to Ralph Busch regarding hearing (.3); study volume 1 and 2 of exhibit materials regarding Grace Summary Judgment Motion in preparation for hearing (2.2). | 2.90 | $ 370.00 | $ 1,073.00 |
| 08/28/03 | DWS | Preparation for oral argument at Science Trial hearing (prepare key case law). | 3.50 | $ 370.00 | $ 1,295.00 |
| 08/29/03 | DWS | Preparation for hearing on cross motions (continued review of defendants' exhibit materials) (3.0); review updated exhibits regarding consumer protection damages (.7). | 3.70 | $ 370.00 | $ 1,369.00 |
| | | SUBTOTAL | 157.80 | | $ 37,382.00 |
| | | **TIME TOTAL:** | 164.60 | | $ 37,790.00 |

# COST REPORT

Lukins & Annis, P.S.

Time Period 08/01/2003 - 08/30/2003

| DATE | DESCRIPTION | CHARGE | |
|------|-------------|--------|---|
| 08/01/03 | Federal Express Postage | $ | 30.45 |
| 08/01/03 | Federal Express Postage | $ | 30.45 |
| 08/01/03 | Federal Express Postage | $ | 23.57 |
| 08/01/03 | Federal Express Postage | $ | 23.57 |
| 08/01/03 | Federal Express Postage | $ | 13.76 |
| 08/01/03 | Photocopies | $ | 1.20 |
| 08/01/03 | Photocopies | $ | 14.55 |
| 08/01/03 | Photocopies | $ | 0.90 |
| 08/01/03 | Long Distance Charges | $ | 5.41 |
| 08/01/03 | Long Distance Charges | $ | 0.63 |
| 08/04/03 | Photocopies | $ | 1.50 |
| 08/04/03 | Long Distance Charges | $ | 0.32 |
| 08/05/03 | Photocopies | $ | 0.30 |
| 08/05/03 | Long Distance Charges | $ | 0.63 |
| 08/05/03 | Long Distance Charges | $ | 0.32 |
| 08/05/03 | Long Distance Charges | $ | 0.63 |
| 08/05/03 | Long Distance Charges | $ | 0.63 |
| 08/06/03 | Photocopies | $ | 54.60 |
| 08/06/03 | Photocopies | $ | 1.95 |
| 08/06/03 | Photocopies | $ | 0.45 |
| 08/06/03 | Photocopies | $ | 814.20 |
| 08/06/03 | Photocopies | $ | 23.85 |

| **DATE** | **DESCRIPTION** | **CHARGE** | |
|---|---|---|---|
| 08/06/03 | Photocopies | $ | 15.45 |
| 08/06/03 | Photocopies | $ | 18.00 |
| 08/06/03 | Long Distance Charges | $ | 0.95 |
| 08/06/03 | Long Distance Charges | $ | 0.63 |
| 08/06/03 | Long Distance Charges | $ | 0.32 |
| 08/06/03 | Long Distance Charges | $ | 0.63 |
| 08/07/03 | Photocopies | $ | 2.55 |
| 08/07/03 | Photocopies | $ | 1.50 |
| 08/07/03 | Photocopies | $ | 0.60 |
| 08/07/03 | Photocopies | $ | 22.65 |
| 08/07/03 | Photocopies | $ | 9.00 |
| 08/07/03 | Photocopies | $ | 13.50 |
| 08/07/03 | Photocopies | $ | 0.15 |
| 08/07/03 | Photocopies | $ | 81.30 |
| 08/07/03 | Long Distance Charges | $ | 1.35 |
| 08/07/03 | Long Distance Charges | $ | 0.32 |
| 08/08/03 | Long Distance Charges | $ | 1.35 |
| 08/08/03 | Photocopies | $ | 8.40 |
| 08/08/03 | Photocopies | $ | 2.70 |
| 08/08/03 | Photocopies | $ | 4.80 |
| 08/08/03 | Photocopies | $ | 5.55 |
| 08/11/03 | Photocopies | $ | 26.40 |
| 08/11/03 | Photocopies | $ | 21.00 |
| 08/11/03 | Photocopies | $ | 29.10 |

| DATE | DESCRIPTION | CHARGE | |
|------|-------------|--------|---|
| 08/11/03 | Photocopies | $ | 0.15 |
| 08/12/03 | Postage | $ | 167.94 |
| 08/12/03 | Photocopies | $ | 6.75 |
| 08/12/03 | Photocopies | $ | 2.10 |
| 08/12/03 | Photocopies | $ | 57.30 |
| 08/12/03 | Photocopies | $ | 79.35 |
| 08/12/03 | Photocopies | $ | 19.80 |
| 08/12/03 | Photocopies | $ | 0.15 |
| 08/12/03 | Long Distance Charges | $ | 2.70 |
| 08/13/03 | Photocopies | $ | 3.30 |
| 08/14/03 | Photocopies | $ | 0.30 |
| 08/14/03 | Photocopies | $ | 3.00 |
| 08/14/03 | Photocopies | $ | 110.25 |
| 08/22/03 | Mileage - Kelly E. Konkright roundtrip to Libby, Montana for investigative work | $ | 110.88 |
| 08/15/03 | Long Distance Charges | $ | 1.35 |
| 08/15/03 | Photocopies | $ | 51.00 |
| 08/15/03 | Photocopies | $ | 35.70 |
| 08/15/03 | Photocopies | $ | 100.80 |
| 08/15/03 | Photocopies | $ | 57.30 |
| 08/15/03 | Photocopies | $ | 88.35 |
| 08/15/03 | Photocopies | $ | 23.25 |
| 08/15/03 | Photocopies | $ | 37.35 |
| 08/15/03 | Photocopies | $ | 12.90 |
| 08/15/03 | Photocopies | $ | 9.30 |

| **DATE** | **DESCRIPTION** | **CHARGE** |
|---|---|---|
| 08/15/03 | Photocopies | $ 6.60 |
| 08/15/03 | Photocopies | $ 4.50 |
| 08/15/03 | Photocopies | $ 85.50 |
| 08/15/03 | Photocopies | $ 0.15 |
| 08/18/03 | Photocopies | $ 9.30 |
| 08/18/03 | Photocopies | $ 19.20 |
| 08/18/03 | Photocopies | $ 83.70 |
| 08/18/03 | Photocopies | $ 9.00 |
| 08/18/03 | Long Distance Charges | $ 1.35 |
| 08/19/03 | Photocopies | $ 42.30 |
| 08/19/03 | Photocopies | $ 1.50 |
| 08/19/03 | Photocopies | $ 1.20 |
| 08/19/03 | Photocopies | $ 1.50 |
| 08/19/03 | Photocopies | $ 8.25 |
| 08/19/03 | Photocopies | $ 0.30 |
| 08/19/03 | Long Distance Charges | $ 1.35 |
| 08/20/03 | Photocopies | $ 14.55 |
| 08/20/03 | Photocopies | $ 0.15 |
| 08/20/03 | Photocopies | $ 30.60 |
| 08/21/03 | Color Photocopies | $ 45.90 |
| 08/21/03 | Color Photocopies | $ 481.95 |
| 08/21/03 | Photocopies | $ 4.35 |
| 08/21/03 | Long Distance Charges | $ 0.67 |
| 08/22/03 | Federal Express Postage | $ 36.34 |

| **DATE** | **DESCRIPTION** | **CHARGE** | |
|---|---|---|---|
| 08/22/03 | Federal Express Postage | $ | 12.50 |
| 08/22/03 | Long Distance Charges | $ | 2.02 |
| 08/22/03 | Photocopies | $ | 0.30 |
| 08/22/03 | Photocopies | $ | 71.85 |
| 08/25/03 | Postage | $ | 68.15 |
| 08/25/03 | Postage | $ | 61.64 |
| 08/25/03 | Photocopies | $ | 4.80 |
| 08/25/03 | Photocopies | $ | 0.30 |
| 08/25/03 | Long Distance Charges | $ | 0.32 |
| 08/25/03 | Long Distance Charges | $ | 0.67 |
| 08/25/03 | Long Distance Charges | $ | 0.67 |
| 08/25/03 | Long Distance Charges | $ | 0.67 |
| 08/25/03 | Long Distance Charges | $ | 1.35 |
| 08/26/03 | Conference Call 6/17/03 (posted 08/26/03) | $ | 19.97 |
| 08/26/03 | Conference Call 6/24/03 (posted 08/26/03) | $ | 42.69 |
| 08/26/03 | Photocopies | $ | 0.60 |
| 08/26/03 | Long Distance Charges | $ | 4.06 |
| 08/27/03 | Photocopies | $ | 0.60 |
| 08/27/03 | Long Distance Charges | $ | 1.35 |
| 08/27/03 | Long Distance Charges | $ | 0.67 |
| 08/27/03 | Long Distance Charges | $ | 0.63 |
| 08/28/03 | Telecopier Service (11 pages) (08/28/03 is posting date) | $ | 11.00 |
| 08/28/03 | Postage | $ | 5.85 |

| **DATE** | **DESCRIPTION** | **CHARGE** | |
|---|---|---|---|
| 08/28/03 | Photocopies | $ | 2.10 |
| 08/28/03 | Long Distance Charges | $ | 0.67 |
| 08/29/03 | Color Photocopies | $ | 29.75 |
| 08/29/03 | Color Photocopies | $ | 229.50 |
| 08/29/03 | Postage | $ | 19.52 |
| 08/29/03 | Photocopies | $ | 37.35 |
| 08/31/03 | Westlaw/Computer Research | $ | 36.82 |
| | **Total** | **$** | **3,851.92** |

## CERTIFICATE OF SERVICE

I, William D. Sullivan, Esquire, hereby certify that on December 8, 2003, service of the foregoing *Verified Application of Lukins & Annis, P.S. for Compensation for Services and Reimbursement of Expenses as ZAI Additional Special Counsel for the Interim Period from August 1, 2003 through August 30, 2003* was made upon the attached Service List via hand delivery or first class mail.

I certify the foregoing to be true and correct under the penalty of perjury.

Dated: December 8, 2003
     Wilmington, Delaware                      */s/ William D. Sullivan*
                                            William D. Sullivan

## SERVICE LIST

Laura Davis Jones, Esquire
David Carickoff, Esquire
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
Wilmington, DE 19899-8705

Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones
10100 Santa Monica Boulevard
Los Angeles, CA 90067-4100

David M. Bernick, Esquire
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

David B. Seigel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD   21044

Michael R. Lastowski, Esquire
Duane Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE  19801-1246

Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY  10038-4982

William S. Katchen, Esquire
Duane, Morris & Heckscher LLP
One Riverfront Plaza, 2nd Floor
Newark, NJ  07102

J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL  60606

Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE  19899

Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE  19899

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena
  Price & Axelrod, LLP
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL  33131

Matthew G. Zaleski, III, Esquire
Campbell & Levine
800 King Street, Suite 300
Wilmington, DE  19801

Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 27th Floor
New York, NY  10022

Teresa K.D. Currier, Esquire
Klett, Rooney, Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE  19801

Frank J. Perch, Esquire
Office of the United States Trustee
844 King Street, Room 2313
Lockbox 35
Wilmington, DE  19801

James J. Restivo, Jr., Esquire
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA  15219-1886

Warren H. Smith
Warren H. Smith and Associates
900 Jackson Street
120 Founders Square
Dallas, TX 75202

Peter Van N. Lockwood, Esquire
Julie W. Davis, Esquire
Trevor W. Swett, III, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC  20005

Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY  10022

Mark D. Collins, Esquire
Deborah E. Spivack, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE  19899

William J.A. Sparks, Esquire
W.R. Grace & Company
919 N. Market, Suite 460
Wilmington, DE  19899