IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objection Deadline: December 29, 2003 |
| | | Hearing Date: TBD only if necessary |

## SUMMARY OF THE VERIFIED APPLICATION OF RICHARDSON PATRICK WESTBROOK & BRICKMAN, LLC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LEAD SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM OCTOBER 1, 2003 THROUGH OCTOBER 31, 2003

| | |
|---|---|
| Name of Applicant: | Richardson Patrick Westbrook & Brickman, LLC |
| Authorized to Provide Professional Services to: | Zonolite Attic Insulation Claimants |
| Date of Appointment: | July 22, 2002 |
| Period for which compensation and Reimbursement is sought: | October 1, 2003 through October 31, 2003 |
| Amount of Compensation sought as actual, Reasonable, and necessary: | $ 24,786.50 |
| Amount of Expenses Reimbursement: | $ 5,853.38 |

This is:  X monthly   _ interim   _ final application

Prior Application filed: Yes.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 10/31/02 | 7/22/2002 - 9/30/2002 | $170,069.50 | $44,005.38 | No objections served on counsel | No objections served on counsel |
| 12/04/02 | 10/01/2002 - 10/31//2002 | $163,682.00 | $35,319.00 | No objections served on counsel | No objections served on counsel |
| 01/08/2003 | 11/01/2002 - 11/30/2002 | $115,319.00 | $5,714.09 | No objections served on counsel | No objections served on counsel |
| 02/17/2003 | 12/01/2002 - 12/31/2002 | $104,018.00 | $32,439.18 | No objections served on counsel | No objections served on counsel |
| 03/19/2003 | 1/1/2003 - 1/31/2003 | $142,944.50 | $68,022.89 | No objections served on counsel | No objections served on counsel |
| 04/09/03 | 2/1/2003 - 2/28/2003 | $217,149.00 | $31,928.29 | No objections served on counsel | No objections served on counsel |
| 05/16/2003 | 3/1/2003- 3/31/2003 | $248,048.00 | $66,978.32 | No objections served on counsel | No objections served on counsel |
| 07/01/2003 | 4/1/2003- 4/30/2003 | $102,950.00 | $149,727.83 | No objections served on counsel | No objections served on counsel |
| 07/21/2003 | 5/1/2003- 5//31/2003 | $174,462.25 | $48,658.57 | No objections served on counsel | No objections served on counsel |
| 08/15/2003 | 6/1/2003- 6/30/2003 | $202,080.25 | $71,550.40 | No objections served on counsel | No objections served on counsel |
| 09/15/2003 | 7/1/2003- 7/31/2003 | $126,035.00 | $25,802.60 | No objections served on counsel | No objections served on counsel |
| 10/23/2003 | 8/1/2003- 8/31/2003 | $121,733.75 | $26,563.23 | No objections served On counsel | No objections served on counsel |
| 11/12/2003 | 9/1/2003- 9/30/2003 | $69,708.00 | $19,989.71 | Pending | Pending |

This is the fourteenth RPWB application for monthly interim compensation of services filed with the Bankruptcy Court in this Chapter 11 case.

The total expended for the preparation of this application is approximately 20 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $7,000.

The Richardson Patrick Westbrook & Brickman attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Edward J. Westbrook | Partner | 26 | Litigation | $650 | 5.4 | $3,022.50 |
| Robert M. Turkewitz | Partner | 18 | Litigation | $400 | 9.3 | $3,720.00 |
| James L. Ward, Jr. | Associate | 6 | Litigation | $265 | 2.6 | $689.00 |
| Robert S. Wood | Associate | 4 | Litigation | $240 | | |
| TOTALS | | | | | 17.3 | $7,431.50 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Kim Carr | Paralegal | 13 | Litigation | $125 | | |
| Janet Bakst* | Paralegal | 10 | Litigation | $125 | 58.8 | $7,350.00 |
| Lizzie Kerrison | Paralegal | 17 | Litigation | $125 | 78.9 | $9,862.50 |
| Kim Garcia | Lit. Support | 9 | Litigation | $75 | 1.9 | $142.50 |
| Adam Lorenz | Lit. Support | 1 | Litigation | $75 | | |
| TOTALS | | | | | 139.6 | $17,355.00 |

- Mrs. Bakst is a licensed attorney who has not yet taken the South Carolina Bar exam and is accordingly working as a senior paralegal and being billed as such.

## Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 11-Fee Applications, Applicant | 3.4 | $630.00 |
| 20-Travel–Non-working | | |
| 22-ZAI Science Trial | 153.5 | $24,156.50 |
| TOTALS | 156.9 | $24,786.50 |

## 23-ZAI Science Trial Expenses

| Description | Amount |
|---|---|
| Federal Express Overnight Delivery | $248.51 |
| Outside Duplicating | $195.00 |
| Expert Services | $4,962.28 |
| Court Reporter | $270.00 |
| Online Research | $177.59 |
| Total | $5,853.38 |

Dated: December 8, 2003

ELZUFON AUSTIN REARDON
TARLOV & MONDELL

*/s/ William D. Sullivan*
William D. Sullivan (Bar No. 2820)
Charles J. Brown, III (Bar No. 3368)
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE 19899
Phone: (302) 428-3181
FAX: (302) 777-7244

LOCAL COUNSEL FOR ZAI CLAIMANTS

-and-

Edward J. Westbrook, Esq.
Richardson Patrick Westbrook
 & Brickman
1037 Chuck Dawley Blvd., Building A
Mount Pleasant, SC 29464
Phone: (843) 727-6513
FAX: (843) 727-6688

LEAD COUNSEL FOR ZAI CLAIMANTS

## VERIFICATION

STATE OF SOUTH CAROLINA    )
                           )
COUNTY OF CHARLESTON       )

Edward J. Westbrook, after being duly sworn according to law, deposes and says:

a) I am counsel with the applicant law firm Richardson, Patrick, Westbrook & Brickman, and have been admitted to appear before this Court.

b) I have personally performed many of the legal services rendered by Richardson, Patrick, Westbrook & Brickman and am thoroughly familiar with the other work performed on behalf of the ZAI Claimants by the lawyers and paraprofessionals of Richardson, Patrick, Westbrook & Brickman.

c) I have reviewed the foregoing application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del.Bankr.LR 2016-2 and the 'Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members', signed April 17, 2002, and submit that the Application substantially complies with such Rule and Order.

_____
Edward J. Westbrook, Esq.

SWORN AND SUBSCRIBED
Before me this 1st day of December 2003.

_____
Kimberly M. Anderson
Notary Public for South Carolina
My Commission Expires: March 31, 2004

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objection Deadline: December 29, 2003 |
| | | Hearing Date: TBD only if necessary |

**FEE DETAIL OF THE VERIFIED APPLICATION OF RICHARDSON PATRICK WESTBROOK & BRICKMAN, LLC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LEAD SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM OCTOBER 1, 2003 THROUGH OCTOBER 31, 2003**

12/01/2003

# Time report

### 10/01/2003 - 10/31/2003

| Date | Client No. | Client Name | Transaction Code | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| Timekeeper | Matter No. | | Description | | | |

**Transaction:** L106

**Day:** 10/01/2003

| 10/01/2003 | 200106 | Zonolite Science Trial | L106 | $650.00 | 1.90 | $1,235.00 |
| ewestbrook | 0000 | | Work on cost analysis, correspondence to Grace counsel regarding cost analysis, conversation with Grace counsel regarding cost issues and related issues concerning potential resolution (1.5), review ZAI cost materials (.4) | | | |
| 10/01/2003 | 200106 | Zonolite Science Trial | L106 | $265.00 | 0.50 | $132.50 |
| jward | 0000 | | Review Ilgren study regarding health effects of dust exposure | | | |

**Day:** 10/02/2003

| 10/02/2003 | 200106 | Zonolite Science Trial | L106 | $265.00 | 0.20 | $53.00 |
| jward | 0000 | | Review Grace documents regarding ore tremolite content and memo from Ms. Kerrison regarding same | | | |
| 10/02/2003 | 200106 | Zonolite Science Trial | L106 | $650.00 | 0.20 | $130.00 |
| ewestbrook | 0000 | | Review memo from Rob Turkewitz regarding EPA testing, review memo regarding his conversation with microscopist with respect to Libby tremolite | | | |
| 10/02/2003 | 200106 | Zonolite Science Trial | L106 | $400.00 | 0.70 | $280.00 |
| rturkewitz | 0000 | | Telephone conference regarding Libby asbestos (.3); Memo to file regarding phone conference (.4). | | | |
| 10/02/2003 | 200106 | Zonolite Science Trial | L106 | $125.00 | 6.50 | $812.50 |
| lkerrison | 0000 | | Review Grace simulated attic testing for high/low figures for each test | | | |

**Day:** 10/03/2003

| 10/03/2003 | 200106 | Zonolite Science Trial | L106 | $650.00 | 0.50 | $325.00 |
| ewestbrook | 0000 | | Review information from Grace counsel regarding sales and note to Janet Bakst regarding same | | | |

**Day:** 10/06/2003

| 10/06/2003 | 200106 | Zonolite Science Trial | L106 | $650.00 | 0.10 | $65.00 |
| ewestbrook | 0000 | | Memo to Janet Bakst regarding ZAI sales information | | | |
| 10/06/2003 | 200106 | Zonolite Science Trial | L106 | $265.00 | 0.10 | $26.50 |
| jward | 0000 | | Receive and review memo regarding asbestos studies | | | |

**Day:** 10/07/2003

# Time report

## 10/01/2003 - 10/31/2003

| Date / Timekeeper | Client No. / Matter No. | Client Name | Transaction Code / Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| 10/07/2003 lkerrison | 200106 0000 | Zonolite Science Trial | L106<br>Review Grace simulated attic testing for high/low figures for each test | $125.00 | 6.50 | $812.50 |

**Day:** 10/09/2003

| Date / Timekeeper | Client No. / Matter No. | Client Name | Transaction Code / Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| 10/09/2003 lkerrison | 200106 0000 | Zonolite Science Trial | L106<br>Review Grace simulated attic testing for high/low figures for each test | $125.00 | 6.70 | $837.50 |
| 10/09/2003 rturkewitz | 200106 0000 | Zonolite Science Trial | L106<br>Reviewed ZAI file and drafted and sent letter regarding ZAI removal costs for home (.5); Received and reviewed recent articles regarding number of homes and removal costs for ZAI, and forwarded to Ed Westbrook (.6). | $400.00 | 1.10 | $440.00 |
| 10/09/2003 jbakst | 200106 0000 | Zonolite Science Trial | L106<br>Reviewed the following documents re sales figures: 1982–87 Marketing Dept Business Plan Review; Industrial Chemicals Group Construction Products Division 1983,1982,1981,1980, 1979, 1978, 1977 Business Plan Strategy Memos; CPD 1976 Budget and Forecast; 1972 and 1974 Business Plan CPD. (4.0). | $125.00 | 4.00 | $500.00 |

**Day:** 10/10/2003

| Date / Timekeeper | Client No. / Matter No. | Client Name | Transaction Code / Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| 10/10/2003 ewestbrook | 200106 0000 | Zonolite Science Trial | L106<br>Review correspondence from Grace counsel regarding sales records (.2); discussion with co-counsel regarding ZAI sales, strategic matters, case planning (1.0) | $650.00 | 1.20 | $780.00 |

**Day:** 10/13/2003

| Date / Timekeeper | Client No. / Matter No. | Client Name | Transaction Code / Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| 10/13/2003 jbakst | 200106 0000 | Zonolite Science Trial | L106<br>Search data base re sales of bags/invoices (2.0) Search for full text of article cited in study in Environmental Science and Technology. (.5) | $125.00 | 2.50 | $312.50 |
| 10/13/2003 rturkewitz | 200106 0000 | Zonolite Science Trial | L106<br>Reviewed and summarized EPA investigation reports for Zonolite Expansion Plants (2.5); Dictated and finalized letter to Jim Restivo forwarding material requested regarding testing by MAS (.4). | $400.00 | 2.90 | $1,160.00 |

**Day:** 10/14/2003

| Date / Timekeeper | Client No. / Matter No. | Client Name | Transaction Code / Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| 10/14/2003 rturkewitz | 200106 0000 | Zonolite Science Trial | L106<br>Proofread and finalized memo regarding review of EPA documents (.5); Reviewed and summarized article regarding pollutants in house dust as indicators of indoor contamination (.4). | $400.00 | 0.90 | $360.00 |
| 10/14/2003 lkerrison | 200106 0000 | Zonolite Science Trial | L106<br>Reviewing ZAI Concordance database and tagging ZAI sales/invoices (5.5); Conference with Ian Jones, Adam and Janet regarding the ZAI invoices (.2); Tagging L-3 documents in Libby Concordance database | $125.00 | 6.70 | $837.50 |

# Time report

**10/01/2003 - 10/31/2003**

| Date | Client No. | Client Name | Transaction Code | Rate | HRS/QTY | Total |
| Timekeeper | Matter No. | | Description | | | |
|---|---|---|---|---|---|---|
| | | | (1.0) | | | |
| 10/14/2003 | 200106 | Zonolite Science Trial | L106 | $125.00 | 0.80 | $100.00 |
| jbakst | 0000 | | Make arrangements with IT Department and ZAI team re computerized search of invoices re # of bags sold, cost of bags, location of sales etc., and setting up data base categories to facilitate the search. (.80) | | | |
| **Day:** | | **10/15/2003** | | | | |
| 10/15/2003 | 200106 | Zonolite Science Trial | L106 | $125.00 | 3.00 | $375.00 |
| jbakst | 0000 | | Search internet for additional articles cited in footnotes of science article re issue of resuspension (3.0) | | | |
| 10/15/2003 | 200106 | Zonolite Science Trial | L106 | $125.00 | 2.00 | $250.00 |
| lkerrison | 0000 | | Tagging L-3 documents in Libby Concordance database (2.0) | | | |
| 10/15/2003 | 200106 | Zonolite Science Trial | L106 | $400.00 | 3.00 | $1,200.00 |
| rturkewitz | 0000 | | Received, reviewed and summarized various government articles and publications regarding studies of house dust (3.0). | | | |
| **Day:** | | **10/16/2003** | | | | |
| 10/16/2003 | 200106 | Zonolite Science Trial | L106 | $125.00 | 5.50 | $687.50 |
| lkerrison | 0000 | | Review Grace simulated attic testing for high/low figures for each test (4.5); Reviewing ZAI invoice Concordance database (1.0) | | | |
| 10/16/2003 | 200106 | Zonolite Science Trial | L106 | $125.00 | 3.00 | $375.00 |
| jbakst | 0000 | | Search ZAI Database for states where ZAI was sold (3.0) | | | |
| **Day:** | | **10/17/2003** | | | | |
| 10/17/2003 | 200106 | Zonolite Science Trial | L106 | $125.00 | 3.00 | $375.00 |
| jbakst | 0000 | | Search ZAI Database for states where ZAI was sold (3.0) | | | |
| 10/17/2003 | 200106 | Zonolite Science Trial | L106 | $125.00 | 4.50 | $562.50 |
| lkerrison | 0000 | | Review Grace simulated attic testing for high/low figures for each test (3.5); Reviewing ZAI invoice Concordance database (1.0) | | | |
| 10/17/2003 | 200106 | Zonolite Science Trial | L106 | $265.00 | 0.70 | $185.50 |
| jward | 0000 | | Review memo regarding ATSDR report on Zonolite expansion plants (.2); review EPA letter to Libby residents regarding cleanup issues (.1); review articles regarding dust testing for various chemicals in homes (.2); review numerous memos outlining relevant content of several articles regarding home dust studies (.2) | | | |
| **Day:** | | **10/20/2003** | | | | |

# Time report

## 10/01/2003 - 10/31/2003

| Date<br>Timekeeper | Client No.<br>Matter No. | Client Name | Transaction Code<br>Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| 10/20/2003<br>lkerrison | 200106<br>0000 | Zonolite Science Trial | L106<br>Reviewing images of ZAI invoices on Concordance database for state, date and amount information | $125.00 | 3.20 | $400.00 |
| 10/20/2003<br>jbakst | 200106<br>0000 | Zonolite Science Trial | L106<br>Search data base of invoices re states ZAI sold in. (3.5) | $125.00 | 3.50 | $437.50 |

**Day:** 10/21/2003

| | | | | | | |
|---|---|---|---|---|---|---|
| 10/21/2003<br>jbakst | 200106<br>0000 | Zonolite Science Trial | L106<br>Search data base of invoices re plant/state ZAI sold in. (3.5) | $125.00 | 3.50 | $437.50 |
| 10/21/2003<br>lkerrison | 200106<br>0000 | Zonolite Science Trial | L106<br>Reviewing and tagging ZAI invoices database entries for state, date and amount information (6.4); multiple conferences with the computer department regarding the ZAI invoices database (.3) | $125.00 | 6.70 | $837.50 |

**Day:** 10/22/2003

| | | | | | | |
|---|---|---|---|---|---|---|
| 10/22/2003<br>lkerrison | 200106<br>0000 | Zonolite Science Trial | L106<br>Conference with the computer department regarding the ZAI invoices database (.2); Inputting information regarding the ZAI invoices (4.5) | $125.00 | 4.70 | $587.50 |
| 10/22/2003<br>jbakst | 200106<br>0000 | Zonolite Science Trial | L106<br>Create data base of ZAI bag invoices to include dates, type, place quantity and price. (3.5) | $125.00 | 3.50 | $437.50 |
| 10/22/2003<br>jward | 200106<br>0000 | Zonolite Science Trial | L106<br>Review NIOSH Libby vermiculite fact sheet | $265.00 | 0.10 | $26.50 |

**Day:** 10/23/2003

| | | | | | | |
|---|---|---|---|---|---|---|
| 10/23/2003<br>jbakst | 200106<br>0000 | Zonolite Science Trial | L106<br>Review ZAI database for sales documents, Review special production report, review index of documents of Grace Ledgers, prepare charts of sales figures by region for 1977 (6.5). | $125.00 | 6.50 | $812.50 |
| 10/23/2003<br>lkerrison | 200106<br>0000 | Zonolite Science Trial | L106<br>Inputting information regarding the ZAI invoices (5.5); Reviewing 1977 Ledger Summary of AI sales "Materials Used & Produced" (1.0) | $125.00 | 6.50 | $812.50 |

**Day:** 10/24/2003

| | | | | | | |
|---|---|---|---|---|---|---|
| 10/24/2003<br>lkerrison | 200106<br>0000 | Zonolite Science Trial | L106<br>Reviewing Colorado Iron Mountain box storage index for "Materials Used & Produced" Ledger Summaries (1.0); Reviewing ZAI Concordance database for sales information (1.0) | $125.00 | 2.00 | $250.00 |

12/01/2003 11:47:39 AM Garcia, Kimberly A.

# Time report

## 10/01/2003 - 10/31/2003

| Date / Timekeeper | Client No. / Matter No. | Client Name | Transaction Code / Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| **Day:** | | 10/27/2003 | | | | |
| 10/27/2003 jward | 200106 0000 | Zonolite Science Trial | L106 — Review articles regarding health effects of exposure to respirable, non-asbestos industrial fibers (.6); review government and quasi-government positions on validity of indirect method of sample preparation (.4) | $265.00 | 1.00 | $265.00 |
| 10/27/2003 jbakst | 200106 0000 | Zonolite Science Trial | L106 — Search ZAI database for Canadian sales (6.0). | $125.00 | 6.00 | $750.00 |
| **Day:** | | 10/28/2003 | | | | |
| 10/28/2003 lkerrison | 200106 0000 | Zonolite Science Trial | L106 — Inputting information regarding the ZAI invoices | $125.00 | 6.70 | $837.50 |
| 10/28/2003 jbakst | 200106 0000 | Zonolite Science Trial | L106 — Search ZAI database for Canadian sales (6.0). | $125.00 | 6.00 | $750.00 |
| **Day:** | | 10/29/2003 | | | | |
| 10/29/2003 jbakst | 200106 0000 | Zonolite Science Trial | L106 — Search ZAI database for Canadian sales (6.0). | $125.00 | 6.00 | $750.00 |
| 10/29/2003 rturkewitz | 200106 0000 | Zonolite Science Trial | L106 — Telephone conference with homeowner regarding status of case and abatement cost estimate (.4); Memo to Ed Westbrook regarding telephone conference with homeowner (.3) | $400.00 | 0.70 | $280.00 |
| 10/29/2003 lkerrison | 200106 0000 | Zonolite Science Trial | L106 — Reviewing ZAI Concordance databse for ZAI sales information | $125.00 | 4.00 | $500.00 |
| **Day:** | | 10/30/2003 | | | | |
| 10/30/2003 lkerrison | 200106 0000 | Zonolite Science Trial | L106 — Reviewing ZAI Concordance database for ZAI sales information | $125.00 | 6.70 | $837.50 |
| 10/30/2003 jbakst | 200106 0000 | Zonolite Science Trial | L106 — Search ZAI database for regional and Canadian sales figures (4.0). | $125.00 | 4.00 | $500.00 |
| **Day:** | | 10/31/2003 | | | | |
| 10/31/2003 jbakst | 200106 0000 | Zonolite Science Trial | L106 — Search ZAI database for regional and Canadian sales figures (3.5). | $125.00 | 3.50 | $437.50 |

# Time report

## 10/01/2003 - 10/31/2003

| Date<br>Timekeeper | Client No.<br>Matter No. | Client Name | Transaction Code<br>Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| **Transaction:** | **L150** | | | | | |
| **Day:** | **10/01/2003** | | | | | |
| 10/01/2003<br>kgarcia | 200106<br>0000 | Zonolite Science Trial | L150<br>Finishing working on getting August monthly time ready for Ed Westbrook to review. | $75.00 | 1.20 | $90.00 |
| **Day:** | **10/02/2003** | | | | | |
| 10/02/2003<br>ewestbrook | 200106<br>0000 | Zonolite Science Trial | L150<br>Review and revise August monthly bill (billed at half rate) | $325.00 | 1.50 | $487.50 |
| **Day:** | **10/03/2003** | | | | | |
| 10/03/2003<br>kgarcia | 200106<br>0000 | Zonolite Science Trial | L150<br>Revise and finalize August 2003 monthly application | $75.00 | 0.70 | $52.50 |

| | |
|---:|---:|
| **Grand Total:** | **$24,786.50** |
| **Expense Grand Total:** | **$0.00** |
| **Time Grand Total:** | **$24,786.50** |
| **Total Hours/Report:** | **156.90** |
| **Count:** | **50** |

12/01/2003

# Expense report

1

## 10/01/2003 - 10/31/2003

| Date | Client No. | Client Name | Transaction Code | Rate | HRS/QTY | Total |
| Timekeeper | Matter No. | | Description | | | |
|---|---|---|---|---|---|---|
| **Day:** | | **10/01/2003** | | | | |
| 10/01/2003 | 200106 | Zonolite Science Trial | E065 | $16.50 | 1.00 | $16.50 |
| kgarcia | 0000 | | Federal Express Overnight Charge | | | |
| 10/01/2003 | 200106 | Zonolite Science Trial | E106 | $73.96 | 1.00 | $73.96 |
| kgarcia | 0000 | | Westlaw Online Research Charges for cases pertaining to this case. | | | |
| 10/01/2003 | 200106 | Zonolite Science Trial | E029 | $2,347.50 | 1.00 | $2,347.50 |
| jhanshaw | 0000 | | Gobbell Hays Partners, Inc. - Expert Services | | | |
| 10/01/2003 | 200106 | Zonolite Science Trial | E106 | $103.63 | 1.00 | $103.63 |
| jhanshaw | 0000 | | Westlaw charges for research pertaining to this case. | | | |
| 10/01/2003 | 200106 | Zonolite Science Trial | E110 | $2,614.78 | 1.00 | $2,614.78 |
| jhanshaw | 0000 | | Mundy Associates, Inc. - Expert Services | | | |
| **Day:** | | **10/10/2003** | | | | |
| 10/10/2003 | 200106 | Zonolite Science Trial | E060 | $170.00 | 1.00 | $170.00 |
| kcarr | 0000 | | Medical University of South Carolina Library - copies of 17 articles | | | |
| **Day:** | | **10/13/2003** | | | | |
| 10/13/2003 | 200106 | Zonolite Science Trial | E060 | $25.00 | 1.00 | $25.00 |
| kcarr | 0000 | | Kim Carr - copies medical articles | | | |
| **Day:** | | **10/14/2003** | | | | |
| 10/14/2003 | 200106 | Zonolite Science Trial | E065 | $12.50 | 1.00 | $12.50 |
| kgarcia | 0000 | | Federal Express Delivery Charge | | | |
| 10/14/2003 | 200106 | Zonolite Science Trial | E065 | $13.90 | 1.00 | $13.90 |
| kgarcia | 0000 | | Federal Express Delivery Charge | | | |
| 10/14/2003 | 200106 | Zonolite Science Trial | E065 | $12.50 | 1.00 | $12.50 |
| kgarcia | 0000 | | Federal Express Delivery Charge | | | |
| 10/14/2003 | 200106 | Zonolite Science Trial | E065 | $12.70 | 1.00 | $12.70 |
| kgarcia | 0000 | | Federal Express Delivery Charge | | | |
| 10/14/2003 | 200106 | Zonolite Science Trial | E065 | $12.50 | 1.00 | $12.50 |
| kgarcia | 0000 | | Federal Express Delivery Charge | | | |
| 10/14/2003 | 200106 | Zonolite Science Trial | E065 | $12.50 | 1.00 | $12.50 |
| kgarcia | 0000 | | Federal Express Delivery Charge | | | |
| 10/14/2003 | 200106 | Zonolite Science Trial | E065 | $12.70 | 1.00 | $12.70 |
| kgarcia | 0000 | | Federal Express Delivery Charge | | | |
| 10/14/2003 | 200106 | Zonolite Science Trial | E065 | $12.70 | 1.00 | $12.70 |

# Expense report

## 10/01/2003 - 10/31/2003

| Date | Client No. | Client Name | Transaction Code | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| Timekeeper | Matter No. | | Description | | | |
| kgarcia | 0000 | | Federal Express Delivery Charge | | | |
| 10/14/2003 | 200106 | Zonolite Science Trial | E065 | $12.70 | 1.00 | $12.70 |
| kgarcia | 0000 | | Federal Express Delivery Charge | | | |
| 10/14/2003 | 200106 | Zonolite Science Trial | E065 | $12.50 | 1.00 | $12.50 |
| kgarcia | 0000 | | Federal Express Delivery Charge | | | |
| 10/14/2003 | 200106 | Zonolite Science Trial | E065 | $12.50 | 1.00 | $12.50 |
| kgarcia | 0000 | | Federal Express Delivery Charge | | | |
| 10/14/2003 | 200106 | Zonolite Science Trial | E065 | $12.70 | 1.00 | $12.70 |
| kgarcia | 0000 | | Federal Express Delivery Charge | | | |
| 10/14/2003 | 200106 | Zonolite Science Trial | E065 | $12.70 | 1.00 | $12.70 |
| kgarcia | 0000 | | Federal Express Delivery Charge | | | |
| 10/14/2003 | 200106 | Zonolite Science Trial | E065 | $12.50 | 1.00 | $12.50 |
| kgarcia | 0000 | | Federal Express Delivery Charge | | | |

**Day:** 10/17/2003

| | | | | | | |
|---|---|---|---|---|---|---|
| 10/17/2003 | 200106 | Zonolite Science Trial | E065 | $21.41 | 1.00 | $21.41 |
| kgarcia | 0000 | | Federal Express Delivery Charge | | | |

**Day:** 10/24/2003

| | | | | | | |
|---|---|---|---|---|---|---|
| 10/24/2003 | 200106 | Zonolite Science Trial | E065 | $16.50 | 1.00 | $16.50 |
| kgarcia | 0000 | | Federal Express Delivery Charge | | | |
| 10/24/2003 | 200106 | Zonolite Science Trial | E065 | $16.50 | 1.00 | $16.50 |
| kgarcia | 0000 | | Federal Express Delivery Charge | | | |

**Day:** 10/29/2003

| | | | | | | |
|---|---|---|---|---|---|---|
| 10/29/2003 | 200106 | Zonolite Science Trial | E014 | $270.00 | 1.00 | $270.00 |
| jkillian | 0000 | | A. William Roberts, Jr. & Associates, Inc. - Deposition of Marlow Casler | | | |

| | |
|---|---|
| **Grand Total:** | **$5,853.38** |
| **Expense Grand Total:** | **$5,853.38** |
| **Time Grand Total:** | **$0.00** |
| **Total Hours/Report:** | **0.00** |
| **Count:** | **25** |

## CERTIFICATE OF SERVICE

I, William D. Sullivan, hereby certify that I caused a copy of the foregoing *Verified Application of Richardson Patrick Westbrook & Brickman, LLC for Compensation for Services and Reimbursement of Expenses as ZAI Lead Special Counsel for the Interim Period from October 1, 2003 through October 31, 2003* to be served upon those parties identified on the attached service list via hand delivery or US Mail.

I certify the foregoing to true and correct under the penalty of perjury.

Dated: December 8, 2003

/s/ *William D. Sullivan*
William D. Sullivan

## SERVICE LIST

Laura Davis Jones, Esquire
David Carickoff, Esquire
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
Wilmington, DE 19899-8705

Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones
10100 Santa Monica Boulevard
Los Angeles, CA 90067-4100

David M. Bernick, Esquire
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

David B. Seigel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

Michael R. Lastowski, Esquire
Duane Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246

Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

William S. Katchen, Esquire
Duane, Morris & Heckscher LLP
One Riverfront Plaza, 2nd Floor
Newark, NJ 07102

J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena
  Price & Axelrod, LLP
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

Matthew G. Zaleski, III, Esquire
Campbell & Levine
800 King Street, Suite 300
Wilmington, DE 19801

Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 27th Floor
New York, NY 10022

Teresa K.D. Currier, Esquire
Klett, Rooney, Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801

Frank J. Perch, Esquire
Office of the United States Trustee
844 King Street, Room 2313
Lockbox 35
Wilmington, DE 19801

James J. Restivo, Jr., Esquire
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219-1886

Warren H. Smith
Warren H. Smith and Associates
900 Jackson Street
120 Founders Square
Dallas, TX 75202

Peter Van N. Lockwood, Esquire
Julie W. Davis, Esquire
Trevor W. Swett, III, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC 20005

Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY 10022

Mark D. Collins, Esquire
Deborah E. Spivack, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

William J.A. Sparks, Esquire
W.R. Grace & Company
919 N. Market, Suite 460
Wilmington, DE 19899