## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

In Re:

W.R. GRACE & CO.,

Debtors

Chapter 11

Case No. 01-1139 (JKF)
Jointly Administered

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE**, that **International Maintenance Company, L.L.C., Turner Company, L.L.C., Turner Industrial Services, L.L.C. and Turner Industrial Technical, L.L.C.** appears in the above captioned case, through undersigned counsel, pursuant to Bankruptcy Rules 2002, 9007, and 9010(b) and Section 342(a) and 1109(b) of the Bankruptcy Code and demands that all notices given or required to be given in this case, and all papers served in this case, be delivered to and served upon the individual at the address set forth below:

**Kirk A. Patrick III**
CRAWFORD LEWIS, PLLC
450 Laurel St., Suite 1600
P.O. Box 3656
Baton Rouge, Louisiana 70821-3656
*Attorney for International Maintenance, L.L.C., Turner Company, L.L.C., Turner Industrial Services, L.L.C. and Turner Industrial Technical, L.L.C.*

**PLEASE TAKE FURTHER NOTICE**, that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the above mentioned Bankruptcy Rules, but also includes, without limitation, orders and notices of any applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, whether written or oral, whether transmitted or conveyed by mail delivery, telephone,

telephone, telegraph, telex, or otherwise which affect or seek to affect in any way any rights or interests with respect to:

    a.    the Debtor;

    b.    property or proceeds of the estate in which the debtor or creditors may claim an interest;

    c.    property or proceeds of the estate in the possession, custody, or control of the Debtor, which Debtor may seek to use.

Respectfully Submitted by:

**CRAWFORD LEWIS, PLLC**

Kirk A. Patrick III (#19728)
450 Laurel St., Suite 1600
P.O. Box 3656
Baton Rouge, Louisiana 70821-3656
Telephone: (225) 343-5290
Facsimile: (225) 383-5508
*Attorney for International Maintenance Company, L.L.C., Turner Company, L.L.C., Turner Industrial Services, L.L.C. and Turner Industrial Technical, L.L.C.*

## AFFIDAVIT

STATE OF LOUISIANA

PARISH OF EAST BATON ROUGE

BEFORE ME, the undersigned authority, duly commissioned and qualified in and for the Parish and State aforesaid, personally came and appeared:

### KIRK A. PATRICK III
**Attorney of Record for International Maintenance Company, L.L.C., Turner Company, L.L.C., Turner Industrial Services, L.L.C. and Turner Industrial Technical, L.L.C.**

who, after being duly sworn, did depose and state:

1.

He is the attorney of record and represents International Maintenance Company, L.L.C., Turner Company, L.L.C., Turner Industrial Services, L.L.C. and Turner Industrial Technical, L.L.C. in the matter re:
"W.R. Grace & Co.", Case Number 01-1139, United States Bankruptcy Court, District of Delaware.

2.

He has cause to file a Notice of Appearance and Demand for Service of Papers in the above-entitled proceeding on behalf of International Maintenance Company, LLC, Turner Company, L.L.C., Turner Industrial Services, L.L.C. and Turner Industrial Technical, L.L.C.

Kirk A. Patrick III
*Attorney of Record for International Maintenance Company, LLC, Turner Company, L.L.C., Turner Industrial Services, L.L.C. and Turner Industrial Technical, L.L.C.*

SWORN TO AND SUBSCRIBED before me, Notary Public, this 1st day of December, 2003, at Baton Rouge, Louisiana.

NOTARY PUBLIC

## CERTIFICATE OF SERVICE

**I HEREBY** certify that a copy of the above and foregoing has this day been mailed by U.S. mail, postage prepaid, to the following counsel of record:

Laura Davis Jones
PACHULSKI, STANG, ZIEHL YOUNG AND JONES, PC
919 North Market Street
16th Floor
Wilmington, DE 19801
*Attorney for Debtor*

James W. Knapp
KIRKLAND & ELLIS
200 East Randolph Drive
Chicago, Illinois 60602
*Attorney for Debtors*

Baton Rouge, Louisiana this 1st day of December, 2003.

_____
Kirk A. Patrick III