# EXHIBIT A

A. The Debtors received responses to the following objections. The Debtors request that the objections to such claims be continued.

| Creditor Filing Response | Docket No. of Response | Claim No.(s) Affected | Filed Claim Amount | Priority | Basis for Objection | Relief Requested | Status |
|---|---|---|---|---|---|---|---|
| Allegheny Center Associates | None | 9778 | Unliquidated; PD | | No Supporting Documentation | Expunge claim | Continued |
| Barr, Chester A. | None | 2230 | $5,434.00 | | Shareholder- stock | Expunge claim | Continued |
| Estate of Rosario Rapisardi | None | 2820 | $2,000,000.00 | U | Amended | Expunge claim | Continued |
| Rowe, Richard | None | 1642 | unknown | S | Duplicate | Expunge claim | Continued |
| Rowe, Richard | None | 1643 | unknown | S | Duplicate | Expunge claim | Continued |
| Rowe, Richard | None | 1644 | unknown | S | Duplicate | Expunge claim | Continued |
| Rowe, Richard | None | 1645 | unknown | S | Duplicate | Expunge claim | Continued |

Exhibit A
Page 1 of 1