## Ferry, Joseph & Pearce, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

Ph:   (302) 575-1555    Fax:    (302) 575-1714

WR Grace PD Committee                                         September 1, 2003 - September 30, 2003

Inv #:          9725

**Attention:**

**RE:**     WR Grace PD Committee

### SUMMARY BY TASK

| Task | | Hours | Amount |
|---|---|---:|---:|
| B14 | Case Administration - | 6.70 | 1,320.00 |
| B17 | Committee, Creditors', Noteholders' or Equity - | 0.50 | 100.00 |
| B18 | Fee Applications, Others - | 5.60 | 840.00 |
| B2  | Asb: Claims Analysis - | 0.20 | 40.00 |
| B25 | Fee Applications, Applicant - | 4.70 | 745.00 |
| B32 | Litigation and Litigation Consulting - | 0.10 | 20.00 |
| B33 | ZAI Science Trial | 4.50 | 900.00 |
| B36 | Plan and Disclosure Statement - | 0.20 | 40.00 |
| B37 | Hearings - | 1.80 | 360.00 |
| B5  | Other | 0.30 | 60.00 |
| B6  | Asset Disposition | 0.10 | 20.00 |
|     | **Total** | **24.70** | **$4,445.00** |
|     | **Grand Total** | **24.70** | **$4,445.00** |

### SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|---|---:|---:|---:|
| Lisa L. Coggins | 150.00 | 9.90 | 1,485.00 |
| Rick S. Miller | 200.00 | 0.20 | 40.00 |
| Theodore J. Tacconelli | 200.00 | 14.60 | 2,920.00 |
| **Total** | | **24.70** | **$4,445.00** |

### DISBURSEMENT SUMMARY

| CA | Expense - | | 761.99 |
|---|---|---|---:|

**Total Disbursements**                                                                     **$761.99**

| Date | Description | Hours | Lawyer |
|---|---|---|---|
| Sep-04-03 | *Asb: Claims Analysis* - Review pleading re: response of D. Nelson to 2nd omnibus objection to claims | 0.10 | TJT |
| Sep-12-03 | *Asb: Claims Analysis* - Review pleading re: response of W. Wittenberg to 2nd omnibus objection to claims | 0.10 | TJT |
| Sep-03-03 | *Case Administration* - Review pleading and update service list | 0.30 | LLC |
| Sep-05-03 | *Case Administration* - Review pleading re: Equity Committee's objection to debtors' motion to retain State St. Bank as investment advisor | 0.10 | TJT |
| Sep-06-03 | *Case Administration* - Review pleading re: summary of PWC quarterly Fee Application April - June 2003 | 0.10 | TJT |
| Sep-07-03 | *Case Administration* - Review debtor's monthly operating report for July 2003 | 0.10 | TJT |
| Sep-08-03 | *Case Administration* - Review pleading re: summary of Nelson Mullens quarterly Fee Application April - June 2003 | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Legal Analysis Systems July 2003 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: summary of Stroock quarterly Fee Application April - June 2003 | 0.10 | TJT |
| | *Case Administration* - Review pleading re: L. Tersigni July 2003 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Campbell Levine July 2003 Fee Application | 0.10 | TJT |
| Sep-09-03 | *Case Administration* - Review pleading re: Reed Smith July 2003 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: notice of request for removal from service list re: Williams Connolly LLC representing Lloyds of London | 0.10 | TJT |
| | *Case Administration* - Review pleading re: entry of appearance of Bacch Robinson re: Lloyds of London | 0.10 | TJT |
| | *Case Administration* - Review pleading re: PZY&J June 2003 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: summary of Richardson Patrick quarterly Fee Application April - June 2003 | 0.10 | TJT |
| | *Case Administration* - Review pleading re: summary of Elzufon Austin quarterly Fee Application April - June 2003 | 0.10 | TJT |
| | *Case Administration* - Review pleading re: summary of Lukins Annis quarterly Fee Application April - June 2003 | 0.10 | TJT |
| | *Case Administration* - Review pleading re: fee auditor's final report re: Woodcock and Washburn 9th interim period quarterly Fee Application | 0.10 | TJT |
| Sep-10-03 | *Case Administration* - Review pleading re: objection of unsecured creditors committee to debtors motion to retain State St. Bank as investment advisor | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Wallace King June 2003 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Duane Morris May 2003 Fee Application | 0.10 | TJT |
| Sep-11-03 | *Case Administration* - Review pleading re: Stroock July 2003 Fee Application | 0.10 | TJT |
| Sep-13-03 | *Case Administration* - Review pleading re: summary of Wachtell Lipton quarterly Fee Application April - June 2003 | 0.10 | TJT |

| | | | |
|---|---|---|---|
| | *Case Administration* - Review pleading re: summary of Nelson Mullens quarterly Fee Application January - March 2003 | 0.10 | TJT |
| | *Case Administration* - Review pleading re: summary of Nelson Mullens quarterly Fee Application April - June 2003 | 0.10 | TJT |
| | *Case Administration* - Review pleading re: affidavit of P. Keller re: employment of McKenna Long & Aldridge | 0.10 | TJT |
| | *Case Administration* - Review pleading re: debtors response to 1st request for production re: Chakarian re: 01-771 | 0.10 | TJT |
| Sep-14-03 | *Case Administration* - Review pleading re: certification of counsel re: 8th quarterly project category summary | 0.10 | TJT |
| | *Case Administration* - Review pleading re: debtors motion to modify PI re: Chakarian re: 01-771 | 0.10 | TJT |
| | *Case Administration* - Review pleading re: opposition of C. Gerard to debtors motion to expand PI re: Chakarian 01-771 | 0.30 | TJT |
| Sep-16-03 | *Case Administration* - Review pleading order re: working committees | 0.10 | LLC |
| | *Case Administration* - Review Court Order re: working committees | 0.10 | RSM |
| | *Case Administration* - E-mail to co-counsel re: working committees | 0.10 | RSM |
| | *Case Administration* - Review order re: working committees | 0.10 | TJT |
| Sep-21-03 | *Case Administration* - Review pleading re: certification of counsel re: order approving quarterly Fee Applications for 8th interim period | 0.10 | TJT |
| | *Case Administration* - Review pleading re: debtors motion for a leave to file replies to objection to motion to employ State Street Bank as investment advisor | 0.10 | TJT |
| | *Case Administration* - Review pleading re: notice of filing exhibit A to debtors response to objections to debtors motion to employ State St. Bank as investment advisor | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Elzufon Austin July 2003 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: debtors motion to extend time to assume or reject unexpired leases and executory contracts | 0.20 | TJT |
| | *Case Administration* - Review pleading re: debtors motion for leave to file replies to objections to motion to extend preliminary adjunction to Chakarin re: 01-771 | 0.20 | TJT |
| Sep-22-03 | *Case Administration* - Review pleading re: W. Smith and Associates August 2003 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: C. Gerard's motion for leave to file further opposition to debtors' motion to extend PI re: Chakarian re: 01-771 | 0.10 | TJT |
| | *Case Administration* - Review pleading re: C. Gerard's further opposition to debtors' motion to extend PI | 0.20 | TJT |
| | *Case Administration* - Review pleading re: summary of PSZY&J quarterly Fee Application April - June 2003 | 0.10 | TJT |
| Sep-28-03 | *Case Administration* - Review pleading re: Smolker's opposition to debtors motion to modify preliminary injunction re: Chakarian re: 01-771 | 0.10 | TJT |
| Sep-29-03 | *Case Administration* - Review pleading re: fee auditor's final report re: Nelson Mullins 9th interim quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: fee auditor's final report re: Legal Analysis Systems 9th interim quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: fee auditor's final report re: L. Tersigni 9th interim quarterly Fee Application | 0.10 | TJT |

| | | | | |
|---|---|---|---|---|
| | *Case Administration* - Review pleading re: fee auditor's final report re: Richardson Patrick 9th interim quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: fee auditor's final report re: Klett Rooney 9th interim quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: fee auditor's final report re: Elzufon Austin 9th interim quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: debtors motion to employ Protiviti LLP as special compliance counsel | 0.10 | TJT |
| | *Case Administration* - Review pleading re: affidavit of Michael Goldman in support of employment of Potter Anderson | 0.10 | TJT |
| | *Case Administration* - Review pleading re: debtors motion to approve settlement with Kwelmb Co. | 0.20 | TJT |
| | *Case Administration* - Review pleading re: debtors motion to pay FL taxes due | 0.20 | TJT |
| | *Case Administration* - Review pleading re: debtors motion to settle NY state tax audit | 0.20 | TJT |
| | *Case Administration* - Review pleading re: Old Castle APG motion for relief from stay | 0.10 | TJT |
| Sep-30-03 | *Case Administration* - Review letter from D. Landry re: removal of Daleen Tech. from service list | 0.10 | TJT |
| Sep-04-03 | *Committee, Creditors', Noteholders' or* - Review correspondence re: e-mail from R. Ramphal re: weekly teleconference with committee canceled | 0.10 | TJT |
| Sep-11-03 | *Committee, Creditors', Noteholders' or* - Review correspondence re: e-mail from R. Ramphal re: weekly teleconference with committee canceled | 0.10 | TJT |
| Sep-18-03 | *Committee, Creditors', Noteholders' or* - Review correspondence re: e-mail from J. Sakalo re: weekly teleconference with committee canceled | 0.10 | TJT |
| Sep-25-03 | *Committee, Creditors', Noteholders' or* - Prepare e-mail to J. Sakalo re: conference call with committee | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from J. Sakalo re: conference call with committee canceled | 0.10 | TJT |
| Sep-10-03 | *Fee Applications, Others* - Review e-mail from L. Flores re: Bilzin Fee Applications | 0.10 | LLC |
| | *Fee Applications, Others* - Review e-mail from L. Ferdinand re: draft order approving 8th interim Fee Application | 0.20 | LLC |
| Sep-11-03 | *Fee Applications, Others* - Finalize Bilzin 25th Fee Application for e-filing | 0.40 | LLC |
| | *Fee Applications, Others* - E-file and serve Bilzin 25th Fee Application | 0.40 | LLC |
| | *Fee Applications, Others* - Review July 2003 time entries for accuracy | 0.10 | LLC |
| Sep-16-03 | *Fee Applications, Others* - Review docket re: objections to docket no. 4326 | 0.10 | LLC |
| | *Fee Applications, Others* - Prepare Certificate of No Objection re: docket no. 4326 and Certificate of Service | 0.20 | LLC |
| | *Fee Applications, Others* - Prepare Certificate of No Objection re: docket no. 548 and Certificate of Service | 0.20 | LLC |
| | *Fee Applications, Others* - Finalize, e-file and serve Certificate of No Objection re: docket no. 4326 | 0.40 | LLC |
| | *Fee Applications, Others* - E-mail to Debtors re: Certificate of No Objection's filed | 0.10 | LLC |
| Sep-17-03 | *Fee Applications, Others* - Review docket re: objections to docket no. 4345 | 0.10 | LLC |
| | *Fee Applications, Others* - Prepare Certificate of No Objection re: docket no. 4345 and Certificate of Service | 0.20 | LLC |

| | | | |
|---|---|---|---|
| | *Fee Applications, Others* - Finalize, e-file and serve Certificate of No Objection re: docket no. 4345 | 0.40 | LLC |
| | *Fee Applications, Others* - Call to J. Sakalo re: Bilzin Certificate of No Objection's | 0.10 | LLC |
| | *Fee Applications, Others* - Call from L. Flores re: Bilzin Certificate of No Objection's | 0.10 | LLC |
| | *Fee Applications, Others* - E-mail to debtors re: Certificate of No Objection's filed | 0.10 | LLC |
| Sep-25-03 | *Fee Applications, Others* - Return call to S. Jones re: CDG Fee Applications | 0.10 | LLC |
| | *Fee Applications, Others* - Review e-mail from S. Jones re: CDG Fee Applications | 0.10 | LLC |
| Sep-26-03 | *Fee Applications, Others* - Finalize 9th monthly CDG Fee Application for e-filing | 0.30 | LLC |
| | *Fee Applications, Others* - Prepare notice of CDG 9th monthly Fee Application and Certificate of Service | 0.20 | LLC |
| | *Fee Applications, Others* - E-file and serve CDG 9th monthly Fee Application | 0.40 | LLC |
| | *Fee Applications, Others* - Finalize CDG 9th Interim Fee Application for e-filing | 0.50 | LLC |
| | *Fee Applications, Others* - Prepare notice of CDG 9th interim Fee Application and Certificate of Service | 0.30 | LLC |
| | *Fee Applications, Others* - E-file and serve CDG 9th interim Fee Application | 0.50 | LLC |
| Sep-30-03 | *Litigation and Litigation Consulting* - Review pleading re: Smolker's request to appear by telephone for next omnibus hearing | 0.10 | TJT |
| Sep-16-03 | *Hearings* - Review agenda for 9/22/03 hearing | 0.10 | TJT |
| Sep-17-03 | *Hearings* - Review correspondence re: e-mail from J. Sakalo re: request to appear by phone during 9/22/03 hearing | 0.10 | TJT |
| | *Hearings* - Prepare e-mail to opposing attorney (Galbraith) re: request by J. Sakalo to appear by phone during 9/22/03 hearing | 0.10 | TJT |
| | *Hearings* - Review correspondence re: e-mail from P. Galbraith re: call in information for telephonic appearance during 9/2/803 hearing | 0.10 | TJT |
| | *Hearings* - Prepare e-mail to J. Sakalo re: call in information for telephonic appearance during 9/22/03 hearing | 0.10 | TJT |
| Sep-18-03 | *Hearings* - Review amended agenda for 9/22/03 hearing | 0.10 | TJT |
| Sep-22-03 | *Hearings* - Prepare for hearing | 0.20 | TJT |
| | *Hearings* - Attend Bankruptcy Court | 1.00 | TJT |
| Sep-03-03 | *Plan and Disclosure Statement* - Teleconference with J. Sakalo and S. Baena and committee members regarding meeting with debtor to discuss plan issues | 0.20 | TJT |
| Sep-02-03 | *Fee Applications, Applicant* - Revise and finalize 9th interim Fee Application and exhibits | 0.50 | LLC |
| | *Fee Applications, Applicant* - E-file and serve 9th interim Fee Application | 0.70 | LLC |
| | *Fee Applications, Applicant* - Review Ferry, Joseph & Pearce 9th quarterly Fee Application prior to filing | 0.20 | TJT |
| Sep-12-03 | *Fee Applications, Applicant* - Review time details for Ferry, Joseph & Pearce July 2003 Fee Application | 0.30 | TJT |
| Sep-15-03 | *Fee Applications, Applicant* - Prepare 27th Fee Application | 0.30 | LLC |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | *Fee Applications, Applicant* - Review Fee auditors final report re: Ferry, Joseph & Pearce 9th interim period quarterly fee application | 0.10 | TJT |
| Sep-18-03 | *Fee Applications, Applicant* - Complete and finalize 27th monthly Fee Application | 0.80 | LLC |
| | *Fee Applications, Applicant* - E-file and serve 27th monthly Fee Application | 0.50 | LLC |
| | *Fee Applications, Applicant* - Review Ferry, Joseph & Pearce 2003 Fee Application prior to filing | 0.20 | TJT |
| Sep-23-03 | *Fee Applications, Applicant* - Review docket re: objections to docket no. 4358 | 0.10 | LLC |
| | *Fee Applications, Applicant* - prepare Certificate of No Objection re: docket No. 4358 and Certificate of Service | 0.20 | LLC |
| | *Fee Applications, Applicant* - Finalize, e-file and serve Certificate of No Objection re: docket no. 4358 | 0.40 | LLC |
| Sep-25-03 | *Fee Applications, Applicant* - Review e-mail from S. Bossay re: 9th interim spreadsheet | 0.10 | LLC |
| | *Fee Applications, Applicant* - Prepare and send 9th interim spreadsheet to S. Bossay | 0.30 | LLC |
| Sep-03-03 | *ZAI Science Trial* - Review pleading re: debtors opposition to ZAI claimants motion for summary judgment | 0.80 | TJT |
| | *ZAI Science Trial* - Review pleading re: debtors opposition to ZAI claimants motion to exclude RJ Lee opinion on cleavage fragments | 0.50 | TJT |
| | *ZAI Science Trial* - Review pleading re: debtors reply to ZAI claimants response to motion for summary judgment (w/attachments) | 1.00 | TJT |
| | *ZAI Science Trial* - Review pleading re: debtors motion to exclude damage evidence | 0.20 | TJT |
| | *ZAI Science Trial* - Review pleading re: debtors reply and memo in support of motion to exclude damage evidence | 0.50 | TJT |
| | *ZAI Science Trial* - Review pleading re: debtors motion to consolidate actions | 0.10 | TJT |
| Sep-09-03 | *ZAI Science Trial* - Review pleading re: ZAI claimants response to debtor's motion to exclude all damage evidence | 0.50 | TJT |
| | *ZAI Science Trial* - Review pleading re: appendix to ZAI claimants response to debtor's motion to exclude all damage evidence | 0.60 | TJT |
| Sep-11-03 | *ZAI Science Trial* - Review amended scheduling order re: ZAI argument on motions for summary judgment | 0.10 | TJT |
| | *ZAI Science Trial* - Prepare e-mail to J. Sakalo re: amended scheduling order re: oral argument on motions for summary judgment | 0.10 | TJT |
| | *ZAI Science Trial* - Review correspondence re: e-mail from J. Sakalo re: amended scheduling order on oral argument for motions for summary judgment | 0.10 | TJT |
| Sep-30-03 | *Asset Disposition* - Review e-mail from J. Sakalo re: CDG's report re: proposed acquisition by debtors | 0.10 | TJT |
| Sep-23-03 | *Other* - Review e-mail from J. Sakalo re: proposed new future claims representative | 0.10 | TJT |
| Sep-24-03 | *Other* - Review correspondence re: e-mail from E. Westbrook re: futures rep | 0.10 | TJT |
| | *Other* - Review e-mail from J. Schwartz re: futures rep | 0.10 | TJT |
| | Totals | 24.70 | |

## DISBURSEMENTS

| | | |
|---|---|---|
| Sep-02-03 | *Expense* - Copying cost | 23.40 |
| | *Expense* - Postage | 5.25 |
| | *Expense* - Service supplies | 11.28 |
| Sep-04-03 | *Expense* - Postage | 9.39 |
| Sep-05-03 | *Expense* - Tristate Courier & Carriage  - delivery charge | 39.00 |
| | *Expense* - Digital Legal Services | 260.49 |
| Sep-11-03 | *Expense* - Copying cost | 16.20 |
| | *Expense* - Postage | 3.27 |
| Sep-12-03 | *Expense* - Parcels, Inc. | 80.00 |
| Sep-16-03 | *Expense* - Copying cost | 12.60 |
| | *Expense* - Postage | 3.50 |
| Sep-17-03 | *Expense* - Parcels, Inc. | 233.75 |
| Sep-18-03 | *Expense* - Copying cost | 10.95 |
| | *Expense* - Postage | 2.58 |
| Sep-23-03 | *Expense* - Copying cost | 10.50 |
| | *Expense* - Postage | 4.80 |
| Sep-26-03 | *Expense* - Copying cost | 29.10 |
| | *Expense* - Postage | 5.93 |
| | Totals | $761.99 |
| | **Total Fees & Disbursements** | **$5,206.99** |