**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| W. R. GRACE & CO. | § | |
| a Delaware corporation, <u>et al.</u>, | § | Case No. 01-01139 (JKF) |
| | § | |
| Debtors. | § | Jointly Administered |
| | § | |
| | § | Re: Docket No. 4673 |

**CERTIFICATION OF NO OBJECTION
REGARDING DOCKET NO. 4673**

The undersigned hereby certifies that, as of the date hereof, he or she has received no answer, objection or other responsive pleading to the Notice of Monthly Fee and Expense Invoice (the "Invoice"), for October 1, 2003 through October 31, 2003 filed on November 11, 2003. The undersigned further certifies that he or she has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Invoice appears thereon. Pursuant to the Invoice, objections to the Invoice were to be filed and served no later than December 9, 2003. Thus Debtors are authorized to pay the undersigned eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Invoice.

December 11, 2003        **WARREN H. SMITH & ASSOCIATES, P.C.**

By: _____
         Warren H. Smith
         State Bar No. 18757050

         325 N. St. Paul Street, Suite 4080
         Republic Center
         Dallas, Texas 75201
         (214) 698-3868
         (214) 722-0081 (FAX)
         **FEE AUDITOR**

WRGraceCNO10.03.rtf