**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W.R. GRACE & CO., *et. al.* | : | Case No. 01-1139 (JKF) |
| | : | (Jointly Administered) |
| Debtors | : | **Objection Deadline: 01/02/04@ 4:00 p.m.** |

**NOTICE OF THIRTEENTH MONTHLY FEE APPLICATION OF
PRICEWATERHOUSECOOPERS LLP, AUDITORS AND TAX CONSULTANTS
FOR DEBTORS, FOR ALLOWANCE OF COMPENSATION AND
REIMBURSEMENT OF EXPENSES FOR THE MONTH OF OCTOBER 2003**

On December 11, 2003, PricewaterhouseCoopers LLP ("PwC") filed its *Thirteenth Fee Application of PricewaterhouseCoopers LLP, Auditors and Tax Consultants For Debtors, For Allowance of Compensation and Reimbursement of Expenses for the Month of October 2003* (the "Application") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801 (the "Bankruptcy Court"). The Application seeks an order approving the payment of post-petition fees and expenses incurred by PwC on behalf of the Debtors.

Objections and other responses to the relief requested in the Application, if any, must be in writing and be filed with the Bankruptcy Court no later than 4:00 p.m. Eastern Time on **January 2, 2003**.

At the same time, you must also serve a copy of the objections or responses, if any, upon the following: (i) counsel for PwC, John C. Goodchild, III, Esquire, Morgan, Lewis & Bockius, LLP, 1701 Market Street, Philadelphia, PA 19103 (fax number 215-963-5001), and Kathleen Miller, Smith, Katzenstein & Furlow, LLP, The Corporate Plaza, 800 Delaware Avenue, P.O. Box 410, Wilmington, DE 19899 (fax number 302-652-8405); (ii) the Debtors, W.R. Grace & Co., Attn: David B. Siegel, Senior Vice President and General Counsel, 7500 Grace Drive, Columbia, MD 21044; (iii) co-counsel for the Debtors, James H.M. Sprayregen, Esquire,

{MCM7283.DOC}

Kirkland & Ellis, 200 East Randolph Drive, Chicago, IL 60601 (fax number 312-861-2200), and Laura Davis Jones, Esquire, Pachulski, Stang, Ziehl, Young & Jones, P.C., 919 North Market Street, Suite 1600, P.O. Box 8705, Wilmington DE 19899-8705 (fax number 302-652-4400); (iv) co-counsel ro the debtor-in-possession lender, J. Douglas Bacon, Esquire, Latham & Watkins, Sears Tower, Suite 5800, Chicago, IL 60606 (fax number 312-993-9767), and Steven M. Yoder, Esquire, The Bayard Firm, 222 Delaware Avenue, Suite 900, P.O. Box 25130, Wilmington, DE 19899 (fax number 302-658-6395); (v) counsel for the Official Committee of Unsecured Creditors, Lewis Kruger, Esquire, Strock & Stroock & Lavan, LLP, 180 Maiden Lane, New York, NY 10038-4982 (fax number 212-806-6006), and Michael R. Lastowski, Esquire, Duane, Morris & Heckscher, LLP, 1100 N. Market Street, Suite 1200, Wilmington, DE 19801-1246 (fax number 302-657-4901); (vi) counsel to the Official Committee of Asbestos Property Damage Claimants, Scott L. Baena, Esquire, Bilzin, Sumberg, Dunn, Baena, Price & Axelrod, First Union Financial Center, 200 South Biscayne Blvd, Suite 2500, Miami, FL 33131 (fax number 305-374-7593), and Michael B. Joseph, Esquire, Ferry & Joseph, P.A., 824 Market Street, Suite 904, P.O. Box 1351, Wilmington, DE 19899 (fax number 302-575-1714); (vii) counsel to the Official Committee of Personal Injury Claimants, Elihu Inselbuch, Esquire, Caplin & Drysdale, 399 Park Avenue, 36th Floor, New York, NY 10022 (fax number 212-644-6755), and Matthew G. Zaleski, III, Esquire, Campbell & Levine, LLC, Chase Manhattan Centre, 15th Floor, 1201 Market Street, Suite 1500, Wilmington, DE 19801 (fax number 302-426-9947); (viii) counsel to the Official Committee of Equity Holders, Philip Bentley, Esquire, Kramer, Levin, Naftalis & Frankel, LLP, 919 Third Avenue, New York, NY 10022 (fax number 212-715-8000), and Theresa K.D. Currier, Esquire, Klett Rooney Lieber & Schorling, 1000 West Street, Suite 1410, Wilmington, DE 19801 (fax number 302-552-4295); (ix) the Fee Auditor, Warren H.

{MCM7283.DOC}

Smith, Warren H. Smith & Associates, 900 Jackson Street, 120 Founders Square, Dallas, TX 75202; and (x) the Office of the United States Trustee, Frank J. Perch, Esquire, 844 King Street, Suite 2311, Wilmington, DE 19801 (fax number 302-573-6497).

IF NO OBJECTIONS ARE TIMELY FILED AND SERVED IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF DEMANDED BY THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Dated: December 12, 2003                     SMITH, KATZENSTEIN & FURLOW, LLP

                                             /s/ Kathleen M. Miller
                                             Kathleen Miller (I.D. No.2898)
                                             The Corporate Plaza
                                             800 Delaware Avenue, 7th Floor
                                             P.O. Box 410
                                             Wilmington, DE 19899 (Courier 19801)
                                             Telephone: 302-652-8400
                                             Telecopy: 302-652-8405
                                             Email: Kmiller@skfdelaware.com

                                             Attorneys for Applicant
                                             PricewaterhouseCoopers LLP

{MCM7283.DOC}

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on this 12th day of December, 2003, a copy of the foregoing ***Notice Of Thirteenth Monthly Fee Application Of PricewaterhouseCoopers LLP, Auditors And Tax Consultants For Debtors, For Allowance Of Compensation And Reimbursement Of Expenses For The Month Of October 2003*** was served on the attached 2002 list by first class mail.

                /s/ Kathleen M. Miller
                Kathleen M. Miller

{MCM7283.DOC}