**Attachment B**
**To Fee Application**

**Summary of PwC's Fees By Professional**
**October 2003**

**Professional Profiles**

| Name of Professional | Position with the Firm | Number of Years in Profession | Hourly Bill Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Larry Farmer | Audit Partner | 34 | 743 | 16.40 | 12,185 |
| John Althoff | National Audit Parnter | 20+ | 1346 | 1.00 | 1,346 |
| Peter Woolf | Tax Partner | 20+ | 762 | 2.30 | 1,753 |
| Craig Cleaver | SPA Manager | 6 | 541 | 1.50 | 812 |
| Sandra David | Audit Manager | 6 | 487 | 34.50 | 16,802 |
| Todd Hutcherson | Audit Manager | 11 | 569 | 24.70 | 14,054 |
| Will Choi | Audit Manager | 6 | 487 | 80.10 | 39,009 |
| Tom Kalinosky | Audit Specialist | 10+ | 723 | 2.50 | 1,808 |
| Maureen Driscoll | SPA Senior Associate | 3 | 416 | 9.00 | 3,744 |
| Cheryl Frick | Audit Senior Associate | 4 | 342 | 93.20 | 31,874 |
| Nina Govic | Audit Senior Associate | 3 | 342 | 1.70 | 581 |
| Aimee Stickley | Audit Associate | 2 | 270 | 126.30 | 34,101 |
| Jonelle Lippolis | Audit Senior Associate | 3 | 349 | 68.20 | 23,802 |
| Bianca Rodriguez | Audit Associate | <1 | 197 | 70.50 | 13,889 |
| Scott Tremble | Audit Associate | 2 | 197 | 79.00 | 15,563 |
| Lilla Runco | National Sr. Manager | 10+ | 1079 | 2.50 | 2,698 |
| Jerri Jacobs | Audit Senior Associate | 5 | 389 | 8.00 | 3,112 |
| Courtney Sowers | Audit Associate | 2 | 197 | 6.50 | 1,281 |
| Nicholas Stromann | Audit Associate | <1 | 197 | 69.80 | 13,751 |
| Maureen Yeager | Audit Associate | 1 | 232 | 106.20 | 24,638 |
| | **TOTAL** | | | **803.90** | **256,800** |

| | | |
|---|---|---:|
| Total at Standard Rate | $ | 256,800.40 |
| 55 % Accrual Rate Adjustment | $ | (141,240.22) |
| Total at 45% Accrual Rate | $ | 115,560.18 |

**SARBANES**

| Name of Professional | Position with the Firm | Number of Years in Profession | Hourly Bill Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Larry Farmer | Audit Partner | 34 | 743 | 2.20 | 1,635 |
| Ray Bromark | Concurring Audit Partner | 30+ | 1550 | 3.00 | 4,650 |
| William Choi | Audit Manager | 6 | 487 | 1.50 | 731 |
| Todd Hutcherson | Audit Senior Manager | 11 | 569 | 7.40 | 4,211 |
| | **TOTAL** | | | **14.10** | **11,226** |

| | | |
|---|---|---:|
| Total at Standard Rate | $ | 11,225.70 |
| 35 % Accrual Rate Adjustment | $ | (3,929.00) |
| Total at 65% Accrual Rate | $ | 7,296.71 |

| | | |
|---|---|---:|
| **Total Fees Requested:** | $ | 122,856.89 |

{MCM8587.DOC}

### Summary of PwC's Fees By Project Category:
### September 2003

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 01-Assets Analysis and Recovery | | |
| 02-Asset Disposition | | |
| 03-Business Operations | | |
| 04-Case Administration | | |
| 05-Claim  Analysis Objection & Resolution (Asbestos) | | |
| 06-Claim Analysis Objection & Resolution (Non-asbestos) | | |
| 07-Committee, Creditors', Noteholders', or Equity Holders' | | |
| 08-Employee Benefits/Pension | | |
| 09-Employee Applications, Applicant | | |
| 10-Employment Applications, Others | | |
| 11-Financing | | |
| 12-Fee Applications, Others | | |
| 13-Financing | | |
| 14-Hearings | | |
| 15-Litigation and Litigation Consulting | | |
| 16-Plan and Disclosure Statement | | |
| 17-Relief from Stay Proceedings | | |
| 18-Tax Issues | | |
| 19-Tax Litigation | | |
| 20-Travel- Non-working | | |
| 21-Valuation | | |
| 22-ZAI Science Trial | | |
| 23-ZAI Science Trial-Expenses | | |
| 24-Other | | |
| 25-Accounting/Auditing | 818.00 | $122,856.89 |

| 26-Business Analysis | | |
|---|---|---|
| 27-Corporate Finance | | |
| 28-Data Analysis | | |
| TOTAL: | 818.00 | $122,856.89 |

### Expense Summary
### October 2003

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| Transportation | N/A | $2,742.41 |
| Lodging | N/A | 475.91 |
| Sundry | N/A | 41.98 |
| Business Meals | N/A | 379.82 |
| TOTAL: | | $3,640.12 |

{MCM8587.DOC}