**W. R. Grace & Co.**
**Time Summary Report**
**Month Ended October 31, 2003**

| Date | Hours | Description of Services Provided | Bill Rate | | Cost ($) |
|---|---|---|---|---|---|
| **Name:  Nina Govic** | | | | | |
| **10/20/2003** | 0.50 | bankruptcy filing - complete application for September 2003 | $ | 342 | 171.00 |
| **Name:  Bianca Rodriguez** | | | | | |
| 10/27/03 | 0.50 | Updated Time Summary. | $ | 197 | 98.50 |
| **10/3/12003** | 0.5 | Prepared Time Summary | $ | 197 | 0.00 |
| **Name:  Nicholas Stromann** | | | | | |
| **10/17/2003** | 1.1 | Personal time and expense reporting for the Bankruptcy Courts for the month of October. | $ | 197 | 216.70 |
| | 1.7 | Compilation of the engagement's teams time and expenses for Bankrupct Courts for the month of October. | $ | 197 | 334.90 |
| **10/13/2003** | 1.3 | Personal time and expense reporting for the Bankruptcy Courts for the month of October. | $ | 197 | 256.10 |
| **Name:  Maureen Yeager** | | | | | |
| **10/21/2003** | 3.1 | Personal time and expense reporting for the Bankruptcy Courts for the month of September. | $ | 232 | $  719.20 |
| | 2.4 | Compilation of the Time and Expense Reporting for the engagement team for September. | $ | 232 | $  556.80 |
| **Name:  Cheryl Frick** | | | | | |
| **10/13/2003** | 3.1 | Documentation of personal time and expense detail for the month of August for the Bankruptcy Courts. | $ | 342 | $  1,060.2 |
| **10/15/2003** | 0.5 | Documentation of personal time and expense detail for the month of September for the Bankruptcy Courts. | $ | 342 | $  171.0 |
| **Name:  aimee Stickley** | | | | | |
| **10/07/2003** | 0.9 | Time tracking for September 2003 | $ | 270 | $  243.00 |
| | | **Total Time to Track time** | | | 3,827.40 |
| | | **Total Time to Track time (at 45% discount)** | $ | 16 | **1,722.33** |