**EXHIBIT B**

| | Date | Title | Total | Description |
|---|---|---|---|---|

**CONSOLIDATED AUDIT - October 2003**
**EXPENSE DETAIL -**

**Nina Govic**   10/31/03   Audit Senior Associate   $ 621.40   Airfare for Nick Stromann, Associate, for travel to inventory from Baltimore to Lake Charles, LA

$ 621.40

**Todd Hutcherson**   **Sarbanes Expenses**
09/30/03   Audit Senior Manager   $ 33.84   Mileage in excess of normal commute for Grace Sarbanes Oxley work (94 miles)

$ 33.84

**Audit Expenses**
10/21/03   Audit Senior Manager   $ 36.72   Mileage in excess of normal commute for 3rd quarter interim review (102 miles)
10/22/03   Audit Senior Manager   $ 36.72   Mileage in excess of normal commute for 3rd quarter interim review (102 miles)

$ 73.44

**Jerri Jacobs**   10/30/03   Audit Senior Associate   $ 14.95   Overtime meal during Lake Charles Inventory Observation.
10/30/03   Audit Senior Associate   $ 119.52   Mileage in excess of normal commute for Lake Charles Inventory (332 miles)
10/30/03   Audit Senior Associate   $ 80.46   Hotel for the Lake Charles Inventory Observation

$ 214.93

**Sandy David**   10/14/03   Audit Manager   $ 2.19   Mileage in excess of normal commute (6.09 miles)
10/24/03   Audit Manager   $ 2.19   Mileage in excess of normal commute (6.09 miles)
10/27/03   Audit Manager   $ 2.19   Mileage in excess of normal commute (6.09 miles)
10/28/03   Audit Manager   $ 2.19   Mileage in excess of normal commute (6.09 miles)
10/30/03   Audit Manager   $ 2.19   Mileage in excess of normal commute (6.09 miles)
10/31/03   Audit Manager   $ 2.19   Mileage in excess of normal commute (6.09 miles)
10/31/03   Audit Manager   $ 285.95   Lunch at Asiana Grill with 5 Grace employees and 4 audit team members

$ 299.09

**Jonelle Lippolis**   10/16/03   Audit Senior Associate   $ 10.00   Parking in office in order to pick up W.R. Grace files
10/17/03   Audit Senior Associate   $ 20.00   Parking in office in order to pick up W.R. Grace files

$ 30.00

**Bianca Rodriguez**   10/20/03   Audit Associate   $ 7.72   Mileage in excess of normal commute (27 miles - $2 Roundtrip train fare)
10/21/03   Audit Associate   $ 7.28   Mileage in excess of normal commute (23 miles from office to client/client to home - $1 Train fare home)
10/22/03   Audit Associate   $ 7.72   Mileage in excess of normal commute (27 miles - $2 Roundtrip train fare)
10/23/03   Audit Associate   $ 6.92   Mileage in excess of normal commute (22 mile trip to client/client to office - $1 train fare home)
10/27/03   Audit Associate   $ 7.72   Mileage in excess of normal commute (27 miles - $2 Roundtrip train fare)
10/28/03   Audit Associate   $ 7.72   Mileage in excess of normal commute (27 miles - $2 Roundtrip train fare)
10/29/03   Audit Associate   $ 7.72   Mileage in excess of normal commute (27 miles - $2 Roundtrip train fare)
10/30/03   Audit Associate   $ 7.72   Mileage in excess of normal commute (27 miles - $2 Roundtrip train fare)
10/31/03   Audit Associate   $ 7.72   Mileage in excess of normal commute (27 miles - $2 Roundtrip train fare)

$ 68.24

**Scott Tremble**   10/24/03   Audit Associate   $ 4.83   1 Dozen donuts for client and staff
10/27/03   Audit Associate   $ 7.90   1.5 Dozen donuts for client and staff

$ 12.73

**William Choi**   10/01/03   Audit Manager   $ 27.37   Mileage in excess of normal commute (76.03 miles)
10/17/03   Audit Manager   $ 27.37   Mileage in excess of normal commute (76.03 miles)
10/20/03   Audit Manager   $ 27.37   Mileage in excess of normal commute (76.03 miles)
10/22/03   Audit Manager   $ 27.37   Mileage in excess of normal commute (76.03 miles)

$ 109.48

| Name | Date | Title | Total | Description |
|---|---|---|---|---|
| **Larry Farmer** | 10/21/03 | Audit Partner | $ 23.40 | Mileage in excess of normal commute (65 miles) |
| | 10/22/03 | Audit Partner | $ 23.40 | Mileage in excess of normal commute (65 miles) |
| | | | **$ 46.80** | |
| **Aimee Stickley** | 10/07/03 | Audit Associate | $ 26.64 | Mileage in excess of normal commute (74 miles) |
| | 10/08/03 | Audit Associate | $ 26.64 | Mileage in excess of normal commute (74 miles) |
| | 10/10/03 | Audit Associate | $ 26.64 | Mileage in excess of normal commute (74 miles) |
| | 10/13/03 | Audit Associate | $ 26.64 | Mileage in excess of normal commute (74 miles) |
| | 10/14/03 | Audit Associate | $ 26.64 | Mileage in excess of normal commute (74 miles) |
| | 10/15/03 | Audit Associate | $ 26.64 | Mileage in excess of normal commute (74 miles) |
| | 10/16/03 | Audit Associate | $ 26.64 | Mileage in excess of normal commute (74 miles) |
| | 10/17/03 | Audit Associate | $ 26.64 | Mileage in excess of normal commute (74 miles) |
| | 10/20/03 | Audit Associate | $ 26.64 | Mileage in excess of normal commute (74 miles) |
| | 10/21/03 | Audit Associate | $ 26.64 | Mileage in excess of normal commute (74 miles) |
| | 10/22/03 | Audit Associate | $ 26.64 | Mileage in excess of normal commute (74 miles) |
| | 10/23/03 | Audit Associate | $ 26.64 | Mileage in excess of normal commute (74 miles) |
| | 10/24/03 | Audit Associate | $ 26.64 | Mileage in excess of normal commute (74 miles) |
| | 10/26/03 | Audit Associate | $ 636.86 | Airfare for trip to/from Cincinnati |
| | 10/26/03 | Audit Associate | $ 5.10 | Metro to get to/from airport ($2.55 each way) |
| | 10/28/03 | Audit Associate | $ 3.00 | Parking at Metro for Cincinnati inventory observation |
| | 10/26/03 | Audit Associate | $ 22.26 | Dinner while in Cincinnati for inventory observation |
| | 10/26/03 | Audit Associate | $ 89.54 | Rental car for inventory in Cincinnati |
| | 10/26/03 | Audit Associate | $ 319.50 | Hotel (2 nights - 10/26 and 10/27) while in Cincinnati for client inventory |
| | 10/27/03 | Audit Associate | $ 5.55 | Dinner while in Cincinnati for inventory observation |
| | 10/31/03 | Audit Associate | $ 42.48 | Mileage to Baltimore for Curtis Bay inventory (118 miles) |
| | | | **$ 1,470.61** | |
| **Nick Stromann** | 10/06/03 | Audit Associate | $ 9.68 | Transportation in excess of normal commute (38 miles - $4 Metro) |
| | 10/07/03 | Audit Associate | $ 9.68 | Transportation in excess of normal commute (38 miles - $4 Metro) |
| | 10/08/03 | Audit Associate | $ 4.12 | Mileage to Tyson's Office (17 miles *.36/mile)-$2 Metro |
| | 10/09/03 | Audit Associate | $ 4.12 | Mileage from Tyson's Office (17 miles*.36/mile)-$2 Metro |
| | 10/10/03 | Audit Associate | $ 9.68 | Transportation in excess of normal commute (38 miles - $4 Metro) |
| | 10/13/03 | Audit Associate | $ 9.68 | Transportation in excess of normal commute (38 miles - $4 Metro) |
| | 10/14/03 | Audit Associate | $ 9.68 | Transportation in excess of normal commute (38 miles - $4 Metro) |
| | 10/15/03 | Audit Associate | $ 9.68 | Transportation in excess of normal commute (38 miles - $4 Metro) |
| | 10/27/03 | Audit Associate | $ 41.98 | Purchase of steel-toed boots required for 10/31 inventory at Lake Charles |
| | 10/30/03 | Audit Associate | $ 15.48 | Roundtrip to Baltimore Washington International Airport from Tysons Corner Office (43 miles x $.36) for Lake Charles inventory |
| | 10/31/03 | Audit Associate | $ 9.52 | Trip from Baltimore Washington International Airport to home after Lake Charles inventory (32 miles -$2 Metro) |
| | 10/30/03 | Audit Associate | $ 4.88 | Dinner in Lake Charles, Louisiana during the inventory observation |
| | 10/30/03 | Audit Associate | $ 45.48 | Rental Car for trip from Lake Charles Airport to Sulphur Louisiana for inventory observation |
| | 10/30/03 | Audit Associate | $ 75.95 | Hotel in Lake Charles for inventory observation |
| | 10/31/03 | Audit Associate | $ 16.00 | Breakfast after inventory in Lake Charles |
| | 10/31/03 | Audit Associate | $ 3.85 | Gas to top off rental car gas tank after Lake Charles inventory observation |
| | 10/31/03 | Audit Associate | $ 17.50 | Lunch in Houston during layover from Lake Charles |
| | 10/31/03 | Audit Associate | $ 17.00 | Parking at Baltimore Washington International Airport |
| | | | **$ 313.96** | |
| **Maureen Yeager** | 10/06/03 | Audit Associate | $ 28.80 | Transportation in excess of normal commute (80 miles) |
| | 10/07/03 | Audit Associate | $ 28.80 | Transportation in excess of normal commute (80 miles) |
| | 10/10/03 | Audit Associate | $ 28.80 | Transportation in excess of normal commute (80 miles) |
| | 10/13/03 | Audit Associate | $ 28.80 | Transportation in excess of normal commute (80 miles) |
| | 10/14/03 | Audit Associate | $ 28.80 | Transportation in excess of normal commute (80 miles) |
| | 10/15/03 | Audit Associate | $ 28.80 | Transportation in excess of normal commute (80 miles) |
| | 10/16/03 | Audit Associate | $ 28.80 | Transportation in excess of normal commute (80 miles) |
| | 10/17/03 | Audit Associate | $ 28.80 | Transportation in excess of normal commute (80 miles) |
| | 10/20/03 | Audit Associate | $ 28.80 | Transportation in excess of normal commute (80 miles) |
| | 10/21/03 | Audit Associate | $ 28.80 | Transportation in excess of normal commute (80 miles) |
| | 10/22/03 | Audit Associate | $ 28.80 | Transportation in excess of normal commute (80 miles) |
| | 10/23/03 | Audit Associate | $ 28.80 | Transportation in excess of normal commute (80 miles) |
| | | | **$ 345.60** | |

**CONSOLIDATED AUDIT**
**EXPENSE DETAIL**
**October 2003**

| Personnel | Date | Transportation | Lodging | Sundry | Business Meals and Entertainment | Description |
|---|---|---|---|---|---|---|
| **Nina Govic** | 10/31/2003 | $ 621.40 | | | | Airfare for Nick Stromann from Baltimore to Grace's Lake Charles Plant |
| **Todd Hutcherson** | 9/30/2003 | $ 33.84 | | | | Mileage in excess of normal commute |
| **Todd Hutcherson** | 10/21/2003 | $ 36.72 | | | | Mileage in excess of normal commute |
| **Todd Hutcherson** | 10/22/2003 | $ 36.72 | | | | Mileage in excess of normal commute |
| **Jerri Jacobs** | 10/30/03 | | | | $ 14.95 | Overtime meal |
| **Jerri Jacobs** | 10/30/03 | $ 119.52 | | | | Mileage in excess of normal commute |
| **Jerri Jacobs** | 10/30/03 | | $ 80.46 | | | Hotel |
| **Sandy David** | 10/14/03 | $ 2.19 | | | | Mileage in excess of normal commute |
| **Sandy David** | 10/24/03 | $ 2.19 | | | | Mileage in excess of normal commute |
| **Sandy David** | 10/27/03 | $ 2.19 | | | | Mileage in excess of normal commute |
| **Sandy David** | 10/28/03 | $ 2.19 | | | | Mileage in excess of normal commute |
| **Sandy David** | 10/30/03 | $ 2.19 | | | | Mileage in excess of normal commute |
| **Sandy David** | 10/31/03 | $ 2.19 | | | | Mileage in excess of normal commute |
| **Sandy David** | 10/31/03 | | | | $ 285.95 | Lunch for engagement team and WR Grace client personnel |
| **Jonelle Lippolis** | 10/16/03 | $ 10.00 | | | | Parking |
| **Jonelle Lippolis** | 10/17/03 | $ 20.00 | | | | Parking |
| **Bianca Rodriguez** | 10/20/03 | $ 7.72 | | | | Mileage in excess of normal commute |
| **Bianca Rodriguez** | 10/21/03 | $ 7.28 | | | | Mileage in excess of normal commute |
| **Bianca Rodriguez** | 10/22/03 | $ 7.72 | | | | Mileage in excess of normal commute |
| **Bianca Rodriguez** | 10/23/03 | $ 6.92 | | | | Mileage in excess of normal commute |
| **Bianca Rodriguez** | 10/27/03 | $ 7.72 | | | | Mileage in excess of normal commute |
| **Bianca Rodriguez** | 10/28/03 | $ 7.72 | | | | Mileage in excess of normal commute |
| **Bianca Rodriguez** | 10/29/03 | $ 7.72 | | | | Mileage in excess of normal commute |
| **Bianca Rodriguez** | 10/30/03 | $ 7.72 | | | | Mileage in excess of normal commute |
| **Bianca Rodriguez** | 10/31/03 | $ 7.72 | | | | Mileage in excess of normal commute |
| **Scott Tremble** | 10/24/03 | | | | $ 4.83 | Breakfast for the engagement team and WR Grace client personnel |
| **Scott Tremble** | 10/27/03 | | | | $ 7.90 | Breakfast for the engagement team and WR Grace client personnel |
| **Will Choi** | 10/01/03 | $ 27.37 | | | | Mileage in excess of normal commute |
| **Will Choi** | 10/17/03 | $ 27.37 | | | | Mileage in excess of normal commute |
| **Will Choi** | 10/20/03 | $ 27.37 | | | | Mileage in excess of normal commute |
| **Will Choi** | 10/22/03 | $ 27.37 | | | | Mileage in excess of normal commute |
| **Larry Farmer** | 10/21/03 | $ 23.40 | | | | Mileage in excess of normal commute |
| **Larry Farmer** | 10/22/03 | $ 23.40 | | | | Mileage in excess of normal commute |
| **Aimee Stickley** | 10/07/03 | $ 26.64 | | | | Mileage in excess of normal commute |
| **Aimee Stickley** | 10/08/03 | $ 26.64 | | | | Mileage in excess of normal commute |
| **Aimee Stickley** | 10/10/03 | $ 26.64 | | | | Mileage in excess of normal commute |
| **Aimee Stickley** | 10/13/03 | $ 26.64 | | | | Mileage in excess of normal commute |
| **Aimee Stickley** | 10/14/03 | $ 26.64 | | | | Mileage in excess of normal commute |
| **Aimee Stickley** | 10/15/03 | $ 26.64 | | | | Mileage in excess of normal commute |
| **Aimee Stickley** | 10/16/03 | $ 26.64 | | | | Mileage in excess of normal commute |
| **Aimee Stickley** | 10/17/03 | $ 26.64 | | | | Mileage in excess of normal commute |
| **Aimee Stickley** | 10/20/03 | $ 26.64 | | | | Mileage in excess of normal commute |
| **Aimee Stickley** | 10/21/03 | $ 26.64 | | | | Mileage in excess of normal commute |
| **Aimee Stickley** | 10/22/03 | $ 26.64 | | | | Mileage in excess of normal commute |
| **Aimee Stickley** | 10/23/03 | $ 26.64 | | | | Mileage in excess of normal commute |
| **Aimee Stickley** | 10/24/03 | $ 26.64 | | | | Mileage in excess of normal commute |
| **Aimee Stickley** | 10/26/03 | $ 636.86 | | | | Airfare from DC to Cincinnati |
| **Aimee Stickley** | 10/26/03 | $ 5.10 | | | | Metro to/from Airport |
| **Aimee Stickley** | 10/28/03 | $ 3.00 | | | | Metro parking for Cincinnati Inventory |
| **Aimee Stickley** | 10/26/03 | | | | $ 22.26 | Overtime meal |
| **Aimee Stickley** | 10/26/03 | $ 89.54 | | | | Rental Car for Cincinnati Inventory |
| **Aimee Stickley** | 10/26/03 | | $ 319.50 | | | Hotel |
| **Aimee Stickley** | 10/27/03 | | | | $ 5.55 | Overtime meal |
| **Aimee Stickley** | 10/31/03 | $ 42.48 | | | | Mileage in excess of normal commute |

| Personnel | Date | Transportation | Lodging | Sundry | Business Meals and Entertainment | Description |
|---|---|---|---|---|---|---|
| **Nick Stromann** | 10/06/03 | $ 9.68 | | | | Mileage in excess of normal commute |
| **Nick Stromann** | 10/07/03 | $ 9.68 | | | | Mileage in excess of normal commute |
| **Nick Stromann** | 10/08/03 | $ 4.12 | | | | Mileage in excess of normal commute |
| **Nick Stromann** | 10/09/03 | $ 4.12 | | | | Mileage in excess of normal commute |
| **Nick Stromann** | 10/10/03 | $ 9.68 | | | | Mileage in excess of normal commute |
| **Nick Stromann** | 10/13/03 | $ 9.68 | | | | Mileage in excess of normal commute |
| **Nick Stromann** | 10/14/03 | $ 9.68 | | | | Mileage in excess of normal commute |
| **Nick Stromann** | 10/15/03 | $ 9.68 | | | | Mileage in excess of normal commute |
| **Nick Stromann** | 10/27/03 | | | $ 41.98 | | Steel toed boots for Lake Charles inventory |
| **Nick Stromann** | 10/30/03 | $ 15.48 | | | | Mileage to Airport |
| **Nick Stromann** | 10/31/03 | $ 9.52 | | | | Mileage from Airport to home |
| **Nick Stromann** | 10/30/03 | | | | $ 4.88 | Overtime meal |
| **Nick Stromann** | 10/30/03 | $ 45.48 | | | | Rental Car for Lake Charles inventory |
| **Nick Stromann** | 10/30/03 | | $ 75.95 | | | Hotel |
| **Nick Stromann** | 10/31/03 | | | | $ 16.00 | Breakfast during Lake Charles inventory |
| **Nick Stromann** | 10/31/03 | $ 3.85 | | | | Gas for rental car for Lake Charles inventory |
| **Nick Stromann** | 10/31/03 | | | | $ 17.50 | Lunch during Lake Charles inventory |
| **Nick Stromann** | 10/31/03 | $ 17.00 | | | | Parking at Airport |
| **Maureen Yeager** | 10/06/03 | $ 28.80 | | | | Mileage in excess of normal commute |
| **Maureen Yeager** | 10/07/03 | $ 28.80 | | | | Mileage in excess of normal commute |
| **Maureen Yeager** | 10/10/03 | $ 28.80 | | | | Mileage in excess of normal commute |
| **Maureen Yeager** | 10/13/03 | $ 28.80 | | | | Mileage in excess of normal commute |
| **Maureen Yeager** | 10/14/03 | $ 28.80 | | | | Mileage in excess of normal commute |
| **Maureen Yeager** | 10/15/03 | $ 28.80 | | | | Mileage in excess of normal commute |
| **Maureen Yeager** | 10/16/03 | $ 28.80 | | | | Mileage in excess of normal commute |
| **Maureen Yeager** | 10/17/03 | $ 28.80 | | | | Mileage in excess of normal commute |
| **Maureen Yeager** | 10/20/03 | $ 28.80 | | | | Mileage in excess of normal commute |
| **Maureen Yeager** | 10/21/03 | $ 28.80 | | | | Mileage in excess of normal commute |
| **Maureen Yeager** | 10/22/03 | $ 28.80 | | | | Mileage in excess of normal commute |
| **Maureen Yeager** | 10/23/03 | $ 28.80 | | | | Mileage in excess of normal commute |
| **Summary** | **Total** | **Transportation** | **Lodging** | **Sundry** | **Business Meals** | |
| | 3,640.12 | 2,742.41 | 475.91 | 41.98 | 379.82 | |