IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Deadline: January 2, 2004 at 4:00 p.m.**
**Hearing Date: TBD only if necessary**

## FEE DETAIL FOR WALLACE KING MARRARO & BRANSON PLLC'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM OCTOBER 1, 2003 THROUGH OCTOBER 31, 2003

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Wallace
King
Marraro
Branson

**WALLACE KING MARRARO & BRANSON, PLLC**
**1050 THOMAS JEFFERSON STREET, N.W.**
**WASHINGTON, DC  20007**

Phone 202.204.1000
Fax 202.204.1001

December 10, 2003

Richard Senftleben
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044

Invoice#    1387

For Professional Services Rendered in Connection with Honeywell, Inc. - Matter 6

Professional Services:

| | | | **Hours** |
|---|---|---|---|
| 10/01/2003 | BJB | Download and prepare site remediation plan documents from Berger Group for Messrs. Marraro and Hughes and file (.5); telephone conference with U.S. EPA re FOIA request and Online ECHO database (.5); analyze, organize and incorporate new post trial and appeal correspondence and filings into indexed case file and create files (4.2). | 5.20 |
| 10/01/2003 | CHM | Conference with Mr. Agnello re various issues (.5); prepare for argument on Honeywell motion for stay (1.5). | 2.00 |
| 10/01/2003 | ACZ | Research Army Corp of Engineers permitting requirements (1.3). | 1.30 |
| 10/01/2003 | MLW | Preparation for hearing on motion to stay injunction before District Court, scheduled for 10/2/03 (5.2) | 5.20 |
| 10/02/2003 | BJB | Respond to follow up call from U.S. EPA re FOIA Request (.3); research production database and CD's for pertinent information re hazardous waste manifest at Metro Field Ball Park Site for Mr. Hughes and Dr. Brown (3.3); prepare results of same (1.7); telephone conference with Dr. Brown's office re results (.4). | 5.70 |

| | | | |
|---|---|---|---|
| 10/02/2003 | BJB | Review, analyze, organize, prepare and incorporate new correspondence and site remediation documents into case files (1.8). | 1.80 |
| 10/02/2003 | CHM | Meeting with Mr. Agnello re preparation for argument (1.5); attend court hearing on Honeywell motion to stay (2.0); post-hearing conference with Mr. Agnello and client (.8); review letter of credit issues raised in letters of Special Master (.5). | 4.80 |
| 10/03/2003 | BJB | Continue incorporation of new post trial correspondence and case documents into indexed case files (6.5). | 6.50 |
| 10/03/2003 | CHM | Travel to DC from NJ (2.0). (Note: Travel time billed at 50%; 10% here or 1.8; 40% at end of statement). | 1.80 |
| 10/03/2003 | CHM | Meeting with Mr. Agnello re settlement conference statement (1.5); conference with client (.3). | 1.80 |
| 10/03/2003 | MLW | Preparation for briefing on merits of Honeywell's appeal, regarding post-trial evidence (8.8) | 8.80 |
| 10/06/2003 | BJB | Incorporate court filings into Appeal Pleadings file (.8). | 0.80 |
| 10/06/2003 | CHM | Travel to NJ for meeting with Special Master (2.0). (Note: Travel time billed at 50%; 10% here or 1.8; 40% at end of statement.) | 1.80 |
| 10/07/2003 | BJB | Organize and incorporate September correspondence and court filings into case files (1.8). | 1.80 |
| 10/07/2003 | CHM | Travel from Newark to DC (2.0). (Note: Travel time billed at 50%; 10% or 1.8 here; 40% at end of Statement.) | 1.80 |
| 10/08/2003 | BJB | Review, coordinate and prepare new correspondence for incorporation into indexed case files (2.5). | 2.50 |
| 10/08/2003 | CHM | Conference with A&P (.5); conference with client (.5); conference with Mr. Agnello (1.0). | 2.00 |
| 10/09/2003 | BJB | Research Westlaw and Lexis, download and prepare tabbed binder of cases cited by Honeywell in its opposition to ECARG's petition for attorneys' fees (6.5). | 6.50 |

| 10/09/2003 | WFH | Review Honeywell's opposition to ECARG's fee petition and multi-volume exhibits thereto (2.5); conferences with Mr. Marraro re Honeywell's opposition and Grace's reply thereto (.8); review cases cited by Honeywell in their brief and prepare argument distinguishing same (3.2); legal research re Honeywell's "one RCRA case" argument and prepare outline of rebuttal points thereto (2.8). | 9.30 |
| --- | --- | --- | --- |
| 10/09/2003 | CHM | Review letter of credit issues (1.0); conference with Brown re contract issues (.5); conference with client (.3). | 1.80 |
| 10/09/2003 | TRP | Research on attorney fee issues (2.0). | 2.00 |
| 10/09/2003 | RLS | Researched DC attorneys' fees rates for RCRA fee petition (2.0) | 2.00 |
| 10/10/2003 | BJB | Assist in preparation of pertinent documents for Mr. Hughes in re Reply to Honeywell's opposition to ECARG's attorneys' fee petition (2.5); continue incorporation of new correspondence and documents into indexed case files and electronic files (3.5). | 6.00 |
| 10/10/2003 | WFH | Draft and revise section of reply brief re Honeywell's "one RCRA case" argument (2.8); factual research re same including efforts to cooperate with ICO and differences between the parties' expert cases (2.3); review Honeywell Letter of Credit circulated by Connell Foley (.3). | 5.40 |
| 10/10/2003 | WFH | Review Connell Foley letter re scope of riparian grants and conduct legal research re same (1.4); conference with Mr. Golladay re assignment (.3). | 1.70 |
| 10/10/2003 | RLS | Researched DC attorneys' fees rates for RCRA fee petition (4.1); researched 3rd Circuit RCRA fee-shifting cases (3.7.) | 7.80 |
| 10/11/2003 | WFH | Prepare and revise table for brief comparing ECARG's and ICO's RCRA cases (2.8); review trial transcripts in connection with preparing chart (1.4). | 4.20 |
| 10/11/2003 | CHM | Review Honeywell's opposition to attorney fee petition and exhibits (5.2). | 5.20 |

| 10/13/2003 | BJB | Conference with Mr. Hughes re assignment (.3); research Lexis for pertinent information for Reply to Honeywell's Opposition (2.0); analyze, summarize an draft memo of results to attorney hours for Reply (3.5); review fee petition re paralegal cse hours for Reply (2.0); prepare memo of research results re case depositions for Reply (1.2). | 9.00 |
|---|---|---|---|
| 10/13/2003 | WFH | Conference call with Mr. Agnello re arguments for reply brief (1.6); draft and revise section of reply brief re reasonableness of Wallace King's hourly rates (2.8); legal research re applicable rates issue (2.3); conferences with Ms. Banks and staff re expenses questioned by Honeywell and preparing rebuttal points thereto (.8); factual research re same (2.3). | 9.80 |
| 10/13/2003 | CHM | Several conference calls re response to attorney fee petitions (4.5). | 4.50 |
| 10/13/2003 | TRP | Research re attorney fee issues (6.1). | 6.10 |
| 10/13/2003 | RLS | Researched DC attorneys' fees rates for RCRA fee petition (3.9); researched 3rd Circuit RCRA fee-shifting cases (4.6) | 8.50 |
| 10/14/2003 | BJB | Conference with Mr. Hughes re results of factual research assignment for Reply (.3); research ECARG's RCRA costs petition appendices collect, analyze and summarize pertinent attorney billing rates information for Mr. Hughes (6.8); prepare email memo re results (1.0); conference with Mr. Hughes re pertinent documents re Reply (.2); research Lexis and make telephone calls to National Law Journal for pertinent information re reply (.2); collect, prepare and email pertinent documents to Mr. Hughes (.4); incorporate new mediation documents into indexed case files and create new file (.4). | 9.30 |
| 10/14/2003 | WFH | Legal research re recoverability of fees for non-testifying consultants (4.2); conferences with CTEH staff re tasks performed in case and work with Mr. Marraro on declaration re same (2.6); draft and revise section of reply brief re CTEH (2.4); conference with Ms. Banks re assignment and review documents provided by Banks (.4). | 9.60 |
| 10/14/2003 | CHM | Conference with ICO counsel re river sampling (.5). | 0.50 |

| | | | |
|---|---|---|---|
| 10/14/2003 | CHM | Conference with Mr. Hughes re reply to brief and telephone conference with Mr. Agnello (1.5); conference with client (.5); conference with plaintiffs re fee petition issues (.5); review research memo re appeal issues (1.2). | 3.70 |
| 10/14/2003 | TRP | Research re awards of attorney fees (5.9). | 5.90 |
| 10/14/2003 | RLS | Researched attorneys' fees award cases for RCRA fee petition (7.5) | 7.50 |
| 10/15/2003 | BJB | Follow up with National Law Journal re pertinent article on attorney billing rates for Mr. Hughes (.3); research case files for pertinent information re case depositions and discovery for Reply to Honeywell's Opposition for Mr. Hughes and prepare memos of results (6.7). | 7.00 |
| 10/15/2003 | WFH | Review sections of Caffrey declaration re ECARG's testifying experts and confer with experts' staff re rebuttal points to same (3.2); work with experts to prepare outlines of points to be made in reply declarations of Anderson, Davis and Belsito (1.9); factual research re Honeywell's challenge to Schmiermund's testimony as being unrelated to RCRA case (1.2); draft and revise section of brief re relevance of Schmiermund testimony to RCRA case (2.0); conferences with Ms. Banks and staff re assembling information to rebut Honeywell's challenge to WKMB expenses (.7); review same (.5). | 9.50 |
| 10/15/2003 | CHM | Attend NRD meeting in Trenton re chromium issues (3.5). | 3.50 |
| 10/15/2003 | TRP | Research re fee petitions in RCRA cases and other cases using lodestar (3.4); meetings with B. Hughes and B. Banks re additions for expert declarations (.4); review Honeywell's Opposition brief on fees for experts and review documentation already submitted by experts in support of fees (3.6). | 7.40 |
| 10/15/2003 | RLS | Researched attorneys' fees award cases for RCRA fee petition (8.2) | 8.20 |

| | | | |
|---|---|---|---|
| 10/16/2003 | BJB | Assist Ms. Parker on pertinent information re experts Chapman, Belsito, Davis and Anderson invoices for Reply (.7); conference with Ms. Bynum re request on collection of case production for Reply (.3); continue review of Petitionre paralegal case hours for Reply (4.0); review, coordinate and organize new correspondence (.8). | 5.80 |
| 10/16/2003 | NAB | Analysis and calculation of total case copying in preparation for Reply to Honeywell's Opposition to ECARG's fee petition (1.0). | 1.00 |
| 10/16/2003 | WFH | Review section of Caffrey declaration and prepare list of rebuttal points to same for inclusion in Marraro declaration (5.3); conferences with staff re same (.8); work with Mr. Marraro re draft of declaration on same, including examples of Honeywell litigation tactics causing ECARG to incur hours (2.7); legal research on burden of proof argument (.8). | 9.60 |
| 10/16/2003 | CHM | Review various issues and case files re appeal (2.0). | 2.00 |
| 10/16/2003 | TRP | Emails to experts and telephone conferences with staff members at the offices of Andy Davis, Dr. Belsito, and Dr. Anderson (2.8): telephone conference with Dr. Chapman re declaration to support fee petition (.7); review Dr. Anderson billing statements, expert report and deposition and draft a list of specific items for further explanation (3.7); review Dr. Belsito invoices and draft list of specific items for further explanation (.5). | 7.70 |
| 10/16/2003 | RLS | Researched attorneys' fees award cases (8.6) | 8.60 |
| 10/17/2003 | BJB | Complete compilation of various tasks performed by paralegals throughout the case in preparation for Reply (3.3); collect pertinent factual information and calculate estimate of copies made for designated categories of documents for Reply (3.0); prepare memo of results and email messages re same to Mr. Hughes (3.0). | 9.30 |

| | | | |
|---|---|---|---|
| 10/17/2003 | WFH | Review portions of Honeywell opposition brief and Caffrey declaration re ECARG's testifying experts and confer with experts' staff re rebuttal points to same (1.2); prepare outlines of suggestions to be made in reply declarations of Brown and Goad (1.2); factual research re Honeywell's challenge to Belsito's risks assessment work conference with expert re same (3.9); draft and revise section of brief re relevance of Schmiermund testimony to RCRA case (2.0); conferences with staff re assembling information to rebut Honeywell's challenge to WKMB expenses (.7); review same (.5). | 9.50 |
| 10/17/2003 | CHM | Review fee petition issues with Mr. Hughes (1.0); conference with Mr. Agnello (.5). | 1.50 |
| 10/17/2003 | CHM | Work on response to fee petition and prepare invoices (2.0). | 2.00 |
| 10/17/2003 | TRP | Email to B. Hughes on status of getting declarations for response to Honeywell's opposition to fee petition (.3); review email from Dr. Chapman with answers to questions regarding his billing, his expert report, deposition and itineraries, and draft declaration for him to execute (3.2); additional calls to Dr. Anderson to get information on billing and begin working with Dr. Anderson on declaration based on her deposition and expert report (2.1); westlaw research re degree of particularity required for expert fees in fee shifting cases (1.8). | 7.40 |
| 10/17/2003 | RLS | Researched attorneys' fees award cases (8.7) | 8.70 |
| 10/18/2003 | WFH | Work with Dr. Brown on declaration (1.0); draft and revise section of brief re reasonableness of WKMB hourly rates (1.5); review cases and factual research re prevailing rates in NJ market (1.2); locate and review declarations submitted by Agnello re same (.4). | 4.10 |
| 10/18/2003 | TRP | Review invoices and descriptions of work performed by experts' staff members, and email Andy Davis re Van Middlesworth (1.9). | 1.90 |
| 10/20/2003 | BJB | Collect, calculate and prepare pertinent information re case filings for Reply (3.5); prepare memo and email of results (1.6); search case files for pertinent information on expert for Ms. Parker re Reply (.4); incorporate prep materials for Reply into electronic case files (.5). | 6.00 |

| | | | |
|---|---|---|---|
| 10/20/2003 | WFH | Revise Mr. Marraro's reply declaration (4.5); conferences with Ms. Parker re experts' declarations (.5); work with Anderson and Belsito re declarations (.6); research re recoverability of expenses challenged by Honeywell (1.2); conference with Ms. Flax re reply brief and expense issues (.4); conferences with staff re assembling information to rebut Honeywell's challenge to WKMB hours (.7); review same (.5); prepare list of tasks conducted by paralegals and draft sections of brief and declaration re same (1.4). | 9.80 |
| 10/20/2003 | CHM | Comment on response letter to DEP re Clean Machine (.6). | 0.60 |
| 10/20/2003 | CHM | Conference call with Mr. Agnello (.5); conference call with client (.3). | 0.80 |
| 10/20/2003 | TRP | Email with B. Banks re travel expenses billed by experts during trial (.4); work with Chapman re declaration (.4); telephone conference with J. Van Middlesworth re details on her billing (1.0); begin work with Andy Davis re declaration (3.7); additional research re burden of proof and evidence in fee shifting cases (.4). | 5.90 |
| 10/20/2003 | RLS | Researched attorneys' fees award cases re fee award to overall award ratio (8.5) | 8.50 |
| 10/20/2003 | MLW | Preparation for anticipated motion to stay injunction before Third Circuit Court of Appeals (5.3) | 5.30 |
| 10/21/2003 | BJB | Telephone conference with Mr. Hughes re assignment (.3); review case records re Connell Foley, analyze and draft memo and table of results for Reply for Mr. Hughes (2.5); research case records re case chronology collect and prepare supporting documents for Reply for Mr. Hughes (2.0); review new correspondence and documents, coordinate and prepare for incorporation into case files (2.0). | 6.80 |
| 10/21/2003 | WFH | Revisions to Mr. Marraro's reply declaration (1.2); review and revise draft Chapman declaration (.8); factual and legal research re Honeywell's challenge to pre-trial work (3.9); work on section of reply brief re same (2.8). | 8.70 |
| 10/21/2003 | CHM | Conference with client (.5); confer with expert re Jersey City (.5); conference with Agnello (.3). | 1.30 |

| 10/21/2003 | TRP | Revise expert declarations and email to B. Hughes based on emails with Dr. Belsito, A. Davis and P. Chapman (.7); telephone call with Sciences International re status of getting information for Dr. Anderson's declaration, review document by Sciences and work with Anderson re declaration (3.3); emails with A. Davis and P. Chapman with revisions to their declarations (.3). | 4.30 |
|---|---|---|---|
| 10/21/2003 | RLS | Researched attorneys' fees award cases - outside entity evaluated requested fees and found them reasonable - for RCRA fee petition (4.5) | 4.50 |
| 10/22/2003 | BJB | Complete memo re Connell Foley for Reply (1.3); follow up on FOIA to U.S. EPA (.8); incorporate new correspondence and documents into indexed case files (3.9). | 6.00 |
| 10/22/2003 | WFH | Factual and legal research re Honeywell's challenge to post-trial findings and office conferences (1.2); work on section of reply brief re same (1.3); prepare and revise sections of Marraro declaration re same (1.1); factual and legal research re large fee awards to include in table for brief and confer with Ms. Schuller re same (3.6); revisions to reply brief and work on introduction to same (1.4). | 8.60 |
| 10/22/2003 | CHM | Review transcript from hearing on motion to stay (.5); conference with client (.5); meeting with M. Williams re research issues for appeal (1.0). | 2.00 |
| 10/22/2003 | TRP | Research re burden of proof issues in fee shifting cases (7.2); email with Sciences International re Dr. Anderson's schedule for executing declaration (.2). | 7.40 |
| 10/22/2003 | RLS | Researched attorneys' fees award cases - multiple parties may receive fee awards for work done on the same claim - for RCRA fee petition (6.1). | 6.10 |
| 10/23/2003 | BJB | Conferences with Mr. Hughes re additional assignments re Reply (.4); research Westlaw for pertinent cases for Reply for Mr. Hughes (.8); research case files, collect pertinent formation re Honeywell's in limine brief and Honeywell site consultants for Mr. Hughes (2.5); draft memos re results (1.3); research case records re trial dates for Reply and prepare memo re results (1.0). | 6.00 |

| 10/23/2003 | WFH | Legal research re recoverability of fees for monitoring cleanup (1.2); prepare argument and draft section of reply brief re Honeywell's challenge to monitoring fees (1.4); revise Marraro and Brown declarations (1.3); work with Andy Davis re declaration and review Geomega invoices in connection with same (2.9); review RCRA case law in connection with appeal (.8). | 7.60 |
| --- | --- | --- | --- |
| 10/23/2003 | RLS | Distinguished cited cases in Honeywell's opposition to ECARG's RCRA fees petition (8.5) | 8.50 |
| 10/24/2003 | BJB | Continue research of case records for questions on case motions, briefs, etc. and correspondence re Reply (7.5); draft memos and send emails re results (.8). | 8.30 |
| 10/24/2003 | WFH | Review section of Caffrey declaration re allegedly unreasonable hours billed by ECARG's experts, experts' invoices and prepare list of rebuttal points re experts for inclusion in brief and experts' declarations (4.5); legal research re Honeywell burden of proof in opposing fee application (1.3); review new case correspondence (.6). | 6.40 |
| 10/24/2003 | CHM | Conference with expert re Jersey City and other issues (1.0); conference with plaintiffs re extension and page limit issues (.5); further conference with Mr. Williams re appeal issues (.6); conference with Mr. Hughes re fee petition (.6). | 2.70 |
| 10/24/2003 | RLS | Researched attorneys' fees award cases - senior attorneys may receive fees for trial prep work - for RCRA fee petition (4.0) | 4.00 |
| 10/27/2003 | BJB | Complete compilation and analysis of information and calculations for reply to Honeywell's opposition (4.0); prepare memos of results and email to Mr. Hughes (3.2). | 7.20 |
| 10/27/2003 | WFH | Review section of Mr. Caffrey's declaration re Honeywell's criticism of Dr. Brown's work, confer with Dr. Brown and staff re same, and prepare rebuttal to Honeywell's argument for opposition brief (4.6); work with Dr. Brown re declaration for use in support of Grace's opposition brief (1.4); prepare section of opposition brief re ECARG's entitlement to submit future fee applications and conduct legal research in support of same, including review of cases cited by Honeywell (2.8); conferences with Ms. Flax and Ms. Parker re brief (.6). | 9.40 |

| 10/27/2003 | CHM | Conference call with Daneker (.2). | 0.20 |
|---|---|---|---|
| 10/27/2003 | RLS | Researched attorneys' fees award cases - researched experts/consultant fees recoverability - for RCRA fee petition (9.1) | 9.10 |
| 10/27/2003 | MLW | Research issues related to Special Master proceedings (5.2) | 5.20 |
| 10/28/2003 | BJB | Complete preparation of file memorandum and supporting Documents for Reply to Honeywell's Opposition (1.0); analyze Lexis research results of RCRA 7002-3 cases(2.4); research online ECHO database for Mr. Marraro (3.8). | 7.20 |
| 10/28/2003 | CHM | Prepare e-mail on Honeywell development issues (.8); conference with McGuire re same (.5); conference with Mr. Hughes re Special Master meeting with DEP (.5). | 1.80 |
| 10/28/2003 | TRP | Email with Dr. Belsito, Sciences International and A. Davis re drafts of declarations and scheduling to execute (.4); arrange and meet with P. Chapman to get signature page for declaration (.3); email with Julie Van Middlesworth re fee petition (.1). | 0.80 |
| 10/28/2003 | MLW | Research issues related to Special Master proceedings (9.2). | 9.20 |
| 10/29/2003 | BJB | Download from Lexis, review and organize research for Mr. Marraro (3.0); continue research of additional Lexis administrative agency databases ( 3.2); research Site appeal cases for pertinent agency information (.8); conference with Mr. Williams re results (.3); review and coordinate new correspondence and create new case files (.5). | 7.80 |
| 10/29/2003 | WFH | Conference with Dr. Brown re his declaration and scope of work performed by SI Group in this matter (re RCRA fee petition) (.4); conference with CTEH re rebuttal to Honeywell argument on RCRA fees (.4). | 0.80 |
| 10/29/2003 | CHM | Telephone conference with Milch re various issues (.6); conference with client re same (.3); conference call with Mr. Hughes re outcome of Special Master's meeting with DEP (.5); review Judge Ackerman's letter re remediation and rules (.6); review plaintiffs' reply brief in Riverkeeper (1.0). | 3.00 |

| 10/29/2003 | TRP | Call with M. Tuffield re unpaid bill for Schmiermund and Valera and meetings with B. Banks, K. Campbell and J. Kelly to try to determine whether invoice was paid (.7). | 0.70 |
|---|---|---|---|
| 10/29/2003 | MLW | Research issues related to Special Master proceeding (7.2) | 7.20 |
| 10/30/2003 | BJB | Review new case correspondence and Documents and incorporate into indexed Case files, electronic files and create new Files (1.8). | 1.80 |
| 10/30/2003 | BJB | Conference with Ms. Ross re assignment on review of U.S. EPA site data (.3); review and analyzeRCRA 7003 issues for Mr. Williams (1.3); research case records for pertinent information re Reply for Mr. Hughes prepare emails re Grace's filings, correspondence and Berger and Pretrial Order (2.0); collect documents for Mr. Hughes (.3); organize new correspondence and incorporate into case file (1.0). | 4.90 |
| 10/30/2003 | WFH | Review section of Mr. Caffrey's declaration re Honeywell's criticism of Dr. Davis' and Geomega's work, conferences with Dr. Davis and staff re same, and prepare rebuttal to Honeywell's argument re same (4.6); review draft of Dr. Davis' declaration for use in support of Grace's opposition brief (.5); revise sections of opposition brief re ECARG's expenses, challenge to Dr. Belsito's hours, and recovery of fees for CTEH's services (2.8); conduct factual and legal research in support of same (1.0); conferences with Ms. Parker re brief and supporting declarations (.5). | 9.40 |
| 10/30/2003 | RLS | Researched attorneys' fees award cases - fee award to overall award ratio a party may recover paralegal fees - for RCRA fee petition (7.8). | 7.80 |
| 10/30/2003 | MLW | Research re appeal issues (4.4). | 4.40 |
| 10/31/2003 | WFH | Review section of Mr. Caffrey's declaration re allegedly excessive paralegal hours and confer with staff re same (1.2); legal research re recovery of paralegal time and prepare section of brief rebutting Honeywell's argument on paralegals (1.3). | 2.50 |
| 10/31/2003 | CHM | Conference call with Mr. Agnello re various issues (1.5); conference with plaintiffs re extension (.3). | 1.80 |

| | | | |
|---|---|---|---:|
| 10/31/2003 | RLS | Researched attorneys' fees award cases - multiple parties may receive fee awards for work done on the same claim - for RCRA fee petition (2.5). | 2.50 |

|  |  | **Amount** |
|---|---:|---:|
| Total fees | 537.40 | 136,187.00 |

Disbursements:

| | |
|---|---:|
| Copying | 2,742.20 |
| Facsimile | 17.25 |
| Telephone | 666.39 |
| Online research | 8,459.61 |
| Delivery services/messengers | 36.30 |
| Federal Express | 80.31 |
| Parcels, Inc. - Copies from Federal Record Center Archives per Mrs. Banks - 8/31/03 | 147.75 |
| M. Williams - Meal in New Jersey at the deposition of William Sheehan on 8/25/03 (1 person) | 8.16 |
| J. Kelley - Overtime Transportation for redacting and copying accounting records on 8/11/03 | 26.16 |
| B. Banks - Overtime Transportation for working on response to Honeywell on  8/12/03 | 24.80 |
| B. Banks - Overtime Transportation for working on response to Honeywell's request on 8/11/03 | 24.80 |
| B. Banks - Overtime Transportation for working on response to Honeywell's request on 8/15/03 | 24.80 |
| M. Williams - Meal in New Jersy at deposition of William Sheehan on 8/26/03 (1 person) | 11.00 |
| M. Williams - R/T Coach Air Fare to New Jersy for deposition of William Sheehan  on 8/26/2003 | 553.50 |
| M. Williams - Hotels in New Jersey for deposition of William Sheehan on 8/26/03 (1 night) | 284.80 |
| M. Williams - Auto Rental in New Jersy for deposition of William Sheehan 8/25-26/03 | 166.31 |
| M. Williams - Parking at airport on trip to New Jersy for deposition of William Sheehan 8/26/2003 | 30.00 |
| C. Marraro - Meal in Newark on 2/21/03 working on exhibit issues (1 person) | 25.00 |
| C. Marraro - Meal with expert E. Anderson in DC on 2/25/03 (2 people) | 223.75 |
| C. Marraro - Meal with S. German in Md. on 2/27/03 (2 people) | 42.49 |
| C. Marraro - Meal with B. Corcoran in Columbia, MD on 3/3/03 (2 people) | 57.04 |
| C. Marraro - Meal with Mr. Nagy in DC on 3/7/03 (2 people) | 196.90 |
| C. Marraro - Working Meal in DC with Mr. Hughes on 3/29/03 (2 people) | 30.30 |
| C. Marraro - Working Meal with C. Williams on 3/30/03 (2 | 64.33 |

people)

| | |
|---|---|
| C. Marraro - Meal with Mr. Nagy in NJ on 4/1/03 (2 people) | 69.75 |
| C. Marraro - Meal with P. Goad in DC on 4/4/2003 (2 people) | 32.50 |
| C. Marraro - Meal with Mr.Senftleben and Mr. Agnello in NJ on 4/17/03 (3 people) | 61.55 |
| C. Marraro - Working Lunch with Mr. Hughes on 4/17/03 (2 people) | 39.45 |
| C. Marraro - Working Lunch with Mr. Hughes and Mr. Williams on 4/23/03 (3 people) | 75.80 |
| C. Marraro - Dinner with A. Nagy on 4/25/03 (2 people) | 241.22 |
| C. Marraro - Meal with K. Brown in Houston on 5/02/03 (2 people) | 49.35 |
| C. Marraro - Meal with Messrs. McGuire, B. Bowe and A Nagy in NJ on 5/13/03 (4 people) | 294.30 |
| C. Marraro - Meal with Mr. Hughes and Mr. Goad in D.C. on 5/15/03 (3 people) | 90.08 |
| C. Marraro - Coach Air Fare to and from Charlston, SC on 3/4/03 | 1,112.50 |
| C. Marraro - Coach Air Fare from Chicago to Newark and then to DC on 4/01/03 | 1,044.50 |
| C. Marraro - Coach Air Fare from Newark to DC on 4/4/03 | 322.50 |
| C. Marraro - Coach Air Fare from DC to Newark on 4/7/03 | 324.00 |
| C. Marraro - Coach Air Fare from Newark to DC on 4/9/03 | 275.00 |
| C. Marraro - Coach Air Fare from NYC to DC on 4/11/03 | 226.50 |
| C. Marraro - R/T Coach Air Fare to and from Newark, NJ on 4/17/03 | 597.50 |
| C. Marraro - R/T Coach Air Fare to and from Newark, NJ on 5/12/03 | 597.50 |
| C. Marraro - Hotel in Newark, NJ 4/1/03 (1 night) | 254.10 |
| C. Marraro - Hotel in NJ for meetings on 4/10/03 (1 night) | 318.18 |
| C. Marraro - Hotel in Newark on 4/17/03 (1 night) | 236.53 |
| C. Marraro - Auto Rental in Newark for meeting on 2/20/03 | 77.40 |
| C. Marraro - Auto Rental in Florida on 3/17/03 (3 days) | 192.24 |
| C. Marraro - Auto Rental in Newark 4/1/03 (1 day) | 104.66 |
| C. Marraro - Auto Rental in Newark on 4/8/03 (1 day) | 96.80 |
| C. Marraro - Auto Rental in Newark on 4/10-11/03 (2 days) | 184.33 |
| C. Marraro - Auto Rental in Newark on 4/17-18/03 (1 day) | 84.97 |
| C. Marraro - Parking at airport on trip to Charlston, SC on 3/4/03 | 30.00 |
| C. Marraro - Parking at airport on trip to Newark and DC on 4/1/03 | 27.50 |
| C. Marraro - Parking at airport on trip to Newark 4/4/03 | 15.00 |
| C. Marraro - Parking at airport on trip to Newark on 4/7/03 | 30.00 |
| C. Marraro - Parking at airport on trip to Newark on 4/17/03 | 30.00 |
| C. Marraro - Meal on trip to Newark on 6/4/03 (1 person) | 8.48 |
| C. Marraro - Dinner with Mr, Agnello, Ms. Flax and Mr. Nagy in DC on 5/23/03 (4 people) | 234.21 |
| C. Marraro - Dinner with Mr, Senftleben, Mr. Agnello and K. | 212.61 |

Brown in NJ on 6/9/03 (4 people)

| | |
|---|---:|
| C. Marraro - Meal with Mr. Agnello, Mr. Maxwell and Mr. Butler in NJ on 5/29/03 (4 people) | 165.27 |
| Boston Coach - Pick up Mr Marraro in Newark and take to airport on 6/10/03 | 83.52 |
| C. Marraro - Coach Air Fare to Newark on 5/20/03 | 300.00 |
| C. Marraro - Coach Air Fare from Newark, NJ on 5/20/03 | 217.50 |
| C. Marraro - Coach Air Fare from Newark, NJ to DC on 5/27/03 | 324.00 |
| C. Marraro -Coach Air Fare from New York to DC on 6/3/03 | 229.00 |
| C. Marraro - R/T Coach Air Fare Newark, NJ on 6/4/2003 | 602.50 |
| C. Marraro - Hotel in Newark on 5/27/03 (1 night) | 288.72 |
| C. Marraro - Hotel in New York on 6/4/03 (1 night) | 298.94 |
| C. Marraro - Hotel in Newark on 6/9/03 (1 night | 325.44 |
| C. Marraro - Auto Rental  in Newark on 5/13/03 (1 day) | 91.88 |
| C. Marraro - Auto Rental in Newark on 5/21-22/03 (2 days) | 125.81 |
| C. Marraro - Auto Rental in Newark on 5/28/03 (1 day) | 104.46 |
| C. Marraro - Auto Rental in Newark on 6/2-3/03 (2 days) | 154.89 |
| C. Marraro - Auto Rental in Newark on 6/9-10/03 (2 days) | 182.87 |
| C. Marraro - Parking at airport on trip to  Newark on 5/20/03 | 30.00 |
| C. Marraro - Parking at airport on trip to  Newark on 5/27/03 | 30.00 |
| C. Marraro - Round Trip Air Fare to Newark on 2/20/03 to meet with expert | 597.50 |
| C. Marraro - Hotel in Miami, FL on 3/23-25/03 (2 Nights) | 482.24 |

| | |
|---|---:|
| Total disbursements | $26,169.50 |
| Total Amount of This Bill | $162,356.50 |
| Less Deduction of 40% of Fees Per Agreement | $54,474.80 |
| Balance Due | $107,881.70 |

### Timekeeper Summary

| Name | | Hours | Rate |
|---|---|---:|---:|
| Zacaroli, Alec C. | Associate | 1.30 | $225.00 |
| Banks, Barbara J. | Paralegal | 139.20 | $135.00 |
| Marraro, Christopher H. | Partner | 54.90 | $440.00 |
| Williams, Michael L. | Associate | 45.30 | $225.00 |
| Bynum, Natasha A. | Legal Clerk | 1.00 | $100.00 |
| Schuller, Rebecca L. | Associate | 102.30 | $180.00 |
| Parker, Tamara R. | Associate | 57.50 | $290.00 |
| Hughes, William F. | Counsel | 135.90 | $350.00 |

Wallace
King
Marraro
Branson

**WALLACE KING MARRARO & BRANSON, PLLC**
**1050 THOMAS JEFFERSON STREET, N.W.**
**WASHINGTON, DC  20007**

Phone 202.204.1000
Fax 202.204.1001

December 10, 2003

Richard Senftleben
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044

Invoice#    1392

For Professional Services Rendered in Connection with Remediation Matters

Professional Services:

| | | | **Hours** |
|---|---|---|---|
| 10/01/2003 | CHM | Review COPR remediation comments from Louis Berger (1.6); conference with Dr. Brown re same (.5). | 2.10 |
| 10/02/2003 | CHM | Review Hughes memo re DEP permitting requirement in preparation for meeting (.5); conference with Dr. Brown re various permitting and wall issues (.6). | 1.10 |
| 10/03/2003 | WFH | Review Louis Berger's Guidance for Remedial Action Work Plan and confer with SI Group re same (.8); conference with Ms. Banks re Metro Park Ballfield remediation issue and review materials provided by BB on same (.8); research re barging/transfer facility issue and call to NJDEP re same (1.2). | 2.80 |
| 10/03/2003 | CHM | Meeting with K. Brown and Mr. Agnello in preparation for Army Corps/EPA meeting on permits (1.8); attend meeting (3.0); post meeting analysis (1.2). | 6.00 |
| 10/06/2003 | CHM | Pre-meeting for Special Master meeting (2.5); dinner meeting with clients re remediation issues (3.0). | 5.50 |
| 10/07/2003 | WFH | Review Louis Berger's Guidance for Remedial Action Work Plan (sediments and groundwater) and confer with SI Group re same (1.3); legal research re issue in connection Honeywell's groundwater investigation (.5); review Honeywell's guaranty sent by Connell Foley (.3). | 2.10 |

| 10/07/2003 | CHM | Attend all-day meeting of Special Master re remediation issues (8.5); post-meeting analysis (1.0). | 9.50 |
| 10/08/2003 | WFH | Review Parsons' stormwater infiltration/discharge control plan and confer with SI re same (.8); legal research re stormwater discharge permitting issue related to cleanup (.5). | 1.30 |
| 10/08/2003 | CHM | Review various Bergee letters re draft work plan and conference with Dr. Brown (1.2). | 1.20 |
| 10/10/2003 | CHM | Prepare letter to Special Master re various remediation issues (1.5); conference with Mr. Agnello re same (.5). | 2.00 |
| 10/14/2003 | CHM | Conference with Brown re various issues (.6); review correspondence from Parsons re various issues (.8) | 1.40 |
| 10/15/2003 | WFH | Review Honeywell's Fifth Progress Report and confer with SI Group re issue raised by same (.6). | 0.60 |
| 10/15/2003 | CHM | Review Parson comments and Beyer responses (1.0). | 1.00 |
| 10/16/2003 | WFH | Review Honeywell's River Discharge Assessment Plan and confer with SI Group re issue raised by same (.6). | 0.60 |
| 10/17/2003 | CHM | Review Parsons letters (.8); conference with Dr. Brown re deep groundwater (.5). | 1.30 |
| 10/20/2003 | CHM | Comment on response letter to DEP re Clean Machine (.6). | 0.60 |
| 10/21/2003 | WFH | Review Parsons letter re utility pipe remediation plan and confer with Dr. Brown re same (.4). | 0.40 |
| 10/21/2003 | CHM | Review Parsons documents (1.2); conference with Brown re wall (.5). | 1.70 |
| 10/23/2003 | WFH | Review Parsons' letter to Louis Berger re deep groundwater investigation work plan and confer with SI Group re same (.7). | 0.70 |
| 10/23/2003 | CHM | Review Berger comments on various workplans and conditional approvals (1.2); review Special Master's request for DEP meeting and conference with Brown re same (.5). | 1.70 |
| 10/24/2003 | CHM | Conference with Dr. Brown re meeting with DEP and other issues (.5). | 0.50 |

| | | | |
|---|---|---|---|
| 10/27/2003 | CHM | Conference call with Dr. Brown re meeting with Berger (.5); review Parsons correspondence and prepare response re parking lot parking (.8) | 1.30 |
| 10/28/2003 | WFH | Conferences with Dr. Brown and Mr. Marraro re meeting with NJDEP on permitting issues (.7); review relevant submissions to Special Master re site permitting issues and confer with Dr. Brown re technical issues in connection with same, including Honeywell's deep wall proposal and options for discharging contaminated water from the Site (1.8); legal research re storm water discharge permit, water use and other potential state permitting issues and calls to regulators in preparation for NJDEP meeting (4.8) | 7.30 |
| 10/28/2003 | CHM | Prepare e-mail on Koppers site (.8); meeting with K. Brown re various remediation issues (2.0). | 2.80 |
| 10/29/2003 | WFH | Pre-meeting conference with Dr. Brown re NJDEP permitting issues and his meeting with PVSC (1.5); travel to Trenton, NJ for NDEP meeting on permitting issues (1.0); meeting with NJDEP and conferences with other parties' counsel re same (2.4); post-meeting conferences with Dr. Brown and Mr. Marraro re permitting and other issues re site remediation (1.6). | 6.50 |
| 10/29/2003 | CHM | Review ICO comments on various work plans (.6); review Special Master approvals and comments on work plans (.7); conference with Brown (.3). | 1.60 |
| 10/30/2003 | WFH | Travel to DC from Trenton (2.0).  (Note:  Travel time billed at 50%; 10% here (1.8) and 40% at end of statement.) | 1.80 |
| 10/30/2003 | ACZ | Conference with Mr. Hughes re applicability of CWA permit requirements to remediation projects (.2); research re same (.4). | 0.60 |
| 10/31/2003 | WFH | Review Honeywell's revised Remedial Action Work Plan and analyze same, including analysis of work plan's conformance with Louis Berger's comments and a comparison of the revised plan to Honeywell's July 2002 draft (3.6); conferences with Mr. Marraro, Dr. Brown and staff re same (.5). | 4.10 |
| 10/31/2003 | CHM | Overview read of Honeywell redraft of work plan (1.0); telephone conference with K. Brown re same (.3); review Berger letters re sediment sampling plans and deep groundwater irrigation (.5). | 1.80 |

| 10/31/2003 | ACZ | Research CWA permitting requirements applicable to remediaton projects (1.9). | | 1.90 |
|---|---|---|---|---|

|  |  | | **Amount** |
|---|---|---|---|
| Total fees | 73.80 | 29,396.50 |

Disbursements:

| Copying | 8.40 |
|---|---|
| Facsimile | 51.75 |

| Total disbursements | $60.15 |
|---|---|

| Total Amount of This Bill | $29,456.65 |
|---|---|

| Balance Due | $29,456.65 |
|---|---|

### Timekeeper Summary

| Name | | Hours | Rate |
|---|---|---|---|
| Zacaroli, Alec C. | Associate | 2.50 | $225.00 |
| Marraro, Christopher H. | Partner | 43.10 | $440.00 |
| Hughes, William F. | Counsel | 28.20 | $350.00 |

Wallace
King
Marraro
Branson

**WALLACE KING MARRARO & BRANSON, PLLC**
**1050 THOMAS JEFFERSON STREET, N.W.**
**WASHINGTON, DC  20007**

Phone 202.204.1000
Fax 202.204.1001

December 10, 2003

Robert Emmett
W. R. Grace & Company
7500 Grace Drive
Columbia, MD  21044

Invoice#    1393

For Professional Services Rendered in Connection with Waterloo - Brewer Road Site - Mater
4

Professional Services:

| | | | **Hours** |
|---|---|---|---|
| 10/03/2003 | WFH | Conferences with Messrs. Emmett and Hogan re effect of summary judgment decision and strategy going forward (.7). | 0.70 |
| 10/07/2003 | WFH | Comprehensive review of evidence and analyze strategy going forward in light of summary judgment decision (1.5). | 1.50 |
| 10/08/2003 | WFH | Conference with Mr. Marraro re evidence of Zotos' liability as an arranger, allocation case, and case strategy following recent summary judgment decision (1.2); legal research on same (.5). | 1.70 |
| 10/08/2003 | CHM | Review list of issues and meeting with Hughes (2.5); review S.J. decision (.6). | 3.10 |
| 10/17/2003 | CHM | Review various deposition transcripts (2.5); discuss paralegal assignments (.5). | 3.00 |
| 10/22/2003 | CHM | Review cases on "arranger" liability (1.5). | 1.50 |
| 10/23/2003 | WFH | Conferences with Messrs. Hogan and Marraro re status conference, trial date, motion to strike and next steps (1.2). | 1.20 |

| | | | **Amount** |
|---|---|---|---|
| Total fees | | 12.70 | 5,129.00 |

Disbursements:

| | |
|---|---:|
| Copying | 11.25 |
| Tolls | 4.00 |
| W. Hughes - Taxi Service to attend mediation in NY on 9/10/03 | 60.00 |
| W. Hughes - Meals (breakfast) with Messrs. Emmette and Hogan on 9/13/03 (3 people) | 30.71 |
| W. Hughes - R/T Coach Air Fare to Buffalo, NY re mediation conference on 8/29/03 | 80.00 |
| W. Hughes - Hotel in Buffalo for mediation conference on 9/13/03 (2 nights) | 202.29 |
| W. Hughes - Parking on trip to Buffalao for mediation conference | 40.00 |

| | |
|---|---:|
| Total disbursements | $428.25 |
| Total Amount of This Bill | $5,557.25 |
| Balance Due | $5,557.25 |

## Timekeeper Summary

| Name | | Hours | Rate |
|---|---|---|---|
| Marraro, Christopher H. | Partner | 7.60 | $440.00 |
| Hughes, William F. | Counsel | 5.10 | $350.00 |

Wallace
King
Marraro
Branson

**WALLACE KING MARRARO & BRANSON, PLLC**
**1050 THOMAS JEFFERSON STREET, N.W.**
**WASHINGTON, DC 20007**

**Phone 202.204.1000**
**Fax 202.204.1001**

December 10, 2003

William Corcoran
Vice President-Public & Regulatory Affairs
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

Invoice#    1394

For Professional Services Rendered in Connection with Libby, Montana - Matter 9

Professional Services:

|  |  |  | **Hours** |
|---|---|---|---|
|  |  |  |  |
| 10/16/2003 | CHM | Review article from client (.5). | 0.50 |
| 10/23/2003 | CHM | Review article from client (.5). | 0.50 |

|  |  | **Amount** |
|---|---|---|
| Total fees | 1.00 | 440.00 |

Disbursements:

| Copying |  | 4.80 |
|---|---|---|
| Total disbursements |  | $4.80 |
| Total Amount of This Bill |  | $444.80 |
| Balance Due |  | $444.80 |

Timekeeper Summary

| Name |  | Hours | Rate |
|---|---|---|---|
| Marraro, Christopher H. | Partner | 1.00 | $440.00 |

Wallace
King
Marraro
Branson

**WALLACE KING MARRARO & BRANSON, PLLC**
**1050 THOMAS JEFFERSON STREET, N.W.**
**WASHINGTON, DC  20007**

**Phone 202.204.1000**
**Fax 202.204.1001**

December 10, 2003

Robert Emmett
W. R. Grace & Company
7500 Grace Drive
Columbia, MD  21044

Invoice#    1395

For Professional Services Rendered in Connection with Acton Matter - Matter 13

Professional Services:

|  |  |  | **Hours** |
|---|---|---|---|
| 10/13/2003 | CHM | Conference call with A. Nagy re potential meeting with Willowbend (.5). | 0.50 |
| 10/31/2003 | CHM | Conference with A. Nagy and D. Fireman/Willowbend re meeting (.6). | 0.60 |

|  |  | | **Amount** |
|---|---|---|---|
| Total fees | 1.10 | | 484.00 |
| Total Amount of This Bill | | | $484.00 |
| Balance Due | | | $484.00 |

### Timekeeper Summary

| Name | | Hours | Rate |
|---|---|---|---|
| Marraro, Christopher H. | Partner | 1.10 | $440.00 |