**EXHIBIT B**
(Expense Detail)

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

December 4, 2003

Bill Number 61687
File Number 0052000-0000043

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

## FOR PROFESSIONAL SERVICES

Re: Litigation and Litigation Consulting

## DISBURSEMENTS

Through October 31, 2003

| | | |
|---|---|---|
| EXCESS POSTAGE | | $1.98 |

OUTSIDE PHOTOCOPYING

| | | | |
|---|---|---|---|
| 10/08/03 | MERRILL COMM - Copies of personnel files requested by in-house counsel | 38.22 | |
| | | | $38.22 |

PHOTOCOPYING

| | | |
|---|---|---|
| 10/02/03 | 2 copies. | 0.24 |
| 10/02/03 | 12 copies. | 1.44 |
| 10/03/03 | 18 copies. | 2.16 |
| 10/08/03 | 5 copies. | 0.60 |
| 10/09/03 | 3 copies. | 0.36 |
| 10/09/03 | 5 copies. | 0.60 |
| 10/14/03 | 1 copy. | 0.12 |
| 10/23/03 | 244 copies. | 29.28 |
| 10/29/03 | 32 copies. | 3.84 |
| 10/30/03 | 90 copies. | 10.80 |
| 10/30/03 | 18 copies. | 2.16 |

David B. Siegel

Re: Litigation and Litigation Consulting

**DISBURSEMENTS**

Through October 31, 2003

PHOTOCOPYING

| | | | |
|---|---|---:|---:|
| 10/31/03 | 10 copies. | 1.20 | |
| 10/31/03 | 76 copies. | 9.12 | |
| | | | $61.92 |

RENT REIMBURSEMENT

| | | | |
|---|---|---:|---:|
| 10/01/03 | Rent & Utilities for document repository at One Winthrop Square - October 2003 | 12,719.40 | |
| | | | $12,719.40 |

MISCELLANEOUS

| | | | |
|---|---|---:|---:|
| 10/17/03 | RECORDKEEPER ARCHIVE - monthly storage fee (10/03) | 400.65 | |
| 10/17/03 | RECORDKEEPER ARCHIVE - 9/8/03 delivery $27 and pickup $38 of boxes | 65.00 | |
| | | | $465.65 |
| | TOTAL DISBURSEMENTS | | $13,287.17 |
| | TOTAL THIS BILL | | $13,287.17 |

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

December 4, 2003

Bill Number  61688
File Number 0052000-0000057

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Re: Fee Applications, Applicant

**DISBURSEMENTS**

Through October 31, 2003

FEDERAL EXPRESS
| 10/07/03 | To Scotta McFarland from RAM on 9/24/03 | 12.19 | |
|---|---|---|---|
| | | | $12.19 |

PHOTOCOPYING
| 10/17/03 | 12 copies. | 1.44 | |
|---|---|---|---|
| 10/23/03 | 123 copies. | 14.76 | |
| | | | $16.20 |

TELEPHONE
| 10/27/03 | 308 | 6174263501 | 4.80 | |
|---|---|---|---|---|
| | | | | $4.80 |

| | TOTAL DISBURSEMENTS | $33.19 |
|---|---|---|

David B. Siegel

|  |  |
|---|---|
| TOTAL THIS BILL | $33.19 |

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

December 4, 2003

Bill Number 61689
File Number 0052000-0000058

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Re: ZAI Science Trial

**DISBURSEMENTS**

Through October 31, 2003

FEDERAL EXPRESS

| | | |
|---|---|---|
| 10/21/03 | To Reed Smith attorney from RAM on 9/29/03 | 38.02 |
| | | $38.02 |

OUTSIDE PHOTOCOPYING

| | | |
|---|---|---|
| 10/08/03 | MERRILL COMM - 1 copy set of CPD business plans for Reed Smith attorney - 9/25/03 | 92.00 |
| | | $92.00 |

PHOTOCOPYING

| | | |
|---|---|---|
| 10/06/03 | 8 copies. | 0.96 |
| 10/06/03 | 4 copies. | 0.48 |
| 10/07/03 | 2 copies. | 0.24 |
| 10/07/03 | 1 copy. | 0.12 |
| 10/07/03 | 6 copies. | 0.72 |
| 10/30/03 | 4 copies. | 0.48 |
| 10/30/03 | 2 copies. | 0.24 |
| 10/30/03 | 1 copy. | 0.12 |

David B. Siegel

Re: ZAI Science Trial

**DISBURSEMENTS**

Through October 31, 2003

PHOTOCOPYING

| | | | |
|---|---|---|---|
| 10/30/03 | 2 copies. | 0.24 | |
| 10/30/03 | 1 copy. | 0.12 | |
| 10/30/03 | 1 copy. | 0.12 | |
| 10/30/03 | 5 copies. | 0.60 | |
| 10/30/03 | 1 copy. | 0.12 | |
| 10/30/03 | 2 copies. | 0.24 | |
| | | | $4.80 |

TELEPHONE

| | | | | |
|---|---|---|---|---|
| 10/30/03 | 329 | 3026525340 | 2.42 | |
| 10/31/03 | 329 | 3034178519 | 0.55 | |
| | | | | $2.97 |

|  |  |
|---|---|
| TOTAL DISBURSEMENTS | $137.79 |
| TOTAL THIS BILL | $137.79 |