## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO. et al. | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**Objection Deadline: January 2, 2004 at 4:00 p.m.**
**Hearing Date: TBD only if necessary**

## SUMMARY COVERSHEET TO TWENTY-FIRST MONTHLY INTERIM APPLICATION OF CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR NOVEMBER 1, 2003 THROUGH NOVEMBER 30, 2003

| | |
|---|---|
| Name of Applicant: | Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein ("CBBG") |
| Authorized to provide professional services to: | Special Litigation and Environmental Counsel to Debtors |
| Date of Retention: | February 1, 2002 |
| Period for which compensation and reimbursement is sought | November 1, 2003 through November 30, 2003 |
| Amount of compensation sought as actual, reasonable and necessary | $55,838.50 for the period November 1, 2003 through November 30, 2003 in professional fees |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $1,919.20 for the period of November 1, 2003 through November 30, 2003 |

This is a:                    Monthly interim application

Prior Applications filed:        Yes

| Date Filed | Period Covered | Requested Fees (80%) | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 04/30/02 | 03/01/02 through 03/31/02 | $11,914.00 | $1,601.57 | Paid | Paid |
| 05/16/02 | 04/01/02 through 04/30/02 | $18,244.80 | $800.41 | Paid | Paid |
| 06/02 | 05/01/02 through 05/31/02 | $10,476.80 | $1,952.06 | Paid | Paid |
| 07/02 | 06/01/02 through 06/30/02 | $23,778.80 | $124.87 | Paid | Paid |
| 08/02 | 07/01/02 through 07/31/02 | $21,644.40 | $382.71 | Paid | Paid |
| 09/02 | 08/01/02 through 08/31/02 | $34,612.80 | $2,524.85 | Paid | Paid |
| 10/02 | 9/01/02 through 9/30/02 | $29,157.20 | $2,926.37 | Paid | Paid |
| 11/02 | 10/01/02 through 10/31/02 | $25,916.00 | $2,067.73 | Paid | Paid |
| 12/02 | 11/01/02 through 11/30/02 | $27,517.20 | $2,314.21 | Paid | Paid |
| 01/03 | 12/01/02 through 12/31/02 | $56,228.40 | $8,398.02 | Paid | Paid |

| 02/03 | 01/01/03 through 01/31/03 | $144,530.40 | $9,533.27 | Paid | Paid |
|-------|---------------------------|-------------|-----------|------|------|
| 03/03 | 02/01/03 through 02/28/03 | $80,008.09 | $19,621.20 | Paid | Paid |
| 04/03 | 03/01/03 through 03/31/03 | $108,130.40 | $16,983.37 | Paid | Paid |
| 5/03 | 04/01/03 through 04/30/03 | $69,407.60 | $3,684.64 | Paid | Paid |
| 6/03 | 05/01/03 through 05/31/03 | $26,057.93 | $0 | Paid | Paid |
| 7/03 | 06/01/30 through 06/30/03 | $60,407.20 | $2,061.28 | Paid | Paid |
| 8/03 | 07/01/03 through 07/31/03 | $78,271.60 | $9,347.66 | Paid | Paid |
| 9/03 | 08/01/03 through 08/31/03 | $48,996.80 | $1,966.20 | Paid | Paid |
| 10/03 | 09/01/03 through 09/30/03 | $29,190.80 | $2,057.14 | Application Pending | Application Pending |
| 11/03 | 10/01/03 through 10/31/03 | $36,243.20 | $1,026.05 | Application Pending | Application Pending |

As indicated above, this is the twenty-first application for interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases.

Summary of Compensation Requested

| Name of Professional Individual | Position, year assumed, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| John M. Agnello | Partner | $340 | 115.50 | $38,080.00 |
| Melissa E. Flax | Partner | $225 | 69.10 | $15,547.50 |
| Robert C. Scrivo | Associate | $210 | 7.10 | $1,491.00 |
| Laura Florence | Paralegal | $75 | 8.90 | $667.50 |
| Jeffrey Falduto | Paralegal | $75 | .70 | $52.50 |

Total Fees            $55,838.50

Total Hours           201.30

## EXPENSE SUMMARY

| Expense Category | Total Expenses |
|---|---|
| Copies – Internal and Outside | $339.29 |
| Westlaw/Pacer | $49.88 |
| Telephone | $703.69 |
| Faxes | $8.00 |
| FedEx | $98.50 |
| Travel | $646.60 |
| Messenger | $52.50 |
| Additional Staff Time | 20.74 |
| Court Reporter (Hearing Transcript) | |
| Meals | |
| | |
| Total | $1,919.20 |

Dated:  December 9, 2003

**ATTACHMENT B**
**TO FEE APPLICATION**
**(November 1, 2003 through November 30, 2003)**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| John M. Agnello | Partner | $340 | 115.50 | $38,080.00 |
| Melissa E. Flax | Partner | $225 | 69.10 | $15,547.50 |
| Robert C. Scrivo | Associate | $210 | 7.10 | $1,491.00 |
| Laura Florence | Paralegal | $75 | 8.90 | $667.50 |
| Jeffrey Falduto | Paralegal | $75 | .70 | $52.50 |

| | | |
|---|---|---|
| Grand Total: | | $55,838.50 |
| Blended Rate: | | |

## COMPENSATION BY PROJECT CATEGORY[1]

| Project Category (Examples) | Total Hours | Total Fees |
|---|---|---|
| Asset Analysis | | |
| Asset Disposition | | |
| Business Operations | | |
| Case Administration | | |
| Claims Analysis Objection Resolution & Estimation (Asbestos) | | |
| Claims Analysis Objection Resolution & Estimation (Non-Asbestos) | | |
| Committee (All – Creditors', Noteholders', Equity Holders', etc.) | | |
| Employee Benefits/Pensions | | |
| Employment Applications, Applicant | | |
| Employment Applications, Others | | |
| Expenses | | $1,919.20 |
| Fee Applications, Applicant | 8.90 | $2,025.50 |
| Fee Applications, Others | | |
| Financing | | |
| Hearings | | |
| Litigation and Litigation Consulting | 185.40 | $52,623.00 |
| Plan and Disclosure Statement | | |
| Relief from Stay Proceedings | | |
| Tax Issues | | |
| Tax Litigation | | |
| Travel – non-working | 7.00 | $1,190.00 |
| Valuation | | |
| ZAI Science Trial | | |
| ZAI Science Trial – Expenses | | |
| Other (Explain) | | |

---

[1] In accordance with the Court's directive at the August 26, 2002 hearing, the compensation by project category has been revised to reflect the additional project categories required by the Court and the Fee Auditor.

## EXPENSE SUMMARY

| Expense Category (Examples) | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Computer Assisted Legal Research | WestLaw/Pacer | $49.88 |
| Facsimile (with rates) | | $8.00 ($1.00 per page) |
| Long Distance Telephone | | $703.69 |
| In-House Reproduction | | $74.40 ($0.15 per page) |
| Outside Reproduction | Mr. Photo | $264.89 |
| Outside Research | | |
| Filing/Court Fees | | |
| Court Transcripts | Charles P. McGuire | |
| Local Travel | | |
| Out-Of-Town Travel | | |
| airfare | Continental | $578.50 |
| car/taxi service | Car service | $68.10 $646.60 |
| Courier & Express Carriers (e.g. Federal Express) | Federal Express | $98.50 |
| Postage | | |
| Other (Explain) - Working meal | | |
| Messenger | | $52.50 |
| Security at Site | SARA Consultants | |
| Additional Staff Time | | 20.74 |
| | | |

Dated:  December 9, 2003

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO. et al.[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## **VERIFICATION**

JOHN M. AGNELLO, after being duly sworn according to law, deposes and says:

1.    I am a partner with the applicant firm, Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein and I am a member in good standing of the bars of the State of New Jersey, the United States District Court for the District of New Jersey, the United States Court of Appeals for the Third Circuit, the State of New York, the United States District Courts for the Southern and Eastern Districts of New York and the Supreme Court of the United States.

---

[1] 'The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. -Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (Ma Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G_ C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners 1, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Curving, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

2.     I have personally performed certain of, and overseen the legal services rendered by Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein as special litigation and environmental counsel to the Debtors and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

3.     The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

John M. Agnello

In the State of New Jersey

SWORN TO AND SUBSCRIBED
before me this 9 th day of December, 2003

Notary Public

My Commission Expires:

LOIS ISAACSON
A Notary Public of New Jersey
My Commission Expires 6/19/06