IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Deadline: January 2, 2004 at 4:00 p.m.**
**Hearing Date: TBD only if necessary**

## FEE DETAIL FOR CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM NOVEMBER 1, 2003 THROUGH NOVEMBER 30, 2003

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

W.R. GRACE & COMPANY                      December 8, 2003
5400 BROKEN SOUND BLVD., N.W.             Invoice No. 21885
BOCA RATON, FL  33487                     Client No.  734680
ATTN: RICHARD A. SENFTLEBEN, ESQ.


For Professional Services Rendered through   11/30/03

Matter #          734680.1          VS. HONEYWELL INTERNATIONAL

## Litigation and Litigation Consulting

| | | | |
|---|---|---|---|
| 11/01/03 JMA | Receipt and review emails from C. Marraro re: issues regarding development of Site | .50 | 170.00 |
| 11/01/03 JMA | Conference call with C. Marraro re: remediation strategy issues | .80 | 272.00 |
| 11/01/03 JMA | Conference with RCS re: redevelopment issues | .30 | 102.00 |
| 11/01/03 JMA | Receipt and review email from Louis Berger Group re: comments to progress report | .10 | 34.00 |
| 11/01/03 JMA | Receipt and review letter from Louis Berger Group to M. Daneker re: progress report #5 | .30 | 102.00 |
| 11/01/03 JMA | Receipt and review letter from Louis Berger Group to M. Daneker re: proposed form of progress report | .40 | 136.00 |
| 11/01/03 JMA | Receipt and review information and analysis re: rail/trucking of COPR | .80 | 272.00 |
| 11/01/03 JMA | Review of and comments to Honeywell revised work plan | 2.30 | 782.00 |
| 11/01/03 JMA | Receipt and review emails from Parsons re: Honeywell work plan | .20 | 68.00 |
| 11/01/03 JMA | Receipt and review email from L. Cartright-Smith re: extension for reply brief (Riverkeeper) | .10 | 34.00 |
| 11/01/03 JMA | Receipt and review email from C. Marraro to L. Cartright-Smith re: extension of reply brief | .10 | 34.00 |
| 11/01/03 JMA | Appeal - receipt and review letter from Judge Ackernman re: mediation | .20 | 68.00 |
| 11/01/03 MEF | Conference call  with JMA and CHM re: remediation strategy issues | .80 | 180.00 |

```
W.R. GRACE & COMPANY                                          December 8, 2003
Client No.                734680                    Page        2
INVOICE NO.               21885
```

11/01/03 RCS Meeting with John Agnello, Esq. regarding          .20     42.00
             recent N.J. Supreme Court cases on condemnation
             where properties were environmentally
             contaminated.

11/01/03 RCS Research regarding impact environmental           1.50    315.00
             contamination has on government's declaration
             of condemnation for re-development purposes.

11/03/03 JMA Phone - C. Marraro and A. Nagy re: Site            .50    170.00
             development issues

11/03/03 JMA Attend meeting with Special Master at Jersey      3.50   1190.00
             City Municipal Utilities Authority

11/03/03 JMA Phone - C. Marraro re: remediation/work plan       .50    170.00
             issues

11/03/03 JMA Phone - C. Marraro re: remediation issues          .50    170.00

11/03/03 JMA Phone - C. Marraro re: mediation issues            .50    170.00

11/03/03 JMA Receipt and review letter from JCMUA to            .30    102.00
             Honeywell re: waste water discharge

11/03/03 MEF Meeting at MUA with Jersey City MUA/DPW/IA        3.50    787.50
             representatives

11/03/03 LF  RCRA Fee Petition - review CBBG expenses           .30     22.50

11/04/03 JMA Letter to C. Marraro and K. Brown re: waste        .20     68.00
             water discharge

11/04/03 JMA Prepare summary of meeting with Special Master    1.00    340.00
             at JCMUA

11/04/03 JMA Letter to C. Marraro with summary of JCMUA         .20     68.00
             meeting

11/04/03 JMA Receipt and review letter from Parsons with        .10     34.00
             utility survey report

11/04/03 JMA Receipt and review Honeywell utility survey       1.20    408.00
             report

11/04/03 JMA Receipt and review letter from K. Millian to       .20     68.00
             Judge Cavanaugh with Order extending
             time-Riverkeeper reply brief

```
W.R. GRACE & COMPANY                                    December 8, 2003
Client No.              734680                   Page      3
INVOICE NO.             21885
```

| | | | |
|---|---|---|---|
| 11/04/03 JMA | Receipt and review letter from K. Coakley to M. Daneker re: copies of contracts | .20 | 68.00 |
| 11/05/03 JMA | Receipt and review letter from K. Coakley to T. Milch re: Roned | .10 | 34.00 |
| 11/05/03 JMA | Conference with C. Marraro re: work plan and mediation strategy issues | 5.30 | 1802.00 |
| 11/05/03 JMA | Conference with C. Marraro re: motion to strike re:Honeywell post trial submission | .80 | 272.00 |
| 11/05/03 JMA | Phone - C. Marraro and H. McGuire re: site redevelopment issues | .40 | 136.00 |
| 11/05/03 JMA | Phone - C. Marraro and R. Senftleben re: strategy | .40 | 136.00 |
| 11/05/03 JMA | Conference with RCS re: Motion to strike | .50 | 170.00 |
| 11/05/03 JMA | Conference with MEF re: motion to strike | .40 | 136.00 |
| 11/05/03 JMA | Receipt and review Order re: extension for reply brief (Riverkeeper) | .10 | 34.00 |
| 11/05/03 MEF | RCRA Fee Petition - review portions of reply brief re: attorneys' fees | 4.20 | 945.00 |
| 11/05/03 MEF | RCRA Fee Petition - review and revise portions of reply brief re: expenses | 2.00 | 450.00 |
| 11/05/03 MEF | RCRA Fee Petition - phone with WFH re: reply brief | .20 | 45.00 |
| 11/05/03 MEF | RCRA Fee Petition - Email to WFH re: revise reply brief | .30 | 67.50 |
| 11/05/03 MEF | Conference with JMA re: motion to strike (Riverkeeper) | .40 | 90.00 |
| 11/05/03 RCS | Meeting with John Agnello, Esq. and Chris Manaro, Esq. regarding Grace's motion to strike Honeywell's reliance upon documents not admitted in evidence. | .20 | 42.00 |

```
W.R. GRACE & COMPANY                                    December 8, 2003
Client No.              734680                  Page      4
INVOICE NO.             21885
```

11/05/03 RCS Grace's motion to strike Honeywell's reliance        1.40      294.00
             on post trial evidence - review David Field,
             Esq.'s certifications and exhibits in support
             of motion to dismiss Hackensack Riverkeeper
             lawsuit for lack of standing to determine
             exhibits not admitted in evidence by Judge
             Cavanaugh.

11/05/03 RCS Motion to Strike - prepare list of exhibits           .40       84.00
             annexed to Field certifications not admitted in
             evidence in ICO trial

11/05/03 RCS Meeting with John Agnello, Esq. regarding             .20       42.00
             review of Andy Davis, Ph.D.'s testimony about
             non-existence of meadow mat.

11/05/03 RCS Review Andy Davis, Ph.D.'s testimoney regarding      1.00      210.00
             depth of meadow mat.

11/05/03 RCS Review Andy Davis, Ph.D.'s demonstrative             .30       63.00
             exhibits regarding depicting depth of meadow
             mat.

11/05/03 RCS Telephone communications with Barbara Banks at       .30       63.00
             Wallace King regarding color copies of Davis
             demonstrative exhibits

11/05/03 LF  RCRA Fee Petition - continue review of CBBG          4.90      367.50
             expenses and prepare revised draft

11/06/03 JMA Review file and notes re: work plan and              2.00      680.00
             immediate action items for meeting with Special
             Master

11/06/03 JMA Prepare outline for meeting with Special Master      1.00      340.00

11/06/03 JMA Conference with C. Marraro, A. Nagy, K. Brown        2.00      680.00
             and M. Obradovich re: meeting with Special
             Master

11/06/03 JMA Attend meeting with Special Master and all           5.00     1700.00
             parties

11/06/03 JMA Conference with C. Marraro and A. Nagy re: work      2.00      680.00
             plan submission

11/06/03 MEF Hackensack Riverkeeper - review Honeywell reply      1.00      225.00
             papers in connection with motion to strike

```
W.R. GRACE & COMPANY                                    December 8, 2003
Client No.                   734680            Page        5
INVOICE NO.                  21885
```

11/06/03 MEF Hackensack Riverkeeper - review transcripts of      .60    135.00
             post-trial arguments in connection with motion
             to strike

11/06/03 MEF RCRA Fee Application - conference with LF re:      3.30    742.50
             expense calculations by category for inclusion
             in reply brief

11/06/03 RCS Receipt and review of Andy Davis, Ph.D.           1.00    210.00
             Demonstrative Exhibits and compare to Grace
             Exhibits admitted in evidence.

11/06/03 RCS Telephone communications with Barbara Banks at      .40     84.00
             Wallace King regarding Andy Davis Demonstrative
             Exhibits.

11/06/03 LF  RCRA Fee Application - Revise charts re:            .40     30.00
             expense calculations

11/06/03 LF  RCRA Fee Application - Conference with MEF re:     3.30    247.50
             expense calculations by categories for
             inclusion in reply brief

11/07/03 JMA Conference call with C. Marraro, K. Brown re:       .50    170.00
             transportation study and remedial issues

11/07/03 JMA Meeting with C. Marraro, A. Nagy, H. McGuire       3.50   1190.00
             re: development issues

11/07/03 JMA Conference call with C. Marraro, A. Nagy, H.        .50    170.00
             McGuire, B. Bowe re: development issues

11/07/03 JMA RCRA Fee Petition - review of and comments to      3.60   1224.00
             Grace reply brief

11/07/03 MEF RCRA Fee Petition - continue working on reply      4.80   1080.00
             papers (brief and declarations)

11/07/03 MEF RCRA Fee Petition - t/c with WFH re: reply          .20     45.00
             brief

11/07/03 MEF RCRA Fee Petition - emails to CHM/WFH re: draft     .40     90.00
             brief and declaration

11/08/03 JMA Conference call re: revisions to Grace reply       4.30   1462.00
             brief

11/08/03 MEF RCRA Fee Petition - conference call with JMA,      4.50   1012.50
             CHM and WFH re: revisions to reply brief

```
W.R. GRACE & COMPANY                              December 8, 2003
Client No.              734680              Page      6
INVOICE NO.             21885
```

| | | | |
|---|---|---|---|
| 11/08/03 MEF | Hackensack Riverkeeper - work on motion to strike | 1.00 | 225.00 |
| 11/09/03 MEF | RCRA Fee Petition - revise reply brief per comments from 11/8/03 conference | 3.10 | 697.50 |
| 11/09/03 MEF | Hackensack Riverkeeper - continue working on motion to strike | 1.00 | 225.00 |
| 11/09/03 MEF | RCRA Fee Petition - research travel expenses | 1.00 | 225.00 |
| 11/10/03 JMA | Receipt and review letter from Parson to Louis Berger Group re: deep groundwater investigation | .20 | 68.00 |
| 11/10/03 JMA | Receipt and review email from SI Group re: intermodal containers | .20 | 68.00 |
| 11/10/03 JMA | Receipt and review letter from L. Cartright-Smith to M. Schiappa re: Riverkeeper | .10 | 34.00 |
| 11/10/03 JMA | Receipt and review email from Parsons re: sediment sampling plan | .10 | 34.00 |
| 11/10/03 JMA | Receipt and review letter from Parsons to T. Lewis re: Honeywell responses to Louis Berger Group - comments to sediment sampling plan | 1.10 | 374.00 |
| 11/10/03 JMA | Receipt and review letter from T. Pasuit to Clerk | .10 | 34.00 |
| 11/10/03 JMA | Receipt and review notice of motion by Special Master approving Fifth Fee Application | .20 | 68.00 |
| 11/10/03 JMA | Receipt and review Special Master Fifth Fee Application | .40 | 136.00 |
| 11/10/03 JMA | Receipt and review proposed form of Order - Special Master Fifth Fee Application | .20 | 68.00 |
| 11/10/03 JMA | Receipt and review memo from K. Brown re: wall design and alternatives | .40 | 136.00 |
| 11/10/03 MEF | RCRA Fee Petition - review additional caselaw re: travel expenses | 1.80 | 405.00 |
| 11/10/03 MEF | RCRA Fee Petition - t/c with WFH re: reply declarations and revisions to brief | .50 | 112.50 |

```
W.R. GRACE & COMPANY                                    December 8, 2003
Client No.                  734680              Page       7
INVOICE NO.                 21885
```

11/10/03 MEF RCRA Fee Petition - revise response re: travel    .50    112.50
             expenses

11/10/03 MEF RCRA Fee Petition - review draft reply           1.00    225.00
             declaration of CHM

11/10/03 MEF RCRA Fee Application - revise MEF/JMA reply        .80    180.00
             declarations

11/10/03 MEF Hackensack Riverkeeper - continue preparing      1.00    225.00
             motion to strike

11/11/03 JMA RCRA Fee Petition - Review of and comments to    3.00   1020.00
             Declarations of C. Marraro and JMA

11/11/03 JMA Receipt and review letter from L.                 .10     34.00
             Cartright-Smith to Clerk

11/11/03 JMA Receipt and review ICO reply brief re: summary   1.20    408.00
             judgment motion (standing) Riverkeeper case

11/11/03 JMA Receipt and review letter from M. Daneker to      .20     68.00
             counsel for Special Master re:
             contracts/progress reports

11/11/03 JMA Phone - L. Walsh                                  .20     68.00

11/11/03 JMA Phone - J. Dugan re: development issues           .20     68.00

11/11/03 JMA Phone - L. Walsh                                  .10     34.00

11/11/03 JMA Phone - C. Marraro re: development issues         .40    136.00

11/11/03 MEF RCRA Fee Petition - review and revise reply      2.00    450.00
             brief

11/11/03 RCS Receipt and review of Andy Davis, Ph.D.'s         .20     42.00
             demonstrative exhibits regarding meadow mat.

11/12/03 JMA Email to C. Marraro and A. Nagy re: development   .20     68.00
             issues

11/12/03 JMA Phone - A. Nagy  re: meeting with regulators      .20     68.00
             and Special Master

11/12/03 JMA Fee Petition - Phone - C. Marraro re: Grace       .40    136.00
             Reply - Fee Petition

W.R. GRACE & COMPANY                                    December 8, 2003
Client No.              734680                          Page      8
INVOICE NO.             21885


11/12/03 JMA RCRA Fee Petition - review of and comments to   2.70   918.00
             Grace reply brief - Fee Petition

11/12/03 JMA RCRA Fee Petition - Conference with MEF re:     6.50   2210.00
             revisions to Grace reply brief - Fee Petition

11/12/03 MEF RCRA Fee Application - conference with JMA re:   6.50   1462.50
             revisions to reply papers-JMA declaration, MEF
             declaration, summary chart of ICO/ECARG experts
             and reply brief

11/12/03 MEF RCRA Fee Application - revise JMA/MEF           1.00   225.00
             declarations

11/12/03 MEF Emails to/from B. Banks re: declarations        .40    90.00

11/12/03 MEF Emails to/from B. Hughes re: reply papers       .30    67.50

11/13/03 JMA Receipt and review email from H. Hall           .10    34.00

11/13/03 JMA Receipt and review email from C. Anderson re:   .10    34.00
             RAWP

11/13/03 JMA Receipt and review email from K. Millian re:    .10    34.00
             RAWP

11/13/03 JMA Receipt and review ICO comments to Honeywell   1.80   612.00
             revised RAWP

11/13/03 JMA Receipt and review rail transportation analysis .60   204.00
             re: truck to rail

11/13/03 JMA Receipt and review letter from M. Daneker to    3.20   1088.00
             Special Master - Honeywell comments to revised
             RAWP with exhibits

11/13/03 JMA Receipt and review email from Parsons re:       .10    34.00
             agreement in sediment cores

11/13/03 JMA Receipt and review letter from Parsons to Louis .30   102.00
             Berger Group re: sediment cores

11/13/03 JMA Receipt and review email from special Master    .10    34.00
             re: meeting with regulators

11/13/03 JMA Receipt and review email from L.                .10    34.00
             Cartright-Smith re: ICO reply brief -
             Riverkeeper

```
W.R. GRACE & COMPANY                            December 8, 2003
Client No.            734680              Page      9
INVOICE NO.           21885
```

| | | | | |
|---|---|---|---|---|
| 11/13/03 | MEF | RCRA Fee Application - continue revising reply papers | 5.00 | 1125.00 |
| 11/13/03 | MEF | RCRA Fee Application - prepare revised chart of fees, costs and expenses | .50 | 112.50 |
| 11/13/03 | MEF | RCRA Fee Application - emails to/from WFH re: reply papers (multiple) | .40 | 90.00 |
| 11/14/03 | MEF | RCRA Fee Petition - finalize reply papers | 2.70 | 607.50 |
| 11/16/03 | MEF | Hackensack Riverkeeper - revise motion to strike | 2.00 | 450.00 |
| 11/17/03 | JMA | Letter to R. Senftleben, A. Nagy and C. Marraro | .20 | 68.00 |
| 11/17/03 | JMA | Phone - counsel for Special Master re: scheduling | .20 | 68.00 |
| 11/17/03 | JMA | Phone - C. Marraro re: scheduling | .30 | 102.00 |
| 11/17/03 | JMA | Phone - counsel for Special Master re: scheduling | .20 | 68.00 |
| 11/17/03 | JMA | Letter to Judge Cavanaugh re: Special Master Fifth Fee Application | .20 | 68.00 |
| 11/17/03 | JMA | Phone - C. Marraro re: remedial work plan | .40 | 136.00 |
| 11/17/03 | JMA | Appeal - phone - C. Marraro re: mediation issues | .40 | 136.00 |
| 11/17/03 | JMA | Comments to K. Brown memo re: wall design and alternatives | 1.10 | 374.00 |
| 11/18/03 | JMA | Fee Petition - Receipt and review letter from C. Pravlik to Clerk | .10 | 34.00 |
| 11/18/03 | JMA | Fee Petition - Receipt and review ICO reply brief and exhibits - RCRA Fee Petition | 1.90 | 646.00 |
| 11/18/03 | JMA | Receipt and review letter from M. Daneker to Special Master | .10 | 34.00 |
| 11/18/03 | JMA | Receipt and review Honeywell 9/30/03 10-Q | .50 | 170.00 |
| 11/18/03 | JMA | Receipt and review email from T. Pasuit re: restoration ACO - Natural Resource Damages | .50 | 170.00 |

W.R. GRACE & COMPANY                                  December 8, 2003
Client No.              734680                        Page      10
INVOICE NO.             21885


11/18/03 JMA Review of and comments to Restoration          .60    204.00
             Administrative Consent Order - Natural Resource
             Damages

11/18/03 JMA Phone - counsel for Special Master re: RAWP    .30    102.00

11/18/03 JMA Conference with C. Marraro re: development    1.80    612.00
             issues and issues for meeting with Special
             Master and Regulators

11/18/03 JMA Conference with C. Marraro re: mediation issues .60   204.00

11/18/03 JMA Conference with C. Marraro re:                1.00    340.00
             comments/revisions to sheet piling vs. slurry
             wall memo

11/18/03 JMA Letter to Senator Torricelli                   .20     68.00

11/18/03 JMA Receipt and review memo from Special Master re: .30   102.00
             Work Plan submissions to Court

11/18/03 JMA Conference with C. Marraro re: procedure and   .80    272.00
             schedule for submitting Work Plan to Court

11/19/03 JMA Meeting with C. Marraro and K. Brown re: wall 1.40    476.00
             design issues

11/19/03 JMA Attend meeting with Special Master and        4.00   1360.00
             regulators

11/19/03 JMA Conference with counsel for Special Master     .80    272.00

11/19/03 JMA Conference with C. Marraro re: development,    2.30    782.00
             transportation and permitting issues

11/19/03 JMA Appeal - conference with C. Marraro re:       1.00    340.00
             mediation issues and strategy

11/19/03 MEF Hackensack Riverkeeper - review docket re: SJ  .50    112.50
             motion and hearing

11/19/03 MEF Hackensack Riverkeeper - revise brief in      1.00    225.00
             support of motion to strike

11/19/03 MEF Review mediation file re: baseline for         .20     45.00
             discussion

11/20/03 JMA Receipt and review supplemental fee application .40   136.00
             by Special Master

W.R. GRACE & COMPANY                                      December 8, 2003
Client No.              734680                      Page      11
INVOICE NO.             21885

11/20/03 JMA Appeal - receipt and review email from C.           .30     102.00
             Marraro re: Spillane vs. Commonwealth Edison
             Co.

11/20/03 JMA Appeal - receipt and review Spillane v.             .50     170.00
             Commonwealth Edison Co.

11/20/03 JMA Receipt and review email from T. Milch to/from      .20      68.00
             K. Millian re: mediation schedule

11/20/03 JMA Appeal - receipt and review email from K.           .10      34.00
             Millian to T. Milch

11/20/03 JMA Receipt and review letter from K. Coakley to        .20      68.00
             Judge Cavanaugh

11/20/03 JMA Phone - C. Marraro re: conference call with         .30     102.00
             clients

11/20/03 JMA Conference call with C. Marraro, B. Hughes, A.     1.30     442.00
             Nagy and R. Senftleben re: status of remedial
             activities, meeting with Regulators

11/20/03 JMA Phone - C. Marraro re: results of meeting with      .40     136.00
             Special Master and Regulators

11/20/03 JMA Conference call with K. Millian, B. Terris, C.      .70     238.00
             Marraro re: submission of Work Plan to Court

11/21/03 JMA Receipt and review email from H. Hall with          .20      68.00
             Special Master's comments to utility survey

11/21/03 JMA Receipt and review email from M. Golladay           .10      34.00

11/21/03 JMA Receipt and review K. Brown evaluation of          1.00     340.00
             ground water modeling vs. Honeywell modeling

11/21/03 JMA Receipt and review Honeywell 6th Progress           .60     204.00
             Report

11/21/03 JMA Receipt and review email from Parson re: 6th        .10      34.00
             Progress Report

11/21/03 JMA Receipt and review email from T. Pasuit re:         .10      34.00
             meeting with Special Master

11/21/03 JMA Receipt and review email from H. Hall with          .20      68.00
             stormwater discharge approval

W.R. GRACE & COMPANY                                          December 8, 2003
Client No.                    734680              Page      12
INVOICE NO.                   21885


11/21/03 JMA Phone - C. Marraro re: mediation issues            .30    102.00

11/21/03 JMA Phone - counsel for Special Master re: 5th Fee     .10     34.00
             Application

11/24/03 JMA Conference with C. Marraro re: mediation issues    .80    272.00

11/24/03 JMA Meeting with T. Milch, M. Daneker, C. Marraro     2.30    782.00
             re: mediation and settlement issues

11/24/03 JMA Conference with C. Marraro re: mediation,         3.00   1020.00
             settlement and development issues

11/24/03 JF  Meeting with Rob Scrivo re: Davis Demonstrative    .20     15.00
             exhibits in color.

11/24/03 JF  Updated Grace Exhibit binders with Davis           .50     37.50
             Demonstrative exhibits in color.

11/25/03 JMA Phone - C. Marraro re: development issues          .40    136.00

11/25/03 JMA Conference call with A. Nagy, H. McGuire, C.       .60    204.00
             Marraro and B. Bowe re: development issues

11/25/03 JMA Phone - C. Marraro re: Honeywell RAWP              .30    102.00

11/26/03 JMA Receipt and review email from T. Pasuit re:        .10     34.00
             schedule for meeting with Special Master

11/26/03 JMA Receipt and review letter from C. Pravlik to       .20     68.00
             Clerk with executed Affidavit
                                                              -------------
Subtotal:
                                                              185.40  52623.00


## Fee Applications, Applicants


11/11/03 MEF Fee Application - Pacer Search re: Sept. CNO       .30     67.50
             and Quarterly filing

11/11/03 MEF Fee Application - email to P. Cuniff re: Sept.     .20     45.00
             CNO and Quarterly filing

11/11/03 MEF Fee Application - review October 2003 Fee         1.00    225.00
             Detail

11/15/03 MEF Fee Application - review revised fee detail for   1.00    225.00
             October 2003

```
W.R. GRACE & COMPANY                                    December 8, 2003
Client No.              734680                    Page      13
INVOICE NO.             21885
```

| | | | | |
|---|---|---|---|---|
| 11/15/03 | MEF | Fee Application - prepare 20th Fee Application | 2.00 | 450.00 |
| 11/17/03 | MEF | Finalize 20th Monthly Fee Application | .50 | 112.50 |
| 11/17/03 | MEF | Letter to P. Cuniff re: 20th Monthly Fee Application | .20 | 45.00 |
| 11/17/03 | MEF | Email to P. Cuniff re: 10th Quarterly Fee Application | .20 | 45.00 |
| 11/17/03 | MEF | PACER search re: 10th Quarterly Fee Application | .20 | 45.00 |
| 11/19/03 | MEF | Review CNO for September 2003 Monthly Fee Application | .20 | 45.00 |
| 11/19/03 | MEF | PACER search re: Tenth Quarterly Fee Application | .20 | 45.00 |
| 11/19/03 | MEF | Fee Application - review email from S. Bossay re: 9th Quarterly Project/Expense Category Spreadsheet | .30 | 67.50 |
| 11/19/03 | MEF | Fee Application - review 9th Quarterly Spreadsheet and backup | .70 | 157.50 |
| 11/19/03 | MEF | Fee Application - email to S. Bossay re: CBBG figures | .30 | 67.50 |
| 11/19/03 | MEF | Fee Application - phone with S. Bossay re: Quarterly Spreadsheet | .30 | 67.50 |
| 11/20/03 | MEF | Fee Application - review email from S. Bossay re: Amended Final Report 9th Quarter | .20 | 45.00 |
| 11/20/03 | MEF | Fee Application - review Amended Final Report 9th Quarter | .30 | 67.50 |
| 11/20/03 | MEF | Fee Application - email to S. Bossay re: Amended Final Report 9th Quarter | .20 | 45.00 |
| 11/20/03 | MEF | Fee Application - email from S. Bossay re: hourly rates | .20 | 45.00 |
| 11/23/03 | MEF | Email to S. Bossay re: billing rates | .20 | 45.00 |
| 11/26/03 | JMA | Bankruptcy Fee Application - receipt and review Auditor's final Report for Ninth Interim Period | .20 | 68.00 |

```
W.R. GRACE & COMPANY                          December 8, 2003
Client No.              734680                Page    14
INVOICE NO.             21885
```

Subtotal:

                                                    -------------
                                                    8.90  2025.50

**Travel Non-Work**

11/24/03 JMA Travel to Washington, DC                3.50    595.00

11/24/03 JMA Travel from Washington, DC              3.50    595.00

Subtotal:
                                                    -------------
                                                    7.00  1190.00

                                                    -------------
Total Fees:                                             55,838.50

```
W.R. GRACE & COMPANY                              December 8, 2003
Client No.              734680                    Page     16
INVOICE NO.             21885
```

SUMMARY OF FEES:

```
*-------------------------TIME AND FEE SUMMARY---------------------*
*----------TIMEKEEPER---------*     RATE    HOURS            FEES
J M AGNELLO                        340.00   115.50       38080.00
M E FLAX                           225.00    69.10       15547.50
RC SCRIVO                          210.00     7.10        1491.00
LAURA FLORENCE                      75.00     8.90         667.50
J FALDUTO                           75.00      .70          52.50
                        TOTALS              201.30       55838.50
```