# EXHIBIT B

```
W.R. GRACE & COMPANY                            December 8, 2003
Client No.              734680                  Page     15
INVOICE NO.             21885
```

Disbursements

Messenger

```
11/25/03 Messenger MERCURY 11/14                        52.50

                                    SUBTOTAL:      52.50
```

Travel Expense

```
11/20/03 Travel Expense JMA AMEX 11/24 (AIR)           578.50
11/30/03 Travel Expense  My Limo 11/24/03 (JMA)         68.10

                                    SUBTOTAL:     646.60
```

Costs Advanced

```
11/03/03 Costs Advanced - MR. PHOTO 11/03/03           264.89

                                    SUBTOTAL:     264.89

11/30/03 Photocopies                                    74.40
11/30/03 Faxes                                           8.00
11/30/03 Telephone                                     703.69
11/30/03 Additional Staff Time                          20.74
11/30/03 Computer Searches                              49.88
11/30/03 Federal Express                                98.50
                                                   -------------
Total Costs                                               1,919.20
                                                   -------------
Total Due this Matter                                    57,757.70
=============
```