IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| In re | *  Chapter 11 |
| W.R. GRACE & CO., *et al.*, | *  Case No. 01-01139 (JKF) |
| Debtor. | *  Jointly Administered |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## VERIFIED STATEMENT OF COHN KHOURY MADOFF & WHITESELL LLP AND LANDIS RATH & COBB LLP PURSUANT TO FED. R. BANKR. P. 2019

Daniel C. Cohn, on behalf of Cohn Khoury Madoff & Whitesell LLP ("CKMW"), and Adam G. Landis, on behalf of Landis Rath & Cobb LLP ("LRC"), as attorneys for Carol Gerard, Alfred Pennock, Billie Schull, *et al.* (collectively, the "Libby Claimants"), make the following statement pursuant to Fed. R. Bankr. P. 2019:

1. CKMW and LRC are counsel for the Libby Claimants in the above-captioned cases. A list of the Libby Claimants, including addresses, is attached hereto.

2. Each of the Libby Claimants is a creditor in these Chapter 11 cases, holding an unliquidated personal injury claim against the above-captioned debtors (the "Debtors") that arose more than one year prior to the commencement of these cases.

3. CKMW was engaged as co-counsel by McGarvey, Heberling, Sullivan & McGarvey, P.C. of Kalispell, Montana (collectively, "Montana Counsel") acting on its behalf and on behalf of Lewis, Huppert & Slovak, P.C. of Great Falls, Montana, the Libby Claimants' personal injury counsel, to provide services related to the Debtors' cases on behalf of all of their clients having claims against the Debtors. In turn, CKMW engaged LRC to serve as Delaware counsel. CKMW and LRC will also represent any additional clients of Montana Counsel who hold personal injury claims against the Debtors.

4. CKMW and LRC do not possess any claims against or interests in the Debtors.

Dated: December 12, 2003

CAROL GERARD, ALFRED PENNOCK, BILLIE SCHULL, *et al.*

_____
Adam G. Landis, Esq. (No. 3407)
Kerri Mumford, Esq. (No. 4186)
LANDIS RATH & COBB LLP
919 Market Street, Suite 600
P.O. Box 2087
Wilmington, DE 19801
(302) 467-4400

-and-

Daniel C. Cohn
COHN KHOURY MADOFF &
  WHITESELL LLP
101 Arch Street
Boston, MA 02110
(617) 951-2505

## VERIFICATION

Daniel C. Cohn, a partner of CKMW, and Adam G. Landis, a partner of LRC, each hereby verifies that he has read the foregoing Verified Statement of Cohn Khoury Madoff & Whitesell LLP and Landis Rath & Cobb LLP Pursuant to Fed. R. Bankr. P. 2019 and that: (a) as to the statements related to CKMW, Daniel C. Cohn verifies that the statements contained therein are true and accurate based on his personal knowledge; and (b) as to the statements related to LRC, Adam G. Landis verifies that the statements contained therein are true and accurate based on his personal knowledge.

Signed under the penalties of perjury.

_____        _____
Daniel C. Cohn                                    Adam G. Landis
Dated: December 12, 2003              Dated: December 12, 2003

877p\2019 statement2

2

Client Address List                         10/16/2003

| C/NR | A/D | LastName | FirstName | Address | City | State | ZipCode |
|---|---|---|---|---|---|---|---|
| C | A | Adkins | Thomas | 38252 River Drive | Lebanon | OR | 97355 |
| C | A | Albert | Lois | 475 Pine Creek Rd | Troy | MT | 59935 |
| C | A | Albert | Mary | 2106 S Woodland Dr | Kalispell | MT | 59901 |
| C | A | Albert | Robert | P O Box 2560 | Kalispell | MT | 59901 |
| C | D | Albert | Thomas | 2106 S Woodland Dr | Kalispell | MT | 59901 |
| C | A | Alkire | Kenneth | 81 South Central Rd | Libby | MT | 59923 |
| C | A | Alkire | Mary Beth | 81 South Central Road | Libby | MT | 59923 |
| C | A | Allen | James | 1109 Louisiana Ave | Libby | MT | 59923 |
| C | A | Allen | Thomas | P O Box 871 | Lakeside | MT | 59922 |
| C | A | Anderson | Ernest | P O Box 159 | Libby | MT | 59923 |
| C | A | Applegate | Duane | P O Box 651 | Libby | MT | 59923 |
| C | A | Arlt | Lloyd | 173 Cabinet Heights Road | Libby | MT | 59923 |
| C | A | Atchley | Edward | 42 Dolphin Way | Libby | MT | 59923 |
| C | A | Auge | Eugene | 137 Montgomery Dr. | Libby | MT | 59923 |
| C | A | Bache | Donna | P O Box 935 | Libby | MT | 59923 |
| C | A | Bache | Frank | P O Box 605 | Anchor Point | AK | 99556 |
| PR | | Badgley | Linnea | 1104 6th Avenue North #302 | Great Falls | MT | 59401 |
| C | A | Badgley | Mike | 721 13th Street | Havre | MT | 59501 |
| C | D | Badgley - PR Linnea | William | 1104 6th Avenue North #302 | Great Falls | MT | 59401 |
| C | D | Baenen | Louis | 15 Post Street | Libby | MT | 59923 |
| C | A | Baeth | Kenneth | 2437 Kootenai River Road | Libby | MT | 59923 |
| C | A | Baeth | Louise May | 2220 31st Avenue | Missoula | MT | 59804 |
| C | A | Baeth | Shirley | 330 Rustic Ave | Libby | MT | 59923 |
| C | A | Baker | Darryn | 12112 East Alki Ave, Apt 7 | Spokane | WA | 99206 |
| C PR | A | Baker | Frances | 12112 East Alki Ave, Apt 7 | Spokane | WA | 99206 |
| C | D | Baker - PR Frances | Bruce | 12112 East Alki Ave, Apt 7 | Spokane | WA | 99206 |
| C | A | Ball | Irving | 35 Pearl St | Libby | MT | 59923 |
| C | A | Barnes | Anson | 595 Eckelberry Dr. | Columbia Falls | MT | 59912 |
| C | A | Barnes | Robert | P O Box 102 | Libby | MT | 59923 |
| PR | | Basham | Dixie | 352 Granite Ave | Libby | MT | 59923 |
| C | D | Basham - PR Dixie | Jack | 352 Granite Ave | Libby | MT | 59923 |
| C | A | Beagle | Robert | 18 Rainbow Lane | Libby | MT | 59923 |
| C | A | Benefield | Barbara | 264 Vicks Drive | Libby | MT | 59923 |
| C | A | Benefield | David | 245 Cedar Meadow Road | Libby | MT | 59923 |
| C | A | Benefield | Donald | 264 Vicks Drive | Libby | MT | 59923 |
| C PR | A | Benefield | Gayla | 245 Cedar Meadow Rd | Libby | MT | 59923 |
| C | A | Bennett | Lois | 1570 South 4th Street | Dayton | WA | 99328 |
| C | A | Benoit | Edward | 2285 Kootenai River Road | Libby | MT | 59923 |
| C | A | Billadeau | Elmer | P O Box 1343 | Libby | MT | 59923 |
| C | A | Blaine | Don | West 8570 Twin Lakes Rd | Rathdrum | ID | 83858 |
| C | A | Bland | Donald | P O Box 357 | Libby | MT | 59923 |
| C | A | Bock | Fred | P O Box 3 | Rexford | MT | 59930 |

| C/NR | A/D | LastName | FirstName | Address | City | State | ZipCode |
|---|---|---|---|---|---|---|---|
| C | A | Boggess | Darrell | 177 NE 11th St | Hermiston | OR | 97838 |
| C | A | Bolles | Frank | P O Box 226 | Rexford | MT | 59930 |
| C | A | Bolles | Gerald | 6814 W. Burchwood Avenue | Nine Mile Falls | WA | 99026-9210 |
| C | A | Boothman | Billy Bob | 1112 Fish Hatchery Road | Libby | MT | 59923 |
| C | A | Boring | Ronnie | 1949 Farm to Market Rd | Libby | MT | 59923 |
| C | A | Bosch | Bernard | 272 Pioneer Road | Libby | MT | 59923 |
| C | A | Brakke | Leonard | 2106 Birch Circle | Bellingham | WA | 98226 |
| PR | | Brewington | Dolores | 61310 Parrell Road #26 | Bend | OR | 97702 |
| C | D | Brewington | William | 61310 Parrell Road #26 | Bend | OR | 97702 |
| C | A | Brewington | Wilma | P.O. Box 215 | Lavina | MT | 59046 |
| C | A | Brickey | Helen | 3505 East Deer Park/Milan Road | Deer Park | WA | 99006 |
| PR | | Broden | Tami | 1104 101st St., Court E | Tacoma | WA | 98445 |
| C | A | Brooks | Dennis | 440 North Hilltop | Columbia Falls | MT | 59912 |
| C | A | Brossman | Raymond | 405 Parmenter Avenue | Libby | MT | 59923 |
| C | A | Brown | Doris | 653 Flower Creek Road | Libby | MT | 59923 |
| C | A | Brown | Elaine | 519 1/2 Crow Lane | Billings | MT | 59105 |
| C | A | Bruner | Mervin | P O Box 386 | Whitefish | MT | 59937 |
| C | D | Bundrock | Arthur | 503 West 3rd | Libby | MT | 59923 |
| C | A | Burns | Dan | P O Box 286 | Libby | MT | 59923 |
| C | A | Burns | Michael | P O Box 1045 | Libby | MT | 59923 |
| C | A | Burrese | Eunice | P O Box 396 | Libby | MT | 59923 |
| C | A | Burriss | Carol | 827 Greer's Ferry | Libby | MT | 59923 |
| C | A | Burton | Sharon | 149 West Valley Acres | Kalispell | MT | 59901 |
| C | A | Busby | Dan | 2098 Farm to Market Rd | Libby | MT | 59923 |
| C | A | Cannon | Kelly | P O Box 131 | Libby | MT | 59923 |
| C | A | Cannon | Larry | 305 Highwood Drive | Libby | MT | 59923 |
| C | A | Cannon | Stuart | 381 Indian Head Rd | Libby | MT | 59923 |
| C | A | Cannon | Yoko | 905 Commerce Way #22 | Libby | MT | 59923 |
| C | A | Carlson | Maynard | 814 Michigan Avenue | Libby | MT | 59923 |
| C | A | Carlson | Randy | P O Box 1002 | Libby | MT | 59923 |
| PR | D | Carolan | Francis | c/o Dorothy McCarty, 80 Rustic Ave | Libby | MT | 59923 |
| C | D | Carolan - PR F Carolan | Alice | c/o Dorothy McCarty, 80 Rustic Ave | Libby | MT | 59923 |
| PR | | Carr | D. Kelly | 4204 221st SW | Mount Lake Terrace | WA | 98043 |
| C | D | Carr - PR Kelly Carr | William | P O Box 14822 | Spokane | WA | 99214 |
| C | A | Carrier | Bruce | P O Box 1093 | Libby | MT | 59923 |
| C | A | Cartwright | Judith | 5202 38th Avenue SW | Seattle | WA | 98126 |
| C | A | Carvey | Edward | P O Box 149 | Eureka | MT | 59917 |
| C | A | Carvey | Steven | P O Box 672 | Eureka | MT | 59917 |
| PR | | Cassidy | Darrel | 3496 Hwy 2 S | Libby | MT | 59923 |
| C | D | Cassidy | John | P O Box 283/603 Louisiana Ave. | Libby | MT | 59923 |
| C | A | Caudill | Arthur | 728 8th St West #7 | Kalispell | MT | 59901 |
| C | A | Challinor | Gerald | 1401 Clover Hills Dr | Elko | NV | 89801-7931 |

| C/NR | A/D | LastName | FirstName | Address | City | State | ZipCode |
|---|---|---|---|---|---|---|---|
| C | D | Challinor | Jim | P O Box 1493 | Libby | MT | 59923 |
| C | A | Chalmers | Keith | 2113 Hwy 2 West #D10 | Libby | MT | 59923 |
| C | A | Chapman | George | 90 Trails End Drive | Kalispell | MT | 59901 |
| C | A | Chase | Fred | P O Box 1609 | Bigfork | MT | 59911 |
| C | A | Cohenour | James | 16600 Millcreek Rd | Frenchtown | MT | 59834 |
| C | D | Cohenour - PR S. Neise | Robert | P.O. Box 304 | Col Falls | MT | |
| C | A | Collier | Paul | 3590 Round Bottom Road, PMB F105990 | Cincinnati | OH | 45244 |
| C PR | A | Collinson | Linda | P O Box 715 | Libby | MT | 59923 |
| C | D | Collinson - PR Linda | Charles | P O Box 715 | Libby | MT | 59923 |
| C | A | Cook | Donald | HC60 Box 413 | Round Mountain | NV | 89045 |
| C | A | Cook | Ken | P.O. Box 56 | Rexford | MT | 59930 |
| PR | | Corbett | Brian | 6595 E. Sixth | Colville | WA | 99114 |
| C | A | Cornwell | E. "Jim" | P O Box 47 | Troy | MT | 59935 |
| C | A | Craig | Carl | P O Box 1248 | Libby | MT | 59923 |
| C | A | Creighton | Elinor | 610 Treasure Avenue #2 | Libby | MT | 59923 |
| C | A | Creighton | Thomas | 296 Quartz Road | Libby | MT | 59923 |
| C | A | Crispin | Arlene | 26811 Bridgeton Street | Mission Viejo | CA | 92692 |
| C | A | Cummings | Larry | P O Box 32 | Troy | MT | 59935 |
| C PR | A | Curtiss | Sharon | P O Box 156 | Libby | MT | 59923 |
| C | A | Daley | Kenneth | 5555 E Jacob Waltz | Apache Jct | AZ | 85219 |
| PR | | Davidson | Kay | 149 Airfield Road | Libby | MT | 59923 |
| C | D | Davidson | Richard | 149 Airfield Road | Libby | MT | 59923 |
| C | A | Day | Donald | 2109 Hanks Street | Lufkin | TX | 75904 |
| C | A | Day | Hazel | 2110 West Merlyn Way | Post Falls | ID | 83854 |
| C | A | Dedrick | Carrie | 917 Crotteau Road | Libby | MT | 59923 |
| C | A | Dedrick | Robert | 917 Crotteau Road | Libby | MT | 59923 |
| C | A | DeLange, Jr. | Lester | 122 Rondo St, PO Box 204 | Rexford | MT | 59930 |
| C | A | Demski | Joe | 146 Three Corners Road #17 | Libby | MT | 59923 |
| C | A | Denning | Jody | 46 Crossway Avenue | Libby | MT | 59923 |
| C | A | DeShazer | Daniel | 564 Terrace View Rd | Libby | MT | 59923 |
| C | D | DeShazer | Donald | 574 Gore Rd | Kalama | WA | 98625 |
| C | A | DeShazer | Gerald | 112 4th Ave West - Apt 2 | Polson | MT | 59860 |
| C | A | DeShazer | Jack | 3387 Kootenai River Rd | Libby | MT | 59923 |
| PR | | DeShazer | Jean | 574 Gore Rd | Kalama | WA | 98625 |
| C | A | DeShazer | Margaret | 3387 Kootenai River Rd | Libby | MT | 59923 |
| C | A | DeShazer | Sandra | 112 4th Ave W, Apt #2 | Polson | MT | 59860 |
| C | D | Dickerman | Alfred | P O Box 198 | Troy | MT | 59935 |
| C | A | Dickerman | Lois | P O Box 198 | Troy | MT | 59935 |
| C | A | Downing | Joseph | 2607 North 29th Street | Boise | ID | 83703-5423 |
| C | A | Drury | Delano | P O Box 1074 | Libby | MT | 59923 |
| C | A | Drury | Marjorie | P O Box 1074 | Libby | MT | 59923 |
| C | A | Dutton | Merritt | 213 Colorado Avenue | Libby | MT | 59923 |

| C/NR | A/D | LastName | FirstName | Address | City | State | ZipCode |
|---|---|---|---|---|---|---|---|
| C | A | Dutton | Russell | 39 West Evergreen | Kalispell | MT | 59901 |
| PR | | Dyer | Forrest | 287 Conley Lake Road | Deer Lodge | MT | 59722 |
| C | D | Dyer - PR F Dyer | Lester | 287 Conley Lake Road | Deer Lodge | MT | 59722 |
| C | D | Edwards | Georgiana | P O Box 834 | Libby | MT | 59923 |
| C | A | Edwards | Marilyn | 501 Louisiana Ave | Libby | MT | 59923 |
| C PR | A | Edwards | Robert | P O Box 834 | Libby | MT | 59923 |
| C | A | Eggers | Eddie | P O Box 671 | Superior | MT | 59872 |
| C | A | Eggert | Mavis Darlene | 1837 N 16th Ave | Phoenix | AZ | 85007 |
| C | A | Eldridge | Kristine | P O Box 902 | Rathdrum | ID | 83858 |
| C | A | Ellsworth | Gifferd | P O Box 288 | Malta | MT | 59538 |
| C | A | Ellsworth | Keith | 45 Tamarack Lane | Libby | MT | 59923 |
| C | A | Erickson | Don | 2669 North Highway 37 | Libby | MT | 59923 |
| C | A | Erickson | Duane | 1108 4th St W | Roundup | MT | 59072 |
| C | A | Erickson | Edwin | 6 Possum Lane | Palmyra | VA | 22993 |
| C | A | Erickson | Richard | 102 Vaughn Lane | Libby | MT | 59923 |
| C | A | Erickson | Rodney | c/o 102 Vaughn Lane | Libby | MT | 59923 |
| C | A | Farmer | Arthur | P O Box 265 | Libby | MT | 59923 |
| C | A | Farrar | Jack | 5709 W Parkwood Lane | Coeur D'Alene | ID | 83814-8618 |
| C | A | Fellenberg | Ruben | 224 Forest Ave | Libby | MT | 59923 |
| C | A | Fiebelkorn | William | 1220 S. Timberland Dr. | Veradale | WA | 90037-9210 |
| PR | | Fields | Lila | P O Box 103 | Libby | MT | 59923 |
| C | D | Fields - PR L Stafford | Willis | P.O. Box 103 | Libby | MT | 59923 |
| C | A | Filopoulos | Frank | P O Box 838 | Libby | MT | 59923 |
| C | A | Finstad | Kenneth | 175 Grandview | Green River | WY | 82935 |
| C | A | Fleming | Eldon | P O Box 64 | Libby | MT | 59923 |
| C | A | Foote | Maxine | P O Box 68 | Troy | MT | 59935 |
| C | A | Fore | Billy | 1735 South Highway 2 | Libby | MT | 59923 |
| C | A | Foss | Bruce | 1417 Nevada Street | Libby | MT | 59923 |
| C | A | Foss | Judi | 1417 Nevada Street | Libby | MT | 59923 |
| C | D | Foster | Ray | 701 D Street, Space A-12 | Chula Vista | CA | 91910 |
| C | A | Fox | Sherry | 304 Colorado Ave | Libby | MT | 59923 |
| C | A | Fredenberg | Orin | 2648 Trumble Creek Rd. | Kalispell | MT | 59901 |
| C | D | Fredricks - PR C Wood | Kenneth | 80 Mahoney Road | Libby | MT | 59923 |
| C | A | Fulgham | Samuel | 75 Curtis Ave. | Libby | MT | 59923 |
| C | A | Fuller | Robert | 407 E 10th St | Libby | MT | 59923 |
| C | A | Gardiner | Blake | 1053 5th Avenue | Helena | MT | 59601 |
| C | A | Gardiner | Reid | 1312 Cole Avenue, #1 | Helena | MT | 59601 |
| C | A | Garrison | Glenn | P O Box 493 | Troy | MT | 59935 |
| C | D | Garrison, Sr. | Daniel | P.O. Box 424 | Troy | MT | 59935 |
| C | D | Gaston | Edward | 118 Pine Grove Place | Libby | MT | 59923 |
| C | D | Gerard | Carol | 1780 South 450 West | Salt Lake City | UT | 84115 |
| C | A | Goff-Tobin | M. Louise | Box 1112 | Eureka | MT | 59917 |

| C/NR | A/D | LastName | FirstName | Address | City | State | ZipCode |
|---|---|---|---|---|---|---|---|
| C | A | Goudy | Donald | 6703 13th Ave NW | Seattle | WA | 98117 |
| PR |  | Graham | Carol | 823 F Meadowland Drive | Naples | FL | 34108 |
| C | A | Graham | Scott | 7466 Maple Dr | Neosho | MO | 64850 |
| C | D | Graham- PR C Graham | Robert | 280 South Central Road | Libby | MT | 59923 |
| C | A | Graves | Russell | 714 Wisconsin | Libby | MT | 59923 |
| C | A | Greenup | Joyce | P O Box 396 | Libby | MT | 59923 |
| C | A | Grenfell | Susan | 118 Pine Grove Place | Libby | MT | 59923 |
| C | D | Haack - PR B Corbett | Clarice | 6595 E. 6th | Colville | WA | 99114 |
| C | A | Hagen | Clinton | 238 Garden Road | Libby | MT | 59923 |
| C | A | Hagen | Eloise | 238 Garden Rd | Libby | MT | 59923 |
| C | A | Hagen | Ivan | P O Box 1231 | Libby | MT | 59923 |
| C | A | Hagerty | Leota | 1303 Highway 2 West | Libby | MT | 59923 |
| C | A | Hagerty | William | 1301 Highway 2 West | Libby | MT | 59923 |
| C | A | Hale | Doug | 550 Pine Avenue | Whitefish | MT | 59937 |
| C | A | Hall | Arthur | P O Box 452 | Libby | MT | 59923 |
| C | A | Halsey | Donna | 603 Idaho Avenue | Libby | MT | 59923 |
| C | A | Halsey | Hazel | P O Box 42 | Libby | MT | 59923 |
| C | A | Halsey | Ronald | 603 Idaho Avenue | Libby | MT | 59923 |
| C | A | Hamann | Beverly | 512 6th Avenue East | Kalispell | MT | 59901 |
| C | A | Hamann | Caroline | 221 Hammer Road | Libby | MT | 59923 |
| C | A | Hamann | Eugene | 512 6th Avenue East | Kalispell | MT | 59901 |
| C | A | Hammons | Darlene | 196 Glendora Ave. | Libby | MT | 59923 |
| C | A | Hansen | David | P O Box 1166 | Kamiah | ID | 83536 |
| C | A | Harshaw | Frances | 2113 Hwy 2 W., #D10 | Libby | MT | 59923 |
| C | A | Hart | Stuart | 1305 Dakota Ave. | Libby | MT | 59923 |
| C | A | Heidel | Chester | 29910 Cypress Street | Livingston | LA | 70754-6330 |
| C | A | Hemmy | Patrick | 604 4th Ave. E. | Belcourt | ND | 58316 |
| C PR | A | Hendrickson | Franklin | 196 Conifer Road | Libby | MT | 59923 |
| C | D | Hendrickson- PR F Hend. | Edmond | P O Box 1232 | Libby | MT | 59923 |
| C | A | Hensley | Myrl | P O Box 262 | Libby | MT | 59923 |
| C | A | Hermsmeyer | Richard | 301 Lodge Pole Way | Libby | MT | 59923 |
| C | A | Herreid | N. Dale | 1304 Main Ave | Libby | MT | 59923 |
| C | A | Hill | Dayton | 207 Highwood Drive | Libby | MT | 59923 |
| C | A | Hill | Edward | 681 Shadow Lane | Kalispell | MT | 59901 |
| C | A | Hill | James | 8462 N. Montana | Helena | MT | 59602 |
| C | A | Hindman | Robert | 506 N. Foy Lake Drive | Kalispell | MT | 59901 |
| C | A | Hobbs | William | P O Box 412 | Libby | MT | 59923 |
| C | A | Hodges | Donald | 105 Northern Lights Blvd | Kalispell | MT | 59901 |
| C | A | Hoeltzel | Leland | 185 Lakeview Road | Libby | MT | 59923 |
| C | D | Holden | Dennis | 85 Northern Lights Blvd. #3 | Kalispell | MT | 59901 |
| C | A | Holter | Susan | 124 Powerline Way | Libby | MT | 59923 |
| C | A | Hopkins | James | 312 Westgate | Libby | MT | 59923 |

| C/NR | A/D | LastName | FirstName | Address | City | State | ZipCode |
|---|---|---|---|---|---|---|---|
| C | A | Hopkins | Louise | 312 Westgate Ave | Libby | MT | 59923 |
| C PR | A | Hughes | Patricia | P O Box 683 | Libby | MT | 59923 |
| C | D | Hughes | Robert | P O Box 683 | Libby | MT | 59923 |
| PR | | Hugill | Germaine | 411 E 10th St | Libby | MT | 59923 |
| C | D | Hugill - PR Germaine | Glenn | 411 E. 10th St | Libby | MT | 59923 |
| C | A | Hunt | Robert | 1925 McMannamy Draw | Kalispell | MT | 59901 |
| C | A | Hurlbert, Jr. | Ervin | 284 Dern Draw | Kalispell | MT | 59901 |
| C | A | Hutton | George | 6356 Pipe Creek Rd | Libby | MT | 59923 |
| C | A | Hutton | Kenneth | 79 Hutton Drive | Libby | MT | 59923 |
| C | A | Jacobson | Dorothy | 25 Evergreen | Libby | MT | 59923 |
| C | A | Jacobson | James DeWayne | 619 Double Eagle Road | Florence | MT | 59833 |
| C | A | Jacobson | Larry | P O Box 1094 | Lolo | MT | 59847 |
| C | A | Jam | Louis | 3725 Skyline Road | The Dalles | OR | 97058 |
| C | A | Jantz | Dale | 7077 Hwy 2 S | Libby | MT | 59923 |
| C | A | Jellesed | Joan | 4051 Champion Haul Road | Libby | MT | 59923 |
| C | A | Jellesed | Raynard | 4051 Champion Haul Road | Libby | MT | 59923 |
| C | A | Johnson | Clifford | 802 W. Balsam | Libby | MT | 59923 |
| C | A | Johnson | Donald | 5014 US Hwy 2 South | Libby | MT | 59923 |
| C | A | Johnson | George | 500 Ringneck Drive | Kalispell | MT | 59901 |
| C | A | Johnson | Marjorie | P O Box 422 | Libby | MT | 59923 |
| PR | | Johnson | Mildred | 349 Trainer Street | Libby | MT | 59923 |
| C | A | Johnson | Orville | P O Box 801 | Libby | MT | 59923 |
| C | A | Johnson | Patricia | 185 Airfield Rd | Libby | MT | 59923 |
| C | A | Johnson | Raymond | c/o Carol Mullen P O Box 493 | Libby | MT | 59923 |
| C | A | Johnson | Steven | P O Box 130387 | Coram | MT | 59913 |
| C | D | Johnson - PR Mildred. | Donald | 349 Trainer Street | Libby | MT | 59923 |
| C | A | Johnston | Valorie | 423 Sunnyside Drive | Libby | MT | 59923 |
| C | A | Johnston | William | 423 Sunnyside Drive | Libby | MT | 59923 |
| C | A | Jones | Loretta | 1314 Louisiana Ave. | Libby | MT | 59923 |
| C | A | Judkins | Charles | 125 Sunnyside Dr. | Libby | MT | 59923 |
| C | A | Judkins | James | 95 Sunnyside Drive | Libby | MT | 59923 |
| PR | | Kaeding | Louise | 271 Quartz Rd | Libby | MT | 59923 |
| C | D | Kaeding - PR Louise | Donald | 271 Quartz Ed | Libby | MT | 59923 |
| C | D | Katarzy | Walter | 8671 Apache Drive | Prescott Valley | AZ | 86314 |
| C | A | Keck | Diane | 8561 Farm to Market Road | Libby | MT | 59923 |
| C | A | Keeler | Patty | 7370 So. Hwy. 2 | Libby | MT | 59923 |
| C | A | Keller | Deloris | P O Box 456 | Eureka | MT | 59917 |
| C | D | Kelley | Merton | 837 Quartz Rd | Libby | MT | 59923 |
| C | D | Kelly | Patricia | P O Box 25 | St. Regis | MT | 59866 |
| PR | | Kempter | Laurie | P O Box 434 | Libby | MT | 59923 |
| PR | | Kenworthy | Patricia | 3000 Villard Avenue #189A | Helena | MT | 59601 |
| C | D | Kenworthy - PR Patricia | Jack | 3000 Villard Avenue #58 | Helena | MT | 59601 |

| C/NR | A/C | LastName | FirstName | Address | City | State | ZipCode |
|---|---|---|---|---|---|---|---|
| C | A | Kessel | Bruce | P O Box 56 | Post Falls | ID | 83877-0056 |
| C | A | Kessel | Duane | P O Box 51 | Libby | MT | 59923 |
| C | A | Kilgore | June | 5 Leisure Lane | Missoula | MT | 59801 |
| C | A | Kinholt | Cliff | 1025 7th Street | Havre | MT | 59501 |
| PR | | Kins | Larry | 16183 W Hollister Drive | Hauser Lake | ID | 83854-6595 |
| C | D | Kins | Lawrence | 16183 W Hollister Drive | Hauser Lake | ID | 83854-6595 |
| C | A | Kins | Lillian | c/o Larry Kins, 16183 W. Hollister Drive | Hauser Lake | ID | 83854-6595 |
| C | A | Knauss | Donald | P O Box 1443 | Libby | MT | 59923 |
| PR | | Knopfle | Donna | P O Box 2174 | Columbia Falls | MT | 59912 |
| C | A | Knopp | Gordon | 5094 Highway 93 S | Whitefish | MT | 59937 |
| C | A | Knudson | John | 4160 N. Hwy. 37, #1 Birch | Libby | MT | 59923 |
| C | A | Kujawa | Gynell | 712 Wisconsin Ave | Libby | MT | 59923 |
| C | A | Kujawa | John | 333 Spencer Road | Libby | MT | 59923 |
| C | A | Kujawa | Loren | 712 Wisconsin Ave | Libby | MT | 59923 |
| C | A | Kuntz | Christ Ray | 318 Norman Ave | Libby | MT | 59923 |
| C | A | Lamey | Alan | 418 Nevada Avenue | Libby | MT | 59923 |
| C | D | Larson | Carl | P.O. Box 550 | Libby | MT | 59923 |
| C | A | Larson | Joan | 516 E. Poplar Street | Libby | MT | 59923 |
| PR | | Larson | Joyce | P O Box 550 | Libby | MT | 59923 |
| C | A | LeCount | Virgene | 706 North Craig Road | Spokane | WA | 99224 |
| C | A | Leib | John | 3005 Hwy 93 South | Eureka | MT | 59917 |
| C | A | Lien | Darryl | 557 Bighorn Way | Troy | MT | 59935 |
| C | A | Lindsay | Edna | 311 Quartz Avenue | Libby | MT | 59923 |
| C | A | Lindsay | LaMar | 311 Quartz Avenue | Libby | MT | 59923 |
| C | D | Logan | Kenneth | 7180 Snohomish | Boise | ID | 83709 |
| C | A | Long | Roy | 9245 E Cactus Lane S | Sun Lakes | AZ | 85248 |
| C | A | Lucas | Jerome | 318 Florence Road | Libby | MT | 59923 |
| C | A | Ludwig | Larry | 3239 5th Street | Lewiston | ID | 83501-4335 |
| C | A | Lundstrom | Judy | 184 Reserve Road | Libby | MT | 59923 |
| C | A | Lundstrom | Wendy | P O Box 913 | Lakeside | MT | 59922 |
| PR | | Lyle | Glenda | P O Box 228 | Troy | MT | 59935 |
| C | D | Lyle | John | P.O. Box 228 | Troy | MT | 59935 |
| C | A | Lyle, Jr. | Jimmie | 61570 E 93 Rd | Miami | OK | 74354-3705 |
| C | A | MacDonald | Kelly | 813 Wisconsin Avenue | Libby | MT | 59923 |
| C | A | Mack | Janet | P O Box 276 | Elko | NV | 89803 |
| C | A | Mack | LaDonna | 4805 Highway 2 West | Libby | MT | 59923 |
| C | A | Mack | Robert | P O Box 276 | Elko | NV | 89803 |
| C | A | Maclay | Scott | 2222 S Collins Court | Spokane | WA | 99216 |
| C | A | Mallory | Alan | P O Box 1738 | Post Falls | ID | 83877 |
| C | A | Mason | Walter | 1406 Utah | Libby | MT | 59923 |
| C | A | Masters | Ron | 256 Parmenter Drive | Libby | MT | 59923 |
| C | A | Maxwell | Betty | East 11412 Empire | Spokane | WA | 99206 |

| C/NR | A/D | LastName | FirstName | Address | City | State | ZipCode |
|---|---|---|---|---|---|---|---|
| C | A | Maycumber | Frank | 61 Ridgewood Drive | Kalispell | MT | 59901 |
| C | A | Maynard | Dolly | 62 Collins Ave | Libby | MT | 59923 |
| C | A | Maynard | Thurman | 62 Collins Avenue | Libby | MT | 59923 |
| C | A | McCarty | Dorothy | 80 Rustic Avenue | Libby | MT | 59923 |
| C | A | McCollom | Bob | 415 Old Stage Road, Box 8 | Gold Creek | MT | 59733-9707 |
| C | A | McComas | Michael | P O Box 37 | Paradise | MT | 59856 |
| C | A | McGill | Blanche | 1104 California Avenue | Libby | MT | 59923 |
| C | A | McMillan | David | 1518 E 5th St. | Libby | MT | 59923 |
| C | D | McMillan | Lynn | 1542 E 5th St Ext | Libby | MT | 59923 |
| C | A | McNair | Michael Robert | 12727 54th Avenue NE | Marysville | WA | 98271 |
| C | A | McNair | Roland | 308 Norman Avenue | Libby | MT | 59923 |
| C | A | McNeff | Tim | 1215 Big Bend Rd | Libby | MT | 59923 |
| C | D | McQueen - PR S Curtiss | Walter | P.O. Box 156 | Libby | MT | 59923 |
| C | D | McWhirk | Howard | 4171 Sheller Rd | Sunnyside | WA | 98944 |
| PR | | McWhirk | Phyllis | 4171 Sheller Rd | Sunnyside | WA | 98944 |
| C | A | Meyer | Roland | 353 Antelope Trail | Whitefish | MT | 59937 |
| PR | | Middlekauff | Claudette | 837 Quartz Rd | Libby | MT | 59923 |
| C | A | Miller | Thomas | P O Box 1156 | Libby | MT | 59923 |
| C | A | Miller | William | 178 Kootenai Vista | Libby | MT | 59923 |
| C | A | Moeller | Billie | 516 West 2nd Street | Libby | MT | 59923 |
| C | A | Moles | Leland | P O Box 1568 | Monroe | WA | 98272 |
| C | A | Moles | Lester | 4029 122nd Place SE | Everett | WA | 98208-5639 |
| C | A | Moles | Steven | East 9825 Dunn Road | Chattaroy | WA | 99003 |
| C | A | Monroe | Dwane | 308 Parmenter Ave | Libby | MT | 59923 |
| C | A | Montgomery | Mickey | PO Box 496 | Kettle Falls | WA | 99141 |
| C | A | Montgomery | Yolanda | P O Box 496 | Kettle Falls | WA | 99141 |
| C | A | Morey | Jim | 152 Rawlings Road | Libby | MT | 59923 |
| C | A | Morton | Carol | 720 Mineral Avenue | Libby | MT | 59923 |
| C | A | Murer | Diane | 7426 Hwy 2 S | Libby | MT | 59923 |
| C | A | Murray | Daniel | P O Box 461 | Libby | MT | 59923 |
| C | A | Murray | Harry | 17332 Keasey Road | Vernonia | OR | 97064 |
| PR | | Murray | Helen | 1485 N Wisconsin #27 | Libby | MT | 59923 |
| C | D | Murray - PR Helen | Thomas | 1485 N Wisconsin #27 | Libby | MT | 59923 |
| C | A | Neils | Rob | N. Pines Counseling, 1005 N. Pines Rd. Ste 250 | Spokane | WA | 99206 |
| C PR | A | Neise | Sherry | P O Box 304 | Columbia Falls | MT | 59912 |
| C | D | Nelson | Albert | 157 Frazey Rd | Libby | MT | 59923 |
| C | A | Nelson | Karen | 192 Lupine Lane | Newport | WA | 99156 |
| C PR | A | Nelson | Neil | 157 Frazey Rd | Libby | MT | 59923 |
| C | A | Nelson | Robert | P O Box 278 | Salome | AZ | 85348 |
| C | A | Nicholls | Paul | 1309 Washington Avenue | Libby | MT | 59923 |
| C | A | Noble | William | 756 Forest Road | Troy | MT | 59935 |
| C | A | Norman, Sr. | Michael | 2755 Bull Lake Road | Troy | MT | 59935 |

| CNR | A/D | LastName | FirstName | Address | City | State | ZipCode |
|---|---|---|---|---|---|---|---|
| C | A | Obermayer | Bill | 550 Batavia Lane | Kalispell | MT | 59901 |
| C | A | Obermayer | Karen | 550 Batavia Lane | Kalispell | MT | 59901 |
| C | A | O'Bleness | Thomas | 232 Ski Rd. | Libby | MT | 59923 |
| C | A | O'Brien | Louie | 313 Colorado | Libby | MT | 59923 |
| C | A | Oikle | Edna | 13928 103rd Ave NE | Kirkland | WA | 98034 |
| C | D | Oikle | Gerald | 13928 103rd Ave NE | Kirkland | WA | 98034 |
| PR | | Oldham | Eva | 397 Sunnyside Drive | Libby | MT | 59923 |
| C | D | Oldham - PR Eva | George | 397 Sunnyside Drive | Libby | MT | 59923 |
| PR | | Olson | Glynda | 4119 Farm to Market Rd | Libby | MT | 59923 |
| C | D | Olson | James | 4119 Farm to Market Road | Libby | MT | 59923 |
| C | A | Orr | Herbert | 1201 Dawson | Libby | MT | 59923 |
| C | A | Orr | Robert | 381 Wards Road | Libby | MT | 59923 |
| C | A | Orsborn | Elvina | 87 Billadeau Dr. | Libby | MT | 59923 |
| C | A | Orsborn | Elvira | 804 Michigan Avenue | Libby | MT | 59923 |
| C | A | Orsborn | Roy | 87 Billadeau Drive | Libby | MT | 59923 |
| C | A | Osteen | Narven | 78 Conifer Rd | Libby | MT | 59923 |
| C | A | Osterhues | Lynn | 8180 Yaak River Road | Troy | MT | 59935 |
| PR | | Osthelier | Wesley | 1313 Dakota Avenue | Libby | MT | 59923 |
| C | D | Ostheller - PR Wesley | Harry | 1313 Dakota Avenue | Libby | MT | 59923 |
| C | A | Owen-Segura | Linda | 585 Swanson Lodge Road | Troy | MT | 59935 |
| PR | | Parent | Jeanette | 450 Woodley Road | Santa Barbara | CA | 93108 |
| C | D | Parent - PR Jeannette | Thomas | 450 Woodley Road | Santa Barbara | CA | 93108 |
| C | A | Parker | Richard | E 1118 Shorewood Court | Coeur d'Alene | ID | 83815 |
| C | A | Paul | Billy | P O Box 121 | Whitefish | MT | 59937 |
| C | A | Paul | Claude | 45 Rose St. West | Libby | MT | 59923 |
| C | A | Pennock | Alfred | P O Box 448 | Libby | MT | 59923 |
| C | A | Perley | Edward | 158 Highwood Drive | Libby | MT | 59923 |
| C | A | Person | John | 146 West Pipe Creek Rd. | Libby | MT | 59923 |
| C | A | Philbrick | Constance | RR#1 Box 401 | Stockton Springs | ME | 04981 |
| C | A | Porte | Laurel | 41 West 9th Street | Oshkosh | WI | 54901 |
| C | D | Post - PR L. Theonnes | Maurice | P O Box 46 | Libby | MT | 59923 |
| C | A | Powell | Wayne | 130 River Place | Kalispell | MT | 59901 |
| C | A | Preston | Kenneth | 110 Glenwood Lane | Libby | MT | 59923 |
| C | A | Price | Paul | 224 West Nicklaus Avenue | Kalispell | MT | 59901 |
| C | A | Priest | Alice | 104 Colorado Ave | Libby | MT | 59923 |
| C | A | Racicot | Charles | 1312 Cabinet Avenue | Libby | MT | 59923 |
| C | A | Ramel | Ray | 1444 E 5th St | Libby | MT | 59923 |
| C | A | Rayome | Robert | 8004 Joyce Drive | Louisville | KY | 40219 |
| C | A | Rayome | Ronald | P O Box 41 | Libby | MT | 59923 |
| C | A | Rebo | Debbie | 418 Dome Mountain Rd | Libby | MT | 59923 |
| C | A | Redman | Robbin | P O Box 269 | Dutch John | UT | 84023 |
| C | D | Reynolds | James, Jr. | 18721 E. Boone Ave #20 | Spokane | WA | 99016 |

| C/NR | A/D | LastName | FirstName | Address | City | State | ZipCode |
|---|---|---|---|---|---|---|---|
| PR |  | Reynolds | Randy | 18721 E. Boone Ave #20 | Spokane | WA | 99016 |
| C | A | Rice | Leonard | 38 Spencer Hill Way | Libby | MT | 59923 |
| C | A | Richey | Elmore | P.O. Box 31 | Troy | MT | 59935 |
| C | A | Riddle | Clayton | 51802 Highway 60 | Wickenburg | AZ | 85390 |
| C | A | Riech | Kenneth | P O Box 562 | Plains | MT | 59859 |
| C | A | Righter | Mary | P O Box 571 | Troy | MT | 59935 |
| C | D | Rightmire | Miles "Rusty" | P.O. Box 2174 | Col Falls | MT | 59912 |
| PR |  | Riley | Karen | 8366 Charter Club Circle #12 | Fort Myers | FL | 33919 |
| C | A | Riley | Vernon | 3724 Hwy 2S | Libby | MT | 59923 |
| C | D | Riley - PR Karen | Donald | 8366 Charter Club Circle #12 ** see file temp add | Ft Myers | FL | 33919 |
| C | D | Riley - PR L Kempter | Darlene "Toni" | P O Box 434 | Libby | MT | 59923 |
| C | A | Robertson | Jeff | 511 West Balsam | Libby | MT | 59923 |
| C | A | Rohan | Dave | 160 Ocean Park Drive | Anchorage | AK | 99515 |
| C | A | Rosencrans | James | 35 Olbekson Road | Libby | MT | 59923 |
| C | A | Rosencrans | Robert | 35 Olbekson Road | Libby | MT | 59923 |
| C | A | Roy, Jr. | Thomas | P O Box 427 | Moyie Springs | ID | 83847 |
| C | A | Rucker, Jr. | Joel | 310 Dakota Avenue | Libby | MT | 59923 |
| C | A | Rutecki | Michael | PO Box 6113 | Great Falls | MT | 59406 |
| C | A | Ryan | Royce | 512 Corporate Avenue | Kalispell | MT | 59901 |
| C | D | Sagen | Kenneth | P O Box 176 | Libby | MT | 59923 |
| PR |  | Sagen | Nancy |  |  |  |  |
| C | A | Sand | Andy | 280 Northwood Avenue | Libby | MT | 59923 |
| C | A | Scauflaire | Claude | 288 Morristown Cay | Vero Beach | FL | 32966 |
| PR |  | Scauflaire | Takona | 288 Morristown Cay | Vero Beach | FL | 32966 |
| C | A | Schad | Jerome | 364 Milnor Lake Road | Troy | MT | 59935 |
| C | A | Schauss | Charlotte | 158 Highwood Drive | Libby | MT | 59923 |
| C | A | Schauss | Guenther | 111 West Balsam | Libby | MT | 59923 |
| C | A | Schnackenberg | John | 912 Farm to Market Road | Libby | MT | 59923 |
| C | A | Schnackenberg | Laura | 82 Highwood Drive | Libby | MT | 59923 |
| C | A | Schnackenberg | Steven | 369 Swede Gulch Drive | Libby | MT | 59923 |
| C | A | Schull | Billie | 214 Timber Lane | Libby | MT | 59923 |
| C | A | Shattuck | George | P O Box 680 | Frenchtown | MT | 59834-0680 |
| C | A | Shavlik | Richard | 404 First Avenue East | Kalispell | MT | 59901 |
| C | A | Shaw | Doug | 1135 Whitefish Stage #12 | Kalispell | MT | 59901 |
| C | A | Shea | Donald | P O Box 968 | Libby | MT | 59923 |
| C | A | Shea | Lois | P O Box 968 | Libby | MT | 59923 |
| C | A | Shearer | Wilma | 70 Midland Road | Libby | MT | 59923 |
| C | A | Shelmerdine | Judy | 1546 E. 5th St. Ext. | Libby | MT | 59923 |
| C | A | Shelton | David | 111 Woodard Road | Chehalis | WA | 98532 |
| C | A | Shiflett | William | 1306 Louisiana Avenue | Libby | MT | 59923 |
| C | A | Sichting | Francis | 337 Doak Creek Rd | Libby | MT | 59923 |
| C | D | Siefke | Raymond | 3496 Hwy 2 South | Libby | MT | 59923 |

| C/NR | A/D | LastName | FirstName | Address | City | State | ZipCode |
|---|---|---|---|---|---|---|---|
| PR | | Siefke | Trudy | 3496 Hwy 2 S | Libby | MT | 59923 |
| C | A | Skidmore | Victoria | 39704 Highway 2 South | Libby | MT | 59923 |
| C | A | Skramstad | Brent | 925 2nd Street North | Havre | MT | 59501 |
| C | A | Skramstad | Lester | 3647 South Highway 2 | Libby | MT | 59923 |
| C | A | Skramstad | Norita | 3647 S. Hwy. 2 | Libby | MT | 59923 |
| C | A | Slauson | Dale | 182 Parmenter Drive | Libby | MT | 59923 |
| C | A | Smerker | Dennis | #6 6th Street South | Great Falls | MT | 59405 |
| C | A | Smerker | Raymond | 196 Spencer Road | Libby | MT | 59923 |
| PR | | Smith | Beryl | 243 Grandale Avenue | Kalispell | MT | 59901 |
| C | A | Smith | Calvin | 134 Ski Road | Libby | MT | 59923 |
| C | A | Smith | Donald | 134 Ski Road | Libby | MT | 59923 |
| C | A | Smith | Donald | P O Box 1278 | Libby | MT | 59923 |
| C | A | Smith | Michael | 811 Westwood Drive #17 | Elko | NV | 89801 |
| C | A | Smith | Opal | 134 Ski Road | Libby | MT | 59923 |
| C | A | Smith | Ronald | MOVED - no forward | Huson | MT | 59846 |
| C | D | Smith - PR Beryl Smith | Rex | P O Box 186 | Libby | MT | 59923-0186 |
| PR | | Spady | Doloris | 5297 Highway 2 South | Libby | MT | 59923 |
| C | D | Spady | Raymond | 5297 Highway 2 South | Libby | MT | 59923 |
| C | A | Spady, Sr. | Stuart | 34 Bowker Street | Libby | MT | 59923 |
| C | A | Spencer | Katherine | 747 5th Street Ext | Libby | MT | 59923 |
| C | A | Stacy | Beryl | 225 Stacy Hollow | Rexford | MT | 59930 |
| C | A | Stacy | Norma | P O Box 467 | Eureka | MT | 59917 |
| C | A | Stacy, Sr. | Donald | P O Box 146 | Eureka | MT | 59917 |
| C | A | Stahlberg | Rose | 214 Spruce Drive | Kalispell | MT | 59901 |
| C | D | Stanley | Robert | c/o 838 2nd Ave E | Kalispell | MT | 59901 |
| C | A | Stapley | Kenneth | 209 Montana Ave. | Libby | MT | 59923 |
| PR | | Starke | Pam | 8671 Apache Drive | Prescott Valley | AZ | 86314 |
| C | D | Stephens | Lyle | 288 Morristown Cay | Vero Beach | FL | 32966 |
| C | A | Stephenson | David | 248 Remps Road | Libby | MT | 59923 |
| C | A | Stickney | Robert | P O Box 1160 | Libby | MT | 59923 |
| C | A | Stonehocker | Robert | 9624 E. Archery Ave. | Spokane | WA | 99206 |
| PR | | Stufflebeam | Nora Belle | 4647 Granite lake Road | Libby | MT | 59923 |
| C | D | Stufflebeam - PR Nora B | Robert | 4647 Granite Lake Road | Libby | MT | 59923 |
| C | A | Sunell | Agnes | 3577 US Hwy 2 South | Libby | MT | 59923 |
| C | A | Swennes | Bernadine | 516 Montana Avenue | Libby | MT | 59923 |
| C | A | Swennes | Donald | 516 Montana Avneue | Libby | MT | 59923 |
| C | A | Swennes | Jeffrey | 13170 East 39th Way | Yuma | AZ | 85367 |
| C | A | Swenson | David | 46 Burr Avenue | Libby | MT | 59923 |
| C | A | Swenson | Gary | 252 Cherry Creek Drive | Libby | MT | 59923 |
| C | A | Tarbert | Bernard | 1212 Nevada Avenue | Libby | MT | 59923 |
| C | A | Taylor-Regjovich | Shirley | 2825 E. O'Connell Ave | Rathdrum | ID | 83858 |
| C | D | Tellesch | Wayne | P O Box 130275 | Coram | MT | 59913 |

| C/NR | A/D | LastName | FirstName | Address | City | State | ZipCode |
|---|---|---|---|---|---|---|---|
| C | A | Templin | Ida | P O Box 827 | Troy | MT | 59935 |
| C | A | Templin, Sr. | Jack | P O Box 827 | Troy | MT | 59935 |
| C | A | Tennison | Kathleen | 2830 Juneau Drive | Missoula | MT | 59804 |
| C | A | Tennison | Rory | 1112 Viet Road | Newport | WA | 99156 |
| C | A | Tevebaugh | Mary | 163 Education Way | Libby | MT | 59923 |
| C PR | A | Theonnes | Lois | P O Box 46 | Libby | MT | 59923 |
| C | A | Tholen | Richard | 154 Pioneer Road | Libby | MT | 59923 |
| C | A | Thom | Leroy | 143 Park | Libby | MT | 59923 |
| C | A | Thomson | Eva | P O Box 1343 | Libby | MT | 59923 |
| C | A | Thomson | Robert | 32596 North Llumia Lane | Athol | ID | 83801 |
| C | A | Tolle | James | 5295 US Hwy 2S | Libby | MT | 59923 |
| C | A | Tolle | Maryann | P O Box 890 | Libby | MT | 59923 |
| C | A | Torgerson | Richard | 100 Hamann Ave | Libby | MT | 59923 |
| C | A | Torgison | Walter | P O Box 1107 | Libby | MT | 59923 |
| C | A | Trego | Jerald | 7366 E Fir Street | Port Orchard | WA | 98366 |
| C | A | Troyer, Sr. | Ivan | 303 West Larch St. | Libby | MT | 59923 |
| C | A | Tunison | Kerry | P.O. Box 146 | Troy | MT | 59935 |
| C | A | Urdahl | John | 918 Idaho, #230 | Libby | MT | 59923 |
| C | A | Urdahl | Lawrence | 620 Granite Ave | Libby | MT | 59923 |
| C | A | Urdahl, Jr. | Albert | P O Box 337 | Libby | MT | 59923 |
| C | D | Vatland - PR Gayla | Margaret | 245 Cedar Meadow Rd | Libby | MT | 59923 |
| C | A | Viereck | Richard | 146 Three Corner Rd Space 30 | Libby | MT | 59923 |
| C | A | Vinion | Patrick | 2261 Hwy 2 South | Libby | MT | 59923 |
| C | A | Vinson | Harvey | 141 Forest Avenue | Libby | MT | 59923 |
| C | A | Vinson | Kay | 701 West 1st St | Libby | MT | 59923 |
| C | A | Vinson | Richard | 9948 Hwy 2 S | Libby | MT | 59923 |
| C | A | Vinson | Verle | 82 Forest Avenue | Libby | MT | 59923 |
| C | A | Volkenand | Jerry | 276 Conifer Read | Libby | MT | 59923 |
| PR | A | Voyles | Mary | 210 Wards Road | Libby | MT | 59923 |
| C | A | Wade | Charlotte | P O Box 820 | Libby | MT | 59923 |
| C | A | Wagner | Cindy | 2070 Highway 2 West | Libby | MT | 59923 |
| PR | | Walker | Diane | 1037 California Street | Libby | MT | 59923 |
| C | D | Wangen- PR L Schaefer | Herman | 3211 Shadowcrest Lane | Spring | TX | 77380 |
| C | A | Warner | Betty | 132 East Bowman Dr. | Kalispell | MT | 59901 |
| C | A | Warner | Edgar | 132 East Bowman Dr. | Kalispell | MT | 59901 |
| PR | | Warren | Calvin | 47 Nimitz | Billings | MT | 59101 |
| C | D | Warren | Michael | c/o Calvin, 47 Nimitz | Billings | MT | 59101 |
| PR | A | Warren | Travis | 819 6th Ave | Laurel | MT | 59044 |
| C | A | Wasco | Shirley | 351 South Central Rd | Libby | MT | 59923 |
| C | A | Watson | Kelly | 20183 E Lake Shore | Bigfork | MT | 59911 |
| C | A | Welch | Charles | 1695 Highway 2 South | Libby | MT | 59923 |
| PR | | Welch | Harriet | 119 Garrison Rd | Troy | MT | 59935 |

| C/NR | A/D | LastName | FirstName | Address | City | State | ZipCode |
|---|---|---|---|---|---|---|---|
| C | D | Welch | Nevin | 119 Garrison Road | Troy | MT | 59935 |
| C | A | Wells | David | Box 27 | Box Elder | MT | 59516 |
| C | A | Westlund | Charles | 591 Rawlings Rd. | Libby | MT | 59923 |
| C | A | Westlund | Tim | P O Box 919 | Libby | MT | 59923 |
| C | A | Whitmarsh | Donald | P O Box 1291 | Libby | MT | 59923 |
| C | A | Widic | Franklin | 487 East Springcreek Pkway | Springcreek | NV | 89815 |
| C | A | Wilburn | Harold | 532 E. Sanson | Spokane | WA | 99207 |
| C | A | Wilkes | Robert | 316 Dome Mountain Ave. | Libby | MT | 59923 |
| C | D | Wilkes - PR M Wilkes | Larry | c/o Betty Challion 418 Mineral | Libby | MT | 59923 |
| C | A | Wilkes, Jr. | Larry | 600 Avenue B | Libby | MT | 59923 |
| C | A | Williams | George | P O Box 1082 | Libby | MT | 59923 |
| C | A | Williams, Sr. | Lawrence | 407 North Milnor Lake Road | Troy | MT | 59935 |
| PR | | Wilson | Doralee | 169 Timber Lane | Libby | MT | 59923 |
| C | D | Wilson | Ford | 169 Timber Lane | Libby | MT | 59923 |
| PR | | Witt | Toni | 275 Worthington St. S. #61 | Spring Valley | CA | 91977 |
| PR | | Wood | Connie | 80 Mahoney Road | Libby | MT | 59923 |
| C | A | Wood | Keith | 2726 Belt View Drive | Helena | MT | 59601 |
| C | A | Wray | Brian | 1150 McMannamy Draw | Kalispell | MT | 59901 |
| C | D | Wright | Andrew | 1432 Bobtail Road | Libby | MT | 59923 |
| C | A | Wright | Gerald | P O Box 857 | Rathdrum | ID | 83858 |
| C PR | A | Wright | Jane | 1432 Bobtail Road | Libby | MT | 59923 |
| C | A | Wright | Paul | P. O. Box 21 | Center Junction | IA | 52212 |
| C | A | Young | Angela | P O Box 503 | Libby | MT | 59923 |
| C | A | Young | Quentin | P O Box 503 | Libby | MT | 59923 |