IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*,[2] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors | ) | Objection Deadline: January 5, 2004 at 4:00 p.m. |
| | | Hearing Date: TBD only if necessary |

### FEE DETAIL FOR WOODCOCK WASHBURN'S MONTHLY FEE APPLICATION FOR THE PERIOD OCTOBER 1, 2003 THROUGH OCTOBER 31, 2003

---

[2] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn., A-1 Bit &Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-g II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a/ Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc.), Grace JVH, Inc., Asbestos Management, Inc., Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing System, Inc. (f/k/a Environmental Liability Management, Inc.), E&C Liquidating Corp., Emerson & Cuming, Inc., Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:46427.1
12/16/03 2:28 PM

*Intercat v. Nol-Tec*
Civil Action No.: 0:03CV4886
United States District Court
District of Minnesota

| | | | |
|---|---|---|---|
| 10/01/03 | KMW | Analysis of Plaintiffs' Second Set of Requests for Production of Documents and Things to Defendant WRG. | 0.70 |
| 10/02/03 | KMW | Analysis of Plaintiff's Second Request for Documents; prepare strategy for identifying and collecting documents responsive to the document request, review of on site files, and begin objections and responses. | 6.00 |
| 10/03/03 | GHL | Review of Scheduling order as received from court, and telephone conference with Mr. Maggio to discuss same | 0.30 |
| 10/03/03 | KMW | Continued analysis of Plaintiff's Second Request for Documents. | 0.80 |
| 10/05/03 | KMW | Continued analysis of document requests, draft objections to same. | 1.00 |
| 10/06/03 | KMW | Analysis and response to Second set of Document Requests; | 2.70 |
| 10/06/03 | DRB | Preparation for response to Intercat's discovery requests | 0.60 |
| 10/07/03 | GHL | Fee Application, Applicant – preparation of fee application for August 2003 | 1.00 |
| 10/08/03 | GHL | Review of Nol-Tec's interrogatories and document requests to Intercat; consideration of further discovery requests to be served in view of same ; | 0.40 |
| 10/08/03 | KMW | Continued preparation of responses to document requests. | 0.50 |
| 10/09/03 | DRB | Preparation of response to Intercat's discovery requests | 0.60 |
| 10/09/03 | KMW | Continued analysis of document requests and preparation of response thereto. | 2.00 |
| 10/10/03 | DRB | Preparation of responses to Intercat's outstanding discovery requests | 2.30 |
| 10/10/03 | KMW | Continued preparation of response to document requests. | 1.50 |
| 10/13/03 | DRB | Analysis of Intercat's document requests | 0.40 |
| 10/13/03 | GHL | Analysis of infringement issues in view of information on refinery operation; | 0.60 |
| 10/13/03 | KMW | Continued preparation of response to second set of document requests. | 2.50 |
| 10/14/03 | LL | Prepared for trip to W.R. Grace facility to gather documents; attended team meeting for review | 3.50 |
| 10/14/03 | DRB | Preparation of responses to document requests | 0.40 |

| Date | Initials | Description | Hours |
|---|---|---|---|
| 10/14/03 | KMW | Continued preparation of responses to second set of document requests; preparation for visit to Grace for document collection. | 4.00 |
| 10/15/03 | GHL | Analysis of information from Nol-Tec related to accused loaders and develpment of non-infringement defense in view of same; | 0.60 |
| 10/15/03 | KMW | Travel to/from Grace's Columbia, Md facility. (3 hours, billed half-time) | 1.50 |
| 10/15/03 | LL | Travel to/from Grace's Columbia, Md facility. (3 hours, billed half-time) | 1.50 |
| 10/15/03 | KMW | Inspection of documents at Grace facilities in Columbia, MD for production in response to Intercat document requests; interview of Grace representatives regarding documents. | 7.00 |
| 10/15/03 | LL | Inspection of documents at Grace facilities in Columbia, MD for production in response to Intercat document requests; interview of Grace representatives regarding documents. | 7.00 |
| 10/16/03 | LL | Attended to and assisted in review of documents from Grace files for production; set up files | 5.00 |
| 10/16/03 | KMW | Summarizing document collection from 10/15/03; continued response to second set of document requests. | 1.50 |
| 10/16/03 | KMW | Begin review of Intercat's document production. | 2.50 |
| 10/16/03 | GHL | Analysis of information from Nol-Tec related to accused loaders and development of non-infringement defense in view of same; | 0.80 |
| 10/20/03 | GHL | Telephone conference with Mr. Maggio regarding prior art to Intercat patent | 0.20 |
| 10/20/03 | GHL | Review of Intercat's subpoenas and deposition notices to refineries, and consideration of strategy for defense of same; | 0.30 |
| 10/20/03 | GHL | Preparation of responses to Intercat's First Set of Interrogatories to Grace | 0.50 |
| 10/20/03 | GHL | Review of documents to be produced to Intercat in response to Rule 34 Requests | 0.40 |
| 10/20/03 | DRB | Analysis of Intercat's nine subpoenas to various refineries and advice to Grace counsel Robert Maggio regarding the subpoena | 1.30 |
| 10/20/03 | DRB | Preparation of responses to Intercat's Interrogatory Request | 1.00 |
| 10/21/03 | KMW | Continued drafting responses to second set of document requests; | 2.00 |
| 10/21/03 | DRB | Preparation of response and objections to document requests | 1.00 |
| 10/21/03 | FTC | Review of prior art to Intercat patent in suit. | 3.30 |

| Date | Atty | Description | Hours |
|---|---|---|---|
| 10/21/03 | DRB | Analysis of Intercat's third party subpoenas with Grace's counsel and third parties | 1.30 |
| 10/21/03 | LL | Assisted in the review of new documents for production; file preparation | 5.00 |
| 10/22/03 | KMW | Finalize responses to second set of document requests; conference w/DRB regarding the same. | 1.10 |
| 10/22/03 | DRB | Preparation of responses to document requests | 1.00 |
| 10/23/03 | GHL | Review of Intercat's responses to Grace's Second Rule 34 Requests | 0.50 |
| 10/23/03 | LL | Assisted in the review of new documents for production; file preparation | 4.00 |
| 10/23/03 | DRB | Preparation of Grace's response to Intercat's interrogatory requests | 1.70 |
| 10/23/03 | DRB | Analysis and advice regarding Intercat's subpoenas to refineries - communication with Al Jordan at Grace and Nol Tec's counsel | 0.80 |
| 10/23/03 | KMW | Preparation and coordination of document production to Intercat. | 0.50 |
| 10/24/03 | GHL | Fee Application, Applicant – preparation of fee application for September 2003. | 1.00 |
| 10/24/03 | DRB | Preparation of interrogatory responses and communication with Al Jordan regarding same | 1.30 |
| 10/25/03 | DRB | Preparation of interrogatory responses to Intercat's First Set of Interrogatories | 4.40 |
| 10/27/03 | KMW | Analysis of Intercat's response to Grace's second set of Rule 34 requests. | 0.80 |
| 10/27/03 | LL | Assisted in the review of new documents for production; file preparation | 6.00 |
| 10/27/03 | DRB | Preparation of responses to Intercat's interrogatories | 0.90 |
| 10/28/03 | LL | Assisted in the review of new documents for production; file preparation; performed searches | 4.00 |
| 10/28/03 | DRB | Preparation of responses to contention interrogatories | 1.00 |
| 10/28/03 | GHL | Preparation of responses to Intercat's First Interrogatories | 0.30 |
| 10/28/03 | KMW | Analysis of deficiencies in Intercat's responses to second set of Rule 34 requests. | 0.80 |
| 10/28/03 | KMW | Preparations for document review of Grace's documents for production. | 0.80 |
| 10/29/03 | GHL | Preparation of responses to Intercat's First Interrogatories to Grace; | 1.50 |
| 10/29/03 | GHL | Review of Grace's responses to Intercat's 2nd Rule 34 requests. | 0.50 |

| Date | Atty | Description | Hours |
|---|---|---|---|
| 10/29/03 | LL | Assisted in the review of new documents for production; file preparation; performed searches | 4.00 |
| 10/30/03 | GHL | Further work on responses to Intercat's interrogatories; review of Intercat's responses to Grace's 2nd Rule 34 Requests; | 0.60 |
| 10/30/03 | DRB | Preparation and service of Grace's response to Intercat's contention interrogatories and analysis of Intercat's response | 1.40 |
| 10/30/03 | KMW | Preparation of responses to Intercat's Third Set of Document Requests. | 1.00 |
| 10/30/03 | KMW | Analysis of deficiencies in Intercat's response to second set of Grace's Rule 34 Requests. | 1.00 |
| 10/30/03 | DRB | Analysis of Murphy Oil refinery use of accused loader with Al Jordan at Grace | 1.00 |
| 10/31/03 | DRB | Preparation of responses to Intercat's discovery requests | 0.60 |
| 10/31/03 | GHL | Review of Intercat's responses to Grace's First Interrogatories | 0.20 |
| 10/31/03 | LL | Assisted in the review of new documents for production; file preparation; performed searches | 4.00 |

|  |  | SERVICES |  |  | $ | 26,662.50 |
|---|---|---|---|---|---|---|
| GHL | GARY H. LEVIN | 9.70 | hours at $ | 435.00 | | |
| DRB | DAVID R. BAILEY | 23.00 | hours at $ | 360.00 | | |
| FTC | FRANK T. CARROLL | 3.30 | hours at $ | 250.00 | | |
| KMW | KAREN MILLANE WHITNEY | 42.20 | hours at $ | 190.00 | | |
| LL | LARRY LABELLA | 44.40 | hours at $ | 120.00 | | |

**DISBURSEMENTS:**

| | |
|---|---|
| LOCAL COUNSEL FEES | 1,543.50 |
| FACSIMILE | 60.82 |
| POSTAGE & DELIVERY | 196.00 |
| PHOTOCOPYING | 5,657.60 |
| COMPUTER DOCKET SEARCH | 54.00 |
| COMPUTER RESEARCH | 105.00 |
| TRAVEL & EXPENSES (See attached detail) | 130.25 |

| | | |
|---|---|---|
| DISBURSEMENT TOTAL | $ | 7,747.17 |
| SERVICE TOTAL | $ | 26,662.50 |
| **INVOICE TOTAL** | $ | **34,409.67** |

Travel and Expense: Karen M. Whitney

| 10/15/03 | | |
|---|---|---|
| **Transportation:** Purpose of trip: | | |
| **Mileage** – Travel to Columbia, Maryland ($0.325/mile) | $ | 118.95 |
| **Tolls:** | $ | 11.30 |
| TOTAL EXPENSE: | $ | 130.25 |