# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors | ) | Objection Deadline: October 8, 2003 |

SUMMARY APPLICATION OF WOODCOCK WASHBURN FOR COMPENSATION
FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL LITIGATION COUNSEL TO
W.R. GRACE & CO., ET AL., FOR THE MONTHLY INTERIM PERIOD OF JULY 1, 2003,
THROUGH
JULY 31, 2003, FOR THE QUARTERLY FEE PERIOD OF JULY – SEPTEMBER 2003

| | |
|---|---|
| Name of Applicant: | **Woodcock Washburn LLP** |
| Authorized to Provide Professional Services to: | **W. R. Grace & Co., et al., Debtors and Debtors-in-Possession** |
| Date of Retention: | **Retention Order entered January 22, 2003** |
| Period for which compensation and reimbursement is sought | **July 1, 2003, through July 31, 2003** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$ 14,157.50** |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | **$ 1,834.84** |

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn., A-1 Bit &Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-g II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a/ Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc.), Grace JVH, Inc., Asbestos Management, Inc., Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing System, Inc. (f/k/a Environmental Liability Management, Inc.), E&C Liquidating Corp., Emerson & Cuming, Inc., Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Applicant Woodcock Washburn LLP submits this application for fees and expenses for the month of July 2003. This is the seventh application for interim compensation for services that has been filed with the Bankruptcy Court by Woodcock and the first application for services in the July - September 2003 quarter. The following applications have been filed previously with the Court:

| Date Filed | Period Covered | Requested Fees | Requested Disbursements |
|---|---|---|---|
| June 9, 2003 | 1/1 – 1/31/03 | $11,423.35 | $184.10 |
| June 9, 2003 | 2/1 – 2/28/03 | 29,216.00 | 684.22 |
| June 9, 2003 | 3/1 – 3/31/03 | 14,351.00 | 647.43 |
| June 3, 2003 | 4/1 – 4/30/03 | 14,268.50 | 244.41 |
| July 11, 2003 | 5/1 – 5/31/03 | 20,293.50 | 703.19 |
| August 1, 2003 | 6/1 – 6/30/03 | 24,087.00 | 2,822.23 |

All fees and expenses for which compensation is sought in the current application were rendered by Applicant in connection with the specific matter for which it was retained as special litigation counsel: Representation of Debtor as intervening defendant in *David B. Bartholic and Intercat, Inc. v. Nol-Tec Systems, Inc.*, civil action 2:02CV408JM, pending at the time these services were rendered in the United States District Court for the Northern District of Indiana. Except for the fees specifically identified as "Travel time," billed at half time totaling $1,080 or "Fee Applications, Applicant," totaling $348.00, all fees and expenses for which reimbursement is sought were in the category "Litigation and Litigation Consulting" in the Intercat case.

The attorneys of Applicant who rendered professional services in this case during the Fee Period are:

| Name of Professional Person | Position with the Applicant | Year Admitted to Bar | Department | Hourly Billing Rate | Total Billed Hours | Total Fees Generated |
|---|---|---|---|---|---|---|
| Gary H. Levin | Partner | 1976 | IP Litigation | $435.00 | 3.1 | $1,348.50 |
| David R. Bailey | Partner | 1990 | IP Litigation | $360.00 | 26.9 | $9,684.00 |
| Frank T. Carroll | Associate | 1996 | IP Litigation | $350.00 | 7.7 | $1,925.00 |
| Brian Cocca | Law Clerk | - | IP Litigation | $150.00 | 2.0 | $300.00 |
| Larry Labella | Paralegal | - | IP Litigation | $120.00 | 7.5 | $900.00 |

Total Fees: $14,157.5
Blended Rate: $ 299.94

With respect to disbursements for which compensation is requested, computer-assisted legal research and computer docket tracking are billed at no higher than actual cost, out-going fax charges are billed at no higher than $1/page (with no charge for incoming faxes), and copying charges are billed at $0.15/page.

**WHEREFORE**, Applicant respectfully requests (a) that an allowance be made to it, as fully described above for (i) 80% of the amount of $14,157.50 for reasonable and necessary professional services Applicant has rendered to the Debtors during the Fee Period ($ 11,326.00) and (ii) 100% of the reimbursement of actual and necessary costs and expenses incurred by applicant during the Fee Period ($1,834.84); and (b) that both fees and expenses are payable as administrative expenses of the Debtors' estates.

Respectfully submitted

Dated: September 15, 2003

Gary H. Levin
David R. Bailey
Woodcock Washburn LLP
One Liberty Place – 46th Floor
Philadelphia, PA 19103
(215) 568-3100
levin@woodcock.com

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

Objection Deadline: October 8, 2003 at 4:00 p.m.
Hearing Date: TBD only if necessary

### FEE DETAIL FOR WOODCOCK WASHBURN'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM JULY 1, 2003 THROUGH JULY 31, 2003

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:74959.1

*Intercat v. Nol-Tec*
Civil Action No.: 2:02CV408JM
United States District Court
Northern District of Indiana

| Date | Initials | Description | Hours |
|---|---|---|---|
| 07/02/03 | DRB | Correspondence drafted and sent to Intercat regarding revisions to draft protective order | 0.50 |
| 07/09/03 | DRB | Preparation of protective order | 0.70 |
| 07/11/03 | DRB | Preparation of protective order | 0.50 |
| 07/11/03 | DRB | Communication with Noltec's counsel regarding document production | 0.50 |
| 07/14/03 | DRB | Coordination with Grace for production of documents in response to discovery requests | 0.70 |
| 07/14/03 | DRB | Preparation of objections and responses to Intercat's discovery requests | 4.50 |
| 07/15/03 | DRB | Preparation of response and objections to Intercat's discovery request | 4.50 |
| 07/15/03 | DRB | Coordination with Grace for product of documents | 0.50 |
| 07/16/03 | DRB | Advice to Grace technical representatives regarding collection of documents for production to Intercat | 0.50 |
| 07/16/03 | DRB | Preparation of responses and objections to Intercat's discovery request | 0.80 |
| 07/17/03 | LL | Attendance and assistance to the organization of discovery documents to be scanned into our system for the preparation files and set up of the intra-net | 3.50 |
| 07/18/03 | LL | Attendance and assistance to the organization of discovery documents to be scanned into system for internal case management. | 4.00 |
| 07/21/03 | DRB | Strategy with co-defense counsel regarding motion to transfer | 0.50 |
| 07/21/03 | FTC | Reviewed and edited Grace's Responses to Plaintiffs' First Set of Requests for Production of Documents and Things in preparation for filing said responses. | 1.00 |
| 07/21/03 | DRB | Finalization and service of Grace's objections to Intercat's document requests | 0.50 |
| 07/23/03 | DRB | Travel to and back from Indiana to attend Court hearing on Nol-Tec's motion to transfer. | 3.00 |
| 07/23/03 | DRB | Preparation for and attendance to Court hearing on 7/23/03 regarding Nol Tec's Motion to Transfer | 4.90 |
| 07/23/03 | FTC | Reviewed and considered the conclusions of the opinion of non-infringement issued by Ratner Prestia relating to U.S. patent no. 5,389,236 and the Nol Tec catalyst injection systems. | 1.40 |
| 07/23/03 | DRB | Analysis of non-infringement positions | 1.80 |

| Date | Atty | Description | Hours |
|---|---|---|---|
| 07/24/03 | DRB | Analysis of Nol-Tec production documents | 2.50 |
| 07/29/03 | GHL | Fee application, Applicant -- preparation of fee application and expense detail for June 2003 | 0.80 |
| 07/29/03 | BAC | Research and memorandum on infringement issues as advanced by Intercat. | 4.50 |
| 07/29/03 | GHL | Review of notes of interviews with refinery operators regarding operation of catalyst loaders; | 0.50 |
| 07/29/03 | GHL | Review of Intercat's responses to Grace's First Rule 34 Requests; | 0.30 |
| 07/31/03 | FTC | Conducted on-line search for information relating to bulk weighing systems. | 1.50 |
| 07/31/03 | FTC | Reviewed prior-art references. | 3.50 |
| 07/31/03 | GHL | Development of defenses to Intercat's infringement charges; associated review of patent in suit and information on refinery use of Nol-Tec loaders; | 1.50 |
| 07/31/03 | FTC | Reviewed trip report concerning details of field operation of Nol-Tec loaders. | 0.30 |

                          SERVICES                    $        14,157.50

| Code | Name | Hours | Rate |
|---|---|---|---|
| GHL | GARY H. LEVIN | 3.10 hours at $ | 435.00 |
| DRB | DAVID R. BAILEY | 26.90 hours at $ | 360.00 |
| FTC | FRANK T. CARROLL | 7.70 hours at $ | 250.00 |
| LL | LARRY LABELLA | 7.50 hours at $ | 120.00 |
| BAC | BRIAN A. COCCA | 2.00 hours at $ | 150.00 |

**DISBURSEMENTS:**

| | |
|---|---|
| POSTAGE & DELIVERY | 25.34 |
| PHOTOCOPYING | 179.55 |
| COMPUTER SEARCH | 124.50 |
| TRAVEL & EXPENSES (See attached detail) | 1,505.45 |

DISBURSEMENT TOTAL                               $         1,834.84
SERVICE TOTAL                                    $        14,157.50

            **INVOICE TOTAL**                    $        15,992.34

Travel and Expense: Vendor David Bailey

| | | |
|---|---|---|
| 7/23/03 | Travel and Expense: Vendor David Bailey<br>**Transportation:** Purpose of trip: Attend Court hearing regarding Motion to Transfer Venue in the Northern District of Indiana | |
| | 7/23/03   USAir Flight 1775 (coach travel)<br>Philadelphia to Chicago<br>USAir Flight 970<br>Chicago to Philadelphia (coach travel) | $1,348.00 |
| | **Car Rental** – Transportation from airport to Courthouse | $   91.25 |
| | **Tolls:** | $    5.00 |
| | **Parking:** | $   16.00 |
| | **Gas:** | $   14.62 |
| | **Meals:** | |
| | Breakfast | $    5.50 |
| | Lunch | $    9.50 |
| | Dinner | $   15.58 |
| | TOTAL EXPENSE: | $1,505.45 |