# EXHIBIT B

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors | ) | Objection Deadline: November 6, 2003 at 4:00 p.m. |
| | ) | Hearing Date: TBD only if necessary |

**SUMMARY APPLICATION OF WOODCOCK WASHBURN FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL LITIGATION COUNSEL TO W.R. GRACE & CO., ET AL., FOR THE MONTHLY INTERIM PERIOD OF AUGUST 1, 2003, THROUGH AUGUST 31, 2003, FOR THE QUARTERLY FEE PERIOD OF JULY – SEPTEMBER 2003**

| | |
|---|---|
| Name of Applicant: | **Woodcock Washburn LLP** |
| Authorized to Provide Professional Services to: | **W. R. Grace & Co., et al., Debtors and Debtors-in-Possession** |
| Date of Retention: | **Retention Order entered January 22, 2003** |
| Period for which compensation and reimbursement is sought | **August 1, 2003, through August 31, 2003** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$ 5,120.00** |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | **$ 2,346.40** |

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn., A-1 Bit &Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-g II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a/ Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc.), Grace JVH, Inc., Asbestos Management, Inc., Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing System, Inc. (f/k/a Environmental Liability Management, Inc.), E&C Liquidating Corp., Emerson & Cuming, Inc., Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:46711.1
10/17/03 1:56 PM

Applicant Woodcock Washburn LLP submits this application for fees and expenses for the month of August 2003. This is the eighth application for interim compensation for services that has been filed with the Bankruptcy Court by Woodcock and the second application for services in the July - September 2003 quarter. The following applications have been filed previously with the Court:

| Date Filed | Period Covered | Requested Fees | Requested Disbursements |
|---|---|---|---|
| June 9, 2003 | 1/1 – 1/31/03 | $11,423.35 | $184.10 |
| June 9, 2003 | 2/1 – 2/28/03 | 29,216.00 | 684.22 |
| June 9, 2003 | 3/1 – 3/31/03 | 14,351.00 | 647.43 |
| June 3, 2003 | 4/1 – 4/30/03 | 14,268.50 | 244.41 |
| July 11, 2003 | 5/1 – 5/31/03 | 20,293.50 | 703.19 |
| August 1, 2003 | 6/1 – 6/30/03 | 24,087.00 | 2,822.23 |
| September 18, 2003 | 7/1 – 7/31/03 | 14,157.50 | 1,834.84 |

All fees and expenses for which compensation is sought in the current application were rendered by Applicant in connection with the specific matter for which it was retained as special litigation counsel: Representation of Debtor as intervening defendant in *David B. Bartholic and Intercat, Inc. v. Nol-Tec Systems, Inc.*, civil action 03-CV-4886 (RHK/AJB), pending, following a transfer pursuant to 28 U.S.C. § 1404, in the United States District Court for the District of Minnesota. Except for the fees specifically identified as "Fee Applications, Applicant," totaling $ 435.00, all fees and expenses for which reimbursement is sought were in the category "Litigation and Litigation Consulting" in the Intercat case.

The attorneys of Applicant who rendered professional services in this case during the Fee Period are:

| Name of Professional Person | Position with the Applicant | Year Admitted to Bar | Department | Hourly Billing Rate | Total Billed Hours | Total Fees Generated |
|---|---|---|---|---|---|---|
| Gary H. Levin | Partner | 1976 | IP Litigation | $435.00 | 2.0 | $870.00 |
| David R. Bailey | Partner | 1990 | IP Litigation | $360.00 | 4.5 | $1,620.00 |
| Frank T. Carroll | Associate | 1998 | IP Litigation | $350.00 | 2.5 | $625.00 |
| Chad E. Ziegler | Associate | 1997 | IP Litigation | $265.00 | 1.0 | $265.00 |
| Larry Labella | Paralegal | - | IP Litigation | $120.00 | 14.5 | $1,740.00 |

Total Fees: $5,120.00
Blended Rate: $208.97

With respect to disbursements for which compensation is requested, computer-assisted legal research and computer docket tracking are billed at no higher than actual cost, out-going fax charges are billed at no higher than $1/page (with no charge for incoming faxes), and charges for standard copying are billed at no more than $0.15/page.

**WHEREFORE**, Applicant respectfully requests (a) that an allowance be made to it, as fully described above for (i) 80% of the amount of $5,120.00 for reasonable and necessary professional services Applicant has rendered to the Debtors during the Fee Period ($4,160.00) and (ii) 100% of the reimbursement of actual and necessary costs and expenses incurred by applicant during the Fee Period ($ 2,346); and (b) that both fees and expenses are payable as administrative expenses of the Debtors' estates.

Respectfully submitted

Dated: October 10, 2003

Gary H. Levin
David R. Bailey
Woodcock Washburn LLP
One Liberty Place – 46th Floor
Philadelphia, PA  19103
(215) 568-3100
levin@woodcock.com

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*,[2] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors | ) | Objection Deadline: November 6, 2003 at 4:00 p.m. |
| | ) | Hearing Date: TBD only if necessary |

## FEE DETAIL FOR WOODCOCK WASHBURN'S MONTHLY FEE APPLICATION FOR THE PERIOD AUGUST 1, 2003 THROUGH AUGUST 31, 2003

---

[2] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn., A-1 Bit &Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-g II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a/ Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc.), Grace JVH, Inc., Asbestos Management, Inc., Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing System, Inc. (f/k/a Environmental Liability Management, Inc.), E&C Liquidating Corp., Emerson & Cuming, Inc., Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:46711.1
10/17/03 1:59 PM

-1-

*Intercat v. Nol-Tec*
**Civil Action No.: 0:03CV4886**
**United States District Court**
**District of Minnesota**

| | | | |
|---|---|---|---:|
| 08/01/03 | GHL | Fee Application, Applicant --preparation of quarterly summary application for April-June 2003 | 1.00 |
| 08/01/03 | GHL | Review of information on refinery use/operation of Nol-Tec loaders; and consideration of further defense of this action in view of same; | 0.80 |
| 08/01/03 | GHL | Consideration of Intercat responses on discovery and required follow-up | 0.60 |
| 08/01/03 | DRB | Analysis of information from refineries relevant to infringement issue; | 1.00 |
| 08/01/03 | FTC | Work on discovery requests. | 1.00 |
| 08/04/03 | DRB | Advice to Grace representative concerning document collection for response to discovery requests. | 0.40 |
| 08/04/03 | DRB | Analysis of document production by Noltec | 0.40 |
| 08/05/03 | LL | Attended meeting to discuss production documents; telephone conference with client regarding document collection. | 1.00 |
| 08/05/03 | CEZ | Reviewed Intercat's responses to Graces first set of document requests; prepared draft letter in response regarding deficiencies. | 1.00 |
| 08/06/03 | DRB | Preparation of documents for production | 0.70 |
| 08/07/03 | DRB | Preparation of documents for production | 0.50 |
| 08/08/03 | DRB | Preparation of documents for production | 0.60 |
| 08/13/03 | LL | Assisted in the review of documents for production; performed searches | 5.00 |
| 08/14/03 | LL | Assisted in the review of documents to prepare for production | 3.50 |
| 08/19/03 | LL | Assisted in the review of documents for production | 2.00 |
| 08/21/03 | DRB | Letter to Intercat requesting clarification for document production and stated objections | 0.40 |
| 08/26/03 | DRB | Analysis of Court Order and communication with Intercat counsel regarding Rule 16 conference | 0.50 |
| 08/26/03 | LL | Assisted in the review of documents for production | 3.00 |
| 08/29/03 | FTC | Drafted interrogatories to Nol-Tec Systems, Inc. | 1.50 |

SERVICES                               $        5,120.00

| | | | | |
|---|---|---:|---|---:|
| GHL | GARY H. LEVIN | 2.00 | hours at $ | 435.00 |
| DRB | DAVID R. BAILEY | 4.50 | hours at $ | 360.00 |
| CEZ | CHAD E. ZIEGLER | 1.00 | hours at $ | 265.00 |
| FTC | FRANK T. CARROLL | 2.50 | hours at $ | 250.00 |
| LL | LARRY LABELLA | 14.50 | hours at $ | 120.00 |

**DISBURSEMENTS:**

| | | |
|---|---|---:|
| LOCAL COUNSEL FEES | | 426.75 |
| TELEFAX | | 102.16 |
| POSTAGE & DELIVERY | | 28.37 |
| TELEPHONE | | 2.16 |
| PHOTOCOPYING | | 1,640.96 |
| COMPUTER DOCKETING, SEARCH | | 146.00 |
| | | |
| DISBURSEMENT TOTAL | $ | 2,346.40 |
| SERVICE TOTAL | $ | 5,120.00 |
| **APPLICATION TOTAL** | $ | 7,466.40 |