# EXHIBIT C

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors | ) | Objection Deadline: November 26, 2003 at 4:00 p.m. |
| | | Hearing Date: TBD only if necessary |

**SUMMARY APPLICATION OF WOODCOCK WASHBURN FOR
COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES
AS SPECIAL LITIGATION COUNSEL TO W.R. GRACE & CO., ET AL., FOR
THE MONTHLY INTERIM PERIOD OF SEPTEMBER 1, 2003, THROUGH SEPTEMBER 30, 2003,
FOR THE QUARTERLY FEE PERIOD OF JULY – SEPTEMBER 2003**

| | |
|---|---|
| Name of Applicant: | **Woodcock Washburn LLP** |
| Authorized to Provide Professional Services to: | **W. R. Grace & Co., et al., Debtors and Debtors-in-Possession** |
| Date of Retention: | **Retention Order entered January 22, 2003** |
| Period for which compensation and reimbursement is sought | **September 1, 2003, through September 30, 2003** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$ 18,536.00** |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | **$ 2,143.81** |

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn., A-1 Bit &Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-g II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a/ Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc.), Grace JVH, Inc., Asbestos Management, Inc., Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing System, Inc. (f/k/a Environmental Liability Management, Inc.), E&C Liquidating Corp., Emerson & Cuming, Inc., Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Applicant Woodcock Washburn LLP submits this application for fees and expenses for the month of September 2003. This is the ninth application for interim compensation for services that has been filed with the Bankruptcy Court by Woodcock and the third application for services in the July - September 2003 quarter. The following applications have been filed previously with the Court:

| Date Filed | Period Covered | Requested Fees | Requested Disbursements |
|---|---|---|---|
| June 9, 2003 | 1/1 – 1/31/03 | $11,423.35 | $184.10 |
| June 9, 2003 | 2/1 – 2/28/03 | 29,216.00 | 684.22 |
| June 9, 2003 | 3/1 – 3/31/03 | 14,351.00 | 647.43 |
| June 3, 2003 | 4/1 – 4/30/03 | 14,268.50 | 244.41 |
| July 11, 2003 | 5/1 – 5/31/03 | 20,293.50 | 703.19 |
| August 1, 2003 | 6/1 – 6/30/03 | 24,087.00 | 2,822.23 |
| September 18, 2003 | 7/1 – 7/31/03 | 14,157.50 | 1,834.84 |
| October 17, 2003 | 8/1/ - 8/31/03 | 5,120.00 | 2,346.40 |
| TOTAL | | $132,916.85 | $9,466.82 |

All fees and expenses for which compensation is sought in the current application were rendered by Applicant in connection with the specific matter for which it was retained as special litigation counsel: Representation of Debtor as intervening defendant in *David B. Bartholic and Intercat, Inc. v. Nol-Tec Systems, Inc.*, civil action 03-CV-4886 (RHK/AJB), pending in the United States District Court for the District of Minnesota. Except for the fees specifically identified as "Fee Applications, Applicant," totaling $ 348.00, and "Travel," a total of 6.5 hours billed at half time (3.2 hours) totaling $1,392.00, all fees for which application is made were in the category "Litigation and Litigation Consulting" in the Intercat case.

The attorneys of Applicant who rendered professional services in this case during the Fee Period are:

| Name of Professional Person | Position with the Applicant | Year Admitted to Bar | Department | Hourly Billing Rate | Total Billed Hours | Total Fees Generated |
|---|---|---|---|---|---|---|
| Gary H. Levin | Partner | 1976 | IP Litigation | $435.00 | 12.8 | $5,568.00 |
| David R. Bailey | Partner | 1990 | IP Litigation | $360.00 | 23.8 | $8,568.00 |
| Frank T. Carroll | Associate | 1998 | IP Litigation | $350.00 | 17.6 | $4,400.00 |

Total Fees: $18,536.00
Blended Rate: $341.99

With respect to disbursements for which compensation is requested, computer-assisted legal research and computer docket tracking are billed at no higher than actual cost, out-going fax charges are billed at no higher than $1/page (with no charge for incoming faxes), and charges for standard copying are billed at no more than $0.15/page.

**WHEREFORE**, Applicant respectfully requests (a) that an allowance be made to it, as fully described above for (i) 80% of the amount of $18,536.00 for reasonable and necessary professional services Applicant has rendered to the Debtors during the Fee Period ($14,828.00) and (ii) 100% of the reimbursement of actual and necessary costs and expenses incurred by applicant during the Fee Period ($ 2,143.81); and (b) that both fees and expenses are payable as administrative expenses of the Debtors' estates.

Respectfully submitted

Dated: October 29, 2003

Gary H. Levin
David R. Bailey
Woodcock Washburn LLP
One Liberty Place – 46th Floor
Philadelphia, PA 19103
(215) 568-3100
levin@woodcock.com

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*,[2] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors | ) | Objection Deadline: November 26, 2003 at 4:00 p.m. |
| | | Hearing Date: TBD only if necessary |

## FEE DETAIL FOR WOODCOCK WASHBURN'S MONTHLY FEE APPLICATION FOR THE PERIOD SEPTEMBER 1, 2003 THROUGH SEPTEMBER 30, 2003

---

[2] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn., A-1 Bit &Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-g II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a/ Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc.), Grace JVH, Inc., Asbestos Management, Inc., Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing System, Inc. (f/k/a Environmental Liability Management, Inc.), E&C Liquidating Corp., Emerson & Cuming, Inc., Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:45785.1
11/06/03 9:11 AM

*Intercat v. Nol-Tec*
Civil Action No.: 0:03CV4886
United States District Court
District of Minnesota

| Date | Atty | Description | Hours |
|---|---|---|---|
| 09/02/03 | DRB | Preparation for and attendance to meet and confer conference with Intercat's counsel | 1.40 |
| 09/08/03 | DRB | Analysis of Intercat discovery | 0.50 |
| 09/09/03 | DRB | Preparation of discovery requests | 0.50 |
| 09/09/03 | DRB | Analysis of Intercat discovery requests | 0.50 |
| 09/09/03 | FTC | Drafted interrogatories. | 1.10 |
| 09/10/03 | DRB | Preparation of discovery requests to Intercat | 2.50 |
| 09/10/03 | FTC | Drafted W.R. Grace & Co.'s Second Set of requests for documents and things. | 6.20 |
| 09/10/03 | FTC | Reviewed Plaintiff's first set of requests for documents and things to Defendant Nol-Tec Systems, Inc., and Plaintiff's first and second set of requests for documents and things to W.R. Grace & Co. in preparation for drafting W.R. Grace & Co.'s second set of requests for documents and things. | 1.50 |
| 09/11/03 | FTC | Drafted W.R. Grace's Second Set of requests for documents and things. | 3.40 |
| 09/11/03 | DRB | Preparation of Grace's First Set of Interrogatories to Intercat and forwarding to local counsel for service | 2.00 |
| 09/11/03 | FTC | Held telecon with local counsel (W. Dossett) to discuss filing of W.R. Grace's latest set of interrogatories and requests for documents and things. | 0.30 |
| 09/11/03 | DRB | Analysis of draft rule 26(f) report proposed by Intercat and other report proposed by NolTec | 1.00 |
| 09/11/03 | DRB | Preparation of Grace's Second Set of Document Requests to Intercat and forwarding to local counsel for service | 1.50 |
| 09/12/03 | DRB | Rule 26(f) conference with counsel for NolTec and Intercat, and preparation for conference to set out discovery schedule | 2.20 |
| 09/12/03 | GHL | Review of Court's order scheduling Rule 16 conference; review of Intercat's proposed discovery and trial schedule to be included in 26f report in connection with the conference, and work on revisions to the schedule to propose to Intercat and NolTec | 1.00 |
| 09/13/03 | GHL | Fee Application Applicant – preparation of monthly fee application for July 2003 | 0.80 |

| Date | Atty | Description | Hours |
|---|---|---|---|
| 09/15/03 | GHL | Review and consideration of documents as received from Nol-Tec relating to development of the accused loader. | 0.80 |
| 09/17/03 | FTC | Drafted responses to Plaintiff's first set of interrogatories. | 5.10 |
| 09/17/03 | DRB | Analysis of Intercat's discovery requests and communication with Grace regarding response | 1.00 |
| 09/17/03 | DRB | Preparation and review of production of documents to Intercat | 0.40 |
| 09/18/03 | DRB | Draft of letter to Magistrate pursuant to order | 1.00 |
| 09/18/03 | DRB | Analysis of Intercat's proposed Rule 26(f) report and suggested revisions | 1.20 |
| 09/19/03 | DRB | Analysis of Rule 26(f) report and advice to Intercat's counsel regarding revisions to report | 1.00 |
| 09/19/03 | DRB | Preparation of letter to Magistrate regarding settlement | 1.00 |
| 09/20/03 | DRB | Preparation of letter to Magistrate Boylan regarding settlement | 1.50 |
| 09/22/03 | GHL | Review of further draft of 26(f) report, including proposed comments for inclusion by Nol-Tec, and further revising draft | 0.40 |
| 09/22/03 | DRB | Revisions to draft Rule 26(f) report | 0.40 |
| 09/22/03 | GHL | Preparation of confidential memorandum to magistrate regarding issues in case and settlement prospects, as required by Rule 16 Scheduling order | 0.40 |
| 09/23/03 | DRB | Analysis of discovery issues with Grace's counsel | 0.40 |
| 09/23/03 | DRB | Revisions to Rule 26(f) report | 0.50 |
| 09/23/03 | GHL | Review of parties joint Rule 26(f) report in preparation for scheduled Rule 16 conference; | 0.40 |
| 09/23/03 | DRB | Revisions to letter to Magistrate Boylan and telephone conference with Grace's counsel regarding same | 0.50 |
| 09/24/03 | DRB | Preparation of letter to Magistrate Boylan | 0.50 |
| 09/24/03 | DRB | Advice to Alfred Jordan regarding document collection; advice to Robert Maggio, Esq., regarding document collection | 0.90 |
| 09/25/03 | DRB | Advice to Al Jordan regarding document collection | 0.40 |
| 09/25/03 | GHL | Analysis of non-infringement position in preparation for discussion of same with magistrate | 0.60 |
| 09/25/03 | GHL | Review of court's proposed scheduling order and comparison against submitted proposals, in preparation for scheduled Rule 16 conference; outline of points to be addressed at Rule 16 conference; | 0.70 |

| Date | Atty | Description | Hours |
|---|---|---|---|
| 09/26/03 | DRB | Advice to Robert Maggio regarding document collection procedures and employee awareness memo | 0.50 |
| 09/26/03 | DRB | Analysis of Court's proposed scheduling order | 0.50 |
| 09/29/03 | GHL | Preparation for scheduled Rule 16 conference with court, including review of court's proposed scheduling order, and discussion of same with counsel for co-defendant Nol-Tec; | 0.50 |
| 09/29/03 | GHL | Review of Intercat patent in suit and study of written report on non-infringement issues in preparation for scheduled meeting with magistrate and possible discussion of merits in case merits in context of position papers required for submission by magistrate's order; | 1.50 |
| 09/29/03 | GHL | Travel to Minneapolis to represent Grace at Rule 16 conference pursuant to court order. (3 hours billed at half time). | 1.50 |
| 09/30/03 | GHL | Meeting with counsel for co-defendant Nol-Tec to discuss non-infringement positions and strategy for defense against Intercat's infringement claim. | 0.50 |
| 09/30/03 | GHL | Representation of Grace at Rule 16 conference with court in Minneapolis. | 1.50 |
| 09/30/03 | GHL | Meeting with counsel for co-defendant Nol-Tec to prepare for scheduled Rule 16 conference with court. | 0.50 |
| 09/30/03 | GHL | Travel time, from Minneapolis. 3.5 hours billed at half time | 1.70 |

|   |   | SERVICES |   |   | $ | 18,536.00 |
|---|---|---|---|---|---|---|
| GHL | GARY H. LEVIN | | 12.80 | hours at $ | | 435.00 |
| DRB | DAVID R. BAILEY | | 23.80 | hours at $ | | 360.00 |
| FTC | FRANK T. CARROLL | | 17.60 | hours at $ | | 250.00 |

**DISBURSEMENTS:**

| | |
|---|---|
| POSTAGE & DELIVERY | 113.67 |
| TELEPHONE | 3.78 |
| PHOTOCOPYING | 443.27 |
| COMPUTER DOCKETING, SEARCH | 83.00 |
| TRAVEL AND EXPENSES (Detail Attached) | 1500.09 |

| | | |
|---|---|---|
| DISBURSEMENT TOTAL | $ | 2,143.81 |
| SERVICE TOTAL | $ | 18,536.00 |
| **INVOICE TOTAL** | $ | 20,679.81 |

Travel and Expense: Gary H. Levin

---

9/29-9/30/03

| | | |
|---|---|---|
| **Transportation:** | Purpose of trip: Attendance at Rule 16 conference with Court | |
| 9/29/03 | USAir Flight 224 (coach travel)<br>Philadelphia to Minneapolis | $1,185.00 |
| 9/30/03 | USAir Flight 1994<br>Minneapolis to Philadelphia (coach travel) | |
| **Taxi Fares** – Transportation from airport to Courthouse | | $   22.00 |
| **Airport Parking:** | | $   28.00 |
| **Gas:** | | $   11.70 |
| **Hotel:** | | $ 224.87 |
| **Meal:** | | $   28.52 |

TOTAL EXPENSE: $1,500.09