**Exhibit A**
April 2003 Fee Application

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| W.R. GRACE & CO., *et al* | ) ) ) | Case No. 01-01139 (JKF) (Jointly Administered) |
| Debtors. | ) ) ) | |

**Objection Deadline: October 8, 2003 at 4:00 p.m.**
**Hearing Date: TBD only if necessary**

**SUMMARY COVER SHEET TO TWENTY-EIGHTH MONTHLY INTERIM
APPLICATION OF WALLACE KING MARRARO & BRANSON PLLC
FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR
JULY 1, 2003 THROUGH JULY 31, 2003**

| | |
|---|---|
| Name of Applicant: | Wallace King Marraro & Branson PLLC. ("WKMB") |
| Authorized to provide professional services to: | Special Litigation and Environmental Counsel to Debtors |
| Date of Retention: | April 2, 2001 |
| Period for which compensation and reimbursement is sought: | July 1, 2003 through July 31, 2003. |
| Amount of compensation sought as actual, reasonable and necessary | $106,526.72 for the period July 1, 2003 through July 31, 2003 (80% of $133,158.40 after 40% discount for Honeywell matter) in professional fees. |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $10,206.36 for the period July 1, 2003 through July 31, 2003. |

This is a:    Monthly interim application.

Prior Applications filed: Yes.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 7/5/01 | 4/2/01 through 4/30/01 | $216,471.50 | $25,282.16 | 100% Paid | 100% Paid |
| 7/5/01 | 5/1/01 through 5/31/01 | $244,726.00 | $26,594.89 | 100% Paid | 100% Paid |
| 8/9/01 | 6/1/01 through 6/20/01 | $186,977.91 | $90,104.66 | 100% Paid | 100% Paid |
| 8/28/01 | 7/1/01 through 7/31/01 | $101,544.08 | $52,387.36 | 100% Paid | 100% Paid |
| 10/18/01 | 8/1/01 through 8/31/01 | $85,722.80 | $56,387.04 | 100% Paid | 100% Paid |
| 11/05/01 | 9/1/01 through 9/30/01 | $66,562.16 | $24,668.50 | 100% Paid | 100% Paid |
| 12/13/01 | 10/1/01 through 10/31/01 | $76,674.32 | $10,019.94 | 100% Paid | 100% Paid |
| 1/02/02 | 11/1/01 through 11/30/01 | $76,484.30 | $13,513.96 | 100% Paid | 100% Paid |
| 2/12/02 | 12/1/01 through 12/31/01 | $46,954.80 | $17,209.63 | 100% Paid | 100% Paid |
| 2/21/02 | 1/1/02 through 1/31/02 | $79,379.36 | $2,260.41 | 100% Paid | 100% Paid |
| 3/25/02 | 2/1/02 through 2/28/02 | $69,957.20 | $3,160.68 | 100% Paid | 100% Paid |
| 4/24/02 | 3/1/02 | $55,351.04 | $3,155.63 | 100% Paid | 100% Paid |

| | through 3/31/02 | | | | |
|---|---|---|---|---|---|
| 5/23/02 | 4/1/02 through 4/30/02 | $63,704.72 | $6,584.06 | 100% Paid | 100% Paid |
| 6/27/02 | 5/1/02 through 5/31/02 | $57,060.32 | $4,946.79 | 100% Paid | 100% Paid |
| 7/24/02 | 6/1/02 through 6/30/02 | $66,137.04 | $8,461.57 | 100% Paid | 100% Paid |
| 8/27/02 | 7/1/02 through 7/31/-2 | $72,492.64 | $20,490.51 | 100% Paid | 100% Paid |
| 9/25/02 | 8/1/02 through 8/31/02 | $94,828.80 | $23,851.10 | 100% Paid | 100% Paid |
| 10/25/02 | 9/1/02 through 9/30/02 | $124,578.27 | $1,424.28 | 100% Paid | 100% Paid |
| 11/25/02 | 10/1/02 through 10/31/02 | $167,191.12 | $36,979.60 | 80% Paid | 100% Paid |
| 1/2/03 | 11/1/02 through 11/30/02 | $157,634.40 | $25,921.79 | 80% Paid | 100% Paid |
| 2/12/03 | 12/1/02 through 12/31/02 | $178,734.48 | $114,558.29 | 80% Paid | 100% Paid |
| 4/18/03 | 1/1/03 through 1/31/03 | $275,466.40 | $159,839.86 | 80% Paid | 100% Paid |
| 5/6/03 | 2/1/03 through 2/28/03 | $123,758.48 | $25,803.22 | 80% Paid | 100% Paid |
| 5/7/03 | 3/1/03 through 3/31/03 | $110,340.00 | $10,455.86 | 80% Paid | 100% Paid |
| 6/13/03 | 4/1/03 through 4/30/03 | $87122.40 | $13,144.41 | 80% Paid | 100% Paid |
| 6/26/03 | 5/1/03 through 5/31/03 | $$57,138.56 | $12,415.74 | 80% Paid | 100% Paid |
| 7/8/03 | 6/1/03 through | $105,028.72 | $,316.82 | 80% Paid | 100% Paid |

| 6/30/03 | | | | |
|---|---|---|---|---|

As indicated above, this is the twenty-eighth application for interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases

### Summary of Compensation Requested

| Name of Professional Individual | Position, year assumed, prior relevant experience; year of obtaining relevant license to practice | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Christopher Marraro | Partner | $440 | 97.0 | $42,680.00 |
| William Hughes | Counsel | $350 | 167.3 | $58,555.00 |
| Michael L. Williams | Associate | $225 | 158.0 | $35,550.00 |
| Rebecca L. Schuller | Associate | $180 | 46.4 | $8,352.00 |
| Alec C. Zacaroli | Associate | $225 | 5.9 | $1,327.50 |
| Tamara Parker | Associate | $290 | 88.0 | $25,520.00 |
| Letta Sneed | Associate | $260 | 8.8 | $2,288.00 |
| F. Paul Pittman | Summer Assoc. | $170 | 8.7 | $1,479.00 |
| Barbara Banks | Paralegal | $135 | 122.2 | $16,497.00 |
| Natasha Bynum | Legal Clerk | $100 | 0.6 | $60.00 |
| Mahmoude Moasser | Paralegal | $135 | 190.1 | $25,663.50 |
| Rebecca M. Mitchell | Paralegal | $120 | 0.40 | $48.00 |

| | |
|---|---|
| Total Fees | $218,020.00 |
| Less 40% Discount for Allied | $( 84,861.60) |
| Balance Due | $133,158.40 |
| Total Hours | 893.4 |

## EXPENSE SUMMARY

| Expense Category | Total Expenses |
|---|---|
| Meals on Trips | $39.93 |
| Copying | $4,185.68 |
| Facsimile | $615.75 |
| Postage | $20.95 |
| Taxis to Library of Congress | $15.00 |
| Online Research | $4,392.50 |
| Delivery Service/Messengers | $265.89 |
| Telephone | $445.53 |
| Federal Express | $225.13 |
| | |
| Total | $10,206.36 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

## VERIFICATION

Christopher H. Marraro, after being duly sworn according to law, deposes and says:

1.      I am a partner with the applicant firm, Wallace King Marraro & Branson,

PLLC and I am a member in good standing of the bars of the State of New Jersey and District of

Columbia.

2.      I have personally performed certain of, and overseen the legal services

rendered by Wallace King Marraro & Branson PLLC as special litigation and environmental counsel

---

[1]  The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

to the Debtors and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

        3.      The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

Christopher H. Marraro

In the District of Columbia

SWORN TO AND SUBSCRIBED
before me this 3rd day of September 2003.

Notary Public

My Commission Expires:

BRENDA SELF
Notary Public
District of Columbia
My Comm. Expires January 1, 2008

-2-

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., <u>et al.</u>,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Deadline: October 8, 2003 at 4:00 p.m.**
**Hearing Date: TBD only if necessary**

## FEE DETAIL FOR WALLACE KING MARRARO & BRANSON PLLC'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM JULY 1, 2003 THROUGH JULY 31, 2003

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.



**WALLACE KING MARRARO & BRANSON, PLLC**
1050 THOMAS JEFFERSON STREET, N.W.
WASHINGTON, DC 20007

Phone 202.204.1000
Fax 202.204.1001

September 3, 2003

Richard Senftleben
 W. R. Grace & Co.
 7500 Grace Drive
 Columbia, MD 21044

Invoice#    915

For Professional Services Rendered in Connection with Honeywell, Inc. -
Matter 6

Professional Services:

|  |  |  | Hours |
|---|---|---|---|
| 07/01/03 | TRP | Email with Mr. Hughes re declaration in support of fee petition (.2); review and make changes to calculations on percentages of fees attributable to RCRA for fee petition (7.4). | 7.60 |
| 07/01/03 | WFH | Work on RCRA fee petition and attachements to same, including redacting legal and expert invoices and preparing declarations, tables and spreadsheets (8.2); conferences with Ms. Banks and Mr. Moasser re same and related assignments (1.1); conference with Ms. Flax re Carella Byrne's RCRA fee petition and related issues (.4); legal research in support of RCRA fee petition (.5). | 10.20 |
| 07/01/03 | BJB | Continue preparation of expert fees and expenses for RCRA costs petition (5.8); telephone conference with Mr. Hughes re pertinent case law and documents faxed from Carella Byrne in re preparation of RCRA costs petition (.4); scan and email pertinent documents to Mr. Hughes re RCRA costs petition (.8); make telephone calls and research Internet, Westlaw and Lexis for pertinent information for declarations in re RCRA costs petition for Mr. Hughes | 8.70 |

|  |  | (1.3); research Plaintiff's Findings of Fact and respond to inquiry from Mr. Scrivo in re RCRA cost petition (.4). |  |
|---|---|---|---|
| 07/01/03 | ACZ | Review NJ permit regulations and findings and draft email to B. Hughes re monitoring remediation (.8). | 0.80 |
| 07/01/03 | CHM | Meeting in NJ with Special Master (6.0); post-meeting with client and consultant (2.5). | 8.50 |
| 07/01/03 | CHM | Travel from NJ to DC (2.1). (Note: Travel time billed at 50%; 10% here or 1.8 and 40% at end of statement.) | 1.80 |
| 07/01/03 | LS | Legal research re multiple appeals (5.2). | 5.20 |
| 07/01/03 | MM | Telephone conferences with Mr Hughes re various changes to be done to table to be submitted to court reflecting fees and expenses (.6); continue to review, redact, organize and re-calculate all RCRA related expenses and fees to be submitted for reimbursement per court order (7.5); continue to incorporate and revise table reflecting attorney fees and expenses (1.7); office conference with Ms. Parker re requested change (i.e., by Marraro and Hughes) to percentages to various entries throughout all WMKB invoices (.6). | 10.40 |
| 07/02/03 | TRP | Review draft of Mr. Marraro's declaration in support of fee petition, and review billing files to determine dates WKMB submitted fee applications to bankruptcy court and insert information in declaration (2.7); review calculations by Mr. Moasser in anticipation of preparing redacted bills for fee petition (5.9). | 8.60 |
| 07/02/03 | BJB | Continue analyze, calculate and work with Dr. Goad re fees and expenses in re Grace's RCRA claim costs petition for Mr. Hughes (7.8); conference calls to Dr. Goad and Mr. Cleary re RCRA claims costs petition for Mr. Hughes (.5); make telephone call to Dr. Brown for Mr. Hughes (.3); prepare email message to Dr. Brown for Mr. Hughes (.4); prepare email to Mr. Scrivo re RCRA claim attorney fees petition for Mr. Hughes (.4); review, coordinate and prepare post-trial correspondence re financial assurances and final judgment received 6/26-2/27 for distribution to case attorneys (1.3). | 10.70 |

| 07/02/03 | CHM | Work with Dr. Brown re various assignments (1.2); review declaration/fee petition (1.0); conference with client (.5); conference with Agnello (.5); review financial assurance NJ law (.8). | 4.00 |
|---|---|---|---|
| 07/02/03 | WFH | Continue working on RCRA fee petition and attachments to same, including declarations, spreadsheets, tables and redacted invoices (7.3); conferences with Ms. Banks and Mr. Moasser re same and associated assignments (.8); conference with Mr. Agnello and Ms. Flax re Carella Byrne petition and Agnello declaration (.7); conference with expert re his invoices and RCRA related tasks to be claimed in ECARG petition. (.6). | 9.40 |
| 07/02/03 | MM | Telephone conferences with Mr. Hughes re various changes to be done to table to be submitted to court reflecting fees and expenses (.7); various office conferences with Ms. Parker re same (.4); continue to review, redact, organize and re-calculate all RCRA related expenses and fees to be submitted for reimbursement per court order (8.6); continue to incorporate and revise table reflecting attorney fees and expenses (.7). | 10.40 |
| 07/03/03 | TRP | Email with B. Banks requesting copies of fee applications submitted to bankruptcy court and orders approving same (.2); review Pacer printout of docket for entries related to WKMB in attempt to find fee applications and orders approving fees (2.1); make changes to Mr. Marraro declaration and email to Mr. Hughes (1.7); check calculations of hours and expenses on bills related to RCRA (3.6). | 7.60 |
| 07/03/03 | CHM | Review work plan issues with Dr. Brown (1.0); conference call re upcoming meeting with Special Master (.6); conference with Dr. Ball (.5); review research on stay issues and conference with M. Williams re same (.8); conference with Mr. Hughes re fee petition (.5); conference with ICO attorneys re various issues (.5). | 3.90 |
| 07/03/03 | MLW | Additional research regarding specific financial assurance requirements to be imposed upon Honeywell (1.9). | 1.90 |
| 07/03/03 | WFH | Work on RCRA fee petition and attachments to same as previously described (5.7); conferences with Ms. Banks, Ms. Parker and Mr. Moasser re same and related assignments | 7.40 |

|          |      | (1.2); conference with Dr. Brown and staff re SI invoices and RCRA related tasks for ECARG fee petition. (.5). | |
|----------|------|---------------------------------------------------------|------|
| 07/03/03 | BJB  | Research case files and Pacer for pertinent dates in re preparation of RCRA claim costs petition, download, coordinate and prepare binder for Ms. Parker (2.7) work with Dr. Goad re fees and expenses for ECARG's RCRA claim costs petition for Mr. Hughes (3.6); prepare fax for Mr. Marraro (.3); research case correspondence ascertain pertinent information re Honeywell payments in re preparation of expert fees and expenses for RCRA claim cost petition (.7). | 7.30 |
| 07/03/03 | MM   | Telephone conferences and exchange of emails with Mr. Hughes re various changes to be done to table to be submitted to court reflecting fees and expenses (.6); various office conferences with Ms. Parker re same (.7); continue to review, redact, organize and re-calculate all RCRA related expenses and fees to be submitted for reimbursement per court order (6.2); continue to incorporate and revise table reflecting attorney fees and expenses (2.1). | 9.60 |
| 07/04/03 | MM   | Forward email to Mr. Hughes re status of RCRA related fees and expenses (.2); various telephone conferences with Ms. Parker re same (.3); delivery of various documents for review and confirmation of stated fees and expenses and discussion of same (2.3); continue to review, redact, organize and re-calculate all RCRA related expenses and fees to be submitted for reimbursement per court order (4.1); continue to incorporate and revise table reflecting attorney fees and expenses (1.1). | 8.00 |
| 07/05/03 | WFH  | Conferences with Ms. Parker and paralegals re status of tasks related to fee petition (.6); work on declarations (.8); work with Mr. Cleary re declaration (.5). | 1.90 |
| 07/05/03 | BJB  | Continue calculation and preparation of table of Dr. Goad's fees and expenses in re RCRA claim costs petition for Mr. Hughes (5.6). | 5.60 |
| 07/05/03 | TRP  | Review calculations of hours and expenses for fee petition and make changes as needed (5.4). | 5.40 |
| 07/05/03 | MM   | Continue to review, redact, organize and re-calculate under revised formula all RCRA related expenses and fees to be | 6.50 |

|  |  |  |  |
|---|---|---|---|
|  |  | submitted for reimbursement per court order (4.7); continue to incorporate and revise table reflecting attorney fees and expenses (1.8). |  |
| 07/06/03 | BJB | Continue preparation, proofing of table of experts' fees and expenses in re RCRA claim costs petition for Mr. Hughes (5.8). | 5.80 |
| 07/06/03 | MM | Travel to and from Ms. Parker's home re picking up various documents that were reviewed re confirmation of stated RCRA fees and expenses and discussion of same (2.4); continue to review, redact, organize and re-calculate all RCRA related expenses and fees to be submitted for reimbursement per court order, pending (4.4); continue to incorporate and revise table reflecting attorney fees and expenses (2.3); preliminary review, calculation and filling in Table 3 to be attached to Mr. Marraro's declaration (1.4). | 10.50 |
| 07/06/03 | WFH | Review and revise table of fees and expenses and descriptions of RCRA related tasks in Mr. Marraro's declaration (re RCRA fee petition) (1.2). | 1.20 |
| 07/07/03 | TRP | Review billing and prepared list of entries for possible deletion and to check consistency with allocations with local counsel (3.7). | 3.70 |
| 07/07/03 | MLW | Research regarding potential stay proceedings before District Court and Third Circuit Court of Appeals (8.8). | 8.80 |
| 07/07/03 | WFH | Work on RCRA fee petition and attachments to same as previously described (7.7); conferences with Ms. Banks, Ms. Parker and Mr. Moasser re same and related assignments (1.0). | 8.70 |
| 07/07/03 | NAB | Scan and e-mail court documents to Ms. Banks (.6). | 0.60 |
| 07/07/03 | CHM | Review documents (2.0). | 2.00 |
| 07/07/03 | CHM | Work on fee petition (2.2); conference with Agnello re same (1.0); prepare letter to Special Master re Brown issues (1.0). | 4.20 |
| 07/07/03 | BJB | Collect and prepare pertinent document for Mr. Hughes (.3); conference with Mr. Hughes re status and revisions to experts' RCRA claim fees and expenses (.3); continue | 8.50 |

preparation, proofing of table of experts' fees and expenses
in re RCRA claim costs petition for Mr. Hughes (3.8);
prepare application form for certification of good standing
for Messrs. Hughes and Williams in re Appeal (.8); review
sort, organize, coordinate and prepare new correspondence
and court filings for incorporation into indexed case files
(3.3).

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 07/07/03 | MM | Telephone conference with Mr. Hughes re status of RCRA project (.2); office conferences with Mr. Hughes and Ms. Parker re change in figures re RCRA expense claims (.6); continue to review, redact, organize and re-calculate all RCRA related expenses and fees to be submitted for reimbursement per court order (4.4); continue to incorporate and revise table reflecting attorney fees and expenses (2.3); preliminary review, calculation and filling in Table 3 to be attached to Mr. Marraro's declaration (.8). | 8.30 |
| 07/08/03 | MLW | Research regarding potential stay proceedings before District Court and Third Circuit Court of Appeals (6.4); research regarding applicable standards of review before Third Circuit Court of Appeals (3.3). | 9.70 |
| 07/08/03 | WFH | Work on RCRA fee petition and attachments to same as previously described (6.4); conferences with Ms. Banks, Ms. Parker and Mr. Moasser re same and related assignments. (1.0). | 7.40 |
| 07/08/03 | CHM | Conference call with client (.5); prepare letter to Special Master; review notice from Special Master re financial assurance (.5);  conference with Agnello re same (.5) meeting with M. Williams re various appeal issues (.7); review Honeywell appeal motion (.3); prepare response to Third Circuit interest forms (.6). | 3.10 |
| 07/08/03 | BJB | Continue preparation, proofing of table of experts' fees and expenses in re RCRA claim costs petition for Mr. Hughes (8.0); prepare email and attachments to Messrs. Senftleben and Nagy for Mr. Marraro (.3); telephone conference with Mr. Hughes re upcoming project (.2). | 8.50 |
| 07/08/03 | MM | Office conferences with Mr. Hughes re change in figures re RCRA expense claims and latest status of project (.4); continue to review, redact, organize and re-calculate all RCRA related expenses and fees to be submitted for | 9.20 |

| | | | |
|---|---|---|---|
| | | reimbursement per court order (6.7); continue to incorporate and revise table reflecting attorney fees and expenses (1.4); preliminary review, calculation and filling in Table 3 to be attached to Mr. Marraro's declaration (.7). | |
| 07/09/03 | TRP | Prepare list of rates to be used for each WKMB person on bills based Laffey Matrix (1.9); review bills for possible deletion of entries. (1.1). | 3.00 |
| 07/09/03 | MLW | Research regarding potential relief/remedies available to Honeywell before Third Circuit (8.3). | 8.30 |
| 07/09/03 | WFH | Work on RCRA fee petition and attachments to same as previously described (6.8); conferences with Ms. Banks, Ms. Parker and Mr. Moasser re same and related assignments. (1.0). | 7.80 |
| 07/09/03 | BJB | Perform Internet research of Dept. of Justice's web site, download and prepare email of updated U.S. Attorney's Laffey Matrix 2003-2014 from in re RCRA claim petition for Mr. Hughes and Ms. Parker (.4); continue entry of Dr. Goad's data into experts' fees and expenses table for RCRA claim petition (4.5); research Third Circuit Court of Appeals web site, download and prepare pertinent information in preparation for Appeal for Mr. Williams (.7); conference with Mr. Williams re same and required Certificates of Good Standing (.3); create revised table of expert fees and expenses in re RCRA claim petition per request of Mr. Hughes (2.5). | 8.40 |
| 07/09/03 | LS | Legal research re rates for cost petition (3.6). | 3.60 |
| 07/09/03 | MM | Office conferences with Ms. Parker re change in figures re RCRA attorney and paralegal Fees under the Laffey Matrix pertaining to pending RCRA claims to be filed (.4); review various emails from Mr. Hughes re same (.3); continue to review, redact, organize and re-calculate all RCRA related expenses and fees to be submitted for reimbursement per court order (6.4); review and revise table reflecting attorney fees and expenses (.7); review and revise calculation Table 3 to be attached to Mr. Marraro's declaration (.6). | 8.40 |
| 07/10/03 | MLW | Research regarding potential relief/remedies available to Honeywell before Third Circuit (9.2). | 9.20 |

| | | | |
|---|---|---|---|
| 07/10/03 | WFH | Work on RCRA fee petition and attachments to same as previously described (6.8); conferences with Ms. Banks, Ms. Parker and Mr. Moasser re same and related assignments. (1.0). | 7.80 |
| 07/10/03 | CHM | Conference call with Agnello re fee application (1.5); conference with ICO re fee application (.5); review and comment on declaration from D. Cleary (.6); conference with Dr. Brown, Agnello and Sentfleben re Honeywell's work plan (.6). | 3.20 |
| 07/10/03 | BJB | Proof and update table of Dr. Goad's fees and expenses in re RCRA claim petition per Mr. Hughes' request (3.2); research documents forwarded by Mr. German for Mr. Hughes (.7); research Westlaw for cited cases, read and analyze in re pertinent language for Mr. Hughes in re RCRA claim petition and prepare summary for Mr. Hughes (.8); prepare summary table of environmental experts' fees and expenses for Mr. Hughes (.8); research Lexis and Westlaw for pertinent case for Mr. Hughes and prepare email of results (1.8); review, sort, organize and prepare post trial documents, filings and correspondence and create indexed case files (3.5); create appeals binder (.5). | 11.30 |
| 07/10/03 | MM | Office conferences with Mr Hughes re additional change in figures re attorney and paralegal fees under the Laffey Matrix pertaining to pending RCRA claims to be filed (.5); review various emails from Mr. Hughes and Ms. Parker re same re same (.4); continue to review, redact, organize and re-calculate additional changes to all RCRA related expenses and fees to be submitted for reimbursement per court order (9.1); review and revise table reflecting attorney fees and expenses (.9); review and revise calculation to Table 3 to be attached to Mr. Marraro's declaration (.7); telephone conference with Ms. Parker re stated changes (.2). | 11.80 |
| 07/11/03 | TRP | Research in Court Express in attempt to obtain dated signed copies of Orders approving fees in Bankruptcy Court to be used in support of fee petition and calls to request bankruptcy counsel requesting same (2.1); checking revised calculations for fee petition (4.7). | 6.80 |
| 07/11/03 | MLW | Research regarding Federal Rules of Appellate Procedure and local Third Circuit Court rules (3.3); research regarding | 7.10 |

|            |     | consolidation of appeals before Third Circuit Court of Appeals and other issues (3.8). |       |
|------------|-----|---------------------------------------------------------------------------------------|-------|
| 07/11/03   | WFH | Work on RCRA fee petition and attachments to same as previously described (7.2); conferences with Ms. Banks, Ms. Parker and Mr. Moasser re same and related assignments (1.0). | 8.20 |
| 07/11/03   | CHM | Review and comment on Honeywell workplan (5.0); conference with Dr. Brown (.5); conference with Agnello re work plan (.5). | 6.00 |
| 07/11/03   | MM  | Office conferences with Mr Hughes and Ms. Parker re additional change in figures re attorney and paralegal fees under the Laffey Matrix pertaining to pending RCRA claims to be filed (.6); continue to review, redact, organize and re-calculate additional changes to all RCRA related expenses and fees to be submitted for reimbursement per court order (6.7); review and revise table reflecting attorney fees and expenses (1.6); review and revise calculation to Table 3 to be attached to Mr. Marraro's declaration (.8); forward email to Mr. Hughes with revise spreadsheet and table 3 with current figures for review (.2). | 9.90 |
| 07/11/03   | RMM | Assist Ms. Parker wth Court express information to gather documents for review (.4). | 0.40 |
| 07/12/03   | MM  | Exchange emails with Mr. Hughes re status of project and current changes in figures re attorney and paralegal fees under the Laffey Matrix pertaining to pending RCRA claims to be filed (.2); continue to review, redact, organize all RCRA related expenses and fees to be submitted for reimbursement per court order (11.8). | 12.00 |
| 07/13/03   | WFH | Conference with Mr. Marraro re RCRA permitting and land ban issues raised by Honeywell's on-site treatment plan and conduct research re same. (3.3) | 3.30 |
| 07/13/03   | MM  | Exchange emails with Mr. Hughes re status of project and current changes in figures re attorney and paralegal fees under the Laffey Matrix pertaining to pending RCRA claims to be filed (.2); continue to review, redact and organize all RCRA related expenses and fees to be submitted for reimbursement per court order (9.3). | 9.50 |

| 07/14/03 | MLW | Research regarding potential expedited appeal and consolidation of appeals before Third Circuit Court of Appeals (2.7); research regarding recoverable attorneys' fees in RCRA proceeding (5.6). | 8.30 |

| 07/14/03 | WFH | Conduct research and make calls to EPA and NJDEP re RCRA permitting and land ban issues raised by Honeywell's on-site treatment plan (7.7); prepare memorandum memorializing results of research (1.0); conference with Messrs. Marraro and Agnello re same (.5). | 9.20 |

| 07/14/03 | TRP | Continue review of calculations and  fee petition (4.1). | 4.10 |

| 07/14/03 | ACZ | Research re RCRA and NJ DEP permitting requirements (2.5); conference with Mr. Hughes re same (.4). | 2.90 |

| 07/14/03 | CHM | Pre-meeting for meeting (.8); meeting with Langan re development issues on Honeywell's workplan (1.5); dinner meeting with client (2.0). | 4.30 |

| 07/14/03 | BJB | Research case records re Grace subpoenaed Honeywell contractors for RCRA claim petition for Mr. Hughes (.5); research and analyze trial testimony of Dr. Brown on Summation re site remediation approaches for 7/15/03 meeting with Mr. Torricelli  and prepare results for Mr. Hughes (1.7); research Lexis and Westlaw and U.S.EPA web sites, download and prepare Federal Register cites re active management of hazardous wastes for Mr. Hughes (1.5); review, redact, coordinate and prepare invoices of Dr. Schmiermund in preparation for RCRA claim petition appendix (5.8). | 9.50 |

| 07/14/03 | MM | Office conferences with Mr. Hughes and Ms. Parker re status of project and current changes in figures re attorney and paralegal fees under the Laffey Matrix pertaining to pending RCRA claims to be filed (.4); finalize the review, redaction and organization of all RCRA related expenses and fees to be submitted for reimbursement per court order (8.1); finalize the revisions of RCRA spreadsheet and Table 3 to be attached to Mr. Marraro's Declaration (.8). | 9.30 |

| 07/14/03 | RLS | Research whether on-site remediation in a container requires a permit (4.1). | 4.10 |

| | | | |
|---|---|---|---|
| 07/15/03 | TRP | Compare redacted bills and handwritten percentages and totals with working copies to ensure accuracy and make changes as needed (7.9); add entries to chart of entries to be checked against local counsel's percentage of fees attributable to RCRA petition (3.2); review revised Marraro declaration and begin search for information needed to fill in blanks (.3). | 11.40 |
| 07/15/03 | MLW | Research regarding recoverable attorneys' fees in RCRA proceeding (8.1). | 8.10 |
| 07/15/03 | WFH | Follow-up research re land ban and RCRA permitting issue raised by Honeywell work plan (1.2); work on RCRA fee petition and attachments to same as previously described (7.6); conferences with Ms. Parker, Ms. Banks and Mr. Moasser re same and related assignments (1.0). | 9.80 |
| 07/15/03 | CHM | Pre-meeting with Dr. Brown re Honeywell's draft workplan (3.0); meeting with Special Master re same (4.0); post-meeting re workplan re Special Master and other issues (2.0). | 9.00 |
| 07/15/03 | CHM | Travel to DC from NJ (2.1). (Note: Travel time billed at 50%; 10% here or 1.8 and 40% at end of statement.) | 1.80 |
| 07/15/03 | BJB | Review, sort, organize and prepare new post-trial correspondence, case documents and legal research re RCRA requirements and permits and district court filings, and incorporate into Post Trial case files and create new files (9.0). | 9.00 |
| 07/15/03 | MM | Office conferences with Mr. Hughes and Ms. Parker re status of project and finalizing changes in figures and additional redactions re attorney and paralegal fees under the Laffey Matrix pertaining to pending RCRA claims to be filed (.6); review and continue to finalize the redaction and organization of all RCRA related expenses and fees to be submitted for reimbursement per court order (8.2); preliminary coping of completed RCRA related invoices to be submitted (.8). | 9.60 |
| 07/16/03 | TRP | Continue review and correction to redacted bills to be submitted with fee petition (3.3); begin review of Goad | 10.40 |

|          |      |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                     |        |
|----------|------|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|--------|
|          |      | billings and format for submission with fee petition (.8); search for and obtain copies of documents from Pacer for exhibits to fee petition declaration (1.9); prepare list of entries for comparison to local counsel to ensure consistency in allocations to RCRA and email to Mr. Hughes and delete entries re NJDEP meetings and recalculate fees attributable to RCRA (4.4).                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                      |        |
| 07/16/03 | MLW  | Research regarding recoverable attorneys' fees in RCRA proceeding (8.7).                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                             | 8.70   |
| 07/16/03 | CHM  | Review plaintiffs' fee application (petition and application) (1.0); review and comment on Marraro declaration (1.2); review petition (.8); conference with client (.5); meeting with Agnello re fee petition (.8).                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                    | 4.30   |
| 07/16/03 | MM   | Office conferences with Mr. Hughes and Ms. Parker re additional changes and finalizing changes in figures and additional redactions re attorney and paralegal fees pertaining to pending RCRA claims to be filed (.7); review and continue to finalize the recalculations of all RCRA related expenses and fees to be submitted for reimbursement per court order (2.3); review and revise both Table 3 and spreadsheet reflecting WKMB's fees and expense (1.3); continue to copy all completed RCRA related invoices to be submitted (.8); office conference with Mr. Marraro re assuring that a CD is in our possession which contains all parties sampling results up to trial (.2); office conference with Mr. Hughes and Mr. Marraro re same (.1); office conferences with Mr. Hughes re all experts invoices to be collected under RCRA which Ms. Banks has been working on (.3); telephone conferences with Ms. Banks re status of same (.2); as requested by Mr. Hughes, review, organize and confirm all expert invoices calculations (2.1); prepare copies of same in preparation for filing (1.4); in preparation for meeting with local counsel on 7/17/03, review, organize and produce copies of all material to be submitted to the court pertaining to ECARG's petition for fee and expense reimbursement for their review (2.7); search Pacer re producing 4/17/02 Order for Ms. Parker (.3). | 12.40  |
| 07/16/03 | RLS  | Research whether party may be awarded attorneys' fees for work preparing fee petition (8.0).                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                          | 8.00   |
| 07/16/03 | WFH  | Finalize drafts of fee petition and supporting documents                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                             | 7.80   |

|  |  | (including affidavits) for review in July 17 meeting with Messrs. Agnello and Marraro (7.8). |  |
|---|---|---|---|
| 07/17/03 | TRP | Review calculations for Goad billing and mark for redaction those entries not related to RCRA (9.8); office conference with N. Bynum requesting assistance in obtaining documents for exhibits to declaration in support of fee application from Pacer (.7); make revisions to declaration based on dates and documents obtained from PACER and email to Mr. Hughes (.8); checking final copies of redacted legal fee bills for submission with fee petition and provide instruction to Mr. Moasser and copy center on recopying documents as needed (.4). | 11.70 |
| 07/17/03 | MLW | Research regarding potential expedited appeal and preparation of memorandum for Mr. Marraro (9.7). | 9.70 |
| 07/17/03 | WFH | All-day meeting with Messrs. Agnello and Marraro re RCRA fee petition and supporting documents (7.5); revisions to petition and declarations per meeting (2.2). | 9.70 |
| 07/17/03 | CHM | All-day meeting with J. Agnello re fee petition (8.0). | 8.00 |
| 07/17/03 | MM | Finalize the preparation of material to be reviewed at meeting with Mr. Marraro, Mr. Agnello and Mr Hughes (1.4); office conferences with Mr. Hughes and Ms. Parker re additional changes and finalizing figures re attorney and paralegal fees pertaining to pending RCRA claims to be filed (.8); review and finalize spreadsheet and Table 3 to be attached to Mr. Marraro's declaration as requested by My. Hughes (1.7); continue to copy all completed RCRA related invoices to be submitted (.9); follow-up office conferences with Mr. Hughes and Ms. Parker re all experts invoices to be collected and confirming final figures to be claimed under RCRA (2.3); office conference and work with Ms. Joslin and re confirming RCRA calculations of all ECARG's expert invoices (1.3); continue to prepare copies of same in preparation for filing (1.4). | 9.80 |
| 07/17/03 | RLS | Research attorney fee recovery under RCRA (4.2). | 4.20 |
| 07/18/03 | MLW | Research regarding potential stay proceedings before District Court and Third Circuit Court of Appeals (7.0). | 7.00 |

| 07/18/03 | WFH | Work on RCRA fee petition and attachments to same as previously described (6.2); legal research in support of same (1.0); conferences with Ms. Flax and Wallace King paralegals re finalizing same for filing with court on July 21 (1.2). | 8.40 |
|---|---|---|---|
| 07/18/03 | TRP | Supervise and make corrections to redaction of Goad billings for fee petition, check copies after redaction and calculate total of fees and expenses attributable to RCRA (7.1); review exhibits for declaration and table of contents for exhibits (.6). | 7.70 |
| 07/18/03 | CHM | Work on fee petition and declaration (6.5); conference call with Agnello re fee petition (.8); review plaintiffs' fee petition (2.2); review Williams' memo re expedited appeal (.5). | 10.00 |
| 07/18/03 | MM | Review, organize and finalize the preparation of WKMB RCRA related fees and expenses as well as ECARG's expert RCRA fees and expenses (i.e., exhibits and appendices to petition and declarations) to be sent to Ms. Flax for filing on Monday, July 21, 2003 (4.9); office conferences with Mr. Hughes and Ms. Parker re same (.7); finalize all copying of same to be submitted (2.4); review revised petition and Mr. Marraro's declaration and assure all exhibits and appendices have been included in box to Ms. Flax for filing as requested by Ms. Schuller (.9); draft detailed cover letter to Ms. Flax describing all contents of box and forward via FedEx accordingly as directed by Mr. Hughes (.3); travel to and from FedEx office on 12th Street, Washington, D.C. re dropping box off to be sent to Ms. Flax (.7). | 9.90 |
| 07/18/03 | RLS | Proofread, edit and prepare RCRA fee petition and attachments for filing (8.9). | 8.90 |
| 07/19/03 | CHM | Work on final declaration (1.0). | 1.00 |
| 07/21/03 | MLW | Research regarding potential cross-appeal available to defendants (8.3). | 8.30 |
| 07/21/03 | CHM | Review and edit final petition and declaration (1.4); conference call with J. Agnello re petition (.6); review and comment on Dr. Brown's summary of presentation and assignment to Hughes re same (.5); review Grace exhibits for work done by Louis Berger Group (1.2). | 3.70 |

| 07/21/03 | BJB | Prepare fax to Ms. Isaacson re declaration for Mr. Marraro (.3); conference with Mr. Hughes re assignment (.3); research trial exhibits database, collect and prepare proposed pertinent document re site engineer for Special Master for Mr. Hughes (1.4); research Internet and deposition transcripts on Summation re site remediation issues for Mr. Hughes (3.8); prepare email report and conference with Mr. Hughes re same (.4); research pertinent trial exhibits for information pertinent to Special Master's proposed site remediation engineer for Mr. Hughes (1.8 ). | 8.00 |
|---|---|---|---|
| 07/21/03 | MM | Review various emails from Ms. Schuller re status of RCRA fee petition, Marraro's declaration and revised spreadsheet (.3); review and forward copy of revised spreadsheet to Ms. Flax at the request of Ms. Schuller with message to incorporate into stated declaration (.4); office conferences with Mr. Marraro re producing latest version of the fee petition and his declaration for review (.2); office conferences with Ms. Schuller re reviewing stated petition and Marraro's declaration re assuring that all exhibits and appendices are accounted for as well as were stated spread sheet is to be cited (.5); review stated documents and forward email to Ms. Flax re same (.6); office conferences with Mr. Hughes re detailing all material incorporated into ECARG's experts' RCRA fees and expenses and produce table of contents re same (.7); follow-up office conferences with Mr. Hughes re status of filing and other miscellaneous tasks to assure filing is completed (.3); forward appendix A and B cover sheets to Ms. Flax as request (.4); review, organize and compile WKMB's file copy of RCRA Fee Petition filing (2.9); follow-up office conference with Mr. Hughes re discussion of preliminary preparation of submitting supplemental RCRA fee petition and case task (.4); case management (.9). | 7.60 |
| 07/21/03 | WFH | Finalize RCRA fee petition and attachments to same and coordinate with Mr. Agnello and Ms. Flax re finalizing same with court (6.8); research re Louis Berger's involvement at Dundalk and confer with Mr. Marraro re same (.8). | 7.60 |
| 07/21/03 | FPP | Draft memorandum regarding permits for site remediation (5.0). | 5.00 |
| 07/22/03 | MLW | Research regarding potential cross-appeal issues available to | 8.60 |

defendants and conference with Mr. Marraro regarding potential cross-appeal (8.6).

| | | | |
|---|---|---|---|
| 07/22/03 | WFH | Conferences with Messrs. Marraro and Brown re assignments related to Honeywell's proposed remediation work plan and conference with Special Master (.8); legal research re RCRA issue related to same (.7); research re appeal issue (injunction under strict liability claim) and confer with Mr. Williams re same (1.4); additional research re Louis Berger's projects for MPA (.5). | 3.40 |
| 07/22/03 | CHM | Attend luncheon meeting with Honeywell counsel (2.0); conference calls with client (1.5); conference with Agnello ore Louis Berger Group (.5); review motion of Special Master to retain Louis Berger Group (.3); review L. Berger materials (.5). | 4.80 |
| 07/22/03 | BJB | Collect pertinent document for Mr. Marraro (.2); review, sort, coordinate, organize and prepare new correspondence re plaintiffs' and Grace's RCRA claim petitions, district court filings and site remediation documents received from Dr. Brown for incorporation into electronic and case files ( 6.2); scan trial documents and email to Mr. German per Mr. Hughes' request (2.3). | 8.70 |
| 07/22/03 | MM | Office conferences with Mr. Hughes re reviewing 7/21/03 RCRA fee petition and all supporting documents to assure accuracy (.3); review stated filing re same (.7); follow-up telephone conference with Ms. Flax re minor copying problems (.3); follow up office conference with Mr. Hughes re same (.2); continue to prepare current invoices (i.e., May, 2003 to present) re supplemental files as requested by Mr. Hughes (.9); office conference with Ms. Banks re 7/21/03 filing and request for all material to be placed in her office for review (.2). | 2.60 |
| 07/22/03 | RLS | Research RCRA/CERCLA appeal standard of review (6.5). | 6.50 |
| 07/22/03 | FPP | Draft memorandum regarding permits for site remediation (1.0). | 1.00 |
| 07/23/03 | MLW | Research regarding potential cross-appeal issues available to defendants (8.2). | 8.20 |

| | | | |
|---|---|---|---|
| 07/23/03 | MM | Office conference with Mr. Hughes re searching case pleading files and produce various briefs and reply briefs as well as pending task associated with supplemental fee petition filing (.3); search case files re stated pleadings and produce copies of same to Mr. Hughes and Mr. Williams as requested (.4). | 0.70 |
| 07/23/03 | WFH | Conferences with Messrs. Agnello, Marraro & Brown re letters and memoranda to Special Master re "immediate tasks" and critique of Honeywell technical arguments (.9); prepare and revise letter from JMA to Special Master re immediate tasks at Site (2.5); edit Dr. Brown memo to Special Master re Honeywell's treatment proposal, studies and other matters and confer with Mr. Golladay re same (2.3); research re injunction issues in anticipation of Honeywell's stay motion (2.4). | 8.10 |
| 07/23/03 | CHM | Review Honeywell letter re tasks and conference with Dr. Brown re same (1.5); review Dr. Brown's task list and assignment to B. Hughes re same (.7); conference with Geomega re data (.3); conference with Agnello re various issues (.5). | 3.00 |
| 07/23/03 | BJB | Research case correspondence file for pertinent document for Mr. Marraro (.2); research NJDEP Water Compliance and Enforcement Division web site for pertinent information (1.4), download and prepare email message re information for Mr. Marraro (.6); research ICO conceptual work plan, 5/21/03 Amended Opinion and ICO proposed Findings of Fact re river sediment remediation issue for Mr. Hughes (1.4); collect and prepare results for Mr. Hughes (.4); make telephone call to expert SI Group on draft letter re site remediation tasks for Mr. Hughes (.3); create new case files re site remediation legal research And incorporate new district court filings into case files (4.5). | 8.80 |
| 07/23/03 | RLS | Research RCRA/CERCLA appeal standard of review (7.8). | 7.80 |
| 07/23/03 | FPP | Research on permits for site remediation (1.2). | 1.20 |
| 07/24/03 | MLW | Research regarding potential cross-appeal issues available to defendant and conference with Mr. Marraro and Mr. Agnello regarding potential cross-appeal (8.6). | 8.60 |
| 07/24/03 | MM | Office conference with Mr. Williams re search case | 0.80 |

pleadings and producing various Orders for his review (.2); search case files and produce stated orders for Mr. Williams review (.6).

| | | | |
|---|---|---|---|
| 07/24/03 | WFH | Conference with Mr. German re Riverkeepers tour with Special Master (.4); prepare for same (.5); research re RCRA injunction issue in anticipation of Honeywell's stay motion (3.3). | 4.20 |
| 07/24/03 | CHM | Prepare letters to Berger Group and Special Master (.7); final review of Brown's summary (.3); conference with SI Group re various issues (.6); conference with Agnello re work plan and other issues (.8). | 2.40 |
| 07/24/03 | WFH | Travel time to New Jersey for Riverkeepers tour with Special Master (2.5). (Note: Travel time billed at 50%; 10% here or 2.2; 40% at end of statement). | 2.20 |
| 07/24/03 | FPP | Research who has to apply for permits for site remediation (1.5). | 1.50 |
| 07/25/03 | MLW | Research regarding potential cross-appeal issues available to defendants and preparation of detailed memorandum regarding potential cross-appeal (6.2). | 6.20 |
| 07/25/03 | CHM | Review memo and conference with M. Williams re potential appeal issues (1.2). | 1.20 |
| 07/25/03 | WFH | Site tour with Special Master and conferences with Messrs. Agnello and others re same and follow-up issues (6.5). | 6.50 |
| 07/25/03 | WFH | Travel to New Jersey and from New Jersey to DC in connection with Riverkeepers tour with Special Master (3.0). (Note: Travel time billed at 50%; 10% here or 2.7; 40% at end of statement). | 2.70 |
| 07/28/03 | MLW | Research regarding potential stay proceedings before District Court and Third Circuit Court of Appeals (8.1). | 8.10 |
| 07/28/03 | WFH | Conferences with Dr. Brown and staff re preparation of bid packages, Honeywell's slurry wall proposal and assorted issues in connection with same (1.2); review cases re stay of injunctions with RCRA and other environmental cases and confer with Mr. Williams re same (1.5); confer with Mr. | 3.20 |

Golladay re critique of Honeywell's slurry wall proposal in connection with meeting with Special Master. (.5).

| 07/28/03 | ACZ | Conference with Mr. Hughes re NJ notice requirements (.2); research re same (.9). | 1.10 |
|---|---|---|---|
| 07/28/03 | MM | Telephone conference with Mr. Hughes re searching case files for various correspondence and scan same an forward via email to him for review (.2); search case files, scan and forward stated correspondence to Mr. Hughes as requested (.4); office conference with Mr. Hughes re producing copy of the RI Report dated 9/02 and forward to Polly Newbold at Trillium, Inc. as requested (.2); search case files and produce stated RI Report and forward with cover letter to Ms. Newbold as requested by Mr. Hughes via regular first class mail (.4). | 1.20 |
| 07/28/03 | RLS | Research LDR application to characteristic hazardous waste disposal (5.7). | 5.70 |
| 07/29/03 | MLW | Research regarding potential stay proceedings before District Court and Third Circuit Court of Appeals (7.6). | 7.60 |
| 07/29/03 | WFH | Conferences with Mr. Agnello re bond, Roned issue and other pending matters (.8); review cases re stay of strict liability issue and confer with Mr. Williams re same in connection with appeal (1.2); confer with Mr. Golladay re critique of Honeywell's slurry wall proposal in connection with meeting with Special Master (.4). | 2.40 |
| 07/29/03 | MM | Finalize the search and production of unredacted WKMB's invoices to be submitted to Honeywell per Mr. Hughes request (.9); forward email to Ms. Banks re producing unredacted experts' invoices to be submitted to Honeywell per Mr. Hughes request (.2). | 1.10 |
| 07/29/03 | RLS | Internet research re DeMaximus (.5). | 0.50 |
| 07/30/03 | MLW | Research regarding potential stay proceedings before District Court and Third Circuit Court of Appeals (4.6); research regarding regarding RCRA attorneys' fees before District Court (3.6). | 8.20 |
| 07/30/03 | WFH | Research re appeal consolidation issue and confer with | 1.90 |

|          |      |                                                                                                                                                                         |      |
|----------|------|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------|
|          |      | Messrs. Williams and Agnello re same (1.5); conference with Ms. Banks re collecting information for Honeywell in connection with anticipated request under RCRA fee petition (.4). |      |
| 07/30/03 | ACZ  | Additional research re  AOCs (.9); calls to NJDEP offices re same (.2).                                                                                                  | 1.10 |
| 07/30/03 | MM   | Review and organize all WKMB invoices to be submitted to Honeywell as requested and forward clean copies in redwells with memorandum to Mr. Hughes (.6).                 | 0.60 |
| 07/30/03 | RLS  | Research LDR application to characteristic hazardous waste disposal (.7).                                                                                                | 0.70 |
| 07/31/03 | MLW  | Research regarding potential discovery/compliance proceedings regarding RCRA attorneys' fees before District Court (7.4).                                                | 7.40 |

|                        |          | **Amount**      |
|------------------------|----------|-----------------|
| Total Fees             | 876.30   | $212,154.00     |

Disbursements:

| | |
|---|---|
| Taxi Service to Library of Congress for copies on 6/26/03 | 15.00 |
| Meals - Breakfast meeting for  Chris Marraro and local counsel on 7/17/03 (3 people) | 39.93 |
| Online research | 4,392.50 |
| Copying | 4,094.25 |
| Outside printing | 52.88 |
| Facsimile | 596.25 |
| Telephone | 445.53 |
| Delivery services/messengers | ` 265.89 |
| Postage | 17.07 |
| Federal Express | 209.50 |
| | |
| Total Disbursements | $10,128.80 |
| | |
| Total Amount Of This Bill | $222,282.80 |
| Less Deduction of 40% of Fees Per Agreement | $84,861.60 |
| | |
| Balance Due | $137,421.20 |

Timekeeper Summary

| Name | Hours | Rate |
|------|-------|------|

| Banks, Barbara J. | Paralegal | 118.80 | 135.00 |
|---|---|---|---|
| Bynum, Natasha A. | Legal Clerk | 0.60 | 100.00 |
| Hughes, William F. | Counsel | 160.40 | 350.00 |
| Marraro, Christopher H. | Partner | 90.20 | 440.00 |
| Mitchell, Rebecca M. | Paralegal | 0.40 | 120.00 |
| Moasser, Mahmoude | Paralegal | 190.10 | 135.00 |
| Parker, Tamara R. | Associate | 88.00 | 290.00 |
| Pittman, F. Paul | Summer Associate | 8.70 | 170.00 |
| Schuller, Rebecca L. | Associate | 46.40 | 180.00 |
| Sneed, Letta | Associate | 8.80 | 260.00 |
| Williams, Michael L. | Associate | 158.00 | 225.00 |
| Zacaroli, Alec C. | Associate | 5.90 | 225.00 |



**Wallace**
**King**
**Marraro**
**Branson**

WALLACE KING MARRARO & BRANSON, PLLC
1050 THOMAS JEFFERSON STREET, N.W.
WASHINGTON, DC 20007

Phone 202.204.1000
Fax 202.204.1001

September 3, 2003

Robert Emmett
W. R. Grace & Company
7500 Grace Drive
Columbia, MD 21044

Invoice#    914

For Professional Services Rendered in Connection with Waterloo - Brewer
Road Site - Mater 4

<u>Professional Services:</u>

| | | | **Hours** |
|---|---|---|---|
| 07/03/03 | CHM | Conference with Hughes re strategy re settlement conference (.5). | 0.50 |
| 07/03/03 | WFH | Prepare package of lab results, photographs and other documents from test pit investigation and coordinate production of same to Zotos (.8); prepare revised interrogatory responses re test pit investigation, coordinate with Ms. Johns at Grace re certifying same, and coordinate service on Zotos (1.2); conference with Mr. Marraro (.5). | 2.50 |
| 07/08/03 | BJB | Review site photos received from Dr. Brown and prepare series of emails to Mr. Hogan for Mr. Hughes (1.8). | 1.80 |
| 07/08/03 | WFH | Conferences with Mr. Hogan in preparation for mediation conference (.6); conference with Dr. Brown re results of test pit investigation and documentation of same (.5). | 1.10 |
| 07/09/03 | BJB | Conference with Mr. Hughes and place telephone call to Ms. Johns re verification for Mr. Hughes (.3). | 0.30 |

Page    2

| 07/09/03 | BJB | Attend session with Document Technologies, Inc. (DTI) with Ms. Candace Bradley and follow-up meeting with plans for future seminar on Electronic Data Discovery (1.3). | 1.30 |
| 07/21/03 | WFH | Conference with Mr. Hogan re September mediation conference, allocation issue to be researched, and next steps (.5). | 0.50 |
| 07/22/03 | CHM | Conference with Hughes re Brown's findings and discuss strategy and update discovery responses (.7). | 0.70 |
| 07/28/03 | WFH | Prepare closure report to NYDEC re Dr. Brown's site investigation and conferences with Messrs. Brown and Crawford re assorted issue in connection with same (2.8). | 2.80 |

|  |  | **Amount** |
|---|---|---|
|  | 11.50 |  |
| Total Fees |  | $3,402.00 |

Disbursements:

| Copying | 38.55 |
|---|---|
| Facsimile | 19.50 |
| Postage | 3.88 |
| Federal Express | 15.63 |
| Total Disbursements | $77.56 |

| Total Amount Of This Bill | $3,479.56 |
|---|---|

| Balance Due | $3,479.56 |
|---|---|

### Timekeeper Summary

| Name |  | Hours | Rate |
|---|---|---|---|
| Banks, Barbara J. | Paralegal | 3.40 | 135.00 |
| Hughes, William F. | Counsel | 6.90 | 350.00 |
| Marraro, Christopher H. | Partner | 1.20 | 440.00 |



**Wallace King Marraro Branson**

WALLACE KING MARRARO & BRANSON, PLLC
1050 THOMAS JEFFERSON STREET, N.W.
WASHINGTON, DC 20007

Phone 202.204.1000
Fax 202.204.1001

September 3, 2003

William Corcoran
Vice President-Public & Regulatory Affairs
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

Invoice#     916

For Professional Services Rendered in Connection with Libby, Montana -
Matter 9

Professional Services:

|          |     |                                   | Hours |
|----------|-----|-----------------------------------|-------|
| 07/08/03 | CHM | Review articles from clients (.5). | 0.50  |
| 07/25/03 | CHM | Review articles from client (.7). | 0.70  |

|                          |      | Amount   |
|--------------------------|------|----------|
| Total Fees               | 1.20 | $528.00  |
| Total Amount Of This Bill |      | $528.00  |
| Balance Due              |      | $528.00  |

### Timekeeper Summary

| Name                   |         | Hours | Rate   |
|------------------------|---------|-------|--------|
| Marraro, Christopher H. | Partner | 1.20  | 440.00 |



**Wallace King Marraro Branson**

WALLACE KING MARRARO & BRANSON, PLLC
1050 THOMAS JEFFERSON STREET, N.W.
WASHINGTON, DC 20007

Phone 202.204.1000
Fax 202.204.1001

September 3, 2003

Richard Senftleben
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

Invoice#    917

For Professional Services Rendered in Connection with Preparation of Fee
Application to Bankruptcy Court - Matter 10

Professional Services:

| | | | Hours |
|---|---|---|---|
| 07/16/03 | CHM | Work on quarterly fee petition and on May bills (2.4). | 2.40 |
| 07/24/03 | CHM | Prepare response to fee auditor (2.0). | 2.00 |

| | | Amount |
|---|---|---|
| | 4.40 | |
| Total Fees | | $1,936.00 |
| Total Amount Of This Bill | | $1,936.00 |

| | |
|---|---|
| Balance Due | $1,936.00 |

### Timekeeper Summary

| Name | | Hours | Rate |
|---|---|---|---|
| Marraro, Christopher H. | Partner | 4.40 | 440.00 |