**Exhibit C**
June 2003 Fee Application

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| W.R. GRACE & CO., *et al* | ) ) ) | Case No. 01-01139 (JKF) (Jointly Administered) |
| Debtors. | ) ) ) | Objection Deadline: November 26, 2003 at 4:00 p.m. Hearing Date: TBD only if necessary |

**SUMMARY COVER SHEET TO THIRTIETH MONTHLY INTERIM APPLICATION OF WALLACE KING MARRARO & BRANSON PLLC FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR SEPTEMBER 1, 2003 THROUGH SEPTEMBER 30, 2003**

| | |
|---|---|
| Name of Applicant: | Wallace King Marraro & Branson PLLC. ("WKMB") |
| Authorized to provide professional services to: | Special Litigation and Environmental Counsel to Debtors |
| Date of Retention: | April 2, 2001 |
| Period for which compensation and reimbursement is sought: | September 1, 2003 through September 30, 2003. |
| Amount of compensation sought as actual, reasonable and necessary | $84,216.20 for the period September 1, 2003 through September 30, 2003 (80% of $105,216.20 after 40% discount for Honeywell matter) in professional fees. |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $10,195.00 for the period September 1, 2003 through September 30, 2003. |

This is a:        Monthly interim application.

Prior Applications filed: Yes.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 7/5/01 | 4/2/01 through 4/30/01 | $216,471.50 | $25,282.16 | 100% Paid | 100% Paid |
| 7/5/01 | 5/1/01 through 5/31/01 | $244,726.00 | $26,594.89 | 100% Paid | 100% Paid |
| 8/9/01 | 6/1/01 through 6/20/01 | $186,977.91 | $90,104.66 | 100% Paid | 100% Paid |
| 8/28/01 | 7/1/01 through 7/31/01 | $101,544.08 | $52,387.36 | 100% Paid | 100% Paid |
| 10/18/01 | 8/1/01 through 8/31/01 | $85,722.80 | $56,387.04 | 100% Paid | 100% Paid |
| 11/05/01 | 9/1/01 through 9/30/01 | $66,562.16 | $24,668.50 | 100% Paid | 100% Paid |
| 12/13/01 | 10/1/01 through 10/31/01 | $76,674.32 | $10,019.94 | 100% Paid | 100% Paid |
| 1/02/02 | 11/1/01 through 11/30/01 | $76,484.30 | $13,513.96 | 100% Paid | 100% Paid |
| 2/12/02 | 12/1/01 through 12/31/01 | $46,954.80 | $17,209.63 | 100% Paid | 100% Paid |
| 2/21/02 | 1/1/02 through 1/31/02 | $79,379.36 | $2,260.41 | 100% Paid | 100% Paid |
| 3/25/02 | 2/1/02 through 2/28/02 | $69,957.20 | $3,160.68 | 100% Paid | 100% Paid |
| 4/24/02 | 3/1/02 | $55,351.04 | $3,155.63 | 100% Paid | 100% Paid |

| | through 3/31/02 | | | | |
|---|---|---|---|---|---|
| 5/23/02 | 4/1/02 through 4/30/02 | $63,704.72 | $6,584.06 | 100% Paid | 100% Paid |
| 6/27/02 | 5/1/02 through 5/31/02 | $57,060.32 | $4,946.79 | 100% Paid | 100% Paid |
| 7/24/02 | 6/1/02 through 6/30/02 | $66,137.04 | $8,461.57 | 100% Paid | 100% Paid |
| 8/27/02 | 7/1/02 through 7/31/-2 | $72,492.64 | $20,490.51 | 100% Paid | 100% Paid |
| 9/25/02 | 8/1/02 through 8/31/02 | $94,828.80 | $23,851.10 | 100% Paid | 100% Paid |
| 10/25/02 | 9/1/02 through 9/30/02 | $124,578.27 | $1,424.28 | 100% Paid | 100% Paid |
| 11/25/02 | 10/1/02 through 10/31/02 | $167,191.12 | $36,979.60 | 80% Paid | 100% Paid |
| 1/2/03 | 11/1/02 through 11/30/02 | $157,634.40 | $25,921.79 | 80% Paid | 100% Paid |
| 2/12/03 | 12/1/02 through 12/31/02 | $178,734.48 | $114,558.29 | 80% Paid | 100% Paid |
| 4/18/03 | 1/1/03 through 1/31/03 | $275,466.40 | $159,839.86 | 80% Paid | 100% Paid |
| 5/6/03 | 2/1/03 through 2/28/03 | $123,758.48 | $25,803.22 | 80% Paid | 100% Paid |
| 5/7/03 | 3/1/03 through 3/31/03 | $110,340.00 | $10,455.86 | 80% Paid | 100% Paid |
| 6/13/03 | 4/1/03 through 4/30/03 | $87122.40 | $13,144.41 | 80% Paid | 100% Paid |
| 6/26/03 | 5/1/03 through 5/31/03 | $$57,138.56 | $12,415.74 | 80% Paid | 100% Paid |
| 7/8/03 | 6/1/03 through | $105,028.72 | $,316.82 | 80% Paid | 100% Paid |

| | 6/30/03 | | | | |
|---|---|---|---|---|---|
| 9/3/03 | 7/1/03 through 7/31/03 | $133,158.40 | $10,206.36 | No Objections Served on Counsel | No Objections Served on Counsel |
| 9/23/03 | 8/1/03 through 8/31/03 | $82,045.28 | $16,185.52 | No Objections Served on Counsel | No Objections Served on Counsel |

As indicated above, this is the thirtieth application for interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases

### Summary of Compensation Requested

| Name of Professional Individual | Position, year assumed, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Christopher Marraro | Partner | $440 | 95.6 | $42,064.00 |
| William Hughes | Counsel | $350 | 151.5 | $53,025.00 |
| Michael L. Williams | Associate | $225 | 137.2 | $30,870.00 |
| Barbara Banks | Paralegal | $135 | 110.0 | $14,850.00 |

| | |
|---|---|
| Total Fees | $140,809.00 |
| Less 40% Discount for Allied | $( 35,592.80) |
| Balance Due | $105,216.20 |
| Total Hours | 494.3 |

**EXPENSE SUMMARY**

| Expense Category | Total Expenses |
|---|---|
| Copying | $1,735.65 |
| Facsimile | $60.00 |
| Postage | $2.66 |
| Online Research | $7,255.39 |
| Telephone | $70.39 |
| Federal Express | $171.41 |
| Taxi Service | $46.00 |
| Tips for Hotel Personnel | $6.00 |
| Mileage Reimbursement | $178.20 |
| Transcripts of Deposition | $650.30 |
| Tolls | $19.00 |
| | |
| Total | $10,195.00 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W. R. GRACE & CO., et al.,[1] | ) Case No. 01-01139 (JKF) |
| | ) (Jointly Administered) |
| | ) |
| Debtors. | ) |

## VERIFICATION

Christopher H. Marraro, after being duly sworn according to law, deposes and says:

1. I am a partner with the applicant firm, Wallace King Marraro & Branson,

PLLC and I am a member in good standing of the bars of the State of New Jersey and District of

Columbia.

2. I have personally performed certain of, and overseen the legal services

rendered by Wallace King Marraro & Branson PLLC as special litigation and environmental counsel

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

-1-

to the Debtors and am thoroughly familiar with all other work performed on behalf of the Debtors by

the lawyers and other persons in the firm.

       3.      The facts set forth in the foregoing Application are true and correct to the best

of my knowledge, information and belief.

                                              Christopher H. Marraro

In the District of Columbia

SWORN TO AND SUBSCRIBED
before me this 31st day of October 2003.

Notary Public

My Commission Expires:

BRENDA SELF
Notary Public
District of Columbia
My Comm. Expires January 1, 2008

                                              -2-

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

Objection Deadline: November 26, 2003 at 4:00 p.m.
Hearing Date: TBD only if necessary

## FEE DETAIL FOR WALLACE KING MARRARO & BRANSON PLLC'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM SEPTEMBER 1, 2003 THROUGH SEPTEMBER 30, 2003

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc.), E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.



**WALLACE KING MARRARO & BRANSON, PLLC**
1050 THOMAS JEFFERSON STREET, N.W.
WASHINGTON, DC 20007

Phone 202.204.1000
Fax 202.204.1001

October 31, 2003

Richard Senftleben
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

Invoice#    1179

For Professional Services Rendered in Connection with Preparation of Fee
Application to Bankruptcy Court - Matter 10

Professional Services:

|  |  |  | Hours |
|---|---|---|---|
| 09/02/03 | CHM | Work on response to issues raised by auditor (.8). | 0.80 |
| 09/10/03 | CHM | Review auditor's report (.5). | 0.50 |
| 09/16/03 | CHM | Review auditor's response to interim fee petition (.5). | 0.50 |

|  |  | Amount |
|---|---|---|
|  | 1.80 |  |
| Total Fees |  | $792.00 |
| Total Amount Of This Bill |  | $792.00 |

| Balance Due | $792.00 |
|---|---|

### Timekeeper Summary

| Name | | Hours | Rate |
|---|---|---|---|
| Marraro, Christopher H. | Partner | 1.80 | 440.00 |



**WALLACE KING MARRARO & BRANSON, PLLC**
1050 THOMAS JEFFERSON STREET, N.W.
WASHINGTON, DC 20007

Phone 202.204.1000
Fax 202.204.1001

October 31, 2003

William Corcoran
Vice President-Public & Regulatory Affairs
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

Invoice#      1180

For Professional Services Rendered in Connection with Libby, Montana -
Matter 9

Professional Services:

|  |  |  | **Hours** |
|---|---|---|---|
| 09/05/03 | CHM | Review materials from client (.5). | 0.50 |
| 09/16/03 | CHM | Review materials from client (.5). | 0.50 |

|  |  | **Amount** |
|---|---|---|
| Total Fees | 1.00 | $440.00 |
| Total Amount Of This Bill |  | $440.00 |
| Balance Due |  | $440.00 |

### Timekeeper Summary

| Name | | Hours | Rate |
|---|---|---|---|
| Marraro, Christopher H. | Partner | 1.00 | 440.00 |



WALLACE KING MARRARO & BRANSON, PLLC
1050 THOMAS JEFFERSON STREET, N.W.
WASHINGTON, DC 20007

Phone 202.204.1000
Fax 202.204.1001

October 31, 2003

Richard Senftleben
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

Invoice#    1178

For Professional Services Rendered in Connection with Honeywell, Inc. –
Matter 6

<u>Professional Services:</u>

| | | | <u>Hours</u> |
|---|---|---|---|
| 09/02/03 | BJB | Telephone conference with Mr. Hughes re status of Honeywell regulatory and permitting issues project (.3); collect pertinent filing information for Mr. Marraro (.4); review, coordinate, organize and prepare new case correspondence, filing and case documents and prepare for incorporation into case files (5.6). | 6.30 |
| 09/02/03 | WFH | Conference with Mr. Marraro re RCRA injunction and imminent and substantial endangerment issues related to appeal (.4): review Judge Cavanaugh's RCRA decision and evidence cited therein and prepare file memo re evidentiary bases for ruling (3.8); conferences with Ms. Banks re collecting pertinent documents and testimony (.4). | 4.60 |
| 09/02/03 | CHM | Conference with Agnello re various issues re letter of credit and other outstanding issues (1.0); conference with Jersey City re meeting (.2); conference with client re schedule for meetings (.3); review correspondence from Honeywell re various issues with litigation (.5). | 2.00 |
| 09/02/03 | MLW | Analysis of Honeywell's reply brief in support of motion to | 6.20 |

|          |      | stay injunction and preparation of memo for hearing on motion, scheduled for September 8, 2003 (6.2). |      |
|----------|------|------|------|
| 09/03/03 | WFH  | Review trial record re RCRA imminent and substantial endangerment issue per discussions with Mr. Marraro and revise file memo to reflect same (5.6); legal research re injunction and RCRA imminent and substantial endangerment issues (.8); conference with Mr. Williams re same (.4). | 6.80 |
| 09/03/03 | BJB  | Collect pertinent documents re Stay for Mr. Hughes (.1); collect pertinent trial testimony for Mr. Williams (.3); collect and prepare pertinent discovery documents for Messrs Hughes and Dubuc (.4); incorporate August correspondence into indexed case files and electronic files (4.0); incorporate new filings and correspondence and documents re immediate action items and Parsons' activities into indexed case files (2.4). | 7.20 |
| 09/03/03 | MLW  | Analysis of Honeywell's reply brief in support of motion to stay injunction and preparation of memo for hearing on motion, scheduled for September 8, 2003 (8.7). | 8.70 |
| 09/04/03 | WFH  | Legal and factual research re injunction and RCRA imminent and substantial endangerment issues in connection with appeal (5.1); revise file memo re Cavanaugh's basis for RCRA ruling and confer with Mr. Marraro re same (2.3); review transcript of Aug. 11 hearing with Judge Cavanaugh re Roned and entry of judgment in Riverkeepers matter (.3). | 7.70 |
| 09/04/03 | BJB  | Follow up on request to Ms. Isaacson for pertinent document in preparation for 9/8/03 hearing on financial assurance for Mr. Williams (.3); research U.S. EPA web site for pertinent CFR cites re Honeywell's regulatory and permitting issues, collect, organize and prepare for Mr. Hughes (4.7); research post-trial files and collect documents pertinent to financial assurance hearing for Messrs Marraro and Williams (.2); collect pertinent expert documentation for Mr. Hughes (.3). | 5.50 |
| 09/04/03 | MLW  | Preparation of oral argument outline, in preparation for hearing on stay motion, scheduled for September 8, 2003 (8.4). | 8.40 |
| 09/04/03 | CHM  | Meeting with M. Williams re opposition to stay and upcoming hearing (.2); conference with Agnello (.5). | 0.70 |

| 09/05/03 | MLW | Preparation of oral argument outline, in preparation for hearing on motion, scheduled for September 8, 2003 (5.6). | 5.60 |
|---|---|---|---|
| 09/05/03 | WFH | Continue legal and factual research re injunction and RCRA imminent and substantial endangerment issues in connection with appeal (6.6). | 6.60 |
| 09/05/03 | BJB | Continue collection and organization of NJ and federal regulations and statutes transportation of hazardous materials re Honeywell's Site remediation environmental regulatory and permitting issues (3.3); incorporate new post trial documents re Parsons' immediate action items reports to the Special Master into indexed case files and create new files (.8); prepare excerpts of 1/21/03 and 1/22/03 trial testimony re Dr. Anderson's testimony for Mr. Hughes (1.1); research the Internet web site and Lexis Public Records for information and prepare email message to technology company for Mr. Marraro (.6); check cite quotations draft excerpts of Amended Opinion re imminent and substantial endangerment to health and prepare and proof same for Mr. Hughes (1.9). | 7.70 |
| 09/05/03 | CHM | Prepare for hearing on Honeywell's appliction for stay (2.5); conference with Agnello (.5). | 3.00 |
| 09/08/03 | MLW | Analysis of authority related to Honeywell's pending motion to stay injunction pending appeal (2.4). | 2.40 |
| 09/08/03 | WFH | Review letter from Honeywell re comments on proposed financial assurances order (.2); research on RCRA imminent and substantial endangerment issue for Mr. Marraro in conjunction with appeal (2.6). | 2.80 |
| 09/08/03 | CHM | Meeting with Agnello (8.3). | 8.30 |
| 09/08/03 | CHM | Return trip to DC (1.8).  (Note:  Travel time billed at 50%; 10% or 1.6 here and 40% at end of Statement). | 1.60 |
| 09/08/03 | CHM | Travel to NJ for meeting with Agnello re appeal and other issues (2.1)  (Note:  Travel time billed at 50%; 10% or 1.8 here and 40% at end of statement) | 1.80 |
| 09/09/03 | MLW | Preparation for anticipated motion to stay injunction before | 8.40 |

Third Circuit (8.4).

| | | | |
|---|---|---|---|
| 09/09/03 | BJB | Review, coordinate, organize and prepare new correspondence and documents to be incorporated into case files and create new files (2.3); research Westlaw, download, coordinate and organize pertinent cases re award of fees for Mr. Hughes (.7). | 3.00 |
| 09/09/03 | WFH | Conferences with Messrs. Marraro and Williams re RCRA 7002/3 issue and review administrative materials re same (6.4). | 6.40 |
| 09/09/03 | CHM | Conference with Agnello re appeal issues (1.0). | 1.00 |
| 09/09/03 | CHM | Conference with client (.5). | 0.50 |
| 09/10/03 | MLW | Preparation for anticipated motion to stay injunction before Third Circuit (8.8). | 8.80 |
| 09/10/03 | WFH | Conferences with Ms. Banks re FOIA issues and review related RCRA materials obtained from governmental agencies (1.1); review new authority on common law issues in connection with appeal (1.2). | 2.30 |
| 09/10/03 | BJB | Conference with Messrs. Marraro and Williams re remedies sought by Government under RCRA 7003 (.3); research case files re previous information on same (1.8); research production database and CDs for excavation remedy cases (2.3); research Westlaw, Lexis and Pacer for pertinent government case information re excavation remedy under RCRA 7003 for Mr. Williams (1.8); make telephone calls to Court for pertinent case information (.3); review new correspondence, filings and Parsons' documents, sort, organize and prepare for case files (.5); incorporate new filings re Stipulation and Order and Third Appeal into indexed files (1.3). | 8.30 |
| 09/11/03 | MLW | Preparation for anticipated motion to stay injunction before Third Circuit (5.4). | 5.40 |
| 09/11/03 | WFH | Review memo from Mr. Williams and confer with him re RCRA injunction research (.5); review new case correspondence and filings (.5); confer with Ms. Banks re assignments (.3). | 1.30 |

| 09/11/03 | BJB | Make telephone calls to Court re pertinent cases under RCRA 7003 case for Mr. Williams (.5); make telephone calls to and e-mail U.S. EPA Enforcement and Compliance office staff re pertinent IDEA database for Mr. Williams (2.6); complete research of production documents, analyze and prepare e-mail memo of results to Mr. Williams (4.5); conference with Mr. Williams re same (.2). | 7.80 |
|---|---|---|---|
| 09/11/03 | CHM | Review order from Court of Appeals (.2); review proposed order from Connell Foley (.5). | 0.70 |
| 09/12/03 | MLW | Preparation for anticipated motion to stay injunction before Third Circuit (7.8). | 7.80 |
| 09/12/03 | CHM | Conference call with Agnello re letter of credit (1.0); conference call with Court re letter of credit (.5). | 1.50 |
| 09/12/03 | WFH | Review selected cases and administrative materials re RCRA issues (3.6); conferences with Mr. Williams and Ms. Banks re status of assignments in connection with same (.8); conferences with Mr. Williams re 3rd Circuit's order to mediate, preparation of draft mediation statement, and related procedural issue (.8); conference with Mr. German re stay and appeal issues (.4). | 5.60 |
| 09/12/03 | BJB | Complete organization of Lexis query results for RCRA research (4.3); conference with Mr. Williams re Rocky Mt. Arsenal site (.4); research the Internet for document retrieval services in Chicago and arrange for retrieval of pertinent documents for Mr. Williams (.5); prepare fax and make calls to arrange for retrieval of EPA archived records (2.3). | 7.50 |
| 09/15/03 | MLW | Preparation of Position Paper, regarding mandatory settlement procedures related to appeal before Third Circuit (8.4). | 8.40 |
| 09/15/03 | CHM | Meeting with M. Wiliams re appeal (.8); conference with Agnello re various issues (.6); conference with client (.3); review new case law (1.0). | 2.70 |
| 09/15/03 | BJB | Research case files (1.2); collect and prepare pertinent documents re RCRA issues and memo re same for Mr. Williams (2.0); research U.S. DOT web site for pertinent | 8.50 |

documents identified by Honeywell re site remediation
regulatory and permitting issues, collect and incorporate into
binders for Mr. Hughes (4.5); incorporate new
correspondence into indexed case files and create new files
as appropriate (.8).

| | | | |
|---|---|---|---|
| 09/16/03 | MLW | Preparation for briefing on merits of Honeywell's appeal, regarding legal authority and relevant portions of trial record (8.8). | 8.80 |
| 09/16/03 | WFH | Review Mr. Williams' draft mediation statement and confer with him re same (.5); review Lowenstein letter re letter of credit (.3). | 0.80 |
| 09/16/03 | BJB | Follow up calls to District Court District re archived case for Mr. Williams (.7); draft FOIA and and PRR to EPA, NJDEP and MDE and email to Mr. Williams (2.3). | 3.00 |
| 09/17/03 | MLW | Preparation for briefing on merits of Honeywell's appeal, regarding legal authority and relevant portions of trial record (8.6). | 8.60 |
| 09/17/03 | WFH | Review Honeywell's summary judgment motion on standing and confer with Mr. Williams re same (.6); review Connell Foley letter re contracting issue, data submission, geophysical investigation and land survey (.3); review Parsons groundwater sampling plan and confer with SI Group re same (1.1); legal research in connection with Honeywell's proposed groundwater study (.8); review supersedeas bond filed by Honeywell (.3); work on draft of statement of facts for brief (1.2). | 4.30 |
| 09/17/03 | CHM | Review materials from Special Master (.5); conference with Plaintiffs re workplans (.6). | 1.10 |
| 09/17/03 | BJB | Respond to inquiry from document retrieval service re case (.3); finalize and prepare faxes and FOIA requests to NJDEP, EPA HQ and Regions and MDE for Mr. Williams (1.5); continue collection, preparation and incorporation of Honeywell regulatory and permitting issues documents into set of binders (1.5). | 3.30 |
| 09/17/03 | CHM | Review letter from Ms. Flax re costs (.3); review summary judgment motion by Honeywell in Riverkeeper and | 3.00 |

conference with M. Williams re research re same (1.2);
conference with Agnello (.5); review depo transcript of ICO
30(6)(b) witness (1.0).

| 09/18/03 | CHM | Conference with Agnello re various issues (1.0). | 1.00 |
|----------|-----|---|------|
| 09/19/03 | MLW | Preparation for briefing on merits of Honeywell's appeal, regarding legal authority and relevant portions of trial record (6.3). | 6.30 |
| 09/19/03 | CHM | Several conferences with Agnello re letter of credit (.8); prepare letter to Special Master's counsel re letter of credit (5); review guarantee and letter of credit language (.5). | 1.80 |
| 09/22/03 | MLW | Preparation for briefing on merits of Honeywell's appeal, regarding legal authority and relevant portions of trial transcript (4.6). | 4.60 |
| 09/22/03 | CHM | Conference with Agnello re meeting with Jersey City( .5); conference with client re meeting iin Jersey ity (.5); conference with Milch re meeting on settlement and confer with client re same (.5). | 1.50 |
| 09/22/03 | WFH | Review invoice from Dr. Goad and confer with him re status of case (.5); review fee auditor's report and prepare explanation re disputed items (.8); conference with Mr. Marraro re settlement and appeal issues (.4); conference with Ms. Banks re status of FOIA's and related issues on RCRA research (.4). | 2.10 |
| 09/23/03 | CHM | Review new cases in reference for appeal (.6); review plaintiffs' opposition to Honeywell's Motion for Summary Judgment in Riverkeepers (.5); conference with Agnello re same (.2). | 1.30 |
| 09/23/03 | BJB | Follow up on archived case request at the U.S. Dist Court (.9); research NJDEP web site and place calls to same for pertinent information for Mr. Marraro; review, sort and organize new correspondence and court filings for incorporation into case files (2.1); prepare status memo re archived RCRA cases for Mr. Williams (.5). | 3.50 |
| 09/24/03 | MLW | Preparation for briefing on merits of Honeywell's appeal, regarding legal authority and relevant portions of trial record | 9.40 |

(9.4).

| 09/24/03 | WFH | Review correspondence from Mr. Caffrey requesting additional information re RCRA fee petition and confer with Mr. Marraro and staff re search for requested information (1.2); prepare response to Caffrey (.3); review transcript of 9/12 hearing before Judge Cavanaugh re financial assurances (.3); review cases re scope of injunctive relief and confer with Mr. Williams re potential impact of same (1.8). | 3.60 |
|---|---|---|---|
| 09/24/03 | CHM | Travel to NJ for several meetings (1.8). (Note: Travel time billed at 50%; 10% here or 1.6 and 40% at end of statement.) | 1.60 |
| 09/24/03 | BJB | Conference call with Mr. Williams re docket received in case (.3). | 0.30 |
| 09/24/03 | CHM | Meeting re appeal issues (2.5); pre-meeting in Jersey City (1.0); meeting with Jersey City (1.2); strategy meeting with Mr. Agnello re rmediation (2.1); site visit (1.3). | 8.10 |
| 09/25/03 | MLW | Preparation for briefing on merits of Honeywell's appeal, regarding legal authority and relevant portions of trial record (4.8). | 4.80 |
| 09/25/03 | BJB | Create new Post Trial and Appeals files (3.8). | 3.80 |
| 09/25/03 | CHM | Pre-meeting with A. Nagy (2.1); site visit (.8); meeting with Jersey City (1.5); post meeting analysis and review of Jersey City documents (1.5). | 5.90 |
| 09/26/03 | MLW | Preparation for briefing on merits of Honeywell's appeal, regarding legal authority and relevant portions of trial (5.6). | 5.60 |
| 09/26/03 | BJB | Collect and prepare pertinent documents for Bill (.4); follow up with U. S. EPA HQ re FOIA (2.2); research Internet for pertinent information for Mr. Hughes (.1); continue review, organize and create new case files (5.8). | 8.50 |
| 09/26/03 | WFH | Conference with Mr. Marraro re settlement conference with Honeywell and assignment related to same (.6); research on RCRA issue for Mr. Marraro (.7); conference with Mr. Marraro re Honeywell's opposition to RCRA fee petition and schedule re same (.3). | 1.60 |

| Date | Atty | Description | Hours |
|---|---|---|---|
| 09/26/03 | CHM | Meeting with Milch (1.5); meeting with Mr. Agnello re appeal issues (1.0); meeting with Mr. Agnello re strategy for meeting with Milch (2.0); meeting with Agnello and conference call with Mr. Brown (2.0); post Milch meeting analysis (1.0); conference call with client (.8). | 8.30 |
| 09/27/03 | WFH | Research on RCRA issue re nature/scope of proceedings in event of remand (1.2). | 1.20 |
| 09/29/03 | CHM | Several conference calls re settlement position and status update to clients (2.5); conference with ICO re various issues (.5). | 3.00 |
| 09/29/03 | BJB | Make follow up calls to U.S. EPA re RCRA  FOIA (.4); prepare on-lime FOIA request to NJDEP per their specific request (.5); review and prepare dockets of five cases and prepare memo re same for Mr. Williams (.5); prepare fax to Ms. Millian per request of Mr. Marraro (.1); incorporate scheduling Order dates into case (.4); collect, prepare and email pertinent case information to Mr. Kampman (.5). | 2.40 |
| 09/30/03 | BJB | Collect and prepare pertinent document re protective order for Mr. Marraro (.3); continue  to create new case files (2.3). | 2.60 |
| 09/30/03 | MLW | Legal research related to status of defendants' cross-claims in related Riverkeeper proceeding and lunch conference with C. Marraro regarding settlement strategy (9.2). | 9.20 |
| 09/30/03 | WFH | Review amended scheduling order re briefing on RCRA fee petition and confer with Mr. Marraro and Ms. Banks re same (.4). | 0.40 |
| 09/30/03 | CHM | Several calls with Agnello re settlement position (.8); conferene call with Milch re settlement (.5); conference call with clients re settlement issues (.5); conference call with Milch re injunction is (.5); conference call with McGiuire re Jersey City issues (.8). | 3.10 |

|  |  | | **Amount** |
|---|---|---|---|
| Total Fees | | 338.20 | $88,982.00 |

**Disbursements:**

| | |
|---|---|
| C. Marraro - Taxi service from Union Station to National Airport on 8/11/03 | 46.00 |
| W. Hughes - Tips for Hotel personnel in New Jersey for meeting | 6.00 |

on 8/04/03-8/06/03

| | |
|---|---|
| W. Hughes - Mileage reimbursement for travel to New Jersey for meeting with Special Master on 8/04/03-8/06/03 | 178.20 |
| Doerner & Goldberg, Inc. - transcripts of William Sheehan | 650.30 |
| Copying | 1,735.65 |
| Facsimile | 60.00 |
| Telephone | 70.39 |
| Online research | 7,255.39 |
| Postage | 2.66 |
| Federal Express | 171.41 |
| Tolls | 19.00 |

| | |
|---|---|
| Total Disbursements | $10,195.00 |
| Total Amount Of This Bill | $99,177.00 |
| Less Deduction of 40% of Fees Per Agreement | $35,592.80 |
| Balance Due | $63,584.20 |

### Timekeeper Summary

| Name | | Hours | Rate |
|---|---|---|---|
| Banks, Barbara J. | Paralegal | 89.20 | 135.00 |
| Hughes, William F. | Counsel | 58.10 | 350.00 |
| Marraro, Christopher H. | Partner | 63.50 | 440.00 |
| Williams, Michael L. | Associate | 127.40 | 225.00 |



WALLACE KING MARRARO & BRANSON, PLLC
1050 THOMAS JEFFERSON STREET, N.W.
WASHINGTON, DC 20007

Phone 202.204.1000
Fax 202.204.1001

October 31, 2003

Richard Senftleben
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

Invoice#    1182

For Professional Services Rendered in Connection with Remediation
Matters

Professional Services:

| | | | Hours |
|---|---|---|---|
| 09/01/03 | BJB | Analyze, organize and incorporate new correspondence re proposed site work plan into indexed case files and electronic files (4.3). | 4.30 |
| 09/02/03 | WFH | Review Stipulation and Order re Honeywell's performance of "immediate actions" at the Site and confer with Messrs. Marraro and Brown re same (1.6); review report from Parsons re utilities investigation and confer with SI Group on related issue (.8); review Parsons report on survey of RCRA T/S/D facilities and confer with Messrs. Marraro and Brown on related issue (1.2); conduct follow-up file review for manifests or other documents evidencing prior TCLP or treatability studies Honeywell has conducted on COPR (1.5); conference with Ms. Banks re collecting relevant statutes and regulations on site permitting issue (.4); review selected permitting regulations re site remediation (.4). | 5.90 |
| 09/03/03 | WFH | Review Special Master's 8/25 letter conditionally approving Honeywell's work plan for geophysical investigation and Honeywell's 9/2 response thereto (.8); | 2.60 |

|          |      | confer with SI Group staff on issue related to geophysical study (.4); review Honeywell's "list of field activities" at the Site and check file materials re accuracy of same (.9); confer with Ms. Banks re assignment related to same (.3); review consultant's invoice (.2). | |
|----------|------|------|------|
| 09/03/03 | CHM | Review correspondence from Special Master (.6); prepare letter to Special Master (1.2); conference with Agnello (.6); conference with client (.5); prepare analysis of Honeywell's geotechnical and disposal survey (1.5). | 4.40 |
| 09/04/03 | WFH | Research NJDOT issue related to site remediation and call to NJDOT re same (1.5); confer with SI Group on issue re transportation of COPR from Site (.3). | 1.80 |
| 09/04/03 | CHM | Review Honeywell workplans (3.0). | 3.00 |
| 09/05/03 | WFH | Research Rivers & Harbors Act and CWA 404 permitting issues re dredging and construction of facilities to support barging of COPR from site (1.3); research potential wetlands permitting issue under New Jersey Coastal Zone Development regulations (.8). | 2.10 |
| 09/08/03 | BJB | Continue Internet and Westlaw research, collection, coordination, organization and proof of Honeywell regulatory and permitting issues for site remediation per request of Mr. Hughes (8.0). | 8.00 |
| 09/08/03 | WFH | Research Rivers & Harbors Act and CWA 404 permitting issues re dredging and construction of facilities to support barging of COPR from site (2.3). | 2.30 |
| 09/09/03 | BJB | Per Mr. Hughes request review, identify, organize and create case files regarding site remediation, Special Master files, Parsons, and SI group and electronic files (2.8); complete set of Honeywell site permit document binders and incorporate into case files (.8); review and forward response from Omega Thermal Technologies to Mr. Marraro (.2). | 3.80 |
| 09/09/03 | WFH | Research re regulatory issues related to barging option (1.6). | 1.60 |
| 09/09/03 | CHM | Review Honeywell progress reports to DEP (1.2). | 1.20 |

| 09/10/03 | CHM | Work on letter to Special Master commenting on four Honeywell workplans (2.5); conference with Dr. Brown (.8); conference with Agnello e conference with Dr. Brown (.5). | 3.80 |
|---|---|---|---|
| 09/11/03 | CHM | Review geotechnical workplan from Honeywell (.5); conference call with Dr. Brown re same (.3). | 0.80 |
| 09/12/03 | WFH | Review Honeywell's plan for conducting geotechnical and waste characterization sampling and confer with SI Group staff on issue related to same (.8); research re COPR disposal issue and RCRA requirements applicable to barging (1.8); calls to regulators re same (.4). | 3.00 |
| 09/15/03 | CHM | Prepare letter to Special Master re Honeywell's workplans (1.2); conference with Dr. Brown re same (.3). | 1.50 |
| 09/16/03 | WFH | Review order granting Special Master's application to employ Louis Berger and motion in support of same (.4); review Honeywell's Fourth Progress Report to Special Master and confer with SI re same (.4); review letter from plaintiffs re Honeywell's proposed sampling and confer with SI on related issue (.5); further research re federal and state permitting issues raised by Honeywell's barging proposal (1.6); conference with Mr. Zacaroli re his prior research on same (.4). | 3.30 |
| 09/16/03 | CHM | Conference with client re various issues (1.0); conference call with City of Jersey City (.2); review applications by Special Master (.5); conference with Mr. McGuire (.5). | 2.20 |
| 09/18/03 | CHM | Review Brown memo and prepare letter to Special Master ·re deficiencies on workplans and incorporate Dr. Brown's comments (3.5). | 3.50 |
| 09/22/03 | WFH | Review Honeywell's proposed sediment sampling plan and confer with SI staff re same (1.0); further research re permitting and other NJ regulatory requirements applicable to sediment dredging and disposal (4.1); calls to NJDEP Office of Dredging re same (.5); review Honeywell's submittals to Special Master re anticipated permitting requirements (.5); confer with SI re same (.4); work on file memorandum re permitting issues (1.0). | 7.50 |

Page   4

| 09/22/03 | CHM | Conference with Brown re meeting at the Berger Group (1.2); prepare letter to Special Master's counsel re workplan (1.2). | 2.40 |
|---|---|---|---|
| 09/23/03 | BJB | Review, sort, organize and incorporate new correspondence documents and court filings regrding the Special Master (2.0). | 2.00 |
| 09/23/03 | WFH | Research re permitting and other NJ regulatory requirements applicable to Honeywell's proposed remedial plan (2.3). | 2.30 |
| 09/24/03 | WFH | Review correspondence from Special Master's counsel re swale sampling and Honeywell test pit investigation and confer with SI re same (.5); review Honeywell submissions to Special Master suggesting that COPR disposal need not meet land ban standards and conduct legal research re same (3.5); call to EPA re same and review relevant FR preamble on land ban issue (.7); conference with SI Group re pending assignment (.3). | 5.00 |
| 09/24/03 | CHM | Dinner meeting with Dr. Brown re Brown meeting with Louis Berger (2.0); review plaintiffs' comments on deep groundwater workplan (.6). | 2.60 |
| 09/25/03 | WFH | Legal research and calls to DEP Office of Dredging re state permitting issues raised by Honeywell's proposed barging alternative and sediment dredging (5.7); draft and revise file memo re same (2.0); confer with Ms. Banks assignments in connection with research (.4). | 8.10 |
| 09/25/03 | CHM | Conference with Dr. Brown and Agnello re Order meeting (.3). | 0.30 |
| 09/26/03 | WFH | Legal research and calls to Army Corps of Engineers re CWA 404 and RHA permitting issues raised by proposed barging alternative (4.8); draft and revise file memo re same (2.4); review correspondence from Honeywell to Special Master re groundwater investigation, test pit work and related issues (.4). | 7.60 |
| 09/29/03 | WFH | Review Honeywell letter to Special Master requesting approval to conduct on-site treatment of groundwater and | 5.70 |

|            |     |                                                                                                                                                                                                                                                                                                                                                                                                                                 |        |
|------------|-----|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|--------|
|            |     | confer with Mr. Marraro re regulatory issues related to same (.6); legal research re RCRA permitting issues raised by Honeywell's proposed groundwater treatment and calls to NJDEP and EPA re same (2.8); conference with firm members re regulatory issues raised by same (.6); research re surface water discharge issues related to Honeywell proposal (1.2); conferences with SI Group re technical issues related to Honeywell proposal (.5). |        |
| 09/30/03   | WFH | Additional research re federal and state regulatory issues related to Honeywell's groundwater treatment proposal (3.6); prepare memorandum outlining same and confer with Mr. Marraro re same for 10/3 meeting with Special Master (2.7); research re permitting requirements under NJ Coastal Management Zone Program related to Honeywell's proposal to barge COPR from Site (1.4); work on file memo re same in connection with 10/3 meeting with Special Master (1.6). | 9.30   |
| 09/30/03   | BJB | Collect and prepare pertinent documents for Mr. Marraro for 10/2/03 meeting with site consultant (.4); research Grace Proposed Findings of Fact for pertinent shallow groundwater hexavalent chromium levels (.3); follow up with NJDEP regarding imminent hazard orders FOIA request (.5); continue review of previously received imminent hazard orders FOIA documents (1.5). | 2.70   |
| 09/30/03   | CHM | Review Honeywell letter re discharge issues and review Hughes' memo re same (.8); conference with Dr. Brown re 10/3 meeting with Special Master (.5); assignment to Mr. Hughes re Army Corps permits (.3); complete letter to Special Master re workplans (1.0); review schedule from Special Master and conference with Agnello re same (1.0). | 3.60   |

|                          |          | **Amount**   |
|--------------------------|----------|--------------|
| Total Fees               | 118.20   | $39,535.00   |
| Total Amount Of This Bill |          | $39,535.00   |
| Balance Due              |          | $39,535.00   |

### Timekeeper Summary

| Name                   |           | Hours  | Rate    |
|------------------------|-----------|--------|---------|
| Banks, Barbara J.      | Paralegal | 20.80  | 135.00  |
| Hughes, William F.     | Counsel   | 68.10  | 350.00  |
| Marraro, Christopher H.| Partner   | 29.30  | 440.00  |



WALLACE KING MARRARO & BRANSON, PLLC
1050 THOMAS JEFFERSON STREET, N.W.
WASHINGTON, DC 20007

Phone 202.204.1000
Fax 202.204.1001

October 31, 2003

Robert Emmett
W. R. Grace & Company
7500 Grace Drive
Columbia, MD 21044

Invoice#     1181

For Professional Services Rendered in Connection with Waterloo – Brewer
Road Site – Mater 4

<u>Professional Services:</u>

| | | | <u>Hours</u> |
|---|---|---|---|
| 09/10/03 | WFH | Review allocation evidence and confer with Dr. Brown on sampling results and related matters in preparation for mediation conference on 9/11 (5.8); conference with Mr. Hogan re same (.5). | 6.30 |
| 09/11/03 | WFH | Attend mediation in Buffalo and conferences with Messrs. Emmett and Hogan re same and next steps (6.4). | 6.40 |
| 09/12/03 | WFH | Conferences with Messrs. Hogan and Emmett re arbitration, re-opening summary judgment record, and next steps (.8). | 0.80 |
| 09/16/03 | WFH | Review new evidence from site and prepare draft Brown and Peery declarations in connection with moving to supplement summary judgment record (5.8); conferences with Dr. Brown and staff re same (.4); confer with Mr. Hogan re status conference and related issues (.3); confer with Mr. Emmett re settlement prospects and next steps (.2). | 6.70 |

| 09/17/03 | WFH | Work with witnesses on their revisions to Brown and Peery declarations (.5). | 0.50 |
|---|---|---|---|
| 09/23/03 | MLW | Preparation for motion for leave to file supplemental reply declarations in support of Grace's pending motion for summary judgment (6.1). | 6.10 |
| 09/23/03 | WFH | Review Matt Low's expert report and confer with Mr. Low re new evidence on his allocation opinions (.8); conference with Dr. Brown in connection with same (.4). | 1.20 |
| 09/24/03 | WFH | Conference with Mr. Hogan re draft declarations and motion to supplement (.3); conferences with Mr. Williams re preparing draft of Motion to Supplement (.3). | 0.60 |
| 09/25/03 | MLW | Conference with B. Hughes regarding motion for leave to file supplemental reply declarations and completion of draft brief in support of motion (3.7). | 3.70 |
| 09/27/03 | WFH | Review Mr. Williams' draft of Motion to Supplement and revise same for circulation to Messrs. Emmett and Hogan (2.2); research in support of same (.6). | 2.80 |

|  |  | **Amount** |
|---|---|---|
|  | 35.10 |  |
| Total Fees |  | $11,060.00 |
| Total Amount Of This Bill |  | $11,060.00 |

| Balance Due |  | $11,060.00 |
|---|---|---|

## Timekeeper Summary

| Name | | Hours | Rate |
|---|---|---|---|
| Hughes, William F. | Counsel | 25.30 | 350.00 |
| Williams, Michael L. | Associate | 9.80 | 225.00 |