# EXHIBIT B

**EXHIBIT B**

**FEES FOR THE FEE PERIOD**
**JULY 1, 2003 THROUGH SEPTEMBER 30, 2003**

**FEES FOR THE FEE PERIOD JULY 1, 2003 THROUGH JULY 31, 2003**

Client: 082910 W.R. GRACE & CO.
Matter: 102292 Tahari, Ltd.

| | | | |
|---|---|---|---|
| 06/16/03 | Review e-mails and follow up regarding answer to complaint. | | |
| 4 | A. Marchetta | 0.3 | 135.00 |
| 07/02/03 | Follow up regarding information from adversary regarding date for answer to complaint. | | |
| 4 | A. Marchetta | 0.3 | 135.00 |
| 07/02/03 | Review e-mail from B. Moffitt regarding update from plaintiff's counsel. | | |
| 15 | J. Scordo | 0.1 | 32.00 |
| 07/02/03 | Telephone call with Plaintiff's counsel regarding intentions regarding motion practice and preparation of e-mail regarding same. | | |
| 15 | B. Moffitt | 0.2 | 56.00 |
| 07/07/03 | Work with B. Moffitt regarding issues and follow up regarding answer of adversary. | | |
| 4 | A. Marchetta | 0.4 | 180.00 |
| 07/07/03 | E-mails with V. Finkelstein and A. Nagy regarding rent check. | | |
| 15 | J. Scordo | 0.1 | 32.00 |
| 07/07/03 | Telephone conference with C. Boubol, counsel for Landlord, regarding moving for payment by Tahari of Use and Occupancy rent. | | |
| 15 | B. Benjamin | 0.2 | 64.00 |
| 07/07/03 | Review e-mails regarding landlord's intent to file motion, by Order to Show Cause, to have Tahari pay Use and Occupancy during the action. | | |
| 15 | B. Moffitt | 0.1 | 28.00 |
| 07/08/03 | E-mails with L. Heller regarding rent check. | | |
| 15 | J. Scordo | 0.1 | 32.00 |
| 07/09/03 | Work with J. Scordo and B. Moffitt regarding matter. | | |
| 4 | A. Marchetta | 0.1 | 45.00 |

| Date | Description | | |
|---|---|---|---|
| 07/09/03 15 | Confer with A. Marchetta regarding anticipated motion practice. B. Moffitt | 0.1 | 28.00 |
| 07/11/03 15 | Review/analysis of Tahari motion to dismiss. B. Benjamin | 0.2 | 64.00 |
| 07/14/03 15 | Review correspondence and e-mails regarding answer and motion to dismiss. J. Scordo | 0.1 | 32.00 |
| 07/14/03 15 | Review Tahari's motion to dismiss and supporting papers. B. Moffitt | 0.2 | 56.00 |
| 07/15/03 15 | E-mails regarding motion to dismiss. J. Scordo | 0.2 | 64.00 |
| 07/15/03 15 | Review/analysis of Landlord's motion for use and occupancy and legal basis for request. B. Benjamin | 0.3 | 96.00 |
| 07/15/03 15 | Draft memorandum to A. Marchetta regarding submitting papers in response to Landlord's motion as well as Tahari's motion to dismiss. B. Benjamin | 0.2 | 64.00 |
| 07/15/03 15 | Review B. Benjamin e-mail regarding Plaintiff's motion to make Tahari pay use and occupancy. B. Moffitt | 0.1 | 28.00 |
| 07/15/03 4 | Obtain copy of Supreme Court, New York County Order to Show Cause. S. Wattenberg | 0.3 | 37.50 |
| 07/16/03 15 | Review list of outstanding issues, organize files and create list of outstanding tasks. J. Scordo | 0.1 | 32.00 |
| 07/16/03 15 | Review motions by landlord for rent and Tahari for dismissal and numerous underlying documents. J. Scordo | 1.0 | 320.00 |
| 07/16/03 15 | E-mail to V. Finkelstein and A. Nagy regarding motions by landlord for rent and Tahari for dismissal and numerous underlying documents. J. Scordo | 0.2 | 64.00 |
| 07/16/03 15 | Telephone call with B. Benjamin regarding motions. J. Scordo | 0.2 | 64.00 |

| 07/16/03 | Review e-mail with B. Benjamin regarding motions. | | |
| 15 | J. Scordo | 0.2 | 64.00 |

| 07/16/03 | Telephone conference with C. Boubol, counsel for Trizec, regarding opposing Tahari's motion to dismiss, supporting motion for summary judgment and motion to Tahari's payment of Use & Occupancy to Landlord directly. | | |
| 15 | B. Benjamin | 0.3 | 96.00 |

| 07/16/03 | Draft correspondence to A. Marchetta regarding telephone conference with C. Boubol. | | |
| 15 | B. Benjamin | 0.1 | 32.00 |

| 07/16/03 | Review Plaintiff's papers in support of its motion against Tahari for payment of use and occupancy rent during the pendency of the litigation. | | |
| 15 | B. Moffitt | 0.2 | 56.00 |

| 07/17/03 | Review e-mails and strategy regarding motion to dismiss and cross-motion for summary judgment. | | |
| 4 | A. Marchetta | 0.3 | 135.00 |

| 07/17/03 | Review landlord's motion and opposition. | | |
| 15 | J. Scordo | 0.4 | 128.00 |

| 07/17/03 | Send e-mail to V. Finkelstein and A. Nagy regarding motions. | | |
| 15 | J. Scordo | 0.2 | 64.00 |

| 07/17/03 | Review/analysis of Landlord's Cross - Motion for Summary Judgment. | | |
| 15 | B. Benjamin | 0.8 | 256.00 |

| 07/17/03 | Draft correspondence to A. Marchetta regarding review of Landlord's Cross – Motion for Summary Judgment. | | |
| 15 | B. Benjamin | 0.2 | 64.00 |

| 07/17/03 | Draft Benjamin Affirmation in opposition to Tahari's motion to dismiss. | | |
| 15 | B. Benjamin | 0.3 | 96.00 |

| 07/17/03 | Draft Benjamin Affirmation in support of Landlord's motion to compel payment of use and occupancy. | | |
| 15 | B. Benjamin | 0.3 | 96.00 |

| 07/17/03 | Draft Benjamin Affirmation in support of Landlord's motion for summary judgment | | |
| 15 | B. Benjamin | 0.3 | 96.00 |

| 07/17/03 | Review Plaintiff's papers in opposition to Tahari's motion to dismiss and in | | |

|  |  |  |  |
|---|---|---|---|
|  | support of cross-motion to amend the Complaint and for partial summary judgment. |  |  |
| 15 | B. Moffitt | 0.2 | 56.00 |
| 07/18/03 | Follow up regarding attorney affirmations. |  |  |
| 4 | A. Marchetta | 0.4 | 180.00 |
| 07/18/03 | Review proposed response to various motions. |  |  |
| 15 | J. Scordo | 0.6 | 192.00 |
| 07/18/03 | E-mail to A. Marchetta regarding check. |  |  |
| 15 | J. Scordo | 0.1 | 32.00 |
| 07/18/03 | Discuss W.R. Grace's response with A. Marchetta and B. Benjamin. |  |  |
| 15 | J. Scordo | 0.2 | 64.00 |
| 07/18/03 | Revise/finalize and serve three (3) Benjamin Affirmations in Opposition to Tahari Motion to Dismiss, in Support of Trizec's Motion for payment of use and occupancy, and in Support of Trizec's Motion for Summary Judgment |  |  |
| 15 | B. Benjamin | 0.7 | 224.00 |
| 07/18/03 | Obtain Opposition and arrange for service and filing on return dates. |  |  |
| 4 | S. Wattenberg | 0.3 | 37.50 |
| 07/18/03 | Obtain Opposition and arrange for service and filing on return dates. |  |  |
| 4 | S. Wattenberg | 0.2 | 25.00 |
| 07/21/03 | Revise letter regarding settlement money, including conferring with J. Scordo re same. |  |  |
| 4 | A. Marchetta | 0.4 | 180.00 |
| 07/21/03 | Review file for information needed to draft letter to D. Rosenholc. |  |  |
| 15 | J. Scordo | 0.2 | 64.00 |
| 07/21/03 | Draft, revise and finalize letter to D. Rosenholc. |  |  |
| 15 | J. Scordo | 0.2 | 64.00 |
| 07/21/03 | Work with A. Marchetta regarding letter to D. Rosenholc. |  |  |
| 15 | J. Scordo | 0.2 | 64.00 |
| 07/22/03 | Follow up regarding settlement check/rent issue. |  |  |
| 4 | A. Marchetta | 0.2 | 90.00 |
| 07/22/03 | Telephone call from D. Rosenholcz. |  |  |
| 15 | J. Scordo | 0.2 | 64.00 |

| 07/22/03 | Update A. Marchetta on Rosenholcz call. | | |
|---|---|---|---|
| 15 | J. Scordo | 0.1 | 32.00 |

| 07/22/03 | E-mails with A. Nagy and V. Finkelstein regarding call. | | |
|---|---|---|---|
| 15 | J. Scordo | 0.1 | 32.00 |

| 07/24/03 | Review motion papers and arrange for calendar call to be answered on 7/25/03, including confirmation of service and filing, | | |
|---|---|---|---|
| 4 | S. Wattenberg | 0.5 | 62.50 |

| 07/25/03 | Review Landlord's Reply papers in further support of motion for ejectment of Tahari and telephone conference with C. Boubol, counsel for Landlord, regarding submission of motion. | | |
|---|---|---|---|
| 15 | B. Benjamin | 0.3 | 96.00 |

| 07/25/03 | Confirm filing of motion papers at calendar call and track for decision on motion and Order to Show Cause. | | |
|---|---|---|---|
| 4 | S. Wattenberg | 0.3 | 37.50 |

| 07/28/03 | Telephone calls with client regarding motions and papers in support of same. | | |
|---|---|---|---|
| 4 | A. Marchetta | 0.4 | 198.00 |

| 07/28/03 | Review information regarding motions and papers in support of same. | | |
|---|---|---|---|
| 4 | A. Marchetta | 0.3 | 148.50 |

| 07/28/03 | Review/analysis of Tahari's Opposition to Trizec's Motion for payment of Use and Occupancy charges. | | |
|---|---|---|---|
| 15 | B. Benjamin | 0.2 | 64.00 |

| 07/28/03 | Review/analysis of Tahari's Reply in further support of its Motion to Dismiss, and in Opposition to Trizec's Motion for Summary Judgement. | | |
|---|---|---|---|
| 15 | B. Benjamin | 0.2 | 64.00 |

| 07/28/03 | Draft Memorandum to A. Marchetta and J. Scordo regarding responding to Tahari's papers. | | |
|---|---|---|---|
| 15 | B. Benjamin | 0.2 | 64.00 |

| 07/28/03 | Review Tahari's 07/28/03 response to Plaintiff's Reply Affirmation. | | |
|---|---|---|---|
| 15 | B. Moffitt | 0.1 | 28.00 |

| 07/30/03 | Obtain, review and arrange for reply papers to be filed, including confirmation of appearance at calendar call. | | |
|---|---|---|---|
| 4 | S. Wattenberg | 0.3 | 37.50 |

| 07/31/03 | Review correspondence and e-mails regarding motions. | | |
|---|---|---|---|

| 15 | J. Scordo | | 0.1 | 32.00 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| A. Marchetta | 3.10 | 450.00 | 1,395.00 |
| J. Scordo | 4.90 | 320.00 | 1,568.00 |
| B. Benjamin | 4.80 | 320.00 | 1,536.00 |
| B. Moffitt | 1.20 | 280.00 | 336.00 |
| S. Wattenberg | 1.90 | 125.00 | 237.50 |
| TOTALS | 15.90 | | 5,072.50 |

## FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 4 | 3.1 | 450.00 | 1,395.00 |
| J. Scordo | 15 | 4.9 | 320.00 | 1,568.00 |
| B. Benjamin | 15 | 4.8 | 320.00 | 1,536.00 |
| B. Moffitt | 15 | 1.2 | 280.00 | 336.00 |
| S. Wattenberg | 4 | 1.9 | 125.00 | 237.50 |
| TOTAL | | 15.9 | | 5,072.50 |

Client: 082910 W.R. GRACE & CO.
Matter: 095992 Chapter 11 Administration

| 07/02/03 | Review relevant time sheets and drafting further description of tasks performed in connection with appeal to respond to Auditor's Report. | | |
| 11 | M. Waller | 0.4 | 128.00 |

| 07/03/03 | Follow up with B. Moffitt regarding further description of tasks performed in connection with appeal to respond to Auditor's Report. | | |
| 11 | M. Waller | 0.3 | 96.00 |

07/03/03    Review M. Waller e-mail and prepare response to auditor's inquiry regarding fee application, including working work with M. Waller regarding same.

| 11 | B. Moffitt | 0.5 | 140.00 |

| 07/07/03 | Drafting response to auditors inquiry regarding fees incurred in connection with Third Circuit appeal in Maryland Casualty v. W.R. Grace, et al. | | |
| 11 | M. Waller | 0.5 | 160.00 |

| 07/07/03 | Preparation of response to auditor's report, including working with M. Waller re: same. | | |
| 11 | B. Moffitt | 0.7 | 196.00 |

| 07/08/03 | Work on response to fee auditor report for the eighth interim period. | | |
| 4 | A. Marchetta | 0.3 | 135.00 |

| 07/09/03 | Reviewed response to Fee Auditor's inquiry regarding the 8th Interim Period. | | |
| 11 | K. Jasket | 0.5 | 90.00 |

| 07/20/03 | Attention to drafting Mary 2003 fee application. | | |
| 11 | K. Jasket | 2.8 | 504.00 |

| 07/23/03 | Review and revise PHK&S's Twenty-Sixth Interim Fee Application. | | |
| 11 | S. Zuber | 0.3 | 102.00 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| A. Marchetta | 0.30 | 450.00 | 135.00 |
| M. Waller | 1.20 | 320.00 | 384.00 |
| S. Zuber | 0.30 | 340.00 | 102.00 |
| K. Jasket | 3.30 | 180.00 | 594.00 |
| B. Moffitt | 1.20 | 280.00 | 336.00 |
| TOTALS | 6.30 | | 1,551.00 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 4 | 0.3 | 450.00 | 135.00 |
| M. Waller | 11 | 1.2 | 320.00 | 384.00 |

| | | | | |
|---|---|---|---|---|
| S. Zuber | 11 | 0.3 | 340.00 | 102.00 |
| K. Jasket | 11 | 3.3 | 180.00 | 594.00 |
| B. Moffitt | 11 | 1.2 | 280.00 | 336.00 |
| TOTAL | | 6.3 | | 1,551.00 |

Client: 082910 W.R. GRACE & CO.
Matter: 090300 Research on Legal Issues


06/17/03        Call from judges chamber; review file and respond.
15              J. Scordo                                          0.4            128.00

07/07/03        Review materials and correspondence to client forwarding same.
4               A. Marchetta                                       0.6            270.00

07/07/03        Worked with A. Marchetta regarding results of file search for documents
                requested by client.
4               S. Parker                                          0.4             42.00

07/09/03        Follow up with S. Parker regarding information requested by client.
4               A. Marchetta                                       0.5            225.00

07/11/03        Worked with A. Marchetta regarding scope of client requests.
4               S. Parker                                          0.3             31.50

07/15/03        Reviewed seventeen boxes of original client files as per client request.
4               S. Parker                                          5.7            598.50

07/16/03        Reorganized files retrieved from storage for client.
4               S. Parker                                          1.3            136.50

07/30/03        Conference with client and follow up regarding issues.
4               A. Marchetta                                       0.6            270.00

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| A. Marchetta | 1.70 | 450.00 | 765.00 |
| J. Scordo | 0.40 | 320.00 | 128.00 |
| S. Parker | 7.70 | 105.00 | 808.50 |
| TOTALS | 9.80 | | 1,701.50 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 4 | 1.7 | 450.00 | 765.00 |
| J. Scordo | 15 | 0.4 | 320.00 | 128.00 |
| S. Parker | 4 | 7.7 | 105.00 | 808.50 |
| | TOTAL | 9.8 | | 1,701.50 |

Client: 082913 W.R. GRACE & CO.\INSURANCE CO
Matter: 000009 NY Superfund Action

| 07/02/03 | Telephone calls regarding allocation research. | | |
|---|---|---|---|
| 4 | A. Marchetta | 0.4 | 180.00 |

| 07/03/03 | Follow up regarding issues related to court's opinion and legal memos regarding same. | | |
|---|---|---|---|
| 4 | A. Marchetta | 0.7 | 315.00 |

| 07/03/03 | Confer with A. Marchetta regarding duty to defend law in NY, including following up with D. Florence regarding search for prior memos regarding same as requested by J. Posner. | | |
|---|---|---|---|
| 15 | M. Waller | 0.3 | 96.00 |

| 07/03/03 | Preparation of objections to CNA's Bill of Costs, including working with M. Waller regarding same. | | |
|---|---|---|---|
| 15 | B. Moffitt | 1.9 | 532.00 |

| 07/03/03 | As per M. Waller's request, review memoranda and briefs for documents regarding duty to defend. | | |
|---|---|---|---|
| 4 | D. Florence | 3.1 | 294.50 |

| 07/05/03 | Follow up regarding memo to J. Posner on insurance issues. | | |
|---|---|---|---|
| 4 | A. Marchetta | 0.3 | 135.00 |

| 07/07/03 | Forward requested documents to M. Waller | | |
|---|---|---|---|
| 4 | D. Florence | 0.4 | 38.00 |

| 07/11/03 | Review court order on remand, including following up regarding work on same. | | |
|---|---|---|---|
| 4 | A. Marchetta | 0.6 | 270.00 |

| 07/16/03 | Review J. Scordo and B. Benjamin e-mails regarding status of motion practice. | | |
|---|---|---|---|
| 15 | B. Moffitt | 0.1 | 28.00 |

| 07/18/03 | Telephone call with J. Posner regarding environmental insurance coverage, including following up regarding same. | | |
|---|---|---|---|
| 4 | A. Marchetta | 0.6 | 270.00 |

| 07/18/03 | Review memorandum from A. Marchetta regarding research requested by client regarding allocation of liability to CNA policy year, including responding to same regarding research already conducted and relating NY law to CNA policies. | | |
|---|---|---|---|
| 15 | M. Waller | 0.3 | 96.00 |

| 07/18/03 | Confer with A. Marchetta and M. Waller regarding insurance allocation principles under New York law. | | |
|---|---|---|---|
| 15 | B. Moffitt | 0.2 | 56.00 |

| 07/21/03 | Work on issues for client regarding insurance situation, including forwarding memo to client regarding same. | | |
|---|---|---|---|
| 4 | A. Marchetta | 0.5 | 225.00 |

| 07/21/03 | Telephone call with client regarding fee allocation issues. | | |
|---|---|---|---|
| 4 | A. Marchetta | 0.4 | 180.00 |

| 07/21/03 | Confer with A. Marchetta regarding research regarding allocation and argument regarding allocation of defense costs to CNA policy year. | | |
|---|---|---|---|
| 15 | M. Waller | 0.2 | 64.00 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| A. Marchetta | 3.50 | 450.00 | 1,575.00 |
| M. Waller | 0.80 | 320.00 | 256.00 |
| B. Moffitt | 2.20 | 280.00 | 616.00 |
| D. Florence | 3.50 | 95.00 | 332.50 |
| TOTALS | 10.00 | | 2,779.50 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 4 | 3.5 | 450.00 | 1,575.00 |
| M. Waller | 15 | 0.8 | 320.00 | 256.00 |
| B. Moffitt | 15 | 2.2 | 280.00 | 616.00 |
| D. Florence | 4 | 3.5 | 95.00 | 332.50 |
| | TOTAL | 10.0 | | 2,779.50 |

## FEES FOR THE FEE PERIOD
## AUGUST 1, 2003 THROUGH AUGUST 31, 2003

Client: 082910 W.R. GRACE & CO.
Matter: 065656 Weja, Inc.

| 07/03/03 | Call with B. Miller on site remediation issues concerning URS and DEP and Jersey City site and discussion of case issues and status of work. | | |
|---|---|---|---|
| 4 | W. Hatfield | 0.5 | 137.50 |

| 07/03/03 | Call to A. Nagy on matter and discuss strategy on remediation at site. | | |
|---|---|---|---|
| 4 | W. Hatfield | 0.4 | 110.00 |

| 08/26/03 | Attend to case issues, including memo on status. | | |
|---|---|---|---|
| 4 | W. Hatfield | 0.3 | 82.50 |

| 08/29/03 | Attend to case issues. | | |
|---|---|---|---|
| 4 | W. Hatfield | 0.2 | 55.00 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| W. Hatfield | 1.40 | 275.00 | 385.00 |
| TOTALS | 1.40 | | 385.00 |

## FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| W. Hatfield | 4 | 1.4 | 275.00 | 385.00 |
| | TOTAL | 1.4 | | 385.00 |

Client: 082910 W.R. GRACE & CO.
Matter: 095992 Chapter 11 Administration

| Date | Description | | Hours | Fee |
|---|---|---|---|---|
| 08/04/03 | Review of docket. | | | |
| 11 | K. Jasket | | 0.3 | 54.00 |
| 08/04/03 | Revised May 2003 fee application. | | | |
| 11 | K. Jasket | | 0.9 | 162.00 |
| 08/06/03 | Receipt and review of Order regarding 7th Interim Period and attention to forwarding same to A. Marchetta and S. Zuber. | | | |
| 11 | K. Jasket | | 0.2 | 36.00 |
| 08/06/03 | Drafted fee application for June 2003. | | | |
| 11 | K. Jasket | | 0.5 | 90.00 |
| 08/16/03 | Drafted June 2003 fee application. | | | |
| 11 | K. Jasket | | 2.1 | 378.00 |
| 08/25/03 | Receipt and review of proposed Order regarding 8th Interim Period, including responding to L. Ferdinand with revisions to same. | | | |
| 11 | K. Jasket | | 0.3 | 54.00 |
| 08/28/03 | Conferred with R. Rosen regarding fee applications and attention to responding to email of S. Bossay regarding same. | | | |
| 11 | K. Jasket | | 0.2 | 36.00 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| K. Jasket | 4.50 | 180.00 | 810.00 |
| TOTALS | 4.50 | | 810.00 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| K. Jasket | 11 | 4.5 | 180.00 | 810.00 |
| TOTAL | | 4.5 | | 810.00 |

Client: 082913 W.R. GRACE & CO.\INSURANCE CO
Matter: 000009 NY Superfund Action

| Date | Description | | Hours | Fee |
|---|---|---|---|---|
| 08/11/03 | Follow-up regarding issues of remand. | | | |
| 4 | A. Marchetta | | 0.2 | 90.00 |
| 08/19/03 | Conferring with B. Moffitt regarding anticipated arguments by CNA and preparing outline of issues to raise at initial hearing, including allocation, self insurance claims, and site discovery . | | | |
| 15 | M. Waller | | 1.1 | 352.00 |
| 08/19/03 | Confer with M. Waller regarding strategy regarding allocation issues and additional discovery needed following remand. | | | |
| 15 | B. Moffitt | | 0.8 | 224.00 |
| 08/22/03 | Follow up regarding remand, including telephone calls regarding same. | | | |
| 4 | A. Marchetta | | 0.3 | 135.00 |
| 08/27/03 | Conference with B. Moffitt regarding memo on issues regarding remand and follow up regarding same. | | | |
| 4 | A. Marchetta | | 0.4 | 180.00 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| A. Marchetta | 0.90 | 450.00 | 405.00 |
| M. Waller | 1.10 | 320.00 | 352.00 |
| B. Moffitt | 0.80 | 280.00 | 224.00 |
| TOTALS | 2.80 | | 981.00 |

## FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 4 | 0.9 | 450.00 | 405.00 |
| M. Waller | 15 | 1.1 | 320.00 | 352.00 |
| B. Moffitt | 15 | 0.8 | 280.00 | 224.00 |
| TOTAL | | 2.8 | | 981.00 |

Client: 082910 W.R. GRACE & CO.
Matter: 090300 Research on Legal Issues

08/11/03          Follow-up regarding various litigation issues for client.
4                 A. Marchetta                                    0.6          270.00

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| A. Marchetta | 0.60 | 450.00 | 270.00 |
| TOTALS | 0.60 | | 270.00 |

## FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 4 | 0.6 | 450.00 | 270.00 |
| TOTAL | | 0.6 | | 270.00 |

Client: 082910 W.R. GRACE & CO.
Matter: 102292 Tahari, Ltd.

08/12/03          Telephone call with landlord's attorney regarding hearing and follow up
                  regarding same.
4                 A. Marchetta                                    0.4          180.00

| 08/15/03 | Follow up regarding information from client to landlord's attorney. | | |
|---|---|---|---|
| 4 | A. Marchetta | 0.5 | 225.00 |

| 08/15/03 | Review e-mail from V. Finkelstein regarding motion and follow-up regarding same. | | |
|---|---|---|---|
| 15 | J. Scordo | 0.2 | 64.00 |

| 08/18/03 | Follow up regarding e-mails from V. Finkelstein regarding motions. | | |
|---|---|---|---|
| 4 | A. Marchetta | 0.3 | 135.00 |

| 08/18/03 | Telephone conference with C. Boubol regarding Tahari's argument concerning settlement agreement, extension of payments over time, including drafting correspondence to V. Finklestein regarding statute of frauds argument, and effect of prior settlement agreement between Tahari and W.R.Grace | | |
|---|---|---|---|
| 15 | B. Benjamin | 0.3 | 96.00 |

| 08/21/03 | Review recent correspondence, including forwarding same to associate and attention to open issues. | | |
|---|---|---|---|
| 15 | J. Scordo | 0.1 | 32.00 |

| 08/25/03 | Telephone call with client and Trizec attorney regarding Tahari license of space and follow up regarding same. | | |
|---|---|---|---|
| 4 | A. Marchetta | 0.4 | 180.00 |

| 08/27/03 | Obtain notice adjournment of motion returnable September 12, 2003, including review of docket information and information B. Benjamin of same. | | |
|---|---|---|---|
| 4 | S. Wattenberg | 0.3 | 37.50 |

| 08/29/03 | Review correspondence and update list of outstanding issues. | | |
|---|---|---|---|
| 15 | J. Scordo | 0.1 | 32.00 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| A. Marchetta | 1.60 | 450.00 | 720.00 |
| J. Scordo | 0.40 | 320.00 | 128.00 |
| B. Benjamin | 0.30 | 320.00 | 96.00 |
| S. Wattenberg | 0.30 | 125.00 | 37.50 |
| TOTALS | 2.60 | | 981.50 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 4 | 1.6 | 450.00 | 720.00 |
| J. Scordo | 15 | 0.4 | 320.00 | 128.00 |
| B. Benjamin | 15 | 0.3 | 320.00 | 96.00 |
| S. Wattenberg | 4 | 0.3 | 125.00 | 37.50 |
| TOTAL | | 2.6 | | 981.50 |

### FEES FOR THE FEE PERIOD
### SEPTEMBER 1, 2003 THROUGH SEPTEMBER 30, 2003

Client: 082910 W.R. GRACE & CO.
Matter: 065656 Weja, Inc.

| 09/22/03 | Attend to case issues, including preparing a memo to A. Marchetta on status of matter. | | |
|---|---|---|---|
| 4 | W. Hatfield | 0.4 | 110.00 |

| 09/24/03 | Conference with client and follow-up with W. Hatfield regarding handling of case. | | |
|---|---|---|---|
| 4 | A. Marchetta | 0.5 | 225.00 |

| 09/25/03 | Attend to status of motion and attention to sending memos to A. Marchetta and R. Rose on same. | | |
|---|---|---|---|
| 4 | W. Hatfield | 0.2 | 55.00 |

| 09/30/03 | Call to F. Biehl on matter. | | |
|---|---|---|---|
| 4 | W. Hatfield | 0.1 | 27.50 |

| 09/30/03 | Memos with A. Marchetta on case status. | | |
|---|---|---|---|
| 4 | W. Hatfield | 0.2 | 55.00 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| W. Hatfield | 0.90 | 275.00 | 247.50 |
| A. Marchetta | 0.50 | 450.00 | 225.00 |
| TOTALS | 1.40 | | 472.50 |

## FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 4 | 0.5 | 450.00 | 225.00 |
| W. Hatfield | 4 | 0.9 | 275.00 | 247.50 |
| TOTAL | | 1.4 | | 472.50 |

Client: 082910 W.R. GRACE & CO.
Matter: 095992 Chapter 11 Administration

| 09/02/03 4 | Review application for fees and forward. A. Marchetta | 0.2 | 90.00 |
|---|---|---|---|
| 09/02/03 11 | Review docket. K. Jasket | 0.3 | 54.00 |
| 09/02/03 11 | Revise June 2003 fee application, including attention to forwarding same to S. McFarland for filing. K. Jasket | 1.0 | 180.00 |
| 09/02/03 11 | Drafted Quarterly Fee Application for April - June 2003. K. Jasket | 2.3 | 414.00 |
| 09/03/03 11 | Review of Agenda for 8/25 hearing and attention to forwarding same to S. Zuber for review. K. Jasket | 0.2 | 36.00 |
| 09/04/03 11 | Review and revise PHK&S's Ninth quarterly fee application. S. Zuber | 0.4 | 136.00 |
| 09/10/03 11 | Review docket. K. Jasket | 0.3 | 54.00 |
| 09/10/03 11 | Revise Quarterly Fee Application for 9th Interim Period, including forwarding same to S. McFarland. K. Jasket | 1.0 | 180.00 |
| 09/16/03 | Attention to responding to email from S. Bossay regarding quarterly fee application. | | |

| | | | |
|---|---|---|---|
| 11 | K. Jasket | 0.1 | 18.00 |
| 09/18/03 | Draft July 2003 fee application. | | |
| 11 | K. Jasket | 2.8 | 504.00 |
| 09/18/03 | Review docket. | | |
| 11 | K. Jasket | 0.2 | 36.00 |
| 09/19/03 | Review and revise July, 2003 interim fee application. | | |
| 11 | S. Zuber | 0.3 | 102.00 |
| 09/25/03 | Review docket. | | |
| 11 | K. Jasket | 0.2 | 36.00 |
| 09/25/03 | Retrieved May 2003 CNO and attention to forwarding same to R. Rosen and S. Zuber. | | |
| 11 | K. Jasket | 0.2 | 36.00 |

Attorney Summary

| Timekeeper | | Hours | Rate | Dollars |
|---|---|---|---|---|
| A. Marchetta | | 0.20 | 450.00 | 90.00 |
| S. Zuber | | 0.70 | 340.00 | 238.00 |
| K. Jasket | | 8.60 | 180.00 | 1,548.00 |
| | TOTALS | 9.50 | | 1,876.00 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|---|
| A. Marchetta | | 4 | 0.2 | 450.00 | 90.00 |
| S. Zuber | | 11 | 0.7 | 340.00 | 238.00 |
| K. Jasket | | 11 | 8.6 | 180.00 | 1,548.00 |
| | TOTAL | | 9.5 | | 1,876.00 |

Client: 082910 W.R. GRACE & CO.
Matter: 072757 Intercat, Inc. et al.

09/26/03      Telephone conversation with D. Posner regarding Warrant and Escrow

|   |   |   |   |
|---|---|---|---|
| 24 | Agreement.<br>S. Zuber | 0.2 | 68.00 |

| 09/26/03 | At S. Zuber's request, review files for escrow and warranty agreements. | | |
|---|---|---|---|
| 24 | D. Florence | 1.2 | 114.00 |

Attorney Summary

| Timekeeper | | Hours | Rate | Dollars |
|---|---|---|---|---|
| S. Zuber | | 0.20 | 340.00 | 68.00 |
| D. Florence | | 1.20 | 95.00 | 114.00 |
| | TOTALS | 1.40 | | 182.00 |

## FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|---|
| S. Zuber | | 24 | 0.2 | 340.00 | 68.00 |
| D. Florence | | 24 | 1.2 | 95.00 | 114.00 |
| | TOTAL | | 1.4 | | 182.00 |

Client: 082913 W.R. GRACE & CO.\INSURANCE CO
Matter: 000009 NY Superfund Action

| 09/02/03 | Follow up and meeting on case issues. | | |
|---|---|---|---|
| 4 | A. Marchetta | 0.3 | 135.00 |

| 09/03/03 | Follow up and review with M. Waller regarding issues for remand and work needed on same. | | |
|---|---|---|---|
| 4 | A. Marchetta | 0.4 | 180.00 |

| 09/03/03 | Follow up meeting with A. Marchetta regarding case issues following remand, including conferring with B. Moffitt regarding same. | | |
|---|---|---|---|
| 15 | M. Waller | 0.3 | 96.00 |

| 09/03/03 | Confer with M. Waller re: preparation of memo to client re: upcoming activities. | | |
|---|---|---|---|
| 3 | B. Moffitt | 0.1 | 28.00 |

| 09/10/03 | Meeting with staff regarding issues on remand and required discovery and memo for client. | | |
| 4 | A. Marchetta | 0.7 | 315.00 |

| 09/10/03 | Preparing strategy outline for conference with A. Marchetta and meeting with same. | | |
| 15 | M. Waller | 0.9 | 288.00 |

| 09/10/03 | Met with A. Marchetta, M. Waller, and B. Moffitt to discuss issues that need to be addressed on remand. | | |
| 15 | L. Jordan | 0.7 | 112.00 |

| 09/10/03 | Meeting with A. Marchetta and M. Waller regarding strategy on remand. | | |
| 15 | B. Moffitt | 0.7 | 196.00 |

| 09/17/03 | Drafting outline of issues and tasks for letter to client pursuant to conference regarding same with A. Marchetta. | | |
| 15 | M. Waller | 0.7 | 224.00 |

| 09/22/03 | Conference with M. Waller regarding memo for client. | | |
| 4 | A. Marchetta | 0.4 | 180.00 |

| 09/22/03 | Confer with A. Marchetta regarding letter to client regarding strategy. | | |
| 15 | M. Waller | 0.4 | 128.00 |

| 09/25/03 | Preparing letter to client regarding status and tasks. | | |
| 15 | M. Waller | 0.3 | 96.00 |

| 09/29/03 | Follow-up with memo to client regarding remand. | | |
| 4 | A. Marchetta | 0.3 | 135.00 |

| 09/30/03 | Drafting letter to client regarding status and strategy to move case forward. | | |
| 15 | M. Waller | 0.9 | 288.00 |

## Attorney Summary

| Timekeeper | | Hours | Rate | Dollars |
|---|---|---|---|---|
| A. Marchetta | | 2.10 | 450.00 | 945.00 |
| M. Waller | | 3.50 | 320.00 | 1,120.00 |
| L. Jordan | | 0.70 | 160.00 | 112.00 |
| B. Moffitt | | 0.80 | 280.00 | 224.00 |
| | TOTALS | 7.10 | | 2,401.00 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 4 | 2.1 | 450.00 | 945.00 |
| M. Waller | 15 | 3.5 | 320.00 | 1,120.00 |
| L. Jordan | 15 | 0.7 | 160.00 | 112.00 |
| B. Moffitt | 15 | 0.8 | 280.00 | 224.00 |
| | TOTAL | 7.1 | | 2,401.00 |

Client: 082910 W.R. GRACE & CO.
Matter: 102292 Tahari, Ltd.

| 09/09/03 | Telephone call with C. Boulbol regarding Order to Show Cause concerning RGT, LLC. | | |
|---|---|---|---|
| 4 | A. Marchetta | 0.4 | 180.00 |

| 09/09/03 | Follow up with client and J. Scordo regarding reply to Order to Show Cause. | | |
|---|---|---|---|
| 4 | A. Marchetta | 0.4 | 180.00 |

| 09/09/03 | Telephone call with A. Nagy and V. Finkelstein. | | |
|---|---|---|---|
| 15 | J. Scordo | 0.3 | 96.00 |

| 09/09/03 | Work with A. Marchetta on recently filed order to show cause. | | |
|---|---|---|---|
| 15 | J. Scordo | 0.3 | 96.00 |

| 09/09/03 | Prepare affidavit regarding Order to Show Cause. | | |
|---|---|---|---|
| 15 | J. Scordo | 0.3 | 96.00 |

| 09/09/03 | Review order to show cause and prior pleadings to draft affidavit of A. Nagy. | | |
|---|---|---|---|
| 15 | J. Scordo | 0.7 | 224.00 |

| 09/10/03 | Telephone calls and follow up regarding responding affidavit on Order to Show Cause regarding RGT, LLC. | | |
|---|---|---|---|
| 4 | A. Marchetta | 0.5 | 225.00 |

| 09/10/03 | Draft and revise Nagy affidavit regarding Order to Show Cause. | | |
|---|---|---|---|
| 15 | J. Scordo | 0.7 | 224.00 |

| 09/10/03 | Review and analyze motion papers regarding Order to Show Cause. | | |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 15 | J. Scordo | 0.4 | 128.00 |

| 09/10/03 | Telephone call with C. Boubol regarding Order to Show Cause. | | |
|---|---|---|---|
| 15 | J. Scordo | 0.2 | 64.00 |

| 09/10/03 | Telephone call with B. Benjamin regarding Order to Show Cause. | | |
|---|---|---|---|
| 15 | J. Scordo | 0.1 | 32.00 |

| 09/10/03 | E-mails on logistics regarding responding to Order to Show Cause. | | |
|---|---|---|---|
| 15 | J. Scordo | 0.3 | 96.00 |

| 09/10/03 | Telephone call with C. Boubol regarding Order to Show Cause. | | |
|---|---|---|---|
| 15 | J. Scordo | 0.1 | 32.00 |

| 09/10/03 | Work with A. Marchetta on motions. | | |
|---|---|---|---|
| 15 | J. Scordo | 0.2 | 64.00 |

| 09/10/03 | E-mails to B. Benjamin regarding motions. | | |
|---|---|---|---|
| 15 | J. Scordo | 0.1 | 32.00 |

| 09/10/03 | Review RGT Intervention Motion Papers regarding attempting to remove Tahari from premises and Nagy Affidavit in Opposition to RGT Motion to intervene. | | |
|---|---|---|---|
| 15 | B. Benjamin | 0.4 | 128.00 |

| 09/10/03 | Worked with J. Scordo regarding case status and filing issues. | | |
|---|---|---|---|
| 4 | S. Parker | 0.5 | 52.50 |

| 09/11/03 | Work with B. Benjamin regarding court hearing. | | |
|---|---|---|---|
| 4 | A. Marchetta | 0.3 | 135.00 |

| 09/11/03 | Review/analysis of motion papers and preparation for Oral Argument on Motions. | | |
|---|---|---|---|
| 15 | B. Benjamin | 0.7 | 224.00 |

| 09/11/03 | Organize and update case file, including creation of a pleading board for pleadings from the underlying action. | | |
|---|---|---|---|
| 15 | D. Florence | 1.2 | 114.00 |

| 09/12/03 | Telephone calls regarding court hearing, including following up with client regarding same and consideration of appeal and ejectment issues. | | |
|---|---|---|---|
| 4 | A. Marchetta | 0.8 | 360.00 |

| 09/12/03 | Review e-mails regarding court appearance. | | |
|---|---|---|---|
| 15 | J. Scordo | 0.2 | 64.00 |

| 09/12/03 | Appearance at Court on Motion to Eject Defendant Tahari and seeking other related relief. | | |
|---|---|---|---|
| 15 | B. Benjamin | 2.4 | 768.00 |

| 09/12/03 | Draft Memorandum to clients A. Nagy and V. Finklestein regarding results of Court Appearance. | | |
|---|---|---|---|
| 15 | B. Benjamin | 0.4 | 128.00 |

| 09/17/03 | E-mails with B. Benjamin regarding time frame of motions. | | |
|---|---|---|---|
| 15 | J. Scordo | 0.2 | 64.00 |

| 09/17/03 | Draft correspondence to A. Nagy and V. Finklestein regarding possible timeframes and outcomes of motion to evict Tahari. | | |
|---|---|---|---|
| 15 | B. Benjamin | 0.6 | 192.00 |

| 09/23/03 | Follow-up with J. Scordo and B. Benjamin regarding motions. | | |
|---|---|---|---|
| 4 | A. Marchetta | 0.6 | 270.00 |

| 09/23/03 | E-mails to B. Benjamin regarding motions. | | |
|---|---|---|---|
| 15 | J. Scordo | 0.1 | 32.00 |

| 09/23/03 | E-mail to A. Nagy and V. Finkelstein regarding motions. | | |
|---|---|---|---|
| 15 | J. Scordo | 0.1 | 32.00 |

| 09/23/03 | Review/analysis Decision and Order of Justice Tolub regarding motion for summary judgment and motion for payment of use and occupancy rent. | | |
|---|---|---|---|
| 15 | B. Benjamin | 0.1 | 32.00 |

| 09/23/03 | Draft Memorandum to V. Finklestein, A. Marchetta and J. Scordo regarding analysis of Decision of Justice Tolub, timing of expected appeal by Defendant Tahari, and appearance at Preliminary Conference. | | |
|---|---|---|---|
| 15 | B. Benjamin | 0.3 | 96.00 |

| 09/24/03 | Conference with client and follow-up regarding court order. | | |
|---|---|---|---|
| 4 | A. Marchetta | 0.4 | 180.00 |

| 09/24/03 | Meet with A. Nagy and A. Marchetta on recent developments, including motions. | | |
|---|---|---|---|
| 15 | J. Scordo | 0.5 | 160.00 |

| 09/25/03 | Follow-up regarding information on judgments and appeal. | | |
|---|---|---|---|
| 4 | A. Marchetta | 0.4 | 180.00 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|

| A. Marchetta | 3.80 | 450.00 | 1,710.00 |
| J. Scordo | 4.80 | 320.00 | 1,536.00 |
| B. Benjamin | 4.90 | 320.00 | 1,568.00 |
| D. Florence | 1.20 | 95.00 | 114.00 |
| S. Parker | 0.50 | 105.00 | 52.50 |
| TOTALS | 15.20 | | 4,980.50 |

## FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 4 | 3.8 | 450.00 | 1,710.00 |
| J. Scordo | 15 | 4.8 | 320.00 | 1,536.00 |
| B. Benjamin | 15 | 4.9 | 320.00 | 1,568.00 |
| D. Florence | 15 | 1.2 | 95.00 | 114.00 |
| S. Parker | 4 | 0.5 | 105.00 | 52.50 |
| TOTAL | | 15.2 | | 4,980.50 |