# EXHIBIT C

# EXHIBIT C

## EXPENSES FOR THE FEE PERIOD JULY 1, 2003 THROUGH SEPTEMBER 30, 2003[2]

### EXPENSES FOR THE FEE PERIOD
### JULY 1, 2003 THROUGH JULY 31, 2003

Engagement Costs – Tahari, Ltd.

| | | |
|---|---|---|
| 07/16/03 | PD UPS TO COLUMBIA MD; JPS; CK# 250800 | 7.74 |
| 07/21/03 | PD UPS TO NEW YORK NY; JPS; CK# 250784 | 7.74 |
| | Duplicating | 480 |
| | Matter Total Engagement Cost | 63.78 |

Engagement Costs – Chapter 11 Administration

| | | |
|---|---|---|
| | Computer Assisted Research | 17.75 |
| | Duplicating | 5.60 |
| | Matter Total Engagement Cost | 23.35 |

Engagement Costs – Research on Legal Issues

| | | |
|---|---|---|
| 07/07/03 | PD FEDEX TO COLUMBIA MD; AJM; CK. NO. 250236 | 12.92 |
| 07/15/03 | PD FEDEX TO COLUMBIA MD; AJM; CK# 250779 | 339.69 |
| | Duplicating | -3.78 |
| | Telephone | 1.61 |
| | Matter Total Engagement Cost | 350.44 |

Engagement Costs – NY Superfund Action

| | | |
|---|---|---|
| 06/26/03 | PD FEDEX TO NEW YORK NY; BEM; INV. # 477065533 | 10.29 |
| 06/26/03 | PD UPS TO NEW YORK NY; BEM; CK# 250238 | 7.74 |
| 06/27/03 | PD INTEGRITY EXP TO NEW YORK NY; BEM; CK# 249953 | 122.35 |

---

[2] Certain off the expenses set forth below are described in greater detail in the previously filed monthly fee applications.

26

| | | |
|---|---|---|
| 07/03/03 | PD UPS TO NEW YORK NY; BEM; INV # 0000081207273 | 7.74 |
| 07/03/03 | PD UPS TO NEW YORK NY; BEM; INV # 0000081207273 | 7.74 |
| 07/31/03 | DOCUMENT ACCESS FACILITY--ANNEX--JULY 2003 | 2148.00 |
| | Computer Assisted Research | 33.54 |
| | Duplicating | 51.60 |
| | Postage | 0.60 |
| | Telephone | 2.76 |
| | Matter Total Engagement Cost | 2,392.36 |

## EXPENSES FOR THE FEE PERIOD
## AUGUST 1, 2003 THROUGH AUGUST 31, 2003

Engagement Costs – Weja, Inc.

| | | |
|---|---|---|
| 06/12/03 | PD TRAVEL EXPENSES TO NEWARK NJ; WSH; CK# 250548 | 25.20 |
| 06/30/03 | Paid NJ Law Journal #10501 55549 S#4528 | 23.32 |
| | Matter Total Engagement Cost | 48.52 |

Engagement Costs – Chapter 11 Administration

| | | |
|---|---|---|
| 08/04/03 | PD UPS TO WILMINGTON DE; KMJ; CK# 251322 | 7.74 |
| | Matter Total Engagement Cost | 7.74 |

Engagement Costs – New York Superfund Action

| | | |
|---|---|---|
| 08/28/03 | DOCUMENT ACCESS FACILITY--ANNEX--AUGUST 2003 | 2148.00 |
| | Matter Total Engagement Cost | 2,148.00 |

Engagement Costs – Tahari, Inc.

| | | |
|---|---|---|
| 07/18/03 | Pd Fedex to New York NY; bmb; ck# 251166 | 14.21 |
| 07/25/03 | PD FEDEX TO SWEDESBORO NJ; CK# 251166 | 10.24 |

27

|  |  |
|---|---:|
| Matter Total Engagement Cost | 24.45 |

## EXPENSES FOR THE FEE PERIOD
## SEPTEMBER 1, 2003 THROUGH SEPTEMBER 30, 2003

Engagement Costs – Chapter 11 Administration

|  |  |
|---|---:|
| Duplicating | 55.58 |
| Express Delivery | 19.07 |
| Matter Total Engagement Cost | 74.65 |

Engagement Costs – Intercat Inc., et al

|  |  |
|---|---:|
| Computer Assisted Research | 29.25 |
| Matter Total Engagement Cost | 29.25 |

Engagement Costs – NY Superfund Action

|  |  |
|---|---:|
| Computer Assisted Research | 3.70 |
| Document Access Facility--Storage of Documents--September 2003 | 2148.00 |
| Matter Total Engagement Cost | 2,151.70 |

Engagement Costs – Tahari, Ltd.

|  |  |
|---|---:|
| Computer Assisted Research | 5.00 |
| Duplicating | 30.80 |
| Vendor: Paid Aetna Central Judicial Services | 20.00 |
| Matter Total Engagement Cost | 55.80 |