## **EXHIBIT B-1**

## ***Ferry, Joseph & Pearce, P.A.***
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

Ph:   (302) 575-1555        Fax:   (302) 575-1714

WR Grace PD Committee                                July 1, 2003 - July 31, 2003

                                                                                            Inv #:            9043

**Attention:**

**RE:**    WR Grace PD Committee

## **SUMMARY BY TASK**

| Task | | Hours | Amount |
|---|---|---|---|
| B14 | Case Administration - | 6.20 | 1,198.00 |
| B17 | Committee, Creditors', Noteholders' or Equity - | 1.90 | 380.00 |
| B18 | Fee Applications, Others - | 4.40 | 572.00 |
| B25 | Fee Applications, Applicant - | 0.80 | 146.00 |
| B32 | Litigation and Litigation Consulting - | 3.20 | 640.00 |
| B33 | ZAI Science Trial - | 6.40 | 1,280.00 |
| B37 | Hearings - | 1.70 | 340.00 |
| | **Total** | **24.60** | **$4,556.00** |
| | **Grand Total** | **24.60** | **$4,556.00** |

## **SUMMARY BY TIMEKEEPER**

| Timekeeper | Rate | Hours | Amount |
|---|---|---|---|
| Lisa L. Coggins | 130.00 | 5.20 | 676.00 |
| Rick S. Miller | 200.00 | 0.30 | 60.00 |
| Theodore J. Tacconelli | 200.00 | 19.10 | 3,820.00 |
| **Total** | | **24.60** | **$4,556.00** |

## **DISBURSEMENT SUMMARY**

| CA | Expenses - | | 3,859.58 |
|---|---|---|---|
| | **Total Disbursements** | | **$3,859.58** |

| Date | Description | Hours | Lawyer |
|---|---|---|---|
| Jul-01-03 | *Case Administration* - Review final reports of fee examiner | 0.40 | LLC |
| Jul-05-03 | *Case Administration* - Review pleading re: Elzufon Austin April, 2003 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Richardson Patrick April, 2003 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Fee Auditor's final report for Campbell Levine 8th interim period quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Fee Auditor's final report re: Casner Edwards 8th interim period quarterly Fee Application | 0.10 | TJT |
| Jul-09-03 | *Case Administration* - Review pleadings re: see Auditor's final report re: Nelson Mullins 8th interim period quarterly Fee Application | 0.10 | TJT |
| Jul-13-03 | *Case Administration* - Review pleading re: Debtor's statement of amounts paid to ordinary course professionals | 0.10 | TJT |
| | *Case Administration* - Review pleading re: fee auditors final report re: Woodcock & Washburn 8th interim period quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: fee auditors final report re: Klett Rooney 8th interim period quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: fee auditors final report re: Wachtell Lipton 8th interim quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: fee auditors final report re: L. Tersigni 8th interim period quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: fee auditors final report re: Bilzin Sumberg 8th interim period quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: fee auditors final report re: Elzufon Austin 8th interim period quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: fee auditors final report re: HRA's 8th interim period quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: fee auditors final report re: Kramer Levin 8th interim period quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: fee auditors final report re: Richardson Patrick 8th interim period quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: W. Smith & Assoc. June 2003 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: fee auditors final report re: Steptoe & Johnson 8th interim period quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: L. Tersigni May 2003 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Caplin Drysdale May 2003 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Legal Analysis Systems April - May 2003 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Campbell Levine May 2003 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review debtor's monthly operating report May 2003 | 0.10 | TJT |
| Jul-14-03 | *Case Administration* - Review pleading re: Woodcock & Washburn May 2003 Fee Application | 0.10 | TJT |
| Jul-18-03 | *Case Administration* - Review pleading, Fee Auditors Final Report re: Reed Smith 8th Interim Period Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pldge, Fee Auditors Final Report re: Pitney Hardin 8th Interim Period Quarterly Fee Application | 0.10 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | *Case Administration* - Review pldge, Fee Auditors Final Report re: PWC 8th Interim Period Quarterly Fee Application | 0.10 | TJT |
| Jul-20-03 | *Case Administration* - Review pleading re: Debtor's Objection to Rodriguez/Nieves Motion to Lift Stay | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Debtor's Objection to Costa/Thornberg Motion to Lift Stay | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Certification of Counsel re: Agreed Order on motion of Summit Ventures | 0.10 | TJT |
| Jul-21-03 | *Case Administration* - Review pleading re: miscellaneous Affidavits of Ordinary Course professionals | 0.10 | TJT |
| | *Case Administration* - Review pleading, Fee Auditor's Final Report re: Caplin Drysdale 8th Interim Period Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading, Fee Auditor's Final Report re: Carella Byrne 8th Interim Period Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Duane Morris May 2003 Fee Application | 0.10 | TJT |
| Jul-22-03 | *Case Administration* - Review pleading Fee Auditors Final Report re: K&E 8th Interim Quarterly Fee Application | 0.20 | TJT |
| | *Case Administration* - Review pleading Fee Auditors Final Report re: BMC 8th Interim Quarterly Fee Application | 0.10 | TJT |
| Jul-23-03 | *Case Administration* - Review pleading Fee Auditors Final Report re: PD Committee's 8th Interim Quarterly Reimbursement Request | 0.10 | TJT |
| | *Case Administration* - Review pleading Fee Auditors Final Report re: Lukins & Annis 8th Interim Quarterly Fee Application | 0.10 | TJT |
| Jul-26-03 | *Case Administration* - Review pleading re: debtor's 1st omnibus objection to claims (substantive) | 0.20 | TJT |
| | *Case Administration* - Review pleading re: debtor's 2nd omnibus objection to claims (non-substantive) | 0.20 | TJT |
| Jul-28-03 | *Case Administration* - Review pleading re: Carella Byrne May 2003 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Kramer Levine May 2003 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Wallace King May 2003 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Casner Edwards April 2003 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: K&E May 2003 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: PWC April 2003 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: PWC May 2003 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Carella Byrne 2003 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Stroock May 2003 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Richardson Patrick April 2003 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Elzufon Austin April 2003 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: FTI Policano May 2003 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Reed Smith May 2003 Fee Application | 0.10 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| Jul-29-03 | *Case Administration* - Update and revise service list | 0.20 | LLC |
| Jul-30-03 | *Case Administration* - Review pleading re: response of Wachovia to 2nd omnibus objection claims | 0.10 | TJT |
| Jul-03-03 | *Committee, Creditors', Noteholders' or* - Review e-mail from J. Sakalo to committee re: weekly teleconference canceled | 0.10 | TJT |
| Jul-10-03 | *Committee, Creditors', Noteholders' or* - Prepare e-mail to J. Sakalo re: teleconference with committee | 0.10 | TJT |
| Jul-17-03 | *Committee, Creditors', Noteholders' or* -attend Committee teleconference | 0.20 | RSM |
|  | *Committee, Creditors', Noteholders' or* - Teleconference with committee | 0.60 | TJT |
| Jul-24-03 | *Committee, Creditors', Noteholders' or* - Teleconference with committee | 0.50 | TJT |
| Jul-31-03 | *Committee, Creditors', Noteholders' or* - Teleconference with committee | 0.40 | TJT |
| Jul-07-03 | *Fee Applications, Others* - Review docket re: objections to docket nos. 3891 and 3892 | 0.10 | LLC |
|  | *Fee Applications, Others* - Prepare Certificate of No Objection re: docket no. 3891and Certificate of Service | 0.20 | LLC |
|  | *Fee Applications, Others* - Prepare Certificate of No Objection re: docket no. 3892and Certificate of Service | 0.20 | LLC |
|  | *Fee Applications, Others* - Finalize, e-file and serve Certificate of No Objection re: docket no. 3891 | 0.40 | LLC |
|  | *Fee Applications, Others* - Finalize, e-file and serve Certificate of No Objection re: docket no. 3892 | 0.40 | LLC |
| Jul-08-03 | *Fee Applications, Others* Review e-mail from L. Flores re: Bilzin Fee Application | 0.10 | LLC |
|  | *Fee Applications, Others* - Finalize Bilzin 23rd Fee Application for e-filing | 0.40 | LLC |
|  | *Fee Applications, Others* - E-file and serve Bilzin 23rd Fee Application | 0.40 | LLC |
| Jul-09-03 | *Fee Applications, Others* - Review docket re: objections to Docket Nos. 3914 & 3915 | 0.20 | LLC |
|  | *Fee Applications, Others* - Prepare Certificate of No Objection re: docket no. 3914 and Certificate of Service | 0.20 | LLC |
|  | *Fee Applications, Others* - Finalize, e-file and serve Certificate of No Objection re: docket no. 3914 | 0.40 | LLC |
|  | *Fee Applications, Others* - Prepare Certificate of No Objection re: docket no. 3915 and Certificate of Service | 0.20 | LLC |
|  | *Fee Applications, Others* - Finalize, e-file and serve Certificate of No Objection re: docket no. 3915 | 0.40 | LLC |
| Jul-29-03 | *Fee Applications, Others* - Review docket re: objections to docket no. 4021 | 0.10 | LLC |
|  | *Fee Applications, Others* - Prepare Certificate of No Objection re: docket no. 4021 and Certificate of Service | 0.20 | LLC |
|  | *Fee Applications, Others* - Finalize, e-file and serve Certificate of No Objection re: docket no. 4021 | 0.40 | LLC |
| Jul-30-03 | *Fee Applications, Others* - E-mail to Debtors re: Certificate of No Objection's filed | 0.10 | LLC |
| Jul-09-03 | *Litigation and Litigation Consulting* - Prepare e-mail to J. Sakalo re: mediator fees | 0.10 | TJT |
| Jul-12-03 | *Litigation and Litigation Consulting* - Review report of Morton Corn re: ZAI Claimant's Motion for Partial Summary Judgment | 1.00 | TJT |
| Jul-18-03 | *Litigation and Litigation Consulting* - Review e-mail from J. Sakalo re: proposed asbestos legislation | 0.10 | TJT |
| Jul-26-03 | *Litigation and Litigation Consulting* - Review new local rule 3007-1 re: procedure for filing omnibus objection to claims | 0.50 | TJT |
|  | *Litigation and Litigation Consulting* - Prepare memo to committee re: | 1.00 | TJT |

| | | | |
|---|---|---:|---|
| | procedures for filing omnibus objection to claims | | |
| | *Litigation and Litigation Consulting* - Prepare memo to committee re: local rule 3007-1 | 0.50 | TJT |
| Jul-21-03 | *Hearings* -Review correspondence e-mail from J. Sakalo re: 7/28/03 hearing agenda | 0.10 | TJT |
| | *Hearings* - Prepare e-mail to J. Sakalo re: 7/28/03 hearing agenda | 0.10 | TJT |
| | *Hearings* - Review pleading re: agenda for 7/28/03 hearing | 0.10 | TJT |
| | *Hearings* - Review correspondence e-mail from J. Sakalo re: 7/28/03 hearing, wants to appear by phone | 0.10 | TJT |
| Jul-24-03 | *Hearings* - Prepare e-mail to P. Galbraith re: call in information for 7/28/03 hearing | 0.10 | TJT |
| Jul-28-03 | *Hearings* - Prepare for hearing | 0.20 | TJT |
| | *Hearings* - Attend Bankruptcy Court | 1.00 | TJT |
| Jul-24-03 | *Fee Applications, Applicant* - Review time records for May 2003 fee application | 0.10 | RSM |
| | *Fee Applications, Applicant* - Review time details for May 2003 Fee Application | 0.20 | TJT |
| Jul-30-03 | *Fee Applications, Applicant* - Review time entries from 6/03 for accuracy | 0.20 | LLC |
| | *Fee Applications, Applicant* - Review time details for Ferry, Joseph & Pearce June 2003 Fee Application | 0.30 | TJT |
| Jul-11-03 | *ZAI Science Trial* - Review ZAI Claimant's Motion for Partial Summary Judgment | 0.50 | TJT |
| | *ZAI Science Trial* - Review exhibits to ZAI Claimant's Motion for Partial Summary Judgment | 0.50 | TJT |
| | *ZAI Science Trial* - Review Declaration of D. Scott in support of ZAI Claimant's Motion for Partial Summary Judgment | 0.10 | TJT |
| | *ZAI Science Trial* - Review Hatfield & Longo expert report | 1.50 | TJT |
| Jul-14-03 | *ZAI Science Trial* - Review report of Dr. Richard Lee re: ZAI claimant's Motion for Partial Summary Judgment | 1.00 | TJT |
| | *ZAI Science Trial* - Review deposition transcript of Thomas Hamilton re: ZAI claimant's Motion for Partial Summary Judgment | 2.80 | TJT |
| | Totals | 24.60 | |

**DISBURSEMENTS**

| | | |
|---|---|---:|
| May-01-03[1] | *Expense* - Parcels, Inc. | 110.00 |
| | *Expense* - Reliable Copy Service | 2,478.84 |
| Jul-02-03 | *Expense* - Reliable Copy Service | 633.83 |
| Jul-07-03 | *Expense* - Copying cost | 27.00 |
| | *Expense* - Postage | 5.99 |
| Jul-08-03 | *Expense* - Tristate Courier & Carriage - delivery charges | 39.00 |
| | *Expense* - Copying cost | 14.25 |
| | *Expense* - Postage | 3.04 |
| Jul-09-03 | *Expense* - Copying cost | 26.10 |
| | *Expense* - Postage | 7.24 |
| Jul-16-03 | *Expense* - Federal Express - express mail | 253.25 |

---

[1]These expenses from May 1, 2003 were not previously billed for as they were inadvertently left out of the May, 2003 fee application.

| Date | Description | Amount |
|---|---|---|
| Jul-18-03 | *Expense* - PACER Service Center | 25.20 |
| Jul-23-03 | *Expense* - TriState Courier & Carriage | 6.50 |
| Jul-24-03 | *Expense* - PACER Service Center | 6.16 |
| Jul-28-03 | *Expense* - Copying cost | 27.45 |
| Jul-29-03 | *Expense* - Copying cost | 12.60 |
|  | *Expense* - Postage | 3.50 |
| Jul-30-03 | *Expense* - Federal Express | 179.63 |
|  | Totals | $3,859.58 |

**Total Fees & Disbursements**          $8,415.58