## EXHIBIT B-2

## *Ferry, Joseph & Pearce, P.A.*

824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

Ph:    (302) 575-1555    Fax:    (302) 575-1714

WR Grace PD Committee                                                  August 1, 2003 - August 31, 2003

Inv  #:          9189

**Attention:**

**RE:**    WR Grace PD Committee

## SUMMARY BY TASK

| Task |  | Hours | Amount |
|---|---|---:|---:|
| B14 | Case Administration - | 7.00 | 1,350.00 |
| B17 | Committee, Creditors', Noteholders' or Equity - | 1.70 | 310.00 |
| B18 | Fee Applications, Others - | 4.90 | 735.00 |
| B2 | Asb: Claims Analysis - | 5.10 | 1,020.00 |
| B25 | Fee Applications, Applicant - | 8.60 | 1,310.00 |
| B3 | Asbestos: Claims Litigation - | 0.70 | 140.00 |
| B32 | Litigation and Litigation Consulting - | 2.00 | 400.00 |
| B33 | ZAI Science Trial - | 4.20 | 840.00 |
| B37 | Hearings - | 1.90 | 380.00 |
|  | **Total** | **36.10** | **$6,485.00** |
|  | **Grand Total** | **36.10** | **$6,485.00** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|---|---:|---:|---:|
| Lisa L. Coggins | 150.00 | 14.70 | 2,205.00 |
| Rick S. Miller | 200.00 | 1.10 | 220.00 |
| Theodore J. Tacconelli | 200.00 | 20.30 | 4,060.00 |
| **Total** |  | **36.10** | **$6,485.00** |

## DISBURSEMENT SUMMARY

| CA | Expenses - |  | 714.28 |
|---|---|---|---:|
|  | **Total Disbursements** |  | **$714.28** |

| Date | Description | Hours | Lawyer |
|---|---|---|---|
| Aug-08-03 | *Asb: Claims Analysis* - Review response of Edward Kerr to 2nd omnibus objection to claims | 0.10 | TJT |
| | *Asb: Claims Analysis* - Review response of Clifford Spangler to 2nd omnibus objection to claims | 0.10 | TJT |
| Aug-09-03 | *Asb: Claims Analysis* - Review response of Willie Burkes to 2nd omnibus objection to claims | 0.10 | TJT |
| | *Asb: Claims Analysis* - Review response of Julie Gibbin re: 2nd omnibus objection to claims | 0.20 | TJT |
| | *Asb: Claims Analysis* - Review motion of A. Catmull for her admission pro hac vice | 0.10 | TJT |
| Aug-10-03 | *Asb: Claims Analysis* - Review pleading re: response of Northeast MN residents to 2nd omnibus objection to claims (w/exhibits) | 0.30 | TJT |
| | *Asb: Claims Analysis* - Review pleading re: response of Thomas Camp to 2nd omnibus objection to claims | 0.10 | TJT |
| | *Asb: Claims Analysis* - Review pleading re: response of John Errschetti to 2nd omnibus objection to claim (w/exhibits) | 0.20 | TJT |
| | *Asb: Claims Analysis* - Review pleading re: claimants represented by (R. Ziator) response to 2nd omnibus objection to claims (w/exhibits) | 0.20 | TJT |
| Aug-12-03 | *Asb: Claims Analysis* - Review pleading re: affidavit of David Siegel in support of debtors 1st omnibus objection to claims | 0.10 | TJT |
| | *Asb: Claims Analysis* - Review pleading re: affidavit to David Siegel in support of debtors 2nd omnibus objection to claims | 0.10 | TJT |
| Aug-17-03 | *Asb: Claims Analysis* - Review response of Donald Munsel to 2nd omnibus objections to claims | 0.10 | TJT |
| | *Asb: Claims Analysis* - Review response of Howard Orr to 2nd omnibus objections to claims | 0.10 | TJT |
| | *Asb: Claims Analysis* - Review pleading re: response of Pete Nelson to 2nd omnibus objections to claims | 0.10 | TJT |
| | *Asb: Claims Analysis* - Review response of Celia Cuapl to 2nd omnibus objections to claims | 0.10 | TJT |
| | *Asb: Claims Analysis* - Review pleading re: response of Dean Leakrone to 2nd omnibus objections to claims | 0.10 | TJT |
| | *Asb: Claims Analysis* - Review response of Arnold Lehnert to 2nd omnibus objections to claims | 0.10 | TJT |
| | *Asb: Claims Analysis* - Review pleading re: response of Douglas Kelley to 2nd omnibus objections to claims | 0.10 | TJT |
| | *Asb: Claims Analysis* - Review response of Geraldine Fletcher to 2nd omnibus objections to claims | 0.10 | TJT |
| | *Asb: Claims Analysis* - Review response of Jack Judkins to 2nd omnibus objections to claims | 0.10 | TJT |
| | *Asb: Claims Analysis* - Review response of John Riewoldt to 2nd omnibus objections to claims | 0.10 | TJT |
| | *Asb: Claims Analysis* - Review response of Dwayne Lindsey to 2nd omnibus objections to claims | 0.10 | TJT |
| | *Asb: Claims Analysis* - Review pleading re: response of Lucy Fontenot to 2nd omnibus objections to claims | 0.10 | TJT |
| | *Asb: Claims Analysis* - Review pleading re: response of Robert James to 2nd omnibus objections to claims | 0.10 | TJT |
| | *Asb: Claims Analysis* - Review response of Dennis Welch to 2nd omnibus objections to claims | 0.10 | TJT |
| | *Asb: Claims Analysis* - Review pleading re: response of Barbra Spenser to | 0.10 | TJT |

| | | | |
|---|---|---|---|
| | 2nd omnibus objections to claims | | |
| | *Asb: Claims Analysis* - Review pleading re: response of John Wagner to 2nd omnibus objections to claims | 0.10 | TJT |
| | *Asb: Claims Analysis* - Review pleading re: response of Melvin Panler to 2nd omnibus objection to claims | 0.10 | TJT |
| | *Asb: Claims Analysis* - Review pleading re: response of Michael Wagner to 2nd omnibus objections to claims | 0.10 | TJT |
| Aug-18-03 | *Asb: Claims Analysis* - Review response of Aloys Baloga to 2nd omnibus objection to claims | 0.10 | TJT |
| Aug-26-03 | *Asb: Claims Analysis* - Review response of Louis Piche to 2nd omnibus objection to claims | 0.10 | TJT |
| | *Asb: Claims Analysis* - Review pleading re: response of David Christiansen to 2nd omnibus objection to claims | 0.10 | TJT |
| | *Asb: Claims Analysis* - Review pleading re: response of Douglas Kelley to 2nd omnibus objection to claims | 0.10 | TJT |
| | *Asb: Claims Analysis* - Review response of Eugene Braley to 2nd omnibus objection to claims | 0.10 | TJT |
| | *Asb: Claims Analysis* - Review pleading re: response of Joseph Kelley to 2nd omnibus objection to claims | 0.10 | TJT |
| | *Asb: Claims Analysis* - Review pleading re: response of Daniel Bundrock to 2nd omnibus objection to claims | 0.10 | TJT |
| | *Asb: Claims Analysis* - Review pleading re: response of Danny Freebury to 2nd omnibus objection to claims | 0.10 | TJT |
| | *Asb: Claims Analysis* - Review pleading re: response of Eddie Cole to 2nd omnibus objection to claims | 0.10 | TJT |
| | *Asb: Claims Analysis* - Review pleading re: response of Charlene Garrison to 2nd omnibus objection to claims | 0.10 | TJT |
| | *Asb: Claims Analysis* - Review pleading re: response of Rodney Elletson to 2nd omnibus objection to claims | 0.10 | TJT |
| | *Asb: Claims Analysis* - Review pleading re: response of Hedi Drake to 2nd omnibus objection to claims | 0.10 | TJT |
| | *Asb: Claims Analysis* - Review pleading re: response of John Clemons to 2nd omnibus objection to claims | 0.10 | TJT |
| | *Asb: Claims Analysis* - Review pleading re: response of Eugene Sullivan to 2nd omnibus objection to claims | 0.10 | TJT |
| | *Asb: Claims Analysis* - Review pleading re: response of Rodney Erickson to 2nd omnibus objection to claims | 0.10 | TJT |
| | *Asb: Claims Analysis* - Review pleading re: response of Evelyn Carr to 2nd omnibus objection | 0.10 | TJT |
| Aug-27-03 | *Asb: Claims Analysis* - Review correspondence re: e-mail from J. Sakalo re: claims of NE Minn claimants | 0.10 | TJT |
| Aug-06-03 | *Asbestos: Claims Litigation* - Review response of US to 2nd omnibus objection to claims | 0.10 | TJT |
| Aug-09-03 | *Asbestos: Claims Litigation* - Review response of industrial construction co. to 2nd omnicbus objection to claims | 0.10 | TJT |
| Aug-10-03 | *Asbestos: Claims Litigation* - Review pleading re: response of H.W. Fiori and Son to 2nd omnibus objection to claims | 0.10 | TJT |
| Aug-17-03 | *Asbestos: Claims Litigation* - Review pleading re: response of Chester Barr to 2nd omnibus objection to claims | 0.10 | TJT |
| Aug-21-03 | *Asbestos: Claims Litigation* - Retrieve voice mail message from M. Volko re: bar date appeal | 0.10 | TJT |
| | *Asbestos: Claims Litigation* - Teleconference with M. Volko re: bar date | 0.20 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | appeal | | |
| Aug-04-03 | *Case Administration* - Review pleading re: PSZY&J April 2003 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Wallace King June 2003 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: K&E June 2003 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Reed Smith June 2003 Fee Application | 0.10 | TJT |
| Aug-07-03 | *Case Administration* - Review order approving quarterly Fee Applications | 0.10 | LLC |
| | *Case Administration* - Review pleadings and update and revise service list | 0.30 | LLC |
| Aug-08-03 | *Case Administration* - Review pleading re: L. Tersigni June 2003 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Caplan Drysdale June 2003 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review order re: allowing but not requiring debtor's to make contribution to defined pension benefit plan | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Campbell Levine June 2003 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Legal Analysis Systems June 2003 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: debtor's motion to extend preliminary injunction against Montana Vermiculite Co. re: A-01-771 | 0.20 | TJT |
| Aug-09-03 | *Case Administration* - Review order awarding fees to Bud Larder | 0.10 | TJT |
| Aug-10-03 | *Case Administration* - Review pleading re: Wallace King's notice of quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: FTI Policano June 2003 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Strook June 2003 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review debtor's monthly operating report for June 2003 | 0.10 | TJT |
| Aug-12-03 | *Case Administration* - Review order awarding fee to W. Dreier for 3rd interim Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: debtors 5th motion to extend exclusivity | 0.10 | TJT |
| | *Case Administration* - Review pleading re: debtors motion to enter into consent order with EPA | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Richardson, Patrick May 2003 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: debtors 8th quarterly report of settlements | 0.10 | TJT |
| | *Case Administration* - Review pleading re: debtors 8th quarterly report of asset sales | 0.10 | TJT |
| | *Case Administration* - Review pleading re: reply of equity committee to debtors 5th motion to extend exclusivity | 0.10 | TJT |
| | *Case Administration* - Review order awarding fees to John Keefe for 3rd interim Fee Application | 0.10 | TJT |
| | *Case Administration* - Review order awarding fees to David Gross for 3rd interim Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: PI committee objection to debtors 5th motion to extend exlusivity | 0.20 | TJT |
| Aug-17-03 | *Case Administration* - Review pleading re: PWC June 2003 Fee Application | 0.10 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | *Case Administration* - Review pleading re: summary of PWC quarterly Fee Application April-June 2003 | 0.10 | TJT |
| Aug-18-03 | *Case Administration* - Review pleading re: debtor's motion for leave to file reply to PI committee's objection to 5th motion to extend exclusivity | 0.10 | TJT |
| Aug-22-03 | *Case Administration* - Confer with T. Tacconelli re: results of Committee teleconference | 0.30 | RSM |
| Aug-24-03 | *Case Administration* - Review pleading re: C. Gerards 1st request for production to plaintiff re: Adv. Pro. No. 01-771 | 0.10 | TJT |
| | *Case Administration* - Review pleading re: summary of Steptoe and Johnson's 8th quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Woodcock and Washburn 9th quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: summary of Legal Analysis Systems quarterly Fee Application April - June 2003 | 0.10 | TJT |
| | *Case Administration* - Review pleading re: summary of L. Tersigni's quarterly Fee Application April - June 2003 | 0.10 | TJT |
| | *Case Administration* - Review pleading re: summary of Campbell Levine's quarterly Fee Application April - June 2003 | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Richardson Patrick June 2003 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Lukins and Annis June 2003 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: debtors motion to employ and retain State Street Bank (w/ attachments and exhibits) | 0.20 | TJT |
| | *Case Administration* - Review pleading re: Warren Smith and Associates June 2003 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: summary of Caplan Drysdale quarterly Fee Application April - June 2003 | 0.10 | TJT |
| | *Case Administration* - Review pleading re: summary of Reed Smith's quarterly Fee Application April - June 2003 | 0.10 | TJT |
| Aug-25-03 | *Case Administration* - Review e-mail from L. Ferdinand re: 8th quarterly spread sheet | 0.10 | LLC |
| Aug-26-03 | *Case Administration* - Review pleading and update service list | 0.30 | LLC |
| | *Case Administration* - Review pleading re: summary of FTI Policano 9th quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: PSZY&J May 2003 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Casner Edwards June 2003 Fee Application | 0.10 | TJT |
| Aug-27-03 | *Case Administration* - Review pleadings and update service list | 0.20 | LLC |
| Aug-28-03 | *Case Administration* - Review pleading re: Klehr Harrison 2019 statement re: unofficial committee | 0.10 | TJT |
| | *Case Administration* - Review pleading re: entry of appearance of WF&G and Klehr Harrison on behalf of unofficial committee of debt holders | 0.10 | TJT |
| | *Case Administration* - Review pleading re: WF&G 2019 notice re: unofficial committee | 0.10 | TJT |
| Aug-30-03 | *Case Administration* - Review pleading re: summary of Casner Edwards quarterly Fee Application April - June 2003 | 0.10 | TJT |
| | *Case Administration* - Review pleading re: summary of K&E quarterly Fee Application April - June 2003 | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Caplan Drysdale June 2003 Fee Application | 0.10 | TJT |

| | | | | |
|---|---|---|---|---|
| | *Case Administration* - Review pleading re: summary of Warren Smith and Assoc. quarterly Fee Application April - June 2003 | 0.10 | TJT |
| | *Case Administration* - Review pleading re: fee Auditors final report re: Reed Smith 8th interim quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: fee Auditors final report re: FTI Policano 8th interim quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: fee Auditors final report re: bankruptcy management corp. 8th interim period quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: fee Auditors final report re: Kramer Levin 8th interim quarterly Fee Application | 0.10 | TJT |
| Aug-07-03 | *Committee, Creditors', Noteholders' or* - Review e-mail from J. Sakalo re: weekly teleconference with committee canceled | 0.10 | TJT |
| Aug-14-03 | *Committee, Creditors', Noteholders' or* -attend Committee teleconference | 0.30 | RSM |
| | *Committee, Creditors', Noteholders' or* -e-mail TJT re: conference call | 0.10 | RSM |
| | *Committee, Creditors', Noteholders' or* - Review memo from R. Miller re: weekly teleconference with committee | 0.10 | TJT |
| Aug-21-03 | *Committee, Creditors', Noteholders' or* - Teleconference with committee | 0.40 | TJT |
| Aug-28-03 | *Committee, Creditors', Noteholders' or* - Attend committee teleconference | 0.60 | LLC |
| Aug-29-03 | *Committee, Creditors', Noteholders' or* - Confer with L. Coggins re: last teleconference with committee | 0.10 | TJT |
| Aug-06-03 | *Fee Applications, Others* - Review e-mail from L. Flores re: HR&A Fee Application | 0.10 | LLC |
| | *Fee Applications, Others* - Finalize HR&A 14th monthly Fee Application and prepare Certificate of Service | 0.40 | LLC |
| | *Fee Applications, Others* - Finalize HR&A 15th monthly Fee Application and prepare Certificate of Service | 0.40 | LLC |
| | *Fee Applications, Others* - E-file and serve HR&A 14th Fee Application | 0.50 | LLC |
| | *Fee Applications, Others* - E-file and serve HR&A 15th monthly Fee Application | 0.50 | LLC |
| Aug-26-03 | *Fee Applications, Others* - Review e-mail from L. Flores re: Bilzin Fee Applications | 0.10 | LLC |
| | *Fee Applications, Others* - Finalize Bilzin 24th Fee Application for e-filing | 0.40 | LLC |
| | *Fee Applications, Others* - E-file and serve Bilzin 24th Fee Application | 0.40 | LLC |
| Aug-27-03 | *Fee Applications, Others* - Review docket re: objections to docket nos. 4158 and 4160 | 0.10 | LLC |
| | *Fee Applications, Others* - Prepare Certificate of No Objection re: docket no. 4158 and Certificate of Service | 0.20 | LLC |
| | *Fee Applications, Others* - Prepare Certificate of No Objection re: docket no. 4160 and Certificate of Service | 0.20 | LLC |
| | *Fee Applications, Others* Finalize Bilzin Amended 22nd Fee Application for e-filing | 0.30 | LLC |
| | *Fee Applications, Others* Finalize, e-file and serve Certificate of No Objection re: docket no. 4149 | 0.30 | LLC |
| | *Fee Applications, Others* - Finalize, e-file and serve Certificate of No Objection re: docket no. 4158 | 0.30 | LLC |
| | *Fee Applications, Others* - Finalize, e-file and serve Certificate of No Objection re: docket no. 4160 | 0.30 | LLC |
| | *Fee Applications, Others* - E-file and serve Bilzin amended 22nd Fee Application | 0.40 | LLC |
| Aug-08-03 | *Litigation and Litigation Consulting* - Prepare e-mail to J. Sakalo re: Asbestos PI claimants' objection to debtors' motion to extend exclusivity | 0.10 | TJT |
| Aug-10-03 | *Litigation and Litigation Consulting* - Review pleading re: US's statement | 0.30 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | regarding Dr. Lee's opinion on cleavage fragments | | |
| Aug-11-03 | *Litigation and Litigation Consulting* - Confer with T. Tacconelli re: update on ZAI case issues | 0.30 | RSM |
| Aug-22-03 | *Litigation and Litigation Consulting* - Confer with R. Miller re: ZAI issues discussed during 8/21/03 committee teleconference | 0.30 | TJT |
| Aug-25-03 | *Litigation and Litigation Consulting* - Confer with J. Sakalo re: exclusivity/meeting with debtors to discuss plan issues and ZAI issues | 1.00 | TJT |
| Aug-19-03 | *Hearings* - Review agenda for 8/25/03 hearing with exhibits regarding claim objection responses | 0.30 | TJT |
| Aug-25-03 | *Hearings* - Prepare for hearing | 0.30 | TJT |
| | *Hearings* - Confer with J. Sakalo re: exclusivity motion | 0.30 | TJT |
| | *Hearings* - Attend Bankruptcy Court | 1.00 | TJT |
| Aug-01-03 | *Fee Applications, Applicant* - Prepare 25th Fee Application | 1.00 | LLC |
| Aug-04-03 | *Fee Applications, Applicant* -review time records for 6/03 fee application | 0.10 | RSM |
| Aug-05-03 | *Fee Applications, Applicant* - Prepare 25th monthly Fee Application | 0.20 | LLC |
| | *Fee Applications, Applicant* - Prepare 26th monthly Fee Application | 1.00 | LLC |
| | *Fee Applications, Applicant* - Finalize, e-file and serve 25th monthly Fee Application | 0.50 | LLC |
| | *Fee Applications, Applicant* - Finalize, e-file and serve 26th monthly Fee Application | 0.50 | LLC |
| | *Fee Applications, Applicant* - Review Ferry, Joseph & Pearce May 2003 Fee Application prior to filing | 0.10 | TJT |
| | *Fee Applications, Applicant* - Review Ferry, Joseph & Pearce June 2003 Fee Application prior to filing | 0.10 | TJT |
| Aug-08-03 | *Fee Applications, Applicant* - Review order approving 7th interim period quarterly Fee Application | 0.10 | TJT |
| Aug-27-03 | *Fee Applications, Applicant* - Review docket re: objections to docket nos. 4149 and 4150 | 0.10 | LLC |
| | *Fee Applications, Applicant* - Prepare Certificate of No Objection re: docket no. 4149 and Certificate of Service | 0.20 | LLC |
| | *Fee Applications, Applicant* - Prepare Certificate of No Objection re: docket no. 4150 and Certificate of Service | 0.20 | LLC |
| | *Fee Applications, Applicant* - Finalize, e-file and serve Certificate of No Objection re: docket no. 4150 | 0.30 | LLC |
| Aug-29-03 | *Fee Applications, Applicant* - Prepare 9th interim Fee Application and exhibits | 4.20 | LLC |
| Aug-08-03 | *ZAI Science Trial* - Review order increasing litigation budget for *ZAI Science Trial* | 0.10 | TJT |
| Aug-09-03 | *ZAI Science Trial* - Review 7/18/03 hearing transcripts re: ZAI issues | 0.10 | TJT |
| | *ZAI Science Trial* - Review pleading re: debtors motion in limine to exlude damage evidence | 0.10 | TJT |
| | *ZAI Science Trial* - Review pleading re: debtors memo in support of motion in limine to exclude damage evidence | 0.20 | TJT |
| | *ZAI Science Trial* - Review pleading re: debtors motion to consolidate under rule 42 ZAI actions | 0.10 | TJT |
| | *ZAI Science Trial* - Review pleading re: debtors motion for summary judgment | 0.10 | TJT |
| | *ZAI Science Trial* - Review pleading re: debtors memo in support of motion for summary judgment (w/o exhibits) | 1.00 | TJT |
| | *ZAI Science Trial* - Review pleading re: ZAI claimants motion for summary judgment (w/o exhibits) | 1.50 | TJT |
| | *ZAI Science Trial* - Review pleading re: ZAI claimants motion to exclude | 0.10 | TJT |

|  |  |  |  |
|---|---|---:|---|
|  | Dr. Lee's report on cleavage fragments |  |  |
| Aug-10-03 | *ZAI Science Trial* - Review pleading re: memo in support of ZAI claimants motion to exclude Dr. Lee's opinion on cleavage fragments | 0.50 | TJT |
| Aug-12-03 | *ZAI Science Trial* - Review debtors memo in opposition to ZAI claimants motion for partial summary judgment re: consumer protection law violations | 0.30 | TJT |
| Aug-19-03 | *ZAI Science Trial* - Review pleading re: debtors response to US' statement re: Dr. Lee's opinion regarding cleavage fragments | 0.10 | TJT |
|  | Totals | 36.10 |  |

### DISBURSEMENTS

| | | |
|---|---|---:|
| Aug-05-03 | *Expense* - Copying cost | 21.00 |
|  | *Expense* - Postage | 3.96 |
| Aug-06-03 | *Expense* - Copying cost | 13.80 |
|  | *Expense* - Postage | 5.48 |
| Aug-11-03 | *Expense* - Tristate Courier & Carriage | 6.50 |
| Aug-21-03 | *Expense* - Tristate Courier & Carriage | 149.50 |
| Aug-26-03 | *Expense* - Copying cost | 14.70 |
|  | *Expense* - Postage | 3.04 |
| Aug-27-03 | *Expense* - Copying cost | 62.55 |
| Aug-31-03 | *Expense* - Parcels, Inc. | 433.75 |
|  | Totals | $714.28 |

**Total Fees & Disbursements**                              **$7,199.28**