IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W.R. GRACE & CO., *et al.*, | : | Case No. 01-1139 (JKF) |
| | : | |
| Debtors. | : | (Jointly Administered) |

## CERTIFICATE OF NO OBJECTION (RE: DOCKET NO. 4742)

On November 25, 2003, Klett Rooney Lieber & Schorling, ("Klett Rooney"), co-counsel to the Official Committee of Equity Holders, filed its Ninth Quarterly Fee Application of Klett Rooney Lieber & Schorling, Co-Counsel to the Official Committee of Equity Holders, for Compensation and Reimbursement of Expenses for the Period from July 1, 2003 through September 30, 2003 (the "Application"). The Notice of Application provided an objection deadline of 4:00 p.m. (Eastern Standard Time) on December 16, 2003. The undersigned hereby certifies that no answer, objection or any responsive pleading with respect to the Application has been filed with the Court.

WHEREFORE, Klett Rooney respectfully requests that the Court enter an order approving this Application at its earliest convenience.

KLETT ROONEY LIEBER & SCHORLING
A Professional Corporation

By: _____
Teresa K. D. Currier (No. 3080)
Rhonda L. Thomas (No. 4053)
The Brandywine Building
1000 West St. - Suite 1410
Wilmington, DE 19801

-and-

                    KRAMER LEVIN NAFTALIS & FRANKEL LLP
                    Philip Bentley, Esquire
                    Robert T. Schmidt, Esquire
                    919 Third Avenue
                    New York, NY 10022
                    (212) 715-9100
                    Counsel to the Official Committee of
                    Equity Holders

Dated: December 18, 2003        Co-Counsel to the Official Committee
                    of Equity Holders

WLM 518 36.1