## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

IN RE:

W.R. GRACE & CO., et al.,

           Debtors.

Chapter 11

Case No. 01-1139 (JKF)

Jointly Administered

## NO ORDER REQUIRED
## CERTIFICATION OF NO OBJECTION TO TWENTY-SIXTH MONTHLY APPLICATION OF KRAMER LEVIN NAFTALIS & FRANKEL LLP, CO-COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY HOLDERS, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD SEPTEMBER 1, 2003 THROUGH SEPTEMBER 30, 2003 [RE: DOCKET NO. 4754]

        The undersigned hereby certifies that as of the date hereof, she has received no formal answer, objection or any other responsive pleading to the Twenty-Sixth Monthly Application (the "Application") for Compensation of Kramer Levin Naftalis & Frankel LLP, counsel to the Official Committee of Equity Holders, filed on November 26, 2003 [Docket No.4754]. The undersigned further certifies that she has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Application, objections were to be filed and served no later than 4:00 p.m. on December 17, 2003.

        Pursuant to the Amended Administrative Order Under 11 U.S.C. §§105(a) and 31 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for

Professionals and Official Committee Members (the "Order") dated May 3, 2001, the Debtors

are authorized to pay Kramer Levin Naftalis & Frankel LLP $12,003.20 which represents 80% of

the fees ($15,004.00) and $334.63, which represents 100% of the expenses, for an

aggregate amount of $12,337.83, requested in the Application for the period September 1, 2003

through September 30, 2003, upon the filing of this Certification and without the need for entry

of a Court order approving the Application.

> KLETT ROONEY LIEBER & SCHORLING
> A Professional Corporation
>
> By: _____
> Teresa K. D. Currier (No. 3080)
> Rhonda L. Thomas (No. 4053)
> 1000 West Street, Suite 1410
> Wilmington, DE 19801
> (302) 552-4200
>
>             and-
>
> KRAMER LEVIN NAFTALIS & FRANKEL LLP
> Philip Bentley, Esquire
> Robert T. Schmidt, Esquire
> 919 Third Avenue
> New York, NY 10022
> (212) 715-9100
>
> Counsel to the Official Committee of
> Equity Holders

Dated: December 18, 2003

2