UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
---------------------------------------------------------------X
In re:                                                         |
                                                               | Chapter 11
  W.R. GRACE & CO.-CONN.                                       |
                                                               | Case No. 01-01140
                                                               |
              Debtors.                                         |
---------------------------------------------------------------X

### NOTICE OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001(e)(1)

To: (Transferee)

    LONGACRE MASTER FUND, LTD.
    Transferor: Sigma Breakthrough Technologies Inc.
    810 Seventh Avenue, 22nd Floor
    New York, NY  10019
    Attn:  Vladimir Jelisavcic

A transfer in the amount of $89,305.50 from:

    Sigma Breakthrough Technologies Inc
    123 North Edward Gary, 2nd Floor
    San Marcos, TX 78666
    Attn: Bill McCallick

is acknowledged.  By filing pursuant to Rule 3001 (e)(1), you affirm that you have searched the official claims register and that the transferor has not previously filed a proof of claim.

Refer to INTERNAL CONTROL NUMBER _____ in any further correspondence relative to this transfer.

                        Intake Clerk
-----------------------------------------------------------------------------------------------------------------
FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, post prepaid on _____, 2003.
Copy:  Debtor's Attorney_____

             _____
             Deputy Clerk

**LONGACRE**

THE LONGACRE FUNDS

810 Seventh Avenue, 22nd Floor
New York, New York 10019
Tel: 212-259-4350
Fax: 212-259-4345
www.longacrellc.com

## TRADE CONFIRMATION

*To:    Sigma Breakthrough Technologies Inc.*
*123 North Edward Gary*
*2nd Floor*
*San Marcos, TX 78666*
*Attn:    Bill McCallick*
*Tel:    512-353-7489*
*Fax:    512-353-7488*

*From:  Longacre Management, LLC*
*810 Seventh Avenue, 22nd Floor*
*New York, NY 10019*
*Attn:    Steven S. Weissman*
*Tel:    212-259-4350*
*Fax:    212-259-4345*

We are pleased to confirm the following transaction subject to the terms and conditions of the Assignment of Claim agreement which are incorporated herein by reference:

| | |
|---|---|
| **Trade Date:** | 12/3/2003. |
| **Seller:** | Sigma Breakthrough Technologies Inc.. |
| **Buyer:** | Longacre Master Fund, Ltd. |
| **Debtor:** | W.R. Grace & CO.-CONN., Case No. 01-01140, Debtor-in-Possession. |
| **Type of Instrument:** | Claim subject to Debtor's Chapter 11 Proceeding ("Claim"). |
| **Schedule Amount:** | $89,305.50. |
| **Proof of Claim Amount:** | N/A |
| **Purchase Rate:** | [deleted] |
| **Consideration:** | [deleted] ($89,305.50 x Purchase Rate, subject to verification). |
| **Holdback Rate:** | None. |

**Disclosure:**  Seller agrees not to disclose or communicate the terms of this agreement or information concerning the Claim to any other creditors of Debtor or prospective purchasers of the Claim.

**Payments:**  Any payments or distributions made on account of the Claim after the date hereof are for the benefit of Buyer.

**Subject to:**  1) Execution of an Assignment of Claim agreement reasonably acceptable to Buyer and Seller; 2) Buyer's due diligence regarding the validity of the Claim; and 3) Buyer obtaining from Seller any necessary releases and/or consents reasonably requested by Buyer. Buyer may waive any condition at its option and settle this transaction without such condition.

**Settlement:**  As soon as reasonably practical.

**Binding Effect:**  Upon execution by both Buyer and Seller in the space designated below, this letter shall constitute a binding agreement between the parties. This Agreement may be filed in the bankruptcy court as evidence of transfer of the Claim.

**Expiration:**  Buyer shall have no obligation to Seller, unless Seller executes this letter by the close of business today or unless waived by Buyer.

Please provide the signature of a duly authorized officer or other authorized signatory where indicated below and return this letter to **Marc Wingate** at the following fax number: (212) 259-4345.

ACCEPTED AND AGREED

SIGMA BREAKTHROUGH TECHNOLOGIES INC.

Signature: /s/ William J. McCallick  
Title:   CFO  
Name:  William J. McCallick  
Date:   December 3, 2003  

LONGACRE MASTER FUND, LTD.

By:    /s/ Steven Weissman  
Name:  Steven Weissman  
Title:  Director  
Date:  12/3/2003