UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| IN RE: OWENS CORNING, et al., | : : : | Chapter 11<br>Case Nos. 00-3837 through<br>00-3854 |
| Debtors. | : |  |

|  |  |  |
|---|---|---|
| IN RE: W.R. GRACE & CO., et al., | : : : | Chapter 11<br>Case Nos. 01-1139 through<br>0-1200 |
| Debtors. | : |  |

This matter having been opened before the Court upon the motions of Kensington International Limited and Springfield Associates, L.P. in the chapter 11 case *In re Owens Corning*, and the motion of D.K. Acquisition Partners, L.P., Fernwood Associates L.P. and Deutsche Bank Trust Co. America in the chapter 11 case *In re W.R. Grace* for the Court to recuse itself from further proceedings in the above-captioned, administratively consolidated chapter 11 cases (the "Motions"); and the United States Court of Appeals for the Third Circuit having issued an Order on December 18, 2003, to this Court to cause discovery to be expedited and an Opinion to issue from this Court on the Motions on or before January 31, 2004; and this Court taking special notice of the several statements in the Opinion of the Court of Appeals regarding the prejudice arising from delay in this matter particularly in relation to the many thousands of personal injury claimants against these two estates in

bankruptcy; and counsel for the movants having made certain representations on the record before the Court of Appeals regarding the discovery needed by them to support the Motions; and good cause appearing

IT IS this 19th day of December 2003

ORDERED that the stay of discovery imposed by this Court's Order of October 23, 2003, is hereby vacated, it is further

ORDERED that pursuant to 28 U.S.C. § 157 and the Order of the Court issued December 10, 2001, the reference of the case In re W.R. Grace, to the Bankruptcy Court, Judge Judith K Fitzgerald, U.S.B.J., is hereby partially withdrawn with respect to the Motion of D.K. Acquisition Partners, et alia, and it is further

ORDERED that counsel for all interested parties shall appear before the Court at 10:00 of the forenoon of December 23, 2003, for a discovery scheduling conference to be conducted on the record, and it is further

ORDERED that counsel shall appear prepared to state to the Court what discovery they need and of whom they need it, however, nothing in this Order shall prevent counsel from propounding discovery requests and subpoenas in advance of the discovery conference provided that any dates for compliance with such requests and subpoenas shall be subject to revision pursuant to the discovery schedule to be established by the Court, and it is

further

ORDERED that the Court anticipates setting peremptory dates for the scheduling of depositions, completing further discovery, filing briefs, and hearing oral argument on the Motions at the December 23, 2003 discovery conference, and it is further

ORDERED that counsel for the debtor-in-possession shall immediately serve a copy of this Order upon all counsel appearing before the Court of Appeals as reflected in the Opinion of the Court of Appeals dated December 18, 2003, by email, facsimile transmission, or by such other method as may be customary in practice before the Bankruptcy Court for the District of Delaware in the above-captioned proceedings.

ALFRED M. WOLIN, U.S.D.J.