**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-1139 (JKF) |
| Debtors. | (Jointly Administered) |

**Objection Deadline: January 9, 2004 @ 4:00 p.m.
Hearing Date: March 22, 2004 @ 12:00 p.m.**

**QUARTERLY FEE APPLICATION OF KRAMER
LEVIN NAFTALIS & FRANKEL LLP, COUNSEL TO THE
OFFICIAL COMMITTEE OF EQUITY HOLDERS, FOR
COMPENSATION AND REIMBURSEMENT OF DISBURSEMENTS FOR THE
PERIOD FROM JULY 1, 2003 THROUGH SEPTEMBER 30, 2003**

Name of Applicant:     *Kramer Levin Naftalis & Frankel LLP*

Authorized to Provide
Professional Services to:     *Official Committee of Equity Holders*

Date of Retention:     *As of July 18, 2001*

Period for which compensation
and reimbursement is sought:     *July 1, 2003 through and
                                                          including September 30, 2003*

Amount of Compensation sought as
actual, reasonable and necessary: *$34,092.00*
Amount of Expense Reimbursement sought as
actual, reasonable and necessary: *$497.86*

This is a(n):     _     monthly          **X**     interim application

KL2:2242392

**SUMMARY OF MONTHLY FEE STATEMENTS FOR KRAMER LEVIN NAFTALIS &
FRANKEL - JULY 1, 2003 THROUGH SEPTEMBER 30, 2003**

| Fee Application Filing Date Docket No. | Total Fees Requested | Total Expenses Requested | Certification of No Objection Filing Date Docket No. | Amount of Fees Paid (80%) | Amount of Expenses Paid (100%) | Total Amount of Fees and Expenses Requested |
|---|---|---|---|---|---|---|
| 9/25/03 4485 | $9,272.50 | $32.30 | 10/15/03 4578 | $7,418.00 | $32.30 | $9,304.80 |
| 10/2/03 4521 | $9,815.50 | $130.93 | 10/23/03 4605 | $489.69 | $130.93 | $9,946.43 |
| 11/26/03 4754 | $15,004.00 | $334.63 | Objection Deadline 12/17/03 | $-0- | $-0- | $15,338.63 |
| **Total** | **$34,092.00** | **$497.86** | | **$7,907.69** | **$163.23** | **34,589.86** |

Currently Unpaid:    Fees        $ 21,329.01

                     Expenses   $    334.63

                     TOTAL       $21,663.64

KL2:2242392

**SUMMARY OF OUTSTANDING FEES OWED TO KRAMER LEVIN NAFTALIS &
FRANKEL - APRIL 1, 2002 - JUNE 30, 2003**

| Time Period | Fees and Expenses Requested | Fees and Expenses Approved[1] | Fees and Expenses Paid | Fees and Expenses Owed |
|---|---|---|---|---|
| April 1, 2002 - June 30, 2002 | $73,418.50 $5,356.96 | $73,418.50 $5,356.96 | $69,340.00 $5,356.96 | $4,078.50 $0.00 |
| July 1, 2002 - September 30, 2002 | $87,266.50 $10,070.69 | $86,576.50 $9,737.19 | $69,813.20 9,737.19 | $16,763.30 $0.00 |
| October 1, 2002 - December 31, 2002 | $70,445.00 $3,575.61 | $70,445.00 $3,575.61 | $56,356.00 $3,575.61 | $14,089.00 $0.00 |
| January 1, 2003 - March 31, 2003 | $51,487.00 $1,619.93 | $51,487.00 $1,619.93 | $41,189.60 $1,619.93 | $10,297.40 $0.00 |
| April 1, 2003 - June 30, 2003 | $27,447.00 $1,839.08 | $27,447.00 $1,839.08 | $21,957.57 $1,839.08 | $5,489.43 $0.00 |
| **TOTAL** | **$310,064.00 $22,128.77** | **$309,374.00 $22,128.77** | **$258,656.37 $22,128.77** | **$50,717.63 $0.00** |

| Currently Unpaid: | Fees: | $50,717.63 |
|---|---|---|
| | Expenses | $      0.00 |
| | TOTAL | $50,717.13 |

**SUMMARY OF TIME FOR BILLING PERIOD**

| Name | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|
| Bentley, Philip | 525.00 | 5.90 | $3,097.50 |
| Becker, Gary M. | 455.00 | 23.20 | $10,556.00 |
| Becker, Gary | 470.00 | 17.20 | $8,084.00 |
| Klein, David | 335.00 | 14.50 | $4,857.50 |
| Klein, David | 365.00 | 7.50 | $2,737.50 |
| Mangual, Kathleen | 185.00 | 23.00 | $4,255.00 |
| Curney, Lueann | 170.00 | 1.70 | $289.00 |
| Cotto, Lisa | 185.00 | 0.80 | $148.00 |
| Shea, James | 75.00 | 0.90 | $67.50 |
| **Total** | | **94.70** | **$34,092.00** |

---

[1] July 1-September 30, 2002 Fees and Expenses Order Granted on March 12, 2003 (Docket No. 3511); October 1-December 31, 2002 Order Granted on July 28, 2003 (Docket No. 4157); January 1-March 31, 2003 Order Granted on September 22, 2003 (Docket No. 4480); April 1-June 30, 2003 Order Granted on December 15, 2003 (Docket No. 4827).

KL2:2242392

## COMPENSATION SUMMARY BY PROJECT CATEGORY

| Project Category | Total Hours for the Period 07/1/03 through 09/30/03 | Total Fees for the Period 07/1/03 through 09/30/03 |
|---|---|---|
| Bankruptcy Motions | 9.90 | $4,582.50 |
| Case Administration | 38.00 | $10,915.00 |
| Claims Analysis Objection | 4.20 | $2,163.00 |
| Creditor Committee | 20.80 | $9,509.50 |
| Fee Applications, Applicant | 10.00 | $1,950.50 |
| Financing | 0.40 | $74.00 |
| Hearings | 5.00 | $2,305.00 |
| Travel/Non-Working | 2.50 | $1,160.00 |
| ZAI Science Trial | 3.90 | $1,432.50 |
| **Total** | **94.70** | **$34,092.00** |

## EXPENSE SUMMARY

| Expense Category | Total Expenses For the Period 07/1/03 through 09/30/03 |
|---|---|
| Telecopier | $15.00 |
| Photocopying | $137.85 |
| Research Services | $28.00 |
| Postage | $15.23 |
| Lexis/Nexis On-Line Research | $148.00 |
| Messenger Service | $128.78 |
| Cab Fares | $25.00 |
| **Total** | **$497.86** |

- 4 -

KL2:2242392

- 5 -

The foregoing summaries are submitted to the Court pursuant to the Amended Administrative Order under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures For Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members dated April 17, 2002 (the "Amended Administrative Order"). Pursuant to the Amended Administrative Order, Kramer Levin respectfully requests that, for the period July 1, 2003 through September 30, 2003, it be allowed the total amount of fees of $34,092.00 and disbursements $497.86, and that the Debtor be directed to pay all unpaid amounts as set forth above.

KRAMER LEVIN NAFTALIS & FRANKEL LLP

By:_____
    Gary M. Becker
    919 Third Avenue
    New York, New York 10022
    (212) 715-9100

    Counsel to the Official Committee of
    Equity Holders

Dated: December *18* , 2003

# SCHEDULE OF TIME CHARGES AND RATES
## FOR THE PERIOD JULY 1, 2003 THROUGH SEPTEMBER 30, 2003

### CASE ADMINISTRATION

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BENTLEY, PHILIP | CRED | 0.30 | 525.00 | 157.50 |
| BECKER, GARY M. | CRED | 1.00 | 455.00 | 455.00 |
| KLEIN, DAVID | CRED | 14.50 | 335.00 | 4,857.50 |
| KLEIN, DAVID | CRED | 7.50 | 365.00 | 2,737.50 |
| **PARAPROFESSIONALS** | | | | |
| MANGUAL, KATHLEEN | CRED | 13.90 | 185.00 | 2,571.50 |
| CURNEY, LUEANN | CRED | 0.80 | 170.00 | 136.00 |
| Subtotal | | 38.00 | $ | 10,915.00 |

### CREDITOR COMMITTEE

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BENTLEY, PHILIP | CRED | 2.00 | 525.00 | 1,050.00 |
| BECKER, GARY M. | CRED | 9.90 | 455.00 | 4,504.50 |
| BECKER, GARY M. | CRED | 8.10 | 470.00 | 3,807.00 |
| **PARAPROFESSIONAL** | | | | |
| COTTO, LISA | CRED | 0.80 | 185.00 | 148.00 |
| Subtotal | | 20.80 | $ | 9,509.50 |

### FINANCING

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| MANGUAL, KATHLEEN | CRED | 0.40 | 185.00 | 74.00 |
| Subtotal | | 0.40 | $ | 74.00 |

### BANKR. MOTIONS

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BECKER, GARY M. | CRED | 4.70 | 455.00 | 2,138.50 |
| BECKER, GARY M. | CRED | 5.20 | 470.00 | 2,444.00 |
| Subtotal | | 9.90 | $ | 4,582.50 |

KL4:2086927

# SCHEDULE OF TIME CHARGES AND RATES
## FOR THE PERIOD JULY 1, 2003 THROUGH SEPTEMBER 30, 2003

### *FEE APPLICATIONS, APPLICANT*

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BECKER, GARY M. | CRED | 0.40 | 470.00 | 188.00 |
| **PARAPROFESSIONALS** | | | | |
| MANGUAL, KATHLEEN | CRED | 8.70 | 185.00 | 1,609.50 |
| CURNEY, LUEANN | CRED | 0.90 | 170.00 | 153.00 |
| | Subtotal | 10.00 | $ | 1,950.50 |

### *CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)*

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BENTLEY, PHILIP | CRED | 3.60 | 525.00 | 1,890.00 |
| BECKER, GARY M. | CRED | 0.60 | 455.00 | 273.00 |
| | Subtotal | 4.20 | $ | 2,163.00 |

### *HEARINGS*

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BECKER, GARY M. | CRED | 3.00 | 455.00 | 1,365.00 |
| BECKER, GARY M. | CRED | 2.00 | 470.00 | 940.00 |
| | Subtotal | 5.00 | $ | 2,305.00 |

### *ZAI SCIENCE TRIAL*

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BECKER, GARY M. | CRED | 3.00 | 455.00 | 1,365.00 |
| **PARAPROFESSIONAL** | | | | |
| SHEA, JAMES | CRED | 0.90 | 75.00 | 67.50 |
| | Subtotal | 3.90 | $ | 1,432.50 |

### *TRAVEL\NON-WORKING*

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BECKER, GARY M. | CRED | 2.00 | 227.50 | 455.00 |
| BECKER, GARY M. | CRED | 3.00 | 235.00 | 705.00 |
| | Subtotal | 2.50 | $ | 1,160.00 |
| | Total | 94.70 | $ | 34,092.00 |

KL4:2086927.

# SCHEDULE OF TIME CHARGES AND RATES
## FOR THE PERIOD JULY 1, 2003 THROUGH SEPTEMBER 30, 2003

| ATTORNEY | TITLE | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BENTLEY, PHILIP | PARTNER | 5.90 | 525.00 | 3,097.50 |
| BECKER, GARY M. | SPEC COUNS | 23.20 | 455.00 | 10,556.00 |
| BECKER, GARY M. | SPEC COUNS | 17.20 | 470.00 | 8,084.00 |
| KLEIN, DAVID | ASSOCIATE | 14.50 | 335.00 | 4,857.50 |
| KLEIN, DAVID | ASSOCIATE | 7.50 | 365.00 | 2,737.50 |
| MANGUAL, KATHLEEN | PARALEGAL | 23.00 | 185.00 | 4,255.00 |
| CURNEY, LUEANN | PARALEGAL | 1.70 | 170.00 | 289.00 |
| COTTO, LISA | PARALEGAL | 0.80 | 185.00 | 148.00 |
| SHEA, JAMES | PARALEGAL | 0.90 | 75.00 | 67.50 |
| | Total | 94.70 | | $34,092.00 |

KL4:2086927

# SCHEDULE OF DISBURSEMENTS
## FOR THE PERIOD JULY 1, 2003 THROUGH SEPTEMBER 30, 2003

| DISBURSEMENTS | AMOUNT |
|---|---|
| TELECOPIER | 15.00 |
| PHOTOCOPYING | 137.85 |
| RESEARCH SERVICES | 28.00 |
| POSTAGE | 15.23 |
| LEXIS/NEXIS ON - LINE RESEARCH | 148.00 |
| MESSENGER SERVICE | 128.78 |
| CAB FARES | 25.00 |
| Subtotal | $497.86 |

KL4:2086927

# SCHEDULE OF VOLUNTARY DISBURSMENT REDUCTIONS
## FOR THE PERIOD JULY 1, 2003 THROUGH SEPTEMBER 30, 2003

| DISBURSEMENTS | AMOUNT |
|---|---|
| TELECOPIER | 7.50 |
| PHOTOCOPYING | 73.52 |
| MANUSCRIPT SERVICE | 33.00 |
| Subtotal | $81.02 |

KL4:2086927

alp_132rc: Client Analysis Sheet

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    1

Run Date & Time: 11/25/03 12:40:31
Client: 056772 W.R. GRACE & CO. EQUITY COMMITTEE

Worked : 07/01/03 thru 09/30/03

| Number | Matter Name | Hours | Fees | Disbursements | Total Charges | Resp Partners | Class | Freq | Stat |
|--------|-------------|-------|------|---------------|---------------|---------------|-------|------|------|
| 00001 | CASE ADMINISTRATION | 38.00 | 10,915.00 | 328.70 | 11,243.70 | BENTLEY PHILIP - 02495 | M | M | B |
| 00002 | CREDITOR COMMITTEE | 20.80 | 9,509.50 | 2.00 | 9,511.50 | BENTLEY PHILIP - 02495 | M | M | B |
| 00003 | FINANCING | 0.40 | 74.00 | 0.00 | 74.00 | BENTLEY PHILIP - 02495 | M | M | B |
| 00005 | BANKR. MOTIONS | 9.90 | 4,582.50 | 0.00 | 4,582.50 | BENTLEY PHILIP - 02495 | M | M | B |
| 00008 | FEE APPLICATIONS, APPLIC | 10.00 | 1,950.50 | 28.04 | 1,978.54 | BENTLEY PHILIP - 02495 | M | M | B |
| 00011 | ASSET ANALYSIS AND RECOV | 0.00 | 0.00 | 106.88 | 106.88 | BENTLEY PHILIP - 02495 | M | M | B |
| 00012 | CLAIM ANALYSIS OBJECTION | 4.20 | 2,163.00 | 2.69 | 2,165.69 | BENTLEY PHILIP - 02495 | M | M | B |
| 00013 | FRAUDULENT CONVEYANCE AD | 0.00 | 0.00 | 0.00 | 0.00 | BENTLEY PHILIP - 02495 | M | M | B |
| 00019 | HEARINGS | 5.00 | 2,305.00 | 25.00 | 2,330.00 | BENTLEY PHILIP - 02495 | M | M | B |
| 00024 | ZAI SCIENCE TRIAL | 3.90 | 1,432.50 | 4.55 | 1,437.05 | BENTLEY PHILIP - 02495 | M | M | B |
| 00028 | TRAVEL\NON-WORKING | 2.50 | 1,160.00 | 0.00 | 1,160.00 | BENTLEY PHILIP - 02495 | M | M | B |
| | Client Total | 94.70 | 34,092.00 | 497.86 | 34,589.86 | | | | |

alp_132c: Billed Charges Analysis

Run Date & Time: 11/25/2003 12:40:28

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    1

Client No: 056772
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15/w/o manu. services

PRE-BILLING SUMMARY REPORT

| | | | |
|---|---|---|---|
| UNBILLED TIME FROM: | 01/01/1901 | TO: | 09/30/2003 |
| UNBILLED DISB FROM: | 01/01/1901 | TO: | 09/30/2003 |

| | FEES | COSTS |
|---|---|---|
| | ------ | ------ |
| GROSS BILLABLE AMOUNT: | 34,092.00 | 497.86 |
| AMOUNT WRITTEN DOWN: | | |
| PREMIUM: | | |
| ON ACCOUNT BILLED: | | |
| DEDUCTED FROM PAID RETAINER: | | |
| AMOUNT BILLED: | | |
| THRU DATE: | 09/30/2003 | 09/30/2003 |
| CLOSE MATTER/FINAL BILLING? | YES    OR    NO | |
| EXPECTED DATE OF COLLECTION: | | |

BILLING PARTNER APPROVAL:

BILLING COMMENTS:                                                    WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

| ACCOUNTS RECEIVABLE TOTALS | | UNAPPLIED CASH |
|---|---|---|
| -------------------------- | | -------------- |
| FEES: | 39,581.43 | UNIDENTIFIED RECEIPTS: | 0.00 |
| DISBURSEMENTS: | 497.86 | PAID FEE RETAINER: | 0.00 |
| FEE RETAINER: | 0.00 | PAID DISB RETAINER: | 0.00 |
| DISB RETAINER: | 0.00 | TOTAL AVAILABLE FUNDS: | 0.00 |
| TOTAL OUTSTANDING: | 40,079.29 | TRUST BALANCE: | |

BILLING HISTORY

| | | | |
|---|---|---|---|
| DATE OF LAST BILL: | 11/14/03 | LAST PAYMENT DATE: | 10/23/03 |
| LAST BILL NUMBER: | 379590 | FEES BILLED TO DATE: | 618,214.50 |
| LAST BILL THRU DATE: | 09/30/03 | FEES WRITTEN OFF TO DATE: | 554,674.18 |

FOR ACCTG USE ONLY:          Write Down/Up Reason Codes:

(1)  Exceeded Fixed Fee               (6)  Summer Associate
(2)  Late Time & Costs Posted         (7)  Fixed Fee
(3)  Pre-arranged Discount            (8)  Premium
(4)  Excessive Legal Time             (9)  Rounding
(5)  Business Development            (10)  Client Arrangement

BILL NUMBER: _____   DATE OF BILL: _____   Processed by: _____   FRC: _____   CRC: _____

alp_132c: Billed Charges Analysis

Run Date & Time: 11/25/2003 12:40:31

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE  2

Client No: 056772
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE

## BILLED TIME SUMMARY

| Emp Id | Employee Name | Group | ------- Total Billed ------- | |
|---|---|---|---|---|
| | | | Hours | Amount |
| 02495 | BENTLEY, PHILIP | PARTNER | 5.90 | 3,097.50 |
| 05292 | BECKER, GARY M. | SPEC COUNSEL | 23.20 | 10,556.00 |
| 05292 | BECKER, GARY M. | SPEC COUNSEL | 17.20 | 8,084.00 |
| 05646 | KLEIN, DAVID | ASSOCIATE | 14.50 | 4,857.50 |
| 05646 | KLEIN, DAVID | ASSOCIATE | 7.50 | 2,737.50 |
| | PARAPROFESSIONALS | | | |
| 05208 | MANGUAL, KATHLEEN | PARALEGAL | 23.00 | 4,255.00 |
| 05408 | CURNEY, LUEANN | PARALEGAL | 1.70 | 289.00 |
| 05623 | COTTO, LISA | PARALEGAL | 0.80 | 148.00 |
| 05798 | SHEA, JAMES | PARALEGAL | 0.90 | 67.50 |
| | Total: | | 94.70 | 34,092.00 |

## BILLED COSTS SUMMARY

| Code | Description | Oldest Entry | Latest Entry | Total Amount |
|---|---|---|---|---|
| 0815 | TELECOPIER | 08/26/03 | 09/22/03 | 15.00 |
| 0820 | PHOTOCOPYING | 07/03/03 | 09/30/03 | 137.85 |
| 0841 | RESEARCH SERVICES | 09/11/03 | 09/11/03 | 28.00 |
| 0880 | POSTAGE | 07/10/03 | 08/18/03 | 15.23 |
| 0921 | LEXIS / NEXIS ON -LINE RESEAR | 09/11/03 | 09/11/03 | 148.00 |
| 0930 | MESSENGER/COURIER | 08/12/03 | 09/15/03 | 128.78 |
| 0940 | CAB FARES | 07/09/03 | 08/25/03 | 25.00 |
| | Total | | | 497.86 |
| | Grand Total | | | 34,589.86 |

## ACCOUNTS RECEIVABLE       (Reflects Payments As of 11/25/03 12:40:31)

| Bill Date | Thru Date | Bill# | Fee & OA | Billed Disbursement | Applied From OA | Total | Date | Balance Due |
|---|---|---|---|---|---|---|---|---|
| 05/16/03 | 04/30/03 | 370445 | 7,609.00 | 1,594.42 | | 7,681.62 | 10/23/03 | 1,521.80 |
| 06/17/03 | 05/31/03 | 371897 | 9,411.00 | 107.57 | | 7,636.34 | 08/19/03 | 1,882.23 |
| 07/24/03 | 06/30/03 | 373811 | 10,427.00 | 137.09 | | 8,478.69 | 10/23/03 | 2,085.40 |
| 08/31/03 | 07/31/03 | 375389 | 9,272.50 | 32.30 | | .00 | | 9,304.80 |
| 09/30/03 | 08/31/03 | 376733 | 9,815.50 | 130.93 | | .00 | | 9,946.43 |
| 11/14/03 | 09/30/03 | 379590 | 15,004.00 | 334.63 | | .00 | | 15,338.63 |
| | Total: | | 61,539.00 | 2,336.94 | | 23,796.65 | | 40,079.29 |

alp_132r: Billed Charges Analysis

Run Date & Time: 11/25/2003 12:40:25

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE  1

Matter No: 056772-00001
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CASE ADMINISTRATION
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS  - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:
Bill Frequency: M

Status    : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15/w/o manu. services

PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM:    07/01/2003           TO:    09/30/2003
UNBILLED DISB FROM:    07/03/2003           TO:    09/30/2003

                                  FEES                COSTS
                                -------              -------
GROSS BILLABLE AMOUNT:          10,915.00             328.70
AMOUNT WRITTEN DOWN:
            PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
      AMOUNT BILLED:
          THRU DATE:          09/30/2003           09/30/2003
CLOSE MATTER/FINAL BILLING?   YES   OR   NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:     BENTLEY PHILIP - 02495        WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

ACCOUNTS RECEIVABLE TOTALS                        UNAPPLIED CASH
                                                  -------------
                       FEES:        11,598.70   UNIDENTIFIED RECEIPTS:      0.00
              DISBURSEMENTS:           328.70       PAID FEE RETAINER:      0.00
               FEE RETAINER:             0.00      PAID DISB RETAINER:      0.00
              DISB RETAINER:             0.00   TOTAL AVAILABLE FUNDS:      0.00
          TOTAL OUTSTANDING:        11,927.40         TRUST BALANCE:
                                                BILLING HISTORY
                                                ---------------
        DATE OF LAST BILL:        11/14/03      LAST PAYMENT DATE:     10/23/03
        LAST BILL NUMBER:           379590      FEES BILLED TO DATE:   179,329.00
     LAST BILL THRU DATE:         09/30/03      FEES WRITTEN OFF TO DATE:  78,295.00

FOR ACCTG USE ONLY:            Write Down/Up Reason Codes:
                               (1) Exceeded Fixed Fee        (6) Summer Associate
                               (2) Late Time & Costs Posted  (7) Fixed Fee
                               (3) Pre-arranged Discount      (8) Premium
                               (4) Excessive Legal Time       (9) Rounding
                               (5) Business Development      (10) Client Arrangement

BILL NUMBER: _____    DATE OF BILL: _____    Processed by: _____    FRC: _____    CRC: _____

alp_132r: Billed Charges Analysis
Run Date & Time: 11/25/2003 12:40:25

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE 2

Matter No: 056772-00001
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CASE ADMINISTRATION
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:
Bill Frequency: M

Status : ACTIVE

**BILLED TIME SUMMARY**

| Emp Id | Employee Name | Group | ------- Total ------- Oldest | Latest | ------- Billed ------- Hours | Amount |
|--------|---------------|-------|---------|--------|--------|--------|
| 02495 | BENTLEY, PHILIP | CRED | 08/21/03 | 09/12/03 | 0.30 | 157.50 |
| 05292 | BECKER, GARY M. | CRED | 07/11/03 | 08/29/03 | 1.00 | 455.00 |
| 05646 | KLEIN, DAVID | CRED | 07/01/03 | 08/29/03 | 14.50 | 4,857.50 |
| 05646 | KLEIN, DAVID | CRED | 09/01/03 | 09/30/03 | 7.50 | 2,737.50 |
| | PARAPROFESSIONALS | | | | | |
| 05208 | MANGUAL, KATHLEEN | CRED | 07/09/03 | 09/19/03 | 13.90 | 2,571.50 |
| 05408 | CURNEY, LUEANN | CRED | 09/18/03 | 09/18/03 | 0.80 | 136.00 |
| | | Total: | | | 38.00 | 10,915.00 |

Sub-Total Hours :    0.30 Partners    1.00 Counsels    22.00 Associates    14.70 Legal Assts    0.00 Others

Total:    38.00

**BILLED COSTS SUMMARY**

| Code | Description | Oldest Entry | Latest Entry | Total Amount |
|------|-------------|--------------|--------------|--------------|
| 0815 | TELECOPIER | 08/26/03 | 08/26/03 | 13.00 |
| 0820 | PHOTOCOPYING | 07/03/03 | 09/30/03 | 119.02 |
| 0841 | RESEARCH SERVICES | 09/11/03 | 09/11/03 | 28.00 |
| 0880 | POSTAGE | 08/18/03 | 08/18/03 | 10.68 |
| 0921 | LEXIS / NEXIS ON -LINE RESEAR | 09/11/03 | 09/11/03 | 148.00 |
| 0930 | MESSENGER/COURIER | 09/10/03 | 09/10/03 | 10.00 |
| | Total | | | 328.70 |

Grand Total    11,243.70

**ACCOUNTS RECEIVABLE**   (Reflects Payments As of 11/25/03 12:40:25)

| Bill Date | Thru Date | Bill# | Fee & OA Billed | Disbursement | Applied From OA | Total | Collections Applied | Date | Balance Due |
|-----------|-----------|-------|-----------------|--------------|-----------------|-------|---------------------|------|-------------|
| 05/16/03 | 04/30/03 | 370445 | 4,021.00 | 627.57 | | | 4,648.57 | 10/23/03 | |
| 06/17/03 | 05/31/03 | 371897 | 3,418.50 | 105.57 | | | 2,840.37 | 08/19/03 | 683.70 |
| 07/24/03 | 06/30/03 | 373811 | 2,578.50 | 135.30 | | | 2,713.80 | 10/23/03 | |
| 08/31/03 | 07/31/03 | 375389 | 3,533.50 | 13.06 | | | .00 | | 3,546.56 |
| 09/30/03 | 08/31/03 | 376733 | 3,660.00 | 89.89 | | | .00 | | 3,749.89 |
| 11/14/03 | 09/30/03 | 379590 | 3,721.50 | 225.75 | | | .00 | | 3,947.25 |
| Total: | | | 20,933.00 | 1,197.14 | | | 10,202.74 | | 11,927.40 |

alp_132r: Billed Charges Analysis

Run Date & Time: 11/25/2003 12:40:25

KRAMER LEVIN NAFTALIS & FRANKEL LLP

*PRIVILEGED AND CONFIDENTIAL*

PAGE    3

Matter No: 056772-00001
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CASE ADMINISTRATION
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS    - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:
Bill Frequency: M

Status    : ACTIVE

**BILLED TIME DETAIL**

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| BENTLEY, PHILIP | 08/21/03 | Discs GB re pending issues | 0.10 | 52.50 | 4794237 | 08/27/03 |
| BENTLEY, PHILIP | 08/27/03 | Trade voicemails | 0.10 | 52.50 | 4802257 | 09/03/03 |
| BENTLEY, PHILIP | 09/12/03 | Discs M. Doheney re status of case | 0.10 | 52.50 | 4835473 | 09/29/03 |
| Total For BENTLEY P - 02495 | | | 0.30 | 157.50 | | |
| BECKER, GARY M. | 07/11/03 | Attention to coverage for 7/28 hearing and exchange various emails re same | 0.30 | 136.50 | 4761038 | 07/30/03 |
| BECKER, GARY M. | 08/21/03 | Review agenda for 8/25 omnibus; conf. with Bentley re same. | 0.30 | 136.50 | 4797886 | 08/29/03 |
| BECKER, GARY M. | 08/29/03 | Exchange emails with debtors counsel re meetings between debtor and equity committee | 0.40 | 182.00 | 4801501 | 09/02/03 |
| Total For BECKER G - 05292 | | | 1.00 | 455.00 | | |
| KLEIN, DAVID | 07/01/03 | review pleadings/filings, distr same as necessary. | 0.20 | 67.00 | 4767225 | 08/01/03 |
| KLEIN, DAVID | 07/02/03 | review pleadings/filings, distr same as necessary (0.1); review docket re followup to 2/19 cancer only order (0.2); review dockets/filings re sealed air settlement, disc. w/ GMB re same (0.4). | 1.10 | 368.50 | 4767226 | 08/01/03 |
| KLEIN, DAVID | 07/03/03 | review pleadings/filings, distr same as necessary. | 0.30 | 100.50 | 4767227 | 08/01/03 |
| KLEIN, DAVID | 07/07/03 | review pleadings/filings. | 0.20 | 67.00 | 4769699 | 08/01/03 |
| KLEIN, DAVID | 07/08/03 | review pleadings/filings, distr same as necessary. | 0.70 | 234.50 | 4769700 | 08/01/03 |
| KLEIN, DAVID | 07/09/03 | review pleadings/filings, distr same as necessary. | 0.80 | 268.00 | 4772046 | 08/01/03 |
| KLEIN, DAVID | 07/10/03 | review pleadings/filings, distr same as necessary. | 0.10 | 33.50 | 4772047 | 08/01/03 |
| KLEIN, DAVID | 07/11/03 | review pleadings/filings. | 0.10 | 33.50 | 4773636 | 08/04/03 |
| KLEIN, DAVID | 07/14/03 | review pleadings/filings, distr same as necessary. | 0.60 | 201.00 | 4773637 | 08/04/03 |
| KLEIN, DAVID | 07/15/03 | review pleadings/filings, distr same as necessary. | 0.10 | 33.50 | 4773638 | 08/04/03 |
| KLEIN, DAVID | 07/16/03 | review pleadings/filings, distr same as necessary (0.1); review USG filings re followup necessary (0.1); review filings re sealed air settlement (0.2); email to/from PB re same (0.1). | 0.50 | 167.50 | 4773639 | 08/04/03 |
| KLEIN, DAVID | 07/17/03 | review pleadings/filings, distr same as necessary. | 0.10 | 33.50 | 4773640 | 08/04/03 |
| KLEIN, DAVID | 07/21/03 | review filings, distribute as necessary. | 0.10 | 33.50 | 4773641 | 08/04/03 |

alp_132r: Billed Charges Analysis

Run Date & Time: 11/25/2003 12:40:25

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE   4

Matter No: 056772-00001
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CASE ADMINISTRATION
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:
Bill Frequency: M

Status : ACTIVE

B I L L E D   T I M E   D E T A I L

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| KLEIN, DAVID | 07/22/03 | review pleadings/filings, distr same as necessary (0.5); review dockets/filings re followup to settlement disc. in Sealed Air (0.3); review docket filings re cancer only bar-date in USG (0.3). | 1.10 | 368.50 | 4773642 | 08/04/03 |
| KLEIN, DAVID | 07/23/03 | review pleadings/filings, distr same as necessary. | 0.20 | 67.00 | 4773643 | 08/04/03 |
| KLEIN, DAVID | 07/24/03 | review pleadings/filings, distr same as necessary (0.1); call/email to R.Clancy re same (0.1). | 0.20 | 67.00 | 4773644 | 08/04/03 |
| KLEIN, DAVID | 07/25/03 | review filings. | 0.20 | 67.00 | 4773645 | 08/04/03 |
| KLEIN, DAVID | 07/28/03 | review filings. | 0.10 | 33.50 | 4773646 | 08/04/03 |
| KLEIN, DAVID | 07/29/03 | review pleadings/filings, distr same as necessary. | 0.50 | 167.50 | 4773647 | 08/04/03 |
| KLEIN, DAVID | 07/30/03 | review filings, distribute as necessary (0.1); email to L.Curney re distrib. (0.2). | 0.30 | 100.50 | 4773648 | 08/04/03 |
| KLEIN, DAVID | 07/31/03 | review filings. | 0.10 | 33.50 | 4773649 | 08/04/03 |
| KLEIN, DAVID | 08/01/03 | review pleadings/filings, distr same as necessary, email from PB re same (0.1); review WR Grace dockets re sealed air settlement date motions (0.1); review USG docket re cancer-only bar | 0.30 | 100.50 | 4799476 | 08/04/03 |
| KLEIN, DAVID | 08/04/03 | review pleadings/filings, distr same as necessary, email from PB re distr. fee apps. (0.1); email from GMB re filing in support of motion to extend excl. (0.1). | 0.20 | 67.00 | 4799474 | 09/02/03 |
| KLEIN, DAVID | 08/05/03 | review filings. | 0.10 | 33.50 | 4799475 | 09/02/03 |
| KLEIN, DAVID | 08/06/03 | review pleadings/filings, distr same as necessary. | 0.10 | 33.50 | 4799464 | 09/02/03 |
| KLEIN, DAVID | 08/07/03 | review pleadings/filings, distr same as necessary. | 0.20 | 67.00 | 4799665 | 09/02/03 |
| KLEIN, DAVID | 08/08/03 | review filings. | 0.20 | 67.00 | 4799666 | 09/02/03 |
| KLEIN, DAVID | 08/11/03 | review pleadings/filings, distr same as necessary. | 0.20 | 67.00 | 4799667 | 09/02/03 |
| KLEIN, DAVID | 08/12/03 | review pleadings/filings, distr. same as necessary (0.2); configured e-filings rules to organize notices (0.5); review dockets re cancer only bar date, and for settlement for Sealed Air (0.3). | 1.00 | 335.00 | 4799668 | 09/02/03 |
| KLEIN, DAVID | 08/14/03 | review filings. | 0.10 | 33.50 | 4799669 | 09/02/03 |
| KLEIN, DAVID | 08/15/03 | review filings. | 0.10 | 33.50 | 4799670 | 09/02/03 |
| KLEIN, DAVID | 08/18/03 | review pleadings/filings, distr same as necessary. | 0.60 | 201.00 | 4799671 | 09/02/03 |

alp_132r: Billed Charges Analysis

Run Date & Time: 11/25/2003 12:40:25

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE 5

Matter No: 056772-00001
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CASE ADMINISTRATION
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS  - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:
Bill Frequency: M

Status : ACTIVE

**BILLED TIME DETAIL**

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| KLEIN, DAVID | 08/19/03 | review pleadings/filings, distr same as necessary. | 0.30 | 100.50 | 4799672 | 09/02/03 |
| KLEIN, DAVID | 08/20/03 | review pleadings/filings, distr same as necessary. | 0.30 | 100.50 | 4799673 | 09/02/03 |
| KLEIN, DAVID | 08/21/03 | review pleadings/filings, distr same as necessary (0.1); checked dockets re sealed air settlement (0.1)and reviewed/distributed USG filings re 2/19/03 cancer only bar date order (0.8). | 1.00 | 335.00 | 4799674 | 09/02/03 |
| KLEIN, DAVID | 08/25/03 | review pleadings/filings, distr same as necessary. | 0.60 | 201.00 | 4799675 | 09/02/03 |
| KLEIN, DAVID | 08/26/03 | review pleadings/filings, distr same as necessary; email from GMB re motion to retain state street bank re pension fund, review docket/filings re same, fax to GMB re same. | 1.40 | 469.00 | 4799676 | 09/02/03 |
| KLEIN, DAVID | 08/29/03 | review pleadings/filings, distr same as necessary. | 0.20 | 67.00 | 4799677 | 09/02/03 |
| KLEIN, DAVID | 09/01/03 | review pleadings/filings, distr same as necessary. | 0.40 | 146.00 | 4822174 | 09/19/03 |
| KLEIN, DAVID | 09/02/03 | review pleadings/filings. | 0.10 | 36.50 | 4822175 | 09/19/03 |
| KLEIN, DAVID | 09/03/03 | review filings. | 0.10 | 36.50 | 4822176 | 09/19/03 |
| KLEIN, DAVID | 09/04/03 | review pleadings/filings, distr same as necessary. | 0.60 | 219.00 | 4822177 | 09/19/03 |
| KLEIN, DAVID | 09/05/03 | review filings. | 0.10 | 36.50 | 4822178 | 09/19/03 |
| KLEIN, DAVID | 09/08/03 | review filings. | 0.10 | 36.50 | 4822179 | 09/19/03 |
| KLEIN, DAVID | 09/09/03 | review filings. | 0.10 | 36.50 | 4822180 | 09/19/03 |
| KLEIN, DAVID | 09/10/03 | review filings. | 0.10 | 36.50 | 4822182 | 09/19/03 |
| KLEIN, DAVID | 09/11/03 | review pleadings/filings, distr same as necessary. | 0.60 | 219.00 | 4822184 | 09/19/03 |
| KLEIN, DAVID | 09/12/03 | review filings, distr. same as necc. | 0.10 | 36.50 | 4822185 | 09/19/03 |
| KLEIN, DAVID | 09/15/03 | review pleadings/filings, distr same as necessary. | 0.20 | 73.00 | 4822186 | 09/19/03 |
| KLEIN, DAVID | 09/16/03 | review pleadings/filings, distr same as necessary (0.8); emails to PB, GMB re same (0.3). | 1.10 | 401.50 | 4822187 | 09/19/03 |
| KLEIN, DAVID | 09/17/03 | review pleadings/filings, distr same as necessary (0.6); review USG docket/filings re followup to 2/19 opinion (0.3); emails to L.Curney re distrib (0.1). | 1.00 | 365.00 | 4822738 | 09/19/03 |
| KLEIN, DAVID | 09/18/03 | review pleadings/filings, distr same as necessary (0.2); emails to/from L.Curney re same (0.1). | 0.30 | 109.50 | 4826317 | 09/22/03 |

alp_132r: Billed Charges Analysis

Run Date & Time: 11/25/2003 12:40:25

KRAMER LEVIN NAFTALIS & FRANKEL LLP

*PRIVILEGED AND CONFIDENTIAL*

PAGE  6

Matter No: 056772-00001                                      Orig Prtnr : CRED. RGTS - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE               Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : CASE ADMINISTRATION                             Supv Prtnr : MAYER THOMAS MORS - 03976
Matter Opened : 07/27/2001                                                                             Status    : ACTIVE

**B I L L E D   T I M E   D E T A I L**

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| KLEIN, DAVID | 09/23/03 | review numerous pleadings/filings, distr same as necessary (0.7); check dockets re Sealed Air settlement and USG 2/19 opinion followup, email to/from PB re same (0.5). | 1.20 | 438.00 | 4845015 10/02/03 | |
| KLEIN, DAVID | 09/24/03 | review pleadings/filings, distr same as necessary. | 0.20 | 73.00 | 4845016 10/02/03 | |
| KLEIN, DAVID | 09/25/03 | review pleadings/filings, distr same as necessary. | 0.20 | 73.00 | 4845017 10/02/03 | |
| KLEIN, DAVID | 09/26/03 | review pleadings/filings. | 0.20 | 73.00 | 4845436 10/02/03 | |
| KLEIN, DAVID | 09/29/03 | review pleadings/filings, distr same as necessary. | 0.20 | 73.00 | 4845437 10/02/03 | |
| KLEIN, DAVID | 09/30/03 | review pleadings/filings, distr same as necessary. | 0.60 | 219.00 | 4845438 10/02/03 | |
| **Total For KLEIN D - 05646** | | | **22.00** | **7,595.00** | | |
| CURNEY, LUEANN | 09/18/03 | Prepared exhibits and notice for copy and distribution | 0.80 | 136.00 | 4824898 09/22/03 | |
| **Total For CURNEY L - 05408** | | | **0.80** | **136.00** | | |
| MANGUAL, KATHLEEN | 07/09/03 | retrieval of pleadings regarding Summary Judgment per G. Becker (1.2) | 1.20 | 222.00 | 4771379 08/01/03 | |
| MANGUAL, KATHLEEN | 07/15/03 | Organization of corresp., pleadings and other related docs., retrieval of various pleadings via Pacer. | 2.00 | 370.00 | 4771378 08/01/03 | |
| MANGUAL, KATHLEEN | 07/24/03 | organization of files and update pleadings index (1.4) | 1.40 | 259.00 | 4771380 08/01/03 | |
| MANGUAL, KATHLEEN | 08/01/03 | organization of files; update pleadings and correspondence index (1.4) | 1.40 | 259.00 | 4795035 08/27/03 | |
| MANGUAL, KATHLEEN | 08/05/03 | review pacer docket and retrieval of pleadings (.50) | 0.50 | 92.50 | 4803357 09/03/03 | |
| MANGUAL, KATHLEEN | 08/06/03 | organization of pleadings and correspondence (1.7) | 1.70 | 314.50 | 4803359 09/03/03 | |
| MANGUAL, KATHLEEN | 08/19/03 | organization of files, update pleadings index (1.4) | 1.40 | 259.00 | 4793627 08/26/03 | |
| MANGUAL, KATHLEEN | 09/02/03 | organization of files and update pleadings index (1.1) | 1.10 | 203.50 | 4817217 09/19/03 | |
| MANGUAL, KATHLEEN | 09/09/03 | Organization of files, chron correspondence and update pleadings index (0.90) | 0.90 | 166.50 | 4822181 09/19/03 | |
| MANGUAL, KATHLEEN | 09/10/03 | retrieval of Babcock & Wilcox DS and Plan of Reorganization, email such to G. Becker (.70) | 0.70 | 129.50 | 4822183 09/19/03 | |