```
alp_132r: Billed Charges Analysis                    KRAMER LEVIN NAFTALIS & FRANKEL, LLP                                    PAGE    7
Run Date & Time: 11/25/2003 12:40:25                      *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00001                         Orig Prtnr : CRED. RGTS - 06975              Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : CASE ADMINISTRATION               Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                          Status   : ACTIVE
```

```
B I L L E D   T I M E   D E T A I L

Employee Name          Work Date   Description                                    Hours      Amount      Index#    Batch Date
```

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| MANGUAL, KATHLEEN | 09/11/03 | Legal research re: Babcock & Wilcox via Nexis | 1.00 | 185.00 | 4844014 | 10/02/03 |
| | | (1.0) | | | | |
| MANGUAL, KATHLEEN | 09/19/03 | Organization of pleadings and correspondence | 0.60 | 111.00 | 4844016 | 10/02/03 |
| | | (0.60) | | | | |

```
Total For MANGUAL K - 05208                                                      Fee Total        2,571.50
```

```
B I L L E D   C O S T S   D E T A I L

Description/Code     Employee         Date         Amount       Index#   Batch No   Batch Date
```

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|
| TELECOPIER | | | | | | |
| TELECOPIER 14125535252 | KLEIN, D K | 08/26/03 | 13.00 | 6221686 | 103054 | 08/28/03 |
| | | 0815 TELECOPIER Total : | 13.00 | | | |
| PHOTOCOPYING | | | | | | |
| PHOTOCOPYING | KLEIN, D K | 07/03/03 | 2.24 | 6162706 | 100931 | 07/08/03 |
| PHOTOCOPYING | CURNEY, L C | 07/31/03 | 10.82 | 6197976 | 101879 | 08/04/03 |
| PHOTOCOPYING | MANGUAL, K M | 08/18/03 | 66.21 | 6212053 | 102751 | 08/20/03 |
| PHOTOCOPYING | CURNEY, L C | 09/18/03 | 15.30 | 6247067 | 103977 | 09/19/03 |
| PHOTOCOPYING | MANGUAL, K M | 09/23/03 | 15.15 | 6254146 | 104132 | 09/24/03 |
| PHOTOCOPYING | KLEIN, D K | 09/30/03 | 2.70 | 6261241 | 104440 | 10/02/03 |
| PHOTOCOPYING | MANGUAL, K M | 09/30/03 | 6.60 | 6261142 | 104440 | 10/02/03 |
| | | 0820 PHOTOCOPYING Total : | 119.02 | | | |
| RESEARCH SERVICES | | | | | | |
| RESEARCH SERVICES | TEMP, L | 09/11/03 | 28.00 | 6248960 | 104030 | 09/22/03 |
| | | 0841 RESEARCH SERVICES Total : | 28.00 | | | |
| POSTAGE | | | | | | |
| POSTAGE | MANGUAL, K M | 08/18/03 | 10.68 | 6213026 | 102795 | 08/20/03 |
| Wendy Rios | | | | | | |
| | | 0880 POSTAGE Total : | 10.68 | | | |

```
                                      Fee Total             38.00     10,915.00
```

alp_132r: Billed Charges Analysis

Run Date & Time: 11/25/2003 12:40:26

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE   8

Matter No: 056772-00001
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CASE ADMINISTRATION
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS  - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:
Bill Frequency: M

Status   : ACTIVE

**B I L L E D   C O S T S   D E T A I L**

| Description/Code | | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|---|
| LEXIS / NEXIS  ON  -L    0921 | | | | | | | |
| LEXIS / NEXIS  ON -L RESEARCH | TEMP, L | 09/11/03 | 148.00 | 6248135 | 101996 | 09/19/03 | |
| | 0921 LEXIS / NEXIS  ON -L Total : | | | 148.00 | | | |
| MESSENGER/COURIER    0930 | | | | | | | |
| FEDERAL EXPRESS CORPORAT | MANGUAL, K M | 09/10/03 | 10.00 | 6236056 | 103673 | 09/10/03 | |
| MESSENGER/COURIER - VENDOR-FEDERAL EXPRESS CORPORATION | | | | | | | |
| | 0930 MESSENGER/COURIER Total : | | | 10.00 | | | |

Costs Total :                                        328.70

alp_132r: Billed Charges Analysis

Run Date & Time: 11/25/2003 12:40:26

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
*PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00001
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CASE ADMINISTRATION
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:
Bill Frequency: M

Status    : ACTIVE

## B I L L E D   T I M E   S U M M A R Y

| Employee Name | Hours | Amount | Bill | W/o | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|---|---|
| BENTLEY, PHILIP | 0.30 | 157.50 | | | | | | |
| BECKER, GARY M. | 1.00 | 455.00 | | | | | | |
| KLEIN, DAVID | 14.50 | 4,857.50 | | | | | | |
| KLEIN, DAVID | 7.50 | 2,737.50 | | | | | | |
| MANGUAL, KATHLEEN | 13.90 | 2,571.50 | | | | | | |
| CURNEY, LUEANN | 0.80 | 136.00 | | | | | | |
| **Total:** | **38.00** | **10,915.00** | | | | | | |

## B I L L E D   C O S T S   S U M M A R Y

| Code | Description | Amount | Bill | W/o | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|---|---|
| 0815 | TELECOPIER | 13.00 | | | | | | |
| 0820 | PHOTOCOPYING | 119.02 | | | | | | |
| 0841 | RESEARCH SERVICES | 28.00 | | | | | | |
| 0880 | POSTAGE | 10.68 | | | | | | |
| 0921 | LEXIS / NEXIS ON -LINE R | 148.00 | | | | | | |
| 0930 | MESSENGER/COURIER | 10.00 | | | | | | |
| | **Costs Total :** | **328.70** | | | | | | |

```
alp_132r: Billed Charges Analysis                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE    10
Run Date & Time: 11/25/2003 12:40:26                          *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00002                                    Orig Prtnr : CRED. RGTS - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : CREDITOR COMMITTEE                           Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                          Status    : ACTIVE

Special Billing Instructions:

                                      PRE-BILLING SUMMARY REPORT

          UNBILLED TIME FROM:    07/07/2003              TO:   09/22/2003
          UNBILLED DISB FROM:    09/22/2003              TO:   09/22/2003

                                       FEES                   COSTS

GROSS BILLABLE AMOUNT:                9,509.50                  2.00
AMOUNT WRITTEN DOWN:
PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
AMOUNT BILLED:
THRU DATE:
CLOSE MATTER/FINAL BILLING?     YES      OR      NO
EXPECTED DATE OF COLLECTION:                          09/22/2003

BILLING PARTNER APPROVAL:

          BENTLEY PHILIP - 02495                 WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:


                        ACCOUNTS RECEIVABLE TOTALS                  UNAPPLIED CASH

                  FEES:                     9,509.50      UNIDENTIFIED RECEIPTS:          0.00
          DISBURSEMENTS:                        2.00      PAID FEE RETAINER:              0.00
          FEE RETAINER:                         0.00      PAID DISB RETAINER:             0.00
          DISB RETAINER:                        0.00      TOTAL AVAILABLE FUNDS:          0.00
          TOTAL OUTSTANDING:                9,511.50      TRUST BALANCE:
                                                          BILLING HISTORY

          DATE OF LAST BILL:      11/14/03               LAST PAYMENT DATE:          10/23/03
          LAST BILL NUMBER:       379590                 FEES BILLED TO DATE:       62,970.00
          LAST BILL THRU DATE:    09/30/03               FEES WRITTEN OFF TO DATE:  19,193.00

FOR ACCTG USE ONLY:          Write Down/Up Reason Codes:

          (1) Exceeded Fixed Fee          (6) Summer Associate
          (2) Late Time & Costs Posted    (7) Fixed Fee
          (3) Pre-arranged Discount       (8) Premium
          (4) Excessive Legal Time        (9) Rounding
          (5) Business Development        (10) Client Arrangement


BILL NUMBER: _____          DATE OF BILL: _____    Processed by: _____    FRC: _____    CRC: _____
```

alp_132r: Billed Charges Analysis

Run Date & Time: 11/25/2003 12:40:26

KRAMER, LEVIN, NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    11

Matter No: 056772-00002
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CREDITOR COMMITTEE
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supp Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:
Bill Frequency: M

Status    : ACTIVE

## B I L L E D   T I M E   S U M M A R Y

| Emp Id | Employee Name | Group | ------- Total ------- | | Billed | |
| | | | Oldest | Latest | Hours | Amount |
| --- | --- | --- | --- | --- | --- | --- |
| 02495 | BENTLEY, PHILIP | CRED | 07/07/03 | 09/18/03 | 2.00 | 1,050.00 |
| 05292 | BECKER, GARY M. | CRED | 07/07/03 | 08/29/03 | 9.90 | 4,504.50 |
| 05292 | BECKER, GARY M. | CRED | 09/02/03 | 09/22/03 | 8.10 | 3,807.00 |
| | PARAPROFESSIONALS | | | | | |
| 05623 | COTTO, LISA | CRED | 07/07/03 | 07/07/03 | 0.80 | 148.00 |

Total: 20.80    9,509.50

## B I L L E D   C O S T S   S U M M A R Y

| Code | Description | Oldest Entry | Latest Entry | Total Amount |
| --- | --- | --- | --- | --- |
| 0815 | TELECOPIER | 09/22/03 | 09/22/03 | 2.00 |

Total 2.00

Grand Total 9,511.50
==========

## Sub-Total Hours : 2.00 Partners    18.00 Counsels    0.00 Associates    0.80 Legal Assts    0.00 Others

## A C C O U N T S   R E C E I V A B L E   (Reflects Payments As of 11/25/03 12:40:26)

| Bill Date | Thru Date | Bill# | Fee & OA Billed | Disbursement Billed | ------ Applied From OA ------ | Total | ---- Collections ---- | Date | Balance Due |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 05/16/03 | 04/30/03 | 370445 | 455.00 | 26.55 | .00 | 481.55 | 10/23/03 | |
| 06/17/03 | 05/31/03 | 371897 | | 2.00 | .00 | 2.00 | 08/19/03 | |
| 07/24/03 | 06/30/03 | 373887 | 2,292.50 | .00 | .00 | 2,292.50 | 10/23/03 | |
| 08/31/03 | 07/31/03 | 375389 | 3,567.50 | .00 | .00 | | | 3,567.50 |
| 09/30/03 | 08/31/03 | 376733 | 1,137.50 | .00 | .00 | | | 1,137.50 |
| 11/14/03 | 09/30/03 | 379550 | 4,804.50 | 2.00 | .00 | | | 4,806.50 |

Total: 12,257.00    30.55    2,776.05    9,511.50

alp_132r: Billed Charges Analysis

Run Date & Time: 11/25/2003 12:40:26

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE   12

Matter No: 056772-00002                                          Orig Prtnr : CRED. RGTS  - 06975         Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                  Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : CREDITOR COMMITTEE                                 Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                 Status    : ACTIVE

B I L L E D   T I M E   D E T A I L

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| BENTLEY, PHILIP | 07/07/03 | Review memo to Committee re PBGC motion | 0.10 | 52.50 | 4770234 | 08/01/03 |
| BENTLEY, PHILIP | 09/17/03 | Prepare for tomorrow's committee call, and | 0.60 | 315.00 | 4835474 | 09/29/03 |
| BENTLEY, PHILIP | 09/18/03 | discs TW and voicemail re same Committee call | 1.30 | 682.50 | 4835475 | 09/29/03 |
| **Total For BENTLEY P - 02495** | | | **2.00** | **1,050.00** | | |
| BECKER, GARY M. | 07/09/03 | Review additional motions for summary judgment and prepare memo to Equity Committee re same; conf. with P. Bentley re summary judgment motions (0.3); directions to K. Mangual re transmission of motions to committee (0.2) | 3.00 | 1,365.00 | 4738324 | 07/10/03 |
| BECKER, GARY M. | 07/10/03 | Prepare memo to committee re pension funding issues (1.0); exchange email with Committee Chair Weschler re same (0.3); conf. with Bentley re same (0.1). | 1.40 | 637.00 | 4736687 | 07/09/03 |
| BECKER, GARY M. | 07/29/03 | Revise and send memo to committee re ZAI summary judgment motions (0.7) | 0.70 | 318.50 | 4761039 | 07/30/03 |
| BECKER, GARY M. | 07/30/03 | Begin report to Equity Committee re various new case issues (0.6). | 0.60 | 273.00 | 4765638 | 07/31/03 |
| BECKER, GARY M. | 07/31/03 | Work on memo to committee re recent events | 1.00 | 455.00 | 4766627 | 07/31/03 |
| BECKER, GARY M. | 08/01/03 | Finalize and distribute memo to committee | 0.70 | 318.50 | 4767767 | 08/01/03 |
| BECKER, GARY M. | 08/05/03 | Exchange email with Equity Committee re pleading | 0.20 | 91.00 | 4775889 | 08/06/03 |
| BECKER, GARY M. | 08/19/03 | Attention to agenda for omnibus hearing | 0.30 | 136.50 | 4788131 | 08/21/03 |
| BECKER, GARY M. | 08/25/03 | Prepare and circulate memo to equity committee re case issues. | 0.80 | 364.00 | 4797887 | 08/29/03 |
| BECKER, GARY M. | 08/26/03 | Fax equity committee memo to A. Mercer. | 0.20 | 91.00 | 4798511 | 08/29/03 |
| BECKER, GARY M. | 08/29/03 | Cont. with equity committee chair re motion to employ state street and emails to other committee members re court-mandated meetings with debtor. | 1.00 | 455.00 | 4801502 | 09/02/03 |
| BECKER, GARY M. | 09/02/03 | Cont. with T. Weschler re objection to debtors motion to employ State Street; revise objection. | 0.50 | 235.00 | 4817218 | 09/19/03 |
| BECKER, GARY M. | 09/10/03 | Preparations for debtor conference, including conf. with Bentley. | 0.40 | 188.00 | 4822168 | 09/19/03 |
| BECKER, GARY M. | 09/11/03 | Cont. with Bentley re debtor conference (0.4); conf. with Bentley and T. Weschler preceding debtor conference (0.4); debtor conference (1.4). | 2.20 | 1,034.00 | 4822189 | 09/19/03 |

alp_132r: Billed Charges Analysis
Run Date & Time: 11/25/2003 12:40:26

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE   13

Matter No: 056772-00002
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CREDITOR COMMITTEE
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:
Bill Frequency: M

Status   : ACTIVE

**BILLED TIME DETAIL**

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| BECKER, GARY M. | 09/15/03 | Prepare memo to committee re conf. call with debtor (1.0); conf. with Bentley re committee communications (0.2); email and fax to committee (0.3). | 1.50 | 705.00 | 4822190 | 09/19/03 |
| BECKER, GARY M. | 09/16/03 | Revise and send memo to committee re debtor negotiations. | 0.50 | 235.00 | 4814994 | 09/19/03 |
| BECKER, GARY M. | 09/18/03 | Prepare for and participate in Equity Committee conference call(1.8); separate conf. with committee chair re objection to State Street (0.3). | 2.10 | 987.00 | 4815005 | 09/19/03 |
| BECKER, GARY M. | 09/22/03 | Conf. with T. Weschler, Committee Chair, re omnibus hearing (0.4); prepare memo and circulate to committee re omnibus hearing (0.5). | 0.90 | 423.00 | 4830746 | 09/24/03 |
| Total For BECKER G - 05292 | | | 18.00 | 8,311.50 | | |
| COTTO, LISA | 07/07/03 | pacer, review claim deadline, draft proof of claim. | 0.80 | 148.00 | 4740499 | 07/14/03 |
| Total For COTTO L - 05623 | | | 0.80 | 148.00 | | |
| Fee Total | | | 20.80 | 9,509.50 | | |

**BILLED COSTS DETAIL**

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|
| TELECOPIER<br>TELECOPIER<br>04-542-1423<br>0815 | BENTLEY, P | 09/22/03 | 2.00 | 6253139 | 104088 | 09/23/03 |
| 0815 TELECOPIER Total : | | | 2.00 | | | |
| Costs Total : | | | 2.00 | | | |

alp_132r: Billed Charges Analysis

Run Date & Time: 11/25/2003 12:40:26

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    14

Matter No: 056772-00002
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CREDITOR COMMITTEE
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975          Proforma Number:
Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Supv Prtnr : MAYER THOMAS MOERS - 03976

Status     : ACTIVE

**B I L L E D   T I M E   S U M M A R Y**

| Employee Name | Hours | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|---|
| BENTLEY, PHILIP | 2.00 | 1,050.00 | | | | | |
| BECKER, GARY M. | 9.90 | 4,504.50 | | | | | |
| BECKER, GARY M. | 8.10 | 3,807.00 | | | | | |
| COTTO, LISA | 0.80 | 148.00 | | | | | |
| Total: | 20.80 | 9,509.50 | | | | | |

**B I L L E D   C O S T S   S U M M A R Y**

| Code | Description | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|---|
| 0815 | TELECOPIER | 2.00 | | | | | |
| | Costs Total : | 2.00 | | | | | |

alp_132r: Billed Charges Analysis
Run Date & Time: 11/25/2003 12:40:26

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE   15

Matter No: 056772-00003
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : FINANCING
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:
Bill Frequency: M

Status   : ACTIVE

Special Billing Instructions:

PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM: 09/19/2003                    TO:                09/19/2003
UNBILLED DISB FROM:                               TO:

                          FEES                    COSTS

GROSS BILLABLE AMOUNT:    74.00                   0.00
AMOUNT WRITTEN DOWN:
PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
AMOUNT BILLED:
THRU DATE:                09/19/2003
CLOSE MATTER/FINAL BILLING?    YES    OR    NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:   BENTLEY PHILIP - 02495    WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

ACCOUNTS RECEIVABLE TOTALS                           UNAPPLIED CASH

                                                  UNIDENTIFIED RECEIPTS:    0.00
FEES:                     74.00                   PAID FEE RETAINER:        0.00
DISBURSEMENTS:            0.00                     PAID DISB RETAINER:       0.00
FEE RETAINER:             0.00                     TOTAL AVAILABLE FUNDS:    0.00
DISB RETAINER:            0.00                     TRUST BALANCE:
TOTAL OUTSTANDING:        74.00

                                     BILLING HISTORY

DATE OF LAST BILL:        11/14/03                LAST PAYMENT DATE:        05/27/03
LAST BILL NUMBER:         379590                  FEES BILLED TO DATE:      179.00
LAST BILL THRU DATE:      09/30/03                FEES WRITTEN OFF TO DATE: 592.00

FOR ACCT'G USE ONLY:          Write Down/Up Reason Codes:
                          (1) Exceeded Fixed Fee       (6) Summer Associate
                          (2) Late Time & Costs Posted (7) Fixed Fee
                          (3) Pre-arranged Discount    (8) Premium
                          (4) Excessive Legal Time     (9) Rounding
                          (5) Business Development     (10) Client Arrangement

BILL NUMBER: _____   DATE OF BILL: _____   Processed by: _____   FRC: _____

PARAPROFESSIONALS                                                       CRC: _____

alp_132r: Billed Charges Analysis

Run Date & Time: 11/25/2003 12:40:26

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    16

Matter No: 056772-00003                                              Orig Prtnr : CRED. RGTS - 06975              Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                      Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : FINANCING                                              Supv Prtnr : MAYER THOMAS MORRS - 03976
Matter Opened : 07/27/2001                                                                                        Status    : ACTIVE

B I L L E D   T I M E   S U M M A R Y                                   ------- Total ------    Billed ------------------
Emp Id Employee Name                        Group            Oldest       Latest      Hours         Amount

05208  MANGUAL, KATHLEEN                     CRED            09/19/03     09/19/03      0.40          74.00

                          Total:                                                      0.40          74.00

Sub-Total Hours :      0.00 Partners         0.00 Counsels        0.00 Associates      0.40 Legal Assts     0.00 Others

A C C O U N T S   R E C E I V A B L E   (Reflects Payments As of 11/25/03 12:40:26)

                                         Fee & OA      Billed        Applied       ---- Collections ----        Balance
Bill Date   Thru Date  Bill#                         Disbursement    From OA        Total         Date          Due

11/14/03  09/30/03   379590                74.00        .00            .00            .00                       74.00

                          Total:           74.00        .00            .00            .00                       74.00

alp_132r: Billed Charges Analysis

Run Date & Time: 11/25/2003 12:40:26

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE   17

Matter No: 056772-00003
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : FINANCING
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:
Bill Frequency: M

Status    : ACTIVE

**B I L L E D   T I M E   D E T A I L**

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| MANGUAL, KATHLEEN | 09/19/03 | Drafting financial (0.40) | 0.40 | 74.00 | 4844019 | 10/02/03 |
| Total For MANGUAL K - 05208 | | | 0.40 | 74.00 | | |
| | | Fee Total | 0.40 | 74.00 | | |

alp_132r: Billed Charges Analysis

Run Date & Time: 11/25/2003 12:40:26

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    18

Matter No: 056772-00003                                          Orig Prtnr : CRED. RGTS - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                  Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : FINANCING                                          Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                 Status    : ACTIVE

B I L L E D   T I M E   S U M M A R Y                                 Bill          W/O / W/u        Transfer  To   Clnt/Mtr    Carry Forward
Employee Name                        Hours        Amount

MANGUAL, KATHLEEN                     0.40         74.00

           Total:                     0.40         74.00

alp_132r: Billed Charges Analysis

Run Date & Time: 11/25/2003 12:40:26

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE 19

Matter No: 056772-00005
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : BANKR. MOTIONS
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supp Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:
Bill Frequency: M

Status : ACTIVE

Special Billing Instructions:

PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM: 08/04/2003    TO: 09/16/2003
UNBILLED DISB FROM:              TO:

| | FEES | COSTS |
|---|---|---|
| GROSS BILLABLE AMOUNT: | 4,582.50 | 0.00 |
| AMOUNT WRITTEN DOWN: | | |
| PREMIUM: | | |
| ON ACCOUNT BILLED: | | |
| DEDUCTED FROM PAID RETAINER: | | |
| AMOUNT BILLED: | | |
| THRU DATE: | | |
| CLOSE MATTER/FINAL BILLING? | YES OR NO | |
| EXPECTED DATE OF COLLECTION: | 09/16/2003 | |

BILLING PARTNER APPROVAL:

BILLING COMMENTS: BENTLEY PHILIP - 02495    WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

| ACCOUNTS RECEIVABLE TOTALS | | UNIDENTIFIED RECEIPTS: | 0.00 |
|---|---|---|---|
| FEES: | 5,118.00 | PAID FEE RETAINER: | 0.00 |
| DISBURSEMENTS: | 0.00 | PAID DISB RETAINER: | 0.00 |
| FEE RETAINER: | 0.00 | TOTAL AVAILABLE FUNDS: | 0.00 |
| DISB RETAINER: | 0.00 | TRUST BALANCE: | |
| TOTAL OUTSTANDING: | 5,118.00 | | |

UNAPPLIED CASH

BILLING HISTORY

| DATE OF LAST BILL: | 11/14/03 | LAST PAYMENT DATE: | 08/19/03 |
|---|---|---|---|
| LAST BILL NUMBER: | 379550 | FEES BILLED TO DATE: | 8,710.00 |
| LAST BILL THRU DATE: | 09/30/03 | FEES WRITTEN OFF TO DATE: | 444.00 |

FOR ACCTG USE ONLY:    Write Down/Up Reason Codes:

(1) Exceeded Fixed Fee          (6) Summer Associate
(2) Late Time & Costs Posted    (7) Fixed Fee
(3) Pre-arranged Discount       (8) Premium
(4) Excessive Legal Time        (9) Rounding
(5) Business Development        (10) Client Arrangement

BILL NUMBER: _____    DATE OF BILL: _____    Processed by: _____    FRC: _____    CRC: _____

alp_132r: Billed Charges Analysis

Run Date & Time: 11/25/2003 12:40:26

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    20

Matter No: 056772-00005
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : BANKR. MOTIONS
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:
Bill Frequency: M

Status    : ACTIVE

**B I L L E D   T I M E   S U M M A R Y**

| Emp Id | Employee Name | Group | ----- Total ----- Oldest | Latest | Billed Hours | Billed Amount |
|--------|---------------|-------|--------------------------|--------|--------------|---------------|
| 05292 | BECKER, GARY M. | CRED | 08/04/03 | 08/29/03 | 4.70 | 2,138.50 |
| 05292 | BECKER, GARY M. | CRED | 09/04/03 | 09/16/03 | 5.20 | 2,444.00 |
| | Total: | | | | 9.90 | 4,582.50 |

Sub-Total Hours  :        0.00 Partners        9.90 Counsels        0.00 Associates        0.00 Legal Assts        0.00 Others

**A C C O U N T S   R E C E I V A B L E**        (Reflects Payments As of 11/25/03 12:40:26)

| Bill Date | Thru Date | Bill# | Fee & OA Billed | Disbursement | Applied From OA | Collections Total | Date | Balance Due |
|-----------|-----------|-------|-----------------|--------------|-----------------|-------------------|------|-------------|
| 06/17/03 | 05//31/03 | 371897 | 2,677.50 | .00 | .00 | 2,142.00 | 08/19/03 | 535.50 |
| 08/31/03 | 07/31/03 | 375389 | .00 | .00 | .00 | .00 | | .00 |
| 09/30/03 | 08/31/03 | 376733 | 2,138.50 | .00 | .00 | .00 | | 2,138.50 |
| 11/14/03 | 09/30/03 | 379590 | 2,444.00 | .00 | .00 | .00 | | 2,444.00 |
| | | Total: | 7,260.00 | .00 | .00 | 2,142.00 | | 5,118.00 |

alp_132r: Billed Charges Analysis
Run Date & Time: 11/25/2003 12:40:26

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE   21

Matter No: 056772-00005
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : BANKR. MOTIONS
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:
Bill Frequency: M

Status : ACTIVE

**BILLED TIME DETAIL**

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| BECKER, GARY M. | 08/04/03 | Prepare response to motion to extend exclusivity and circulate to equity committee (1.6). | 1.60 | 728.00 | 4775576 | 08/06/03 |
| BECKER, GARY M. | 08/07/03 | Finalize and send response to motion to extend exclusivity to local counsel for filing. | 0.30 | 136.50 | 4788132 | 08/21/03 |
| BECKER, GARY M. | 08/22/03 | Prepare for hearing on debtor's motion to extend exclusivity, including review of PI committee objection (0.8). | 0.80 | 364.00 | 4797888 | 08/29/03 |
| BECKER, GARY M. | 08/27/03 | Review motion to appoint State Street bank as investment manager and fiduciary. | 0.60 | 273.00 | 4798512 | 08/29/03 |
| BECKER, GARY M. | 08/29/03 | Prepare objection to debtors motion to employ State Street Bank as investment manager and fiduciary | 1.40 | 637.00 | 4801503 | 09/02/03 |
| BECKER, GARY M. | 09/04/03 | Revise objection to State Street motion to reflect comments by equity committee and conf. with T. Weschler re same | 0.50 | 235.00 | 4817219 | 09/19/03 |
| BECKER, GARY M. | 09/05/03 | Conf. with T. Weschler re objection to State Street motion (0.3); finalize objection and send to local counsel for filing (0.5); conf. with Debtors counsel re objection (0.5); exchange emails with Weschler and debtors counsel re phone conf. to resolve objection (0.5) | 2.80 | 1,316.00 | 4817220 | 09/19/03 |
| BECKER, GARY M. | 09/08/03 | Conf. with C. Lutgens re pension issues associated with objection to State Street motion (0.4); conf. with T. Weschler re same objection (0.5). | 0.90 | 423.00 | 4822191 | 09/19/03 |
| BECKER, GARY M. | 09/15/03 | Review debtor's response to objection regarding appoint of State Street. | 0.50 | 235.00 | 4822192 | 09/19/03 |
| BECKER, GARY M. | 09/16/03 | Review agenda for court hearing on State Street motion; review unsecured creditors committee objection re motion. | 0.50 | 235.00 | 4814995 | 09/19/03 |

Total For BECKER G - 05292

Fee Total        9.90        4,582.50

Total For BECKER G - 05292        9.90        4,582.50

alp_132r: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    22

Run Date & Time: 11/25/2003 12:40:26

Matter No: 056772-00005                                    Orig Prtnr : CRED. RGTS - 06975           Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : BANKR. MOTIONS                               Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                           Status    : ACTIVE

B I L L E D   T I M E   S U M M A R Y

| Employee Name   | Hours | Amount    | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|-----------------|-------|-----------|------|-----------|-------------|----------|---------------|
| BECKER, GARY M. | 4.70  | 2,138.50  |      |           |             |          |               |
| BECKER, GARY M. | 5.20  | 2,444.00  |      |           |             |          |               |
| Total:          | 9.90  | 4,582.50  |      |           |             |          |               |

alp_132r: Billed Charges Analysis

Run Date & Time: 11/25/2003 12:40:26

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    23

Matter No: 056772-00008
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : FEE APPLICATIONS, APPLICANT
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:
Bill Frequency: M

Status      : ACTIVE

Special Billing Instructions:

---

PRE-BILLING SUMMARY REPORT

| | | |
|---|---|---|
| UNBILLED TIME FROM: | 07/25/2003 | TO: | 09/30/2003 |
| UNBILLED DISB FROM: | 08/12/2003 | TO: | 08/12/2003 |

| | FEES | COSTS |
|---|---|---|
| GROSS BILLABLE AMOUNT: | 1,950.50 | 28.04 |
| AMOUNT WRITTEN DOWN: | | |
| PREMIUM: | | |
| ON ACCOUNT BILLED: | | |
| DEDUCTED FROM PAID RETAINER: | | |
| AMOUNT BILLED: | | |
| THRU DATE: | 09/30/2003 | 08/12/2003 |
| CLOSE MATTER/FINAL BILLING? | YES    OR    NO | |
| EXPECTED DATE OF COLLECTION: | | |

BILLING PARTNER APPROVAL:

BILLING COMMENTS:

BENTLEY PHILIP - 02495    WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

---

| ACCOUNTS RECEIVABLE TOTALS | | UNAPPLIED CASH |
|---|---|---|
| FEES: | 2,157.10 | |
| DISBURSEMENTS: | 28.04 | UNIDENTIFIED RECEIPTS: | 0.00 |
| FEE RETAINER: | 0.00 | PAID FEE RETAINER: | 0.00 |
| DISB RETAINER: | 0.00 | PAID DISB RETAINER: | 0.00 |
| TOTAL OUTSTANDING: | 2,185.14 | TOTAL AVAILABLE FUNDS: | 0.00 |
| | | TRUST BALANCE: | |
| | | BILLING HISTORY | |

| | | |
|---|---|---|
| DATE OF LAST BILL: | 11/14/03 | LAST PAYMENT DATE: | 10/23/03 |
| LAST BILL NUMBER: | 379590 | FEES BILLED TO DATE: | 52,392.50 |
| LAST BILL THRU DATE: | 09/30/03 | FEES WRITTEN OFF TO DATE: | 222.00 |

FOR ACCTG USE ONLY:    Write Down/Up Reason Codes:

(1) Exceeded Fixed Fee        (6) Summer Associate
(2) Late Time & Costs Posted  (7) Fixed Fee
(3) Pre-arranged Discount     (8) Premium
(4) Excessive Legal Time      (9) Rounding
(5) Business Development      (10) Client Arrangement

BILL NUMBER: _____    DATE OF BILL: _____    Processed by: _____    FRC: _____

CRC: _____

alp_132i: Billed Charges Analysis
Run Date & Time: 11/25/2003 12:40:26

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE   24

Matter No: 056772-00008

Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : FEE APPLICATIONS, APPLICANT
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:
Bill Frequency: M

Status  : ACTIVE

**B I L L E D   T I M E   S U M M A R Y**

| Emp Id | Employee Name | Group | Oldest | Latest | Total Billed Hours | Amount |
|---|---|---|---|---|---|---|
| 05292 | BECKER, GARY M. | CRED | 09/22/03 | 09/22/03 | 0.40 | 188.00 |
| | PARAPROFESSIONALS | | | | | |
| 05208 | MANGUAL, KATHLEEN | CRED | 07/25/03 | 09/30/03 | 8.70 | 1,609.50 |
| 05408 | CURNEY, LUEANN | CRED | 08/12/03 | 08/12/03 | 0.90 | 153.00 |
| | Total: | | | | 10.00 | 1,950.50 |

Sub-Total Hours : 0.00 Partners    0.40 Counsels    0.00 Associates    9.60 Legal Assts    0.00 Others

**B I L L E D   C O S T S   S U M M A R Y**

| Code | Description | Oldest Entry | Latest Entry | Total Billed Amount |
|---|---|---|---|---|
| 0820 | PHOTOCOPYING | 08/12/03 | 08/12/03 | 16.14 |
| 0930 | MESSENGER/COURIER | 08/12/03 | 08/12/03 | 11.90 |
| | Total: | | | 28.04 |

Grand Total: 1,978.54

**A C C O U N T S   R E C E I V A B L E**    (Reflects Payments As of 11/25/03 12:40:26)

| Bill Date | Thru Date | Bill# | Fee & OA Billed | Disbursement | Applied From OA | Total | Collections Date | Balance Due |
|---|---|---|---|---|---|---|---|---|
| 05/16/03 | 04/30/03 | 370445 | 851.00 | .00 | .00 | 851.00 | 10/23/03 | |
| 06/17/03 | 05/31/03 | 371897 | 1,033.00 | .00 | .00 | 826.40 | 08/19/03 | 206.60 |
| 07/24/03 | 06/30/03 | 373811 | 708.50 | .00 | .00 | 708.50 | 10/23/03 | |
| 08/31/03 | 07/31/03 | 375389 | 203.50 | .00 | .00 | .00 | | 203.50 |
| 09/30/03 | 08/31/03 | 376733 | 1,059.50 | .00 | .00 | .00 | | 1,087.54 |
| 11/14/03 | 09/30/03 | 379590 | 687.50 | 28.04 | .00 | .00 | | 687.50 |
| Total: | | | 4,543.00 | 28.04 | | 2,385.90 | | 2,185.14 |

```
alp_132r: Billed Charges Analysis                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE  25

Run Date & Time: 11/25/2003 12:40:26                    *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00008                        Orig Prtnr : CRED. RGTS  - 06975        Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE        Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT        Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                            Status    : ACTIVE
```

## BILLED TIME DETAIL

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| BECKER, GARY M. | 09/22/03 | Review and revise August invoice. | 0.40 | 188.00 | 4830747 | 09/24/03 |
| **Total For BECKER G - 05292** | | | **0.40** | **188.00** | | |
| CURNEY, LUEANN | 08/12/03 | Revised quarterly fee application. Drafted memo to committee members re: 9th interim fee app | 0.90 | 153.00 | 4799344 | 09/02/03 |
| **Total For CURNEY L - 05408** | | | **0.90** | **153.00** | | |
| MANGUAL, KATHLEEN | 07/25/03 | draft monthly fee application (1.1) | 1.10 | 203.50 | 4771383 | 08/01/03 |
| MANGUAL, KATHLEEN | 08/04/03 | review time detail for the 9th interim fee app (.70) | 0.70 | 129.50 | 4803361 | 09/03/03 |
| MANGUAL, KATHLEEN | 08/11/03 | revisions to June Monthly Fee App (.60) | 0.60 | 111.00 | 4793628 | 08/26/03 |
| MANGUAL, KATHLEEN | 08/12/03 | draft Kramer Levin's Interim Fee Application (.90); prepare monthly, draft cover ltr and send to local counsel (.40) | 1.30 | 240.50 | 4793629 | 08/26/03 |
| MANGUAL, KATHLEEN | 08/18/03 | preparation of Kramer Levin's 9th Interim Fee App (.40), attend to service to committee members and draft cover memo (.60), attend to service to local counsel (.20) | 1.20 | 222.00 | 4793630 | 08/26/03 |
| MANGUAL, KATHLEEN | 08/29/03 | draft July monthly fee application (1.1) | 1.10 | 203.50 | 4800508 | 09/02/03 |
| MANGUAL, KATHLEEN | 09/09/03 | review of 8th Q spreadsheet (.30) | 0.30 | 55.50 | 4822193 | 09/19/03 |
| MANGUAL, KATHLEEN | 09/15/03 | reply to local counsel re: obj received re: quarterly fee app (.20) | 0.20 | 37.00 | 4825779 | 09/22/03 |
| MANGUAL, KATHLEEN | 09/11/03 | Disc/w Fee auditor re quarterly (0.40) | 0.40 | 74.00 | 4903726 | 11/12/03 |
| MANGUAL, KATHLEEN | 09/23/03 | attend to service of Grace July Fee App, draft ltr (.70) | 0.70 | 129.50 | 4844020 | 10/02/03 |
| MANGUAL, KATHLEEN | 09/30/03 | draft Aug. Monthly fee application, disc/w accounting re: such (1.1) | 1.10 | 203.50 | 4844021 | 10/02/03 |
| **Total For MANGUAL K - 05208** | | | **8.70** | **1,609.50** | | |
| | | **Fee Total** | **10.00** | **1,950.50** | | |

## BILLED COSTS DETAIL

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|
| PHOTOCOPYING | | | | | | |
| PHOTOCOPYING 0820 | CURNEY, L C | 08/12/03 | 16.14 | 6207933 | 102607 | 08/14/03 |
| CURNEY LUEANN | | | | | | |
| **0820 PHOTOCOPYING Total :** | | | **16.14** | | | |

alp_132r: Billed Charges Analysis                                                                                                                          PAGE    26

Run Date & Time: 11/25/2003 12:40:26

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00008                           Orig Prtnr : CRED. RGTS - 06975                    Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE   Bill Prtnr : BENTLEY PHILIP - 02495               Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT         Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                           Status        : ACTIVE

B I L L E D   C O S T S   D E T A I L

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|
| MESSENGER/COURIER | | | | | | |
|    0930 | | | | | | |
| FEDERAL EXPRESS CORPORAT | CURNEY, L C | 08/12/03 | 11.90 | 6240965 | 103804 | 09/12/03 |
| MESSENGER/COURIER - VENDOR-FEDERAL EXPRESS | | | | | | |
| CORPORATION | | | | | | |
|    0930 MESSENGER/COURIER Total : | | | 11.90 | | | |
| | | | | | | |
|    Costs Total : | | | 28.04 | | | |

alp_132r: Billed Charges Analysis

Run Date & Time: 11/25/2003 12:40:26

KRAMER LEVIN NAFTALIS & FRANKEL, LLP

*PRIVILEGED AND CONFIDENTIAL*

PAGE    27

Matter No: 056772-00008
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : FEE APPLICATIONS, APPLICANT
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:
Bill Frequency: M

Status    : ACTIVE

## B I L L E D   T I M E   S U M M A R Y

| Employee Name | Hours | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|---|
| BECKER, GARY M. | 0.40 | 188.00 | | | | | |
| MANGUAL, KATHLEEN | 8.70 | 1,609.50 | | | | | |
| CURNEY, LUEANN | 0.90 | 153.00 | | | | | |
| **Total:** | **10.00** | **1,950.50** | | | | | |

## B I L L E D   C O S T S   S U M M A R Y

| Code | Description | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|---|
| 0820 | PHOTOCOPYING | 16.14 | | | | | |
| 0930 | MESSENGER/COURIER | 11.90 | | | | | |
| | Costs Total : | 28.04 | | | | | |

```
alp_132r: Billed Charges Analysis                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE   28
Run Date & Time: 11/25/2003 12:40:26                          *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00011                          Orig Prtnr : CRED. RGTS  - 06975            Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  Bill Prtnr : BENTLEY PHILIP - 02495            Bill Frequency: M
Matter Name : ASSET ANALYSIS AND RECOVERY        Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                   Status    : ACTIVE

Special Billing Instructions:

                                            PRE-BILLING SUMMARY REPORT

     UNBILLED TIME FROM:                     TO:
     UNBILLED DISB FROM:  09/15/2003         TO:  09/15/2003

                          FEES                       COSTS

     GROSS BILLABLE AMOUNT:          0.00                    106.88
     AMOUNT WRITTEN DOWN:
             PREMIUM:
     ON ACCOUNT BILLED:
     DEDUCTED FROM PAID RETAINER:
             AMOUNT BILLED:
             THRU DATE:                                      09/15/2003
     CLOSE MATTER/FINAL BILLING?    YES  OR  NO
     EXPECTED DATE OF COLLECTION:

     BILLING PARTNER APPROVAL:

     BILLING COMMENTS:           BENTLEY PHILIP - 02495       WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

                             ACCOUNTS RECEIVABLE TOTALS                        UNAPPLIED CASH

     FEES:                              0.00    UNIDENTIFIED RECEIPTS:           0.00
     DISBURSEMENTS:                   106.88    PAID FEE RETAINER:               0.00
     FEE RETAINER:                      0.00    PAID DISB RETAINER:              0.00
     DISB RETAINER:                     0.00    TOTAL AVAILABLE FUNDS:           0.00
     TOTAL OUTSTANDING:               106.88    TRUST BALANCE:

                                             BILLING HISTORY

     DATE OF LAST BILL:      11/14/03    FEES BILLED TO DATE:              0.00
     LAST BILL NUMBER:        379590    FEES WRITTEN OFF TO DATE:        333.00
     LAST BILL THRU DATE:    09/30/03

FOR ACCTG USE ONLY:       Write Down/Up Reason Codes:

                          (1)  Exceeded Fixed Fee        (6)  Summer Associate
                          (2)  Late Time & Costs Posted  (7)  Fixed Fee
                          (3)  Pre-arranged Discount     (8)  Premium
                          (4)  Excessive Legal Time      (9)  Rounding
                          (5)  Business Development      (10) Client Arrangement

BILL NUMBER:_____          DATE OF BILL:_____      Processed by:_____      FRC:_____

                                                                                       CRC:_____
```