alp_132r: Billed Charges Analysis

Run Date & Time: 11/25/2003 12:40:26

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    29

Matter No: 056772-00011
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : ASSET ANALYSIS AND RECOVERY
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:
Bill Frequency: M

Status : ACTIVE

B I L L E D   C O S T S   S U M M A R Y

| Code | Description | ------ Oldest Entry | Latest Entry | ------ Total Billed ------ | Total Amount |
|------|-------------|--------------|--------------|--------------|--------------|
| 0930 | MESSENGER/COURIER | 09/15/03 | 09/15/03 | | 106.88 |
| | Total | | | | 106.88 |
| | Grand Total | | | | 106.88 |

A C C O U N T S   R E C E I V A B L E   (Reflects Payments As of 11/25/03 12:40:26)

| Bill Date | Thru Date | Bill# | Fee & OA | Billed Disbursement | Applied From OA | Total | Collections Total Date | Balance Due |
|-----------|-----------|-------|----------|----------|----------|-------|----------|----------|
| 11/14/03 | 09/30/03 | 379590 | .00 | 106.88 | .00 | 106.88 | .00 | 106.88 |
| | | Total: | .00 | 106.88 | .00 | 106.88 | .00 | 106.88 |

alp_132r: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
"PRIVILEGED AND CONFIDENTIAL"

PAGE    30

Run Date & Time: 11/25/2003 12:40:26

Matter No: 056772-00011                    Orig Prtnr : CRED. RGTS    - 06975              Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE    Bill Prtnr : BENTLEY PHILIP - 02495              Bill Frequency: M
Matter Name : ASSET ANALYSIS AND RECOVERY          Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                 Status        : ACTIVE

B I L L E D    C O S T S    D E T A I L

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|
| MESSENGER/COURIER | | | | | | |
| 0930 | | | | | | |
| FEDERAL EXPRESS CORPORAT | MANGUAL, K M | 09/15/03 | 106.88 | 6243341 | 103818 | 09/15/03 |
| MESSENGER/COURIER - VENDOR-FEDERAL EXPRESS | | | | | | |
| CORPORATION | | | | | | |
| | 0930 MESSENGER/COURIER Total : | | 106.88 | | | |

Costs Total :    106.88

alp_132r: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE   31

Run Date & Time: 11/25/2003 12:40:26

Matter No: 056772-00011                                    Orig Prtnr : CRED. RGTS  - 06975        Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : ASSET ANALYSIS AND RECOVERY                 Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                          Status      : ACTIVE

B I L L E D   C O S T S   S U M M A R Y

| Code | Description | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|------|-------------|--------|------|-----------|-------------|----------|---------------|
| 0930 | MESSENGER/COURIER | 106.88 | | | | | |
| | Costs Total : | 106.88 | | | | | |

alp_132r: Billed Charges Analysis

Run Date & Time: 11/25/2003 12:40:26

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    32

Matter No: 056772-00012
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:
Bill Frequency: M

Status    : ACTIVE

Special Billing Instructions:

---

### PRE-BILLING SUMMARY REPORT

| | FEES | COSTS |
|---|---|---|
| UNBILLED TIME FROM: | 07/10/2003 | 09/16/2003 |
| UNBILLED DISB FROM: | 07/11/2003 | 07/11/2003 |
| | TO: | TO: |

| | | |
|---|---|---|
| GROSS BILLABLE AMOUNT: | 2,163.00 | 2.69 |
| AMOUNT WRITTEN DOWN: | | |
| PREMIUM: | | |
| ON ACCOUNT BILLED: | | |
| DEDUCTED FROM PAID RETAINER: | | |
| AMOUNT BILLED: | | |
| THRU DATE: | | |
| CLOSE MATTER/FINAL BILLING?    YES    OR    NO | | |
| EXPECTED DATE OF COLLECTION: | 09/16/2003 | |

BILLING PARTNER APPROVAL:

BILLING COMMENTS:

BENTLEY PHILIP - 02495    WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

---

| | | ACCOUNTS RECEIVABLE TOTALS | | | UNAPPLIED CASH |
|---|---|---|---|---|---|
| FEES: | 3,999.63 | UNIDENTIFIED RECEIPTS: | 0.00 | | |
| DISBURSEMENTS: | 2.69 | PAID FEE RETAINER: | 0.00 | | |
| FEE RETAINER: | 0.00 | PAID DISB RETAINER: | 0.00 | | |
| DISB RETAINER: | 0.00 | TOTAL AVAILABLE FUNDS: | 0.00 | | |
| TOTAL OUTSTANDING: | 4,002.32 | TRUST BALANCE: | | | |
| | | BILLING HISTORY | | | |
| DATE OF LAST BILL: | 11/14/03 | LAST PAYMENT DATE: | 10/23/03 | | |
| LAST BILL NUMBER: | 379590 | FEES BILLED TO DATE: | 164,963.00 | | |
| LAST BILL THRU DATE: | 09/30/03 | FEES WRITTEN OFF TO DATE: | 4,417.50 | | |

---

FOR ACCT'G USE ONLY:

Write Down/Up Reason Codes:

(1) Exceeded Fixed Fee          (6) Summer Associate
(2) Late Time & Costs Posted    (7) Fixed Fee
(3) Pre-arranged Discount       (8) Premium
(4) Excessive Legal Time        (9) Rounding
(5) Business Development         (10) Client Arrangement

BILL NUMBER:_____    DATE OF BILL:_____    Processed by:_____    FRC:_____    CRC:_____

alp_132r: Billed Charges Analysis

KRAMER, LEVIN, NAFTALIS & FRANKEL, LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE   33

Run Date & Time: 11/25/2003 12:40:26

Matter No: 056772-00012                                    Orig Prtnr : CRED. RGTS - 06975        Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr  : BENTLEY PHILIP - 02495   Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION (ASBESTOS)   Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                        Status    : ACTIVE

B I L L E D   T I M E   S U M M A R Y   ------------------- Total ------------------- ----------- Billed -----------

| Emp Id | Employee Name | Group | Oldest | Latest | Billed Hours | Amount |
|--------|---------------|-------|--------|--------|--------------|--------|
| 02495  | BENTLEY, PHILIP | CRED | 07/12/03 | 09/16/03 | 3.60 | 1,890.00 |
| 05292  | BECKER, GARY M. | CRED | 07/10/03 | 07/10/03 | 0.60 | 273.00 |
|        | Total: |      |        |        | 4.20 | 2,163.00 |

Sub-Total Hours :     3.60 Partners      0.60 Counsels      0.00 Associates      0.00 Legal Assts      0.00 Others

B I L L E D   C O S T S   S U M M A R Y   ---------------- Total Billed ----------------

| Code | Description | Oldest Entry | Latest Entry | Total Amount |
|------|-------------|--------------|--------------|--------------|
| 0820 | PHOTOCOPYING | 07/11/03 | 07/11/03 | 2.69 |
|      | Total |      |      | 2.69 |
|      | Grand Total |      |      | 2,165.69 |

A C C O U N T S   R E C E I V A B L E   (Reflects Payments As of 11/25/03 12:40:26)

| | Fee & OA | Billed Disbursement | Applied From OA | ---- Collections ---- Total | Date | Balance Due |
|--|----------|---------------------|-----------------|-----------------------------|------|-------------|
| Bill Date Thru Date Bill# | | | | | | |
| 05/16/03 04/30/03 370445 | 2,181.50 | 14.00 | | 774.20 10/23/03 | | 1,421.30 |
| 06/17/03 05/31/03 371897 | 1,659.50 | .00 | | 1,327.57 08/19/03 | | 331.93 |
| 07/24/03 06/30/03 373811 | 2,845.50 | 1.79 | | 2,763.89 10/23/03 | | 83.40 |
| 08/31/03 07/31/03 375389 | 535.50 | 2.69 | | .00 | | 538.19 |
| 11/14/03 09/30/03 379590 | 1,627.50 | .00 | | .00 | | 1,627.50 |
| Total: | 8,849.50 | 18.48 | | 4,865.66 | | 4,002.32 |

alp_132r: Billed Charges Analysis

Run Date & Time: 11/25/2003 12:40:26

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE  34

Matter No: 056772-00012
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:
Bill Frequency: M

Status  : ACTIVE

**B I L L E D   T I M E   D E T A I L**

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| BENTLEY, PHILIP | 07/12/03 | Review articles re pending legislation | 0.30 | 157.50 | 4772235 | 08/01/03 |
| BENTLEY, PHILIP | 07/23/03 | Trade emails | 0.10 | 52.50 | 4772236 | 08/01/03 |
| BENTLEY, PHILIP | 07/28/03 | Trade voicemails | 0.10 | 52.50 | 4772237 | 08/01/03 |
| BENTLEY, PHILIP | 09/10/03 | Trade voicemails and emails | 0.20 | 105.00 | 4835476 | 09/29/03 |
| BENTLEY, PHILIP | 09/11/03 | Conf call with Debtors, et al re settlement negotiations (1.4), discs GB and TW re same (0.8) and notes and review of documents re same (0.6) | 2.80 | 1,470.00 | 4835477 | 09/29/03 |
| BENTLEY, PHILIP | 09/16/03 | Trade emails | 0.10 | 52.50 | 4835478 | 09/29/03 |

Total For BENTLEY P - 02495                                3.60   1,890.00

BECKER, GARY M.   07/10/03 Research re asbestos bill progress   0.60   273.00   4761040 07/30/03

Total For BECKER G - 05292                                0.60    273.00

Fee Total                                                4.20   2,163.00

**B I L L E D   C O S T S   D E T A I L**

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|
| PHOTOCOPYING | | | | | | |
| PHOTOCOPYING | | | | | | |
| BENTLEY PHILIP | 0820 | BENTLEY, P | 07/11/03 | 2.69 | 6170634 | 101171 | 07/15/03 |

0820 PHOTOCOPYING Total :                                  2.69

Costs Total :                                              2.69

alp_132r: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE   35

Run Date & Time: 11/25/2003 12:40:26

Matter No: 056772-00012                                          Orig Prtnr : CRED. RGTS - 06975         Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                  Bill Prtnr  : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)    Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                              Status    : ACTIVE

B I L L E D   T I M E   S U M M A R Y

| Employee Name | Hours | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|---|
| BENTLEY, PHILIP | 3.60 | 1,890.00 | | | | | |
| BECKER, GARY M. | 0.60 | 273.00 | | | | | |
| Total: | 4.20 | 2,163.00 | | | | | |

B I L L E D   C O S T S   S U M M A R Y

| Code | Description | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|---|
| 0820 | PHOTOCOPYING | 2.69 | | | | | |
| | Costs Total : | 2.69 | | | | | |

alp_132r: Billed Charges Analysis

Run Date & Time: 11/25/2003 12:40:26

**KRAMER LEVIN NAFTALIS & FRANKEL LLP**
***PRIVILEGED AND CONFIDENTIAL***

PAGE 36

Matter No: 056772-00013
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : FRAUDULENT CONVEYANCE ADV. PROCEEDING
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:
Bill Frequency: M

Status      : ACTIVE

----------------------------------------------------------------------

Special Billing Instructions:

----------------------------------------------------------------------

PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM:                    TO:
UNBILLED DISB FROM:                    TO:

|  | FEES | COSTS |
|---|---|---|
| GROSS BILLABLE AMOUNT: | 0.00 | 0.00 |
| AMOUNT WRITTEN DOWN: | | |
| PREMIUM: | | |
| ON ACCOUNT BILLED: | | |
| DEDUCTED FROM PAID RETAINER: | | |
| AMOUNT BILLED: | | |
| THRU DATE: | | |
| CLOSE MATTER/FINAL BILLING? | YES OR NO | |
| EXPECTED DATE OF COLLECTION: | | |

BILLING PARTNER APPROVAL:

BILLING COMMENTS:

BENTLEY PHILIP - 02495                WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

----------------------------------------------------------------------

|  | ACCOUNTS RECEIVABLE TOTALS | | UNAPPLIED CASH |
|---|---|---|---|
| FEES: | 134.00 | UNIDENTIFIED RECEIPTS: | 0.00 |
| DISBURSEMENTS: | 0.00 | PAID FEE RETAINER: | 0.00 |
| FEE RETAINER: | 0.00 | PAID DISB RETAINER: | 0.00 |
| DISB RETAINER: | 0.00 | TOTAL AVAILABLE FUNDS: | 0.00 |
| TOTAL OUTSTANDING: | 134.00 | TRUST BALANCE: | |

BILLING HISTORY

| DATE OF LAST BILL: | 06/17/03 | LAST PAYMENT DATE: | 10/23/03 |
|---|---|---|---|
| LAST BILL NUMBER: | 371897 | FEES BILLED TO DATE: | 73,734.00 |
| LAST BILL THRU DATE: | 05/31/03 | FEES WRITTEN OFF TO DATE: | 1,600.00 |

FOR ACCTG USE ONLY:        Write Down/Up Reason Codes:

    (1) Exceeded Fixed Fee          (6) Summer Associate
    (2) Late Time & Costs Posted    (7) Fixed Fee
    (3) Pre-arranged Discount       (8) Premium
    (4) Excessive Legal Time        (9) Rounding
    (5) Business Development         (10) Client Arrangement

BILL NUMBER:_____  DATE OF BILL:_____  Processed by:_____  FRC:_____

CRC:_____

alp_132r: Billed Charges Analysis

Run Date & Time: 11/25/2003 12:40:26

KRAMER LEVIN NAFTALIS & FRANKEL LLP

*PRIVILEGED AND CONFIDENTIAL*

PAGE  37

Matter No: 056772-00013
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : FRAUDULENT CONVEYANCE ADV. PROCEEDING
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:
Bill Frequency: M

Status     : ACTIVE

**A C C O U N T S   R E C E I V A B L E**   (Reflects Payments As of 11/25/03 12:40:26)

| Bill Date | Thru Date | Bill# | Fee & OA | Billed Disbursement | Applied From OA | Total | Date | Balance Due |
|-----------|-----------|-------|----------|---------------------|-----------------|-------|------|-------------|
| 05/16/03 | 04/30/03 | 370445 | 100.50 | 926.30 | | 926.30 | 10/23/03 | 100.50 |
| 06/17/03 | 05/31/03 | 371897 | 167.50 | .00 | | 134.00 | 08/19/03 | 33.50 |
| Total: | | | 268.00 | 926.30 | | 1,060.30 | | 134.00 |

alp_132r: Billed Charges Analysis

**KRAMER LEVIN NAFTALIS & FRANKEL LLP**
**\*PRIVILEGED AND CONFIDENTIAL\***

PAGE    38

Run Date & Time: 11/25/2003 12:40:26

Matter No: 056772-00019
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : HEARINGS
Matter Opened : 09/06/2002

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:
Bill Frequency: M

Status    : ACTIVE

Special Billing Instructions:

---

**PRE-BILLING SUMMARY REPORT**

|  | FEES | COSTS |
|---|---|---|
| UNBILLED TIME FROM: | 08/25/2003 | TO: | 09/22/2003 |
| UNBILLED DISB FROM: | 07/09/2003 | TO: | 08/25/2003 |

GROSS BILLABLE AMOUNT:          2,305.00          25.00
AMOUNT WRITTEN DOWN:
PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
AMOUNT BILLED:
THRU DATE:                                08/25/2003
CLOSE MATTER/FINAL BILLING?      YES    OR    NO
EXPECTED DATE OF COLLECTION:             09/22/2003

BILLING PARTNER APPROVAL:

BILLING COMMENTS:          BENTLEY PHILIP - 02495    WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

---

|  | ACCOUNTS RECEIVABLE TOTALS | | UNAPPLIED CASH |
|---|---|---|---|
| FEES: | 2,760.00 | UNIDENTIFIED RECEIPTS: | 0.00 |
| DISBURSEMENTS: | 25.00 | PAID FEE RETAINER: | 0.00 |
| FEE RETAINER: | 0.00 | PAID DISB RETAINER: | 0.00 |
| DISB RETAINER: | 0.00 | TOTAL AVAILABLE FUNDS: | 0.00 |
| TOTAL OUTSTANDING: | 2,785.00 | TRUST BALANCE: | |
|  |  | BILLING HISTORY | |

DATE OF LAST BILL:      11/14/03      LAST PAYMENT DATE:      10/23/03
LAST BILL NUMBER:       379590        FEES BILLED TO DATE:    51,157.50
LAST BILL THRU DATE:    09/30/03      FEES WRITTEN OFF TO DATE: 5,087.68

---

FOR ACCTG USE ONLY:          Write Down/Up Reason Codes:

(1) Exceeded Fixed Fee              (6) Summer Associate
(2) Late Time & Costs Posted        (7) Fixed Fee
(3) Pre-arranged Discount           (8) Premium
(4) Excessive Legal Time            (9) Rounding
(5) Business Development            (10) Client Arrangement

BILL NUMBER:_____    DATE OF BILL:_____    Processed by:_____    FRC:_____

_____    _____    CRC:_____

alp_131r: Billed Charges Analysis

Run Date & Time: 11/25/2003 12:40:26

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE 39

| | |
|---|---|
| Matter No: 056772-00019 | Orig Prtnr : CRED. RGTS - 06975 |
| Client Name : W.R. GRACE & CO. EQUITY COMMITTEE | Bill Prtnr : BENTLEY PHILIP - 02495 |
| Matter Name : HEARINGS | Supv Prtnr : MAYER THOMAS MOERS - 03976 |
| Matter Opened : 09/06/2002 | |

Proforma Number:
Bill Frequency: M

Status : ACTIVE

## BILLED TIME SUMMARY

| Emp Id | Employee Name | Group | ------- Total ------- | | Billed | |
|---|---|---|---|---|---|---|
| | | | Oldest | Latest | Hours | Amount |
| 05292 | BECKER, GARY M. | CRED | 08/25/03 | 08/25/03 | 3.00 | 1,365.00 |
| 05292 | BECKER, GARY M. | CRED | 09/22/03 | 09/22/03 | 2.00 | 940.00 |
| | | Total: | | | 5.00 | 2,305.00 |

Sub-Total Hours :   0.00 Partners   5.00 Counsels   0.00 Associates   0.00 Legal Assts   0.00 Others

## BILLED COSTS SUMMARY

| Code | Description | Oldest Entry | Latest Entry | Total Billed | Total Amount |
|---|---|---|---|---|---|
| 0940 | CAB FARES | 07/09/03 | 08/25/03 | | 25.00 |
| | Total | | | | 25.00 |
| | Grand Total | | | | 2,330.00 |

## ACCOUNTS RECEIVABLE

(Reflects Payments As of 11/25/03 12:40:26)

| Bill Date | Thru Date | Bill# | Fee & OA Billed | Disbursement | Applied From OA | ---- Collections ---- | | Balance |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Total | Date | Due |
| 07/24/03 | 06/30/03 | 373811 | 455.00 | .00 | | .00 | | 455.00 |
| 08/31/03 | 07/31/03 | 375389 | | 12.00 | | .00 | | 12.00 |
| 09/30/03 | 08/31/03 | 376733 | 1,365.00 | 13.00 | | .00 | | 1,378.00 |
| 11/14/03 | 09/30/03 | 379550 | 940.00 | .00 | | .00 | | 940.00 |
| | | Total: | 2,760.00 | 25.00 | | .00 | | 2,785.00 |

alp_132r: Billed Charges Analysis

Run Date & Time: 11/25/2003 12:40:26

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    40

Matter No: 056772-00019
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : HEARINGS
Matter Opened : 09/06/2002

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supp Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:
Bill Frequency: M

Status    : ACTIVE

**BILLED TIME DETAIL**

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| BECKER, GARY M. | 08/25/03 | Prepare for and attend omnibus court hearing in Wilmington. | 3.00 | 1,365.00 | 4797889 | 08/29/03 |
| BECKER, GARY M. | 09/22/03 | Prepare for and participate in omnibus hearing, including preparation for argument on State Street motion. | 2.00 | 940.00 | 4830748 | 09/24/03 |

Total For BECKER G - 05292                                    5.00    2,305.00

**Fee Total**                                                 5.00    2,305.00

**BILLED COSTS DETAIL**

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|
| CAB FARES | | | | | | |
| 0940 | | | | | | |
| CAB FARES - VENDOR-GARY M. BECKER CAB | GARY M. BECKER | 07/09/03 | 6.00 | 6165602 | 100983 | 07/09/03 |
| CAB FARES - VENDOR-GARY M. BECKER CAB | BECKER, G M | 07/09/03 | 6.00 | 6165603 | 100983 | 07/09/03 |
| CAB FARES - VENDOR GARY M. BECKER CAB | BECKER, G M | 08/25/03 | 13.00 | 6233336 | 103604 | 09/08/03 |
| CAB FARES - VENDOR-GARY M. BECKER | BECKER, G M | | | | | |

0940 CAB FARES Total :                                        25.00

Costs Total :                                                 25.00

alp_132r: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    41

Run Date & Time: 11/25/2003 12:40:26

Matter No: 056772-00019                                Orig Prtnr : CRED. RGTS  - 06975        Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE        Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : HEARINGS                                 Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                      Status     : ACTIVE

**B I L L E D   T I M E   S U M M A R Y**

| Employee Name | Hours | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|---|
| BECKER, GARY M. | 2.00 | 940.00 | | | | | |
| BECKER, GARY M. | 3.00 | 1,365.00 | | | | | |
| Total: | 5.00 | 2,305.00 | | | | | |

**B I L L E D   C O S T S   S U M M A R Y**

| Code | Description | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|---|
| 0940 | CAB FARES | 25.00 | | | | | |
| | Costs Total : | 25.00 | | | | | |

```
alp_131r: Billed Charges Analysis                                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    42
Run Date & Time: 11/25/2003 12:40:26                                           *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00024                                                   Orig Prtnr : CRED. RGTS - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                           Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : ZAI SCIENCE TRIAL                                          Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                                         Status    : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15

                                                        PRE-BILLING SUMMARY REPORT

           UNBILLED TIME FROM:    07/01/2003                    TO:  07/15/2003
           UNBILLED DISB FROM:    07/10/2003                    TO:  07/10/2003

                                                  FEES                 COSTS

    GROSS BILLABLE AMOUNT:                      1,432.50              4.55
    AMOUNT WRITTEN DOWN:
             PREMIUM:
    ON ACCOUNT BILLED:
    DEDUCTED FROM PAID RETAINER:
    AMOUNT BILLED:
             THRU DATE:                                            07/10/2003
    CLOSE MATTER/FINAL BILLING?    YES    OR    NO
    EXPECTED DATE OF COLLECTION:

    BILLING PARTNER APPROVAL:                                      WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

    BILLING COMMENTS:             BENTLEY PHILIP - 02495

                                                                      FEES        COSTS

                                                            UNIDENTIFIED RECEIPTS:            0.00
    ACCOUNTS RECEIVABLE TOTALS                              PAID FEE RETAINER:                0.00
                                                            PAID DISB RETAINER:              0.00
    DISBURSEMENTS:            2,069.50                       TOTAL AVAILABLE FUNDS:           0.00
    FEE RETAINER:                0.00                        TRUST BALANCE:
    DISB RETAINER:               0.00
    TOTAL OUTSTANDING:       2,074.05

                                                        BILLING HISTORY

    DATE OF LAST BILL:       08/31/03                       LAST PAYMENT DATE:
    LAST BILL NUMBER:         375389                        FEES BILLED TO DATE:         2,069.50
    LAST BILL THRU DATE:     07/31/03    FEES WRITTEN OFF TO DATE:                           0.00

FOR ACCTG USE ONLY:        Write Down/Up Reason Codes:

    (1) Exceeded Fixed Fee              (6) Summer Associate
    (2) ............                    (7) Fixed Fee
    (3) Pre-arranged Discount           (8) Premium
    (4) Excessive Legal Time            (9) Rounding
    (5) Business Development           (10) Client Arrangement

BILL NUMBER: _____        DATE OF BILL: _____    Processed by: _____    FRC: _____

                                                                                            CRC: _____
```

UNAPPLIED CASH

```
a1p_132r: Billed Charges Analysis                              KRAMER LEVIN NAFTALIS & FRANKEL, LLP                              PAGE    43
Run Date & Time: 11/25/2003 12:40:26                             *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00024                              Orig Prtnr : CRED. RGTS - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : ZAI SCIENCE TRIAL                      Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                    Status      : ACTIVE

B I L L E D   T I M E   S U M M A R Y                         ------------ Total ------------
Emp Id  Employee Name                Group      Oldest      Latest      Hours       Amount
-----   ------------------           -----      -------     ------      -----       ------
05292   BECKER, GARY M.              CRED       07/01/03    07/08/03     3.00      1,365.00
05798   SHEA, JAMES                  CRED       07/15/03    07/15/03     0.90         67.50
                                                                        -----     --------
                            Total:                                       3.90      1,432.50

Sub-Total Hours :    0.00 Partners     3.00 Counsels     0.00 Associates     0.90 Legal Assts     0.00 Others

B I L L E D   C O S T S   S U M M A R Y                     ---- Oldest ----  ---- Latest ----  ------ Total ------
Code    Description                                            Entry             Entry             Amount
----    -----------                                          --------          --------          --------

0880    POSTAGE                                              07/10/03          07/10/03             4.55
                                                                                                  ------
                                 Total:                                                             4.55

                            Total Billed -------------
                            Total Hours       Total Amount
                                3.90          1,437.05

                            Grand Total                         1,437.05
                                                             ================

A C C O U N T S   R E C E I V A B L E   S U M M A R Y       (Reflects Payments As of 11/25/03 12:40:26)
                                                                                             ----- Collections -----
Bill Date  Thru Date  Bill#        Fee & OA    Billed        Applied                                          Balance
                                               Disbursement  From OA         Total          Date             Due
---------  ---------  -----        ---------   ------------  --------        --------        ----             -------
07/24/03   06/30/03   379811         637.00           .00        .00            .00                            637.00
08/31/03   07/31/03   375389       1,432.50          4.55        .00            .00                          1,437.05
                                   --------          ----        ---          -----                          --------
                      Total:       2,069.50          4.55        .00            .00                          2,074.05
```

alp_132r: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE   44

Run Date & Time: 11/25/2003 12:40:26

Matter No: 056772-00024                          Orig Prtnr : CRED. RGTS - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : ZAI SCIENCE TRIAL                  Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                Status   : ACTIVE

B I L L E D   T I M E   D E T A I L

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch No | Batch Date |
| --- | --- | --- | --- | --- | --- | --- | --- |
| BECKER, GARY M. | 07/01/03 | Attention to expert reports from Restivo. | 0.30 | 136.50 | 4733710 | 07/04/03 | |
| BECKER, GARY M. | 07/03/03 | Review motion to enlarge budget and email to Bentley re same (0.5). | 0.50 | 227.50 | 4736688 | 07/09/03 | |
| BECKER, GARY M. | 07/07/03 | Review expert reports. | 1.20 | 546.00 | 4736689 | 07/09/03 | |
| BECKER, GARY M. | 07/08/03 | Review expert reports | 1.00 | 455.00 | 4736476 | 07/09/03 | |

Total For BECKER G - 05292                                          3.00   1,365.00

| SHEA, JAMES | 07/15/03 | Organized files of Expert Reports in Science Trial matter (0.9) | 0.90 | 67.50 | 4757635 | 07/28/03 | |

Total For SHEA J - 05798                                           0.90      67.50

                                                 Fee Total          3.90   1,432.50

B I L L E D   C O S T S   D E T A I L

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
| --- | --- | --- | --- | --- | --- | --- |
| POSTAGE | | | | | | |
| POSTAGE | BECKER, G M | 07/10/03 | 4.55 | 6170158 | 101170 | 07/15/03 |
| Wendy Rios | | | | | | |

0880 POSTAGE Total :                               4.55

0880

                                       Costs Total :                4.55

alp_132r: Billed Charges Analysis

Run Date & Time: 11/25/2003 12:40:27

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00024
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : ZAI SCIENCE TRIAL
Matter Opened : 09/06/2002

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:
Bill Frequency: M

Status    : ACTIVE

**B I L L E D   T I M E   S U M M A R Y**

| Employee Name | Hours | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---------------|-------|--------|------|-----------|-------------|----------|---------------|
| BECKER, GARY M. | 3.00 | 1,365.00 | | | | | |
| SHEA, JAMES | 0.90 | 67.50 | | | | | |
| Total: | 3.90 | 1,432.50 | | | | | |

**B I L L E D   C O S T S   S U M M A R Y**

| Code | Description | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|------|-------------|--------|------|-----------|-------------|----------|---------------|
| 0880 | POSTAGE | 4.55 | | | | | |
| | Costs Total : | 4.55 | | | | | |

alp_132r: Billed Charges Analysis

Run Date & Time: 11/25/2003 12:40:27

KRAMER, LEVIN, NAFTALIS & FRANKEL, LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE   46

Matter No: 056772-00028
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : TRAVEL\NON-WORKING
Matter Opened : 10/04/2002

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supp Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:
Bill Frequency: M

Status    : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15

**PRE-BILLING SUMMARY REPORT**

| | | | |
|---|---|---|---|
| UNBILLED TIME FROM: | 08/25/2003 | TO: | 09/22/2003 |
| UNBILLED DISB FROM: | | TO: | 09/22/2003 |

| | FEES | COSTS |
|---|---|---|
| GROSS BILLABLE AMOUNT: | 1,160.00 | 0.00 |
| AMOUNT WRITTEN DOWN: | | |
| PREMIUM: | | |
| ON ACCOUNT BILLED: | | |
| DEDUCTED FROM PAID RETAINER: | | |
| AMOUNT BILLED: | | |
| THRU DATE: | | |
| CLOSE MATTER/FINAL BILLING?     YES     OR     NO | | |
| EXPECTED DATE OF COLLECTION: | 09/22/2003 | |

BILLING PARTNER APPROVAL:

BENTLEY PHILIP - 02495                           WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

| ACCOUNTS RECEIVABLE TOTALS | | UNAPPLIED CASH |
|---|---|---|
| | FEES: | 2,161.00 | UNIDENTIFIED RECEIPTS: | 0.00 |
| DISBURSEMENTS: | 0.00 | PAID FEE RETAINER: | 0.00 |
| FEE RETAINER: | 0.00 | PAID DISB RETAINER: | 0.00 |
| DISB RETAINER: | 0.00 | TOTAL AVAILABLE FUNDS: | 0.00 |
| TOTAL OUTSTANDING: | 2,161.00 | TRUST BALANCE: | |

**BILLING HISTORY**

| | | |
|---|---|---|
| DATE OF LAST BILL: | 11/14/03 | LAST PAYMENT DATE: | 08/19/03 |
| LAST BILL NUMBER: | 379590 | FEES BILLED TO DATE: | 8,200.00 |
| LAST BILL THRU DATE: | 09/30/03 | FEES WRITTEN OFF TO DATE: | 6,290.00 |

FOR ACCTG USE ONLY:                Write Down/Up Reason Codes:

| | | |
|---|---|---|
| (1) Exceeded Fixed Fee | (6) Summer Associate |
| (2) Late Time & Costs Posted | (7) Fixed Fee |
| (3) Pre-arranged Discount | (8) Premium |
| (4) Excessive Legal Time | (9) Rounding |
| (5) Business Development | (10) Client Arrangement |

BILL NUMBER: _____     DATE OF BILL: _____     Processed by: _____     FRC: _____     CRC: _____

alp_132r: Billed Charges Analysis

Run Date & Time: 11/25/2003 12:40:27

KRAMER LEVIN NAFTALIS & FRANKEL, LLP

*PRIVILEGED AND CONFIDENTIAL*

PAGE   47

Matter No: 056772-00028
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : TRAVEL\NON-WORKING
Matter Opened : 10/04/2002

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:
Bill Frequency: M

Status   : ACTIVE

**B I L L E D   T I M E   S U M M A R Y**   ------------ Total ------------   ------ Billed ------

| Emp Id | Employee Name | Group | Oldest | Latest | Billed Hours | Amount |
|--------|---------------|-------|--------|--------|--------------|--------|
| 05292 | BECKER, GARY M. | CRED | 08/25/03 | 08/25/03 | 1.00 | 455.00 |
| 05292 | BECKER, GARY M. | CRED | 09/22/03 | 09/22/03 | 1.50 | 705.00 |
| | | Total: | | | 2.50 | 1,160.00 |

Sub-Total Hours :   0.00 Partners   2.50 Counsels   0.00 Associates   0.00 Legal Assts   0.00 Others

**A C C O U N T S   R E C E I V A B L E**   (Reflects Payments As of 11/25/03 12:40:27)

| Bill Date | Thru Date | Bill# | Fee & OA Billed | Disbursement | Applied From OA | Collections Total | Date | Balance Due |
|-----------|-----------|-------|-----------------|--------------|-----------------|-------------------|------|-------------|
| 06/17/03 | 05/31/03 | 371897 | 455.00 | .00 | .00 | 364.00 | 08/19/03 | 91.00 |
| 07/24/03 | 06/30/03 | 373811 | 910.00 | .00 | .00 | .00 | | 910.00 |
| 09/30/03 | 08/31/03 | 376733 | 455.00 | .00 | .00 | .00 | | 455.00 |
| 11/14/03 | 09/30/03 | 379590 | 705.00 | .00 | .00 | .00 | | 705.00 |
| | Total: | | 2,525.00 | .00 | .00 | 364.00 | | 2,161.00 |

alp_132r: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL LLP

PAGE   48

Run Date & Time: 11/25/2003 12:40:27

*PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00028                          Orig Prtnr : CRED. RGTS   - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  Bill Prtnr : BENTLEY PHILIP   02495         Bill Frequency: M
Matter Name : TRAVEL\NON-WORKING                 Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 10/04/2002                                                                  Status    : ACTIVE

B I L L E D   T I M E   D E T A I L

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| | | | ------ | ------ | ------ | ------ |
| BECKER, GARY M. | 08/25/03 | Non working travel time in connection with omnibus court hearing(2.0). | 1.00 | 455.00 | 4797890 | 08/29/03 |
| BECKER, GARY M. | 09/22/03 | Non working travel time during trip to Wilmington for omnibus hearing(3.0)(billed at half normal rate). | 1.50 | 705.00 | 4830749 | 09/24/03 |
| | | Fee Total | 2.50 | 1,160.00 | | |
| Total For BECKER G - 05292 | | | 2.50 | 1,160.00 | | |

alp_132r: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL LLP

*PRIVILEGED AND CONFIDENTIAL*

PAGE    49

Run Date & Time: 11/25/2003 12:40:27

Matter No: 056772-00028                                      Orig Prtnr : CRED. RGTS - 06975              Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE              Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : TRAVEL\NON-WORKING                             Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 10/04/2002                                                                                Status     : ACTIVE

**B I L L E D   T I M E   S U M M A R Y**

| Employee Name | Hours | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|---|
| BECKER, GARY M. | 1.00 | 455.00 | | | | | |
| BECKER, GARY M. | 1.50 | 705.00 | | | | | |
| Total: | 2.50 | 1,160.00 | | | | | |