IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>W.R. GRACE & CO., *et al.*,<br><br>              Debtors. | Chapter 11<br><br>Case No. 01-1139 (JKF)<br><br>(Jointly Administered)<br><br><br>**Objection Deadline:January 9, 2004 @ 4:00 p.m.** |

**TWENTY-SEVENTH MONTHLY FEE APPLICATION OF KRAMER
LEVIN NAFTALIS & FRANKEL LLP, COUNSEL TO THE
OFFICIAL COMMITTEE OF EQUITY HOLDERS, FOR
COMPENSATION AND REIMBURSEMENT OF DISBURSEMENTS FOR THE
PERIOD FROM OCTOBER 1, 2003 THROUGH OCTOBER 31, 2003**

Name of Applicant:     *Kramer Levin Naftalis & Frankel LLP*

Authorized to Provide
Professional Services to:     *Official Committee of Equity Holders*

Date of Retention:     *As of July 18, 2001 nunc pro tunc*

Period for which compensation
and reimbursement is sought:     *October 1, 2003 through and
                                       including October 31, 2003*

Amount of Compensation sought as
actual, reasonable and necessary: *$13,134.00*
Amount of Expense Reimbursement sought as
actual, reasonable and necessary: *$174.04*

This is a(n):    **x**    monthly          __       interim application

KL2:2241475 1

**Prior Applications:**

| Date Filed | Period Covered | Requested Fees/ Expenses | Paid Fees/ Expenses |
|---|---|---|---|
| February 28, 2002 | January 1, 2002 - January 31, 2002 | $23,807.50 $1,961.58 | $19,046.00 $1,961.58 |
| April 1, 2002 | February 1, 2002 - February 28, 2002 | $36,382.50 $2,894.44 | $29,106.00 $2,894.44 |
| May 8, 2002 | March 1, 2002 - March 31, 2002 | $32,575.00 $2,107.64 | $26,060.00 $2,107.64 |
| May 15, 2002 (Quarterly) | January 1, 2002 - March 31, 2002 | $92,765.00 $6,963.66 | $92,765.00 $6,963.66 |
| June 17, 2002 | April 1, 2002 - April 30, 2002 | $28,794.00 $2,669.24 | $23,035.20 $2,669.24 |
| August 5, 2002 | May 1, 2002 May 31, 2002 | $24,232.00 $2,299.11 | $19,385.60 $2,299.11 |
| September 4, 2002 | June 1, 2002 June 30, 2002 | $20.392.50 $388.61 | $16,314.00 $388.61 |
| September 18 2002 (Quarterly) | April 1, 2002 June 30, 2002 | $73,418.50 $5,356.96 | $69,340.00[1] $5,356.96 |
| November 4, 2002 | July 1, 2002 July 31, 2002 | $28,083.50 $1,121.59 | $22,466.80 $1,121.59 |
| October 24, 2002 | August 1, 2002 August 31, 2002 | $33,598.50 $7,190.62 | $26,878.80 $7,190.62 |
| November 5, 2002 | September 1, 2002 September 30, 2002 | $25,584.50 $1,761.46 | $20,467.60 $1,761.46 |
| November 21, 2002 (Quarterly) | July 1, 2002 September 30, 2002 | $87,266.50 $10,070.69 | Approved on 3/14/03 Doc. No. 3511, but 20% hold-back not yet paid |
| November 25, 2002 | October 1, 2002 October 31, 2002 | $39,887.50 $2,124.93 | $31,910.00 $2,124.93 |

---

[1] The twenty percent holdback ($4,078.50) for the month of June, 2002 is still outstanding.

| | | | |
|---|---|---|---|
| January 14, 2003 | November 1, 2002<br>November 30, 2002 | $18,704.00<br>$652.12 | $14,963.20<br>$652.12 |
| February 10, 2003 | December 1, 2002<br>December 31, 2002 | $11,853.50<br>$816.82 | $9,482.80<br>$816.82 |
| February 25, 2003 | January 1, 2003<br>January 31, 2003 | $11,100.00<br>$927.47 | $8,880.00<br>$927.47 |
| March 11, 2003 | October 1, 2002<br>December 31, 2002 | $70,445.00<br>$3,575.61 | Approved on 7/28/03 Doc. No. 4157, but 20% hold-back not yet paid |
| April 8, 2003 | February 1, 2003<br>February 28, 2003 | $13,418.00<br>$240.08 | $10,734.40<br>$240.08 |
| May 6, 2003 | March 1, 2002<br>March 31, 2003 | $26,969.00<br>$452.38 | $21,575.20<br>$452.38 |
| May 15, 2003 | January 1, 2003<br>March 31, 2002 | $51,487.00<br>$1,619.93 | Approved on 9/22/03 Doc. No. 3511, but 20% hold-back not yet paid |
| June 4, 2003 | April 1, 2003<br>April 30, 2003 | $7,609.00<br>$1,594.42 | $6,087.20<br>$1,594.42 |
| June 26, 2003 | May 1, 2003<br>May 31, 2003 | $9,411.00<br>$107.57 | $7,528.77<br>$107.57 |
| August 13, 2003 | June 1, 2003<br>June 30, 2003 | $10,427.00<br>$137.09 | $8,341.60<br>$137.09 |
| August 21, 2003 | April 1, 2003<br>June 30, 2003 | $27,447.00<br>$1,839.08 | Approved on 12/15/03 Doc. No. 4827, but 20% hold-back not yet paid |
| September 25, 2003 | July 1, 2003<br>July 31, 2003 | $9,272.50<br>$32.30 | $7,418.00<br>$32.30 |
| October 2, 2003 | August 1, 2003<br>August 31, 2003 | $9,815.50<br>$130.93 | $489.69<br>$130.93 |
| November 26, 2003 | September 1, 2003<br>September 30, 2003 | $15,004.00<br>$334.63 | CNO filed 12/18/03 |

KL2:2241475 1

## SUMMARY OF TIME FOR BILLING PERIOD
## OCTOBER 1, 2003 THROUGH OCTOBER 31, 2003

| Name | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|
| Bentley, Philip | 525.00 | 9.30 | $4,882.50 |
| Becker, Gary M. | 470.00 | 9.50 | $4,465.00 |
| Klein, David | 365.00 | 8.60 | $3,139.00 |
| Mangual, Kathleen | 185.00 | 3.50 | $647.50 |
| **Total** | | **30.90** | **$13,134.00** |

## COMPENSATION SUMMARY BY PROJECT CATEGORY

| Project Category | Total Hours for the Period 10/1/03 through 10/31/03 | Total Fees for the Period 10/1/03 through 10/31/03 |
|---|---|---|
| Case Administration | 10.80 | $3,546.00 |
| Claim Analysis Objection & Resolution (Asbestos) | 0.40 | $210.00 |
| Creditor Committee | 6.50 | $3,302.50 |
| Bankruptcy Motion | 8.90 | $4,425.00 |
| Fee Applications, Applicant | 1.30 | $240.50 |
| Hearings | 2.00 | $940.00 |
| Travel/Non-Working | 1.00 | $470.00 |
| **Total** | **30.90** | **$13,134.00** |

## EXPENSE SUMMARY

| Expense Category | Total Expenses For the Period 10/1/03 through 10/31/03 |
|---|---|
| Telecopier | $19.00 |
| Photocopying | $25.35 |
| Long-Distance Tel. | $2.66 |
| Messenger Service | $21.90 |
| Document Retrieval Fees | $102.13 |
| **Total** | **$171.04** |

KL2:2241475

- 5 -

KRAMER LEVIN NAFTALIS & FRANKEL LLP

By: /s/ Gary M. Becker
Gary M. Becker
919 Third Avenue
New York, New York 10022
(212) 715-9100

Counsel to the Official Committee of
Equity Holders

Dated: December 18, 2003

# SCHEDULE OF TIME CHARGES AND RATES
## FOR THE PERIOD OCTOBER 1, 2003 THROUGH OCTOBER 31, 2003

### CASE ADMINISTRATION

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| KLEIN, DAVID | CRED | 8.60 | 365.00 | 3,139.00 |
| **PARAPROFESSIONAL** | | | | |
| MANGUAL, KATHLEEN | CRED | 2.20 | 185.00 | 407.00 |
| Subtotal | | 10.80 | $ | 3,546.00 |

### CREDITOR COMMITTEE

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BENTLEY, PHILIP | CRED | 4.50 | 525.00 | 2,362.50 |
| BECKER, GARY M. | CRED | 2.00 | 470.00 | 940.00 |
| Subtotal | | 6.50 | $ | 3,302.50 |

### BANKR. MOTIONS

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BENTLEY, PHILIP | CRED | 4.40 | 525.00 | 2,310.00 |
| BECKER, GARY M. | CRED | 4.50 | 470.00 | 2,115.00 |
| Subtotal | | 8.90 | $ | 4,425.00 |

### FEE APPLICATIONS, APPLICANT

| PARAPROFESSIONAL | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| MANGUAL, KATHLEEN | CRED | 1.30 | 185.00 | 240.50 |
| Subtotal | | 1.30 | $ | 240.50 |

### CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BENTLEY, PHILIP | CRED | 0.40 | 525.00 | 210.00 |
| Subtotal | | 0.40 | $ | 210.00 |

# SCHEDULE OF TIME CHARGES AND RATES
## FOR THE PERIOD OCTOBER 1, 2003 THROUGH OCTOBER 31, 2003

**HEARINGS**

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BECKER, GARY M. | CRED | 2.00 | 470.00 | 940.00 |
| | Subtotal | 2.00 | $ | 940.00 |

**TRAVEL\NON-WORKING**

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BECKER, GARY M. | CRED | 2.00 | 235.00 | 470.00 |
| | Subtotal | 1.00 | $ | 470.00 |
| | Total | 30.90 | $ | 13,134.00 |

KL4:2087293

# SCHEDULE OF TIME CHARGES AND RATES
## FOR THE PERIOD OCTOBER 1, 2003 THROUGH OCTOBER 31, 2003

| ATTORNEY | TITLE | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BENTLEY, PHILIP | PARTNER | 9.30 | 525.00 | 4,882.50 |
| BECKER, GARY M. | SPEC COUNS | 9.50 | 470.00 | 4,465.00 |
| KLEIN, DAVID | ASSOCIATE | 8.60 | 365.00 | 3,139.00 |
| MANGUAL, KATHLEEN | PARALEGAL | 3.50 | 185.00 | 647.50 |
| | Total | 30.90 | | $13,134.00 |

## SCHEDULE OF DISBURSEMENTS
## FOR THE PERIOD OCTOBER 1, 2003 THROUGH OCTOBER 31, 2003

| DISBURSEMENTS | AMOUNT |
|---|---|
| TELECOPIER | 19.00 |
| PHOTOCOPYING | 25.35 |
| LONG-DISTANCE TEL. | 2.66 |
| MESSENGER SERVICE | 21.90 |
| DOCUMENT RETRIEVAL FEES | 102.13 |
| Subtotal | $171.04 |

KL4:208725 3.1

# SCHEDULE OF VOLUNTARY DISBURSEMENT REDUCTIONS
## FOR THE PERIOD OCTOBER 1, 2003 THROUGH OCTOBER 31, 2003

| DISBURSEMENTS | AMOUNT |
|---|---|
| TELECOPIER | 9.50 |
| PHOTOCOPYING | 13.52 |
| Subtotal | $23.02 |

```
alp_132rc: Client Analysis Sheet                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                            PAGE   1
                                                       *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 12/18/03 17:36:33                  Worked : 10/01/03 thru 10/31/03
Client: 056772 W.R. GRACE & CO. EQUITY COMMITTEE

 Matter                                                                                                                   
 Number   Name                            Hours         Fees    Disbursements  Total Charges   Resp Partners        Class  Freq  Stat
 ------   ----                            -----         ----    -------------  -------------   -------------        -----  ----  ----
 00001    CASE ADMINISTRATION             10.80     3,546.00           155.04       3,701.04   BENTLEY PHILIP - 02495   M     B
 00002    CREDITOR COMMITTEE               6.50     3,302.50            19.00       3,321.50   BENTLEY PHILIP - 02495   M     B
 00003    FINANCING                        0.00         0.00             0.00           0.00   BENTLEY PHILIP - 02495   M     B
 00005    BANKR. MOTIONS                   8.90     4,425.00             0.00       4,425.00   BENTLEY PHILIP - 02495   M     B
 00008    FEE APPLICATIONS, APPLIC         1.30       240.50             0.00         240.50   BENTLEY PHILIP - 02495   M     B
 00011    ASSET ANALYSIS AND RECOV         0.00         0.00             0.00           0.00   BENTLEY PHILIP - 02495   M     B
 00012    CLAIM ANALYSIS OBJECTION         0.40       210.00             0.00         210.00   BENTLEY PHILIP - 02495   M     B
 00013    FRAUDULENT CONVEYANCE AD         0.00         0.00             0.00           0.00   BENTLEY PHILIP - 02495   M     B
 00019    HEARINGS                         2.00       940.00             0.00         940.00   BENTLEY PHILIP - 02495   M     B
 00024    ZAI SCIENCE TRIAL                0.00         0.00             0.00           0.00   BENTLEY PHILIP - 02495   M     B
 00028    TRAVEL\NON-WORKING               1.00       470.00             0.00         470.00   BENTLEY PHILIP - 02495   M     B
                                         ------    ---------         -------      ----------
          Client Total                    30.90    13,134.00          174.04       13,308.04
```

```
alp_132c: Billed Charges Analysis                                KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE   1
Run Date & Time: 12/18/2003 17:36:26                                  *PRIVILEGED AND CONFIDENTIAL*

Client No: 056772
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15/w/o manu. services
---------------------------------------------------------------------------------------------------------------------------------------------------------
                                                              PRE-BILLING SUMMARY REPORT

          UNBILLED TIME FROM:   01/01/1901          TO:    10/31/2003
          UNBILLED DISB FROM:   01/01/1901          TO:    10/31/2003

                                                  FEES                           COSTS
                                                 ------                         ------
  GROSS BILLABLE AMOUNT:                      13,134.00                         174.04
  AMOUNT WRITTEN DOWN:
              PREMIUM:
    ON ACCOUNT BILLED:
  DEDUCTED FROM PAID RETAINER:
         AMOUNT BILLED:
             THRU DATE:           10/31/2003                                   10/31/2003
  CLOSE MATTER/FINAL BILLING?    YES  OR  NO
  EXPECTED DATE OF COLLECTION:

      BILLING PARTNER APPROVAL: _____
                                                                WRITE OFF APPROVAL (necessary for write downs over $2,000.00)
      BILLING COMMENTS:
---------------------------------------------------------------------------------------------------------------------------------------------------------

                                             ACCOUNTS RECEIVABLE TOTALS                       UNAPPLIED CASH
                                             -----------------------                          --------------
                     FEES:     36,809.52          UNIDENTIFIED RECEIPTS:      0.00
             DISBURSEMENTS:       523.36               PAID FEE RETAINER:     0.00
              FEE RETAINER:         0.00              PAID DISB RETAINER:     0.00
             DISB RETAINER:         0.00             TOTAL AVAILABLE FUNDS:   0.00
          TOTAL OUTSTANDING:   37,332.88                    TRUST BALANCE:
                                                         BILLING HISTORY
                                             -------------------------------------------
          DATE OF LAST BILL:   11/30/03            LAST PAYMENT DATE:    12/08/03
          LAST BILL NUMBER:      380293             FEES BILLED TO DATE: 631,348.50
          LAST BILL THRU DATE:   10/31/03      FEES WRITTEN OFF TO DATE:  555,144.18

FOR ACCTG USE ONLY:          Write Down/Up Reason Codes:

    (1) Exceeded Fixed Fee        (6) Summer Associate
    (2) Late Time & Costs Posted  (7) Fixed Fee
    (3) Pre-arranged Discount     (8) Premium
    (4) Excessive Legal Time      (9) Rounding
    (5) Business Development     (10) Client Arrangement

BILL NUMBER: _____  DATE OF BILL: _____  Processed by: _____  FRC: _____  CRC: _____
```

```
alp_132c: Billed Charges Analysis                                                                              PAGE   2
Run Date & Time: 12/18/2003 17:36:32

Client No: 056772                                   KRAMER LEVIN NAFTALIS & FRANKEL LLP
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE              *PRIVILEGED AND CONFIDENTIAL*
```

```
B I L L E D   T I M E   S U M M A R Y  ------------------- Total Billed -------------------
Emp Id Employee Name              Group              Oldest    Latest          Total       Total
                                                     Entry     Entry           Hours       Amount
-----  --------------              -----              ------    ------          -----       ------
02495  BENTLEY, PHILIP            PARTNER            10/10/03  10/31/03          9.30       4,882.50
05292  BECKER, GARY M.            SPEC COUNSEL       10/10/03  10/31/03          9.50       4,465.00
05646  KLEIN, DAVID               ASSOCIATE          10/01/03  10/31/03          8.60       3,139.00
                  PARAPROFESSIONALS
05208  MANGUAL, KATHLEEN          PARALEGAL          10/01/03  10/13/03          3.50         647.50

                                                 Total:                         30.90      13,134.00
```

```
B I L L E D   C O S T S   S U M M A R Y -----------
Code   Description                 Oldest    Latest      Total
                                   Entry     Entry       Amount
----   -----------                 ------    ------      ------
0815   TELECOPIER                  10/29/03  10/30/03     19.00
0820   PHOTOCOPYING                10/01/03  10/22/03     25.35
0840   MANUSCRIPT SERVICE          10/24/03  10/24/03      3.00
0885   LONG-DISTANCE TEL.          10/23/03  10/27/03      2.66
0930   MESSENGER/COURIER           10/31/03  10/31/03     21.90
0972   DOCUMENT RETRIEVAL FEES     10/23/03  10/23/03    102.13

                             Total                       174.04

                       Grand Total                    13,308.04
                                                      =========
```

```
A C C O U N T S   R E C E I V A B L E     (Reflects Payments As of 12/18/03 17:36:32)
                                  --------  Billed  --------        Applied    --- Collections ----      Balance
Bill Date Thru Date  Bill#        Fee & OA     Disbursement         From OA      Total        Date         Due
-----------------    -----        --------     ------------         -------      -----        ----       -------
05/16/03 04/30/03   370445         7,609.00         1,594.42                   7,681.62    10/23/03       1,521.80
06/17/03 05/31/03   371897         9,411.00           107.57                   7,636.34    08/19/03       1,882.23
07/24/03 06/30/03   373811        10,427.00           137.09                   8,478.69                   2,085.40
08/31/03 07/31/03   375389         9,272.50            32.30                   7,450.50    11/28/03       1,854.30
09/30/03 08/31/03   376733         9,815.50           130.93                   8,603.95                   1,342.48
11/14/03 09/30/03   379590        15,004.00           334.63                                   .00       15,338.63
11/30/03 10/31/03   380293        13,134.00           174.04                                   .00       13,308.04

       Total:                     74,673.00         2,510.98                  39,851.10                 37,332.88
```

```
alp_132r: Billed Charges Analysis                                                                                    PAGE   1
Run Date & Time: 12/18/2003 17:36:24

                              KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                 *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00001                                    Orig Prtnr : CRED. RGTS - 06975      Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495  Bill Frequency: M
Matter Name : CASE ADMINISTRATION                          Supv Prtnr : MAYER THOMAS MORRS - 03976
Matter Opened : 07/27/2001                                                                      Status  : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15/w/o manu. services

                              PRE-BILLING SUMMARY REPORT

             UNBILLED TIME FROM:   10/01/2003    TO:  10/31/2003
             UNBILLED DISB FROM:   10/01/2003    TO:  10/31/2003

                                  FEES                    COSTS
                                  ----                    -----
  GROSS BILLABLE AMOUNT:          3,546.00                155.04
  AMOUNT WRITTEN DOWN:
            PREMIUM:
   ON ACCOUNT BILLED:
 DEDUCTED FROM PAID RETAINER:
      AMOUNT BILLED:
           THRU DATE:                10/31/2003                  10/31/2003
 CLOSE MATTER/FINAL BILLING?     YES OR NO
 EXPECTED DATE OF COLLECTION:

 BILLING PARTNER APPROVAL:  BENTLEY PHILIP - 02495          WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

 BILLING COMMENTS:

                              ACCOUNTS RECEIVABLE TOTALS           UNAPPLIED CASH

             FEES:                     7,951.20    UNIDENTIFIED RECEIPTS:    0.00
     DISBURSEMENTS:                      380.79    PAID FEE RETAINER:        0.00
      FEE RETAINER:                        0.00    PAID DISB RETAINER:       0.00
     DISB RETAINER:                        0.00    TOTAL AVAILABLE FUNDS:    0.00
  TOTAL OUTSTANDING:                  8,331.99     TRUST BALANCE:

                                    BILLING HISTORY

      DATE OF LAST BILL:    11/30/03    LAST PAYMENT DATE:      12/08/03
      LAST BILL NUMBER:       380293    FEES BILLED TO DATE:  182,875.00
      LAST BILL THRU DATE:  10/31/03    FEES WRITTEN OFF TO DATE: 78,295.00

 FOR ACCTG USE ONLY:       Write Down/Up Reason Codes:

      (1) Exceeded Fixed Fee        (6) Summer Associate
      (2) Late Time & Costs Posted  (7) Fixed Fee
      (3) Pre-arranged Discount     (8) Premium
      (4) Excessive Legal Time      (9) Rounding
      (5) Business Development     (10) Client Arrangement

 BILL NUMBER:_____    DATE OF BILL:_____    Processed by:_____    FRC:_____    CRC:_____
```

```
alp_132r: Billed Charges Analysis                                                                                                   PAGE   2
Run Date & Time: 12/18/2003 17:36:24

                                        KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                            *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00001                              Orig Prtnr   : CRED. RGTS       - 06975     Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr   : BENTLEY PHILIP   - 02495     Bill Frequency: M
Matter Name : CASE ADMINISTRATION                    Supv Prtnr   : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                       Status      : ACTIVE

           B I L L E D   T I M E   S U M M A R Y  ----------- Total Billed ------------
Emp Id  Employee Name                     Group             Oldest      Latest      Hours    Amount
                                                            Entry       Entry
------- ------------------------------- --------           --------    --------    -------- ----------
05646   KLEIN, DAVID                      CRED             10/01/03    10/31/03      8.60    3,139.00
05208   MANGUAL, KATHLEEN                 CRED             10/13/03    10/13/03      2.20      407.00
                                                                                   -------- ----------
                             Total:                                                 10.80    3,546.00


           B I L L E D   C O S T S   S U M M A R Y  ----------------------
                                                            Oldest      Latest      Total
Code   Description                                          Entry       Entry       Amount
------ ------------------------------                      --------    --------    --------
0820   PHOTOCOPYING                                        10/01/03    10/22/03      25.35
0840   MANUSCRIPT SERVICE                                  10/24/03    10/24/03       3.00
0885   LONG-DISTANCE TEL.                                  10/23/03    10/27/03       2.66
0930   MESSENGER/COURIER                                   10/31/03    10/31/03      21.90
0972   DOCUMENT RETRIEVAL FEES                             10/23/03    10/23/03     102.13
                                                                                  --------
                             Total                                                  155.04

Sub-Total Hours :    0.00 Partners    0.00 Counsels   8.60 Associates   2.20 Legal Assts  0.00 Others

                                                                                ==========
                             Grand Total                                          3,701.04


    A C C O U N T S     R E C E I V A B L E      (Reflects Payments As of 12/18/03 17:36:24)
                                  ---------  Billed ---------         Applied       --- Collections ---    Balance
Bill Date   Thru Date   Bill#     Fee & OA     Disbursement             From OA       Total     Date         Due
---------   ---------  -------   ----------   -------------           ---------    ---------  --------   ----------
05/16/03    04/30/03   370445      4,021.00          627.57                         4,648.57  10/23/03
06/17/03    05/31/03   371897      3,418.50          105.57                         2,840.37  08/19/03
07/24/03    06/30/03   373811      2,578.50          135.30                         2,713.80  10/23/03          683.70
08/31/03    07/31/03   375389      3,533.50           13.06                         3,546.56  11/28/03
09/30/03    08/31/03   376733      3,660.00           89.89                         3,749.89  12/08/03
11/14/03    09/30/03   379590      3,721.50          225.75                              .00                  3,947.25
11/30/03    10/31/03   380293      3,546.00          155.04                              .00                  3,701.04
                                 ----------       ----------                       ---------              ----------
                       Total:     24,479.00        1,352.18                        17,499.19                8,331.99
```

```
alp_132r: Billed Charges Analysis                                                                                         PAGE    3
Run Date & Time: 12/18/2003 17:36:24

                                              KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                  *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00001                                          Orig Prtnr : CRED. RGTS - 06975                Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                  Bill Prtnr  : BENTLEY PHILIP - 02495           Bill Frequency: M
Matter Name : CASE ADMINISTRATION                                Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001
                                                                                                                Status   : ACTIVE

   B I L L E D   T I M E   D E T A I L
Employee Name              Work Date      Description                                            Hours     Amount    Index#   Batch Date
----------------------------------------------------------------------------------------------------------------------------------------
KLEIN, DAVID               10/01/03       review filings.                                         0.10      36.50    4892464  11/04/03
KLEIN, DAVID               10/04/03       review filings.                                         0.20      73.00    4892465  11/04/03
KLEIN, DAVID               10/07/03       review pleadings/filings, distr same as                 0.40     146.00    4892466  11/04/03
                                          necessary; email from GMB re State St
                                          retention, review of same.
KLEIN, DAVID               10/08/03       review pleadings/filings, distr same as                 0.40     146.00    4892467  11/04/03
                                          necessary.
KLEIN, DAVID               10/09/03       review pleadings/filings, distr same as                 0.10      36.50    4892468  11/04/03
                                          necessary.
KLEIN, DAVID               10/15/03       review pleadings/filings, distr same as                 0.40     146.00    4892469  11/04/03
                                          necessary; review filings/docket re 2/19
                                          USG cancer only opinion and Sealed Air
                                          settlement (0.2).
KLEIN, DAVID               10/20/03       review pleadings/filings, distr same as                 0.70     255.50    4892470  11/04/03
                                          necessary (0.2); call from GMB re m to employ
                                          J.Hamlin as futures rep, review filings, call
                                          to GMB re same (0.5).
KLEIN, DAVID               10/21/03       call from Del. Bankr. Ct re electronic filings          0.30     109.50    4892471  11/04/03
                                          (0.1), discussion w. Mr. Phillips re same
                                          (0.2).
KLEIN, DAVID               10/22/03       review pleadings/filings, distr same as                 0.30     109.50    4892472  11/04/03
                                          necessary (0.1); calls to Phillip Jones @ DE
                                          Bankr. ct re failure to receive electronic
                                          notices (0.2).
KLEIN, DAVID               10/23/03       review pleadings/filings, distr same as                 3.90   1,387.00    4892473  11/04/03
                                          necessary (0.2); review motion to appoint legal
                                          representative, research re same, outline
                                          possible issues for GMB, PB (2.2); numerous
                                          calls/email to Phillip Jones at DE Bankr. Ct,
                                          A.Mau at KLN&F re resolving problem with re
                                          electronic notices (0.9); review filings re
                                          state st bank retention motion (0.5).
KLEIN, DAVID               10/24/03       review pleadings/filings, distr same as                 0.20      73.00    4892474  11/04/03
                                          necessary.
KLEIN, DAVID               10/26/03       review pleadings/filings (0.3); email to GMB,           0.50     182.50    4892475  11/04/03
                                          PB re hearing (0.2).
KLEIN, DAVID               10/27/03       receive email from GMB re hearing attendance;           0.30     109.50    4892476  11/04/03
                                          call to L.Cotto re DE docket.
KLEIN, DAVID               10/28/03       review pleadings/filings, distr same as                 0.40     146.00    4892477  11/04/03
                                          necessary.
KLEIN, DAVID               10/31/03       review pleadings/filings, distr same as                 0.50     182.50    4892478  11/04/03
                                          necessary (0.3); email to GMB re objections to
                                          C.J.Hamlin's engagement (0.2).
```

```
alp_132r: Billed Charges Analysis                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    4
Run Date & Time: 12/18/2003 17:36:24                     *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00001                                  Orig Prtnr : CRED. RGTS - 06975              Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE          Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : CASE ADMINISTRATION                        Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                            Status    : ACTIVE

       B I L L E D   T I M E   D E T A I L
Employee Name                          Work Date                   Description                        Hours     Amount       Index#    Batch Date

MANGUAL, KATHLEEN                      10/13/03   review docket, organization of files,                2.20      407.00      4892782   11/04/03
                                                  correspondence and update of pleadings index
                                                  (2.2)

              Total For KLEIN D - 05646                                                                8.60    3,139.00

              Total For MANGUAL K - 05208                                                              2.20      407.00

                                                           Fee Total                                  10.80    3,546.00

       B I L L E D   C O S T S   D E T A I L
Description/Code                       Employee                    Date                               Amount    Index#   Batch No    Batch Date

PHOTOCOPYING                  0820
      PHOTOCOPYING                     MANGUAL, K M                10/01/03                           16.65    6272918    104826    10/08/03
      MANGUAL KATHLEEN
      PHOTOCOPYING                     MANGUAL, K M                10/01/03                            0.15    6272919    104826    10/08/03
      MANGUAL KATHLEEN
      PHOTOCOPYING                     O'BRIEN, M O                10/22/03                            8.55    6297020    105377    10/23/03
      O BRIEN MARIELEEN
                                                0820 PHOTOCOPYING Total :                             25.35

MANUSCRIPT SERVICE            0840
      MANUSCRIPT SERVICE               HALLMAN, M E                10/24/03                            3.00    6305968    105580    10/30/03
      10/24/2003
                                                0840 MANUSCRIPT SERVICE Total :                       3.00

LONG-DISTANCE TEL.            0885
      LONG-DISTANCE TEL.               KLEIN, D K                  10/23/03                            2.36    6299013    105405    10/24/03
      3022522887
      LONG-DISTANCE TEL.               BENTLEY, P                  10/27/03                            0.30    6302099    105495    10/28/03
      3026574942
                                                0885 LONG-DISTANCE TEL. Total :                       2.66

MESSENGER/COURIER             0930
      FEDERAL EXPRESS CORPORAT         MANGUAL, K M                10/31/03                           11.90    6311183    105677    11/03/03
      MESSENGER/COURIER - VENDOR-FEDERAL EXPRESS
      CORPORATION
      FEDERAL EXPRESS CORPORAT         MANGUAL, K M                10/31/03                           10.00    6311740    105677    11/03/03
      MESSENGER/COURIER - VENDOR-FEDERAL EXPRESS
      CORPORATION
                                                0930 MESSENGER/COURIER Total :                       21.90
```

```
alp_132r: Billed Charges Analysis                                                                                    PAGE   5
Run Date & Time: 12/18/2003 17:36:24

                              KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                  *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00001                        Orig Prtnr : CRED. RGTS - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE Bill Prtnr  : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : CASE ADMINISTRATION              Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                              Status     : ACTIVE

    B I L L E D   C O S T S   D E T A I L
Description/Code               Employee            Date         Amount     Index#   Batch No  Batch Date
-----------------------------------------------------------------------------------------------------------

DOCUMENT RETRIEVAL F             0972
PACER SERVICE CENTER
DOCUMENT RETRIEVAL FEES - VENDOR-PACER SERVICE    PIZZARELLO, C    10/23/03     102.13   6298191  105389   10/23/03
CENTER

                                            0972 DOCUMENT RETRIEVAL F Total :       102.13


           Costs Total :                                                              155.04
```

```
alp_132r: Billed Charges Analysis                                                KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE    6
                                                                                     *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 12/18/2003 17:36:24

Matter No: 056772-00001                                                          Orig Prtnr : CRED. RGTS   - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                                  Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : CASE ADMINISTRATION                                                Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                                  Status        : ACTIVE

    B I L L E D   T I M E   S U M M A R Y
Employee Name                  Hours        Amount              Bill           W/o / W/u          Transfer To      Clnt/Mtr      Carry Forward
--------------                 -----        ------              ----           ---------          -----------      --------      -------------
KLEIN, DAVID                    8.60       3,139.00
MANGUAL, KATHLEEN               2.20         407.00
                               -----       --------
                 Total:        10.80       3,546.00

    B I L L E D   C O S T S   S U M M A R Y
Code Description                            Amount              Bill           W/o / W/u          Transfer To      Clnt/Mtr      Carry Forward
----------------                            ------              ----           ---------          -----------      --------      -------------
0820 PHOTOCOPYING                            25.35
0840 MANUSCRIPT SERVICE                       3.00
0885 LONG-DISTANCE TEL.                       2.66
0930 MESSENGER/COURIER                       21.90
0972 DOCUMENT RETRIEVAL FEES                102.13
                                            ------
                 Costs Total :              155.04
```

```
alp_132r: Billed Charges Analysis                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE    7
Run Date & Time: 12/18/2003 17:36:24                    *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00002                                            Orig Prtnr : CRED. RGTS    - 06975         Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                    Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : CREDITOR COMMITTEE                                   Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                    Status  : ACTIVE

Special Billing Instructions:

                                     PRE-BILLING SUMMARY REPORT

           UNBILLED TIME FROM:  10/15/2003                 TO:   10/30/2003
           UNBILLED DISB FROM:  10/29/2003                 TO:   10/30/2003

                                          FEES                        COSTS
                                          ----                        -----
           GROSS BILLABLE AMOUNT:     3,302.50                         19.00
           AMOUNT WRITTEN DOWN:
           PREMIUM:
   ON ACCOUNT BILLED:
 DEDUCTED FROM PAID RETAINER:
           AMOUNT BILLED:
           THRU DATE:                 10/30/2003

   CLOSE MATTER/FINAL BILLING?     YES OR NO
   EXPECTED DATE OF COLLECTION:

           BILLING PARTNER APPROVAL:   BENTLEY PHILIP - 02495            WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

           BILLING COMMENTS:

                                         ACCOUNTS RECEIVABLE TOTALS                        UNAPPLIED CASH
                                         --------------------------                        --------------
                FEES:               8,107.00            UNIDENTIFIED RECEIPTS:        0.00
           DISBURSEMENTS:              21.00            PAID FEE RETAINER:            0.00
           FEE RETAINER:                0.00            PAID DISB RETAINER:           0.00
           DISB RETAINER:               0.00            TOTAL AVAILABLE FUNDS:        0.00
           TOTAL OUTSTANDING:       8,128.00            TRUST BALANCE:
                                                       BILLING HISTORY
                                                       ---------------
           DATE OF LAST BILL:        11/30/03          LAST PAYMENT DATE:         12/08/03
           LAST BILL NUMBER:          380293           FEES BILLED TO DATE:       66,272.50
           LAST BILL THRU DATE:     10/31/03           FEES WRITTEN OFF TO DATE:  19,193.00

FOR ACCTG USE ONLY:          Write Down/Up Reason Codes:

           (1) Exceeded Fixed Fee              (6) Summer Associate
           (2) Late Time & Costs Posted        (7) Fixed Fee
           (3) Pre-arranged Discount           (8) Premium
           (4) Excessive Legal Time            (9) Rounding
           (5) Business Development           (10) Client Arrangement

BILL NUMBER:_____   DATE OF BILL:_____ Processed by:_____  FRC:_____  CRC:_____
```