```
alp_132r: Billed Charges Analysis                                                                                               PAGE   8
Run Date & Time: 12/18/2003 17:36:24

                                            KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00002                                             Orig Prtnr : CRED. RGTS     - 06975       Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                     Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : CREDITOR COMMITTEE                                    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                    Status : ACTIVE

B I L L E D   T I M E   S U M M A R Y   -------------- Total -------------- Billed --------------
Emp Id Employee Name                  Group      Oldest      Latest          Hours         Amount
                                                  Entry       Entry
                                                  -----       -----
02495 BENTLEY, PHILIP                 CRED      10/27/03    10/30/03          4.50       2,362.50
05292 BECKER, GARY M.                 CRED      10/15/03    10/22/03          2.00         940.00
                              Total:                                          6.50       3,302.50


B I L L E D   C O S T S   S U M M A R Y   ------------ Total Billed ------------
Code Description                                 Oldest      Latest          Total
                                                  Entry       Entry         Amount
                                                  -----       -----         ------
0815  TELECOPIER                                10/29/03    10/30/03          19.00

                              Total                                           19.00

                              Grand Total                                  3,321.50
                                                                        ==========

Sub-Total Hours :    4.50 Partners   2.00 Counsels   0.00 Associates   0.00 Legal Assts   0.00 Others


A C C O U N T S   R E C E I V A B L E       (Reflects Payments As of 12/18/03 17:36:25)
                                            ------- Billed --------   Applied    ---- Collections ----
Bill Date Thru Date Bill#     Fee & OA      Disbursement      From OA    Total      Date          Balance
                                                                                                    Due
---------- ---------- -----   ----------    ------------  ----------  ----------  --------      ----------
05/16/03 04/30/03 370445         455.00           26.55          .00     481.55  10/23/03
06/17/03 05/31/03 371897            .00            2.00          .00       2.00  08/19/03
07/24/03 06/30/03 373811       2,292.50             .00          .00   2,292.50  10/23/03
08/31/03 07/31/03 375389       3,567.50             .00          .00   3,567.50  11/28/03
09/30/03 08/31/03 376733       1,137.50             .00          .00   1,137.50  12/08/03
11/14/03 09/30/03 379590       4,804.50            2.00          .00                            4,806.50
11/30/03 10/31/03 380293       3,302.50           19.00          .00                            3,321.50
                              ----------        -------                                        ---------
                      Total:  15,559.50           49.55                                         8,128.00
                                                                                 7,481.05
```

```
alp_132r: Billed Charges Analysis                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    9
Run Date & Time: 12/18/2003 17:36:25                     *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00002                         Orig Prtnr : CRED. RGTS - 06975                    Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE Bill Prtnr : BENTLEY PHILIP - 02495                Bill Frequency: M
Matter Name : CREDITOR COMMITTEE                Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                         Status : ACTIVE
```

## BILLED TIME DETAIL

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|---|
| BENTLEY, PHILIP | 10/27/03 | Extensive discs TW, MDB, IP, RE and voicemail re Hamlin and related issues (2.9), and memo to committee re same (0.3) | 3.20 | 1,680.00 | 4880673 | 105625 | 10/31/03 |
| BENTLEY, PHILIP | 10/28/03 | Memo to committee re latest recusal developments and discs GB and voicemail re same | 0.60 | 315.00 | 4880674 | 105625 | 10/31/03 |
| BENTLEY, PHILIP | 10/30/03 | Discs TW and prepare short memo to committee re third circuit's mandamus order | 0.70 | 367.50 | 4890850 | 105625 | 10/31/03 |
| **Total For BENTLEY P - 02495** | | | **4.50** | **2,362.50** | | | |
| BECKER, GARY M. | 10/15/03 | Review Debtor's motion to appoint futures representative and prepare memo to committee re same (1.0); conf. with Bentley re same (0.2). | 1.20 | 564.00 | 4870865 | 10/22/03 | |
| BECKER, GARY M. | 10/22/03 | Multiple conf. with P. Bentley re communication to committee re Hamlin retention and calls to Weschler re same. | 0.80 | 376.00 | 4884400 | 11/03/03 | |
| **Total For BECKER G - 05292** | | | **2.00** | **940.00** | | | |
| | | **Fee Total** | **6.50** | **3,302.50** | | | |

## BILLED COSTS DETAIL

| Description/Code | | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|---|
| TELECOPIER | 0815 | | | | | | |
| TELECOPIER 04 542 1423 | | BENTLEY, P | 10/29/03 | 14.00 | 6307680 | | |
| TELECOPIER 04 542 1423 | | BENTLEY, P | 10/30/03 | 5.00 | 6307681 | | |
| | | | **0815 TELECOPIER Total :** | **19.00** | | | |
| | | | **Costs Total :** | **19.00** | | | |

```
alp_132r: Billed Charges Analysis                                                                                    PAGE    10
Run Date & Time: 12/18/2003 17:36:25

                                        KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                            *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00002                                   Orig Prtnr : CRED. RGTS  - 06975         Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE           Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : CREDITOR COMMITTEE                          Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                         Status     : ACTIVE

   B I L L E D   T I M E   S U M M A R Y  ----------------------------- Total Billed -----------------------------
Employee Name                     Hours        Amount          Bill       W/o / W/u    Transfer To   Clnt/Mtr    Carry Forward
BENTLEY, PHILIP                    4.50      2,362.50
BECKER, GARY M.                    2.00        940.00
         Total:                    6.50      3,302.50


   B I L L E D   C O S T S   S U M M A R Y  ---------------------------- Total Billed ----------------------------
Code Description                            Amount             Bill       W/o / W/u    Transfer To   Clnt/Mtr    Carry Forward

0815 TELECOPIER                              19.00

         Costs Total :                       19.00
```

```
alp_132r: Billed Charges Analysis                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                        PAGE   11
Run Date & Time: 12/18/2003 17:36:25                      *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00003                                   Orig Prtnr : CRED. RGTS   - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE           Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : FINANCING                                   Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                           Status      : ACTIVE

Special Billing Instructions:

                              PRE-BILLING SUMMARY REPORT

           UNBILLED TIME FROM:                      TO:
           UNBILLED DISB FROM:                      TO:

                                              FEES              COSTS
                                              ----              -----
  GROSS BILLABLE AMOUNT:                      0.00              0.00
  AMOUNT WRITTEN DOWN:
            PREMIUM:
  ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
       AMOUNT BILLED:
            THRU DATE:
CLOSE MATTER/FINAL BILLING?    YES OR NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:     BENTLEY PHILIP - 02495     WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

                                ACCOUNTS RECEIVABLE TOTALS                        UNAPPLIED CASH
                                ---------------------------                       --------------
         FEES:                        74.00           UNIDENTIFIED RECEIPTS:         0.00
  DISBURSEMENTS:                       0.00           PAID FEE RETAINER:             0.00
  FEE RETAINER:                        0.00           PAID DISB RETAINER:            0.00
  DISB RETAINER:                       0.00           TOTAL AVAILABLE FUNDS:         0.00
TOTAL OUTSTANDING:                    74.00           TRUST BALANCE:
                                              BILLING HISTORY

DATE OF LAST BILL:       11/14/03         LAST PAYMENT DATE:       05/27/03
LAST BILL NUMBER:          379590         FEES BILLED TO DATE:       179.00
LAST BILL THRU DATE:     09/30/03         FEES WRITTEN OFF TO DATE:  592.00

FOR ACCTG USE ONLY:   Write Down/Up Reason Codes:

  (1) Exceeded Fixed Fee         (6) Summer Associate
  (2) Late Time & Costs Posted   (7) Fixed Fee
  (3) Pre-arranged Discount      (8) Premium
  (4) Excessive Legal Time       (9) Rounding
  (5) Business Development      (10) Client Arrangement

BILL NUMBER: _____   DATE OF BILL: _____ Processed by: _____  FRC: _____   CRC: _____
```

```
alp_132r: Billed Charges Analysis                                                                                    PAGE    12
Run Date & Time: 12/18/2003 17:36:25

                                            KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                               *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00003                                 Orig Prtnr : CRED. RGTS - 06975           Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE         Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : FINANCING                                 Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                        Status  : ACTIVE

A C C O U N T S    R E C E I V A B L E    (Reflects Payments As of 12/18/03 17:36:25)
                                 ------- Billed -------      --- Collections ---    Balance
Bill Date Thru Date Bill#        Fee & OA   Disbursement     Applied   Total         Due
                                                             From OA   Date
11/14/03  09/30/03  379590        74.00       .00             .00       .00          74.00
                                 -------   --------         -------   -------       -------
                       Total:     74.00       .00             .00       .00          74.00
```

```
alp_132r: Billed Charges Analysis                       KRAMER LEVIN NAFTALIS & FRANKEL LLP                                   PAGE   13
Run Date & Time: 12/18/2003 17:36:25                        *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00005                                                      Orig Prtnr : CRED. RGTS  - 06975        Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                              Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : BANKR. MOTIONS                                                 Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                           Status     : ACTIVE

Special Billing Instructions:
_____

                                       PRE-BILLING SUMMARY REPORT

          UNBILLED TIME FROM:  10/10/2003           TO: 10/31/2003
          UNBILLED DISB FROM:                       TO:

                                              FEES                   COSTS
                                              ----                   -----
        GROSS BILLABLE AMOUNT:             4,425.00                   0.00
         AMOUNT WRITTEN DOWN:
                    PREMIUM:
           ON ACCOUNT BILLED:
 DEDUCTED FROM PAID RETAINER:
               AMOUNT BILLED:
                  THRU DATE:              10/31/2003
   CLOSE MATTER/FINAL BILLING?  YES OR NO
 EXPECTED DATE OF COLLECTION:

       BILLING PARTNER APPROVAL:

                BILLING COMMENTS: BENTLEY PHILIP - 02495              WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

_____
                                            ACCOUNTS RECEIVABLE TOTALS                                       UNAPPLIED CASH

                      FEES:              7,404.50      UNIDENTIFIED RECEIPTS:       0.00
             DISBURSEMENTS:                  0.00              PAID FEE RETAINER:   0.00
              FEE RETAINER:                  0.00             PAID DISB RETAINER:   0.00
             DISB RETAINER:                  0.00        TOTAL AVAILABLE FUNDS:     0.00
         TOTAL OUTSTANDING:              7,404.50              TRUST BALANCE:
                                                           BILLING HISTORY
           DATE OF LAST BILL:             11/30/03          LAST PAYMENT DATE:   12/08/03
           LAST BILL NUMBER:               380293           FEES BILLED TO DATE: 13,135.00
           LAST BILL THRU DATE:           10/31/03         FEES WRITTEN OFF TO DATE:  444.00


FOR ACCTG USE ONLY:      Write Down/Up Reason Codes:
       (1) Exceeded Fixed Fee             (6) Summer Associate
       (2) Late Time & Costs Posted       (7) Fixed Fee
       (3) Pre-arranged Discount          (8) Premium
       (4) Excessive Legal Time           (9) Rounding
       (5) Business Development          (10) Client Arrangement

BILL NUMBER: _____     DATE OF BILL: _____  Processed by: _____   FRC: _____   CRC: _____
```

```
alp_132r: Billed Charges Analysis                                                                                           PAGE    14
Run Date & Time: 12/18/2003 17:36:25

                                                   KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                       *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00005                                                   Orig Prtnr : CRED. RGTS   - 06975        Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                           Bill Prtnr : BENTLEY PHILIP - 06975      Bill Frequency: M
Matter Name : BANKR. MOTIONS                                              Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                         Status     : ACTIVE

       B I L L E D    T I M E    S U M M A R Y           ------------- Total Billed ----------------
Emp Id Employee Name                   Group             Oldest      Latest       Hours        Amount
                                                         --------    --------     --------     ---------
02495  BENTLEY, PHILIP                  CRED             10/16/03    10/29/03     4.40         2,310.00
05292  BECKER, GARY M.                  CRED             10/10/03    10/31/03     4.50         2,115.00
                                Total:                                            8.90         4,425.00

Sub-Total Hours :    4.40 Partners       4.50 Counsels         0.00 Associates        0.00 Legal Assts    0.00 Others

A C C O U N T S    R E C E I V A B L E        (Reflects Payments As of 12/18/03 17:36:25)
                                               Billed     ---- Collections ----
Bill Date Thru Date Bill#    Fee & OA    Disbursement    From OA     Total       Date               Balance
                                                                                                    Due
                                                                                                    --------
06/17/03 05/31/03 371897     2,677.50    .00             .00         2,142.00 08/19/03              535.50
08/31/03 07/31/03 375389     .00         .00             .00         .00                            
09/30/03 08/31/03 376733     2,138.50    .00             .00         2,138.50 12/08/03              
11/14/03 09/30/03 379590     2,444.00    .00             .00         .00                            2,444.00
11/30/03 10/31/03 380293     4,425.00    .00             .00         .00                            4,425.00

             Total:          11,685.00   .00             .00         4,280.50                       7,404.50
```

```
alp_132r: Billed Charges Analysis                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    15
Run Date & Time: 12/18/2003 17:36:25                          *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00005                                  Orig Prtnr  : CRED. RGTS    - 06975       Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE          Bill Prtnr  : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : BANKR. MOTIONS                             Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                        Status      : ACTIVE

   BILLED  TIME  DETAIL
Employee Name          Work Date    Description                                                 Hours    Amount     Index#    Batch Date
-----------------------------------------------------------------------------------------------------------------------------------------

BENTLEY, PHILIP        10/16/03     Review Debtors' motion to appoint Hamlin, and                0.30    157.50   4880668   10/31/03
                                    send email re same
BENTLEY, PHILIP        10/22/03     Discs TW, GB and voicemail re Hamlin motion and              1.10    577.50   4880670   10/31/03
                                    related issues, and review documents re same
BENTLEY, PHILIP        10/23/03     Discs GB and trade emails re motion to appoint               0.30    157.50   4880671   10/31/03
                                    Hamlin
BENTLEY, PHILIP        10/24/03     Discs T. Weschler, K. Pasquale, GB and                       1.60    840.00   4880672   10/31/03
                                    voicemail re Hamlin motion and related issues,
                                    and review documents re same
BENTLEY, PHILIP        10/29/03     Review Unofficial Committee's response to                    1.10    577.50   4880675   10/31/03
                                    Hamlin motion, prepare memo to committee re
                                    same, and discs TW and voicemail re same

 Total For BENTLEY P - 02495                                                                     4.40  2,310.00

BECKER, GARY M.        10/10/03     Conf. with Debtor's counsel re futures                       0.30    141.00   4863633   10/16/03
                                    representative
BECKER, GARY M.        10/23/03     Conf. with Bentley re Hamlin appointment motion              0.70    329.00   4884398   11/03/03
                                    and potential committee response (0.4); review
                                    hearing agenda for 10/27 hearing (0.3).
BECKER, GARY M.        10/24/03     Prepare for 10/23 hearing (0.4); conf. with                  0.80    376.00   4884399   11/03/03
                                    Bentley re hearing and re futures rep issues
                                    (0.4).
BECKER, GARY M.        10/28/03     Discussion with Bentley re response to Hamlin                0.30    141.00   4884401   11/03/03
                                    retention motion.
BECKER, GARY M.        10/29/03     Review pleading of unofficial creditor                       0.90    423.00   4884402   11/03/03
                                    committee in opposition to motion to appoint
                                    futures representative and conf. with Bentley
                                    re same (0.9).
BECKER, GARY M.        10/30/03     Conf. with Bentley re issues surrounding                     0.50    235.00   4884421   11/03/03
                                    futures rep motion and review related Third
                                    Circuit order from OWC case.
BECKER, GARY M.        10/31/03     Review objections re motion to appoint Hamlin                1.00    470.00   4884422   11/03/03
                                    as Futures Representative and conf. with
                                    Bentley re same

 Total For BECKER G - 05292                                                                      4.50  2,115.00

                                                                             Fee Total          8.90  4,425.00
```

```
alp_132r: Billed Charges Analysis                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                            PAGE  16
Run Date & Time: 12/18/2003 17:36:25                                    *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00005                                        Orig Prtnr : CRED. RGTS    - 06975              Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                Bill Prtnr : BENTLEY PHILIP - 02495             Bill Frequency: M
Matter Name : BANKR. MOTIONS                                   Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                     Status      : ACTIVE

                     BILLED TIME SUMMARY      --------- Total Billed ---------
Employee Name                  Hours      Amount         Bill      W/o / W/u   Transfer To    Clnt/Mtr   Carry Forward
-------------                  -----      ------         ----      ---------   -----------    --------   -------------
BENTLEY, PHILIP                 4.40    2,310.00
BECKER, GARY M.                 4.50    2,115.00
             Total:             8.90    4,425.00
```

```
alp_132r: Billed Charges Analysis                                                                                                      PAGE   17
Run Date & Time: 12/18/2003 17:36:25

                                         KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                             *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00008                                   Orig Prtnr : CRED. RGTS - 06975      Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE           Bill Prtnr : BENTLEY PHILIP - 02495  Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                 Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                     Status     : ACTIVE

Special Billing Instructions:

                                              PRE-BILLING SUMMARY REPORT

            UNBILLED TIME FROM:  10/01/2003              TO: 10/01/2003
            UNBILLED DISB FROM:                          TO:

                                            FEES                       COSTS
                                            ----                       -----
   GROSS BILLABLE AMOUNT:                  240.50                       0.00
   AMOUNT WRITTEN DOWN:
                    PREMIUM:
         ON ACCOUNT BILLED:
   DEDUCTED FROM PAID RETAINER:
              AMOUNT BILLED:
                 THRU DATE:             10/01/2003
   CLOSE MATTER/FINAL BILLING?   YES OR NO
   EXPECTED DATE OF COLLECTION:

   BILLING PARTNER APPROVAL:

   BILLING COMMENTS:

                                BENTLEY PHILIP - 02495       WRITE OFF APPROVAL (necessary for write downs over $2,000.00)


                             ACCOUNTS RECEIVABLE TOTALS                            UNAPPLIED CASH
                             --------------------------                            --------------

           FEES:                     1,338.10       UNIDENTIFIED RECEIPTS:              0.00
           DISBURSEMENTS:                0.00       PAID FEE RETAINER:                  0.00
           FEE RETAINER:                 0.00       PAID DISB RETAINER:                 0.00
           DISB RETAINER:                0.00       TOTAL AVAILABLE FUNDS:              0.00
           TOTAL OUTSTANDING:        1,338.10       TRUST BALANCE:
                                                    BILLING HISTORY
                                                    ---------------
           DATE OF LAST BILL:        11/30/03       LAST PAYMENT DATE:            12/08/03
           LAST BILL NUMBER:           380293       FEES BILLED TO DATE:         52,633.00
           LAST BILL THRU DATE:      10/31/03       FEES WRITTEN OFF TO DATE:       222.00

   FOR ACCTG USE ONLY:     Write Down/Up Reason Codes:

          (1) Exceeded Fixed Fee                  (6) Summer Associate
          (2) Late Time & Costs Posted            (7) Fixed Fee
          (3) Pre-arranged Discount               (8) Premium
          (4) Excessive Legal Time                (9) Rounding
          (5) Business Development               (10) Client Arrangement

   BILL NUMBER: _____   DATE OF BILL: _____  Processed by: _____   FRC: _____   CRC: _____
   PARAPROFESSIONALS
```

```
alp_132r: Billed Charges Analysis                                                                                                   PAGE   18

Run Date & Time: 12/18/2003 17:36:25

                                               KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                   *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00008                                         Orig Prtnr : CRED. RGTS   - 06975         Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                 Bill Prtnr  : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                       Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                Status       : ACTIVE

                         B I L L E D   T I M E   S U M M A R Y  ------------------ Total Billed ---------------------
Emp Id Employee Name                          Group            Oldest      Latest        Hours              Amount
--------------------------------------------  -------          --------    --------   -----------       -------------
05208 MANGUAL, KATHLEEN                       CRED             10/01/03    10/01/03         1.30              240.50

                              Total:                                                        1.30              240.50

Sub-Total Hours :    0.00 Partners       0.00 Counsels     0.00 Associates    1.30 Legal Assts    0.00 Others


A C C O U N T S   R E C E I V A B L E      (Reflects Payments As of 12/18/03 17:36:25)
                                           ------ Billed -----                         ----- Collections ----         Balance
Bill Date Thru Date Bill#                  Fee & OA    Disbursement    From OA    Total       Total        Date       Due
------------------- ------                 --------    ------------    -------   ---------   --------   ---------     ---------
05/16/03 04/30/03   370445                   851.00            .00         .00      851.00     851.00   10/23/03
06/17/03 05/31/03   371897                 1,033.00            .00         .00    1,033.00     826.40   08/19/03         206.60
07/24/03 06/30/03   373811                   708.50            .00         .00      708.50     708.50   10/23/03
08/31/03 07/31/03   375389                   203.50            .00         .00      203.50                               203.50
09/30/03 08/31/03   376733                 1,059.50          28.04         .00    1,087.54   1,087.54   12/08/03
11/14/03 09/30/03   379590                   687.50            .00         .00      687.50         .00                   687.50
11/30/03 10/31/03   380293                   240.50            .00         .00      240.50         .00                   240.50

                    Total:                 4,783.50          28.04         .00    3,473.44                             1,338.10
```

```
alp_132r: Billed Charges Analysis                                                                              PAGE   19

Run Date & Time: 12/18/2003 17:36:25

                                              KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                   *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00008                                        Orig Prtnr : CRED. RGTS  - 06975         Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                      Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                              Status    : ACTIVE


   B I L L E D   T I M E   D E T A I L
Employee Name           Work Date    Description                                    Hours      Amount     Index#   Batch Date
----------------------- ------------ ------------------------------------------   --------   ---------  --------  ----------

MANGUAL, KATHLEEN       10/01/03     service of Aug. monthly fee app to local        1.30      240.50   4892874   11/04/03
                                     counsel (.40), draft project category for fee
                                     auditor (..90)

                                                                                  --------   ---------
Total For MANGUAL K - 05208                                                          1.30      240.50


                                                                  Fee Total          1.30      240.50
```

```
alp_132r: Billed Charges Analysis                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE   20
Run Date & Time: 12/18/2003 17:36:25                                      *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00008                                             Orig Prtnr : CRED. RGTS  - 06975            Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                     Bill Prtnr : BENTLEY PHILIP - 02495         Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                           Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                      Status     : ACTIVE

          B I L L E D   T I M E   S U M M A R Y                   ----------- Bill -----------       ------ W/o / W/u ------    Transfer To    Clnt/Mtr   Carry Forward
Employee Name                Hours         Amount
-------------                -----         ------
MANGUAL, KATHLEEN             1.30         240.50

         Total:               1.30         240.50
```

```
alp_132r: Billed Charges Analysis                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                PAGE   21
Run Date & Time: 12/18/2003 17:36:25                      *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00011                                   Orig Prtnr : CRED. RGTS - 06975         Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE           Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : ASSET ANALYSIS AND RECOVERY                 Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                        Status     : ACTIVE

Special Billing Instructions:

                                      PRE-BILLING SUMMARY REPORT

        UNBILLED TIME FROM:                         TO:
        UNBILLED DISB FROM:                         TO:

                                         FEES                   COSTS
                                         ----                   -----
        GROSS BILLABLE AMOUNT:           0.00                   0.00
        AMOUNT WRITTEN DOWN:
                       PREMIUM:
             ON ACCOUNT BILLED:
    DEDUCTED FROM PAID RETAINER:
                AMOUNT BILLED:
                   THRU DATE:
       CLOSE MATTER/FINAL BILLING?    YES OR NO
       EXPECTED DATE OF COLLECTION:

       BILLING PARTNER APPROVAL:  BENTLEY PHILIP - 02495   WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

       BILLING COMMENTS:


                                     ACCOUNTS RECEIVABLE TOTALS                       UNAPPLIED CASH

                     FEES:              0.00            UNIDENTIFIED RECEIPTS:    0.00
             DISBURSEMENTS:            106.88           PAID FEE RETAINER:        0.00
              FEE RETAINER:             0.00            PAID DISB RETAINER:       0.00
             DISB RETAINER:             0.00            TOTAL AVAILABLE FUNDS:    0.00
          TOTAL OUTSTANDING:           106.88           TRUST BALANCE:

                                           BILLING HISTORY
                                           ---------------
         DATE OF LAST BILL:     11/14/03       LAST PAYMENT DATE:
         LAST BILL NUMBER:      379590         FEES BILLED TO DATE:           0.00
         LAST BILL THRU DATE:   09/30/03       FEES WRITTEN OFF TO DATE:    333.00

FOR ACCTG USE ONLY:          Write Down/Up Reason Codes:

         (1) Exceeded Fixed Fee              (6) Summer Associate
         (2) Late Time & Costs Posted        (7) Fixed Fee
         (3) Pre-arranged Discount           (8) Premium
         (4) Excessive Legal Time            (9) Rounding
         (5) Business Development           (10) Client Arrangement

BILL NUMBER:                   DATE OF BILL:              Processed by:            FRC:              CRC:
```

```
alp_132r: Billed Charges Analysis                                                                                        PAGE  22
Run Date & Time: 12/18/2003 17:36:25

                                               KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                    *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00011                                           Orig Prtnr : CRED. RGTS  - 06975      Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                   Bill Prtnr : BENTLEY PHILIP - 02495   Bill Frequency: M
Matter Name : ASSET ANALYSIS AND RECOVERY                         Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                              Status     : ACTIVE

A C C O U N T S    R E C E I V A B L E    (Reflects Payments As of 12/18/03 17:36:25)
                              ------------ Billed -----------    ---- Collections ----
Bill Date  Thru Date  Bill#   Fee & OA       Disbursement         Applied      Total        Balance
                                                                  From OA      Date         Due
11/14/03   09/30/03   379590     .00           106.88              .00                      106.88

                     Total:      .00           106.88              .00                      106.88
```

```
alp_132r: Billed Charges Analysis                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                  PAGE  23
Run Date & Time: 12/18/2003 17:36:25                                     *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00012                                             Orig Prtnr : CRED. RGTS - 06975            Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                     Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)       Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                     Status   : ACTIVE

Special Billing Instructions:

                                              PRE-BILLING SUMMARY REPORT

                        UNBILLED TIME FROM: 10/10/2003         TO: 10/31/2003
                        UNBILLED DISB FROM:                    TO:

                                      FEES                           COSTS

         GROSS BILLABLE AMOUNT:      210.00                           0.00
         AMOUNT WRITTEN DOWN:
                    PREMIUM:
            ON ACCOUNT BILLED:
 DEDUCTED FROM PAID RETAINER:
             AMOUNT BILLED:
                 THRU DATE:                10/31/2003
    CLOSE MATTER/FINAL BILLING?   YES OR NO
    EXPECTED DATE OF COLLECTION:

    BILLING PARTNER APPROVAL:    BENTLEY PHILIP - 02495      WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

    BILLING COMMENTS:


                                             ACCOUNTS RECEIVABLE TOTALS                      UNAPPLIED CASH

              FEES:               4,209.63     UNIDENTIFIED RECEIPTS:       0.00
     DISBURSEMENTS:                   2.69     PAID FEE RETAINER:           0.00
      FEE RETAINER:                   0.00     PAID DISB RETAINER:          0.00
     DISB RETAINER:                   0.00     TOTAL AVAILABLE FUNDS:       0.00
  TOTAL OUTSTANDING:               4,212.32    TRUST BALANCE:
                                               BILLING HISTORY
    DATE OF LAST BILL:        11/30/03              LAST PAYMENT DATE:     10/23/03
    LAST BILL NUMBER:         380293                FEES BILLED TO DATE:   165,173.00
    LAST BILL THRU DATE:      10/31/03       FEES WRITTEN OFF TO DATE:     4,417.50

FOR ACCTG USE ONLY:           Write Down/Up Reason Codes:

        (1) Exceeded Fixed Fee            (6) Summer Associate
        (2) Late Time & Costs Posted      (7) Fixed Fee
        (3) Pre-arranged Discount         (8) Premium
        (4) Excessive Legal Time          (9) Rounding
        (5) Business Development          (10) Client Arrangement

BILL NUMBER: _____   DATE OF BILL: _____  Processed by: _____  FRC: _____  CRC: _____
```