```
alp_132r: Billed Charges Analysis                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                     PAGE    24
Run Date & Time: 12/18/2003 17:36:25                          *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00012                                                              Orig Prtnr : CRED. RGTS  - 06975      Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                                      Bill Prtnr : BENTLEY PHILIP - 02495   Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)                        Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                                 Status     : ACTIVE

     B I L L E D    T I M E    S U M M A R Y  ----------------- Total Billed -----------------
Emp Id Employee Name              Group              Oldest       Latest        Hours          Amount
                                                     ------       ------        -----          ------
02495  BENTLEY, PHILIP            CRED              10/10/03     10/31/03         0.40          210.00

                                  Total:                                          0.40          210.00

Sub-Total Hours :    0.40 Partners     0.00 Counsels     0.00 Associates     0.00 Legal Assts     0.00 Others

  A C C O U N T S    R E C E I V A B L E    (Reflects Payments As of 12/18/03 17:36:25)
Bill Date Thru Date Bill#             Fee & OA       Billed         ---- Collections ----         Balance
                                                     Disbursement   Applied    Total       Date   Due
                                                                    From OA
05/16/03 04/30/03 370445              2,181.50       14.00                     774.20   10/23/03   1,421.30
06/17/03 05/31/03 371897              1,659.50         .00                   1,327.57   08/19/03     331.93
07/24/03 06/30/03 373811              2,845.50        1.79                   2,763.89   10/23/03      83.40
08/31/03 07/31/03 375389                535.50        2.69                         .00                538.19
11/14/03 09/30/03 379590              1,627.50         .00                         .00              1,627.50
11/30/03 10/31/03 380293                210.00         .00                         .00                210.00

                 Total:               9,059.50       18.48                   4,865.66              4,212.32
```

```
alp_132r: Billed Charges Analysis                                                                                           PAGE  25
Run Date & Time: 12/18/2003 17:36:25

                                          KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                              *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00012                              Orig Prtnr : CRED. RGTS        - 06975        Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr  : BENTLEY PHILIP   - 02495        Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)
                                                     Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                         Status      : ACTIVE

       B I L L E D   T I M E   D E T A I L
Employee Name              Work Date   Description                                      Hours      Amount       Index#    Batch Date
------------------------------------------------------------------------------------------------------------------------------------
BENTLEY, PHILIP            10/10/03    Discs GB and voicemail re asbestos.               0.10       52.50    4880666   10/31/03
BENTLEY, PHILIP            10/15/03    Discs GB re asbestos.                             0.10       52.50    4880667   10/31/03
BENTLEY, PHILIP            10/17/03    Trade emails re asbestos.                         0.10       52.50    4880669   10/31/03
BENTLEY, PHILIP            10/31/03    Trade voicemails re asbestos issues.              0.10       52.50    4890851   11/03/03
                                                                                         ----      ------
Total For BENTLEY P - 02495                                                              0.40      210.00

                                                                        Fee Total        0.40      210.00
```

```
alp_132r: Billed Charges Analysis                                                                                                    PAGE  26
Run Date & Time: 12/18/2003 17:36:25

                                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                         *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00012                                                      Orig Prtnr : CRED. RGTS  - 06975        Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                              Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)                Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                           Status     : ACTIVE

      B I L L E D   T I M E   S U M M A R Y   ------------------------- Total Billed -------------------------
Employee Name                      Hours        Amount          Bill       W/o / W/u       Transfer To       Clnt/Mtr      Carry Forward
-------------------------          -------      ----------      -------    -----------     -----------       --------      -------------
BENTLEY, PHILIP                     0.40         210.00

         Total:                     0.40         210.00
```

```
alp_132r: Billed Charges Analysis                                   KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE   27
Run Date & Time: 12/18/2003 17:36:25                                     *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00013                                      Orig Prtnr : CRED. RGTS  - 06975              Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE              Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : FRAUDULENT CONVEYANCE ADV. PROCEEDING          Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                Status        : ACTIVE

Special Billing Instructions:

===================================================================================================================================================
                                                    PRE-BILLING SUMMARY REPORT

       UNBILLED TIME FROM:                             TO:
       UNBILLED DISB FROM:                             TO:

                                         FEES                   COSTS
                                        ------                 ------
       GROSS BILLABLE AMOUNT:             0.00                   0.00
       AMOUNT WRITTEN DOWN:
               PREMIUM:
       ON ACCOUNT BILLED:
       DEDUCTED FROM PAID RETAINER:
       AMOUNT BILLED:
               THRU DATE:
       CLOSE MATTER/FINAL BILLING?   YES OR NO
       EXPECTED DATE OF COLLECTION:

       BILLING PARTNER APPROVAL:
                                     BENTLEY PHILIP - 02495        WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

       BILLING COMMENTS:


===================================================================================================================================================
                                               ACCOUNTS RECEIVABLE TOTALS                       UNAPPLIED CASH

                   FEES:                    134.00         UNIDENTIFIED RECEIPTS:          0.00
       DISBURSEMENTS:                         0.00         PAID FEE RETAINER:               0.00
       FEE RETAINER:                          0.00         PAID DISB RETAINER:              0.00
       DISB RETAINER:                         0.00         TOTAL AVAILABLE FUNDS:           0.00
       TOTAL OUTSTANDING:                   134.00         TRUST BALANCE:
                                                           BILLING HISTORY
       DATE OF LAST BILL:            06/17/03              LAST PAYMENT DATE:       10/23/03
       LAST BILL NUMBER:               371897              FEES BILLED TO DATE:    73,734.00
       LAST BILL THRU DATE:          05/31/03              FEES WRITTEN OFF TO DATE: 1,600.00

FOR ACCTG USE ONLY:          Write Down/Up Reason Codes:
       (1) Exceeded Fixed Fee          (6) Summer Associate
       (2) Late Time & Costs Posted    (7) Fixed Fee
       (3) Pre-arranged Discount       (8) Premium
       (4) Excessive Legal Time        (9) Rounding
       (5) Business Development       (10) Client Arrangement

BILL NUMBER: _____  DATE OF BILL: _____  Processed by: _____  FRC: _____  CRC: _____
```

```
alp_132r: Billed Charges Analysis                                                                                PAGE  28
Run Date & Time: 12/18/2003 17:36:25

                                                KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                     *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00013                                            Orig Prtnr : CRED. RGTS  - 06975        Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                    Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : FRAUDULENT CONVEYANCE ADV. PROCEEDING                Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                 Status     : ACTIVE

A C C O U N T S       R E C E I V A B L E         (Reflects Payments As of 12/18/03 17:36:25)
                                          ------- Billed -------       Applied      ---- Collections ----   Balance
Bill Date Thru Date Bill#         Fee & OA          Disbursement  Total      From OA       Total     Date       Due
-------------------------         ------------      ------------  -----      -------       -----     ----       ---
05/16/03 04/30/03 370445            100.50              926.30               926.30       926.30 10/23/03    100.50
06/17/03 05/31/03 371897            167.50                 .00               134.00       134.00 08/19/03     33.50

           Total:                   268.00              926.30             1,060.30                          134.00
```

```
alp_132r: Billed Charges Analysis                                                                               PAGE   29
Run Date & Time: 12/18/2003 17:36:25

                                        KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                             *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00019                               Orig Prtnr : CRED. RGTS  - 06975      Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE       Bill Prtnr : BENTLEY PHILIP - 02495   Bill Frequency: M
Matter Name : HEARINGS                                Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                  Status     : ACTIVE

Special Billing Instructions:

                                           PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM:   10/27/2003                      TO:   10/27/2003
UNBILLED DISB FROM:                                   TO:

                           FEES                                   COSTS

GROSS BILLABLE AMOUNT:        940.00                         0.00
AMOUNT WRITTEN DOWN:
   PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
   AMOUNT BILLED:
   THRU DATE:              10/27/2003
CLOSE MATTER/FINAL BILLING?   YES OR NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:   BENTLEY PHILIP - 02495          WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:


                                           ACCOUNTS RECEIVABLE TOTALS                UNAPPLIED CASH

                  FEES:              3,222.48     UNIDENTIFIED RECEIPTS:    0.00
         DISBURSEMENTS:                 12.00     PAID FEE RETAINER:        0.00
         FEE RETAINER:                   0.00     PAID DISB RETAINER:       0.00
        DISB RETAINER:                   0.00     TOTAL AVAILABLE FUNDS:    0.00
     TOTAL OUTSTANDING:              3,234.48     TRUST BALANCE:
                                                  BILLING HISTORY
            DATE OF LAST BILL:       11/30/03          LAST PAYMENT DATE:   12/08/03
            LAST BILL NUMBER:         380293           FEES BILLED TO DATE: 52,097.50
          LAST BILL THRU DATE:       10/31/03          FEES WRITTEN OFF TO DATE: 5,087.68

FOR ACCTG USE ONLY:              Write Down/Up Reason Codes:
       (1) Exceeded Fixed Fee              (6) Summer Associate
       (2) Late Time & Costs Posted        (7) Fixed Fee
       (3) Pre-arranged Discount           (8) Premium
       (4) Excessive Legal Time            (9) Rounding
       (5) Business Development           (10) Client Arrangement

BILL NUMBER: _____  DATE OF BILL: _____  Processed by: _____  FRC: _____  CRC: _____
```

```
alp_132r: Billed Charges Analysis                                                                                              PAGE   30
Run Date & Time: 12/18/2003 17:36:25

                                              KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                   *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00019                                                Orig Prtnr : CRED. RGTS - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                        Bill Prtnr  : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : HEARINGS                                                 Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                                      Status         : ACTIVE

BILLED TIME SUMMARY   ---------------------- Total  Billed -----------------
Emp Id Employee Name            Group         Oldest      Latest      Hours       Amount

05292 BECKER, GARY M.           CRED          10/27/03    10/27/03    2.00        940.00

                                Total:                                2.00        940.00

Sub-Total Hours :    0.00 Partners   2.00 Counsels   0.00 Associates   0.00 Legal Assts   0.00 Others


ACCOUNTS RECEIVABLE              (Reflects Payments As of 12/18/03 17:36:25)
                                 ------- Billed -------   --- Collections ---
Bill Date Thru Date Bill#        Fee & OA   Disbursement  From OA    Total     Date         Balance Due

07/24/03 06/30/03 373811           455.00         .00        .00        .00                      455.00
08/31/03 07/31/03 375389            12.00         .00        .00        .00                       12.00
09/30/03 08/31/03 376733         1,365.00       13.00     490.52     490.52  12/08/03            887.48
11/14/03 09/30/03 379590           940.00         .00        .00        .00                      940.00
11/30/03 10/31/03 380293           940.00         .00        .00        .00                      940.00

         Total:                  3,700.00       25.00     490.52                               3,234.48
```

```
alp_132r: Billed Charges Analysis                                                                                              PAGE   31
Run Date & Time: 12/18/2003 17:36:25

                                          KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                              *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00019                              Orig Prtnr : CRED. RGTS    - 06975              Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495             Bill Frequency: M
Matter Name : HEARINGS                               Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                           Status    : ACTIVE

   B I L L E D   T I M E   D E T A I L
Employee Name            Work Date     Description                                              Hours        Amount    Index#   Batch Date

BECKER, GARY M.          10/27/03   Prepare for and appear at omnibus hearing,                   2.00        940.00    4884403  11/03/03
                                    including arguing objection to motion to retain
                                    State Street as plan stock fiduciary.

                                                                              Fee Total          2.00        940.00

  Total For BECKER G - 05292                                                                     2.00        940.00
```

```
alp_132r: Billed Charges Analysis                                                                                              PAGE   32
Run Date & Time: 12/18/2003 17:36:25

                                            KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00019                              Orig Prtnr : CRED. RGTS - 06975           Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : HEARINGS                               Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                     Status     : ACTIVE

     B I L L E D   T I M E   S U M M A R Y  --------------------------------
Employee Name                   Hours        Amount         Bill      W/o / W/u    Transfer To    Clnt/Mtr   Carry Forward
------------------             -------      --------       ------    ----------    -----------    --------   -------------
BECKER, GARY M.                   2.00        940.00

         Total:                   2.00        940.00
```

```
alp_132r: Billed Charges Analysis                                                                            PAGE    33
Run Date & Time: 12/18/2003 17:36:25

                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                    *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00024                                Orig Prtnr  : CRED. RGTS - 06975      Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE        Bill Prtnr  : BENTLEY PHILIP - 02495  Bill Frequency: M
Matter Name : ZAI SCIENCE TRIAL                        Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                   Status   : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15
-----------------------------------------------------------------------------------------------------------------
                                    PRE-BILLING SUMMARY REPORT

            UNBILLED TIME FROM:                    TO:
            UNBILLED DISB FROM:                    TO:

                                            FEES                              COSTS
                                            ----                              -----
    GROSS BILLABLE AMOUNT:                  0.00                               0.00
    AMOUNT WRITTEN DOWN:
                PREMIUM:
        ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
           AMOUNT BILLED:
              THRU DATE:
 CLOSE MATTER/FINAL BILLING?        YES  OR  NO
 EXPECTED DATE OF COLLECTION:

   BILLING PARTNER APPROVAL:   BENTLEY PHILIP - 02495           WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

          BILLING COMMENTS:

-----------------------------------------------------------------------------------------------------------------
                                    ACCOUNTS RECEIVABLE TOTALS                UNAPPLIED CASH
                                    --------------------------                --------------
            FEES:                   1,737.61
   DISBURSEMENTS:                       0.00                UNIDENTIFIED RECEIPTS:       0.00
    FEE RETAINER:                       0.00                   PAID FEE RETAINER:        0.00
   DISB RETAINER:                       0.00                  PAID DISB RETAINER:        0.00
TOTAL OUTSTANDING:                  1,737.61                TOTAL AVAILABLE FUNDS:       0.00
                                                                   TRUST BALANCE:
                                        BILLING HISTORY
         DATE OF LAST BILL:  08/31/03             LAST PAYMENT DATE:    11/28/03
         LAST BILL NUMBER:   375389               FEES BILLED TO DATE:  2,069.50
     LAST BILL THRU DATE:    07/31/03         FEES WRITTEN OFF TO DATE:     0.00

FOR ACCTG USE ONLY:           Write Down/Up Reason Codes:
       (1) Exceeded Fixed Fee           (6) Summer Associate
       (2) Late Time & Costs Posted     (7) Fixed Fee
       (3) Pre-arranged Discount        (8) Premium
       (4) Excessive Legal Time         (9) Rounding
       (5) Business Development        (10) Client Arrangement

BILL NUMBER:_____   DATE OF BILL:_____  Processed by:_____  FRC:_____  CRC:_____
```

```
alp_132r: Billed Charges Analysis
Run Date & Time: 12/18/2003 17:36:25
```
KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE 34

Matter No: 056772-00024                    Orig Prtnr : CRED. RGTS - 06975        Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE    Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : ZAI SCIENCE TRIAL             Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                        Status : ACTIVE

A C C O U N T S    R E C E I V A B L E    (Reflects Payments As of 12/18/03 17:36:25)

```
                                    Billed            ---- Collections ----
Bill Date Thru Date Bill#    Fee & OA   Disbursement   From OA   Applied   Total Date      Balance Due
-----------------------------------------------------------------------------------------------------
07/24/03  06/30/03  373811     637.00         .00        .00                                  637.00
08/31/03  07/31/03  375389   1,432.50        4.55       4.55      336.44  336.44 11/28/03   1,100.61
                            ---------   ----------    ------              -------           --------
           Total:           2,069.50        4.55       4.55              336.44            1,737.61
```

```
alp_132r: Billed Charges Analysis                                                                                    PAGE   35
Run Date & Time: 12/18/2003 17:36:25

                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                         *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00028                              Orig Prtnr : CRED. RGTS  - 06975     Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr  : BENTLEY PHILIP - 02495 Bill Frequency: M
Matter Name : TRAVEL\NON-WORKING                     Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 10/04/2002                                                                Status    : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15

                                          PRE-BILLING SUMMARY REPORT

    UNBILLED TIME FROM:   10/27/2003                  TO:  10/27/2003
    UNBILLED DISB FROM:                               TO:

                                        FEES                           COSTS

GROSS BILLABLE AMOUNT:                 470.00                           0.00
AMOUNT WRITTEN DOWN:
      PREMIUM:
   ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
   AMOUNT BILLED:
DISB RETAINER:
THRU DATE:              10/27/2003
CLOSE MATTER/FINAL BILLING?     YES OR NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:

BILLING COMMENTS:       BENTLEY PHILIP - 02495     WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

                                       ACCOUNTS RECEIVABLE TOTALS                  UNAPPLIED CASH

              FEES:                     2,631.00      UNIDENTIFIED RECEIPTS:    0.00
      DISBURSEMENTS:                        0.00      PAID FEE RETAINER:        0.00
      FEE RETAINER:                         0.00      PAID DISB RETAINER:       0.00
      DISB RETAINER:                        0.00      TOTAL AVAILABLE FUNDS:    0.00
TOTAL OUTSTANDING:                      2,631.00      TRUST BALANCE:

                                           BILLING HISTORY

        DATE OF LAST BILL:          11/30/03           LAST PAYMENT DATE:          08/19/03
        LAST BILL NUMBER:             380293           FEES BILLED TO DATE:        8,670.00
        LAST BILL THRU DATE:        10/31/03           FEES WRITTEN OFF TO DATE:   6,760.00

FOR ACCTG USE ONLY:           Write Down/Up Reason Codes:

        (1) Exceeded Fixed Fee      (6)  Summer Associate
        (2) Late Time & Costs Posted (7) Fixed Fee
        (3) Pre-arranged Discount   (8)  Premium
        (4) Excessive Legal Time    (9)  Rounding
        (5) Business Development    (10) Client Arrangement

BILL NUMBER: _____    DATE OF BILL: _____    Processed by: _____    FRC: _____    CRC: _____
```

```
alp_132r: Billed Charges Analysis                                      KRAMER LEVIN NAFTALIS & FRANKEL LLP                                            PAGE   36
Run Date & Time: 12/18/2003 17:36:25                                       *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00028                                          Orig Prtnr : CRED. RGTS     - 06975            Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                  Bill Prtnr  : BENTLEY PHILIP - 02495           Bill Frequency: M
Matter Name : TRAVEL\NON-WORKING                                 Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 10/04/2002                                                                                      Status     : ACTIVE

                B I L L E D   T I M E   S U M M A R Y  -------------- Total Billed --------------
Emp Id Employee Name                 Group              Oldest       Latest        Hours             Amount
------ -----------------------       -----             --------     --------      -------          ---------
05292  BECKER, GARY M.                CRED             10/27/03     10/27/03         1.00             470.00

                                      Total:                                         1.00             470.00

Sub-Total Hours :    0.00 Partners       0.00 Counsels       0.00 Associates         0.00 Legal Assts     0.00 Others


                A C C O U N T S   R E C E I V A B L E      (Reflects Payments As of 12/18/03 17:36:25)
                                          Billed ---------     ---- Applied ----     ---- Collections ----
Bill Date Thru Date Bill#    Fee & OA   Disbursement   From OA    Total      Date                     Balance Due
---------- --------- -----  ---------   ------------   -------    ------   --------                   -----------
06/17/03   05/31/03 371897    455.00          .00        .00      364.00  08/19/03                         91.00
07/24/03   06/30/03 373811    910.00          .00        .00         .00                                  910.00
09/30/03   08/31/03 376733    455.00          .00        .00         .00                                  455.00
11/14/03   09/30/03 379590    705.00          .00        .00         .00                                  705.00
11/30/03   10/31/03 380293    470.00          .00        .00         .00                                  470.00

                   Total:   2,995.00          .00        .00      364.00                                2,631.00
```

```
alp_132r: Billed Charges Analysis                                                                              PAGE  37
Run Date & Time: 12/18/2003 17:36:25

                                      KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                           *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00028                              Orig Prtnr : CRED. RGTS - 06975           Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : TRAVEL\NON-WORKING                     Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 10/04/2002                                                                     Status    : ACTIVE

   B I L L E D   T I M E   D E T A I L
Employee Name           Work Date    Description                                         Hours       Amount   Index#    Batch Date
------------------------------------------------------------------------------------------------------------------------------------
BECKER, GARY M.         10/27/03  Non working travel relative to omnibus hearing          1.00       470.00  4884404   11/03/03
                                  (bill at one half normal rate) (2.0).

                                                                       Fee Total          1.00       470.00

Total For BECKER G - 05292                                                                1.00       470.00
```

```
alp_132r: Billed Charges Analysis                              KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE    38
Run Date & Time: 12/18/2003 17:36:25                              *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00028                                          Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                  Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : TRAVEL\NON-WORKING                                 Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 10/04/2002                                                                                 Status     : ACTIVE

    B I L L E D   T I M E   S U M M A R Y  ----------------- Total Billed -----------------
Employee Name                 Hours            Amount         Bill     W/o / W/u     Transfer To   Clnt/Mtr   Carry Forward

BECKER, GARY M.                1.00            470.00

           Total:              1.00            470.00
```