# EXHIBIT 3

# W.R. GRACE & CO.
# ASBESTOS MEDICAL MONITORING PROOF OF CLAIM FORM

*The United States Bankruptcy Court for the District of Delaware*
*In re: W.R. Grace & Co., et al., Debtors, Case No. 01-01139 (JKF)*
*(Jointly Administered)*

## SUBMIT COMPLETED CLAIMS TO:

**Claims Processing Agent**
**Re: W.R. Grace & Co. Bankruptcy**
**PO Box 1620**
**Faribault, MN 55021-1620**

For a complete list of the Debtors in this case, please see "The Debtors" section of the *General Instructions for Completing Proof of Claim Forms*. The Debtors in this case are collectively referred to in this document as "Grace".

If you have a current claim against Grace for medical monitoring, but not personal injury, due to alleged significant exposure to hazardous asbestos fibers as a result of the acts or omissions of Grace, THIS ASBESTOS MEDICAL MONITORING PROOF OF CLAIM FORM MUST BE RECEIVED ON OR BEFORE 4:00 P.M. EASTERN TIME ON MARCH 31, 2003, or you will be forever barred from asserting or receiving payment for your claim.

PremierView™ forms by NCS Pearson MM243847-2 65432 Printed in U.S.A. Copyright © 2002 NCS Pearson, Inc. All rights reserved.

# INSTRUCTIONS FOR FILING THE W. R. GRACE & CO. ASBESTOS MEDICAL MONITORING PROOF OF CLAIM FORM

## WHO SHOULD USE THIS ASBESTOS MEDICAL MONITORING PROOF OF CLAIM FORM

1. This Asbestos Medical Monitoring Proof of Claim Form (referred to in this document as the "Form") applies only to claims being made against Grace by or on behalf of those who have not as of the Claim Bar Date suffered any personal injury but who are alleging that Grace wrongfully caused them to be significantly exposed to hazardous asbestos fibers, that this exposure significantly increased the claimant's risk of contracting a serious latent disease, that medical monitoring could reasonably be expected to result in early detection of the onset and mitigation of the severity of such disease, and that because of this exposure it is necessary for the claimant to be examined by a physician or receive medical testing more often than he or she otherwise would.

2. The Bar Date does not apply to Asbestos Personal Injury Claims, Settled Asbestos Claims or Zonolite Attic Insulation Claims. Those claims will be subject to a separate claim submission process and should not be filed at this time.

3. This form should not be used for claims for an Asbestos Property Damage Claim or a Non-Asbestos Claim. Instead, separate specialized proof of claim forms for these claims should be completed.

4. Please do not distribute this form to others. Please call the Claims Processing Agent at 1-800-432-1909 to request additional forms if they are needed.

## GENERAL INSTRUCTIONS

1. This form must be signed by the claimant or authorized agent of the claimant. THIS FORM MUST BE RECEIVED ON OR BEFORE 4:00 PM EASTERN TIME ON MARCH 31, 2003, or you forever will be precluded from asserting your claim(s) against or receiving payment from Grace. Return your completed form to the Claims Processing Agent, Re: W.R. Grace & Co. Bankruptcy, P.O. Box 1620, Faribault MN 55021-1620. If you are returning this form by mail, allow sufficient time so that this form is received on or before March 31, 2003. Forms that are postmarked before March 31, 2003 but received after March 31, 2003 will not be accepted. Only original forms will be accepted for filing. Forms transmitted by facsimile will not be accepted for filing.

2. If you cannot fit all information in any particular section or page, please make a copy of that page before filling it out and attach as many additional pages as needed.

3. This form must be filled out completely using BLACK or BLUE ink or may be typewritten.
   - Please print clearly using capital letters only.
   - Skip a box between words.
   - Do not write outside of the boxes or blocks.
   - Do not use a felt tip pen.
   - Do not bend or fold the pages of the form.

4. Because this form will be read by a machine, please print characters using the examples below. For optimum accuracy, please print in capital letters and avoid contact with the edge of the character boxes.

5. Mark check boxes with an "X" (example at right). ☒ NAME HERE

6. Be <u>accurate</u> and <u>truthful</u>. A Proof of Claim Form is an official court document that may be used as evidence in any legal proceeding regarding your claim. The penalty for presenting a fraudulent claim is a fine of up to $500,000 or imprisonment for up to five years or both. 18 U.S.C. §§ 152 & 3571.

7. Make a copy of your completed Form to keep for your records. <u>Send</u> only <u>original</u> Forms to the Claims Agent at the following address: Claims Processing Agent, Re: W.R. Grace & Co. Bankruptcy<br>P.O. Box 1620<br>Faribault MN 55021-1620.

8. You will receive written notification of the proof of claim number assigned to this claim once it has been processed.

## PART I: CLAIMANT IDENTIFICATION

**NAME:**

*First* *Middle* *Last* *Jr/Sr/III*

**GENDER:** ☐ MALE ☐ FEMALE

**SOCIAL SECURITY NUMBER:** ___-__-____

**BIRTH DATE:** *Month* - *Day* - *Year*

**Residential Address:**

*Street Address*

*City* *State /Province* *Zip Code /Postal Code*

*Country (if not U.S.)*

**Day Time Telephone**

( ) - *Area Code*

## PART II: ATTORNEY INFORMATION

*If an attorney is representing this claimant or the representative of this claimant, complete this section. (You do not need to be represented by an attorney to submit a claim.)*

**Law Firm Name**

**Attorney Name**

*First* *MI* *Last*

**Mailing Address for Claim-Related Correspondence**

*Street Address*

*City* *State /Province* *Zip Code /Postal Code*

*Country (if not U.S.)*

**Telephone Number**

( ) - *Area Code*

**Fax Number**

( ) - *Area Code*

**E-Mail Address**

# PART III: Questions Applicable To Persons Claiming Exposure To Asbestos In The Libby, Montana Area (Lincoln County, Montana)

## A. RESIDENCE/EMPLOYMENT INFORMATION

1. **Were you ever a resident of Lincoln County, Montana?**

☐ Yes ☐ No

**During what period of time? What was/were your residential address(es) during each such period of time?**

**Start Date** __ __ - __ __ __ __ *Month Year*

**End Date** __ __ - __ __ __ __ *Month Year*

**Residential Address:**

*Street Address*

*City*

*Zip Code /Postal Code*

**Start Date** __ __ - __ __ __ __ *Month Year*

**End Date** __ __ - __ __ __ __ *Month Year*

**Residential Address:**

*Street Address*

*City*

*Zip Code /Postal Code*

**Start Date** __ __ - __ __ __ __ *Month Year*

**End Date** __ __ - __ __ __ __ *Month Year*

**Residential Address:**

*Street Address*

*City*

*Zip Code /Postal Code*

**2. List your jobs, employers and employment locations during each period of time in which you lived in Lincoln County.**

**1. Employment Dates:**

From __ __ - __ __ __ __ *Month Year*

To __ __ - __ __ __ __ *Month Year*

**2. Occupation:**

*description*

**3. Claimant's Employer**

**4. Employment Location:**

*Street Address*

*City*

*Zip Code /Postal Code*

**1. Employment Dates:**

From __ __ - __ __ __ __ *Month Year*

To __ __ - __ __ __ __ *Month Year*

**2. Occupation:**

*description*

**3. Claimant's Employer**

**4. Employment Location:**

*Street Address*

*City*

*Zip Code /Postal Code*

**Continue on next page > > >**

**2. continued...**

1. Employment Dates:
From ☐☐ - ☐☐☐☐ *Month Year*
To ☐☐ - ☐☐☐☐ *Month Year*

2. Occupation:
*description*

3. Claimant's Employer

4. Employment Location:
*Street Address*
*City*
*Zip Code /Postal Code*

**3. Were you or any member(s) of your household an employee of W.R. Grace while you lived in Lincoln County?**

☐ Yes ☐ No

**4. If you were an employee of W.R. Grace, did you work:**

**a. In the mining of vermiculite ore?**

☐ Yes ☐ No

**If yes, during what time period? What jobs did you perform?**

**Start Date** ☐☐ - ☐☐☐☐ *Month Year*

**End Date** ☐☐ - ☐☐☐☐ *Month Year*

**Occupation:**

*description*

**Continue on next page > > >**

**4. continued...**

**b. In the milling or screening of vermiculite ore?**

☐ Yes ☐ No

**If yes, during what time period? What jobs did you perform?**

**Start Date** _Month_ - _Year_ **End Date** _Month_ - _Year_

**Occupation:**

_description_

**c. In the vermiculite expansion plant?**

☐ Yes ☐ No

**If yes, during what time period? What jobs did you perform?**

**Start Date** _Month_ - _Year_ **End Date** _Month_ - _Year_

**Occupation:**

_description_

**d. If employed at any other W.R. Grace location, please specify. What jobs did you perform?**

**Site Name:**

**Site Owner:**

**Site Address:**

_Street Address_

_City_ _Zip Code /Postal Code_

**Occupation:**

_description_

## B. OTHER CLAIMS OR LITIGATION

**Have you ever brought or filed any worker's compensation claims against Grace?**

☐ Yes ☐ No

**If yes, answer this section.**

1. **Describe the injury for which you sought compensation.**

2. **When was the claim filed?** Date ☐☐ - ☐☐☐☐ *Month* *Year*

3. **What was the result of the claim?**
   - ☐ Claim Paid
   - ☐ Claim Denied
   - ☐ Pending
   - ☐ Other (please describe)

**Have you ever filed any other claims or lawsuits against Grace?**

☐ Yes ☐ No

**If yes, answer this section.**

1. **Please describe the claim or lawsuit.**

2. **When was the claim or lawsuit filed?** Date ☐☐ - ☐☐☐☐ *Month* *Year*

3. **Where was the claim or lawsuit filed (court or other claims authority)?**
   **Court or Claims Authority:**
   *Name*
   *City* *State /Province*

4. **What was the result of the lawsuit or claim?**
   - ☐ Judgement or Verdict Entered
   - ☐ Settled and Paid
   - ☐ Settled Not Paid
   - ☐ Pending
   - ☐ Other (please describe)

## C. RELATED PARTY MEDICAL MONITORING CLAIM

*If you claim exposure to asbestos brought into your household by a family member who worked for Grace, list each Grace employee in your household and describe the time period of each such exposure, their job(s) and employment location(s).*

**Grace Employee Name:**

*First Name* *Middle Name* *Last Name*

1. **Asbestos Exposure dates:**

From *Month* - *Year* To *Month* - *Year*

2. **Grace Employee Occupation:**

*description*

3. **Employment Location:**

**Grace Employee Name:**

*First Name* *Middle Name* *Last Name*

1. **Asbestos Exposure dates:**

From *Month* - *Year* To *Month* - *Year*

2. **Grace Employee Occupation:**

*description*

3. **Employment Location:**

## D. ZONOLITE ATTIC INSULATION EXPOSURE (LINCOLN COUNTY, MT)

**Do you or did you have Zonolite Attic Insulation in your home during any period of time in which you lived in Lincoln County?**

☐ Yes ☐ No

**Where was/is it located in your home?** ☐ Attic ☐ Other (specify)

**Did you personally install that insulation?** ☐ Yes ☐ No

**Has the Zonolite Attic Insulation ever been moved and/or disturbed by you?**

☐ Yes ☐ No

**If yes, specify when and in what manner the Zonolite Attic Insulation was moved and/or disturbed.**

**Date** (*Month* - *Year*)

**Description**

**For incidents in which the Zonolite Attic Insulation was moved and/or disturbed, how long did you stay in close proximity to the insulation after you disturbed it?**

☐ Less than 1 hour ☐ 5-8 hours
☐ 1-4 hours ☐ Other (please specify)

## E. ASBESTOS TESTING

**Has there ever been any testing or sampling for the presence of asbestos on the property at which you reside or resided in Lincoln County?**

☐ Yes ☐ No

**If yes, provide when, by whom, the type of testing or sampling, and the results (e.g. air, bulk and dust sampling).**

**If Yes, when?**

**Date:** (*Month* - *Day* - *Year*)

**Sample Location:**

**Who took the sample:**

**Sample results:**

**Continue on next page > > >**

**E. continued...**

Date:

Month - Day - Year

Sample Location:

Who took the sample:

Sample results:

**If Yes, Attach To This Form All Documents Related To Any Testing Of The Property.**

## PART IV: QUESTIONS APPLICABLE TO FORMER WORKERS AT W.R. GRACE EXPANSION PLANTS (OTHER THAN IN LIBBY, MONTANA)

**Have you ever worked at a W.R. Grace vermiculite expansion plant other than in Libby, Montana? If yes, answer the questions in this Part.**

Name of Plant:

Plant Address:

*Street Address*

*City* *State /Province* *Zip Code /Postal Code*

Employment Dates at this Plant:

From *Month* - *Year* To *Month* - *Year*

Occupation at this Plant:

Continue on next page > > >

**IV. continued...**

**Name of Plant:**

**Plant Address:**

*Street Address*

*City* *State /Province* *Zip Code /Postal Code*

**Employment Dates at this Plant:**

From *Month* - *Year* To *Month* - *Year*

**Occupation at this Plant:**

**Have you ever brought or filed any worker's compensation claims against Grace?**

☐ Yes ☐ No

**If yes, answer this section.**

1. **Describe the injury for which you sought compensation.**

2. **When was the claim filed?** Date *Month* - *Year*

3. **What was the result of the claim?** ☐ Claim Paid ☐ Claim Denied ☐ Pending ☐ Other (please describe)

## PART V: Questions Applicable To Persons Who Were Employed As Commercial Installers or Removers of Zonolite Attic Insulation

*This section should be completed by claimants who allege significant exposure to Zonolite Attic Insulation as a result of installing or removing that product in residences while employed by insulation contractors or construction businesses.*

**Have you ever personally installed or removed Zonolite Attic Insulation as an employee of a commercial insulation business or other construction business?**

☐ Yes ☐ No

**If yes, answer the questions in this Part:**

**During what time period(s) did you install or remove Zonolite Attic Insulation?**

| From | | To | |
|---|---|---|---|
| Month | Year | Month | Year |
| Month | Year | Month | Year |
| Month | Year | Month | Year |

**List your employer(s) and job(s) and employment location(s) during each time period in which you installed or removed Zonolite Attic Insulation.**

1. **Employment dates:**
   From Month - Year To Month - Year
2. **Occupation:**
   *description*
3. **Employer's Name:**
4. **Employer's Address:**
   *Street Address*
   *City* *State /Province* *Zip Code /Postal Code*
   *Country (if not U.S.)*

**List the percentage of time during that period that you personally installed or removed Zonolite Attic Insulation.**

**For each employer for whom you installed or removed Zonolite Attic Insulation, describe the protective equipment you used while working in proximity to the Zonolite Attic Insulation.**

**Percentage of time:** %

**Protective equipment used:**
☐ respirator ☐ face mask ☐ special clothing ☐ other protective equipment ☐ none

*Continue on next page >>>*

**V. continued...**

1. **Employment dates:**
From ☐☐ - ☐☐☐☐ (*Month* / *Year*) To ☐☐ - ☐☐☐☐ (*Month* / *Year*)
2. **Occupation:**
*description*
3. **Employer's Name:**
4. **Employer's Address:**
*Street Address*
*City* — *State /Province* — *Zip Code /Postal Code*
*Country (if not U.S.)*

**List the percentage of time during that period that you personally installed or removed Zonolite Attic Insulation.**

**For each employer for whom you installed or removed Zonolite Attic Insulation, describe the protective equipment you used while working in proximity to the Zonolite Attic Insulation.**

**Percentage of time:** ☐☐☐ %

**Protective equipment used:** ☐ respirator ☐ face mask ☐ special clothing ☐ other protective equipment ☐ none

1. **Employment dates:**
From ☐☐ - ☐☐☐☐ (*Month* / *Year*) To ☐☐ - ☐☐☐☐ (*Month* / *Year*)
2. **Occupation:**
*description*
3. **Employer's Name:**
4. **Employer's Address:**
*Street Address*
*City* — *State /Province* — *Zip Code /Postal Code*
*Country (if not U.S.)*

**List the percentage of time during that period that you personally installed or removed Zonolite Attic Insulation.**

**For each employer for whom you installed or removed Zonolite Attic Insulation, describe the protective equipment you used while working in proximity to the Zonolite Attic Insulation.**

**Percentage of time:** ☐☐☐ %

**Protective equipment used:** ☐ respirator ☐ face mask ☐ special clothing ☐ other protective equipment ☐ none

## PART VI: Other Exposures To Asbestos Materials or Products

*This section should be completed by all claimants. It asks for information about any additional exposure to asbestos or asbestos-containing products you have had in your lifetime. DO NOT repeat any of the information requested in the previous sections of this form.*

**List all of the asbestos product(s) or material(s) you have been exposed to, describe how you were exposed to that product or material, and identify the time period of each exposure. A supplemental form is provided if you have been exposed to more than one additional asbestos product or material:**

**Asbestos product or material:**

**Manufacturer or Source of the product or material:**

**Describe how exposure occurred:**

**If the exposure occurred while you were working, list your occupation, employer, and job location:**

**Occupation**

**Employer**

**Job location**

**If exposure occurred from work-related application of asbestos products, how close were you to the application or removal of the product?**

**Time period(s) of the exposure:**

From *Month* - *Year* To *Month* - *Year* From *Month* - *Year* To *Month* - *Year*

**Have you ever made a claim relating to this exposure?**

☐ Yes ☐ No

**If yes, answer this section:**

a. **Please describe the claim or lawsuit.**

b. **When was the claim or lawsuit filed?** Date *Month* - *Year*

c. **Where was the claim or lawsuit filed (court or other claims authority)?**
**Court or Claims Authority:**
*Name*
*City* *State /Province*

d. **What was the result of the lawsuit or claim?**

☐ Judgement or Verdict Entered ☐ Settled Not Paid ☐ Other (please describe)
☐ Settled and Paid ☐ Pending

*Continue on next page >>>*

**Did your additional exposure occur because you shared a household with an occupationally exposed person (such as a spouse or a parent who worked in proximity to asbestos)?**

☐ Yes ☐ No

**If yes, list the time period of that household exposure:** From ___ - ____ (*Month* - *Year*) To ___ - ____ (*Month* - *Year*)

**List the name of the occupationally exposed household member:**

*First Name* *Middle Name* *Last Name*

**List his or her occupation, employer and employment location, and describe how that person brought asbestos from the workplace into your household:**

**Occupation**

**Employer**

**Employment location**

**How it was brought home**

## PART VII: SIGNATURE

**All claims must be signed by the claimant or the person filing on his/her behalf (such as the personal representative or attorney).**

I have reviewed the information submitted on this proof of claim form and all documents submitted in support of my claim. To the best of my knowledge, the information is accurate and complete.

SIGNATURE OF CLAIMANT, REPRESENTATIVE, OR ATTORNEY

*Month* - *Day* - *Year*

**Name of Signatory, if not the claimant**

**Relationship of Signatory to Claimant**

IF THE SIGNATURE IS NOT THAT OF THE CLAIMANT, PLEASE PRINT THE NAME OF THE SIGNATORY ABOVE AND INDICATE THE RELATIONSHIP TO THE CLAIMANT

**THE PENALTY FOR SUBMITTING A FRAUDULENT CLAIM IS A FINE OF UP TO $500,000 OR IMPRISONMENT FOR UP TO 5 YEARS, OR BOTH. 18 U.S.C. §§ 152, 3571**