IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| Owens Corning, et al., | ) | Case Nos. 00-3837 through 00-3854 |
| | ) | |
| Debtors. | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| W.R. Grace & Co., et al. | ) | Case Nos. 01-1139 through 01-1200 |
| | ) | |
| Debrors. | ) | |
| | ) | |

### AFFIDAVIT OF SERVICE

Linda M. Bendlin being duly sworn according to law, deposes and says that she is employed by the law firm of Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C. and that on the 19th day of December 2003, she caused a copy of the following documents to be served upon the following service list(s) in the manner indicated:

1. **Signed Order Regarding Docket No. 4837**

*Linda M. Bendlin*
Linda M. Bendlin

Sworn to and subscribed before
me this 19th day of December 2003

*[signature]*
Notary Public

My Commission Expires: 7/9/05

[Notary Seal: BRUCE DEAN CAMPBELL, MY COMMISSION EXPIRES JULY 9, 2005, NOTARY PUBLIC STATE OF DELAWARE]

**W.R. Grace Fax Service List for 12/19/03**
Case No. 01-01139 (JKF)
Document No. 85958
10 – Via Facsimile

*Via Facsimile* - (202) 775-4500
Roy T. Englert, Jr., Esquire
Robbins, Russell, Englert, Orseck & Utereiner

*Via Facsimile* - (212) 728-8111
Richard Mancino, Esquire
Marc Adams, Esquire
Willkie, Farr & Gallagher

*Via Facsimile* - (302) 426-9193
Joanne B. Willis, Esquire
Klehr, Harrison, Harvey, Branzburg & Ellers

*Via Facsimile* - (312) 861-2200
David M. Bernick, Esquire
Kirkland and Ellis LLP

*Via Facsimile* - (212) 836-8689
Michael J. Crames, Esquire
Kaye Scholar

*Via Facsimile* - (302) 571-1253
Edwin J. Harron, Esquire
Young, Conaway, Stargatt & Taylor

*Via Facsimile* - (302) 656-7599
Daniel K. Hohan, Esquire
Law Offices of Daniel K. Hogan

*Via Facsimile* - (214) 969-4999
Sander L. Esserman, Esquire
Stutzman, Bromberg, Esserman & Plifka

*Via Facsimile* - (212) 715-8000
Jeffrey S. Trachtman, Esquire
Kramer, Levin, Naftalis & Frankel

*Via Facsimile* - (302) 467-4450
Adam G. Landis, Esquire
Rebecca L. Butcher, Esquire
Landis, Rath & Cobb

91100-001\DOCS_DE:85958.1