# EXHIBIT A

## Exhibit A

| BANKRUPTCY MANAGEMENT CORPORATION | | | | |
|---|---|---|---|---|
| Fee Application Filing Date & Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 10/3/2003 | 4541 | $354,035.00 | $15,480.10 | $354,035.00 | $15,480.10 |
| Total: | | $354,035.00 | $15,480.10 | $354,035.00 | $15,480.10 |

| BILZIN SUMBERG DUNN BAENA PRICE & AXELROD | | | | |
|---|---|---|---|---|
| Fee Application Filing Date & Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 10/31/2003 | 4652 | $59,032.50 | $6,112.70 | $59,032.50 | $5,967.99 |
| Total: | | $59,032.50 | $6,112.70 | $59,032.50 | $5,967.99 |

| CAMPBELL AND LEVINE | | | | |
|---|---|---|---|---|
| Fee Application Filing Date & Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 8/13/2003 | 4255 | $35,912.00 | $1,980.82 | $35,708.50 | $1,980.82 |
| Total: | | $35,912.00 | $1,980.82 | $35,708.50 | $1,980.82 |

| CAPLIN AND DRYSDALE, CHARTERED | | | | |
|---|---|---|---|---|
| Fee Application Filing Date & Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 8/15/2003 | 4277 | $27,930.00 | $6,177.83 | $27,752.50 | $6,177.83 |
| Total: | | $27,930.00 | $6,177.83 | $27,752.50 | $6,177.83 |

| CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN | | | | |
|---|---|---|---|---|
| Fee Application Filing Date & Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 8/14/2003 | 4272 | $208,097.50 | ($7,510.67) | $208,097.50 | ($11,070.27) |
| Total: | | $208,097.50 | ($7,510.67) | $208,097.50 | ($11,070.27) |

| CASNER & EDWARDS LLP | | | | |
|---|---|---|---|---|
| Fee Application Filing Date & Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 8/27/2003 | 4349 | $51,043.50 | $40,061.51 | $51,043.50 | $40,022.15 |
| Total: | | $51,043.50 | $40,061.51 | $51,043.50 | $40,022.15 |

| CONWAY DEL GENIO | | | | |
|---|---|---|---|---|
| Fee Application Filing Date & Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 9/26/2003 | 4494 | $240,847.00 | $3,237.13 | $240,847.00 | $3,237.13 |
| Total: | | $240,847.00 | $3,237.13 | $240,847.00 | $3,237.13 |

| DUANE MORRIS LLP | | | | |
|---|---|---|---|---|
| Fee Application Filing Date & Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 9/18/2003 | 4450 | $32,863.50 | $3,789.95 | $32,863.50 | $3,789.95 |
| Total: | | $32,863.50 | $3,789.95 | $32,863.50 | $3,789.95 |

| ELZUFON AUSTIN | | | | |
|---|---|---|---|---|
| Fee Application Filing Date & Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 9/3/2003 | 4363 | $5,937.50 | $4,284.81 | $5,937.50 | $4,284.81 |
| Total: | | $5,937.50 | $4,284.81 | $5,937.50 | $4,284.81 |

| FERRY & JOSEPH, P.A. | | | | |
|---|---|---|---|---|
| Fee Application Filing Date & Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 9/2/2003 | 4358 | $12,260.00 | $4,478.85 | $12,260.00 | $4,478.85 |
| Total: | | $12,260.00 | $4,478.85 | $12,260.00 | $4,478.85 |

| FTI POLICANO & MANZO | | | | |
|---|---|---|---|---|
| Fee Application Filing Date & Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 8/19/2003 | 4302 | $172,865.00 | $1,389.90 | $172,865.00 | $1,389.90 |
| Total: | | $172,865.00 | $1,389.90 | $172,865.00 | $1,389.90 |

| HAMILTON, RABINOVITZ & ALSCHULER, Inc. | | | | |
|---|---|---|---|---|
| Fee Application Filing Date & Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 11/11/2003 | 4676 | $45,895.00 | $4,485.93 | $45,895.00 | $4,485.93 |
| Total: | | $45,895.00 | $4,485.93 | $45,895.00 | $4,485.93 |

| HOLME ROBERTS AND OWEN LLP | | | | |
|---|---|---|---|---|
| Fee Application Filing Date & Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 8/11/2003 | 4211 | $202,473.00 | $23,631.22 | $201,423.00 | $23,631.22 |
| Total: | | $202,473.00 | $23,631.22 | $201,423.00 | $23,631.22 |

| KIRKLAND & ELLIS | | | | |
|---|---|---|---|---|
| Fee Application Filing Date & Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 8/27/2003 | 4347 | $359,637.00 | $11,258.32 | $357,346.00 | $11,183.48 |
| Total: | | $359,637.00 | $11,258.32 | $357,346.00 | $11,183.48 |

| KLETT ROONEY LIEBER AND SCHORLING | | | | |
|---|---|---|---|---|
| Fee Application Filing Date & Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 8/15/2003 | 4276 | $19,261.50 | $2,084.52 | $19,261.50 | $2,084.52 |
| Total: | | $19,261.50 | $2,084.52 | $19,261.50 | $2,084.52 |

| KRAMER LEVIN NAFTALIS & FRANKEL | | | | |
|---|---|---|---|---|
| Fee Application Filing Date & Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 8/21/2003 | 4310 | $27,447.00 | $1,839.08 | $27,447.00 | $1,839.08 |
| Total: | | $27,447.00 | $1,839.08 | $27,447.00 | $1,839.08 |

| LEGAL ANALYSIS SYSTEMS, INC. | | | | |
|---|---|---|---|---|
| Fee Application Filing Date & Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 8/13/2003 | 4254 | $8,848.00 | $0.00 | $8,848.00 | $0.00 |
| Total: | | $8,848.00 | $0.00 | $8,848.00 | $0.00 |

| LUKINS & ANINS | | | | |
|---|---|---|---|---|
| Fee Application Filing Date & Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 9/3/2003 | 4366 | $106,233.00 | $7,240.24 | $106,233.00 | $7,240.24 |
| Total: | | $106,233.00 | $7,240.24 | $106,233.00 | $7,240.24 |

| NELSON MULLINS RILEY and SCARBOROUGH, LLP | | | | |
|---|---|---|---|---|
| Fee Application Filing Date & Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 8/22/2003 | 4311 | $33,716.50 | $444.22 | $33,716.50 | $444.22 |
| Total: | | $33,716.50 | $444.22 | $33,716.50 | $444.22 |

| PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB, P.C. | | | | |
|---|---|---|---|---|
| Fee Application Filing Date & Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 9/18/2003 | 4448 | $36,512.00 | $48,433.86 | $36,512.00 | $48,433.86 |
| Total: | | $36,512.00 | $48,433.86 | $36,512.00 | $48,433.86 |

| PITNEY, HARDIN, KIPP AND SZUCH LLP | | | | |
|---|---|---|---|---|
| Fee Application Filing Date & Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 9/26/2003 | 4495 | $72,456.50 | $10,707.52 | $72,456.50 | $10,707.52 |
| Total: | | $72,456.50 | $10,707.52 | $72,456.50 | $10,707.52 |

| PRICEWATERHOUSECOOPERS LLP | | | | |
|---|---|---|---|---|
| Fee Application Filing Date & Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 8/14/2003 | 4265 | $172,305.13 | $2,594.86 | $166,142.09 | $2,594.86 |
| Total: | | $172,305.13 | $2,594.86 | $166,142.09 | $2,594.86 |

| REED SMITH LLP | | | | |
|---|---|---|---|---|
| Fee Application Filing Date & Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 08/15/2003 | 4278 | $580,295.75 | $60,586.48 | $580,295.75 | $60,419.25 |
| Total: | | $580,295.75 | $60,586.48 | $580,295.75 | $60,419.25 |

| RICHARDSON PATRICK | | | | |
|---|---|---|---|---|
| Fee Application Filing Date & Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 9/4/2003 | 4375 | $479,492.50 | $269,925.05 | $479,492.50 | $269,925.05 |
| Total: | | $479,492.50 | $269,925.05 | $479,492.50 | $269,925.05 |

| WARREN H. SMITH & ASSOCIATES | | | | |
|---|---|---|---|---|
| Fee Application Filing Date & Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 8/20/03 | 4303 | $52,055.00 | $1,150.27 | $52,055.00 | $1,150.27 |
| Total: | | $52,055.00 | $1,150.27 | $52,055.00 | $1,150.27 |

| STEPTOE & JOHNSON LLP | | | | |
|---|---|---|---|---|
| Fee Application Filing Date & Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 11/7/2003 | 4670 | $66,165.50 | $3,505.89 | $66,165.50 | $3,505.89 |
| Total: | | $66,165.50 | $3,505.89 | $66,165.50 | $3,505.89 |

| STROOCK & STROOCK & LAVAN LLP[1] | | | | |
|---|---|---|---|---|
| Fee Application Filing Date & Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 8/29/2003 | 4357 | $215,903.50 | $70,354.78 | $215,903.50 | $70,354.78 |
| Total: | | $215,903.50 | $70,354.78 | $215,903.50 | $70,354.78 |

---

[1] Stroock expense total includes $67,628.50 for fees and costs of Chambers Associates Incorporated.

| L. TERSIGNI CONSULTING, P.C. | | | | | |
|---|---|---|---|---|---|
| Fee Application Filing Date & Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 8/13/2003 | 4253 | $33,051.50 | $154.23 | $33,051.50 | $154.23 |
| Total: | | $33,051.50 | $154.23 | $33,051.50 | $154.23 |

0

| WACHTELL, LIPTON, ROSEN & KATZ | | | | | |
|---|---|---|---|---|---|
| Fee Application Filing Date & Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 9/10/2003 | 4412 | $2,643.75 | $113.72 | $2,643.75 | $113.72 |
| Total: | | $2,643.75 | $113.72 | $2,643.75 | $113.72 |

| WALLACE KING MARRARO & BRANSON PLLC | | | | | |
|---|---|---|---|---|---|
| Fee Application Filing Date & Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 8/7/2003 | 4182 | $311,612.10 | $31,876.97 | $311,612.10 | $31,607.18 |
| Total: | | $311,612.10 | $31,876.97 | $311,612.10 | $31,607.18 |

| WOODCOCK & WASHBURN | | | | | |
|---|---|---|---|---|---|
| Fee Application Filing Date & Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 8/14/2003 | 4270 | $58,649.00 | $3,769.83 | $58,649.00 | $3,769.83 |
| Total: | | $58,649.00 | $3,769.83 | $58,649.00 | $3,769.83 |