UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 03-4212

IN RE: KENSINGTON INTERNATIONAL LIMITED and
SPRINGFIELD ASSOCIATES, LLC, Petitioners

No. 03-4526

IN RE: D.K. ACQUISITION PARTNERS, L.P.; FERNWOOD ASSOCIATES, L.P.
AND DEUTSCHE BANK TRUST COMPANY AMERICAS, Petitioners

On Petitions for Writs of Mandamus
to the United States Bankruptcy Court
for the District of Delaware
(Related to Bankruptcy Nos. 00-03837 and 01-01139)

Argued on December 12, 2003

BEFORE: FUENTES, SMITH and GARTH, Circuit Judges

JUDGMENT

This cause having been submitted to the Court by Petitions for Mandamus

seeking an Order directing District Court Judge Alfred M. Wolin either (a) to disqualify himself under 28 U.S.C. § 455, or (b) to expedite consideration of (including discovery on) the recusal motions pending before him;

IT IS NOW HERE ORDERED AND ADJUDGED by this Court that District Court Judge Wolin be and is hereby directed to vacate the stay of discovery which was imposed by his Order of October 23, 2003; and

IT IS FURTHER ORDERED that expedited discovery proceed in connection with the matters discussed in the foregoing Opinion without interruption, objection, or extension of time beyond that established by Judge Wolin so that his ruling can be filed on or before January 31, 2004; and

IT IS FURTHER ORDERED that Judge Wolin rule on or before January 31, 2004 on the recusal motions pending before him; and

IT IS FURTHER ORDERED that we will retain jurisdiction over any proceedings which may be necessary subsequent to Judge Wolin's ruling on the recusal motions.

All of the above in accordance with the opinion of this Court.

ATTEST:

*Kathleen Brown*
Acting Clerk

Dated: December 18, 2003