## Ferry, Joseph & Pearce, P.A.

824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

Ph:   (302) 575-1555     Fax:   (302) 575-1714

October 1, 2003-October 31, 2003

WR Grace PD Committee

Inv #:     10069

**Attention:**

**RE:**    WR Grace PD Committee

## SUMMARY BY TASK

| Task | | Hours | Amount |
|---|---|---|---|
| B14 | Case Administration - | 9.30 | 1,785.00 |
| B17 | Committee, Creditors', Noteholders' or Equity - | 2.30 | 460.00 |
| B18 | Fee Applications, Others - | 8.00 | 1,200.00 |
| B2 | Asb: Claims Analysis - | 0.10 | 20.00 |
| B25 | Fee Applications, Applicant - | 3.50 | 550.00 |
| B32 | Litigation and Litigation Consulting - | 13.60 | 2,720.00 |
| B37 | Hearings - | 2.40 | 480.00 |
| | **Total** | **39.20** | **$7,215.00** |
| | **Grand Total** | **39.20** | **$7,215.00** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|---|---|---|---|
| Lisa L. Coggins | 150.00 | 12.50 | 1,875.00 |
| Rick S. Miller | 200.00 | 1.90 | 380.00 |
| Theodore J. Tacconelli | 200.00 | 24.80 | 4,960.00 |
| **Total** | | **39.20** | **$7,215.00** |

## DISBURSEMENT SUMMARY

| CA | Expense - | 811.81 |
|---|---|---|
| | **Total Disbursements** | **$811.81** |

| Date | Description | Hours | Lawyer |
|---|---|---|---|
| Oct-15-03 | *Asb: Claims Analysis* - Review pleading re: response of Jacklyn Potts to 2nd omnibus objection to claims | 0.10 | TJT |
| Oct-02-03 | *Case Administration* - Review report from CDG re: new acquisition | 0.30 | TJT |
| | *Case Administration* - Review report on proposed new future rep | 0.10 | TJT |
| Oct-03-03 | *Case Administration* - Review pleading re: fee auditor's final report re: PSZY&J 9th interim period quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: fee auditor's final report re: Holme Roberts 9th interim quarterly Fee Application | 0.10 | TJT |
| Oct-05-03 | *Case Administration* - Review pleading re: fee auditor's final report re: Wachtel Lipton 9th interim period quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: fee auditor's final report re: Campbell Levine 9th Interim Period Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Fee Auditor's Final Report re: Kasner Edwards 9th Interim Period Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Fee Auditor's Final Report re: Caplan Drysdale 9th Interim Period Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Fee Auditor's Final Report re: Caplan Drysdale August 2003 Fee Application | 0.10 | TJT |
| Oct-06-03 | *Case Administration* - Review pleading re: Fee Auditor's Final Report re: Stroock 9th Interim Period Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Fee Auditor's Final Report re: Duane Morris 9th Interim Period Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Fee Auditor's Final Report re: Caplan Drysdale 9th Interim Period Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Pitney Hardin June 2003 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: summary of Pitney Hardin quarterly Fee Application April - June 2003 | 0.10 | TJT |
| | *Case Administration* - Review pleading re: certification of counsel re: scheduling order re: debtor's motion to expand PI re: Chakarian re: 01-771 | 0.10 | TJT |
| | *Case Administration* - Review pleading re: legal analysis systems August 2003 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: summary of Nelson Mullen quarterly Fee Application April - June 2003 | 0.10 | TJT |
| | *Case Administration* - Review pleading re: PWC July 2003 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: K&E July 2003 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Nelson Mullen July 2003 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: debtors 8th notice of settlements | 0.10 | TJT |
| Oct-11-03 | *Case Administration* - Review pleading re: Duane Morris July 2003 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Duane Morris August 2003 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Holme Roberts July 2003 Fee Application | 0.10 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| Oct-12-03 | *Case Administration* - Review pleading re: London Market Insurers objection to disclosure of settlement agreement with Insurance companies | 0.10 | TJT |
| | *Case Administration* - Review pleading re: debtors statement of amount paid to ordinary course professionals from April - September 2003 | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Fee Auditor's Final Report re: PWC 9th Interim Period Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: L. Tersigni August 2003 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: affidavit of C. Barbieri re: employment of Fosters Swift et al. | 0.10 | TJT |
| | *Case Administration* - Review pleading re: summary of BMC's quarterly Fee Application April - June 2003 | 0.10 | TJT |
| | *Case Administration* - Review pleading re: supplement to debtors application to retain State St. Bank as investment advisor | 0.10 | TJT |
| | *Case Administration* - Review pleading re: motion to substitute Landis Rath and Cobb re: Charkarian re: 01-771 | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Lukins Annis July 2003 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: motion of J. Holland, et al. for leave to file reply to Smolker opposition to motion to expand preliminary injunction re: Chakarian re: 01-771 | 0.10 | TJT |
| Oct-13-03 | *Case Administration* - Confer with T. Tacconelli re: motion to recuse in Owens Corning case and its potential application to WR Grace | 0.30 | RSM |
| | *Case Administration* - Review correspondence re: e-mail from F. Perch re: UST objection to debtors motion to retain Protiviti LLP as special compliance advisor | 0.10 | TJT |
| | *Case Administration* - Review pleading re: US Trustees objection to debtors motion to retain Protiviti LLP as compliance advisor | 0.10 | TJT |
| | *Case Administration* - Review correspondence re: review e-mail from F. Perch re: difficulty with ECF system re: UST's objection to debtors motion to retain Protiviti LLP as compliance advisor | 0.10 | TJT |
| | *Case Administration* - Review pleading re: fee auditors final report re: Wallace King 9th Interim Period Quarterly Fee Application | 0.10 | TJT |
| Oct-14-03 | *Case Administration* - Review pleading re: Warren A. Smith & Associates September 2003 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: debtors motion to employ President and COO (with attachments/affidavits) | 0.20 | TJT |
| | *Case Administration* - Review pleading re: debtors objection to Old Castle, et al. motion for relief from automatic stay | 0.10 | TJT |
| Oct-15-03 | *Case Administration* - Review pleading re: fee auditors final report re: Pitney Hardin 9th interim quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Wallace King July 2003 Fee Application | 0.10 | TJT |
| Oct-17-03 | *Case Administration* - Review pleading re: fee auditors final report re: Reed Smith 9th interim quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Fee Auditor's Final Report re: BMC 9th interim period quarterly Fee Application | 0.10 | TJT |
| Oct-20-03 | *Case Administration* - Review correspondence re: e-mail from A. Danzeisen re: her motion for pro hac vice | 0.10 | TJT |
| | *Case Administration* - Prepare motion for admision pro hac vice for A. Danziesen | 0.20 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | *Case Administration* - Prepare e-mail to A. Danzeisen re: motion for admission pro hac vice with instructions | 0.20 | TJT |
| Oct-22-03 | *Case Administration* - Review correspondence re: motion for admission pro hac vice for A. Danzeisen | 0.10 | TJT |
| Oct-23-03 | *Case Administration* - Finalize, e-file and serve Pro Hac Vice motion of A. Danzeisen | 0.70 | LLC |
| | *Case Administration* - Review pleadings and update service list | 0.40 | LLC |
| | *Case Administration* - E-mail to R. Bello re: Pro Hac motion | 0.20 | LLC |
| | *Case Administration* - Confer with T. Tacconelli re: committee teleconference | 0.30 | RSM |
| | *Case Administration* - Confer with L. Coggins re: filing motion for admission pro hac vice for A. Danzeisen | 0.10 | TJT |
| Oct-24-03 | *Case Administration* - Confer with TJT re: motion to recuse judge in Owens Corning case | 0.40 | RSM |
| Oct-26-03 | *Case Administration* - Smolker response and opposition to Holland motion for leave to file reply re: Chakarian re: 01-771 | 0.10 | TJT |
| Oct-28-03 | *Case Administration* - Review mandamus petition filed in Owens Corning case | 0.40 | RSM |
| | *Case Administration* - Review pleading re: motion of Valetron Strength Films for reconsideration | 0.20 | TJT |
| | *Case Administration* - Review pleading re: Richardson Patrick August 2003 Fee Application | 0.10 | TJT |
| Oct-29-03 | *Case Administration* - confer with T. Tacconelli re: results of Committee teleconference | 0.30 | RSM |
| Oct-31-03 | *Case Administration* - Review pleading and update service list | 0.20 | LLC |
| | *Case Administration* - Confer with T. Tacconelli re: 3rd Circuit Stay in Owens Corning case and its application to WR Grace | 0.20 | RSM |
| Oct-02-03 | *Committee, Creditors', Noteholders' or* - Teleconference with committee | 0.30 | TJT |
| Oct-09-03 | *Committee, Creditors', Noteholders' or* - Teleconference with committee | 0.40 | TJT |
| Oct-16-03 | *Committee, Creditors', Noteholders' or* - Review correspondence re: e-mail from R. Ramphal re: weekly teleconference with committee | 0.10 | TJT |
| Oct-23-03 | *Committee, Creditors', Noteholders' or* - Teleconference with committee | 0.50 | TJT |
| Oct-29-03 | *Committee, Creditors', Noteholders' or* - Teleconference with committee | 1.00 | TJT |
| Oct-02-03 | *Fee Applications, Others* - Review docket re: objections to docket no. 4417 | 0.10 | LLC |
| | *Fee Applications, Others* - Prepare Certificate of No Objection re: docket no. 4417 and Certificate of Service | 0.20 | LLC |
| | *Fee Applications, Others* - Finalize, e-file and serve Certificate of No Objection re: docket no. 4417 | 0.30 | LLC |
| Oct-06-03 | *Fee Applications, Others* - Review e-mail from L. Flores re: Bilzin Fee Applications | 0.10 | LLC |
| | *Fee Applications, Others* - Finalize Bilzin 26th Fee Application for e-filing and prepare Certificate of Service | 0.40 | LLC |
| | *Fee Applications, Others* - E-file and serve Bilzin 26th Fee Application | 0.40 | LLC |
| Oct-08-03 | *Fee Applications, Others* - Review e-mail from L. Flores re: W.D. Hilton Fee Application | 0.10 | LLC |
| | *Fee Applications, Others* - Finalize 1st W.D. Hilton Fee Application for e-filing and prepare Certificate of Service | 0.30 | LLC |
| Oct-09-03 | *Fee Applications, Others* - E-mail to J. Sakalo and L. Flores at Bilzin re: W.D. Hilton Fee Applications | 0.10 | LLC |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | *Fee Applications, Others* - Review e-mail from J. Sakalo re: W.D. Hilton Fee Applications | 0.10 | LLC |
| | *Fee Applications, Others* - Review e-mail from L. Flores re: W.D. Hilton Fee Applications | 0.10 | LLC |
| | *Fee Applications, Others* - Review e-mail from L. Flores re: revised W.D. Hilton Fee Application | 0.10 | LLC |
| | *Fee Applications, Others* - Finalize revised W.D. Hilton Fee Application for e-filing | 0.30 | LLC |
| | *Fee Applications, Others* - E-file and serve W.D. Hilton Fee Application | 0.40 | LLC |
| Oct-22-03 | *Fee Applications* - Review docket re: objections to docket nos. 4493 & 4494 | 0.10 | LLC |
| | *Fee Applications, Others* - Prepare Certificate of No Objection re: docket no. 4493 and Certificate of Service | 0.20 | LLC |
| | *Fee Applications, Others* - Prepare Certificate of No Objection re: docket no. 4494 and Certificate of Service | 0.20 | LLC |
| | *Fee Applications, Others* - Finalize, e-file and serve Certificate of No Objection re: docket no. 4493 | 0.40 | LLC |
| | *Fee Applications, Others* - Finalize, e-file and serve Certificate of No Objection re: docket no. 4494 | 0.40 | LLC |
| Oct-24-03 | *Fee Applications, Others* - Review e-mail from L. Flores re: Bilzin Fee Application | 0.10 | LLC |
| | *Fee Applications, Others* - Finalize Bilzin 27th Fee Application for e-filing and prepare Certificate of Service | 0.40 | LLC |
| | *Fee Applications, Others* - E-file and serve Bilzin 27th Fee Application | 0.40 | LLC |
| Oct-28-03 | *Fee Applications, Others* - Review docket re: objections to docket no. 4544 | 0.10 | LLC |
| | *Fee Applications, Others* - Prepare Certificate of No Objection re: docket no. 4544 and Certificate of Service | 0.20 | LLC |
| | *Fee Applications, Others* - Finalize, e-file and serve Certificate of No Objection re: docket no. 4544 | 0.40 | LLC |
| Oct-30-03 | *Fee Applications, Others* - Review docket re: objections to docket no. 4558 | 0.10 | LLC |
| | *Fee Applications, Others* - Prepare Certificate of No Objection re: docket no. 4558 and Certificate of Service | 0.20 | LLC |
| | *Fee Applications, Others* - Finalize, e-file and serve Certificate of No Objection re: docket no. 4558 | 0.40 | LLC |
| Oct-31-03 | *Fee Applications, Others* - E-mail from S. Anderson re: Bilzin quarterly Fee Application | 0.10 | LLC |
| | *Fee Applications, Others* - Finalize Bilzin quarterly Fee Application for e-filing and Certificate of Service | 0.60 | LLC |
| | *Fee Applications, Others* - E-file and serve Bilzin quarterly Fee Application | 0.70 | LLC |
| Oct-10-03 | *Litigation and Litigation Consulting* - Download and review motion filed in Owens-Corning to remove Judge Wolin in Owens-Corning case and effect on proposed future representative in WR Grace case | 0.50 | TJT |
| Oct-11-03 | *Litigation and Litigation Consulting* - Review correspondence from M. Gries re: motion to recuse Judge Wolin in Owens-Corning case and possible effect on WR Grace case | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Prepare e-mail to M. Gries re: motion to recuse Judge Wolin in Owens-Corning case and possible effect on WR Grace case | 0.10 | TJT |

|  |  | Hours | By |
|---|---|---|---|
|  | *Litigation and Litigation Consulting* - Review correspondence re: e-mail from J. Sakalo re: motion to recuse Judge Wolin filed in Owens-Corning bankruptcy case | 0.10 | TJT |
| Oct-14-03 | *Litigation and Litigation Consulting* - Teleconference with A. Danzeisen re: limited objection to debtors motion to approve settlement agreement and release with Kwelmb Companies | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - Confer with paralegal re: need to prepare Certificate of Service for limited objection to settlement agreement and release with Kwelmb Companies | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - Prepare e-mail to A. Danzeisen re: limited objection to debtors motion to approve settlement agreement and release with Kwelmb Companies | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - Review e-mail from A. Danzeisen re: debtors have agreed to requested language; therefore, not filing limited objection to debtors motion to approve settlement and release with Kwelmb Companies | 0.10 | TJT |
| Oct-23-03 | *Litigation and Litigation Consulting* - Review summary of motion to rescue Judge Wolin in Owens Corning case | 0.30 | TJT |
|  | *Litigation and Litigation Consulting* - Review pleading re: response of CSFB to motion to recuse Judge Wolin in Owens Corning case | 0.50 | TJT |
|  | *Litigation and Litigation Consulting* - Download and review letter opinion re: staying all discovery on motion to recuse Judge Wolin in Owens Corning case | 0.30 | TJT |
|  | *Litigation and Litigation Consulting* - Prepare e-mail to S. Baena re: letter opinion of staying all discovery on motion to recuse Judge Wolin in Owens Corning case | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - Download and review motion to request the Court set briefing schedule and hearing re: motion to recuse Judge Wolin in Owens Corning case | 0.20 | TJT |
|  | *Litigation and Litigation Consulting* - Prepare e-mail to S. Baena re: motion to set briefing schedule hearing date on motion to recuse Judge Wolin in Owens Corning case | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - Review correspondence re: e-mail from A. Danzeisen re: future rep | 0.10 | TJT |
| Oct-24-03 | *Litigation and Litigation Consulting* - Download and review motion of Washington Legal Foundation for leave to file Amicus Curiae brief in support of motion to recuse Judge Wolin in Owens Corning case and review motion and brief | 1.40 | TJT |
|  | *Litigation and Litigation Consulting* - Prepare e-mail to S. Baena re: motion of Washington Legal Foundation for leave to file Amicus Curiae in support of motion to recuse Judge Wolin in Owens Corning case | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - Prepare e-mail to committee chairs re: motion of Washington Legal Foundation for leave to file Amicus Curiae in support of motion to recuse Judge Wolin in Owens Corning case | 0.20 | TJT |
|  | *Litigation and Litigation Consulting* - Confer with R. Miller re: motion of Washington Legal Foundation for leave to file Amicus Curiae in support of motion to recuse Judge Wolin in Owens Corning case | 0.30 | TJT |
|  | *Litigation and Litigation Consulting* - Review pleading re: notice of 30 (b) (6) deposition served on Grace re: motion to recuse Judge Wolin in Owens Corning case | 0.30 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | *Litigation and Litigation Consulting* - Prepare memorandum to committee re: service of notice of 30 (b) (6) deposition on WR Grace re: motion to recuse Judge Wolin in Owens Corning case | 0.30 | TJT |
| | *Litigation and Litigation Consulting* - Review pleading re: motion and memorandum for structural relief to eradicate ethical conflicts of personal injury attorneys in Owens Corning case | 1.00 | TJT |
| Oct-25-03 | *Litigation and Litigation Consulting* - Continue review of memorandum in support of structural relief to eradicate ethical conflicts of PI attorneys filed in Owens Corning case | 1.00 | TJT |
| | *Litigation and Litigation Consulting* - Download and review exhibits to memorandum in support of structural relief to eradicate ethical conflicts of PI attorneys filed in Owens Corning case | 1.00 | TJT |
| | *Litigation and Litigation Consulting* - Prepare e-mail to S. Baena re: motion for structural relief to eradicate ethical conflicts of PI attorneys filed in Owens Corning case | 0.10 | TJT |
| Oct-27-03 | *Litigation and Litigation Consulting* - Review correspondence re: e-mail from A. Danzeisen re: motion for structural relief to eradicate ethical conflicts between personal injury attorneys filed in Owens Corning case | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Prepare e-mails to A. Danzeisen (x4) re: exhibits to motion for structural relief to eradicate ethical conflicts of PI attorneys filed in Owens Corning case (x4) | 0.40 | TJT |
| | *Litigation and Litigation Consulting* - Review correspondence re: e-mail from A. Danzeisen to committee re: report on motion for structural relief to eradicate ethical conflicts of PI attorneys filed in Owens Corning case | 0.20 | TJT |
| Oct-28-03 | *Litigation and Litigation Consulting* - Review pleading re: emergency petition for writ of mandamus re: motion to recuse Judge Wolin in Owens Corning case | 1.30 | TJT |
| | *Litigation and Litigation Consulting* - Prepare memo to committee re: emergency petition for writ of mandamus re: motion to recuse Judge Wolin in Owens Corning case | 0.30 | TJT |
| Oct-29-03 | *Litigation and Litigation Consulting* - Review pleading re: objection of official committee to motion to appoint Hamlin as futures rep | 0.50 | TJT |
| | *Litigation and Litigation Consulting* - Prepare e-mail to S. Baena re: objection of official committee to appoint Hamlin as futures rep | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review correspondence re: e-mail from A. Danzeisen re: objection of official committee to motion to appoint Hamlin as futures rep | 0.10 | TJT |
| Oct-30-03 | *Litigation and Litigation Consulting* - Review pleading re: supplement to emergency petition for writ of mandamus in Owens Corning case | 0.80 | TJT |
| | *Litigation and Litigation Consulting* - Prepare e-mail to A. Danzeisen re: supplement to emergency petition for writ of mandamus in Owens Corning case | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review order staying all proceedings in Owens Corning case pending hearing on motion for recusal | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Prepare e-mail to A. Danzeisen re: stay order issued by 3rd circuit in Owens Corning case re: motion for recusal | 0.10 | TJT |
| Oct-31-03 | *Litigation and Litigation Consulting* - Review objection of UST to debtors' motion to appoint Hamlin as futures rep | 0.20 | TJT |
| | *Litigation and Litigation Consulting* - Prepare e-mail to A. Danzeisen re: UST's objection to debtors' motion to appoint Hamlin as futures rep | 0.10 | TJT |

|  |  |  |  |
|---|---|---|---|
|  | *Litigation and Litigation Consulting* - Review correspondence re: e-mail from A. Danzeisen to committee re: UST's objection to debtors' motion to appint Hamlin as futures rep | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - Review pleading re: unsecured creditors committees objection to debtors' motion to appoint Hamlin as futures rep (with exhibits) | 0.40 | TJT |
|  | *Litigation and Litigation Consulting* - Review pleading re: objection by London insurers to debtors' motion to appoint Hamlin as futures rep | 0.20 | TJT |
| Oct-21-03 | *Hearings* - Review pleading re: agenda for 10/27/03 hearing | 0.10 | TJT |
| Oct-23-03 | *Hearings* - Review correspondence re: e-mail from A. Danziensen re: appearance at 10/27/03 hearing | 0.10 | TJT |
|  | *Hearings* - Prepare e-mail to opposing counsel re: McFarland re: appearance A. Danzeisen by phone during 10/27/03 hearing | 0.10 | TJT |
| Oct-24-03 | *Hearings* - Review correspondence re: e-mail from S. McFarland re: call in information for 10/27/03 hearing | 0.10 | TJT |
|  | *Hearings* - Prepare e-mail to A. Danzeisen re: call in information for 10/27/03 hearing | 0.10 | TJT |
|  | *Hearings* - Review amended agenda for 10/27/03 hearing | 0.10 | TJT |
| Oct-27-03 | *Hearings* - Prepare for hearing | 0.30 | TJT |
|  | *Hearings* - Attend Bankruptcy Court | 1.50 | TJT |
| Oct-02-03 | *Fee Applications, Applicant* - Review time entries from July 2003 | 0.10 | LLC |
|  | *Fee Applications, Applicant* - Review Ferry, Joseph & Pearce time details for August 2003 | 0.40 | TJT |
|  | *Fee Applications, Applicant* - Review Ferry, Joseph & Pearce time details for August 2003 | 0.10 | TJT |
| Oct-03-03 | *Fee Applications, Applicant* - Prepare and finalize 28th monthly Fee Application | 1.00 | LLC |
|  | *Fee Applications, Applicant* - E-file and serve 28th monthly Fee Application | 0.40 | LLC |
|  | *Fee Applications, Applicant* - E-mail to Debtors re: Certificate of No Objection filed | 0.10 | LLC |
| Oct-13-03 | *Fee Applications, Applicant* - Review docket re: objections to docket no. 4446 | 0.10 | LLC |
|  | *Fee Applications, Applicant* - Prepare Certificate of No Objection re: docket no. 4446 and Certificate of Service | 0.20 | LLC |
|  | *Fee Applications, Applicant* - Finalize, e-file and serve Certificate of No Objection re: docket no. 4446 | 0.40 | LLC |
| Oct-30-03 | *Fee Applications, Applicant* - Review docket re: objections to docket no. 4528 | 0.10 | LLC |
|  | *Fee Applications, Applicant* - Prepare Certificate of No Objection re: docket no. 4528 and Certificate of Service | 0.20 | LLC |
|  | *Fee Applications, Applicant* - Finalize, e-file and serve Certificate of No Objection re: docket no. 4528 | 0.40 | LLC |
|  | Totals | 39.20 |  |

### DISBURSEMENTS

| | | |
|---|---|---|
| Oct-01-03 | *Expense* - Parcels, Inc. | 350.30 |
|  | *Expense* - Tristate Courier & Carriage - delivery charge | 39.00 |
| Oct-02-03 | *Expense* - Copying cost | 12.60 |

|  |  |  |
|---|---|---|
|  | *Expense* - Postage | 3.50 |
| Oct-03-03 | *Expense* - Copying cost | 11.25 |
|  | *Expense* - Postage | 2.58 |
| Oct-06-03 | *Expense* - Copying cost | 13.35 |
|  | *Expense* - Postage | 2.81 |
| Oct-13-03 | *Expense* - Copying cost | 12.60 |
|  | *Expense* - Postage | 3.50 |
| Oct-16-03 | *Expense* - Parcels, Inc. | 100.00 |
| Oct-21-03 | *Expense* - PACER Service Center - Period of 7/03 - 9/03 | 6.09 |
|  | *Expense* - Tristate Courier & Carriage - delivery charge | 6.50 |
| Oct-22-03 | *Expense* - Copying cost | 27.00 |
|  | *Expense* - Postage | 5.99 |
| Oct-23-03 | *Expense* - Copying cost | 14.40 |
|  | *Expense* - Service Supplies | 15.59 |
| Oct-25-03 | *Expense* - Fax | 89.00 |
| Oct-28-03 | *Expense* - Copying cost | 12.60 |
|  | *Expense* - Postage | 3.50 |
| Oct-30-03 | *Expense* - Copying cost | 25.20 |
|  | *Expense* - Postage | 6.15 |
| Oct-31-03 | *Expense* - Copying cost | 39.60 |
|  | *Expense* - Postage | 8.70 |

Totals                                          $811.81

**Total Fees & Disbursements**                  **$8,026.81**

**Balance Due Now**

                                                $8,026.81