UNITED STATES BANKRUPTCY COURT **FILED**
DISTRICT OF DELAWARE

2003 DEC 19 AM 10: 59

In Re: )
)                                    CLERK
W.R. GRACE & CO., et al., )          US BANKRUPTCY COURT
a Delaware Corporation, )   Case No. 01-01139 (RJN) DELAWARE
)   (Jointly Administered)
)
Debtor. )   Chapter 11
)
)

## VERIFIED STATEMENT IN CONNECTION WITH THE REPRESENTATION OF CREDITORS AS REQUIRED BY F.R.B.P. RULE 2019

Edward B. Cottingham, Jr., being first duly sworn, hereby deposes and states as follows:

1. I am an attorney with the Law Offices of Motley Rice LLC with offices at 28 Bridgeside Blvd., P.O. Box 1792, Mt. Pleasant, SC 29465.

2. This Verified Statement is filed in accordance with Rule 2019 of the Federal Rules of Bankruptcy Procedure.

3. The law firm of Motley Rice LLC has been retained as counsel or co-counsel for American Legion, Fargo, ND, Al Foss (Foss Drug), Fargo Housing Authority, St. Helena Catholic Church, Holy Redeemer Catholic Church, St. Leo The Great Church, Church of St. Joseph and School, St. Luke's Parochial School, Cherry Hill Plaza, City of Barnesville, MN, Diocese of Little Rock, First United Methodist Church, Port of Seattle and State of Washington in the above referenced bankruptcy (hereinafter "Creditors").

3. The address of each Creditor for purposes hereof is c/o Edward B. Cottingham, Jr., Motley Rice LLC, 28 Bridgeside Blvd., P.O. Box 1792, Mt. Pleasant, SC 29465.

1

4. The Creditors hold claims in varying amounts for monetary damages due to property damage caused by products manufactured, sold and/or distributed by Debtors which contained asbestos in the 1940's, 1950's, 1960's and 1970's.

5. Motley Rice LLC does not hold any claims against or interest in the Debtor.

6. Motley Rice LLC will file an amended and supplemental statement setting forth any material changes in the facts contained in this Verified Statement, should any such changes occur.

Respectfully submitted,

Edward B. Cottingham, Jr.
Motley Rice LLC
28 Bridgeside Boulevard
P.O. Box 1792
Mt. Pleasant, SC 29465
(843) 216-9148 Telephone
(843) 216-9440 Facsimile

**COUNSEL FOR CLAIMANTS,**
American Legion, Fargo, ND, Al Foss (Foss Drug), Fargo Housing Authority, St. Helena Catholic Church, Holy Redeemer Catholic Church, St. Leo The Great Church, Church of St. Joseph and School, St. Luke's Parochial School, Cherry Hill Plaza, City of Barnesville, MN, Diocese of Little Rock, First United Methodist Church, Port of Seattle and State of Washington

Mt. Pleasant, SC

December 15, 2003

2