IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: | ) |
| | ) Chapter 11 |
| USG CORPORATION, a Delaware | ) |
| Corporation, *et al* , | ) Case Nos   01-2094 through |
| | )            01-2104 |
| Debtors | ) |
| | ) Jointly Administered |
| | ) |
| | ) |
| In Re: | ) |
| | ) Chapter 11 |
| OWENS CORNING, a Delaware | ) |
| Corporation, *et al* , | ) Case Nos   00-3837 through |
| | )            00-3854 |
| Debtors | ) |
| | ) Jointly Administered |
| | ) |
| | ) |
| In Re: | ) |
| | ) Chapter 11 |
| W R  GRACE & COMPANY, a Delaware | ) |
| Corporation, *et al* , | ) Case Nos   01-1139 through |
| | )            01-1200 |
| Debtors. | ) |
| | ) Jointly Administered |
| | ) |
| | ) |

**REQUEST FOR DISCLOSURE**

Debtors in *In re USG Corporation* (the "USG Debtors"),[1] Kensington International

Limited and Springfield Associates, LLC, which are creditors in *In re Owens Corning* (the

"Owens Corning Creditors"), and D K  Acquisition Partners, L P , Fernwood Associates, L P ,

---

[1] These Debtors are the following eleven entities:  USG Corporation, United States Gypsum Company, USG
Interiors, Inc , USG Interiors International, Inc , L&W Supply Corporation, Beadex Manufacturing, LLC, B-R
Pipeline Company, La Mirada Products Co , Inc , USG Industries, Inc , USG Pipeline Company and Stocking
Specialists, Inc

and Deutsche Bank Trust Company Americas, which are creditors in *In re W R Grace & Company* (the "Grace Creditors"), respectfully submit this Request for Disclosure, seeking information from this Court that is relevant to the motions to recuse the Honorable Alfred M Wolin that are pending in the three above-captioned actions

On December 12, 2003, the Third Circuit Court of Appeal heard argument from the Owens Corning Creditors and the Grace Creditors regarding two petitions for writs of mandamus, seeking to recuse Judge Wolin  The appellate court also heard argument from the USG Debtors, who appeared as *amicus curiae*, and who also had moved this Court to recuse Judge Wolin

On December 18, 2003, the Third Circuit issued an Opinion of the Court, remanding the cases and directing "Judge Wolin to rule on the recusal motions pending before him no later than January 31, 2004 " (*In re Kensington Int'l et al*, Nos  03-4212, 03-4526, slip op  at 29 ) The principal reason for the remand was that the Third Circuit "require[s] in order to discharge [its] judicial function that the evidentiary record in this case be developed " (*Id* at 26 )  Accordingly, the court found that further discovery in these proceedings was warranted and directed that "expedited discovery proceed without interruption, objections, or extensions    ." (*Id* at 29 )

As the Court knows, the grounds for the pending motions include an appearance of partiality due to the roles of Messrs  Hamlin and Gross, under 28 U S C  § 455(a), and the receipt of extra-judicial information through *ex parte* communications, under 28 U S C  § 455(b)  In order to obtain the information required to assess the motions to recuse Judge Wolin, the above-referenced parties respectfully request that the Court make the following documents available for copying on or before January 5, 2004.

> 1.   All documents[2] created on or after November 1, 2001, that refer to or reflect any communication between Judge Wolin (or any person working

---

[2] In this Request for Disclosure, the term "document" means any document as defined by Federal Rule of Civil Procedure 34  A document may be any written, printed, typed, recorded, magnetic, punched, copied, graphic or other tangible thing in, upon, or from which information may be embodied, translated, conveyed, or stored (including, without limitation, correspondence,

on his behalf) and David Gross, Judson Hamlin, William Dreier, John Keefe, Francis McGovern, or any person working on their behalf (collectively the "Five Court Advisors")

2.    All documents that refer to or reflect any work performed by the Five Court Advisors

3.    All documents that refer to or reflect any payment made by any person or entity to the Five Court Advisors

4.    All documents that refer to or reflect any communication among any of the Five Court Advisors

5.    All documents that refer to *In re G-I Holdings, Inc*, 01-30135 (Bankr N.J.)

6.    All documents that refer to or reflect any communication between Judge Wolin (or any person working on his behalf) and any interested party (or any agent or representative of any interested party) in the *USG Corporation, Owens Corning, W.R. Grace, Armstrong World Industries, Federal-Mogul,* or *Combustion Engineering* bankruptcies  These documents should include (without limitation) the "record" of the Court's meetings "with interested parties on an <u>ex parte</u> basis," which is referenced at pages two and three of the November 21, 2003, Supplemental Response by the District Court Judge to the Petition for Writ of Mandamus, Pursuant to the Invitation of the Court of Appeals

7.    All documents that refer to or reflect any communication between the Five Court Advisors (or any person working on their behalf) and any interested

---

memoranda, notes, records, books, papers, telegrams, telexes, facsimile transmissions, dictation or other audio tapes, video tapes, computer tapes, computer discs, computer printouts, electronic mail, microfilm, microfiche, worksheets, diaries, calendars, photographs, charts, drawings, sketches and all other writings or drafts thereof)

party in the *USG Corporation, Owens Corning, W R Grace, Armstrong World Industries, Federal-Mogul,* or *Combustion Engineering* bankruptcies.

8.      All documents that refer to or reflect communications concerning any issues relating to asbestos litigation or legislation

Through these disclosures, the parties should obtain all documentary evidence in the Court's possession that is relevant to these motions. In addition, the USG Debtors, the Owens Corning Creditors, and the Grace Creditors believe that they should be entitled to obtain additional information from the Court that is not presently recorded in written form. There are a variety of potential avenues for developing such evidence, including interrogatories, deposition upon oral examination, or deposition upon written questions. (*See* Fed. R. Civ. Proc. 33, 30, 31.) Consistent with this Court's December 18, 2003 Order, these parties respectfully submit that the manner and timing of such additional discovery should be addressed at the discovery status conference that is scheduled for 10:00 a.m. on December 23, 2003.

Dated December 22, 2003

RICHARDS, LAYTON, & FINGER, P.A.

Daniel J. DeFranceschi (DE No. 2732)
Paul Heath (DE No. 3704)
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
Tel: (302) 651-7700

Counsel for USG Debtors

COOLEY GODWARD LLP
Stephen C. Neal (CA 170085)
Scott D. Devereaux (CA 146050)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306
Tel: (650) 843-5000

Counsel for USG Debtors

JONES DAY
David G Heiman (OH 0038271)
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114-1190
Tel: (216) 586-3939

Counsel for USG Debtors

David L Finger (DE No 2556)
FINGER & SLANINA, P A
One Commerce Center
1201 Orange Street, Suite 725
Wilmington, Delaware 19801-1155

Counsel for Kensington International
Limited and Springfield Associates LLC

ROBBINS, RUSSELL, ENGLERT,
ORSECK & UNTEREINER LLP
Lawrence S Robbins
Roy Englert Jr
1801 K Street, N W , Suite 411
Washington, D C 20006

Tel: (202) 775-4500


Counsel for Kensington International
Limited and Springfield Associates LLC

WILLKIE FARR & GALLAGHER LLP
Richard Mancino
Marc Abrams
Christopher J St Jeanos
Nish Menon
787 Seventh Avenue
New York, NY 10019
(212) 728-8000

Counsel for D K Acquisition Partners,
L P , Fernwood Associates, L P and
Deutsche Bank Trust Company Americas

WOLLMUTH MAHER & DEUTSCH
Paul R De Filippo (NJ 9779)
One Gateway Center
Newark, NJ 07102
Tel. (973) 733-9200

Counsel for USG Debtors


STUTMAN, TREISTER & GLATT
Isaac M Pachulski
K John Shaffer
1901 Avenue of the Stars, 12th Floor
Los Angeles, California 90067
Tel. (310) 228-5600

Counsel for Kensington International
Limited and Springfield Associates LLC

Joanne B Wills (DE No 2357)
KLEHR, HARRISON, HARVEY,
BRANZBURG & ELLERS LLP
919 market Street, Suite 1000
Wilmington, DE 19809-3062
(302) 426-1189

Counsel for D K Acquisition Partners,
L P , Fernwood Associates, L P and
Deutsche Bank Trust Company Americas