IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W.R. Grace & Co., et al., | ) Case No. 01-01139 (JKF) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |

## MOTION AND ORDER FOR
## ADMISSION PRO HAC VICE

Jennifer L. Scoliard, a member of the bar of this Court, pursuant to District Court Local Rule 83.5, moves the admission pro hac vice of Richard Mancino (the "Admittee") to represent D.K. Acquisition Partners, L.P., Fernwood Associates L.P. & Deutsche Bank Trust Co. America The Admittee is admitted, practicing, and a member in good standing of the Bar of the State of New York, the United States District Courts for the Southern, Eastern and Western Districts of New York, and the Courts of Appeals for the Second, Third and Ninth Circuits.

Jennifer L. Scoliard (#4147)
Klehr, Harrison, Harvey,
 Branzburg & Ellers LLP
919 Market Street, Suite 1000
Wilmington, Delaware 19801
(302) 426-1189

The Admittee certifies that he is eligible for admission pro hac vice to this Court, is admitted to practice and in good standing in the jurisdiction shown in the paragraph above, submits to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of, or in the preparation of, this action, and has access to, or has acquired, a copy of the Local Rules of this Court and is generally familiar with such Rules.

Richard Mancino
Willkie, Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019
Telephone: (212) 728-8000

Motion granted.
BY THE COURT:

Date: _____

_____
The Honorable Alfred M. Wolin
United States District Court Judge

PHIL1 550975-2