# Exhibit I

EXHIBIT I-1

# PROPOSED RESTRUCTURING – EUROPE

(Chart Illustrates Only Subsidiaries Participating In The Restructuring)

## Current

## Proposed



*Grace-Conn. to maintain small minority interest.

1

EXHIBIT I-2

# PROPOSED RESTRUCTURING – ASIA PACIFIC

(Chart Illustrates Only Subsidiaries Participating In The Restructuring)

## Current

## Proposed



* Grace-Conn. U.S. Group retains a minor interest.



EXHIBIT I-3

# PROPOSED RESTRUCTURING – THE AMERICAS

(Chart Illustrates Only Subsidiaries Participating In The Restructuring)

**Current**

**Proposed**

\* Grace -Conn. retains a minor interest.

\*\* German Holding Co. structure retains a minor interest.