## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: | Chapter 11 |
| W.R. GRACE & CO., et al., | Bankruptcy No. 01-01139 (JFK) |
| Debtors. | (Jointly Administered) |
| | **Objection Deadline: January 12, 2004**<br>**Hearing Date: TBD if necessary** |

### SUMMARY OF FIFTEENTH MONTHLY APPLICATION OF ELZUFON AUSTIN REARDON TARLOV & MONDELL, P.A. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE ZONOLITE ATTIC INSULATION CLAIMANTS FOR THE PERIOD OF NOVEMBER 1, 2003 THROUGH NOVEMBER 30, 2003

Name of Applicant:                          Elzufon Austin Reardon Tarlov & Mondell, P.A.

Authorized to provide                       Zonolite Attic Insulation Claimants
Professional services to:

Date of retention:                          August 22, 2002

Period for which compensation               November 1, 2003 through
and reimbursement is sought:                November 30, 2003

Amount of compensation sought
as actual reasonable and necessary:         $ 2,750.00

Amount of expense reimbursement             $ 1,281.11
sought as actual reasonable and
necessary:

This is a:      _X_  Monthly _____Interim          _____Final Application


Prior Application Filed: Yes.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/18/02 | 7/23/02 through 9/30/02 | $ 5,738.00 | $ 692.54 | Approved | Approved |
| 12/12/02 | 10/1/02 through 10/31/02 | $ 1,998.00 | $ 171.59 | Approved | Approved |
| 2/10/03 | 11/1/02 through 11/30/02 | $ 3,994.00 | $ 1,875.81 | Approved | Approved |
| 2/12/03 | 12/1/02 through 12/31/02 | $ 1,808.50 | $ 500.47 | Approved | Approved |
| 3/19/03 | 1/1/03 through 1/31/03 | $ 970.50 | $ 145.35 | Approved | Approved |
| 5/16/03 | 2/1/03 through 2/28/03 | $ 2,314.00 | $ 286.80 | Approved | Approved |
| 5/16/03 | 3/1/03 through 3/31/03 | $ 4,031.00 | $ 1,444.29 | Approved | Approved |
| 7/1/03 | 4/1/03 through 4/30/03 | $ 920.00 | $ 45.00 | Pending | Pending |
| 8/14/03 | 5/1/03 through 5/31/03 | $2,152.50 | $ 2,119.56 | Pending | Pending |
| 8/15/03 | 6/1/03 through 6/31/03 | $ 2,865.00 | $ 2,120.25 | Pending | Pending |
| 9/15/03 | 7/1/03 through 7/31/03 | $ 4,393.50 | $ 295.24 | Pending | Pending |
| 10/31/03 | 8/1/03 through 8/31/03 | $ 3,623.00 | $ 69.68 | Pending | Pending |
| 11/3/03 | 9/1/03 through 9/30/03 | $ 2,892.50 | $ 2,022.29 | Pending | Pending |
| 11/25/03 | 10/1/03 through 10/31/03 | $ 1,457.00 | $ 1,918.31 | Pending | Pending |

As indicated above, this is the fifteenth application for monthly interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases.

The total time expended for the preparation of this application is approximately 3 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $300.00.

The Elzufon Austin Reardon Tarlov & Mondell, P.A., attorney who rendered professional services in these cases during the Fee Period is:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| William D. Sullivan | Partner | 13 | Bankruptcy | $220.00 | 5.5 | $1,210.00 |
| Charles J. Brown, III | Sr. Assoc. | 10 | Bankruptcy | $190.00 | .7 | $133.00 |
| TOTALS | | | | | 6.2 | $1,343.00 |

The Elzufon Austin Reardon Tarlov & Mondell, P.A. paraprofessional who rendered professional services in these cases during the Fee Period is:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Michael Young | Paralegal | 2 | Bankruptcy | $75.00 | 18.6 | $1,395.00 |
| Dawn M. Gonzalez | Legal Assistant | 1 | Bankruptcy | $60.00 | .2 | $12.00 |
| TOTALS | | | | | 18.8 | $1,407.00 |

## Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 12-Fee Application, Others | 22.1 Hours | $2,159.00 |
| 22-ZAI Science Trial | 2.9 Hours | $591.00 |
| TOTALS | 25 Hours | $2,750.00 |

## EXPENSES

| Description | Amount |
|---|---|
| Computer Assisted Legal Research | |
| Telephone Expense | |
| Telephone Expense – Outside | |
| Facsimile ($1.00 per page) | |
| Postage Expense | |
| Courier & Express Carriers | $10.00 |
| In-House Duplicating / Printing ($.15 per page) | $266.55 |
| Outside Duplicating / Printing | $1,004.56 |
| Lodging | |
| Transportation | |
| Air Travel Expense | |
| Taxi Expense | |
| Mileage Expense | |
| Travel Meals | |
| Parking | |
| General Expense | |
| Expert Services | |
| Books/Videos | |
| Total: | $1,281.11 |

Dated: Wilmington, Delaware
    December 23, 2003

ELZUFON, AUSTIN, REARDON,
TARLOV & MONDELL, P.A.

*/s/ William D. Sullivan*

William D. Sullivan, Esq. (No. 2820)
Charles J. Brown, III, Esq. (No. 3368)
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE  19899-1630
Phone: (302) 428-3181
Fax: (302) 777-7244

Delaware Counsel to ZAI Claimants

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: W.R. GRACE & CO., et al.,<br><br>Debtors, | Chapter 11<br><br>Bankruptcy No. 01-01139 (JFK)<br><br>(Jointly Administered)<br><br>**Objection Deadline: January 12, 2004**<br>**Hearing Date: TBD if necessary** |

**FEE DETAIL OF THE FIFTEENTH MONTHLY APPLICATION OF ELZUFON AUSTIN REARDON TARLOV & MONDELL, P.A. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE ZONOLITE ATTIC INSULATION CLAIMANTS FOR THE PERIOD OF <u>NOVEMBER 1, 2003 THROUGH NOVEMBER 30, 2003</u>**

P.O. Box 1630
Wilmington, DE  19899
(302) 428-3181

                                                          Page: 1
ZAI Plaintiffs                                           11/30/2003
Richardson Patrick Westbrook          Client No: 220305-11221M
174 East Bay Street                   Statement No:      195942
Charleston  SC  29401

Attn: Edward Westbrook

W.R. Grace & Companies, et al.
CA No. 01-1139
A-01-771

                         Fees

                                                       Hours
/03/03
  MY  Draft and revise EARTM September fee
      application for attorney review (WDS)
      (1.4), format, e-file and serve (.5)               1.90
  WDS Review and approve EART&M September Fee
      Application.                                       0.30

/04/03
  MY  Review docket/file and update pleadings
      (.3), update tracking and fee information
      with recent information (.6)                       0.90

/07/03
  CJB Exchange correspondence with co-counsel
      re:  October fee applications.                     0.10
  WDS Phone call to co-counsel re:
      continuation of ZAI Science trial.                 0.20

/11/03
  MY  Preparation of RPWB September Fee
      application for attorney review (WDS)               0.80
  WDS Review and approve RPWB September Fee
      Application.                                       0.20

./12/03
  MY  format, file and serve RPWB September Fee
      Application (1.2), complete email service
      in accordance with case procedures (.2)            1.40

./13/03
  MY  Begin Draft of 5th Quarterly Fee
      Application                                        1.30

./14/03
  MY  Continue draft of Fifth Quarterly Fee
      Application                                        0.40
  WDS Review Fee Application of other counsel.           0.20
  WDS Review Order filed by Judge Wolin staying
      all District Court Proceedings.                    0.20
  WDS Review pleadings regarding Objections to
      Debtors proposed futures representative.           0.50
  WDS Review pleadings relating to Montana
      Vermiculite claims; no impact on ZAI

ZAI Plaintiffs

W.R. Grace & Companies, et al.
CA No. 01-1139
A-01-771

|  |  | Hours |
|---|---|---|
|  | claimants. | 0.30 |
| WDS | Review pleadings and status of Mandamus action regarding recusal of Judge Wolin. | 0.50 |

/17/03
| MY | Complete draft of quarterly fee application (2.6); draft notice (.3); | 2.90 |
|---|---|---|
| WDS | Attend Hearing; Futures representative Motion withdrawn based on Court's comments. | 1.10 |

/19/03
| MY | Draft CNO re: RPWB August 2003 Fee App. (.4); format, file and serve (.4); review file and update fee tracking (.3); draft memo re: fee apps. (.4); complete e-mail service of CNO (.2) | 1.70 |
|---|---|---|
| MY | Receive and review fee costs as provided by auditor | 0.20 |
| MY | Revise 5th quarterly and format for filing (.3); e-file and serve (.3); format and file notice of filing (.3) | 0.90 |
| WDS | E-mail from Fee Auditor. | 0.10 |
| WDS | Review Certification of Counsel regarding ZAI Scheduling Order and calendar dates. | 0.20 |
| WDS | Review and revise 5th Quarterly Fee application. | 0.40 |

/24/03
| CJB | Review Amicus Brief in support of writ of Mandamus to recuse. | 0.50 |
|---|---|---|
| MY | Prepare 10th Quarterly of RPWB provided by co-counsel, review file gather exhibits (2.1); draft notice (.4); draft Order (.3); format and file app (.6); format and file notice (.3) | 3.70 |
| WDS | Review and approve 10th Quarterly Fee Application of RPWB and Notice of File. | 0.30 |

./25/03
| WDS | Review and approve October  Fee application. | 0.30 |
|---|---|---|
| DG | Review and calendar Omnibus Order | 0.20 |
| MY | Review file, update pleadings (.2); draft Oct. fee application (1.3), format, file and serve fee application (.6) | 2.10 |

./26/03
| WDS | Review and approve Lukins and Annis August Fee application. | 0.20 |
|---|---|---|
| CJB | Exchange correspondence with Lukins & Annis re:  fee application. | 0.10 |
| MY | Prepare documents provided by co-counsel re: August fee application of L and A for filing (.4) | 0.40 |

L/28/03
WDS Review Certification of counsel re:

ZAI Plaintiffs

11/30/2003
Client No: 220305-11221M
Statement No:    195942

W.R. Grace & Companies, et al.
CA No. 01-1139
A-01-771

|  | Hours |
|---|---|
| dates for ZAI trial. | 0.10 |
| WDS Review withdrawal of request for Futures representative. | 0.10 |
| WDS Review Order for 2004 Hearing dates; forward to co-counsel noting error. | 0.30 |

For Current Services Rendered        25.00   2,750.00

### Recapitulation

| mekeeper | Title | Hours | Rate | Total |
|---|---|---|---|---|
| llivan, William D. | Partner | 5.50 | $220.00 | $1,210.00 |
| arles J. Brown | Senior Associat | 0.70 | 190.00 | 133.00 |
| chael Young | Paralegal | 18.60 | 75.00 | 1,395.00 |
| nzalez, Dawn | Legal Assistant | 0.20 | 60.00 | 12.00 |

### Expenses

| | |
|---|---|
| ./03/03 Photocopies (@ $.15) | 37.80 |
| ./03/03 Photocopies (@ $.15) | 1.80 |
| ./03/03 Photocopies (@ $.15) | 37.80 |
| ./03/03 Photocopies (@ $.15) | 1.80 |
| ./12/03 Photocopies (@ $.15) | 0.15 |
| ./12/03 Photocopies (@ $.15) | 89.10 |
| ./17/03 Photocopies (@ $.15) | 33.45 |
| ./17/03 Photocopies (@ $.15) | 5.10 |
| ./19/03 Photocopies (@ $.15) | 19.80 |
| ./19/03 Photocopies (@ $.15) | 0.15 |
| ./25/03 Photocopies (@ $.15) | 39.60 |

Total Expenses                                   266.55

### Advances

| | |
|---|---|
| l/12/03 Courier fee Tristate Courier & Carriage | 5.00 |
| l/19/03 Out sourcing of services. Reliable Copy Service, Inc. (903 copies @ .09 cents, 12 mailings @ 1.98, and 9 hand deliveries @ 6.50) | 163.53 |
| l/19/03 Out sourcing of services. Reliable Copy Service, Inc. (4,700 copies @ .09 cents, 203 mailings @ 1.06/1 canadian @ 1.35, and 31 hand deliveries @ 6.50) | 841.03 |
| l/19/03 Courier fee Tristate Courier & Carriage | 5.00 |

Total Advances                                 1,014.56

Total Current Work                             4,031.11

Balance Due                                    $4,031.11

## CERTIFICATE OF SERVICE

I, William D. Sullivan, Esquire, hereby certify that on December 23, 2003, service of the

foregoing

- **Fifteenth Monthly Application of Elzufon Austin Reardon Tarlov & Mondell, P.A. for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Zonolite Attic Insulation Claimants for the Period of November 1, 2003 through November 30, 2003**

was made upon the attached Service List via hand delivery and first class mail.

Dated:  Wilmington, Delaware
        December 23, 2003                       _/s/ William D. Sullivan_____
                                                William D. Sullivan

## SERVICE LIST

Laura Davis Jones, Esquire
David Carickoff, Esquire
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
Wilmington, DE 19899-8705

Frank J. Perch, Esquire
Office of the U.S. Trustee
844 King Street, Room 2313
Wilmington, DE 19801

Matthew G. Zaleski, III, Esquire
Campbell & Levine
800 King Street, Suite 300
Wilmington, DE 19801

Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 27th Floor
New York, NY 10022

Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

David Bernick, Esquire
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Theodore Tacconelli, Esquire
Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

Michael R. Lastowski, Esquire
Duane Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246

Teresa K.D. Currier, Esquire
Klett, Rooney, Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena
Price & Axelrod, LLP
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY 1002

William S. Katchen, Esquire
Duane, Morris & Heckcher, LLP
One Riverfront Plaza, 2nd Floor
Newark, NJ 07102

Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones
10100 Santa Monica Boulevard
Los Angeles, CA  90067-4100

David B. Seigel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD  21044

Peter Van N. Lockwood, Esquire
Julie W. Davis, Esquire
Trevor W. Swett, III, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, NW
Washington, DC  20005

James J. Restivo, Jr., Esquire
Reed Smith,LLP
435 Sixth Avenue
Pittsburgh, PA  15219-1886

Mark D. Collins, Esquire
Deborah E. Spivack, Esquire
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE  19899

William J.A. Sparks, Esquire
W.R. Grace & Company
919 N. Market, Suite 460
Wilmington, DE  19899

Warren H. Smith
Warren H. Smith and Associates
900 Jackson Street
120 Founders Square
Dallas, TX 75202