## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWAREI

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
|  | ) | (Jointly Administered) |
|  | ) |  |
| Debtors. | ) | **Objection Deadline: January 12, 2004** |
|  | ) | **Hearing Date: TBD only if necessary** |

## SUMMARY OF THE VERIFIED APPLICATION OF LUKINS & ANNIS, P.S. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI ADDITIONAL SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM SEPTEMBER 1, 2003 THROUGH SEPTEMBER 31, 2003

Name of Applicant:                                          Lukins & Annis, P.S.

Authorized to Provide Professional Services to:    Zonolite Attic Insulation Claimants

Date of Appointment:                                      July 22, 2002

Period for which compensation and
Reimbursement is sought:                               September 1, 2003 through
                                                                     September 31, 2003

Amount of Compensation sought as actual,
Reasonable, and necessary:                             $28,605.00

Amount of Expenses Reimbursement:              $ 2,501.11

This is a: X monthly   _ interim   _ final application

Prior Application filed: Yes

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/15/02 | 7/21/02 – 9/30/02 | $37,691.00 | $3,422.38 | No Objections served on counsel | No Objections served on counsel |
| 12/05/02 | 10/1/02 – 10/31/02 | $24,143.00 | $728.96 | No Objections served on counsel | No Objections served on counsel |
| 02/10/03 | 11/1/02 – 11/30/02 | $32,033.00 | $629.26 | No Objections served on counsel | No Objections served on counsel |
| 02/27/03 | 12/1/02 – 12/31/02 | $32,330.00 | $1,262.74 | No Objections served on counsel | No Objections served on counsel |
| 04/09/03 | 01/1/03 – 01/31/03 | $41,977.00 | $2,033.90 | No Objections served on counsel | No Objections served on counsel |
| 05/06/03 | 02/1/03 – 02/28/03 | $22,950.00 | $3,192.89 | No Objections served on counsel | No Objections served on counsel |
| 06/02/03 | 03/1/03 – 03/31/03 | $40,463.00 | $7,696.91 | No Objections served on counsel | No Objections served on counsel |
| 07/21/03 | 04/1/03 – 04/30/03 | $35,032.00 | $3,697.08 | No Objections served on counsel | No Objections served on counsel |
| 07/31/03 | 05/1/03 – 05/31/03 | $30,578.00 | $2,063.15 | No Objections served on counsel | No Objections served on counsel |
| 08/15/03 | 06/1/03 – 06/30/03 | $40,623.00 | $1,480.01 | No Objections served on counsel | No Objections served on counsel |
| 10/9/03 | 07/1/03 – 07/31/03 | $56,280.00 | $5,564.54 | No Objections served on counsel | No Objections served on counsel |
| 12/8/03 | 08/1/03 – 08/30/03 | $37,790.00 | $3,851.92 | Objections due December 29, 2003 | Objections due December 29, 2003 |

This is the thirteenth Lukins & Annis application for monthly interim compensation of services filed with the Bankruptcy Court in this Chapter 11 case.

The total expended for the preparation of this application is approximately 6 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $565.00.

The Lukins & Annis attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Darrell W. Scott | Partner | 13 | Litigation | $370 | 63.5 | $19,980.00 |
| TOTALS | | | | | 63.5 | $19,980.00 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Kristy L. Bergland | Paralegal | 23 | Litigation | $150 | 57.5 | $8,625.00 |
| TOTALS | | | | | 57.5 | $8,625.00 |

## Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 20-Travel–Non-working | 19.0 Hours | $ 3,515.00 |
| 22-ZAI Science Trial | 102.0 Hours | $25,090.00 |
| TOTALS | 121.0 Hours | $28,605.00 |

## 23-ZAI Science Trial Expenses

| Description | Amount |
|---|---|
| Computer Assisted Legal Research | |
| Telephone Expense | $ 66.15 |
| Telephone Expense – Outside | $ 104.64 |
| Facsimile ($1.00 per page) | $ 127.00 |
| Postage Expense | $ 32.89 |
| Courier & Express Carriers | $ 360.60 |
| In-House Duplicating / Printing ($.15 per page) | $ 261.30 |
| Outside Duplicating / Printing | |
| Lodging | $ 370.40 |
| Transportation | |
| Air Travel Expense | $ 963.50 |
| Taxi Expense | $ 40.00 |
| Mileage Expense | $ 110.88 |
| Travel Meals | $ 28.75 |
| Parking | $ 17.00 |
| General Expense | |
| Expert Services | |
| Books/Videos | $ 18.00 |
| Other (Explain): | |
| Total: | $ 2,501.11 |

Dated: December 23, 2003

ELZUFON AUSTIN REARDON
TARLOV & MONDELL

*/s/ William D. Sullivan*
William D. Sullivan (Bar No. 2820)
Charles J. Brown, III (Bar No. 3368)
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE  19899
Phone: (302) 428-3181
FAX: (302) 777-7244

-and-

Darrell W. Scott, Esq.
Lukins & Annis, P.S.
717 W. Sprague Avenue, Suite 1600
Spokane, WA 99201
Phone: (509) 455-9555
FAX: (509) 747-2323

ADDITIONAL SPECIAL COUNSEL
FOR ZAI CLAIMANTS

## VERIFICATION

STATE OF WASHINGTON     )
                                  )

COUNTY OF SPOKANE      )

       Darrell W. Scott, after being duly sworn according to law, deposes and says:

       a)     I am counsel with the applicant law firm Lukins & Annis, P.S. and have been admitted to appear before this Court.

       b)     I have personally performed many of the legal services rendered by Lukins & Annis, P.S. and am thoroughly familiar with the other work performed on behalf of the ZAI Claimants by the lawyers and paraprofessionals of Lukins & Annis, P.S.

       c)     I have reviewed the foregoing application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.  Moreover, I have reviewed Del.Bankr.LR 2016-2 and the 'Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members', signed April 17, 2002, and submit that the Application substantially complies with such Rule and Order.

DARRELL W. SCOTT, ESQ.

SWORN AND SUBSCRIBED
Before me this _23rd_ day of _December_ 2003.

_Michele C. O'Brien_
Notary Public for Washington
Residing at Spokane
My Commission Expires: ___3/23/05___



**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWAREI**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline:** January **12, 2004** |
| | ) | **Hearing Date:  TBD only if necessary** |

**FEE DETAIL OF THE VERIFIED APPLICATION OF LUKINS & ANNIS, P.S.**
**FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF**
**EXPENSES AS ZAI ADDITIONAL SPECIAL COUNSEL FOR THE INTERIM**
**PERIOD FROM SEPTEMBER 1, 2003 THROUGH SEPTEMBER 31, 2003**

# TIME REPORT

Lukins & Annis, P.S.

Time Period 09/01/2003 - 09/31/2003

## CATEGORY 20: TRAVEL–Non-Working

| Date | Timekeeper | Description | Hours | Hourly Rate | Total |
|------|-----------|-------------|-------|-------------|-------|
| 09/04/03 | DWS | Travel to Washington, D.C. for mediation discussions (billed at half rate). | 6.00 | $ 185.00 | $ 1,110.00 |
| 09/05/03 | DWS | Return to Spokane from Washington, D.C. mediation discussions (billed at half rate). | 7.00 | $ 185.00 | $ 1,295.00 |
| 09/11/03 | DWS | Travel to Libby, Montana for EPA meeting (3.0); return to Spokane from EPA meeting (3.0) (billed at half rate). | 6.00 | $ 185.00 | $ 1,110.00 |
| | | **SUBTOTAL** | **19.00** | | **$ 3,515.00** |

## CATEGORY 22: ZAI SCIENCE TRIAL

| Date | Timekeeper | Description | Hours | Hourly Rate | Total |
|------|-----------|-------------|-------|-------------|-------|
| 09/02/03 | DWS | Phone call to and from co-counsel regarding mediation (.3); phone call to and from California claimant regarding California claims (.3); meeting with paralegal regarding mediation and Science Trial hearing preparation issues (.5); preparation for mediation through comparative analysis of property damage bankruptcy plan provisions (1.2); phone conference with ZAI counsel regarding Science Trial hearing and mediation issues (.7); meeting with paralegal regarding preparation of illustrative exhibits for hearing (.5); review and revise illustrative hearing exhibits (.5); meeting with paralegal regarding same (.3). | 4.30 | $ 370.00 | $ 1,591.00 |
| 09/02/03 | KLB | Strategy meeting with partner regarding preparation for mediation and science trial (1.0); Internet search regarding EPA recent order (.5); Prepare illustrative chart for science trial regarding EPA advice (1.0); telephone call from paralegal at co-counsel's office regarding remediation cost (.3); review law review article and draft chart regarding positions of various states relating to aversion (1.0); review definitions of harm cited in briefing for illustrative chart (.7); work on summary of | 5.50 | $ 150.00 | $ 825.00 |

| Date | Timekeeper | Description | Hours | Hourly Rate | | Total |
|------|-----------|-------------|-------|-------------|---|-------|
| | | documents relied on by expert (.5); instructions regarding illustrative exhibits providing homeowner testimony for use at science trial (.5). | | | | |
| 09/03/03 | DWS | Meeting with paralegal regarding preparations for mediation and video affidavits (.3); prepare mediation materials and factual research regarding mediation issues in preparation for conference (2.2); review updated data regarding ZAI sales and distribution issues (.8); review comparative study of property damage plans of reorganization in preparation for mediation discussions (.7). | 4.00 | $ 370.00 | $ | 1,480.00 |
| 09/03/03 | KLB | Telephone call from co-counsel regarding recorded testimony for science trial (.2); telephone call from paralegal at co-counsel's office regarding remediation cost (.3); review deposition testimony and documentation regarding remediation and compilation of summary showing remediation cost (2.3); prepare spreadsheet of all data regarding Vermiculite production (1.5); review and finalize draft illustrative exhibits (1.0); revisions to illustrative exhibit on EPA warning (.2); prepare illustrative map reflecting state positions (.8); Internet research regarding status of proceedings in other asbestos bankruptcies (.7). | 7.00 | $ 150.00 | $ | 1,050.00 |
| 09/04/03 | DWS | Preparation for mediation discussions. | 4.00 | $ 370.00 | $ | 1,480.00 |
| 09/04/03 | KLB | Work on chart summarizing case law cited in Briefing relating to Consumer Protection claims in preparation for science trial (2.0); Telephone call from paralegal from co-counsel's office regarding remediation and fax backup documentation (.3); Internet research regarding status and documents available in other asbestos bankruptcies (.5); work on compilation of summaries based on information on Vermiculite production (1.0); compilation of summary of reference materials cited by expert (.7); Internet search for data relating to historical asbestos information (.5). | 5.00 | $ 150.00 | $ | 750.00 |
| 09/05/03 | DWS | Meeting regarding mediation with McGovern and opposing counsel. | 4.00 | $ 370.00 | $ | 1,480.00 |
| 09/05/03 | KLB | Prepare report from database regarding material | 4.50 | $ 150.00 | $ | 675.00 |

| Date | Timekeeper | Description | Hours | Hourly Rate | | Total |
|------|-----------|-------------|-------|-------------|---|-------|
| | | cited by Expert Kilpatrick (1.0); prepare illustrative chart regarding Ramifications of EPA Warning Do Not Disturb (2.0); call from partner regarding meeting with mediator (.2); review article regarding asbestos perspectives (.3); Prepare illustrative chart regarding definitions in law of "harm" (.8); review ATSDR recent Q&A regarding Libby and Zonolite (.2). | | | | |
| 09/08/03 | DWS | Work regarding cost accounting and petition (.4); meeting with paralegal regarding mediation projects (.5); meeting with associate regarding ZAI removal issues (.4); phone call to EPA regarding meeting (.3); phone conference with removal expert regarding removal issues (.5); phone conference with expert regarding housing development and renovation issues (.6); outline protocol for analysis of ZAI database (.5); phone call to co-counsel regarding continuance of hearing and related issues (.2); research regarding future claims issues relating to ZAI claims (1.1). | 4.50 | $ 370.00 | $ | 1,665.00 |
| 09/08/03 | KLB | Strategy meeting with partner regarding preparation of damages materials per mediator request and research (1.0); review Libby EPA website for information on remediation and upcoming meeting (.3); internet research for information on housing statistics for use in preparation of damages materials and begin download of applicable information (2.0); review USG claim form (.2); internet research regarding asbestos removal companies (.5); begin search of nationwide asbestos approved removal companies and state regulations regarding same (1.0). | 5.00 | $ 150.00 | $ | 750.00 |
| 09/09/03 | DWS | Phone call from expert regarding housing survey analysis (.2); prepare memorandum regarding same (.1); review and revise questionnaire regarding survey of ZAI claims (.5). | 0.80 | $ 370.00 | $ | 296.00 |
| 09/09/03 | KLB | Prepare report from database of homeowners who have Zonolite and instructions regarding additional information needed on assessed value of homes (.5); Internet research regarding statistical information available on housing data and construction/renovation activities (1.0); begin review of 2001 American Housing | 3.50 | $ 150.00 | $ | 525.00 |

| Date | Timekeeper | Description | Hours | Hourly Rate | | Total |
|------|-----------|-------------|-------|-------------|-|-------|
| | | Survey (1.5); begin legal research on channeling injunctions and bankrutpcy class issues (.5). | | | | |
| 09/10/03 | DWS | Phone call to EPA regarding remediation issues (.2); prepare task assignments for litigation team (.3); review initial materials regarding ZAI home classifications (.6); phone call from EPA regarding remediation questions (.3); followup phone call from EPA (.1); review and study selected ZAI production records (2.7). | 4.20 | $ 370.00 | $ | 1,554.00 |
| 09/10/03 | KLB | Review newly added information on various state websites regarding handling of vermiculite (1.0); begin preparation of summary of relevant information contained in the American Housing Survey (2.0). | 3.00 | $ 150.00 | $ | 450.00 |
| 09/11/03 | DWS | Meeting with EPA. | 2.00 | $ 370.00 | $ | 740.00 |
| 09/12/03 | DWS | Review analysis of housing stock data (.4); phone conference with co-counsel regarding settlement issues (.3); examine additional exhibits pertinent to programmatic remedies (.8). | 1.50 | $ 370.00 | $ | 555.00 |
| 09/12/03 | KLB | Finalize memo regarding compilation of selected data from 2002 American Housing Survey (1.2); and email same to counsel (.2). | 1.40 | $ 150.00 | $ | 210.00 |
| 09/15/03 | DWS | Review selected exhibits regarding ZAI sales, installation, housing stocks, demolition, and regional distribution. | 3.30 | $ 370.00 | $ | 1,221.00 |
| 09/15/03 | KLB | Review California news article on Zonolite (.2); instructions regarding responding to calls from homeowners with Zonolite (.3); revisions to materials to send to homeowners requesting information on ZAI (.2). | 0.70 | $ 150.00 | $ | 105.00 |
| 09/15/03 | KLB | Research for agreements and/or approval orders on recent contamination settlement (.4); Internet research regarding Order issued by Judge Molloy against Grace (.3); legal research regarding Bankruptcy issues: channeling injunctions and handling of futures claims (1.3). | 2.00 | $ 150.00 | $ | 300.00 |
| 09/16/03 | DWS | Draft case status letter to clients (.4); phone call from ZAI counsel regarding case status (.3); review additional damages documentation | 1.50 | $ 370.00 | $ | 555.00 |

| Date | Timekeeper | Description | Hours | Hourly Rate | | Total |
|------|-----------|-------------|-------|------|------|-------|
| | | regarding costs of ZAI abatement (.8). | | | | |
| 09/16/03 | KLB | Telephone call from co-counsel regarding companies performing testing in area (.3); supervision of responding to calls from homeowners (.7); update to and review of database information relevant to assessing damages (3.0). | 4.00 | $ | 150.00 | $ 600.00 |
| 09/17/03 | DWS | Legal research regarding channeling injunction issues regarding potential resolution of ZAI claims (2.0); legal research regarding future claims issues related to ZAI (2.3). | 4.30 | $ | 370.00 | $ 1,591.00 |
| 09/17/03 | KLB | Continue review of homeowner information in database for use regarding damages assessment (2.0); memo to Darrell W. Scott regarding ZAI homeowner responses in database by state count (.6). | 2.60 | $ | 150.00 | $ 390.00 |
| 09/18/03 | DWS | Phone call from expert regarding Science Trial issues (.3); work on damage analysis for ZAI abatement claims (1.2); meeting with paralegal regarding same (.3); study housing stock and repair analysis by consulting expert (.7); phone call to expert regarding housing analysis (.2); phone conference with experts regarding global settlement questions (.8). | 3.50 | $ | 370.00 | $ 1,295.00 |
| 09/18/03 | KLB | Review of and update to database to include information relevant to damage assessment on year built and square footage(2.5); run database report for homeowners providing detailed damage information (.5). | 3.00 | $ | 150.00 | $ 450.00 |
| 09/18/03 | KLB | Begin work on illustrative analyses of damages and distribution calculations. | 1.00 | $ | 150.00 | $ 150.00 |
| 09/19/03 | DWS | Phone call from ZAI counsel regarding science trial status and negotiation issues (.4); meeting with paralegal regarding damages/abatement/housing stock analyses (.5); work regarding fee and costs accounting issues (.2); study additional damages and distribution analyses (.5); phone call from and to expert witness regarding science trial status issues (.2). | 1.80 | $ | 370.00 | $ 666.00 |
| 09/19/03 | KLB | Prepare damages and distribution illustrative analyses. | 4.70 | $ | 150.00 | $ 705.00 |

| Date | Timekeeper | Description | Hours | Hourly Rate | | Total |
|------|-----------|-------------|-------|-------------|--|-------|
| 09/22/03 | KLB | Supervision of responses to calls from ZAI homeowners and updates to database regarding damages. | 0.50 | $ | 150.00 | $ | 75.00 |
| 09/23/03 | DWS | Review legal research regarding potential futures rep issues as applied ZAI damages. | 0.40 | $ | 370.00 | $ | 148.00 |
| 09/23/03 | KLB | Office conference with partner regarding status update to ZAI homeowners relating to science trial issues. | 0.30 | $ | 150.00 | $ | 45.00 |
| 09/24/03 | DWS | Phone call to co-counsel regarding status of additional discovery. | 0.20 | $ | 370.00 | $ | 74.00 |
| 09/26/03 | KLB | Review of and revisions to homeowner database regarding assessments of ZAI information provided by homeowners (1.3); prepare database ZAI report for initial homeowners to contact for complete assessment information (.7). | 2.00 | $ | 150.00 | $ | 300.00 |
| 09/29/03 | DWS | Review fee and costs report materials regarding monthly fee request. | 0.20 | $ | 370.00 | $ | 74.00 |
| 09/29/03 | KLB | Updates to ZAI homeowner database regarding assessment information for science trial. | 1.50 | $ | 150.00 | $ | 225.00 |
| 09/30/03 | KLB | Office conference regarding assessment letter to go to ZAI homeowners. | 0.30 | $ | 150.00 | $ | 45.00 |
| | | SUBTOTAL | 102.00 | | | $ | 25,090.00 |

| | | | | | |
|--|--|--|--|--|--|
| **TIME TOTAL:** | | | **121.00** | | **$ 28,605.00** |

## COST REPORT

### Lukins & Annis, P.S.

Time Period 09/01/2003 - 09/31/2003

| DATE | DESCRIPTION | CHARGE | |
|------|-------------|--------|--|
| 09/02/03 | Photocopies | $ | 0.30 |
| 09/02/03 | Photocopies | $ | 11.70 |
| 09/02/03 | Photocopies | $ | 3.00 |
| 09/02/03 | Long Distance Charges | $ | 1.92 |
| 09/02/03 | Long Distance Charges | $ | 0.64 |
| 09/02/03 | Long Distance Charges | $ | 1.92 |
| 09/03/03 | Photocopies | $ | 2.25 |
| 09/03/03 | Photocopies | $ | 0.75 |
| 09/03/03 | Long Distance Charges | $ | 3.84 |
| 09/03/03 | Long Distance Charges | $ | 0.64 |
| 09/03/03 | Long Distance Charges | $ | 2.55 |
| 09/03/03 | Long Distance Charges | $ | 0.64 |
| 09/04/03 | Photocopies | $ | 9.75 |
| 09/04/03 | Photocopies | $ | 0.90 |
| 09/04/03 | Photocopies | $ | 1.20 |
| 09/04/03 | Photocopies | $ | 1.50 |
| 09/04/03 | Photocopies | $ | 0.60 |
| 09/04/03 | Long Distance Charges | $ | 0.64 |
| 09/04/03 | Long Distance Charges | $ | 1.92 |
| 09/04/03 | Long Distance Charges | $ | 1.28 |
| 09/04/03 | Long Distance Charges | $ | 0.64 |
| 09/04/03 | Long Distance Charges | $ | 3.19 |
| 09/04/03 | Long Distance Charges | $ | 0.64 |

| DATE | DESCRIPTION | CHARGE | |
|------|-------------|--------|--|
| 09/04/03 | Long Distance Charges | $ | 1.28 |
| 09/04/03 | Long Distance Charges | $ | 5.75 |
| 09/05/03 | Federal Express Postage | $ | 57.44 |
| 09/05/03 | Federal Express Postage | $ | 25.56 |
| 09/05/03 | Federal Express Postage | $ | 24.94 |
| 09/05/03 | Federal Express Postage | $ | 25.56 |
| 09/05/03 | Federal Express Postage | $ | 25.56 |
| 09/05/03 | Federal Express Postage | $ | 25.56 |
| 09/05/03 | Long Distance Charges | $ | 0.64 |
| 09/05/03 | Long Distance Charges | $ | 0.64 |
| 09/05/03 | Photocopies | $ | 2.70 |
| 09/05/03 | Plane Fare - Darrell W. Scott to Washington DC for 9/5/03 meeting with McGovern and Grace Counsel | $ | 886.50 |
| 09/05/03 | Plane Fare - Travel Agent Fee for Darrell W. Scott for 9/5/03 meeting with McGovern and Grace Counsel | $ | 25.00 |
| 09/05/03 | Lodging - Darrell W. Scott at Crowne Plaza for 9/5/03 meeting with McGovern and Grace Counsel | $ | 370.40 |
| 09/05/03 | Meals - Darrell W. Scott for 9/5/03 meeting with McGovern and Grace Counsel in Washington D.C. | $ | 5.41 |
| 09/05/03 | Meals - Darrell W. Scott for 9/5/03 meeting with McGovern and Grace Counsel in Washington D.C. | $ | 4.02 |
| 09/05/03 | Meals - Darrell W. Scott for 9/5/03 meeting with McGovern and Grace Counsel in Washington D.C. | $ | 4.51 |
| 09/05/03 | Cab Fare - Darrell W. Scott from airport for 9/5/03 meeting with McGovern and | $ | 20.00 |

| **DATE** | **DESCRIPTION** | **CHARGE** |
|---|---|---|
| | Grace Counsel in Washington D.C. | |
| 09/05/03 | Cab Fare - Darrell W. Scott to airport for 9/5/03 meeting with McGovern and Grace Counsel in Washington D.C. | $ 20.00 |
| 09/05/03 | Parking - Darrell W. Scott at Spokane airport for 9/5/03 meeting with McGovern and Grace Counsel in Washington D.C. | $ 17.00 |
| 09/08/03 | Photocopies | $ 0.15 |
| 09/08/03 | Photocopies | $ 10.50 |
| 09/08/03 | Photocopies | $ 37.95 |
| 09/08/03 | Long Distance Charges | $ 10.23 |
| 09/08/03 | Long Distance Charges | $ 3.84 |
| 09/08/03 | Long Distance Charges | $ 4.20 |
| 09/09/03 | Federal Express Postage | $ 30.59 |
| 09/09/03 | Federal Express Postage | $ 70.64 |
| 09/09/03 | Federal Express Postage | $ 30.59 |
| 09/09/03 | Federal Express Postage | $ 12.50 |
| 09/09/03 | Federal Express Postage | $ 12.50 |
| 09/09/03 | Photocopies | $ 29.25 |
| 09/09/03 | Long Distance Charges | $ 0.90 |
| 09/10/03 | Photocopies | $ 0.15 |
| 09/10/03 | Photocopies | $ 1.80 |
| 09/10/03 | Long Distance Charges | $ 0.64 |
| 09/11/03 | Photocopies | $ 1.35 |
| 09/11/03 | Photocopies | $ 1.35 |
| 09/11/03 | Long Distance Charges | $ 0.64 |
| 09/11/03 | Mileage - Darrell W. Scott roundtrip to Libby | $ 110.88 |

| DATE | DESCRIPTION | CHARGE | |
|------|-------------|--------|--|
| | for EPA meeting | | |
| 09/11/03 | Meals - Darrell W. Scott in Libby, MT for EPA meeting | $ | 14.81 |
| 09/12/03 | Photocopies | $ | 73.65 |
| 09/12/03 | Photocopies | $ | 0.15 |
| 09/12/03 | Photocopies | $ | 3.90 |
| 09/15/03 | Photocopies | $ | 0.15 |
| 09/15/03 | Photocopies | $ | 6.00 |
| 09/15/03 | Photocopies | $ | 6.60 |
| 09/15/03 | Photocopies | $ | 3.00 |
| 09/15/03 | Photocopies | $ | 36.15 |
| 09/15/03 | Photocopies | $ | 0.15 |
| 09/16/03 | Photocopies | $ | 0.15 |
| 09/16/03 | Photocopies | $ | 1.35 |
| 09/16/03 | Photocopies | $ | 0.60 |
| 09/16/03 | Photocopies | $ | 0.30 |
| 09/16/03 | Photocopies | $ | 0.75 |
| 09/17/03 | Photocopies | $ | 0.30 |
| 09/17/03 | Photocopies | $ | 1.35 |
| 09/17/03 | Photocopies | $ | 0.15 |
| 09/17/03 | Photocopies | $ | 0.45 |
| 09/17/03 | Photocopies | $ | 3.00 |
| 09/17/03 | Long Distance Charges | $ | 1.28 |
| 09/17/03 | Long Distance Charges | $ | 0.64 |
| 09/18/03 | Postage | $ | 4.75 |

| DATE | DESCRIPTION | CHARGE | |
|------|-------------|--------|---|
| 09/18/03 | Postage | $ | 16.55 |
| 09/18/03 | Postage | $ | 4.40 |
| 09/18/03 | Postage | $ | 2.44 |
| 09/18/03 | Postage | $ | 4.75 |
| 09/18/03 | Photocopies | $ | 3.75 |
| 09/18/03 | Long Distance Charges | $ | 0.30 |
| 09/18/03 | Long Distance Charges | $ | 7.68 |
| 09/18/03 | Long Distance Charges | $ | 0.64 |
| 09/19/03 | Telecopier Service (20 pages) (09/19/03 is posting date) | $ | 20.00 |
| 09/19/03 | Telecopier Service (16 pages) (09/19/03 is posting date) | $ | 16.00 |
| 09/19/03 | Telecopier Service (47 pages) (09/19/03 is posting date) | $ | 47.00 |
| 09/19/03 | Telecopier Service (14 pages) (09/19/03 is posting date) | $ | 14.00 |
| 09/19/03 | Telecopier Service (20 pages) (09/19/03 is posting date) | $ | 20.00 |
| 09/19/03 | Telecopier Service (10 pages) (09/19/03 is posting date) | $ | 10.00 |
| 09/19/03 | Courier Service | $ | 5.00 |
| 09/19/03 | Photocopies | $ | 1.95 |
| 09/24/03 | Long Distance Charges | $ | 0.64 |
| 09/24/03 | Long Distance Charges | $ | 5.75 |
| 09/26/03 | Federal Express Postage | $ | 14.16 |
| 09/29/03 | Conference Call 7/1/03 (posted 9/29/03) | $ | 5.79 |
| 09/29/03 | Conference Call 7/8/03 (posted 9/29/03) | $ | 63.94 |
| 09/29/03 | Conference Call 7/15/03 (posted 9/29/03) | $ | 20.48 |

| DATE | DESCRIPTION | CHARGE | |
|---|---|---|---|
| 09/29/03 | Conference Call 7/22/03 (posted 9/29/03) | $ | 7.92 |
| 09/29/03 | Conference Call 7/29/03 (posted 9/29/03) | $ | 6.51 |
| 09/30/03 | Photocopies | $ | 0.30 |
| 09/30/03 | Plane Fare - Darrell W. Scott non-refundable portion of airline ticket for 9/16-9/17 hearings which were postponed | $ | 52.00 |
| 09/30/03 | Publication | $ | 18.00 |
| | **Total** | **$** | **2,501.11** |

## CERTIFICATE OF SERVICE

I, William D. Sullivan, Esquire, hereby certify that on December 23, 2003, service of the foregoing *Verified Application of Lukins & Annis, P.S. for Compensation for Services and Reimbursement of Expenses as ZAI Additional Special Counsel for the Interim Period from September 1, 2003 through September 31, 2003* was made upon the attached Service List via hand delivery or first class mail.

I certify the foregoing to be true and correct under the penalty of perjury.

Dated: December 23, 2003
    Wilmington, Delaware

*/s/ William D. Sullivan*
William D. Sullivan

# SERVICE LIST

Laura Davis Jones, Esquire
David Carickoff, Esquire
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
Wilmington, DE 19899-8705

Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones
10100 Santa Monica Boulevard
Los Angeles, CA 90067-4100

David M. Bernick, Esquire
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

David B. Seigel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD   21044

Michael R. Lastowski, Esquire
Duane Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE  19801-1246

Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY  10038-4982

William S. Katchen, Esquire
Duane, Morris & Heckscher LLP
One Riverfront Plaza, 2nd Floor
Newark, NJ  07102

J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL  60606

Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE  19899

Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE  19899

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena
   Price & Axelrod, LLP
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL  33131

Matthew G. Zaleski, III, Esquire
Campbell & Levine
800 King Street, Suite 300
Wilmington, DE  19801

Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 27th Floor
New York, NY 10022

Teresa K.D. Currier, Esquire
Klett, Rooney, Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801

Frank J. Perch, Esquire
Office of the United States Trustee
844 King Street, Room 2313
Lockbox 35
Wilmington, DE 19801

James J. Restivo, Jr., Esquire
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219-1886

Warren H. Smith
Warren H. Smith and Associates
900 Jackson Street
120 Founders Square
Dallas, TX 75202

Peter Van N. Lockwood, Esquire
Julie W. Davis, Esquire
Trevor W. Swett, III, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC 20005

Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY 10022

Mark D. Collins, Esquire
Deborah E. Spivack, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

William J.A. Sparks, Esquire
W.R. Grace & Company
919 N. Market, Suite 460
Wilmington, DE 19899