UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

MINUTES OF PROCEEDINGS

Newark, New Jersey                         Date: 12/23/03

**JUDGE ALFRED M. WOLIN**                   Ret. Date:

Deputy Clerk: John Reilly                  Motion Filed:

Court Reporter: Jacqueline Kashmer

Other:                                     Asbestos Litigation

TITLE OF CASE:

In Re: Owens Corning, et al                Case No. 00-3837-00-3854
In Re: W.R. Grace & Co., et al             Case No. 01-1139-01-1200
In Re: USG Corporation, et al              Case No. 01-2094-01-2104

Appearances:

Gary Orseck, Esq., for Kensington & Springfield
Stephen Neal, Esq., for USG
Jennifer Scoliard, Esq., for D.K. Acquisition Partners
Richard Mancino, Esq., for D.K. Acquisition Partners (Admission
pro hac granted)
Jeffrey Trachtman, Esq., for Credit Suisse First Boston
Charles Monk, Esq., Henry Abrams, Esq., & Norman Pernick, Esq.,
for Owens Corning
Michael Crames, Esq., & Jane Parver, Esq., for Futures Rep in OC
& USG
Elihu Enselbuch, Esq., for Asbestos Claimants in OC, USG &
WRGrace
David Bernick, Esq., for WRGrace
Kenneth Pasquale, Esq., for USG Creditors Committee
William Katchen, Esq., for USG Creditors Committee
Duane Morris, Esq., for USG Creditors Committe
Jeff Waxman, Esq., for Official Committee of Unsecured Creditors
Debra Dandeneau, Esq., for Armstrong.


NATURE OF PROCEEDINGS: Case Management Conference on the Record
regarding the Remand Opinion of Circuit Court of Appeals of
December 18, 2003

Discovery requests to be submitted; on the record telephone

conference set for 12/24/03 at 11:00, wherein the Court will
listen to objections.


Time Commenced:10:10 a.m.  - 12:30 p.m.
Time Adjourned:2:00 p.m.   - 2:45 p.m.


                                 Gail A. Hansen,
                                  Deputy Clerk