## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

IN RE:

W.R. GRACE & CO., *et al.*,

                    Debtors.

Chapter 11

Case No. 01-1139 (JKF)

(Jointly Administered)

**Objection Deadline:  January 20, 2004 at 4:00 p.m.**

## TWENTY-FIFTH MONTHLY APPLICATION OF KLETT ROONEY LIEBER & SCHORLING, CO-COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY HOLDERS, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD NOVEMBER 1, 2003 THROUGH NOVEMBER 30, 2003

Name of Applicant:

Klett Rooney Lieber & Schorling,
a Professional Corporation

Authorized to Provide
Professional Services to:

The Official Committee of Equity Holders

Date of Retention:

October 26, 2001 *nunc pro tunc*

Period for which compensation
and reimbursement is sought:

November 1, 2003 through November 30, 2003

Amount of fees to be approved
as actual, reasonable and necessary:

$10,696.50

Amount of expenses sought as
actual, reasonable and necessary:

$207.22

This is a(n): ___ interim          ____ final application.          _x_ monthly application.

The total time expended for the preparation of this application will be included in the next interim fee application.

**Prior Monthly Applications:**

| Date Filed and Docket No. | Period Covered | Requested Fees/ Expenses | Approved Fees/ Expenses | CNO/Docket No. |
|---|---|---|---|---|
| 12/28/01 1426 | 10/26/01 through 11/30/01 | $5,518.00/ $2,028.76 | $4,414.40/ $2,028.76 | 1541 |
| 01/25/02 1548 | 12/01/01 through 12/31/01 | $4,119.50/ $940.67 | $3,295.60/ $940.67 | 1689 |
| 02/26/02 1720 | 01/01/02 through 01/31/02 | $11,494.00/ $1,275.80 | $9,195.20/ $1,275.80 | 1836 |
| 04/03/02 1895 | 02/01/02 through 02/28/02 | $7,784.50/ $882.79 | $6,227.60/ $882.79 | 1984 |
| 05/08/02 2025 | 03/01/02 through 03/31/02 | $7,755.00/ $1,565.66 | $6,204.00/ $1,565.66 | 2120 |
| 06/03/02 2145 | 04/01/02 through 04/30/02 | $6,011.50/ $878.55 | $4,809.20/ $878.55 | 2285 |
| 07/02/02 2316 | 05/01/02 through 05/31/02 | $6,957.50/ $688.60 | $5,566.00/ $688.60 | 2436 |
| 08/02/02 2489 | 06/01/02 through 06/30/02 | $5520.00/ $447.36 | $4,416.00/ $447.36 | 2607 |
| 08/28/02 2609 | 07/01/02 through 07/31/02 | $3,597.50/ $879.97 | $2,878.00/ $879.97 | 2701 |
| 09/26/02 2751 | 08/01/02 through 08/31/02 | $9,457.50/ $1,172.93 | $7,566.00/ $1,172.93 | 2829 |
| 10/25/02 2885 | 09/01/02 through 09/30/02 | $14,313.50/ $665.71 | $11,450.80/ $665.71 | 3057 |
| 11/25/02 3069 | 10/01/02 through 10/31/02 | $12,568.50/ $1,343.14 | $10,054.80/ $1,343.14 | 3169 |
| 12/26/02 3188 | 11/01/02 through 11/30/02 | $9,268.50/ $430.93 | $7,414.80/ $430.93 | 3256 |
| 1/27/03 3276 | 12/1/02 through 12/25/02 | $4,071.00/ $160.28 | $3,256.00/ $160.28 | 3417 |
| 2/25/03 3425 | 12/26/02 through 1/31/03 | $6,386.50/ $82.31 | $5,109.00/ $82.31 | 3520 |
| 3/24/05 3545 | 2/1/03 through 2/28/03 | $3,576.50/ $70.72 | $2,861.20/ $70.72 | 3664 |

| 4/28/03 3716 | 3/1/03 through 3/31/03 | $7,177.50/ $481.33 | $5,742.00/ $481.33 | 3827 |
|---|---|---|---|---|
| 5/28/03 3834 | 4/1/03 through 4/30/03 | $4,300.50/ $227.83 | $3,440.40/ $227.83 | 3947 |
| 6/27/03 3968 | 5/1/03 through 5/31/03 | $7,792.50/ $1,024.71 | $6,234.00/ $1,024.71 | 4091 7/22/03 |
| 7/28/03 4113 | 6/1/03 through 6/30/03 | $7,168.50/ $831.98 | $5,734.80/ $831.98 | 4309 8/21/03 |
| 8/28/03 4351 | 7/1/03 through 7/31/03 | $17,663.00/ $1,392.91 | $14,130.40/ $1,392.91 | 4456 9/22/03 |
| 9/29/03 4500 | 8/1/03 through 8/31/03 | $12,893.50/ $244.39 | $10,314.80/ $244.39 | 4521 10/23/03 |
| 10/29/03 4630 | 9/1/03 through 9/30/03 | $14,176.00/ $2,059.35 | $11,340.80/ $2,059.35 | 4725 11/21/03 |
| 11/26/03 4753 | 10/1/03 through 10/31/03 | $13,698.00/ $575.77 | $10,958.40/ $575.77 | 4829 12/18/03 |

## SUMMARY OF TIME FOR BILLING PERIOD
## NOVEMBER 1, 2003 THROUGH NOVEMBER 30, 2003

| Name | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|
| Teresa K.D. Currier | $445 | 12.5 | $5,562.50 |
| Rhonda L. Thomas | $210 | 15.4 | $3,234.00 |
| Raelena Y. Taylor | $125 | 15.2 | $1,900.00 |
| **TOTAL** | | **43.1** | **$10,696.50** |

## SUMMARY OF TIME BY PROJECT CATEGORY FOR BILLING PERIOD
## NOVEMBER 1, 2003 THROUGH NOVEMBER 30, 2003

| Project category | Total Hours | Total Fees |
|---|---|---|
| Business Operations | 0.9 | $306.50 |
| Case Administration | 6.6 | $1,411.50 |

| Claims Analysis Obj. & Resolution (Non-Asbestos) | 3.2 | $1,189.00 |
|---|---|---|
| Employment Applications, Others | 1.9 | $657.50 |
| Fee Applications, Applicant | 9.8 | $1,504.00 |
| Fee Applications, Others | 9.8 | $1,956.00 |
| Hearings | 6.0 | $1,585.50 |
| Litigation and Litigation Consulting | 4.9 | $2,086.50 |
| **TOTAL** | **43.1** | **$10,696.50** |

### SUMMARY OF EXPENSES BY CATEGORY FOR BILLING PERIOD NOVEMBER 1, 2003 THROUGH NOVEMBER 30, 2003

| Expense Category | Total Expenses |
|---|---|
| Reproduction of Documents | $164.10 |
| Federal Express | $43.12 |
| **TOTAL** | **$207.22** |

**KLETT ROONEY LIEBER & SCHORLING**
**A Professional Corporation**

By:

Teresa K. D. Currier (No. 3080)
Rhonda L. P. Thomas (No. 4053)
1000 West Street, Suite 1410
Wilmington, DE 19801
(302) 552-4200

Co-Counsel to the Official Committee of
Equity Holders

Dated: December 29, 2003

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : DECEMBER 22, 2003
MATTER : W9600-000
INVOICE : 167471

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/03    T C

RE:  EXPENSES

| DESCRIPTION OF EXPENSE ADVANCES | AMOUNT |
|---|---|
| 11/05/03 FEDERAL EXPRESS -  FEDERAL EXPRESS CORPORATION - #4-934-80471 | 10.78 |
| 11/18/03 REPRODUCTION OF DOCUMENTS | 4.80 |
| 11/20/03 FEDERAL EXPRESS -  FEDERAL EXPRESS CORPORATION | 21.56 |
| 11/20/03 FEDERAL EXPRESS -  FEDERAL EXPRESS CORPORATION - #4-935-57581 | 10.78 |
| 11/20/03 REPRODUCTION OF DOCUMENTS | 7.80 |
| 11/21/03 REPRODUCTION OF DOCUMENTS | 15.30 |
| 11/25/03 REPRODUCTION OF DOCUMENTS | 63.60 |
| 11/25/03 REPRODUCTION OF DOCUMENTS | 19.80 |
| 11/26/03 REPRODUCTION OF DOCUMENTS | 27.45 |
| 11/26/03 REPRODUCTION OF DOCUMENTS | 25.35 |

TOTAL EXPENSE ADVANCES :        207.22

TOTAL DUE   :        207.22

**PENNSYLVANIA  ●  DELAWARE  ●  NEW JERSEY  ●  WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    DECEMBER 22, 2003
MATTER :  W9600-003
INVOICE : 167472

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/03    T C

RE:  BUSINESS OPERATIONS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 11/03/03 | RLT | REVIEWED MONTHLY OPERATING REPORT | .40 |
| 11/03/03 | TC | REVIEWED MONTHLY OPERATING REPORTS | .50 |

## T I M E   S U M M A R Y

|  | RATE | HOURS | TOTALS |
|--|------|-------|--------|
| R L THOMAS | 210.00 | .40 | 84.00 |
| T CURRIER | 445.00 | .50 | 222.50 |
| TOTALS | | .90 | 306.50 |

TOTAL FEES :                306.50

TOTAL DUE  :                306.50

PENNSYLVANIA  ●  DELAWARE  ●  NEW JERSEY  ●  WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : DECEMBER 22, 2003
MATTER : W9600-004
INVOICE : 167473

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/03   T C

RE:  CASE ADMINISTRATION

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 11/03/03 | RTT | REVIEW SEVERAL E-NOTICES | .20 |
| 11/04/03 | RTT | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | .30 |
| 11/05/03 | RLT | REVIEWED TC'S EMAIL RE JUDGE WOLIN'S ORDER STAYING ALL CASES DUE TO RECUSAL MOTION AND REVIEWED SAME | .30 |
| 11/05/03 | RTT | DOWNLOAD, REVIEW AND DISTRIBUTE ORDER STAYING PROCEDURES BEFORE COURT | .20 |
| 11/05/03 | TC | REVIEWED RECUSAL ORDER | .40 |
| 11/05/03 | TC | COMMUNICATIONS RE JUDGE WOLIN ORDER | .50 |
| 11/06/03 | RTT | REVIEW E-NOTICES | .10 |
| 11/10/03 | RTT | DOWNLOAD, REVIEW AND DISTRIBUTE AGENDA FOR MATTERS SCHEDULED ON 11/17/03 | .30 |
| 11/11/03 | RTT | PREPARE EMAIL TO RLT RE MATTERS NEEDED FOR HEARING ON 11/17/03 | .10 |
| 11/11/03 | RTT | REVIEW E-NOTICES | .20 |
| 11/12/03 | RTT | REVIEW E-NOTICES | .10 |
| 11/17/03 | RTT | REVIEW SEVERAL E-NOTICES | .20 |

PENNSYLVANIA   •   DELAWARE   •   NEW JERSEY   •   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :     DECEMBER 22, 2003
MATTER :   W9600-004
INVOICE :  167473

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/03    T C

RE:   CASE ADMINISTRATION

| | | | |
|---|---|---|---|
| 11/17/03 | RTT | DISCUSSION WITH RLT RE ATTENDANCE AT TODAYS' HEARING | .20 |
| 11/18/03 | TC | REVIEWED MEMO TO COMMITTEE WITH PACKET OF INFORMATION RE SEALED AIR AND LEGISLATIVE EFFORTS | .80 |
| 11/20/03 | RTT | REVIEW SEVERAL E-NOTICES | .20 |
| 11/21/03 | RTT | REVIEW E-NOTICES | .10 |
| 11/24/03 | RLT | REVIEWED AMENDED ORDER SCHEDULING OMNIBUS HEARING DATES | .20 |
| 11/24/03 | RTT | REVIEW SEVERAL E-NOTICES | .20 |
| 11/24/03 | RTT | DOWNLOAD, REVIEW AND DISTRIBUTE ORDER SETTING OMNIBUS HEARING DATES(.2); CALENDAR OMNIBUS AND FEE HEARING DATES RE SAME(.6) | .80 |
| 11/25/03 | RTT | DOWNLOAD AND REVIEW AMENDED ORDER SCHEDULING OMNIBUS HEARING DATES | .20 |
| 11/26/03 | RTT | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : DECEMBER 22, 2003
MATTER : W9600-004
INVOICE : 167473

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/03    T C

RE:  CASE ADMINISTRATION

## T I M E   S U M M A R Y

| | RATE | HOURS | TOTALS |
|---|---|---|---|
| R L THOMAS | 210.00 | .50 | 105.00 |
| R T TAYLOR | 125.00 | 4.40 | 550.00 |
| T CURRIER | 445.00 | 1.70 | 756.50 |
| TOTALS | | 6.60 | 1411.50 |

TOTAL FEES :        1,411.50

TOTAL DUE  :        1,411.50

PENNSYLVANIA   •   DELAWARE   •   NEW JERSEY   •   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : DECEMBER 22, 2003
MATTER : W9600-006
INVOICE : 167474

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/03    T C

RE:  CLAIM ANALYSIS OBJ. & RESOLUTION (NON-ASBESTOS)

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
| --- | --- | --- | --- |
| 11/03/03 | TC | REVIEWED SECOND SUBSTANTIVE CLAIMS ORDER | .20 |
| 11/05/03 | TC | REVIEWED DENNIS NELSON CLAIM RESPONSE | .30 |
| 11/07/03 | RLT | REVIEWED MOTION TO FILE LATE PROOF OF CLAIM MOTION TO ALLOW /LEAVE TO FILE A LATE PROOF OF CLAIM FILED BY ROYAL INDEMNITY COMPANY | .30 |
| 11/07/03 | TC | REVIEWED MOTION OF ROYAL INDEMNITY TO FILE LATE PROOF OF CLAIM | .60 |
| 11/10/03 | TC | REVIEWED MOTION TO ALLOW LATE FILED PROOF OF CLAIM | .40 |
| 11/11/03 | RLT | REVIEWED CERTIFICATION OF COUNSEL RE: STIPULATION AND AGREED ORDER RESOLVING CLAIM #1658 | .20 |
| 11/17/03 | TC | REVIEWED NINTH CLAIM SETTLEMENT NOTICE | .30 |
| 11/24/03 | RLT | REVIEWED OBJECTION TO ROYAL INDEMNITY CO'S MOTION FOR LEAVE TO FILE A LATE PROOF OF CLAIM | .50 |
| 11/26/03 | TC | REVIEWED WRGRACE'S OBJECTION TO ROYAL MOTION TO FILE A LATE PROOF OF CLAIM | .40 |

PENNSYLVANIA    •    DELAWARE    •    NEW JERSEY    •    WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : DECEMBER 22, 2003
MATTER : W9600-006
INVOICE : 167474

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/03    T C

RE:  CLAIM ANALYSIS OBJ. & RESOLUTION (NON-ASBESTOS)


### T I M E   S U M M A R Y

| | RATE | HOURS | TOTALS |
|---|---|---|---|
| R L THOMAS | 210.00 | 1.00 | 210.00 |
| T CURRIER | 445.00 | 2.20 | 979.00 |
| TOTALS | | 3.20 | 1189.00 |


TOTAL FEES :          1,189.00

TOTAL DUE  :          1,189.00


**PENNSYLVANIA    ●    DELAWARE    ●    NEW JERSEY    ●    WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    DECEMBER 22, 2003
MATTER :  W9600-010
INVOICE : 167476

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/03    T C

RE:  EMPLOYMENT APPLICATIONS, OTHERS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
| --- | --- | --- | --- |
| 11/07/03 | RLT | REVIEWED CERTIFICATION OF COUNSEL RE: MOTION TO AUTHORIZE THE DEBTORS TO ENTER INTO AN EMPLOYMENT AGREEMENT WITH THE PROSPECTIVE PRESIDENT AND CHIEF OPERATING OFFICER OF THE DEBTORS | .20 |
| 11/07/03 | RLT | REVIEWED APPLICATION TO EMPLOY DEBTORS' SECOND SUPPLEMENTAL FILING IN SUPPORT OF THE DEBTORS' APPLICATION FOR AN ORDER AUTHORIZING, BUT NOT REQUIRING, THE EMPLOYMENT AND RETENTION OF STATE STREET BANK AND TRUST TO ACT AS INVESTMENT MANAGER AND FIDUCIARY OF THE GRACE STOCK WITHIN THE GRACE SAVINGS AND INVESTMENT PLAN | .30 |
| 11/10/03 | TC | REVIEWED DEBTORS' SECOND SUPPLEMENTAL FILING IN SUPPORT OF STATE STREET RETENTION | .40 |
| 11/12/03 | RLT | REVIEWED ORDER AUTHORIZING THE DEBTORS TO ENTER INTO AN EMPLOYMENT WITH PROTIVITI | .10 |
| 11/18/03 | RLT | REVIEWED OBJECTION TO APPLICATION OF THE DEBTORS FOR ORDER AUTHORIZING THE RETENTION OF PROTIVITI LLP FILED BY US TRUSTEE | .20 |
| 11/18/03 | TC | REVIEWED APPLICATION TO EMPLOY SARBANES OXLEY COUNSEL | .70 |

PENNSYLVANIA    ●    DELAWARE    ●    NEW JERSEY    ●    WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : DECEMBER 22, 2003
MATTER : W9600-010
INVOICE : 167476

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/03    T C

RE:  EMPLOYMENT APPLICATIONS, OTHERS

### T I M E   S U M M A R Y

| | RATE | HOURS | TOTALS |
|---|---|---|---|
| R L THOMAS | 210.00 | .80 | 168.00 |
| T CURRIER | 445.00 | 1.10 | 489.50 |
| TOTALS | | 1.90 | 657.50 |

TOTAL FEES :        657.50

TOTAL DUE  :        657.50

**PENNSYLVANIA  •  DELAWARE  •  NEW JERSEY  •  WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    DECEMBER 22, 2003
MATTER :  W9600-011
INVOICE : 167477

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/03    T C

RE:  FEE APPLICATIONS, APPLICANT

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
| --- | --- | --- | --- |
| 11/04/03 | RTT | DRAFT NOTICE OF KRLS TENTH QUARTERLY FEE APPLICATION FOR PERIOD JULY 1, 2003 THROUGH SEPTEMBER 30,2003 | .40 |
| 11/11/03 | RLT | REVIEWED PRE-BILLS FOR OCTOBER 2003 | .70 |
| 11/12/03 | RTT | REVIEW/EDIT PRE-BILLS FOR THE MONTH OF OCTOBER 2003 | .80 |
| 11/20/03 | RLT | REVIEWED DRAFT CNO TO KRLS 23RD FEE APPLICATION | .20 |
| 11/20/03 | RTT | DRAFT NO ORDER REQUIRED CERTIFICATION OF NO OBJECTION TO KRLS TWENTY-THIRD MONTHLY FEE APP | .40 |
| 11/20/03 | RTT | REVIEW DOCKET FOR OBJECTIONS TO KRLS TWENTY-THIRD MONTHLY FEE APPLICATION | .10 |
| 11/20/03 | RTT | DISTRIBUTE PRE-BILL FOR THE MONTH OF OCTOBER TO ACCOUNTING | .10 |
| 11/21/03 | RTT | E-FILE AND SERVE NO ORDER REQUIRED CERTIFICATE OF NO OBJECTION TO KRLS TWENTY-THIRD MONTHLY FEE APPLICATION | .70 |
| 11/21/03 | RTT | PREPARE AFFIDAVIT OF SERVICE RE CNO TO KRLS TWENTY-THIRD MONTHLY FEE APPLICATION | .10 |
| 11/21/03 | RTT | DISCUSSION WITH RLT RE CNO TO KRLS TWENTY-THIRD FEE APPLICATION | .10 |
| 11/24/03 | RTT | COMMUNICATIONS WITH ACCOUNTING RE REVISIONS TO FINAL BILL FOR OCTOBER 2003 | .10 |

PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : DECEMBER 22, 2003
MATTER : W9600-011
INVOICE : 167477

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/03    T C

RE:   FEE APPLICATIONS, APPLICANT

| | | | |
|---|---|---|---|
| 11/24/03 | RTT | COMPARE AND EDIT FINAL BILLS FOR THE MONTH OF OCTOBER 2003 | .60 |
| 11/24/03 | RTT | REVISIONS TO KRLS TENTH QUARTERLY FEE APPLICATION AND NOTICE (.7); DISTRIBUTE SAME TO RLT FOR REVIEW RE SAME(.1) | .80 |
| 11/24/03 | TC | REVIEWED KLRS FEE APPLICATION | .50 |
| 11/25/03 | RLT | REVIEWED KRLS' 24TH MONTHLY FEE APPLICATION | .50 |
| 11/25/03 | RTT | E-FILE AND SERVE TENTH QUARTERLY FEE APPLICATION OF KRLS FOR THE PERIOD 7/1/03 THROUGH 9/30/03(.6); CALENDAR OBJECTION DEADLINE RE SAME(.1) | .70 |
| 11/25/03 | RTT | DRAFT KRLS TWENTY-FOURTH MONTHLY FEE APPLICATION FOR THE PERIOD OCTOBER 1, 2003 THROUGH OCTOBER 31, 2003 | 1.50 |
| 11/25/03 | RTT | DISTRIBUTE KRLS TWENTY-FOURTH FEE APPLICATION TO RLT | .10 |
| 11/25/03 | RTT | PREPARE AFFIDAVITS OF SERVICE RE KRLS TENTH QUARTERLY FEE APPLICATION | .30 |
| 11/26/03 | RTT | EMAIL FROM RLT RE KRLS TWENTY FOURTH FEE APP | .10 |
| 11/26/03 | RTT | E-FILE AND SERVE KLETT ROONEY'S TWENTY-FOURTH MONTHLY FEE APPLICATION FOR THE PERIOD OCTOBER 1, 2003 THROUGH OCTOBER 31, 2003 | .80 |
| 11/26/03 | RTT | PREPARE AFFIDAVIT OF SERVICE RE KRLS TWENTY-FOURTH FEE APPLICATION | .10 |
| 11/26/03 | RTT | CALENDAR OBJECTION DEADLINE RE KRLS TWENTY-FOURTH FEE APPLICATION | .10 |

PENNSYLVANIA    ●    DELAWARE    ●    NEW JERSEY    ●    WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE   :   DECEMBER 22, 2003
MATTER :   W9600-011
INVOICE : 167477

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/03    T C

RE:   FEE APPLICATIONS, APPLICANT


### T I M E   S U M M A R Y
-----------------------

|            | RATE   | HOURS | TOTALS  |
|------------|--------|-------|---------|
| R L THOMAS | 210.00 | 1.40  | 294.00  |
| R T TAYLOR | 125.00 | 7.90  | 987.50  |
| T CURRIER  | 445.00 | .50   | 222.50  |
| TOTALS     |        | 9.80  | 1504.00 |


TOTAL FEES :            1,504.00


TOTAL DUE  :            1,504.00


PENNSYLVANIA  ●  DELAWARE  ●  NEW JERSEY  ●  WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :  DECEMBER 22, 2003
MATTER :  W9600-012
INVOICE : 167478

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/03   T C

RE:  FEE APPLICATIONS, OTHERS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 11/03/03 | RLT | REVIEWED MONTHLY APPLICATION OF ZONOLITE ATTIC | .10 |
| 11/03/03 | RLT | REVIEWED MONTHLY FEE APPLICATION OF LEGAL ANALYSIS SYSTEMS FOR SEPTEMBER 1-SEPTEMBER 30 | .10 |
| 11/06/03 | RLT | REVIEWED SUMMARY APPLICATION OF KIRKLAND & ELLIS LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS BANKRUPTCY COUNSEL FOR SEPTEMBER 1, 2003, THROUGH SEPTEMBER 30, 2003 AND FOR THE QUARTER OF JULY - SEPTEMBER, 2003 | .30 |
| 11/06/03 | RLT | REVIEWED FEE APPLICATION FOR SEPTEMBER 1, 2003 THROUGH SEPTEMBER 30, 2003 FILED BY WALLACE KING MARRARO & BRANSON | .10 |
| 11/06/03 | RLT | REVIEWED FEE APPLICATION SUMMARY APPLICATION OF WOODCOCK WASHBURN FOR COMPENSATION FOR SEPTEMBER 1, 2003, THROUGH SEPTEMBER 30, 2003 | .10 |
| 11/06/03 | RLT | REVIEWED THE TWENTY-NINTH PITNEY, HARDIN, KIPP & SZUCH LLP FOR AUGUST 1, 2003-AUGUST 31 | .10 |
| 11/06/03 | RLT | REVIEWED SUMMARY OF THE TWENTY-THIRD MONTHLY APPLICATION OF CASNER & EDWARDS, LLP FOR THE PERIOD FROM AUGUST 1, 2003 THROUGH AUGUST 31, 2003 | .10 |
| 11/07/03 | RLT | REVIEWED APPLICATION FOR INTERIM PROFESSIONAL COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL TAX COUNSEL FOR THE EIGHTH QUARTERLY PERIOD FROM APRIL 1, 2003 THROUGH JUNE 30, 2003 FILED BY STEPTOE & JOHNSON LLP | .10 |

PENNSYLVANIA  ●  DELAWARE  ●  NEW JERSEY  ●  WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    DECEMBER 22, 2003
                                              MATTER :  W9600-012
                                              INVOICE : 167478

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/03     T C

RE:  FEE APPLICATIONS, OTHERS

| | | |
|---|---|---|
| 11/07/03 RLT | REVIEWED APPLICATION FOR INTERIM PROFESSIONAL COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL TAX COUNSEL FOR THE EIGHTH QUARTERLY PERIOD FROM APRIL 1, 2003 THROUGH JUNE 30, 2003 FILED BY STEPTOE & JOHNSON LLP | .10 |
| 11/11/03 RLT | REVIEWED FEE APPLICATION OF WARREN H. SMITH & ASSOCIATES FOR OCTOBER 2003 | .10 |
| 11/11/03 RLT | REVIEWED FEE APPLICATION OF LEGAL ANALYSIS FOR 7/1/03-9/30/03 | .30 |
| 11/11/03 RLT | REVIEWED FEE APPLICATION OF CAMPBELL AND LEVINE FROM 7/1/03-9/30/03 | .30 |
| 11/11/03 RLT | REVIEWED QUARTERLY APPLICATION OF HAMILTON RABINOVITZ FROM 4/1/03-6/30/03 | .30 |
| 11/11/03 RLT | REVIEWED FEE APPLICATION OF PRICE WATERHOUSE (12TH) | .10 |
| 11/11/03 RLT | REVIEWED MOTION TO DISQUALIFY JUDGE WOLIN AND EXHIBITS | .60 |
| 11/11/03 RLT | REVIEWED AFFIDAVIT IN SUPPORT OF MOTION TO DISQUALIFY | .50 |
| 11/11/03 RLT | REVIEWED NOTICE OF SETTLEMENT OF NINTH CLAIM FILED BY W. R. GRACE | .20 |
| 11/11/03 RLT | REVIEWED TENTH FEE APPLICATION OF CAPLIN & DRYSDALE | .20 |
| 11/12/03 RLT | REVIEWED 10TH QUARTERLY APPLICATION FILED BY REED SMITH FOR JULY 1, 2003-SEPTEMBER 30, 2003 | .40 |
| 11/12/03 RLT | REVIEWED FEE APPLICATION OF RICHARDSON PATRICK WESTBROOK & BRICKMAN | .20 |

**PENNSYLVANIA**  ●  **DELAWARE**  ●  **NEW JERSEY**  ●  **WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :  DECEMBER 22, 2003
MATTER :  W9600-012
INVOICE :  167478

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/03    T C

RE:  FEE APPLICATIONS, OTHERS

| | | | |
|---|---|---|---|
| 11/12/03 RLT | REVIEWED MONTHLY FEE APPLICATION OF TERSIGNI CONSULTING FOR SEPTEMBER | | .10 |
| 11/12/03 RLT | REVIEWED INTERIM APPLICATION OF TERSIGNI CONSULTING FROM JULY 1,2003-SEPTEMBER 30, 2003 | | .30 |
| 11/18/03 RLT | REVIEWED SUMMARY OF TENTH INTERIM QUARTERLY VERIFIED APPLICATION OF HOLME ROBERTS | | .10 |
| 11/19/03 RLT | REVIEWED APPLICATION FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS DELAWARE COUNSEL TO THE ZONOLITE ATTIC INSULATION CLAIMANTS FOR THE INTERIM PERIOD FROM JULY 1, 2003 THROUGH SEPTEMBER 30, 2003 FILED BY ELZUFON AUSTIN REARDON TARLOV & MONDELL, P.A | | .20 |
| 11/24/03 RLT | REVIEWED NOTICE OF WITHDRAWAL REGARDING MOTION TO APPOINT C. JUDSON HAMLIN | | .30 |
| 11/24/03 RLT | REVIEWED QUARTERLY FEE APPLICATION OF ZT FOR JULY 1-SEPTEMBER 30 OF WESTBROOK & BRICKMAN | | .30 |
| 11/24/03 RLT | REVIEWED FEE APPLICATION OF CARELLA BYRNE, BAIN & GILFILLAN FOR OCTOBER | | .10 |
| 11/24/03 RLT | REVIEWED FEE APPLICATION OF PITNEY HARDIN & KIPP FOR SEPTEMBER | | .10 |
| 11/24/03 RLT | REVIEWED FEE APPLICATION OF PITNEY, HARDIN & KIPP FOR OCTOBER | | .10 |
| 11/24/03 RLT | REVIEWED 10TH INTERIM FEE APPLICATION OF CASNER & EDWARDS | | .20 |
| 11/24/03 RLT | REVIEWED EXAMINER'S REPORT FOR FEE APPLICATION OF CARELLA, BYRNE, BAIN ET AL FOR NINTH INTERIM PERIOD | | .30 |

PENNSYLVANIA   •   DELAWARE   •   NEW JERSEY   •   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   DECEMBER 22, 2003
MATTER : W9600-012
INVOICE : 167478

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/03    T C

RE:  FEE APPLICATIONS, OTHERS

| | | | |
|---|---|---|---|
| 11/24/03 | RLT | REVIEWED 10TH QUARTERLY FEE APPLICATION OF PACHULSKI STANG | .40 |
| 11/24/03 | RLT | REVIEWED TENTH QUARTERLY FEE APPLICATION OF RICHARDSON PATRICK | .30 |
| 11/24/03 | RTT | COMMUNICATIONS WITH K. MANGUAL FROM KRAMER RE KRAMER'S FEE APPLICATIONS TO BE FILED | .20 |
| 11/25/03 | RLT | REVIEWED 10TH INTERIM VERIFIED FEE APPLICATION OF WARREN SMITH | .30 |
| 11/25/03 | RLT | REVIEWED FEE APPLICATION OF ZOROLITE ATTIC INSULATION CLAIMANTS FOR OCTOBER | .10 |
| 11/25/03 | RLT | REVIEWED KRLS 10TH QUARTERLY FEE APPLICATION | .30 |
| 11/26/03 | RTT | E-FILE AND SERVE KRAMER LEVIN'S TWENTY-SIXTH MONTHLY FEE APPLICATION FOR THE PERIOD SEPTEMBER 1, 2003 THROUGH SEPTEMBER 30, 2003 | .80 |
| 11/26/03 | RTT | PREPARE AFFIDAVIT OF SERVICE RE KRAMER LEVIN'S TWENTY-SIXTH MONTHLY FEE APP | .10 |
| 11/26/03 | RTT | CALENDAR OBJECTION DEADLINE RE KRAMER LEVIN'S TWENTY-SIXTH FEE APPLICATION | .10 |
| 11/29/03 | RLT | REVIEWED MONTHLY APPLICATION OF KRAMER LEVIN FOR SEPTEMBER | .10 |
| 11/29/03 | RLT | REVIEWED OBJECTION OF CAROL GERARD TO ROYAL INDEMNITY CO. MOTION TO FILE LATE PROOF OF CLAIM | .20 |
| 11/29/03 | RLT | REVIEWED COMMITTEE'S MOTION TO JOIN IN DEBTOR'S OBJECTION TO ROYAL INDEMNITY'S MOTION | .30 |

---

**PENNSYLVANIA**  •  **DELAWARE**  •  **NEW JERSEY**  •  **WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    DECEMBER 22, 2003
MATTER :  W9600-012
INVOICE : 167478

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/03    T C

RE:   FEE APPLICATIONS, OTHERS

| Date | | Description | Hours |
|---|---|---|---|
| 11/29/03 | RLT | REVIEWED KIRKLAND & ELLIS FEE APPLICATION FOR OCTOBER | .10 |
| 11/29/03 | RLT | REVIEWED REED SMITH'S FEE APPLICATION FOR OCTOBER | .10 |

### T I M E   S U M M A R Y

| | RATE | HOURS | TOTALS |
|---|---|---|---|
| R L THOMAS | 210.00 | 8.60 | 1806.00 |
| R T TAYLOR | 125.00 | 1.20 | 150.00 |
| TOTALS | | 9.80 | 1956.00 |

TOTAL FEES :            1,956.00

TOTAL DUE  :            1,956.00

**PENNSYLVANIA** ● **DELAWARE** ● **NEW JERSEY** ● **WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    DECEMBER 22, 2003
MATTER :  W9600-014
INVOICE : 167479

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/03   T C

RE:  HEARINGS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 11/10/03 | TC | REVIEWED AMENDED AGENDA NOTICE FOR 11/17 HEARING | .40 |
| 11/11/03 | TC | REVIEWED AGENDA NOTICE FOR HEARING 11/17 | .40 |
| 11/13/03 | RTT | DOWNLOAD SEVERAL DOCUMENTS RE 11/17/03 HEARING AND PREPARE HEARING FILE | 1.70 |
| 11/24/03 | RLT | REVIEWED AGENDA FOR HEARING AMENDED | .30 |
| 11/24/03 | RLT | CALL FROM NATHAN HAMMERSMAN ARE: HEARING AND TELEPHONIC APPEARANCE (.2); CHECK W/PARALEGAL RE: SAME (.1) | .30 |
| 11/24/03 | RLT | TRAVEL TO HEARING (2 HOURS REDUCED TO 1) | 1.00 |
| 11/24/03 | RLT | ATTENDED HEARING | .70 |
| 11/24/03 | TC | REVIEWED LIST OF OMNIBUS HEARING DATES AND OMNIBUS HEARING ORDERS | .40 |
| 11/24/03 | TC | REVIEWED AND CALENDARED OMNIBUS HEARING DATES | .40 |
| 11/24/03 | TC | REVIEWED AMENDED ORDER SCHEDULING OMNIBUS HEARING DATES | .40 |

PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    DECEMBER 22, 2003
MATTER :  W9600-014
INVOICE : 167479

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/03    T C

RE:  HEARINGS

## TIME SUMMARY

|  | RATE | HOURS | TOTALS |
|---|---|---|---|
| R L THOMAS | 210.00 | 2.30 | 483.00 |
| R T TAYLOR | 125.00 | 1.70 | 212.50 |
| T CURRIER | 445.00 | 2.00 | 890.00 |
| TOTALS |  | 6.00 | 1585.50 |

TOTAL FEES :                        1,585.50

TOTAL DUE  :                        1,585.50

**PENNSYLVANIA  •  DELAWARE  •  NEW JERSEY  •  WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :   DECEMBER 22, 2003
                                              MATTER : W9600-015
                                              INVOICE : 167480


FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/03    T C

RE:  LITIGATION AND LITIGATION CONSULTING


| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
| ---- | ---- | -------------------------------- | ----- |
| 11/03/03 | RLT | REVIEWED RESPONSE OF OFFICIAL COMMITTEE TO DEBTOR'S APPLICATION TO APPOINT C. JUDSON HAMLIN | .20 |
| 11/04/03 | TC | REVIEWED DEBTORS' MOTION TO HOLD IN ABEYANCE THEIR MOTION FOR A FUTURES REPRESENTATIVE | .60 |
| 11/04/03 | TC | REVIEWED ASBESTOS PROPERTY DAMAGE COMMITTEE RESPONSE TO MOTION TO APPOINT JUDSON HAMLIN AS FUTURES REPRESENTATIVE | .40 |
| 11/12/03 | TC | REVIEWED MOTION TO EXPAND INJUNCTION AGAINST MONTANA VERMICULITE | .70 |
| 11/13/03 | TC | REVIEWED NEUROCRETE PRODUCTS MOTION FOR RELIEF FROM STAY | .50 |
| 11/17/03 | TC | REVIEWED MOTION OF DK ACQUISITION TO DISQUALIFY JUDGE WOLLIN | .70 |
| 11/17/03 | TC | REVIEWED JOANNE WILLS AFFIDAVIT | .80 |
| 11/18/03 | RLT | REVIEWED NOTICE OF SUBPOENA UPON PURCELL, RIES, SHANNON FILED BY UNOFFICIAL COMMITTEE | .20 |
| 11/19/03 | TC | REVIEWED CERTIFICATION RE HEARING DATE ON ZAI SCIENCE | .30 |
| 11/23/03 | TC | REVIEWED MOTION OF DEBTORS FOR A PROTECTIVE ORDER | .50 |


PENNSYLVANIA    ●    DELAWARE    ●    NEW JERSEY    ●    WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :    DECEMBER 22, 2003
                                            MATTER :  W9600-015
                                            INVOICE : 167480


    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/03    T C

    RE:  LITIGATION AND LITIGATION CONSULTING
```

## TIME SUMMARY

```
                         RATE      HOURS          TOTALS
                         ----      -----          ------

R L THOMAS               210.00      .40           84.00
T CURRIER                445.00     4.50         2002.50
                TOTALS              4.90         2086.50


            TOTAL FEES :                       2,086.50


            TOTAL DUE  :                       2,086.50
```

**PENNSYLVANIA**   ●   **DELAWARE**   ●   **NEW JERSEY**   ●   **WASHINGTON D.C.**

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :   DECEMBER 22, 2003
                                              MATTER : W9600-000
                                              INVOICE : 167471


     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/03    T C

     RE:  EXPENSES




          DESCRIPTION OF EXPENSE ADVANCES                 AMOUNT
          --------------------------------                ------

11/05/03 FEDERAL EXPRESS  -  FEDERAL EXPRESS CORPORATION    10.78
         - #4-934-80471
11/18/03 REPRODUCTION OF DOCUMENTS                           4.80
11/20/03 FEDERAL EXPRESS  -  FEDERAL EXPRESS CORPORATION    21.56
         - #4-935-20083
11/20/03 FEDERAL EXPRESS  -  FEDERAL EXPRESS CORPORATION    10.78
         - #4-935-57581
11/20/03 REPRODUCTION OF DOCUMENTS                           7.80
11/21/03 REPRODUCTION OF DOCUMENTS                          15.30
11/25/03 REPRODUCTION OF DOCUMENTS                          63.60
11/25/03 REPRODUCTION OF DOCUMENTS                          19.80
11/26/03 REPRODUCTION OF DOCUMENTS                          27.45
11/26/03 REPRODUCTION OF DOCUMENTS                          25.35

                         TOTAL EXPENSE ADVANCES :           207.22

                         TOTAL DUE   :                      207.22
```

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :   DECEMBER 22, 2003
                                              MATTER : W9600-003
                                              INVOICE : 167472


   FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/03    T C

   RE:  BUSINESS OPERATIONS



 DATE   ATTY   DESCRIPTION OF SERVICES RENDERED                      HOURS
 ----   ----   -------------------------------                      -----

11/03/03 RLT   REVIEWED MONTHLY OPERATING REPORT                      .40

11/03/03 TC    REVIEWED MONTHLY OPERATING REPORTS                     .50


                    T I M E   S U M M A R Y
                    -----------------------

                         RATE      HOURS          TOTALS
                         ----      -----          ------

   R L THOMAS          210.00       .40            84.00
   T CURRIER           445.00       .50           222.50
                TOTALS              .90           306.50


                  TOTAL FEES :                       306.50


                  TOTAL DUE  :                       306.50
```

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : DECEMBER 22, 2003
MATTER : W9600-004
INVOICE : 167473

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/03    T C

RE:  CASE ADMINISTRATION

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 11/03/03 | RTT | REVIEW SEVERAL E-NOTICES | .20 |
| 11/04/03 | RTT | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | .30 |
| 11/05/03 | RLT | REVIEWED TC'S EMAIL RE JUDGE WOLIN'S ORDER STAYING ALL CASES DUE TO RECUSAL MOTION AND REVIEWED SAME | .30 |
| 11/05/03 | RTT | DOWNLOAD, REVIEW AND DISTRIBUTE ORDER STAYING PROCEDURES BEFORE COURT | .20 |
| 11/05/03 | TC | REVIEWED RECUSAL ORDER | .40 |
| 11/05/03 | TC | COMMUNICATIONS RE JUDGE WOLIN ORDER | .50 |
| 11/06/03 | RTT | REVIEW E-NOTICES | .10 |
| 11/10/03 | RTT | DOWNLOAD, REVIEW AND DISTRIBUTE AGENDA FOR MATTERS SCHEDULED ON 11/17/03 | .30 |
| 11/11/03 | RTT | PREPARE EMAIL TO RLT RE MATTERS NEEDED FOR HEARING ON 11/17/03 | .10 |
| 11/11/03 | RTT | REVIEW E-NOTICES | .20 |
| 11/12/03 | RTT | REVIEW E-NOTICES | .10 |
| 11/17/03 | RTT | REVIEW SEVERAL E-NOTICES | .20 |

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :   DECEMBER 22, 2003
                                              MATTER : W9600-004
                                              INVOICE : 167473

    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/03    T C

    RE:  CASE ADMINISTRATION

| | | | |
|---|---|---|---|
| 11/17/03 | RTT | DISCUSSION WITH RLT RE ATTENDANCE AT TODAYS' HEARING | .20 |
| 11/18/03 | TC | REVIEWED MEMO TO COMMITTEE WITH PACKET OF INFORMATION RE SEALED AIR AND LEGISLATIVE EFFORTS | .80 |
| 11/20/03 | RTT | REVIEW SEVERAL E-NOTICES | .20 |
| 11/21/03 | RTT | REVIEW E-NOTICES | .10 |
| 11/24/03 | RLT | REVIEWED AMENDED ORDER SCHEDULING OMNIBUS HEARING DATES | .20 |
| 11/24/03 | RTT | REVIEW SEVERAL E-NOTICES | .20 |
| 11/24/03 | RTT | DOWNLOAD, REVIEW AND DISTRIBUTE ORDER SETTING OMNIBUS HEARING DATES(.2); CALENDAR OMNIBUS AND FEE HEARING DATES RE SAME(.6) | .80 |
| 11/25/03 | RTT | DOWNLOAD AND REVIEW AMENDED ORDER SCHEDULING OMNIBUS HEARING DATES | .20 |
| 11/26/03 | RTT | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    DECEMBER 22, 2003
                                              MATTER :  W9600-004
                                              INVOICE : 167473

    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/03    T C

    RE:  CASE ADMINISTRATION


                    T I M E   S U M M A R Y
                    -----------------------

                         RATE     HOURS          TOTALS
                         ----     -----          ------

R L THOMAS               210.00    .50           105.00
R T TAYLOR               125.00   4.40           550.00
T CURRIER                445.00   1.70           756.50
                TOTALS            6.60          1411.50


                TOTAL FEES :                         1,411.50


                TOTAL DUE  :                         1,411.50

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : DECEMBER 22, 2003
MATTER : W9600-006
INVOICE : 167474

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/03    T C

RE:  CLAIM ANALYSIS OBJ. & RESOLUTION (NON-ASBESTOS)

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 11/03/03 | TC | REVIEWED SECOND SUBSTANTIVE CLAIMS ORDER | .20 |
| 11/05/03 | TC | REVIEWED DENNIS NELSON CLAIM RESPONSE | .30 |
| 11/07/03 | RLT | REVIEWED MOTION TO FILE LATE PROOF OF CLAIM MOTION TO ALLOW /LEAVE TO FILE A LATE PROOF OF CLAIM FILED BY ROYAL INDEMNITY COMPANY | .30 |
| 11/07/03 | TC | REVIEWED MOTION OF ROYAL INDEMNITY TO FILE LATE PROOF OF CLAIM | .60 |
| 11/10/03 | TC | REVIEWED MOTION TO ALLOW LATE FILED PROOF OF CLAIM | .40 |
| 11/11/03 | RLT | REVIEWED CERTIFICATION OF COUNSEL RE: STIPULATION AND AGREED ORDER RESOLVING CLAIM #1658 | .20 |
| 11/17/03 | TC | REVIEWED NINTH CLAIM SETTLEMENT NOTICE | .30 |
| 11/24/03 | RLT | REVIEWED OBJECTION TO ROYAL INDEMNITY CO'S MOTION FOR LEAVE TO FILE A LATE PROOF OF CLAIM | .50 |
| 11/26/03 | TC | REVIEWED WRGRACE'S OBJECTION TO ROYAL MOTION TO FILE A LATE PROOF OF CLAIM | .40 |

OFFICIAL COMMITTEE OF EQUITY HOLDERS

```
DATE :    DECEMBER 22, 2003
MATTER :  W9600-006
INVOICE : 167474
```

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/03    T C

RE:  CLAIM ANALYSIS OBJ. & RESOLUTION (NON-ASBESTOS)


### T I M E   S U M M A R Y

| | RATE | HOURS | TOTALS |
|---|---|---|---|
| R L THOMAS | 210.00 | 1.00 | 210.00 |
| T CURRIER | 445.00 | 2.20 | 979.00 |
| TOTALS | | 3.20 | 1189.00 |

TOTAL FEES :                    1,189.00

TOTAL DUE  :                    1,189.00

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    DECEMBER 22, 2003
MATTER :  W9600-010
INVOICE : 167476

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/03    T C

RE:  EMPLOYMENT APPLICATIONS, OTHERS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 11/07/03 | RLT | REVIEWED CERTIFICATION OF COUNSEL RE: MOTION TO AUTHORIZE THE DEBTORS TO ENTER INTO AN EMPLOYMENT AGREEMENT WITH THE PROSPECTIVE PRESIDENT AND CHIEF OPERATING OFFICER OF THE DEBTORS | .20 |
| 11/07/03 | RLT | REVIEWED APPLICATION TO EMPLOY DEBTORS' SECOND SUPPLEMENTAL FILING IN SUPPORT OF THE DEBTORS' APPLICATION FOR AN ORDER AUTHORIZING, BUT NOT REQUIRING, THE EMPLOYMENT AND RETENTION OF STATE STREET BANK AND TRUST TO ACT AS INVESTMENT MANAGER AND FIDUCIARY OF THE GRACE STOCK WITHIN THE GRACE SAVINGS AND INVESTMENT PLAN | .30 |
| 11/10/03 | TC | REVIEWED DEBTORS' SECOND SUPPLEMENTAL FILING IN SUPPORT OF STATE STREET RETENTION | .40 |
| 11/12/03 | RLT | REVIEWED ORDER AUTHORIZING THE DEBTORS TO ENTER INTO AN EMPLOYMENT WITH PROTIVITI | .10 |
| 11/18/03 | RLT | REVIEWED OBJECTION TO APPLICATION OF THE DEBTORS FOR ORDER AUTHORIZING THE RETENTION OF PROTIVITI LLP FILED BY US TRUSTEE | .20 |
| 11/18/03 | TC | REVIEWED APPLICATION TO EMPLOY SARBANES OXLEY COUNSEL | .70 |

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   DECEMBER 22, 2003
MATTER :  W9600-010
INVOICE : 167476

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/03    T C

RE:  EMPLOYMENT APPLICATIONS, OTHERS


T I M E   S U M M A R Y
-----------------------

|  | RATE | HOURS | TOTALS |
|---|---|---|---|
| R L THOMAS | 210.00 | .80 | 168.00 |
| T CURRIER | 445.00 | 1.10 | 489.50 |
| TOTALS | | 1.90 | 657.50 |

TOTAL FEES :          657.50

TOTAL DUE  :          657.50

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :   DECEMBER 22, 2003
                                             MATTER : W9600-011
                                             INVOICE : 167477

      FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/03    T C

      RE:  FEE APPLICATIONS, APPLICANT


| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
| --- | --- | --- | --- |
| 11/04/03 | RTT | DRAFT NOTICE OF KRLS TENTH QUARTERLY FEE APPLICATION FOR PERIOD JULY 1, 2003 THROUGH SEPTEMBER 30,2003 | .40 |
| 11/11/03 | RLT | REVIEWED PRE-BILLS FOR OCTOBER 2003 | .70 |
| 11/12/03 | RTT | REVIEW/EDIT PRE-BILLS FOR THE MONTH OF OCTOBER 2003 | .80 |
| 11/20/03 | RLT | REVIEWED DRAFT CNO TO KRLS 23RD FEE APPLICATION | .20 |
| 11/20/03 | RTT | DRAFT NO ORDER REQUIRED CERTIFICATION OF NO OBJECTION TO KRLS TWENTY-THIRD MONTHLY FEE APP | .40 |
| 11/20/03 | RTT | REVIEW DOCKET FOR OBJECTIONS TO KRLS TWENTY-THIRD MONTHLY FEE APPLICATION | .10 |
| 11/20/03 | RTT | DISTRIBUTE PRE-BILL FOR THE MONTH OF OCTOBER TO ACCOUNTING | .10 |
| 11/21/03 | RTT | E-FILE AND SERVE NO ORDER REQUIRED CERTIFICATE OF NO OBJECTION TO KRLS TWENTY-THIRD MONTHLY FEE APPLICATION | .70 |
| 11/21/03 | RTT | PREPARE AFFIDAVIT OF SERVICE RE CNO TO KRLS TWENTY-THIRD MONTHLY FEE APPLICATION | .10 |
| 11/21/03 | RTT | DISCUSSION WITH RLT RE CNO TO KRLS TWENTY-THIRD FEE APPLICATION | .10 |
| 11/24/03 | RTT | COMMUNICATIONS WITH ACCOUNTING RE REVISIONS TO FINAL BILL FOR OCTOBER 2003 | .10 |

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :   DECEMBER 22, 2003
                                             MATTER :  W9600-011
                                             INVOICE : 167477


     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/03    T C

     RE:  FEE APPLICATIONS, APPLICANT


11/24/03 RTT    COMPARE AND EDIT FINAL BILLS FOR THE MONTH OF          .60
                OCTOBER 2003

11/24/03 RTT    REVISIONS TO KRLS TENTH QUARTERLY FEE                  .80
                APPLICATION AND NOTICE (.7); DISTRIBUTE SAME TO
                RLT FOR REVIEW RE SAME(.1)

11/24/03 TC     REVIEWED KLRS FEE APPLICATION                          .50

11/25/03 RLT    REVIEWED KRLS' 24TH MONTHLY FEE APPLICATION            .50

11/25/03 RTT    E-FILE AND SERVE TENTH QUARTERLY FEE                   .70
                APPLICATION OF KRLS FOR THE PERIOD 7/1/03
                THROUGH 9/30/03(.6); CALENDAR OBJECTION
                DEADLINE RE SAME(.1)

11/25/03 RTT    DRAFT KRLS TWENTY-FOURTH MONTHLY FEE                  1.50
                APPLICATION FOR THE PERIOD OCTOBER 1, 2003
                THROUGH OCTOBER 31, 2003

11/25/03 RTT    DISTRIBUTE KRLS TWENTY-FOURTH FEE APPLICATION          .10
                TO RLT

11/25/03 RTT    PREPARE AFFIDAVITS OF SERVICE RE KRLS TENTH            .30
                QUARTERLY FEE APPLICATION

11/26/03 RTT    EMAIL FROM RLT RE KRLS TWENTY FOURTH FEE APP           .10

11/26/03 RTT    E-FILE AND SERVE KLETT ROONEY'S TWENTY-FOURTH          .80
                MONTHLY FEE APPLICATION FOR THE PERIOD OCTOBER
                1, 2003 THROUGH OCTOBER 31, 2003

11/26/03 RTT    PREPARE AFFIDAVIT OF SERVICE RE KRLS                   .10
                TWENTY-FOURTH FEE APPLICATION

11/26/03 RTT    CALENDAR OBJECTION DEADLINE RE KRLS                    .10
                TWENTY-FOURTH FEE APPLICATION

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   DECEMBER 22, 2003
MATTER :  W9600-011
INVOICE : 167477

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/03    T C

RE:  FEE APPLICATIONS, APPLICANT

T I M E   S U M M A R Y
-----------------------

|  | | RATE | HOURS | TOTALS |
|---|---|---|---|---|
| R L THOMAS | | 210.00 | 1.40 | 294.00 |
| R T TAYLOR | | 125.00 | 7.90 | 987.50 |
| T CURRIER | | 445.00 | .50 | 222.50 |
| | TOTALS | | 9.80 | 1504.00 |

TOTAL FEES :                    1,504.00

TOTAL DUE  :                    1,504.00

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :   DECEMBER 22, 2003
                                              MATTER : W9600-012
                                              INVOICE : 167478

    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/03    T C

    RE:  FEE APPLICATIONS, OTHERS


| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 11/03/03 | RLT | REVIEWED MONTHLY APPLICATION OF ZONOLITE ATTIC | .10 |
| 11/03/03 | RLT | REVIEWED MONTHLY FEE APPLICATION OF LEGAL ANALYSIS SYSTEMS FOR SEPTEMBER 1-SEPTEMBER 30 | .10 |
| 11/06/03 | RLT | REVIEWED SUMMARY APPLICATION OF KIRKLAND & ELLIS LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS BANKRUPTCY COUNSEL FOR SEPTEMBER 1, 2003, THROUGH SEPTEMBER 30, 2003 AND FOR THE QUARTER OF JULY - SEPTEMBER, 2003 | .30 |
| 11/06/03 | RLT | REVIEWED FEE APPLICATION FOR SEPTEMBER 1, 2003 THROUGH SEPTEMBER 30, 2003 FILED BY WALLACE KING MARRARO & BRANSON | .10 |
| 11/06/03 | RLT | REVIEWED FEE APPLICATION SUMMARY APPLICATION OF WOODCOCK WASHBURN FOR COMPENSATION FOR SEPTEMBER 1, 2003, THROUGH SEPTEMBER 30, 2003 | .10 |
| 11/06/03 | RLT | REVIEWED THE TWENTY-NINTH PITNEY, HARDIN, KIPP & SZUCH LLP FOR AUGUST 1, 2003-AUGUST 31 | .10 |
| 11/06/03 | RLT | REVIEWED SUMMARY OF THE TWENTY-THIRD MONTHLY APPLICATION OF CASNER & EDWARDS, LLP FOR THE PERIOD FROM AUGUST 1, 2003 THROUGH AUGUST 31, 2003 | .10 |
| 11/07/03 | RLT | REVIEWED APPLICATION FOR INTERIM PROFESSIONAL COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL TAX COUNSEL FOR THE EIGHTH QUARTERLY PERIOD FROM APRIL 1, 2003 THROUGH JUNE 30, 2003 FILED BY STEPTOE & JOHNSON LLP | .10 |

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :      DECEMBER 22, 2003
MATTER :  W9600-012
INVOICE : 167478

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/03    T C

RE:   FEE APPLICATIONS, OTHERS

| | | | |
|---|---|---|---:|
| 11/07/03 | RLT | REVIEWED APPLICATION FOR INTERIM PROFESSIONAL COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL TAX COUNSEL FOR THE EIGHTH QUARTERLY PERIOD FROM APRIL 1, 2003 THROUGH JUNE 30, 2003 FILED BY STEPTOE & JOHNSON LLP | .10 |
| 11/11/03 | RLT | REVIEWED FEE APPLICATION OF WARREN H. SMITH & ASSOCIATES FOR OCTOBER 2003 | .10 |
| 11/11/03 | RLT | REVIEWED FEE APPLICATION OF LEGAL ANALYSIS FOR 7/1/03-9/30/03 | .30 |
| 11/11/03 | RLT | REVIEWED FEE APPLICATION OF CAMPBELL AND LEVINE FROM 7/1/03-9/30/03 | .30 |
| 11/11/03 | RLT | REVIEWED QUARTERLY APPLICATION OF HAMILTON RABINOVITZ FROM 4/1/03-6/30/03 | .30 |
| 11/11/03 | RLT | REVIEWED FEE APPLICATION OF PRICE WATERHOUSE (12TH) | .10 |
| 11/11/03 | RLT | REVIEWED MOTION TO DISQUALIFY JUDGE WOLIN AND EXHIBITS | .60 |
| 11/11/03 | RLT | REVIEWED AFFIDAVIT IN SUPPORT OF MOTION TO DISQUALIFY | .50 |
| 11/11/03 | RLT | REVIEWED NOTICE OF SETTLEMENT OF NINTH CLAIM FILED BY W. R. GRACE | .20 |
| 11/11/03 | RLT | REVIEWED TENTH FEE APPLICATION OF CAPLIN & DRYSDALE | .20 |
| 11/12/03 | RLT | REVIEWED 10TH QUARTERLY APPLICATION FILED BY REED SMITH FOR JULY 1, 2003-SEPTEMBER 30, 2003 | .40 |
| 11/12/03 | RLT | REVIEWED FEE APPLICATION OF RICHARDSON PATRICK WESTBROOK & BRICKMAN | .20 |

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    DECEMBER 22, 2003
MATTER :  W9600-012
INVOICE : 167478

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/03    T C

RE:   FEE APPLICATIONS, OTHERS

| | | |
|---|---|---|
| 11/12/03 RLT | REVIEWED MONTHLY FEE APPLICATION OF TERSIGNI CONSULTING FOR SEPTEMBER | .10 |
| 11/12/03 RLT | REVIEWED INTERIM APPLICATION OF TERSIGNI CONSULTING FROM JULY 1,2003-SEPTEMBER 30, 2003 | .30 |
| 11/18/03 RLT | REVIEWED SUMMARY OF TENTH INTERIM QUARTERLY VERIFIED APPLICATION OF HOLME ROBERTS | .10 |
| 11/19/03 RLT | REVIEWED APPLICATION FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS DELAWARE COUNSEL TO THE ZONOLITE ATTIC INSULATION CLAIMANTS FOR THE INTERIM PERIOD FROM JULY 1, 2003 THROUGH SEPTEMBER 30, 2003 FILED BY ELZUFON AUSTIN REARDON TARLOV & MONDELL, P.A | .20 |
| 11/24/03 RLT | REVIEWED NOTICE OF WITHDRAWAL REGARDING MOTION TO APPOINT C. JUDSON HAMLIN | .30 |
| 11/24/03 RLT | REVIEWED QUARTERLY FEE APPLICATION OF ZT FOR JULY 1-SEPTEMBER 30 OF WESTBROOK & BRICKMAN | .30 |
| 11/24/03 RLT | REVIEWED FEE APPLICATION OF CARELLA BYRNE, BAIN & GILFILLAN FOR OCTOBER | .10 |
| 11/24/03 RLT | REVIEWED FEE APPLICATION OF PITNEY HARDIN & KIPP FOR SEPTEMBER | .10 |
| 11/24/03 RLT | REVIEWED FEE APPLICATION OF PITNEY, HARDIN & KIPP FOR OCTOBER | .10 |
| 11/24/03 RLT | REVIEWED 10TH INTERIM FEE APPLICATION OF CASNER & EDWARDS | .20 |
| 11/24/03 RLT | REVIEWED EXAMINER'S REPORT FOR FEE APPLICATION OF CARELLA, BYRNE, BAIN ET AL FOR NINTH INTERIM PERIOD | .30 |

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :   DECEMBER 22, 2003
                                             MATTER :  W9600-012
                                             INVOICE : 167478


    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/03   T C

    RE:  FEE APPLICATIONS, OTHERS


11/24/03 RLT    REVIEWED 10TH QUARTERLY FEE APPLICATION OF          .40
                PACHULSKI STANG

11/24/03 RLT    REVIEWED TENTH QUARTERLY FEE APPLICATION OF         .30
                RICHARDSON PATRICK

11/24/03 RTT    COMMUNICATIONS WITH K. MANGUAL FROM KRAMER RE       .20
                KRAMER'S FEE APPLICATIONS TO BE FILED

11/25/03 RLT    REVIEWED 10TH INTERIM VERIFIED FEE APPLICATION      .30
                OF WARREN SMITH

11/25/03 RLT    REVIEWED FEE APPLICATION OF ZOROLITE ATTIC          .10
                INSULATION CLAIMANTS FOR OCTOBER

11/25/03 RLT    REVIEWED KRLS 10TH QUARTERLY FEE APPLICATION        .30

11/26/03 RTT    E-FILE AND SERVE KRAMER LEVIN'S TWENTY-SIXTH        .80
                MONTHLY FEE APPLICATION FOR THE PERIOD
                SEPTEMBER 1, 2003 THROUGH SEPTEMBER 30, 2003

11/26/03 RTT    PREPARE AFFIDAVIT OF SERVICE RE KRAMER LEVIN'S      .10
                TWENTY-SIXTH MONTHLY FEE APP

11/26/03 RTT    CALENDAR OBJECTION DEADLINE RE KRAMER LEVIN'S       .10
                TWENTY-SIXTH FEE APPLICATION

11/29/03 RLT    REVIEWED MONTHLY APPLICATION OF KRAMER LEVIN        .10
                FOR SEPTEMBER

11/29/03 RLT    REVIEWED OBJECTION OF CAROL GERARD TO ROYAL         .20
                INDEMNITY CO. MOTION TO FILE LATE PROOF OF
                CLAIM

11/29/03 RLT    REVIEWED COMMITTEE'S MOTION TO JOIN IN DEBTOR'S     .30
                OBJECTION TO ROYAL INDEMNITY'S MOTION

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   DECEMBER 22, 2003
MATTER :  W9600-012
INVOICE : 167478

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/03   T C

RE:  FEE APPLICATIONS, OTHERS

11/29/03 RLT   REVIEWED KIRKLAND & ELLIS FEE APPLICATION FOR
              OCTOBER                                                          .10

11/29/03 RLT   REVIEWED REED SMITH'S FEE APPLICATION FOR
              OCTOBER                                                          .10

## T I M E   S U M M A R Y

|              | RATE   | HOURS | TOTALS  |
|--------------|--------|-------|---------|
| R L THOMAS   | 210.00 | 8.60  | 1806.00 |
| R T TAYLOR   | 125.00 | 1.20  | 150.00  |
| TOTALS       |        | 9.80  | 1956.00 |

TOTAL FEES :                  1,956.00

TOTAL DUE  :                  1,956.00

OFFICIAL COMMITTEE OF EQUITY HOLDERS      DATE :    DECEMBER 22, 2003
                                                  MATTER :  W9600-014
                                                  INVOICE : 167479

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/03    T C

RE:  HEARINGS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 11/10/03 | TC | REVIEWED AMENDED AGENDA NOTICE FOR 11/17 HEARING | .40 |
| 11/11/03 | TC | REVIEWED AGENDA NOTICE FOR HEARING 11/17 | .40 |
| 11/13/03 | RTT | DOWNLOAD SEVERAL DOCUMENTS RE 11/17/03 HEARING AND PREPARE HEARING FILE | 1.70 |
| 11/24/03 | RLT | REVIEWED AGENDA FOR HEARING AMENDED | .30 |
| 11/24/03 | RLT | CALL FROM NATHAN HAMMERSMAN ARE: HEARING AND TELEPHONIC APPEARANCE (.2); CHECK W/PARALEGAL RE: SAME (.1) | .30 |
| 11/24/03 | RLT | TRAVEL TO HEARING (2 HOURS REDUCED TO 1) | 1.00 |
| 11/24/03 | RLT | ATTENDED HEARING | .70 |
| 11/24/03 | TC | REVIEWED LIST OF OMNIBUS HEARING DATES AND OMNIBUS HEARING ORDERS | .40 |
| 11/24/03 | TC | REVIEWED AND CALENDARED OMNIBUS HEARING DATES | .40 |
| 11/24/03 | TC | REVIEWED AMENDED ORDER SCHEDULING OMNIBUS HEARING DATES | .40 |

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    DECEMBER 22, 2003
                                              MATTER :  W9600-014
                                              INVOICE : 167479

     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/03    T C

     RE:  HEARINGS
```

```
                    T I M E   S U M M A R Y
                    -----------------------

                         RATE     HOURS          TOTALS
                         ----     -----          ------

 R L THOMAS             210.00     2.30          483.00
 R T TAYLOR             125.00     1.70          212.50
 T CURRIER              445.00     2.00          890.00
               TOTALS              6.00         1585.50


               TOTAL FEES :                  1,585.50


               TOTAL DUE  :                  1,585.50
```

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    DECEMBER 22, 2003
MATTER :  W9600-015
INVOICE : 167480

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/03    T C

RE:  LITIGATION AND LITIGATION CONSULTING

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 11/03/03 | RLT | REVIEWED RESPONSE OF OFFICIAL COMMITTEE TO DEBTOR'S APPLICATION TO APPOINT C. JUDSON HAMLIN | .20 |
| 11/04/03 | TC | REVIEWED DEBTORS' MOTION TO HOLD IN ABEYANCE THEIR MOTION FOR A FUTURES REPRESENTATIVE | .60 |
| 11/04/03 | TC | REVIEWED ASBESTOS PROPERTY DAMAGE COMMITTEE RESPONSE TO MOTION TO APPOINT JUDSON HAMLIN AS FUTURES REPRESENTATIVE | .40 |
| 11/12/03 | TC | REVIEWED MOTION TO EXPAND INJUNCTION AGAINST MONTANA VERMICULITE | .70 |
| 11/13/03 | TC | REVIEWED NEUROCRETE PRODUCTS MOTION FOR RELIEF FROM STAY | .50 |
| 11/17/03 | TC | REVIEWED MOTION OF DK ACQUISITION TO DISQUALIFY JUDGE WOLLIN | .70 |
| 11/17/03 | TC | REVIEWED JOANNE WILLS AFFIDAVIT | .80 |
| 11/18/03 | RLT | REVIEWED NOTICE OF SUBPOENA UPON PURCELL, RIES, SHANNON FILED BY UNOFFICIAL COMMITTEE | .20 |
| 11/19/03 | TC | REVIEWED CERTIFICATION RE HEARING DATE ON ZAI SCIENCE | .30 |
| 11/23/03 | TC | REVIEWED MOTION OF DEBTORS FOR A PROTECTIVE ORDER | .50 |

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    DECEMBER 22, 2003
MATTER :  W9600-015
INVOICE : 167480

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/03    T C

RE:  LITIGATION AND LITIGATION CONSULTING


### T I M E   S U M M A R Y

|             | RATE   | HOURS | TOTALS  |
|-------------|--------|-------|---------|
| R L THOMAS  | 210.00 | .40   | 84.00   |
| T CURRIER   | 445.00 | 4.50  | 2002.50 |
| TOTALS      |        | 4.90  | 2086.50 |

TOTAL FEES :                    2,086.50

TOTAL DUE  :                    2,086.50