IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| USG CORPORATION, | ) | |
| a Delaware corporation, et al.,[1] | ) | Case No. 01-2094 (RJN) |
| | ) | Jointly Administered |
| Debtors. | ) | Re: Docket No. 5172 |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| OWENS CORNING, a Delaware | ) | Case No. 00-3837 (JKF) |
| Corporation, et al., | ) | Jointly Administered |
| | ) | Re: Docket No. 10524 |
| Debtors. | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & COMPANY, a | ) | Case No. 01-1139 (JKF) |
| Delaware Corporation, et al., | ) | Jointly Administered |
| | ) | Re: Docket No. 4874 |
| Debtors. | ) | |
| | ) | |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE  :
                        :
NEW CASTLE COUNTY  :

       Ann Jerominski, RP, being duly sworn according to law, deposes and says that

she is employed as a Registered Paralegal for the law firm of Richards, Layton & Finger, P.A.,

and that on the 29th day of December, 2003 she caused a copy of the ***Recusal Discovery Order***

---

[1]      The Debtors are the following 11 entities:  USG Corporation, United States Gypsum Company, USG Interiors, Inc., USG Interiors International, Inc., L&W Supply Corporation, Beadex Manufacturing, LLC, B-R Pipeline Company, La Mirada Products Co., Inc., USG Industries, Inc., USG Pipeline Company and Stocking Specialists, Inc.

*No. 2* to be served via hand delivery, first class mail and e-mail as indicated upon the parties

included on the attached service lists.

Dated: December 29, 2003
     Wilmington, Delaware

                                                     Ann Jerominski, RP
                                                     Registered Paralegal
                                                     Richards, Layton & Finger, P.A.
                                                     One Rodney Square
                                                     P.O. Box 551
                                                     Wilmington, Delaware  19899
                                                     (302) 651-7700

SWORN TO AND SUBSCRIBED before me this 24th day of December, 2003.

                                                     Notary Public

                                                       NOTARIAL SEAL
                                                     AMY L. RUDE
                                      Notary Public - State of Delaware
                                      Date of Appointment: 2-1-02
                                 My Commission Expires: February 1, 2004

*Via e-mail*

**Distribution List Name:**    Wolin 1a

**Members:**

| | |
|---|---|
| A. Russell Smith | smithar@bright net |
| Adam Singer | asinger@ctlaw com |
| Alan Kellman | ladmiralty@aol com |
| Alan M. Grochal | agrochal@tydingslaw.com |
| Alan S. Tenebaum | atenebaum@enrd@usdoj.gov |
| Andrew A. Kress | akress@kayescholer.com |
| Andrew Levine | alevine@amroc com |
| 'Andrew Rahl' | arahl@andersonkill com |
| Anna Engh | aengh@cov com |
| Anthony J. Smits | anthony.smits@bingham.com |
| Arnold Tritt | atritt@atritt com |
| Augustine Meaher | ameaheriii@earthlink net |
| Barry Ridings | barry.ridings@lazard.com |
| Bear Stearns & Co | cadefino@bear.com |
| Benjamin Feder | bfeder@sherman.com |
| Bonnie Fatell | fatell@blankrome.com |
| Bonnie White | bonnie.white@enron.com |
| Brett Fallon | bfallon@morrisjames.com |
| Bruce Borrus | bborrus@riddellwilliams.com |
| Bruce E. Jameson | bkrjameson@prickett.com |
| Bruce L. Bisson | bbisson@wilmingtontrust.com |
| Bruce Leonard | bleonard@casselsbrock.com |
| Bruce Tucker | btucker@legalmgt com |
| Buzz Roberts | broberts@slk-law.com |
| C. Sanders McNew | smcnew@weitzlux.com |
| Carl Kunz | ckunz@morrisjames.com |
| Carol Momjian | cmomjian@attorneygeneral.gov |
| Carole Neville | cneville@pryorcashman.com |
| Celeste Herbert | cherbert@bsmlaw.com |
| Charles Friedman | cfriedmanesq@bellsouth.net |
| Christine F. Kenmore | kenmorec@wellsfargo.com |
| Christine Rueff | christine_rueff@bankone.com |
| Christopher J. Kayser | eastern.taxcivil@usdoj.gov |
| Christopher Loizides | cloizides@cdlpc.com |
| Collins, Michael L. | MCollins@RLF.com |
| Conrad Chiu | cchiu@pitneyhardin.com |
| Cynthia S. Gillard | cgillard@warrickandboyn.com |
| David A. Agay, Esquire | tmalik@winston.com |
| David Arnold | wdarnold@arnoldcaruso.com |
| David E. Burns | dburns@hlhz.com |
| David E. Retter | dretter@kelleydrye.com |
| David J. Baldwin | dbaldwin@potteranderson.com |
| David L. Finger | dfinger@delawgroup.com |
| David Leinwand | dleinwand@amroc.com |
| David Stratton | wlbank@pepperlaw.com |
| DeFranceschi, Daniel J | defranceschi@RLF.com |
| Denise E. Mondell | denise.mondell@po.state.ct.us |
| Donald Wright | dwright@sirote.com |
| Edmund M. Emrich | eemrich@kayescholer.com |
| Edwin Harron | eharron@ycst.com |
| Elihu Inselbuch | ei@capdale.com |
| Ellen Slights | ellen.slights@usdoj.gov |
| Elzuphon Austin et al | bankruptcyemail@elzufon.com |
| Eric D. Statman | eric.statman@lovells.com |

| | |
|---|---|
| Eve H. Karasik | ekarisik@stutman.com |
| Francis A. Monaco | fmonaco@monlaw.com |
| Frank J. Perch | frank.j.perch@usdoj.com |
| Gary M. Becker | gbecker@kramerlevin.com |
| George Wade | g.wade@sherman.com |
| Herbert Broadfoot | hcb@rbhs-llp.com |
| Holmes P. Harden | hharden@maupintaylor.com |
| Irene Siegel | isiegel@bankofny.com |
| James Gadsden | bankruptcy@clm.com |
| James Huggett | jameshuggett@flastergreenberg.com |
| James I. McClammy | james.mcclammy@dpw.com |
| James McMonagle | jmcmonagle@webtv.net |
| James Patton | jpatton@ycst.com |
| Janell S. Ostroski | schoenbeck@schoenbeck.com |
| Jeffrey C. Wisler | jcw@cblhlaw.com |
| Jeffrey Kurtzman | jkurtman@klehr.com |
| Joanne Wills | jwills@klehr.com |
| John Christy | john.w.christy@owenscorning.com |
| John Demmy | jdd@stevenslee.com |
| John Knapp | jknapp@prestongates.com |
| John Spadaro | jspardaro@msllaw.com |
| Jolene M. Wise | wisej@sec.gov |
| Joseph Grey | jg@stevenslee.com |
| Joseph Rice | jrice@motleyrice.com |
| Karen Bifferato | kcb@cblhlaw.com |
| Karl Hill | khill@svglaw.com |
| Katherine L. Mayer | kmayer@mccarter.com |
| Katherine Wells | wellsek@dhec.sc.gov |
| Kenneth H. Eckstein | keckstein@kramerlevin.com |
| Kevin Gross | kgross@rmgglaw.com |
| Kurt Gwynne | kgwynne@reedsmith.com |
| L. Gordon Harriss | gordon.harriss@dpw.com |
| Laurie Selber Silverstein | lsilverstein@potteranderson.com |
| Linda Carmichael | debankruptcy@whiteandwilliams.com |
| Neil Glassman | nglassman@bayardfirm.com |

*Via e-mail*

**Distribution List Name:**    Wolin 1b

**Members:**

| | |
|---|---|
| A. Russell Smith | smithar@bright.net |
| Gutkin, Jeff | jgutkin@cooley.com |
| Madlyn Primoff | gailwalsh@paulhastings.com |
| Marc Merklin | mmerklin@brouse.com |
| Margaret A. Holland | margaret.holland@dol.lps.state.nj.us |
| Mark Hurford | mhurford@del.camlev.com |
| Marla Eskin | meskin@del.camlev.com |
| Marsk S. Chehi | mchehi@skadden.com |
| Mary Ann Kilgore | mkilgore@up.com |
| Mary Beth Hogan | mbhogan@debevoise.com |
| Mary Maloney Huss | debankruptcy@wolfblock.com |
| Michael Crames | mcrames@kayescholer.com |
| Michael D. Hopkins | michael.hopkins@bracepatt.com |
| Michael Gallerizzo | mgall@gebsmith.com |
| Michael Kelley | mvk@ferrarolaw.com |
| Michael R. Lastowski | mlastowski@duanemorris.com |
| Michael S. Davis | mdavis@zeklaw.com |
| Mitchell F. Dolin | mdolin@cov.com |
| Nancy Worth Davis | ndavis@motleyrice.com |
| Neil Glassman | nglassman@bayardfirm.com |
| Patrick Haines | pnh@lanierlawfirm.com |
| Paul A. Bradley | pbradley@mccarter.com |
| Paul Dougherty | pdougherty@mccarter.com |
| Pernick, Norman L. | npernick@saul.com |
| Peter Van N. Lockwood | pvnl@capdale.com |
| Richard Beck | rbeck@klehr.com |
| Richard D. Becker | rick.becker@delanet.com |
| Rita Tobin | rtc@capdale.com |
| Robert Jacobs | rjacobs@dca.net |
| Robert Kost | robert.kost@lazard.com |
| Roger Podesta | repodesta@debevoise.com |
| Sean Bellew | sbellew@cozen.com |
| Sean Mack | smack@debevoise.com |
| Selinda Melnick | samelnick@bipc.com |
| Stephen H. Case | stephen.case@dpw.com |
| Stephen M. Mertz | smertz@faegre.com |
| Stephen Porterfield | sporterfield@sirote.com |
| Stephen Spence | sws@pgslaw.com |
| Stickles, Kate | kstickles@saul.com |
| Susan V. Kelley | svkelley@mbf-law.com |
| Teresa Currier | currier@klettrooney.com |
| Theodore Goldberg | mmeyer@gpjw.com |
| Theodore Tacconelli | ttacconelli@ferryjoseph.com |
| Thomas Walsh | twalsh@mccarter.com |
| William Bowden | wbowden@ashby-geddes.com |
| William H. Sudell | wsuddell@mnat.com |
| William Short | bshort@hsblawfirm.com |
| William Taylor | mtaylor@mccarter.com |

*Via e-mail*

**Distribution List Name:**    Wolin 1c

**Members:**

| | |
|---|---|
| Alan Kellman | ladmiralty@aol.com |
| Alan M. Grochal | agrochal@tydingslaw.com |
| Alan S. Tenebaum | atenebaum@enrd@usdoj.gov |
| Arnold Tritt | atritt@atritt.com |
| Augustine Meaher | ameaheriii@earthlink.net |
| Bear Stearns & Co. | cadefino@bear.com |
| Bonnie White | bonnie.white@enron.com |
| Bruce Tucker | btucker@legalmgt.com |
| C. Sanders McNew | smcnew@weitzlux.com |
| Carol Momjian | cmomjian@attorneygeneral.gov |
| Carole Neville | cneville@pryorcashman.com |
| Celeste Herbert | cherbert@bsmlaw.com |
| Charles Friedman | cfriedmanesq@bellsouth.net |
| Christine F. Kenmore | kenmorec@wellsfargo.com |
| Christine Rueff | christine_rueff@bankone.com |
| Christopher J. Kayser | eastern.taxcivil@usdoj.gov |
| Conrad Chiu | cchiu@pitneyhardin.com |
| Cynthia S. Gillard | cgillard@warrickandboyn.com |
| David A. Agay, Esquire | tmalik@winston.com |
| David E. Retter | dretter@kelleydrye.com |
| David Haley | dhaley@hbk.com |
| David M. Powlen | david.powlen@btlaw.com |
| David R. Jury | djury@uswa.org |
| Dennis Quaid | dquaid@fagelhaber.com |
| Douglas Lipke | dlipke@bedderprice.com |
| Douglas R. Gooding | dgooding@choate.com |
| Douglas R. Melin | drmelin@mapllc.com |
| E. Snyder | esnyder@sillerwilk.com |
| Frank D. Chandler | sirwoodalot@aol.com |
| Frank Dvorak | tlallier@foleymansfield.com |
| Frank E. Cralle | mhogston@royalmouldings.com |
| Gary Barnhart | gary_barnhart@mail.dor.state.mo.us |
| Gloria Barnstorf | gbarnstorf@aol.com |
| Gordon J. Toering | gtoering@wnj.com |
| J. Oprandi Personnel Systems | info@oprandistaffing.com |
| James B. Hosely | jenniferhuffman@csfb.com |

*Via e-mail*

---

**Distribution List Name:**    Wolin 1d

**Members:**

| | |
|---|---|
| James Berman | j.berman@zeislaw.com |
| James C. McDermott | jcmcdermott@bemis.com |
| James Deatherage | jwdassco@flashnet.com |
| James Ferraro | jlf@ferrarowlaw.com |
| James S. Carr | jcarr@kelleydrye.com |
| Janet T. Fitzpatrick | janet.fitzpatrick@unisys.com |
| Jason Watson | jwatson@alston.com |
| Jeffrey M. Carbino | jmcarbino@klettrooney.com |
| Jeffrey Warren | jwarren@bushross.com |
| Jennifer Dirkin | jd28@ntrs.com |
| Jerald S. Enslein | jsenslein@gallas-schultz.com |
| Joan Kennerly | lmarlow@ci.irving.tx.us |
| Joanne B. Stutz | jbs@evans-mullinix.com |
| Johanna Minaya | johanna.minaya@kbc.be |
| John W. Peca | japeca@climacolaw.com |
| Jonathan Sennett | mkomitor@pklaw.com |
| Jonathan Walters | jwalters@markowitzandrichman.com |
| Joseph Faricielli | joseph_faricielli@scotiacapital.com |
| Juan Jose Perez | jjplaw@aol.com |
| Julie Ann O'Bryan | mail@obryanlawoffices.com |
| Karen Carden Walsh | kwalsh@riggsabney.com |
| Kay D. Brock | kay.brock@oag.state.tx.us |
| Keith Rounder | ker@bowersharrison.com |
| Kevin Kelley | kevin.c.kelley@jpmchase.com |
| Laura Van Zandt | adondro@placer.ca.gov |
| Leon Friedberg | lxf@cpmlaw.com |
| Leonard Goldberger | goldbergl@whiteandwilliams.com |
| Lindsay Hart | rpalmer@lindsayhart.com |
| Lisa Freeman | lfreeman@irvingisd.net |
| Lisa Williams | lisa@kcinjurylaw.com |
| Lynn J. Bodi | dstolper@staffordlaw.com |
| M. Joseph Allman | mjallman@allmanspry.com |
| Mark A. Wisniewski | wisnm!@kitch.com |
| Mark Castillo | mark.castillo@bakerbotts.com |
| Mary Wright | mwright2@wvbep.org |
| Matthew Hohman | matt.hohman@btlaw.com |
| Melissa Kurtz Blackburn | mblackburn@blackburnandassociates.net |
| Melvin Zimm | melvinz@glasserlaw.com |
| Michael A. Coletta | michael_coletta@peoplesoft.com |
| Michael G. Smith | msmith-meachamlaw@sbeglobal.net |
| Michael Lee | mikeelee@bellsouth.com |
| Michael McGrath | mfmcgrath@ravichmeyer.com |
| Michael Moody | mmoody@ommlaw.com |
| Michael N. Obolensky | roy.andersen@fortiscapitalusa.com |
| Michael Reed | mreed@mvbalaw.com |
| Michelle Axel | michelle_axel@keybank.com |
| Michelle Sutter | msutter@ag.state.oh.us |
| Monte Travis | montetravis@pacbell.net |
| Newton G. Pritchett | npritchett@ncdoj.com |
| Patricia Henry | stuart.phillips@oag.state.tx.us |
| Paul E. Harner | coellermann@jonesday.com |
| Peter G. Angelos | mjolley@lawpga.com |
| Raniero D'Aversa Jr. | rdaversa@mayerbrown.com |
| Reid School | reid@mbt-law.com |

1

| | |
|---|---|
| Richard A. Pollard | rap@pbandg.com |
| Richard Glasser | richard@glasserlaw.com |
| Richard J. Parks | rparks@macdonaldillig.com |
| Richard Reiser | snelson@werner.com |
| Robert Blumling | rblumling@blumlinggusky.com |
| Robert D. Drain | grp-infoctr@paulweiss.com |
| Robert Luss | robert_d_luss@oxy.com |
| Samuel Grego | sgrego@dkwlaw.com |
| Scott E. Blakely | sblakeley@bandblaw.com |
| Seth Shapiro | seth.shapiro@usdoj.gov |
| Stephen D. Lerner | slerner@ssd.com |
| Stephen J. Reisman | sreisman@cm-p.com |
| Stuart M. Rosen | ahammer@mayerbrownrowe.com |

*Via e-mail*

**Distribution List Name:**   Wolin 1e

**Members:**

| | |
|---|---|
| Alan Brayton | mail@braytonlaw.com |
| Alan Yudkowsky | ayudkowsky@stroock.com |
| Allan H. Ickowitz | aickowitz@nossman.com |
| Anne Mathew | amathes@bakerdonelson.com |
| Anthony Interratne | aji@kesslercollins.com |
| Antonio Pyle | adplawfirm@msn.com |
| Aryeh Schwartz | ads@cimlaw.com |
| Barbara M. Cook | bcook@co.ho.md.us |
| Bruce Babitt | bbabitt@wbklaw.net |
| Claudio Iannitelli | cei@cimlaw.com |
| Curtis Beason | cbeason@l-law.com |
| Daniel Tyson | dtyson@lemerygreisler.com |
| David Ford | dford@ozcap.com |
| David O. McCormick | dom@cchmlawyers.com |
| David Otero | dotero@akerman.com |
| David Pheils | drpj@accesstoledo.com |
| Deidre Woulfe Pacheco | dpacheco@wilentz.com |
| Donals L. Kneipp | dkneipp@kneipplaw.com |
| Douglas G. Walter | dwalter@andreskurth.com |
| Douglas Mayer | dkmayer@wlrk.com |
| Elizabeth Banda | ebanda@pbfcm.com |
| Elizabeth Doucet | doucet-law@worldnet.att.net |
| Eric J. Hunter | jeffrey.welch@db.com |
| Frederick Baron | fbaron@baronbudd.com |
| Fulton Supply Company | richard.smith@fultonpaper.com |
| Gary Sleeper | gcsleeper@jdolaw.com |
| George E. Dowlen | gdowlen@pbfcm.com |
| George H. Myshrall | ghmyshrall@heymansizemore.com |
| George Mascitti | gmascitti@nixonpeabody.com |
| George Quijano | gquijano@avenuecapital.com |
| Gerry Orth | gerryorth@hotmail.com |
| Hal Pitkow | pitkow@aol.com |
| J. David Krekeler | jdkrek@ks-lawfirm.com |
| James P. Ricciardi, P.C. | jricciardi@gibsondunn.com |
| James S. Maffitt | jmaffitt@milesstockbridge.com |
| Jan M. Hayden | jhayden@hellendnaper.com |
| Jay Gottlieb | jgottlieb@brownraysman.com |
| Jay W. Hurst | jay.hurst@oag.state.tx.us |
| Jeffrey Schwartz | jschwartz@hahnhessen.com |
| Jennifer Bennett | jennifer.e.bennett@bankofamerica.com |
| John D. Cooney | jcooney@cooneyconway.com |
| John D. Cooney | dom@domcc.com |
| John Piggins | pigginsj@mjsc.com |
| Jonathan Alden | jonathan.alden@dep.state.fl.us |
| Jonathan Berger | jdberger@bm.net |
| Katherine L. Taylor | ktaylor@co.ho.md.us |
| Kristen Lynch | klynch@farcap.com |
| Kurt Weaver | kweaver@wcsr.com |
| Linda C. Scheuerman | linsch@voyager.net |
| Lord Bissel & Brook (1) | panderson@lordbissell.com |
| Lord Bissell (2) | tncfadden@lordbissell.com |
| Maria M. Patterson | mpatterson@bankofny.com |
| Marion Munley | mmunley@munley.com |
| Matthew Cantor | mcantor@kirkland.com |

1

| | |
|---|---|
| Matthew Stickel | kmksc@kmklawfirm.com |
| Michael D. Boutell | mdboutell@comerica.com |
| Michael P. Thornton | mthorton@tandnlaw.com |
| Michelle L. Ward | mlw@cchmlawyers.com |
| Nancy Clark | nclark@barnesgroupinc.com |
| Nancy Hotchkiss | nhotchkiss@trainorrobertson.com |
| Neil McCullagh | nmccullagh@cantorarkema.com |
| Nina M. LaFleur | nlafleur@stutsman-thames.com |
| Susan D. Profant | susanp@taxcollector.com |
| Thomas C. Walsh | twalsh@btmcapital.com |
| Thomas M. Fuller | tfuller@angelogordon.com |
| Vanderburgh County Treasurer | jperry@vandeburghgov.org |
| Wayne Davis | davis@tanhelp.com |
| William G. Wright | wgw.efn@farrlawnet.com |
| William Harvey | wharvey@klehr.com |
| William M. Silverman | wsilverman@oshr.com |
| William P. Kovacs | william.kovacs@4086.com |
| William Rockett | william.rockett@barcap.com |

*Via e-mail*

**Distribution List Name:**   Wolin 1f

**Members:**

| | |
|---|---|
| A. Rosenberg | arosenberg@paulweiss.com |
| Alan R. Straus | astraus@skadden.com |
| Andrew Lederman | alderman@sonnenschein.com |
| Brad Berliner | bberliner@centralstatesfunds.org |
| Bruce H. White | bwhite@pattonboggs.com |
| Butcher | butcher@lrclaw.com |
| Christine Jagde | cjagde@mayerbrownrowe.com |
| Christopher E. Kittell | cekittell@twglaw.com |
| Collins, Mark | collins@RLF.com |
| D. Heiman | dgheiman@jonesday.com |
| Daniel K. Hogan | dkhogan@dkhogan.com |
| David Parker | dparker@kkwc.com |
| Debbie Holler | dholler@vbp.biz |
| Devereaux, Scott | DEVEREAUXSD@cooley.com |
| Donald Workman | dworkman@foley.com |
| Duane Morse | duane.morse@wilmer.com |
| Elizabeth Magner | emagnre@magnerlaw.com |
| Englert, Roy | renglert@robbinsrussell.com |
| Greenburg Traurig LLP | bankruptcydel@gtlaw.com |
| Isaac M. Pachulski | ipachulski@stutman.com |
| J. Michael Riley | jmr@m-j.com |
| J. Trachtman | jtrachtman@kramerlevin.com |
| James Deaver | jdeaver@wemed.com |
| James Shepherd | james.shepherd@wilmer.com |
| James Winberley | jwimberley@mclaw.net |
| Jeff St. Onge | jeff.st.onge@dowjones.com |
| Jeffrey Rosenkranz | rjeff@delbay.com |
| Jennifer Herrera | jennifer.killoughherrera@dol.lps.state.nj.us |
| Joanne Pinckney | jpickney@bmf-law.com |
| Joel Friedlander | jefdelaw@aol.com |
| John Gibbons | jgibbons@gibbonslaw.com |
| John M. Gregory | jgregory@garlic.com |
| Joseph H. Baldiga | jhbaldiga@modl.com |
| Joseph J. Bodnar | jbodnar@monlaw.com |
| K. John Shaffer | kjshaffer@stutman.com |
| K. Pasquale | kpasquale@stroock.com |
| Keith E. Whitson | kwhitson@schnader.com |
| Kenneth Beall | kwbeall@loomislaw.com |
| L. Kruger | lkruger@stroock.com |
| Landis | landis@lrclaw.com |
| Law Office of S. Shawn Khastoo | skhastoo@prodigy.com |
| M. Felger | mfelger@cozen.com |
| Natalie Ramsey | nramsey@mmwr.com |
| Neal Levitsky, Esquire | nlevitsky@foxrothschild.com |
| Neal, Stephen | NEALSC@cooley.com |
| Obermayer Rebmann et al | delbkr@obermayer.com |
| Oscar B. Fears | bo.fears@law.state.ga.us |
| P. Defilippo | pdefilippo@wmd-law.com |
| Pamela Johnson | pjohnson@bakerlaw.com |
| Patrick Hofer | jdweinberg@hhlaw.com |
| Paul A. Levine | plevine@lemerygreisler.com |
| Paul Haskel | phaskel@rsko.com |
| Paul W. Carey | pwcarey@modl.com |
| Paul Weykamp | pweykamp@weykamplaw.com |

1

| | |
|---|---|
| Peg Brickley | peg.brickley@dowjones.com |
| Peter Pinnow | ppinnow@foleylaw.com |
| Philip D. Anker | phillip.anker@wilmer.com |
| Phillip Matthews | pmatthews@hrblaw.com |
| Pieter Van Schaik | pieter_vanschaick@scotiacapital.com |
| Prentice O'Leary | poleary@sheppardmullin.com |
| R. Dean Hartley | dhartley@hartleyobrien.com |
| R. Stokes Nolte | nolbro@aol.com |
| Randall Hagen | rlhagen@ober.com |
| Reed Sato | reed.sato@doj.ca.gov |
| Regina Watson | rheil@martinbrowne.com |
| Rex Rainach | rainach@msn.com |
| Rhonda Klick | lvergara@wkalaw.com |
| Richard A. Samp | rsamp@wlf.org |
| Richard Blackstone Webber II | rbwiipa@aol.com |
| Richard W. Riley | rriley@duanemorris.com |
| Robbins, Larry | lrobbins@robbinsrussell.com |
| Robert A. Kumin | info@kuminlaw.com |
| Robert Aulgur | ian@aulgur.com |
| Robert Hawkins | rhawkins@hunton.com |
| Robert Klein | robert@kleinlaw.com |
| Robert Millner | rmillner@sonnenschein.com |
| Robert Simon | rsimon@simonandsimonftw.com |
| Robin E. Keller | rkeller@stroock.com |
| Rod Anderson | rod.anderson@hklaw.com |
| Roderick McKelvie | mckelvie@fishneave.com |
| Ruseell W. Budd | rbudd@baronbudd.com |
| Russell Savory | savory@bellsouth.net |
| S. Shimshak | sshimshak@paulweiss.com |
| Sander Esserman | esserman@stutzman-bromberg.com |
| Scott Rutsky | srutsky@proskauer.com |
| Sean Haas | sean.haas@citidelgroup.com |
| Sharon Royer | sroyer@state.pa.us |
| Sharon Zieg | szieg@ycst.com |
| Shawn Christianson | schristianson@buchalter.com |
| Sheree L. Kelly | sheree.kelly@pseg.com |
| Sidney S. Goldstein | ssgdmgc@aol.com |
| Siegel, Arnon D. | asiegel@robbinsrussell.com |
| Stephen A. Katz | sakatzoo@aol.com |
| Stephen Goodwin | sgoodwin@ccsb.com |
| Stephen Oroza | soroza@comcast.net |
| Steven B. Flancher | flanchers@michigan.gov |
| Stuart Hirschfield | ekay@dbllp.com |
| Susan Fuertes | sfuertes@bakerlaw.com |
| T. Kellen Grant | grant@wildmanharrold.com |
| T. Robert Abney | bobabney@bellsouth.net |
| Thomas M. Gaa | tgaa@bbslaw.com |
| Thomas R. Allen | lisa.diem@thompsonhine.com |
| Thomas Tansor | thomas.tansor@ge.com |
| Thomas Tew | tt@tewlaw.com |
| Thomas Whalen | tgw@stevenslee.com |
| Tom Seligson | tom.seligson@alcoa.com |
| W. Andrew Miller | wamiller@hrblaw.com |
| Warren Bloom | wbloom@ngn-orlando.com |
| William H. Johnson | william.johnson@nscorp.com |

*Via e-mail*

**Distribution List Name:**   Wolin 2

**Members:**

| | |
|---|---|
| A. Rosenberg | arosenberg@paulweiss.com |
| Adam Landis | landis@lrclaw.com |
| David M. Bernick | dbernick@kirkland.com |
| Ed Harron | eharron@ycst.com |
| Henry W. Simon | hsimon@simonandsimonftw.com |
| Joel Friedlander | jefdelaw@aol.com |
| L. Jason Cornell | jcornell@foxrothschild.com |
| Marc Abrams | mabrams@willkie.com |
| Monk, Charles O | cmonk@saul.com |
| Neal, Stephen | NEALSC@cooley.com |
| Rebecca Butcher | butcher@lrclaw.com |
| Richard A. Simon | rsimon@simonandsimonftw.com |
| Richard Mancino | rmancino@willkie.com |

*Via e-mail*

---

**Distribution List Name:**    Wolin 3


**Members:**

| | |
|---|---|
| Abrams, Henry | HAbrams@saul.com |
| Baer, Jan | jbaer@kirkland.com |
| Bastable, Conor | cbastable@dkpartners.com |
| Brodsky, Mark D. | mbrodsky@elliottmgmt.com |
| Danzeisen, Allyn S. | adanzeisen@bilzin.com |
| Dobson, Matthew G. | MDobson@saul.com |
| Dreier, William | wadreier@nmmlaw.com |
| Finch, Nate | ndf@capdale.com |
| Hamlin, C. Judson | jhamlin@prsmo.com |
| Katchen, William S | wskatchen@duanemorris.com |
| Katz, Sharon | skatz@dpw.com |
| Keefe, John | judgekeefe@lmknet.com |
| Martin | mamartin@usg.com |
| McGovern, Frances | mcgovern@faculty.law.duke.edu |
| Nadler, Ellen | enadler@kramerlevin.com |
| Orseck, Gary A. | gorseck@robbinsrussell.com |
| Parver, Jane | jparver@kayescholer.com |
| Scheier, Mike | mscheier@kmklaw.com |
| Scoliard, Jennifer | jscoliard@klehr.com |
| St. Jeanos, Chris | cstjeanos@willkie.com |
| Stiefel, Aaron | astiefel@kayescholer.com |
| Washington, Nancy | naw@saiber.com |

*In re:  USG Corporation*
*Bankruptcy Rule 2002 Service List as of December 29, 2003*

*Local Via Hand Delivery  -  Non-Local Via First Class Mail*

*Representing Debtors*
Daniel J. DeFranceschi
Paul N. Heath
Richards, Layton & Finger, P.A.
One Rodney Square
P. O. Box 551
Wilmington, DE 19899-0551

*Representing HP Financial Services*
Derek C. Abbott
James C. Carignan
Morris, Nichols, Arsht & Tunnell
P.O. Box 1347
1201 Market Street
Wilmington, DE 19899

*Representing Caterpillar Financial Services*
Ian Connor Bifferato
Bifferato, Bifferato & Gentilotti
P.O. Box 2165
1308 Delaware Avenue
Wilmington, DE 19899

*Representing National City Bank*
Karen C. Bifferato
Connolly, Bove, Lodge & Hutz LLP
P.O. Box 2207
1220 Market Street
Wilmington, DE 19899

*Representing Chase Manhattan Bank*
Teresa K.D. Currier
Klett, Rooney, Lieber & Schorling
P.O. Box 1397
1000 West Street, Suite 1410
Wilmington, DE 19899-1397

*Representing Marathon Ashland Petroleum and Coral Energy Canada*
John D. Demmy
Stevens & Lee, P.C.
300 Delaware Avenue, Suite 800
Wilmington, DE 19801

*Representing Atlas Roofing Corporation*
Paul J. Dougherty
McCarter & English, LLP
P.O. Box 111
919 N. Market Street, Suite 950
Wilmington, DE 19899

*Representing Lonnie Baylark, Paul Bordieri, Jr.*
James E. Huggett
Victoria E. Varrasse
Flaster/Greenberg P.C.
913 North Market Street, Suite 702
Wilmington, DE 19801

*Representing Edward Wally*
Robert Jacobs
Jacobs & Crumplar, P.A.
P.O. Box 1271
2 East 7th Street
Wilmington, DE 19899

*Representing Official Committee of Unsecured Creditors*
Michael R. Lastowski
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246

*Representing Official Committee of Asbestos Personal Injury Claimants*
Aileen F. Maguire
Campbell & Levine, LLC
800 King Street, Suite 300
Wilmington, DE 19801

*Representing Port of St. Helens, Oregon*
Rachel B. Mersky
Monzack and Monaco, P.A.
1201 N. Orange St., Ste. 400
Wilmington, DE 19801

*Representing Airgas, Inc.*
Kathleen M. Miller
Smith Katzenstein & Furlow, LLP
P.O. Box 410
800 Delaware Avenue, 7th Floor
Wilmington, DE 19899

*Representing Lexington Insurance Company, Clark Steel Framing Systems*
Francis A. Monaco
Rachel B. Mersky
Monzack and Monaco, P.A.
1201 North Market Street, Suite 400
Wilmington, DE 19801

The Honorable Randall J. Newsome
Attn: Nancy Hunt
United States District Court, Visiting Judge's Chambers
844 King Street, Room 2124
Wilmington, DE 19801

*Representing Dean M. Trafelet, Futures Representative*
James L. Patton
Edwin J. Harron
Young Conaway Stargatt & Taylor, LLP
P.O. Box 391
1000 West Street, 17th Floor
Wilmington, DE 19899

*Representing US Trustee*
Frank Perch
Office of the United States Trustee
J. Caleb Boggs Federal Building, 844 King Street, Room 2313 Lockbox 35
Wilmington, DE 19801-3519

*Representing Worthington Armstrong Ventures*
Bradford J. Sandler
Adelman Lavine Gold & Levin
919 Market Street, Suite 710
Wilmington, DE 19801

Victor Schwaiger
Bridget Connell
Parcels/DDR
200 West 9th Street
Wilmington, DE 19801

*Representing The Chase Manhattan Bank*
Eric D. Schwartz
Morris, Nichols, Arsht & Tunnell
P.O. Box 1347
1201 N. Market Street
Wilmington, DE 19899

*Representing Terry Hunt Construction Company, Inc.*
Jennifer L. Scoliard
Klehr Harrison Harvey Brazenburg & Ellers LLP
919 Market Street, Suite 1000
Wilmington, DE 19801

Laurie Selber Silverstein
Monica Leigh Loftin
Potter Anderson & Corroon LLP
P.O. Box 951
1313 N. Market Street, 6th Floor
Wilmington, DE 19899

*Representing Environmental Protection Agency*
Ellen W. Slights
U.S. Department of Justice
P.O. Box 2046
1201 Market Street, Suite 1100
Wilmington, DE 19899-2046

*Representing Archiped Classics, Inc.; Banc One Leasing Corp.*
Christopher S. Sontchi
William P. Bowden
Gregory A. Taylor
Ashby & Geddes
P.O. Box 1150
222 Delaware Avenue, 17th Floor
Wilmington, DE 19899

*Representing F. Dale Lumpkin, OII Steering Committee*
William D. Sullivan
Elzufon Austin Reardon Tarlov & Mondell, P.A.
P.O. Box 1630
300 Delaware Avenue, 17th Floor
Wilmington, DE 19899

*Representing Richard L. VanSon*
William F. Taylor
McCarter & English, LLP
P.O. Box 111
919 North Market Street, Suite 1800
Wilmington, DE 19899

*Representing Catherine M. Jernagen*
Timothy J. Weiler
727-B North Market Street
Wilmington, DE 19801

*Representing Official Committee of Asbestos Property Damage Claimants*
Steven M. Yoder
Neal B. Glassman
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

Lazard Freres & Co. LLC
30 Rockefeller Plaza, 60th Floor
New York, NY 10020

Bankruptcy Administration
IOS Capital, Inc.
P.O. Box 13708
1738 Bass Road
Macon, GA 31208

*Representing Airgas, Inc.*
Joseph Alban
Airgas, Inc.
P.O. Box 6675
259 Radnor-Chester Road, Suite 100
Radnor, PA 19087

*Representing ONDEO Nalco Company*
R. Scott Alsterda
Greeg E. Szilagyi
Chiropher L. Rexroat
James M. McArdle
Ungaretti & Harris
3500 Three First National Plaza
Chicago, IL 60602

Judith Archer
James Grudus
AT&T Corp.
900 US Highway 202/206
Bedminster, NJ 07921-2691

*Representing Asbestos Property Damage Committee*
Scott L. Baena
Bilzin Sumberg Baena Price & Axelrod LLP
2500 First Union Financial Center, 200
South Biscayne Blvd.
Miami, FL 33131-2336

*Representing Various Asbestos Claimants*
Scott Baldwin Jr.
Baldwin & Baldwin, LLP
400 W. Houston Street
Marshall, TX 75670

Gary L. Barnhart
Missouri Dept. of Revenue
P.O. Box 475
301 West High Street, Room 670
Jefferson City, MO 65105-0475

*Representing Vergie Lee Toliver*
Steven T. Baron
Silber Pearlman, LLP
2711 N. Haskell Avenue, 5th Floor - LB 32
Dallas, TX 75204

*Representing Representing Gerald Voght*
Frederick M. Baron
Russell W. Budd
Alan B. Rich
Budd & Budd
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219-1181

David M. Barse
Third Avenue Trust
767 Third Avenue, 5th Floor
New York, NY 10017-2023

*Representing NASCAR*
Laurence H. Bartlett
Crotty& Bartlett, P.A.
P.O. Box 9547
1800 W. International Speedway Blvd.,
Suite 201
Daytona, FL 32120-9547

*Representing Atlas Architectural Metals, I,
Inc.*
Larry W. Bass
Law Offices of Jacky B. Franklin
9800 Richmond Ave., Suite 560
Houston, TX 77042

*Representing Enron Corp, et al.*
Neil Berger
Togut Segal & Segal LLP
One Penn Plaza, Suite 3335
New York, NY 10119

*Representing General Electric Capital
Corporation*
Leslie Ann Berkoff
Moritt, Hock, Hamroff & Horowitz, LLP
400 Garden City Plaza, Suite 202
Garden City, NY 11530

*Representing T A. Robinson Asphalt Paving,
Inc.*
Robert J. Blumling
Brian W. Ashbaugh
Paul H. Minton
Bluming & Gusky, LP
1200 Koppers Building
Pittsburgh, PA 15219

*Representing Madison Gas & Electric
Company*
Lynn J. Bodi
Stafford Rosenbaum LLP
P.O. Box 1784
3 South Pickney Street, Suite 1000
Madison, WI 53701-1784

*Representing Cherokee Building Materials
of OKC, Inc., et al.*
Russell S. Bogue, III
Amy K. Alcoke
Hunton & Williams
600 Peachtree Street, N.E., Suite 4100
Atlanta, GA 30308-2216

*Representing Machinists Health & Welfare
Trust*
Robert A. Bohrer
Ekman, Bohrer & Thulin, P.S.
Queen Anne Square, 220 West Merecer St.,
Suite 400
Seattle, WA 98119

Robert W. Bollar
Southern Counties Old Co.
P.O. Box 4159
1800 West Katella Avenue, Suite 400
Orange, CA 92863-4159

Sal Boscia
StorageTek Financial Services Corporation
1000 So. McCaslin Boulevard
Superior, CO 80027

*Representing West Coast Estates*
Thomas J. Brandi
Terrence Edwards
Law Offices of Thomas J. Brandi
44 Montgomery Street, #1050
San Fancisco, CA 94104

*Representing Various Asbestos Claimants*
Alan R Brayton
Brayton & Purcell
222 Rush Landing Road
Novato, CA 94945

*Representing Various Asbestos Claimants*
Russell Budd
Alan B. Rich
Baron & Budd, P.C
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219

*Representing Asbestos Claimants*
Michael P. Cascino
Cascino Vaughan Law Offices, Ltd.
220 South Ashland Avenue
Chicago, IL 60607-5309

Peter A. Chapman
572 Fernwood Lane
Fairless Hills, PA 19030

*Representing Central States, Southeast and
Southwest Areas Pension Fund*
Rathna Chikkalingaiah
Central States, Southeast and Southwest
Areas Pension Fund
Legal Department 9377 West Higgins Road
Rosemont, IL 60018-4938

*Representing Worthington Armstrong
Ventures*
Joseph E. Chovanes
Piper Rudnick
3400 Two Logan Square 18th and Arch
Streets
Philadelphia, PA 19103-2762

*Representing U S Specialty Packaging*
Eddirland D. Christel
Palmer & Dodge LLP
111 Huntington Avenue, 19th Floor
Boston, MA 02199-7613

*Representing Oracle Corporation and
Oracle Credit Corporation*
Shawn M. Christianson
Buchalter, Nemer, Fields & Younger
333 Market Street, 25th Floor
San Francisco, CA 94105-2130

Yvonne Clemence
Caterpillar Financial Services, Senior
Litigation Paralegal
P.O. Box 340001
2120 W.End Avenue
Nashville, TN 37203-0001

*Representing Tennessee Dept. of Treasury -
Unclaimed Property*
Marvin E. Clements, Jr.
C/O TN Attorney General's Office, Bankr.
Unit
P.O. Box 20207
Nashville, TN 37202-0207

*Representing Barbara G. Billet, Esq.,
Deputy Commissioner and Counsel*
Elaine Z. Cole
New York State Department of Taxation and
Finance
340 E. Main St.
Rochester, NY 14604

*Representing Committee Member*
Newberry College
c/o Edward J. Westbrook, Esquire
Richardson Patrick Westbrook & Brickman
LLC
P.O. Box 1007
1037 Chuck Dawley Blvd, Building A
Mount Pleasant, SC 29465

*Representing Judith Williams*
John D. Cooney
Cooney & Conway
120 N. LaSalle Street, 30th Floor
Chicago, IL 60602

General Counsel
Enron Energy Services
1400 Smith Street, EB 0889
Houston, TX 770022

*Representing Self-Insurers' Security Fund*
*and Funds Administrator for the State of*
*Michigan*
Mike Cox
Rose A. Houk
Office of the Attorney General
P.O. Box 30217
Labor Division, Workers' Compensation
Section
Lansing, MI 48909

*Representing Dean M. Trafelet, Futures*
*Representative*
Michael J. Crames
Andress A. Kress
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022

*Representing Ker McGee*
Myron K. Cunningham
Kerr McGee Center
Oklahoma City, OK 73125

*Representing Oracle Corporation; Oracle*
*Credit Corporation*
Dorian Daley
Associate General Counsel
Oracle Corporation
500 Oracle Parkway, Mail Stop 5op7
Redwood City, CA 94065

*Representing Gebr. Knauf*
*Verwaltungsgesellschaft KG*
Patrick Darby
Bradley Arant Rose & White, LLP
2001 Park Place, Suite 1400
Birmingham, AL 35203-3208

M. Catharine Davis
Great Lakes Gas Transmission Company
5250 Corporate Drive
Troy, MI 48098

*Representing Reliant Energy Services, Inc.*
Tony M. Davis
Baker Botts LLP
One Shell Plaza, 910 Louisiana
Houston, TX 77002

*Representing Unoffical Committee of Select*
*Asbestos Claimants*
Steven T. Davis
Edmond M. George
Obermayer Rebmann Maxwell & Hippel,
LLP
One Penn Center, Suite 1900 1617 John F.
Kennedy Boulevard
Philadelphia, PA 19103

*Representing Asbestos Claimants*
John M. Deakle
Deakle Law Firm
P.O. Box 2072
802 North Main Street
Hattiesburg, MS 39403

Jose Louis DelRosario
c/o Alan Kellman, Esquire
Jacques Admiralty Law Firm
1530 Chestnut Street, Suite 604
Philadelphia, PA 19102

Stacy Dezi
Jones Day
77 West Wacker Drive, Suite 3500
Chicago, IL 60601-1692

Julie Dien LeDoux
Avenue Capital Management
535 Madison Avenue, 15th Floor
New York, NY 10022

*Representing Catholic Archdiocese of New Orleans*
Martin Dies
1009 Green Avenue
Orange, TX 77630

*Representing Harris County, City of Houston, Humble ISD*
John P. Dillman
Linebarger, Heard, Goggan, Blair Graham, Pena & Sampson, LLP
P.O. Box 3064
Houston, Tx 77253-3064

Ellen R. Doherty
UGI Utilities, Inc.
P.O. Box 25148
2121 City Line Road
Lehigh Valley, PA 18002-5148

John Dorans
Citibank
599 Lexington Avenue, 21st Floor
New York, NY 10043

*Representing Winchester Homes, Inc.*
Mary Joanne Dowd
Christopher J. Giaimo, Jr.
Arent Fox Kintner Plotkin & Kahn, PLLC
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5339

*Representing Ceilings Plus*
John M. Drews
Drews & Associates, P.C.
1410 Bradley Court
Downers Grove, IL 60516

*Representing Donald R. Boyer*
James F. Early
Early, Ludwick & Sweeney, LLC
265 Church Street, 11th Floor
New Haven, CT 06510

*Representing Port St. Helens, Oregon*
Charles R. Ekberg
Lane Powell Sears Lubersky LLP
1420 Fifth Avenue, Suite 4100
Seattle, WA 98101-2338

Donna Ellison
Air Products and Chemicals, Inc.
7201 Hamilton BLVD.
Alentown, PA 18195-1501

*Representing Debtors*
Brad Erens
Jones Day
77 West Wacker Drive, Suite 3500
Chicago, IL 60601-1692

Reid D. Evensky
850 Ridge Lake Blvd., Suite 200
Memphis, TN 38120

Securities & Exchange Commission
15th & Pennsylvania Ave., N.W.
Washington, DC 20020

*Representing Georgia Department of Revenue*
Oscar B. Fears, III
Georgia Department of Revenue
40 Capitol Square, S.W.
Atlanta, GA 30334

*Representing Georgia-Pacific Corporation*
Larry A. Feind
Georgia-Pacific Corporation
P.O. Box 105605
133 Peachtree Street, NE 7th Floor
Atlanta, GA 30348-5605

Matthew J. Ferko
USB Warburg LLC
677 Washington Blvd.
Stanford, CT 06901

*Representing Pan-Alberta Gas (U.S.) Inc.*
David L. Field
Mirant Americas Energy Marketing Canada,
Ltd.
300, 440 - 2nd Avenue SW
Calgary, Alberta, CA T2P 5E9

*Representing Federal Express Corp.*
Charles J. Filardi, Jr.
Pepe & Hazard LLP
30 Jelliff Lane
Southport, CT 06890-1436

*Representing Automotive Rentals, Inc.*
John V. Fiorella
Archer & Greiner, P.C.
P.O. Box 3000
One Centennial Square, East Euclid Avenue
Haddonfield, NJ 08033-0968

Jeffrey Fischer
Weirton Steel Corp.
400 Three Springs Drive
Weirton, WV 26062

*Representing State of Michigan*
Steven B. Flancher
Assistant Attorney General
Revenue & Collections Division, First
Floor, Treasury Building
Lansing, MI 48922

Ryan A. Foster
The Foster Law Firm, PLLC
440 Louisiana, Suite 2100
Houston, TX 77002

Charles O. Freedgood
Chase Manhattan Bank
270 Park Avenue Floor 12
New York, NY 10017-2036

*Representing Innovative Gas Services, Inc.*
Craig E. Freeman
Thelen, Reid & Priest LLP
875 Third Avenue
New York, NY 10022

*Representing Public Service Electric and Gas Company*
William E. Frese
Attn: Sheree L. Kelly
P.O. Box 570
80 Park Plaza, T5D
Newark, NJ 07101

*Representing Environmental Protection Agency*
Henry S. Friedman
John C. Cruden
U.S. Department of Justice
P.O. Box 7611
Washington, DC 20044

*Representing The Valleycrest Landfill Site Group*
Neal A. Frink
Dinsmore & Shohl
1900 Chemed Center 255 East Fifth Street
Cincinnati, OH 45202

*Representing Bear, Stearns & Co. Inc*
James G. Gereghty, Jr.
Bear, Stearns & Co. Inc.
383 Madison Avenue
New York, NY 10179

Joseph A. Giampapa
Banc One Corporation
100 East Broad Street, 18th Floor
Columbus, OH 43271

*Representing Certain Plaintiffs & Claimants*
Charles E. Gibson, III
620 North Street, Suite 100
Jackson, MS 39202

Ken Glassman
Goldman Sachs
85 Broad Street
New York, NY 10005

*Representing Verizon New York, Inc.*
Henry Gluckstern
Kreindler & Kreindler
100 Park Avenue
New York, NY 10017

*Representing Clark Steel Framing Systems, Unimast, Inc*
Ronald E. Gold
Frost Brown Todd LLC
2500 PNC Center 201 East Fifth Street
Cincinnatti, OH 45202-4182

*Representing Betty Bise as Executrix for William Bise*
Theodore Goldberg
Mark C. Meyer
Goldberg, Persky, Jennings & White, P.C.
1030 Fifth Avenue
Pittsburgh, PA 15219

*Representing California Union Insurance Company*
Leonard P. Goldberger
White and Williams LLP
1800 One Liberty Place
Philadelphia, PA 19103-7395

*Representing Compaq Financial Services*
Gary E. Green
COSTON & LICHTMAN
407 South Dearborn St., Suite 600
Chicago, IL 60605

Sean Haas
Citadel Investment Group L.L.C.
131 South Dearborn Street, 36th Floor
Chicago, IL 60606

*Representing Fox Valley Steel and Wire Company*
Daniel J. Habeck
Cramer, Multhauf & Hammes, LLP
P.O. Box 558
Suite 200, 1601 East Racine Avenue
Waukesha, WI 53187

*Representing CIT Technology Financing Services, CIT Group, Inc /Specialty Finance Division*
Alan D. Halperin
Ethan D. Ganc
Halperin & Associates
1775 Broadway, Suite 515
New York, NY 10019-1903

*Representing Commissioner of Revenue for the State of Tennessee*
Gina Baker Hantel
Commissioner of Revenue
Legal Services, 27th Floor 318 8th Avenue North
Nashville, TN 37243

Jonathan C. Hantke
Pamela Walters
Aldine Independent School District
14910 Aldine-Westfield Road
Houston, TX 77032

*Representing Debtor*
Paul Harner
Jones Day
77 West Wacker Drive, Suite 3500
Chicago, Il 60601-1692

*Representing prologis Trust*
Andrea S. Hartley
Akerman, Senterfitt & Eidson, P.A.
Sun Trust International Center, One
Southeast Third Avenue, 28th Floor
Miami, FL 33131-1704

*Representing Debtors*
David Heiman
Jones Day
North Point, 901 Lakeside Avenue
Cleveland, OH 44114

Andrew Herenstein
Quadrangle Group LLC
375 Park Avenue, 14th Floor
New York, NY 10152

*Representing Regen Capital I, Inc*
Elliot H. Herskowitz
Regen Capital I, Inc.
P.O. Box 626
Planetarium Station
New York, NY 10024-0540

*Representing New Jersey Resources*
Robert L. Heugle, Jr.
Lomurro, Davison, Eastman & Munoz, P.A.
Monmouth Executive Center, 100
Willowbrook Road, Building 1
Freehold, NJ 07728-2879

*Representing Coral Energy Canada, Inc.*
John F. Higgins
James Matthew Vaughn
Porter & Hedges, LLP
700 Louisiana, 35th Floor
Houston, TX 77002

Shepard A. Hoffman
Law Offices of Shepard A. Hoffman
Highland Park Place, 4514 Cole Avenue,
Suite 806
Dallas, TX 75205

*Representing Texas Comptroller of Public Accounts*
Jay W. Hurst
Assistant Attorney General, Bankruptcy &
Collections Division
P.O. Box 12548
Austin, TX 78711-2548

*Representing OII Steering Committee*
Allan H. Ickowitz
Kathy K. Emanuel
Nossaman, Guthner, Knox & Elliott, LLP
445 South Figueroa Street, 31st Floor
Los Angeles, CA 90071

*Representing Official Committee of Asbestos Personal Injury Claimants*
Elihu Inselbuch
Caplin & Drysdale, Chartered
399 Park Ave.
New York, NY 10022-4614

Daily Insights
JAF Box 3127
New York, NY 10116

Michael Itallie
U.S. Environmental Protection Agency
290 Broadway, 17th Floor
New York, NY 10007-1866

*Representing Michigan Unemployment
Agency*
Thomas C. Johnson
Assistant Attorney General
350 Ottawa NW, Suite 4-C
Grand Rapids, MI 49503

Danni L. Jorenby
Department of Workforce Development,
Division of Unemployment Insurance
P.O. Box 8914
201 East Washington Avenue
Madison, WI 53708-8914

*Representing Insulated Building Systems,
Inc.*
Joseph H. Kasimer
Paul H. Teague
Kasimer & Annino, P.C.
7653 Leesburg Pike
Falls Church, VA 22043

William S. Katchen
Duane Morris, LLP
1 Riverfront Plaza, 2nd Floor
Newark, NJ 07102

*Representing Fireman's Fund Insurance
Company*
Jeffrey Kaufman
Gerald F. Ellersdorfer
Kaufman & Logan, LLP
111 Pine Street, Suite 1300
San Francisco, CA 94111

Michael T. Kay
Attn: Nancy Draves
The Dow Chemical Company
2030 Dow Center
Midland, MI 48674

*Representing Mike Abbott*
Steven L. Kazan
Kazan, McClain, Edises, Simon & Abrams
171 Twelfth Street, 3rd Floor
Oakland, CA 94607

*Representing Central States, Southeast and
Southwest Areas Pension Fund*
Harry E. Keil
Central States, Southeast and Southwest
Areas Pension Fund
Deliquent Accounts 9377 West Higgins
Road
Rosemont, IL 60018-4938

*Representing Various Asbestos Claimants*
Michael V. Kelley
Thomas M. Wilson
Kelley & Ferraro, L.L.P.
1901 Penton Media Building, 1300 East
Ninth Street
Cleveland, OH 44114

*Representing The Dow Chemical Company,
Hampshire Chemical Corp.; Union Carbide
Corp.; and Angus Chemical Company*
Anne Marie Kelley
Dilworth Paxson LLP
Liberty View-Suite 700, 457 Haddonfield
Road
Cherry Hill, NJ 08002

Allan Kellman
The Jaques Admiralty Law Firm
1370 Penobscot Building
Detroit, MI 48226

*Representing Asbestos Claimants*
Steven J. Kherkher
Laurence G. Tien
Williams Bailey Law Firm, L.L.P.
8441 Gulf Freeway, Suite #600
Houston, TX 77017

Mary Ann Kilgore
Union Pacific Railroad Company
1416 Dodge Street, Room 830
Omaha, NE 68179

*Representing City and County of Denver*
Eugene J. Kottenstette
Assistant City Attorney
Land Use & Revenue Section
201 West Colfax Avenue, Dept 1207
Denver, CO 80202-3275

Catherine S. Krug
National City Bank of Indiana
101 West Washington Street, Suite 655
South
Indianapolis, IN 46255

Steve Krull
Owens Corning World Headquarters, One
Owens Corning Parkway
Toledo, OH 43659

*Representing Jacksonville Electric Authority*
Nina M. LaFleur
Stutsman & Thames, P.A.
121 W. Forsyth Street, Suite 600
Jacksonville, FL 32202

Lawrence F. Landgraff
Pension Benefit Guaranty Corporation,
Office of the General Counsel
1200 K Street, N.W., Suite 340
Washington, DC 20005-4026

*Representing Hanson Roof Tile/Pioneer
Concrete Tile, Inc.*
Joseph W. Lawrence, II
Dan Matlow
Vezina, Lawrence & Piscitelli, P.A.
350 East Olas Blvd., Suite 1130
Fort Lauderdale, FL 33301

*Representing Sun Company, Inc*
Thomas A. Lee III
Becket & Lee, LLP
P.O. Box 3001
Malvern, PA 19355-0701

*Representing F. Dale Lumpkin*
Jack Levy
Smith, Freed, Chock & Eberhard, P.C.
1001 S.W. Fifth Avenue, Suite 1700
Portland, OR 97204

*Representing CenturyTel*
Janessa Lewing
CenturyTel
885 Bert Kouns
Shreveport, LA 71118

*Representing Trucklease Corporation d/b/a
AMI Leasing, sucessor in interest to Biddle
Co., Inc.*
Gary P. Lightman
Glenn A. Manochi
LIGHTMAN, MANOCHI &
CHRISTENSEN
1520 Locust Street, 12th Floor
Philadelphia, PA 19102

*Representing Official Committee of Asbestos
Personal Injury Claimants*
Peter Van N. Lockwood
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC 20005-5802

*Representing Charles Bruncat*
Moshe Maimon
Levy Phillips & Konigsberg, LLP
520 Madison Avenue
New York, NY 10022

*Representing Tarmac America, Inc.*
Daniel S. Mandel
Mandel, Weisman & Brodie, P.A.
2101 Corporate Boulevard, Suite 300
Boca Raton, FL 33431

*Representing USG Corporation*
Mary A. Martin
USG Corporation
125 South Franklin Street
Chicago, IL 60606

*Representing Asbestos Claimants*
Paul M Matheny
Anthony J. Covacevich
Law Offices of Peter G. Angelos
5905 Harford Road
Baltimore, MD 21214-1846

Lisa A. Miller
Wells Fargo Bank Northwest, N.A.
608 2nd Avenue South, MAC N9303-120,
Sixth & Marquette
Minneapolis, MN 55402

*Representing Lexington Insurance Company*
Robert B. Millner
Sonnenschein, Nath & Rosenthal
8000 Sears Tower, 233 South Wacker Drive
Chicago, IL 60606

*Representing National City Bank*
Alan K. Mills
Alan B. Feldbaum
Barnes & Thornburg
11 South Meridian Street
Indianapolis, IN 46204

*Representing Portland General Electric*
David B. Mills
Hammons & Mills
115 W. 8th Avenue, Suite 280
Eugene, OR 97401

*Representing Commonwealth of
Pennsylvania, Pennsylvania Department of
Revenue*
Christopher R. Momjian
Office of the  Attorney General
21 S. 12th Street, 3rd Floor
Philadelphia, PA 19107-3603

*Representing Ameritech Credit Corporation*
Michael C. Moody
O'Rourke McCLoskey & Moody
161 North Clark Street, Suite 2230
Chicago, IL 60601

*Representing Office of the Attorney General
- Washington*
Zachary Mosner
Office of the Attorney General - Bankruptcy
& Collections Unit
900 Fourth Avenue, Suite 2000
Seattle, WA 98164-1012

*Representing Sales and Sales
Associates/I.G.M., d/b/a Interior Gypsum
Materials*
Timothy J. Murphy
Murphy & Tobin
4240 Blue Ridge Boulevard, Suite 410
Kansas City, MO 64133

Steven K. Myers
Unimast, Inc.
4825 N. Scott, # 300
Schiller Park, IL 60176

*Representing Arizona Department of
Revenue*
Janet Napolitano
Lisa Perry Banen
Terry Goddord
Robert P. Hall
Arizona Attorney General's Office,
Bankruptcy & Collection Enforcement
Section
1275 West Washington Street
Phoenix, AZ 85007-1298

Lisa B. Neimark
E&Y Capital Advisors LLC
233 S. Wacker Drive
Chicago, IL 60606

*Representing Joseph Koslosky, Wendy*
*Frzser, Clayton King, Billy Meyers and*
*Mike Jones & Represented Parties*
Robert J. Nelson
Lieff, Cabraser, Heimann & Bernstein
Embarcadero Center West 275 Battery
Street, Suite 3000
San Francisco, CA 94111-3339

*Representing Chase Manhattan, as Pre-*
*Petition Bank Agent*
Larry J. Nyhan
Sidley, Austin, Brown & Wood
Bank One Plaza
Chicago, IL 60603

*Representing Hunter Douglas Architectural*
*Products, Inc.*
Christopher G. Outlaw
Hunter Douglas Inc.
One Duette Way
Broomfield, CO 80020

Lance Palmer
Ted Willhite
Levinson Friedman, P.S.
Pacific Building, 720 - 3rd Avenue, Suite
1800
Seattle, WA 98104-1845

Raju N. Patel
Bank of America, N.A.
231 South LaSalle Street
Chicago, IL 60697

*Representing The State of Louisiana*
L. Scott Patton
Walter C. Dunn
The Boles Law Firm
P.O. Box 2065
1818 Avenue of America
Monroe, LA 71207-2065

*Representing The Texas Natural Resource*
*Conservation Commission (TNRCC)*
Edith Stuart Phillips
Office of the Texas Attorney General,
Bankruptcy & Collections Division
P.O. Box 12548 MC-008
Austin, TX 78711-2548

*Representing Columbus Greenville Railway*
*(CGR)*
D. Andrew Phillips
Melanie T. Vardaman
Mitchell, McNutt & Sams, P.A.
P.O. Box 947
1216 Van Buren
Oxford, MS 38655-0947

*Representing State of Connecticut, Dept. of*
*Labor and Revenue Services*
Joan E. Pilver
Assistant Attorney General
P.O. Box 120
55 Elm Street, Fifth Floor
Hartford, CT 06141-0120

*Representing Gannett NJ Newspaper*
W. Peter Ragan, Jr.
Ragan & Ragan
3100 Route 138 West, Brinley Plaza,
Building One
Wall, NJ 07719

*Representing Century Tel Wireless, Inc*
*d/b/a Century Tel*
Rex D. Rainach
Rex D. Rainach, A Professional Law
Corporation
3622 Government Street
Baton Rouge, LA 70806-5720

*Representing Peachtree North Associates II,*
*LP*
James S Rankin
Parker Hudson Rainer & Dobbs LLP
1500 Marquis Two Towers 285 Peachtree
Center Avenue, N.E.
Atlanta, GA 30303

*Representing Phoenix Cement Company*
Peter J. Rathwell
Snell & Wilmer LLP
One Arizona Center
Phoenix, AZ 85004-2202

*Representing County of Brazos, City of*
*Bryan, Bryan Independent School District*
Michael Reed
McCreary, Veselka, Bragg & Allen, P.C.
P.O. Box 26990
Austin, TX 78755

*Representing J M Huber Corporation, GE*
*Supply Company*
Glenn M. Reisman
P.O. Box 861
Two Corporate Drive
Shelton, CT 06484-0861

*Representing Allfirst Bank*
Thomas D. Renda
Miles & Stockbridge, P.C.
10 Light Street
Baltimore, MD 21202

*Representing Shirly Rink; Freida Sparks;*
*Nadine Austin*
Joseph F Rice
Nancy Worth Davis
Ness, Motley, Loadholt, Richardson &
Poole
P.O. Box 1792
28 Bridgeside Blvd.
Mt. Pleasant, SC 29465

*Representing Center for Claims Resolution*
Michael P. Richman
Jean Marie L. Atamian
Anthony J. Diana
Leslie Chebli
Mayer, Brown, Rowe & Maw LLP
1675 Broadway
New York, NY 10019

*Representing Owens-Corning*
H. Buswell Roberts, Jr.
Shumaker, Loop & Kendrick, LLP
1000 Jackson Street
Toledo, OH 43624-1573

*Representing Hard Work Construction*
Sherwin P. Robin
Robin and Weiss, P.A.
P.O. Box 9541
Savannah, GA 31412-9541

*Representing County of Imperial, California*
Martha E. Romero
Law Offices of Martha E. Romero &
Associates
7743 S. Painter Avenue, Suite E
Whittier, CA 90602

*Representing Prince Georges County*
Robert H. Rosenbaum
M. Evan Meyers
Meyers, Rodbell & Rosenbaum, P.A.
Berkshire Building, 6801 Kenilworth
Avenue, Suite 400
Riverdale, MD 20737-1385

Jeffrey Rosenkranz
The Delaware Bay Company, Inc.
680 Fifth Avenue, 22nd Floor
New York, NY 10019

*Representing The Asbestos Claims*
*Management Corporation*
Michael A. Rosenthal
Keith D. Ross
Gibson, Dunn & Crutcher LLP
2100 McKinney Avenue, Suite 1100
Dallas, TX 75201

*Representing Monroe & Adams Delaware,*
*Inc.; Tower Realty Management*
*Corporation*
Douglas B. Rosner
Goulston & Storrs, P.C.
400 Atlantic Avenue
Boston, MA 02110-3333

*Representing Commonweath of PA*
Sharon L. Royer
Harrisburg Bankruptcy and Compliance
1171 South Cameron Street, Room 312
Harrisburg, PA 17104-2513

*Representing Parkway, Ltd*
Howard C. Rubin
Kessler & Collins
5950 Sherry Lane, Suite 222
Dallas, TX 75225

*Representing Doris Saiger, as Personal*
*Representative of the Estate of William*
*Saiger, and Dawn Saiger*
Peter D. Russin
Meland Russin Hellinger & Budwick, P.A.
3000 Wachovia Financial Center 200 S.
Biscayne Boulevard
Miami, FL 33131

*Representing Debtor*
Ray C. Schrock
Jones Day
77 West Wacker Drive
Chicago, IL 60601-1692

*Representing Associates Leasing, Inc.*
Sergio I. Scuteri
Farr Burke Gambacorta & Wright, P.C.
P.O. Box 788
Suite 201, Eastern International Executive
Office Center, 211 Benigno Boulevard
Bellmawr, NJ 08099-9811

Susan R. Sherrill
E. Gordon Robinson
Securities and Exchange Commission
Suite 1000, 3475 Lenox Road, N.E.
Atlanta, GA 30326-1232

*Representing IBM Corporation*
Beverly H. Shideler
IBM Corporation
2707 Butterfield Road
Oakbrook, IL 60523

*Representing Columbia Wholesale*
William H. Short, Jr.
Haynsworth Sinkler Boyd, P.A.
P.O. Box 11889
Columbia, SC 29211-1899

*Representing Various Asbestos Claimants*
Charles S. Siegel
Waters & Kraus, LLP
3219 McKinney Avenue, Suite 3000
Dallas, TX 75204

*Representing Chase Manhattan Bank*
Andrew Silverstein
Seward & Kissell, LLP
One Battery Park Plaza
New York, NY 10004

*Representing Fee Auditor*
Warren H. Smith
Warren H. Smith & Associates
Republic Center, 325 N. St. Paul Suite 4080
Dallas, TX 75201

*Representing General Marine Services, Inc*
Craig A. Smith
Suelthaus & Walsh, P.C.
7733 Forsyth, Twelfth Floor
St. Louis, MO 63105

*Representing Harry and Jan Jukes, Lonnie
and Tammy Baylark, Jay A. Benfield and
Peggy J. Benfield*
Maggie S. Soboleski
Klehr, Harrison, Harvey, Branzburg &
Ellers
260 South Broadstreet
Philadelphia, PA 19102

*Representing Buell Door Company*
Robert B. Somers
Robert B. Somers, Attorney At Law
801 East Campbell Road, Suite 140
Richardson, TX 75081

Erich Spangenberg
74-785 Highway 111, Suite 103
Indian Wells, CA 92210

*Representing Anderson Memorial Hospital*
Daniel A. Speights
Speights & Runyan
P.O. Box 685
200 Jackson Avenue East
Hampton, SC 29924

*Representing Archiped Classics, Inc.*
Stephen C. Stapleton
Cowles & Thompson
901 Main Street, Suite 4000
Dallas, TX 75202

Secretary of State
Division of Corporations, Franchise Tax
P.O. Box 898
Dover, DE 19903

*Representing Bank of Blue Valley*
Sharon L. Stolte
Morrison & Hecker LLP
9 Corporate Woods, Suite 450, 9200 Indian
Creek Parkway
Overland Park, KS 66210 USA

*Representing Dell Financial Services, L.P.*
Sabrina L. Streusand
Hughes & Luce, LLP
111 Congress, Suite 900
Austin, TX 78701

*Representing State of Ohio, Department of
Taxation*
Michelle T. Sutter
Assistant Attorney General, Revenue
Recovery
101 E. Town Street, Second Floor
Columbus, OH 43215

J.W. Taylor
Coastal Transport, Inc.
P.O. Drawer 67
Auburndale, FL 33823

*Representing Court Appointed Inventory
Attorneys for Certain Asbestos Creditors*
Thomas Tew
Jeffrey Tew
Tew Cardenas Rebank Kellogg Lehman
DeMaria Tague Raymond & Levine, LLP
201 South Biscayne Boulevard Suite 2600
Miami, FL 33131

*Representing USG Corporation*
Suzanne K. Torrey
USG Corporation
125 S. Franklin Street
Chicago, IL 60606

*Representing Future Claimants*
Dean M. Trafelet
P.O. Box 518
9130 Wild Lane
Baileys Harbor, WI 54202

Secretary of Treasury
P.O. Box 7040
Dover, DE 19903

Vicki Trogdon
Perot Systems Corporation
P.O. Box 269005
Plano, TX 75026

Michael Van Itallie
United States Envrionmental Protection
Agency
290 Broadway, 17th Floor
New York, NY 10007-1866

Wen Wang
Chase Manhattan
450 W. 33rd Street
New York, NY 10001

*Representing New Jersey Self-Insurers
Guaranty Association*
Michael S. Waters
Jeffrey Bernstein, Esquire
Carpenter Bennett & Morrissey
Three Gateway Center 100 Mulberry St.
Newark, NJ 07102

*Representing Blue Cross & Blue Shield of
Florida, Inc.*
Richard Blackstone Webber II
Richard Blackstone Webber II, PA
320 Maitland Avenue
Altamonte Springs, FL 32701

*Representing Nick Ferrante*
Perry Weitz
C. Sanders McNew
Weit & Luxenborg
180 Maiden Lane
New York, NY 10038-4925

Edward J. Westbrook
Robert S. Wood
Richardson, Patrick, Westbrook &
Brickman, LLC
P.O. Box 1007
1037 Chuck Dawley Blvd., Building A
Mount Pleasant, SC 29464

*Representing Home Box Office*
Kate Wies
Litigation Administrator - Home Box Office
1100 Avenue of the Americas, 9th Floor
New York, NY 10036-6737

*Representing Official Committee of
Unsecured Creditors*
Denise K. Wildes
Stroock & Stroock & Lavan, LLP
180 Maiden Lane
New York, NY 10038-4982

*Representing Chase Manhattan Bank*
Gregory D. Willard
Bryan Cave, LLP
211 N. Broadway, Suite 3600
St. Louis, MO 63102-2733

*Representing Estate of John E. Acuff, Sr.*
Tracy C. Wooden
Wooden, Ray, Fulton & Scarborough, P.C.
737 Market Street, Suite 620
Chattanooga, TN 37402

*Representing United States Steel LLC*
Greg Yochum
United States Steel LLC - Treasury
Department
Room 1945, 600 Grant Street
Pittsburgh, PA 15219

*Representing Transcontinential Insurance Company (CNA)*
Jonathan W. Young
T. Kellan Grant
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive, Suite 3000
Chicago, IL 60606-1229

Vicky L. Zartman
c/o Ken Burton
Manatee County Tax Collector
P.O. Box 25300
Bradenton, FL 34205

*Representing Arthur Andersen LLP*
Richard G. Ziegler
Mayer, Brown, Rowe & Maw LLP
190 South LaSalle Street
Chicago, IL 60603

**W. R. Grace 2002 Service List**
Case No. 01-1139 (JKF)
*Local via Hand Delivery, Non local via First
Class Mail*

(Counsel to Debtors and Debtors in
Possession)
Laura Davis Jones, Esquire
Scotta McFarland, Esquire
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

(Copy Service)
Parcels, Inc.
Vito I. DiMaio
10th & King Streets
Wilmington, DE 19801

(Local Counsel to DIP Lender)
Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

(Local Counsel to Asbestos Claimants)
Marla Eskin, Esquire
Mark Hurford, Esquire
Campbell & Levine, LLC
800 N. King Street
#301
Wilmington, DE 19801-3549

William H. Sudell, Jr., Esquire
Eric D. Schwartz, Esquire
Morris, Nichols Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

(Counsel to Travelers Casualty and Surety
Company)
Robert J. Dehney
Michael G. Busenkell
Morris, Nichols Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

Jeffrey C. Wisler, Esquire
Michelle McMahon, Esquire
Connolly Bove Lodge & Hutz LLP
1220 Market Street, 10th Floor
Wilmington, DE 19899

(Counsel to Ingersoll-Rand Fluid Products)
Francis A. Monaco, Jr., Esquire
Monzack and Monaco, P.A.
1201 N. Orange Street, Suite 400
P.O. Box 2031
Wilmington, DE 19801

(Counsel to Ingersoll-Rand Fluid Products)
Frederick B. Rosner, Esquire
Monzack and Monaco, P.A.
1201 N. Orange Street, Suite 400
Wilmington, DE 19801

(Counsel to Property Damage Claimants)
Michael B. Joseph, Esquire
Theodore J. Tacconelli, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

Mark S. Chehi
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636

Joseph Grey, Esquire
Stevens & Lee
300 Delaware Avenue, Suite 800
Wilmington, DE 19801

(Counsel to Official Committee of
Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE  19801-1246

Laurie Selber Silverstein, Esquire
Monica Leigh Loftin, Esquire
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
P.O. Box 951
Wilmington, DE  19899

(United States Trustee)
Frank J. Perch, Esquire
Office of the United States Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE  19801

Mary M. Maloney Huss, Esquire
Wolf, Block, Schorr and Solis-Cohen LLP
Wilmington Trust Center
1100 N. Market Street
Suite 1001
Wilmington, DE  19801

Selinda A. Melnik, Esquire
Smith, Katzenstein & Furlow LLP
800 Delaware Avenue
P.O. Box 410
Wilmington, DE  19899

(Counsel to Century Indemnity Company)
Curtis Crowther, Esquire
White and Williams LLP
824 North Market Street, Suite 902
P.O. Box 709
Wilmington, DE  19801

(Counsel to Wachovia Bank, N.A.)
Adam G. Landis, Esquire
Klett Rooney Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE  19801

(Counsel to First Union Leasing)
John D. Demmy, Esquire
Stevens & Lee, P.C.
300 Delaware Avenue
8th Floor, Suite 800
Wilmington, DE  19801

(Counsel to Potash Corp.)
Aaron A. Garber, Esquire
Pepper Hamilton LLP
1201 Market Street
Suite 1600
Wilmington, DE  19899-1709

(Counsel to Entergy Services, Inc.)
Eric Lopez Schnabel, Esquire
James H. Joseph, Esquire
Klett Rooney Lieber & Schorling
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE  19801

(Zonolite Attic Litigation Plaintiffs)
William D. Sullivan, Esquire
Elzufon Austin Reardon Tarlov & Mondell,
P.A.
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE  19899

Francis J. Murphy
John S. Spadaro
Chase T. Brockstedt
Murphy Spadaro & Landon
824 N. Market Street
P.O. Box 8989
Wilmington, DE  19899-8989

(Counsel to Mark Hankin and HanMar
Associates)
Thomas G. Whalen, Esquire
Stevens & Lee, P.C.
300 Delaware Avenue, Suite 800
Wilmington, DE  19801

Teresa K.D. Currier, Esquire
Klett Rooney Lieber & Schorling
1000 West Street, Suite 1410
P.O. Box 1397
Wilmington, DE  19899-1397

(Counsel to Union Tank Car Company)
Rachel B. Mersky, Esquire
Monzack and Monaco, P.A.
1201 N. Orange Street, Suite 400
Wilmington, DE  19801

(Counsel to Royal Insurance)
Megan N. Harper, Esquire
Bifferato, Bifferator & Gentilotti
1308 Delaware Avenue
P.O. Box 2165
Wilmington, DE  19899

(Counsel to The Delaware Division of
Revenue)
Allison E. Reardon
Delaware Division of Revenue
820 N. French Street
8th Floor
Wilmington, DE  19801

(Counsel to the Libby Mine Claimants)
Steven K. Kortanek, Esquire
Klehr, Harrison, Harvey, Branzburg &
Ellers, LLP
919 Market Street, Suite 1000
Wilmington, DE  19801

(L.A. Unified School District)
William F. Taylor, Jr., Esquire
McCarter & English, LLP
Mellon Bank Center
919 Market Street, Suite 1800
Wilmington, Delaware 19899

(Counsel to Debtor)
James H.M. Sprayregen, Esquire
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL  60601

(Canadian Counsel to Debtor)
Derrick Tay, Esquire
Meighen Demers
Suite 1100, Box 11
Merrill Lynch Canada Tower
200 King Street West
Toronto, Ontario
Canada M5H 3T4

(W. R. Grace & Co.)
David B. Siegel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD  21044

(Official Committee of Personal Injury
Claimants)
Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 27th Floor
New York, NY  10022

(Official Committee of Unsecured
Creditors)
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY  10038-4982

(Official Committee of Property Damage
Claimants)
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price &
Axelrod LLP
First Union Financial Center
200 South Biscayne Blvd, Suite 2500
Miami, FL  33131

(Counsel to Equity Committee)
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY  10022-3852

(Counsel to Sealed Air Corporation)
D. J. Baker, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY  10036

(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL  60606

(Counsel to Asbestos Claimants)
Nancy Worth Davis, Esquire
Motley Rice LLC
28 Bridgeside Boulevard
P.O. Box 1792
Mount Pleasant, SC  29465

Todd Meyer, Esquire
Kilpatrick Stockton
1100 Peachtree Street
Atlanta, GA  30309

Office of Reorganization
Securities & Exchange Commission
Suite 1000
3475 Lenox Road, N.E.
Atlanta, GA  30326-1232

District Director
IRS
409 Silverside Road
Wilmington, DE  19809

Michael A. Berman, Esquire
Securities and Exchange Commission
450 Fifth Street, N.W. (Mail Stop 6-6)
Washington, D.C.  20549

Secretary of Treasurer
P.O. Box 7040
Dover, DE  19903

Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 7040
Dover, DE  19903

James D. Freeman, Esquire
U.S. Department of Justice
Environmental Enforcement Section
999 18th Street
Suite 945-North Tower
Denver, CO  80202

Jon L. Heberling, Esquire
McGarvey, Heberling, Sullivan &
McGarvey PC
745 South Main Street
Kalispel, MT  59901

Patrick L. Hughes, Esquire
Haynes & Boone LLP
1000 Louisiana Street, Suite 4300
Houston, TX  77002-5012

David S. Heller, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL  60606

Charles E. Boulbol, Esquire
26 Broadway, 17th Floor
New York, NY  10004

Ira S. Greene, Esquire
Squadron, Ellenoff, Plesent & Sheinfeld,
LLP
551 Fifth Avenue
New York, NY 10176

James A. Sylvester, Esquire
Intercat, Inc.
104 Union Avenue
Manasquan, NJ 08736

Steven J. Johnson, Esquire
Gibson, Dunn & Crutcher LLP
1530 Page Mill Road
Palo Alto, CA 94304-1125

Charlotte Klenke, Esquire
Schneider National, Inc.
P.O. Box 2545
3101 S. Packerland
Green Bay, WI 54306

David S. Rosenbloom, Esquire
Jeffrey E. Stone, Esquire
Lewis S. Rosenbloom, Esquire
McDermott, Will & Emery
227 West Monroe Street
Chicago, IL 60606-5096

Charles L. Finke, Assistant General Counsel
Brad Rogers, Esquire
Office of the General Counsel
Pension Benefit Guaranty Corp
1200 K. Street, N. W.
Washington, D.C. 20005-4026

Pamela Zilly
Richard Shinder
David Blechman
Michael Alexander
The Blackstone Group
345 Park Avenue
New York, NY 10154

Josiah Rotenberg
Quadrangle
375 Park Avenue
New York, NY 10152

Jan M. Hayden
William H. Patrick
Heller, Draper, Hayden, Patrick & Horn,
L.L.C.
650 Poydras Street, Suite 2500
New Orleans, LA 70130-6103

Joseph F. Rice
Motley Rice LLC
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465

(Counsel to Asbestos Claimants)
Steven T. Baron, Esquire
Member
Silber Pearlman, LLP
2711 North Haskell Avenue, 5th Floor, LLP
Dallas, TX 75204

Bankruptcy Administration
IOS Capital, Inc.
1738 Bass Road
P.O. Box 13708
Macon, GA 31208-3708

(Attorneys for PPG Industries, Inc.)
W.J. Winterstein, Jr., Esquire
John J. Winter, Esquire
William M. Aukamp, Esquire
Eleven Penn Center, 29th Floor
1835 Market Street
Philadelphia, PA 19103

R. Scott Williams
PMG Capital Corp.
Four Falls Corporate Center
West Conshohocken, PA 19428-2961

Alan R. Brayton, Esquire
Brayton & Purcell
222 Rush Landing Road
Novato, CA 94945

Jonathan W. Young
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive, Suite 3000
Chicago, IL 60606-1229

Russell W. Budd
Alan B. Rich
Baron & Budd, P.C.
3102 Oak Lawn Avenue, P.O. Box 8705
Dallas, TX 75219

Shelby A. Jordan, Esquire
Nathaniel Peter Holzer. Esquire
Jordan, Hyden, Womble & Culbreth, P.C.
500 N. Shoreline Blvd., Suite 900
Corpus Christi, TX 78471

Courtney M. Labson, Esquire
Ontario Mills LP
Legal Department
1300 Wilson Boulevard, Suite 400
Arlington, VA 22209

T. Kellan Grant
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive, Suite 3000
Chicago, IL 60606-1229

Cindy Schultz
Ingersoll-Rand Fluid Products
One Aro Center
P.O. Box 151
Bryan, OH 43506

Alan Kolod, Esquire
Moses & Singer LLP
1301 Avenue of the Americas
40th Floor
New York, NY 10019-6076

Mr. Thomas Moskie
Bankers Trust Company
Four Albany Street
Fourth Floor
New York, NY 10006

John P. Dillman, Esquire
Linebarger Heard Goggan Blair
Graham Peña & Sampson, LLP
P.O. Box 3064
Houston, TX 77253-3064

Charles E. Gibson, III
Attorney at Law
620 North Street, Suite 100
Jackson, MS 39202

Paul M. Baisier, Esquire
SEYFARTH SHAW
1545 Peachtree Street
Suite 700
Atlanta, GA 30309

Christopher L. Beard, Esquire
The Beard Group
502 W. Patrick Street
Frederick, MD 21701-4002

Bernice Conn, Esquire
Robins, Kaplan, Miller & Ciresi LLP
2049 Century Park East, Suite 3700
Los Angeles, CA 90067

Steven R. Schlesinger, Esquire
Jaspan Schlesinger Hoffman LLP
300 Garden City Plaza
Garden City, NY 11530

Steven J. Kherkher, Esquire
Laurence G. Tien, Esquire
Williams Bailey Law Firm, L.L.P.
8441 Gulf Freeway, Suite #600
Houston, TX 77017

Kimberly W. Osenbaugh
Preston Gates & Ellis LLP
701-5th Avenue
Suite 5000
Seattle, WA  98104-7078

Delta Chemical Corporation
2601 Cannery Avenue
Baltimore, MD  21226-1595

Steven T. Hoort, Esquire
Ropes & Gray
One International Place
Boston, MA  02110-2624

Peter Van N. Lockwood, Esquire
Julie W. Davis, Esquire
Trevor W. Swett, III, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC  20005

Peter A. Chapman
572 Fernwood Lane
Fairless Hills, PA  19030

Paul M. Matheny
The Law Offices of Peter G. Angelos, P.C.
5905 Harford Rd.
Baltimore, MD  21214

Michael J. Urbis
Jordan, Hyden, Womble & Culbreth, P.C.
2390 Central Blvd, Suite G
Brownsville, TX  78520

Mary A. Coventry
Sealed Air Corporation
Park 80 East
Saddle Brook, NJ  07663

Attn: Meridee Moore and Kirsten Lynch
Farallon Capital Management, L.L.C.
One Maritime Plaza
Suite 1325
San Francisco, CA  94111

John M. Klamann
Klamann & Hubbard
7101 College Blvd., Suite 120
Overland Park, KS  66210

Joseph T. Kremer, Esquire
Lipsiptz, Green, Fahringer, Roll, Salisbury
& Cambria, LLP
42 Delaware Avenue, Suite 300
Buffalo, NY  14202

Paul D. Henderson, Esquire
Dies, Dies & Henderson
1009 W. Green Avenue
Orange, TX  77630

Robert Jacobs, Esquire
Maria Rosoff Eskin
Jacobs & Crumplar, P.A.
2 East 7th Street
P.O. Box 1271
Wilmington, DE  19899

Elizabeth S. Kardos, Esquire
Gibbons, Del Deo, Dolan Griffinger &
Vecchione, PC
One Riverfront Plaza
Newark, NJ  07102-5497

Thomas J. Noonan, Jr.
c/o R& S Liquidation Company
5 Lyons Mall PMB #530
Basking Ridge, NJ  07920-1928

Harry Lee, Esquire
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, DC  20036

(Counsel to Public Service Electric and Gas
Company)
William E. Frese, Esquire
Attn: Sheree L. Kelly, Esquire
80 Park Plaza, T5D
P.O. Box 570
Newark, NJ 07101

(Counsel to Official Committee of
Unsecured Creditors)
William S. Katchen, Esquire
Duane, Morris & Heckscher LLP
1 Riverfront Plaza, 2nd Floor
Newark, NJ 07102

(Tennessee Department of Environment and
Conservation – Superfund)
Paul G. Sumers, Esquire
TN Attorney General's Office, Bankr. Unit
P.O. Box 20207
Nashville, TN 37202-0207

(Counsel to numerous asbestos claimants)
Damon J. Chargois, Esquire
Foster & Sear, L.L.P.
360 Place Office Park
1201 N. Watson Road, Suite 145
Arlington, TX 76006

(Counsel to Berry & Berry)
C. Randall Bupp, Esquire
Plastiras & Terrizzi
24 Professional Center Parkway
Suite 150
San Rafael, CA 94903

Anton Volovsek
Rt2 – Box 200 #42
Kamiah, ID 83536-9229

(Counsel to Weatherford U.S. Inc., and
Weatherford International Inc.)
Peter S. Goodman, Esquire
Andrews & Kurth LLP
450 Lexington Avenue, 15th Floor
New York, NY 10017

Jonathan H. Alden, Esquire
Assistant General Counsel
3900 Commonwealth Boulevard, MS 35
Tallahassee, FL 32399-3000

State Library of Ohio
c/o Michelle T. Sutter
Revenue Recovery
101 E. Town Street, Second Floor
Columbus, OH 43215

Rosa Dominy
Bankruptcy Administration
IOS Capital, Inc.
1738 Bass Road
P.O. Box 13708
Macon, GA 31208-3708

Greif, Inc.
Attn: Credit Department
366 Greif Parkway
Delaware, OH 43015

(Counsel to SAP America, Inc.)
Stephanie Nolan Deviney
Brown & Connery, LLP
360 Haddon Avenue
P.O. Box 539
Westmont, NJ 08108

Barbara M. Cook, County Solicitor
Katherine L. Taylor, Senior Assistant
County Solicitor
Howard County Office of Law
George Howard Building
3430 Courthouse Drive
Ellicott City, MD 21043

Danice Sims
P.O. Box 66658
Baton Rouge, LA 70896

M. Diane Jasinski, Esquire
Michael D. Hess
Corporation Counsel of the City of New York
100 Church Street, Room 6-127
New York, NY 10007

Janet Napolitano
Robert R. Hall
Russell W. Savory
1275 West Washington Street
Phoenix, AZ 85007-1278

Russell W. Savory
Gotten, Wilson & Savory, PLLC
200 Jefferson Avenue, Suite 900
Memphis, TN 38103

Credit Manager
Belz Enterprises
100 Peabody Place, Suite 1400
Memphis, TN 38103

James P. Ruggeri
Scott A. Shail
Hogan & Harton L.L.P.
555 Thirteenth Street, N.W.
Washington, D.C. 20004-1109

Steven R. Bourne, Esquire
Nutter, McClennen & Fish, LLP
155 Seaport Blvd
Boston, MA 02210-2604

Judy D. Thompson, Esquire
S. Andrew Jurs, Esquire
Poyner & Spruill, L.L.P.
One Wachovia Center
301 S. College Street
Suite 2300
Charlotte, NC 28202

Daniel H. Slate, Esquire
Hughes Hubbard & Reed LLP
350 South Grand Avenue
Los Angeles, CA 90071-3442

Andrea L. Hazzard, Esquire
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004-1482

Authur Stein, Esquire
1041 W. Lacey Road
P.O. Box 1070
Forked River, NJ 08731-6070

Robert H. Rosenbaum, Esquire
M. Evan Meyers, Esquire
Meyers, Rodbell & Rosenbaum, P.A.
Berkshire Building
6801 Kenilworth Avenue, Suite 400
Riverdale, MD 20737-1385

Maggie De La Rosa
Provost & Umphrey
Law Firm, L.L.P.
490 Park Street
Beaumont, TX 77701

Anne Marie P. Kelley, Esquire
Dilworth Paxson, LLP
LibertyView – Suite 700
457 Haddonfield Road
P.O. Box 2570
Cherry Hill, NJ 08034

Kevin James
Deputy Attorney General
1515 Clay Street, 20th Floor
Oakland, CA 94612-1413

Dorine Vork, Esquire
Stibbe, P.C.
350 Park Avenue
New York, NY 10022

Suexirda Prayaga
7365 MacLeod Lane
Ofallon, MO 63366

Bart Hartman
Treasurer – Tax Collector
Attn: Elizabeth Molina
1600 Pacific Highway, Room 162
San Diego, CA  92101

David Aelvoet, Esquire
Linebarger Goggan Blair Graham Pena &
Sampson, LLP
Travis Park Plaza Building
711 Navarro, Suite 300
San Antonio, TX  78205

Robert Cimino, Esquire
Suffolk County Attorney
Attn: Diane Leonardo Beckmann, Asst.
County
H. Lee Dennison Building
100 Veterans Memorial Highway
P.O. Box 6100
Hauppauge, NY  11788-0099

(Counsel to  Toyota Motor Credit)
Robert T. Aulgur, Jr., Esquire
P.O. Box 617
Odessa, DE  19730

(Counsel to Dow Chemical Company,
Hampshire Chemical Corporation and Union
Carbide Corporation)
Michael T. Kay, Esquire
Nancy Draves, Esquire
The Dow Chemical Company
2030 Dow Center
Midland, MI  48674

Anne Marie P. Kelley, Esquire
Dilworth Paxson, LLP
Liberty View – Suite 700
457 Haddonfield Road
Cherry Hill, NJ  08002

(Counsel to General Electric Capital
Corporation)
Ronald S. Beacher, Esquire
Pitney, Hardin, Kipp & Szuch LLP
685 3rd Avenue
New York, NY  10017-4024

Attn: Diane Stewart
Peoples First Community Bank
P.O. Box 59950
Panama City, FL  32412-0950

(Counsel to Commissioner of Revenue)
Michael B. Willey, Esquire
Legal Services, 27th Floor
312 8th Avenue North
Nashville, TN  37243

Jeffrey L. Glatzer, Esquire
Anderson, Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY  10020-1182

Thomas V. Askounis, Esquire
Askounis & Borst, P.C.
303 East Wacker Drive
Suite 1000
Chicago, IL  60601

Attn: Ted Weschler
Peninsula Capital Advisors, L.L.C.
404 East Main Street
Second Floor
Charlottesville, VA  22902

E. Katherine Wells, Esquire
South Carolina Department of Health and
Environmental Control
2600 Bull Street
Columbia, SC  29201-1708

Melanie S. Kaufman
938A Stanyan Street
San Francisco, CA  94117-3807

Michael H. Pinkerson, Esquire
James M. Garner, Esquire
Sher Garner Cahill Richter Klein McAlister
& Hilbert, L.L.C.
909 Poydras Street, Suite 2800
New Orleans, LA 70112

William H. Johnson, Esquire
Norfolk Southern Corporation
Law Department
Three Commercial Place
Norfolk, VA 23510-9242

(Counsel to Wells Fargo Bank Minnesota,
National Association)
Pillsbury Winthrop LLP
One Battery Park Plaza
New York, NY 10004-1490

(Counsel to Wells Fargo Bank Minnesota,
National Association)
Craig Barbarosh, Esquire
Pillsbury Winthrop LLP
650 Town Center Drive, 7th Floor
Costa Mesa, CA 92626-7122

(Counsel to Aldine Independent School
District)
Aldine Independent School District
Jonathan C. Hantke, Esquire
Pamela H. Walters, Esquire
14910 Aldine-Westfield Road
Houston, TX 77032

DAP Products, Inc.
c/o Julien A. Hecht, Esquire
2400 Boston Street, Suite 200
Baltimore, MD 21224

Steven B. Flancher, Esquire
Assistant Attorney General
Department of Attorney General
Revenue Division
First Floor Treasury Building
Lansing, MI 48992

(Counsel to Asbestos Claimants)
Deirdre Woulfe Pacheco, Esquire
Wilentz, Goldman & Spitzer
90 Woodbridge Center Drive
P.O. Box 10
Woodbridge, NJ 07095

(Counsel to LaVantage Solutions)
Matthew A. Porter, Esquire
Bernard J. Bonn III, Esquire
Dechert Price & Rhoads
Ten Post Office Square South
Boston, MA 02109

(Counsel to Occidental Permian, Ltd.)
John W. Havins, Esquire
Burt Barr Havins & O'Dea, L.L.P.
1001 McKinney, Suite 500
Houston, TX 77002

(Counsel to The Texas Comptroller of
Public Accounts)
Mark Browning, Esquire
Assistant Attorney General
c/o Sherri K. Simpson, Legal Assistant
Office of the Attorney General
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX 78711-2548

(Counsel to Century Indemnity Company)
Leonard P. Goldberger, Esquire
White & Williams LLP
1800 One Liberty Place
Philadelphia, PA 19103-7395

(Comptroller of Public Accounts of the State
of Texas)
Kay D. Brock, Esquire
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX 78711-2548

Cynthia C. Hemme, Esquire
Senior Counsel
Nortel Networks, Inc.
4010 E. Chapel Hill-Nelson Hwy.
Research Triangle Park, NC  27709

(Counsel to Anderson Memorial Hospital)
Daniel A. Speights, Esquire
Speights & Runyan
200 Jackson Avenue, East
P.O. Box 685
Hampton, SC  29924

(Counsel to WESCO Distribution, Inc.)
Julie Quagliano
Quagliano & Seeger
3243 P Street, NW
Washington, DC  20007

General Motors Acceptance Corporation
P.O. Box 5055
Troy, MI  48007-5055

(Counsel to Amalgamated Industries and
Service Workers Benefit Fund)
Judith Greenspan, Esquire
Associate Counsel
The Amalgamated Industries and Service
Workers Benefit Fund
730 Broadway
Tenth Floor
New York, NY  10003-9511

Donna J. Petrone, Esquire
ExxonMobil Chemical Company
Law Department – Bankruptcy
13501 Katy Freeway, Room W1-562
Houston, TX  77079-1398

(Counsel to Potash Corp.)
David W. Wirt, Esquire
Winston & Strawn
35 West Wacker Drive
Chicago, IL  60601

Alan H. Katz, Esquire
Entergy Services, Inc.
693 Loyola Avenue, Suite 2600
New Orleans, LA  70113

Sander L. Esserman
Stutzman Bromberg, Esserman & Plifka
A Professional Corporation
2323 Bryan Street
Dallas, TX  75201-2689

(Counsel to Huntsman Corporation)
Randall A. Rios
Floyd, Isgur, Rios & Wahrlich, P.C.
700 Louisiana, Suite 4600
Houston, TX  77002

(Zonolite Attic Litigation Plaintiffs)
Elizabeth J. Cabraser, Esquire
Lieff, Cabraser, Heimann & Bernstein, LLP
Embacadero Center West, 30th Floor
275 Battery Street
San Francisco, CA  94111

(Zonolite Attic Litigation Plaintiffs)
Thomas M. Sobol, Esquire
Hagens Berman LLP
225 Franklin Street, 26th Floor
Boston, MA  02110

(Zonolite Attic Litigation Plaintiffs)
Robert M. Fishman, Esquire
Shaw Gussis Domanskis Fishman & Glantz
1144 West Fulton Street, Suite 200
Chicago, IL  60607

Scott Barker
Credit Manager
Phelps Dodge Corp.
(Formerly Climax Molybdenum Marketing
Corporation)
One North Central Avenue
Phoenix, AZ  85004

Coudert Brothers
Attn: Joseph D. Farrell, Esquire and
Edward H. Tillinghast, III, Esquire
1114 Avenue of the Americas
New York, NY 10036

Margery N. Reed, Esquire
Duane, Morris & Heckscher LLP
4200 One Liberty Place
Philadelphia, PA 19103-7396

(Counsel to Marco Barbanti)
Darrell W. Scott
Lukins & Annis, P.S.
1600 Washington Trust Financial Center
717 West Sprague Avenue
Spokane, WA 99201-0466

(Missouri Department of Revenue)
Missouri Department of Revenue
Bankruptcy Unit
Gary L. Barnhart
PO Box 475
Jefferson City, MO 65105-0475

(Peters, Smith & Company)
Mr. Charles C. Trascher III, Esquire
Snellings, Breard, Sartor, Inabnett &
Trascher, LLP
PO Box 2055
Monroe, LA 71207

(The Baupost Group LLC)
Gary M. Becker, Esquire
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY 10022

(Attorney General of PA(Commonwealth of
PA, Dept. of Revenue)
Christopher R. Momjian
Senior Deputy Attorney General
I.D. No. 057482
Office of Attorney General
21 S. 12th Street, 3rd. Floor
Philadelphia, PA 19107-3603

Denise A.Kuhn
Office of Attorney General
21 S. 12th Street, 3rd Floor
Philadelphia, PA 19107-3603

(Snack, Inc.)
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166

(Snack, Inc.)
Vahe Melkonian
Newco Management Company, LLC
6320 Canoga Avenue, Suite 1430
Woodland Hills, CA 91367

(W.C. Baker, E.E. Jaques, B.H. Miller, M.R.
Fisher, S.R. Ormsbee, M. Rea and the Fisher
Trust)
Richard B. Spector, Esquire
Mark M. Monachino, Esquire
Corbett & Steelman
18200 Von Karman Avenue, Suite 200
Irvine, CA 92612-1086

(Counsel to AON Consulting, Inc.)
Barry D. Kleban, Esquire
Adelman Lavine Gold and Levin
Suite 900
Four Penn Center
Philadelphia, PA 19103

Michael Selig
Westover Investments, L.L.C.
555 Old Garth Road
Charlottesville, VA 22901

(Hearthside Residential Corp.)
Allan H. Ickowitz, Esq.
Nossaman, Guthner, Knox & Elliott, LLP
445 South Figueroa Street, 31st Floor
Los Angeles,CA 90071

(Georgia Department of Revenue)
Oscar B. Fears, III
Assistant Attorney General
40 Capitol Square, S.W.
Atlanta, GA 30334

Philip J. Ward
Victoria Radd Rollins
Williams & Connolly LLP
725 Twelfth Street NW
Washington, DC 20005

Ralph R. Mabey
Penrod W. Keith
LeBoeuf, Lamb, Greene & MacRae, LLP
1000 Kearns Building
Salt Lake City, UT 84101

Kelley B. Gelb
700 Southeast Third Avenue
Suite 100
Fort Lauderdale, FL 33316-1186

Margaret A. Holland
Deputy Attorney General
New Jersey Attorney General's Office
Division of Law
R.J. Hughes Justice Complex
P.O. Box 106
Trenton, NJ 08625

Craig A. Slater, Esquire
Harter, Secrest & Emery LLP
Twelve Fountain Plaza
Suite 400
Buffalo, NY 14202

Rachel Jeanne Lehr
Deputy Attorney General
Office of the Attorney General
R.J. Hughes Justice Complex
P.O. Box 093
Trenton, NJ 08625

Larry A. Feind
133 Peachtree Street, N.E.
7th Floor
Atlanta ,GA 30303

Bryan Shapiro
Bear, Stearns & Co. Inc.
245 Park Avenue
New York, NY 10167

(Counsel to County Of Dallas)
Elizabeth Weller
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan Street, Suite 1720
Dallas, TX 75201-2691

Marsha A. Penn
P.O. Box 3725
Houston, TX 77253-3725

Mr. Mark Hankin
HanMar Associates, M.L.P.
P.O. Box 26767
Elkins Park, PA 19027

(Counsel to Travelers Casualty and Surety
Company)
Lynn K. Neuner, Esquire
Simpson, Thacher, & Bartlett
425 Lexington Avenue
New York, NY 10017-3954

(Counsel to Kaneb Pipe Line Operating
Partnership LP and Support Terminal
Services, Inc.)
Gerald G. Pecht, Esquire
Fulbright & Jaworski, LLP
1301 McKinney, Suite 5100
Houston, TX 77010-3095

Jonathan D. Berger, Esquire
Russell Henkin, Esquire
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103-6365

(Counsel to CMGI)
Paul P. Daley, Esquire
George W. Shuster, Jr., Esquire
Hale and Dorr LLP
60 State Street
Boston, MA  02109

(Counsel to Louis S. Robles, Esquire and
Robles Law Center, P.A.)
Nicholas J. LePore, III
Schnader Harrison Segal & Lewis LLP
Suite 3600, 1600 Market Street
Philadelphia, PA  19103

(Counsel to Novak Landfill RD/RA Group)
Noel C. Burnham, Esquire
Richard G. Placey, Esquire
Montgomery, McCracken, Walker &
Rhoads LLP
123 South Broad Street
Avenue of the Arts
Philadelphia, PA  19109

(Counsel to the Unofficial Committee of
Select Asbestos Claimants)
Steven T. Davis, Esquire
Edmond M. George, Esquire
Obermayer, Rebmann Maxwell & Hippel,
LLP
One Penn Center, Suite 1900
1617 John F. Kennedy Boulevard
Philadelphia, PA  19103

DACA V, LLC
Attn: Julie Bubnack
2120 W. Washington Street
San Diego, CA  92110

(Counsel to Lawson Electric Co.)
Ronald D. Gorsline
Chambliss, Bahner, & Stophel, P.C.
1000 Tallan Building, Ste. 1000
Two Union Square
Chattanooga, TN  37402-2552

Jon Bauer
Contrarian Capital Management, LLC
411 West Putnam Avenue, Suite 225
Greenwich, CT  06830

(Counsel to County of San Diego)
Martha E. Romero
Law Offices of Martha E. Romero and
Associates
7743 South Painter Avenue, Suite E
Whittier, CA  90602

(Counsel to National Union Fire Insurance
Co. of Pittsburgh, PA)
Michael S. Davis, Esquire
Zeichner Ellman & Krause
575 Lexington Avenue
New York, NY  10022

(Counsel to The Burlington Northern and
Santa Fe Railway Company)
Theresa L. Wasser, Esquire
Burns, White & Hickton, LLC
120 Fifth Avenue, Suite 2400
Pittsburgh, PA  15222

(Counsel to Crossroads Industrial Park, Inc.
and Weedsport Associates, LLC)
Scott Estelle, President
Crossroads Industrial Park, Inc.
P.O. Box 220
Weedsport, NY  13166

(Counsel to the City of Knoxville)
Hillary Browning-Jones
Assistant City Attorney
P.O. Box 1631
Knoxville, TN  37901

(Counsel to Westcor)
Don C. Fletcher, Esquire
The Cavanagh Firm, P.A.
1850 North Central Avenue
Suite 2400
Phoenix, AZ 85004

(Carteret Venture)
Mr. Harvey Schultz
The Schultz Organization
4 Woods End
Ocean, NJ  07712-4181

(Counsel to State of New York, Dept. of
Taxation and Finance)
Barbara G. Billet, Esquire
Elaine Z. Cole, Esquire
New York State Department of Taxation and
Finance
340 E. Main Street
Rochester, NY  14604

James J. Restivo, Esquire
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA  15219

(Counsel to William B. Dunbar)
Ted N. Pettit, Esquire
Case Bigelow & Lombardi
Grosvenor Center, Mauka Tower
737 Bishop Street, Suite 2600
Honolulu, HI  96813

(Counsel to West Group)
Michael S. Sandberg, Esquire
Hellmuth & Johnson, PLLC
10400 Viking Drive, Suite 560
Eden Prairie, MN  55344

(Counsel to Certain Underwriters at Lloyd's
London)
Thomas J. Quinn, Esquire
Mendes & Mount, LLP
750 Seventh Avenue
New York, NY  10019-6829

(Counsel to the U.S. Environmental
Protection Agency)
Jerel L. Ellington, Esquire
U.S. Department of Justice
Environmental Enforcement Section
999 18th Street; Suite 945-North Tower
Denver, CO  80202

(Counsel to the State of Minnesota)
Ann Beimdiek Kinsella
Assistant Attorney General
445 Minnesota Street, Suite 1200
St. Paul, MN  55101-2127

(Counsel to Union Tank Car Company)
Deborah L. Thorne, Esquire
FabelHaber LLC
55 East Monroe Street, 40th Floor
Chicago, IL  60603

Jenny J. Hyun, Esquire
Weingarten Realty Investors
2600 Citadel Plaza Drive
Houston, TX  77008

Brad N. Friedman
Rachel Fleishman
Milberg Weiss Bershad Hynes & Lerach
LLP
One Pennsylvania Plaza
New York, NY  10119-0165

Xerox Capital Services, LLC
Attention:  Cathy Flowers
800 Carillon Parkway
St. Petersburg, FL  33716-9876

(Counsel to Royal Insurance)
Carl Pericone, Esquire
Wilson, Elser, Moskowitz, Edelman, Dicker
LLP
150 East 42nd Street
New York, NY  10019-5639

(Counsel to James Grau, Anna Grau and
Harry Grau & Sons, Inc.)
Edward L. Jacobs, Esquire
Bankemper & Jacobs
The Shaw House
26 Audubon Place
P.O. Box 70
Fort Thomas, KY 41075-0070

(Counsel to Ben Bolt-Palito-Blanco ISD,
Brownsville ISD, Cameron County,
Hildalgo County, Orange Grove, Orange
Grove ISD, Premont ISD)
Lori Gruver Robertson, Esquire
Linebarger Goggan Blair Pena & Sampson,
LLP
1949 South I.H. 35 (78741)
P.O. Box 17428
Austin, TX 78760

(Counsel to Carrollton-Farmers Branch
Independent School District)
Andrea Sheehan, Esquire
Law Offices Of Robert E. Luna, P.C.
4411 North Central Expressway
Dallas, TX 75205

(Counsel to Cornell University)
Anthony F. Parise
Cornell University
Office of University Counsel
300 CCC Building, Garden Avenue
Ithaca, NY 14853-2601

(Counsel to Citadel Investment Group, LLC)
Citadel Investment Group, L.L.C.
Attn: S. Jay Novatney
131 South Dearborn Street, 36th Floor
Chicago, IL 60603

(Counsel to the Libby Mine Claimants)
David B. Madoff, Esquire
Daniel C. Cohn, Esquire
Cohn Khoury Madoff & Whitesell LLP
101 Arch Street
Boston, MA 02110

(Counsel to Enron Corp., et al.)
General Counsel
Enron Energy Services
1400 Smith Street
EB 0889
Houston, TX 77002

(Inventory Attorneys on behalf of all clients
of the Robles law firm)
Thomas Tew, Esquire
Jeffrey Tew, Esquire
Tew Cardenas Rebak Kellogg Lehman
DeMaria Tague Raymong & Levin, LLP
201 South Biscayne Boulevard, Suite 2600
Miami, FL 33131

(Counsel to Town of Acton, MA)
Thomas O. Bean
Nutter, McClennen & Fish, LLP
World Trade Center West
155 Seaport Blvd.
Boston, MA 02210

(Federal Insurance Company)
Jacob C. Cohn, Esquire
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103

Contrarian Capital Trade Claims LP
Attn: Alisa Minsch
411 W. Putnam Ave. S-225
Greenwich, CT 06830-6263

Debt Acquisition Co of America V LLC
2120 W. Washington Street
San Diego, CA 92110-2052

Longacre Master Fund Ltd.
Attn: Maurie Shalome
810 7th Avenue, 22nd Fl.
New York, NY 10019-5818

Sierra Asset Management LLC
2699 White Rd., Ste. 225
Irvine, CA  92614-6264

Trade-Debt.Net
P.O. Box 1487
West Babylon, NY  11704-0487

**Owens Corning 2002 Service List**
*Local Via Hand Delivery, Non-local Via First Class Mail*

Norman L. Pernick, Esquire
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899

Mark S. Chehi, Esquire
Skadden Arps Slate Meagher
  & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899

William H. Sudell, Jr., Esquire
Eric D. Schwartz, Esquire
Morris, Nichols, Arsht and Tunnell
1201 North Market Street
P. O. Box 1347
Wilmington, DE 19899-1347

Marla Eskin, Esquire
Mark Hurford, Esquire
Campbell & Levine, LLC
800 King Street, Suite 300
Wilmington, DE 19801

James L. Patton, Jr., Esquire
Edwin J. Harron, Esquire
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

Francis A. Monaco, Jr., Esquire
Monzack and Monaco, PA
400 Commerce Center, 1201 Orange Street
P.O. Box 2031
Wilmington, DE 19899

Frank Perch, Esquire
Office of the U.S. Trustee
Federal Building, Lockbox 35
844 King Street, Suite 2313
Wilmington, DE 19801

Jeffrey M. Schlerf, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899-5130

Neal J. Levitsky, Esquire
L. Jason Cornell, Esquire
Fox Rothschild LLP
919 N. Market Street, Suite 1300
P.O. Box 2323
Wilmington, DE 19899-2323

Linda Carmichael, Esquire
White and Williams LLP
824 N. Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19899-0709

Carl N. Kunz, III, Esquire
Morris James Hitchens & Williams
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899

Adam Singer, Esquire
Cooch and Taylor
824 Market Mall, 10th Floor
P.O. Box 1680
Wilmington, DE 19899-1680

Mary M. Maloney Huss, Esquire
Wolf Block Schorr & Solis-Cohen LLP
1100 N. Market Street, Suite 1001
Wilmington, DE 19801

Karen C. Bifferato, Esquire
Connolly Bove Lodge & Hutz LLP
1007 Orange Street. 8th Floor
P.O. Box 2207
Wilmington, DE 19899

Jeffrey C. Wisler, Esquire
Connolly Bove, Lodge & Hutz LLP
1007 Orange Street. 8th Floor
PO Box 2207
Wilmington, DE 19899

Michael R. Lastowski, Esquire
Duane, Morris & Heckscher
1201 Market Street, Suite 1001
Wilmington, DE 19899

Theodore J. Tacconelli, Esquire
Ferry & Joseph, P.A.
824 Market St., Suite 904
PO Box 1351
Wilmington, DE 19899

Ellen W. Slights, Esquire
Assist. United States Attorney
Chase Manhattan Centre
1201 Market Street, Suite 1100
P. O. Box 2046
Wilmington, DE 19899-2046

Joanne Wills, Esquire
Steven K. Kortanek, Esquire
Klehr, Harrison, Harvey, Branzburg
 & Ellers LLP
919 Market Street, Suite 1000
Wilmington, DE 19801

Richard M. Beck, Esquire
Klehr, Harrison, Harvey, Branzburg
 & Ellers LLP
919 Market Street, Suite 1000
Wilmington, DE 19801

Neil B. Glassman, Esquire
Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

William F. Taylor, Jr., Esquire
McCarter & English LLP
919 Market St., Suite 1800
PO Box 111
Wilmington, DE 19899

Teresa K. D. Currier, Esquire
Richard S. Cobb, Esquire
Eric Lopez Schnabel, Esquire
Klett, Rooney, Lieber & Schorling, P. C.
1000 West Street, Suite 1410
Wilmington, DE 19801

Bonnie Glantz Fatell, Esquire
Blank, Rome, Comisky & McCauley,
L.L.P.
Chase Manhattan Bldg., Suite 800
1201 Market Street
Wilmington, DE 19801-4226

Kevin Gross, Esquire
Rosenthal, Monhait, Gross & Goddess,
P.A.
Suite 1401, PO Box 1070
Mellon Bank Center
Wilmington, DE 19899-1070

Brett D. Fallon, Esquire
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue
PO Box 2306
Wilmington, DE  19899

Robert Jacobs, Esquire
Jacobs & Crumplar, P.A.
2 East 7th Street
PO Box 1271
Wilmington, DE  19899

Thomas D. Walsh, Esquire
McCarter & English, LLP
919 North Market Street, Suite 700
P.O. Box 111
Wilmington, DE  19899-1550

Paul J. Dougherty, Esquire
McCarter & English LLP
919 Market St., Suite 1800
PO Box 111
Wilmington, DE  19899

Selinda A. Melnik, Esquire
Buchanan Ingersoll
Professional Corporation
1201 N. Market St., Suite 1501
Wilmington, DE 19801

Jeffrey D. Kurtzman, Esquire
Klehr, Harrison, Harvey, Branzburg
 & Ellers LLP
919 Market Street, Suite 1000
Wilmington, DE  19801

James E. Huggett, Esquire
Klehr, Harrison, Harvey, Branzburg
 & Ellers LLP
919 Market Street, Suite 1000
Wilmington, DE  19801

Paul A. Bradley, Esquire
McCarter & English, LLP
919 N. Market St., Suite 1800
PO Box 111
Wilmington, DE  19899

David B. Stratton, Esquire
Pepper Hamilton LLP
1201 Market Street, Suite 1600
PO Box 1709
Wilmington, DE  19899-1709

Richard W. Riley, Esquire
Duane Morris LLP
1100 N. Market Street, Suite 1200
Wilmington, DE  19801

Kurt F. Gwynne, Esquire
Reed Smith LLP
1201 N. Market Street, Suite 1500
Wilmington, DE  19801

Sean Bellew, Esquire
Cozen O'Conor
1201 North Market Street, Suite 1400
Chase Manhattan Centre
Wilmington, DE  19801

John S. Spadaro, Esquire
Murphy Spadaro & Landon
824 Market St., Suite 700
Wilmington, DE  19801

Laurie Selber Silverstein, Esquire
David J. Baldwin, Esquire
Potter Anderson & Corroon
Hercules Plaza
1313 N. Market Street, 6th Floor
P.O. Box 951
Wilmington, DE  19899

Christopher D. Loizides, Esquire
Christopher D. Loizides, P.C.
1200 Pennsylvania Ave., Suite 202-A
Wilmington DE  19806

Bruce Leonard, Esquire
Cassels Brock
40 Kings Street West, Suite 2200
Toronto, Canada M5H 3C2

Bruce L. Bisson, Vice President
Wilmington Trust Company
Rodney Square North
1100 North Market
Wilmington, DE 19899

Stephen W. Spence, Esquire
Phillips, Goldman, & Spence, P. A.
1200 North Broom Street
Wilmington, DE 19806

John Christy, Esquire
Owens Corning
One Owens Corning Parkway
Toledo, OH 43659

D. J. Baker, Esquire
Skadden, Arps, Slate Meagher & Flom
LLP
Four Times Square
New York, NY  10036-6522

Ralph Arditi, Esquire
Skadden, Arps, Slate Meagher & Flom
LLP
Four Times Square
New York, NY  10036-6522

David S. Heller, Esquire
Josef S. Athanas, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

Stephen H. Case, Esquire
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 27th Floor
New York, NY 10022-4614

J. Andrew Rahl, Jr., Esquire
Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY  10020

James J. McMonagle, Esquire
24 Walnut Street
Chagrin Falls, OH  44022

Michael J. Crames, Esq.
Andrew A. Kress, Esq.
Edmund M. Emrich, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022-3598

Kenneth H. Eckstein, Esquire
Gary M. Becker, Esquire
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY  10022

Benjamin Feder, Esquire
Shearman & Sterling
599 Lexington Avenue
New York, NY  10022-6030

L. Gordon Harriss, Esquire
Nancy Lazar, Esquire
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

Peter Van N. Lockwood, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N. W.
Washington, DC 20005-5802

Kevin P. Collins, Esquire
David E. Burns, Esquire
Houlihan Lokey Howard & Zukin Capital
685 Third Avenue, 15th Floor
New York, NY 10017

James Gadsden, Esquire
Carter, Ledyard & Milburn
2 Wall Street
New York, NY 10005-2072

Irene Siegel, Vice President
The Bank of New York
101 Barclay Street, 21 W. Fl.
New York, NY 10286

Jolene M. Wise, Esquire
Securities and Exchange Commission
175 West Jackson Blvd., #900
Chicago, IL 60604

Mark J. Shapiro, Esquire
Shearman & Sterling
599 Lexington Avenue
New York, NY 10022-6030

George Wade, Esquire
Shearman & Sterling
599 Lexington Avenue
New York, NY 10022-6030

Eric D. Statman, Esquire
Gary S. Lee, Esquire
Lovells
900 Third Avenue, 16th Floor
New York, NY 10022

Janell S. Ostroski, Esquire
Schoenbeck & Schoenbeck, P.A.
1211 Milltown Road, Suite A
Wilmington, DE 19808

Attn: Rosemary L. Phillips, Esquire
Pension Benefit Guaranty Corporation
Office of the General Counsel, Suite 340
1200 K Street, N. W.
Washington, DC 20005-4026

Joseph H. Baldiga, Esquire
Paul W. Carey, Esquire
Mirick, O'Connell, DeMallie & Lougee,
LLP
100 Front Street
Worcester, MA 01608-1477

Christopher Beard, Esquire
Beard & Beard
502 W. Patrick Street
Frederick, MD 21701

Mary Ann Kilgore, General Attorney
Union Pacific Railroad Company
1416 Doge Street, Room 830
Omaha, NE 68179

Donald M. Wright
Stephen B. Porterfield
The Crescent –231 1 Highland Avenue
South
P. O. Box 55727
Birmingham, AL 35255-5727

Mr. Barry Ridings
Lazard Freres & Co., LLC
30 Rockefeller Plaza, 60th Floor
New York, NY 10020

Peter A. Chapman
572 Fernwood Lane
Fairless Hills, PA 19030

Joseph F. Rice, Esquire
Ness, Motley, Loadholt
Richardson & Poole
28 Bridgeside Boulevard
P. O. Box 1792
Mt. Pleasant, SC 29465

Nancy Worth Davis, Esquire
Ness, Motley, Loadholt
Richardson & Poole
28 Bridgeside Blvd.
P. O. Box 1792
Mt. Pleasant, SC 29465

Susan V. Kelley, Esquire
Michael Best & Friedrich LLP
One South Pinckney Street, Suite 700
Post Office Box 1806
Madison, WI 53701-1806

Attn: Madlyn Gleich Primoff, Esquire
Paul, Hastings, Janofsky & Walker LLP
75 East 55th Street
New York, NY 10022

Herbert C. Broadfoot, II, Esquire
Ragsdale, Beals, Hooper & Seigler, LLP
2400 International Tower
229 Peachtree Street, NE
Atlanta, GA 30303-1629

Margaret A. Holland
Deputy Attorney General
New Jersey Attorney General's Office
Division of Law, R. J. Hughes Justice
Complex, P. O. Box 106
Trenton, NJ 08625

Holmes P. Harden, Esquire
Maupin, Taylor & Ellis, P.A.
P. O. Drawer 19764
Raleigh, NC 27619-1064

Michael V. Kelley, Esquire
Thomas M. Wilson, Esquire
Kelley & Ferraro, L.L.P.
1901 Bond Court Building
1300 East Ninth Street
Cleveland, OH 44114

Michael S. Davis, Esquire
Zeichner Ellman & Krause LLP
575 Lexington Avenue
New York, NY 10022

Jeff St. Onge, Esquire
Federal Filings Inc.
1250 H Street N. W.
Washington, DC 20005

Attn: Andrew Levine
Amroc Investments, LLC
535 Madison Avenue, 15th Floor
New York, NY 10022

Attn: David S. Leinwand
Amroc Investments, LLC
535 Madison Avenue, 15th Floor
New York, NY 10022

Marc B. Merklin, Esquire
Brouse McDowell
500 First National Tower
Akron, OH 44308-1471

Michael G. Gallerizzo, Esquire
Michael D. Nord, Esquire
Gebhardt & Smith, LLP
401 East Pratt Street
Ninth Floor World Trade Center
Baltimore, MD 21202

Theodore Goldberg, Esquire
Mark C. Meyer, Esquire
Goldberg, Persky, Jennings & White, P.C.
1030 Fifth Avenue
Pittsburgh, PA 15219

Stephen M. Mertz, Esquire
Faegre & Benson LLP
2200 Norwest Center
90 South Seventh Street
Minneapolis, MN 55402-3901

N. Gregoris – APCI Credit A6327
Air Products and Chemicals, Inc.
7201 Hamilton Boulevard
Allentown, PA 18195-1501

E. Katherine Wells, Staff Attorney
South Carolina Department of Health and
Environmental Control
2600 Bull Street
Columbia, SC 29201-1708

Patrick N. Haines, Esquire
Lanier Parker & Sullivan, P.C.
PO Box 691408
Houston, TX 77269-1408

Patrick L. Hughes, Esquire
Haynes and Boone, LLP
1000 Louisiana, Suite 4300
Houston, TX 77002

John R. Knapp, Jr., Esquire
Preston Gates & Ellis LLP
701 Fifth Avenue, Suite 5000
Seattle, WA 98104-7078

Michael D. Hopkins, Esquire
Bracewell & Patterson, L. L. P.
711 Louisiana Street, Suite 2900
Houston, TX 77002-2781

William A. Wood, III, Esquire
Bracewell & Patterson, L. L .P.
711 Louisiana Street, Suite 2900
Houston, TX 77002-2781

Daniel C. Bruton, Esquire
Walter W. Pitt, Jr., Esquire
Bell, Davis & Pitt, P. A.
Century Plaza, Suite 600
100 N. Cherry Street
Winston-Salem, NC 27101

Eve H. Karasik, Esquire
Stutman, Treister & Glatt
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067

Denise S. Mondell
Assistant Attorney General
P. O. Box 120
55 Elm Street, Fifth Floor
Hartford, CT 06141-0120

Bruce J. Borrus, Esquire
Robert N. Amkraut, Esquire
Riddell Williams P. S.
Suite 4500, 1001 Fourth Avenue Plaza
Seattle, WA 98154-1065

John P. Dillman, Esquire
Linbarger Heard Goggan Blair
  Graham Pena & Sampson, LLP
PO Box 3064
Houston, TX 77253-3064

James Berman, Esquire
Zeisler & Zeisler, P.C.
558 Clinton Avenue
PO Box 3186
Bridgeport, CT 06605

Leonard P. Goldberger, Esquire
White and Williams, LLP
1800 One Liberty Place
Philadelphia, PA 19103-7395

Randall L. Hagen, Esquire
Patrick K. Carmeron, Esq.
Ober, Kaler, Grimes & Shriver, PC
120 E. Baltimore Street
Baltimore, MD  21202-1643

Robert Kurtz
LaSalle National Leasing Corporation
One West Pennsylvania Ave., #1000
Towson, MD  21204

Bonnie White
Enron
1400 Smith Street
Houston, TX  77002

Ohio Dept. of Industrial Relations
c/o Michelle T. Sutter
Revenue Recovery
101 E. Town St., 2nd Floor
Columbus, OH  43215

Michael G. Smith, Esquire
Randolph S. Meacham, P.C.
525 South 30th
PO Box 1236
Clinton, OK  73601

Richard S. Reiser, Esquire
General Counsel
Werner Enterprises, Inc.
PO Box 45308
Omaha , NE  68145-0308

Celeste H. Herbert, Esquire
Bernstein, Stair & McAdams, LLP
530 S. Gay Street, Suite 600
Knoxville, TN  37902

Monte S. Travis, Esquire
Travis and Pon
2001 Fillmore Street
San Francisco, CA  94115

Michael F. McGrath, Esquire
Ravich Meyer Kirkman McGrath
  & Nauman, PA
4545 IDS Center, 80 S. 8th St.
Minneapolis, MN  55402

Richard S. Glasser, Esquire
Melvin R. Zimm, Esquire
Glasser and Glasser, P.L.C.
Crown Center, Suite 600
580 E. Main Street
Norfolk, VA  23510

HBK Master Fund LP
Attn:  David Haley
300 Crescent Court, Suite 700
Dallas, TX  75201

Lisa R. McWilliams, Esquire
Rubins, Kase, Rubins, Cambiano & Bryant
9237 ward Parkway, Suite 330
Kansas City, MO  64114

Bruce G. Tucker, Esquire
Legal Management Services, LLC
85 Johnnycake Hill Road
Middletown, RI  02842

Augustine Meaher, III, Esquire
Augustine Meaher, III, P.C.
107 St. Francis St., Suite 2118
Mobile, AL  36602-3321

Robert D. Luss, Esquire
Oxy Vinyls, LP
5005 LBJ Freeway, #500, LB 30
Dallas, TX  75244-6123

Michael Moody, Esquire
O'Rourke McClosky & Moody
161 N. Clark St., #2230
Chicago, IL  60601

Jeffrey W. Warren, Esquire
Bush Ross Gardner Warren & Rudy, P.A.
220 South Franklin Street
Tampa, FL 33602

Larry G. Halperin, Esquire
Richards Spears Kibbe & Orbe
One Chase Manhattan Plaza
New York, NY 10005

Wayne H. Davis, Esquire
Tannenbaum Helpern Syracuse &
Hirschtritt LLP
900 Third Avenue
New York, NY 10022

James L. Ferraro, Esquire
L. H. Steven Savola, Esquire
Ferraro & Associates, P. A.
4000 Ponce de Leon Boulevard, Suite 700
Miami, FL  33146

Attn: Gary L. Barnhart
Missouri Department of Revenue
301 W. High Street, Room 670
P. O. Box 475
Jefferson City, MO 65105-0475

Robert J. Blumling, Esquire
Angela M. Kline, Esquire
Blumling & Gusky, LLP
1200 Koppers Building
Pittsburgh, PA 15219

Keith E. Rounder, Esquire
Bowers Harison, LLP
25 N. W. Riverside Drive
P. O. Box 1287
Evansville, IN 47706-1287

Charles M. Friedman, Esquire
Attorney at Law
239 South 5th St., 17th Floor
Louisville, KY 40202

Douglas J. Lipke, Esquire
Eric S. Prezant, Esquire
Vedder, Price, Kaufman & Kammholz
222 N. Lasalle Street, Suite 2600
Chicago, IL 60601-1003

William H. Short, Jr., Esquire
Sinkler & Boyd, P. A.
Post Office Box 11889
Columbia, SC 29211-1889

Seth Shapiro
U. S. Department of Justice
P. O. Box 875
Ben Franklin Station
Washington, DC 20044

Associate Area Counsel, IRS
600 East Main Street
Main Street Centre, Suite 1601
Richmond, VA  23219

James B. Hosely
Credit Suisse First Boston
AT&T Corporate Center
227 West Monroe Street
Chicago, IL 60606

Christopher J. Kayser, Esquire
U. S. Department of Justice
P. O. Box 227
Ben Franklin Station
Washington, DC 20044

Thomas C. Walsh, Esquire
BTM Capital Corporation
111 Huntington Avenue, Suite 400
Boston, MA  02199

Michael Reed, Esquire
McCreary, Veselka, Bragg & Allen, PC
PO Box 26990
Austin, TX  78755

Cynthia S. Gillard, Esquire
Gary D. Boyn, Esquire
Warrick & Boyn, LLP
121 W. Franklin St., Suite 400
Elkhart, IN 46516

Joseph Faricielli
Bank of Nova Scotia
One Liberty Plaza
New York, NY 10006

Michael N. Obolensky, Esquire
Fortis USA Finance LLC
520 Madison Ave., 3rd Floor
New York, NY 10022

Johanna Minaya
KBC Bank NV
125 West 55th Street
New York, NY 10019

Jennifer Dirkin
Northern Trust Co.
50 S. LaSalle Street
Chicago, IL 60675

William Rockett, Director
Barclays Bank PLC
222 Broadway, 11th Floor
New York, NY 10038

Christine F. Kenmore, Esquire
Wells Fargo Bank, National Assn.
333 S. Grand Avenue, Suite 1040
Los Angeles, CA 90071

John-Charles von Essche
Credit Lyonnais
1301 Avenue of the Americas
New York, NY 10019

Honor S. Heath, Senior Counsel
Fleet Boston Financial Corp.
777 Main Street
Mail Stop: CT EH 40220A
Hartford, CT 06115

Christine Rueff
Bank One, N.A.
611 Woodward Ave., #M11-8067
Detroit, MI 48226

Kevin Kelley
The Chase Manhattan Bank
270 Park Ave., 39th Floor
New York, NY 10286

Samer Tamimi
Arab Bank PLC
520 Madison Avenue
New York, NY 10022

Michelle Orr
Key Bank
127 Public Square
Cleveland, OH 44114

Jan Kofol
Credit Suisse First Boston
11 Madison Avenue
New York, NY 10010

M. Joseph Allman, Esquire
Allman Spry Leggett & Crumpler, PA
380 Knollwood St., Suite 700
PO Drawer 5129
Winston-Salem, NC 27113-5129

Frank Dvorak, Esquire
Thomas J. Lallier, Esquire
Foley & Mansfield, PLLP
1200 Marquette Plaza
250 Marquette Avenue
Minneapolis, MN 55401

Norman S. Rosenbaum, Esquire
Siller Wilk, LLP
675 Third Avenue, 9th Floor
New York, NY  10017

James W. Deatherage, Esquire
Jim Deatherage & Assoc., P.C.
800 West Airport Freeway, #518, LB 6060
Irving, TX  75062

Lisa Freeman, RTA
Tax Assessor – Collector
Irving Independent School District
PO Box 152021
Irving, TX 75015

Lynn J. Bodi, Esquire
Stafford Rosenbaum LLP
3 S. Pinckney St., Suite 1000
PO Box 1784
Madison, WI  53701-1784

Arnold D. Tritt, Jr., Esquire
Arnold Tritt & Associates, PA
865 May Street
Jacksonville, FL  32204

Samuel R. Grego, Esquire
Doepken Keevican & Weiss
600 Grant Street, 58th Floor
Pittsburgh, PA  15219

Alan M. Grochal, Esquire
Tydings & Rosenberg LLP
100 East Pratt Street, 26th Fl
Baltimore, MD  21202

Stephen J. Reisman, Esquire
Steven Z. Starr, Esquire
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY 10178

William A. Harvey, Esquire
Klehr, Harrison, Harvey, Branzburg &
Ellers LLP
260 S. Broad Street
Philadelphia, PA 19102

Joanne B. Stutz
Evans & Mullinix, P.A.
7225 Renner Road, Suite 200
Shawnee, KS 66217

Laura Van Zandt, Sr. Collection Agent
2976 Richardson Drive
Auburn, CA 95603

Stuart M. Rozen, Esquire
Aaron L. Hammer, Esquire
Mayer, Brown, Rowe & Maw LLP
190 S. LaSalle Street
Chicago, IL 60603

Brenda T. Rhoades, Esquire
Baker Botts, L.L.P.
2001 Ross Avenue
Dallas, TX 75201-2980

Scott E. Blakeley, Esquire
Blakeley & Blakeley LLP
2030 Main Street, #540
Irving, CA 92614

Gloria Brozik Barnstorf
Barnstorf and Barnstorf
The Professional Building
5229 Sixth Street
Baltimore, MD 21225

Attn: Jeffrey Rosenkranz
The Delaware Bay Company, Inc.
680 Fifth Avenue
22nd Floor
New York, NY 10019

Karen Carden Walsh, Esquire
Riggs, Abney, Neal, Turpen, Orbison &
Lewis
502 West 6th Street
Tulsa, OK  74119-1010

Douglas R. Gooding, Esquire
Choate, Hall & Stewar, P.C.
Exchange Place
53 State Street
Boston, MA  02109

Jonathan Walters, Esquire
Markowitz & Richman
1100 N. American Bldg.
121 S. Broad Street
Philadelphia, PA  19107

Robert D. Drain, Esquire
Paul, Weiss, Rifkind, Wharton & Garrison
1285 Avenue of the Americas
New York, NY  10019-6064

Elaine Stuart
Manager of Special Accounts
Leasetec Corporation
1000 S. McCaslin Blvd.
Superior, CO  80027

Michael E. Lee, Esquire
Attorney for KM International Corporation
200 Westside Square, Suite 803
Huntsville, AL  35801-4816

Frank D. Chandler, Esquire
Quinn C. Chandler, Esquire
Chandler & Chandler, P. C.
5646 Milton Street, Suite 734
Dallas, TX 75206

John A. Peca, Esquire
Climaco, Lefkowitz, Peca, Wilcox &
Garofoli, Co., L. P. A.
1228 Euclid Avenue, Ninth Floor
Cleveland, OH 44115

A. Russell Smith, Esquire
R. Bryan Nace, Esquire
A. Russell Smith Law Offices
159 S. Main Street, Suite 503
Akron, OH 44308

Richard A. Pollard, Esquire
Pietragallo, Bosick & Gordon
One Oxford Centre, 38th Floor
Pittsburgh, PA  15219

Tally F. Parker, Jr., Esquire
J. Gregory Marks, Esquire
Parker & Marks, P.C.
1333 Corporate Dr., Suite 209
Irving, TX  75038

Joan Kennerly
Irving City Attorney's Office
825 West Irving Blvd.
Irving, TX  75060

Julie Ann O'Bryan, Esquire
O'Bryan Law Offices, P. S. C.
1717 Alliant Avenue, Suite #17
Louisville, KY 40299

Carole Neville, Esquire
Suzanne D. T. Lovett, Esquire
Pryor Cashman Sherman & Flynn LLP
410 Park Avenue, 10th Floor
New York, NY 10022

William M. Silverman, Esquire
Otterbourg, Steindler, Houston & Rosen,
P. C.
230 Park Avenue
New York, NY 10169

Alan S. Tenenbaum, Esquire
Environmental & Natural Resources
Division
US Department of Justice
P.O. Box 7611
Ben Franklin Station
Washington, DC 20044

Jerald S. Enslein, Esquire
Gallas & Schultz
9140 Ward Pkwy, Suite 225
Kansas City, MO 64114

David M. Powlen, Esquire
Barnes & Thornburg
11 South Meridian Street
Indianapolis, IN 46204

Matthew M. Hohman, Esquire
Barnes & Thornburg
600 One Summit Square
Fort Wayne, IN 46802

James S. Carr, Esquire
Kelley, Drye & Warren LLP
101 Park Avenue
New York, NY 10178

Frank E. Cralle, Credit Manager
Marley Mouldings LLC
P. O. Box 610
Marion, VA 24354

Janet T. Fitzpatrick, Legal Assistant
Unisys Corporation
P. O. Box 500, M/S E8-108
Unisys Way
Blue Bell, PA 19424

Newton G. Pritchett, Jr.
Assistant Attorney General
Revenue Bldg, Suite 606
PO Box 629
Raleigh, NC 27602-0629

James A. Hayes, Jr., Esquire
Ashworth, Hayes & Moran
28202 Cabot Rd., Suite 100
Laguna Niguel, CA 92677

Carol E. Momjian, Esquire
Senior Deputy Attorney General
Office of Attorney General
21 S. 12th Street, 3rd Floor
Philadelphia, PA 19107-3603

Vicky L. Zartman, Specialist
c/o Ken Burton, Jr.
Manatee County Tax Collector
PO Box 25300
Bradenton, FL 34206-5300

David E. Retter, Esquire
Lisa A. Thompson, Esquire
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178

Marye L. Wright, Esquire
West Virginia Bureau of Employment
Programs
Legal Services Division-Bankruptcy Unit
P. O. Box 2027
Charleston, WV 25327-2027

Raniero D'Aversa Jr., Esquire
Mayer, Brown, Rowe & Maw LLP
1675 Broadway
New York, NY 10019

Jason Watson, Esquire
Neal Batson, Esquire
Alston & Bird LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA  30309

James M. Gallagher, First VP
Dresdner Kleinwort Benson
Troubled Assets Department
75 Wall Street
New York, NY  10005

John W. Sweeney, VP
Dresdner Kleinwort & Wasserstein
Troubled Assets Department
75 Wall Street
New York, NY  10005

Jonathan R. Sennett, Esquire
Levy Phillips & Konigsberg, LLP
520 Madison Avenue
New York, NY  10022

Daily Insights
Attn:  Bill Angelowtiz
JAF Box 3127
New York, NY  10016

Gordon J. Toering, Esquire
Warner Norcross & Judd LLP
900 Old Kent Building
111 Lyon Street, N.W.
Grand Rapids, MI  49503

John McCarthy
Vice President/Finance
Chapman Corporation
331 South Main Street
Washington, PA  15301

C. Sanders McNew, Esquire
Weitz & Luxenberg, P.C.
180 Maiden Lane, 17th Floor
New York, NY  10038

Peter G. Angelos, Esquire
Armand J. Volta, Jr., Esquire
The Law Offices of Peter G. Angelos, P.C.
5905 Harford Road
Baltimore, MD  21214

Thomas M. Fuller
Angelo, Gordon & Co.
245 Park Avenue, 26th Floor
New York, NY  10167

Dennis E. Quaid, Esquire
Fagel & Haber
55 E. Monroe St., 40th Floor
Chicago, IL  60603

Richard J. Parks, Esquire
MacDonald, Illig, Jones & Britton LLP
100 State Street, Suite 700
Erie, PA  16507-1498

James Hintzen
Restructuring Group-MD NC 317
IBM Credit Corporation
North Castle Drive
Armonk, NY  10504

Michael A. Coletta
Peoplesoft, Inc.
4305 Hacienda Drive
Pleasanton, CA  94588

Douglas R. Melin, Esquire
Marathon Ashland Petroleum LLC
539 South Main Street
Findlay, OH  45840

Bear, Stearns & Co., Inc.
Attn: Alan J. Mintz
245 Park Avenue
New York, NY  10167

Alan Kellman, Esquire
Maritime Asbestosis Legal Clinic
1570 Penobscot Building
Detroit, MI  48226

David A. Agay, Esquire
Terry John Malik, Esquire
Winston & Strawn
35 West Wacker Drive
Chicago, IL  50601-9703

J. Michael Riley, Esquire
Jones Martin Parris & Tessener, P.L.L.C.
410 Glenwood Avenue, Suite 200
Raleigh, NC  27603

Leon Friedberg, Esquire
Carlils Patchen & Murphy LLP
366 East Broad Street
Columbus, OH  43215

J. Oprandi
J. Oprandi Personnel Systems, Inc.
PO Box 4091
Newark, OH  43058

Stephen D. Lerner, Esquire
Squire, Sanders & Dempsey, LLP
312 Walnut Street, Suite 3500
Cincinnati, OH  45202

James C. McDermott
Division Credit Manager
Bemis Company, Inc.
1350 N. Fruitridge
Terre Haute, IN  47808

Conrad K. Chiu, Esquire
Pitney, Hardin, Kipp & Szuch LLP
685 Third Avenue, Suite 1900
New York, NY 10017

David R. Jury
Assistant General Counsel
United Steelworkers of America
Five Gateway Center, Room 807
Pittsburgh, PA  15222

Joan Brambani, Esquire
Lindsay, Hart, Neil & Weigler, LLP
Suite 3400
1300 SW Fifth Avenue
Portland, OR  97201-5696

Jeffrey M. Carbino, Esquire
Klett Rooney Lieber & Schorling
12th Floor, Two Logan Square
Philadelphia, PA  19103-2756

Juan Jose Perez, Esquire
Maria C. Mariano, Esquire
Perez & Morris LLC
92 North Woods Boulevard
Columbus, OH  43235

Mark A. Wisniewski, Esquire
Joseph P. McGill, Esquire
Kitch Drutchas Wagner DeNardis &
Valitutti
One Woodward Avenue, 10th Floor
Detroit, MI  48226-3499

Vanderburgh County Treasurer
Room #210 Civic Center Complex
1 NW Martin Luther King Jr. Blvd.
Evansville, IN  47708-1882
Attn:  Jason D. Perry

Melissa Kurtz Blackburn, Esquire
401 Church Street, Suite 2420
Nashville, TN  37219-2212

William G. Wright, Esquire
Farr, Burke, Gambacorta & Wright
211 Benigno Boulevard, Suite 201
P. O. Box 788
Bellmawr, NJ 08099-0788

Reid School
c/o Reid Tateoka
Mckay, Burton & Thurman
Suite 600, Gateway Tower East
10 East South Temple Street
Salt Lake City, UT 84133

Paul E. Harner, Esquire
Charles M. Oellermann, Esquire
Jones, Day, Reavis & Pogue
1900 Huntington Center
41 South High Street
Columbus, OH 43215

Dice, Inc.
P. O. Box 560573
The Colony, TX 75056

Patricia C. Henry
Assistant Attorney General
Office of the Attorney General
Bankruptcy & Collections Division, MC-
008
P. O. Box 12548
Austin, TX 78711-2548

Kay D. Brock, Esquire
Assistant Attorney General
Bankruptcy & Collections Division
PO Box 12548
Austin, TX 78711-2548

Jay W. Hurst
Assistant Attorney General
Bankruptcy & Collections Division
P. O. Box 12548
Austin TX 78711-2548

Tom Seligson
Alcoa, Inc.
201 Isabella Street
Pittsburgh, PA 15212 23230

Elizabeth H. Doucet
Elizabeth H. Doucet & Assoc. Co., LPA
895 S. High Street
Columbus, OH 43206

Jonathan H. Alden, Esquire
Assistant General Counsel
Dept. of Environmental Protection
3900 Commonwealth Blvd., MS 35
Tallahassee, FL 32399-3000

Stuart Hirschfield, Esquire
Eric M. Kay, Esquire
Dewey Ballantine LLP
1301 Avenue of the Americas
New York, NY 10019-6092

Fritz A UPS Company
636 Sandy Lake Road
Coppell, TX 75019

Lawrence M. Schwab, Inc.
Thomas M. Gaa, Esquire
Bialson, Bergen & Schwab
2600 El Camino Real, Suite 300
Palo Alto, CA 94306

H. Buswell Roberts, Jr., Esquire
Shumaker, Loop & Kendrick, LLP
1000 Jackson Street
Toledo, OH 43624

William H. Johnson, Esquire
Norfolk Southern Corporation
3 Commercial Place
Norfolk, VA 23510

Anthony J. Smits, Esquire
Bingham Dana LLP
One State Street
Hartford, CT 06103

Mitchell F. Dolin, Esquire
Anna P. Engh, Esquire
Covington & Burling
1201 Pennsylvania Avenue, NW
Washington, DC 20004

Helen Kim, Esquire
Debevoise & Plimpton
919 Third Avenue
New York, NY 10022

Eric J. Hunter, CFA
Deutsche Bank Securities, Inc.
Distressed Products Group
31 West 52nd Street, 3rd Floor
New York, NY 10019

Anne B. Mathes
Baker, Donelson, Bearman & Caldwell
165 Madison Avenue, 18th Floor
Memphis, TN 38103

John J. Farmer, Jr., Esquire
Margaret A. Hollan, Deputy AG
R.J. Hughes Justice Complex
25 Market Street, P.O. Box 106
Trenton, NJ 08625

Fredrick M. Baron, Esquire
Russell W. Budd, Esquire
Baron & Budd, P.C.
The Centrum
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219

Randall L. Hagan, Esquire
Patrick K. Cameron, Esquire
Ober Kaler Grimes & Shriver, P.C.
120 E. Baltimore Street
Baltimore, MD 21202-1643

Pieter Van Schaick
The Bank of Nova Scotia
One Liberty Plaza, 25th Floor
New York, NY 10006

Maria M. Patterson, Esquire
The Bank of New York
One Wall Street, 29th Floor
New York, NY 10286

Victor Simonte
DK Acquisition Partners, L.P.
885 Third Avenue
New York, NY 10022

Nancy Hotchkiss, Esquire
Candice B. Harper, Esquire
Trainor Robertson
701 University Avenue, Suite 200
Sacramento, CA 95825

Alan R. Brayton, Esquire
Brayton & Purcell
222 Rush Landing Road
P.O. Box 2109
Novato, CA 94945

John D. Cooney, Esquire
Cooney & Conway
120 N. LaSalle Street, 30th Floor
Chicago, IL 60602

David O. McCormick, Esquire
Michelle L. Ward, Esquire
Cumbest Cumbest Hunter & McCormick
729 Watts Ave., P.O. Drawer 1287
Pascagoula, MS 39568

Michael P. Thornton, Esquire
Thornton & Naumes, LLP
100 Summer Street, 30th Floor
Boston, MA 02110

R. Dean Hartley, Esquire
James M. O'Brien, Esquire
Hartley & O'Brien
2001 Main Street, Suite 600
Wheeling, WV 26003

Rosa Dominy
Bankruptcy Administration
ISO Capital, Inc.
1738 Bass Road
P.O. Box 13708
Macon, GA 32108

Robin E. Keller, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

Robert A. Kumin, Esquire
ROBERT A. KUMIN, P.C.
5800 Foxridge Dr., #306
Mission, KS 66202

T. Kellen Grant, Esquire
Jonathan W. Young, Esquire
Wildman, Harrold, Allen & Dixon
225 West Wacker Dr., Suite 3000
Chicago, IL 60606-1229

Gary C. Sleeper, Esquire
Jermain, Dunnagan & Owens, P.C.
3000 A Street, Suite 300
Anchorage, AK 99504

Sidney S. Goldstein, Esquire
Davidoff & Malito LLP
200 Garden City Plaza, Suite 315
Garden City, NY 11530

William P. Kovacs, Esquire
Senior Counsel/Chief Compliance Officer
Conseco Capital Management, Inc.
11825 N. Pennsylvania Street
Carmel, IN 46032

Antonio D. Pyle, Esquire
Antonio D. Pyle, P.C.
227 Commercial Ave., 2nd Fl.
Pittsburgh, PA 15215

Allan H. Ickowitz, Esquire
Nossaman, Guthner, Knox & Elliott LLP
445 S. Figueroa St., 31st Floor
Los Angeles, CA 90071

Steven B. Flancher, Esquire
Assistant Attorney General
State of Michigan, Div. of Revenue
First Floor Treasury Bldg.
Lansing, MI 48922

Attn: Sean Haas
Citadel Investment Group, LLC
131 South Dearborn Street, 36th Floor
Chicago, IL 60603

Thomas R. Allen, Esquire
Thompson Hine & Flory LLP
One Columbus, 10 W. Broad St.
Columbus, OH 423215-3435

Jay L. Gottlieb, Esquire
Brown Raysman
900 Third Avenue
New York, NY 10022

David R. Pheils, Jr., Esquire
Pheils & Wisniewski
410 Louisiana Avenue
Perrysburg, OH 43551

Attn: Prentice L. O'Leary, Esquire
Sheppard, Mullin, Richter & Hampton
LLP
333 S. Hope Street, 48th Floor
Los Angeles, CA 90071-1448

Thomas Tansor, Esquire
General Electric Railcar Service
Corporation
161 North Clark Street
Chicago, IL 60601

Michael D. Boutell, Esquire
Corporate Legal Department
Comerica Bank
PO Box 75000
Detroit MI 48275-3391

Douglas K. Mayer, Esquire
Margaret M. Garnett, Esquire
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, NY 10019

Paul A. Weykamp, Esquire
Law Offices of Paul A. Weykamp
110 Saint Paul Street, Suite 300
Baltimore, MD 21201

George H. Myshrall, Jr., Esquire
Heyman & Sizemore, LLC
340 Intertate North Parkway #300
Atlanta, GA 30339

Curtis E. Beason, Esquire
Monique C. Gorsline, Esquire
Lane & Waterman
220 N. Main St., #600
Davenport, IA 52801

George E. Dowlen, Esquire
Perdue, Brandon, Fielder, Collins
  & Mott, LLP
PO Box 9132
Amarillo, TX 7910

Warren S. Bloom, Esquire
Erik P. Kimball, Esquire
Nabors, Giblin & Nickerson, PA
CNL Center, Suite 510
450 S. Orange Avenue
Orlando, FL 32801

Thomas L. Flynn, Esquire
Belin Lamson McCormick Zumbach
  Flynn, A Professional Corporation
666 Walnut St., 2000 Financial Center
Des Moines, IA 50309-3989

Lord, Bissell & Brook
115 S. La Salle Street
Chicago, IL 60603

Paul A. Levine, Esquire
Lemery Greisler LLC
50 Beaver Street
Albany, NY 12207

Barbara M. Cook, County Solicitor
Katherine L. Taylor, Sr. Asst. Solicitor
Howard County Office of Law
George Howard Building
3430 Courthouse Drive
Ellicott City, MD  21043

Robert W. Hawkins, Esquire
Hunton & Williams
1900 K Street, NW, Suite 1200
Washington, DC  20006

J. David Krekeler, Esquire
Krekeler Law Office, S.C.
15 North Pinckney Street, Suite 200
P.O. Box 828
Madison, WI 53701

Jan M. Hayden, Esquire
Greta M. Brouphy, Esquire
Heller, Draper, Hayden, Patrick
 & Horn LLC
650 Poydras Street, Suite 2500
New Orleans, LA 70130

Attn:  Matthew J. Stickel, Esquire
Kohner, Mann & Kailas, S.C.
1572 E. Capitol Drive
PO Box 11982
Milwaukee, WI  53211-0983

Nancy Clark, Esquire
Barnes Group, Inc.
123 Main Street
Bristol, CT  06011

Nixon Peabody LLP
Attn: Gregory J. Mascitti, Esquire
Clinton Square, PO Box 31051
Rochester, NY  14603

Philip D. Anker, Esquire
Joel W.L. Millar, Esquire
Wilmer, Cutler & Pickering
2445 M Stree, NW
Washington, DC  20037-1420

Meridee Moore
Kirsten Lynch
Farallon Capital Management, LLC
One Maritime Plaza, Suite 1325
San Francisco, CA  94111

Paul Haskell, Esquire
Richards Spears Kibbe & Orbe
One Chase Manhattan Plaza
New York, NY  10005

David E. Otero, Esquire
Akerman, Senterfitt & Eidson, PA
50 N. Laura Street, Suite 2750
Jacksonville, FL  32202

Reed Sato
Deputy Attorney General
California Department of Justice
1300 I Street
Sacramento, CA  94244

Jeffrey Schwartz, Esquire
Hahn & Hessen
116 Chestnut St.
Rutherford, NJ  07070-1942

Oscar B. Fears, III
Assistant Attorney General
40 Capitol Square, SW
Atlanta, GA  30334

Claudio E. Iannitelli, Esquire
Aryeh D. Schwartz
Cheifetz & Iannitelli, P.C.
1850 North Central Avenue, 19th Floor
Phoenix, AZ 85004

Michael Idzkowski, Esquire
Timothy J. Kern
Environmental Enforcement Section
30 East Broad Street, 25th Floor
Columbus, OH 43215

Pamela Gale Johnson, Esquire
Susan Fuertes, Esquire
Baker & Hosteler LLP
100 Louisiana, Suite 2000
Houston, TX 77002

Suzanne M. Klar, Esquire
Sheree L. Kelly, Esquire
80 Park Plaza, T5D
P.O. Box 570
Newark, NJ 07101

Donald L. Kneipp, Esquire
Attorney for Davison Petroleum Products
1401 Hudson Lane, Suite 219
P.O. Drawer 2808
Monroe, LA 71207

Ms. Nicolle A. Poian, Operations Manager
Newstart Factors, Inc.
2 Stamford Plaza, Suite 1501
281 Tresser Boulevard
Stamford, CT 06901

Daniel J. Tyson, Esquire
Lemery Mackrell Greisler LLC
50 Beaver Street, Suite 2
Albany, NY 12207

Robert M. Klein, Esquire
The Seventeenth Floor
Kentucky Home Life Building
239 South 5th Street
Louisville, KY 40202-3270

Jonathan D. Berger, Esquire
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103-6365

T. Robert Abney, Esquire
Cochran, Uhlmann, Abney, Duck &
Wright
150 Court Avenue, 2nd Floor
Memphis, TN 38103

James S. Maffitt, Esquire
Miles & Stockbridge P.C.
101 Bay Street
Easton, MD 21601-2718

Marion Munley, Esquire
205 Madison Avenue
Scranton, PA 18501-1066

Elizabeth Banda, Esquire
Perdue, Bradon, Fielder, et al.
P.O. Box 13430
Arlington, TX 76094-0430

Leonard H. Gilbert, Esquire
Rod Anderson, Esquire
Holland & Knight LLP
P.O. Box 1288
Tampa, FL 33601

Rex D. Rainach, Esquire
A Professional Law Corporation
3622 Government Street
Baton Rouge, LA 70806

Support Center
PO Box 4918
Monroe, LA 71211-4918

Stephen A. Goodwin, Esquire
Carrington, Coleman, Sloman
  & Blumental, L.L.P.
200 Crescent Court, Suite 1500
Dallas, TX  75201

Russell W. Savory, Esquire
Gotten, Wilson & Savory, PLLC
200 Jefferson Avenue, Suite 900
Memphis, TN  38103

Bruce H. Babitt, Esquire
Wolman, Babitt & King, L.L.P.
521 Fifth Avenue
New York, NY  10175

Marc Schneider
Avenue Capital Group
535 Madison Avenue, 15th Floor
New York, NY  10022

Yvonne Cox
c/o  John T. Piggins, Esquire
Miller, Johnson, Snell & Cummiskey,
P.L.C.
PO Box 306
Grand Rapids, MI 49501-0306

Jennifer E. Bennett, Esquire
Bank of America Legal Department
100 North Tryon Street
Charlotte, NC  29255

Fulton Supply Company
PO Box 4028
Atlanta, GA  30302

Kurt D. Weaver, Esquire
Womble Carlyle Sandridge & Rice, PLLC
150 Fayetteville St., Suite 2100
Raleigh, NC  27601

Sander L. Esserman, Esquire
Stutzman & Bromberg
A Professional Corporation
2323 Bryan St., Suite 2200
Dallas, TX  75201

Stephen A. Katz, Esquire
111 John Street, Suite 800
New York, NY  10038

Alan Z. Yudkowsky, Esquire
Stroock & Stroock & Lavan LLP
2029 Century Park East, #1800
Los Angeles, CA  90067

Regina Watson, Esquire
Martin, Brown, Hull & Harper, PLL
One S. Limestone St., 8th Floor
Springfield, OH  45502

Securities & Exchange Comm
15th & Pennsylvania Ave, N W
Washington, D.C. 20020

District Director
IRS
409 Silverside Road
Wilmington, DE 19809

Secretary of Treasury
P.O. Box 7040
Dover, DE 19903

Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 7040
Dover, DE 19903

James P. Ricciardi, P.C.
Mitchell A. Karlan
Michael W. Hazy
Gibson, Dunn & Crutcher LLP
200 Park Avenue, 48th Floor
New York, NY  10166-0193

Linda C. Scheuerman, Esquire
16975 Peninsula Drive
Traverse City, MI  49686

Gerry Orth, Esquire
Orth, Hrabal & Orth, L.L.P.
1201 West Presidio
Fort Worth, TX  76102

Anthony J. Interratne, Esq.
Kessler 7 Collins
5950 Sherry Lane, Suite 222
Dallas, TX  75225

Nina M. LaFleur, Esquire
Stutsman & Thames, P.A.
121 W. Forsyth St., Suite 600
Jacksonville, FL  32202

Joe Kaplan
OZ Management LLC
9 W. 57th St., 39th Floor
New York, NY  10019

Robert T. Aulgur, Jr., Esquire
Kristi J. Doughty, Esquire
Whittington & Aulgur
313 N. Dupont Hwy., Suite 110
PO Box 617
Odessa, DE  19730-1617

Douglas G. Walter, Esquire
Allison R. Comment, Esquire
Andrews & Kurth
600 Travis Street, Suite 4200
Houston, TX  77002-3090

Hal Pitkow, Esquire
138 N. State St.
Newtown, PA  18977

Sharon L. Royer
UC Tax Agent/Bankruptcy Rep.
Commonwealth of Pennsylvania
Dept. of Labor and Industry
1171 S. Cameron St., Rm 312
Harrisburg, PA  17104-2513

Neil E. McCullagh, Esquire
Cantor Arkema & Edmonds, PC
823 E. Main St., 15th Floor
PO Box 561
Richmond, VA  23218-0561

Matthew A. Cantor, Esquire
Kirkland & Ellis
Citigroup Center
153 East 53rd Street
New York, NY  10022-4675

Richard Blackstone Webber II, Esq.
Richard Blackstone Webber II, P.A.
320 Maitland Avenue
Altamonte Springs, FL  32701

Brian Trust, Esquire
Christine Jagde, Esquire
Mayer, Brown, Rowe & Maw LLP
1675 Broadway
New York, NY  10019

W. David Arnold, Esquire
Arnold & Caruso, LTD
1822 Cherry Street
Toledo, OH  43608

Stephen Oroza, Esquire
Birka-White Law Offices
275 Battery Street, Suite 2160
San Francisco, CA 94111

City of Knoxville
Hillary Browning-Jones
Assistant City Attorney
PO Box 1631
Knoxville, TN  37901

Andrew P. Lederman, Esquire
Sonnenschein Nath & Rosenthal
1221 Avenue of the Americas
New York, NY  10020-1089

Robert B. Millner, Esquire
Sonnenschein Nath & Rosenthal
233 South Wacker Drive
Sears tower 8000
Chicago, IL  60606


Christopher O'Brien, Esquire
District Tax Attorney
Office of Counsel
Building 9, Room 100
WA Harriman Campus
Albany, NY  12227

Byron Arnold
PO Box 16
Lovelady, TX 75851

Donald A. Workman, Esquire
Foley & Lardner
Washington Harbour
3000 K Street, NW –  Suite 500
Washington, DC  2007-5143

Antonia Roberson
Madison Capital Management
4220 Shawnee Mission Parkway, Suite
404B
Fairway, KS  66205

Thomas Tew, Esquire
Tew Cardenas Rebak Kellogg Lehman, et
al.
201 South Biscayne Blvd., Suite 2600
Miami, FL  33131

Robert G. Cass, Equire
MCI
6929 N. Lakewood Avenue
MD 5.3-409F
Tulsa, OK  74117

Brad R. Berliner
Central States Law Dept.
9377 W. Higgins Road
Rosemont, IL  60018-4938

Patrick F. Hofer, Esquire
Joshua D. Weinberg, Esquire
Hogan & Hartson, LLP
555 13th Street, NW
Washington, DC  20004

Law Offices of S. Shawn Khastoo
5670 Wilshire Blvd., Suite 720
Los Angeles, CA  90036

Jennfer Killough Herrera
Deputy Attorney General
Dept. of Law & Public Safety, Div. of Law
Richard J. Hughes Justice Complex
PO Box 093
Trenton, NJ  08625-0093

Proskauer Rose LLP
Attn:  Scott K. Rutsky, Esquire
1585 Broadway
New York, NY  10036-8299

Bruce H. White, Esquire
William L. Medford, Esquire
Patton Boggs LLP
2001 Ross Ave., Suite 3000
Dallas, TX  75201

Natalie D. Ramsey, Esquire
Montgomery, McCracken, Walker
  & Rhoads, LLP
123 South Broad Street
Avenue of the Arts
Philadelphia, PA  19109

James E. Winberley
McPherson, Monk, Hughes, Bradley
  & Wimberley, LLP
3120 Central Mall drive
Port Arthur, TX  77642

Duane D. Morse
Wilmer, Cutler & Pickering
1600 Tysons Boulevard, 10th Floor
Tysons Corner, VA  22102

James A. Shepherd
Wilmer, Cutler & Pickering
2445 M. Street, NW
Washington, DC  20037

Robert A. Simon, Esquire
Simon & Simon, LLP
3327 Winthrop, Suite 200
Fort Worth, TX 76116

Kenneth W. Beall, Esquire
Loomis, Ewert, Parsley, Davis & Gotting,
P.C.
232 S. Capitol Ave., Suite 1000
Lansing, MI  48933

Walter C. Dunn, Esquire
L. Scott Patton, Esquire
The Boles Law Firm
1818 Avenue of America
PO Box 2065
Monroe, LA  71207-2065

Shawn M. Christianson, Esquire
Geoffrey A. Heaton, Esquire
Buchalter, Nemer, Fields & Younger
333 Market Street, 25th Floor
San Francisco, California  94105-2130

Phillip R. Matthews, Esquire
W. Andrew Miller, Esquire
Hancock Rothert & Bunshoft LLP
4 Embarcadero Center, Suite 300
San Francisco, CA  94111

Isaac M. Pachulski, Esquire
Stutman, Treister & glatt
1901 Avenue of the Stars, Suite 1200
Los Angeles, CA  90067

David Parker, Esquire
Edward P. Grosz, Esquire
Kleinberg, Kaplan, Wolff & Cohen, PC
551 Fifth Avenue
New York, NY  10019

Debbie Holler
Vinyl Building Products, Inc.
VBP Headquarters
One Raritan Road
Oakland, NJ  07436

Rhonda Klick, Esquire
Westrup, Klick & Associates
444 West Ocean Boulevard, Suite 1614
Long Beach, CA  90802-4524

Deirde Woulfe Pacheco, Esq.
Wilentz, Goldman & Spitzer
90 Woodbridge Center Dr., #900, Box 10
Woodbridge, NJ  07095-0958

Curtis Deane
BNP Paribas
787 Seventh Avenue, 30th Floor
New York, NY 10019

Law Office of Richard F. Broude
400 E. 84th Street, 22A
New York, NY 10028

Harry D. McLachlin
The Bank of Tokyo Mitsubishi, LTD
227 West Monroe Street, Suite 2300
Chicago, IL 60606

Kristina L. Anderson
Suntrust Bank
303 Peachtree Street, 4th Floor
Atlanta, GA 30308

Renee N. Toft
J.P. Morgan & Company, Inc.
60 Wall Street, 19th Floor
New York, NY 10006

Christopher E. Kittell, Esquire
Webster, Gresham and Kittell
P.O. Box 760
Clarksdale, MS  38614

Daniel C. Green, Esquire
Racine, Olson, Nye, Budge
  & Bailey, Chartered
PO Box 1391/Center Plaza
Pocatello, ID  83204-1391

Paul R. Glassman, Esquire
Greenberg Traurig, LLP
2450 Colorado Ave., Suite 400E
Santa Monica, CA  90404

Mark D. Pelvin, Esquire
Frederick W. Claybrook, Esquire
Steven P. Rice, Esquire
Leslie A. Epley, Esquire
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004