IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **NO ORDER REQUIRED** |

### CERTIFICATION OF NO OBJECTION REGARDING DOCKET NO. 4789

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the Twelfth Monthly Application ("the Application") of Lukins and Annis, P.S. for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Zonolite Attic Insulation Claimants for the Period of August 1, 2003 through August 31, 2003 (Docket No. 4789).  The undersigned further certifies that the Court's docket in this case reflects that no answer, objection or other responsive pleading to the Application has been filed.  Pursuant to the Application, objections were to be filed and served no later than December 29, 2003.

Pursuant to the Amended Administrative Order Under 11 USC §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members ("the Order") dated April 17, 2002, the Debtors are authorized to pay the Applicant $34,083.92[1] upon the filing of this certification and without the need for entry of a Court order approving the Application.

---

[1] The aggregate total is a result of the addition of 80% of the fees sought ($37,790.00) equaling $30,232.00 and 100% of the expenses sought ($3,851.92) during the time frame of August 1, 2003 through August 31, 2003.

Dated: December 30, 2003               ELZUFON AUSTIN REARDON
                                       TARLOV & MONDELL, P.A.

                                       */s/ William D. Sullivan*
                                       William D. Sullivan (Bar No. 2820)
                                       Charlie Brown, III (Bar No. 3368)
                                       300 Delaware Avenue, Suite 1700
                                       P.O. Box 1630
                                       Wilmington, DE  19899
                                       Phone: (302) 428-3181
                                       FAX: (302) 777-7244

                                       DELAWARE COUNSEL FOR ZAI CLAIMANTS

                                       And

                                       Darrell W. Scott, Esq.
                                       Lukins & Annis, P.S.
                                       717 W. Sprague Avenue, Suite 1600
                                       Spokane, WA  99201
                                       Phone: (509) 455-9555
                                       FAX: (509) 747-2323

                                       SPECIAL COUNSEL FOR ZAI CLAIMANTS

**CERTIFICATE OF SERVICE**

      I, William D. Sullivan, Esquire, hereby certify that service of the foregoing *Certification of No Objection Regarding Docket No. 4789* was made upon the attached Service List via hand delivery or first class mail.

      I certify the foregoing to be true and correct under the penalty of perjury.

Dated: December 30, 2003
      Wilmington, Delaware                              */s/ William D. Sullivan*
                                                                William D. Sullivan


## **SERVICE LIST**

Laura Davis Jones, Esquire
David Carickoff, Esquire
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
Wilmington, DE 19899-8705

Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones
10100 Santa Monica Boulevard
Los Angeles, CA 90067-4100

David M. Bernick, Esquire
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

David B. Seigel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

Michael R. Lastowski, Esquire
Duane Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246

Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

William S. Katchen, Esquire
Duane, Morris & Heckscher LLP
One Riverfront Plaza, 2nd Floor
Newark, NJ 07102

J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena
   Price & Axelrod, LLP
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

Matthew G. Zaleski, III, Esquire
Campbell & Levine
800 King Street, Suite 300
Wilmington, DE 19801

Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 27th Floor
New York, NY  10022

Teresa K.D. Currier, Esquire
Klett, Rooney, Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE  19801

Frank J. Perch, Esquire
Office of the United States Trustee
844 King Street, Room 2313
Lockbox 35
Wilmington, DE  19801

James J. Restivo, Jr., Esquire
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA  15219-1886

Warren H. Smith
Warren H. Smith and Associates
900 Jackson Street
120 Founders Square
Dallas, TX 75202

Peter Van N. Lockwood, Esquire
Julie W. Davis, Esquire
Trevor W. Swett, III, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC  20005

Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY  10022

Mark D. Collins, Esquire
Deborah E. Spivack, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE  19899

William J.A. Sparks, Esquire
W.R. Grace & Company
919 N. Market, Suite 460
Wilmington, DE  19899