REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                          Invoice Number        1101114
One Town Center Road                     Invoice Date        12/22/03
Boca Raton, FL    33486                  Client Number         172573

============================================================================

Re: W. R. Grace & Co.


(60026)   Litigation and Litigation Consulting

    Fees                                 2,623.00


                TOTAL BALANCE DUE UPON RECEIPT        $2,623.00
                                       =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R Grace & Co.                          Invoice Number      1101114
One Town Center Road                     Invoice Date       12/22/03
Boca Raton, FL    33486                  Client Number        172573
                                         Matter Number         60026


==========================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH NOVEMBER 30, 2003

| Date | Name | | Hours |
|------|------|---|-------|
| 11/03/03 | Cunningham | Research to obtain an unpublished case for M. Perry. | .20 |
| 11/04/03 | Martin | Prepare revisions to memorandum on update to brief and letter to client re: same (0.8); review Germantown case re: revisions (0.4). | 1.20 |
| 11/05/03 | Atkinson | Prepare and transmit copy of Appeal Caption. | .30 |
| 11/05/03 | Cameron | Review draft materials regarding miscellaneous property damage claim appeal issues. | .90 |
| 11/05/03 | Martin | Prepare notes re: possible further briefing after stay, and confer with New York counsel re: same. | .30 |
| 11/14/03 | Cameron | Review appeal of traditional property damage case issues. | .40 |
| 11/18/03 | Cameron | Review materials per R. Finke request regarding property damage claims. | .90 |
| 11/21/03 | Cameron | Continue research for R. Finke re: property damage claims. | .60 |
| 11/26/03 | Cameron | Review traditional property damage case appeal issues (.9); review FOIA information (.4). | 1.30 |

172573 W. R. Grace & Co.                          Invoice Number  1101114
60026  Litigation and Litigation Consulting       Page    2
        December 22, 2003

                                                              ------
                                            TOTAL HOURS      6.10

TIME SUMMARY              Hours        Rate          Value
------------------------ --------------------- -------
Douglas E. Cameron       4.10  at  $  430.00  =   1,763.00
James C. Martin          1.50  at  $  525.00  =     787.50
Maureen L. Atkinson      0.30  at  $  125.00  =      37.50
Daniel Cunningham        0.20  at  $  175.00  =      35.00

                         CURRENT FEES                    2,623.00


                                                      ------------
                    TOTAL BALANCE DUE UPON RECEIPT       $2,623.00
                                                      ============

```
                        REED SMITH LLP
                        PO Box 360074M
                   Pittsburgh, PA  15251-6074
                     Tax ID# 25-0749630


W. R. Grace                        Invoice Number      1101115
5400 Broken Sound Blvd., N.W.      Invoice Date       12/22/03
Boca Raton, FL 33487               Client Number       172573
```

========================================================================

Re: W. R. Grace & Co.


(60028)  ZAI Science Trial

    Fees                               11,603.50


            TOTAL BALANCE DUE UPON RECEIPT     $11,603.50
                                       =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

| | |
|---|---|
| Invoice Number | 1101115 |
| Invoice Date | 12/22/03 |
| Client Number | 172573 |
| Matter Number | 60028 |

==============================================================================

Re: (60028)  ZAI Science Trial

FOR PROFESSIONAL SERVICES PROVIDED THROUGH NOVEMBER 30, 2003

| Date | Name | | Hours |
|------|------|---|-------|
| 11/03/03 | Atkinson | Reviewing Lexis Profiler articles re: ZAI claimants' expert witnesses. | .40 |
| 11/03/03 | Flatley | Call with W. Sparks re: ZAI Science Trial issues he raised. | .30 |
| 11/04/03 | Atkinson | Reviewing Library research results re: ZAI claimants' expert witnesses. | .30 |
| 11/04/03 | Bentz | Meeting with J. Restivo, L. Flatley and D. Cameron regarding argument and dispositive motions (1.0); review of correspondence regarding discovery issue (.6). | 1.60 |
| 11/04/03 | Cameron | Meet with J. Restivo regarding issues relating to potential removal costs. | .40 |
| 11/04/03 | Flatley | E-mails re: scheduling meeting (.20); call with B. Beber and follow up to arrange Washington meeting (.50); meeting with J. Restivo, D. Cameron and J. Bentz re: status of various matters, including argument preparation (.90). | 1.60 |
| 11/04/03 | Restivo | Preparation for and meeting re: ZAI argument. | 1.00 |

172573 W. R. Grace & Co.                      Invoice Number  1101115
60028  ZAI Science Trial                      Page    2
       December 22, 2003

| Date | Name | | Hours |
|------|------|--|-------|

| 11/05/03 | Atkinson | Electronic information searches re: claimants' expert witnesses' articles (0.5) and e-mail L. Flatley re: same (0.1). | .60 |
| 11/05/03 | Flatley | Call with W. Sparks (.40); review e-mails re: medical witness and related materials (.70); call with R. Finke re: various issues (.30). | 1.40 |
| 11/05/03 | Restivo | Telephone call with M. Sasson. | .30 |
| 11/06/03 | Restivo | Telephone calls with E. Westbrook (0.3), B. Beber (0.4) and set up court conference call (0.3). | 1.00 |
| 11/07/03 | Cameron | Meet with J. Restivo re: conference call with Judge Fitzgerald (.40); review summary judgment materials for call (.30). | .70 |
| 11/07/03 | Flatley | Review Mealey's notification and e-mail and calls re: same with B. Beber, R. Finke and J. Restivo. | .70 |
| 11/07/03 | Muha | Review recent filings to update ZAI Science Trial budget report. | 1.70 |
| 11/07/03 | Restivo | Preparation for telephonic conference with court, including calls with E. Westbrook, B. Beber, R. Finke and D. Cameron (1.5); telephone conference with court and e-mails re: same (0.5). | 2.00 |
| 11/10/03 | Muha | Contact local counsel re: order postponing Science Trial hearing. | .20 |
| 11/10/03 | Restivo | Review collected material regarding ZAI Science Trial. | .50 |
| 11/11/03 | Bentz | Review of agenda items for Omnibus hearing to determine if any ZAI-related issues were presented. | .40 |
| 11/11/03 | Restivo | Review history of ZAI information exchange (0.9) and memo and telephone calls to client re: same (0.6). | 1.50 |

172573 W. R. Grace & Co.                          Invoice Number  1101115
60028   ZAI Science Trial                         Page    3
        December 22, 2003


   Date    Name                                                  Hours
 --------  -----------                                           -----


11/12/03 Atkinson        Document various database search          2.70
                         for file name for documents
                         requested by Debtors' co-counsel,
                         Casner & Edwards.

11/12/03 Bentz           Review of correspondence regarding         .30
                         ZAI document and information
                         exchange.

11/12/03 Flatley         Call with R. Senftleben re:                .40
                         various issues relating to Science
                         Trial.

11/12/03 Restivo         Review of collected e-mails,               .50
                         correspondence, and pleadings from
                         ZAI Science Trial.

11/13/03 Atkinson        Reviewing Summation database for          1.30
                         additional information on three
                         documents selected by claimants'
                         counsel (0.9); reviewing files re:
                         electronic forms of Debtors'
                         expert witness' testimony (0.4).

11/13/03 Cameron         Participate in conference call            .90
                         regarding documents for
                         information exchange.

11/13/03 Restivo         Preparation for (0.6) and               1.50
                         conference call with R. Finke and
                         W. Sparks (0.9).

11/14/03 Atkinson        Reviewing various Grace files re:       1.00
                         electronic form of testimony of
                         Debtors' expert witness (0.8);
                         e-mail to R. Finke (Grace) re:
                         same (0.2).

11/17/03 Muha            E-mail revisions to Science Trial         .60
                         order to local counsel for filing
                         (0.2); review docket entries for
                         ZAI Science Trial budget update
                         (0.4).

11/18/03 Muha            Review recently filed fee               2.10
                         applications and draft updated ZAI
                         Science Trial budget report for D.
                         Cameron.

```
172573  W. R. Grace & Co.                    Invoice Number  1101115
60028   ZAI Science Trial                    Page    4
        December 22, 2003
```

| Date | Name | | Hours |
|------|------|---|-------|
| 11/19/03 | Restivo | Review status of additional informal ZAI discovery requests. | 1.00 |
| 11/21/03 | Restivo | Review outstanding informal discovery requests and responsive material (1.0); draft and circulate proposed response (1.0). | 2.00 |
| 11/25/03 | Atkinson | Telephone call with M. Murphy (Casner & Edwards) and document database searches re: boxes of responsive documents scanned by Lason and On-Site. | .80 |
| 11/25/03 | Restivo | Revision of letter to E. Westbrook. | 1.00 |
| 11/30/03 | Cameron | Review materials provided regarding Science Trial settlement negotiations. | .90 |

```
                                              ------
                              TOTAL HOURS     33.60
```

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|---|------|---|-------|
| James J. Restivo Jr. | 12.30 | at $ | 475.00 | = | 5,842.50 |
| Lawrence E. Flatley | 4.40 | at $ | 440.00 | = | 1,936.00 |
| Douglas E. Cameron | 2.90 | at $ | 430.00 | = | 1,247.00 |
| James W Bentz | 2.30 | at $ | 335.00 | = | 770.50 |
| Andrew J. Muha | 4.60 | at $ | 200.00 | = | 920.00 |
| Maureen L. Atkinson | 7.10 | at $ | 125.00 | = | 887.50 |

```
                       CURRENT FEES                    11,603.50


                                                     ------------
            TOTAL BALANCE DUE UPON RECEIPT            $11,603.50
                                                     ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                          Invoice Number      1101116
5400 Broken Sound Blvd., N.W.        Invoice Date        12/22/03
Boca Raton, FL 33487                 Client Number       172573


======================================================================

Re: W. R. Grace & Co.


(60029)  Fee Applications-Applicant

    Fees                            2,416.00


                    TOTAL BALANCE DUE UPON RECEIPT      $2,416.00
                                                   =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

| | |
|---|---|
| W. R. Grace | Invoice Number     1101116 |
| 5400 Broken Sound Blvd., N.W. | Invoice Date      12/22/03 |
| Boca Raton, FL 33487 | Client Number      172573 |
| | Matter Number      60029 |

================================================================================

Re: (60029)  Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH NOVEMBER 30, 2003

| Date | Name | | Hours |
|------|------|---|-------|
| 11/03/03 | Lord | Review and revise 10th Quarterly Fee Application (1.5);  research docket and e-mail to debtor's local counsel re: hearing on quarterly fee application (0.7). | 2.20 |
| 11/07/03 | Muha | Review and revise DBR for October 2003 fee application. | 1.30 |
| 11/11/03 | Keuler | Revise 10th interim fee application for filing. | .70 |
| 11/11/03 | Lord | Discussion with R. Keuler re: quarterly fee application. | .20 |
| 11/12/03 | Frew | Edits to 10th Quarterly App. (1.0); scan exhibits (0.8); create pdf documents and e-file (0.9); arrange for service (0.2). | 2.90 |
| 11/12/03 | Lord | Assist V. Frew with e-filing and service of RS Quarterly fee application. | .20 |
| 11/13/03 | Lord | Research and e-mail to Court re: revisions to docket entry for tenth quarterly fee application. | .20 |
| 11/14/03 | Muha | Revisions to fee and expense detail for October 2003 monthly fee application. | .50 |

172573 W. R. Grace & Co.                          Invoice Number  1101116
60029  Fee Applications-Applicant                 Page    2
       December 22, 2003

| Date | Name | | Hours |
|------|------|---|-------|

| Date | Name | | Hours |
|------|------|---|-------|
| 11/19/03 | Lord | Research docket and draft CNO for RS September monthly fee application. | .40 |
| 11/19/03 | Muha | Revise fee and expense detail for October 2003 fee application. | 1.00 |
| 11/20/03 | Keuler | Review documents prepared by J. Lord for filing. | .30 |
| 11/20/03 | Lord | Revise and e-file CNO for RS Sept. fee application (.3); perfect service for same (.2); prepare correspondence to R. Finke re: same (.1). | .60 |
| 11/25/03 | Lord | Review and revise RS October fee application (.7); discuss same with R. Keuler (.1). | .80 |
| 11/25/03 | Muha | Complete review and revision to final draft of October 2003 fee application. | .70 |
| 11/26/03 | Keuler | Revised and finalized application (0.4);  met with J. Lord re: service (0.2). | .60 |
| 11/26/03 | Lord | Prepare electronic/hard service for October fee application (.3); discuss fee application with R. Keuler (.1). | .40 |
| 11/26/03 | Muha | Resolve final issues re: 9th quarterly fee application. | .20 |
| 11/29/03 | Lord | Revise and e-file RS October fee application (.4); perfect hard/electronic service for same (.4). | .80 |

                                          TOTAL HOURS    14.00

172573 W. R. Grace & Co.                          Invoice Number   1101116
 60029 Fee Applications-Applicant                 Page    3
        December 22, 2003

TIME SUMMARY                Hours        Rate            Value
----------------------      ----------------------      -------
    Andrew J. Muha           3.70   at  $  200.00   =     740.00
    Richard A. Jr. Keuler    1.60   at  $  250.00   =     400.00
    John B. Lord             5.80   at  $  145.00   =     841.00
    Valerie A. Frew          2.90   at  $  150.00   =     435.00


                            CURRENT FEES                    2,416.00


                                                        ------------
                            TOTAL BALANCE DUE UPON RECEIPT   $2,416.00
                                                        ============