REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                          Invoice Number        1101118
One Town Center Road                     Invoice Date          12/22/03
Boca Raton, FL    33486                  Client Number          172573

================================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting


    Expenses                          148.78

                 TOTAL BALANCE DUE UPON RECEIPT          $148.78
                                                =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R Grace & Co.                          Invoice Number      1101118
One Town Center Road                     Invoice Date     12/22/03
Boca Raton, FL    33486                  Client Number       172573
                                         Matter Number        60026


==============================================================================

Re: Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

        Duplicating/Printing                84.30
        Postage Expense                      3.18
        Outside Duplicating                 61.30

                     CURRENT EXPENSES                  148.78
                                                  -------------

                     TOTAL BALANCE DUE UPON RECEIPT    $148.78
                                                  =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                          Invoice Number      1101118
One Town Center Road                     Invoice Date      12/22/03
Boca Raton, FL   33486                   Client Number       172573
                                         Matter Number        60026

==========================================================================

Re: (60026)  Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | | |
|---|---|---|
| 11/03/03 | ATTY # 0887: 18 COPIES | 2.70 |
| 11/03/03 | ATTY # 0887: 21 COPIES | 3.15 |
| 11/03/03 | ATTY # 0718: 4 COPIES | .60 |
| 11/03/03 | ATTY # 0718: 11 COPIES | 1.65 |
| 11/03/03 | ATTY # 0718: 7 COPIES | 1.05 |
| 11/03/03 | ATTY # 0718: 13 COPIES | 1.95 |
| 11/03/03 | ATTY # 0718: 12 COPIES | 1.80 |
| 11/04/03 | ATTY # 5445: 7 COPIES | 1.05 |
| 11/04/03 | ATTY # 5445: 12 COPIES | 1.80 |
| 11/04/03 | ATTY # 5445: 6 COPIES | .90 |
| 11/04/03 | ATTY # 5445: 6 COPIES | .90 |
| 11/04/03 | ATTY # 0349: 2 COPIES | .30 |
| 11/04/03 | ATTY # 0504: 13 COPIES | 1.95 |
| 11/05/03 | ATTY # 0349: 2 COPIES | .30 |
| 11/05/03 | ATTY # 0349; 1 COPIES | .15 |
| 11/06/03 | ATTY # 5445: 6 COPIES | .90 |
| 11/06/03 | ATTY # 0349: 2 COPIES | .30 |
| 11/06/03 | ATTY # 0701: 1 COPIES | .15 |

172573 W. R. Grace & Co.                          Invoice Number  1101118
60026  Litigation and Litigation Consulting       Page    2
       December 22, 2003

| | | |
|---|---|---:|
| 11/06/03 | ATTY # 0701: 1 COPIES | .15 |
| 11/06/03 | ATTY # 0701: 1 COPIES | .15 |
| 11/06/03 | ATTY # 0701; 76 COPIES | 11.40 |
| 11/06/03 | ATTY # 0559; 62 COPIES | 9.30 |
| 11/06/03 | ATTY # 0559; 16 COPIES | 2.40 |
| 11/10/03 | Outside Duplicating - - IKON DOCUMENT SERVICES--copying charge service of materials related to fee application. | 61.30 |
| 11/12/03 | ATTY # 0349: 2 COPIES | .30 |
| 11/19/03 | ATTY # 0718: 3 COPIES | .45 |
| 11/20/03 | ATTY # 0718: 3 COPIES | .45 |
| 11/20/03 | ATTY # 0718; 10 COPIES | 1.50 |
| 11/24/03 | Postage Expense | 3.18 |
| 11/24/03 | ATTY # 0349: 3 COPIES | .45 |
| 11/25/03 | ATTY # 0559: 11 COPIES | 1.65 |
| 11/25/03 | ATTY # 0559: 11 COPIES | 1.65 |
| 11/25/03 | ATTY # 0559: 11 COPIES | 1.65 |
| 11/25/03 | ATTY # 0559: 14 COPIES | 2.10 |
| 11/25/03 | ATTY # 0559: 14 COPIES | 2.10 |
| 11/25/03 | ATTY # 0559: 13 COPIES | 1.95 |
| 11/25/03 | ATTY # 0559: 12 COPIES | 1.80 |
| 11/25/03 | ATTY # 0559: 6 COPIES | .90 |
| 11/25/03 | ATTY # 0718: 13 COPIES | 1.95 |
| 11/28/03 | ATTY # 0718; 136 COPIES | 20.40 |

                              CURRENT EXPENSES            148.78
                                                    ------------
                   TOTAL BALANCE DUE UPON RECEIPT        $148.78
                                                    ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace                          Invoice Number      1101119
5400 Broken Sound Blvd., N.W.        Invoice Date        12/22/03
Boca Raton, FL 33487                 Client Number        172573

========================================================================

Re: W. R. Grace & Co.


(60028)  ZAI Science Trial


        Expenses                        203.95

                    TOTAL BALANCE DUE UPON RECEIPT        $203.95
                                                    =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                           Invoice Number      1101119
5400 Broken Sound Blvd., N.W.         Invoice Date       12/22/03
Boca Raton, FL 33487                  Client Number        172573
                                      Matter Number         60028


==============================================================================

Re: ZAI Science Trial


FOR COSTS ADVANCED AND EXPENSES INCURRED:

        Telephone Expense                    11.55
        Duplicating/Printing                 92.05
        Postage Expense                       1.52
        Transcript Expense                   86.00
        Courier Service - Outside            12.83

                CURRENT EXPENSES                    203.95
                                                -------------

                TOTAL BALANCE DUE UPON RECEIPT      $203.95
                                                =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace                          Invoice Number       1101119
5400 Broken Sound Blvd., N.W.        Invoice Date        12/22/03
Boca Raton, FL 33487                 Client Number         172573
                                     Matter Number          60028

=============================================================================

Re: (60028)  ZAI Science Trial


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---|
| 10/29/03 | 215-851-8250/PHILA, PA/3 | .23 |
| 10/29/03 | 561-362-1533/BOCA RATON, FL/6 | .34 |
| 10/30/03 | 561-362-1533/BOCA RATON, FL/7 | .40 |
| 11/03/03 | ATTY # 0559; 7 COPIES | 1.05 |
| 11/04/03 | ATTY # 0349; 63 COPIES | 9.45 |
| 11/04/03 | 843-727-6500/CHARLESTON, SC/1 | .11 |
| 11/04/03 | 202-457-5974/WASHINGTON, DC/1 | .11 |
| 11/04/03 | 561-362-1552/BOCA RATON, FL/2 | .11 |
| 11/04/03 | 409-883-7136/ORANGE, TX/1 | .11 |
| 11/04/03 | 202-414-9418/WASHINGTON, DC/2 | .11 |
| 11/05/03 | 843-727-6500/CHARLESTON, SC/1 | .11 |
| 11/05/03 | 561-362-1959/BOCA RATON, FL/13 | .74 |
| 11/05/03 | 843-727-6513/CHARLESTON, SC/1 | .11 |
| 11/05/03 | 323-468-6203/LOSANGELES, CA/53 | 3.08 |
| 11/05/03 | 302-652-5340/WILMINGTON, DE/18 | 1.03 |
| 11/05/03 | 561-362-1533/BOCA RATON, FL/19 | 1.14 |
| 11/06/03 | Postage Expense | 1.52 |
| 11/06/03 | 843-727-6513/CHARLESTON, SC/5 | .34 |

172573  W. R. Grace & Co.
60028   ZAI Science Trial
        December 22, 2003

Invoice Number  1101119
Page   2

| | | |
|---|---|---|
| 11/06/03 | 561-362-1959/BOCA RATON, FL/5 | .29 |
| 11/07/03 | ATTY # 0559; 27 COPIES | 4.05 |
| 11/07/03 | ATTY # 0559; 21 COPIES | 3.15 |
| 11/07/03 | 561-362-1533/BOCA RATON, FL/17 | 1.03 |
| 11/07/03 | 561-362-1533/BOCA RATON, FL/9 | .51 |
| 11/07/03 | 843-727-6500/CHARLESTON, SC/3 | .17 |
| 11/07/03 | 561-362-1533/BOCA RATON, FL/1 | .11 |
| 11/07/03 | 561-362-1551/BOCA RATON, FL/3 | .17 |
| 11/10/03 | 305-961-9407/MIAMI, FL/4 | .29 |
| 11/11/03 | ATTY # 0349: 2 COPIES | .30 |
| 11/11/03 | ATTY # 0349: 2 COPIES | .30 |
| 11/12/03 | ATTY # 0856: 1 COPIES | .15 |
| 11/12/03 | ATTY # 0856: 1 COPIES | .15 |
| 11/12/03 | ATTY # 0856; 232 COPIES | 23.20 |
| 11/12/03 | ATTY # 0856; 3 COPIES | .45 |
| 11/12/03 | Courier Service - 54583 UPS - Shipped from Maureen Atkinson, Reed Smith LLP - Pittsburgh to Matthew T. Murphy, Casner & Edwards (BOSTON MA 02210). | 12.83 |
| 11/12/03 | 617-426-5900/BOSTON, MA/10 | .57 |
| 11/13/03 | 617-426-8810/BOSTON, MA/1 | .11 |
| 11/13/03 | ATTY # 0349: 3 COPIES | .45 |
| 11/13/03 | ATTY # 0559; 11 COPIES | 1.65 |
| 11/13/03 | ATTY # 0349; 3 COPIES | .45 |
| 11/13/03 | 617-426-8810/BOSTON, MA/4 | .23 |
| 11/14/03 | ATTY # 0559; 51 COPIES | 7.65 |
| 11/18/03 | ATTY # 0396: 1 COPIES | .15 |

172573 W. R. Grace & Co.                          Invoice Number  1101119
60028  ZAI Science Trial                          Page   3
       December 22, 2003

| | | |
|---|---|---:|
| 11/19/03 | Transcript Expense - - Expedited omnibus hearing transcript charge and shipping fee. | 86.00 |
| 11/19/03 | ATTY # 0559; 27 COPIES | 4.05 |
| 11/20/03 | ATTY # 1911: 10 COPIES | 1.50 |
| 11/24/03 | ATTY # 0349; 80 COPIES | 12.00 |
| 11/24/03 | ATTY # 0559; 72 COPIES | 10.80 |
| 11/24/03 | ATTY # 0349: 1 COPIES | .15 |
| 11/25/03 | ATTY # 0349: 2 COPIES | .30 |
| 11/25/03 | ATTY # 0349: 2 COPIES | .30 |
| 11/26/03 | ATTY # 0349: 2 COPIES | .30 |
| 11/26/03 | ATTY # 0349: 2 COPIES | .30 |
| 11/26/03 | ATTY # 0349: 1 COPIES | .15 |
| 11/26/03 | ATTY # 0349; 59 COPIES | 8.85 |
| 11/26/03 | ATTY # 0559; 5 COPIES | .75 |

                              CURRENT EXPENSES                203.95
                                                        ------------
                     TOTAL BALANCE DUE UPON RECEIPT        $203.95
                                                        ============