"In Regards To An Acknowledgment of Material"
("U.S. Civil-Action Claimant")

Office of, The Bankruptcy-Clerk,
U.S. Bankruptcy-Court, for-The
Dist., of Delaware/ Sixth-Floor,
824 Market Street
Wilmington, Delaware (19801)

Re:
Claimant To Asbestos Emergency-Petition For
"A Writ of Mandamus"; Cause of Civil-Action, 01-01139.

Subj:
U.S. War-Veteran/College Correctional-Inmate,
Burrell Johnson, Jr., No., 00241393-A (U.S. Appeal)
Tennessee-Colony, TX (75886); "An-Acknowledgment" of
Material (Received, 12-10-03). (Always-Appreciated)

Dear Clerk:
Hello, I am The Above And Aforementioned Veteran/Inmate,
Any Further Assistance Taken In This Matter, Will Be
Deeply-Appreciated.
(Next-Page)
1.

## Perjury-Form

I, Burrell Johnson, Jr., I.D.C.U.I.D. No., 00241395-P; (U.S. Proper) Further Hereby-Declare Under-Penalty of Perjury Pursuant-To Title-18 § 28 U.S.C., Sec., (S) 287, 1001 & 1746, Provides A-Penalty of Not More-Than (A) 10,000 Fine or Not More-Than 5-Years Imprisonment or Both, Under U.S. Code And, Texas Res., Civil Practice And Rem., Code-Sec., (S), 132.001, 2.S 3.

That The Statements And Questions-Made In This (Acknowledgment/Request) Are True And Correctly-Made By The Above (U.S. War-Veteran).

This 13th Day-of Dec., 2003, To The-Best of My-Knowledge, Belief And Recollection.

"Respectfully-Submitted,"

"By, U.S. War-Veteran",

Burrell Johnson, Jr.