# EXHIBIT A

# EXHIBIT A

## FEES FOR THE FEE PERIOD
## NOVEMBER 1, 2003 THROUGH NOVEMBER 30, 2003

Client: 082910 W.R. GRACE & CO.
Matter: 065656 Weja, Inc.

| Date | Description | Hours | Amount |
|---|---|---|---|
| 10/06/03 4 | Attend to status of site environmental issues. W. Hatfield | 0.3 | 82.50 |
| 10/13/03 4 | Call to adversary on proposed court conference. W. Hatfield | 0.2 | 55.00 |
| 10/14/03 4 | Call with adversary; contact court with adversary and memo to A. Marchetta on matter. W. Hatfield | 0.3 | 82.50 |
| 10/17/03 4 | Calls to adversary Weja counsel regarding proposed court conference. W. Hatfield | 0.2 | 55.00 |
| 10/20/03 4 | Call to adversary regarding proposed court conference. W. Hatfield | 0.2 | 55.00 |
| 10/21/03 4 | Communication concerning Court status and Judge vacation period. W. Hatfield | 0.2 | 55.00 |
| 10/21/03 4 | Prepare letter to Judge McLaughlin requesting status of decision. W. Hatfield | 0.3 | 82.50 |
| 10/23/03 4 | Follow up regarding letter to court for decision. A. Marchetta | 0.3 | 135.00 |
| 10/30/03 4 | Address case issues and status, including decision from the court. W. Hatfield | 0.2 | 55.00 |
| 11/03/03 4 | Call to adversary and joint call to court clerk on case status. W. Hatfield | 0.2 | 55.00 |
| 11/03/03 4 | Memo to R. Rose and A. Marchetta on matter, including status on decision. W. Hatfield | 0.1 | 27.50 |
| 11/04/03 4 | Follow up with W. Hatfield regarding call to court. A. Marchetta | 0.1 | 45.00 |

2

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 11/12/03 4 | Review DEP Hudson chrome NRD press article and forward same to A. Marchetta and R. Rose. | W. Hatfield | 0.3 | 82.50 |
| 11/12/03 4 | Attend to preparations for 12/5/03 hearing. | W. Hatfield | 0.3 | 82.50 |
| 11/12/03 4 | Memos to clients on press release and requesting updates on costs for Weja case. | W. Hatfield | 0.3 | 82.50 |
| 11/12/03 4 | Attend to calendar for court hearing on 12/5; and memo on same. | W. Hatfield | 0.2 | 55.00 |
| 11/12/03 4 | Confer with R. Rose on case issues and preparations for hearing. | W. Hatfield | 0.2 | 55.00 |
| 11/12/03 4 | Prepare confirming letter to Court on hearing. | W. Hatfield | 0.2 | 55.00 |
| 11/12/03 4 | Memo and direct S. Purrington on updating interest calculations for matter. | W. Hatfield | 0.2 | 55.00 |
| 11/12/03 4 | Follow up regarding court decision. | A. Marchetta | 0.1 | 45.00 |
| 11/13/03 4 | Memos with A. Marchetta on matter and pending court decision. | W. Hatfield | 0.1 | 27.50 |
| 11/17/03 4 | Memo with clients on upcoming hearing in case. | W. Hatfield | 0.2 | 55.00 |
| 11/18/03 15 | Prepare Pre-judgment interest calculations through December 5, 2003 in preparation for hearing as requested by W. Hatfield. | S. Purrington | 1.6 | 176.00 |
| 11/19/03 4 | Follow up regarding court hearing. | A. Marchetta | 0.2 | 90.00 |
| 11/20/03 4 | Address environmental cleanup status and costs for same from client. | W. Hatfield | 0.6 | 165.00 |
| 11/21/03 4 | Follow up regarding expenses on application and pre-judgment interest calculations. | A. Marchetta | 0.3 | 135.00 |

| 11/21/03 | Letter to adversary and review fees, cleanup costs and damages in case. | | |
|---|---|---|---|
| 4 | W. Hatfield | 0.4 | 110.00 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| W. Hatfield | 5.20 | 275.00 | 1,430.00 |
| A. Marchetta | 1.00 | 450.00 | 450.00 |
| S. Purrington | 1.60 | 110.00 | 176.00 |
| TOTALS | 7.80 | | 2,056.00 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 4 | 1.0 | 450.00 | 450.00 |
| W. Hatfield | 4 | 5.2 | 275.00 | 1,430.00 |
| S. Purrington | 15 | 1.6 | 110.00 | 176.00 |
| | TOTAL | 7.8 | | 2,056.00 |

Client: 082910 W.R. GRACE & CO.
Matter: 095992 Chapter 11 Administration

| 11/03/03 | Revised August 2003 fee application. | | |
|---|---|---|---|
| 11 | K. Jasket | 1.0 | 180.00 |
| 11/03/03 | Drafted September 2003 fee application. | | |
| 11 | K. Jasket | 0.5 | 90.00 |
| 11/03/03 | Review docket. | | |
| 11 | K. Jasket | 0.2 | 36.00 |
| 11/06/03 | Drafted September 2003 fee application. | | |
| 11 | K. Jasket | 1.2 | 216.00 |
| 11/07/03 | Review and revise September 2003 monthly fee application. | | |

4

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| | | S. Zuber | 0.2 | 68.00 |
| 11/12/03 | Reviewed docket. | K. Jasket | 0.2 | 36.00 |
| 11/12/03 | Revised September 2003 fee application. | K. Jasket | 0.4 | 72.00 |
| 11/14/03 | Attention to drafting Quarterly fee application for the 10th Interim Period. | K. Jasket | 0.9 | 162.00 |
| 11/17/03 | Drafted Quarterly Fee Application for the 10th Interim Period and forwarded to S. Zuber for review. | K. Jasket | 1.3 | 234.00 |
| 11/18/03 | Review and revise October 2003 monthly fee application. | S. Zuber | 0.2 | 68.00 |
| 11/18/03 | Review and revise quarterly fee application for July through September, 2003. | S. Zuber | 0.2 | 68.00 |
| 11/18/03 | Drafted fee application for October 2003. | K. Jasket | 1.5 | 270.00 |
| 11/19/03 | Revised Quarterly fee application for the 10th Interim Period (July - September 2003) and attention to forwarding same to S. McFarland for filing. | K. Jasket | 0.3 | 54.00 |
| 11/19/03 | Receipt and review of email from S. Bossay regarding fees and expenses for the 9th Interim Period and attention to responding to same. | K. Jasket | 0.2 | 36.00 |
| 11/19/03 | Revised October 2003 fee application to include additional invoice. | K. Jasket | 0.5 | 90.00 |
| 11/20/03 | Review of email from S. Bossay regarding billing rates and attention to responding to same. | K. Jasket | 0.2 | 36.00 |
| 11/25/03 | Receipt and review of Fee Auditor's (draft) 9th Interim Spreadsheet. | S. Zuber | 0.3 | 102.00 |
| 11/26/03 | Respond to auditor's request. | A. Marchetta | 0.3 | 135.00 |

5

### Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| A. Marchetta | 0.30 | 450.00 | 135.00 |
| S. Zuber | 0.90 | 340.00 | 306.00 |
| K. Jasket | 8.40 | 180.00 | 1,512.00 |
| TOTALS | 9.60 | | 1,953.00 |

### FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 4 | 0.3 | 450.00 | 135.00 |
| S. Zuber | 11 | 0.9 | 340.00 | 306.00 |
| K. Jasket | 11 | 8.4 | 180.00 | 1,512.00 |
| TOTAL | | 9.6 | | 1,953.00 |

Client: 082913 W.R. GRACE & CO.\INSURANCE CO
Matter: 000009 NY Superfund Action

| | | | | |
|---|---|---|---|---|
| 10/14/03 | Review proposed language for third-quarter 10Q from J. Posner and respond to same regarding status of matter. | | | |
| 15 | M. Waller | | 0.2 | 64.00 |
| 10/21/03 | Review of files for CNA positions regarding allocation. | | | |
| 15 | M. Waller | | 0.3 | 96.00 |
| 10/21/03 | Meeting with B. Moffitt and L. Jordan regarding legal research regarding allocation of defense costs. | | | |
| 15 | M. Waller | | 0.6 | 192.00 |
| 10/21/03 | Researching case law in which CNA argued the issue of allocation of liability and/or defense costs. | | | |
| 15 | L. Jordan | | 3.2 | 512.00 |
| 10/21/03 | Work with M. Waller and L. Jordan regarding insurance allocation issues | | | |

| | | | |
|---|---|---|---|
| | and additional research regarding same. | | |
| 15 | B. Moffitt | 0.8 | 224.00 |
| 10/21/03 | Confer with M. Waller and S. Parker regarding review of prior deposition testimony and other discovery responses in this and related action regarding information relevant to allocation and other coverage issues. | | |
| 15 | B. Moffitt | 0.3 | 84.00 |
| 10/22/03 | Confer with A. Marchetta regarding preparation of memo regarding alternative outcomes. | | |
| 15 | M. Waller | 0.3 | 96.00 |
| 10/22/03 | Follow up with L. Jordon regarding research regarding allocation of defense costs. | | |
| 15 | M. Waller | 0.2 | 64.00 |
| 10/22/03 | Follow up with B. Moffitt regarding location and analysis of CNA and Grace discovery in all insurance coverage action regarding characterization of CNA policies. | | |
| 15 | M. Waller | 0.3 | 96.00 |
| 10/22/03 | Work with M. Waller regarding information for client regarding outcome of litigation. | | |
| 4 | A. Marchetta | 0.4 | 180.00 |
| 10/22/03 | Continued researching case law in which CNA argued the issue of allocation of liability and/or defense costs. Began to research and review case law discussing the allocation of defense costs. | | |
| 15 | L. Jordan | 2.0 | 320.00 |
| 10/22/03 | Work with M. Waller and D. Florence regarding review of deposition testimony in this and related actions regarding testimony relevant to allocation and other coverage issues. | | |
| 15 | B. Moffitt | 1.0 | 280.00 |
| 10/22/03 | Review Posner affidavit and transcript regarding allocation and other coverage issues. | | |
| 15 | B. Moffitt | .9 | 252.00 |
| 10/23/03 | Continued to research and review case law discussing the allocation of defense costs. | | |
| 15 | L. Jordan | 2.6 | 416.00 |
| 10/23/03 | Review of deposition testimony relevant to allocation and other coverage issues. | | |
| 15 | B. Moffitt | 3.4 | 952.00 |

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 10/24/03<br>15 | Continued to research case law in which CNA argued the issue of allocation of liability and/or defense costs.<br>L. Jordan | | 2.7 | 432.00 |
| 10/26/03<br>15 | Reviewed case law in which CNA argued the issue of allocation of liability and/or defense costs.<br>L. Jordan | | 0.8 | 128.00 |
| 10/27/03<br>15 | Review and analyze cases from L. Jordon regarding allocation of defense costs for inclusion in memorandum to client regarding same to evaluate claims against CNA.<br>M. Waller | | 0.9 | 288.00 |
| 10/27/03<br>15 | Research and review case law in which CNA argued the issue of allocation of liability and/or defense costs.<br>L. Jordan | | 3.4 | 544.00 |
| 11/03/03<br>4 | Follow up regarding memo to client; review case issues.<br>A. Marchetta | | 0.2 | 90.00 |
| 11/03/03<br>15 | Reviewing legal research memos and drafting additions and revisions to letter to client regarding status and strategy.<br>M. Waller | | 2.3 | 736.00 |
| 11/04/03<br>4 | Work on opinion/evaluation letter to client and follow up regarding same.<br>A. Marchetta | | 0.8 | 360.00 |
| 11/04/03<br>15 | Draft additions and revisions to evaluation letter.<br>M. Waller | | 0.9 | 288.00 |
| 11/04/03<br>15 | Follow up with A. Marchetta regarding letter to client evaluating potential recoveries.<br>M. Waller | | 0.3 | 96.00 |
| 11/05/03<br>4 | Telephone call with client regarding issues in case and review issues raised by client.<br>A. Marchetta | | 0.3 | 135.00 |
| 11/06/03<br>4 | Follow up with client regarding scheduling meeting to review options and strategies.<br>A. Marchetta | | 0.2 | 90.00 |
| 11/14/03<br>4 | Telephone calls and follow up regarding meeting with clients and order from court on remand.<br>A. Marchetta | | 0.4 | 180.00 |

| Date | Description | | |
|---|---|---|---|
| 11/14/03 | Review e-mail from J. Posner regarding status and scheduling Order issued by SDNY, review attached order and follow up with A. Marchetta by e-mail, including replying to e-mail from J. Posner regarding same. | | |
| 15 | M. Waller | 0.4 | 128.00 |
| 11/16/03 | Review regarding Order from court and follow up regarding conference date. | | |
| 4 | A. Marchetta | 0.3 | 135.00 |
| 11/17/03 | Telephone calls regarding court conference. | | |
| 4 | A. Marchetta | 0.3 | 135.00 |
| 11/17/03 | Telephone conference with CNA counsel regarding unsigned Order regarding status conference. | | |
| 15 | M. Waller | 0.3 | 96.00 |
| 11/17/03 | Follow up with A. Marchetta regarding telephone conference with CNA counsel regarding unsigned Order and status conference. | | |
| 15 | M. Waller | 0.3 | 96.00 |
| 11/17/03 | Worked with A. Marchetta regarding case status, including in preparation for litigation status meeting with client, preparation of joint status report and status conference before Judge Kaplan. | | |
| 4 | S. Parker | 0.2 | 21.00 |
| 11/17/03 | Worked with M. Waller regarding case status, including in preparation for litigation status meeting with client, preparation of joint status report and status conference before Judge Kaplan. | | |
| 4 | S. Parker | 0.2 | 21.00 |
| 11/18/03 | Work with M. Waller regarding date for court hearing and strategy discussions regarding same. | | |
| 4 | A. Marchetta | 0.2 | 90.00 |
| 11/18/03 | Work with A. Marchetta regarding call with CNA counsel, adjourning court conference, and meeting with client. | | |
| 15 | M. Waller | 0.2 | 64.00 |
| 11/18/03 | Letter to Judge Kaplan requesting adjournment of status conference schedule. | | |
| 15 | M. Waller | 0.3 | 96.00 |
| 11/18/03 | Telephone conference with E. DeCristofaro regarding adjourning conference with court, joint submission regarding same and scheduling. | | |
| 15 | M. Waller | 0.3 | 96.00 |

| Date | Description | Code | Timekeeper | Hours | Amount |
|---|---|---|---|---|---|
| 11/18/03 | Follow up with A. Marchetta regarding telephone conference with E. DeCristofaro regarding adjourning conference with court, joint submission regarding same and scheduling. | 15 | M. Waller | 0.1 | 32.00 |
| 11/19/03 | Telephone calls and review correspondence to court regarding scheduling and work with M. Waller regarding same. | 4 | A. Marchetta | 0.3 | 135.00 |
| 11/19/03 | Draft additions and revisions to letter to Judge Kaplan requesting adjournment of status conference. | 15 | M. Waller | 0.1 | 32.00 |
| 11/19/03 | Work with A. Marchetta to finalize letter to Judge Kaplan requesting adjournment of status conference. | 15 | M. Waller | 0.1 | 32.00 |
| 11/19/03 | Worked with M. Waller in preparation for upcoming client meeting and status conference before Judge Kaplan | 4 | S. Parker | 0.3 | 31.50 |
| 11/24/03 | E-mails and follow up regarding court scheduling status conference before Judge Kaplan. | 4 | A. Marchetta | 0.3 | 135.00 |
| 11/24/03 | Follow up with Judge Kaplan's chambers and clerk's office regarding application to adjourn status conference. | 15 | M. Waller | 0.2 | 64.00 |

<u>Attorney Summary</u>

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| A. Marchetta | 3.70 | 450.00 | 1,665.00 |
| M. Waller | 8.60 | 320.00 | 2,752.00 |
| L. Jordan | 14.70 | 160.00 | 2,352.00 |
| B. Moffitt | 6.40 | 280.00 | 1,792.00 |
| S. Parker | 0.70 | 105.00 | 73.50 |
| TOTALS | 34.10 | | 8,634.50 |

## FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 4 | 3.7 | 450.00 | 1,665.00 |
| M. Waller | 15 | 8.6 | 320.00 | 2,752.00 |
| L. Jordan | 15 | 14.7 | 160.00 | 2,352.00 |
| B. Moffitt | 15 | 6.4 | 280.00 | 1,792.00 |
| S. Parker | 4 | 0.7 | 105.00 | 73.50 |
| TOTAL | | 34.1 | | 8,634.50 |

Client: 082910 W.R. GRACE & CO.
Matter: 102292 Tahari, Ltd.

| Date | Description | | | |
|---|---|---|---|---|
| 11/03/03 | Review correspondence from V. Finklestein regarding questions concerning depositions and required document production, and question about reviewing files to determine facts possibly contradicting Tahari's argument concerning alleged fraud. | | | |
| 15 | B. Benjamin | | 0.3 | 96.00 |
| 11/03/03 | Draft correspondence to V. Finklestein regarding document production and stay of depositions by summary judgment motion, including review of Grace files regarding facts contradicting claim of alleged fraud. | | | |
| 15 | B. Benjamin | | 0.2 | 64.00 |
| 11/13/03 | E-mails and follow up regarding discovery issues. | | | |
| 4 | A. Marchetta | | 0.4 | 180.00 |
| 11/13/03 | Obtain service of Notice of Motion by hand, review docket and enter, update Pitney calendar, and inform and forward to B. Benjamin. | | | |
| 15 | S. Wattenberg | | 0.3 | 37.50 |
| 11/18/03 | Telephone conference with B. Benjamin regarding contingency issue for client concerning reserve. | | | |
| 4 | A. Marchetta | | 0.3 | 135.00 |
| 11/19/03 | Follow up re e-mail to client on reserves. | | | |
| 4 | A. Marchetta | | 0.3 | 135.00 |
| 11/19/03 | Draft correspondence to A. Nagy regarding potential claims by landlord, payment of Use and Occupancy rent by Tahari, and possibly reversing reserves set aside to cover potential losses. | | | |

| Date | Code | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|---|
| | 15 | | B. Benjamin | 0.2 | 64.00 |
| 11/21/03 | | Review Plaintiff Landlord's Affidavits and Memorandum in Support of Motion for Partial Summary Judgment on Ejectment claim. | | | |
| | 15 | | B. Benjamin | 0.8 | 256.00 |
| 11/21/03 | | Legal research regarding case law supporting Contractual Merger clause barring claim of subsequent oral modification, effect of fraud in the inducement factual allegation, Tortious interference claim, Negligent Misrepresentation, and Application of General Business Law section 349. | | | |
| | 15 | | B. Benjamin | 2.1 | 672.00 |
| 11/21/03 | | Draft Notice of Motion in Support of Motion for Partial Summary Judgment and Dismissal of Tahari's Counterclaims and Crossclaims. | | | |
| | 15 | | B. Benjamin | 0.2 | 64.00 |
| 11/21/03 | | Draft Attorney Affirmation in Support of Motion for Partial Summary Judgment and Dismissal of Tahari's Counterclaims and Crossclaims. | | | |
| | 15 | | B. Benjamin | 1.3 | 416.00 |
| 11/21/03 | | Draft Memorandum of Law in Support of Motion for Partial Summary Judgment and Dismissal of Tahari's Counterclaims and Crossclaims. | | | |
| | 15 | | B. Benjamin | 2.2 | 704.00 |
| 11/24/03 | | Follow up with B. Benjamin regarding court demand for settlement conference; including review of all outstanding case issues. | | | |
| | 4 | | A. Marchetta | 0.7 | 315.00 |
| 11/24/03 | | Obtain, review and arrange to file Notice of Motion to dismiss in Supreme Court, New York County, including conversation with motion support clerk regarding same. | | | |
| | 15 | | S. Wattenberg | 0.3 | 37.50 |
| 11/25/03 | | Telephone calls regarding settlement conference with court with co-counsel. | | | |
| | 4 | | A. Marchetta | 0.4 | 180.00 |
| 11/25/03 | | Review issues and telephone calls with client regarding court ordered settlement conference. | | | |
| | 4 | | A. Marchetta | 0.4 | 180.00 |
| 11/25/03 | | Telephone conference with C. Boubol regarding Court Ordered mediation conference. | | | |
| | 15 | | B. Benjamin | 0.2 | 64.00 |
| 11/25/03 | | Review and analysis of letters from and to D. Rosenholc and C. Boubol regarding attempts to sublease space to Tahari, Landlord's refusal to consent | | | |

| | | | | |
|---|---|---|---|---|
| 15 | to sublease, and Court ordered mediation.<br>B. Benjamin | | 0.1 | 32.00 |
| 11/25/03 | Obtain Notice of Motion to Dismiss, including reviewing same and meeting with motion support clerk at Supreme Court, New York and filing and placing on calendar. | | | |
| 24 | S. Wattenberg | | 1.0 | 125.00 |
| 11/26/03 | Draft letter to A. Mack, counsel for Tahari, regarding adjournment of motion and extension of time to submit opposition papers. | | | |
| 15 | B. Benjamin | | 0.2 | 64.00 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| A. Marchetta | 2.50 | 450.00 | 1,125.00 |
| B. Benjamin | 7.80 | 320.00 | 2,496.00 |
| S. Wattenberg | 1.60 | 125.00 | 200.00 |
| TOTALS | 11.90 | | 3,821.00 |


FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 4 | 2.5 | 450.00 | 1,125.00 |
| B. Benjamin | 15 | 7.8 | 320.00 | 2,496.00 |
| S. Wattenberg | 15 | 1.6 | 125.00 | 200.00 |
| TOTAL | | 11.9 | | 3,821.00 |