# EXHIBIT B

# EXHIBIT B

## EXPENSES FOR THE FEE PERIOD
## NOVEMBER 1, 2003 THROUGH NOVEMBER 30, 2003

Engagement Costs – Weja, Inc.

| | | |
|---|---|---:|
| | Duplicating | 9.10 |
| | Telephone | 0.60 |
| | Matter Total Engagement Cost | 9.70 |

Engagement Costs – Chapter 11 Administration

| | | | |
|---|---|---|---:|
| 11/03/03 | PD UPS TO WILMINGTON DE; KMJ; CK# 254427 | | 7.74 |
| 11/13/03 | PD UPS TO WILMINGTON DE; KMJ; INV # 81207463 | | 7.74 |
| | Duplicating | | 23.52 |
| | | Matter Total Engagement Cost | 39.00 |

Engagement Costs – NY Superfund Action

| | | | |
|---|---|---|---:|
| 11/26/03 | DOCUMENT ACCESS FACILITY--ANNEX--NOVEMBER 2003 | | 2148.00 |
| | Computer Assisted Research[2] | | 47.94 |
| | Duplicating | | 158.20 |
| | | Matter Total Engagement Cost | 2,354.14 |

Engagement Costs – Tahari, Ltd.

| | | |
|---|---|---:|
| 11/26/03 | Paid HCK#152642 to Clerk of the Court for fee to file Motion in Supreme Court, New York County, #10507, S#4989[3] | 45.00 |
| | Computer Assisted Research[4] | 26.02 |

---

[2] See Engagement Cost Report for the *NY Superfund Action* matter for the period 11/1/2003 to 11/30/2003 attached hereto as Exhibit 1.

[3] See copy of check no. 152642 attached hereto as Exhibit 2.

[4] See Engagement Cost Report for the *Tahari, Ltd.* matter for the period 11/1/2003 to 11/30/2003 attached hereto as Exhibit 3.

| | |
|---|---:|
| Postage | 4.20 |
| Matter Total Engagement Cost | 75.22 |

# EXHIBIT B-1

| 12/24/2003 | Pitney, Hardin, Kipp & Szuch, LLP | (_PHDSB02JB) |
| --- | --- | --- |
| 9:08 AM | Engagement Cost Report | Req'd By: KANDOLAB |
| Includes: Soft, Billed | Periods: 200311 To 200311 Dates: 11/1/2003 To 11/30/2003 | Currency: USD |

**Client: 082913   W.R. GRACE & CO.\INSURANCE CO**
**Matter: 000009   NY Superfund Action**

**Client: 082913   W.R. GRACE & CO.\INSURANCE CO**
**Cost Code: CAR   Computer Assisted Research**

| Trans Date | Disb | Description | Disb ID | Task Code | Bill Num | Bill Date | Base Amount | To Bill Amount | Billed Amount |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 11/22/2003 | CAR | | 1679002 | 24 | 2039539 | 12/11/2003 | $2.50 | $2.50 | $2.50 |
| 11/25/2003 | CAR | | 1680211 | 24 | 2039539 | 12/11/2003 | $45.44 | $45.44 | $45.44 |
| **Cost Code CAR Totals:** | | | | | | | $47.94 | $47.94 | $47.94 |
| **Matter 000009 Totals:** | | | | | | | $47.94 | $47.94 | $47.94 |
| **Client 082913 Totals:** | | | | | | | $47.94 | $47.94 | $47.94 |
| **Report Totals** | | | | | | | $47.94 | $47.94 | $47.94 |

Page: 1

# **EXHIBIT B-2**

082910.102292
Fee to file motion
$45.00
11/25/03

#216
S# 4949

PAID.................
APPROVED...........
VENDOR NO. 100161
CHECK NO. 152642
CHARGE 10507

ALREADY ENTERED IN COMPUTER



11/26

**PITNEY, HARDIN, KIPP & SZUCH LLP**
P.O. BOX 1945
MORRISTOWN, NEW JERSEY 07962-1945

№ 152642

55-760/312 (006)

PNC Bank, N.A.
NEW JERSEY 060
161 MADISON AVENUE, MORRISTOWN, NJ 07960

PAY   Forty Five Dollars and Zero Cents

TO THE ORDER OF   Clerk of the Court

**ACCOUNTS PAYABLE FILE COPY**

| DATE | AMOUNT |
|---|---|
| 11/25/03 | $45.00 |

PITNEY, HARDIN, KIPP & SZUCH LLP

NON NEGOTIABLE
AUTHORIZED SIGNATURE

⑈152642⑈ ⑆031207607⑆ 8100450510⑈

---

**PITNEY, HARDIN, KIPP & SZUCH LLP**
**CHECK REQUISITION**

PAYEE  Clerk of the Court          DATE 11/24/03
CLIENT W. R. Grace + Co            NO: 082910
MATTER 1114 Trzeciahn              NO: 102292
DESCRIPTION Fee to file motion in Sup Ct, NY Ct

AMOUNT $ 45.00                     _____
                                   AUTHORIZED SIGNATURE

# EXHIBIT B-3

12/24/2003  
9:11 AM  
Includes: Soft, Billed

Pitney, Hardin, Kipp & Szuch, LLP  
**Engagement Cost Report**  
Periods: 200311 To 200311  Dates: 11/1/2003 To 11/30/2003

(_PHDSB02JB)  
Req'd By: KANDOLAB  
Currency: USD

Client: 082910  W.R. GRACE & CO.  
Matter: 102292  Tahari, Ltd.  
Cost Code: CAR  Computer Assisted Research

| Trans Date | Disb | Description | Disb ID | Task Code | Bill Num | Bill Date | Base Amount | To Bill Amount | Billed Amount |
|---|---|---|---|---|---|---|---|---|---|
| 11/8/2003 | CAR | | 1674318 | 24 | 2039524 | 12/11/2003 | $2.70 | $2.70 | $2.70 |
| 11/22/2003 | CAR | | 1679001 | 24 | 2039524 | 12/11/2003 | $3.75 | $3.75 | $3.75 |
| 11/25/2003 | CAR | | 1680263 | 24 | 2039524 | 12/11/2003 | $19.57 | $19.57 | $19.57 |
| Cost Code CAR Totals: | | | | | | | $26.02 | $26.02 | $26.02 |
| **Matter 102292 Totals:** | | | | | | | $26.02 | $26.02 | $26.02 |
| **Client 082910 Totals:** | | | | | | | $26.02 | $26.02 | $26.02 |
| **Report Totals** | | | | | | | $26.02 | $26.02 | $26.02 |

Page: 1

# IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* : | Chapter 11 |
| : | Case No. 01-01139 (JKF) |
| W. R. GRACE & CO., *et al.*,[1] : | (Jointly Administered) |
| : | |
| Debtors. : | Objection Deadline: January 26, 2004 |
| : | Hearing Date: TBD, if necessary |

## **VERIFICATION**

ANTHONY J. MARCHETTA, after being duly sworn according to law, deposes and says:

1. I am a partner with the applicant firm, Pitney, Hardin, Kipp & Szuch LLP, and am a member in good standing of the bars of the State of New Jersey, the United States District Court for the District of New Jersey, the United States Court of Appeals for the Third Circuit, the United States District Court for the Northern District of New York, the United States District Court for the Eastern District of New York, the United States District Court for the Southern

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

1126037A01122903

District of New York, the United States Court of Appeals for the Second Circuit, the United States Claims Court, the United States Tax Court, and the Supreme Court of the United States.

2. I have personally performed certain of, and overseen, the legal services rendered by Pitney, Hardin, Kipp & Szuch LLP as counsel to the Debtors and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

3. The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

Florham Park, New Jersey  
Dated: December 29, 2003

Respectfully submitted,  
PITNEY, HARDIN, KIPP & SZUCH LLP

_____  
Anthony J. Marchetta, Esq.  
(Mail) P.O. Box 1945  
Morristown, NJ 07962-1945  
(Delivery) 200 Campus Drive  
Florham Park, NJ 07932-0950