## EXHIBIT A

**Case Administration (8.60 Hours; $ 3,764.50)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 4.10 | $685 | 2,808.50 |
| Rita C. Tobin | .80 | $375 | 300.00 |
| Robert C. Spohn | 3.20 | $180 | 576.00 |
| Andrew D. Katznelson | .50 | $160 | 80.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 11/03/03 | PVL | 685.00 | 0.20 | Review 2 LTC memos ((.1); review UCC oppo. re FCR (.1). |
| 11/03/03 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 10/29/03 (.2). |
| 11/04/03 | PVL | 685.00 | 0.10 | Review 5 miscellaneous motions. |
| 11/04/03 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 11/03/03 (.2). |
| 11/04/03 | ADK | 160.00 | 0.50 | Updated payment schedule with payment received. |
| 11/05/03 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 11/04/03 (.2). |
| 11/07/03 | PVL | 685.00 | 0.10 | Confer TWS re status. |
| 11/07/03 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 11/06/03 (.2). |
| 11/10/03 | PVL | 685.00 | 0.10 | Review agenda letter. |
| 11/10/03 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 11/07/03 (.2). |

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 11/11/03 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 11/10/03 (.2). |
| 11/12/03 | PVL | 685.00 | 0.30 | Review 6 miscellaneous filings (.1); review reply re MVC lit. (.1); review Royal late claim motion (.1). |
| 11/12/03 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 11/11/03 (.2). |
| 11/13/03 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 11/12/03 (.2). |
| 11/14/03 | RCT | 375.00 | 0.40 | Research issue re: 3rd Circuit. |
| 11/14/03 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 11/13/03 (.2). |
| 11/15/03 | PVL | 685.00 | 0.10 | Review 6 miscellaneous filings. |
| 11/17/03 | RCT | 375.00 | 0.20 | Review local counsel recommendations re: EI update. |
| 11/17/03 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 11/14/03 (.2). |
| 11/19/03 | PVL | 685.00 | 0.40 | Review 7 miscellaneous filings (.1); review Hurford memo re hearing (.1); review Grace doc. prod. re FCR motion (.2). |
| 11/19/03 | RCS | 180.00 | 0.30 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 11/17/03 thru 11/18/03 (.3). |
| 11/20/03 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received  11/19/03 (.2). |
| 11/21/03 | PVL | 685.00 | 0.10 | Review 6 miscellaneous filings. |
| 11/21/03 | RCS | 180.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received  11/20/03 (.1). |
| 11/22/03 | PVL | 685.00 | 0.10 | Review 8 miscellaneous filings. |

{D0017347:1 }

Case 01-01139-AMC   Doc 4894-1   Filed 01/05/04   Page 3 of 8

- 3 -

| Date | Init | Rate | Hours | Narrative |
|---|---|---|---|---|
| 11/24/03 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 11/21/03 (.2). |
| 11/25/03 | PVL | 685.00 | 0.60 | Review Acq. Partners et al mandamus petition. |
| 11/25/03 | RCT | 375.00 | 0.20 | Review local counsel recommendations re: EI update. |
| 11/25/03 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 11/24/03 (.2). |
| 11/26/03 | PVL | 685.00 | 1.40 | E-mail Eskin re mandamus (.1); teleconference Eskin re same (.4); voicemail Baena re same (.1); teleconference EI re same (.2); teleconference Baena re same (.4); teleconference Eskin and Hurford re same (.2). |
| 11/26/03 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 11/25/03 (.2). |
| 11/29/03 | PVL | 685.00 | 0.50 | Teleconference NDF re mandamus (.4); review mandamus docs (.1). |
| 11/30/03 | PVL | 685.00 | 0.10 | Review e-mails re mandamus. |

**Total Task Code .04       8.60**

**Claim Analysis Objection & Resolution (Asbestos)(5.10 Hours; $ 1,351.50)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| John P. Cunningham | 5.10 | $265 | 1,351.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 11/05/03 | JPC | 265.00 | 0.80 | Review recent developments in pending litigation. |

{D0017347:1 }

| Date | Empl | Rate | Hours | Narrative |
|---|---|---|---|---|
| 11/06/03 | JPC | 265.00 | 2.20 | Review recent developments in pending litigation. |
| 11/07/03 | JPC | 265.00 | 1.20 | Review recent developments in pending litigation. |
| 11/19/03 | JPC | 265.00 | 0.90 | Research and organize litigation and correspondence files relating to "challenged" claims. |

**Total Task Code .05      5.10**

**Claim Analysis Objection & Resolution (Non-Asbestos)(.10 Hours; $ 68.50)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .10 | $685 | 68.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 11/29/03 | PVL | 685.00 | 0.10 | Review Grace oppo. re Royal late claim. |

**Total Task Code .06      .10**

**Committee, Creditors', Noteholders' or Equity Holders (.10 Hours; $ 78.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .10 | $780 | 78.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 11/13/03 | EI | 780.00 | 0.10 | Memo to Committee re: accounting policies. |

**Total Task Code .07      .10**

**Employee Benefits/Pension (.20 Hours; $ 156.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .20 | $780 | 156.00 |

{D0017347:1 }

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 11/03/03 | EI | 780.00 | 0.20 | Memo re: CEO employment agreement. |

**Total Task Code .08     .20**

**Fee Applications, Applicant (5.00 Hours; $ 1,230.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Rita C. Tobin | 2.00 | $375 | 750.00 |
| Andrew D. Katznelson | 3.00 | $160 | 480.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 11/04/03 | RCT | 375.00 | 0.50 | Review pre-bills. |
| 11/05/03 | RCT | 375.00 | 0.50 | Review exhibits. |
| 11/12/03 | ADK | 160.00 | 1.00 | Worked on Fee Application. |
| 11/13/03 | RCT | 375.00 | 0.50 | Review final fee app. |
| 11/14/03 | ADK | 160.00 | 0.50 | Worked on Fee Application. |
| 11/21/03 | ADK | 160.00 | 1.00 | Worked on Fee Application. |
| 11/21/03 | ADK | 160.00 | 0.50 | Worked on fee application, service of same. |
| 11/24/03 | RCT | 375.00 | 0.50 | Review final of fee application - monthly. |

**Total Task Code .12     5.00**

**Fee Applications, Others (41.30 Hours; $ 15,752.50)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .20 | $685 | 137.00 |

{D0017347:1 }

- 6 -

| | | | |
|---|---|---|---|
| Trevor W. Swett | 1.40 | $520 | 728.00 |
| Rita C. Tobin | 39.70 | $375 | 14,887.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 11/03/03 | RCT | 375.00 | 1.50 | Research/draft memo re: fee isues. |
| 11/04/03 | RCT | 375.00 | 1.50 | Research/draft memo re: fee issue. |
| 11/06/03 | RCT | 375.00 | 8.00 | Additional research; draft and edit memo re: fee issue. |
| 11/07/03 | RCT | 375.00 | 6.50 | Draft memo re: fee issue (4.0); additional research (2.5). |
| 11/09/03 | RCT | 375.00 | 7.00 | Research common fund doctrine (3.5); draft memo (3.5). |
| 11/10/03 | RCT | 375.00 | 7.00 | Research common fund doctrine (3.0); draft memo (4.0). |
| 11/10/03 | TWS | 520.00 | 0.20 | Tel. L. LeClair re fee issue. |
| 11/11/03 | RCT | 375.00 | 7.00 | Research common fund doctrine (1.5); revise and edit memo (5.5). |
| 11/14/03 | TWS | 520.00 | 0.70 | TC P.Weitz and RCT re special fee app. (.1); TC RCT re facts and law pertaining to special fee app. (.6) |
| 11/15/03 | PVL | 685.00 | 0.10 | Review 2 fee applications. |
| 11/17/03 | RCT | 375.00 | 1.20 | Follow-up research re: common fund theory. |
| 11/21/03 | TWS | 520.00 | 0.50 | Read RCT memo re "common fund" and "benefit conferred" doctrines |
| 11/29/03 | PVL | 685.00 | 0.10 | Review 4 fee applications. |

**Total Task Code .13**      **41.30**

**Hearings (.10 Hours; $ 68.50)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .10 | $685 | 68.50 |

{D0017347:1 }

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 11/25/03 | PVL | 685.00 | 0.10 | Review motion re SA agreement. |

**Total Task Code .13**   **.10**

**Litigation and Litigation Consulting (.20 Hours; $ 108.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Albert G. Lauber | .20 | $540 | 108.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 11/10/03 | AGL | 540.00 | 0.20 | Review pending orders and motions. |

**Total Task Code .16**   **.20**

**Plan & Disclosure Statement (.50 Hours; $ 361.50)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .50 | $685 | 361.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 11/01/03 | EI | 780.00 | 0.20 | Read Tersigni report on accounting procedures. |
| 11/06/03 | PVL | 685.00 | 0.20 | Teleconference Sinclair. |
| 11/11/03 | PVL | 685.00 | 0.10 | Teleconference Sinclair. |

**Total Task Code .17**   **.50**

Other Charges:

Other Charges

| | |
|---|---:|
| Database Research | $5,674.15 |
| Local Transpiration - NY | 45.88 |
| Long Distance-Equitrac In-House | 6.84 |
| NYO Long Distance Telephone | 1.20 |
| Telecopier/Equitrac | 13.05 |
| Xeroxing | <u>112.05</u> |
| Total | $5,853.17 |

{D0017347:1 }