**EXHIBIT B**

**Case Administration (8.6 Hours; $ 3,764.50)**

Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .04        8.6**

**Claim Analysis Objection & Resolution (Asbestos) (5.1 Hours; $ 1,351.50)**

Services rendered in this category pertain to the review, analysis of and response to claims filed against the Debtors' estates.

**Total Task Code .05        5.1**

**Claim Analysis Objection & Resolution (Non-Asbestos) (.1 Hours; $ 68.50)**

Services rendered in this category pertain to the review, analysis of and response to claims filed against the Debtors' estates.

**Total Task Code .06        .1**

**Committee, Creditors', Noteholders or Equity Holders (.1 Hours; $ 78.00)**

Services rendered in this category include Committee meetings and conference calls, general memoranda to Committee and national counsel, telephone inquiries from Committee members and/or his or her counsel.

**Total Task Code .07        .1**

**Employee Benefits/Pension (.2 Hours; $ 156.00)**

Services rendered in this category include the Debtor's benefits and severance programs and other issues relating to the Debtors' employees.

**Total Task Code .08        .2**

**Fee Applications, Applicant (5.0 Hours; $ 1,230.00)**

Services rendered in this category pertain to the preparation and review of Caplin & Drysdale's fee applications including the fees and expenses of Caplin & Drysdale's special consultant, Professor Elizabeth Warren.

**Total Task Code .12        5.0**

**Fee Applications, Others (41.3 Hours; $ 15,752.50)**

Services rendered in this category pertain to the review of the fee applications of professionals and experts other than Caplin & Drysdale.

**Total Task Code .13        41.3**

**Litigation & Litigation Consulting (.2 Hours; $ 108.00)**

Services rendered in this category pertain to litigation regarding all matters other than insurance recovery and relief from the automatic stay.

**Total Task Code .16        .2**

**Hearings (.1 Hours; $ 68.50)**

Services rendered in this category pertain to the preparation for and attendance at court hearings relating to the issues in these bankruptcy proceedings.

**Total Task Code .15        .1**

**Plan & Disclosure Statement (.5 Hours; $ 361.50)**

Services rendered in this category pertain to efforts to the formulation of a reorganization plan and disclosure statement and selection of a representative for future claimants.

**Total Task Code .17        .5**

{D0017348:1 }