# **EXHIBIT C**

Other Charges:

Other Charges

| | |
|---|---:|
| Database Research | $5,674.15 |
| Local Transpiration - NY | 45.88 |
| Long Distance-Equitrac In-House | 6.84 |
| NYO Long Distance Telephone | 1.20 |
| Telecopier/Equitrac | 13.05 |
| Xeroxing | <u>112.05</u> |
| Total | $5,853.17 |

{D0017349:1 }