```
Client Number:   4642           Grace Asbestos Personal Injury Claimants                                    Page:       1
Matter      000                 Disbursements                                                              12/23/2003
                                                                                                        Print Date/Time:
                                                                                                           12/23/2003
                                                                                                            8:42:08AM
Attn:                                                                                                      Invoice #

                                                   PREBILL / CONTROL REPORT
                                                      Trans Date Range:  1/1/1950  to: 11/30/2003
Matter      000
Disbursements
Bill Cycle:       Monthly        Style:        i1        Start:    4/16/2001
                                                                Last Billed : 11/20/2003                 13,655
```

Trust Amount Available

Total Expenses Billed To Date        $228,580.35

```
                                            Billing Empl:       0120     Elihu Inselbuch
                                            Responsible Empl:   0120     Elihu Inselbuch
                                            Alternate Empl:     0120     Elihu Inselbuch
                                            Originating Empl:   0120     Elihu Inselbuch
```

**Summary by Employee**

|  |  |  | ---------- ACTUAL ---------- | | ---------- BILLING ---------- | |
|---|---|---|---|---|---|---|
| Empl | Initials | Name | Hours | Amount | Hours | Amount |
| 0073 | RCT | Rita C. Tobin | 0.00 | 45.88 | 0.00 | 45.88 |
| 0234 | RET | Rita E Tower | 0.00 | 1.95 | 0.00 | 1.95 |
| 0238 | SLG | Stacey L Gandy | 0.00 | 60.00 | 0.00 | 60.00 |
| 0245 | PT | Paula Taylor-Brooks | 0.00 | 9.00 | 0.00 | 9.00 |
| 0999 | C&D | Caplin &. Drysdale | 0.00 | 5,736.34 | 0.00 | 5,736.34 |
|  |  |  | **0.00** | **5,853.17** | **0.00** | **5,853.17** |

**Total Fees**

**Summary by Employee**

|  |  |  | ---------- ACTUAL ---------- | | | ---------- BILLING ---------- | | |
|---|---|---|---|---|---|---|---|---|
| Empl | Initials | Name | Rate | Hours | Amount | Rate | Hours | Amount |

**Total Fees**

**Detail Time / Expense by Date**

|  |  |  |  |  |  | ---------- ACTUAL ---------- | | | ---------- BILLING ---------- | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TransNo. | Description | TransType | Trans Date | Work Empl | | Rate | Hours | Amount | Rate | Hours | Amount | Cumulative |
| 1556698 | Fax Transmission to 12145239159 | E | 11/03/2003 | 0999 | C&D | 0.00 |  | $0.60 | 0.00 |  | $0.60 | 0.60 |
| 1556699 | Fax Transmission to 12145239157 | E | 11/03/2003 | 0999 | C&D | 0.00 |  | $0.60 | 0.00 |  | $0.60 | 1.20 |
| 1556700 | Fax Transmission to 12145239158 | E | 11/03/2003 | 0999 | C&D | 0.00 |  | $0.60 | 0.00 |  | $0.60 | 1.80 |
| 1556701 | Fax Transmission to 12145991171 | E | 11/03/2003 | 0999 | C&D | 0.00 |  | $0.60 | 0.00 |  | $0.60 | 2.40 |
| 1556702 | Fax Transmission to 12148248100 | E | 11/03/2003 | 0999 | C&D | 0.00 |  | $0.75 | 0.00 |  | $0.75 | 3.15 |
| 1556703 | Fax Transmission to 17136501400 | E | 11/03/2003 | 0999 | C&D | 0.00 |  | $0.60 | 0.00 |  | $0.60 | 3.75 |
| 1556704 | Fax Transmission to 13125516759 | E | 11/03/2003 | 0999 | C&D | 0.00 |  | $0.60 | 0.00 |  | $0.60 | 4.35 |
| 1556705 | Fax Transmission to 18432169290 | E | 11/03/2003 | 0999 | C&D | 0.00 |  | $0.60 | 0.00 |  | $0.60 | 4.95 |
| 1556706 | Fax Transmission to 14067527124 | E | 11/03/2003 | 0999 | C&D | 0.00 |  | $0.60 | 0.00 |  | $0.60 | 5.55 |
| 1556707 | Fax Transmission to 13026565875 | E | 11/03/2003 | 0999 | C&D | 0.00 |  | $0.60 | 0.00 |  | $0.60 | 6.15 |

```
Client Number:  4642              Grace Asbestos Personal Injury Claimants                                             Page:     1
Matter     000                    Disbursements                                                                        12/23/2003
                                                                                                                       Print Date/Time:
                                                                                                                       12/23/2003
                                                                                                                       8:42:08AM
Attn:                                                                                                                  Invoice #
1556708    Fax Transmission to 15108354913              E  11/03/2003  0999  C&D    0.00      $0.60    0.00    $0.60    6.75
1556709    Fax Transmission to 12165750799              E  11/03/2003  0999  C&D    0.00      $0.60    0.00    $0.60    7.35
1556710    Fax Transmission to 13053796222              E  11/03/2003  0999  C&D    0.00      $0.60    0.00    $0.60    7.95
1556711    Fax Transmission to 14124718308              E  11/03/2003  0999  C&D    0.00      $0.60    0.00    $0.60    8.55
1556712    Fax Transmission to 12123440994              E  11/03/2003  0999  C&D    0.00      $0.60    0.00    $0.60    9.15
1556713    Fax Transmission to 12123445461              E  11/03/2003  0999  C&D    0.00      $0.60    0.00    $0.60    9.75
1556714    Fax Transmission to 12123445462              E  11/03/2003  0999  C&D    0.00      $0.60    0.00    $0.60   10.35
1556715    Fax Transmission to 16179510679              E  11/03/2003  0999  C&D    0.00      $0.60    0.00    $0.60   10.95
1556716    Fax Transmission to 18432169450              E  11/03/2003  0999  C&D    0.00      $0.60    0.00    $0.60   11.55
1556717    Fax Transmission to 13024269947              E  11/03/2003  0999  C&D    0.00      $0.15    0.00    $0.15   11.70
1556718    Fax Transmission to 13024269947              E  11/03/2003  0999  C&D    0.00      $0.45    0.00    $0.45   12.15
1556719    Fax Transmission to 14122615066              E  11/03/2003  0999  C&D    0.00      $0.30    0.00    $0.30   12.45
1556720    Fax Transmission to 14122615066              E  11/03/2003  0999  C&D    0.00      $0.60    0.00    $0.60   13.05
1556753    Photocopy                                    E  11/03/2003  0999  C&D    0.00      $0.75    0.00    $0.75   13.80
1556802    Photocopy                                    E  11/03/2003  0999  C&D    0.00      $0.90    0.00    $0.90   14.70
1556826    Photocopy                                    E  11/03/2003  0238  SLG    0.00      $4.05    0.00    $4.05   18.75
1556836    Photocopy                                    E  11/03/2003  0238  SLG    0.00     $13.95    0.00   $13.95   32.70
1557150    Equitrac - Long Distance to 8054993572       E  11/04/2003  0999  C&D    0.00      $0.08    0.00    $0.08   32.78
1557256    Photocopy                                    E  11/04/2003  0999  C&D    0.00      $0.60    0.00    $0.60   33.38
1557659    Photocopy                                    E  11/05/2003  0999  C&D    0.00      $0.45    0.00    $0.45   33.83
1557722    Photocopy                                    E  11/05/2003  0238  SLG    0.00      $0.90    0.00    $0.90   34.73
1558299    Photocopy                                    E  11/07/2003  0999  C&D    0.00      $3.00    0.00    $3.00   37.73
1559093    Photocopy                                    E  11/10/2003  0238  SLG    0.00     $18.90    0.00   $18.90   56.63
1559119    Photocopy                                    E  11/10/2003  0245  PT     0.00      $9.00    0.00    $9.00   65.63
1559527    Equitrac - Long Distance to 2035698423       E  11/11/2003  0999  C&D    0.00      $0.32    0.00    $0.32   65.95
1560925    Charge & Ride RCT to MH Columbus on 10/17    E  11/13/2003  0073  RCT    0.00     $22.44    0.00   $22.44   88.39
1561395    Photocopy                                    E  11/13/2003  0234  RET    0.00      $1.95    0.00    $1.95   90.34
1561825    Equitrac - Long Distance to 2125585508       E  11/14/2003  0999  C&D    0.00      $0.32    0.00    $0.32   90.66
1561913    Photocopy                                    E  11/14/2003  0999  C&D    0.00     $19.80    0.00   $19.80  110.46
1561921    Photocopy                                    E  11/14/2003  0999  C&D    0.00      $2.40    0.00    $2.40  112.86
1561932    Photocopy                                    E  11/14/2003  0999  C&D    0.00      $3.60    0.00    $3.60  116.46
1562335    Photocopy                                    E  11/17/2003  0238  SLG    0.00      $0.60    0.00    $0.60  117.06
1562338    Photocopy                                    E  11/17/2003  0238  SLG    0.00      $7.20    0.00    $7.20  124.26
1562342    Photocopy                                    E  11/17/2003  0238  SLG    0.00      $6.90    0.00    $6.90  131.16
1562646    NYO Long Distance Telephone made in October. E  11/20/2003  0999  C&D    0.00      $1.20    0.00    $1.20  132.36
1564556    Photocopy                                    E  11/20/2003  0999  C&D    0.00      $0.60    0.00    $0.60  132.96
1564781    Photocopy                                    E  11/21/2003  0238  SLG    0.00      $2.40    0.00    $2.40  135.36
1564836    Photocopy                                    E  11/21/2003  0999  C&D    0.00      $1.80    0.00    $1.80  137.16
1564838    Photocopy                                    E  11/21/2003  0999  C&D    0.00      $7.20    0.00    $7.20  144.36
1565341    Photocopy                                    E  11/24/2003  0238  SLG    0.00      $0.60    0.00    $0.60  144.96
1565354    Photocopy                                    E  11/24/2003  0238  SLG    0.00      $4.50    0.00    $4.50  149.46
1566526    Local Transporation - NY - Charge & Ride car E  11/26/2003  0073  RCT    0.00     $23.44    0.00   $23.44  172.90
           service on 10/31 for RCT to go home
1566575    Database Research by RCT on 11/03 & 07       E  11/26/2003  0999  C&D    0.00  $2,579.07    0.00 $2,579.07 2,751.97
1566583    Database Research by RCT on 11/9-14          E  11/26/2003  0999  C&D    0.00  $2,286.18    0.00 $2,286.18 5,038.15
1566627    Database Research by RCT on 11/20            E  11/26/2003  0999  C&D    0.00    $808.90    0.00   $808.90 5,847.05
1566710    Equitrac - Long Distance to 3024261900       E  11/26/2003  0999  C&D    0.00      $1.40    0.00    $1.40 5,848.45
1566711    Equitrac - Long Distance to 3053502403       E  11/26/2003  0999  C&D    0.00      $0.05    0.00    $0.05 5,848.50
1566722    Equitrac - Long Distance to 3058587400       E  11/26/2003  0999  C&D    0.00      $1.89    0.00    $1.89 5,850.39
1566723    Equitrac - Long Distance to 3024261900       E  11/26/2003  0999  C&D    0.00      $1.13    0.00    $1.13 5,851.52
1566729    Equitrac - Long Distance to 4157743243       E  11/26/2003  0999  C&D    0.00      $1.65    0.00    $1.65 5,853.17
Total Expenses                                                                      0.00  $5,853.17    0.00 $5,853.17


                    Matter Total Fees                                                         0.00                 0.00


                    Matter Total Expenses                                                 5,853.17             5,853.17


                    Matter Total                                               0.00       5,853.17    0.00     5,853.17


                    Prebill Total Fees
```

```
Client Number:   4642            Grace Asbestos Personal Injury Claimants                              Page:    1
Matter       000                 Disbursements                                                         12/23/2003
                                                                                              Print Date/Time:
                                                                                                   12/23/2003
                                                                                                   8:42:08AM
Attn:                                                                                              Invoice #
```

|  |  |  |  |
|---|---|---|---|
| Prebill Total Expenses |  | $5,853.17 | $5,853.17 |
| Prebill Total | 0.00 $5,853.17 | 0.00 | $5,853.17 |

**Previous Billings**

| InvoiceNo | InvoiceDate | InvoiceTotal | OpenTotal |
|---|---|---|---|
| 36,593 | 07/26/2002 | 121,163.25 | 13,975.99 |
| 36,950 | 08/22/2002 | 231,722.75 | 24,660.40 |
| 37,197 | 09/25/2002 | 246,726.25 | 35,891.10 |
| 37,665 | 10/31/2002 | 153,308.00 | 30,661.60 |
| 37,961 | 11/30/2002 | 36,076.50 | 542.50 |
| 37,962 | 11/30/2002 | 137,754.50 | 27,550.90 |
| 38,223 | 12/26/2002 | 155,061.50 | 31,012.30 |
| 40,965 | 03/11/2003 | 31,418.00 | 6,283.60 |
| 40,966 | 03/11/2003 | 43,961.50 | 8,792.30 |
| 41,071 | 03/20/2003 | 27,076.50 | 5,415.30 |
| 41,429 | 04/24/2003 | 12,991.50 | 12,991.50 |
| 41,744 | 05/22/2003 | 12,293.50 | 2,458.70 |
| 41,745 | 05/22/2003 | 4,425.50 | 885.10 |
| 42,008 | 06/25/2003 | 7,075.50 | 1,415.10 |
| 42,071 | 06/27/2003 | 3,191.00 | 638.20 |
| 42,258 | 07/25/2003 | 8,561.00 | 1,712.20 |
| 42,259 | 07/25/2003 | 3,420.50 | 3,420.50 |
| 42,620 | 08/28/2003 | 9,498.50 | 1,899.70 |
| 42,639 | 08/28/2003 | 1,935.50 | 387.10 |
| 42,905 | 09/29/2003 | 6,967.25 | 1,393.45 |
| 42,954 | 09/29/2003 | 3,733.00 | 746.60 |
| 43,207 | 10/28/2003 | 10,170.45 | 10,170.45 |
| 43,234 | 10/14/2003 | 1,845.50 | 1,845.50 |
| 43,556 | 11/20/2003 | 24,452.61 | 24,452.61 |
| 43,557 | 11/20/2003 | 5,865.50 | 5,865.50 |
|  |  | 1,300,695.56 | 255,068.20 |