Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                              Page: 1
W.R. Grace                                    11/30/2003
Wilmington  DE                     ACCOUNT NO: 3000-00D
                                   STATEMENT NO:      26

Costs and Expenses



    PREVIOUS BALANCE                          -$542.81


    CREDIT BALANCE                            -$542.81
                                              ========




Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                        Page: 1
W.R. Grace                                          11/30/2003
Wilmington  DE                        ACCOUNT NO: 3000-01D
                                      STATEMENT NO:     30

Asset Analysis and Recovery



    PREVIOUS BALANCE                              $1,068.20


    BALANCE DUE                                   $1,068.20
                                                  =========



    Any payments received after the statement date will be
    applied to next month's statement.  Please note your
    account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

                                                        Page: 1
W.R. Grace                                            11/30/2003
Wilmington  DE                          ACCOUNT NO: 3000-02D
                                        STATEMENT NO:      30

Asset Disposition

    PREVIOUS BALANCE                                    $377.00

                                        HOURS
11/03/03
    MTH Reviewing Debtors' 9th Report of Asset
        Sales.                             0.10        26.50
                                          ----        -----
    FOR CURRENT SERVICES RENDERED          0.10        26.50

                    RECAPITULATION
TIMEKEEPER                  HOURS HOURLY RATE      TOTAL
Mark T. Hurford              0.10   $265.00      $26.50

    TOTAL CURRENT WORK                               26.50

    BALANCE DUE                                     $403.50
                                                    =======

    Any payments received after the statement date will be
    applied to next month's statement.  Please note your
    account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

                                                      Page: 1
W.R. Grace                                        11/30/2003
Wilmington  DE                        ACCOUNT NO: 3000-03D
                                      STATEMENT NO:      25

Business Operations


        PREVIOUS BALANCE                          $120.50


        BALANCE DUE                               $120.50
                                                  =======




        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA 15219
412-261-0310

Page: 1
W.R. Grace                                              11/30/2003
Wilmington   DE                       ACCOUNT NO: 3000-04D
                                      STATEMENT NO:      30

Case Administration

PREVIOUS BALANCE                                      $1,495.80

                                             HOURS
11/04/03
    PEM Review briefly operating report for
        September                             0.80    232.00
                                              ----    ------
    FOR CURRENT SERVICES RENDERED             0.80    232.00

                    RECAPITULATION
TIMEKEEPER                    HOURS HOURLY RATE      TOTAL
Philip E. Milch                0.80    $290.00    $232.00

    TOTAL CURRENT WORK                               232.00

    BALANCE DUE                                   $1,727.80
                                                  =========

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                                    11/30/2003
Wilmington  DE                          ACCOUNT NO: 3000-05D
                                        STATEMENT NO:      30

Claims Analysis Objection & Resolution (Asbestos)



PREVIOUS BALANCE                                        $3,025.50



                                              HOURS
11/14/03
     MTH Review of Royal Indemnity's Motion for
         Leave to file late proof of claim.        0.30      79.50

11/20/03
     KJC Discussion with MTH re Royal Indemnity
         Company's motion to allow late filed POC  0.20      30.00
     KJC Review Royal Indemnity motion for leave
         to file late POC and research re same     1.20     180.00
     KJC Discussion with MTH re review of Royal
         motion to file late POC                   0.10      15.00
     MTH Discussion with KJC re: Royal Motion      0.10      26.50

11/21/03
     KJC Further discussion with MTH re Royal
         claim and related adversary               0.20      30.00
     MTH Discussion with KJC re: Royal Motion      0.10      26.50

11/24/03
     KJC Review of documents and research related
         to Royal Indemnity motion to file late
         POC and related adversary proceeding      1.30     195.00
     KJC Draft e-mail to MTH re analysis of Royal
         motion to file late POC                   0.20      30.00
     KJC Discussion with MTH re Royal
         Indemnification issues re motion to file
         late POC                                  0.40      60.00
     MTH Discussion with KJC re Royal's Motion to
         File Late Proof of Claim (.2); additional
         review of Royal's Motion to file late
         proof of claim (2); and review of recent
         pleadings in Montana Vermiculite action

W.R. Grace

Claims Analysis Objection & Resolution (Asbestos)

|  |  | HOURS |  |
|---|---|---|---|
| | involving Royal (.2); telephone conference with C. Lane re Debtors' position on Royal's Motion (.1) | 0.70 | 185.50 |
| **11/25/03** | | | |
| KJC | Review e-mail from Hurford and attached draft of Debtor's objection to Royal late POC motion | 0.30 | 45.00 |
| MTH | Correspondence to J. Baer re Debtors' Objection to Royal Indemnity Motion. | 0.10 | 26.50 |
| MTH | Reviewing correspondence from J. Baer re Debtors' Objection to Royal Indemnity Motion. | 0.10 | 26.50 |
| **11/26/03** | | | |
| MTH | Reviewing Debtors' Objection to Royal Indemnity's Motion for Leave to File a Late POC and drafting Joinder in Opposition thereto. | 1.20 | 318.00 |
| | | ---- | -------- |
| | FOR CURRENT SERVICES RENDERED | 6.50 | 1,274.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 2.60 | $265.00 | $689.00 |
| Kathleen J. Campbell | 3.90 | 150.00 | 585.00 |

TOTAL CURRENT WORK                                     1,274.00

BALANCE DUE                                          $4,299.50
                                                    =========

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1
W.R. Grace                                          11/30/2003
Wilmington  DE                          ACCOUNT NO: 3000-06D
                                        STATEMENT NO:      30

Claims Analysis Objection & Resol. (Non-Asbestos)


PREVIOUS BALANCE                                      $830.30


                                         HOURS
11/12/03
     MTH Reviewing COC re resolution of claim of
         Valeron.                            0.10      26.50
                                             ----     -----
         FOR CURRENT SERVICES RENDERED       0.10      26.50
                        RECAPITULATION
   TIMEKEEPER               HOURS HOURLY RATE      TOTAL
   Mark T. Hurford           0.10    $265.00     $26.50


     TOTAL CURRENT WORK                                26.50


     BALANCE DUE                                     $856.80
                                                    =======


     Any payments received after the statement date will be
     applied to next month's statement.  Please note your
     account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1
W.R. Grace                                                    11/30/2003
Wilmington  DE                          ACCOUNT NO: 3000-07D
                                        STATEMENT NO:      30

Committee, Creditors, Noteholders, Equity Holders


PREVIOUS BALANCE                                    $19,618.40


                                              HOURS
11/02/03
     PEM Review weekly recommendation memo re:
         pending motions and matters                 0.30      87.00

11/03/03
     DEM Update Attorney Binder                      0.20      19.00
     DEM Review Pleadings and electronic filing
         notices; preparation and retrieval of
         documents relating to daily memo            0.40      38.00
     MAL Organization and distribution of daily
         pleadings                                   0.20      19.00
     MTH Reviewing UST's Objection to Appointment
         of Hamlin as FR                             0.20      53.00
     MRE Review of memorandum summarizing
         pleadings filed on October 30, 2003         0.10      27.50
     MRE Review of memorandum summarizing
         pleadings filed from October 31, 2003
         through November 2, 2003                    0.10      27.50
     PEM Review daily memo re: pleadings filed       0.10      29.00
     MTH Review of memorandum summarizing
         pleadings filed from 10/31/03 through
         11/2/03.                                    0.10      26.50
     MTH Reviewing London Market Insurer's
         Objection to Application to Appoint
         Hamlin as Futures Rep.                      0.20      53.00

11/04/03
     MAL Organization and distribution of daily
         pleadings                                   0.10       9.50
     DEM Review Pleadings and electronic filing
         notices; preparation and retrieval of
         documents relating to daily memo            0.30      28.50

                                                          Page: 2
W.R. Grace                                             11/30/2003
                                          ACCOUNT NO: 3000-07D
                                          STATEMENT NO:      30
Committee, Creditors, Noteholders, Equity Holders

|     |                                                              | HOURS |       |
| --- | ------------------------------------------------------------ | ----- | ----- |
| MAL | Updating Service List                                        | 0.10  | 9.50  |
| DEM | Revision of Weekly Recommendation Memo (adding new motions and orders) | 0.30 | 28.50 |
| DEM | Review Pleadings and electronic filing notices filed in adversary proceedings; preparation and retrieval of documents relating to adversary proceeding memo | 0.30 | 28.50 |
| MRE | Review of weekly recommendation memo                         | 0.20  | 55.00 |
| MRE | Meeting with MTH regarding upcoming motions and deadlines     | 0.20  | 55.00 |
| MTH | Meeting with MRE re upcoming objections and pending deadlines. | 0.20  | 53.00 |
| MRE | Review of memorandum summarizing pleadings filed on November 3, 2003 | 0.10 | 27.50 |
| MTH | Review of memorandum summarizing pleadings filed on 11/3/03.  | 0.10  | 26.50 |
| MTH | Reviewing PD Comm's Response to Debtors' Application to Appoint Hamlin. | 0.10 | 26.50 |
| MTH | Reviewing Debtors' Motion to Hold Future Rep. Appointment in Abeyance. | 0.10 | 26.50 |
| MTH | Reviewing UCC's Objection to Appointment of Hamlin as Future Rep. | 0.20 | 53.00 |
| MRE | Review of Debtors' Request to Hold in Abeyance Application for Appointment of a Future's Rep | 0.10 | 27.50 |

11/05/03

|     |                                                              |       |       |
| --- | ------------------------------------------------------------ | ----- | ----- |
| MAL | Organization and distribution of daily pleadings             | 0.10  | 9.50  |
| DEM | Review Pleadings and electronic filing notices; preparation and retrieval of documents relating to daily memo | 0.30 | 28.50 |
| MRE | Review of memorandum summarizing pleadings filed on November 4, 2003 | 0.10 | 27.50 |
| MTH | Review of memorandum summarizing pleadings filed on 11/4/03.  | 0.10  | 26.50 |

11/06/03

|     |                                                              |       |       |
| --- | ------------------------------------------------------------ | ----- | ----- |
| DEM | Review Pleadings and electronic filing notices; preparation and retrieval of documents relating to daily memo | 0.30 | 28.50 |
| MRE | Meeting with DEM regarding order of Judge Wolin regarding recusal from cases | 0.10 | 27.50 |
| MAL | Organization and distribution of daily pleadings             | 0.10  | 9.50  |

|     |                                                                 | HOURS |        |
| --- | --------------------------------------------------------------- | ----- | ------ |
| DEM | Revision of Weekly Recommendation Memo (adding new motions and orders) | 0.20  | 19.00  |
| MRE | Review of memorandum summarizing pleadings filed on November 5, 2003 | 0.10  | 27.50  |
| MTH | Review of memorandum summarizing pleadings filed on 11/5/03.     | 0.10  | 26.50  |

**11/07/03**

|     |                                                                 | HOURS |        |
| --- | --------------------------------------------------------------- | ----- | ------ |
| DEM | Review Pleadings and electronic filing notices; preparation and retrieval of documents relating to daily memo | 0.30  | 28.50  |
| MAL | Organization and distribution of daily pleadings                | 0.10  | 9.50   |
| MRE | Review of memorandum summarizing pleadings filed on November 6, 2003 | 0.10  | 27.50  |
| MTH | Correspondence to Committee re weekly recommendation memoranda.  | 0.20  | 53.00  |
| DAC | Review counsel's weekly recommendation memo                     | 0.20  | 70.00  |
| PEM | Review weekly recommendation memo to committee re: pending motions and matters (.3); and fee memo (.1) | 0.40  | 116.00 |
| MTH | Prepare weekly recommendation memo (fee applications)           | 0.30  | 79.50  |
| MTH | Prepare weekly recommendation memo (motions)                    | 0.70  | 185.50 |
| MTH | Review of memorandum summarizing pleadings filed on 11/6/03.     | 0.10  | 26.50  |

**11/08/03**

|     |                                                                 | HOURS |        |
| --- | --------------------------------------------------------------- | ----- | ------ |
| MRE | Drafting e-mail to AFM regarding Hamlin deposition              | 0.10  | 27.50  |

**11/10/03**

|     |                                                                 | HOURS |        |
| --- | --------------------------------------------------------------- | ----- | ------ |
| DEM | Weekly Recommendation Memo                                      | 0.20  | 19.00  |
| DEM | Review Pleadings and electronic filing notices; preparation and retrieval of documents relating to daily memo | 0.30  | 28.50  |
| DEM | Review Pleadings and electronic filing notices filed in adversary proceedings; preparation and retrieval of documents relating to adversary proceeding memo | 0.30  | 28.50  |
| MAL | Organization and distribution of daily pleadings                | 0.10  | 9.50   |
| MAL | Organization and distribution of                               |       |        |

|  |  | HOURS |  |
|---|---|---|---|
|  | adversary pleadings | 0.10 | 9.50 |
| MRE | Review of memorandum summarizing pleadings filed from NOvember 7, 2003 through November 9, 2003 | 0.10 | 27.50 |
| MTH | Reviewing correspondence from MRE to AFM re deposition of Hamlin (and Grace) and response thereto from AFM (.1); Correspondence to AFM re same (.1) and reviewing response from MRE re same (.1) | 0.30 | 79.50 |
| MTH | telephone conference with C. Lane re deposition of W.R. Grace and call to J. Baer re same. | 0.10 | 26.50 |
| PEM | Review daily memo re: pleadings filed | 0.10 | 29.00 |
| MTH | Review of memorandum summarizing pleadings filed from 11/7/03 through 11/9/03. | 0.10 | 26.50 |
| MTH | Review of memorandum summarizing adversary pleadings filed between 11/4/03 and 11/9/03. | 0.10 | 26.50 |
| MRE | Review of e-mail from AFM regarding Hamlin deposition | 0.10 | 27.50 |
| MRE | Review of e-mail from MTH regarding Hamlin deposition | 0.10 | 27.50 |

11/11/03

| | | | |
|---|---|---|---|
| MTH | telephone conference with J. Baer re deposition of Grace (.1); Correspondence to EI and PVNL re same (.2) | 0.30 | 79.50 |
| MTH | Discussion with AFM re depositions of Hamlin and Grace, her contact with counsel to the Unofficial Committee. | 0.20 | 53.00 |
| DEM | Review Pleadings and electronic filing notices; preparation and retrieval of documents relating to daily memo | 0.30 | 28.50 |
| DEM | Revision of Weekly Recommendation Memo (adding new motions and orders) | 0.10 | 9.50 |
| MAL | Organization and distribution of daily pleadings | 0.10 | 9.50 |
| MTH | Review of memorandum summarizing pleadings filed on 11/10/03. | 0.10 | 26.50 |
| AFM | Telephone Conference with J .Scoliard re: Deposition of Hamlin | 0.20 | 40.00 |
| AFM | Review Motion to Recuse Wolin | 0.50 | 100.00 |

W.R. Grace
Committee, Creditors, Noteholders, Equity Holders

|  |  | HOURS |  |
|---|---|---|---|
| **11/12/03** |  |  |  |
| DEM | Review Pleadings and electronic filing notices; preparation and retrieval of documents relating to daily memo | 0.30 | 28.50 |
| MAL | Organization and distribution of daily pleadings | 0.10 | 9.50 |
| MTH | Review of memorandum summarizing pleadings filed on 11/11/03. | 0.10 | 26.50 |
| **11/13/03** |  |  |  |
| DEM | Revision of Weekly Recommendation Memo (adding new motions and orders) | 0.40 | 38.00 |
| MRE | Review of memorandum summarizing pleadings filed on November 12, 2003 | 0.10 | 27.50 |
| DEM | Review Pleadings and electronic filing notices; preparation and retrieval of documents relating to daily memo | 0.30 | 28.50 |
| MTH | Reviewing correspondence from EI re accounting memo and report re same. | 0.30 | 79.50 |
| MTH | Reviewing memorandum re matters scheduled for hearing (.2) and Correspondence to PVNL re same (.1) | 0.30 | 79.50 |
| MTH | Reviewing correspondence from PVNL re attendance at November Omnibus Hearing. | 0.10 | 26.50 |
| PEM | Review Grace accounting memo for committee | 0.20 | 58.00 |
| MTH | Review of memorandum summarizing pleadings filed on 11/12/03. | 0.10 | 26.50 |
| **11/14/03** |  |  |  |
| PEM | Review weekly recommendation memo to committee re: pending motions and matters (.3); fee memo (.1) | 0.40 | 116.00 |
| MAL | Organization and distribution of daily pleadings | 0.10 | 9.50 |
| DEM | Review Pleadings and electronic filing notices; preparation and retrieval of documents relating to daily memo | 0.30 | 28.50 |
| MRE | Review of e-mail from AFM regarding Hamlin deposition | 0.10 | 27.50 |
| MRE | Review of memorandum summarizing pleadings filed on November 13, 2002 | 0.10 | 27.50 |
| DEM | Prepare and distribute Weekly Recommendation Memo to Committee (Fee Apps & Other Matters) | 0.30 | 28.50 |

```
                                                          Page:  6
W.R. Grace                                             11/30/2003
                                          ACCOUNT NO: 3000-07D
                                          STATEMENT NO:      30
Committee, Creditors, Noteholders, Equity Holders
```

|  |  | HOURS |  |
|---|---|---|---|
| DEM | Update Attorney Binder | 0.20 | 19.00 |
| MTH | Prepare weekly recommendation memo (fee applications). | 0.20 | 53.00 |
| MTH | Prepare weekly recommendation memo (motions) | 0.50 | 132.50 |
| MTH | Review of memorandum summarizing pleadings filed on 11/13/03. | 0.10 | 26.50 |

**11/16/03**

| | | | |
|---|---|---|---|
| PEM | Review daily memo re: pleadings filed | 0.10 | 29.00 |

**11/17/03**

| | | | |
|---|---|---|---|
| DEM | Review Pleadings and electronic filing notices; preparation and retrieval of documents relating to daily memo | 0.40 | 38.00 |
| MAL | Organization and distribution of daily pleadings | 0.20 | 19.00 |
| DAC | Review counsel's recommendation memo | 0.20 | 70.00 |
| MTH | Review of memorandum summarizing pleadings filed from 11/14/03 through 11/16/03. | 0.10 | 26.50 |

**11/18/03**

| | | | |
|---|---|---|---|
| DEM | Review Pleadings and electronic filing notices; preparation and retrieval of documents relating to daily memo | 0.30 | 28.50 |
| DEM | Review Pleadings and electronic filing notices filed in adversary proceedings; preparation and retrieval of documents relating to adversary proceeding memo | 0.30 | 28.50 |
| MAL | Organization and distribution of daily pleadings | 0.20 | 19.00 |
| MTH | Preparing report to committee re events at November Omnibus Hearing. | 1.30 | 344.50 |
| MTH | Correspondence to EI and PVNL re draft report to committee. | 0.10 | 26.50 |
| MTH | Discussion with EI re draft report to Committee. | 0.20 | 53.00 |
| MTH | Discussion with PVNL re memorandum to committee. | 0.10 | 26.50 |
| MTH | Review of memorandum summarizing pleadings filed on 11/17/03. | 0.10 | 26.50 |

**11/19/03**

| | | | |
|---|---|---|---|
| MAL | Organization and distribution of daily | | |

W.R. Grace
Committee, Creditors, Noteholders, Equity Holders

|  |  | HOURS |  |
|---|---|---|---|
|  | pleadings | 0.10 | 9.50 |
| DEM | Review Pleadings and electronic filing notices; preparation and retrieval of documents relating to daily memo | 0.30 | 28.50 |
| MTH | telephone conference with J. Baer re documents produced to Unofficial Committee re Hamlin Appointment. | 0.10 | 26.50 |
| DEM | Revision of Weekly Recommendation Memo (adding new motions and orders) | 0.50 | 47.50 |
| MTH | Reviewing correspondence from J. Baer re resolution of Rule 30(b)(6) depo of Grace and documents produced to unofficial committee re same. | 0.50 | 132.50 |
| MTH | Correspondence to EI, PVNL and JWD re Grace Rule 30(B)(6) depo and documents produced re same. | 0.20 | 53.00 |
| MRE | Review of memorandum summarizing pleadings filed on November 17, 2003 | 0.10 | 27.50 |
| MRE | Review of memorandum summarizing pleadings filed on November 18, 2003 | 0.10 | 27.50 |
| MTH | Review of memorandum summarizing pleadings filed on 11/18/03. | 0.10 | 26.50 |
| 11/20/03 |  |  |  |
| MTH | Reviewing correspondence from PVNL re draft memo to comm. re November Omnibus | 0.10 | 26.50 |
| DEM | Review Pleadings and electronic filing notices; preparation and retrieval of documents relating to daily memo | 0.30 | 28.50 |
| MAL | Organization and distribution of daily pleadings | 0.10 | 9.50 |
| MTH | Review of memorandum summarizing pleadings filed on 11/19/03. | 0.10 | 26.50 |
| MK | Attention to document organization | 0.20 | 19.00 |
| 11/21/03 |  |  |  |
| DEM | Review Pleadings and electronic filing notices; preparation and retrieval of documents relating to daily memo | 0.30 | 28.50 |
| DEM | Revision of Weekly Recommendation Memo (adding new motions and orders) | 0.10 | 9.50 |
| MAL | Organization and distribution of daily pleadings | 0.10 | 9.50 |
| DEM | Updating documents in attorney Committee binder | 0.20 | 19.00 |

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

|  |  | HOURS |  |
|---|---|---|---|
| MTH | Correspondence to DEM re weekly recommendation memorandum revisions. | 0.10 | 26.50 |
| MTH | Correspondence to Committee re weekly recommendation memoranda. | 0.20 | 53.00 |
| MTH | Prepare weekly recommendation memo (fee applications) | 0.30 | 79.50 |
| MTH | Prepare weekly recommendation memo (motions). | 0.70 | 185.50 |
| MRE | Review of memorandum summarizing pleadings filed on 11/20/03 | 0.10 | 27.50 |
| MTH | Review of memorandum summarizing pleadings filed on 10/20/03. | 0.10 | 26.50 |

11/23/03

|  |  |  |  |
|---|---|---|---|
| PEM | Review daily memos of pleadings filed | 0.10 | 29.00 |
| PEM | Review weekly recommendation memo to committee re: pending motions and matters | 0.30 | 87.00 |

11/24/03

|  |  |  |  |
|---|---|---|---|
| DEM | Update Attorney Binder - Weekly Recommendation Memo | 0.20 | 19.00 |
| DEM | Review Pleadings and electronic filing notices; preparation and retrieval of documents relating to daily memo | 0.30 | 28.50 |
| MRE | Review of memorandum summarizing pleadings filed from November 21, 2003 through November 23, 2003 | 0.10 | 27.50 |
| DAC | Review counsel's weekly memo | 0.20 | 70.00 |
| MTH | Review of memorandum summarizing pleadings filed from 11/21/03 through 11/23/03. | 0.10 | 26.50 |

11/25/03

|  |  |  |  |
|---|---|---|---|
| DEM | Review Pleadings and electronic filing notices; preparation and retrieval of documents relating to daily memo | 0.40 | 38.00 |
| MAL | Organization and distribution of daily pleadings | 0.20 | 19.00 |
| DEM | Revision of Weekly Recommendation Memo (adding new motions and orders) | 0.30 | 28.50 |
| MRE | Meeting with MTH regarding upcoming motions and deadlines | 0.20 | 55.00 |
| MRE | Review of weekly recommendation memo | 0.20 | 55.00 |
| MTH | Meeting with MRE re motions and pending objections. | 0.20 | 53.00 |

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

|  |  | HOURS |  |
|---|---|---|---|
| MTH | telephone conference with PVNL re memorandum to committee re November Omnibus Hearing. | 0.10 | 26.50 |
| MTH | Correspondence to DEM re memo to committee re Nov. Omnibus Hearing. | 0.10 | 26.50 |
| DEM | Preparation and e-mailing of Memorandum Regarding Omnibus Hearing to Committee | 0.20 | 19.00 |
| MTH | telephone conference with M. Berkin re general discussion of pending matters and upcoming issues. | 0.30 | 79.50 |
| MTH | Preparing for meeting with MRE re pending motions and objections. | 0.10 | 26.50 |
| MTH | Reviewing Debtors' Notice of Withdrawal of Application to Appoint Hamlin as FR. | 0.10 | 26.50 |
| MTH | Review of memorandum summarizing pleadings filed on 11/24/03. | 0.10 | 26.50 |

11/26/03

|  |  | HOURS |  |
|---|---|---|---|
| PEM | Review daily memo re: pleadings filed | 0.10 | 29.00 |
| DEM | Review Pleadings and electronic filing notices; preparation and retrieval of documents relating to daily memo | 0.40 | 38.00 |
| MAL | Organization and distribution of daily pleadings | 0.20 | 19.00 |
| MTH | Review of memorandum summarizing pleadings filed on 11/25/03. | 0.10 | 26.50 |

```
                                                  -----  --------
    FOR CURRENT SERVICES RENDERED                 29.90  5,866.50
```

## RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Douglas A. Campbell | 0.60 | $350.00 | $210.00 |
| Philip E. Milch | 2.10 | 290.00 | 609.00 |
| Michele Kennedy | 0.20 | 95.00 | 19.00 |
| Aileen F. Maguire | 0.70 | 200.00 | 140.00 |
| Mark T. Hurford | 11.20 | 265.00 | 2,968.00 |
| Marla R. Eskin | 2.70 | 275.00 | 742.50 |
| Margaret A. Landis | 2.30 | 95.00 | 218.50 |
| Diane E. Massey | 10.10 | 95.00 | 959.50 |

```
    TOTAL CURRENT WORK                                    5,866.50
```

```
                                                     Page: 10
W.R. Grace                                         11/30/2003
                                       ACCOUNT NO: 3000-07D
                                       STATEMENT NO:      30
```
Committee, Creditors, Noteholders, Equity Holders


```
     BALANCE DUE                             $25,484.90
                                             ==========
```


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1
W.R. Grace                                              11/30/2003
Wilmington  DE                            ACCOUNT NO: 3000-08D
                                          STATEMENT NO:       29

Employee Benefits/Pension

PREVIOUS BALANCE                                        $445.90

                                          HOURS
11/03/03
     MRE Review of e-mail from MTH regarding
         employment agreement                 0.10       27.50
     MRE Review of memo from M. Berkin regarding
         employment position                  0.10       27.50

11/04/03
     MTH telephone conference with C. Lane re
         President and COO Motion.            0.20       53.00
     MTH Meeting with MRE re President and COO
         Motion.                              0.10       26.50
     MTH telephone conference with M. Berkin and
         President and COO Motion.            0.20       53.00
     MTH Correspondence to EI re President and COO
         Motion                               0.10       26.50
     MTH Correspondence to C. Lane re confirmation
         of extension.                        0.10       26.50
     MTH Follow up telephone conference with C.
         Lane re President/COO Motion.        0.10       26.50
     MTH Reviewing correspondence from EI re
         President and COO motion             0.10       26.50
     MTH Reviewing correspondence from EI re
         Berkin memo re President and COO motion.   0.10   26.50
     MTH Reviewing correspondence from PVNL re
         President/COO Motion                 0.10       26.50
     DAC Review Tersigni re: new President's
         employment agreement                 0.10       35.00
     MRE Meeting with MTH regarding motion to
         employment retention                 0.10       27.50
     MRE Additional meeting with MTH regarding
         employment of president              0.10       27.50

```
                                                      Page:  2
W.R. Grace                                          11/30/2003
                                           ACCOUNT NO: 3000-08D
                                           STATEMENT NO:     29

Employee Benefits/Pension




                                           HOURS
11/05/03
      MTH Correspondence to EI re employment for
          President and COO                 0.10      26.50
      MTH Reviewing correspondence from EI re
          President and COO Motion and discussion
          with MRE re same.                 0.20      53.00
      MTH Reviewing correspondence from EI re
          President and COO Motion.         0.10      26.50
      MRE Review of e-mail from MTH regarding
          employment of president           0.10      27.50

11/06/03
      MTH telephone conference with C. Lane re
          Motion re President and COO.       0.10      26.50
      MTH Reviewing correspondence from MRE re
          President and COO motion, contact with
          EI.                                0.10      26.50
      MRE Telephone conference with EI regarding
          motion for new president           0.10      27.50
      MRE Drafting e-mail to MTH regarding motion
          to appoint new president           0.10      27.50

11/17/03
      MTH Correspondence to M. Berkin re revised
          COO Order (.1); telephone conference with
          M. Berkin re same (.3)             0.40     106.00
      MTH Reviewing correspondence from M. Berkin
          re revised COO Order.              0.10      26.50
                                             ----    ------
          FOR CURRENT SERVICES RENDERED      3.00     810.50

                        RECAPITULATION
   TIMEKEEPER                    HOURS HOURLY RATE      TOTAL
   Douglas A. Campbell            0.10    $350.00      $35.00
   Mark T. Hurford                2.20     265.00      583.00
   Marla R. Eskin                 0.70     275.00      192.50


      TOTAL CURRENT WORK                              810.50


      BALANCE DUE                                  $1,256.40
                                                   =========
```

```
                                                          Page: 3
W.R. Grace                                            11/30/2003
                                          ACCOUNT NO: 3000-08D
                                          STATEMENT NO:      29

Employee Benefits/Pension
```

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1
W.R. Grace                                                11/30/2003
Wilmington  DE                          ACCOUNT NO: 3000-10D
                                        STATEMENT NO:      30

Employment Applications, Others

        PREVIOUS BALANCE                              $2,954.80


        BALANCE DUE                                   $2,954.80
                                                      =========

        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1
W.R. Grace                                                        11/30/2003
Wilmington  DE                                      ACCOUNT NO: 3000-11D
STATEMENT NO:       28

Expenses

PREVIOUS BALANCE                                        $3,038.25

11/04/03 Ikon Office Solutions- Photocopying, Envelopes,
         Postage, Hand Deliveries on 11/03/03 (C&D and C&L
         September fee application)                           95.88
11/12/03 Ikon Office Solutions- Photocopying, Envelopes,
         Postage on 11/11/03 (LTC and C&L July-Sept
         interim fee applications)                           393.45
11/13/03 Ikon Office Solutions- Photocopying, Envelopes,
         Hand Deliveries, Postage on 11/12/03 (LTC
         September fee application and interim (July-
         Sept) fee application )                             188.65
11/14/03 FAX to Peter Lockwood - Daily Memo - 4 pages          4.00
11/14/03 FAX to Robert Spohn - Daily Memo - 4 pages            4.00
11/14/03 FAX to Andrew Katznelson - Daily Memo - 4 pages       4.00
11/16/03 AT & T Long Distance Phone Calls                      5.21
11/17/03 Ikon Office Solutions- Photocopying, Envelopes,
         Postage, Hand Deliveries on 11/14/03 (C&D interim
         application for compensation)                       299.22
11/20/03 Ikon Office Solutions- Photocopying, Envelopes,
         Postage, Hand Deliveries on 11/19/03 (C&D and C&L
         September CNO's)                                      51.90
11/25/03 FAX to Peter Lockwood - Daily Memo - 4 pages          4.00
11/25/03 FAX to Robert Spohn - Daily Memo - 4 pages            4.00
11/25/03 FAX to Andrew Katznelson - Daily Memo - 4 pages       4.00
11/26/03 Postage - LTC & LAS Sept. CNO - 3 @ .60               1.80
11/26/03 Postage - Return env. for clock-in of Answer and
         service of 4 copies of Answer - 5 @ 5.30             26.50
11/28/03 Ikon Office Solutions- Photocopying, Envelopes,
         Postage, Hand Deliveries on 11/26/03 (Motion to
         Join in the Debtors' Objection to Royal Indemnity
         re: Motion for Leave to File Late Proof of Claim)   258.85
11/30/03 Pacer Charges for the month of October               60.06

```
                                                      Page: 2
W.R. Grace                                        11/30/2003
                                      ACCOUNT NO: 3000-11D
                                      STATEMENT NO:      28
Expenses


                                                  --------
      TOTAL EXPENSES                              1,405.52

      TOTAL CURRENT WORK                          1,405.52


      BALANCE DUE                                $4,443.77
                                                  =========
```

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

```
                        Campbell & Levine, LLC
                          1700 Grant Building
                         Pittsburgh, PA  15219
                            412-261-0310




                                                            Page: 1
    W.R. Grace                                            11/30/2003
    Wilmington  DE                         ACCOUNT NO: 3000-12D
                                           STATEMENT NO:      28


        Fee Applications, Applicant




        PREVIOUS BALANCE                              $4,157.00



                                            HOURS
    11/06/03
        LMP Drafted Campbell & Levine's 10th Interim
            Fee Application for July through
            September 2003                    1.00     95.00

    11/11/03
        AFM Review and sign fee application for
            Campbell & Levine (Interim - July through
            September)                        0.30     60.00
        LMP Electronic filing and service of Campbell
            & Levine's 10th Interim Fee Application  0.30  28.50

    11/18/03
        DAD Updated fee app calendar          0.80     76.00

    11/19/03
        AFM Review and sign CNO for Campbell & Levine
            (Monthly - September)             0.20     40.00
        DEM Preparation of CNOs (C&L; C&D)    0.30     28.50
        DEM E-filing of CNOs (C&L; C&D)       0.20     19.00

    11/20/03
        MTH Reviewing pre-bill.               1.30    344.50
                                             ----    ------
            FOR CURRENT SERVICES RENDERED     4.40    691.50

                        RECAPITULATION
        TIMEKEEPER               HOURS HOURLY RATE      TOTAL
        Aileen F. Maguire          0.50    $200.00   $100.00
        Mark T. Hurford            1.30     265.00    344.50
        Dylan A. Davis             0.80      95.00     76.00
        Lauren M. Przybylek        1.30      95.00    123.50
```

W.R. Grace                                              11/30/2003
                                          ACCOUNT NO: 3000-12D
                                          STATEMENT NO:      28

Fee Applications, Applicant


Diane E. Massey                    0.50      95.00       47.50

     TOTAL CURRENT WORK                                 691.50

     BALANCE DUE                                     $4,848.50
                                                     =========

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                        Page: 1
W.R. Grace                                          11/30/2003
Wilmington  DE                           ACCOUNT NO: 3000-13D
                                         STATEMENT NO:      15


Fee Applications, Others




     PREVIOUS BALANCE                            $5,504.20



                                         HOURS
11/03/03
     AFM Review and sign fee application for LAS
         (Monthly - September)              0.30      60.00
     LMP Search docket for Objections to LTC
         August Fee Application (.1); Prepare CNO
         for filing (.2)
     AFM Review and sign CNO for L. Tersigni
         (Monthly - August)                 0.20      40.00
     LMP Electronic filing and service of LAS'
         September Fee Application          0.20      19.00
     LMP Search docket for Objections to LTC
         August Fee Application (.1); Draft CNO re
         same (.2); Electronic filing of CNO (.2)  0.50   47.50

11/06/03
     LMP Drafted Legal Analysis Systems Seventh
         Interim Fee Application            0.70      66.50

11/07/03
     LMP Review August Fee Application of Elzufon
         Auston Reardon Tarlov & Mondell (.1);
         Update Wr Grace Weekly Recommendation
         Memo (.1)                          0.20      19.00
     LMP Review September Fee Application of
         PSZYJ&W (.1); Update Wr Grace Weekly
         Recommendation Memo (.1)           0.20      19.00
     LMP Review February Fee Application of
         Deloitte & Touche (.1); Update Wr Grace
         Weekly Recommendation Memo (.1)    0.20      19.00
     LMP Review April through June Interim Fee
         Application of Bilzin Sumberg Baena Price
         & Axelrod (.1); Update Wr Grace Weekly

                                              Page: 2
W.R. Grace                                   11/30/2003
                                    ACCOUNT NO: 3000-13D
                                    STATEMENT NO:      15

Fee Applications, Others


                                         HOURS
          Recommendation Memo (.1)         0.20      19.00

11/10/03
     LMP Review August Fee Application of Casner &
         Edwards (.1); Update Wr Grace Weekly
         Recommendation Memo (.1)          0.20      19.00
     LMP Review September Fee Application of
         Casner & Edwards (.1); Update Wr Grace
         Weekly Recommendation Memo (.1)   0.20      19.00
     LMP Review September Fee Application of
         Wallace King Marraro & Branson(.1);
         Update Wr Grace Weekly Recommendation
         Memo (.1)                         0.20      19.00
     LMP Review September Fee Application of
         Woodcock Washburn (.1); Update Wr Grace
         Weekly Recommendation Memo (.1)   0.20      19.00
     LMP Review August Fee Application of Pitney
         Hardin Kipp & Szuch (.1); Update Wr Grace
         Weekly Recommendation Memo (.1)   0.20      19.00
     LMP Review April through June Interim Fee
         Application of Steptoe & Johnson (.1);
         Update Wr Grace Weekly Recommendation
         Memo (.1)                         0.20      19.00

11/11/03
     AFM Review and sign fee application for LAS
         (Interim - July through September)  0.30    60.00
     LMP Electronic filing and service of Legal
         Analysis Systems July through September
         Interim Fee Application            0.30    28.50

11/12/03
     AFM Review and sign fee application for L.
         Tersigni (Monthly - September)     0.30    60.00
     AFM Review and sign fee application for L.
         Tersigni (Interim - July through
         September)                         0.30    60.00
     LMP Reviewed email from D. Collins re: LTC
         September Bill (.1); Prepared Application
         for Electronic filing (.3)         0.40    38.00
     LMP Drafted LTC July through September
         Interim Fee Application (.4); Prepared
         Application for Electronic filing (.2)  0.60   57.00
     LMP Electronic filing and service of LTC
         September Monthly Fee Application  0.30    28.50

W.R. Grace                                                11/30/2003
                                               ACCOUNT NO: 3000-13D
                                               STATEMENT NO:      15

Fee Applications, Others


                                               HOURS
     LMP Electronic filing and service of LTC 10th
         Interim  (July-September) Fee Application      0.30     28.50

11/14/03
     MTH Reviewing fee application of PWC (.1);
         revise weekly recommendation memorandum
         re same (.1)                                   0.20     53.00
     DAD Adv. Proc. 02-2210:  Prepared (.3) and
         electronically filed (.3) Caplin &
         Drysdale's 5th Interim Application for
         Compensation                                   0.60     57.00
     DAD Main Case, 01-1139:  Prepared (.4) and
         electronically filed (.3) Caplin &
         Drysdale's 10th Interim Application for
         Compensation                                   0.70     66.50

11/19/03
     AFM Email from S. Bossay re: 9th Interim
         category spreadsheet                           0.10     20.00
     AFM Review 9th Interim category spreadsheet
         for Committee Professionals                    0.70    140.00
     AFM Review and sign CNO for Caplin & Drysdale
         (Monthly - September)                          0.20     40.00
     AFM Email to S. Bossay re: Edits to 9th
         Interim Category Project Spreadsheet           0.20     40.00
     AFM Email from D. Collins re: Edits to 9th
         Interim Project Category Spreadsheet           0.10     20.00

11/26/03
     LMP Searched case docket for Objections to
         LAS September fee application (.1);
         Prepare LAS Sept CNO for filing (.2)           0.30     28.50
     AFM Review and sign CNO for LAS (Monthly -
         September)                                     0.20     40.00
     LMP Electronic filing of LAS' September CNO        0.20     19.00
                                                       -----   --------
         FOR CURRENT SERVICES RENDERED                 10.20   1,307.50

                      RECAPITULATION
     TIMEKEEPER                  HOURS HOURLY RATE      TOTAL
     Aileen F. Maguire            2.90    $200.00    $580.00
     Mark T. Hurford              0.20     265.00      53.00
     Dylan A. Davis               1.30      95.00     123.50
     Lauren M. Przybylek          5.80      95.00     551.00

```
                                                    Page: 4
W.R. Grace                                       11/30/2003
                                    ACCOUNT NO:  3000-13D
                                    STATEMENT NO:      15

Fee Applications, Others




     TOTAL CURRENT WORK                          1,307.50


     BALANCE DUE                                $6,811.70
                                                =========
```

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                          Page: 1
W.R. Grace                                             11/30/2003
Wilmington  DE                         ACCOUNT NO: 3000-15D
                                       STATEMENT NO:       30


Hearings




        PREVIOUS BALANCE                            $7,118.25




                                            HOURS
11/13/03
     MTH Reviewing Agenda for hearing on 11/17/03.    0.20     53.00

11/14/03
     MAL Preparation of draft hearing binder          0.30     28.50
     DEM Preparation of attorney binder for
         omnibus hearing                              0.60     57.00

11/17/03
     MTH Attending Omnibus hearing.                   1.50    397.50

11/25/03
     PEM Review omnibus hearing memo from 11/17/03    0.20     58.00
                                                      ----    ------
        FOR CURRENT SERVICES RENDERED                 2.80    594.00

                       RECAPITULATION
   TIMEKEEPER                    HOURS HOURLY RATE       TOTAL
   Philip E. Milch                0.20   $290.00       $58.00
   Mark T. Hurford                1.70    265.00       450.50
   Margaret A. Landis             0.30     95.00        28.50
   Diane E. Massey                0.60     95.00        57.00


        TOTAL CURRENT WORK                             594.00


        BALANCE DUE                                  $7,712.25
                                                     =========


                                                          Page: 2
W.R. Grace                                             11/30/2003

ACCOUNT NO: 3000-15D
STATEMENT NO:         30

Hearings

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                          11/30/2003
Wilmington   DE                        ACCOUNT NO: 3000-16D
                                       STATEMENT NO:      15

Litigation and Litigation Consulting



PREVIOUS BALANCE                              $1,528.10



                                          HOURS
11/03/03
     MTH Reviewing Debtors' 9th Report of
         Settlements.                       0.10     26.50
     MTH Reviewing Debtors' Objection to Wesconn
         Motion to Compel.                  0.20     53.00

11/05/03
     DAC Review Wolin order re: stay of
         participation                      0.10     35.00

11/06/03
     MTH Reviewing correspondence from MRE re
         Judge Wolin adjournment order.     0.10     26.50

11/18/03
     MTH Reviewing Subpoena served on Purcell,
         Ries                               0.10     26.50

11/21/03
     MTH Reviewing Ninth  Claim Settlement Notice   0.20     53.00
     MTH Begin review of Motion to Recuse Judge
         Wolin.                             0.40    106.00

11/26/03
     MTH telephone conference with MRE and PVNL re
         recusal motion by Unofficial Committee.    0.20     53.00
     MRE Meeting with MTH and telephone calls with
         PVNL regarding response to recusal motion  1.50    412.50
     MTH Additional discussion with MRE and AFM re
         information needed for Answer to Grace
         recusal motion.                    0.30     79.50
     LMP Search case docket for pleadings related

|                                                                      | HOURS |          |
|----------------------------------------------------------------------|-------|----------|
| to formation of "Unofficial Committee" and Motion and related documents regarding disqualifying Judge Wolin | 0.50 | 47.50 |
| MRE Telephone conference with D. Carikhoff regarding recusal motion | 0.10 | 27.50 |
| MTH Begin review of Emergency Petition for a Writ of Mandamus | 0.40 | 106.00 |
| MRE Telephone conference with J. Bear regarding recusal | 0.10 | 27.50 |
| MRE Drafting e-mail to PVNL regarding telephone conference with J. Bear | 0.10 | 27.50 |

**11/29/03**

| | | |
|---|---|---|
| MTH Research for Answer to DK Acquisition Writ of Mandamus | 2.30 | 609.50 |
| MTH Correspondence to MRE re Answer to DK Writ of Mandamus | 0.30 | 79.50 |

**11/30/03**

| | | |
|---|---|---|
| MRE Review of motion to recuse, writ of mandamus, and research in preparation for drafting answer to writ of mandamus | 4.00 | 1,100.00 |
| MRE Drafting answer to writ of mandamus | 3.30 | 907.50 |
| MTH Reviewing correspondence from MRE re Answer to DK Writ of Mandamus | 0.10 | 26.50 |
| MTH telephone conference with MRE re Answer to DK Writ of Mandamus. | 0.20 | 53.00 |
| MTH Discussion with MRE re DK Writ of Mandamus. | 0.20 | 53.00 |
| FOR CURRENT SERVICES RENDERED | 14.80 | 3,936.50 |

RECAPITULATION

| TIMEKEEPER          | HOURS | HOURLY RATE | TOTAL    |
|---------------------|-------|-------------|----------|
| Douglas A. Campbell | 0.10  | $350.00     | $35.00   |
| Mark T. Hurford     | 5.10  | 265.00      | 1,351.50 |
| Marla R. Eskin      | 9.10  | 275.00      | 2,502.50 |
| Lauren M. Przybylek | 0.50  | 95.00       | 47.50    |

|                    |          |
|--------------------|----------|
| TOTAL CURRENT WORK | 3,936.50 |

|             |           |
|-------------|-----------|
| BALANCE DUE | $5,464.60 |

W.R. Grace                                          11/30/2003
                                          ACCOUNT NO: 3000-16D
                                          STATEMENT NO:        15

Litigation and Litigation Consulting

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                              11/30/2003
Wilmington  DE                            ACCOUNT NO: 3000-17D
                                          STATEMENT NO:      15

Plan and Disclosure Statement




PREVIOUS BALANCE                                        $2,836.70


                                              HOURS
11/13/03
     DAC Review memo re: accounting matters    0.30    105.00
                                               ----    ------
        FOR CURRENT SERVICES RENDERED          0.30    105.00

                        RECAPITULATION
TIMEKEEPER                      HOURS HOURLY RATE      TOTAL
Douglas A. Campbell             0.30    $350.00     $105.00


     TOTAL CURRENT WORK                                105.00


     BALANCE DUE                                       $2,941.70
                                                       =========




Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                    Page: 1
W.R. Grace                                       11/30/2003
Wilmington  DE                     ACCOUNT NO: 3000-18D
                                   STATEMENT NO:      15

Relief from Stay Proceedings



    PREVIOUS BALANCE                              $213.10


    BALANCE DUE                                   $213.10
                                                  =======




Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                              11/30/2003
Wilmington  DE                          ACCOUNT NO: 3000-19D
                                        STATEMENT NO:        5

Tax Issues


        PREVIOUS BALANCE                                $311.30


        BALANCE DUE                                     $311.30
                                                        =======


        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

```
                                                        Page: 1
W.R. Grace                                            11/30/2003
Wilmington  DE                          ACCOUNT NO: 3000-20D
                                        STATEMENT NO:      14


Tax Litigation



     PREVIOUS BALANCE                                   $468.80


     BALANCE DUE                                        $468.80
                                                        =======
```

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1

W.R. Grace                                        11/30/2003
Wilmington  DE                        ACCOUNT NO: 3000-22D
                                      STATEMENT NO:      19

Valuation

PREVIOUS BALANCE                                  $1,512.00

BALANCE DUE                                       $1,512.00
                                                  =========

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                              11/30/2003
Wilmington  DE                          ACCOUNT NO: 3000-23D
                                        STATEMENT NO:      19


ZAI Science Trial



PREVIOUS BALANCE                                  $2,140.90


                                         HOURS
11/19/03
    MTH Reviewing COC re ZAI Science Trial
        hearing.                          0.10    26.50

11/21/03
    MTH Reviewing CNO re ZAI Trial and proposed
        Order.                            0.20    53.00
                                          ----    -----
    FOR CURRENT SERVICES RENDERED         0.30    79.50

                    RECAPITULATION
    TIMEKEEPER            HOURS HOURLY RATE      TOTAL
    Mark T. Hurford        0.30   $265.00      $79.50


    TOTAL CURRENT WORK                             79.50


    BALANCE DUE                                 $2,220.40
                                                =========




Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                        Page: 1
W.R. Grace                                           11/30/2003
Wilmington  DE                          ACCOUNT NO     3000D




PREVIOUS BALANCE      FEES   EXPENSES   ADVANCES    PAYMENTS     BALANCE

    3000-00 Costs and Expenses
       -542.81      0.00       0.00       0.00       0.00    -$542.81

    3000-01 Asset Analysis and Recovery
      1,068.20      0.00       0.00       0.00       0.00   $1,068.20

    3000-02 Asset Disposition
        377.00     26.50       0.00       0.00       0.00     $403.50

    3000-03 Business Operations
        120.50      0.00       0.00       0.00       0.00     $120.50

    3000-04 Case Administration
      1,495.80    232.00       0.00       0.00       0.00   $1,727.80

    3000-05 Claims Analysis Objection & Resolution (Asbestos)
      3,025.50  1,274.00       0.00       0.00       0.00   $4,299.50

    3000-06 Claims Analysis Objection & Resol. (Non-Asbestos)
        830.30     26.50       0.00       0.00       0.00     $856.80

    3000-07 Committee, Creditors, Noteholders, Equity Holders
     19,618.40  5,866.50       0.00       0.00       0.00  $25,484.90

    3000-08 Employee Benefits/Pension
        445.90    810.50       0.00       0.00       0.00   $1,256.40

    3000-10 Employment Applications, Others
      2,954.80      0.00       0.00       0.00       0.00   $2,954.80

    3000-11 Expenses
      3,038.25      0.00   1,405.52       0.00       0.00   $4,443.77

    3000-12 Fee Applications, Applicant
      4,157.00    691.50       0.00       0.00       0.00   $4,848.50

W.R. Grace

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-13 Fee Applications, Others | | | | | |
| 5,504.20 | 1,307.50 | 0.00 | 0.00 | 0.00 | $6,811.70 |
| 3000-15 Hearings | | | | | |
| 7,118.25 | 594.00 | 0.00 | 0.00 | 0.00 | $7,712.25 |
| 3000-16 Litigation and Litigation Consulting | | | | | |
| 1,528.10 | 3,936.50 | 0.00 | 0.00 | 0.00 | $5,464.60 |
| 3000-17 Plan and Disclosure Statement | | | | | |
| 2,836.70 | 105.00 | 0.00 | 0.00 | 0.00 | $2,941.70 |
| 3000-18 Relief from Stay Proceedings | | | | | |
| 213.10 | 0.00 | 0.00 | 0.00 | 0.00 | $213.10 |
| 3000-19 Tax Issues | | | | | |
| 311.30 | 0.00 | 0.00 | 0.00 | 0.00 | $311.30 |
| 3000-20 Tax Litigation | | | | | |
| 468.80 | 0.00 | 0.00 | 0.00 | 0.00 | $468.80 |
| 3000-22 Valuation | | | | | |
| 1,512.00 | 0.00 | 0.00 | 0.00 | 0.00 | $1,512.00 |
| 3000-23 ZAI Science Trial | | | | | |
| 2,140.90 | 79.50 | 0.00 | 0.00 | 0.00 | $2,220.40 |
| --------- | --------- | -------- | ---- | ---- | ---------- |
| 58,222.19 | 14,950.00 | 1,405.52 | 0.00 | 0.00 | $74,577.71 |
| | | | | | ========== |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.