# **EXHIBIT A**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.[1], | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objection Deadline: January 30, 2004 at 4:00 |
| | ) | p.m. Hearing Date: TBD only if necessary |
| | ) | |

**FEE DETAIL FOR HOLME ROBERTS & OWEN, LLP'S MONTHLY FEE
APPLICATION FOR THE PERIOD OF NOVEMBER 1, 2003 THROUGH
NOVEMBER 30, 2003**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

#975210 v1

**Matter 00000 - General**

| Name | Position | Hourly Rate | November | Total Comp |
|---|---|---|---|---|
| Mulholland, Imelda | Law Clerk | $ 110.00 | 3.80 | $ 113.80 |
| | | | | |
| **Total** | | | **3.80** | **113.80** |

Expenses

**Matter 00000 - General**

| Description | TOTAL | |
|---|---|---|
| Photocopies | $ | 11.70 |
| Facsimiles | $ | - |
| Long Distance Telephone | $ | - |
| Outside Courier | $ | - |
| Travel Expense | $ | - |
| Lexis | $ | - |
| Westlaw | $ | - |
| Meal Expenses | $ | - |
| Temporary Staffing | $ | - |
| Velo Binding | $ | - |
| **Total** | **$** | **11.70** |

Holme Roberts & Owen LLP

December 10, 2003

| W.R. Grace | | |
|---|---|---|
| | Page | 5 |
| | Invoice No.: | 652391 |
| | Client No.: | 04339 |
| | Matter No.: | 00000 |

**Regarding: GENERAL**

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 11/03/03 | ICM | Search court databases to find alleged class action suit (1.20); go to court house and review recent class action filings as per KWLund's request (1.10). | 2.30 | $ 253.00 |
| 11/04/03 | ICM | Telephone conference with KWLund re recent class action filings (.20); follow up on research to procure information about new class action suit against client (1.30). | 1.50 | 165.00 |
| | | **Total Fees Through November 30, 2003:** | **3.80** | **$ 418.00** |

### Timekeeper Rate Summary

| Initials | Name | Position | Rate | Hours | Value |
|---|---|---|---|---|---|
| ICM | Imelda Mulholland | Law Clerk | $ 110.00 | 3.80 | $ 418.00 |
| | | **Total Fees:** | | **3.80** | **$ 418.00** |

\* Please note that some individual timekeeper hourly rates will increase effective December 1, 2003

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 11/21/03 | 78 | Photocopy | $ 11.70 |
| | | **Total Disbursements:** | **$ 11.70** |

Holme Roberts & Owen LLP

December 10, 2003

W.R. Grace

| | |
|---|---|
| Page | 6 |
| Invoice No.: | 652391 |
| Client No.: | 04339 |
| Matter No.: | 00000 |

### Disbursement Summary

| | | |
|---|---|---|
| Photocopy | $ | 11.70 |
| **Total Disbursements:** | **$** | **11.70** |

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 612649 | 10/30/02 | Bill | 111,074.09 |
| | 12/16/02 | Cash Receipt | -90,460.59 |
| | 12/23/02 | Cash Receipt | -2,044.60 |
| | 04/14/03 | Cash Receipt Cancellation | 2,044.60 |
| | | *Outstanding Balance on Invoice 612649:* | $ 20,613.50 |
| 620923 | 01/24/03 | Bill | 648.00 |
| | 04/11/03 | Cash Receipt | -518.40 |
| | 04/14/03 | Cash Receipt Cancellation | 518.40 |
| | | *Outstanding Balance on Invoice 620923:* | $ 648.00 |
| | | **Total Outstanding Invoices:** | **$ 21,261.50** |

| | |
|---|---|
| **Trust Applied to Matter** | **$    -429.70** |
| **Current Fees and Disbursements** | **$     429.70** |
| **Total Balance Due This Matter** | **$ 21,261.50** |

Expenses

**Matter 00300 - Libby, Montana Asbestos Litigation**

| Description | TOTAL |
|---|---|
| Parking | $ - |
| Photocopies | $ - |
| Facsimiles | $ - |
| Long Distance Telephone | $ - |
| Outside Courier | $ - |
| Lexis | $ - |
| Travel Expense | $ - |
| Outside Reporduction | $ - |
| Federal Express | $ 285.06 |
| Research Service | $ - |
| Velo Binding | $ - |
| Other Expense | $ 196.80 |
| Color Copies | $ - |
| **Total** | **$ 481.86** |

Holme Roberts & Owen LLP

December 10, 2003

W.R. Grace

Page 9
Invoice No.: 652391
Client No.: 04339
Matter No.: 00300

**Regarding: Libby, Montana Asbestos**
**\* Please note that some individual timekeeper hourly rates will increase effective December 1, 2003**

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 10/24/03 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 4-915-38771; DATE: 10/24/2003 - Courier, Acct. 0808-0410-8. 10-21; Robert Emmett Columbia, Md | $ 9.84 |
| 10/31/03 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 4-950-32210; DATE: 10/31/2003 - Courier, Acct. 1166-7194-8. 10-24; Angela Anderson Boston, Ma | 23.50 |
| 10/31/03 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 4-950-32210; DATE: 10/31/2003 - Courier, Acct. 1166-7194-8. 10-24; Angela Anderson Boston, Ma | 34.23 |
| 10/31/03 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 4-950-32210; DATE: 10/31/2003 - Courier, Acct. 1166-7194-8. 10-24; Angela Anderson Boston, Ma | 20.41 |
| 10/31/03 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 4-950-32210; DATE: 10/31/2003 - Courier, Acct. 1166-7194-8. 10-24; Angela Anderson Boston, Ma | 38.17 |
| 10/31/03 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 4-950-32210; DATE: 10/31/2003 - Courier, Acct. 1166-7194-8. 10-24; Angela Anderson Boston, Ma | 35.19 |
| 10/31/03 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 4-950-32210; DATE: 10/31/2003 - Courier, Acct. 1166-7194-8. 10-24; Angela Anderson Boston, Ma | 44.76 |
| 10/31/03 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 4-950-32210; DATE: 10/31/2003 - Courier, Acct. 1166-7194-8. 10-24; Angela Anderson Boston, Ma | 26.93 |
| 10/31/03 | | Other Expense: VENDOR: Iron Mountain; INVOICE#: J373146; DATE: 10/31/2003 - Off Site Document Storage - October 2003 | 196.80 |

Holme Roberts & Owen LLP

December 10, 2003

W.R. Grace

Page 10
Invoice No.: 652391
Client No.: 04339
Matter No.: 00300

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 11/10/03 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 4-950-73239; DATE: 11/10/2003 - Courier, Acct. 1166-7194-8. 10-24; Angela Anderson Boston., Ma | 52.03 |
| | | **Total Disbursements:** | **$ 481.86** |

### Disbursement Summary

| | | |
|---|---|---|
| Federal Express | $ | 285.06 |
| Other Expense | | 196.80 |
| **Total Disbursements:** | **$** | **481.86** |

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 612649 | 10/30/02 | Bill | 7,504.74 |
| | 12/16/02 | Cash Receipt | -6,409.54 |
| | 12/23/02 | Cash Receipt | -108.63 |
| | 04/14/03 | Cash Receipt Cancellation | 108.63 |
| | *Outstanding Balance on Invoice 612649:* | | *$ 1,095.20* |
| 620923 | 01/24/03 | Bill | 309,771.81 |
| | 04/11/03 | Cash Receipt | -259,371.06 |
| | 04/14/03 | Cash Receipt Cancellation | 259,371.06 |
| | *Outstanding Balance on Invoice 620923:* | | *$ 309,771.81* |

**Matter 00390 - Bankruptcy Matters**

| Name | Position | Hourly Rate | November | Total Comp |
|---|---|---|---|---|
| Flaagan, Elizabeth K. | Partner | $ 275.00 | 1.2 | $ 330.00 |
| Haag, Susan | Paralegal | $ 105.00 | 8.9 | $ 934.50 |
|  |  |  |  |  |
| Total |  |  | 10.10 | $ 1,264.50 |

Expenses

**Matter 00390 - Bankruptcy Matters**

| Description | TOTAL | |
|---|---|---:|
| Photocopies | $ | 40.95 |
| Facsimiles | $ | - |
| Long Distance Telephone | $ | - |
| Federal Express | $ | 14.67 |
| Tab Stock | $ | - |
| Lexis | $ | - |
| Consulting Fee | $ | - |
| Postage | $ | - |
| Research Services | $ | 19.32 |
| Professional Services | $ | 1,958.06 |
| **Total** | **$** | **2,033.00** |

Holme Roberts & Owen LLP

December 10, 2003

W.R. Grace

Page           27
Invoice No.:   652391
Client  No.:   04339
Matter  No.:   00390

**Regarding: Bankruptcy Matters**

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 11/03/03 | SH | Set up tenth interim fee application charts. | 0.50 | $ 52.50 |
| 11/04/03 | SH | Calculate and draft tenth interim fee application charts. | 3.70 | 388.50 |
| 11/05/03 | SH | Finalize tenth interim fee application, summary and order. | 1.40 | 147.00 |
| 11/10/03 | EKF | Review and revise October invoices (.50); review and revise and execute ninth interim quarterly fee application (.40). | 0.90 | 247.50 |
| 11/11/03 | SH | Revise tenth interim fee application (.4); compile and file tenth interim fee application (.5); calculate category spreadsheet for ninth interim fee application (.6). | 1.50 | 157.50 |
| 11/17/03 | EKF | Review and finalize October 2003 monthly fee application (.30). | 0.30 | 82.50 |
| 11/17/03 | SH | Calculate and draft October fee application (1.5); compile and file October fee application (.3). | 1.80 | 189.00 |
| | | **Total Fees Through November 30, 2003:** | **10.10** | **$ 1,264.50** |

### Timekeeper Rate Summary

| Initials | Name | Position | Rate | Hours | Value |
|---|---|---|---|---|---|
| EKF | Elizabeth Flaagan | Partner | $ 275.00 | 1.20 | $ 330.00 |
| SH | Susan Haag | Paralegal | 105.00 | 8.90 | 934.50 |
| | | **Total Fees:** | | **10.10** | **$ 1,264.50** |

**\* Please note that some individual timekeeper hourly rates will increase effective December 1, 2003**

Holme Roberts & Owen LLP

December 10, 2003

W.R. Grace

Page 28
Invoice No.: 652391
Client No.: 04339
Matter No.: 00390

**Itemized Disbursements**

| Date | Qty | Description | Amount |
|---|---|---|---|
| 10/08/03 | | Research Service: VENDOR: Pacer Service Center; INVOICE#: 09/30/03A; DATE: 10/8/2003 - Denver/Cust JJ0001 Pacer Web Pages 07/01/03 to 09/30/03 | $ 19.32 |
| 10/21/03 | | Consulting Fee: VENDOR: Morris, James, Hitchens & Williams LLP; INVOICE#: 256738; DATE: 10/21/2003 - Professional Services through September 30, 2003 | 677.18 |
| 10/24/03 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 4-915-38771; DATE: 10/24/2003 - Courier, Acct. 0808-0410-8. 10-21; William Weller Wilmington, De | 14.67 |
| 11/03/03 | 73 | Photocopy | 10.95 |
| 11/11/03 | 160 | Photocopy | 24.00 |
| 11/17/03 | 40 | Photocopy | 6.00 |
| 11/17/03 | | Professional Other Billable Service: VENDOR: Morris, James, Hitchens & Williams LLP; INVOICE#: 257412; DATE: 11/17/2003 - Professional services & disbursements through 10/31/03 | 1,280.88 |

**Total Disbursements:**  $ 2,033.00

**Disbursement Summary**

| | | |
|---|---|---|
| Consulting Fee | $ | 677.18 |
| Photocopy | | 40.95 |
| Federal Express | | 14.67 |
| Research Service | | 19.32 |
| Professional Other Billable Service | | 1,280.88 |
| **Total Disbursements:** | **$** | **2,033.00** |

**Matter 00420 - Ninth Circuit Appeal**

| Name | Position | Hourly Rate | November | Total Comp |
|---|---|---|---|---|
| Lund, Kenneth | Partner | $ 350.00 | | $ - |
| Coggon, Katheryn | Special Counsel | $ 275.00 | 6.3 | $ 1,732.50 |
| Tam, Alice | Paralegal | $ 175.00 | 0.4 | $ 70.00 |
| Tognetti, Natalie | Paralegal | $ 110.00 | 4.1 | $ 451.00 |
| | | | | |
| Total | | | 10.80 | $ 2,253.50 |

## Matter 00420 - Ninth Circuit Appeal

| Description | TOTAL |
|---|---|
| Parking | $ - |
| Photocopies | $ 17.25 |
| Facsimile | $ - |
| Long Distance Telephone | $ 3.20 |
| Federal Express | $ 149.53 |
| Outside Courier | $ 36.85 |
| Lexis | $ - |
| Westlaw | $ - |
| Meal Expenses | $ - |
| Other Expenses | $ - |
| Tab Stock | $ - |
| Velo Binding | $ - |
| **Total** | **$ 206.83** |

Holme Roberts & Owen LLP

December 10, 2003

W.R. Grace

Page 34
Invoice No.: 652391
Client No.: 04339
Matter No.: 00420

**Regarding: Ninth Circuit Appeal**

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 11/05/03 | KJC | Draft e-mail update re status of appeal filings (0.5). | 0.50 | $ 137.50 |
| 11/05/03 | NKT | Prepare timeline of federal inspections of Libby facilities from 1963-1999, per KJCoggon request. | 3.40 | 374.00 |
| 11/06/03 | NKT | Research Grace Liability brief re EPA involvement in Libby Site 1963-1999 and edit "Federal Inspections Timeline" accordingly per KJCoggon. | 0.70 | 77.00 |
| 11/10/03 | KJC | E-mail background research to C. Landau (0.2). | 0.20 | 55.00 |
| 11/17/03 | KJC | Address correspondence re possible amicus brief (0.30). | 0.30 | 82.50 |
| 11/18/03 | KJC | Telephone conference with potential amicus party (0.20); e-mail with C. Landau re status (0.30). | 0.50 | 137.50 |
| 11/19/03 | KJC | Telephone conference with W. Corcoran re appeal memo and strategies (.3); follow-up re status of appeal deadlines (1.7). | 2.00 | 550.00 |
| 11/19/03 | AT | Review local rules re transcript request (.30); conference with AGreen re same (.10). | 0.40 | 70.00 |
| 11/20/03 | KJC | Address transcript errors (.7); review and notify team re 9th Circuit scheduling order (.6) | 1.30 | 357.50 |
| 11/21/03 | KJC | Telephone conference with J. Freeman re schedule and transcript errors (0.30). | 0.30 | 82.50 |
| 11/24/03 | KJC | Review transcript errors from trial. | 0.90 | 247.50 |
| 11/26/03 | KJC | E-mail trial transcript corrections to J. Freeman (0.30). | 0.30 | 82.50 |

**Total Fees Through November 30, 2003:**   10.80   $ 2,253.50

Holme Roberts & Owen LLP

December 10, 2003

W.R. Grace

Page 35
Invoice No.: 652391
Client No.: 04339
Matter No.: 00420

## Timekeeper Rate Summary

| Initials | Name | Position | Rate | Hours | Value |
|---|---|---|---|---|---|
| KJC | Katheryn J. Coggon | Special Counsel | $ 275.00 | 6.30 | $ 1,732.50 |
| AT | Alice Tam | Paralegal | 175.00 | 0.40 | 70.00 |
| NKT | Natalie Tognetti | Paralegal | 110.00 | 4.10 | 451.00 |
| | | **Total Fees:** | | **10.80** | **$ 2,253.50** |

\* Please note that some individual timekeeper hourly rates will increase effective December 1, 2003

## Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 10/29/03 | | Outside Courier: VENDOR: Western Attorney Services; INVOICE#: 834995; DATE: 10/29/2003 - Courier, Acct. 35477. 10-24; 9th Circuit Court of Appeals | $ 36.85 |
| 10/31/03 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 4-915-76766; DATE: 10/31/2003 - Courier, Acct. 0802-0410-8. 10-22; Lisa Driscoll Missoula, Mt | 15.60 |
| 10/31/03 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 4-915-76766; DATE: 10/31/2003 - Courier, Acct. 0802-0410-8. 10-23; Anikka Green San Francisco, Ca | 9.45 |
| 10/31/03 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 4-915-76766; DATE: 10/31/2003 - Courier, Acct. 0802-0410-8. 10-24; Brett McGurk Washington, DC | 15.90 |
| 10/31/03 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 4-915-76766; DATE: 10/31/2003 - Courier, Acct. 0802-0410-8. 10-24; Chris Landau Washington, DC | 15.90 |
| 10/31/03 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 4-915-76766; DATE: 10/31/2003 - Courier, Acct. 0802-0410-8. 10-24; John Cruden Washington, DC | 15.90 |

Holme Roberts & Owen LLP

December 10, 2003

W.R. Grace

Page 36
Invoice No.: 652391
Client No.: 04339
Matter No.: 00420

**Itemized Disbursements**

| Date | Qty | Description | Amount |
|---|---|---|---|
| 10/31/03 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 4-915-76766; DATE: 10/31/2003 - Courier, Acct. 0802-0410-8. 10-24; William Mercer Billings, Mt | 13.18 |
| 10/31/03 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 4-915-76766; DATE: 10/31/2003 - Courier, Acct. 0802-0410-8. 10-24; W Benjamin Fischerow Washington, DC | 15.90 |
| 11/05/03 | | Long Distance Telephone: 4068297123, 2 Mins., TranTime:11:9 | 0.10 |
| 11/05/03 | 3 | Photocopy | 0.45 |
| 11/07/03 | | Long Distance Telephone: 4068297123, 2 Mins., TranTime:10:22 | 0.20 |
| 11/10/03 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 4-962-18163; DATE: 11/10/2003 - Courier, Acct. 0802-0410-8. 10-24; David Siegel Columbia, Md | 15.90 |
| 11/10/03 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 4-962-18163; DATE: 11/10/2003 - Courier, Acct. 0802-0410-8. 10-24; Robert Emmett Columbia, Md | 15.90 |
| 11/10/03 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 4-962-18163; DATE: 11/10/2003 - Courier, Acct. 0802-0410-8. 10-24; William Corcoran Columbia, Md | 15.90 |
| 11/13/03 | | Long Distance Telephone: 4065232500, 2 Mins., TranTime:14:22 | 0.10 |
| 11/13/03 | 5 | Photocopy | 0.75 |
| 11/18/03 | | Long Distance Telephone: 6192382876, 9 Mins., TranTime:17:30 | 0.90 |
| 11/19/03 | | Long Distance Telephone: 4068297123, 1 Mins., TranTime:11:16 | 0.10 |
| 11/19/03 | | Long Distance Telephone: 4105314203, 13 Mins., TranTime:14:54 | 1.30 |
| 11/19/03 | | Long Distance Telephone: 4155569958, 2 Mins., TranTime:17:4 | 0.20 |
| 11/19/03 | 25 | Photocopy | 3.75 |
| 11/20/03 | | Long Distance Telephone: 4105314000, 3 Mins., TranTime:14:52 | 0.30 |
| 11/20/03 | 81 | Photocopy | 12.15 |
| 11/20/03 | 1 | Photocopy | 0.15 |

Holme Roberts & Owen LLP

December 10, 2003

| W.R. Grace | | Page | 37 |
|---|---|---|---|
| | | Invoice No.: | 652391 |
| | | Client No.: | 04339 |
| | | Matter No.: | 00420 |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| | | **Total Disbursements:** | **$ 206.83** |

### Disbursement Summary

| | | |
|---|---|---|
| Photocopy | $ | 17.25 |
| Long Distance Telephone | | 3.20 |
| Outside Courier | | 36.85 |
| Federal Express | | 149.53 |
| **Total Disbursements:** | **$** | **206.83** |

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 641124 | 08/18/03 | Bill | 21,356.50 |
| | 11/03/03 | Cash Receipt | -17,085.20 |
| | *Outstanding Balance on Invoice 641124:* | | *$ 4,271.30* |
| 644977 | 09/25/03 | Bill | 28,438.91 |
| | 12/09/03 | Cash Receipt | -22,930.11 |
| | *Outstanding Balance on Invoice 644977:* | | *$ 5,508.80* |
| 646528 | 10/15/03 | Bill | 39,193.49 |
| | *Outstanding Balance on Invoice 646528:* | | *$ 39,193.49* |
| 649383 | 11/13/03 | Bill | 5,482.57 |