## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-1139 (JKF) |
| Debtors. | (Jointly Administered) |
| | **Objection Deadline: January 27, 2004 @ 4:00 p.m.** |

**TWENTY-SEVENTH MONTHLY FEE APPLICATION OF KRAMER
LEVIN NAFTALIS & FRANKEL LLP, COUNSEL TO THE
OFFICIAL COMMITTEE OF EQUITY HOLDERS, FOR
COMPENSATION AND REIMBURSEMENT OF DISBURSEMENTS FOR THE
PERIOD FROM NOVEMBER 1, 2003 THROUGH NOVEMBER 30, 2003**

Name of Applicant:    *Kramer Levin Naftalis & Frankel LLP*

Authorized to Provide
Professional Services to:    *Official Committee of Equity Holders*

Date of Retention:    *As of July 18, 2001 nunc pro tunc*

Period for which compensation
and reimbursement is sought:    *November 1, 2003 through and
including November 30, 2003*

Amount of Compensation sought as
actual, reasonable and necessary: *$14,537.00*
Amount of Expense Reimbursement sought as
actual, reasonable and necessary: *$273.00*

This is a(n):    __x__    monthly        ___    interim application

KL2:224408: 1

**Prior Applications:**

| Date Filed | Period Covered | Requested Fees/ Expenses | Paid Fees/ Expenses |
|---|---|---|---|
| February 28, 2002 | January 1, 2002 - January 31, 2002 | $23,807.50 $1,961.58 | $19,046.00 $1,961.58 |
| April 1, 2002 | February 1, 2002 - February 28, 2002 | $36,382.50 $2,894.44 | $29,106.00 $2,894.44 |
| May 8, 2002 | March 1, 2002 - March 31, 2002 | $32,575.00 $2,107.64 | $26,060.00 $2,107.64 |
| May 15, 2002 (Quarterly) | January 1, 2002 - March 31, 2002 | $92,765.00 $6,963.66 | $92,765.00 $6,963.66 |
| June 17, 2002 | April 1, 2002 - April 30, 2002 | $28,794.00 $2,669.24 | $23,035.20 $2,669.24 |
| August 5, 2002 | May 1, 2002 May 31, 2002 | $24,232.00 $2,299.11 | $19,385.60 $2,299.11 |
| September 4, 2002 | June 1, 2002 June 30, 2002 | $20.392.50 $388.61 | $16,314.00 $388.61 |
| September 18 2002 (Quarterly) | April 1, 2002 June 30, 2002 | $73,418.50 $5,356.96 | $69,340.00[1] $5,356.96 |
| November 4, 2002 | July 1, 2002 July 31, 2002 | $28,083.50 $1,121.59 | $22,466.80 $1,121.59 |
| October 24, 2002 | August 1, 2002 August 31, 2002 | $33,598.50 $7,190.62 | $26,878.80 $7,190.62 |
| November 5, 2002 | September 1, 2002 September 30, 2002 | $25,584.50 $1,761.46 | $20,467.60 $1,761.46 |
| November 21, 2002 (Quarterly) | July 1, 2002 September 30, 2002 | $87,266.50 $10,070.69 | Approved on 3/14/03 Doc. No. 3511, but 20% hold-back not yet paid |
| November 25, 2002 | October 1, 2002 October 31, 2002 | $39,887.50 $2,124.93 | $31,910.00 $2,124.93 |

---

[1] The twenty percent holdback ($4,078.50) for the month of June, 2002 is still outstanding.

| | | | |
|---|---|---|---|
| January 14, 2003 | November 1, 2002<br>November 30, 2002 | $18,704.00<br>$652.12 | $14,963.20<br>$652.12 |
| February 10, 2003 | December 1, 2002<br>December 31, 2002 | $11,853.50<br>$816.82 | $9,482.80<br>$816.82 |
| February 25, 2003 | January 1, 2003<br>January 31, 2003 | $11,100.00<br>$927.47 | $8,880.00<br>$927.47 |
| March 11, 2003 | October 1, 2002<br>December 31, 2002 | $70,445.00<br>$3,575.61 | Approved on 7/28/03 Doc. No. 4157, but 20% hold-back not yet paid |
| April 8, 2003 | February 1, 2003<br>February 28, 2003 | $13,418.00<br>$240.08 | $10,734.40<br>$240.08 |
| May 6, 2003 | March 1, 2002<br>March 31, 2003 | $26,969.00<br>$452.38 | $21,575.20<br>$452.38 |
| May 15, 2003 | January 1, 2003<br>March 31, 2002 | $51,487.00<br>$1,619.93 | Approved on 9/22/03 Doc. No. 3511, but 20% hold-back not yet paid |
| June 4, 2003 | April 1, 2003<br>April 30, 2003 | $7,609.00<br>$1,594.42 | $6,087.20<br>$1,594.42 |
| June 26, 2003 | May 1, 2003<br>May 31, 2003 | $9,411.00<br>$107.57 | $7,528.77<br>$107.57 |
| August 13, 2003 | June 1, 2003<br>June 30, 2003 | $10,427.00<br>$137.09 | $8,341.60<br>$137.09 |
| August 21, 2003 | April 1, 2003<br>June 30, 2003 | $27,447.00<br>$1,839.08 | Approved on 12/15/03 Doc. No. 4827, but 20% hold-back not yet paid |
| September 25, 2003 | July 1, 2003<br>July 31, 2003 | $9,272.50<br>$32.30 | $7,418.00<br>$32.30 |
| October 2, 2003 | August 1, 2003<br>August 31, 2003 | $9,815.50<br>$130.93 | $489.69<br>$130.93 |
| November 26, 2003 | September 1, 2003<br>September 30, 2003 | $15,004.00<br>$334.63 | CNO filed 12/18/03 |
| December 19, 2003 | October 1, 2003<br>October 31, 2003 | $13,134.00<br>$171.04 | Obj Deadline 1/9/04 |

KL2:224408. 1

## SUMMARY OF TIME FOR BILLING PERIOD
### NOVEMBER 1, 2003 THROUGH NOVEMBER 30, 2003

| Name | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|------|---------------------|--------------------|--------------------|
| Bentley, Philip | 525.00 | 2.30 | $1,207.50 |
| Horowitz, Gregory A. | 485.00 | 0.70 | $339.50 |
| Becker, Gary M. | 470.00 | 15.40 | $7,238.00 |
| Klein, David | 365.00 | 11.40 | $4,161.00 |
| Mangual, Kathleen | 185.00 | 8.60 | $1,591.00 |
| **Total** | | **38.40** | **$14,537.00** |

## COMPENSATION SUMMARY BY PROJECT CATEGORY

| Project Category | Total Hours for the Period 11/1/03 through 11/30/03 | Total Fees for the Period 11/1/03 through 11/30/03 |
|------------------|------------------------------------------------------|-----------------------------------------------------|
| Case Administration | 12.40 | $3,986.00 |
| Creditor Committee | 3.30 | $1,405.50 |
| Bankruptcy Motion | 9.60 | $4533.50 |
| Fee Applications, Applicant | 5.20 | $962.00 |
| Fraudulent Conveyance, Adv. Proceeding | 1.10 | $443.50 |
| Hearings | 3.70 | $1,739.00 |
| Litigation | 0.70 | $339.50 |
| Travel/Non-Working | 0.90 | $423.00 |
| Zai Science Trial | 1.50 | $705.00 |
| **Total** | **38.40** | **$14,537.00** |

## EXPENSE SUMMARY

| Expense Category | Total Expenses For the Period 11/1/03 through 11/30/03 |
|------------------|---------------------------------------------------------|
| Photocopying | $48.00 |
| Document Prep. | $20.00 |
| Out-of-Town Travel | $205.00 |
| **Total** | **$273.00** |

- 4 -

KL2 224408: 1

KRAMER LEVIN NAFTALIS & FRANKEL LLP

By: _____
      Gary M. Becker
      919 Third Avenue
      New York, New York 10022
      (212) 715-9100

      Counsel to the Official Committee of
      Equity Holders

Dated: January 5, 2004

- 5 -

SCHEDULE OF TIME CHARGES AND RATES
FOR THE PERIOD NOVEMBER 1, 2003 THROUGH NOVEMBER 30, 2003

**CASE ADMINISTRATION**

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| KLEIN, DAVID | CRED | 9.40 | 365.00 | 3,431.00 |
| PARAPROFESSIONAL | | | | |
| MANGUAL, KATHLEEN | CRED | 3.00 | 185.00 | 555.00 |
| | Subtotal | 12.40 | $ | 3,986.00 |

**CREDITOR COMMITTEE**

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BECKER, GARY M. | CRED | 2.60 | 470.00 | 1,222.00 |
| KLEIN, DAVID | CRED | 0.30 | 365.00 | 109.50 |
| PARAPROFESSIONAL | | | | |
| MANGUAL, KATHLEEN | CRED | 0.40 | 185.00 | 74.00 |
| | Subtotal | 3.30 | $ | 1,405.50 |

**BANKRUPTCY MOTIONS**

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BENTLEY, PHILIP | CRED | 2.30 | 525.00 | 1,207.50 |
| BECKER, GARY M. | CRED | 6.30 | 470.00 | 2,961.00 |
| KLEIN, DAVID | CRED | 1.00 | 365.00 | 365.00 |
| | Subtotal | 9.60 | $ | 4,533.50 |

**FEE APPLICATIONS, APPLICANT**

| PARAPROFESSIONAL | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| MANGUAL, KATHLEEN | CRED | 5.20 | 185.00 | 962.00 |
| | Subtotal | 5.20 | $ | 962.00 |

**FRAUDULENT CONVEYANCE ADV. PROCEEDING**

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BECKER, GARY M. | CRED | 0.40 | 470.00 | 188.00 |
| KLEIN, DAVID | CRED | 0.70 | 365.00 | 255.50 |
| | Subtotal | 1.10 | $ | 443.50 |

# SCHEDULE OF TIME CHARGES AND RATES
## FOR THE PERIOD NOVEMBER 1, 2003 THROUGH NOVEMBER 30, 2003

**HEARINGS**

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|----------|------------|-------|-------------|--------|
| BECKER, GARY M. | CRED | 3.70 | 470.00 | 1,739.00 |
| | Subtotal | 3.70 | $ | 1,739.00 |

**LITIGATION**

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|----------|------------|-------|-------------|--------|
| HOROWITZ, GREGORY A. | LITI | 0.70 | 485.00 | 339.50 |
| | Subtotal | 0.70 | $ | 339.50 |

**ZAI SCIENCE TRIAL**

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|----------|------------|-------|-------------|--------|
| BECKER, GARY M. | CRED | 0.90 | 470.00 | 423.00 |
| | Subtotal | 0.90 | $ | 423.00 |

**TRAVEL\NON-WORKING**

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|----------|------------|-------|-------------|--------|
| BECKER, GARY M. | CRED | 3.00 | 235.00 | 705.00 |
| | Subtotal | 3.00 | $ | 705.00 |
| | Total | 38.40 | $ | 14,537.00 |

KL4.208922( 1

# SCHEDULE OF TIME CHARGES AND RATES
## FOR THE PERIOD NOVEMBER 1, 2003 THROUGH NOVEMBER 30, 2003

| ATTORNEY | TITLE | HOURS | HOURLY RATE | AMOUNT |
|----------|-------|-------|-------------|--------|
| BENTLEY, PHILIP | PARTNER | 2.30 | 525.00 | 1,207.50 |
| HOROWITZ, GREGORY A. | PARTNER | 0.70 | 485.00 | 339.50 |
| BECKER, GARY M. | SPEC COUNS | 15.40 | 470.00 | 7,238.00 |
| KLEIN, DAVID | ASSOCIATE | 11.40 | 365.00 | 4,161.00 |
| MANGUAL, KATHLEEN | PARALEGAL | 8.60 | 185.00 | 1,591.00 |
| | Total | 38.40 | | $14,537.00 |

# SCHEDULE OF DISBURSEMENTS
## FOR THE PERIOD NOVEMBER 1, 2003 THROUGH NOVEMBER 30, 2003

| DISBURSEMENTS | AMOUNT |
|---|---|
| PHOTOCOPYING | 48.00 |
| DOCUMENT PREP. | 20.00 |
| OUT-OF-TOWN TRAVEL | 205.00 |
| Subtotal | $273.00 |

# SCHEDULE OF VOLUNTARY DISBURSEMENT REDUCTIONS
## FOR THE PERIOD NOVEMBER 1, 2003 THROUGH NOVEMBER 30, 2003

| DISBURSEMENTS | AMOUNT |
|---|---|
| PHOTOCOPYING | 25.60 |
| MANUSCRIPT SERVICE | 6.00 |
| Subtotal | $31.60 |