```
alp_132c: Client Summary                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                           PAGE    1
Run Date & Time: 01/05/2004 15:48:05                         *PRIVILEGED AND CONFIDENTIAL*

Client No: 056772
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15/w/o manu. services

                                                  PRE-BILLING SUMMARY REPORT

                                              FEES                                         COSTS
                                              ----                                         -----
    UNBILLED TIME FROM:    01/01/1901                            TO:    11/30/2003
    UNBILLED DISB FROM:    01/01/1901                            TO:    11/25/2003

GROSS BILLABLE AMOUNT:                        14,537.00                                    273.00
AMOUNT WRITTEN DOWN:
             PREMIUM:
DEDUCTED FROM PAID RETAINER:
     ON ACCOUNT BILLED:
       AMOUNT BILLED:
           THRU DATE:      11/30/2003                                                   11/25/2003
CLOSE MATTER/FINAL BILLING?   YES   OR   NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:                                   WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

                                                  ACCOUNTS RECEIVABLE TOTALS                       UNAPPLIED CASH

                             FEES:               31,752.59         UNIDENTIFIED RECEIPTS:            0.00
                    DISBURSEMENTS:                  459.04              PAID FEE RETAINER:            0.00
                     FEE RETAINER:                    0.00             PAID DISB RETAINER:            0.00
                    DISB RETAINER:                    0.00           TOTAL AVAILABLE FUNDS:           0.00
                 TOTAL OUTSTANDING:              47,691.31                   TRUST BALANCE:

                                                       BILLING HISTORY

             DATE OF LAST BILL:      11/30/03                LAST PAYMENT DATE:      12/26/03
              LAST BILL NUMBER:      380293               FEES BILLED TO DATE:    631,348.50
           LAST BILL THRU DATE:      10/31/03          FEES WRITTEN OFF TO DATE:  555,144.18


FOR ACCTG USE ONLY:    Write Down/Up Reason Codes:
    (1) Exceeded Fixed Fee              (6) Summer Associate
    (2) Late Time & Costs Posted        (7) Fixed Fee
    (3) Pre-arranged Discount           (8) Premium
    (4) Excessive Legal Time            (9) Rounding
    (5) Business Development           (10) Client Arrangement

BILL NUMBER: _____    DATE OF BILL: _____   Processed by: _____   FRC: _____   CRC: _____
```

```
alp_132c: Client Summary                        KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    2
Run Date & Time: 01/05/2004 15:48:08                  *PRIVILEGED AND CONFIDENTIAL*

Client No: 056772
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE

U N B I L L E D   T I M E   S U M M A R Y   ------------------------- Total Unbilled -----------------------
Emp Id Employee Name                Group                  Oldest     Latest         Total            Total
                                                           Entry      Entry          Hours           Amount
                                                           ------     ------         -----           ------
02495  BENTLEY, PHILIP              PARTNER               11/03/03   11/24/03          2.30         1,207.50
07850  HOROWITZ, GREGORY A.         PARTNER               11/20/03   11/20/03          0.70           339.50
05292  BECKER, GARY M.              SPEC COUNSEL          11/03/03   11/24/03         15.40         7,238.00
05646  KLEIN, DAVID                 ASSOCIATE             11/03/03   11/30/03         11.40         4,161.00
       PARAPROFESSIONALS
05208  MANGUAL, KATHLEEN            PARALEGAL             11/04/03   11/26/03          8.60         1,591.00
                                                                                    -------        ---------
                              Total:                                                  38.40        14,537.00


U N B I L L E D   C O S T S   S U M M A R Y   ----- Total Unbilled -----
Code   Description                                  Oldest     Latest         Total
                                                    Entry      Entry        Amount
                                                    ------     ------        ------
0820   PHOTOCOPYING                                11/10/03   11/25/03        48.00
0840   MANUSCRIPT SERVICE                          11/19/03   11/19/03         0.00
0842   DOCUMENT PREP.                              11/24/03   11/24/03        20.00
0950   OUT-OF-TOWN TRAVEL                          11/17/03   11/17/03       205.00
                                                                           --------
                              Total                                          273.00

                              Grand Total                                 14,810.00
                                                                        ==========


B I L L I N G   &   P A Y M E N T   H I S T O R Y  (Reflects Payments As of 01/05/04 15:48:08)
                                 ------- Billed --------       Applied      ------ Collections ------     Balance
Bill Date Thru Date Bill#        Fee & OA    Disbursement      From OA       Total          Date           Due
---------  --------- -----       --------    ------------      -------       -----          ----          -------
           YEAR 2001             94,527.50      10,369.98                  104,897.48
           YEAR 2002            249,933.32      21,073.59                  271,006.91
01/31/03   12/31/02  364671      10,828.50         816.82                   11,645.32    03/25/03
02/20/03   01/31/03  365684       4,846.00         904.37                    5,750.37    04/11/03
03/19/03   02/28/03  367178       5,788.00         237.38                    6,025.38    05/27/03
04/29/03   03/31/03  369330       7,008.50         452.38                    7,460.88    10/23/03
05/16/03   04/30/03  370445       5,427.50       1,580.42                    7,007.92    12/26/03
06/17/03   05/31/03  371897       7,751.50         107.57                    7,859.07    12/26/03
07/24/03   06/30/03  373811       7,581.50         135.30                    7,716.80    12/26/03
08/31/03   07/31/03  375389       8,737.00          29.61                    7,450.50    11/28/03           1,316.11
09/30/03   08/31/03  376733       9,815.50         130.93                    8,603.95    12/08/03           1,342.48
11/14/03   09/30/03  379590      13,302.50         227.75                                                   1,645.00
11/30/03   10/31/03  380293      12,924.00         174.04                   11,885.25                      13,098.04
01/05/04   08/31/02  381784      14,537.00         273.00                         .00                      14,810.00
                               -----------    -----------                 -----------                    ----------
                    Total:     453,008.32       36,513.14                  457,309.83                     32,211.63
```

```
alp_132r: Matter Detail                                                                                                              PAGE    1
Run Date & Time: 01/05/2004 15:48:03

                                             KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00001                            Orig Prtnr  : CRED. RGTS    - 06975       Proforma Number:  1770387
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE    Bill Prtnr  : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : CASE ADMINISTRATION                  Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                   Status       : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15/w/o manu. services

                                                PRE-BILLING SUMMARY REPORT

          UNBILLED TIME FROM:   11/03/2003                  TO:  11/30/2003
          UNBILLED DISB FROM:   11/10/2003                  TO:  11/25/2003

                               FEES                                          COSTS

   GROSS BILLABLE AMOUNT:         3,986.00                                              48.00
   AMOUNT WRITTEN DOWN:
              PREMIUM:
   ON ACCOUNT BILLED:
 DEDUCTED FROM PAID RETAINER:
        AMOUNT BILLED:
           THRU DATE:          11/30/2003                                          11/25/2003
 CLOSE MATTER/FINAL BILLING?   YES OR NO
 EXPECTED DATE OF COLLECTION:

 BILLING PARTNER APPROVAL:     BENTLEY PHILIP - 02495           WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

 BILLING COMMENTS:

                               ACCOUNTS RECEIVABLE TOTALS                        UNAPPLIED CASH

                      FEES:             7,532.00       UNIDENTIFIED RECEIPTS:          0.00
              DISBURSEMENTS:              203.04       PAID FEE RETAINER:               0.00
               FEE RETAINER:                0.00       PAID DISB RETAINER:              0.00
              DISB RETAINER:                0.00       TOTAL AVAILABLE FUNDS:           0.00
           TOTAL OUTSTANDING:           7,735.04       TRUST BALANCE:
                                                       BILLING HISTORY
           DATE OF LAST BILL:          01/05/04        LAST PAYMENT DATE:           12/26/03
           LAST BILL NUMBER:             381784        FEES BILLED TO DATE:       186,861.00
           LAST BILL THRU DATE:                        FEES WRITTEN OFF TO DATE:   74,309.00

 FOR ACCTG USE ONLY:           Write Down/Up Reason Codes:

    (1) Exceeded Fixed Fee          (6) Summer Associate
    (2) Late Time & Costs Posted    (7) Fixed Fee
    (3) Pre-arranged Discount       (8) Premium
    (4) Excessive Legal Time        (9) Rounding
    (5) Business Development       (10) Client Arrangement

 BILL NUMBER:_____  DATE OF BILL:_____  Processed by:_____  FRC:_____  CRC:_____
```

```
alp_132r: Matter Detail                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE    2
Run Date & Time: 01/05/2004 15:48:03                          *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00001                                                     Orig Prtnr : CRED. RGTS   - 06975      Proforma Number: 1770387
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                             Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : CASE ADMINISTRATION                                           Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                         Status     : ACTIVE

U N B I L L E D   T I M E   S U M M A R Y  ------------------------- Total Unbilled -------------------------
Emp Id Employee Name              Group                 Oldest          Latest         Total                    Total
                                                        Entry           Entry          Hours                    Amount
--------------------------------------------------------------------------------------------------------------
05208 MANGUAL, KATHLEEN           CRED                  11/04/03        11/20/03       3.00                     555.00
                                  PARAPROFESSIONALS
05646 KLEIN, DAVID                CRED                  11/03/03        11/30/03       9.40                   3,431.00

                                                                    Total:           12.40                    3,986.00

Sub-Total Hours :    0.00 Partners    0.00 Counsels    9.40 Associates    3.00 Legal Assts    0.00 Others

U N B I L L E D   C O S T S   S U M M A R Y ------------------------- Total Unbilled -------------------------
Code Description                           Oldest          Latest         Total
                                           Entry           Entry          Amount
--------------------------------------------------------------------------------------------------------------
0820 PHOTOCOPYING                          11/10/03        11/25/03       48.00
0840 MANUSCRIPT SERVICE                    11/19/03        11/19/03        0.00

                                       Total                             48.00

                                       Grand Total                    4,034.00
                                                                   ===========

B I L L I N G   &   P A Y M E N T   H I S T O R Y (Reflects Payments As of 01/05/04 15:48:03)
                                                  ------- Billed -------     Applied    ---- Collections ----
Bill Date  Thru Date  Bill#    Fee & OA   Disbursement   From OA   Total      Date         Balance
                                                                                           Due
--------------------------------------------------------------------------------------------------------------
                YEAR 2001                71,036.50       8,160.18                         79,196.68
01/31/03 12/31/02 364671                 63,892.50      13,613.26                         77,505.76
                YEAR 2002
01/31/03 01/31/03 365684                  6,081.00         733.32                          6,814.32  03/25/03
02/20/03 01/31/03 367178                  2,264.50         904.37                          3,168.87  04/11/03
03/19/03 02/28/03 369330                  1,726.50         175.30                          1,901.80  05/27/03
04/29/03 03/31/03 370445                  4,200.00         435.90                          4,635.90  10/23/03
05/16/03 04/30/03 371897                  4,021.00         627.57                          4,648.57  10/23/03
06/17/03 05/31/03 373811                  3,418.50         105.57                          3,524.07  12/26/03
07/24/03 06/30/03 375389                  2,578.50         135.30                          2,713.80  10/23/03
08/31/03 07/31/03 376733                  3,533.50          13.06                          3,546.56  11/28/03
09/30/03 08/31/03 379590                  3,660.00          89.89                          3,749.89  12/08/03
11/14/03 09/30/03 380293                  3,721.50         225.75                          3,947.25  12/26/03
11/30/03 10/31/03 381784                  3,546.00         155.04                                .00              3,701.04
01/05/04 10/31/03                         3,986.00          48.00                                .00              4,034.00

                       Total:           177,666.00      25,422.51                        195,353.47              7,735.04
```

```
alp_132r: Matter Detail                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                          PAGE    3
Run Date & Time: 01/05/2004 15:48:03                         *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00001                                  Orig Prtnr : CRED. RGTS - 06975               Proforma Number: 1770387
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE          Bill Prtnr : BENTLEY PHILIP - 02495           Bill Frequency: M
Matter Name : CASE ADMINISTRATION                        Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                             Status    : ACTIVE

UNBILLED TIME DETAIL
Employee Name       Work Date   Description                                                               Hours      Amount     Index#     Batch Date

KLEIN, DAVID        11/03/03    review pleadings/filings, distr. same as                                   1.60      584.00     4929584    12/02/03
                                necessary (0.9); emails to/from PB, GMB re same
                                (0.4); review correspondence (0.3).
MANGUAL, KATHLEEN   11/04/03    organization of files, pleadings and                                       1.40      259.00     4928352    12/01/03
                                correspondence (1.4)
KLEIN, DAVID        11/05/03    review pleadings/filings (0.1); email to PB,                               0.20       73.00     4929585    12/02/03
                                GMB re same (0.1).
KLEIN, DAVID        11/06/03    review pleadings/filings, distr same as                                    0.10       36.50     4929586    12/02/03
                                necessary.
KLEIN, DAVID        11/09/03    review pleadings/filings, distr same as                                    0.80      292.00     4929587    12/02/03
                                necessary.
KLEIN, DAVID        11/10/03    review pleadings/filings, distr same as                                    0.90      328.50     4929588    12/02/03
                                necessary (0.3); check dockets/filings re USG
                                opinion and Sealed Air settlement progress
                                (0.6).
KLEIN, DAVID        11/11/03    review pleadings/filings, distr same as                                    0.60      219.00     4929589    12/02/03
                                necessary.
KLEIN, DAVID        11/12/03    review pleadings/filings, distr same as                                    0.20       73.00     4929590    12/02/03
                                necessary.
KLEIN, DAVID        11/13/03    Review pleadings/filings, distr same as                                    0.20       73.00     4929591    12/02/03
                                necessary (0.2);
KLEIN, DAVID        11/16/03    Review pleadings/filings, distr same as                                    1.90      693.50     4929592    12/02/03
                                necessary (1.6); email to/from GMB, KM re same
                                (0.3);
KLEIN, DAVID        11/18/03    review pleadings/filings, distr same as                                    0.60      219.00     4929594    12/02/03
                                necessary.
KLEIN, DAVID        11/19/03    review pleadings/filings.                                                  0.30      109.50     4929595    12/02/03
MANGUAL, KATHLEEN   11/20/03    organization of files, update index and                                    1.60      296.00     4920641    11/26/03
                                correspondence (1.6)
KLEIN, DAVID        11/23/03    review pleadings/filings.                                                  0.10       36.50     4929596    12/02/03
KLEIN, DAVID        11/24/03    review pleadings/filings, distr same as                                    0.30      109.50     4929597    12/02/03
                                necessary.
KLEIN, DAVID        11/25/03    review pleadings/filings, distr same as                                    0.80      292.00     4929598    12/02/03
                                necessary.
KLEIN, DAVID        11/26/03    review pleadings/filings, distr same as                                    0.10       36.50     4929599    12/02/03
                                necessary.
KLEIN, DAVID        11/27/03    Review pleadings/filings, distr same as                                    0.50      182.50     4929600    12/02/03
                                necessary.
KLEIN, DAVID        11/28/03    review pleadings/filings, distr same as                                    0.10       36.50     4929601    12/02/03
                                necessary.
KLEIN, DAVID        11/30/03    review filings.                                                            0.10       36.50     4929602    12/02/03

                                                                     Fee Total                           12.40    3,986.00
```

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    4
Run Date & Time: 01/05/2004 15:48:03                  *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00001                                          Orig Prtnr : CRED. RGTS      - 06975          Proforma Number:   1770387
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                  Bill Prtnr : BENTLEY PHILIP  - 02495          Bill Frequency: M
Matter Name : CASE ADMINISTRATION                                Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                     Status     : ACTIVE

U N B I L L E D    T I M E    D E T A I L
Employee Name              Work Date       Description                                                   Hours       Amount

                                           Fee Total                                                    12.40      3,986.00

U N B I L L E D    C O S T S    D E T A I L
Description/Code           Employee              Date         Amount    Index#     Batch No   Batch Date

PHOTOCOPYING
    0820
PHOTOCOPYING               KLEIN, D K           11/10/03        5.85    6322007    106223     11/11/03
KLEIN  DAVID
PHOTOCOPYING               KLEIN, D K           11/11/03        4.80    6323767    106290     11/12/03
KLEIN  DAVID
PHOTOCOPYING               KLEIN, D K           11/16/03       10.35    6329969    106460     11/18/03
KLEIN  DAVID
PHOTOCOPYING               KLEIN, D K           11/16/03        1.80    6329970    106460     11/18/03
KLEIN  DAVID
PHOTOCOPYING               MANGUAL, K M         11/25/03       17.10    6344780    106843     12/01/03
MANGUAL KATHLEEN
PHOTOCOPYING               MANGUAL, K M         11/25/03        8.10    6344781    106843     12/01/03
MANGUAL KATHLEEN

                                     0820 PHOTOCOPYING Total :        48.00

MANUSCRIPT SERVICE
    0840
MANUSCRIPT SERVICE         HALLMAN, M E         11/19/03        0.00    6339337    106685     11/24/03
11/19/2003

                                     0840 MANUSCRIPT SERVICE Total :   0.00

                      Costs Total :                                   48.00
```

```
alp_132r: Matter Detail                                                                                                                    PAGE    5
Run Date & Time: 01/05/2004 15:48:03
                                             KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                  *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00001                                     Orig Prtnr : CRED. RGTS      - 06975        Proforma Number:    1770387
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE             Bill Prtnr  : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : CASE ADMINISTRATION                           Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                              Status      : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   T I M E   S U M M A R Y
Employee Name                       Hours          Amount          Bill        W/o / W/u       Transfer To      Clnt/Mtr      Carry Forward

KLEIN, DAVID                         9.40        3,431.00
MANGUAL, KATHLEEN                    3.00          555.00
              Total:                12.40        3,986.00

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y
Code Description                              Amount                           Bill         W/o / W/u       Transfer To      Clnt/Mtr      Carry Forward

0820 PHOTOCOPYING                              48.00
0840 MANUSCRIPT SERVICE                         0.00

              Costs Total :                    48.00
```

```
alp_132r: Matter Detail                                                                                                                        PAGE    6
Run Date & Time: 01/05/2004 15:48:03

                                        KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                             *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00002                                    Orig Prtnr  : CRED. RGTS   - 06975        Proforma Number:  1770387
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr  : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : CREDITOR COMMITTEE                           Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                           Status       : ACTIVE

Special Billing Instructions:

                                             PRE-BILLING SUMMARY REPORT

     UNBILLED TIME FROM:   11/13/2003                            TO:   11/24/2003
     UNBILLED DISB FROM:   11/24/2003                            TO:   11/24/2003

                                  FEES                                           COSTS

GROSS BILLABLE AMOUNT:         1,405.50                                          20.00
AMOUNT WRITTEN DOWN:    _____                                _____
       PREMIUM:         _____                                _____
ON ACCOUNT BILLED:      _____                                _____
DEDUCTED FROM PAID RETAINER: _____                                _____
AMOUNT BILLED:          _____                                _____
       THRU DATE:
CLOSE MATTER/FINAL BILLING?  YES OR NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:   BENTLEY PHILIP - 02495         WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:
_____

                                            ACCOUNTS RECEIVABLE TOTALS                            UNAPPLIED CASH

                      FEES:        4,708.00              UNIDENTIFIED RECEIPTS:     0.00
             DISBURSEMENTS:           39.00              PAID FEE RETAINER:         0.00
             FEE RETAINER:             0.00              PAID DISB RETAINER:        0.00
             DISB RETAINER:            0.00              TOTAL AVAILABLE FUNDS:     0.00
          TOTAL OUTSTANDING:       4,747.00              TRUST BALANCE:
                                                         BILLING HISTORY
                                          _____
     DATE OF LAST BILL:        01/05/04                  LAST PAYMENT DATE:      12/26/03
     LAST BILL NUMBER:         381784                    FEES BILLED TO DATE:    67,678.00
     LAST BILL THRU DATE:                                FEES WRITTEN OFF TO DATE: 17,787.50

FOR ACCTG USE ONLY:       Write Down/Up Reason Codes:

   (1) Exceeded Fixed Fee           (6)  Summer Associate
   (2) Late Time & Costs Posted     (7)  Fixed Fee
   (3) Pre-arranged Discount        (8)  Premium
   (4) Excessive Legal Time         (9)  Rounding
   (5) Business Development         (10) Client Arrangement


BILL NUMBER: _____   DATE OF BILL: _____  Processed by: _____  FRC: _____  CRC: _____
```

```
alp_132r: Matter Detail                              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                          PAGE    7
Run Date & Time: 01/05/2004 15:48:03                       *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00002                                                        Orig Prtnr : CRED. RGTS    - 06975          Proforma Number:    1770387
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                                Bill Prtnr : BENTLEY PHILIP - 02495         Bill Frequency: M
Matter Name : CREDITOR COMMITTEE                                               Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                                 Status     : ACTIVE

U N B I L L E D    T I M E    S U M M A R Y                  --------------- Total Unbilled ---------------
Emp Id Employee Name                      Group              Oldest           Latest            Hours           Amount
------------------------------------      -----              ------           ------            -----           ------

05208  MANGUAL, KATHLEEN                  CRED               11/17/03         11/17/03          0.40             74.00
05646  KLEIN, DAVID                       CRED               11/17/03         11/17/03          0.30            109.50
          PARAPROFESSIONALS
05292  BECKER, GARY M.                    CRED               11/13/03         11/24/03          2.60          1,222.00

                        Total:                                                                  3.30          1,405.50

Sub-Total Hours :    0.00 Partners     2.60 Counsels    0.30 Associates    0.40 Legal Assts    0.00 Others

U N B I L L E D   C O S T S   S U M M A R Y   ------- Total Unbilled -------
Code Description                                      Oldest          Latest           Total
                                                      Entry           Entry            Amount
------------------------------------                  ------          ------           -------

0842  DOCUMENT PREP.                                  11/24/03        11/24/03          20.00

            Total                                                                       20.00

            Grand Total                                                              1,405.50
                                                                                 ============

B I L L I N G   &   P A Y M E N T   H I S T O R Y  (Reflects Payments As of 01/05/04 15:48:03)
                                          ------- Billed -------           Applied    ---- Collections ----        Balance
Bill Date Thru Date Bill#                 Fee & OA    Disbursement          From OA        Total    Date             Due
---------------------------               --------    ------------          -------        -----    ----            -------

       YEAR 2001                         11,113.50       1,628.57               .00    12,742.07
       YEAR 2002                         34,996.50       2,032.99               .00    37,029.49
01/31/03 12/31/02     364671                 .00             .00               .00           .00
01/31/03 02/28/03     367178              1,341.00           .00               .00     1,341.00  03/25/03
03/19/03 03/31/03     369330              1,123.50          50.00               .00     1,173.50  05/27/03
04/29/03 03/31/03     369330              2,138.50           3.00               .00     2,141.50  10/23/03
05/16/03 04/30/03     370445                455.00          26.55               .00       481.55  10/23/03
06/17/03 05/31/03     371897                  .00            2.00               .00         2.00  08/19/03
07/24/03 06/30/03     373811              2,292.50            .00               .00     2,292.50  10/23/03
08/31/03 07/31/03     375389              3,567.50            .00               .00     3,567.50  11/28/03
09/30/03 08/31/03     376733              1,137.50            .00               .00     1,137.50  12/08/03
11/14/03 09/30/03     379590              4,804.50           2.00               .00     4,806.50  12/26/03
11/30/03 10/31/03     380293              3,302.50          19.00               .00           .00                3,321.50
01/05/04 10/31/03     381784              1,405.50          20.00               .00           .00                1,425.50

            Total:                       67,678.00       3,784.11                      66,715.11                 4,747.00
```

```
alp_132r: Matter Detail                                      KRAMER LEVIN NAFTALIS & FRANKEL LLP                                           PAGE    8
Run Date & Time: 01/05/2004 15:48:03                             *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00002                                        Orig Prtnr : CRED. RGTS     - 06975           Proforma Number:  1770387
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                Bill Prtnr : BENTLEY PHILIP - 02495           Bill Frequency: M
Matter Name : CREDITOR COMMITTEE                               Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                   Status     : ACTIVE
```

UNBILLED TIME DETAIL

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|---|
| BECKER, GARY M. | 11/13/03 | Compose and send email and fax to Equity Committee re case status | 0.50 | 235.00 | 4903389 | | 11/14/03 |
| BECKER, GARY M. | 11/17/03 | Conf. with Bentley and email to Weschler re outcome of omnibus hearing (0.5); review various documents received from Weschler re Grace business performance (0.6). | 1.10 | 517.00 | 4909910 | | 11/20/03 |
| MANGUAL, KATHLEEN | 11/17/03 | preparation of materials for distrib. to committee, disc/w G.Becker & D. Klein re: such (.40) | 0.40 | 74.00 | 4918129 | | 11/25/03 |
| KLEIN, DAVID | 11/17/03 | voice mail from PB re correspondence to committee re disqualification motion (0.1); disc. w/ K.Mangual re same (0.2). | 0.30 | 109.50 | 4929593 | | 12/02/03 |
| BECKER, GARY M. | 11/24/03 | Prepare memo to committee re recent issues in Wolin recusal | 1.00 | 470.00 | 4916880 | | 11/25/03 |

```
                                             Fee Total          3.30    1,405.50
```

UNBILLED COSTS DETAIL

| Description/Code | | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|---|
| DOCUMENT PREP. | 0842 | | | | | | |
| DOCUMENT PREP. 11/24/2003 | | KOSCAL, T M | 11/24/03 | 20.00 | 6347441 | 106897 | 12/02/03 |

```
                            0842 DOCUMENT PREP. Total :         20.00

                                            Fee Total                   1,405.50

                                           Costs Total :        20.00
```

```
alp_132r: Matter Detail                                                                                                          PAGE     9
Run Date & Time: 01/05/2004 15:48:03

                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                       *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00002                              Orig Prtnr : CRED. RGTS  - 06975        Proforma Number:  1770387
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr  : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : CREDITOR COMMITTEE                     Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                   Status     : ACTIVE

BILLING INSTRUCTIONS FOR UNBILLED TIME SUMMARY
Employee Name              Hours         Amount            Bill        W/o / W/u      Transfer To    Clnt/Mtr     Carry Forward

BECKER, GARY M.             2.60       1,222.00
KLEIN, DAVID                0.30         109.50
MANGUAL, KATHLEEN           0.40          74.00
               Total:       3.30       1,405.50

BILLING INSTRUCTIONS FOR UNBILLED COSTS SUMMARY
Code Description                       Amount             Bill        W/o / W/u      Transfer To    Clnt/Mtr     Carry Forward

0842 DOCUMENT PREP.                     20.00

              Costs Total :             20.00
```

```
alp_132r: Matter Detail
Run Date & Time: 01/05/2004 15:48:03
```

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

```
Matter No: 056772-00005                                                    Orig Prtnr : CRED. RGTS - 06975              Proforma Number: 1770387
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                            Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : BANKR. MOTIONS                                               Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                              Status    : ACTIVE
```

Special Billing Instructions:

PRE-BILLING SUMMARY REPORT

```
                             UNBILLED TIME FROM:  11/03/2003              TO:  11/24/2003
                             UNBILLED DISB FROM:                          TO:

                                                      FEES                    COSTS
                                                      ----                    -----
         GROSS BILLABLE AMOUNT:                    4,533.50                   0.00
         AMOUNT WRITTEN DOWN:
                       PREMIUM:
         ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
                 AMOUNT BILLED:
                    THRU DATE:                    11/24/2003
CLOSE MATTER/FINAL BILLING?  YES OR NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:   BENTLEY PHILIP - 02495       WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:
```

ACCOUNTS RECEIVABLE TOTALS                                    UNAPPLIED CASH

```
             FEES:               8,958.50
    DISBURSEMENTS:                   0.00        UNIDENTIFIED RECEIPTS:        0.00
     FEE RETAINER:                   0.00        PAID FEE RETAINER:            0.00
    DISB RETAINER:                   0.00        PAID DISB RETAINER:           0.00
 TOTAL OUTSTANDING:               8,958.50       TOTAL AVAILABLE FUNDS:        0.00
                                                 TRUST BALANCE:
                                                 BILLING HISTORY
                                                 ---------------
 DATE OF LAST BILL:              01/05/04        LAST PAYMENT DATE:           12/26/03
  LAST BILL NUMBER:                381784        FEES BILLED TO DATE:        17,668.50
LAST BILL THRU DATE:                             FEES WRITTEN OFF TO DATE:   -4,089.50
```

```
FOR ACCTG USE ONLY:    Write Down/Up Reason Codes:

    (1) Exceeded Fixed Fee       (6) Summer Associate
    (2) Late Time & Costs Posted (7) Fixed Fee
    (3) Pre-arranged Discount    (8) Premium
    (4) Excessive Legal Time     (9) Rounding
    (5) Business Development    (10) Client Arrangement
```

```
BILL NUMBER:_____  DATE OF BILL:_____  Processed by:_____  FRC:_____  CRC:_____
```

PAGE 10

```
alp_132r: Matter Detail                                                                                                                    PAGE    11
Run Date & Time: 01/05/2004 15:48:04

                                              KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                  *PRIVILEGED AND CONFIDENTIAL*

Matter No: 0567772-00005                                              Orig Prtnr  : CRED. RGTS    - 06975      Proforma Number:  1770387
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                       Bill Prtnr  : BENTLEY PHILIP - 02495     Bill Frequency:  M
Matter Name : BANKR. MOTIONS                                          Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                     Status       : ACTIVE

U N B I L L E D    T I M E    S U M M A R Y  ----------------- Total Unbilled ------------------
Emp Id Employee Name             Group            Oldest      Latest         Hours           Amount

02495  BENTLEY, PHILIP            CRED            11/03/03    11/24/03        2.30         1,207.50
05292  BECKER, GARY M.            CRED            11/03/03    11/20/03        6.30         2,961.00
05646  KLEIN, DAVID               CRED            11/16/03    11/16/03        1.00           365.00
                                                                            -------       ---------
                         Total:                                                9.60         4,533.50

Sub-Total Hours :    2.30 Partners       6.30 Counsels       1.00 Associates    0.00 Legal Assts    0.00 Others

B I L L I N G  &  P A Y M E N T    H I S T O R Y  (Reflects Payments As of 01/05/04 15:48:04)
                       ------- Billed -------         Applied     ---- Collections ----          Balance
Bill Date   Thru Date   Bill#    Fee & OA   Disbursement  From OA      Total         Date          Due

YEAR 2002                        1,450.00      198.00    1,648.00
06/17/03   05/31/03   371897     2,677.50         .00    2,677.50   2,677.50   12/26/03
08/31/03   07/31/03   375389           .00        .00          .00
09/30/03   08/31/03   376733     2,138.50         .00    2,138.50   2,138.50   12/08/03
11/14/03   09/30/03   379590     2,444.00         .00    2,444.00   2,444.00   12/26/03
11/30/03   10/31/03   380293     4,425.00         .00    4,425.00         .00             4,425.00
01/05/04   10/31/03   381784     4,533.50         .00    4,533.50         .00             4,533.50
                               ----------   ---------  ----------  ----------          ----------
           Total:               17,668.50      198.00   8,908.00    8,908.00            8,958.50
```

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE   12
Run Date & Time: 01/05/2004 15:48:04                  *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00005                                              Orig Prtnr : CRED. RGTS    - 06975        Proforma Number:  1770387
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                      Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : BANKR. MOTIONS                                         Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                     Status      : ACTIVE

U N B I L L E D    T I M E   D E T A I L
Employee Name          Work Date   Description                                                          Hours      Amount      Index#    Batch Date
```

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| BECKER, GARY M. | 11/03/03 | Review various pleadings related to motion to retain Hamlin and send memo to Equity Committee re same (1.2). | 1.20 | 564.00 | 4894553 | 11/06/03 |
| BENTLEY, PHILIP | 11/03/03 | Review responses to motion to appoint Hamlin and trade emails re same | 0.30 | 157.50 | 4927613 | 12/01/03 |
| BECKER, GARY M. | 11/04/03 | Conf. (x2) with Debtor counsel re resolution of motion to employ State Street as pension plan fiduciary (0.6); conf. with T. Weschler re same (0.4) | 1.00 | 470.00 | 4894558 | 11/06/03 |
| BENTLEY, PHILIP | 11/04/03 | Review Grace's pleading re Hamlin motion and trade emails re same | 0.20 | 105.00 | 4927614 | 12/01/03 |
| BECKER, GARY M. | 11/05/03 | Review new order issued by Judge Wolin staying proceedings and circulate same to Equity Committee. | 0.40 | 188.00 | 4899610 | 11/11/03 |
| BECKER, GARY M. | 11/10/03 | Review debtor's response re State Street motion objection and send same to Weschler (0.5) | 0.50 | 235.00 | 4900373 | 11/11/03 |
| BENTLEY, PHILIP | 11/07/03 | Trade voicemails re Hamlin motion | 0.10 | 52.50 | 4927615 | 12/01/03 |
| BECKER, GARY M. | 11/06/03 | Attention to new order re stay of proceedings | 0.20 | 94.00 | 4898475 | 11/10/03 |
| BECKER, GARY M. | 11/11/03 | Conf. with Creditor Committee counsel (Krieger and Sasson) re motion to employ State Street and objections thereto. | 0.50 | 235.00 | 4902874 | 11/14/03 |
| BENTLEY, PHILIP | 11/10/03 | Discs MDB re recusal issues | 0.30 | 157.50 | 4927616 | 12/01/03 |
| BECKER, GARY M. | 11/12/03 | Conf. with Creditors Committee counsel and Debtor counsel re potential resolution to motion to employ State Street and objections thereto. | 0.80 | 376.00 | 4902875 | 11/14/03 |
| BENTLEY, PHILIP | 11/11/03 | Trade emails re recusal issues | 0.10 | 52.50 | 4927617 | 12/01/03 |
| BENTLEY, PHILIP | 11/12/03 | Trade emails re recusal issues | 0.10 | 52.50 | 4927618 | 12/01/03 |
| BECKER, GARY M. | 11/13/03 | Conf. with debtors' counsel re State Street motion (0.3); conf. with Equity Committee chair re State Street Motion (0.4) | 0.70 | 329.00 | 4903390 | 11/14/03 |
| BENTLEY, PHILIP | 11/13/03 | Discs GB and trade emails re pending matters | 0.30 | 157.50 | 4927619 | 12/01/03 |
| BENTLEY, PHILIP / KLEIN, DAVID | 11/16/03 | Research re 28 USC 455(a) (1.0). | 1.00 | 365.00 | 4968273 | 12/09/03 |
| BECKER, GARY M. | 11/17/03 | Review various new motions filed by debtor (0.5). | 0.50 | 235.00 | 4909911 | 11/20/03 |
| BENTLEY, PHILIP | 11/17/03 | Memo to committee re recusal motion and discs GB re same | 0.40 | 210.00 | 4927620 | 12/01/03 |
| BECKER, GARY M. | 11/20/03 | Conf. with Creditors committee counsel re motion to appoint Hamlin and re recusal motion | 0.50 | 235.00 | 4916881 | 11/25/03 |
| BENTLEY, PHILIP | 11/21/03 | Review Third Circuit's recusal order and discs GB and B'ON re same | 0.40 | 210.00 | 4927621 | 12/01/03 |
| BENTLEY, PHILIP | 11/24/03 | Discs GB re recusal issues | 0.10 | 52.50 | 4927622 | 12/01/03 |

```
                                                                    Fee Total         9.60             4,533.50
```

```
alp_132r: Matter Detail                                                                                                                    PAGE   13
Run Date & Time: 01/05/2004 15:48:04

                                                       KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                            *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00005                                   Orig Prtnr : CRED. RGTS    - 06975            Proforma Number:  1770387
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE           Bill Prtnr : BENTLEY PHILIP - 02495           Bill Frequency: M
Matter Name : BANKR. MOTIONS                              Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                              Status      : ACTIVE

U N B I L L E D    T I M E    D E T A I L
Employee Name          Work Date            Description                              Hours       Amount     Index#    Batch Date

                                                                     Fee Total        9.60     4,533.50
```

```
alp_132r: Matter Detail                                                                                                    PAGE   14
Run Date & Time: 01/05/2004 15:48:04

                                         KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                              *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00005                                      Orig Prtnr : CRED. RGTS  - 06975        Proforma Number:   1770387
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE              Bill Prtnr  : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : BANKR. MOTIONS                                 Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                           Status     : ACTIVE

BILLING INSTRUCTIONS FOR UNBILLED TIME SUMMARY
Employee Name             Hours        Amount         Bill        W/o / W/u        Transfer To         Clnt/Mtr     Carry Forward

BENTLEY, PHILIP            2.30      1,207.50
BECKER, GARY M.            6.30      2,961.00
KLEIN, DAVID               1.00        365.00

            Total:         9.60      4,533.50
```

```
alp_132r: Matter Detail                                                                                                    PAGE    15
Run Date & Time: 01/05/2004 15:48:04

                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                       *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00008                              Orig Prtnr : CRED. RGTS   - 06975     Proforma Number:   1770387
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr  : BENTLEY PHILIP - 02495   Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT            Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                  Status       : ACTIVE

Special Billing Instructions:

                                        PRE-BILLING SUMMARY REPORT

         UNBILLED TIME FROM:    11/24/2003                  TO:    11/26/2003
         UNBILLED DISB FROM:                                TO:

                                         FEES                             COSTS

               GROSS BILLABLE AMOUNT:   962.00                             0.00
               AMOUNT WRITTEN DOWN:
                           PREMIUM:
                 ON ACCOUNT BILLED:
       DEDUCTED FROM PAID RETAINER:
                     AMOUNT BILLED:
                         THRU DATE:            11/26/2003
        CLOSE MATTER/FINAL BILLING?    YES OR NO
        EXPECTED DATE OF COLLECTION:

        BILLING PARTNER APPROVAL:   BENTLEY PHILIP - 02495      WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

        BILLING COMMENTS:


                                        ACCOUNTS RECEIVABLE TOTALS                UNAPPLIED CASH

                    FEES:          1,406.00      UNIDENTIFIED RECEIPTS:       0.00
              DISBURSEMENTS:           0.00      PAID FEE RETAINER:           0.00
             FEE RETAINER:             0.00      PAID DISB RETAINER:          0.00
             DISB RETAINER:            0.00      TOTAL AVAILABLE FUNDS:       0.00
        TOTAL OUTSTANDING:         1,406.00      TRUST BALANCE:
                                                 BILLING HISTORY

          DATE OF LAST BILL:          01/05/04           LAST PAYMENT DATE:        12/26/03
          LAST BILL NUMBER:             381784           FEES BILLED TO DATE:      53,595.00
          LAST BILL THRU DATE:                           FEES WRITTEN OFF TO DATE:   -740.00

FOR ACCTG USE ONLY:            Write Down/Up Reason Codes:

        (1) Exceeded Fixed Fee              (6) Summer Associate
        (2) Late Time & Costs Posted        (7) Fixed Fee
        (3) Pre-arranged Discount           (8) Premium
        (4) Excessive Legal Time            (9) Rounding
        (5) Business Development           (10) Client Arrangement

BILL NUMBER: _____  DATE OF BILL: _____  Processed by: _____  FRC: _____  CRC: _____
PARAPROFESSIONALS
```

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                        PAGE    16
Run Date & Time: 01/05/2004 15:48:04                    *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00008                                       Orig Prtnr : CRED. RGTS    - 06975         Proforma Number:  1770387
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE               Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                     Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                               Status       : ACTIVE
```

U N B I L L E D   T I M E   S U M M A R Y  ------------- Total Unbilled -------------
Emp Id Employee Name                  Group          Oldest     Latest         Hours       Amount

05208 MANGUAL, KATHLEEN               CRED          11/24/03   11/26/03         5.20       962.00

                         Total:                                                 5.20       962.00

Sub-Total Hours :   0.00 Partners   0.00 Counsels   0.00 Associates   5.20 Legal Assts   0.00 Others

B I L L I N G   &   P A Y M E N T   H I S T O R Y  (Reflects Payments As of 01/05/04 15:48:04)
                              ------- Billed --------        ---- Applied ----   ---- Collections ----       Balance
Bill Date Thru Date Bill#     Fee & OA    Disbursement           From OA          Total        Date           Due

          YEAR 2001          10,165.00         191.48                           10,356.48
          YEAR 2002          33,105.00         183.14                           33,288.14
01/31/03 12/31/02 364671        805.50            .00                              805.50   03/25/03
01/31/03 01/31/03 365684        838.00            .00                              838.00   04/11/03
02/20/03 01/31/03 367178      2,266.00          12.08                            2,278.08   05/27/03
03/19/03 02/28/03 369330        670.00          13.48                              683.48   10/23/03
04/29/03 03/31/03 370445        851.00            .00                              851.00   10/23/03
05/16/03 04/30/03 371897      1,033.00            .00                            1,033.00   12/26/03
06/17/03 05/31/03 373811        708.50            .00                              708.50   10/23/03
07/24/03 06/30/03 375389        203.50            .00                                  .00                    203.50
08/31/03 07/31/03 376733      1,059.50          28.04                            1,087.54   12/08/03
09/30/03 08/31/03 379590        687.50            .00                              687.50   12/26/03
11/14/03 09/30/03 380293        240.50            .00                                  .00                    240.50
11/30/03 10/31/03 381784        962.00            .00                                  .00                    962.00
01/05/04 10/31/03

          Total:             53,595.00         428.22                           52,617.22                   1,406.00

```
alp_132r: Matter Detail                                  KRAMER LEVIN NAFTALIS & FRANKEL LLP                                                PAGE   17
Run Date & Time: 01/05/2004 15:48:04                         *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00008                                  Orig Prtnr : CRED. RGTS    - 06975                  Proforma Number: 1770387
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE          Bill Prtnr : BENTLEY PHILIP - 02495                 Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                   Status     : ACTIVE

UNBILLED TIME DETAIL
Employee Name          Work Date    Description                                              Hours     Amount      Index#   Batch Date
```

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| MANGUAL, KATHLEEN | 11/24/03 | draft September monthly fee application (1.1); review time detail for 10th interim, disc/w accounting re: schedules (.80); disc/w local counsel re: interim and filing the monthly (.30) | 2.20 | 407.00 | 4918130 | 11/25/03 |
| MANGUAL, KATHLEEN | 11/25/03 | revision of Monthly fee app per PB comments, attend to service to local counsel of such, draft ltr (1.3); begin drafting KL interim (.50) | 1.80 | 333.00 | 4920642 | 11/26/03 |
| MANGUAL, KATHLEEN | 11/26/03 | draft interim fee application, disc/w P. Bentley re: issues of allocation of check received (1.2) | 1.20 | 222.00 | 4920643 | 11/26/03 |
| | | Fee Total | 5.20 | 962.00 | | |
| | | Fee Total | 5.20 | 962.00 | | |