alp_132r: Matter Detail

Run Date & Time: 01/05/2004 15:48:04

KRAMER LEVIN NAFTALIS & FRANKEL, LLP

*PRIVILEGED AND CONFIDENTIAL*

PAGE  18

Matter No: 056772-00008                                          Orig Prtnr : CRED. RGTS - 06975                Proforma Number:    1770387
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                  Bill Prtnr : BENTLEY PHILIP - 02495           Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                        Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                     Status      : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   T I M E   S U M M A R Y

| Employee Name | Hours | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|---|
| MANGUAL, KATHLEEN | 5.20 | 962.00 | | | | | |
| Total: | 5.20 | 962.00 | | | | | |

```
alp_132r: Matter Detail                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    19
                                                             *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 01/05/2004 15:48:04

Matter No: 056772-00013                                    Orig Prtnr : CRED. RGTS - 06975          Proforma Number:    1770387
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : FRAUDULENT CONVEYANCE ADV. PROCEEDING        Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                          Status      : ACTIVE

                                         PRE-BILLING SUMMARY REPORT

Special Billing Instructions:


UNBILLED TIME FROM:    11/13/2003              TO:    11/27/2003
UNBILLED DISB FROM:                           TO:    11/27/2003

                                      FEES                    COSTS
                                   ----------              ----------
GROSS BILLABLE AMOUNT:                443.50                    0.00
AMOUNT WRITTEN DOWN:
PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
AMOUNT BILLED:
THRU DATE:           11/27/2003
CLOSE MATTER/FINAL BILLING?        YES  OR  NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:

   BILLING COMMENTS:              BENTLEY PHILIP - 02495            WRITE OFF APPROVAL (necessary for write downs over $2,000.00)



                                   ACCOUNTS RECEIVABLE TOTALS                      UNAPPLIED CASH
                                   -------------------------                       --------------
                                               FEES:          443.50      UNIDENTIFIED RECEIPTS:         0.00
              DISBURSEMENTS:                                   0.00        PAID FEE RETAINER:            0.00
              FEE RETAINER:                                    0.00        PAID DISB RETAINER:           0.00
              DISB RETAINER:                                   0.00        TOTAL AVAILABLE FUNDS:        0.00
              TOTAL OUTSTANDING:                              443.50       TRUST BALANCE:
                                                                          UNAPPLIED CASH

                                           BILLING HISTORY
                                                                          LAST PAYMENT DATE:        12/26/03
              DATE OF LAST BILL:            01/05/04                       FEES BILLED TO DATE:     74,177.50
              LAST BILL NUMBER:             381784                         FEES WRITTEN OFF TO DATE: 1,156.50
              LAST BILL THRU DATE:

FOR ACCTG USE ONLY:                Write Down/Up Reason Codes:

                                   (1)  Exceeded Fixed Fee          (6)  Summer Associate
                                   (2)  Late Time & Costs Posted    (7)  Fixed Fee
                                   (3)  Pre-arranged Discount       (8)  Premium
                                   (4)  Excessive Legal Time        (9)  Rounding
                                   (5)  Business Development        (10) Client Arrangement

BILL NUMBER: _____    DATE OF BILL: _____    Processed by: _____    FRC: _____    CRC: _____
```

alp_132r: Matter Detail

Run Date & Time: 01/05/2004 15:48:04

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE  20

Matter No: 056772-00013

Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : FRAUDULENT CONVEYANCE ADV. PROCEEDING
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:  1770387
Bill Frequency: M

Status : ACTIVE

## UNBILLED TIME SUMMARY

| Emp Id | Employee Name | Group | Oldest | Latest | Total Unbilled Hours | Total Unbilled Amount |
|--------|---------------|-------|--------|--------|------|--------|
| 05232 | BECKER, GARY M. | CRED | 11/13/03 | 11/13/03 | 0.40 | 168.00 |
| 05546 | KLEIN, DAVID | CRED | 11/13/03 | 11/27/03 | 0.70 | 255.50 |
| | Total: | | | | 1.10 | 443.50 |

Sub-Total Hours :      0.00 Partners      0.40 Counsels      0.70 Associates      0.00 Legal Assts      0.00 Others

## BILLING & PAYMENT HISTORY (Reflects Payments As Of 01/05/04 15:48:04)

| Bill Date | Thru Date | Bill# | Fee & OA Billed | Disbursement | Applied From OA | Total | Collections Date | Balance Due |
|-----------|-----------|-------|-----------------|--------------|-----------------|-------|------------------|-------------|
| YEAR 2001 | | | | | | | | |
| YEAR 2002 | | | | | | | | |
| 01/31/03 | 12/31/02 | 364671 | 2,212.50 | 389.75 | | 2,602.25 | 08/19/03 | |
| 01/31/03 | 01/31/03 | 365684 | 66,342.00 | 550.91 | | 66,892.91 | 10/23/03 | |
| 02/20/03 | 01/31/03 | 366584 | 2,601.00 | 83.50 | | 2,684.50 | 10/23/03 | |
| 03/19/03 | 02/28/03 | 367178 | 1,638.50 | .00 | | 1,638.50 | 10/23/03 | |
| 03/19/03 | 02/28/03 | 367178 | 672.00 | .00 | | 672.00 | 10/23/03 | |
| 05/16/03 | 04/30/03 | 370045 | 100.50 | 926.30 | | 1,026.80 | 12/26/03 | |
| 06/17/03 | 05/31/03 | 371897 | 167.50 | .00 | | 167.50 | 12/26/03 | |
| 01/05/04 | 05/31/03 | 381784 | 443.50 | .00 | | | | 443.50 |
| Total: | | | 74,177.50 | 1,950.46 | .00 | 75,684.46 | | 443.50 |

alp_132r: Matter Detail

Run Date & Time: 01/05/2004 15:48:04

KRAMER LEVIN NAFTALIS & FRANKEL, LLP

*PRIVILEGED AND CONFIDENTIAL*

PAGE  21

Matter No: 056772-00013                          Orig Prtnr : CRED. RGTS - 06975              Proforma Number:      1770387
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : FRAUDULENT CONVEYANCE ADV. PROCEEDING  Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                   Status     : ACTIVE

UNBILLED TIME DETAIL

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| BECKER, GARY M. | 11/13/03 | Attention to new information re Sealed Air settlement and conf. with bentley and Weschler re same | 0.40 | 168.00 | 4903391 | 11/14/03 |
| KLEIN, DAVID | 11/13/03 | Review news article re Sealed Air settlement (0.2); email to PB, GMB re press release re same | 0.30 | 109.50 | 4968272 | 12/09/03 |
| KLEIN, DAVID | 11/27/03 | Email to PB, GMB re settlement in Sealed Air (0.4); | 0.40 | 146.00 | 4968274 | 12/09/03 |
| | | Fee Total | 1.10 | 443.50 | | |
| | | Fee Total | 1.10 | 443.50 | | |

alp_132r: Matter Detail

Run Date & Time: 01/05/2004 15:48:04

KRAMER LEVIN NAFTALIS & FRANKEL LLP

*PRIVILEGED AND CONFIDENTIAL*

PAGE    22

Matter No: 056772-00013                          Orig Prtnr : CRED. RGHTS - 06975              Proforma Number:    1770387
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  Bill Prtnr : BENTLEY PHILIP 02495            Bill Frequency: M
Matter Name : FRAUDULENT CONVEYANCE ADV. PROCEEDING  Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                    Status       : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   T I M E   S U M M A R Y

| Employee Name | Hours | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|---|
| BECKER, GARY M. | 0.40 | 188.00 | | | | | |
| KLEIN, DAVID | 0.70 | 255.50 | | | | | |
| Total: | 1.10 | 443.50 | | | | | |

alp_132r: Matter Detail

Run Date & Time: 01/05/2004 15:48:04

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    23

Matter No: 056772-00019
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : HEARINGS
Matter Opened : 09/06/2002

Orig Prtnr : CRED. RGTS    - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:    1770387
Bill Frequency: M

Status    : ACTIVE

Special Billing Instructions:

PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM:    11/14/2003                         TO:                11/17/2003
UNBILLED DISB FROM:                                       TO:

| | FEES | COSTS |
|---|---|---|
| GROSS BILLABLE AMOUNT: | 1,739.00 | 0.00 |

AMOUNT WRITTEN DOWN:
PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
AMOUNT BILLED:
THRU DATE:
CLOSE MATTER/FINAL BILLING?    YES    OR    NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:

BENTLEY PHILIP - 02495                    WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

| ACCOUNTS RECEIVABLE TOTALS | | UNAPPLIED CASH |
|---|---|---|
| FEES: | 4,506.48 | |
| DISBURSEMENTS: | 12.00 | |
| FEE RETAINER: | 0.00 | |
| DISB RETAINER: | 0.00 | |
| TOTAL OUTSTANDING: | 4,518.48 | |

UNIDENTIFIED RECEIPTS:    0.00
PAID FEE RETAINER:    0.00
PAID DISB RETAINER:    0.00
TOTAL AVAILABLE FUNDS:    0.00
TRUST BALANCE:
BILLING HISTORY

DATE OF LAST BILL:    01/05/04          LAST PAYMENT DATE:    12/26/03
LAST BILL NUMBER:    381784             FEES BILLED TO DATE:    53,836.50
LAST BILL THRU DATE:                    FEES WRITTEN OFF TO DATE:    3,348.68

FOR ACCTG USE ONLY:    Write Down/Up Reason Codes:

(1) Exceeded Fixed Fee        (6) Summer Associate
(2) Late Time & Costs Posted  (7) Fixed Fee
(3) Pre-arranged Discount     (8) Premium
(4) Excessive Legal Time      (9) Rounding
(5) Business Development       (10) Client Arrangement

BILL NUMBER: _____    DATE OF BILL: _____    Processed by: _____    FRC: _____    CRC: _____

alp_132r: Matter Detail

Run Date & Time: 01/05/2004 15:48:04

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE     24

Matter No: 056772-00019
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : HEARINGS
Matter Opened : 09/06/2002

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:        1770387
Bill Frequency: M

Status    : ACTIVE

## UNBILLED TIME SUMMARY

| Emp Id | Employee Name | Group | | Oldest | Latest |
|--------|---------------|-------|--|--------|--------|
| 05292 | BECKER, GARY M. | CRED | | 11/14/03 | 11/17/03 |

| ------ Total Unbilled ------ | |
|---|---|
| Hours | Amount |
| 3.70 | 1,739.00 |

| Total: | 3.70 | 1,739.00 |

Sub-Total Hours :      0.00 Partners      3.70 Counsels      0.00 Associates      0.00 Legal Assts      0.00 Others

## BILLING & PAYMENT HISTORY (Reflects Payments As of 01/05/04 15:48:04)

| Bill Date | Thru Date | Bill# | ---- Billed ---- | | ---- Applied ---- | ---- Collections ---- | |
|-----------|-----------|-------|------|------|------|------|------|
| | | | Fee & OA | Disbursement | From OA | Total | Date | Balance Due |
| YEAR 2002 | | | | | | | | |
| 02/20/03 | 01/31/03 | 366684 | 45,704.82 | 58.14 | | 45,762.96 | 10/23/03 | |
| 07/24/03 | 06/30/03 | 373811 | 105.00 | .00 | | 105.00 | 12/26/03 | |
| 08/31/03 | 07/31/03 | 375389 | 455.00 | .00 | | 455.00 | 12/26/03 | |
| 09/30/03 | 08/31/03 | 376733 | 1,365.00 | 12.00 | | .00 | | 12.00 |
| 11/14/03 | 09/30/03 | 379590 | 940.00 | 13.00 | | 490.52 | 12/08/03 | 887.48 |
| 11/30/03 | 10/31/03 | 380293 | 940.00 | .00 | | .00 | | 940.00 |
| 01/05/04 | 10/31/03 | 381784 | 1,739.00 | .00 | | .00 | | 940.00 |
| | | | | | | | | 1,739.00 |

| Total: | 51,248.82 | 83.14 | | 46,813.48 | | 4,518.48 |

alp_132r: Matter Detail                                                                    KRAMER LEVIN NAFTALIS & FRANKEL, LLP                                              PAGE    25

Run Date & Time: 01/05/2004 15:48:04                                                          *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00019                                              Orig Prtnr : CRED. RGTS - 06975                    Proforma Number:      1770387
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                      Bill Prtnr : BENTLEY PHILIP - 02495               Bill Frequency: M
Matter Name : HEARINGS                                               Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                                            Status     : ACTIVE

U N B I L L E D   T I M E   D E T A I L

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---------------|-----------|-------------|-------|--------|--------|------------|
| BECKER, GARY M. | 11/14/03 | Prepare for 11/17/03 omnibus hearing argument and conf. with Creditors committee counsel re same. | 0.70 | 329.00 | 4909912 11/20/03 | |
| BECKER, GARY M. | 11/17/03 | Prepare for and appear at omnibus hearing to argue opposition to motion to employ State Street (3.0). | 3.00 | 1,410.00 | 4909914 11/20/03 | |

                                                                    Fee Total                                       3.70      1,739.00

                                                                    Fee Total                                       3.70      1,739.00

alp_132r: Matter Detail

Run Date & Time: 01/05/2004 15:48:04

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    26

Matter No: 056772-00019
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : HEARINGS
Matter Opened : 09/06/2002

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:    1770387
Bill Frequency: M

Status    : ACTIVE

BILLING INSTRUCTIONS FOR UNBILLED TIME SUMMARY

| Employee Name | Hours | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|---|
| BECKER, GARY M. | 3.70 | 1,739.00 | | | | | |
| Total: | 3.70 | 1,739.00 | | | | | |

a1p_132r: Matter Detail

Run Date & Time: 01/05/2004 15:48:04

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    27

Matter No: 056772-00020
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : LITIGATION
Matter Opened : 09/06/2002

Orig Prtnr : CRED. RGTS  - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:        1770387
Bill Frequency: M

Status   : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15

PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM:       11/20/2003          TO:                11/20/2003
UNBILLED DISB FROM:                           TO:

|  | FEES | COSTS |
|---|---|---|
| GROSS BILLABLE AMOUNT: | 339.50 | 0.00 |
| AMOUNT WRITTEN DOWN: |  |  |
| PREMIUM: |  |  |
| ON ACCOUNT BILLED: |  |  |
| DEDUCTED FROM PAID RETAINER: |  |  |
| AMOUNT BILLED: |  |  |
| THRU DATE: |  |  |
| CLOSE MATTER/FINAL BILLING?    YES  OR  NO |  |  |
| EXPECTED DATE OF COLLECTION: |  |  |

BILLING PARTNER APPROVAL:

BILLING COMMENTS:

BENTLEY PHILIP - 02495          WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

ACCOUNTS RECEIVABLE TOTALS                                UNAPPLIED CASH

| DISBURSEMENTS: | FEES: | 339.50 | UNIDENTIFIED RECEIPTS: | 0.00 |
|---|---|---|---|---|
|  | FEE RETAINER: | 0.00 | PAID FEE RETAINER: | 0.00 |
|  | DISB RETAINER: | 0.00 | PAID DISB RETAINER: | 0.00 |
|  | TOTAL OUTSTANDING: | 339.50 | TOTAL AVAILABLE FUNDS: | 0.00 |
|  |  |  | TRUST BALANCE: |  |

DATE OF LAST BILL:      01/05/04          BILLING HISTORY
LAST BILL NUMBER:       381784            LAST PAYMENT DATE:       04/29/03
LAST BILL THRU DATE:    11/20/2003        FEES BILLED TO DATE:     2,507.00
                                          FEES WRITTEN OFF TO DATE: -339.50

FOR ACCTG USE ONLY:             Write Down/Up Reason Codes:

(1) Exceeded Fixed Fee          (6) Summer Associate
(2) Late Time & Costs Posted    (7) Fixed Fee
(3) Pre-arranged Discount       (8) Premium
(4) Excessive Legal Time        (9) Rounding
(5) Business Development        (10) Client Arrangement

BILL NUMBER: _____   DATE OF BILL: _____   Processed by: _____   FRC: _____   CRC: _____

alp_132r: Matter Detail                                           KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    28

Run Date & Time: 01/05/2004 15:48:04                                    *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00020                              Orig Prtnr : CRED. RGTS  - 06975                   Proforma Number:    1770387
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495               Bill Frequency: M
Matter Name : LITIGATION                             Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                             Status      : ACTIVE

U N B I L L E D   T I M E   S U M M A R Y                        ------------- Total Unbilled -------------
Emp Id Employee Name                  Group        Oldest        Latest       Hours           Amount
------ ------------------             -----        ------        ------       -----           ------
07850  HOROWITZ, GREGORY A.           LITI         11/20/03      11/20/03      0.70           339.50

                    Total:                                                     0.70           339.50

Sub-Total Hours :      0.70 Partners     0.00 Counsels     0.00 Associates     0.00 Legal Assts     0.00 Others

B I L L I N G   &   P A Y M E N T   H I S T O R Y   (Reflects Payments As of 01/05/04 15:48:04)
                           ------------------ Billed ------------------     -------- Applied ---- Collections ----
Bill Date    Thru Date    Bill#          Fee & OA     Disbursement    From OA       Total         Date         Balance
                                                                                                               Due
---------    ---------    -----          --------     ------------    ------        -----         ----         -------
01/05/04     08/31/02     381784         2,167.50     4,437.15                      6,604.65                   
             YEAR 2002                     339.50          .00                        339.50      339.50       339.50

                    Total:                2,507.00     4,437.15                     6,604.65                   339.50

alp_132r: Matter Detail                                                                                                                    PAGE    29

Run Date & Time: 01/05/2004 15:48:04

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00020                          Orig Prtnr : CRED. RGTS - 06975              Proforma Number:        1770387
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  Bill Prtnr : BENTLEY PHILIP - 02495         Bill Frequency: M
Matter Name : LITIGATION                         Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                    Status    : ACTIVE

U N B I L L E D   T I M E   D E T A I L

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| HOROWITZ, GREGORY A. | 11/20/03 | dw PB re Sealed Air settlement (.4); tc Charles Bates (.3) | 0.70 | 339.50 | 4923395 | 12/01/03 |
| | | Fee Total | 0.70 | 339.50 | | |
| | | Fee Total | 0.70 | 339.50 | | |

alp_132r: Matter Detail

Run Date & Time: 01/05/2004 15:48:04

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    30

Matter No: 056772-00020
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : LITIGATION
Matter Opened : 09/06/2002

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:        1770387
Bill Frequency: M

Status    : ACTIVE

**B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   T I M E   S U M M A R Y**

| Employee Name | Hours | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|---|
| HOROWITZ, GREGORY A. | 0.70 | 339.50 | | | | | |
| Total: | 0.70 | 339.50 | | | | | |

a1p_132r: Matter Detail

Run Date & Time: 01/05/2004 15:48:04

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE   31

Matter No: 056772-00024
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : ZAI SCIENCE TRIAL
Matter Opened : 09/06/2002

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:        1770387
Bill Frequency: M

Status      : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15

PRE-BILLING SUMMARY REPORT

|  | UNBILLED TIME FROM: | 11/11/2003 | TO: | 11/13/2003 |
|---|---|---|---|---|
|  | UNBILLED DISB FROM: |  | TO: | 11/13/2003 |

|  | FEES | COSTS |
|---|---|---|
| GROSS BILLABLE AMOUNT: | 423.00 | 0.00 |
| AMOUNT WRITTEN DOWN: |  |  |
| PREMIUM: |  |  |
| ON ACCOUNT BILLED: |  |  |
| DEDUCTED FROM PAID RETAINER: |  |  |
| AMOUNT BILLED: |  |  |
| THRU DATE: |  |  |
| CLOSE MATTER/FINAL BILLING?    YES    OR    NO |  |  |
| EXPECTED DATE OF COLLECTION: | 11/13/2003 |  |

BILLING PARTNER APPROVAL:

BILLING COMMENTS:

BENTLEY PHILIP - 02495                WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

|  | ACCOUNTS RECEIVABLE TOTALS |  | UNAPPLIED CASH |
|---|---|---|---|
| FEES: | 1,523.61 | UNIDENTIFIED RECEIPTS: | 0.00 |
| DISBURSEMENTS: | 0.00 | PAID FEE RETAINER: | 0.00 |
| FEE RETAINER: | 0.00 | PAID DISB RETAINER: | 0.00 |
| DISB RETAINER: | 0.00 | TOTAL AVAILABLE FUNDS: | 0.00 |
| TOTAL OUTSTANDING: | 1,523.61 | TRUST BALANCE: |  |

BILLING HISTORY

| DATE OF LAST BILL: | 01/05/04 | LAST PAYMENT DATE: | 12/26/03 |
|---|---|---|---|
| LAST BILL NUMBER: | 381784 | FEES BILLED TO DATE: | 2,492.50 |
| LAST BILL THRU DATE: |  | FEES WRITTEN OFF TO DATE: | -423.00 |

FOR ACCTG USE ONLY:                Write Down/Up Reason Codes:

(1) Exceeded Fixed Fee          (6) Summer Associate
(2) Late Time & Costs Posted    (7) Fixed Fee
(3) Pre-arranged Discount       (8) Premium
(4) Excessive Legal Time        (9) Rounding
(5) Business Development        (10) Client Arrangement

BILL NUMBER: _____    DATE OF BILL: _____    Processed by: _____    FRC: _____    CRC: _____

```
alp_132r: Matter Detail                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE   32
Run Date & Time: 01/05/2004 15:48:04                            *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00024                            Orig Prtnr : CRED. RGTS  - 06975            Proforma Number:    1770387
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE    Bill Prtnr : BENTLEY PHILIP - 02495         Bill Frequency: M
Matter Name : ZAI SCIENCE TRIAL                    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                     Status      : ACTIVE

U N B I L L E D   T I M E   S U M M A R Y                         ---------- Total Unbilled ----------
Emp Id Employee Name                  Group          Oldest      Latest         Hours            Amount
------ ----------------               -----          ------      ------         -----            ------
05292  BECKER, GARY M.                CRED          11/11/03    11/13/03         0.90            423.00

                      Total:                                                    0.90            423.00

Sub-Total Hours  :     0.00 Partners     0.90 Counsels     0.00 Associates     0.00 Legal Assts     0.00 Others


B I L L I N G   &   P A Y M E N T   H I S T O R Y  (Reflects Payments As of 01/05/04 15:48:04)
                              ---------- Billed ----------     Applied    ---- Collections ----
Bill Date Thru Date Bill#     Fee & OA     Disbursement  From OA   Total          Date         Balance Due
--------- --------- -----     --------     ------------  -------   -----          ----         -----------
07/24/03  06/30/03  373811      637.00           .00               637.00    12/26/03
08/31/03  07/31/03  375389    1,432.50          4.55             1,432.50    11/28/03           1,100.61
01/05/04  07/31/03  381784      423.00           .00                  .00                         423.00

          Total:              2,492.50          4.55              973.44                        1,523.61
```

alp_132r: Matter Detail

Run Date & Time: 01/05/2004 15:48:04

KRAMER LEVIN NAFTALIS & FRANKEL, LLP

*PRIVILEGED AND CONFIDENTIAL*

PAGE    33

Matter No: 056772-00024               Orig Prtnr : CRED. RGHTS - 06975          Proforma Number:    1770387
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE    Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : ZAI SCIENCE TRIAL                Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                  Status   : ACTIVE

U N B I L L E D  T I M E  D E T A I L

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| BECKER, GARY M. | 11/11/03 | Exchange email with Bentley re summary judgment hearing (0.2). | 0.20 | 94.00 | 4902876 | 11/14/03 |
| BECKER, GARY M. | 11/12/03 | Conf. with Grace special counsel re ZAI litigation and email to Bentley re same. | 0.50 | 235.00 | 4902877 | 11/14/03 |
| BECKER, GARY M. | 11/13/03 | Conf. with Weschler re ZAI science trial (0.2) | 0.20 | 94.00 | 4903392 | 11/14/03 |

Fee Total               0.90      423.00

Fee Total               0.90      423.00                           423.00

alp_132r: Matter Detail                                                                                                                    PAGE    34

Run Date & Time: 01/05/2004 15:48:04

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
*PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00024                           Orig Prtnr : CRED. RGTS - 06975           Proforma Number:        1770387
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE   Bill Prtnr : BENTLEY PHILIP 02495         Bill Frequency: M
Matter Name : ZAI SCIENCE TRIAL                   Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                  Status       : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   T I M E   S U M M A R Y

| Employee Name | Hours | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|---|
| BECKER, GARY M. | 0.90 | 423.00 | | | | | |
| Total: | 0.90 | 423.00 | | | | | |

```
alp_132r: Matter Detail                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE   35

Run Date & Time: 01/05/2004 15:48:04                          *PRIVILEGED AND CONFIDENTIAL*


Matter No: 056772-00028                                    Orig Prtnr : CRED. RGTS - 06975        Proforma Number:      1770387
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : TRAVEL\NON-WORKING                           Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 10/04/2002                                                                        Status      : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15

                                             PRE-BILLING SUMMARY REPORT

          UNBILLED TIME FROM:   11/17/2003     TO:   11/17/2003
          UNBILLED DISB FROM:   11/17/2003     TO:   11/17/2003

                                  FEES                              COSTS

GROSS BILLABLE AMOUNT:            705.00                            205.00
AMOUNT WRITTEN DOWN:
          PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
          AMOUNT BILLED:
          THRU DATE:
CLOSE MATTER/FINAL BILLING?       YES   OR   NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:         BENTLEY PHILIP - 02495    11/17/2003    WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:


                 ACCOUNTS RECEIVABLE TOTALS                     UNIDENTIFIED RECEIPTS:            0.00
                                                                        PAID FEE RETAINER:        0.00
         FEES:                        2,335.00                          PAID DISB RETAINER:       0.00
DISBURSEMENTS:                         205.00                    TOTAL AVAILABLE FUNDS:           0.00
         FEE RETAINER:                   0.00                           TRUST BALANCE:
         DISB RETAINER:                  0.00
TOTAL OUTSTANDING:                    2,540.00

                                                        BILLING HISTORY

                                                        LAST PAYMENT DATE:       12/26/03
DATE OF LAST BILL:        01/05/04                      FEES BILLED TO DATE:      9,375.00
LAST BILL NUMBER:           381784                      FEES WRITTEN OFF TO DATE: 6,055.00
LAST BILL THRU DATE:


FOR ACCTG USE ONLY:            Write Down/Up Reason Codes:

                         (1) Exceeded Fixed Fee      (6) Summer Associate
                         (2) Late Time & Costs Posted (7) Fixed Fee
                         (3) Pre-arranged Discount    (8) Premium
                         (4) Excessive Legal Time     (9) Rounding
                         (5) Business Development      (10) Client Arrangement


BILL NUMBER:_____      DATE OF BILL:_____    Processed by:_____    FRC:_____    CRC:_____
```

```
alp_132r: Matter Detail                                          KRAMER LEVIN NAFTALIS & FRANKEL, LLP                              PAGE    36
Run Date & Time: 01/05/2004 15:48:04                                  *PRIVILEGED AND CONFIDENTIAL*
```

| | |
|---|---|
| Matter No: 056772-00028 | Orig Prtnr : CRED. RGTS - 06975 |
| Client Name : W.R. GRACE & CO. EQUITY COMMITTEE | Bill Prtnr : BENTLEY PHILIP - 02495 |
| Matter Name : TRAVEL\NON-WORKING | Supv Prtnr : MAYER THOMAS MOERS - 03976 |
| Matter Opened : 10/04/2002 | |

Proforma Number: 1770387
Bill Frequency: M

Status : ACTIVE

**U N B I L L E D   T I M E   S U M M A R Y**

| | | | ---- Total Unbilled ---- | |
|---|---|---|---|---|
| Emp Id Employee Name | Group | Oldest | Latest | Hours | Amount |
| 05292 BECKER, GARY M. | CRED | 11/17/03 | 11/17/03 | 1.50 | 705.00 |
| Total: | | | | 1.50 | 705.00 |

**U N B I L L E D   C O S T S   S U M M A R Y**

| | | | Total Unbilled | |
|---|---|---|---|
| Code Description | Oldest Entry | Latest Entry | Total Amount |
| 0950 OUT-OF-TOWN TRAVEL | 11/17/03 | 11/17/03 | 205.00 |
| Total | | | 205.00 |

Sub-Total Hours :     0.00 Partners     1.50 Counsels     0.00 Associates     0.00 Legal Assts     0.00 Others

Grand Total     910.00

**B I L L I N G   &   P A Y M E N T   H I S T O R Y**  (Reflects Payments As of 01/05/04 15:48:04)

| | | | ----- Billed ----- | | --- Applied --- | ---- Collections ---- | | |
|---|---|---|---|---|---|---|---|---|
| Bill Date | Thru Date | Bill# | Fee & OA | Disbursement | From OA | Total | Date | Balance Due |
| YEAR 2002 | | | | | | | | |
| 06/17/03 | 05/31/03 | 371897 | 2,275.00 | .00 | | 2,275.00 | 12/26/03 | |
| 07/24/03 | 06/30/03 | 373811 | 455.00 | .00 | | 455.00 | 12/26/03 | |
| 09/30/03 | 08/31/03 | 376733 | 910.00 | .00 | | 910.00 | | 455.00 |
| 11/14/03 | 09/30/03 | 379590 | 455.00 | .00 | | .00 | | 705.00 |
| 11/30/03 | 10/31/03 | 380293 | 470.00 | .00 | | .00 | | 470.00 |
| 01/05/04 | 10/31/03 | 381784 | 705.00 | .00 | | .00 | | 910.00 |
| **Total:** | | | 5,975.00 | 205.00 | .00 | 3,640.00 | | 2,540.00 |

alp_132r: Matter Detail

Run Date & Time: 01/05/2004 15:48:04

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    37

Matter No: 056772-00028
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : TRAVEL/NON-WORKING
Matter Opened : 10/04/2002

Orig Prtnr : CRED. RGTS - 06975          Proforma Number:        1770387
Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Supv Prtnr : MAYER THOMAS MOERS - 03976

Status    : ACTIVE

UNBILLED TIME DETAIL

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| BECKER, GARY M. | 11/17/03 | Non-working travel during trip to omnibus hearing in Wilmington (to be billed at half normal rate) (3.0). | 1.50 | 705.00 | 4909913 | 11/20/03 |

Fee Total                                1.50    705.00

UNBILLED COSTS DETAIL

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|
| OUT-OF-TOWN TRAVEL | | | | | | |
| CITICORP DINERS CLUB     0950 | BECKER, G M | 11/17/03 | 205.00 | 6367361 | 108073 | 12/16/03 |
| OUT-OF-TOWN TRAVEL - VENDOR CITICORP DINERS CLUB Wilmington | | | | | | |

0950 OUT-OF-TOWN TRAVEL Total :         205.00

Costs Total :                           205.00

alp_132r: Matter Detail

Run Date & Time: 01/05/2004 15:48:04

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE   38

Matter No: 056772-00028
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : TRAVEL\NON-WORKING
Matter Opened : 10/04/2002

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:          1770387
Bill Frequency: M

Status       : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   T I M E   S U M M A R Y

| Employee Name | Hours | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|---|
| BECKER, GARY M. | 1.50 | 705.00 | | | | | |
| Total: | 1.50 | 705.00 | | | | | |

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y

| Code | Description | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|---|
| 0950 | OUT-OF-TOWN TRAVEL | 205.00 | | | | | |
| | Costs Total : | 205.00 | | | | | |

alp_132rc: Client Analysis Sheet

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*
Worked : 12/31/99 thru 01/05/04

PAGE    1

Run Date & Time: 01/05/04 15:48:09
Client: 056772 W.R. GRACE & CO. EQUITY COMMITTEE

| Matter Number | Matter Name | Hours | Fees | Disbursements | Total Charges | Resp Partners | Class | Freq | Stat |
|---|---|---|---|---|---|---|---|---|---|
| 00001 | CASE ADMINISTRATION | 12.40 | 3,986.00 | 48.00 | 4,034.00 | BENTLEY PHILIP - 02495 | M | B |
| 00002 | CREDITOR COMMITTEE | 3.30 | 1,405.50 | 20.00 | 1,425.50 | BENTLEY PHILIP - 02495 | M | B |
| 00005 | BANKR. MOTIONS | 9.60 | 4,533.50 | 0.00 | 4,533.50 | BENTLEY PHILIP - 02495 | M | B |
| 00008 | FEE APPLICATIONS, APPLIC | 5.20 | 962.00 | 0.00 | 962.00 | BENTLEY PHILIP - 02495 | M | B |
| 00013 | FRAUDULENT CONVEYANCE AD | 1.10 | 443.50 | 0.00 | 443.50 | BENTLEY PHILIP - 02495 | M | B |
| 00019 | HEARINGS | 3.70 | 1,739.00 | 0.00 | 1,739.00 | BENTLEY PHILIP - 02495 | M | B |
| 00020 | LITIGATION | 0.70 | 339.50 | 0.00 | 339.50 | BENTLEY PHILIP - 02495 | M | B |
| 00024 | ZAI SCIENCE TRIAL | 0.90 | 423.00 | 0.00 | 423.00 | BENTLEY PHILIP - 02495 | M | B |
| 00028 | TRAVEL\NON-WORKING | 1.50 | 705.00 | 205.00 | 910.00 | BENTLEY PHILIP - 02495 | M | B |
| | Client Total | 38.40 | 14,537.00 | 273.00 | 14,810.00 | | | | |

Client: 056772 W.R. GRACE & CO. EQUITY COMMITTEE