## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |

### NOTICE OF FILING OF CORRECTED COVERSHEET [RE: DOCKET NO. 4897]

PLEASE TAKE NOTICE that on January 6, 2004, Kramer Levin Naftalis & Frankel LLP, counsel to the Official Committee of Equity Holders filed its Twenty-Seventh Monthly Fee Application of Kramer Levin Naftalis & Frankel LLP, Counsel to the Official Committee of Equity Holders, for Compensation and Reimbursement of Disbursements for the Period from November 1, 2003 through November 30, 2003 (the "Fee Application"). The Fee Application was served upon parties in interest.

PLEASE TAKE FURTHER NOTICE that the coversheet to the Fee Application incorrectly reflected the Twenty-Seventh application when, in fact, it was Kramer Levin's **Twenty-Eighth** application. Attached hereto is the corrected coversheet.

KLETT ROONEY LIEBER & SCHORLING
A Professional Corporation

By: /s/ Rhonda Thomas
      Teresa K. D. Currier (No. 3080)
      Rhonda L. Thomas (No. 4053)
      The Brandywine Building
      1000 West St. - Suite 1410
      Wilmington, DE 19801

-and-

KRAMER LEVIN NAFTALIS & FRANKEL LLP
Philip Bentley, Esquire
Gary M. Becker, Esquire
919 Third Avenue
New York, NY 10022
(212) 715-9100

Counsel to the Official Committee of
Equity Holders

Dated: January 8, 2004