IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-1139 (JKF) |
| Debtors. | (Jointly Administered) |
| | Objection Deadline: January 27, 2004 @ 4:00 p.m. |

**TWENTY-EIGHTH MONTHLY FEE APPLICATION OF KRAMER LEVIN NAFTALIS & FRANKEL LLP, COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY HOLDERS, FOR COMPENSATION AND REIMBURSEMENT OF DISBURSEMENTS FOR THE PERIOD FROM NOVEMBER 1, 2003 THROUGH NOVEMBER 30, 2003**

Name of Applicant:  *Kramer Levin Naftalis & Frankel LLP*

Authorized to Provide
Professional Services to:  *Official Committee of Equity Holders*

Date of Retention:  *As of July 18, 2001 nunc pro tunc*

Period for which compensation
and reimbursement is sought:  *November 1, 2003 through and including November 30, 2003*

Amount of Compensation sought as
actual, reasonable and necessary: *$14,537.00*
Amount of Expense Reimbursement sought as
actual, reasonable and necessary: *$273.00*

This is a(n):   **x**   monthly          __   interim application