IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |

AFFIDAVIT OF
RAELENA Y. TAYLOR, PARALEGAL

STATE OF DELAWARE:
                    SS:
NEW CASTLE COUNTY:

    I Raelena Y. Taylor, certify that I am, and at all times during the service of process, have been, an employee of Klett, Rooney, Lieber and Schorling, P.C., not less than 18 years of age and not a party to the matter concerning which service of process was made on January 8, 2004. I certify further that I caused the service of the:

**NOTICE OF FILING OF CORRECTED COVERSHEET [RE: DOCKET NO. 4897]**

was made on the following parties on the attached list in the manner indicated.

_Raelena Y. Taylor_

SWORN AND SUBSCRIBED before me this 8th day of January, 2004.

_Pamela S. Rousak_
NOTARY

[Notary Seal: PAMELA S. ROUSAK, MY COMMISSION EXPIRES September 2007, NOTARY PUBLIC, STATE OF DELAWARE]

KRLSWIL #37147 V1 - W.R. GRACE: AFF OF SERVICE

W.R. GRACE
Fee App

(Electronic Mail)
James H.M. Sprayregen, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601
**(Debtor's counsel)**

(Electronic Mail)
J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606
**(Counsel to Post-Petition Lender)**

(Electronic Mail)
W.R. Grace
Attn: David B. Siegel
Senior VP and General Counsel
7500 Grace Drive
Columbia, MD 21044
**(Debtor)**

(Federal Express & Electronic Mail)
Warren H. Smith & Associates, P.C.
Republic Center
325 N. St.Paul, Suite 4080
Dallas, TX 75201
**(Fee Auditor)**

(Electronic Mail)
Scott L. Baena, Esquire/Richard M. Dunn, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod
2500 First Union Fin. Center
200 South Biscayne Blvd.
Miami, FL 33131-2336
**(Official Committee of Property Damage Claimants)**

(Electronic Mail)
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982
**(Official Committee of Unsecured Creditors)**

(Electronic Mail)
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 36th Floor
New York, NY 10022
**(Official Committee of Personal Injury Claimants)**

(Electronic Mail)
Peter Van N. Lockwood, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC 20005
**(Official Committee of Personal Injury Claimants)**

(Hand Delivery)
Frank J. Perch, Esquire
Office of the United States Trustee
844 N. King St.
Wilmington, DE 19801
**(U.S. Trustee)**

(Electronic Mail)
Michael R. Lastowski, Esquire
Duane Morris LLP
1100 North Market St. - Suite 1200
Wilmington, DE 19801
**(Official Committee of Unsecured Creditors)**

(Electronic Mail)
Michael B. Joseph, Esquire
Theodore J. Tacconelli, Esquire
Ferry & Joseph
824 Market St.
Wilmington, DE 19899

**(Official Committee of Property Damage Claimants)**

(Electronic Mail)
Laura Davis Jones, Esquire
David Carickoff, Esquire
Pachulski, Stang, Ziehl, Young & Jones
919 North Market St. - 16th Floor
Wilmington, DE  19899-8705
**(Debtor's counsel)**

(Electronic Mail)
Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
**(Counsel to Post-Petition Lender)**

(Electronic Mail)
Matthew G. Zaleski, III, Esquire
Campbell & Levine
800 King Street, Suite 300
Wilmington, DE 19801
**(Official Committee of Personal Injury Claimants)**