IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

## MOTION AND ORDER FOR
## ADMISSION PRO HAC VICE

    Jennifer L. Scoliard, a member of the bar of this Court, pursuant to District Court Local Rule 83.5, moves the admission pro hac vice of Christopher J. St. Jeanos (the "Admittee") to represent D.K. Acquisition Partners, L.P., Fernwood Associates L.P. & Deutsche Bank Trust Co. America. The Admittee is admitted, practicing, and a member in good standing of the Bar of the State of New York, and the United States District Courts for Southern and Eastern Districts of New York.

                                                Jennifer L. Scoliard (#4147)
                                               Klehr, Harrison, Harvey,
                                                Branzburg & Ellers LLP
                                                919 Market Street, Suite 1000
                                                Wilmington, Delaware 19801
                                                (302) 426-1189

    The Admittee certifies that he is eligible for admission pro hac vice to this Court, is admitted to practice and in good standing in the jurisdiction shown in the paragraph above, submits to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of, or in the preparation of, this action, and has access to, or has acquired, a copy of the Local Rules of this Court and is generally familiar with such Rules.

                                                Christopher J. St. Jeanos
                                                Willkie, Farr & Gallagher LLP
                                                787 Seventh Avenue
                                                New York, NY 10019
                                                Telephone: (212) 728-8000

Motion granted.
BY THE COURT:

Date: _____

                                                _____
                                                The Honorable Judith K. Fitzgerald
                                                United States Bankruptcy Judge

PHIL1 550984-1