**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on the 13th day of January, 2004, I caused a copy of the **Joinder in W.R. Grace's Motion Requesting an Order Finding Counsel for Gerard in Contempt of Court [D.I. 4859]** to be served upon the following parties-in-interest in the manner indicated:

**BY HAND DELIVERY**

| | |
|---|---|
| Adam G. Landis, Esq.<br>Kerri Mumford, Esq.<br>Landis Rath & Cobb<br>919 Market Street, Suite 600<br>Wilmington, DE 19801 | Frank J. Perch, Esq.<br>United States Trustee<br>844 King Street, Suite 2313<br>Wilmington, DE 19801 |
| Laura Davis Jones, Esq.<br>Pachulski, Stang, Ziehl, Young & Jones<br>919 North Market Street, 16th Floor<br>Wilmington, DE 19801 | Michael R. Lastowski, Esq.<br>Duane Morris LLP<br>1100 N. Market Street, Suite 1200<br>Wilmington, DE 19801 |
| Michael B. Joseph, Esq.<br>Ferry & Joseph P.A.<br>824 Market Street, Suite 904<br>Wilmington, DE 19801 | Mark Hurford, Esq.<br>Campbell & Levine LLC<br>1201 Market Street, 15th Floor<br>Wilmington, DE 19801 |
| Steven M. Yoder, Esq.<br>The Bayard Firm<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE 19801 | Teresa K.D. Currier, Esq.<br>Klett Rooney Lieber & Schorling<br>1000 West Street, Suite 1410<br>Wilmington, DE 19801 |

**BY FACSIMILE AND FIRST CLASS U.S. MAIL**

| | |
|---|---|
| Daniel C. Cohn, Esq.<br>Cohn Khoury Madoff & Whitesell<br>101 Arch Street<br>Boston, MA 02110 | Jon L. Heberling, Esq.<br>McGarvey, Heberling, Sullivan & McGarvey, P.C.<br>745 South Main<br>Kalispell, MT 59904 |
| James H. M. Sprayregen, Esq.<br>Kirkland & Ellis<br>200 East Randolph Drive<br>Chicago, IL 60601 | Lewis Kruger, Esq.<br>Stroock Stroock & Lavan<br>180 Maiden Lane<br>New York, NY 10038-4982 |
| Scott L. Baena, Esq.<br>Bilzin Sumberg Dunn Baena Price<br>    & Axelrod<br>200 South Biscayne Blvd., Suite 2500<br>Miami, FL 33131 | Elihu Inselbuch, Esq.<br>Caplin & Drysdale<br>399 Park Avenue, 36th Floor<br>New York, NY 10022 |
| J. Douglas Bacon, Esq.<br>Latham & Watkins<br>Sears Tower, Suite 5800<br>Chicago, IL 60606 | Thomas M. Mayer, Esq.<br>Kramer Levin Naftalis & Frankel LLP<br>919 Third Avenue<br>New York, NY 10022 |

**/s/ Jeffrey C. Wisler**

#309505                                                Jeffrey C. Wisler