IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE )
                            ) SS
NEW CASTLE COUNTY )

      Michael V. Girello, being duly sworn according to law, deposes and says that he is employed by the law firm of Landis Rath & Cobb LLP, attorneys for Carol Gerard, Alfred Pennock, Billie Schull, et al. (the "Libby Victims") in the above cases, and on the 13th day of January, 2004, he caused a copy of the following:

**OPPOSITION OF LIBBY COUNSEL TO DEBTORS' MOTION REQUESTING AN ORDER (I) FINDING COUNSEL FOR GERARD IN CONTEMPT OF COURT AND (II) STAYING CERTAIN PROCEEDINGS PENDING APPEAL**
**(Docket No. 4913)**

to be served via facsimile upon the parties identified on the attached list.

_____
Michael V. Girello

SWORN TO AND SUBSCRIBED before me this 13th day of January, 2004.

_____
Notary Public
My commission expires: _____

BARBARA J. ROST
STATE OF DELAWARE
NOTARY PUBLIC
My Commission Expires June 14, 2006

393.001/393.001-1476.DOC

## SERVICE LIST

| NAME | COMPANY | FACSIMILE |
|---|---|---|
| James H.M. Sprayregen, Esq. | Kirkland & Ellis LLP | 312-861-2200 |
| Laura Davis Jones, Esq. | Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C. | 302-652-4400 |
| Lewis Kruger, Esq. | Stroock & Stroock & Lavan | 212-806-6006 |
| Michael Lastowski, Esq. | Duane Morris LLP | 302-657-4901 |
| Scott Baena, Esq. | Bilzin, Sumberg, Dunn, Baena, Price & Axelrod | 305-374-7593 |
| Michael B. Joseph, Esq. | Ferry, Joseph & Pearce, P.A. | 302-575-1714 |
| Elihu Inselbuch, Esq. | Caplin & Drysdale | 212-644-6755 |
| Mark Hurford, Esq. | Campbell & Levine, LLC | 302-426-9947 |
| J. Douglas Bacon, Esq. | Latham & Watkins | 312-993-9767 |
| Steven M. Yoder, Esq. | The Bayard Firm | 302-658-6395 |
| Frank Perch, Esq. | Office of the United States Trustee | 302-573-6497 |
| Thomas Mayer, Esq. | Kramer Levin Naftalis & Frankel LLP | 202-715-8000 |
| Teresa K.D. Currier, Esq. | Klett Rooney Lieber & Schorling | 302-552-4295 |