IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>OWENS CORNING, et al.,<br><br>        Debtors. | Case Nos. 00-3837 through 3854 |
| In re:<br><br>W.R. GRACE & CO., et al.,<br><br>        Debtors. | Case Nos. 01-1139 through 1200 |
| In re:<br><br>USG CORPORATION, et al.,<br><br>        Debtors. | Case Nos. 01-2094 through 2104 |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that the **Responses and Objections of Stroock & Stroock & Lavan LLP (as Counsel to the Official Committee of Unsecured Creditors of USG Corp., et al.) to Owens Corning's Requests for Production of Documents Relating to Motion to Recuse District Judge** and the supporting **Declaration of Kenneth Pasquale** in the above-captioned proceedings were served upon the parties identified in the attached Affidavit of Service by Mail in the manner indicated thereon.

Dated: January 13, 2004

*[signature]*
Michael R. Lastowski (DE I.D. No. 3892)
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801
Telephone:   (302) 657-4900
Facsimile:   (302) 657-4901
Email:   mlastowski@duanemorris.com

*Counsel for the Official Committee of Unsecured Creditors for USG Corporation, et al. and W.R. Grace & Co., et al.*

WLM\192916.1

## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK    )
                   : SS.
COUNTY OF NEW YORK )

       Dina Kolker, being duly sworn, deposes and says: deponent is not a party to this action, is over 18 years of age and is employed by Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, New York 10038; that on the 31st day of December, 2003, deponent served the annexed Response and Objections of Stroock & Stroock & Lavan LLP (as counsel to the Official Committee of Unsecured Creditors of USG Corp., *et al.*) to Owens Corning's Request for Production of Documents Relating to Motion to Recuse District Judge and The Declaration of Kenneth Pasquale, both dated December 31, 2003, and responsive documents Bates Stamped SSL(USG) 0001-0231 on the following via Federal Express overnight mail upon:

Jane W. Parver, Esq.
Kaye Scholer, L.L.P.
425 park Avenue
New York, N.Y. 10022-3598

David M. Bernick, P.C.
Kirkland & Ellis, L.L.P.
200 East Randolf Drive
Chicago, I.L. 60601

Jeffrey S. Trachtman, Esq.
Kramer, Levin, Naftalis & Frankel, L.L.P
919 Third Avenue
New York, N.Y. 10022

Scott Devereaux, Esq.
Cooley Godward, L.L.P.
Five Palo Alto Square
3000 El Camino Real
Palo Alto, C.A. 94306-2155

                                                            DINA KOLKER

1005601

Sworn to before me this
2nd day of January 2004

*Margaret Mary Geraci*
NOTARY PUBLIC

MARGARET MARY GERACI
Notary Public, State of New York
No. 01GE4666884
Qualified in Richmond County
Commission Expires June 30, 20 06

1005601