## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| OWENS CORNING, et al., | ) | |
| | ) | Case Nos. 00-3837 through 3854 |
| Debtors. | ) | |
| | ) | |
| In re: | ) | |
| | ) | |
| W.R. GRACE & CO., et al., | ) | |
| | ) | Case Nos. 01-1139 through 1200 |
| Debtors. | ) | |
| | ) | |
| In re: | ) | |
| | ) | |
| USG CORPORATION, et al., | ) | |
| | ) | Case Nos. 01-2094 through 2104 |
| Debtors. | ) | |
| | ) | |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that the **Declaration of Kenneth Pasquale** dated January 9, 2004, in the above-captioned proceedings were served upon the parties identified in the attached Affidavit of Service by Federal Express and Electronic Mail in the manner indicated thereon.

Dated: January 13, 2004

Michael R. Lastowski (DE I.D. No. 3892)
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801
Telephone:    (302) 657-4900
Facsimile:    (302) 657-4901
Email:    mlastowski@duanemorris.com

*Counsel for the Official Committee of Unsecured
Creditors for USG Corporation, et al. and W.R.
Grace & Co., et al.*

WLM\192923.1

<u>AFFIDAVIT OF SERVICE BY FEDERAL EXPRESS AND ELECTRONIC MAIL</u>

STATE OF NEW YORK    )
                             : SS.
COUNTY OF NEW YORK )

          David A. Sifre, being duly sworn, deposes and says: deponent is not a party to this action, is over 18 years of age and is employed by Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, New York 10038; that on the 12th day of January, 2004, deponent served the annexed Declaration of Kenneth Pasquale dated January 9, 2004, on the following via Federal Express overnight mail upon:

Jane W. Parver, Esq.
Kaye Scholer, L.L.P.
425 park Avenue
New York, N.Y. 10022-3598

David M. Bernick, P.C.
Kirkland & Ellis, L.L.P.
200 East Randolph Street
Chicago, I.L. 60601

Jeffrey S. Trachtman, Esq.
Kramer, Levin, Naftalis & Frankel, L.L.P
919 Third Avenue
New York, N.Y. 10022

Scott Devereaux, Esq.
Cooley Godward, L.L.P.
Five Palo Alto Square
3000 El Camino Real
Palo Alto, C.A. 94306-2155

And by Electronic Mail upon:

Abrams, Henry                HAbrams@saul.com
adanzeisen@bilzin.com      adanzeisen@bilzin.com
astiefel@kayescholer.com    astiefel@kayescholer.com
Bastable, Conor            cbastable@dkpartners.com
Bernick, David             dbernick@kirkland.com

1005601

SSL-DOCS2 70149200v1

| | |
|---|---|
| Brodsky, Mark D. | mbrodsky@elliottmgmt.com |
| Case, Stephen | case@dpw.com |
| Crames, Michael J. | mcrames@kayescholer.com |
| cstjeanos@willkie.com | cstjeanos@willkie.com |
| DeFilippo, Paul R. | pdefilippo@wmd-law.com |
| Devereaux | devereauxsd@cooley.com |
| Dobson, Matthew G. | mdobson@saul.com |
| Dreier, William | wadreier@nmmlaw.com |
| Eckstein, Ken | keckstein@kramerlevin.com |
| enadler@kramerlevin.com | enadler@kramerlevin.com |
| Finch, Nate | ndf@capdale.com |
| Gibbons, John J. | jgibbons@gibbonslaw.com |
| Hamlin, C. Judson   j | hamlin@prsmo.com |
| harriss | harriss@dpw.com |
| Inselbuch, Elihu | ei@capdale.com |
| jbaer@kirkland.com | jbaer@kirkland.com |
| jscoliard@klehr.com | jscoliard@klehr.com |
| jwd@capdale.com | jwd@capdale.com |
| Katchen, William S. | wskatchen@duanemorris.com |
| Katz, Sharon | skatz@dpw.com |
| Keefe, John | judgekeefe@lmknet.com |
| kjshaffer@stutman.com | kjshaffer@stutman.com |
| Mancino, Richard | rmancino@wilkie.com |
| Martin | mamartin@usg.com |
| McGovern, Frances | mcgovern@faculty.law.duke.edu |
| Monk, Charles O. | cmonk@saul.com |
| Neal | nealsc@cooley.com |
| Orseck, Gary A. | gorseck@robbinsrussell.com |
| Parker, David | dparker@kkwc.com |
| Parver, Jayne | jparver@kayescholer.com |
| Pernick, Norman L. | npernick@saul.com |
| pvnl@capdale.com | pvnl@capdale.com |
| Scheier, Mike | mscheier@kmklaw.com |
| Trachtman, Jeffrey S. | jtrachtman@kramerlevin.com |
| tws@capdale.com | tws@capdale.com |
| Washington, Nancy | naw@saiber.com |
| Waxman, Jeffrey R. | jwaxman@cozen.com |

LRobbins @ ncbbinsrussell.com
( 1/13/04 )

David A. Sifre

1005601

SSL-DOCS2 70149200v1

Sworn to before me this
12th day of January 2004

NOTARY PUBLIC

**JOAN DIMINO**
**Notary Public, State of New York**
**No. 01DI4877240**
**Qualified in Kings County**
**Commission Expires November 17, 2006**

1005601

SSL-DOCS2 70149200v1