# KLEHR, HARRISON, HARVEY, BRANZBURG & ELLERS LLP

ATTORNEYS AT LAW

919 MARKET STREET

SUITE 1000

WILMINGTON, DE 19801-3062

(302) 426-1189
FAX: (302) 426-9193
www.klehr.com

## PLEASE DELIVER THE FOLLOWING PAGES TO:

| Recipient | Company | Fax No. | Phone No. |
|---|---|---|---|
| 1. Honorable Alfred M. Wolin | United States District Court for the District of New Jersey | (973) 645-4549 | |

| | | | |
|---|---|---|---|
| **From:** | Jennifer L. Scoliard | | |
| **Direct Dial:** | (302) 552-5510 | **Email Address:** | JScoliar@klehr.com |
| **Client-Matter:** | 12841.0001 | Follow-up Copy Will Not Be Sent By Mail | |
| **Date:** | January 14, 2004 | | |
| **Number of Pages:** | *Including Cover* 2 | | |

**COMMENTS:**

RE: Oral argument on Friday January 16, 2004 at 10:00 a.m.

## IF THERE IS A PROBLEM WITH THE TRANSMISSION PLEASE CALL (302) 426-1189

THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE IS ATTORNEY PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF THE INTENDED RECIPIENT NAMES ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT OR THE EMPLOYEE OR AGENT RESPONSIBLE TO DELIVER IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US AT THE ADDRESS LISTED ABOVE VIA U.S. POSTAL SERVICE.

# KLEHR, HARRISON, HARVEY, BRANZBURG & ELLERS LLP
## ATTORNEYS AT LAW

**JENNIFER L. SCOLIARD**
Direct Dial: (302) 552-5510
JScoliar@klehr.com

919 MARKET STREET
SUITE 1000
WILMINGTON, DELAWARE 19801-3062

(302) 426-1189
FAX (302) 426-9193

www.klehr.com

**New Jersey Office**
457 Haddonfield Road
Suite 510
Cherry Hill, New Jersey 08002-2220
(856) 486-7900

**Philadelphia Office**
260 South Broad Street
Philadelphia, Pennsylvania 19102-5003
(215) 568-6060

**January 14, 2004**

<u>**VIA FACSIMILE**</u>

Honorable Alfred M. Wolin
United States District Court Judge
District of New Jersey
Martin Luther King Federal Courthouse
50 Walnut Street
Newark, NJ 07101
Attn: Evans Wohlforth

RE:  <u>**Hearing on Friday January 16, 2004 at 10:00 a.m.**</u>

Dear Judge Wolin:

Pursuant to the Court's request, Movants D.K. Acquisition Partners, L.P., Fernwood Associates L.P. & Deutsche Bank Trust Co. America respectfully request 30 minutes for oral argument on January 16, 2004.

Respectfully,

Jennifer L. Scoliard

cc:  Joanne B. Wills, Esquire
Richard Macino, Esquire
Christopher St. Jeanos, Esquire
Email Distribution List

PHIL1 553563-1