IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF NOTICE AND PAPERS

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for State Street Global Advisors, a division of State Street Bank and Trust Company ("State Street"), a party-in-interest in the above case, and, pursuant to 11 U.S.C. §§ 342 and 1109(b) of the United States Bankruptcy Code and Rule 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), requests that all notices (including those required by Bankruptcy Rules 2002 and 9007) given or required to be given, and all papers served or required to be served, in these cases or any related adversary proceeding be given to, and served upon:

> Daniel M. Glosband, P.C.
> Peter D. Bilowz, Esq.
> GOODWIN PROCTER LLP
> Exchange Place
> Boston, MA 02109
> Tel:   (617) 570-1000
> Fax:   (617) 523-1231
> Email: dglosband@goodwinprocter.com
> pbilowz@goodwinprocter.com

PLEASE TAKE FURTHER NOTICE that, pursuant to §1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, overnight delivery, messenger,

LIBC/1871373.1

facsimile, telephone, telegraph or otherwise which may affect or seek to affect in any way any rights or interests of State Street.

Respectfully submitted,

_____
Daniel M. Glosband, P.C.
Peter D. Bilowz, Esq.
GOODWIN PROCTER LLP
Exchange Place
Boston, MA  02109
(617) 570-1000 - telephone
(617) 523-1231 – facsimile

COUNSEL FOR STATE STREET
GLOBAL ADVISORS

Dated: January 12, 2004

LIBC/1871373.1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W. R. GRACE & CO., et al., | ) Case No. 01-01139 (JKF) |
| | ) Jointly Administered |
| Debtors. | ) |

### CERTIFICATE OF SERVICE

I hereby certify that I have caused the foregoing Notice of Appearance, on behalf of State Street Global Advisors, to be served, by first class mail, on the parties listed below.

Laura Davis Jones, Esquire
Scotta McFarland, Esquire
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
(Counsel to Debtors and Debtors in Possession)

Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982
(Counsel to Creditors' Committee)

Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
Third Avenue
New York, NY 10022-3852
(Counsel to Equity Committee)

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & 919
Axelrod LLP
First Union Financial Center
200 South Biscayne Blvd, Suite 2500
Miami, FL 33131
(Counsel to Property Committee Damage)

Office of the United States Trustee
Frank J. Perch, Esquire
Office of the United States Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

DATED: January 12, 2004

Peter D. Bilowz

LIBC/1871373.1