IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W.R. GRACE & CO., *et al.*, | : | Case No. 01-1139 (JKF) |
| | : | |
| Debtors. | : | (Jointly Administered) |

## CERTIFICATE OF NO OBJECTION (RE: DOCKET NO. 4838)

On December 19, 2003, Kramer, Levin, Naftalis & Frankel LLP, ("Kramer Levin"), co-counsel to the Official Committee of Equity Holders, filed its Quarterly Fee Application of Kramer, Levin, Naftalis & Frankel LLP , Co-Counsel to the Official Committee of Equity Holders, for Compensation and Reimbursement of Expenses for the Period from July 1, 2003 through September 30, 2003 (the "Application"). The Notice of Application provided an objection deadline of 4:00 p.m. (Eastern Standard Time) on January 9, 2004. The undersigned hereby certifies that no answer, objection or any responsive pleading with respect to the Application has been filed with the Court.

WHEREFORE, Kramer Levin respectfully requests that the Court enter an order approving this Application at its earliest convenience.

                                        KLETT ROONEY LIEBER & SCHORLING
                                        A Professional Corporation

                                        By: /s/ Rhonda Thomas
                                              Teresa K. D. Currier (No. 3080)
                                              Rhonda L. Thomas (No. 4053)
                                              The Brandywine Building
                                              1000 West St. - Suite 1410
                                              Wilmington, DE 19801

                                                        -and-

                                  KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                  Philip Bentley, Esquire
                                  Gary M. Becker, Esquire
                                  919 Third Avenue
                                  New York, NY 10022
                                  (212) 715-9100
                                  Counsel to the Official Committee of
                                  Equity Holders

Dated: January 14, 2004          Co-Counsel to the Official Committee
                                  of Equity Holders