**Attachment B To Fee Application**
**Summary of PwC's Fees By Professional**
**November 2003**

**Professional Profiles**

| Name of Professional | Position with the Firm | Number of Years in Profession | Hourly Bill Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Larry Farmer | Audit Partner | 34 | 743 | 8.10 | 6,018 |
| Raymond Bromark | Concurring Audit Partner | 30+ | 1550 | 11.00 | 17,050 |
| Joseph Divito | SPA Partner | 15 | 821 | 10.00 | 8,210 |
| Peter Woolf | Tax Partner | 20+ | 762 | 1.00 | 762 |
| Craig Cleaver | SPA Manager | 6 | 541 | 10.90 | 5,897 |
| Neil Cooper | SPA Partner | 10+ | 895 | 0.50 | 448 |
| Sandra David | Audit Manager | 6 | 487 | 7.50 | 3,653 |
| Todd Hutcherson | Audit Manager | 11 | 569 | 16.00 | 9,104 |
| William Choi | Audit Manager | 6 | 487 | 53.50 | 26,055 |
| Maureen Driscoll | SPA Senior Associate | 3 | 416 | 86.30 | 35,901 |
| Brent Fehnel | SPA Associate | 2 | 279 | 99.00 | 27,621 |
| Cheryl Frick | Audit Senior Associate | 4 | 342 | 78.60 | 26,881 |
| Nina Govic | Audit Senior Associate | 3 | 342 | 100.50 | 34,371 |
| Aimee Stickley | Audit Associate | 2 | 270 | 123.90 | 33,453 |
| Jonelle Lippolis | Audit Senior Associate | 3 | 349 | 8.10 | 2,827 |
| Bethanie Lydon | Audit Associate | 2 | 232 | 83.40 | 19,349 |
| Joseph Meenan | SPA Associate | 2 | 279 | 95.00 | 26,505 |
| James Nichols | SPA Senior Associate | 4 | 502 | 61.00 | 30,622 |
| Jessica Bader | Audit Associate | 2 | 273 | 6.00 | 1,638 |
| Will Kelly | Audit Associate | 1 | 197 | 8.00 | 1,576 |
| Adam Whalen | Audit Associate | 2 | 270 | 8.00 | 2,160 |
| Ashai Choi | Audit Associate | 1 | 197 | 9.00 | 1,773 |
| Patrick Matarazzo | Audit Associate | 1 | 174 | 11.00 | 1,914 |
| Adrian Mihalko | Audit Associate | 1 | 197 | 8.00 | 1,576 |
| Nicholas Stromann | Audit Associate | <1 | 197 | 125.90 | 24,802 |
| Maureen Yeager | Audit Associate | 1 | 232 | 23.90 | 5,545 |
| | | TOTAL | | 1054.10 | 355,710 |

Total at Standard Rate $ 355,709.50
55 % Accrual Rate Adjustment $ (195,640.23)
Total at 45% Accrual Rate $ 160,069.28

**SARBANES**

| Name of Professional | Position with the Firm | Number of Years in Profession | Hourly Bill Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Larry Farmer | Audit Partner | 34 | 743 | 1.50 | 1,115 |
| Craig Cleaver | SPA Manager | 5 | 541 | 2.30 | 1,244 |
| Maureen Driscoll | SPA Senior Associate | 4 | 416 | 3.00 | 1,248 |
| Todd Hutcherson | Audit Senior Manager | 11 | 569 | 3.00 | 1,707 |
| | | TOTAL | | 9.80 | 5,314 |

{MCM8669.DOC}

| | | |
|---|---|---|
| Total at Standard Rate | $ | 5,313.80 |
| 35 % Accrual Rate Adjustment | $ | (1,859.83) |
| Total at 65% Accrual Rate | $ | 3,453.97 |

**Total Hours:** 1063.90

**Total Fees Requested:** **$ 163,523.25**

**Time Spent Tracking Time for Reporting to the U.S. Bankruptcy Court (refer to attached file)**

| | |
|---|---|
| Total at Standard Rate | $9,611.00 |
| 55% Accrual Rate Adjustment | ($5,268.05) |
| Total at 45% Accrual Rate | $4,324.95 |

## Summary of PwC's Fees By Project Category:
## November 2003

| Project Category | Total Hours | Total Fees |
|---|---|---|
| **01-Assets Analysis and Recovery** | | |
| **02-Asset Disposition** | | |
| **03-Business Operations** | | |
| **04-Case Administration** | | |
| **05-Claim Analysis Objection & Resolution (Asbestos)** | | |
| **06-Claim Analysis Objection & Resolution (Non-asbestos)** | | |
| **07-Committee, Creditors', Noteholders', or Equity Holders'** | | |
| **08-Employee Benefits/Pension** | | |
| **09-Employee Applications, Applicant** | | |
| **10-Employment Applications, Others** | | |
| **11-Financing** | | |
| **12-Fee Applications, Others** | | |
| **13-Financing** | | |
| **14-Hearings** | | |
| **15-Litigation and Litigation Consulting** | | |
| **16-Plan and Disclosure** | | |

{MCM8669.DOC}

| Statement | | |
|---|---|---|
| **17-Relief from Stay Proceedings** | | |
| **18-Tax Issues** | | |
| **19-Tax Litigation** | | |
| **20-Travel- Non-working** | | |
| **21-Valuation** | | |
| **22-ZAI Science Trial** | | |
| **23-ZAI Science Trial-Expenses** | | |
| **24-Other** | | |
| **25-Accounting/Auditing** | **1,063.90** | **$163,523.25** |
| **26-Business Analysis** | | |
| **27-Corporate Finance** | | |
| **28-Data Analysis** | | |
| **TOTAL:** | **1,063.90** | **$163,523.25** |

**Expense Summary**
**November 2003**

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| **Transportation** | **N/A** | **$5,935.31** |
| **Lodging** | **N/A** | **4,063.07** |
| **Sundry** | **N/A** | **16.00** |
| **Business Meals** | **N/A** | **868.14** |
| **TOTAL:** | | **$10,882.52** |

{MCM8669.DOC}