**W. R. Grace & Co.**
**Time Spent Tracking Time**
**Month Ended November 30, 2003**

| Hours | Description of Services Provided | Bill Rate | Cost ($) |
|---|---|---|---|
| **Name: Maureen Driscoll** | | | |
| 1.2 | Personal time and expense reporting for the Bankruptcy Courts for the month of October. | 416 | $ 499 |
| **Name: Cheryl Frick** | | | |
| 3.1 | Personal time and expense reporting for the bankruptcy courts for the month of October. | 342 | $ 1,060 |
| **Name: Nina Govic** | | | |
| 1.9 | Work on Grace Quarterly time reporting | 342 | $ 650 |
| 1.1 | September 2003 time reporting | 342 | $ 376 |
| 3.1 | Quarterly time reporting | 342 | $ 1,060 |
| 2.0 | Work performed on the Bankruptcy Filing for October and the quarter. | 342 | $ 684 |
| 0.2 | Send out reminder for October 2003 timetracking. | 342 | $ 68 |
| **Name: Aimee Stickley** | | | |
| 1.0 | Personal Time and expense reporting for the Bankruptcy Courts for the month of October. | 270 | $ 270 |
| 0.5 | Personal Time and expense reporting for the Bankruptcy Courts for the month of November. | 270 | $ 135 |
| 1.3 | Review of my personal objectives for the engagement with Cheryl Frick. | 270 | $ 351.00 |
| 1.2 | Personal Time and expense reporting for the Bankruptcy Courts for the month of November. | 270 | $ 324 |
| **Name: Bethanie Lydon** | | | |
| 0.2 | Personal Time and Expense Reporting for the Bankruptcy Courts for the month of October. | 232 | $ 46 |
| 0.2 | Personal Time and Expense Reporting for the Bankruptcy Courts for the month of October. | 232 | $ 46 |
| 0.2 | Personal Time and Expense Reporting for the Bankruptcy Courts for the month of October. | 232 | $ 46 |
| 0.2 | Personal Time and Expense Reporting for the Bankruptcy Courts for the month of October. | 232 | $ 46 |
| 0.2 | Personal Time and Expense Reporting for the Bankruptcy Courts for the month of October. | 232 | $ 46 |
| 0.2 | Personal Time and Expense Reporting for the Bankruptcy Courts for the month of October. | 232 | $ 46 |
| 0.2 | Personal Time and Expense Reporting for the Bankruptcy Courts for the month of October. | 232 | $ 46 |
| 0.2 | Personal Time and Expense Reporting for the Bankruptcy Courts for the month of October. | 232 | $ 46 |
| **Name: Scott Tremble** | | | |
| 1.0 | Personal time and expense reporting for the Bankruptcy Courts for the month of October. | 197 | $ 197 |

**Name: Maureen Yeager**

| | | | | |
|---|---|---|---|---|
| 4.1 | Personal time and expense reporting for the Bankruptcy Courts for the month of October.  This time also includes formatting and agreeing the total individual time charged to the amount reported by our Work In Process System (WIPS) for the total engagement team in the month of October. | 232 | $ | 951 |

**Name: Jonelle Lippolis**

| | | | | |
|---|---|---|---|---|
| 1.2 | Time and expense reporting for the Bankruptcy Courts for the month of October | 349 | $ | 419 |

**Name: Nicholas Stromann**

| | | | | |
|---|---|---|---|---|
| 2.3 | Time and expense reporting for the Bankruptcy Courts for the month of October. | 197 | $ | 453.10 |
| 2.2 | Begin compiling the engagement team's October time and expense reporting for the Bankruptcy Courts | 197 | $ | 433.40 |
| 1.2 | Update October bankruptcy reporting based on time received by the members of the engagement team. | 197 | $ | 236.40 |

**Name: Sandra David**

| | | | | |
|---|---|---|---|---|
| 1.5 | Personal Time and Expense Reporting for the Bankruptcy Courts for the month of October. | 487 | $ | 731 |

**Name: Todd Hutcherson**

| | | | | |
|---|---|---|---|---|
| 0.6 | prepation of October T & E | 569 | $ | 341 |

| | | | |
|---|---|---|---|
| 32.3 | Total at Standard Rate | $ | 9,611.00 |
| | 55 % Accrual Rate Adjustment | $ | (5,286.05) |
| | Total at 45% Accrual Rate | $ | 4,324.95 |