**EXHIBIT B**

**CONSOLIDATED AUDIT**
**EXPENSE DETAIL**
**November 2003**

| Personnel | Date | Transportation | Lodging | Sundry | Business Meals and Entertainment |
|---|---|---|---|---|---|
| Nina Govic | 11/03/03 | $ 30.96 | | | |
| Nina Govic | 11/04/03 | $ 30.96 | | | |
| Nina Govic | 11/04/03 | | | | $ 45.35 |
| Nina Govic | 11/05/03 | $ 30.96 | | | |
| Nina Govic | 11/07/03 | $ 30.96 | | | |
| Nina Govic | 11/10/03 | $ 30.96 | | | |
| Nina Govic | 11/11/03 | | | | $ 24.11 |
| Nina Govic | 11/12/03 | $ 30.96 | | | |
| Nina Govic | 11/13/03 | $ 30.96 | | | |
| Nina Govic | 11/13/03 | | | | $ 105.36 |
| Nina Govic | 11/17/03 | $ 30.96 | | | |
| Nina Govic | 11/18/03 | $ 30.96 | | | |
| Nina Govic | 11/19/03 | $ 30.96 | | | |
| Nina Govic | 11/20/03 | $ 30.96 | | | |
| Nina Govic | 11/21/03 | $ 30.96 | | | |
| Nina Govic | 11/21/03 | | | | $ 25.99 |
| Nina Govic | 11/24/03 | $ 30.96 | | | |
| Nina Govic | 11/25/03 | $ 30.96 | | | |
| | | | | | |
| Patrick Matarazzo | 11/24/03 | $ 10.08 | | | |
| Patrick Matarazzo | 11/25/03 | $ 10.08 | | | |
| | | | | | |
| Larry Farmer | 11/06/2003 | | | | $ 37.45 |
| Larry Farmer | 11/05/2003 | $ 23.40 | | | |
| Larry Farmer | 11/06/2003 | $ 9.00 | | | |
| Larry Farmer | 11/06/2003 | $ 19.00 | | | |
| | | | | | |
| Will Kelly | 11/25/2003 | 11.52 | | | |
| | | | | | |
| James Nichols | 11/20/2003 | $ 348.50 | | | |
| James Nichols | 11/20/2003 | $ 24.00 | | | |
| James Nichols | 11/20/2003 | | | | $ 4.10 |
| James Nichols | 11/20/2003 | $ 36.00 | | | |
| James Nichols | 11/20/2003 | | | | $ 15.00 |
| James Nichols | 11/20/2003 | | | | $ 27.00 |
| James Nichols | 11/20/2003 | | $ 223.77 | | |
| James Nichols | 11/21/2003 | | | | $ 2.50 |
| James Nichols | 11/21/2003 | | | | $ 11.00 |
| James Nichols | 11/21/2003 | $ 22.00 | | | |
| James Nichols | 11/21/2003 | $ 96.40 | | | |
| James Nichols | 11/25/2003 | $ 22.65 | | | |
| James Nichols | 11/26/2003 | $ 22.65 | | | |
| | | | | | |
| Maureen Yeager | 11/21/2003 | $ 28.80 | | | |
| Maureen Yeager | 11/24/2003 | $ 28.80 | | | |
| Maureen Yeager | 11/25/2003 | $ 28.80 | | | |
| Maureen Yeager | 11/26/2003 | $ 28.80 | | | |
| | | | | | |
| Craig Cleaver | 11/05/2003 | $ 86.40 | | | |
| Craig Cleaver | 11/05/2003 | $ 10.00 | | | |
| Craig Cleaver | 11/05/2003 | | | | $ 41.01 |
| Craig Cleaver | 11/05/2003 | | | | $ 9.85 |
| Craig Cleaver | 11/05/2003 | | | | $ 2.00 |
| Craig Cleaver | 11/06/2003 | | $ 130.90 | | |
| | | | | | |
| Nick Stromann | 11/03/2003 | $ 9.68 | | | |
| Nick Stromann | 11/04/2003 | $ 9.68 | | | |
| Nick Stromann | 11/05/2003 | $ 9.68 | | | |
| Nick Stromann | 11/06/2003 | $ 9.68 | | | |
| Nick Stromann | 11/07/2003 | $ 9.68 | | | |
| Nick Stromann | 11/10/2003 | $ 9.68 | | | |
| Nick Stromann | 11/11/2003 | $ 9.68 | | | |
| Nick Stromann | 11/12/2003 | $ 9.68 | | | |
| Nick Stromann | 11/13/2003 | $ 9.68 | | | |
| Nick Stromann | 11/14/2003 | $ 9.68 | | | |
| Nick Stromann | 11/17/2003 | $ 9.68 | | | |
| Nick Stromann | 11/18/2003 | $ 9.68 | | | |

| Name | Date | | | |
|------|------|---|---|---|
| Nick Stromann | 11/19/2003 | $ 9.68 | | |
| Nick Stromann | 11/20/2003 | $ 9.68 | | |
| Nick Stromann | 11/21/2003 | $ 9.68 | | |
| Nick Stromann | 11/23/2003 | $ 9.68 | | |
| Nick Stromann | 11/24/2003 | $ 9.68 | | |
| Nick Stromann | 11/25/2003 | $ 9.68 | | |
| | | | | |
| Asahi Choi | 11/25/2003 | $ 23.04 | | |
| | | | | |
| Bethanie Lyndon | 11/19/2003 | | | $ 7.39 |
| Bethanie Lyndon | 11/19/2003 | | | $ 15.97 |
| Bethanie Lyndon | 11/20/2003 | $ 35.00 | | |
| Bethanie Lyndon | 11/20/2003 | $ 156.50 | | |
| Bethanie Lyndon | 11/20/2003 | $ 24.00 | | |
| Bethanie Lyndon | 11/20/2003 | $ 83.50 | | |
| | | | | |
| Adrian Mihalko | 11/26/2003 | $ 20.23 | | |
| | | | | |
| Adam Whalen | 11/25/2003 | $ 75.06 | | |
| | | | | |
| Maureen Driscoll | 11/05/2003 | | | $ 9.72 |
| Maureen Driscoll | 11/05/2003 | | | $ 23.12 |
| Maureen Driscoll | 11/06/2003 | | | $ 5.27 |
| Maureen Driscoll | 11/10/2003 | | | $ 9.21 |
| Maureen Driscoll | 11/10/2003 | | | $ 5.68 |
| Maureen Driscoll | 11/11/2003 | | | $ 4.57 |
| Maureen Driscoll | 11/11/2003 | | | $ 3.71 |
| Maureen Driscoll | 11/06/2003 | $ 98.86 | | |
| Maureen Driscoll | 11/11/2003 | $ 98.86 | | |
| Maureen Driscoll | 11/13/2003 | $ 98.86 | | |
| Maureen Driscoll | 11/06/2003 | | $ 167.20 | |
| Maureen Driscoll | 11/11/2003 | | $ 169.40 | |
| Maureen Driscoll | 11/15/2003 | | $ 598.45 | |
| Maureen Driscoll | 11/17/2003 | | | $ 4.85 |
| Maureen Driscoll | 11/17/2003 | | | $ 2.28 |
| Maureen Driscoll | 11/18/2003 | | | $ 30.63 |
| Maureen Driscoll | 11/18/2003 | | | $ 6.05 |
| Maureen Driscoll | 11/18/2003 | | | $ 4.15 |
| Maureen Driscoll | 11/18/2003 | | | $ 36.38 |
| Maureen Driscoll | 11/18/2003 | | | $ 80.57 |
| Maureen Driscoll | 11/19/2003 | | | $ 6.15 |
| Maureen Driscoll | 11/19/2003 | | | $ 30.00 |
| Maureen Driscoll | 11/19/2003 | | | $ 33.69 |
| Maureen Driscoll | 11/20/2003 | | | $ 5.05 |
| Maureen Driscoll | 11/18/2003 | $ 20.00 | | |
| Maureen Driscoll | 11/19/2003 | $ 20.00 | | |
| Maureen Driscoll | 11/20/2003 | $ 126.50 | | |
| Maureen Driscoll | 11/20/2003 | $ 126.50 | | |
| Maureen Driscoll | 11/20/2003 | $ 20.00 | | |
| Maureen Driscoll | 11/20/2003 | $ 68.00 | | |
| Maureen Driscoll | 11/20/2003 | | $ 695.95 | |
| Maureen Driscoll | 11/20/2003 | | $ 695.95 | |
| | | | | |
| Joe Meenan | 11/10/2003 | 43.20 | | |
| Joe Meenan | 11/10/2003 | 3.00 | | |
| Joe Meenan | 11/10/2003 | | | 7.64 |
| Joe Meenan | 11/10/2003 | | | 51.65 |
| Joe Meenan | 11/11/2003 | | | 4.35 |
| Joe Meenan | 11/11/2003 | | | 20.00 |
| Joe Meenan | 11/12/2003 | | | 6.50 |
| Joe Meenan | 11/12/2003 | | | 4.35 |
| Joe Meenan | 11/13/2003 | | | 4.35 |
| Joe Meenan | 11/14/2003 | | | 7.38 |
| Joe Meenan | 11/14/2003 | | | 4.35 |
| Joe Meenan | 11/14/2003 | 43.20 | | |
| Joe Meenan | 11/14/2003 | 7.00 | | |
| Joe Meenan | 11/17/2003 | | | 4.00 |
| Joe Meenan | 11/17/2003 | 3.00 | | |
| Joe Meenan | 11/17/2003 | 5.40 | | |
| Joe Meenan | 11/18/2003 | | | 5.20 |
| Joe Meenan | 11/19/2003 | | | 4.80 |
| Joe Meenan | 11/20/2003 | | | 4.60 |
| Joe Meenan | 11/20/2003 | 5.40 | | |
| Joe Meenan | 11/20/2003 | 32.00 | | |

| Name | Date | Transportation | Lodging | Sundry | Business Meals |
|---|---|---|---|---|---|
| **Joe Meenan** | 11/20/2003 | | | | 9.80 |
| | | | | | |
| **Sandra David** | 11/10/2003 | $ 2.16 | | | |
| **Sandra David** | 11/11/2003 | $ 2.16 | | | |
| | | | | | |
| **Aimee Stickley** | 11/04/2003 | $ 26.64 | | | |
| **Aimee Stickley** | 11/05/2003 | $ 26.64 | | | |
| **Aimee Stickley** | 11/06/2003 | $ 26.64 | | | |
| **Aimee Stickley** | 11/07/2003 | $ 26.64 | | | |
| **Aimee Stickley** | 11/10/2003 | $ 26.64 | | | |
| **Aimee Stickley** | 11/11/2003 | $ 26.64 | | | |
| **Aimee Stickley** | 11/12/2003 | $ 26.64 | | | |
| **Aimee Stickley** | 11/13/2003 | $ 26.64 | | | |
| **Aimee Stickley** | 11/14/2003 | $ 26.64 | | | |
| **Aimee Stickley** | 11/04/2003 | $ 4.00 | | | |
| **Aimee Stickley** | 11/04/2003 | $ 16.24 | | | |
| **Aimee Stickley** | 11/17/2003 | $ 26.64 | | | |
| **Aimee Stickley** | 11/18/2003 | $ 26.64 | | | |
| **Aimee Stickley** | 11/19/2003 | $ 26.64 | | | |
| **Aimee Stickley** | 11/20/2003 | $ 26.64 | | | |
| **Aimee Stickley** | 11/21/2003 | $ 26.64 | | | |
| **Aimee Stickley** | 11/24/2003 | $ 26.64 | | | |
| | | | | | |
| **Ray Bromark** | 11/05/2003 | | | | $ 10.00 |
| **Ray Bromark** | 11/05/2003 | $ 111.00 | | | |
| **Ray Bromark** | 11/05/2003 | $ 87.84 | | | |
| **Ray Bromark** | 11/05/2003 | $ 108.00 | | | |
| **Ray Bromark** | 11/06/2003 | $ 1,085.00 | | | |
| **Ray Bromark** | 11/06/2003 | $ 9.00 | | | |
| **Ray Bromark** | 11/06/2003 | $ 54.24 | | | |
| **Ray Bromark** | 11/06/2003 | | $ 360.67 | | |
| **Ray Bromark** | 11/06/2003 | | | $ 16.00 | |
| | | | | | |
| **Joe DiVito** | 11/04/2003 | | | | $ 6.25 |
| **Joe DiVito** | 11/05/2003 | | | | $ 4.00 |
| **Joe DiVito** | 11/05/2003 | | | | $ 7.00 |
| **Joe DiVito** | 11/05/2003 | $ 782.50 | | | |
| **Joe DiVito** | 11/05/2003 | $ 15.12 | | | |
| **Joe DiVito** | 11/05/2003 | $ 17.00 | | | |
| **Joe DiVito** | 11/05/2003 | $ 77.44 | | | |
| **Joe DiVito** | 11/05/2003 | | 245.28 | | |
| | | | | | |
| **William Choi** | 11/06/2003 | $ 27.37 | | | |
| **William Choi** | 11/18/2003 | $ 27.37 | | | |
| | | | | | |
| **Todd Hutcherson** | 11/12/2003 | | | | $ 26.76 |
| **Todd Hutcherson** | 11/05/2003 | $ 37.72 | | | |
| **Todd Hutcherson** | 11/06/2003 | $ 9.00 | | | |
| **Todd Hutcherson** | 11/24/2003 | $ 37.72 | | | |
| | | | | | |
| **Brent Fehnel** | 11/10/2003 | 104.38 | | | |
| **Brent Fehnel** | 11/20/2003 | 104.39 | | | |
| **Brent Fehnel** | 11/24/2003 | 104.39 | | | |
| **Brent Fehnel** | 11/10/2003 | | 517.00 | | |
| **Brent Fehnel** | 11/24/2003 | | 258.50 | | |

| Summary | Total | Transportation | Lodging | Sundry | Business Meals |
|---|---|---|---|---|---|
| | 10,882.52 | 5,935.31 | 4,063.07 | 16.00 | 868.14 |

| **Description** |
| --- |
| |
| Mileage in excess of daily commute |
| Mileage in excess of daily commute |
| Working Lunch |
| Mileage in excess of daily commute |
| Mileage in excess of daily commute |
| Mileage in excess of daily commute |
| Overtime Dinner |
| Mileage in excess of daily commute |
| Mileage in excess of daily commute |
| Working Lunch |
| Mileage in excess of daily commute |
| Mileage in excess of daily commute |
| Mileage in excess of daily commute |
| Mileage in excess of daily commute |
| Mileage in excess of daily commute |
| Overtime dinner |
| Mileage in excess of daily commute |
| Mileage in excess of daily commute |
| |
| Mileage in excess of daily commute |
| Mileage in excess of daily commute |
| |
| Meal while working |
| Mileage in excess of daily commute |
| Mileage in excess of daily commute |
| Parking |
| |
| Mileage in excess of daily commute |
| |
| airfare DC to Boston |
| Taxi to airport |
| Meal while travelling |
| Parking |
| Meal while travelling |
| Meal while travelling |
| Hotel stay in Cambridge, MA |
| Meal while travelling |
| Meal while travelling |
| Taxi to airport |
| Rental Car |
| Mileage in excess of daily commute |
| Mileage in excess of daily commute |
| |
| Mileage in excess of daily commute |
| Mileage in excess of daily commute |
| Mileage in excess of daily commute |
| Mileage in excess of daily commute |
| |
| Mileage in excess of daily commute |
| Tolls between office and Grace |
| Dinner while travelling |
| Dinner while travelling |
| Breakfast at Hotel |
| Hotel stay in Cambridge, MA |
| |
| Mileage in excess of daily commute |
| Mileage in excess of daily commute |
| Mileage in excess of daily commute |
| Mileage in excess of daily commute |
| Mileage in excess of daily commute |
| Mileage in excess of daily commute |
| Mileage in excess of daily commute |
| Mileage in excess of daily commute |
| Mileage in excess of daily commute |
| Mileage in excess of daily commute |
| Mileage in excess of daily commute |
| Mileage in excess of daily commute |

Mileage in excess of daily commute
Mileage in excess of daily commute
Mileage in excess of daily commute
Mileage in excess of daily commute
Mileage in excess of daily commute
Mileage in excess of daily commute

Mileage in excess of daily commute

Meals while travelling
Meals while travelling
Parking at the office to pick up client files
Roundtrip airfare from Boston to Pennsylvania
Airport parking for one day
Rental car expense for one day travel.

Mileage in excess of daily commute

Mileage in excess of daily commute

Out of Town Lunch
Out of town Dinner
Out of Town Lunch
Out of town Dinner
Out of Town Lunch
Out of Town Lunch
Out of Town Breakfast
Mileage (254 miles-3 base) + 8.50 tolls
Mileage (254 miles-3 base) + 8.50 tolls
Mileage (254 miles-3 base) + 8.50 tolls
Hilton hotel Columbia
Marriott hotel Columbia
Marriott hotel Columbia
Out of town Lunch
Our of town Breakfast
Out of Town Dinner (Meenan)
Out of Town Breakfast
Out of Town Lunch
Out of Town Dinner
Out of Town Dinner (Driscoll, Meenan)
Out of Town Lunch
Out of Town Dinner (Meenan)
Out of Town Dinner
Out of Town Lunch
Parking at Hotel
Parking at Hotel
Airfare from Philly to Boston (Meenan)
Airfare from Philly to Boston
Parking at Hotel
Parking at Airport
Marriott hotel Cambridge
Marriott hotel Cambridge (Meenan)

To Columbia, MD 130-10=120*.36=$43.20
Tolls to Columbia, MD
Lunch at Mall Food Court in Columbia, MD
Dinner at Nottingham's in Columbia, MD
Breakfast at hotel in Columbia, MD.
Dinner at hotel (delivery) in Columbia, MD
Lunch at WR Grace Cafe in Columbia, MD
Breakfast at hotel in Columbia, MD
Breakfast at hotel in Columbia, MD.
Lunch at Taco Bell, Columbia, MD.
Breakfast at hotel in Columbia, MD.
From Columbia, MD 130-10=120*.36=$43.20
Tolls From Columbia, MD to King of Prussia, PA
Lunch at WR Grace Cafe, Cambridge, MA
Toll into Boston from airport.
To Phila Airport 25-10=15*.36=$5.40
Lunch at WR Grace Cafe, Cambridge, MA
Lunch at WR Grace Cafe, Cambridge, MA
Lunch at WR Grace Cafe, Cambridge, MA
From Phila Airport 25-10=15*.36=$5.40
Long-term parking Phila Airport Mon-Thurs

Dinner at Logan Airport, Boston, MA

Mileage in excess of normal commute
Mileage in excess of normal commute

Mileage in excess of normal commute
Mileage in excess of normal commute
Mileage in excess of normal commute
Mileage in excess of normal commute
Mileage in excess of normal commute
Mileage in excess of normal commute
Mileage in excess of normal commute
Mileage in excess of normal commute
Mileage in excess of normal commute
Parking at Baltimore Office
Mileage to Baltimore Office
Mileage in excess of normal commute
Mileage in excess of normal commute
Mileage in excess of normal commute
Mileage in excess of normal commute
Mileage in excess of normal commute
Mileage in excess of normal commute

Lunch with CFO of WR Grace Bob Tarola
Amtrak fare from Wilmington to Baltimore
Boston Coach from Baltimore Amtrak station to WR Grace
Profile transportation from home to Wilmington Amtrak station
Airfare Washington/Ft Myers/Philadelphia; portion deducted for personal use
Taxi fare in Washington
Boston Coach from hotel in Washington to DCA airport
Lodging at the Hay-Adams hotel in Washington
Tips while in Washington

Dinner in airport
Breakfast
Dinner in airport
Airfare to Baltimore
Mileage to/from Airport (42 miles)
Parking at Pittsburgh Airport
Hertz rental car
Marriott Hotel

Mileage in excess of normal commute (85 miles - 10 miles)
Mileage in excess of normal commute (85 miles - 10 miles)

Working lunch with William Choi to discuss WR Grace
Mileage to WR Grace for Q3 Review (101 miles)
Metro/Parking
Mileage to WR Grace for fieldwork (101 miles)

Mileage to WR Grace
Mileage to WR Grace
Mileage to WR Grace
Hotel Stay
Hotel Stay

| | Date | Title | Total |
|---|---|---|---|

**CONSOLIDATED AUDIT - November 2003**
**EXPENSE DETAIL -**

| | Date | Title | Total |
|---|---|---|---|
| **Nina Govic** | 11/03/03 | Senior Associate | $ 30.96 |
| | 11/04/03 | Senior Associate | $ 30.96 |
| | 11/04/03 | Senior Associate | $ 45.35 |
| | 11/05/03 | Senior Associate | $ 30.96 |
| | 11/07/03 | Senior Associate | $ 30.96 |
| | 11/10/03 | Senior Associate | $ 30.96 |
| | 11/11/03 | Senior Associate | $ 24.11 |
| | 11/12/03 | Senior Associate | $ 30.96 |
| | 11/13/03 | Senior Associate | $ 30.96 |
| | 11/13/03 | Senior Associate | $ 105.36 |
| | 11/17/03 | Senior Associate | $ 30.96 |
| | 11/18/03 | Senior Associate | $ 30.96 |
| | 11/19/03 | Senior Associate | $ 30.96 |
| | 11/20/03 | Senior Associate | $ 30.96 |
| | 11/21/03 | Senior Associate | $ 30.96 |
| | 11/21/03 | Senior Associate | $ 25.99 |
| | 11/24/03 | Senior Associate | $ 30.96 |
| | 11/25/03 | Senior Associate | $ 30.96 |
| | | | **$ 634.25** |
| **Patrick Matarazzo** | 11/24/03 | Audit Associate | **$ 10.08** |
| | 11/25/03 | Audit Associate | $ 10.08 |
| | | | **$ 20.16** |
| **Larry Farmer** | 11/06/2003 | Audit Partner | $ 37.45 |
| | 11/05/2003 | Audit Partner | $ 23.40 |
| | 11/06/2003 | Audit Partner | $ 9.00 |
| | 11/06/2003 | Audit Partner | $ 19.00 |
| | | | **$ 88.85** |
| **Will Kelly** | 11/25/2003 | Audit Associate | $ 11.52 |
| | | | **$ 11.52** |
| **James Nichols** | 11/20/2003 | SPA Senior Associate | $ 348.50 |
| | 11/20/2003 | SPA Senior Associate | $ 24.00 |
| | 11/20/2003 | SPA Senior Associate | $ 4.10 |
| | 11/20/2003 | SPA Senior Associate | $ 36.00 |
| | 11/20/2003 | SPA Senior Associate | $ 15.00 |
| | 11/20/2003 | SPA Senior Associate | $ 27.00 |
| | 11/20/2003 | SPA Senior Associate | $ 223.77 |
| | 11/21/2003 | SPA Senior Associate | $ 2.50 |
| | 11/21/2003 | SPA Senior Associate | $ 11.00 |
| | 11/21/2003 | SPA Senior Associate | $ 22.00 |
| | 11/21/2003 | SPA Senior Associate | $ 96.40 |
| | 11/25/2003 | SPA Senior Associate | $ 22.65 |
| | 11/26/2003 | SPA Senior Associate | $ 22.65 |
| | | | **$ 855.57** |
| **Maureen Yeager** | 11/21/2003 | Audit Associate | $ 28.80 |
| | 11/24/2003 | Audit Associate | $ 28.80 |
| | 11/25/2003 | Audit Associate | $ 28.80 |
| | 11/26/2003 | Audit Associate | $ 28.80 |
| | | | **$ 115.20** |
| **Craig Cleaver** | 11/05/2003 | SPA Manager | $ 86.40 |
| | 11/05/2003 | SPA Manager | $ 10.00 |
| | 11/05/2003 | SPA Manager | $ 41.01 |
| | 11/05/2003 | SPA Manager | $ 9.85 |
| | 11/05/2003 | SPA Manager | $ 2.00 |
| | 11/06/2003 | SPA Manager | $ 130.90 |
| | | | **$ 280.16** |
| **Nick Stromann** | 11/03/2003 | Audit Associate | $ 9.68 |
| | 11/04/2003 | Audit Associate | $ 9.68 |
| | 11/05/2003 | Audit Associate | $ 9.68 |
| | 11/06/2003 | Audit Associate | $ 9.68 |
| | 11/07/2003 | Audit Associate | $ 9.68 |
| | 11/10/2003 | Audit Associate | $ 9.68 |
| | 11/11/2003 | Audit Associate | $ 9.68 |
| | 11/12/2003 | Audit Associate | $ 9.68 |

|  |  |  |  |  |
|---|---|---|---|---|
|  | 11/13/2003 | Audit Associate | $ | 9.68 |
|  | 11/14/2003 | Audit Associate | $ | 9.68 |
|  | 11/17/2003 | Audit Associate | $ | 9.68 |
|  | 11/18/2003 | Audit Associate | $ | 9.68 |
|  | 11/19/2003 | Audit Associate | $ | 9.68 |
|  | 11/20/2003 | Audit Associate | $ | 9.68 |
|  | 11/21/2003 | Audit Associate | $ | 9.68 |
|  | 11/23/2003 | Audit Associate | $ | 9.68 |
|  | 11/24/2003 | Audit Associate | $ | 9.68 |
|  | 11/25/2003 | Audit Associate | $ | 9.68 |
|  |  |  | **$** | **174.24** |
| **Asahi Choi** | 11/25/2003 | Audit Associate | $ | 23.04 |
|  |  |  | **$** | **23.04** |
| **Bethanie Lyndon** | 11/19/2003 | Audit Associate | $ | 7.39 |
|  | 11/19/2003 | Audit Associate | $ | 15.97 |
|  | 11/20/2003 | Audit Associate | $ | 35.00 |
|  | 11/20/2003 | Audit Associate | $ | 156.50 |
|  | 11/20/2003 | Audit Associate | $ | 24.00 |
|  | 11/20/2003 | Audit Associate | $ | 83.50 |
|  |  |  | **$** | **322.36** |
| **Adrian Mihalko** | 11/26/2003 | Audit Associate | $ | 20.23 |
|  |  |  | **$** | **20.23** |
| **Adam Whalen** | 11/25/2003 | Audit Associate | $ | 75.06 |
|  |  |  | **$** | **75.06** |
| **Maureen Driscoll** | 11/05/2003 | SPA Senior Associate | $ | 9.72 |
|  | 11/05/2003 | SPA Senior Associate | $ | 23.12 |
|  | 11/06/2003 | SPA Senior Associate | $ | 5.27 |
|  | 11/10/2003 | SPA Senior Associate | $ | 9.21 |
|  | 11/10/2003 | SPA Senior Associate | $ | 5.68 |
|  | 11/11/2003 | SPA Senior Associate | $ | 4.57 |
|  | 11/11/2003 | SPA Senior Associate | $ | 3.71 |
|  | 11/06/2003 | SPA Senior Associate | $ | 98.86 |
|  | 11/11/2003 | SPA Senior Associate | $ | 98.86 |
|  | 11/13/2003 | SPA Senior Associate | $ | 98.86 |
|  | 11/06/2003 | SPA Senior Associate | $ | 167.20 |
|  | 11/11/2003 | SPA Senior Associate | $ | 169.40 |
|  | 11/15/2003 | SPA Senior Associate | $ | 598.45 |
|  | 11/17/2003 | SPA Senior Associate | $ | 4.85 |
|  | 11/17/2003 | SPA Senior Associate | $ | 2.28 |
|  | 11/18/2003 | SPA Senior Associate | $ | 30.63 |
|  | 11/18/2003 | SPA Senior Associate | $ | 6.05 |
|  | 11/18/2003 | SPA Senior Associate | $ | 4.15 |
|  | 11/18/2003 | SPA Senior Associate | $ | 36.38 |
|  | 11/18/2003 | SPA Senior Associate | $ | 80.57 |
|  | 11/19/2003 | SPA Senior Associate | $ | 6.15 |
|  | 11/19/2003 | SPA Senior Associate | $ | 30.00 |
|  | 11/19/2003 | SPA Senior Associate | $ | 33.69 |
|  | 11/20/2003 | SPA Senior Associate | $ | 5.05 |
|  | 11/18/2003 | SPA Senior Associate | $ | 20.00 |
|  | 11/19/2003 | SPA Senior Associate | $ | 20.00 |
|  | 11/20/2003 | SPA Senior Associate | $ | 126.50 |
|  | 11/20/2003 | SPA Senior Associate | $ | 126.50 |
|  | 11/20/2003 | SPA Senior Associate | $ | 20.00 |
|  | 11/20/2003 | SPA Senior Associate | $ | 68.00 |
|  | 11/20/2003 | SPA Senior Associate | $ | 695.95 |
|  | 11/20/2003 | SPA Senior Associate | $ | 695.95 |
|  |  |  | **$** | **3,305.61** |
| **Joe Meenan** | 11/10/2003 | SPA Associate |  | 43.20 |
|  | 11/10/2003 | SPA Associate |  | 3.00 |
|  | 11/10/2003 | SPA Associate |  | 7.64 |
|  | 11/10/2003 | SPA Associate |  | 51.65 |
|  | 11/11/2003 | SPA Associate |  | 4.35 |
|  | 11/11/2003 | SPA Associate |  | 20.00 |
|  | 11/12/2003 | SPA Associate |  | 6.50 |
|  | 11/12/2003 | SPA Associate |  | 4.35 |
|  | 11/13/2003 | SPA Associate |  | 4.35 |
|  | 11/14/2003 | SPA Associate |  | 7.38 |
|  | 11/14/2003 | SPA Associate |  | 4.35 |
|  | 11/14/2003 | SPA Associate |  | 43.20 |
|  | 11/14/2003 | SPA Associate |  | 7.00 |
|  | 11/17/2003 | SPA Associate |  | 4.00 |
|  | 11/17/2003 | SPA Associate |  | 3.00 |

|  |  |  |  |  |
|---|---|---|---|---|
|  | 11/17/2003 | SPA Associate |  | 5.40 |
|  | 11/18/2003 | SPA Associate |  | 5.20 |
|  | 11/19/2003 | SPA Associate |  | 4.80 |
|  | 11/20/2003 | SPA Associate |  | 4.60 |
|  | 11/20/2003 | SPA Associate |  | 5.40 |
|  | 11/20/2003 | SPA Associate |  | 32.00 |
|  | 11/20/2003 | SPA Associate |  | 9.80 |
|  |  |  | $ | **281.17** |
| **Sandra David** | 11/10/2003 | Audit Manager | $ | 2.16 |
|  | 11/11/2003 | Audit Manager | $ | 2.16 |
|  |  |  | $ | **4.32** |
| **Aimee Stickley** | 11/04/2003 | Audit Associate | $ | 26.64 |
|  | 11/05/2003 | Audit Associate | $ | 26.64 |
|  | 11/06/2003 | Audit Associate | $ | 26.64 |
|  | 11/07/2003 | Audit Associate | $ | 26.64 |
|  | 11/10/2003 | Audit Associate | $ | 26.64 |
|  | 11/11/2003 | Audit Associate | $ | 26.64 |
|  | 11/12/2003 | Audit Associate | $ | 26.64 |
|  | 11/13/2003 | Audit Associate | $ | 26.64 |
|  | 11/14/2003 | Audit Associate | $ | 26.64 |
|  | 11/04/2003 | Audit Associate | $ | 4.00 |
|  | 11/04/2003 | Audit Associate | $ | 16.24 |
|  | 11/17/2003 | Audit Associate | $ | 26.64 |
|  | 11/18/2003 | Audit Associate | $ | 26.64 |
|  | 11/19/2003 | Audit Associate | $ | 26.64 |
|  | 11/20/2003 | Audit Associate | $ | 26.64 |
|  | 11/21/2003 | Audit Associate | $ | 26.64 |
|  | 11/24/2003 | Audit Associate | $ | 26.64 |
|  |  |  | $ | **419.84** |
| **Ray Bromark** | 11/05/2003 | Concurring Audit Partner | $ | 10.00 |
|  | 11/05/2003 | Concurring Audit Partner | $ | 111.00 |
|  | 11/05/2003 | Concurring Audit Partner | $ | 87.84 |
|  | 11/05/2003 | Concurring Audit Partner | $ | 108.00 |
|  | 11/06/2003 | Concurring Audit Partner | $ | 1,085.00 |
|  | 11/06/2003 | Concurring Audit Partner | $ | 9.00 |
|  | 11/06/2003 | Concurring Audit Partner | $ | 54.24 |
|  | 11/06/2003 | Concurring Audit Partner | $ | 360.67 |
|  | 11/06/2003 | Concurring Audit Partner | $ | 16.00 |
|  |  |  | $ | **1,841.75** |
| **Joe DiVito** | 11/04/2003 | GRMS Partner | $ | 6.25 |
|  | 11/05/2003 | GRMS Partner | $ | 4.00 |
|  | 11/05/2003 | GRMS Partner | $ | 7.00 |
|  | 11/05/2003 | GRMS Partner | $ | 782.50 |
|  | 11/05/2003 | GRMS Partner | $ | 15.12 |
|  | 11/05/2003 | GRMS Partner | $ | 17.00 |
|  | 11/05/2003 | GRMS Partner | $ | 77.44 |
|  | 11/05/2003 | GRMS Partner | $ | 245.28 |
|  |  |  | $ | **1,154.59** |
| **William Choi** | 11/06/2003 | Audit Manager |  | 27.37 |
|  | 11/18/2003 | Audit Manager |  | 27.37 |
|  |  |  | $ | **54.74** |
| **Todd Hutcherson** | 11/12/2003 | Audit Senior Manager | $ | 26.76 |
|  | 11/05/2003 | Audit Senior Manager | $ | 37.72 |
|  | 11/06/2003 | Audit Senior Manager | $ | 9.00 |
|  | 11/24/2003 | Audit Senior Manager | $ | 37.72 |
|  |  |  | $ | **111.20** |
| **Brent Fehnel** | 11/10/2003 | SPA Associate |  | 104.38 |
|  | 11/20/2003 | SPA Associate |  | 104.39 |
|  | 11/24/2003 | SPA Associate |  | 104.39 |
|  | 11/10/2003 | SPA Associate |  | 517.00 |
|  | 11/24/2003 | SPA Associate |  | 258.50 |
|  |  |  | $ | **1,088.66** |

| **Description** |
| --- |

Personal car mileage in excess of daily commute (86 miles * $.36 = $30.96)
Personal car mileage in excess of daily commute (86 miles * $.36 = $30.96)
Overtime meals for engagement team - Self, Choi, Stickley, Frick, Stromann
Personal car mileage in excess of daily commute (86 miles * $.36 = $30.96)
Personal car mileage in excess of daily commute (86 miles * $.36 = $30.96)
Personal car mileage in excess of daily commute (86 miles * $.36 = $30.96)
Overtime meals for engagement team - Self, Stickley, Frick, Stromann
Personal car mileage in excess of daily commute (86 miles * $.36 = $30.96)
Personal car mileage in excess of daily commute (86 miles * $.36 = $30.96)
Working lunch for 8 team members - Self, Stickley, Driscoll, Stromann, Fehnel, etc.
Personal car mileage in excess of daily commute (86 miles * $.36 = $30.96)
Personal car mileage in excess of daily commute (86 miles * $.36 = $30.96)
Personal car mileage in excess of daily commute (86 miles * $.36 = $30.96)
Personal car mileage in excess of daily commute (86 miles * $.36 = $30.96)
Personal car mileage in excess of daily commute (86 miles * $.36 = $30.96)
Working lunch for team - Self, Stromann, Stickley, Choi
Personal car mileage in excess of daily commute (86 miles * $.36 = $30.96)
Personal car mileage in excess of daily commute (86 miles * $.36 = $30.96)


Personal car mileage in excess of daily commute (28 miles x $.36 = $10.08)
Personal car mileage in excess of daily commute (28 miles x $.36 = $10.08)


Business Meal with Ray Bromark, Grace Concurring Partner
Personal car milage in excess of daily commute to Audit Committee meeting over commute to office (65 miles x $.36 = $23.4(
Personal car mileage in excess of daily commute (25 miles x $.36 = $9.00)
Parking at the Grace Audit Committee Meeting in DC.


Personal car milage in excess of daily commute (32 miles x $.36 = $11.52)


Roundtrip airfare from Washington, DC to Boston, MA to work at the GPC audit site
Taxi from house to the airport in Washington DC
Out of town breakfast at the airport
Parking of rental car
Out of town lunch at client site in Cambridge, MA
Overtime dinner at client site in Cambridge, MA
Hotel Room while on site visit in Cambridge, MA - one night
Out of town breakfast at the client site in Cambridge, MA
Out of town lunch at the airport on the trip home from Cambridge, MA
Taxi from airport in Washington, DC to home
Rental car for 11/20 and 11/21 at client site in Cambridge, MA
Personal car mileage in excess of daily commute (62.92 miles *.36 = 22.65)
Personal car mileage in excess of daily commute (62.92 miles *.36 = 22.65)


Personal car mileage in excess of daily commute (80 miles *.36 = $28.80)
Personal car mileage in excess of daily commute (80 miles *.36 = $28.80)
Personal car mileage in excess of daily commute (80 miles *.36 = $28.80)
Personal car mileage in excess of daily commute (80 miles *.36 = $28.80)


Personal car mileage in excess of daily commute (240 miles *.36 = $86.40)
Tolls between home office and Grace (Philadelphia to Columbia, MD)
Out of town dinner
Out of town dinner
Tip for out of town breakfast at Sheraton, breakfast buffet free with room.
Hotel stay for one night in Columbia, Md


Personal car mileage in excess of daily commute (38 miles*.36/mile) - $4 Metro = $9.68
Personal car mileage in excess of daily commute (38 miles*.36/mile) - $4 Metro = $9.68
Personal car mileage in excess of daily commute (38 miles*.36/mile) - $4 Metro = $9.68
Personal car mileage in excess of daily commute (38 miles*.36/mile) - $4 Metro = $9.68
Personal car mileage in excess of daily commute (38 miles*.36/mile) - $4 Metro = $9.68
Personal car mileage in excess of daily commute (38 miles*.36/mile) - $4 Metro = $9.68
Personal car mileage in excess of daily commute (38 miles*.36/mile) - $4 Metro = $9.68
Personal car mileage in excess of daily commute (38 miles*.36/mile) - $4 Metro = $9.68

Personal car mileage in excess of daily commute (38 miles*.36/mile) - $4 Metro = $9.68
Personal car mileage in excess of daily commute (38 miles*.36/mile) - $4 Metro = $9.68
Personal car mileage in excess of daily commute (38 miles*.36/mile) - $4 Metro = $9.68
Personal car mileage in excess of daily commute (38 miles*.36/mile) - $4 Metro = $9.68
Personal car mileage in excess of daily commute (38 miles*.36/mile) - $4 Metro = $9.68
Personal car mileage in excess of daily commute (38 miles*.36/mile) - $4 Metro = $9.68
Personal car mileage in excess of daily commute (38 miles*.36/mile) - $4 Metro = $9.68
Personal car mileage in excess of daily commute (38 miles*.36/mile) - $4 Metro = $9.68
Personal car mileage in excess of daily commute (38 miles*.36/mile) - $4 Metro = $9.68
Personal car mileage in excess of daily commute (38 miles*.36/mile) - $4 Metro = $9.68


Personal car mileage in excess of daily commute (64 miles*.36/mile = $23.04)


Out of town breakfast at airport while travelling for inventory count
Out of town lunch/dinner at the airport while travelling
Parking at the office to pick up client files
Roundtrip airfare from Boston to Pennsylvania
Airport parking for one day
Rental car expense for one day travel.


Personal car mileage in excess of daily commute (56.2 miles*.36/mile = $20.23)


Personal car mileage in excess of daily commute (208.5 miles*.36/mile = 75.06)


Out of Town Lunch
Out of Town Dinner
Out of Town Lunch
Out of Town Dinner
Out of Town Lunch
Out of Town Lunch
Out of Town Breakfast
Personal car mileage in excess of daily commute ((254 miles-3 base) * .36) + 8.50 tolls = $98.86
Personal car mileage in excess of daily commute ((254 miles-3 base) * .36) + 8.50 tolls = $98.86
Personal car mileage in excess of daily commute ((254 miles-3 base) * .36) + 8.50 tolls = $98.86
One night Hilton hotel Columbia
One night Marriott hotel Columbia
Four nights Marriott hotel Columbia
Out of town Lunch
Out of Town Breakfast
Out of Town Dinner Paid for Joe Meenan
Out of Town Breakfast
Out of Town Lunch
Out of Town Dinner
Out of Town Dinner Paid for Driscoll and Meenan)
Out of Town Lunch
Out of Town Dinner Paid for Joe Meenan
Out of Town Dinner
Out of Town Lunch
Parking at Hotel
Parking at Hotel
Airfare from Philly to Boston Paid for Joe Meenan
Airfare from Philly to Boston
Parking at Hotel
Parking at Airport
Five nights Marriott hotel Cambridge
Five nights Marriott hotel Cambridge Paid for Joe Meenan


Personal car mileage in excess of daily commute (120 miles *.36 = $43.20)
Tolls to Columbia, MD
Out of Town Lunch
Out of Town Dinner
Out of Town Breakfast.
Out of Town Dinner
Out of Town Lunch
Out of Town Breakfast.
Out of Town Breakfast.
Out of Town Lunch
Out of Town Breakfast.
Personal car mileage in excess of daily commute (120 miles *.36 = $43.20)
Tolls From Columbia, MD to King of Prussia, PA
Out of Town Lunch
Toll into Boston from airport.

Personal car mileage to Phila Airport (15 miles *.36 = $5.40)
Out of Town Lunch
Out of Town Lunch
Out of Town Lunch
Personal car mileage to Phila Airport (15 miles *.36 = $5.40)
Long-term parking Phila Airport Mon-Thurs
Out of Town Dinner at Logan Airport, Boston, MA


Personal car mileage in excess of daily commute (6 miles *.36 = $2.16)
Personal car mileage in excess of daily commute (6 miles *.36 = $2.16)


Personal car mileage in excess of daily commute (74 miles *.36 = $26.64)
Personal car mileage in excess of daily commute (74 miles *.36 = $26.64)
Personal car mileage in excess of daily commute (74 miles *.36 = $26.64)
Personal car mileage in excess of daily commute (74 miles *.36 = $26.64)
Personal car mileage in excess of daily commute (74 miles *.36 = $26.64)
Personal car mileage in excess of daily commute (74 miles *.36 = $26.64)
Personal car mileage in excess of daily commute (74 miles *.36 = $26.64)
Personal car mileage in excess of daily commute (74 miles *.36 = $26.64)
Personal car mileage in excess of daily commute (74 miles *.36 = $26.64)
Parking at Baltimore Office
Personal car mileage to Baltimore Office (45.11 miles *.36 = $16.24)
Personal car mileage in excess of daily commute (74 miles *.36 = $26.64)
Personal car mileage in excess of daily commute (74 miles *.36 = $26.64)
Personal car mileage in excess of daily commute (74 miles *.36 = $26.64)
Personal car mileage in excess of daily commute (74 miles *.36 = $26.64)
Personal car mileage in excess of daily commute (74 miles *.36 = $26.64)


Lunch with CFO of WR Grace Bob Tarola
Amtrak fare from Wilmington to Baltimore
Boston Coach from Baltimore Amtrak station to WR Grace
Profile transportation from home to Wilmington Amtrak station
Airfare Washington/Ft Myers/Philadelphia; portion deducted for personal use
Taxi fare in Washington
Boston Coach from hotel in Washington to DCA airport
Three nights lodging at the Hay-Adams hotel in Washington
Tips while in Washington


Out of Town Dinner
Out of Town Breakfast
Out of Town Dinner
Airfare to Baltimore
Personal car mileage to/from Airport (42 miles * .36 = $15.12)
Parking at Pittsburgh Airport
Hertz rental car
Two nights stay at Marriott Hotel


Personal car mileage in excess of daily commute (85 miles - 10 miles) *.36 = $27.37
Personal car mileage in excess of daily commute (85 miles - 10 miles) *.36 = $27.37


Working lunch with William Choi to discuss WR Grace
Personal car mileage in excess of daily commute (101 miles * .36 = 37.72)
Metro/Parking
Personal car mileage in excess of daily commute (101 miles * .36 = 37.72)


Roundtrip mileage in excess of daily commute from Philadephia to Columbia, MD (262 miles *.36) plus $10 tolls
Roundtrip mileage in excess of daily commute from Philadephia to Columbia, MD (262 miles *.36) plus $10 tolls
Roundtrip mileage in excess of daily commute from Philadephia to Columbia, MD (262 miles *.36) plus $10 tolls
Hotel Stays for five nights in Columbia, MD while working at Grace site
Hotel Stays for two nights in Columbia, MD while working at Grace site