**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR DISTRICT OF DELAWARE**

IN RE:

W.R. Grace & Co., *et al.*

Debtor(s)

Bankruptcy No. 01-1139

Chapter 11

**Related to Dkt. No. 4859, Debtors' Motion Requesting an Order (i) Finding Counsel for Gerard in Contempt of Court and (ii) Staying Certain Proceedings Pending Appeal**

**ORDER DISMISSING MOTION WITHOUT PREJUDICE**

**AND NOW**, this **14th** day of **January, 2004,** whereas the above-captioned motion was filed in the main case but pertains to Adversary 01-771;

It is **ORDERED** that the motion is **dismissed without prejudice** to being refiled at the adversary number.

It is **FURTHER ORDERED** that hearing scheduled on the motion for **January 26, 2004**, is **cancelled**.

It is **FURTHER ORDERED** that counsel for Debtors shall immediately serve a copy of this order on all parties in interest and shall file a certificate of service forthwith.

JK Fitzgerald

Judith K. Fitzgerald
United States Bankruptcy Judge