IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |

## AFFIDAVIT OF MICHELLE H. BROWDY

I, Michelle H. Browdy, hereby depose and state as follows:

1.    I am an attorney licensed to practice law in the state of Illinois.  I am a partner in the law firm of Kirkland & Ellis LLP, attorneys for the debtors W.R. Grace & Co., et.al. ("W.R. Grace") in the above-captioned matter.  I submit this affidavit in support of W.R. Grace's Response To The Motion of D.K. Acquisition Partners, LP., et al. To Disqualify The Honorable Alfred M. Wolin.

2.    Attached hereto as Exhibit 1 is a true and accurate copy of the 11/27/2001 Order re Designation of a District Judge for Service in Another District Within the Circuit, In re: Armstrong World Industries, et al.;

3.    Attached hereto as Exhibit 2 is a true and accurate copy of the Asbestos Case Management Conference of 12/20/2001, Notes attached to 11/21/2003 Supplemental Response by the District Court Judge to the Petition for a Writ of Mandamus, Pursuant to the Invitation of the Court of Appeals;

4.    Attached hereto as Exhibit 3 is a true and accurate copy of the 12/28/2001 Order Designating Court Appointed Consultants and Special Masters, In re: Armstrong World Industries, et al.;

5.      Attached hereto as Exhibit 4 is a true and accurate copy of the 11/14/2003 Affidavit of
        David R. Gross;

6.      Attached hereto as Exhibit 5 is a true and accurate copy of the 10/10/2001 Order
        Appointing Legal Representative of Present and Future Holders of Asbestos-related
        Demands in G-I's Chapter 11 Case, In re: G-I Holdings Inc., (f/k/a GAF Corporation);

7.      Attached hereto as Exhibit 6 is a true and accurate copy of the 1/2/2004 Privilege Log of
        David R. Gross (pages 1, 28, 29, 50);

8.      Attached hereto as Exhibit 7 is a true and accurate copy of the 1/9/2004 E-mail from
        Nancy Washington (Counsel to David Gross) to Gary Orseck;

9.      Attached hereto as Exhibit 8 is a true and accurate copy of the 1/8/2002 Letter from
        Trevor Swett, Caplin & Drysdale, to Martin Bienenstock, Esq.;

10.     Attached hereto as Exhibit 9 is a true and accurate copy of the 12/6/2002 Letter from
        Caplin & Drysdale to Judge Bassler;

11.     Attached hereto as Exhibit 10 is a true and accurate copy of the 2/3/2003 Letter from
        David Gross to Judge Bassler;

12.     Attached hereto as Exhibit 11 is a true and accurate copy of the 5/6/2003 Letter from
        David Gross to Judge Bassler;

13.     Attached hereto as Exhibit 12 is a true and accurate copy of the 1/12/2004 USG
        Stipulation;

14.    Attached hereto as Exhibit 13 is a true and accurate copy of the 3/12/2002 Order re: Fraudulent Conveyance Proceedings: 1) Authorization to Prosecute; 2) Appointment of Special Masters; and 3) Case Management Schedule, In re: W. R. Grace & Co., et al.;

15.    Attached hereto as Exhibit 14 is a true and accurate copy of the 9/24/2003 Letter from David Gross to David M. Bernick, Esq., et al., attaching 9/12/2003 order;

16.    Attached hereto as Exhibit 15 is a true and accurate copy of the 10/27/2003 Letter from David Gross to Jeffrey Prol, Esq.;

17.    Attached hereto as Exhibit 16 is a true and accurate copy of the 7/22/2003 Letter from E. Inselbuch to D. Bernick;

18.    Attached hereto as Exhibit 17 is a true and accurate copy of the 7/31/2003 E-mail from S. Baena to J. Baer;

19.    Attached hereto as Exhibit 18 is a true and accurate copy of the 7/31/2003 E-mail from J. Baer to D. Bernick;

20.    Attached hereto as Exhibit 19 is a true and accurate copy of the 8/15/2003 E-mail from J. Baer to L. Kruger, et al.;

21.    Attached hereto as Exhibit 20 is a true and accurate copy of the Privilege Log of Kirkland & Ellis LLP;

22.    Attached hereto as Exhibit 21 is a true and accurate copy of the 9/5/2003 E-mail from C. Lane to D. Gross;

3

23.    Attached hereto as Exhibit 22 is a true and accurate copy of the 9/16/2003 E-mail from J. Baer to L. Kruger, et al.;

24.    Attached hereto as Exhibit 23 is a true and accurate copy of the 8/1/2003 E-mail from J. Baer to D. Bernick;

25.    Attached hereto as Exhibit 24 is a true and accurate copy of the 9/16/2003 E-mail from A. Krieger to J. Baer;

26.    Attached hereto as Exhibit 25 is a true and accurate copy of the 9/25/2003 Letter from E. Inselbuch to D. Bernick;

27.    Attached hereto as Exhibit 26 is a true and accurate copy of the 10/1/2003 E-mail from J. Baer to L. Kruger, et al.;

28.    Attached hereto as Exhibit 27 is a true and accurate copy of the 10/1/2003 E-mail from S. Baena to J. Baer, et al.;

29.    Attached hereto as Exhibit 28 is a true and accurate copy of the 10/1/2003 E-mail from A. Krieger to J. Baer, et al.;

30.    Attached hereto as Exhibit 29 is a true and accurate copy of the 10/3/2003 E-mail from C. Lane to J. Hamlin;

31.    Attached hereto as Exhibit 30 is a true and accurate copy of the 10/6/2003 E-mail from C. Lane to J. Hamlin;

32.    Attached hereto as Exhibit 31 is a true and accurate copy of the 10/7/2003 E-mail from J. Hamlin to C. Lane;

4

33.  Attached hereto as Exhibit 32 is a true and accurate copy of the 10/10/2003 E-mail from A. Krieger to J. Baer, et al.;

34.  Attached hereto as Exhibit 33 is a true and accurate copy of the 11/17/2003 Transcript of Proceedings Before the Honorable Judith K. Fitzgerald, United States Bankruptcy Court Judge (pages 1, 30-31), In re: W. R. Grace & co., et al.


Signed under the pains and penalties of perjury this 15th day of January, 2004.


Michelle H. Browdy

5