## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |

### CERTIFICATE OF SERVICE

I, Janet Baer, hereby certify that on the 15th day of January 2004, I caused a copy of the

following document to be served on the individuals on the attached service lists(s) via electronic

mail and via hand delivery:

**W.R. GRACE'S RESPONSE TO THE MOTION OF D.K. ACQUISITION PARTNERS,
LP. et al. TO DISQUALIFY THE HONORABLE ALFRED M. WOLIN**

Janet Baer

## SERVICE LIST

*Hand Delivery*
The Honorable Alfred M. Wolin
Martine Luther King Federal Courthouse
50 Walnut Street
Newark, NJ 07101

*Electronic Mail*
Gary A. Orseck
**Robbins, Russell, Englert, Orseck &**
**Untereiner, LLP**
1801 K Street, N.W., Suite 411
Washington, DC 20006
(202) 775-4500
(202) 775-4510 FAX
gorseck@robbinsrussell.com
Represents Kensington & Springfield

*Electronic Mail*
Stephen C. Neal
Scott Devereaux
**Cooley Godward, LLP**
3000 El Camino Real
Palo Alto, VA 94306-2155
(650) 843-5000
(650) 857-0663 FAX
nealsc@cooley.com
devereauxsd@cooley.com
Represents USG

*Electronic Mail*
Paul R. DeFilippo
**Wollmuth, Mayer, & Deutsch**
One Gateway Center
Newark, New Jersey 07102
pdefilippo@wmd-law.com
Represents USG

*Electronic Mail*
Jennifer L. Scoliard
**Klehr, Harrison, Harvey, Branzburg &**
**Ellers, LLP**
919 Market Street, Suite 1000
Wilmington, DE 19801
(302) 426-1189
(302) 426-9193 FAX
jscoliard@klehr.com
Represents D.K. Acquisition Partners,
Fernwood Associates &
Deutsche Bank Trust Company America
789508.2 1/15/04

*Electronic Mail*
Richard Mancino
Christopher J. St. Jeanos
**Willkie, Farr & Gallagher**
787 Seventh Avenue
New York, NY 10019
(212) 728-8000
(212) 728-8111 FAX
rmancino@wilkie.com
cstjeanos@willkie.com
Represents:  D.K. Acquisition Partners,
Fernwood Associates &
Deutsche Bank Trust Company America

*Electronic Mail*
Conor Bastable
**DK Acquisition Partners**
885 Third Avenue
New York, New York 10022
cbastable@dkpartners.com

*Electronic Mail*
Jeffrey Trachtman
Ellen Nadler
Ken Eckstein
**Kramer, Levin, Naftalis & Frankel LLP**
919 Third Avenue
New York, NY 10022
(212) 715-9174
(212) 715-8000 FAX
jtrachtman@kramerlevin.com
enadler@kramerlevin.com
keckstein@kamerlevin.com
Represents:  Credit Suisse First Boston

*Electronic Mail*
Aaron Stiefel
Jane W. Parker
Michael J. Crames
**Kaye Scholer, LLP**
425 Park Avenue
New  York, NY 10022-3598
(212) 836-8000
(212) 836-8689 FAX
astiefel@kayescholer.com
jparver@kayescholer.com
mcrames@kayescholer.com

Represents James McMonagle,
Owens Corning Futures Representative and Dean Trafelet,
USG and Armstrong Futures Representative

***Electronic Mail***
Nathan Finch
Elihu Inselbuch
Caplin & Drysdale
399 Park Avenue, 27th Floor
New York, NY 10022-4614
(212) 319-7125
(212) 644-6755 FAX
ei@capdale.com
ndf@capdale.com
Represents Asbestos Claimants
Committee in Owens Corning,
USG, W.R. Grace and Armstrong


***Electronic Mail***
Peter Lockwood
Ted Swett
Julie Davis
Nate Finch
**Caplin & Drysdale**
One Thomas Circle, N.W.
Washington, DC 20005
(202) 862-5000
pvnl@capdale.com
tws@capdale.com
jwd@capdale.com
ndf@capdale.com
Represents Asbestos Claimants
Committee in Owens Corning,
USG, W.R. Grace and Armstrong

***Electronic Mail***
Kenneth Pasquale
David Sifre
**Stroock & Stroock & Lavan, LLP**
180 Maiden Lane
New York, NY 10038
(212) 806-5400
(212) 806-6006 FAX
kpasquale@stroock.com
sdifre@stroock.com
Represents Official Committee of
Unsecured Creditors of USG and Grace

*Electronic Mail*
William S. Katchen
**Duane Morris**
744 Broad Street, Suite 1200
Newark, NJ 07102-3889
(973) 424-2031
(973) 424-2001 FAX
wskatchen@duanemorris.com
Represents Official Committee of
Unsecured Creditors of USG

*Electronic Mail*
Jeffrey R. Waxman
**Cozen O'Connor**
Chase Manhattan Centre
1201 North Market Street, Suite 1400
Wilmington, DE 19801
(302) 295-2077
(302) 295-2013 FAX
jwaxman@cozen.com
arosenberg@paulweiss.com
lfriedman@paulweiss.com
Represents Armstrong Creditors

*Electronic Mail*
Debra A. Dandeneau
**Weil, Gotshal & Manges, LLP**
767 Fifth Avenue
New York, NY 10153-0119
(212) 310-8000
(212) 310-8007 FAX
debra.dandeneau@weil.com
Represents Armstrong

*Electronic Mail*
John R. Berringer
**Anderson, Kill & Olick**
1251 Avenue of the Americas
New York, NY 10020
(212) 278-1000
(212) 278-1733 FAX
jberringer@andersonill.com
Represents Designated Members of the
Unsecured Creditors Committee in OC

*Electronic Mail*
Allyn Danzeisen
**Bilzin Sumberg Baena Price &
Axelrod LLP**
200 S Biscayne Boulevard, Suite 2500
Miami, FL 33131
(305) 350-2388
(305) 351-2214 FAX
adanzeisen@bilzin.com
Asbestos Property Damage Committees in
USG & W.R. Grace

*Electronic Mail*
Steven H. Case
Gordon Harris
Sharon Katz
**Davis Polk & Wardell**
450 Lexington Avenue
(212) 450-4000
(212) 450-3800 FAX
case@dpw.com
harriss@depw.com
skatz@dpw.com
Represents Official Committee of
Unsecured Creditors in OC

*Electronic Mail*
Judge William Dreier
**Norris McLaughlin & Marcus, PA**
721 Bridgewater, NJ 08807
(908) 722-0700
(908) 722-0755 FAX
wadreier@nmmlaw.com
Advisor

*Electronic Mail*
Mike Scheier
**Keating Muething & Klekamp**
1400 Provident Tower
One East 4th Street
Cincinnati, OH 45202
(513) 570-6400
(513) 579-6457 FAX

*Electronic Mail*
mscheier@kmklaw.com
Represents Advisor Judd Hamlin

*Electronic Mail*
John J. Gibbons
**Gibbons, Del Deo, Dolan, Griffinger**
**& Vecchione**
One Riverfront Plaza
Newark, NJ 07102
(973) 596-4733
(973) 639-6271 FAX
jgibbons@gibbonslaw.com
Represents  Kensington (local counsel)

*Electronic Mail*
Nancy A. Washington
**Saiber, Schlesinger, Staz & Goldstein, LLC**
One Gateway Center, 13th Floor
(973) 622-3333
(973) 622-3349 FAX
naw@saiber.com
Represents David Gross, Advisor

*Electronic Mail*
John Shaffer
**Stutman, Treister & Glatt**
1901 Avenue of the Stars, 12th Floor
(310) 228-5600
(310) 228-5788  FAX
kjshaffer@stutman.com
Represents Kensington/Springfield

*Electronic Mail*
David Parker
**Kleinberg, Kaplan, Wolff & Cohen, P.C.**
551 Fifth Avenue
New York, New York 10176
dparker@kkwc.com
Represents Kensington & Springfield

*Electronic Mail*
Mary Martin
**USG**
125 South Franklin Street
Chicago, IL 60606
(312) 606-5368
(312) 606-4208
mamartin@usg.com

*Electronic Mail*
Mark D. Brodsky
**Elliott Associates, LP**
712 Fifth Avenue
New York, NY 10019
(212) 506-2999
(212) 974-2092 FAX
mbrodsky@elliottmgmt.com

*Electronic Mail*
Norman L. Pernick
**Saul Ewing LLP**
222 Delaware Avenue
P.O. Box 1266
Wilmington, DE 19899
302-421-6800 (x6824)
302-421-6813 (Fax)
npernick@saul.com

*Electronic Mail*
Charles O. Monk
Henry R. Abrams
Matthew G. Dobson
**Saul Ewing LLP**
100 South Charles Street
Baltimore, MD 21201
cmonk@saul.com
habrams@saul.com
mdobson@saul.com