# EXHIBIT AA



# PRIVILEGED & CONFIDENTIAL MATERIAL

## MEMORANDUM

**TO:**     David Gross

**FROM:**   Whitney Chelnik

**DATE:**   January 23, 2002

**RE:**     General Asbestos/Special Masters
           Meeting notes 1/18/02

On Friday, January 18, 2002, a meeting was held at the Budd Larner offices regarding the possibility of a 706 Panel and legal strategies applicable to the cases at hand. The participants included: David R. Gross, Hon. William A. Dreier, Hon. John E. Keefe, Sr., Hon. C. Judson Hamlin, Francis McGovern, Hon. Alfred M. Wolin.

Future meetings should include outside attorneys who are familiar with, and can consult on, asbestos litigation issues. Al Parnell, from Atlanta, Georgia, and Madeline Chaber, from Oakland, California, were suggested. Billy Cashion was also suggested as a bankruptcy lawyer.

**I.**    **POSSIBLE LIMITATIONS ON JUDGE WOLIN'S POWER?**

Frances McGovern initiated the conversation regarding whether Judge Wolin was limited from doing anything as a matter of law by <u>Erie</u>? If the substantive tort law must be governed by <u>Erie</u>, then Judge Wolin's actions are limited to questions of science.

**II.**   **706 PANEL**

Can a 706 Panel be used in the confines of Bankruptcy? If so, how and who may sit on it? What would the Panel be asked to do?

   Main Issues to be addressed by the 706 Panel:

   1. <u>ILO ratings</u>-
       ie. Is 1/0 replicable? can court accept it under Daubert?
   2. <u>Pulmonary Function Testing (PFT)</u>-
       Do we need Pulmonary Function Testing? what diagnostic tools are necessary according to medical professionals?
   3. <u>Dose/ Exposure requirements</u>-
       If the burden were on the plaintiff to show certain levels of exposure, the panel would need to determine what level of exposure was required? the problem with this is that the plaintiff can never prove it.
   4. <u>Background Risk</u>-

DRG003696

 

## PRIVILEGED & CONFIDENTIAL MATERIAL

For example, in the Bendectin case, the Judge required a 2:1 showing of risk that the injury was related to Bendectin as opposed to background risk?

Is it accepted in the medical field that one must establish background risk first?

Who has the burden?

David Bernick's four issues:
1. ILO ratings
2. PFT
3. Can causation be proven without quantifying dose?
4. At what dose is the burden of proof met?

*To be redacted*

### III.    FUTURES' REPRESENTATIVES

The future's representatives that have been suggested are: Eric Green (Federal-Mogul), Dean Treffelette (Armstrong), Davis Austern (USG), and Jim McMonigal(OC). McMonigal is the only one who has been appointed. Also, no one has yet been named as the future's representative for W.R.Grace. The idea was also mentioned of appointing one futures' representative for all five cases.

What if the future's representatives filed a declaratory action (with no clients) asking for a 706 Panel? The defendants would be the class of all potentially liable defendants. Basically, a class action under a different name with the purpose of getting around the Amchem decision.

LUNCH BREAK (Judge Wolin joined the meeting following the break)

### IV.    PLAINTIFFS' ATTORNEYS/ PLAINTIFFS' CLAIMS

If we were to follow the American Thoracic Society(ATS) guidelines, would the cost alone drive out the low-end screeners? This will depend on the individual transaction costs for plaintiffs' lawyers  Driving up the costs, and thereby cutting out the bottom group, would require PFT plus 2 B readers.

How much ( of plaintiff's attorneys') income is from trusts as opposed to cases?

### V.    BABCOCK & WILCOX CASE (1998)

In the Babcock & Wilcox case, in New Orleans, Louisiana (1998), Judge Vance issued an opinion regarding the jury demand. The issues were argued by David Bernick and Elihu _____. Bernick argued that if it was a core issue, then it should be tried in Bankruptcy and there is no right to a jury. On the other side, Elihu _____ argued that it was not a core issue and that therefore there was a right to a jury as with any other issue. The court determined that a core issue existed and, therefore, the case was tried in Bankruptcy, in front of Judge

DRG003697

 

## PRIVILEGED & CONFIDENTIAL MATERIAL

Brown. Judge Brown allowed one expert for the futures and 1 for the tort claimants. The experts were Mark Peterson and Tom Florence. (Tom Florence also did the analysis in Grace in 1996-1997.) The trial was bifurcated into two issues: (1) what was the liability in 1998?; and (2) What was reasonably known at that time?

**VI.**    **FRAUDULENT TRANSFER**
    As to W.R.Grace, how was the transfer completed?
    Also, there are about 1 million claims costing between $8,000 - $10,000 per residence. All the claims are for property damage and the costs of removal. There are no personal injury claims.
    The consensus at the meeting was that Judge Wolin must take care of the fraudulent transfer issue first, before proceeding on with the general asbestos/bankruptcy matters. Therefore, it must be determined whether Judge Wolin can take the case or if it will be handled by a bankruptcy judge. Also, is a jury required? In Judge Wolin's opinion, he could have the fraudulent transfer claims tried by this summer. (possibly schedule trial for July or August.)
    W.R.Grace case will be divided into four parts:
    1. fraudulent transfer
    2. vermiculite
        - Dr. Edward Eldrid is the expert on vermiculite.
    3. property damage
    4. personal injury

**VII.**    **SUMMARY OF "PRESSURE POINTS" OVER PLAINTIFFS**
    1. Threat of a 706 Panel        *estimation*
    2. Threat of proceeding along David Bernick's route
    3. Fraudulent transfer case
    4. Staying in Bankruptcy for a long time
    5. "related to" action  *Scope of Bankr.*

**VIII.**    **PROPERTY DAMAGE "PRESSURE POINTS"**
    1. product identification
    2. statute of limitations
    3. estimation

**IX.**    **PREPACKAGED BANKRUPTCIES (PREPAKS)**
    Francis McGovern proposed the following PrePak plan: liquidate the presents, but don't pay them out; appoint a futures master; file for bankruptcy and get a 5-24G where the insurance companies also get a 5-24G.

**X.**    **SIGNIFICANT DATES**
•    Monday January21, 2002, Judge Wolin meets with Bankruptcy judges in

-3-

DRG003698

   

## PRIVILEGED & CONFIDENTIAL MATERIAL

Delaware.

- Tuesday, January 22, 2002, Judge Wolin meets with Elihu and Peter Lockwood.
- Thursday, January 24, 2002, Judge Wolin will be meeting with the CEO of Armstrong.
- Friday, February 1, 2002, Judge Weiner will hold a steering committee meeting in Philadelphia. The meeting will take place at 10:00 AM in Courtroom 613.

-4-

DRG003699

# EXHIBIT BB

## MEETING AT WOLIN'S
### FEBRUARY, 27, 2002

Bankruptcies (other ones going on)
    Navco
    AP Green (Pittsburgh?)

    Frank Peroh (U.S. Trustee)

Send Frances & Drier copies of article re: asbestos conference call

JW has met w/various groups, **discluded???** no one!

Therefore, by mid-March, W will make recommendation _____ to management committee


B. Komitor:                                                        <u>Massachusetts</u>

DG:    How <u>cancer</u> cases are tried?

BK:    In Massachusetts, we realized that trying unimpared asbestos cases didn't make sense.

    -    in front of Rias O'Bell
    -    we devised pleural registry
    -    plaintiffs agreed b/c there was no restriction on returning later, no limiting plaintiffs' rights
    -    many cases shifted onto pleural registry, about 1100 people
    -    no $ given when put in registry, explained it to plaintiffs like insurance policy

W:    When is <u>statute of limitations</u> suspended from?

BK:    From filing?

W:    But we are dealing w/here, unfiled cases.

    What % actually filed after being in registry?

BK:    Less than 10% ever re-filed.  Also, very small % of unimpaired in registry became cancers
    - no fee collected on cases in registry (Levy, Phillips made fees by pulling good cases to top & trying those)

W:    What was the reception of meso case tried?
    - losing or winning w/low verdicts

DRG000641

Judge Zobell set up:

- "summary jury trials"
- non-binding, to see what jury would do
- no witnesses called
- juries gave low verdicts
  re: $15,000 on pleurals

FMc:   No economic motivation to try pleurals – that's why registry worked.

W:   In bank, need vote of claims to do anything – the mixed claims end up w/powerful vote.

BK:   Plaintiffs' claims (mostly down south) who are happy not to try cases, just file w/bank. ct.

W:   Advertising - collecting cases

BK:   But we advertise for <u>sick,</u> meso cases

DG:   How are cases tried?

BK:   In NY, no asbestosis cases tried.  Consolidation cases (i.e. Navyard)

Avg. defendants were between 50-100

- When there's that many defendants, always settle, never tried

W:   What did peripheral defendants pay/settle?

BK   - Plaintiffs' firms have deals on how much to settle
- But w/real cases, BK's cases, he gets more b/c he will take it to trial

<u>Groupings</u>:

BK:   There were pleural/asbestosis cases tried in Brooklyn Navy Yard meso (some were 1-1,
1-0, or just pleural thickening)

- tried about 5 or 6 in group
- all before same jury
- Judge Helen Freedman decided which cases were in which group

Kef:   Did any groupings include 1-0 thru 2-? ?

BK:   Most groups were varying symptoms, etc.

-2-

DRG000642

Tried:

- stipulated to agreed on % of liability, but not to disease causation for amount of damages

- Then, defendant paid adjusted % of verdict given.

- i.e. 1 case tried, plaintiff had 3-3, but defendants argued that plaintiff had different disease

Judge Ira Gammerman reduced awards

- NY law: if Judge reduces award, can accept or retry

McG: When have greater than 100 defendants, most (approx. 50) had pre-packaged deals which determined how much they paid by what plaintiff's attorney showed.

Then, some people who insist on bargaining.

Then, some people who have to deal w/State statute, etc.

Then, end w/less than 25 to go to trial actually try against 5.

Settlement vs. litigation depended on cos. insurance, cash, etc.

DG: If you have to try, what are medical issues?

Is it a question whether meso is caused by asbestos?

- not really, but sometimes fiber defense

BK: Defendants have used Peter Barnett (radiologist) from Mass. who will say that if there are no pleural placques, then no asbestos exposure, even if have meso – absurd!!!

DG & BK· Don't believe any basis in lit for saying must show placques

What is indication of meso?

- pathological diagnosis

Therefore, not much of a meso defense other than not an asbestos or Barrett defense

BK & McG: Thinks Barnett defense being void defenses

Defense that Chrysotile doesn't cause asbestosis used in every case!

-3-

DRG000643

Doctors who testify on Chrysotile:

Victor Roguely (used to testify for plaintiffs) - Chrys. doesn't call perioteniameso re: peritenial only

Craypo (Crepe-O) - Chrys. doesn't cause meso

BK:     Not aware of any defense verdicts on Chrys. defense

Peripheral defense = our product doesn't create enough dust to cause problems

i.e. wire, gasket, brake people

Defendants have won some w/peripheral defense

Plaintiff pulmonary doc:

Dr. Albert Miller

- (used to be w/Sclikoff)
- pulmonary specialist
- plaintiff doc

When BK screens, he looks for:

- PFT abnormalities, below 80% but can accept 1-0
- want impaired (unimpaired is normal PFT)

McG:   Can plaintiff's attorney win w/unimpaired plaintiffs?

BK:    Yes, some.

McG:   Does "impaired" have legal meaning?

BK:    No.

- But need physical injury to have psychological results (i.e. compensable fear)

W:     Is there any benefit to 706 Panel of pulmonologists, industrialists, etc. if the answer would be that pleural placques are anatomical changes and therefore compensable?

D:     Why can't you say if they're asymptomatic, no award?

W:     _____

DRG000644

But, if state has cognizable tort statute, then those asymptomatic people are injured & have vote.

Therefore, CA

75% & 66 2/3 % vote needed in Bankruptcy

D:    But we need to redefine class . . .

DG:    What if we give asymptomatic, but cognizable claims a greencard and a dollar (1).

BK:    Plaintiffs may be OK with that, but plaintiffs' attorneys wouldn't.

W:    If you make plaintiff's attorney send out notification re: voting rights, it will cost them too much to notify placques, therefore, claims will be dropped out.

Also, make plaintiff's attorney pay more to get claim, i.e. require PFTs

BK:    doesn't require a B reading
PFT means more

Which defense experts are you most scared by?

Victor Roguely
Craypo
Barnett

BK:    Uses their plaintiff experts.

Miller
Markovitz (Sten)
Jacquelyn Moleen
Any Mount Sinai people

(Columbian _____)

DG:    Other than meso, is there still any medical issue as to causation of cancer?

BK:    Yes.

a)    Do you need asbestosis?

-    pulmonary doc (def. exp.) from Columbia Presbyterian said do need to show significant exposure, & said need fibrosis not placques to differentiate asbestos exposure from smoking

-5-

DG:    What about smokers?  How differentiate causation?  What does jury do?

BK:    Verdict form would say "do you believe asbestos was a significant factor?," but in NJ must say %s.

General ??:    If one wants 706 Panel, what questions would be posted to it?

<u>Al Parnell</u>

>    5% of practice is property damage cases

>    premises case = personal injury cases

>    1)    invitees who come on premises and were exposed
>    2)    employees sue on basis of gross negligence (b/c of workers comp **)

McG:    premises cases are coming in now b/c non-premises case defendants are going bankrupt

Questions to Panel:

(2 Big Defenses)

1)    <u>Fiber issue/Type</u>

>    -    What type of fiber is a legitimate defense?  Chrys.?
>        (rare that docs now disagree on meso diagnosis)

2)    Dose of exposure?

>    Experts:    Sam Hammer
>                Victor Roguely

>    -    brakes, gaskets, any bigger product w/only a few days exposure are cases where insufficient exposure is defense

>    -    no experts really say anymore that "1 fiber won't do it," now say that it's a cumulative effect

AP:    On average, meso cases now get 2 million or more

>    Perry Weitz claims to be trying meso cases each week w/$15 mil. verdicts

AP:    -    "Halliburton Hustle" - plaintiff's attorneys forcing defendants to settle 100 bad cases in order to settle 1 good case

-6-

DRG000646

- Senior management doesn't want to take hit, will settle as long as its on cash flow

Mass cases v. Serious cases

- biggest debate/issue among plaintiff's attorneys

W    - All CEOs want to pay seriously ill claims, but don't want to pay anything to asymptomatic.

So, now, how do we handle claimants?

AP:    - Am. College of Radiology
       3 B readers (independent)

- test if each creditor is credible!

- Have <u>each</u> claimant _____ thru panel?
- b/c all claimants already have chest x-rays

Cost effectiveness - screening x-rays _____

3 B readers would eliminate so many claims that PFT people wouldn't be too large as to be too expensive

Ask Am. College people to eliminate -- How?

(Keeping in mind that in bank., plaintiffs comm. met approve by 76%)

AP:    Any 0 is eliminated.  But, the 10,000 asymptomatic claimants would never vote for this!

What are minimums to get to jury?

McG:    What medical evidence necessary to say lung disease?

- pulmonologist

- x-rays - B reader saying "compatible w/asbestosis"

- 1-1

W:    What about symptoms?

-7-

DRG000647

AP:   It can play a role, but doesn't need to.

    i.e. Arthur Frank - expert w/lower threshold

    For disease, will diagnose w/just a history of exposure & physical change

W:   So, you need 3 things:

    1)    history of exposure
    2)    pulmonologist
    3)   · B reader

AP:   practical matter, need "MD,"; that's up to pulmonologist

    then jury determines which exposure caused illness

W:   Do we need 706 panel to knock at claimants or is there enough medical evidence out there?

AP:   Need independent mechanism.

    i.e. government pays $2-4 an x-ray to read

    Do we need 706 panel to set forth the criteria to determine which claim is credible?

AP:   Yes.

AP:   Need independent panel of radiologists to read experts

    What about pleural placques?

AP:   Don't think there will be that many placques out there.

    Can bank. ct. defer those cases?

AP:   Defense feels meso should be paid (except 20% that are not asbestos)

    -    need to eliminate that file

DG:   What about present status of trials re: lung cancer?

AP:   Defendants don't want to try lung cancer cases.

    -    Juror prejudice against smoking so bad
    -    If tried, defense will defend by saying its caused by cigarette smoking

-8-

DRG000648

- Radiology
- all major pathologist (published)
- all people who require asbestosis (fibrosis)
- people who will say no diagnosis & if so, our product didn't cause it
- 50% are won

W:  If MDL were handled differently, would plaintiff's attorneys still race to state courts?

BK:  No, b/c we would try in federal.

W:  Would it therefore help to send all cases back to federal?

It would be beneficial to open up more courtrooms, judges handling

BK:  Why would plaintiff want to go back?

AP:  B-readers is only way to deal w/"not real" claims

- other than mesos, all claimants are gotten thru screenings;
  therefore, only way to solve problems is to review screenings

McG:  Other theory is to make it more expensive . . . would that work?

AP:  No, b/c it's still worthwhile in the long run.

McG:  Outside of bank.

DG:  What about other cancers?

AP:  Insignificant amount of indemnity dollar – approx. 2%

W:  How to deal w/unimpaired & still get enough votes for reorganization.

Who else has meso cases?
    Cooney
    Weitz has mix
    Waters & Cravate
    Iola - hard to settle
    Shep Hoffman - hard to settle
    Kazan
    Wartnick

But, still these guys are only approx. 10% of all mesos b/c big ones like Weitz have 10,000 cases total w/mesos in it.

-9-

DRG000649

Labor Unions

- firms that have to reward unions by paying out unimpaired in order to get the good cases

McG:    Would unions report national screening program?

Yes, if 3 independent docs, screening done by union – national union would go along!
(Allows free medical monitoring, stops bankruptcies, therefore keeps those jobs.)

Could everyone agree that we should knock out all unimpaired by giving them a zero & a greencard?

McG:    No way to do that in bank. b/c its second guessing state law.
Therefore, no legal way to legally knock them out.

W:    What if you can give them a $1 b/c they have value?  Then try to get a vote . . .

3 ways to knock people out:

1 - voting
2 - estimation (but end of _____ have right to jury trial)
3 - resolving/paying case - post confirmation

So, what if give votes depending on sickness: i.e. 1000 votes to mesos, 1 vote to asbestos, 500 votes to cancers, etc.

McG:    Can't figure out how to get 75% vote

Negotiated solution:

- scare plaintiff attorneys about what Wolin will do
- get futures reps together to put pressure on presents to cut class
But will not get 75% vote!

Expert panel issues:

1)    dose
2)    risk
Could we get experts to say you need a certain dose?

AP:    Not many published studies that would allow judgment.

-10-

DRG000650

AP:    If you could put the question into the context of "this exposure is no greater than background risk," then can use dose _____ limit and get some doctors to say this exposure is not enough for causation.

Relevant Risk

Big plaintiff attorneys (have greater than 25%) wouldn't vote in favor of plan – if they won't, this no 524G.

Judge Wolin's agenda:

Fraudulent Transfer Case:

1.    No plan in Grace (b/c of attic insulation cases out in Montana) (approx. 1000)
       -    Judge Fitzgerald
2.    Fraudulent Conveyance allegation,
       against Grace (96 & 98)
              - Judge Wolin in September
3.    CCR litigation w/Safeco

397387

-11-

DRG000651

## BANKRUPTCY BACKGROUND MEETING

DRG
J. DRIVER
MCGOVERN
KEEFE
HAMLIN

Al Parnell (defense)
Madeline Chaben (Oakland, Berkeley)

McG   - Can Wolin do anything as a matter of law _____ of Erie?
            If not, then he can only do, across the board, a question of science.

        - Substantive tort law must be governed by Erie.

        - Can 706 panel be used in confines of bankruptcy?
            Billy Cashion?  (bank, lawyer)

Can we do it?
How?
Who on it?

Products are not friction products (sprays, etc.)

What would a 706 panel due if it were asked to do something?

McG   - Model -
            1.    Assume we have panel, what issues do you put to it?  ILO?  i.e., 110 is not
                  replicable ... court does not accept it under Daubert.

            2.    (General acceptance under Daubert) do you _____ pulmonary (PFT)
                  testing?

➡        What are diagnostic tools necessary? ... according to medical professionals?

            3.    Exposure/dose.  Test in NJ v. test in NY.

                  If burden on plaintiff to show certain level of exposure:
                        Question to panel is what level of exposure is required to prove?

                  Working backwards.

            4.    i.e., Bendictin, Judy Rosinsky needed 2:1 risk that _____ was related
                  to Bendictin as opposed to background risk?

DRG000661

Is it accepted in medical field, that you must establish background risk first?
Where do you put burden?

<u>David Bernick</u> (K&E letter)

(Proponents)

His issues:

1.   Can ILO ratings ...
2.   PFT
3.   Can causation be proven w/out quantifying <u>dose</u>?
4.   At what dose is burden met?

[Fred - Baron & Budd, Foster, Silver Pearlman]
5-240

★ <u>Future's Reps</u>
   Eric Green           Fed Mogul
   Dean Treffelet      Armstrong
   David Austin       USG
                 Grace
Jim McMonigal   OC (only one appointed)

★ Feb. 1 - Scheduling - 10:00 - Courtroom 6B
          Judge Weiner in Philadelphia
          Steering committee meeting

McG  What if _____ reps filed _____ action (with no clients) asking for 706 panel?
      Opt in class
      Defendant = all potential liable defendants (in _____ class) concurrent presents class
      (buy them off)
      (Basically class action under different name]
      Can we get around <u>AmChem</u>?

<u>Pa Corp</u> - 83-84
      3rd Circuit Bankruptcy

Standing -
      Class action v. bankruptcy

<u>After lunch:</u>      <u>706 Panel</u>

<u>Issues</u>

-2-

DRG000662

1.    "Is 1-0 _____?"
2.    PFT
3.    Dose (Problem: plaintiff can never prove it)
4.    Relative risk

Follow ATS guidelines – drive out low end screeners because of cost.

Internal transaction costs for lawyer?

Drive up costs of doctors to cut out bottom: PTF plus 2B readers

How much income is from trust v. cases?

Scott
- Insurance coverage at manufacturers
- Ready to get rid of all assets on prepak

Grace
- All claims are for property damage (cost of removal)

J.W.
- Fraud trans. Tried by summer
- Dalbert hearings – decide reliable science

Judge Vance's opinion on Jury Demand (argued by Elihu & David Bernick)
Louisiana?   ➜ care issue by bank judge should try it.  Bank Judge tried it
B&W?           DB: if core issue, then bankruptcy and no right to jury
1988           EL: not core issue, so right to jury as with any other issue
                Bankruptcy Judge Brown
                Expert for plaintiffs:
                    Mark Peterson
                    Tom Florence
                No question of validity of claims bifurcated trial:
                    1.     What was liability in 1998?
                    2.     What did reasonable _____ know then?

In Grace
      Tom Florence did analysis in 96-97
5-24?
      How did Grace transfer?
   ➜ Must get rid of fraudulent transfer issue first!

      One million claims - $8,000-$10,000 per residence

      Dr. Edward Eloria ➜ expert on vermiculite

-3-

DRG000663

Next Thursday - Judge Wolin meets with CEO of Armstrong

Property claims in Boston before District Judge _____

<u>Pressure Points our Plaintiffs</u>
1. Threat of 706 panel
2. Threat of David's route
3. Fraudulent transfer
4. Staying in bankruptcy for a long time
5. Related to
6. Piss of Judge Wolin?

<u>David Bernick</u>
Property damage pressure points:
1. Product identification
2. Statute of limitations (Anderson Hospital filed _____)
3. Estimation

<u>Four Parts</u>
1. Fraudulent transfer
2. Vermiculite
3. Property damage
4. Personal injury

If DB's "related to" is denied (back to state court)

<u>McG Plan</u>
- After _____ 4
- Settle on fed-mg, etc. if all 5 settle

<u>Classify Creditors</u>
- Malignant (impaired) v. unimpaired

<u>PrePaks</u>
- liquidate presents (but _____ pg)
- appoint _____ master
- file for bankruptcy and get 5-24G
- insurance companies also
1. Fraud conveyance
   Wolin or bankruptcy judge (do we need a jury?)

2. _____ Rep.
   Newsome wants one for all
   OC - Jim McMonagle
   Fed Mogel - Eric Green (not appointed yet)

-4-

DRG000664

> Armstrong - Dean Traffelette (not appointed yet)
> Grace -
> USG - David Austern

3.    Fee examiner - common? - why not just US trustee

4.    Committee formation

Monday - Judge Wolin to DE

Tuesday - Elihu & Peter Lockwood meet w/ Judge Wolin
        Then get Bernick & CEO

Confidential memo to DRG - have Claudette fax - no copies
Details of meeting and general overview

Add dates

400722

-5-

DRG000665

DRG                                    meeting
J. Drier        Bankrupt/Section
McGovern        ~~tort~~
Kell                                              1118
Hamlin

✓ Al Parnell (defense)
Madeline Chaber (Oakland, Berkeley)

~~Will 706 Panel address~~

nolo.
Can Wolin do anything as a matter
of law ~~under~~ of Erie?
        If not, then he can only do,
        across the board, a question
        of science.

✓ Substantive tort law must be governed
by Erie.

Can 706 panel be used in confines
of bankruptcy?
        - Billy Cashian? (bank lawyer)

Can we do it?
How?
who on it?

Products are not friction products
(sprays, etc.)

DRG000652

What would a TDG Panel due is it were
asked to do something?

TDG — model —

1. assume have Panel, what issues do you
put to it?        ILD?
    i.e. ILD 1/0 --- is not replicable.
        ∴ ct doesn't accept it under Daubert

issues
ILD
PFT
Dose
1. background
rate?

2) (General acceptance under Daubert) do you ~~
    pulmonary (PFT) testing?

⟶ What are diagnostic tools necessary?
according to medical professionals?

3. exposure/dose
    test in NJ vs. test in NY

PFT

if burden on Π to show certain level
of exposure,
            question to panel is: what
            level of exposure is req'd to
            prove?

Working backwards

DRG000653

4.    i.e. Benedictin, Rosinsky need 2:1 risk
        that ~~ us related to Benedictin as opposed
        to background risk?
    Is it accepted in medical field, that you must
    establish background risk first?

4, cont. Where do you put burden?

<u>David Bernick</u>   (K & E letter)

(proponent)
his issues:
1. Can ILO ratings...
2.    PFT
3. can causation be proven w/out
    quantifying dose?
4 at what dose is burden met?

[Fred - Bannon & Budd, Foster, Silver Pearlman]
5-24-0
★ Future's Reps
Eric Green          Fed Mogul
Dean Trafflelet     Armstrong
David Austern       USG
            Grace
Jim McMonigal       Oc   (only one appointer
Sorg Escheram,
★ Feb 1 - Schedulings   10:00 Courtroom
        Judge Weiner in Philadelphia
        - Steering committee meeting

DRG000654

Melo  'what if ~~Adrems~~ reps filed ~~dec~~ action
(7)
(w/no clients) asking for Tole panel?
opt in class
        Δ = all potential liable Δs. ~~Cun~~ class
Concurrent presents class (buy them off)
[basically class action under different name
Can we get around Amchem?

~~Prosyncties~~ Pa Corp - 83-84
        3rd Cir bankruptcy

Standing -
        class action v bankruptcy

DRG000655

Aften lunch :        Tox Panel

issues
ie
1.  "Is I-O acceptable?"
2.  PFT
3.  dose        (problem: π can never prove it)
4.  relative risk

Follow ATS guidelines -- drive at
low end screeners b/c of cost

Internal transaction costs for lawyer.

drive up costs of Drs to cut out bottor
PFT + 2 B readers

How much income is from trust
v. cases?

Scott ~
    - insurance coverage of manufacturers
    - ready to get rid of all assets on
        prepak

DRG000656

<u>Grace</u> - all claims are for property damage
(costs of removal)

J.W.'s now
- fraud trans. tried by Summer
- Daubert hearings -- decide reliable
science

<u>Judge Vance's opinion on Jury Demand</u>
(argued by Elihu & David Bernick)
→ core issue so bank judge shall
try it. Bank Judg tried it.
DB: if core issue, then bankruptcy and
no rt to jury
EI: not core issue, so rt to jury
as w/any other issue

Bankruptcy Judge Brown        allowed
Experts for TS:               1 expert
Mark Peterson                 for Rtves, 1
Tom Florence                  for claimants
- no question of validity of claims
bifurcated trial:
1. what was liability in 1998?
2. what did reasonable
know then?

DRG000657

<u>In Grace - Tom Florence did analysis</u>
in 96-97

524 ?

How did Grace transfer ?
→ must get rid of fraudulent transfer
issue first!

1 million claims - $8,000 - $10,000 per
residence

Dr. Edward Elowid → expert on vermiculite

Next Thursdy - Ted Wollin meets
w/ CEO of Armstrong

property claims in Boston before
district Jdge

Pressure Points
~~Points of power~~ our TTs -
1. threat of 706 panel
2.    "    Davis rate
3   Fraudulent transfer
4  staying in bankruptcy for a long time
5.  related to
6.  Piss off J. Wolin  ?

DRG000658

property damage pressure points:
1. product identification
2. stat of lims                    (Anderson Hospital)
3. estimation                      (filed ~~...~~)

4 parts:
1. fraudulent transf
2. vermiculite
3. prop damage
4. personal injury

if OB's 'relates to' is denied (back to state ct)

Mcb plan —
- ~~amount~~ after ~~those~~ 4
- settle on fed-mg, etc.
if all 5 settle

~~Class~~
Classify Creditors
       malignant (impaired)
              v.   unimpaired

Pre faks —
       liquidate presents (at ~~dated~~ pg.)
       appoint "ftures master
       file Gr bank ± get 5-24 6
       Insurance ~~&~~ cos also

DRG000659

1. Fraud conveyance
   - Wolin or bankcy judge
   (do we need a jury?)

2. ~~Futures~~ Rep
   - Newsome wants 1 for all
   OC - Jim Mcmonagle
   ledng - Eric Green (not appointed yet)
   armst - Dean Trafelette (not apptd ye
   grau -
   USG - David Austern

3. fee examiner - common?
   - why not just US trutee

4. committee formation

   Wolin

   Monday - Ldge Wolin to DE
   Tesf - Elihu ⅋ Peter Lockwood met
              w/ Wolin
   then get Bernick ⅋ CEO

DRG000660

General A Team    mtg                    1 30 03

Dealing                 got to be Settled
Owens
Sep mogul

U.S.G.    Verge of Settlement "

Un secured Notes are subordinate
to Asbestos Creditors.
        Hence -
    some freund debt is sub

TDP & cmts agt the SUBs

The Isays mtg w/ Kruger today
to tell him about it

π's believe Kruger to be more
inclined to do so deal w/ π's.

Nobody thinks there is any money for Equity

USG tried some cases —
Tory Values went thru w/ swap—
Values. CCR & Post CCR

Strew None - Wilson Sensing
    ① Neutralized Asbestos case
    by believe about as to tell them

    ② Trying to ↑ bargaining power.

asked for 40% Equity

mike

DRG000686

To 20 Bellus
o in. 18 mos.    * Woln 6 Reasons

① Compens Not Noled es yet - Prob races
    ~ say
② Attare menued as impatient

③ Perception playing field to
   not level    (524 6)

④ fiction but little fact

⑤ Split good longes - from bad longes

⑥ New Happens
   (promotes sett)
        Stories spp No
⑦ Here of storms for Walni

Donis

ellibeton
rez well
J.B.B.
it to come to
O alux

① Product I.D. - + exposure
        is necessary

② Suture Rep in T/0/P
        Ally o futures Reps

F

w

DRG000687

Oliver Group — Status Conf                    3/30/63

Ken Echstein
Andy Rounds
Stan CASE

Perrik
Jay
Elihu
Mark Cummis
Parton

Sub Consul — April 1 '03

Shield for depoint

Plan filed
disc sk by 2/20
Numing 25 days           ⊘ — April 30 —

Echstein — litigating & dep disc

Cofences to
grays Diers        Rands  Bonds

This + SPI'         Elihu

NYC
2 more days of medication
under : PLC
good yr

Briefing schedule on SLPSC- consul —
P/A 3    2/28  smellers
         3/5  Sht Sup breb.

fund conveyance case
[crossed out] 3/11 reply brief

① Sub Consul
② Fraud Conveya

Confers

The hearing i Cred will be
the beginning of Cofirmation Process

Feb 24 Thurs

Feb. 26 - 10 AM              St Cof Christoph

DRG000688

A-TEAM   ①

7/10

Marshall Moriarty   3ᵗʰ PM — R A Team

wonder white

* DRG saying what was useful

We have a very strong incentive to reduce
to level of production that are helpful.

Settlement before the judge —

Allow from more cases effects to go on.

Nuts & Bolts
    If PCC has a plan filed — Yes —
(i) willed of water falls fines:
What can an issue possibly bring a
D/J solar of provision what say
unimpaired
    ① Pity unimpaired
    ② UNR Solera ..
    ③

So there as prospect some of + +

M.M *  So part of express of Spectrum —

DRG000689

②

# London white

# P. Cook

Ones answered
States One isn't the right way

Money Went Come Broker Rics ReKelley ↓ P.M   ABB   ①

Wachin & ↓21  —  Hearing  O/C

\* N. Peurich —  \* Sano Suny

AT CAM

Armstrong. +

Oquer Comm.   Sposory. Pre NIT
mde
Besher :   Cele comms ago
Cromes -
CDEP -
Reunila

Mc Guern  De Sett discussions  '
Attompt   to Schedule

10/31  Peimils  for  O/C  —  SKODDen  Wassen du
Altera   SWBSt Conseil

Ntg NYr  Tues 11/19  — Then coco & mtg = 11's
    Confumville Prior osapp - to sen Acceptable
    Barto & Bard middle
    We want to get out.
    Most likely to reach consensu = Debator
    Wir unplease = ultimate result

In subteud - Cromes -
    "encourage'd by discussion. Com

(2)

Term sheet whether scheme created
be Acceptable toward why to
a (Confirmable plan) — not a (consensual
y Dec)

Moving plan before close of an a
Confirmation Trials

~~When to~~
Section 6 of plan — into studying usan
"2 man cases"

Next — case & Co (Banks)
Sponsor of Confirmable Plan
Delivers 2 Asbestos Court

CASE — In favor of consensual plan
latest version → doc you
they showed file

If they file — they get on all workup
"who has con"   gles litigation
Sillygard — Donovans Action
filed order   old case Cases between
(7-4)   Feb 19   CyBergens
CyBergen's

DRG000692

(3)

Bondholders failed retain rights   IPM

_Theory_ — asserting fraud —

Bonds were issued — # prospectus
alleging inter creditor relationship
Credit Suisse

Banks Bonds were Pari Passu
They say they (the Bonds) didn't know about
the Bank facilities

Still issues of Sr/Sub Consol

of the 3 entities   IPM ehd   _usage_   file BK

We independent —
& Bonds   How
NSP — co ABC uses of   Evaluation

in detail.   Bonds   We looked at Debt Plan
bar   as a process
Stage in cases where future information
could help classify the issues

DRG000693

④

Compelling information is to read Value of
the chain is
_____ differs dramatically from the Comm Creditors_____

Very different ideas of
Waterville we get

Junior Creditor Issue
Maybe from Comm chain.
after ¶ subs
Wehn ——— may withdraw the reference
✳ Are guticg Bond valid
① Sound Corny
② Sub31 Cons at

¶ 216 be used   as a date to start moving

Discovery on ¶ ..'s
3 principal glers
Stop generally have been provided.
Expert a value of I/P sub.

Deps ??   — c Mark (Panels ppl)
Meunda 30 – 50 Deps

DRG000694

⑥

Trial Ready ??

Tee ups q Begumy.

Debtor should commence until
(Dispositive mot)

May —
Trial fall — Sept.

Pooring gtco — are users what are
they worth

Class action pending Boston — which has
unclersure discovery

12tb16
"Ryng Zuled"    withstood   A 1th16

Central issues

33 Sec Act — writs fraud case

Do (Rule) Believes Sell is ambitious

80%/90° of fraud has been

Length of trial    Short   80% of frads

⑦

Do Trts o Bonds   have clams

Negotte Bank
     emseeents to gles
Are we all credilis  of  evilmcentely
     (Tr̄ & Bonds)           Debter o Swgs

Debter smp     fut Cluoins
     hasto be    a Cofurnaten hoeny
     & Bsphon

(Very long) 2 mos Cofuondan hoeng

Perhh    Sulvalnslion chr dere. ol
              ander
           Zelifs  Gllcsigo

     Best -. end of Deauly
           'detailed tein sheet'

     Plan o Asleston — ad svay
           W Swozt Consel  -yfs -glee
           @ IPM OBjeston

     Subrll fo Disclosur cturdunheeny
us ct Adequate  notice

     then Puleluslion  Natie

Mail –

Disclose s/s wrong ✗

usually for most of creditors
Premit an array of threshold issues

Flour makes a financial offer
When do

CDOs Brop that wasn bac credessa
mistake

Then exclusively

G CT PT glu

17 Series of debtors

3 Key Non-Debtor
Buy
GC

Roll ✗ Bonds –
Timing – Re single Confirmation

DRG000697

12/2

Gateway disipline
'/yr's woods n more

X
dis
25 days    for disclose 8/r hearing

then 90 day for Voting

then — confirmation hearing

Subs Consent    low proclaim (Bol

Until Dec 20   to come up's Consensus plan

Plan
B
    then A Anno   will be issued
    by Wohr

# Mc govers Schedule wrap session
        3 year

# Re Schedule

12/20   10 AM

12/2 Sktasses — 90 30
                HANDLY
Sequent Wtg
3rd  ·2pm Roll  2pm
        9 AM close

DRG000698

12/3  Elehn
Osbres  — Lunl 3re (12)

12/3  4Pm Ken Eskolein

12/3  Delition Suppers

12/7

12/ & 13 nexl wk

16 — ontime →  ) wk

DRG000699

Hornlein
Oner
Mc Gwan
Keefe
Walin

2/27  Mtg Walin :

Judy  Sund Pench  —  Rep mogul  —

Bl Komtok
DRG
W.C

Mass - Judge Ryn Zobel

Hey Pinch  400-500
Mils Thaler 600, 700

Peter Barrett.  Radiologist  Mass

① Stop - unless you have pleural plagues you

② No longer

Chrysolite  conical coese  mass

Peritoneal meso  —  blendine is not as slosey per Chrysotel
Clere.

mmed expos

Victor Roggli.  stop chrysotile

Doesn't cause  T less

DRG000714

<u>Literature chings</u>

Victor Roggli

<u>Pleural Plaque</u>:    Crappy    Pulmon
       Doc   say    Chrysalite   does no
             cause  mesa

<u>tremolite</u>
       never  seen  a  defense  verdict  on  a
Chrysalite  defense

<u>Peripheral  defer</u>.

    Uzzuno  say  we  d
         wire
         <u>brando</u>

    <u>Yes  thy  can  win  close</u>

<u>Brale  cases</u>  :
         <u>Judge  york</u>  —

    <u>Gostente</u>    <u>defense</u>.

    <u>Pulmonary  Dox</u>  :

       " Bllent  miller  —  Pulmon  Spec
                Queens

DRG000715

DRG000716

Lung Ca
emb.

(1) D you need blesters to have a

Col Press
Pulmonary Doc        XPt = or Vergisis

Do it a score CA.

Wynal Pleural plaques  ?

Steve   morbeentg    nit Sint people

al mule

Jagly molene - ε Pre molens

- morb -

al Porell        Sion Honnang.

                 Sutues Rep
                 Ram
                 Jmpo
                 ξ Pei

DRG000717

Manhattis

Iver Jackson Ave

718 - 729 - 462

VAN DAn i a STAD

BURREAs

to Miltons

DIA  (R)  (R)

Vera

DRG000718

Wachs - Paloton )                    Loma Wood
                                     Trustees

    Warren Buffett
    Sandy Weill                      Investment

⊕ Glen Heiner        CEO O/coming

✱  ReTaxation of Trust @ 35%

    group funded g.  KPMG

468(B) Qualified Sett funds   (IRS)
now    you get deduction
         QSF

TAX Lawyer     also

IRS Audit — lengthy process
    5-10%  range

Ness motley → X
         -706-

Ins · injunction   ollatha  524(G)
    2/3 of Vote

Estimating 6 Claims for Val ₌
Purposes
    mini Estimation Lounge

Vato in Bkr Conts 2 ways
    ① #
    ② Dollar amt

DRG000720

Jan 18    Agenda (NOT addressed)

1. Is this going to be a 706 Panel a la
   Pointer or a 104 Panel a la
   Baxter (Judge Jones)

2. Define the role of the panel
   — what questions is the panel to answer
   — friction products issue?

3. What disciplines are necessary to
   answer those questions  see Q's for source
   — expert to forecast future claims?

4. What criteria shall we establish to
   screen the candidates?  see next page
   — screened by a committee or
   a what?
   — est. a conflict questionnaire
   after initial screening?

5. Identify what committee members will
   conduct a search and who will
   be contacted.

6. Once we have id an expert how do
   we handle issue of compensation?

7. Will experts be affording assistance of

Criteria for experts
1) no significant" ties to the litigation
2) no current or close past relationship
   with parties.
3) no involvement in research. These
   likely would be intro in fri⊙.
4) supply list of any pubs addressing
   the issue
   - speeches
5) work w/i our time lines

P:\Wolin\Delaware\Del Memos\Dec 20 Conf-WR Grace Notes Memo.wpd

# M E M O R A N D U M

**To:** Judge Wolin

**From:** Evans Wohlforth

**Date:** December 26, 2001

**Re:  Notes from Dec. 20 Conferences-WR Grace & Co.**

AMW-makes disclosure of <u>Hatco v. Grace</u> history and no party objects to AMW's involvement with this case

<u>Debtor [Bernick and Laura Jones]</u>

-Before the petition there were three types of litigation; PI, PD (arising out of fireproofing material) and attic insulation litigation

-there is also fraudulent conveyance litigation

-the filing was caused by a spike in the filing of asbestos claims against the company

-the spike claims have a different profile than the historical claims; historically the construction industry was the source of most of the PI claims, but construction claims only amount to 12% of the spike claims; spike claims are primarily non-malignant claims

-the purpose of the chapt. 11 filings is to determine the value of the spike claims

-The merits issues are: where (in what buildings) was Grace's product (ie was a particular claimant exposed to Grace products) and what amount of exposure will provide evidence of causation.

-PD claims are all from the past; a bar date would flush out new claims ·

-some claims will be subject to limitations defenses (cites an Ackerman case on constructive notice)

1

**WAD 0016**

-some cases will require court adjudication on science of unreasonable risk [posed by given duration of exposure?]

-foresees a one-day Daubert hearing on levels of asbestos and risk; not rocket science, may use a panel of experts; suggests that National Academy of Science could recommend experts

-Debtor wants:

    -Bar date
    -try common merits issues
    -fund the trust

-Claims forms determination should be informed by fact that all claimants are represented by atty's and that many claimants already filed complex claims forms in the Manville Case

-A bar date would tee up Rule 42 trials (or rule 56 disposition of common issues)

-This case has issues that need to be litigated; a panel of experts may save time; debtor is ready to litigate on multiple tracks simultaneously

-PI issues could be litigated in 4 months; PD claims could be done "right away"

-Insurance claims are mostly settled, unlikely to need court intervention

-A motion to set a PI bar date is ready to be submitted

-PD bar date is ready for a hearing

-fraudulent conveyance litigation is stayed; it would be a waste to litigate; suggests an expert to look at the merits of the fraudulent conveyance issues

-debtor has moved to enjoin claims against non-debtor affiliates and would like to extend the injunction to new claimants

-Grace has resisted establishing a document depository

-New Developments:

    -two class action complaints have been filed raising Zonolite and asbestos exposure in the mining industry

2

**WAD 0017**

-class claimants have filed motion to dismiss the chapt. 11 petition

-Farnon refused to give relief from the stay for the class actions

-Debtor wants AMW to decide whether class action is a good vehicle to pull claims together

PI Committee [Inselbuch]

-each of the PI claims are different
        -each claimant has a separate work history
        -different exposure to different products

-Debtor wants to contest claims under full-blown procedural rules; potentially could lead to Daubert hearing on every claim

-there are few common issues

-in the Babcock case, teeing up all the issues for litigation has taken years

PI's proposal

-the case needs an estimation of the Futures claims
-Daubert can be presented as part of the estimation process

-Estimation is a projection based on past history, but the debtor wants to challenge the validity of past history-this is impossible

-PI claimants would base estimation on history, debtor could pick generic issues to challenge

-The Court should ask: "what will having a bar date get us"; answer is that a bar date and summary judgment practice will take years

Bernick

-both sides would agree to litigate important issues

-no way to get information that will permit disposition of claims without a bar date and a claim form

3                          **WAD 0018**

pending in Washington; the class action is already certified and there is an MDL pending

    -Zonolite is in 1-1.5 million homes

    -there are common issues; mostly litigated by a battle of experts

    -the Judge in Washington is named O'Connor

    -suggests that merits determinations could be referred back to the MDL judge

    -argues that a class action is the better model for these claims
        -admittedly old hat
        -class action makes sense because-people don't know what Zonolite is or whether they have it; a bankruptcy notice of claim would bar unwitting victims; class notice procedure is better to educate the public;
        -a big futures claim would never solve the problem of persons barred by an inadequate bankruptcy notice

## Washington Class Counsel

    -a survey showed that 90% of Washington residents did not know Zonolite was dangerous and did not know they had it in their homes.

## London Insurers

    -the Bankruptcy may upset existing insurance settlements

    -a 524(g) solution would not mesh with existing insurance settlements

## U.S. Trustee [Perch]

    -He is unclear how much of the bar date and [international?] protocol motions has been withdrawn [by order of the Court]

WAD 0020