# EXHIBIT CC

Exhibit C

Purcell, Ries, Shannon, Mulcahy & O'Neill, Esqs.
Crossroads Business Center
One Pluckemin Way      P O Box 754
Bedminster, NJ 07921-0754
(908) 658-3800

April 17, 2003

Billed through 04/10/03

Client #      0950-14554-007 CJH

HON. ALFRED WOLIN
U.S. DISTRICT COURT, NJ

CASE CAPTION:   U.S. DISTRICT COURT BANKRUPTCY MATTERS
OUR TAX I.D.:   22-2017766

Balance forward as of bill number 005 dated 01/31/03            $ 2,688.29

FOR PROFESSIONAL SERVICES RENDERED

| Date | | Description | | | |
|---|---|---|---|---|---|
| 03/10/03 | LC | Review file and create case index (.6); identify, analyze and index documents for case index update (.7) integrate correspondence and pleadings (A1) into index (.7) and update case index (.5) | | | |
| | | | 2.50 hrs | 95 /hr | 237.50 |
| 03/26/03 | LC | Identify, analyze and index documens for summation update | .50 hrs | 95 /hr | 47.50 |
| 03/27/03 | LC | Continue to identify, analyze and index documents for summation update. | .60 hrs | 95 /hr | 57.00 |
| 04/09/03 | LC | Identify, analyze and index documents for case index update. | .50 hrs | 95 /hr | 47.50 |
| 04/10/03 | LC | Preparation of documents for preliminary index re: testimony before the Senate (.4); update case index (.2); review and analysis of documents for case index update and inegrate documents into index (.4). | | | |
| | | | 1.00 hrs | 95 /hr | 95.00 |
| | | LYNN CITRINO | 5.10 hrs | 95 /hr | 484.50 |
| | | | 5.10 hrs | | |

DISBURSEMENTS

| | |
|---|---|
| Federal Express from C. J. Hamlin to Whitney Chelnik, Esq. | 11.48 |
| Federal Express from C. J. Hamlin to E. Evans Wohlforth, Jr. | 18.73 |
| Total disbursements for this matter | $    30.21 |

BILLING SUMMARY

| | |
|---|---|
| LYNN CITRINO | 484.50 |
| TOTAL FEES | $   484.50 |

K -

HON. ALFRED WOLIN
Client #          0950-14554-007 CJH                              PAGE  2

TOTAL DISBURSEMENTS                          $       30.21

TOTAL CHARGES FOR THIS BILL                  $      514.71

UNPAID BALANCE                               $    2,688.29

TOTAL BALANCE                                $    3,203.00

K —

Purcell, Ries, Shannon, Mulcahy & O'Neill, Esqs.
Crossroads Business Center
One Pluckemin Way       P O Box 754
Bedminster, NJ 07921-0754
(908) 658-3800

April 17, 2003

Billed through 04/10/03

Client #        0950/A-14554-001 CJH

OWENS CORNING

CASE NAME: OWENS CORNING
OUR TAX I.D.: 22-2017766

FOR PROFESSIONAL SERVICES RENDERED

| Date | | Description | Hours |
|------|------|------|------|
| 02/03/03 | LC | Continue organization of documents for database entry for Owens Corning. | .40 hrs |
| 02/03/03 | LC | Review, index and update database correspondence, discovery and pleadings for Owens Corning. | .30 hrs |
| 02/04/03 | LC | Retrieve and prepare documents re: Opinions for Owens Corning. | .10 hrs |
| 03/10/03 | LC | Identify, analyze and index documents for case index update for Owens Corning. | 1.00 hrs |

BILLING SUMMARY

| | | | | |
|------|------|------|------|------|
| LYNN CITRINO | 1.80 hrs | 95 /hr | 171.00 |
| TOTAL FEES | 1.80 hrs | | $ | 171.00 |
| TOTAL CHARGES FOR THIS BILL | | | $ | 171.00 |

K ~ ?

Purcell, Ries, Shannon, Mulcahy & O'Neill, Esqs.
Crossroads Business Center
One Pluckemin Way      P O Box 754
Bedminster, NJ 07921-0754
(908) 658-3800

April 17, 2003

Billed through 04/10/03

Client #          0950/B-14554-001 CJH

W.R. GRACE

CASE NAME:      W.R. GRACE
OUR TAX I.D.:   22-2017766

FOR PROFESSIONAL SERVICES RENDERED

03/31/03 LC   Identify, analyze and index documents for case
              index update general file, W.R. Grace              .60 hrs

BILLING SUMMARY

| | | | |
|---|---|---|---|
| LYNN CITRINO | .60 hrs | 95 /hr | 57.00 |
| TOTAL FEES | .60 hrs | $ | 57.00 |
| TOTAL CHARGES FOR THIS BILL | | $ | 57.00 |

K - 21

Purcell, Ries, Shannon, Mulcahy & O'Neill, Esqs.
Crossroads Business Center
One Pluckemin Way        P O Box 754
Bedminster, NJ 07921-0754
(908) 658-5800

April 17, 2003

Billed through 04/10/03

Client #        0950/C-14554-001 CJH

ARMSTRONG

CASE NAME:        ARMSTRONG
OUR TAX I.D.:     22-2017766

FOR PROFESSIONAL SERVICES RENDERED

| | | |
|---|---|---|
| 02/03/03 LC | Continue organization of documents for database entry for Armstrong. | .30 hrs |
| 02/03/03 LC | Review, index and update database pleadings for Armstrong. | .50 hrs |
| 02/03/03 LC | Review, index and update database correspondence, discovery and pleadings for Armstrong. | .30 hrs |
| 02/04/03 LC | Retrieve and prepare documents re: Opinions for Armstrong. | .10 hrs |

BILLING SUMMARY

| | | | |
|---|---|---|---|
| LYNN CITRINO | 1.20 hrs | 95 /hr | 114.00 |
| TOTAL FEES | 1.20 hrs | $ | 114.00 |
| TOTAL CHARGES FOR THIS BILL | | $ | 114.00 |

K - 2

Purcell, Ries, Shannon, Mulcahy & O'Neill, Esqs.
Crossroads Business Center
One Pluckemin Way      P O Box 754
Bedminster, NJ 07921-0754
(908) 658-3800

April 17, 2003

Billed through 04/10/03

Client #        0950/D-14554-001 CJH

FEDERAL MOGUL


CASE NAME:      FEDERAL MOGUL
OUR TAX I.D.:   22-2017766

FOR PROFESSIONAL SERVICES RENDERED

| | | | |
|---|---|---|---|
| 02/03/03 | LC | Continue organization of documents for database entry for Federal Mogul. | .30 hrs |
| 02/03/03 | LC | Review, index and update database pleadings for Federal Mogul. | .50 hrs |
| 02/03/03 | LC | Review, index and update database correspondence, discovery and pleadings for Federal Mogul. | .40 hrs |
| 02/06/03 | LC | Search Internet – United State Bankruptcy Court, Delaware for opinion by Judge Randall Newsome for appeal for Federal Mogul. | .80 hrs |
| 02/17/03 | CJH | Research and drafting memorandum for the court re: issues in CSI appeal in Federal Mogul. | 4.00 hrs |
| 02/18/03 | CJH | Final edit of memorandum for District Court re: CSI appeal in Federal Mogul matter. | 1.00 hrs |
| 02/19/03 | LC | Draft cover explanatory note forwarding CSI v. Federal Mogul original documents to E. Evans Wohlforth. | .50 hrs |
| 03/31/03 | LC | Identify, analyze and index documents for case index update general file, Federal Mogul. | .50 hrs |

BILLING SUMMARY

| | | | | | |
|---|---|---|---|---|---|
| C. JUDSON HAMLIN | CJH | COUNSEL | 5.00 hrs | 450 /hr | 2,250.00 |
| LYNN CITRINO | | | 3.00 hrs | 95 /hr | 285.00 |
| TOTAL FEES | | | 8.00 hrs | | $ 2,535.00 |

TOTAL CHARGES FOR THIS BILL                    $ 2,535.00

K - 26

Purcell, Ries, Shannon, Mulcahy & O'Neill, Esqs.
Crossroads Business Center
One Pluckemin Way        P O Box 754
Bedminster, NJ 07921-0754
(908) 658-3800

April 17, 2003

Billed through 04/10/03

Client #         0950/E-14554-001 CJH

U.S. GYPSUM

CASE NAME:    U.S. GYPSUM
OUR TAX I.D.:  22-2017766

FOR PROFESSIONAL SERVICES RENDERED

| Date | | Description | |
|---|---|---|---|
| 02/04/03 | LC | Retrieve and prepare documents re: Opinions for U.S. Gypsum. | .20 hrs |
| 03/31/03 | LC | Identify, analyze and index documents for case index update general file, U.S. Gypsum | .50 hrs |
| 04/10/03 | LC | Update U.S. Gypsum case index. | .20 hrs |

BILLING SUMMARY

| | | | |
|---|---|---|---|
| LYNN CITRINO | .90 hrs | 95 /hr | 85.50 |
| TOTAL FEES | .90 hrs | $ | 85.50 |
| TOTAL CHARGES FOR THIS BILL | | $ | 85.50 |

K -

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: ARMSTRONG WORLD | : | Chapter 11 |
| INDUSTRIES, INC., et al.,: | | Case Nos. 00-4471, 00-4469, |
| | | 00-4470 |
| Debtors. | : | |
| IN RE: W.R. GRACE & CO., : | | Chapter 11 |
| et al., | | Case Nos. 01-1139 through |
| | : | 0-1200 |
| Debtors. | : | |
| IN RE: FEDERAL-MOGUL | : | Chapter 11 |
| GLOBAL, INC., T&N | : | Case Nos. 01-10578, et al.[1] |
| LIMITED, et al., | : | |
| | : | |
| Debtors. | : | |
| IN RE: USG CORPORATION, | :| | Chapter 11 |
| a Delaware Corporation, | : | Case Nos. 01-2094 through |
| et al., | : | 01-2104 |
| | : | |
| Debtors. | : | |
| IN RE: OWENS CORNING, | : | Chapter 11 |
| et al., | : | Case Nos. 00-3837 through |
| | . | 00-3854 |
| Debtors. | : | |

### ORDER DESIGNATING COURT APPOINTED CONSULTANTS
### AND SPECIAL MASTERS

This matter having been opened by the Court upon its own

motion in each of the above-captioned Chapter 11 cases; and the

interested parties having been put on notice by the Court at the

joint case management conference held on December 20, 2001, that

the Court anticipated appointing special masters and/or case

---

[1]See attached list.

management consultants to whom the Court may from time to time delegate certain authority to hear matters and to advise the Court on issues that may arise in these five large Chapter 11 cases; and for good cause shown

It is this 28th day of December, 2001

ORDERED that the following Order applies to the lead cases identified in the caption of this Order and to all cases filed as related cases thereto, and it is further

ORDERED that William A. Drier, Esq., David R. Gross, Esq., C. Judson Hamlin, Esq., John E. Keefe, Esq., and Professor Francis E. McGovern are hereby designated as Court Appointed Consultants to advise the Court and to undertake such responsibilities, including by way of example and not limitation, mediation of disputes, holding case management conferences, and consultation with counsel, as the Court may delegate to them individually, and it is further

ORDERED that the parties are on notice that the Court may, without further notice, appoint any of the Court-Appointed Consultants to act as a Special Master to hear any disputed matter and to make a report and recommendation to the Court on the disposition of such matter, and it is further

ORDERED that William A. Drier, Esq., is hereby appointed Special Master in the matter of In re W.R. Grace & Co., Bankruptcy No. 01 1139 through 01-1200, to hear all disputed matters in that Chapter 11 case for which the Court's Order of

Reference may be withdrawn from the Honorable Judith K.
Fitzgerald, United States Bankruptcy Judge, and it is further

ORDERED that the fees of the Court Appointed Consultants and
Special Master(s) shall be borne by the debtors in such manner
and apportionment as this Court or the Bankruptcy Courts may
hereinafter direct.

ALFRED M. WOLIN, U.S.D.J.

BILL THROUGH RANGE 00/00/00-02/28/02

CLIENT  0950      MATTER  14554      ARBITRATION/MEDIATION                          US DISTRICT CT. BANKR
                                     U.S. DISTRICT COURT, NJ
BILL TMKP :    CJH      C. JUDSON HAMLIN  CJH   COUNSEL
ORIG TMKP :    CJH      C. JUDSON HAMLIN  CJH   COUNSEL

| DATE | TIMEKEEPER | HOURS | AMOUNT | DESCRIPTION |
|---|---|---|---|---|
| 01/07/02 | CJH | 4.00 | 1,800.00 | Meeting with Judge Wolin's Chambers U.S. District Courthouse, Newark, N.J. with Prof. F. Govern, Hon. W. Drier, Hon. J. Keefe, and D. Gross re: organization of responsibilities. |
| 01/07/02 | CJH | 2.00 | 450.00 | Travel to and from Newark, N.J. at Half Time |
| 01/10/02 | CJH | 3.00 | 1,350.00 | Review of materials, research of applicable law, Internet research of Pending Bankruptcy Pleadings |
| 01/18/02 | CJH | 6.00 | 2,700.00 | Conference at Budd, Larner with D. Gross, F. McGovern, J. Keefe, W. Drier and Judge Wolin. |
| 01/18/02 | CJH | 1.00 | 225.00 | Travel to and from Livingston, N.J. at Half Time |
| 01/19/02 | CJH | 4.00 | 1,800.00 | Review of material distributed at 1/18/02 meeting |
| 02/20/02 | CJH | .30 | 135.00 | Telephone call with D. Gross re: agenda for 2/27/02 meeting with Judge Wolin. |
| 02/25/02 | CJH | 1.00 | 450.00 | Review of transcript of Vairo conference call re: current asbestos issues from UBS Warburg research. |
| 02/27/02 | CJH | 5.00 | 2,250.00 | Conference with Judge Wolin and management commitee at U.S. Courthouse, Newark, NJ |

TIMEKEEPER TOTALS

CJH     26.30    424 /hr      11,160.00

TOTAL         26.30    $     11,160.00

DISBURSEMENTS

12/13/01   FEDL                  14.20    Federal Express from C. J. Hamlin to United States District Court.

DISBURSEMENT TOTALS

FEDL                    14.20

DISB TOTAL      $       14.20

BILL TOTAL      $    11,174.20

LAST ACTIVE   02/28/02                  LAST PAYMENT      / /

Nov-04-02 04:11pm  From-                                    T=735  P.04/05  F=751

Purcell, Ries, Shannon, Mulcahy & O'Neill, Esqs.
Crossroads Business Center
One Pluckemin Way       P O Box 754
Bedminster, NJ 07921-0754
(908) 658-3800

October 28, 2002

Billed through 10/24/02

Client #        0950-14554-004 CJH

HON. ALFRED WOLIN
U.S. DISTRICT COURT, NJ

CASE CAPTION:   U.S. DISTRICT COURT BANKRUPTCY MATTERS
OUR TAX I.D.:   22-2017766

Balance forward as of bill number 003 dated 07/09/02       $13,012.61
Payments received since last bill (last payment 08/20/02)   $ 6,704.52
A/R Adjustments made since last bill                         $ 3,626.85   CI
                                                            ----------
Net balance forward                                          $ 2,681.24

FOR PROFESSIONAL SERVICES RENDERED

| Date | | Description | | | |
|---|---|---|---|---|---|
| 03/18/02 | CJH | Review of published asbestos litigation article forwarded by D. Gross | .50 hrs | 450 /hr | 225.00 |
| 03/21/02 | CJH | Receipt and review of Orders and procedures for fee applications | .50 hrs | 450 /hr | 225.00 |
| 05/14/02 | CJH | Review of article submitted by W. Drier re: asbestos victim claims | 1.00 hrs | 450 /hr | 450.00 |
| 05/14/02 | CJH | Review of confidential memorandum submitted by insurance interests addressing substantive and procedural issues. | 1.00 hrs | 450 /hr | 450.00 |
| 05/17/02 | CJH | Meeting and conference at U.S. District Courthouse, Newark, NJ with J. Wolin, D. Gross, J. Keefe, J. Drier, Prof. Mcgovern | 3.00 hrs | 450 /hr | 1,350.00 |
| 05/17/02 | CJH | Travel to and from Newark at 1/2 time | 2.00 hrs | 225 /hr | 450.00 |
| 08/10/02 | CJH | Review and research of motion and briefs filed in application of Official Committee of asbestos property damage claimants for leave to appeal decision of The Bankruptcy Court in the matter of (W.R. GRACE & CO.) | 3.00 hrs | 450 /hr | 1,350.00 |
| 08/12/02 | CJH | Drafting and editing of memo regarding application by Official Committee of Asbestos Property Damage claimant for leave to appeal decision of Bankruptcy Court in the Matter of (W.R. GRACE & CO.) | 3.00 hrs | 450 /hr | 1,350.00 |
| 08/17/02 | CJH | Research and review of motion for leave to appeal (BY USG) | 2.00 hrs | 450 /hr | 900.00 |
| 08/17/02 | CJH | Drafting of memo regarding merits of USG motion for (J. WOLIN) | 2.00 hrs | 450 /hr | 900.00 |

G — 22

Nov-04-02 04:11pm  From-                                T-705  P.05/05  F-781

HON. ALFRED WOLIN                                          PAGE  2
Client #    0950-14554-004 CJH

| Date | | Description | | | |
|---|---|---|---|---|---|
| 09/07/02 | CJH | Review of briefs and appendix and draft memo re:<br>Plaintiff motion for leave to appeal in<br>(ARMSTRONG) matter | 4.00 hrs | 450 /hr | 1,800.00 |
| 09/14/02 | CJH | Research and drafting of memo regarding motion<br>for leave to appeal in (ARMSTRONG) | 4.00 hrs | 450 /hr | 1,800.00 |
| 09/25/02 | CJH | Telephone conference with E. WOHLFORTH re:<br>various legal issues applicable to all cases<br>(SHARED BY ALL BANKRUPTCY CASES) | .30 hrs | 450 /hr | 135.00 |
| 09/30/02 | CJH | Continued drafting of memo re: Plant<br>(OWEN CORNING) appeal | 1.00 hrs | 450 /hr | 450.00 |
| 09/30/02 | CJH | Receipt and initial review of appeal in (FEDERAL<br>MOGUL) Computer Sales Intl. | .50 hrs | 450 /hr | 225.00 |
| 10/07/02 | CJH | Final drafting of memo re: Plant appeal re:(OWENS<br>CORNING) bankruptcy matter | 5.00 hrs | 450 /hr | 2,250.00 |
| 10/08/02 | CJH | Final edit of (OWENS CORNING) memo | 1.00 hrs | 450 /hr | 450.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| C. JUDSON HAMLIN | CJH | COUNSEL | 2.00 hrs | 225 /hr | 450.00 |
| C. JUDSON HAMLIN | CJH | COUNSEL | 31.80 hrs | 450 /hr | 14,310.00 |
| | | | 33.80 hrs | | |

DISBURSEMENTS

| | |
|---|---|
| Parking fees for C. J. Hamlin at Newark Court | 8.95 |
| Parking fees for C. J. Hamlin at Newark Court | 8.95 |
| Parking fees for C. J. Hamlin at Newark Court | 8.95 |
| Facsimile charge at $ -.25 per page; | 1.50 |
| Federal Express from C. J. Hamlin to Evans<br>Wohforth | 13.60 |
| Total disbursements for this matter | $  41.95 |

BILLING SUMMARY

| | | | |
|---|---|---|---|
| C. JUDSON HAMLIN | CJH | COUNSEL | 450.00 |
| C. JUDSON HAMLIN | CJH | COUNSEL | 14,310.00 |
| TOTAL FEES | | | $14,760.00 |
| TOTAL DISBURSEMENTS | | | $  41.95 |
| TOTAL CHARGES FOR THIS BILL | | | $14,801.95 |
| UNPAID BALANCE | | | $ 2,681.24 |
| TOTAL BALANCE | | | $17,483.19 |

# EXHIBIT DD

McGovern

## Statement for Services

| | | |
|---|---|---|
| 12/26/01 | Reading material submitted by counsel; telephone conferences with court | 1.50 |
| 12/27 | Meeting with court in Newark | 8.00 |
| 12/30 | Preparation for meeting with counsel; preparation for meeting with court | 1.00 |
| 12/31 | Meeting in San Francisco | 1.00 |
| 1/ 2/02 | Reading material submitted by counsel; telephone conferences with counsel | 3.00 |
| 1/3 | Meeting with judge; preparation for meeting with court | 8.00 |
| 1/4 | Meeting with court in Newark | 8.00 |
| 1/5 | Legal research re: settlement options | 2.50 |
| 1/6 | Legal research re: settlement options | 1.25 |
| 1/7 | Preparation for meeting; meeting with court in Newark | 4.00 |
| 1/8 | Meeting with counsel in New Orleans; meeting with court in New Orleans | 3.00 |
| 1/9 | Meeting with counsel in Charleston; preparation for meeting in Miami | 4.00 |
| 1/10 | Meeting with judge in Miami; telephone conferences with counsel | 4.25 |

| Date | Description | Hours |
|------|-------------|-------|
| 1/11 | Meeting with court in Newark; meeting with counsel in Newark | 6.00 |
| 1/12 | Reading material submitted by counsel; legal research re: settlement | 2.50 |
| 1/13 | Reading material submitted by counsel; legal research re: settlement; telephone conference with court | 2.00 |
| 1/14 | Meeting with counsel in Wilmington | 3.00 |
| 1/15 | Meeting with counsel in Tucson | 1.00 |
| 1/16 | Telephone conferences with counsel; reading material from counsel; legal research re: settlement | 2.00 |
| 1/17 | Preparation for meetings in Newark | 6.00 |
| 1/18 | Meetings with consultants in Newark; meeting with court in Newark; reading material submitted by counsel | 10.00 |
| 1/19 | Legal research re: settlement; reading material submitted by counsel | 2.25 |
| 1/20 | Preparation for meeting with judge in Newark | 6.00 |
| 1/21 | Meeting with judge in Newark; meeting with judge in Wilmington; telephone conferences with counsel | 12.00 |
| 1/22 | Telephone conferences with counsel; legal research | 4.50 |
| 1/23 | Telephone conferences with counsel; legal research | 2.25 |

| | | |
|------|-------------------------------------------------------------------------------------|------|
| 1/24 | Meeting with counsel in Dallas; preparation for meeting with counsel | 2.00 |
| 1/25 | Meeting with court in New Orleans; preparation for meeting with court | 3.00 |
| 1/26 | Meeting with counsel in Washington, D.C.; reading material from counsel | 2.00 |
| 1/27 | Reading material from counsel | 1.00 |
| 1/29 | Reading material from counsel; preparation for meeting with court | 4.00 |
| 1/30 | Meeting with court in Newark; meeting with lawyers in Newark; telephone conferences with counsel | 3.75 |
| 1/31 | Meetings with counsel in New York; telephone conferences with counsel | 3.25 |

## Travel Hours

| Date | Description | Hours |
|---|---|---|
| 12/27/01 | Travel to and from Newark | 3.00 |
| 12/30 | Travel to San Francisco | 5.00 |
| 1/3/02 | Travel to Newark | 8.00 |
| 1/4 | Travel from Newark | 4.25 |
| 1/7 | Travel to Newark; travel to New Orleans | 2.00 |
| 1/8 | Travel to Charleston | 1.50 |
| 1/9 | Travel to Miami | 2.00 |
| 1/11 | Travel to and from Newark | 6.00 |
| 1/14 | Travel to Wilmington; travel to Tucson | 0.50 |
| 1/15 | Travel from Tucson | 2.25 |
| 1/17 | Travel to Newark | 4.00 |
| 1/18 | Travel from Newark | 5.00 |
| 1/20 | Travel to Newark | 4.00 |
| 1/21 | Travel to and from Wilmington; Travel from Newark | 5.00 |
| 1/24 | Travel to Dallas | 2.25 |
| 1/25 | Travel to New Orleans | 2.00 |

| 1/26 | Travel to Washington | 1.75 |
| 1/27 | Travel from Washington | 1.00 |
| 1/29 | Travel to Newark | 4.00 |
| 1/30 | Travel to New York | 2.00 |

## Statement for Expenses

| | | | |
|---|---|---|---|
| 12/27/01 | Newark | | |
| | Airfare | $ | 368.50 |
| | Food and Lodging | | 10.81 |
| | Ground Transportation | | 34.00 |
| 12/30/01 | San Francisco | | |
| | Airfare | | 303.75 |
| | Food and Lodging | | -0- |
| | Ground Transportation | | -0- |
| 1/3-4/02 | Newark | | |
| | Airfare | | 1,678.00 |
| | Food and Lodging | | 183.20 |
| | Ground Transportation | | 54.00 |
| 1/7/02 | Newark | | |
| | Airfare | | 498.25 |
| | Food and Lodging | | -0- |
| | Ground Transportation | | 27.00 |
| 1/7-8/02 | New Orleans (Amount requested represents 1/3 of expenses) | | |
| | Airfare | | 245.71 |
| | Food and Lodging | | 103.07 |
| | Ground Transportation | | 18.00 |

| | | |
|---|---|---|
| 1/8-9/02 | Charleston<br>(Amount requested represents<br>½ of expenses) | |
| | Airfare | 119.44 |
| | Food and Lodging | 146.29 |
| | Ground Transportation | 34.00 |
| 1/9-11/02 | Miami<br>(Amount requested represents<br>½ of expenses) | |
| | Airfare | 438.51 |
| | Food and Lodging | 305.78 |
| | Ground Transportation | 34.00 |
| 1/11/02 | Newark | |
| | Airfare | 826.75 |
| | Food and Lodging | -0- |
| | Ground Transportation | 34.00 |
| 1/14/02 | Wilmington | |
| | Airfare | 1,033.25 |
| | Food and Lodging | -0- |
| | Ground Transportation | 70.00 |

| 1/14-15/02 | Tucson<br>(Amount requested represents<br>½ of expenses) | |
| | | |
| | Airfare | 668.63 |
| | Food and Lodging | 147.78 |
| | Ground Transportation | 35.00 |
| | | |
| 1/17-18/02 | Newark | |
| | | |
| | Airfare | 1,845.50 |
| | Food and Lodging | 183.20 |
| | Ground Transportation | 83.00 |
| | | |
| 1/20-21/02 | Newark | |
| | | |
| | Airfare | 2,262.50 |
| | Food and Lodging | 287.58 |
| | Ground Transportation | 88.00 |
| | | |
| 1/21/02 | Wilmington | |
| | | |
| | Airfare | -0- |
| | Food and Lodging | -0- |
| | Ground Transportation | 83.00 |
| | | |
| 1/24-25/02 | Dallas<br>(Amount requested represents<br>½ of expenses) | |
| | | |
| | Airfare | 307.50 |
| | Food and Lodging | -0- |
| | Ground Transportation | 22.00 |

| | | |
|---|---|---|
| 1/25-26/02 | New Orleans (Amount requested represents 1/5 of expenses) | |
| | Airfare | 124.40 |
| | Food and Lodging | 91.04 |
| | Ground Transportation | 25.60 |
| 1/26-27/02 | Washington, D.C. (Amount requested represents 1/4 of expenses) | |
| | Airfare | 381.50 |
| | Food and Lodging | 69.53 |
| | Ground Transportation | 26.00 |
| 1/29-30/02 | Newark | |
| | Airfare | 1,220.50 |
| | Food and Lodging | 251.48 |
| | Ground Transportation | 13.00 |

Telephone (12/26/01-1/31/02)          $      221.86

**EXHIBIT EE**

JOHN E. KEEFE, SR.
LYNCH MARTIN KROLL
THE GALLERIA
2 BRIDGE AVENUE
BUILDING 6, THIRD FLOOR
RED BANK, NEW JERSEY 07701
TELEPHONE:  732-224-9400
FACSIMILE: 732-224-9494

ASBESTOS MANAGEMENT COMMITTEE
Billing rate $450/hr

Interim Bill - January 7 to February 28, 2002

| | |
|---|---|
| Jan. 7  Organizational Meeting - Judge Wolin's Chambers | 4.0  hrs. |
| Jan.11  Review of Kirkland & Ellis letter and related material | .5 |
| Jan.15 Review Federal Judicial Center Report | 2.5 |
| Jan.16 Research and review of Rule 706 materials | 2.25 |
| Jan.17  "          "          "          "          "          " | 1.0 |
| Jan.18 Meeting at Budd Larner Gross | 6.0 |
| Jan.31 Review of order partially w/d reference and medical publications | 3.25 |
| Feb.20 Telephone conference with D.Gross; review of remand opinion | 1.0 |
| Feb.22 Review opinion in GI Holdings | 1.25 |
| Feb.26 Review WBS Warburg Research paper | .5 |
| Feb.27 Meeting at Judge Wolin's chambers | 5.0 |
| | 27.25 hrs |

Travel Time  (At half-time)
| | |
|---|---|
| Jan. 7 | 2.0 |
| Jan.18 | 2.75 |
| Feb.27 | 2.0 |
| | 6.75 hrs |

Disbursements
| | |
|---|---|
| Tolls: Jan. 7, 18; Feb. 27 | 15.00 |
| Parking: Jan. 7; Feb. 27 | 17.25 |
| Indiana Law Review | 6.40 |
| | 38.65 |

JOHN E. KEEFE, SR.
LYNCH MARTIN KROLL
THE GALLERIA
2 BRIDGE AVENUE
BUILDING 6, THIRD FLOOR
RED BANK, NEW JERSEY 07701
TELEPHONE:   732-224-9400
FACSIMILE: 732-224-9494

ASBESTOS MANAGEMENT COMMITTEE
Billing rate $450/hr

Interim Bill - January 7 to February 28, 2002

| | |
|---|---|
| Jan. 7  Organizational Meeting - Judge Wolin's Chambers | 4.0  hrs. |
| Jan.11  Review of Kirkland & Ellis letter and related material | .5 |
| Jan.15 Review Federal Judicial Center Report | 2.5 |
| Jan.16 Research and review of Rule 706 materials | 2.25 |
| Jan.17  "        "      "        "      "      " | 1.0 |
| Jan.18 Meeting at Budd Larner Gross | 6.0 |
| Jan.31 Review of order partially w/d reference and medical publications | 3.25 |
| Feb.20 Telephone conference with D.Gross; review of remand opinion | 1.0 |
| Feb.22 Review opinion in GI Holdings | 1.25 |
| Feb.26 Review WBS Warburg Research paper | .5 |
| Feb.27 Meeting at Judge Wolin's chambers | 5.0 |
| | 27.25 hrs |

Travel Time   (At half-time)
| | |
|---|---|
| Jan. 7 | 2.0 |
| Jan.18 | 2.75 |
| Feb.27 | 2.0 |
| | 6.75 hrs |

Disbursements
| | |
|---|---|
| Tolls: Jan. 7, 18; Feb. 27 | 15.00 |
| Parking: Jan. 7; Feb. 27 | 17.25 |
| Indiana Law Review | 6.40 |
| | 38.65 |

11/05/2002 14:16 FAX 732 224 9494          LYNCH MARTIN                                    @004

**JOHN E. KEEFE, SR.**
Lynch Martin
830 Broad Street
Shrewsbury, New Jersey 07702
Telephone:  732-224-9400
Facsimile:  732-224-9494

## ASBESTOS MANAGEMENT COMMITTEE
Billing rate $450/hr

| MARCH to OCTOBER 31, 2002 | | HOURS |
|---|---|---|
| 5/15/02 | Review documents in preparation for meeting | 2.50 |
| 5/17/02 | Attendance at meeting - Judge Wolin's chambers | 3.25 |
| **5.75 HOURS @ $450.00 PER HOUR** | **$2,587.50** | |

| TRAVEL TIME @ $225.00 PER HOUR | | HOURS |
|---|---|---|
| 5/17/02 | Meeting in Judge Wolin's chambers | 1.75 |
| **1.75 HOURS @ $225.00 PER HOUR** | **$393.75** | |

**DISBURSEMENTS**

| | |
|---|---|
| Tolls:<br>5/17/02 | $5.25 |
| Parking:<br>5/17/02 | $8.75 |
| Indiana Law Review: | $ 6.40 |
| **TOTAL DISBURSEMENTS** | **$20.40** |

| **TOTAL FEES** | **$3,001.65** |
|---|---|

**JOHN E. KEEFE, SR.**
**Lynch Martin**
**830 Broad Street**
**Shrewsbury, New Jersey 07702**
**Telephone: 732-224-9400**
**Facsimile: 732-224-9494**

### FEDERAL MOGUL V. CCR

|         |                                                                                           | **HOURS** |
|---------|-------------------------------------------------------------------------------------------|-----------|
| 3/11/02 | Review of documents in court's file                                                       | 2.25      |
| 3/22/02 | Review case management order & lead file order                                            | .30       |
| 4/12/02 | Review confidentiality order                                                              | .10       |
| 4/13/02 | Review Sidley Austin motion to amend confid. order                                        | .40       |
| 4/16/02 | Review USG motion re CCR interrogatories                                                   | 1.00      |
| 4/20/02 | Review CCR response, Safeco & Creditor comm joinder, USG reply, and preparation for argument | 4.25   |
| 4/21/02 | Telephone hearing on motion                                                               | .75       |
| 4/22/02 | Review consent order presented by Sidley Austin and draft opinion re April 21 argument.   | 1.50      |
| 4/23/02 | Review opinion in Berlier v. AP Green                                                      | .10       |
| 4/25/02 | Correspondence with court re Sidley Austin order                                          | .20       |
| 5/2/02  | Review of motions by Fed Mogul (subsequently w/d)                                         | 1.25      |
| 5/28/02 | Review renewed motion by Fed Mogul, Safeco, & AWI For more specific answers to CCR interrogs. CCR reply | 3.00 |
| 5/30/02 | Review movants' replies and draft opinion                                                 | 2.00      |
| 6/10/02 | Draft amended opinion                                                                      | .25       |
| 6/11/02 | Attendance at Case Management Conference                                                   | 1.50      |
| 6/27/02 | Preparation for Motion                                                                     | 1.00      |
| 6/19/02 | Conference call Re: schedule for July depositions                                         | .40       |
| 6/28/02 | Motion (via telephone)                                                                     | .75       |

11/11/2002 14:14 FAX 732 224 9494        LYNCH MARTIN                              ☑003

| 7/8/02 | Conference call - discovery matters | | .30 |
| 7/28-29/02 | Preparation of opinion and recommendation | | 1.50 |

**22.80 HOURS AT $450.00 PER HOUR**    **$10,260.00**

**HOURS**

**TRAVEL TIME @ $225 PER HOUR**

| 6/11/02 | Attendance at Case Management conference | | 1.75 |

**1.75 HOURS @ $225/HOUR**    **$393.75**

**DISBURSEMENTS**

Tolls:
  6/11/02                                                          $5.85

Parking: (Newark Federal Court House)
  6/11/02                                                          $8.95

**TOTAL DISBURSEMENTS**                              **$14.80**

**TOTAL FEES**            **$10,668.55**

Mar-27-02  05:01pm    From-                                    T-326  P.06/08  F-528

NORRIS, MCLAUGHLIN & MARCUS
A Professional Corporation
Counsellors At Law
721 Route 202-206
P.O. Box 1018
Somerville, NJ 08876-1018
Telephone (908) 722-0700

|               |              |
|---------------|--------------|
| Page          | 1            |
| Invoice #     | 227943       |
| Date          | 02/12/2002   |
| Client        | 102187       |
| Matter        | 1            |
|               | WAD          |

Honorable Alfred E. Wolin
U.S. District Court
M.L.King, Jr. Federal Bldg.-Court House
Room 4069, 50 Walnut Street
Newark, NJ  07102                                    FEI#   62-140-8127

-------------------------------------------------------------------

For professional services rendered from January 7, 2002
through January 31, 2002

Re:  Asbestos Litigation Advisory Committee

| Date | | Hours | Amount | Description |
|------|---|-------|--------|-------------|
| 1/07/02 | WAD | 4.50 | 2,025.00 | Meeting at US District Court with Judge Wolin and Panel; |
| 1/15/02 | WAD | 2.50 | 1,125.00 | Reading of plaintiff's science memo; research; |
| 1/18/02 | WAD | 6.00 | 2,700.00 | Meeting with Committee and Judge Wolin; |
| 1/28/02 | WAD | .20 | 90.00 | Receipt and review of Order of 1/28/02; |

             13.20                 TOTAL HOURS

                                   TOTAL SERVICES              $ 5,940.00

|                      | HOURS | RATE   | AMOUNT    |
|----------------------|-------|--------|-----------|
| WILLIAM A. DREIER    | 13.20 | 450.00 | 5,940.00  |

T-326    P.07/09    F-628

Page                    2
Invoice #    227943
Date      02/12/2002
Client        102187

                                        13.20              $ 5,940.00

Telephone, Postage, Photocopying               297.00

            TOTAL EXPENSES                     $ 297.00

        TOTAL THIS INVOICE                   $ 6,237.00

Mar-27-02 05:02pm   From-                                    T-326   P.08/09   F-628

NORRIS, MCLAUGHLIN & MARCUS
A Professional Corporation
Counsellors At Law
721 Route 202-206
P.O. Box 1018
Somerville, NJ 08876-1018
Telephone (908) 722-0700

|                | |
|----------------|--------------|
| Page           | 1            |
| Invoice #      | 230079       |
| Date           | 03/08/2002   |
| Client         | 102187       |
| Matter         | 1            |
|                | WAD          |

Honorable Alfred E. Wolin
U.S. District Court
M.L.King, Jr. Federal Bldg.-Court House
Room 4069, 50 Walnut Street
Newark, NJ  07102                             FEI#    62-140-8127

-----------------------------------------------------------------------

For professional services rendered from February 19, 2002
through February 28, 2002

Re:  Asbestos Litigation Advisory Committee


| Date | Atty | Hours | Amount | Description |
|------|------|-------|--------|-------------|
| 2/19/02 | WAD | .70 | 315.00 | Reading of Judge Wolin's opinion dismissing friction cases; |
| 2/27/02 | WAD | 5.80 | 2,610.00 | Meeting with Judge Wolin, Committee and plaintiffs' and defendants' representatives; |


            6.50          TOTAL HOURS

                          TOTAL SERVICES                    $ 2,925.00


| | HOURS | RATE | AMOUNT |
|--|-------|------|--------|
| WILLIAM A. DREIER | 6.50 | 450.00 | 2,925.00 |
| | 6.50 | | $ 2,925.00 |

I-326   P.09/09   F-628

Page                    2
Invoice #    230079
Date.      03/08/2002
Client           102187

| | |
|---|---|
| Travel | 79.10 |
| Telephone, Postage, Photocopying | 146.25 |
| TOTAL EXPENSES | $ 225.35 |
| | |
| TOTAL THIS INVOICE | $ 3,150.35 |
| PAST AMOUNT DUE | $ 6,237.00 |
| TOTAL AMOUNT DUE | $ 9,387.35 |