# EXHIBIT HH

NORRIS, MCLAUGHLIN & MARCUS
A Professional Corporation
Counsellors At Law
721 Route 202-206
P.O. Box 1018
Somerville, NJ 08876-1018
Telephone (908) 722-0700

Page            1
Invoice #    227944
Date      02/12/2002
Client        102188
Matter            1
                 WAD

Honorable Alfred E. Wolin
U.S. District Court
M.L.King, Jr. Federal Bldg.-Court House
Room 4069, 50 Walnut Street
Newark, NJ  07102                         FEI#   62-140-8127

-----------------------------------------------------------------

For professional services rendered from January 1, 2002
through January 31, 2002

Re:  W.R. Grace-Special Master

| Date | | Hours | Amount | Description |
|---|---|---|---|---|
| 1/01/02 | WAD | .50 | 225.00 | (12/27/01)  Telephone cofnerence with Judge Wolin; clearing of conflicts; |
| 1/01/02 | WAD | .40 | 180.00 | (12/28/01)  Telephone conference with Judge Wolin; review of Delaware law; |
| 1/03/02 | WAD | .20 | 90.00 | Review of Court Order and materials; |
| 1/07/02 | WAD | 1.20 | 540.00 | Research re W.R. Grace; meeting at U.S. District Court with Judge Wolin and Professor McGovern; |
| 1/09/02 | WAD | .50 | 225.00 | Reading of background materials sent by Court; |
| 1/10/02 | WAD | 2.00 | 900.00 | Review of file; |
| 1/11/02 | WAD | 3.50 | 1,575.00 | Preparation and meeting at Judge Wolin's chambers with representatives of W. R. Grace and creditors; |
| 1/14/02 | WAD | 1.50 | 675.00 | Receipt and partial review of plaintiff's |

T-326   P.03/08   F-528

Page          2
Invoice #     22794
Date     02/12/2002
Client     102118

---

science brief in friction asbestos cases;
telephone call from [REDACTED]       re
possible choice of law issues;

1/28/02 WAD    .30    135.00    Dictation of letter to Judge Wolin re
scheduling;

1/31/02 WAD    .70    315.00    Research into asbestos claim;

| | 10.80 | | TOTAL HOURS | | | |
|---|---|---|---|---|---|---|
| | | | TOTAL SERVICES | | | $ 4,860.00 |

| | HOURS | RATE | AMOUNT |
|---|---|---|---|
| WILLIAM A. DREIER | 10.80 | 450.00 | 4,860.00 |
| | 10.80 | | $ 4,860.00 |

| Telephone, Postage, Photocopying | | 243.00 |
|---|---|---|
| TOTAL EXPENSES | | $ 243.00 |

TOTAL THIS INVOICE          $ 5,103.00

NORRIS, MCLAUGHLIN & MARCUS
A Professional Corporation
Counsellors At Law
721 Route 202-206
P.O. Box 1018
Somerville, NJ 08876-1018
Telephone (908) 722-0700

```
Page                1
Invoice #     230980
Date     03/08/2002
Client        102188
Matter             1
                 WAD
```

Honorable Alfred E. Wolin
U.S. District Court
M.L.King, Jr. Federal Bldg.-Court House
Room 4069, 50 Walnut Street
Newark, NJ  07102

FEI#   62-140-8127

---

For professional services rendered from February 20, 2002
through February 28, 2002

Re:  W.R. Grace-Special Master

| | | | |
|---|---|---|---|
| 2/20/02 WAD | .20 | 90.00 | Telephone conference with Judge Wolin; |
| 2/25/02 WAD | .80 | 360.00 | Review of decision forwarded by Court; |
| 2/28/02 WAD | .20 | 90.00 | Review of Case Management Order; |

```
       1.20           TOTAL HOURS

                      TOTAL SERVICES              $ 540 00
```

| | HOURS | RATE | AMOUNT |
|---|---|---|---|
| WILLIAM A. DREIER | 1.20 | 450.00 | 540 00 |
| | 1.20 | | $ 540 00 |
| Travel | | | 39 55 |

Page            2
Invoice #     230050
Date      03/08/2002
Client      102188

| | |
|---|---|
| Telephone, Postage, Photocopying | 27.00 |
| TOTAL EXPENSES | $ 66.55 |
| TOTAL THIS INVOICE | $ 606.55 |
| PAST AMOUNT DUE | $  5,103.00 |
| TOTAL AMOUNT DUE | $  5,709.55 |

*Judge Dreier*

NORRIS, MCLAUGHLIN & MARCUS
A Professional Corporation
Counsellors At Law
721 Route 202-206
P.O. Box 1018
Somerville, NJ 08876-1018
Telephone (908) 722-0700

| | |
|---|---|
| Page | 1 |
| Invoice # | 231968 |
| Date | 04/10/2002 |
| Client | 102187 |
| Matter | 1 |
| | WAD |

Asbestos Litigation Advisory Committee
Honorable Alfred E. Wolin
U.S. District Court
M.L.King, Jr. Federal Bldg.-Court House
Room 4069, 50 Walnut Street
Newark, NJ  07102

FEI#   62-140-8127

------------------------------------------------------------------------

For professional services rendered from March 7, 2002
through March 31, 2002

Re:  Asbestos Litigation Advisory Committee

| | | | | |
|---|---|---|---|---|
| 3/07/02 | WAD | .40 | 180.00 | Review of Vairo transcript; |
| 3/12/02 | WAD | .80 | 360.00 | Research and review of recent case law on fraudulent conveyances; |
| 3/13/02 | WAD | .30 | 135.00 | Review of Orders of Judge Wolin; |
| 3/21/02 | WAD | .30 | 135.00 | Telephone conference with Judge Wolin's clerk re scheduling and forms of billing; |

                1.80              TOTAL HOURS

                          TOTAL SERVICES                 $ 810.00


| | HOURS | RATE | AMOUNT |
|---|---|---|---|
| WILLIAM A. DREIER | 1.80 | 450.00 | 810.00 |
| | 1.80 | | 810.00 |

Invoice #   231968
Date    04/10/2002
Client      102187

Computerized Research                                    165.72
Telephone, Postage, Photocopying                          40.50

                    TOTAL EXPENSES                   $  206.22

                TOTAL THIS INVOICE                 $ 1,016.22

                   PAST AMOUNT DUE               $   9,387.35

                TOTAL AMOUNT DUE               $  10,403.57

2

NORRIS, MCLAUGHLIN & MARCUS
A Professional Corporation
Counsellors At Law
721 Route 202-206
P.O. Box 1018
Somerville, NJ 08876-1018
Telephone (908) 722-0700

```
                                          Page            1
                                          Invoice #  233477
                                          Date   05/17/2002
                                          Client     102187
                                          Matter          1
                                                         WAD
  Honorable Alfred E. Wolin
  U.S. District Court
  M.L.King, Jr. Federal Bldg.-Court House
  Room 4069, 50 Walnut Street
  Newark, NJ  07102                        FEI#   62-140-8127
```

------------------------------------------------------------------

For professional services rendered from April 10, 2002
through April 30, 2002

Re:  Asbestos Litigation Advisory Committee


```
4/10/02  WAD   .20   90.00  Review of materials from Judge;

4/17/02  WAD   .10   45.00  Telephone call to Judge's law clerk;

4/24/02  WAD   .30  135.00  Research re later cases in bankruptcy/asbestos;


              .60           TOTAL HOURS

                       TOTAL SERVICES              $ 270.00


                           HOURS      RATE          AMOUNT
  WILLIAM A. DREIER          .60     450.00          270.00
```

Invoice #   233477
Date      05/17/2002
Client      102187

| | HOURS | RATE | AMOUNT |
|---|---|---|---|
| | 0.60 | | 270.00 |

| | | AMOUNT |
|---|---|---|
| Travel | | 39.55 |
| Telephone, Postage, Photocopying | | 13.50 |
| TOTAL EXPENSES | | $ 53.05 |
| TOTAL THIS INVOICE | | $ 323.05 |
| PAST AMOUNT DUE | $ | 10,403.57 |
| TOTAL AMOUNT DUE | $ | 10,726.62 |

2

NORRIS, MCLAUGHLIN & MARCUS
A Professional Corporation
Counsellors At Law
721 Route 202-206
P.O. Box 1018
Somerville, NJ 08876-1018
Telephone (908) 722-0700

```
                                        Page           1
                                        Invoice #   236176
                                        Date    06/17/2002
                                        Client      102187
                                        Matter           1
                                                       WAD
```

Honorable Alfred E. Wolin
U.S. District Court
M.L.King, Jr. Federal Bldg.-Court House
Room 4069, 50 Walnut Street
Newark, NJ  07102                        FEI#   62-140-8127

------------------------------------------------------------------

For professional services rendered from May 9, 2002
through May 31, 2002

Re:  Asbestos Litigation Advisory Committee


5/09/02  WAD   2.40   1,080.00  Review of insurer's memo; research re section
                                5:4(g);
5/17/02  WAD   3.00   1,350.00  Conference with Judge Wolin and Committee
                                members;


              5.40              TOTAL HOURS

                          TOTAL SERVICES            $ 2,430.00


                                HOURS       RATE            AMOUNT
    WILLIAM A. DREIER            5.40     450.00          2,430.00
                                 5.40                     2,430.00
```

Invoice #   236176
Date      06/17/2002
Client       102187

Telephone, Postage, Photocopying                              121.50

                              TOTAL EXPENSES              $ 121.50

                       TOTAL THIS INVOICE            $ 2,551.50

                        PAST AMOUNT DUE         $   10,726.62

                       TOTAL AMOUNT DUE         $   13,278.12

2

NORRIS, MCLAUGHLIN & MARCUS
A Professional Corporation
Counsellors At Law
721 Route 202-206
P.O. Box 1018
Somerville, NJ 08876-1018
Telephone (908) 722-0700

Page          1
Invoice #   246531
Date     11/08/2002
Client        102187
Matter          1
                  WAD

Honorable Alfred E. Wolin
U.S. District Court
M.L.King, Jr. Federal Bldg.-Court House
Room 4069, 50 Walnut Street
Newark, NJ  07102                              FEI#   62-140-8127

--------------------------------------------------------------------------

For professional services rendered from October 1, 2002
through October 31, 2002

Re:  Asbestos Litigation Advisory Committee


10/01/02  SDL    1.20    162.00  Reviewed WAD file regarding billing procedures,
                                  forms, and invoices.

10/03/02  SDL    1.10    148.50  Meeting with Whitney Chelnik at DR Gross and
                                  Assoc. regarding procedures for billing.

10/09/02  SDL     .70     94.50  Reviewed Local Rules of US Bankruptcy Court for
                                  the District of  Delaware regarding the
                                  application for payment of fees.

10/15/02  SDL     .30     40.50  Meeting with Sue Pankowski regarding receipt of
                                  monies owed;

10/15/02  JH     1.10    126.50  Further Pacer research for current service list
                                  on several Delaware bankruptcy cases;

Invoice #   246531
Date    11/08/2002
Client    102187

| 10/17/02 | JH | 4.00 | 460.00 | Pacer research for docket and service lists on several Delaware Bankruptcy cases; |
| 10/18/02 | JH | .70 | 80.50 | Review Pacer and put together service list; |
| 10/21/02 | JH | 1.40 | 161.00 | Pacer research for current service list of several Delaware bankruptcy cases; |
| 10/22/02 | JH | .70 | 80.50 | Pacer research for complete updated service list; |

11.20          TOTAL HOURS

TOTAL SERVICES                          $ 1,354.00

|  | HOURS | RATE | AMOUNT |
|---|---|---|---|
| SUZANA D. LONCAR | 3.30 | 135.00 | 445.50 |
| JEANNA HAND | 7.90 | 115.00 | 908.50 |
|  | 11.20 |  | 1,354.00 |

Telephone, Postage, Photocopying                          67.70

TOTAL EXPENSES                          $ 67.70

TOTAL THIS INVOICE                          $ 1,421.70

PAST AMOUNT DUE                          $  11,490.65

2

Invoice #    246531
Date     11/08/2002
Client      102187

TOTAL AMOUNT DUE          $   12,912.35

NORRIS, MCLAUGHLIN & MARCUS
A Professional Corporation
Counsellors At Law
721 Route 202-206
P.O. Box 1018
Somerville, NJ 08876-1018
Telephone (908) 722-0700

|  |  |
|---|---|
| Page | 1 |
| Invoice # | 231969 |
| Date | 04/10/2002 |
| Client | 102188 |
| Matter | 1 |
|  | WAD |

W.R. Grace-Special Master
Honorable Alfred E. Wolin
U.S. District Court
M.L.King, Jr. Federal Bldg.-Court House
Room 4069, 50 Walnut Street
Newark, NJ  07102

FEI#   62-140-8127

--------------------------------------------------------------------------

For professional services rendered from March 1, 2002
through March 31, 2002

Re:  W.R. Grace-Special Master


3/01/02 WAD   .30   135.00  Telephone conference with E. Evans Wohlforth, Jr.
                           Judge Wolin's law clerk re amendment to Order;
3/13/02 WAD   .20    90.00  Review of scheduling orders of Judge Wolin;


            .50              TOTAL HOURS

                    TOTAL SERVICES                  $ 225.00


|  | HOURS | RATE | AMOUNT |
|---|---|---|---|
| WILLIAM A. DREIER | .50 | 450.00 | 225.00 |
|  | 0.50 |  | 225.00 |

```
Invoice #    231969
Date      04/10/2002
Client      102188
```

Computerized Research                                    22.44
Telephone, Postage, Photocopying                         11.25

                      TOTAL EXPENSES              $ 33.69


                 TOTAL THIS INVOICE              $ 258.69

                  PAST AMOUNT DUE          $    5,709.55

                TOTAL AMOUNT DUE           $    5,968.24

2

NORRIS, MCLAUGHLIN & MARCUS
A Professional Corporation
Counsellors At Law
721 Route 202-206
P.O. Box 1018
Somerville, NJ 08876-1018
Telephone (908) 722-0700

```
                                          Page            1
                                          Invoice #  233478
                                          Date     05/17/2002
                                          Client      102188
                                          Matter           1
Honorable Alfred E. Wolin                                  WAD
U.S. District Court
M.L.King, Jr. Federal Bldg.-Court House
Room 4069, 50 Walnut Street
Newark, NJ  07102                         FEI#   62-140-8127
```

------------------------------------------------------------------------

For professional services rendered from April 4, 2002
through April 30, 2002

Re:  W.R. Grace-Special Master


| Date | | | | |
|------|------|------|--------|---|
| 4/04/02 | WAD | .20 | 90.00 | Telephone conference with E. Evans Wohlforth, Jr. re W.R. Grace conflicts; |
| 4/19/02 | WAD | .30 | 135.00 | Review of orders; telephone conference with Evans Wohlforth re severance order and discovery; |
| 4/29/02 | WAD | .20 | 90.00 | Conference with Evans Wohlforth re scheduling; |


            .70              TOTAL HOURS

                       TOTAL SERVICES            $ 315.00

```
Invoice #    233478
Date     05/17/2002
Client       102188
```

|                        | HOURS | RATE   | AMOUNT |
|------------------------|-------|--------|--------|
| WILLIAM A. DREIER      | .70   | 450.00 | 315.00 |
|                        | 0.70  |        | 315.00 |

| Telephone, Postage, Photocopying |        | 15.75 |
|----------------------------------|--------|-------|
| TOTAL EXPENSES                   |        | $ 15.75 |

|                       |    |          |
|-----------------------|----|----------|
| TOTAL THIS INVOICE    |    | $ 330.75 |
| PAST AMOUNT DUE       | $  | 5,968.24 |
| TOTAL AMOUNT DUE      | $  | 6,298.99 |

2

NORRIS, MCLAUGHLIN & MARCUS
A Professional Corporation
Counsellors At Law
721 Route 202-206
P.O. Box 1018
Somerville, NJ 08876-1018
Telephone (908) 722-0700

```
Page              1
Invoice #   236177
Date   .06/17/2002
Client       102188
Matter          1
                WAD
```

Honorable Alfred E. Wolin
U.S. District Court
M.L.King, Jr. Federal Bldg.-Court House
Room 4069, 50 Walnut Street
Newark, NJ  07102                    FEI#   62-140-8127

---------------------------------------------------------------------

For professional services rendered from May 6, 2002
through May 31, 2002

Re:  W.R. Grace-Special Master


| Date | | Hours | Amount | Description |
|------|------|------|------|------|
| 5/06/02 | WAD | .20 | 90.00 | Review of fee application filed with court; |
| 5/14/02 | WAD | .20 | 90.00 | Telephone conference with Evans Wohlforth re discovery motion; |
| 5/22/02 | WAD | .30 | 135.00 | Receipt and review of Protective Orders; |
| 5/31/02 | WAD | .20 | 90.00 | Conference call with counsel re scheduling; |

        .90            TOTAL HOURS

              TOTAL SERVICES              $ 405.00


| | HOURS | RATE | AMOUNT |
|------|------|------|------|
| WILLIAM A. DREIER | .90 | 450.00 | 405.00 |
| | 0.90 | | 405.00 |

```
Invoice #    236177
Date     06/17/2002
Client       102188
```

Telephone, Postage, Photocopying                               20.25

                              TOTAL EXPENSES                  $ 20.25

                      TOTAL THIS INVOICE                    $ 425.25

                          PAST AMOUNT DUE            $   6,298.99

                      TOTAL AMOUNT DUE               $   6,724.24

2

NORRIS, MCLAUGHLIN & MARCUS
A Professional Corporation
Counsellors At Law
721 Route 202-206
P.O. Box 1018
Somerville, NJ 08876-1018
Telephone (908) 722-0700

Page            1
Invoice #   238434
Date      07/17/2002
Client       102188
Matter           1
WAD

Honorable Alfred E. Wolin
U.S. District Court
M.L.King, Jr. Federal Bldg.-Court House
Room 4069, 50 Walnut Street
Newark, NJ  07102                                    FEI#   62-140-8127

-----------------------------------------------------------------------

For professional services rendered from June 4, 2002
through June 30, 2002

Re:  W.R. Grace-Special Master

| Date | | Hours | Amount | Description |
|------|----|-------|--------|-------------|
| 6/04/02 | WAD | 1.80 | 810.00 | Reading pre-hearing memos; telephone hearing; writing of opinion; |
| 6/07/02 | WAD | 1.00 | 450.00 | Start on review for Opinion; |
| 6/08/02 | WAD | 1.50 | 675.00 | Research and dictation of Order and Opinion; |
| 6/09/02 | WAD | 2.20 | 990.00 | Research and dictation of Order and Opinion; |
| 6/11/02 | WAD | .70 | 315.00 | Review and revision of draft Order; |
| 6/12/02 | WAD | .90 | 405.00 | Final revision of Opinion and Order; |
| 6/18/02 | WAD | 1.60 | 720.00 | Review of briefs; telephone motion hearing; |
| 6/19/02 | WAD | .20 | 90.00 | Telephone conference with Evans Wohlforth re motion before Court; |
| 6/20/02 | WAD | .40 | 180.00 | Review of opposition to insurance company settlement limited disclosure; |
| 6/21/02 | WAD | 1.90 | 855.00 | Receipt and review of opposition papers to insurers with disclosures; hearing on motion at deposition; hearing of motion to direct insurance settlement agreement disclosure; dictation of Order; |

```
                                      Invoice #    238434
                                      Date    07/17/2002
                                      Client       102188
```

| Date | | Hours | Amount | Description |
|---|---|---|---|---|
| 6/25/02 | WAD | 1.30 | 585.00 | Review of Justice Department's letter brief; Sealed Air (Skadden Arps) opposition; Grace (Kirkland & Ellis) opposition; |
| 6/26/02 | WAD | 2.80 | 1,260.00 | Reading of new submissions, including transcript; telephone conferences on cross-motions; argument re new hearing tomorrow re interim disclosures; telephone conference with Judge's clerk re status of London Markets Insurers' claims; telephone conference with Ms. Fleishman re agreement to amendment to Order; preparation of Order; |
| 6/27/02 | WAD | 2.00 | 900.00 | Review of supplemental motions and drafting of amending orders; |
| 6/28/02 | WAD | 1.60 | 720.00 | Telephone conference with attorneys re motion to compel production of privileged documents; reading of motion papers; |

```
        19.90              TOTAL HOURS

                   TOTAL SERVICES           $ 8,955.00
```

| | HOURS | RATE | AMOUNT |
|---|---|---|---|
| WILLIAM A. DREIER | 19.90 | 450.00 | 8,955.00 |
| | 19.90 | | 8,955.00 |

```
Travel                                          39.55
Telephone, Postage, Photocopying               447.75

                   TOTAL EXPENSES            $ 487.30
```

2

```
Invoice #    238434
Date     07/17/2002
Client      102188
```

|  |  |
|---|---|
| TOTAL THIS INVOICE | $ 9,442.30 |
| PAST AMOUNT DUE | $ 5,273.37 |
| TOTAL AMOUNT DUE | $ 14,715.67 |

3

NORRIS, MCLAUGHLIN & MARCUS
A Professional Corporation
Counsellors At Law
721 Route 202-206
P.O. Box 1018
Somerville, NJ 08876-1018
Telephone (908) 722-0700

```
                                        Page            1
                                        Invoice #  240614
                                        Date    08/14/2002
                                        Client     102188
                                        Matter          1
Honorable Alfred E. Wolin                                WAD
U.S. District Court
M.L.King, Jr. Federal Bldg.-Court House
Room 4069, 50 Walnut Street
Newark, NJ  07102                       FEI#   62-140-8127
```

-------------------------------------------------------------

For professional services rendered from July 1, 2002
through July 31, 2002

Re:  W.R. Grace-Special Master


| Date | | Hours | Amount | Description |
|---|---|---|---|---|
| 7/01/02 | WAD | .40 | 180.00 | Telephone conference with Evans Wohlforth re scheduling; telephone conference with Judge Wolin's chambers; |
| 7/02/02 | WAD | 4.20 | 1,890.00 | Hearing at U.S. District Court with plaintiffs and Sealed Air attorneys; |
| 7/10/02 | WAD | .20 | 90.00 | Telephone conference with Judge Wolin re new motion for discovery sanctions; |
| 7/11/02 | WAD | 2.20 | 990.00 | Prepare for and argument of motion re discovery of site information and arguments to be permitted; dictation of Order; |
| 7/12/02 | WAD | 1.20 | 540.00 | Review and revisions of Orders of 6/12/02; argument of motion re modification of 6/18/02 |

Invoice #   240614
Date   08/14/2002
Client     102188

|          |     |      |          |                                                                                                                                                                                                           |
|----------|-----|------|----------|-------|
|          |     |      |          | order; preparation and revision of order; |
| 7/15/02  | WAD | 2.60 | 1,170.00 | Reading brief; argument on motion; |
| 7/16/02  | WAD | 1.60 | 720.00   | Telephone conference with Evans Wohlforth re review of June Order; review of moving and responsive memoranda; conference call with counsel re modification of July 12, 2002, Order; |
| 7/19/02  | WAD | 1.80 | 810.00   | Telephone call from Judge Fitzgerald re discovery and progress of bankruptcy proceedings; review of objection letter to Judge Wolin; review of moving and respondent memos; hearing on motion by Sealed Air to compel document production; |
| 7/22/02  | WAD | .20  | 90.00    | Review of Order; |
| 7/23/02  | WAD | .80  | 360.00   | Argument and objections and arbitration ruling at deposition; review of brief re standards for fraudulent transfer; |
| 7/24/02  | WAD | .50  | 225.00   | Hearing on motions re setting delivery time for post 1998 records; amendment of confidentiality "eyes only" order; |
| 7/29/02  | WAD | .50  | 225.00   | Telephone call from Ms. Fleischman re motion to compel; telephone call from Ms. Fleischman and Ms. Browdy re motion on 8/2; |
| 7/31/02  | WAD | .30  | 135.00   | Review of plaintiffs' brief on motions to compel production of bank records; |

Invoice #   240614
Date    08/14/2002
Client      102188

| | 16.50 | TOTAL HOURS | | |
|---|---|---|---|---|
| | | TOTAL SERVICES | | $ 7,425.00 |

| | HOURS | RATE | AMOUNT |
|---|---|---|---|
| WILLIAM A. DREIER | 16.50 | 450.00 | 7,425.00 |
| | 16.50 | | 7,425.00 |

| | | |
|---|---|---|
| Telephone, Postage, Photocopying | | 371.25 |
| | TOTAL EXPENSES | $ 371.25 |

| | |
|---|---|
| TOTAL THIS INVOICE | $ 7,796.25 |
| PAST AMOUNT DUE | $ 7,218.65 |
| TOTAL AMOUNT DUE | $  15,014.90 |

3

NORRIS, MCLAUGHLIN & MARCUS
A Professional Corporation
Counsellors At Law
721 Route 202-206
P.O. Box 1018
Somerville, NJ 08876-1018
Telephone (908) 722-0700

Page          1
Invoice #   242353
Date     09/11/2002
Client        102188
Matter             1
WAD

Honorable Alfred E. Wolin
U.S. District Court
M.L.King, Jr. Federal Bldg.-Court House
Room 4069, 50 Walnut Street
Newark, NJ  07102

FEI#   62-140-8127

-------------------------------------------------------------------

For professional services rendered from August 2, 2002
through August 31, 2002

Re:  W.R. Grace-Special Master

8/02/02  WAD    3.20   1,440.00  Conference call with plaintiffs and bank
                                 attorneys re production application; telephone
                                 call from Ms. Fleischman re non-production of
                                 post-1998 materials and privilege log; calls
                                 from attorney Rick Davis and from Jerry
                                 Ellington; reading motion memoranda

8/05/02  WAD    2.70   1,215.00  Reading of briefs; conference calls with
                                 attorneys on 4 motions re privilege claims;
                                 contractual preclusion of further discovery;
                                 review and signing of orders;

8/06/02  WAD     .80     360.00  Review of orders; conference call to settle
                                 form; review of memorandum from Grace re ex
                                 parte revivew; calls to Ms. Fleischman,
                                 Michelle Browdy re Friday arguments;

Invoice #    242353
Date     09/11/2002
Client      102188

| Date | | | | |
|---|---|---|---|---|
| 8/07/02 | WAD | .80 | 360.00 | Review of additional memoranda re Friday motions; |
| 8/08/02 | WAD | .50 | 225.00 | Call from attorneys re Friday argument; preparation for Friday argument; |
| 8/09/02 | WAD | 7.50 | 3,375.00 | Motion hearing in Newark; conference with Judge Wolin; |
| 8/13/02 | WAD | 1.90 | 855.00 | Work on motion opinion for Judge Wolin; reading of notice of motion on discovery by Bilzer firm; |
| 8/15/02 | WAD | 1.60 | 720.00 | Reading of motion hearing (.5); motion briefs; |
| 8/16/02 | WAD | 3.80 | 1,710.00 | Review of briefs for new motion; motion hearing; review of application and telephone calls from attorneys re motion from Sealed Air for execution; review of e-mail of two Court Opinions and Orders; drafts of Opinion re proofs of claim for Science trial appeal; rescheduling Order issues re 8/9 motion; |
| 8/19/02 | WAD | 4.20 | 1,890.00 | Revision of memorandum Opinion; review of submissions on motions hearing of 2 motions and call and letter re settlement of another motion; telephone conference with Drew Berry, attorney for a subpoenaed attorney; review, amend and sign Orders; |
| 8/20/02 | WAD | 1.30 | 585.00 | Review and amendments to forms of Orders; |
| 8/21/02 | WAD | .30 | 135.00 | Work on Amended Orders; |
| 8/22/02 | WAD | 1.20 | 540.00 | Three orders and objections to same; letter and calls re continuous review and decision re same; |
| 8/23/02 | WAD | .20 | 90.00 | Letters re postponement of motion hearing; |
| 8/28/02 | WAD | .60 | 270.00 | Motion by Unsecured Creditors Committee; revised Order; telephone conference with Evans Wolfroth; |
| 8/29/02 | WAD | .30 | 135.00 | Telephone conference with Evans Wolfroth and Judge Wolin re case status and attendance at |

2

Invoice #   242353
Date    09/11/2002
Client      102188

9/3/02 hearing;
8/30/02 WAD   .80   360.00   Review of moving papers; telephone conference
with attorneys; set up two motions for
hearing; preparation for Tuesday District
Court session;

31.70   TOTAL HOURS

TOTAL SERVICES   $ 14,265.00

| | HOURS | RATE | AMOUNT |
|---|---|---|---|
| WILLIAM A. DREIER | 31.70 | 450.00 | 14,265.00 |
| | 31.70 | | 14,265.00 |

Computerized Research   114.84
Meals   56.07
Telephone, Postage, Photocopying   713.25

TOTAL EXPENSES   $ 884.16

TOTAL THIS INVOICE   $ 15,149.16

PAST AMOUNT DUE   $  15,014.90

TOTAL AMOUNT DUE   $  30,164.06

3

NORRIS, MCLAUGHLIN & MARCUS
A Professional Corporation
Counsellors At Law
721 Route 202-206
P.O. Box 1018
Somerville, NJ 08876-1018
Telephone (908) 722-0700

Page                1
Invoice #   244250
Date     10/09/2002
Client        102188
Matter             1
                  WAD

Honorable Alfred E. Wolin
U.S. District Court
M.L.King, Jr. Federal Bldg.-Court House
Room 4069, 50 Walnut Street
Newark, NJ   07102                          FEI#   62-140-8127

-----------------------------------------------------------------------

For professional services rendered from September 3, 2002
through September 30, 2002

Re:  W.R. Grace-Special Master


9/03/02  WAD   5.90   2,655.00  Amended District Court session with all
                               attorneys; confer with Judge; hearing of
                               motion by Unsecured Creditor Committee;

9/04/02  WAD    .40    180.00  Motion hearing;

9/05/02  WAD    .80    360.00  Receipt and review of Judge Wolin's opinion an
                               order DOJ appeal; review and signing of order
                               extending discovery of Dr. Bates deposition to
                               9/18; confer with Judge's clerk;

9/06/02  WAD   1.20    540.00  Review of emergent motion by Bert Wolff and
                               hearing of motion;

9/06/02  WAD    .50    225.00  Review of motion to compel production of
                               SealedAir motion to compel production;

Invoice #   244250
Date    10/09/2002
Client      102188

| | | | | |
|---|---|---|---|---|
| 9/09/02 | WAD | .20 | 90.00 | Conference call-Ruling on evidence issues; |
| 9/10/02 | WAD | .60 | 270.00 | Amend and sign order; telephone conference with Evans at Judge Wolin's Court; |
| 9/11/02 | WAD | 1.20 | 540.00 | Oral Argument Motions by Mr. Zotti and by Mr. Kaplan; |
| 9/12/02 | WAD | .40 | 180.00 | Telephone conference with Judge Wolin re: status of parties; review and e-mails; signing of Order; |
| 9/13/02 | WAD | 1.20 | 540.00 | Review of order and motions; signed and returned order; |
| 9/17/02 | WAD | .20 | 90.00 | Telephone conference with Judge Wolin's Chambers; 9/18 hearing; |
| 9/18/02 | WAD | 4.50 | 2,025.00 | Hearing in Judge Wolin's court on status of Grace; |
| 9/23/02 | WAD | .80 | 360.00 | Telephone conference with Judge Wolin; research; telephone conference with Rachael Fleishman re: scheduling; |
| 9/24/02 | WAD | 1.90 | 855.00 | Review of motion papers, opposition and motion hearing; |
| 9/26/02 | WAD | .30 | 135.00 | Review and sign of order and argument re: same; |
| 9/30/02 | WAD | 1.40 | 630.00 | Confer with SDL and setting up of billing procedure; telephone conference with Judge's clerk rereading of Cybergenics Corp. and proposal to court re: trustee which assigns to |

2

Invoice #   244250
Date      10/09/2002
Client        102188

management all powers other than avoidance, or
a general trustee with limited powers;

9/30/02 SDL    .40    54.00  Meeting with WAD regarding billing matters for
                             special master; telephone call to Evans
                             Wholferth regarding forms to be used for
                             payment to special master; telephone call to
                             Whitney Chelnik regarding process for billing;

21.90           TOTAL HOURS

                TOTAL SERVICES                $ 9,729.00

| | HOURS | RATE | AMOUNT |
|---|---|---|---|
| WILLIAM A. DREIER | 21.50 | 450.00 | 9,675.00 |
| SUZANA D. LONCAR | .40 | 135.00 | 54.00 |
| | 21.90 | | 9,729.00 |

Travel                                           39.55
Telephone, Postage, Photocopying                486.45

                TOTAL EXPENSES                $ 526.00

                TOTAL THIS INVOICE            $ 10,255.00

                PAST AMOUNT DUE               $ 28,376.59

3

Invoice #    244250
Date    10/09/2002
Client    102188

TOTAL AMOUNT DUE                    $   38,631.59

NORRIS, MCLAUGHLIN & MARCUS
A Professional Corporation
Counsellors At Law
721 Route 202-206
P.O. Box 1018
Somerville, NJ 08876-1018
Telephone (908) 722-0700

| | |
|---|---|
| Page | 1 |
| Invoice # | 246532 |
| Date | 11/08/2002 |
| Client | 102188 |
| Matter | 1 |
| | WAD |

Honorable Alfred E. Wolin
U.S. District Court
M.L.King, Jr. Federal Bldg.-Court House
Room 4069, 50 Walnut Street
Newark, NJ  07102                          FEI#   62-140-8127

------------------------------------------------------------------

For professional services rendered from October 14, 2002
through October 31, 2002

Re:  W.R. Grace-Special Master


| Date | Init | Hours | Amount | Description |
|---|---|---|---|---|
| 10/14/02 | JH | 1.20 | 138.00 | Pacer research in DE for service lists of several cases; |
| 10/18/02 | SDL | .20 | 27.00 | Telephone conference with E. Wohlforth regarding first interim application and monies received; |
| 10/22/02 | JH | .40 | 46.00 | Pacer research for complete updated service list; |
| 10/30/02 | SDL | .20 | 27.00 | Telephone conference with Whitney Chelnik regarding assembling materials for billing purposes; |

```
Invoice #   246532
Date     11/08/2002
Client     102188
```

| | | | |
|---|---|---|---|
| 2.00 | TOTAL HOURS | | |
| | TOTAL SERVICES | | $ 238.00 |

| | HOURS | RATE | AMOUNT |
|---|---|---|---|
| SUZANA D. LONCAR | .40 | 135.00 | 54.00 |
| JEANNA HAND | 1.60 | 115.00 | 184.00 |
| | 2.00 | | 238.00 |

| | |
|---|---|
| Travel | 39.55 |
| Computerized Research | 230.07 |
| Telephone, Postage, Photocopying | 11.90 |
| TOTAL EXPENSES | $ 281.52 |

| | |
|---|---|
| TOTAL THIS INVOICE | $ 519.52 |
| PAST AMOUNT DUE | $ 38,631.59 |
| TOTAL AMOUNT DUE | $ 39,151.11 |

2

**EXHIBIT II**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W.R. Grace & Co., <u>et al.</u>, | ) Case No. 01-01139 (JKF) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |

## AFFIDAVIT OF ANTHONY YOSELOFF

| | |
|---|---|
| STATE OF NEW YORK | ) |
| | :   ss.: |
| COUNTY OF NEW YORK | ) |

I, Anthony Yoseloff, being duly sworn, declare as follows:

1.      I am a Partner at M.H. Davidson & Co., LLC, the ultimate parent of D.K. Acquisition Partners, L.P. ("Acquisition").

2.      If I were called upon to testify, I could and would testify to each of the facts set forth herein.

3.      As part of my monitoring of the W.R. Grace bankruptcy, I have had several conversations with David Siegel, General Counsel of W.R. Grace & Co ("Grace"). At least two of these conversations have addressed the appointment of representatives for future claimants in the Grace case.

4.      On October 13, 2003, the date that Grace filed its application to have C. Judson Hamlin appointed as futures representative, Mr. Siegel told me that Grace intended to file

the application. Mr. Siegel and I also discussed the recusal motion that had been filed in the Owens-Corning bankruptcy. Mr. Siegel told me that Grace was considering deferring the Hamlin application. Later that day, Grace filed its application.

5.    On November 5, 2003, Mr. Siegel told me that he had preferred David R. Gross as a candidate for futures representative because he was not overly familiar with Mr. Hamlin. He further revealed that David Bernick had reported having a conversation with Judge Wolin where Judge Wolin had told him that Mr. Hamlin was a "good guy" and that Grace should select Mr. Hamlin as their candidate for futures representative. A copy my contemporaneous notes of this conversation, made and kept as regular practice of my business activity, are attached hereto as Exhibit A.

Anthony Yoseloff

Sworn to before me this
day of January, 2004

Notary Public

KIMBERLY A. SMITH
NOTARY PUBLIC, State of New York
No. 01SM5065654
Qualified in New York County
Commission Expires Sept. 6,

-2-