IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | Chapter 11 |
| OWENS CORNING, et al., | Case Nos. 00-3837 through 00-3854 |
| Debtors. | |
| IN RE: | Chapter 11 |
| W.R. GRACE & CO., et al. | Case Nos. 01-1139 through 01-1200 |
| Debtors. | |
| IN RE: | Chapter 11 |
| USG CORPORATION, a Delaware Corporation, et al. | Case Nos. 01-2094 through 01-2104 |
| Debtors. | |

## MOTION FOR LEAVE TO EXCEED PAGE LIMIT

The Owens Corning Debtors, the Asbestos Claimants Committees in the *Owens Corning*, *W.R. Grace*, and *USG* Bankruptcy Proceedings, and James J. McMonagle and Dean M. Trafalet, the Representatives of Future Asbestos Personal Injury Claimants in *Owens Corning* and *USG* (the "Opposing Parties") seek leave of Court pursuant to Rule 7.1.3 (a) of the Local Rules of Civil Practice and Procedure of the United States District Court for the District of Delaware to exceed the page limit applicable to opening briefs.

The Opposing Parties are confronted with the task of opposing three recusal motions in three major bankruptcy cases. They have prepared a single, consolidated brief instead of six separate briefs in opposition to the motions to recuse the District Court. The consolidated brief runs 65 approximately pages. Individual briefs submitted on

behalf of each of the six Opposing Parties would have totaled 240 pages. The additional pages enable the Opposing Parties to argue in a single document, thereby facilitating the efficient administration of these emergency proceedings consistent with the mandate from the United States Court of Appeals for the Third Circuit.

Accordingly, the Opposing Parties respectfully request that the Court grant leave to exceed the page limit imposed by Local Rule 7.1.3.

Respectfully submitted,

_____
SAUL EWING LLP
Norman L. Pernick (I.D. # 2290)
222 Delaware Avenue
P.O. Box 1266
Wilmington, DE 19899-1266
(302) 421-6800

Charles O. Monk, II
Matthew G. Dobson
100 South Charles Street
Baltimore, MD 21201-2773
(410) 332-8600

Attorneys for the Owens Corning Debtors
and Debtors-in-Possession

CAPLIN & DRYSDALE, CHARTERED
Elihu Inselbuch
Peter Van N. Lockwood
Nathan D. Finch
399 Park Avenue
New York, NY 10022
(212) 319-7125