## IN THE UNITED STATES DISTRICT COURT
## IN AND FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| IN RE: | * Chapter 11 |
|  | * Case Nos. 00-3837 through 00-3854 |
| OWENS CORNING, et al., | * |
| Debtors. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

|  |  |
|---|---|
| IN RE: | * Chapter 11 |
|  | * Case Nos. 01-1139 through 01-1200 |
| W.R. GRACE & CO., et al. | * |
| Debtors. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

|  |  |
|---|---|
| IN RE: | * Chapter 11 |
| USG CORPORATION, a | * Case Nos. 01-2094 through 01-2104 |
| Delaware Corporation, et al. | * |
|  | * **Related to Docket No. _____** |
| Debtors. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER GRANTING MOTION FOR LEAVE TO EXCEED PAGE LIMIT

Upon the motion dated January 15, 2004, of the Owens Corning Debtors, the Asbestos Claimants Committees in the *Owens Corning*, *W.R. Grace*, and *USG* Bankruptcy Proceedings, and James J. McMonagle and Dean M. Trafalet, the Representatives of Future Asbestos Personal Injury Claimants in *Owens Corning* and *USG* in the above-captioned cases (the "Opposing Parties"), pursuant to Rule 7.1.3 of the Local Rules of Civil Practice and Procedure of the United States District Court for the District of Delaware for leave to exceed the page limit applicable to opening briefs; and due and proper notice of the Motion having been given; and no adverse interest being affected; and after due deliberation and sufficient cause appearing therefor; it is hereby

ORDERED, this _____ day of January, 2004, that the Motion is GRANTED.


_____
Alfred M. Wolin
United States District Judge