IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | * | Chapter 11 |
| | * | Case Nos. 00-3837 through 00-3854 |
| OWENS CORNING, et al., | * | |
| | * | **Related to DI 10656** |
| Debtors. | * | |

| | | |
|---|---|---|
| IN RE: | * | Chapter 11 |
| | * | Case Nos. 01-1139 through 01-1200 |
| W.R. GRACE & CO., et al., | * | |
| | * | **Related to DI 4941** |
| Debtors. | * | |

| | | |
|---|---|---|
| IN RE: | * | Chapter 11 |
| | * | |
| USG CORPORATION, a | * | Case Nos. 01-2094 through 01-2104 |
| Delaware Corporation, et al., | * | |
| | * | **Related to DI 5272** |
| Debtors. | * | |

## NOTICE OF ERRATA REGARDING SIGNATURE PAGE TO MOTION FOR LEAVE TO EXCEED PAGE LIMIT

**PLEASE TAKE NOTICE** that, on January 15, 2004, the Owens Corning Debtors, the Asbestos Claimants Committees in the *Owens Corning*, *W.R. Grace*, and *USG* Bankruptcy Proceedings, and James J. McMonagle and Dean M. Trafalet, the Representatives of Future Asbestos Personal Injury Claimants in *Owens Corning* and *USG*, filed the Motion for Leave to Exceed Page Limit [Docket Nos. 10656, 4941 and 5272, respectively] (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that, all of the signature pages to Motion were inadvertently not electronically filed. Attached hereto is a complete copy of the Motion.

Dated: January 15, 2004              SAUL EWING LLP

                          By:    */s/ J. Kate Stickles*
                                 Norman L. Pernick (No. 2290)
                                 J. Kate Stickles (No. 2917)
                                 222 Delaware Avenue
                                 P.O. Box 1266
                                 Wilmington, DE 19899-1266
                                 (302) 421-6800