IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | Re: Docket Nos. 4853 and 4908 |

**DEBTORS' MOTION FOR LEAVE TO FILE DEBTORS' REPLY TO
THE PROPERTY DAMAGE COMMITTEE'S OBJECTION TO
DEBTORS' MOTION FOR LIMITED WAIVER OF DEL.BANKR.LR 3007-1
FOR THE PURPOSE OF STREAMLINING OBJECTIONS TO CERTAIN
CLAIMS FILED PURSUANT TO THE BAR DATE ORDER**

The above-captioned debtors and debtors in possession (collectively, the

"Debtors") hereby request authority pursuant to Del.Bankr.LR 9006-1(d) to file a reply in further

support of the *Motion of Debtors for Limited Waiver of Del.Bankr.LR 3007-1 for the Purpose of*

*Streamlining Objections to Certain Claims Filed Pursuant to the Bar Date Order* (the "Waiver

Motion"), which is currently scheduled for hearing before the Court on January 26, 2004 at

---

[1]    The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc.; E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

12:00 p.m. (the "Hearing").

Given the significance of the issues presented in the Waiver Motion, the Debtors seek authority to file their reply (the "Reply") to the *Objection of the Official Committee of Asbestos Property Damage Claimants to Motion of Debtors for Limited Waiver of Del.Bankr.LR 3007-1 for Purposes of Streamlining Objections to Asbestos Property Damage Claims* (the "Objection") to respond to the arguments made by the Official Committee of Asbestos Property Damage Claimants and to highlight the benefits that the relief requested will provide to the Debtors' estates.

91100-001\DOCS_DE:87282.1

WHEREFORE, the Debtors respectfully request the entry of an Order granting it

authority to file the Reply, a copy of which is attached hereto as **Exhibit 1**.

Dated: January 16, 2004

> KIRKLAND & ELLIS LLP
> David M. Bernick, P.C.
> Janet S. Baer
> James W. Kapp III
> Samuel L. Blatnick
> 200 East Randolph Drive
> Chicago, Illinois 60601
> (312) 861-2000
>
> and
>
> PACHULSKI, STANG, ZIEHL, YOUNG, JONES &
> WEINTRAUB P.C.
>
> Laura Davis Jones (Bar No. 2436)
> David W. Carickhoff, Jr. (Bar No. 3715)
> 919 North Market Street, 16th Floor
> P.O. Box 8705
> Wilmington, Delaware 19899-8705 (Courier 19801)
> Telephone: (302) 652-4100
> Facsimile:  (302) 652-4400
>
> Co-Counsel for the Debtors and Debtors in Possession

**SO ORDERED** this ___ day
of _____, 2004

_____
The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

3

91100-001\DOCS_DE:87282.1