# Exhibit B

Example of a Proof of Claim Form with Materially
Deficient Supporting Documentation

11316                                                          **PD**

**UNIFIED GOVERNMENT OF
WYANDOTTE COUNTY KCK,**

# WR Grace
Property Damage
Index Sheet

| Claim Number: | 00011316 | | Receive Date: | 03/31/2003 |
|---|---|---|---|---|

## Multiple Claim Reference

Claim Number    _____

- ☐ MMPOC    Medical Monitoring Claim Form
- ☐ PDPOC    Property Damage
- ☐ NAPO    Non-Asbestos Claim Form
- ☐    Amended

Claim Number    _____

- ☐ MMPOC    Medical Monitoring Claim Form
- ☐ PDPOC    Property Damage
- ☐ NAPO    Non-Asbestos Claim Form
- ☐    Amended

## Attorney Information

| Firm Number: | 00365 | Firm Name: | Evans & Mullinix PA |
|---|---|---|---|
| Attorney Number: | 00245 | Attorney Name: | Joanne B Stutz |

Zip Code:    66217

Cover Letter Location Number:    SR00000648

| Attachments Medical Monitoring | Attachments Property Damage | Non-Asbestos |
|---|---|---|
| ☐ TBD | ☐ TBD | ☐ Other Attachments |
| ☐ TBD | ☐ TBD | |
| ☐ TBD | ☐ TBD | |
| ☐ TBD | ☐ TBD | |
| ☐ TBD | ☐ TBD | |
| | ☒ Other Attachments | |

**Other**

- ☐ Non-Standard Form
- ☐ Amended
- ☐ Post-Deadline Postmark Date

Box/Batch: WRPD0014/WRPD0053                    Document Number: WRPD002632

# PART 1: CLAIMING PARTY INFORMATION

**NAME:**

`U N I F I E D   G O V E R N M E N T   O F   W Y A N D O T T E   C O U N T Y   K C K`

*Name of individual claimant (first, middle and last name) or business claimant*

**SOCIAL SECURITY NUMBER (Individual Claimants):**

*(last four digits of SSN)*

**F.E.I.N. (Business Claimants)**

`☐ ☐ - ☐ ☐ ☐ ☐ ☐ ☐ ☐`

**Other names by which claiming party has been known (such as maiden name or married name):**

*First*   *MI*   *Last*

*First*   *MI*   *Last*

**GENDER:** ☐ MALE   ☐ FEMALE

**Mailing Address:**

`7 0 1   N O R T H   7 T H   S T R E E T   S U I T E   5 3 2`

*Street Address*

`K A N S A S   C I T Y`   *State (Province)* `K S`   *Zip Code (Postal Code)* `6 6 1 0 1`

*City*

`U S A`

*Country*

# PART 2: ATTORNEY INFORMATION

**The claiming party's attorney, if any (You do not need an attorney to file this form):**

**Law Firm Name:**

`E V A N S   &   M U L L I N I X   P A`

**Name of Attorney:**

`J O A N N E`   *MI* `E`   *Last* `S T U T Z`

*First*

**Mailing Address:**

`7 2 2 5   R E N N E R   R D   S U I T E   2 0 0`

*Street Address*

`S H A W N E E`   *State (Province)* `K S`   *Zip Code (Postal Code)* `6 6 2 1 7`

*City*

**Telephone:**

`( 9 1 3 )   9 6 2 - 8 7 0 0`

*Area Code*

REC'D MAR 3 1 2003

WR Grace      PD.14.53.2632
                00011316
SR=648

9276101

1000650

# PART 3:  PROPERTY INFORMATION

## A. Real Property For Which A Claim Is Being Asserted

1. What is the address of the real property for which a claim is being asserted (referred to herein as "the property")?

`8 0 5   N O R T H   6 T H   S T R E E T`
*Street Address*

`K A N S A S   C I T Y`        `K S`    `6 6 1 0 1`
*City*            *State*     *Zip Code*
            *(Province)*  *(Postal Code)*

`U S A`
*Country*

2. Are you completing an Asbestos Property Damage Proof of Claim Form for any other real property other than the one listed at "1" above?

   ☒ Yes        ☐ No

3. Do you currently own the property listed in Question 1, above?

   ☒ Yes        ☐ No

4. When did you purchase the property?     ☐☐ - ☐☐ - ☐☐
                                          *Month*  *Day*  *Year*

5. What is the property used for (check all that apply)
   - ☐ Owner occupied residence
   - ☐ Residential rental
   - ☐ Commercial
   - ☐ Industrial     Specify: _____
   - ☒ Other          Specify: `Vacant Building - Previously housed City Hall`

6. How many floors does the property have?    `4`

7. What is the approximate square footage of the property?   `4 5 0 0 0`

8. When was the property built?
   - ☒ Before 1969
   - ☐ 1969 - 1973
   - ☐ After 1973

9. What is the structural support of the property?
   - ☐ Wood frame
   - ☒ Structural concrete
   - ☐ Brick
   - ☐ Steel beam/girder
   - ☐ Other     Specify: _____

10. Have you or has someone on your behalf completed any interior renovations on the property which affected any asbestos on the property?
    - ☐ Yes        ☐ No

9276102                    1000650

## A.  Real Property For Which A Claim Is Being Asserted (continued)

If yes, please specify the dates and description of such renovations.

| | | |
|---|---|---|
| Year | Description | |
| Year | Description | |
| Year | Description | |

11.  To the best of your knowledge, have any other interior renovations been completed on the property during any other period of time which affected any asbestos on the property?

☐ Yes        ☐ No

If yes, please specify the dates and descriptions of such renovations.

| | | |
|---|---|---|
| Year | Description | |
| Year | Description | |
| Year | Description | |

## B.  Claim Category

12.  For which category are you making a claim on the property?

☒ Category 1:  Allegation with respect to asbestos from a Grace product in the property

☐ Category 2:  Allegation with respect to one of Grace's vermiculite mining, milling or processing operations

• If you checked Category 1 in question 12, complete section C.
• If you checked Category 2 in question 12, complete section D.

## C.  Category 1 Claim:  Allegation With Respect To Asbestos From A Grace Product In The Property

13.  For what alleged asbestos-containing product(s) are you making a claim?

☐ Monokote-3 fireproofing insulation

☒ Other        Specify:  Unknown

(For a list of the brand names under which Grace manufactured products that may have contained commercially added asbestos, see Exhibit 2 to the Claims Bar Date Notice provided with this Proof of Claim Form.)

14.  When did you or someone on your behalf install the asbestos containing product(s) in the property?

| | | | |
|---|---|---|---|
| Year | | | ☐ I did not install the product(s) |

15.  If you or someone on your behalf did not install the asbestos containing product(s), to the best of your knowledge, when was/were the product(s) installed?

| | | | |
|---|---|---|---|
| Year | | | ☒ Don't know. |

16. Do you have documentation relating to the purchase and/or installation of the product in the property?

☐ Yes    ☒ No

If Yes, attach all such documents. If the documents are too voluminous to attach, attach a summary of the documents indicating the name of each document, date of each document, a brief description of the document, the location of the document, and who has possession and control of the document.

If you provide a summary of documents rather than the documents themselves, you are required to consent to the production and release of those documents to Grace upon Grace's further request.

17. If you do not have any such documents, explain why not and indicate who may have possession or control of such documents with respect to the property.

> Documents have been lost or destroyed.

18. When did you first know of the presence of asbestos in the property of the Grace product for which you are making this claim?

*Year*

Please attach all documents relating or referring to the presence of asbestos in the property for which you are making this claim. If the documents are too voluminous to attach, attach a summary of the documents indicating the name of each document, date of each document, a brief description of the document, the location of the document, and who has possession and control of the document.

If you provide a summary of documents rather than the documents themselves, you are required to consent to the production and release of those documents to Grace upon Grace's further request.

19. How did you first learn of the presence of asbestos in the property of the Grace product for which you are making this claim?

> Unknown

20. When did you first learn that the Grace product for which you are making this claim contained asbestos?

*Year*

21. How did you first learn that the Grace product for which you are making the claim contained asbestos?

> Unknown

22. Have you or someone on your behalf made an effort to remove, contain and/or abate the Grace product for which you are making this claim?

☐ Yes    ☐ No

If Yes, attach all documents relating or referring to such efforts. If the documents are too voluminous to attach, attach a summary of the documents indicating the name of each document, date of each document, a brief description of the document, the location of the document, and who has possession and control of the document.

If you provide a summary of documents rather than the documents themselves, you are required to consent to the production and release of those documents to Grace upon Grace's further request.

23. If you do not have any such documents, explain why not and indicate who may have possession and control of such documents with respect to the property.

24. If you or someone on your behalf did not make an effort to remove, contain and/or abate the Grace product(s) for which you are making a claim, to the best of your knowledge, did anyone else make such an effort?

☐ Yes    ☒ No

9276104

1000650

25. 'If you responded Yes to question 22. or 24. and you have not supplied documents, please specify the dates and descriptions of any such efforts.

| | Description | |
|---|---|---|
| *Year* | | |

| | Description | |
|---|---|---|
| *Year* | | |

| | Description | |
|---|---|---|
| *Year* | | |

26. Have you or anyone on your behalf ever conducted any testing or sampling for the presence of asbestos or other particulates in the property?

☐ Yes        ☐ No        **If Yes, Attach All Documents Related To Any Testing Of The Property.**

27. If you responded Yes to question 26., but you have not provided documents, indicate who may have possession or control of such testing documents or where such documents may be located.

28. If you or someone on your behalf did not conduct any testing or sampling for the presence of asbestos or other particulates on the property, to the best of your knowledge, did anyone else conduct such testing or sampling with respect to the property?

☐ Yes        ☐ No

29. If you responded Yes to question 26. or 28. and you have not supplied related documents, please describe when and by whom and the type of testing and/or sampling (e.g. air, bulk and dust sampling).

| | Company/Individual | |
|---|---|---|
| *Year* | Type of testing: | |

| | Company/Individual | |
|---|---|---|
| *Year* | Type of testing: | |

| | Company/Individual | |
|---|---|---|
| *Year* | Type of testing: | |

30. Has the Grace product or products for which you are making this claim ever been modified and/or disturbed?

☐ Yes        ☐ No

31. If yes, specify when and in what manner the Grace product or products was modified and/or disturbed?

| | Description | |
|---|---|---|
| *Year* | | |

| | Description | |
|---|---|---|
| *Year* | | |

| | Description | |
|---|---|---|
| *Year* | | |

**D. Category 2 Claim: Allegation With Respect To One of Grace's Vermiculite Mining, Milling Or Processing Operations**

32. What is the business address or location of the Grace operation which has led to your claim?

Business Name

Street Address

City

State (Province)    Zip Code (Postal Code)

Country

33. If your claim relates to a personal residence, does (or did) anyone living in the household work for Grace?

☐ Yes    ☐ No

34. If yes, specify the following for each such individual:

**Name of Individual Working at Grace Operation**

Date of Birth

Month  Day  Year

Occupation(s) of Individual

Dates Worked at Operation

From:          To:

Year            Year

**Name of Individual Working at Grace Operation**

Date of Birth

Month  Day  Year

Occupation(s) of Individual

Dates Worked at Operation

From:          To:

Year            Year

**Name of Individual Working at Grace Operation**

Date of Birth

Month  Day  Year

Occupation(s) of Individual

Dates Worked at Operation

From:          To:

Year            Year

**Name of Individual Working at Grace Operation**

Date of Birth

Month  Day  Year

Occupation(s) of Individual

Dates Worked at Operation

From:          To:

Year            Year

35. When did you first know of the presence of asbestos on your property?

Year

9276106

1000650

36. How did you first learn of the presence of asbestos on your property?

Attach all documents relating or referring to the presence of asbestos on the property. If the documents are too voluminous to attach, attach a summary of the documents indicating the name of each document, date of each document, a brief description of the document, the location of the document, and who has possession or control of the document.

If you provide a summary of the documents rather than the documents themselves, you are required to consent to the production and release of those documents to Grace upon Grace's further request.

37. If you do not have any documents relating or referring to the presence of asbestos on the property, explain why not and indicate who may have possession or control of any such documents with respect to the property.

38. Have you or anyone on your behalf made an effort to remove, contain and/or abate the asbestos on your property?

☐ Yes    ☐ No

If Yes, attach all documents relating or referring to such efforts. If the documents are too voluminous to attach, attach a summary of the documents indicating the name of each document, date of each document, a brief description of the document, the location of the document, and who has possession or control of the document.

If you provide a summary of the documents rather than the documents themselves, you are required to consent to the production and release of those documents to Grace upon Grace's further request.

39. If you do not have any documents relating or referring to the removal, containment and/or abatement of the asbestos on your property, explain why not and indicate who may have possession and control of such documents with respect to the property.

40. If you or someone on your behalf did not make an effort to remove, contain and/or abate the asbestos on your property, to the best of your knowledge, did anyone else make such an effort?

☐ Yes    ☐ No

9 2 7 6 I 0 7

1000650

41. If you responded Yes to question 38. or question 40. and you have not supplied related documents, please specify the dates and descriptions of any such efforts.

| | | | | | Description | |
|---|---|---|---|---|---|---|
Year

| | | | | | Description | |
|---|---|---|---|---|---|---|
Year

| | | | | | Description | |
|---|---|---|---|---|---|---|
Year

42. Have you or anyone on your behalf conducted any other testing or sampling for the presence of asbestos on your property?

☐ Yes    ☐ No

If Yes, attach all documents relating or referring to such efforts. If the documents are too voluminous to attach, attach a summary of the documents indicating the name of each document, date of each document, a brief description of the document, the location of the document, and who has possession or control of the document.

If you provide a summary of the documents rather than the documents themselves, you are required to consent to the production and release of those documents to Grace upon Grace's further request.

43. If you do not have any documents relating or referring to any other such testing or sampling for the presence of asbestos on your property, explain why not and indicate who may have possession or control of such documents with respect to the property.

44. If you or someone on your behalf did not conduct any other testing or sampling for the presence of asbestos on your property, to the best of your knowledge, did anyone else conduct such testing or sampling?

☐ Yes    ☐ No

45. If you responded Yes to question 42. or question 44. and you have not supplied related documents, please specify the dates and descriptions of any such efforts.

| | | | | | Description | |
|---|---|---|---|---|---|---|
Year

| | | | | | Description | |
|---|---|---|---|---|---|---|
Year

| | | | | | Description | |
|---|---|---|---|---|---|---|
Year

46. Were you aware of the presence of asbestos on your property when you purchased your property?

☐ Yes    ☐ No

47. If you have sold the property, were you aware of the presence of asbestos on your property when you sold your property?

☐ Yes    ☐ No    ☐ Not Applicable, have not sold the property

9276108

1000650

# PART 4: ASBESTOS LITIGATION AND CLAIMS

## A. INTRODUCTION

1. Has any asbestos-related property damage lawsuit or claim been filed against Grace on behalf of this claiming party relating to the property for which you are making this claim?

   ☒ No

   ☐ Yes – lawsuit

   ☐ Yes – non-lawsuit claim (other than a workers' compensation claim)

2. Has any asbestos-related property damage lawsuit or claim been filed against any other party on behalf of this claiming party relating to the property for which you are making this claim?

   ☒ No

   ☐ Yes – lawsuit

   ☐ Yes – non-lawsuit claim (other than a workers' compensation claim)

   *If an asbestos-related property damage lawsuit has been filed by or on behalf of this claiming party relating to the property for which you are making a claim, complete Section B. below.*

   *If an asbestos-related property damage non-lawsuit claim has been made by or on behalf of this claiming party relating to the property for which you are making a claim, complete Section C. on the following page.*

## B. LAWSUITS

1. Please provide the following information about each asbestos-related property damage lawsuit which has been filed relating to the property for which you are making this claim or attach a copy of the face page of each complaint filed.

   a. Caption

   b. Court where suit **originally filed:** _____ Docket No.: _____
      *County/State*

   c. Date filed: ___ - ___ - ____
      *Month  Day  Year*

   a. Caption

   b. Court where suit **originally filed:** _____ Docket No.: _____
      *County/State*

   c. Date filed: ___ - ___ - ____
      *Month  Day  Year*

   a. Caption

   b. Court where suit **originally filed:** _____ Docket No.: _____
      *County/State*

   c. Date filed: ___ - ___ - ____
      *Month  Day  Year*

(Attach additional pages if necessary.)

9276109

1000650

## C. NON-LAWSUIT CLAIMS

1. If the claiming party has made any claims relating to the property for which you are making a claim (including administrative claims) against anyone, that was not filed with a court of law, please provide the following information for each claim:

   a. Description of claim: [_____]

   b. Date submitted: [__] – [__] – [____]  ■
      *Month  Day   Year*

   c. Name of entity to whom claim was submitted:
      ☐ Grace
      ☐ Other  [_____]
      *Name of Entity*

---

   a. Description of claim: [_____]

   b. Date submitted: [__] – [__] – [____]
      *Month  Day   Year*                    ■

   c. Name of entity to whom claim was submitted:
      ☐ Grace
      ☐ Other  [_____]
      *Name of Entity*

---

   a. Description of claim: [_____]

   b. Date submitted: [__] – [__] – [____]
      *Month  Day   Year*

   c. Name of entity to whom claim was submitted:
      ☐ Grace
      ☐ Other  [_____]
      *Name of Entity*

## PART 5: SIGNATURE PAGE

All claims must be signed by the claiming party.

I have reviewed the information submitted on this proof of claim form and all documents submitted in support of my claim. I declare, under penalty of perjury,* that the above statements are true, correct, and not misleading.

CONSENT TO RELEASE OF RECORDS AND INFORMATION: To the extent that I have produced a summary rather than the documents themselves as requested above or indicated who has possession and control of certain documents, I hereby authorize and request that all other parties with custody of any documents or information concerning my property damage or the information contained in this Form, upon the reasonable request of Grace or Grace's representative, with a copy to the claiming party, disclose any and all records to Grace or to Grace's representative.

[Signature: Joanne S. Stutz]    Date: [0][3] – [2][7] – [2][0][0][3]
SIGNATURE OF CLAIMANT                *Month  Day   Year*
Joanne B. Stutz, Attorney for Unified Government

*The penalty for presenting a fraudulent claim is a fine up to $500,000.00 or imprisonment up to 5 years, or both.
18 U.S.C. §§ 152 & 3571.

9276110

1000650

Copyright © 2002 NCS Pearson, Inc. All rights reserved.

## SUPPLEMENT TO PROOF OF CLAIM OF
## UNIFIED GOVERNMENT OF WYANDOTTE COUNTY, KANSAS CITY, KANSAS
## FOR 805 NORTH 6TH STREET, KANSAS CITY, KANSAS

Question:

(4)     Unknown.  Building was erected in 1930.

(10)    Unknown

(11)    Unknown

(14)    Unknown

(18)    Unknown

(20)    Unknown

(22)    Unknown

(24)    Unknown

(26)    Unknown

(28)    Unknown

(30)    Unknown

*Terrace Properties Limited*
*Partnership*

# WR Grace

## Property Damage

### Index Sheet

SR00000400

| Claim Number: | 00004383 | | Receive Date: | 03/20/2003 |

## Multiple Claim Reference

| Claim Number | _____ | ☐ | MMPOC | Medical Monitoring Claim Form |
| | | ☐ | PDPOC | Property Damage |
| | | ☐ | NAPO | Non-Asbestos Claim Form |
| | | ☐ | | Amended |

| Claim Number | _____ | ☐ | MMPOC | Medical Monitoring Claim Form |
| | | ☐ | PDPOC | Property Damage |
| | | ☐ | NAPO | Non-Asbestos Claim Form |
| | | ☐ | | Amended |

## Attorney Information

Firm Number:                    Firm Name:

Attorney Number:                Attorney Name:

Zip Code:

Cover Letter Location Number:

| Attachments Medical Monitoring | Attachments Property Damage | Non-Asbestos |
|---|---|---|
| ☐ TBD | ☐ TBD | ☐ Other Attachments |
| ☐ TBD | ☐ TBD | |
| ☐ TBD | ☐ TBD | |
| ☐ TBD | ☐ TBD | |
| ☐ TBD | ☐ TBD | |
| | ☒ Other Attachments | |
| **Other** | ☐ Non-Standard Form | |
| | ☐ Amended | |
| | ☐ Post-Deadline Postmark Date | |

Box/Batch: WRPD0002/WRPD0007

Document Number: WRPD000335

## PART 1: CLAIMING PARTY INFORMATION

**NAME:**

`TERRACE PROPERTIES LIMITED PARTNERSHIP`

*Name of individual claimant (first, middle and last name) or business claimant*

**SOCIAL SECURITY NUMBER (Individual Claimants):**    **F.E.I.N. (Business Claimants)**

`3/` - `1418281`

*(last four digits of SSN)*

**Other names by which claiming party has been known (such as maiden name or married name):**

*First*    *MI*    *Last*

*First*    *MI*    *Last*

**GENDER:**  ☐ MALE    ☐ FEMALE

**Mailing Address:**

`C/O 2255 GLADES ROAD SUITE 223A`
*Street Address*

`BOCA RATON`    `FL`  `33431`
*City*    *State (Province)*    *Zip Code (Postal Code)*

`USA`
*Country*

## PART 2: ATTORNEY INFORMATION

**The claiming party's attorney, if any (You do not need an attorney to file this form):**

**Law Firm Name:**

**Name of Attorney:**

*First*    *MI*    *Last*

**Mailing Address:**

*Street Address*

*City*    *State (Province)*    *Zip Code (Postal Code)*

**Telephone:**

( )  -
*Area Code*

REC'D MAR 2 0 2003

WR Grace    PD.2.7.335
00004383
SR=400

9276101    1018128

**PART II: PROPERTY INFORMATION**

## Real Property For Which A Claim Is Being Asserted

1. What is the address of the real property for which a claim is being asserted (referred to herein as "the property")?

Street Address: `15 WEST SIXTH STREET`

City: `CINCINNATI`

State (Province): `OH`    Zip Code (Postal Code): `45202`

Country: `USA`

2. Are you completing an Asbestos Property Damage Proof of Claim Form for any other real property other than the one listed at "1" above?

   ☒ Yes    ☐ No

3. Do you currently own the property listed in Question 1, above?

   ☒ Yes    ☐ No

4. When did you purchase the property?  `10` - `☐` - `1994`
   Month   Day   Year

5. What is the property used for (check all that apply)?
   - ☐ Owner occupied residence
   - ☐ Residential rental
   - ☒ Commercial
   - ☐ Industrial    Specify:
   - ☐ Other    Specify:

6. How many floors does the property have?  `20`

7. What is the approximate square footage of the property?  `598,400`

8. When was the property built?
   - ☒ Before 1969
   - ☐ 1969 - 1973
   - ☐ After 1973

9. What is the structural support of the property?
   - ☐ Wood frame
   - ☐ Structural concrete
   - ☒ Brick
   - ☐ Steel beam/girder
   - ☐ Other    Specify:

10. Have you or has someone on your behalf completed any interior renovations on the property which affected any asbestos on the property?

    ☒ Yes    ☐ No

9276102                         1018120

## A. Real Property For Which A Claim Is Being Asserted (continued)

If yes, please specify the dates and description of such renovations.

| Year | Description | VARIOUS RENOVATIONS |
|------|-------------|---------------------|

| Year | Description | |
|------|-------------|---|

| Year | Description | |
|------|-------------|---|

11. To the best of your knowledge, have any other interior renovations been completed on the property during any other period of time which affected any asbestos on the property?

☑ Yes    ☐ No

If yes, please specify the dates and descriptions of such renovations.

| Year | Description | VARIOUS RENOVATIONS |
|------|-------------|---------------------|

| Year | Description | |
|------|-------------|---|

| Year | Description | |
|------|-------------|---|

## B. Claim Category

12. For which category are you making a claim on the property?
   - ☑ Category 1:  Allegation with respect to asbestos from a Grace product in the property
   - ☐ Category 2:  Allegation with respect to one of Grace's vermiculite mining, milling or processing operations

> - If you checked Category 1 in question 12, complete section C.
> - If you checked Category 2 in question 12, complete section D.

## C. Category 1 Claim:  Allegation With Respect To Asbestos From A Grace Product In The Property

13. For what alleged asbestos-containing product(s) are you making a claim?
   - ☑ Monokote-3 fireproofing insulation
   - ☐ Other      Specify: _____

   (For a list of the brand names under which Grace manufactured products that may have contained commercially added asbestos, see Exhibit 2 to the Claims Bar Date Notice provided with this Proof of Claim Form.)

14. When did you or someone on your behalf install the asbestos containing product(s) in the property?

   | Year | | ☑ I did not install the product(s) |
   |------|---|---|

15. If you or someone on your behalf did not install the asbestos containing product(s), to the best of your knowledge, when was/were the product(s) installed?

   | Year | 1948 | ☐ Don't know. |
   |------|------|---|

9276103                              1018128

16. Do you have documentation relating to the purchase and/or installation of the product in the property?

☐ Yes   ☑ No

If Yes, attach all such documents. If the documents are too voluminous to attach, attach a summary of the documents indicating the name of each document, date of each document, a brief description of the document, the location of the document, and who has possession and control of the document.

If you provide a summary of documents rather than the documents themselves, you are required to consent to the production and release of those documents to Grace upon Grace's further request.

17. If you do not have any such documents, explain why not and indicate who may have possession or control of such documents with respect to the property.

NOT DELIVERED TO US BY PRIOR OWNER, AT+T

18. When did you first know of the presence of asbestos in the property of the Grace product for which you are making this claim?

☐☐☐☐
Year

Please attach all documents relating or referring to the presence of asbestos in the property for which you are making this claim. If the documents are too voluminous to attach, attach a summary of the documents indicating the name of each document, date of each document, a brief description of the document, the location of the document, and who has possession and control of the document.

If you provide a summary of documents rather than the documents themselves, you are required to consent to the production and release of those documents to Grace upon Grace's further request.

19. How did you first learn of the presence of asbestos in the property of the Grace product for which you are making this claim?

UNSURE OF SPECIFICS AT THIS TIME

20. When did you first learn that the Grace product for which you are making this claim contained asbestos?

☐☐☐☐
Year

21. How did you first learn that the Grace product for which you are making the claim contained asbestos?

UNSURE OF SPECIFICS AT THIS TIME

22. Have you or someone on your behalf made an effort to remove, contain and/or abate the Grace product for which you are making this claim?

☐ Yes   ☑ No

If Yes, attach all documents relating or referring to such efforts. If the documents are too voluminous to attach, attach a summary of the documents indicating the name of each document, date of each document, a brief description of the document, the location of the document, and who has possession and control of the document.

If you provide a summary of documents rather than the documents themselves, you are required to consent to the production and release of those documents to Grace upon Grace's further request.

23. If you do not have any such documents, explain why not and indicate who may have possession and control of such documents with respect to the property.

NOT DELIVERED TO US BY PRIOR OWNER, AT+T

24. If you or someone on your behalf did not make an effort to remove, contain and/or abate the Grace product(s) for which you are making a claim, to the best of your knowledge, did anyone else make such an effort?

☐ Yes   ☑ No

9276104                    1018120

25. If you responded Yes to question 22. or 24. and you have not supplied documents, please specify the dates and descriptions of any such efforts.

| | Year | Description | |
|---|---|---|---|

| | Year | Description | |
|---|---|---|---|

| | Year | Description | |
|---|---|---|---|

26. Have you or anyone on your behalf ever conducted any testing or sampling for the presence of asbestos or other particulates in the property?

☐ Yes   ☑ No    **If Yes, Attach All Documents Related To Any Testing Of The Property.**

27. If you responded Yes to question 26., but you have not provided documents, indicate who may have possession or control of such testing documents or where such documents may be located.

28. If you or someone on your behalf did not conduct any testing or sampling for the presence of asbestos or other particulates on the property, to the best of your knowledge, did anyone else conduct such testing or sampling with respect to the property?

☐ Yes   ☑ No

29. If you responded Yes to question 26. or 28. and you have not supplied related documents, please describe when and by whom and the type of testing and/or sampling (e.g. air, bulk and dust sampling).

| | Year | Company/Individual | |
|---|---|---|---|
| | | Type of testing: | |

| | Year | Company/Individual | |
|---|---|---|---|
| | | Type of testing: | |

| | Year | Company/Individual | |
|---|---|---|---|
| | | Type of testing: | |

30. Has the Grace product or products for which you are making this claim ever been modified and/or disturbed?

☐ Yes   ☑ No    *TO THE BEST OF OUR KNOWLEDGE*

31. If yes, specify when and in what manner the Grace product or products was modified and/or disturbed?

| | Year | Description | |
|---|---|---|---|

| | Year | Description | |
|---|---|---|---|

| | Year | Description | |
|---|---|---|---|

9276105                    1018128

**Category 2 Claim:  Allegation With Respect To One of Grace's Vermiculite Mining, Milling Or Processing Operations**

32.  What is the business address or location of the Grace operation which has led to your claim?

*Business Name*  N/A

*Street Address*

*City*

State (Province)

Zip Code (Postal Code)

*Country*

33.  If your claim relates to a personal residence, does (or did) anyone living in the household work for Grace?

☐ Yes    ☐ No    N/A

34.  If yes, specify the following for each such individual:

| Name of Individual Working at Grace Operation | Name of Individual Working at Grace Operation |
|---|---|
| N/A | |
| Date of Birth | Date of Birth |
| Month Day Year | Month Day Year |
| Occupation(s) of Individual | Occupation(s) of Individual |
| Dates Worked at Operation | Dates Worked at Operation |
| From: Year To: Year | From: Year To: Year |
| Name of Individual Working at Grace Operation | Name of Individual Working at Grace Operation |
| Date of Birth | Date of Birth |
| Month Day Year | Month Day Year |
| Occupation(s) of Individual | Occupation(s) of Individual |
| Dates Worked at Operation | Dates Worked at Operation |
| From: Year To: Year | From: Year To: Year |

35.  When did you first know of the presence of asbestos on your property?   Year   N/A

9276106

1018120

36. How did you first learn of the presence of asbestos on your property?

> *N/A*

Attach all documents relating or referring to the presence of asbestos on the property. If the documents are too voluminous to attach, attach a summary of the documents indicating the name of each document, date of each document, a brief description of the document, the location of the document, and who has possession or control of the document.

If you provide a summary of the documents rather than the documents themselves, you are required to consent to the production and release of those documents to Grace upon Grace's further request.

37. If you do not have any documents relating or referring to the presence of asbestos on the property, explain why not and indicate who may have possession or control of any such documents with respect to the property.

> *N/A*

38. Have you or anyone on your behalf made an effort to remove, contain and/or abate the asbestos on your property?

☐ Yes    ☐ No    *N/A*

If Yes, attach all documents relating or referring to such efforts. If the documents are too voluminous to attach, attach a summary of the documents indicating the name of each document, date of each document, a brief description of the document, the location of the document, and who has possession or control of the document.

If you provide a summary of the documents rather than the documents themselves, you are required to consent to the production and release of those documents to Grace upon Grace's further request.

39. If you do not have any documents relating or referring to the removal, containment and/or abatement of the asbestos on your property, explain why not and indicate who may have possession and control of such documents with respect to the property.

> *N/A*

40. If you or someone on your behalf did not make an effort to remove, contain and/or abate the asbestos on your property, to the best of your knowledge, did anyone else make such an effort?

☐ Yes    ☐ No    *N/A*

9276107

1018128

41. If you responded Yes to question 38. or question 40. and you have not supplied related documents, please specify the dates and descriptions of any such efforts.

| | Description | *N/A* |
|---|---|---|
Year

| | Description | |
|---|---|---|
Year

| | Description | |
|---|---|---|
Year

42. Have you or anyone on your behalf conducted any other testing or sampling for the presence of asbestos on your property?

☐ Yes    ☐ No    *N/A*

If Yes, attach all documents relating or referring to such efforts. If the documents are too voluminous to attach, attach a summary of the documents indicating the name of each document, date of each document, a brief description of the document, the location of the document, and who has possession or control of the document.

If you provide a summary of the documents rather than the documents themselves, you are required to consent to the production and release of those documents to Grace upon Grace's further request.

43. If you do not have any documents relating or referring to any other such testing or sampling for the presence of asbestos on your property, explain why not and indicate who may have possession or control of such documents with respect to the property.

> *N/A*

44. If you or someone on your behalf did not conduct any other testing or sampling for the presence of asbestos on your property, to the best of your knowledge, did anyone else conduct such testing or sampling?

☐ Yes    ☐ No    *N/A*

45. If you responded Yes to question 42. or question 44. and you have not supplied related documents, please specify the dates and descriptions of any such efforts.

| | Description | *N/A* |
|---|---|---|
Year

| | Description | |
|---|---|---|
Year

| | Description | |
|---|---|---|
Year

46. Were you aware of the presence of asbestos on your property when you purchased your property?

☐ Yes    ☐ No    *N/A*

47. If you have sold the property, were you aware of the presence of asbestos on your property when you sold your property?

☐ Yes    ☐ No    ☐ Not Applicable, have not sold the property    *N/A*

9276108                    1018120

██████████████████████████████████████████

## INTRODUCTION

1. Has any asbestos-related property damage lawsuit or claim been filed against Grace on behalf of this claiming party relating to the property for which you are making this claim?
   ☑ No
   ☐ Yes – lawsuit
   ☐ Yes – non-lawsuit claim (other than a workers' compensation claim)

2. Has any asbestos-related property damage lawsuit or claim been filed against any other party on behalf of this claiming party relating to the property for which you are making this claim?
   ☑ No
   ☐ Yes – lawsuit
   ☐ Yes – non-lawsuit claim (other than a workers' compensation claim)

   *If an asbestos-related property damage lawsuit has been filed by or on behalf of this claiming party relating to the property for which you are making a claim, complete Section B. below.*

   *If an asbestos-related property damage non-lawsuit claim has been made by or on behalf of this claiming party relating to the property for which you are making a claim, complete Section C. on the following page.*

## LAWSUITS

1. Please provide the following information about each asbestos-related property damage lawsuit which has been filed relating to the property for which you are making this claim or attach a copy of the face page of each complaint filed.

   a. Caption

   b. Court where suit originally filed: [          ]  Docket No.: [        ]
      *County/State*

   c. Date filed: [  ] – [  ] – [    ]
      *Month   Day   Year*

   a. Caption

   b. Court where suit originally filed: [          ]  Docket No.: [        ]
      *County/State*

   c. Date filed: [  ] – [  ] – [    ]
      *Month   Day   Year*

   a. Caption

   b. Court where suit originally filed: [          ]  Docket No.: [        ]
      *County/State*

   c. Date filed: [  ] – [  ] – [    ]
      *Month   Day   Year*

(Attach additional pages if necessary.)

9276109                    1018128

## NON-LAWSUIT CLAIMS

1. If the claiming party has made any claims relating to the property for which you are making a claim (including administrative claims) against anyone, that was not filed with a court of law, please provide the following information for each claim:

   a. Description of claim: _____

   b. Date submitted: [ ][ ] – [ ][ ] – [ ][ ][ ][ ]
               Month   Day   Year

   c. Name of entity to whom claim was submitted:
      ☐ Grace
      ☐ Other  _____
               *Name of Entity*

---

   a. Description of claim: _____

   b. Date submitted: [ ][ ] – [ ][ ] – [ ][ ][ ][ ]
               Month   Day   Year

   c. Name of entity to whom claim was submitted:
      ☐ Grace
      ☐ Other  _____
               *Name of Entity*

---

   a. Description of claim: _____

   b. Date submitted: [ ][ ] – [ ][ ] – [ ][ ][ ][ ]
               Month   Day   Year

   c. Name of entity to whom claim was submitted:
      ☐ Grace
      ☐ Other  _____
               *Name of Entity*

## PART 4: SIGNATURE PAGE

All claims must be signed by the claiming party.

I have reviewed the information submitted on this proof of claim form and all documents submitted in support of my claim. I declare, under penalty of perjury,* that the above statements are true, correct, and not misleading.

CONSENT TO RELEASE OF RECORDS AND INFORMATION: To the extent that I have produced a summary rather than the documents themselves as requested above or indicated who has possession and control of certain documents, I hereby authorize and request that all other parties with custody of any documents or information concerning my property damage or the information contained in this Form, upon the reasonable request of Grace or Grace's representative, with a copy to the claiming party, disclose any and all records to Grace or to Grace's representative.

*TERRACE PROPERTIES LTD. PARTNERSHIP BY: TERRACE PROPERTIES CORP, GP.* ✶ (SEE

By: _____    [0 3] – [1 7] – [2 0 0 3]   FOLLOWING
    SIGNATURE OF CLAIMANT        Month   Day   Year    PAGE)

*The penalty for presenting a fraudulent claim is a fine up to $500,000.00 or imprisonment up to 5 years, or both.
18 U.S.C. §§ 152 & 3571.

9276110

1018120

\* As of this time Claimant has been unable to conclusively
  determine the sources of the ACM in its property, and the
  precise amount of damages actually suffered.  Accordingly,
  Claimant reserves the right to amend or withdraw this claim
  at such time as these determinations are completed.



A0000 2 2 2 1 B

# WR Grace

**Bankruptcy Form 10**

Index Sheet

SR00000199

| Claim Number: | 00002221 | Receive Date: | 10 / 24 / 2002 |
|---|---|---|---|

## Multiple Claim Reference

Claim Number _____

- ☐ MMPOC — Medical Monitoring Claim Form
- ☐ PDPOC — Property Damage
- ☐ NAPO — Non-Asbestos Claim Form
- ☐ Amended

Claim Number _____

- ☐ MMPOC — Medical Monitoring Claim Form
- ☐ PDPOC — Property Damage
- ☐ NAPO — Non-Asbestos Claim Form
- ☐ Amended

## Attorney Information

Firm Number:                          Firm Name:

Attorney Number:                      Attorney Name:

Zip Code:

Cover Letter Location Number:

| Attachments Medical Monitoring | Attachments Property Damage | Non-Asbestos |
|---|---|---|
| ☐ TBD | ☐ TBD | ☒ Other Attachments |
| ☐ TBD | ☐ TBD | |
| ☐ TBD | ☐ TBD | |
| ☐ TBD | ☐ TBD | |
| ☐ TBD | ☐ TBD | |
| | ☐ Other Attachments | |

**Other**

- ☐ Non-Standard Form
- ☐ Amended
- ☐ Post-Deadline Postmark Date

Box/Batch: WRBF0011/WRBF0041                          Document Number: WRBF002007

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF Delaware | GRACE NON-ASBESTOS PROOF OF CLAIM FORM |
|---|---|

| Name of Debtor:[1]  W. R. Grace & Co. | Case Number 01-01139(JKF) |
|---|---|

NOTE: Do not use this form to assert an Asbestos Personal Injury Claim, a Settled Asbestos Claim or a Zonolite Attic Insulation Claim. Those claims will be subject to a separate claims submission process. This form should also not be used to file a claim for an Asbestos Property Damage Claim or Medical Monitoring Claim. A specialized proof of claim form for each of these claims should be filed.

| Name of Creditor (The person or other entity to whom the Debtor owes money or property): <br><br> Ag One, LLC <br><br> Name and address where notices should be sent: <br><br> Mark W. COy, Attorney <br> Boring & Coy, P.C. <br> P. O. BOx 100 <br> Fountaintown, IN 46130 | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. <br> ☐ Check box if you have never received any notices from the bankruptcy court in this case. <br> ☐ Check box if the address differs from the address on the envelope sent to you by the court. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|---|

| Account or other number by which creditor identifies Debtor: | Check here ☐ replaces <br> if this claim ☐ amends a previously filed claim, dated:_____ |
|---|---|

Corporate Name, Common Name, and/or d/b/a name of specific Debtor against whom the claim is asserted:

| 1. Basis for Claim <br> ☐ Goods sold <br> ☐ Services performed <br> ☒ Environmental liability <br> ☐ Money loaned <br> ☐ Non-asbestos personal injury/wrongful death <br> ☐ Taxes <br> ☐ Other_____ | ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a) <br> ☐ Wages, salaries, and compensation (fill out below) <br><br> Your SS #:_____ <br> Unpaid compensation for services performed <br> from _____ to _____ (date) |
|---|---|

| 2. Date debt was incurred: 1995 | 3. If court judgment, date obtained: |
|---|---|

| 4. Total Amount of Claim at Time Case Filed: <br> If all or part of your claim is secured or entitled to priority, also complete Item 5 below. <br> ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges. | $ 4,500.00 ~~based~~ on quote to have asbestos removed |
|---|---|

5. Classification of Claim. Under the Bankruptcy Code all claims are classified as one or more of the following: (1) Unsecured Nonpriority, (2) Unsecured Priority, (3) Secured. It is possible for part of a claim to be in one category and part in another. CHECK THE APPROPRIATE BOX OR BOXES that best describe your claim and STATE THE AMOUNT OF THE CLAIM AT TIME CASE FILED.

| ☐ SECURED CLAIM (check this box if your claim is secured by collateral, including a right of setoff.) <br><br> Brief Description of Collateral: <br><br> ☐ Real Estate    ☐ Other (Describe briefly) <br> _____ <br><br> Amount of arrearage and other charges at time case filed included in secured claim above, if any: $_____ <br><br> Attach evidence of perfection of security interest <br><br> ☐ UNSECURED NONPRIORITY CLAIM <br><br> A claim is unsecured if there is no collateral or lien on property of the debtor securing the claim or to the extent that the value of such property is less than the amount of the claim. | ☐ UNSECURED PRIORITY CLAIM - Specify the priority of the claim. <br><br> ☐ Wages, salaries, or commissions (up to $4650), earned not more than 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3). <br><br> ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4). <br><br> ☐ Taxes or penalties of governmental units - 11 U.S.C. § 507(a)(7). <br><br> ☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a(____). |
|---|---|

| 6. Credits: The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim. | This Space Is for Court Use Only |
|---|---|

7. Supporting Documents: Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Acknowledgement: Upon receipt and processing of this Proof of Claim, you will receive an acknowledgement card indicating the date of filing and your unique claim number. If you want a file stamped copy of the Proof of Claim form itself, enclose a self addressed envelope and copy of this proof of claim form.

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): |
|---|---|
| 10/15/02 | Mark W. Coy - 4253-73 |

RECD OCT 2 4 2002

| WR Grace | BF.11.41.2007 |
|---|---|
| SR=199 | 00002221 |

# SPECIFIC INSTRUCTIONS FOR COMPLETING
## GRACE NON-ASBESTOS PROOF OF CLAIM FORMS

*The instructions and definitions below are general explanations of the law. In particular types of cases or circumstances, there may be exceptions to these general rules.*

This Proof of Claim form is for Creditors who have Non-Asbestos Claims against any of the Debtors. Non-Asbestos Claims are any claims against the Debtors as of time immediately preceding the commencement of the Chapter 11 cases on April 2, 2001 other than Asbestos Personal Injury Claims, Asbestos Property Damage Claims, Zonolite Attic Insulation Claims, Settled Asbestos Claims or Medical Monitoring Claims, as defined in the enclosed General Instructions. More specifically, Non-Asbestos Claims are those claims against one or more of the Debtors, whether in the nature of or sounding in tort, contract, warranty or any other theory of law or equity for, relating to or arising by reason of, directly or indirectly, any injury, damage or economic loss caused or allegedly caused directly or indirectly by any of the Debtors or any products or materials manufactured, sold, supplied, produced, specified, selected, distributed or in any way marketed by one or more of the Debtors and arising or allegedly arising directly or indirectly, from acts or omissions of one or more of the Debtors, including, but not limited to, all claims, debts, obligations or liabilities for compensatory and punitive damages.

Administrative Expenses: Those claims for, among other things, the actual, necessary costs and expenses of preserving the estate as defined in Section 503 of the Bankruptcy Code that arose after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to Section 503 of the Bankruptcy Code. This form should not be used to make a claim for an administrative expense.

Secured Claim: A claim is a secured claim to the extent that the creditor has a lien on property of the debtor (collateral) that gives the creditor the right to be paid from that property before creditors who do not have liens on the property. Examples of liens are a mortgage on real estate and a security interest in a car, truck, boat, television set, or other item of property. A lien may have been obtained through a court proceeding before the bankruptcy case began, in some states a court judgment is a lien. In addition, to the extent a creditor also owes money to the debtor (has a right to setoff), the creditor's claim may be a secured claim. (See also Unsecured Claim.)

Unsecured Claim: If a claim is not a secured claim, it is an unsecured claim. Unsecured claims are those claims for which a creditor has no lien on the debtor's property or the property on which a creditor has a lien is not worth enough to pay the claim in full.

Unsecured Nonpriority Claim: Certain types of unsecured claims are given priority, so they are to be paid in bankruptcy cases before most other unsecured claims ( there is sufficient money or property available to pay these claims). The most common types of priority claims are listed on the proof of claim form. Unsecured claims that are not specifically given priority status by the bankruptcy laws are classified as Unsecured Nonpriority Claims.

Information about Creditor: Complete this section giving the name, address, and telephone number of the creditor to whom the debtor owes money or property, and the debtor's account number, if any. If anyone else has already filed a proof of claim relating to this debt, if you never received notices from the court which sent notice, or if this proof of claim replaces or amends a proof of claim that was already filed, check the appropriate box on the form.

1.    Basis for Claim: Check the type of debt for which the proof of claim is being filed. If the type of debt is not listed, check "Other" and briefly describe the type of debt. If you were an employee of the debtor, fill in your social security number and the dates of work for which you were not paid.

2.    Date Debt Incurred: Fill in the date the debt was first owed by the debtor.

3.    Court Judgments: If you have a court judgment for this debt, state the date the court entered the judgment.

4.    Amount of Claim: Insert the amount of claim at the time the case was filed in the appropriate box based on your selected Classification of Claim in item 5. If interest or other charges in addition to the principal amount of the claim are included, check the appropriate place on the form and attach an itemization of the interest and charges.

5.    Classification of Claim:  Check either Secured, Unsecured Nonpriority or Unsecured Priority as appropriate. (See Definitions above.)

       Unsecured Priority Claim: Check the appropriate place if you have an unsecured priority claim, and state the amount entitled to priority. (See Definitions, above). A claim may be partly priority and partly nonpriority if, for example, the claim is for more than the amount given priority by the law. Check the appropriate place to specify the type of priority claim.

6.    Credits: By signing this proof of claim, you are stating under oath that in calculating the amount of your claim, you have given the debtor credit for all payments received from the debtor.

7.    Supporting Documents: You must attach to this proof of claim form, copies of documents that show the debtor owes the debt claimed or, if the documents are too lengthy, a summary of those documents. If documents are not available, you must attach an explanation of why they are not available.

*Be sure to date the claim and place original signature of claimant or person making claim for creditor where indicated at the bottom of the claim form. Please type or print name of individual under the signature. Be sure all items are answered on the claim form. If not applicable, insert "Not Applicable".*

RETURN CLAIM FORM (WITH ATTACHMENTS, IF ANY) TO THE FOLLOWING CLAIMS AGENT FOR THE DEBTORS:

                    Claims Processing Agent
                    Re: W. R. Grace & Co. Bankruptcy
                    P.O. Box 1620
                    Faribault, MN  55021-1620
The Bar Date for filing all NON-ASBESTOS CLAIMS against the Debtors is March 31, 2003 at 4:00 p.m. Eastern Time.


**AMT**

**Air Management Techniques, Inc.**

116 North Madison
Muncie, IN 47305

PH: (765) 287-00
FAX: (765) 287-03

August 12, 2002

Ag-One Co-op, Inc.
Administrative / Petroleum
Anderson, IN  46000

**Attn:** Mr. Don Brown

**RE :** Removal/Disposal of ACM Roofing Material
Add-on connecting to Old Fertilizer Building at 11464 North 400 West

Dear Mr. Brown:

Air Management Techniques, Inc., will provide all labor, material, and equipment for the safe removal and disposal of the Asbestos Containing Material as referenced above for the sum of:

**PRICE . . . . . $4,500.00**
**Four Thousand, Five Hundred Dollars**

All work will be conducted in accordance with local, State and Federal regulatory guidelines currently set for the safe handling of Asbestos Containing Material.

We appreciate this opportunity to quote your project. If there are any questions, or if we may be of further assistance, please contact our office at your earliest convenience. Should you decide to accept our proposal, please sign in the space provided and return to our office for scheduling.

Sincerely,

Robert K. Adams
Vice-President
**AIR MANAGEMENT TECHNIQUES, INC.**

**Owner/Representative**

**Dated:**_____

Asbestos Abatement · Building Inspections · Bulk Sampling · Cost Estimates

# WR Grace
Property Damage
Index Sheet

SR00000649

| Claim Number: | 00010557 | | Receive Date: | 03/28/2003 |

**Multiple Claim Reference**

Claim Number    00010556

- [ ] MMPOC — Medical Monitoring Claim Form
- [ ] PDPOC — Property Damage
- [X] NAPO — Non-Asbestos Claim Form
- [ ] Amended

Claim Number    _____

- [ ] MMPOC — Medical Monitoring Claim Form
- [ ] PDPOC — Property Damage
- [ ] NAPO — Non-Asbestos Claim Form
- [ ] Amended

**Attorney Information**

Firm Number:              Firm Name:

Attorney Number:          Attorney Name:

Zip Code:

Cover Letter Location Number:

| Attachments Medical Monitoring | Attachments Property Damage | Non-Asbestos |
|---|---|---|
| [ ] TBD | [ ] TBD | [ ] Other Attachments |
| [ ] TBD | [ ] TBD | |
| [ ] TBD | [ ] TBD | |
| [ ] TBD | [ ] TBD | |
| [ ] TBD | [ ] TBD | |
| | [X] Other Attachments | |

**Other**

- [ ] Non-Standard Form
- [ ] Amended
- [ ] Post-Deadline Postmark Date

Box/Batch: WRPD0010/WRPD0038          Document Number: WRPD001893

# PART 1: CLAIMING PARTY INFORMATION

**NAME:**

`F E D E R A T E D   D E P A R T M E N T   S T O R E S   I N C`

*Name of individual claimant (first, middle and last name) or business claimant*

**SOCIAL SECURITY NUMBER (Individual Claimants):**

*(last four digits of SSN)*

**F.E.I.N. (Business Claimants)**

`1 3 - 3 3 2 4 0 5 8`

**Other names by which claiming party has been known (such as maiden name or married name):**

| First | MI | Last |
|---|---|---|

| First | MI | Last |
|---|---|---|

**GENDER:** ☐ MALE   ☐ FEMALE

**Mailing Address:**

`1 7 0   O' F A R R E L L   S T R E E T`

*Street Address*

`S A N   F R A N C I S C O`
*City*

State: `C A`
*(Province)*

Zip Code: `9 4 1 0 2`
*(Postal Code)*

`U N I T E D   S T A T E S`
*Country*

# PART 2: ATTORNEY INFORMATION

**The claiming party's attorney, if any (You do not need an attorney to file this form):**

**Law Firm Name:**

`F E D E R A T E D   L E G A L   D E P A R T M E N T`

**Name of Attorney:**

`C A R L`
*First*

`R`
*MI*

`G O L D B E R G`
*Last*

**Mailing Address:**

`1 7 0   O' F A R R E L L   S T R E E T`

*Street Address*

`S A N   F R A N C I S C O`
*City*

State: `C A`
*(Province)*

Zip Code: `9 4 1 0 2`
*(Postal Code)*

**Telephone:**

`( 4 1 5 )   3 9 3 - 3 9 8 7`
*Area Code*

REC'D MAR 2 8 2003

WR Grace     PD.10.38.1893
00010557
SR=649

9276101

1023959

# PART 3:  PROPERTY INFORMATION

## A.  Real Property For Which A Claim Is Being Asserted

1. What is the address of the real property for which a claim is being asserted (referred to herein as "the property")?

`S E E` | `A T T A C H M E N T`

*Street Address*

*City*  *State (Province)*  *Zip Code (Postal Code)*

*Country*

2. Are you completing an Asbestos Property Damage Proof of Claim Form for any other real property other than the one listed at "1" above?

   ☒ Yes   ☐ No

3. Do you currently own the property listed in Question 1, above?

   ☒ Yes   ☒ No

4. When did you purchase the property?   ☐☐ - ☐☐ - ☐☐☐☐   *SEE ATTACHMENT*

   *Month   Day   Year*

5. What is the property used for (check all that apply)
   - ☐ Owner occupied residence
   - ☐ Residential rental
   - ☒ Commercial
   - ☐ Industrial    Specify: 
   - ☒ Other    Specify:  *WAREHOUSE AND DISTRIBUTION*

6. How many floors does the property have?   ☐☐   *SEE ATTACHMENT*

7. What is the approximate square footage of the property?   ☐☐☐☐☐☐☐   *SEE ATTACHMENT*

8. When was the property built?   *SEE ATTACHMENT*
   - ☐ Before 1969
   - ☐ 1969 - 1973
   - ☐ After 1973

9. What is the structural support of the property?   *SEE ATTACHMENT*
   - ☐ Wood frame
   - ☐ Structural concrete
   - ☐ Brick
   - ☐ Steel beam/girder
   - ☐ Other    Specify: 

10. Have you or has someone on your behalf completed any interior renovations on the property which affected any asbestos on the property?   *SEE ATTACHMENT*

    ☐ Yes   ☐ No

9276102                    1023959

## A. Real Property For Which A Claim Is Being Asserted (continued)

If yes, please specify the dates and description of such renovations.

| | | | | | Description |  |
|---|---|---|---|---|---|---|

*Year*

| | | | | | Description |  |
|---|---|---|---|---|---|---|

*Year*

| | | | | | Description |  |
|---|---|---|---|---|---|---|

*Year*

11. To the best of your knowledge, have any other interior renovations been completed on the property during any other period of time which affected any asbestos on the property?   *SEE ATTACHMENT*

☐ Yes        ☐ No

If yes, please specify the dates and descriptions of such renovations.

| | | | | | Description |  |
|---|---|---|---|---|---|---|

*Year*

| | | | | | Description |  |
|---|---|---|---|---|---|---|

*Year*

| | | | | | Description |  |
|---|---|---|---|---|---|---|

*Year*

## B. Claim Category

12. For which category are you making a claim on the property?   *SEE ATTACHMENT*

☒ Category 1:  Allegation with respect to asbestos from a Grace product in the property

☒ Category 2:  Allegation with respect to one of Grace's vermiculite mining, milling or processing operations

---

- If you checked Category 1 in question 12, complete section C.
- If you checked Category 2 in question 12, complete section D.

---

## C. Category 1 Claim:  Allegation With Respect To Asbestos From A Grace Product In The Property

13. For what alleged asbestos-containing product(s) are you making a claim?   *SEE ATTACHMENT*

☐ Monokote-3 fireproofing insulation

☐ Other        Specify: 

(For a list of the brand names under which Grace manufactured products that may have contained commercially added asbestos, see Exhibit 2 to the Claims Bar Date Notice provided with this Proof of Claim Form.)

14. When did you or someone on your behalf install the asbestos containing product(s) in the property?

| | | | |
|---|---|---|---|

☐ I did not install the product(s)   *SEE ATTACHMENT*

*Year*

15. If you or someone on your behalf did not install the asbestos containing product(s), to the best of your knowledge, when was/were the product(s) installed?   *SEE ATTACHMENT*

| | | | |
|---|---|---|---|

☐ Don't know.

*Year*

**9 2 7 6 1 0 3**

**1023959**

16. Do you have documentation relating to the purchase and/or installation of the product in the property?

☐ Yes     ☐ No     *SEE ATTACHMENT*

If Yes, attach all such documents. If the documents are too voluminous to attach, attach a summary of the documents indicating the name of each document, date of each document, a brief description of the document, the location of the document, and who has possession and control of the document.

If you provide a summary of documents rather than the documents themselves, you are required to consent to the production and release of those documents to Grace upon Grace's further request.

17. If you do not have any such documents, explain why not and indicate who may have possession or control of such documents with respect to the property. *SEE ATTACHMENT*

18. When did you first know of the presence of asbestos in the property of the Grace product for which you are making this claim?

[   ][   ][   ]     *SEE ATTACHMENT*
Year

Please attach all documents relating or referring to the presence of asbestos in the property for which you are making this claim. If the documents are too voluminous to attach, attach a summary of the documents indicating the name of each document, date of each document, a brief description of the document, the location of the document, and who has possession and control of the document.

If you provide a summary of documents rather than the documents themselves, you are required to consent to the production and release of those documents to Grace upon Grace's further request.

19. How did you first learn of the presence of asbestos in the property of the Grace product for which you are making this claim?

*SEE ATTACHMENT*

20. When did you first learn that the Grace product for which you are making this claim contained asbestos?

[   ][   ][   ]     *SEE ATTACHMENT*
Year

21. How did you first learn that the Grace product for which you are making the claim contained asbestos?

*SEE ATTACHMENT*

22. Have you or someone on your behalf made an effort to remove, contain and/or abate the Grace product for which you are making this claim?     *SEE ATTACHMENT*

☐ Yes     ☐ No

If Yes, attach all documents relating or referring to such efforts. If the documents are too voluminous to attach, attach a summary of the documents indicating the name of each document, date of each document, a brief description of the document, the location of the document, and who has possession and control of the document.

If you provide a summary of documents rather than the documents themselves, you are required to consent to the production and release of those documents to Grace upon Grace's further request.

23. If you do not have any such documents, explain why not and indicate who may have possession and control of such documents with respect to the property. *SEE ATTACHMENT*

24. If you or someone on your behalf did not make an effort to remove, contain and/or abate the Grace product(s) for which you are making a claim, to the best of your knowledge, did anyone else make such an effort? *SEE ATTACHMENT*

☐ Yes     ☐ No

**9276104**          **1023959**

25. If you responded Yes to question 22. or 24. and you have not supplied documents, please specify the dates and descriptions of any such efforts. *SEE ATTACHMENT*

| | Description | |
|---|---|---|
| Year | | |

| | Description | |
|---|---|---|
| Year | | |

| | Description | |
|---|---|---|
| Year | | |

26. Have you or anyone on your behalf ever conducted any testing or sampling for the presence of asbestos or other particulates in the property? *SEE ATTACHMENT*

☐ Yes     ☐ No    **If Yes, Attach All Documents Related To Any Testing Of The Property.**

27. If you responded Yes to question 26., but you have not provided documents, indicate who may have possession or control of such testing documents or where such documents may be located. *SEE ATTACHMENT*

28. If you or someone on your behalf did not conduct any testing or sampling for the presence of asbestos or other particulates on the property, to the best of your knowledge, did anyone else conduct such testing or sampling with respect to the property? *SEE ATTACHMENT*

☐ Yes     ☐ No

29. If you responded Yes to question 26. or 28. and you have not supplied related documents, please describe when and by whom and the type of testing and/or sampling (e.g. air, bulk and dust sampling). *SEE ATTACHMENT*

| | Company/Individual | |
|---|---|---|
| Year | Type of testing: | |

| | Company/Individual | |
|---|---|---|
| Year | Type of testing: | |

| | Company/Individual | |
|---|---|---|
| Year | Type of testing: | |

30. Has the Grace product or products for which you are making this claim ever been modified and/or disturbed?

☐ Yes     ☐ No    *SEE ATTACHMENT*

31. If yes, specify when and in what manner the Grace product or products was modified and/or disturbed?

| | Description | *SEE ATTACHMENT* |
|---|---|---|
| Year | | |

| | Description | |
|---|---|---|
| Year | | |

| | Description | |
|---|---|---|
| Year | | |

**D.** **Category 2 Claim:** **Allegation With Respect To One of Grace's Vermiculite Mining, Milling Or Processing Operations** ■

32. What is the business address or location of the Grace operation which has led to your claim? *SEE ATTACHMENT*

Business Name

Street Address

City                                                                State        Zip Code
                                                                    (Province)   (Postal Code)

Country

33. If your claim relates to a personal residence, does (or did) anyone living in the household work for Grace?
   ☐ Yes    ☒ No

■

34. If yes, specify the following for each such individual:

| Name of Individual Working at Grace Operation | Name of Individual Working at Grace Operation |
|---|---|
| **Date of Birth**  ☐-☐-☐☐  Month Day Year | **Date of Birth**  ☐-☐-☐☐  Month Day Year |
| **Occupation(s) of Individual** | **Occupation(s) of Individual** |
| **Dates Worked at Operation**  From: ☐ To: ☐  Year   Year | **Dates Worked at Operation**  From: ☐ To: ☐  Year   Year |
| Name of Individual Working at Grace Operation | Name of Individual Working at Grace Operation |
| **Date of Birth**  ☐-☐-☐☐  Month Day Year | **Date of Birth**  ☐-☐-☐☐  Month Day Year |
| **Occupation(s) of Individual** | **Occupation(s) of Individual** |
| **Dates Worked at Operation**  From: ☐ To: ☐  Year   Year | **Dates Worked at Operation**  From: ☐ To: ☐  Year   Year |

35. When did you first know of the presence of asbestos on your property?
   *SEE ATTACHMENT*        Year

36. How did you first learn of the presence of asbestos on your property?

> *SEE ATTACHMENT*

Attach all documents relating or referring to the presence of asbestos on the property. If the documents are too voluminous to attach, attach a summary of the documents indicating the name of each document, date of each document, a brief description of the document, the location of the document, and who has possession or control of the document.

If you provide a summary of the documents rather than the documents themselves, you are required to consent to the production and release of those documents to Grace upon Grace's further request.

37. If you do not have any documents relating or referring to the presence of asbestos on the property, explain why not and indicate who may have possession or control of any such documents with respect to the property.

> *SEE ATTACHMENT*

38. Have you or anyone on your behalf made an effort to remove, contain and/or abate the asbestos on your property?

☐ Yes      ☐ No      *SEE ATTACHMENT*

If Yes, attach all documents relating or referring to such efforts. If the documents are too voluminous to attach, attach a summary of the documents indicating the name of each document, date of each document, a brief description of the document, the location of the document, and who has possession or control of the document.

If you provide a summary of the documents rather than the documents themselves, you are required to consent to the production and release of those documents to Grace upon Grace's further request.

39. If you do not have any documents relating or referring to the removal, containment and/or abatement of the asbestos on your property, explain why not and indicate who may have possession and control of such documents with respect to the property.

> *SEE ATTACHMENT*

40. If you or someone on your behalf did not make an effort to remove, contain and/or abate the asbestos on your property, to the best of your knowledge, did anyone else make such an effort?

☐ Yes      ☐ No      *SEE ATTACHMENT*

9276107

1023959

41. If you responded Yes to question 38. or question 40. and you have not supplied related documents, please specify the dates and descriptions of any such efforts.   *SEE ATTACHMENT*

| | | | | | Description | |
|--|--|--|--|--|--|--|

Year

| | | | | | Description | |
|--|--|--|--|--|--|--|

Year

| | | | | | Description | |
|--|--|--|--|--|--|--|

Year

42. Have you or anyone on your behalf conducted any other testing or sampling for the presence of asbestos on your property?   *SEE ATTACHMENT*

☐ Yes        ☐ No

If Yes, attach all documents relating or referring to such efforts. If the documents are too voluminous to attach, attach a summary of the documents indicating the name of each document, date of each document, a brief description of the document, the location of the document, and who has possession or control of the document.

If you provide a summary of the documents rather than the documents themselves, you are required to consent to the production and release of those documents to Grace upon Grace's further request.

43. If you do not have any documents relating or referring to any other such testing or sampling for the presence of asbestos on your property, explain why not and indicate who may have possession or control of such documents with respect to the property.

> *SEE ATTACHMENT*

44. If you or someone on your behalf did not conduct any other testing or sampling for the presence of asbestos on your property, to the best of your knowledge, did anyone else conduct such testing or sampling?

☐ Yes        ☐ No        *SEE ATTACHMENT*

45. If you responded Yes to question 42. or question 44. and you have not supplied related documents, please specify the dates and descriptions of any such efforts.   *SEE ATTACHMENT*

| | | | | | Description | |
|--|--|--|--|--|--|--|

Year

| | | | | | Description | |
|--|--|--|--|--|--|--|

Year

| | | | | | Description | |
|--|--|--|--|--|--|--|

Year

46. Were you aware of the presence of asbestos on your property when you purchased your property?

☐ Yes        ☐ No        *SEE ATTACHMENT*

47. If you have sold the property, were you aware of the presence of asbestos on your property when you sold your property?

☐ Yes        ☐ No        ☐ Not Applicable, have not sold the property        *SEE ATTACHMENT*

9276108                          1023959

## PART 4: ASBESTOS LITIGATION AND CLAIMS

### A. INTRODUCTION

1. Has any asbestos-related property damage lawsuit or claim been filed against Grace on behalf of this claiming party relating to the property for which you are making this claim?

☐ No

☐ Yes – lawsuit

☐ Yes – non-lawsuit claim (other than a workers' compensation claim)

2. Has any asbestos-related property damage lawsuit or claim been filed against any other party on behalf of this claiming party relating to the property for which you are making this claim?

☐ No

☐ Yes – lawsuit

☐ Yes – non-lawsuit claim (other than a workers' compensation claim)

*If an asbestos-related property damage lawsuit has been filed by or on behalf of this claiming party relating to the property for which you are making a claim, complete Section B. below.*

*If an asbestos-related property damage non-lawsuit claim has been made by or on behalf of this claiming party relating to the property for which you are making a claim, complete Section C. on the following page.*

### B. LAWSUITS

1. Please provide the following information about each asbestos-related property damage lawsuit which has been filed relating to the property for which you are making this claim or attach a copy of the face page of each complaint filed.

a. Caption

b. Court where suit **originally filed**:    *County/State*    Docket No.:

c. Date filed: *Month Day Year*

a. Caption

b. Court where suit **originally filed**:    *County/State*    Docket No.:

c. Date filed: *Month Day Year*

a. Caption

b. Court where suit **originally filed**:    *County/State*    Docket No.:

c. Date filed: *Month Day Year*

(Attach additional pages if necessary.)

9276109

1023959

## C. NON-LAWSUIT CLAIMS

1. If the claiming party has made any claims relating to the property for which you are making a claim (including administrative claims) against anyone, that was not filed with a court of law, please provide the following information for each claim:

   a. Description of claim:

   b. Date submitted:   Month   Day   Year

   c. Name of entity to whom claim was submitted:
      ☐ Grace
      ☐ Other
          *Name of Entity*

   ---

   a. Description of claim:

   b. Date submitted:   Month   Day   Year

   c. Name of entity to whom claim was submitted:
      ☐ Grace
      ☐ Other
          *Name of Entity*

   ---

   a. Description of claim:

   b. Date submitted:   Month   Day   Year

   c. Name of entity to whom claim was submitted:
      ☐ Grace
      ☐ Other
          *Name of Entity*

# PART 5: SIGNATURE PAGE

All claims must be signed by the claiming party.

I have reviewed the information submitted on this proof of claim form and all documents submitted in support of my claim. I declare, under penalty of perjury,* that the above statements are true, correct, and not misleading.

CONSENT TO RELEASE OF RECORDS AND INFORMATION: To the extent that I have produced a summary rather than the documents themselves as requested above or indicated who has possession and control of certain documents, I hereby authorize and request that all other parties with custody of any documents or information concerning my property damage or the information contained in this Form, upon the reasonable request of Grace or Grace's representative, with a copy to the claiming party, disclose any and all records to Grace or to Grace's representative.

SIGNATURE OF CLAIMANT                0 3 - 2 7 - 2 0 0 3
                                     Month   Day   Year

*The penalty for presenting a fraudulent claim is a fine up to $500,000.00 or imprisonment up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

9276110

Copyright © 2002 NCS Pearson, Inc. All rights reserved.

1023959

**Attachment to Asbestos Property Damage Proof of Claim**

Debtor Name: W.R. Grace & Co.-Conn
**Case Number: 01-01179**

<u>**Name of Claimant/Creditor:**</u> Federated Department Stores, Inc. and its divisions,
subsidiaries and affiliates (collectively "Federated"), including those listed below have
asbestos property damage claims against the Debtor.

<u>Divisions</u>
- Macy's West
- Macy's East
- Bloomingdale's
- The Bon Marché
- Rich's/Lazarus/Goldsmith's
- Burdines
- Sterns

<u>Subsidiaries/Affiliates</u>
- Federated Logistics, Operations, Store Planning and Systems
- Federated Merchandising Group (FMG)
- Federated Systems Group (FSG)
- Financial, Administrative and Credit Services Group (FACS)
- Federated Corporate Services

This Proof of Claim is in addition to any other proof of claim filed by Federated, or any
of its divisions, subsidiaries or affiliates listed above.

<u>**Answer to Questions:**</u>

A complete list of all relevant properties of Federated to be provided in supplement to
this claim.  This supplement shall detail property address, property interest, date property
acquired, date site built and additional relevant information.