UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE: USG CORPORATION,      :     Chapter 11
a Delaware Corporation,      :     Case Nos. 01-2094 through
et al.,                      :                01-2104
                             :
        Debtors.             :
---------------------------

**ORDER CONCERNING BRIEFING OF MOTION
FOR ENTRY OF A CASE MANAGEMENT ORDER
GOVERNING ASBESTOS PERSONAL INJURY
CLAIMS AND VACATING ORDER OF JUNE 7, 2002**

This matter having been opened by the Court upon its own motion in the above-captioned Chapter 11 case, and the Court having requested counsel for the interested parties to appear before it at a case management conference on May 22, 2002 in order to discuss case management issues in the case, and counsel for the Debtors, Unsecured Creditors' Committee, Asbestos Personal Injury Claimants' Committee, and Asbestos Property Damage Claimants' Committee having duly appeared before the Court at the May 22, 2002 case management conference, and the parties representing that they wish to advance competing proposals for case management regarding personal injury claims, and the Court having put the parties on notice that it would order briefing of the various proposals in accordance with the schedule set forth below, and the Court having entered an Order on June 7th, 2002, in the form submitted by counsel titled: "Order Concerning Briefing Schedule re: Estimation Hearings" setting forth this

SUPP. APP. 003625

schedule, and it appearing that this Order was improvidently entered as not accurately reflecting the intention of the Court, and good cause appearing

It is on this 19TH day of June, 2002

ORDERED that the Court's Order of June 7, 2002, is hereby vacated, and it is further

ORDERED that Debtors are to submit a brief not to exceed forty-five (45) pages in length by June 21, 2002, concerning their proposal for case management of asbestos personal injury claims to determine Debtors' liability to asbestos personal injury claimants; and it is further

ORDERED that the Asbestos Personal Injury Claimants' Committee is to submit a response to the Debtors' brief including, if desired, a counter-proposal for case management of asbestos personal injury claims to determine Debtors' liability to asbestos personal injury claimants, not to exceed forty-five (45) pages in length by July 22, 2002; and it is further

ORDERED that the Asbestos Property Damage Claimants' Committee and the Unsecured Creditors' Committee may submit briefs concerning the proposals of the Debtors and the Asbestos Personal Injury Claimants' Committee not to exceed fifteen (15) pages in length by August 6, 2002; and it is further

ORDERED that the Asbestos Personal Injury Claimants' Committee and Debtors are each to submit final replies to the

SUPP. APP. 003626

others' proposals not to exceed fifteen (15) pages in length by August 21, 2002.

_____
ALFRED M. WOLIN, U.S.D.J.

3