



PAMELA R. PRATER
Phone: (410) 332-8697
Fax: (410) 332-8109
pprater@saul.com
www.saul.com

January 15, 2004

**VIA HAND DELIVERY**

Mr. George Wylesol
Operations Manager
United States Bankruptcy Court
District of Delaware
824 Market Street
3rd Floor
Wilmington, DE 19801

      Re:   *In re Owens Corning, et al.*
            Case No.: 00-3837

            *In re W.R. Grace & Co., et al.*
            Case No.: 01-1139

            *In re USG Corporation, et al.*
            Case No.: 01-2094

Dear George:

    Pursuant to our telephone conversation of Wednesday, January 14, 2004, please find enclosed a compact disc which contains Appendix to Memorandum of Law of the Owens Corning Debtors, the Asbestos Claimants' Committees in the *Owens Corning, W.R. Grace* and *USG* Bankruptcy Proceedings and the Future Claimants' Representatives in the *Owens Corning* and *USG* Bankruptcy Proceedings in Opposition to the Motions to Recuse Judge Wolin.

100 South Charles Street • Baltimore, MD 21201-2773 • Phone: (410) 332-8600 • Fax: (410) 332-8862

BALTIMORE   CHESTERBROOK   HARRISBURG   PHILADELPHIA   PRINCETON   WASHINGTON   WILMINGTON

A DELAWARE LIMITED LIABILITY PARTNERSHIP

Should you have any questions regarding this matter, please do not hesitate to contact me. Thank you for your assistance in connection with this filing.

Very truly yours,

Pamela R. Prater
Legal Assistant