**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: OWEN S CORNING, et al. | ) | Chapter 11 |
|                 Debtors. | ) | |
| | ) | |
| | ) | Case Nos. 00-3837 through 00-3854 |
| In re: W.R. GRACE & CO., et al. | ) | Chapter 11 |
|                 Debtors. | ) | |
| | ) | |
| | ) | Case Nos. 01-1139 through 01-1200 |
| In re: USG CORPORATION, a Delaware Corporation, et al. | ) | Chapter 11 |
| | ) | |
|                 Debtors. | ) | |
| | ) | Case Nos. 00-2094 through 00-2104 |

**DECLARATION OF JENNIFER L. SCOLIARD REGARDING**
**SUPPLEMENT TO JOINT APPENDIX**

JENNIFER L. SCOLIARD, declares under penalty of perjury:

1.  This Declaration is being filed in with regard to the Supplement to the Joint Appendix filed by D.K. Acquisition Partners, L.P., Fernwood Associates, L.P. And Deutsche Bank Trust Company Americas (the "W.R. Grace Movants").

2.  I am an attorney with Klehr Harrison Harvey Branzburg & Ellers, LLP ("Klehr Harrison"), which, along with the law firm of Willkie Farr & Gallagher LLP ("WFG"), represent the W.R. Grace Movants in the W.R. Grace & Co. et al. bankruptcy proceedings. I hereby submit that I have personal knowledge of the matters discussed herein.

3.  On January 15, 2004 the W.R. Grace Movants filed their Memorandum Of Law (the "Memorandum") In Further Support Of Motion Of To Disqualify The Honorable Alfred M.

Wolin, United States District Judge, From Further Participation In These Jointly Administered Cases, in the W.R. Grace & Co. et al. bankruptcy proceedings [Docket No. 4937].

4.      In support of their Memorandum, the W.R. Grace Movants filed a Declaration of Joanne B. Wills (the "Wills Declaration"), which included exhibits A through KK (the "Wills Declaration Exhibits"), and a Declaration of Jennifer L. Scoliard (the "Scoliard Declaration" and together with the Wills Declaration, the "Declarations")[Docket Nos. 4938, 4939 and 4940].

5.      Further, on January 15, 2004, the W.R. Grace Movants served the Declarations and the Wills Declaration Exhibits on all parties to this matter, including the law firm of Robbins, Russell, Englert, Orseck & Untereiner LLP ("Robbins Russell"), who graciously agreed to assemble the Joint Appendix.

6.      On January 16, 2004, the Robbins Russell firm informed counsel for the W.R. Grace Movants that certain of the Wills Declaration Exhibits did not come through to their email system.  Counsel for the W.R. Grace Movants[1] sent said requested exhibits to the Robbins Russell firm that afternoon.

7.      Over the weekend of January 16 to 18, 2004, the Robbins Russell firm served copies of the Joint Appendix, but accidentally failed to serve a copy of the Joint Appendix on counsel for the W.R. Grace Movants.

8.      On Tuesday, January 20, 2004, counsel for the W.R. Grace Movants informed the Robbins Russell firm that they did not receive a copy of the Joint Appendix.  In response, the Robbins Russell firm began emailing the Joint Appendix in sections to counsel for the W.R.

---

[1] References to "counsel" for the W.R. Grace Movants include both Klehr Harrison and WFG.

Grace Movants (although not all sections were received).  A review of the Index to the Joint Appendix showed that the Declarations were inadvertently not included.[2]  Counsel for the W.R. Grace Movants informed the Court and the parties of said omissions and served the Court and the parties with copies of the Declarations together with the W.R. Grace Movants' Amended Memorandum (filed on January 20, 2004 [Docket No. 4952]).

9.	As a result the omission of the Declarations, the W.R. Grace Movants hereby file a Supplement to the Joint Appendix (the "Supplement").  The Supplement only contains the Declarations, which previously were filed the Court, and does not include any new or additional documents.

This 21 day of January, 2004	  */s/ Jennifer L. Scoliard*
	Jennifer L. Scoliard (#4147)

**Penalty for filing false statement:  Fine up to $500,000.00 or imprisonment up to 5 years or both. 18 U.S.C. §§ 152 and 3571.**

---

[2]  The Wills Declaration Exhibits appeared to be included in the Joint Appendix; however, because counsel for the W.R. Grace Movants have not yet received the <u>full</u> Joint Appendix, the W.R. Grace Movants reserve their right to add to the Joint Appendix any additional exhibits filed with their original Memorandum on January 15, 2004, that were inadvertently omitted from the Joint Appendix.