**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: OWEN S CORNING, et al. | ) | Chapter 11 |
|                 Debtors. | ) | |
| | ) | |
| | ) | Case Nos. 003837 through 003854 |
| In re: W.R. GRACE & CO., et al. | ) | Chapter 11 |
|                 Debtors. | ) | |
| | ) | |
| | ) | Case Nos. 01-1139 through 01-1200 |
| In re: USG CORPORATION, a Delaware Corporation, et al. | ) | Chapter 11 |
| | ) | |
|                 Debtors. | ) | |
| | ) | Case Nos. 002094 through 00-2104 |

**CERTIFICATE OF SERVICE**

I, Jennifer L. Scoliard, hereby certify that on this 21st day of January, 2004, I caused a copy of the Supplement **of D.K. Acquisition Partners, L.P., Fernwood Associates, L.P. And Deutsche Bank Trust Company Americas to the Joint Appendix** and **Declaration of Jennifer L. Scoliard Regarding Supplement to Joint Appendix** on the attached distribution list via electronic mail.

                                                  */s/ Jennifer L. Scoliard*
                                                  Jennifer L. Scoliard (4147)

## **DISTRIBUTION LIST – RECUSAL BEFORE JUDGE WOLIN**

| | |
|---|---|
| Gary A. Orseck | gorseck@robbinsrussell.com |
| Larry Robbins | lrobbins@robbinsrussell.com |
| Roy Englert | renglert@robbinsrussell.com |

**Robbins, Russell, Englert, Orseck & Untereiner, LLP**
1801 K Street, N.W., Suite 411
Washington, DC 20006
(202) 775-4500
(202) 775-4510 FAX
Represents Kensington & Springfield

| | |
|---|---|
| Stephen C. Neal | nealsc@cooley.com |
| Scott Devereaux | devereauxsd@cooley.com |

**Cooley Godward, LLP**
3000 El Camino Real
Palo Alto, VA 94306-2155
(650) 843-5000
(650) 857-0663 FAX
Represents USG

Paul R. DeFilippo                pdefilippo@wmd-law.com
**Wollmuth, Mayer, & Deutsch**
One Gateway Center
Newark, N J 07102
(973) 733-0200
(973) 733-9292 FAX
Represents USG

| | |
|---|---|
| Jeffrey Trachtman | jtrachtman@kramerlevin.com |
| Ellen Nadler | enadler@kramerlevin.com |
| Ken Eckstein | keckstein@kramerlevin.com |

**Kramer, Levin, Naftalis & Frankel LLP**
919 Third Avenue
New York, NY 10022
(212) 715-9174
(212) 715-8000 FAX
Represents  Credit Suisse First Boston

| | |
|---|---|
| Aaron Stiefel | astiefel@kayescholer.com |
| Jane W. Parver | jparver@kayescholer.com |
| Michael J. Crames | mcrames@ kayescholer.com |
| Edmund Emrich | eemrich@kayescholer.com |

**Kaye Scholer, LLP**

425 Park Avenue
New York, NY 10022-3598
(212) 836-8000
(212) 836-8689 FAX
Represents James McMonagle,
Owens Corning Futures Representative
and Dean Trafelet,
USG and Armstrong Futures Representative

| | |
|---|---|
| Elihu Inselbuch | ei@capdale.com |

**Caplin & Drysdale**
399 Park Avenue, 30th Floor
New York, NY 10022-4614
(212) 319-7125
(212) 644-6755 FAX
Represents Asbestos Claimants
Committee in Owens Corning,
USG, W.R. Grace, Armstrong,
and Federal Mogul

| | |
|---|---|
| Peter Lockwood | pvnl@capdale.com |
| Ted Swett | tws@capdale.com |
| Julie Davis | jwd@capdale.com |
| Nate Finch | ndf@capdale.com |

**Caplin & Drysdale**
One Thomas Circle, N.W.
Washington, DC 20005
(202) 862-5000
Represents Asbestos Claimants
Committee in Owens Corning,
USG, W.R. Grace, Armstrong, and Federal Mogul

| | |
|---|---|
| David Bernick | dbernick@kirkland.com |
| Jan Baer | jbaer@kirkland.com |

**Kirkland & Ellis**
200 East Randolph Drive
Chicago, IL 60601
(312) 861-2000
(312) 861-2200 FAX
Represents W.R. Grace

| | |
|---|---|
| Kenneth Pasquale | kpasquale@stroock.com |
| David Sifre | dsifre@stroock.com |

**Stroock & Stroock & Lavan, LLP**
180 Maiden Lane
New York, NY 10038

(212) 806-5400
(212) 806-6006 FAX
Represents Official Committee of Unsecured Creditors of USG and Grace

William S. Katchen  wskatchen@duanemorris.com
**Duane Morris**
744 Broad Street, Suite 1200
Newark, NJ 07102-3889
(973) 424-2031
(973) 424-2001 FAX
Represents Official Committee of Unsecured Creditors of USG

Jeffrey R. Waxman  jwaxman@cozen.com
**Cozen O'Connor**
Chase Manhattan Centre
1201 North Market Street, Suite 1400
Wilmington, DE 19801
(302) 295-2077
(302) 295-2013 FAX
Represents Armstrong Creditors

Debra A. Dandeneau  debra.dandeneau@weil.com
**Weil, Gotshal & Manges, LLP**
767 Fifth Avenue
New York, NY 10153-0119
(212) 310-8000
(212) 310-8007 FAX
Represents Armstrong

John R. Berringer  jberringer@andersonkill.com
**Anderson, Kill & Olick**
1251 Avenue of the Americas
New York, NY 10020
(212) 278-1000
(212) 278-1733 FAX
Represents Designated Members of the Unsecured Creditors Committee in OC

Allyn Danzeisen  adanzeisen@bilzin.com
**Bilzin Sumberg Baena Price &
Axelrod LLP**
200 S Biscayne Boulevard, Suite 2500
Miami, FL 33131
(305) 350-2388
(305) 351-2214 FAX
Asbestos Property Damage Committees in USG & W.R. Grace

| | |
|---|---|
| Steven H. Case | case@dpw.com |
| Gordon Harris | harriss@dpw.com |
| Sharon Katz | skatz@dpw.com |

**Davis Polk & Wardell**
450 Lexington Avenue
New York, NY  10017
(212) 450-4000
(212) 450-3800 (FAX)
Represents Official Committee of Unsecured Creditors in OC

**Judge William Dreier**                      wadreier@nmmlaw.com
Norris McLaughlin & Marcus, PA
721 Route 202-206
Bridgewater, NJ 08807
(908) 722-0700
(908) 722-0755 FAX
Advisor

Mike Scheier                      mscheier@kmklaw.com
**Keating Muething & Klekamp**
1400 Provident Tower
One East 4th Street
Cincinnati, OH 45202
(513) 570-6400
(513) 579-6457 FAX
Represents Advisor Hamlin

John J. Gibbons                      jgibbons@gibbonslaw.com
**Gibbons, Del Deo, Dolan, Griffinger & Vecchione**
One Riverfront Plaza
Newark, NJ 07102
(973) 596-4733
(973) 639-6271 FAX
Represents  Kensington (local counsel)

Nancy A. Washington                      naw@saiber.com
**Saiber, Schlesinger, Staz & Goldstein, LLC**
One Gateway Center, 13th Floor
Newark, NJ 07102
(973) 622-3333
(973) 622-3349 FAX
Represents David Gross, Advisor

John Shaffer                      kjshaffer@stutman.com
**Stutman, Treister & Glatt**

1901 Avenue of the Stars, 12th Floor
(310) 228-5600
(310) 228-5788  FAX
Represents Kensington & Springfield

David Parker	dparker@kkwc.com
**Kleinberg, Kaplan, Wolff & Cohen, P.C.**
551 Fifth Avenue
New York, New York 10176
(212) 986-6000
(212) 986-8866 FAX
Represents Kensington & Springfield

Mary Martin	mamartin@usg.com
**USG**
125 South Franklin Street
Chicago, IL 60606
(312) 606-5368
(312) 606-4208 FAX

Mark D. Brodsky	mbrodsky@elliottmgmt.com
**Elliott Associates, LP**
712 Fifth Avenue
New York, NY 10019
(212) 506-2999
(212) 974-2092 FAX

James E. Coleman, Jr.	JColeman@law.duke.edu
3809 Chippenham Road
Durham, NC 27707
(919) 613-7057
(919) 613-7231 FAX
**Counsel for Francis McGovern**

**Judge James. E. Keefe, Sr.**	judgekeefe@lmknet.com
Lynch Martin
1368 How Lane
North Brunswick, NJ  08902
(732) 545-0745
(732) 545-4780  FAX

Norman L. Pernick	npernick@saul.com
**Saul Ewing LLP**
222 Delaware Avenue
P.O. Box 1266
Wilmington, DE 19899

(302) 421-6800 (x6824)
(302)421-6813 FAX

| | |
|---|---|
| Charles O. Monk | cmonk@saul.com |
| Henry R. Abrams | habrams@saul.com |
| Matthew G. Dobson | mdobson@saul.com |

**Saul Ewing LLP**
100 South Charles Street
Baltimore, MD 21201
(410) 332-8600
(410) 332-8870 FAX
Represent Owens Corning Debtors and Debtors-in-Possession

**Richards, Layton & Finger, P.A.**     jerominski@rlf.com
One Rodney Square
P. O. Box 551
Wilmington, Delaware 19899