# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: OWEN S CORNING, et al. | ) | Chapter 11 |
|                Debtors. | ) | |
| | ) | |
| | ) | Case Nos. 003837 through 003854 |
| _____ | | |
| In re:  W.R. GRACE & CO., et al. | ) | Chapter 11 |
|                Debtors. | ) | |
| | ) | |
| | ) | Case Nos. 01-1139 through 01-1200 |
| _____ | | |
| In re:  USG CORPORATION, a Delaware | ) | Chapter 11 |
| Corporation, et al. | ) | |
| | ) | |
|                Debtors. | ) | |
| | ) | Case Nos. 002094 through 00-2104 |
| _____ | | |

## AMENDED CERTIFICATE OF SERVICE

I, Jennifer L. Scoliard, hereby certify that on this 20th day of January, 2004, I caused a copy of the **(Replacement) Memorandum Of Law In Further Support Of Motion Of D.K. Acquisition Partners, L.P., Fernwood Associates, L.P. And Deutsche Bank Trust Company Americas To Disqualify The Honorable Alfred M. Wolin, United States District Judge, From Further Participation In These Jointly Administered Cases** on the attached distribution list via electronic mail.

                                                              */s/ Jennifer L. Scoliard*___
                                                              Jennifer L. Scoliard (4147)

**DISTRIBUTION LIST – RECUSAL BEFORE JUDGE WOLIN**

| | |
|---|---|
| Gary A. Orseck | gorseck@robbinsrussell.com |
| Larry Robbins | lrobbins@robbinsrussell.com |
| Roy Englert | renglert@robbinsrussell.com |

**Robbins, Russell, Englert, Orseck & Untereiner, LLP**
1801 K Street, N.W., Suite 411
Washington, DC 20006
(202) 775-4500
(202) 775-4510 FAX
Represents Kensington & Springfield

| | |
|---|---|
| Stephen C. Neal | nealsc@cooley.com |
| Scott Devereaux | devereauxsd@cooley.com |

**Cooley Godward, LLP**
3000 El Camino Real
Palo Alto, VA 94306-2155
(650) 843-5000
(650) 857-0663 FAX
Represents USG

Paul R. DeFilippo            pdefilippo@wmd-law.com
**Wollmuth, Mayer, & Deutsch**
One Gateway Center
Newark, N J 07102
(973) 733-0200
(973) 733-9292 FAX
Represents USG

| | |
|---|---|
| Jeffrey Trachtman | jtrachtman@kramerlevin.com |
| Ellen Nadler | enadler@kramerlevin.com |
| Ken Eckstein | keckstein@kramerlevin.com |

**Kramer, Levin, Naftalis & Frankel LLP**
919 Third Avenue
New York, NY 10022
(212) 715-9174
(212) 715-8000 FAX
Represents  Credit Suisse First Boston

| | |
|---|---|
| Aaron Stiefel | astiefel@kayescholer.com |
| Jane W. Parver | jparver@kayescholer.com |
| Michael J. Crames | mcrames@ kayescholer.com |
| Edmund Emrich | eemrich@kayescholer.com |

**Kaye Scholer, LLP**

425 Park Avenue
New York, NY 10022-3598
(212) 836-8000
(212) 836-8689 FAX
Represents James McMonagle,
Owens Corning Futures Representative
and Dean Trafelet,
USG and Armstrong Futures Representative

| | |
|---|---|
| Elihu Inselbuch | ei@capdale.com |

**Caplin & Drysdale**
399 Park Avenue, 30th Floor
New York, NY 10022-4614
(212) 319-7125
(212) 644-6755 FAX
Represents Asbestos Claimants
Committee in Owens Corning,
USG, W.R. Grace, Armstrong,
and Federal Mogul

| | |
|---|---|
| Peter Lockwood | pvnl@capdale.com |
| Ted Swett | tws@capdale.com |
| Julie Davis | jwd@capdale.com |
| Nate Finch | ndf@capdale.com |

**Caplin & Drysdale**
One Thomas Circle, N.W.
Washington, DC 20005
(202) 862-5000
Represents Asbestos Claimants
Committee in Owens Corning,
USG, W.R. Grace, Armstrong, and Federal Mogul

| | |
|---|---|
| David Bernick | dbernick@kirkland.com |
| Jan Baer | jbaer@kirkland.com |

**Kirkland & Ellis**
200 East Randolph Drive
Chicago, IL 60601
(312) 861-2000
(312) 861-2200 FAX
Represents W.R. Grace

| | |
|---|---|
| Kenneth Pasquale | kpasquale@stroock.com |
| David Sifre | dsifre@stroock.com |

**Stroock & Stroock & Lavan, LLP**
180 Maiden Lane
New York, NY 10038

(212) 806-5400
(212) 806-6006 FAX
Represents Official Committee of Unsecured Creditors of USG and Grace

William S. Katchen                    wskatchen@duanemorris.com
**Duane Morris**
744 Broad Street, Suite 1200
Newark, NJ 07102-3889
(973) 424-2031
(973) 424-2001 FAX
Represents Official Committee of Unsecured Creditors of USG

Jeffrey R. Waxman                    jwaxman@cozen.com
**Cozen O'Connor**
Chase Manhattan Centre
1201 North Market Street, Suite 1400
Wilmington, DE 19801
(302) 295-2077
(302) 295-2013 FAX
Represents Armstrong Creditors

Debra A. Dandeneau                    debra.dandeneau@weil.com
**Weil, Gotshal & Manges, LLP**
767 Fifth Avenue
New York, NY 10153-0119
(212) 310-8000
(212) 310-8007 FAX
Represents Armstrong

John R. Berringer                    jberringer@andersonkill.com
**Anderson, Kill & Olick**
1251 Avenue of the Americas
New York, NY 10020
(212) 278-1000
(212) 278-1733 FAX
Represents Designated Members of the Unsecured Creditors Committee in OC

Allyn Danzeisen                    adanzeisen@bilzin.com
**Bilzin Sumberg Baena Price &**
**Axelrod LLP**
200 S Biscayne Boulevard, Suite 2500
Miami, FL 33131
(305) 350-2388
(305) 351-2214 FAX
Asbestos Property Damage Committees in USG & W.R. Grace

Steven H. Case                        case@dpw.com
Gordon Harris                         harriss@dpw.com
Sharon Katz                           skatz@dpw.com
**Davis Polk & Wardell**
450 Lexington Avenue
New York, NY  10017
(212) 450-4000
(212) 450-3800 (FAX)
Represents Official Committee of Unsecured Creditors in OC

**Judge William Dreier**                wadreier@nmmlaw.com
Norris McLaughlin & Marcus, PA
721 Route 202-206
Bridgewater, NJ 08807
(908) 722-0700
(908) 722-0755 FAX
Advisor

Mike Scheier                          mscheier@kmklaw.com
**Keating Muething & Klekamp**
1400 Provident Tower
One East 4th Street
Cincinnati, OH 45202
(513) 570-6400
(513) 579-6457 FAX
Represents Advisor Hamlin

John J. Gibbons                       jgibbons@gibbonslaw.com
**Gibbons, Del Deo, Dolan, Griffinger & Vecchione**
One Riverfront Plaza
Newark, NJ 07102
(973) 596-4733
(973) 639-6271 FAX
Represents  Kensington (local counsel)

Nancy A. Washington                   naw@saiber.com
**Saiber, Schlesinger, Staz & Goldstein, LLC**
One Gateway Center, 13th Floor
Newark, NJ 07102
(973) 622-3333
(973) 622-3349 FAX
Represents David Gross, Advisor

John Shaffer                          kjshaffer@stutman.com
**Stutman, Treister & Glatt**

PHIL1 553850-3

1901 Avenue of the Stars, 12th Floor
(310) 228-5600
(310) 228-5788  FAX
Represents Kensington & Springfield

David Parker                                               dparker@kkwc.com
**Kleinberg, Kaplan, Wolff & Cohen, P.C.**
551 Fifth Avenue
New York, New York 10176
(212) 986-6000
(212) 986-8866 FAX
Represents Kensington & Springfield

Mary Martin                                                mamartin@usg.com
**USG**
125 South Franklin Street
Chicago, IL 60606
(312) 606-5368
(312) 606-4208 FAX

Mark D. Brodsky                                            mbrodsky@elliottmgmt.com
**Elliott Associates, LP**
712 Fifth Avenue
New York, NY 10019
(212) 506-2999
(212) 974-2092 FAX

James E. Coleman, Jr.                                      JColeman@law.duke.edu
3809 Chippenham Road
Durham, NC 27707
(919) 613-7057
(919) 613-7231 FAX
**Counsel for Francis McGovern**

**Judge James. E. Keefe, Sr.**                             judgekeefe@lmknet.com
Lynch Martin
1368 How Lane
North Brunswick, NJ  08902
(732) 545-0745
(732) 545-4780  FAX

Norman L. Pernick                                          npernick@saul.com
**Saul Ewing LLP**
222 Delaware Avenue
P.O. Box 1266
Wilmington, DE 19899

(302) 421-6800 (x6824)
(302)421-6813 FAX

Charles O. Monk		cmonk@saul.com
Henry R. Abrams		habrams@saul.com
Matthew G. Dobson		mdobson@saul.com
**Saul Ewing LLP**
100 South Charles Street
Baltimore, MD 21201
(410) 332-8600
(410) 332-8870 FAX
Represent Owens Corning Debtors and Debtors-in-Possession

**Richards, Layton & Finger, P.A.**		jerominski@rlf.com
One Rodney Square
P. O. Box 551
Wilmington, Delaware 19899