IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | * | Chapter 11 |
| | * | Case Nos. 00-3837 through 00-3854 |
| OWENS CORNING, et al., | * | |
| | * | **Related to Docket Nos. 10656 and 10658** |
| Debtors. | * | |

| | | |
|---|---|---|
| IN RE: | * | Chapter 11 |
| | * | Case Nos. 01-1139 through 01-1200 |
| W.R. GRACE & CO., et al. | * | |
| | * | **Related to Docket Nos. 4941 and 4942** |
| Debtors. | * | |

| | | |
|---|---|---|
| IN RE: | * | Chapter 11 |
| | * | |
| USG CORPORATION, a | * | Case Nos. 01-2094 through 01-2104 |
| Delaware Corporation, et al. | * | |
| | * | **Related to Docket Nos. 5272 and 5273** |
| Debtors. | * | |

## AFFIDAVIT OF SERVICE

I, Pamela R. Prater, of Saul Ewing LLP, hereby certify that the Memorandum of Owens Corning et al. in Opposition to the Motions to Recuse Judge Wolin (Docket Nos. 10658, 4942 and 5273, respectively) was served via electronic mail on January 15, 2004; the Appendix to the Memorandum was served via Federal Express on January 15, 2004; and the Motion for Leave to Exceed Page Limit (Docket Nos. 10656, 4942 and 5272, respectively) were served via electronic mail on January 15, 2004 on the parties listed below:

493415.1 1/22/04

| | |
|---|---|
| Gary A. Orseck | gorseck@robbinsrussell.com |
| Larry Robbins | lrobbins@robbinsrussell.com |
| Roy Englert | renglert@robbinsrussell.com |

**Robbins, Russell, Englert, Orseck & Untereiner, LLP**
1801 K Street, N.W., Suite 411
Washington, DC 20006
(202) 775-4500
(202) 775-4510 FAX
Represents Kensington & Springfield

| | |
|---|---|
| Stephen C. Neal | nealsc@cooley.com |
| Scott Devereaux | devereauxsd@cooley.com |

**Cooley Godward, LLP**
3000 El Camino Real
Palo Alto, CA 94306-2155
(650) 843-5000
(650) 857-0663 FAX
Represents USG

Paul R. DeFilippo          pdefilippo@wmd-law.com
**Wollmuth, Mayer, & Deutsch**
One Gateway Center
Newark, NJ 07102
(973) 733-0200
(973) 733-9292 FAX
Represents USG

| | |
|---|---|
| Jennifer L. Scoliard | jscoliard@klehr.com |
| Joanne Wills | jwills@klehr.com |

**Klehr, Harrison, Harvey, Branzburg & Ellers, LLP**
919 Market Street, Suite 1000
Wilmington, DE 19801
(302) 426-1189
(302) 426-9193 FAX
Represents D.K. Acquisition Partners,
Fernwood Associates &
Deutsche Bank Trust Company America

493415.1 1/22/04                              2

| | |
|---|---|
| Richard Mancino | rmancino@wilkie.com |
| Christopher St. Jeanos | cstjeanos@willkie.com |

**Willkie, Farr & Gallagher**
787 Seventh Avenue
New York, NY 10019
(212) 728-8000
(212) 728-8111 FAX
Represents: D.K. Acquisition Partners,

Fernwood Associates & Deutsche Bank Trust Company America
Conor Bastable                            cbastable@dkpartners.com
**DK Acquisition Partners**
885 Third Avenue
New York, NY 10022

| | |
|---|---|
| Jeffrey Trachtman | jtrachtman@kramerlevin.com |
| Ellen Nadler | enadler@kramerlevin.com |
| Ken Eckstein | keckstein@kramerlevin.com |

**Kramer, Levin, Naftalis & Frankel LLP**
919 Third Avenue
New York, NY 10022
(212) 715-9174
(212) 715-8000 FAX
Represents Credit Suisse First Boston

| | |
|---|---|
| Aaron Stiefel | astiefel@kayescholer.com |
| Jane W. Parver | jparver@kayescholer.com |
| Michael J. Crames | mcrames@ kayescholer.com |
| Edmund Emrich | eemrich@kayescholer.com |

**Kaye Scholer, LLP**
425 Park Avenue
New York, NY 10022-3598
(212) 836-8000
(212) 836-8689 FAX
Represents James McMonagle,
Owens Corning Futures Representative
and Dean Trafelet,
USG and Armstrong Futures Representative

| | |
|---|---|
| Elihu Inselbuch | ei@capdale.com |

**Caplin & Drysdale**
399 Park Avenue, 30th Floor
New York, NY 10022-4614
(212) 319-7125
(212) 644-6755 FAX
Represents Asbestos Claimants
Committee in Owens Corning,
USG, W.R. Grace, Armstrong,
and Federal Mogul

| | |
|---|---|
| Peter Lockwood | pvnl@capdale.com |
| Ted Swett | tws@capdale.com |
| Julie Davis | jwd@capdale.com |
| Nate Finch | ndf@capdale.com |

**Caplin & Drysdale**
One Thomas Circle, N.W.
Washington, DC 20005
(202) 862-5000
Represents Asbestos Claimants
Committee in Owens Corning,
USG, W.R. Grace, Armstrong, and Federal Mogul

| | |
|---|---|
| David Bernick | dbernick@kirkland.com |
| Jan Baer | jbaer@kirkland.com |

**Kirkland & Ellis**
200 East Randolph Drive
Chicago, IL 60601
(312) 861-2000
(312) 861-2200 FAX
Represents W.R. Grace

| | |
|---|---|
| Kenneth Pasquale | kpasquale@stroock.com |
| David Sifre | dsifre@stroock.com |

**Stroock & Stroock & Lavan, LLP**
180 Maiden Lane
New York, NY 10038
(212) 806-5400
(212) 806-6006 FAX
Represents Official Committee of Unsecured Creditors of USG and Grace

William S. Katchen  wskatchen@duanemorris.com
**Duane Morris**
744 Broad Street, Suite 1200
Newark, NJ 07102-3889
(973) 424-2031
(973) 424-2001 FAX
Represents Official Committee of Unsecured Creditors of USG


Jeffrey R. Waxman  jwaxman@cozen.com
**Cozen O'Connor**
Chase Manhattan Centre
1201 North Market Street, Suite 1400
Wilmington, DE 19801
(302) 295-2077
(302) 295-2013 FAX
Represents Armstrong Creditors


Andrew Rosenberg  arosenberg@paulweiss.com
Leslie Freidman Rosenthal  lfriedman@paulweiss.com
**Paul Weiss Rifkind Wharton & Garrison LLP**
1285 Avenue of the Americas
New York, NY 10019
(212) 373-3000
(212) 757 3990 FAX
Represents Armstrong Committee


Debra A. Dandeneau  debra.dandeneau@weil.com
**Weil, Gotshal & Manges, LLP**
767 Fifth Avenue
New York, NY 10153-0119
(212) 310-8000
(212) 310-8007 FAX
Represents Armstrong


John R. Berringer  jberringer@andersonkill.com
**Anderson, Kill & Olick**
1251 Avenue of the Americas
New York, NY 10020
(212) 278-1000
(212) 278-1733 FAX
Represents Designated Members of the Unsecured Creditors Committee in OC

Allyn Danzeisen  adanzeisen@bilzin.com
**Bilzin Sumberg Baena Price & Axelrod LLP**
200 S Biscayne Boulevard, Suite 2500
Miami, FL 33131
(305) 350-2388
(305) 351-2214 FAX
Asbestos Property Damage Committees in USG & W.R. Grace

Steven H. Case  case@dpw.com
Gordon Harriss  harriss@dpw.com
Sharon Katz  skatz@dpw.com
**Davis Polk & Wardwell**
450 Lexington Avenue
New York, NY  10017
(212) 450-4000
(212) 450-3800 (FAX)
Represents Official Committee of Unsecured Creditors in OC

**Judge William Dreier**  wadreier@nmmlaw.com
Norris McLaughlin & Marcus, PA
721 Route 202-206
Bridgewater, NJ 08807
(908) 722-0700
(908) 722-0755 FAX
Advisor

Mike Scheier  mscheier@kmklaw.com
**Keating Muething & Klekamp**
1400 Provident Tower
One East 4th Street
Cincinnati, OH 45202
(513) 570-6400
(513) 579-6457 FAX
Represents Advisor Hamlin

John J. Gibbons  jgibbons@gibbonslaw.com
**Gibbons, Del Deo, Dolan, Griffinger & Vecchione**
One Riverfront Plaza
Newark, NJ 07102
(973) 596-4733
(973) 639-6271 FAX
Represents  Kensington (local counsel)

Nancy A. Washington    naw@saiber.com
**Saiber, Schlesinger, Staz & Goldstein, LLC**
One Gateway Center, 13th Floor
Newark, NJ 07102
(973) 622-3333
(973) 622-3349 FAX
Represents David Gross, Advisor

John Shaffer    kjshaffer@stutman.com
**Stutman, Treister & Glatt**
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067
(310) 228-5600
(310) 228-5788  FAX
Represents Kensington & Springfield

David Parker    dparker@kkwc.com
**Kleinberg, Kaplan, Wolff & Cohen, P.C.**
551 Fifth Avenue
New York, New York 10176
(212) 986-6000
(212) 986-8866 FAX
Represents Kensington & Springfield

Mary Martin    mamartin@usg.com
**USG**
125 South Franklin Street
Chicago, IL 60606
(312) 606-5368
(312) 606-4208 FAX

Mark D. Brodsky    mbrodsky@elliottmgmt.com
**Elliott Associates, LP**
712 Fifth Avenue
New York, NY 10019
(212) 506-2999
(212) 974-2092 FAX

James E. Coleman, Jr.    JColeman@law.duke.edu
3809 Chippenham Road
Durham, NC 27707
(919) 613-7057
(919) 613-7231 FAX
**Counsel for Francis McGovern**

| | |
|---|---|
| **Judge John E. Keefe, Sr.**<br>Lynch Martin<br>1368 How Lane<br>North Brunswick, NJ  08902<br>(732) 545-0745<br>(732) 545-4780  FAX | judgekeefe@lmknet.com |

*/s/ Pamela R. Prater*
Pamela R. Prater, Legal Assistant
SAUL EWING LLP
100 South Charles Street
Baltimore, MD 21201-2773
(410) 332-8600

Sworn to and Subscribed
this 21st day of January, 2004

/s/ Kelly A. Hammen
    Notary Public