IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | Chapter 11 |
| | Case Nos. 00-3837 through 00-3854 |
| OWENS CORNING, et al., | |
| | **Related to Docket No. 10718** |
| Debtors. | |

| | |
|---|---|
| IN RE: | Chapter 11 |
| | Case Nos. 01-1139 through 01-1200 |
| W.R. GRACE & CO., et al. | |
| | **Related to Docket No. 4954** |
| Debtors. | |

| | |
|---|---|
| IN RE: | Chapter 11 |
| | |
| USG CORPORATION, a | Case Nos. 01-2094 through 01-2104 |
| Delaware Corporation, et al. | |
| | **Related to Docket No. 5291** |
| Debtors. | |

## AFFIDAVIT OF SERVICE

I, Pamela R. Prater, of Saul Ewing LLP, hereby certify that the Amended Memorandum of Law of Owens Corning, et al. in Opposition to the Motions to Recuse Judge Wolin (Docket Nos. 10718, 4954 and 5291, respectively) was served via electronic mail on January 20, 2004 on the parties listed below:

792069.1 1/22/04

| | |
|---|---|
| Gary A. Orseck | gorseck@robbinsrussell.com |
| Larry Robbins | lrobbins@robbinsrussell.com |
| Roy Englert | renglert@robbinsrussell.com |

**Robbins, Russell, Englert, Orseck & Untereiner, LLP**
1801 K Street, N.W., Suite 411
Washington, DC 20006
(202) 775-4500
(202) 775-4510 FAX
Represents Kensington & Springfield

| | |
|---|---|
| Stephen C. Neal | nealsc@cooley.com |
| Scott Devereaux | devereauxsd@cooley.com |

**Cooley Godward, LLP**
3000 El Camino Real
Palo Alto, CA 94306-2155
(650) 843-5000
(650) 857-0663 FAX
Represents USG

| | |
|---|---|
| Paul R. DeFilippo | pdefilippo@wmd-law.com |

**Wollmuth, Mayer, & Deutsch**
One Gateway Center
Newark, N J 07102
(973) 733-0200
(973) 733-9292 FAX
Represents USG

| | |
|---|---|
| Jennifer L. Scoliard | jscoliard@klehr.com |
| Joanne Wills | jwills@klehr.com |

**Klehr, Harrison, Harvey, Branzburg & Ellers, LLP**
919 Market Street, Suite 1000
Wilmington, DE 19801
(302) 426-1189
(302) 426-9193 FAX
Represents D.K. Acquisition Partners,
Fernwood Associates &
Deutsche Bank Trust Company America

| | |
|---|---|
| Richard Mancino | rmancino@wilkie.com |
| Christopher St. Jeanos | cstjeanos@willkie.com |

**Willkie, Farr & Gallagher**
787 Seventh Avenue
New York, NY 10019
(212) 728-8000
(212) 728-8111 FAX
Represents: D.K. Acquisition Partners,

Fernwood Associates & Deutsche Bank Trust Company America

| | |
|---|---|
| Conor Bastable | cbastable@dkpartners.com |

**DK Acquisition Partners**
885 Third Avenue
New York, NY 10022

| | |
|---|---|
| Jeffrey Trachtman | jtrachtman@kramerlevin.com |
| Ellen Nadler | enadler@kramerlevin.com |
| Ken Eckstein | keckstein@kramerlevin.com |

**Kramer, Levin, Naftalis & Frankel LLP**
919 Third Avenue
New York, NY 10022
(212) 715-9174
(212) 715-8000 FAX
Represents Credit Suisse First Boston

| | |
|---|---|
| Aaron Stiefel | astiefel@kayescholer.com |
| Jane W. Parver | jparver@kayescholer.com |
| Michael J. Crames | mcrames@ kayescholer.com |
| Edmund Emrich | eemrich@kayescholer.com |

**Kaye Scholer, LLP**
425 Park Avenue.

New York, NY 10022-3598
(212) 836-8000
(212) 836-8689 FAX
Represents James McMonagle,
Owens Corning Futures Representative
and Dean Trafelet,
USG and Armstrong Futures Representative

Elihu Inselbuch ei@capdale.com
**Caplin & Drysdale**
399 Park Avenue, 30th Floor
New York, NY 10022-4614
(212) 319-7125
(212) 644-6755 FAX
Represents Asbestos Claimants
Committee in Owens Corning,
USG, W.R. Grace, Armstrong,
and Federal Mogul

Peter Lockwood pvnl@capdale.com
Ted Swett tws@capdale.com
Julie Davis jwd@capdale.com
Nate Finch ndf@capdale.com
**Caplin & Drysdale**
One Thomas Circle, N.W.
Washington, DC 20005
(202) 862-5000
Represents Asbestos Claimants
Committee in Owens Corning,
USG, W.R. Grace, Armstrong, and Federal Mogul

David Bernick dbernick@kirkland.com
Jan Baer jbaer@kirkland.com
**Kirkland & Ellis**
200 East Randolph Drive
Chicago, IL 60601
(312) 861-2000
(312) 861-2200 FAX
Represents W.R. Grace

Kenneth Pasquale kpasquale@stroock.com
David Sifre dsifre@stroock.com
**Stroock & Stroock & Lavan, LLP**
180 Maiden Lane
New York, NY 10038
(212) 806-5400
(212) 806-6006 FAX
Represents Official Committee of Unsecured Creditors of USG and Grace

William S. Katchen  wskatchen@duanemorris.com
**Duane Morris**
744 Broad Street, Suite 1200
Newark, NJ 07102-3889
(973) 424-2031
(973) 424-2001 FAX
Represents Official Committee of Unsecured Creditors of USG

Jeffrey R. Waxman  jwaxman@cozen.com
**Cozen O'Connor**
Chase Manhattan Centre
1201 North Market Street, Suite 1400
Wilmington, DE 19801
(302) 295-2077
(302) 295-2013 FAX
Represents Armstrong Creditors

Andrew Rosenberg  arosenberg@paulweiss.com
Leslie Freidman Rosenthal  lfriedman@paulweiss.com
**Paul Weiss Rifkind Wharton & Garrison LLP**
1285 Avenue of the Americas
New York, NY 10019
(212) 373-3000
(212) 757 3990 FAX
Represents Armstrong Committee

Debra A. Dandeneau  debra.dandeneau@weil.com
**Weil, Gotshal & Manges, LLP**
767 Fifth Avenue
New York, NY 10153-0119
(212) 310-8000
(212) 310-8007 FAX
Represents Armstrong

John R. Berringer  jberringer@andersonkill.com
**Anderson, Kill & Olick**
1251 Avenue of the Americas
New York, NY 10020
(212) 278-1000
(212) 278-1733 FAX
Represents Designated Members of the Unsecured Creditors Committee in OC

| | |
|---|---|
| Allyn Danzeisen | adanzeisen@bilzin.com |

**Bilzin Sumberg Baena Price & Axelrod LLP**
200 S Biscayne Boulevard, Suite 2500
Miami, FL 33131
(305) 350-2388
(305) 351-2214 FAX
Asbestos Property Damage Committees in USG & W.R. Grace

| | |
|---|---|
| Steven H. Case | case@dpw.com |
| Gordon Harriss | harriss@dpw.com |
| Sharon Katz | skatz@dpw.com |

**Davis Polk & Wardwell**
450 Lexington Avenue
New York, NY 10017
(212) 450-4000
(212) 450-3800 (FAX)
Represents Official Committee of Unsecured Creditors in OC

| | |
|---|---|
| **Judge William Dreier** | wadreier@nmmlaw.com |

Norris McLaughlin & Marcus, PA
721 Route 202-206
Bridgewater, NJ 08807
(908) 722-0700
(908) 722-0755 FAX
Advisor

| | |
|---|---|
| Mike Scheier | mscheier@kmklaw.com |

**Keating Muething & Klekamp**
1400 Provident Tower
One East 4th Street
Cincinnati, OH 45202
(513) 570-6400
(513) 579-6457 FAX
Represents Advisor Hamlin

| | |
|---|---|
| John J. Gibbons | jgibbons@gibbonslaw.com |

**Gibbons, Del Deo, Dolan, Griffinger & Vecchione**
One Riverfront Plaza
Newark, NJ 07102
(973) 596-4733
(973) 639-6271 FAX
Represents Kensington (local counsel)

Nancy A. Washington naw@saiber.com
**Saiber, Schlesinger, Staz & Goldstein, LLC**
One Gateway Center, 13th Floor
Newark, NJ 07102
(973) 622-3333
(973) 622-3349 FAX
Represents David Gross, Advisor

John Shaffer kjshaffer@stutman.com
**Stutman, Treister & Glatt**
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067
(310) 228-5600
(310) 228-5788 FAX
Represents Kensington & Springfield

David Parker dparker@kkwc.com
**Kleinberg, Kaplan, Wolff & Cohen, P.C.**
551 Fifth Avenue
New York, New York 10176
(212) 986-6000
(212) 986-8866 FAX
Represents Kensington & Springfield

Mary Martin mamartin@usg.com
**USG**
125 South Franklin Street
Chicago, IL 60606
(312) 606-5368
(312) 606-4208 FAX

Mark D. Brodsky mbrodsky@elliottmgmt.com
**Elliott Associates, LP**
712 Fifth Avenue
New York, NY 10019
(212) 506-2999
(212) 974-2092 FAX

James E. Coleman, Jr. JColeman@law.duke.edu
3809 Chippenham Road
Durham, NC 27707
(919) 613-7057
(919) 613-7231 FAX
**Counsel for Francis McGovern**

**Judge John E. Keefe, Sr.**  judgekeefe@lmknet.com
Lynch Martin
1368 How Lane
North Brunswick, NJ  08902
(732) 545-0745
(732) 545-4780  FAX

/s/ Pamela R. Prater
Pamela R. Prater, Legal Assistant
SAUL EWING LLP
100 South Charles Street
Baltimore, MD 21201-2773
(410) 332-8600

Sworn to and Subscribed
this 21st day of January, 2004

/s/ Kelly A. Hammen
        Notary Public