IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | Re: Docket No. 4857 |

## ORDER AUTHORIZING THE DEBTORS TO AMEND (I) THE CREDIT AGREEMENT WITH ADVANCED REFINING TECHNOLOGIES LLC TO EXTEND THE TERM AND INCREASE THE CREDIT LINE THEREUNDER, AND (II) THE RESTRICTIVE COVENANTS OF DEBTORS' POST-PETITION LOAN AND SECURITY AGREEMENT TO PERMIT LOANS TO ADVANCED REFINING TECHNOLOGIES UNDER THE INCREASED CREDIT LINE

Upon consideration of the Debtors' Motion for an Order Authorizing the Debtors to Amend (I) the Credit Agreement with Advanced Refining Technologies LLC to Extend the Term and Increase the Credit Line Thereunder, and (II) the Restrictive Covenants of Debtors' Post-Petition Loan and Security Agreement to Permit Loans to Advanced Refining Technologies Under the Increased Credit Line (the "Motion"); and due and proper notice of the Motion having

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

been given; and it appearing that the relief requested in the Motion is in the best interests of the Debtors, their estates and creditors,

IT IS HEREBY ORDERED THAT:

1. The Motion is granted.

2. The Debtors are hereby authorized to amend (i) Grace-Conn.'s ART Credit Agreement[2] to extend its term to March 1, 2006 and to increase the revolving credit line to ART thereunder from $11 million to $24.75 million, and (ii) the restrictive covenants of the DIP Loan Agreement to permit Grace-Conn. to lend ART up to $24.75 million.

3. The Debtors are authorized to pay the $25,000 amendment fee to the lenders.

4. The Debtors are authorized to take whatever action may be necessary to consummate the transactions contemplated in the Motion.

5. The Court shall retain jurisdiction to hear and determine all matters arising from or relating to the implementation of this Order.

6. This Order shall be effective immediately upon its entry.

Dated: January 22, 2004

_____
Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

---

[2] Capitalized terms not defined herein shall have the meaning ascribed to them in the Motion.