IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | | Objection Deadline: February 12, 2004 at 4:00 p.m. |
| | | Hearing Date: TBD only if necessary |

## FEE DETAIL FOR STEPTOE & JOHNSON LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM JULY 1, 2003 THROUGH JULY 31, 2003

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:46422.2

# EXHIBIT A

Exhibit A

Professional services rendered in July, 2003: Matter 46

| Date | Name | Description | Hours |
|---|---|---|---|
| 07/08/03 | A.L. Bailey | Remedium: Review new IDR's from IRS regarding remedium transaction and email from client regarding same. | 1.00 |
| 07/08/03 | J.W. Johnson | Preparation of response to IRS information request seeking explanation of economic substance of Remedium transaction. | 1.30 |
| 07/16/03 | A.L. Bailey | Prepare for, and participate in, call regarding IDRs. | 0.70 |
| 07/16/03 | J.W. Johnson | Teleconference with Grace regarding preparation of responses to IRS request for information and documents. | 0.50 |
| 07/31/03 | J.W. Johnson | Review documents received from Remedium transaction adviser PWC and analyze for priviledge issues and for impact of the documents on proof and merit issues. | 1.80 |
| 7/08/03 | A.E. Moran | **Matter 32: billing** Respond to auditor's questions | .40 |

| Name | Hours | Rate | Value |
|---|---|---|---|
| A.L. Bailey | 1.70 | 495.00 | 841.50 |
| J.W. Johnson | 3.60 | 495.00 | 1,782.00 |
| A.E. Moran | 0.40 | 395.00 | 158.00 |
| Total | 5.70 | | 2,781.50 |

Total Fees        $2,781.50