# EXHIBIT B

Exhibit B

Disbursements -- matter 46:

| | |
|---|---:|
| Duplicating | 41.25 |
| Long Distance Telephone | 25.07 |
| Total Disbursements | $66.32 |

STEPTOE & JOHNSON LLP
Detail Cost Report
Proforma: 278171

RUN DATE: 11/19/2003
RUN TIME: 14:56:46
PAGE: 1

012046.00001 TAX LITIGATION

| Cost Code | Date | Timekeeper Number | Name | Quantity | Rate | Amount | Ext. | Phone Number | Description |
|---|---|---|---|---|---|---|---|---|---|
| DUPLDC | 07/29/03 | 07450 | Arroyo, Ella H. | 273.00 | 0.15 | 40.95 | | | 273 PHOTOCOPIES MADE BY 07450 |
| DUPLDC | 07/29/03 | 07450 | Arroyo, Ella H. | 273.00 | 0.20 | 54.60 | | | |
| LASR | 07/03/03 | 00206 | Moran, Anne E. | 1.00 | 0.15 | 0.15 | | | PC/Network Printing |
| LASR | 07/03/03 | 00206 | Moran, Anne E. | 1.00 | 0.20 | 0.20 | | | PC LASER 1 Pages Moran, Anne |
| LASR | 07/03/03 | 00206 | Moran, Anne E. | 1.00 | 0.15 | 0.15 | | | PC/Network Printing |
| LASR | 07/03/03 | 00206 | Moran, Anne E. | 1.00 | 0.20 | 0.20 | | | PC LASER 1 Pages Moran, Anne |
| LASR | 07/03/03 Total : | | | 0.30 | | | | | |
| TELEDC | 07/16/03 | 00206 | Moran, Anne E. | 1.00 | 12.80 | 12.80 | | | DC Telephone TELEDC 5613621302 FROM EXT. 6409 |
| TELEDC | 07/16/03 | 00206 | Moran, Anne E. | 1.00 | 12.80 | 12.80 | x | | Long Distance Telephone - ARTHUR L. BAILEY |
| TELEDCX | 07/15/03 | 00074 | Bailey, Arthur L. | 1.00 | 12.27 | 12.27 | | | WIRELESS PHONE CHARGES FOR 04/28, 4/29, & 05/05/03 |

Total : 012046.00001 TAX LITIGATION     66.32

Report Total :     66.32