# EXHIBIT B

**Exhibit B**

Disbursements:

| | |
|---|---|
| Duplicating | 7.50 |
| Postage | 3.85 |
| Long Distance Telephone | 0.23 |
| Total Disbursements | $11.58 |

```
                                              STEPTOE & JOHNSON LLP               RUN DATE: 11/19/2003
                                              Detail Cost Report                  RUN TIME: 14:57:08
                                              Proforma: 278172                    PAGE: 1

012046.00102 COLI (October)

Cost        Timekeeper
Code  Date  Number  Name              Quantity  Rate  Amount  Ext.  Phone Number  Description
====  ====  ======  ================  ========  ====  ======  ====  ============  ===========
DUPLDC 08/12/03 07592 Ward, Brenda A.    28.00   0.15   4.20                        28 PHOTOCOPIES MADE BY 07592
DUPLDC 08/12/03 07592 Ward, Brenda A.    28.00   0.20   5.60
LASR   08/04/03 00206 Moran, Anne E.      1.00   0.15   0.15
LASR   08/04/03 00206 Moran, Anne E.      1.00   0.20   0.20

LASR   08/04/03 00206 Moran, Anne E.      1.00   0.15   0.15                        PC/Network Printing
LASR   08/04/03 00206 Moran, Anne E.      1.00   0.20   0.20                        PC LASER 1 Pages Johnson, Walker

LASR   08/04/03 Total :                   0.30
LASR   08/12/03 00206 Moran, Anne E.     11.00   0.15   1.65                        PC/Network Printing
LASR   08/12/03 00206 Moran, Anne E.     11.00   0.20   2.20                        PC LASER 11 Pages Moran, Anne
LASR   08/12/03 00206 Moran, Anne E.      1.00   0.15   0.15                        PC/Network Printing
LASR   08/12/03 00206 Moran, Anne E.      1.00   0.20   0.20                        PC LASER 1 Pages Moran, Anne
LASR   08/12/03 00206 Moran, Anne E.      1.00   0.15   0.15                        PC/Network Printing
LASR   08/12/03 00206 Moran, Anne E.      1.00   0.20   0.20                        PC LASER 1 Pages Moran, Anne
LASR   08/12/03 00206 Moran, Anne E.      1.00   0.15   0.15                        PC/Network Printing
LASR   08/12/03 00206 Moran, Anne E.      1.00   0.20   0.20                        PC LASER 1 Pages Moran, Anne
LASR   08/12/03 00206 Moran, Anne E.      1.00   0.15   0.15                        PC/Network Printing
LASR   08/12/03 00206 Moran, Anne E.      1.00   0.20   0.20                        PC LASER 1 Pages Moran, Anne
LASR   08/12/03 00206 Moran, Anne E.      1.00   0.15   0.15                        PC/Network Printing
LASR   08/12/03 00206 Moran, Anne E.      1.00   0.20   0.20                        PC LASER 1 Pages Moran, Anne
LASR   08/12/03 00206 Moran, Anne E.      1.00   0.15   0.15                        PC/Network Printing
LASR   08/12/03 00206 Moran, Anne E.      1.00   0.20   0.20                        PC LASER 1 Pages Moran, Anne
LASR   08/12/03 00206 Moran, Anne E.      1.00   0.15   0.15                        PC/Network Printing
LASR   08/12/03 00206 Moran, Anne E.      1.00   0.20   0.20                        PC LASER 1 Pages Moran, Anne
LASR   08/12/03 00206 Moran, Anne E.      1.00   0.15   0.15                        PC/Network Printing
LASR   08/12/03 00206 Moran, Anne E.      1.00   0.20   0.20                        PC LASER 1 Pages Moran, Anne
LASR   08/12/03 00206 Moran, Anne E.      1.00   0.15   0.15                        PC/Network Printing
LASR   08/12/03 00206 Moran, Anne E.      1.00   0.20   0.20                        PC LASER 1 Pages Ward, Brenda
LASR   08/12/03 00206 Moran, Anne E.      1.00   0.15   0.15                        PC/Network Printing
LASR   08/12/03 00206 Moran, Anne E.      1.00   0.20   0.20                        PC LASER 1 Pages Ward, Brenda

LASR   08/12/03 Total :                   3.00

PST    08/04/03 08174 DEFAULT ATTORNEY,   1.00   3.85   3.85

                                 Total :  3.30
```

```
                                                      STEPTOE & JOHNSON LLP                                    RUN DATE: 11/19/2003
                                                      Detail Cost Report                                       RUN TIME: 14:57:08
                                                      Proforma: 278172                                         PAGE:  2

012046.00102 COLI (October)

          Timekeeper
Cost    ┌──────────────────────────────────┐
Code    Date      Number   Name                       Quantity  Rate     Amount   Ext.   Phone Number     Description
====    ========  ======   ==========================  ========  ====    =======  ====   ============    ===========
POST    08/04/03  08174    DEFAULT ATTORNEY,            1.00              3.85                            Postage
                                                                                                          Sent by S&J Mailroom via USPS 1 item(s) x
TELEDC  08/07/03  00206    Moran, Anne E.               1.00    0.23      0.23                            DC Telephone TELEDC 3022522900 FROM EXT. 3002
TELEDC  08/07/03  00206    Moran, Anne E.               1.00              0.23 x
Total : 012046.00102 COLI (October)                    11.58

Report Total :                                         11.58
```