IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | | Objection Deadline: February 12, 2004 at 4:00 p.m. |
| | | Hearing Date: TBD only if necessary |

## FEE DETAIL FOR STEPTOE & JOHNSON LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM SEPTEMBER 1, 2003 THROUGH SEPTEMBER 30, 2003

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:46422.2

# EXHIBIT A

Exhibit A

Professional services rendered through: September 30, 2003

| Date | Name | Description | Hours |
|---|---|---|---|
| 09/02/03 | A.E. Moran | Work on billing for April-July. | 1.10 |
| 09/03/03 | J.W. Johnson | Teleconference with Carol Finke re -20 election; research election issue re remedium transaction. | 1.30 |
| 09/04/03 | J.M. Baxley | Review regulations in preparation for call with Mr. Johnson and client. | 1.50 |
| 09/04/03 | J.W. Johnson | Research consolidated return regulations re question of proper election to file regarding Grace's Remedium transaction. | 1.50 |
| 09/04/03 | L.M. Zarlenga | Look for sample - 20T(i) election form; discuss factors to consider with Ms. Baxley. | 0.50 |
| 09/05/03 | J.M. Baxley | Prepare for call with client; calls to Mr. Johnson re same. | 1.00 |
| 09/08/03 | J.M. Baxley | Review -20T regulations regarding election; discuss same with Mr. Johnson; phone conference with Ms. Fink, Mr. Nakashige re same; draft sample election form, send to clients. | 3.00 |
| 09/08/03 | J.W. Johnson | Teleconference with Carol Finke re advice on consolidated return election to make remedium transaction; review election form. | 0.80 |
| 09/16/03 | J.W. Johnson | Review PWC materials for inclusion in IRS document request on Remedium isue; teleconference with Carol Finke re issues arising due to IRS document request; review Grace's draft IRS submission. | 3.50 |
| 09/17/03 | R.B. Hotchkiss | Conference call with Mr. Teplinsky and Ms. Fink re stock acquisition and section 338(h)(10) election and provisions in acquisition agreement re same; speak with Mr. Teplinsky re same; locate documents re reporting requirements for section 338 transactions. | 0.80 |
| 09/17/03 | A.E. Moran | Review new state COLI case and issues. | 1.00 |

| Date | Name | Description | Hours |
|---|---|---|---|
| 09/17/03 | J.W. Johnson | Review materials relevant to IRS request for documents and draft response to information and document request. | 2.30 |
| 09/17/03 | S. B. Teplinsky | Telephone conference with Ms. Fink and Mr. Hotchkiss re 338 issues; review email documents re same; conference with Mr. Hotchkiss re same. | 1.70 |
| 09/24/03 | J.W. Johnson | Review IRS document request response; teleconference with Carol Finke re IRS document request response. | 2.00 |
| 09/25/03 | J.W. Johnson | Review materials to be disclosed to IRS pursuant to the IDR; teleconference with Carol Finke re same. | 1.30 |
| 09/26/03 | A.L. Bailey | Review IDR and draft IDR response; review Cottage Savings case regarding differences between tax and financial statement reporting; telephone call with Grace representatives regarding discussion of IRS work on contingent liability issue. | 1.70 |
| 09/26/03 | J.W. Johnson | Teleconference with Carol Finke and Elyse Napoli to review and discuss content of response to IRS's information request re Remedium Transaction. | 0.50 |

| Name | Hours | Rate | Value |
|---|---|---|---|
| A.L. Bailey | 1.70 | 495.00 | 841.50 |
| J.W. Johnson | 13.20 | 495.00 | 6,534.00 |
| S. B. Teplinsky | 1.70 | 470.00 | 799.00 |
| A.E. Moran | 1.00 | 395.00 | 395.00 |
| L.M. Zarlenga | 0.50 | 370.00 | 185.00 |
| J.M. Baxley | 5.50 | 340.00 | 1,870.00 |
| R.B. Hotchkiss | 0.80 | 245.00 | 196.00 |
| Total | 24.40 | | 10,820.00 |

Fees:Matter 32

| Date | Name | Description | Hours |
|---|---|---|---|
| 09/02/03 | A.E. Moran | Work on billing for April-July. | 1.10 |
| 09/18/03 | A.E. Moran | Reconcile bills and payments for 2002-2003. | 3.20 |

| Date | Name | Description | Hours |
|---|---|---|---|
| 09/19/03 | A.E. Moran | Work on bills for July and August 2003. | 2.80 |
| 09/26/03 | A.E. Moran | Followup on bills for 9th period. | 2.00 |

| Name | Hours | Rate | Value |
|---|---|---|---|
| A.E. Moran | 9.10 | 395.00 | 3,594.50 |