# EXHIBIT B

Exhibit B

Disbursements -- Matter 46

| | |
|---|---:|
| Duplicating | 104.25 |
| Long Distance Telephone | 8.88 |

Disbursements -- Matter 32:

| | |
|---|---:|
| Duplicating | 48.45 |
| Overnight Messenger | 7.71 |

Total Disbursements  $169.29

```
                                                STEPTOE & JOHNSON LLP                              RUN DATE: 11/19/2003
                                                Detail Cost Report                                 RUN TIME: 14:57:42
                                                Proforma: 278173                                   PAGE: 1

012046.00103 COLI (January 2002)

Cost      Date       Timekeeper              Quantity    Rate    Amount    Ext.   Phone Number   Description
Code                 Number    Name
=====     ========   ======    =============== ========  ======  ======    =====  ============   ==================================
DLFD      09/16/03   00206     Moran, Anne E.       1.00   7.71    7.71    7.71                  Federal Express  FROM: ANNE E. MORAN  TO:
                                                                                                 PAULA A GALBRAITH  ON 08/13/03
DUPLDC    09/16/03   09066     Merrill,           683.00   0.15  102.45                          683 PHOTOCOPIES MADE BY 09066
DUPLDC    09/16/03   09066     Merrill,           683.00   0.20  136.60
DUPLDC    09/16/03   09066     Merrill,             6.00   0.15    0.90
DUPLDC    09/16/03   09066     Merrill,             6.00   0.20    1.20                          6 PHOTOCOPIES MADE BY 09066
DUPLDC    09/16/03   09066     Merrill,             6.00   0.15    0.90
DUPLDC    09/16/03   09066     Merrill,             6.00   0.20    1.20                          6 PHOTOCOPIES MADE BY 09066
DUPLDC    09/16/03   09066     Total :            104.25
DUPLDC    09/19/03   07592     Ward, Brenda A.    180.00   0.15   27.00
DUPLDC    09/19/03   07592     Ward, Brenda A.    180.00   0.20   36.00                          180 PHOTOCOPIES MADE BY 07592
DUPLDC    09/19/03   07592     Ward, Brenda A.     38.00   0.15    5.70
DUPLDC    09/19/03   07592     Ward, Brenda A.     38.00   0.20    7.60                          38 PHOTOCOPIES MADE BY 07592
DUPLDC    09/19/03   07592     Total :             32.70

DUPLDC    Total :              136.95

LASR      09/04/03   00206     Moran, Anne E.      10.00   0.15    1.50                          PC/Network Printing
LASR      09/04/03   00206     Moran, Anne E.      10.00   0.20    2.00                          PC LASER 10 Pages Moran, Anne
LASR      09/04/03   00206     Moran, Anne E.      10.00   0.15    1.50                          PC/Network Printing
LASR      09/04/03   00206     Moran, Anne E.      10.00   0.20    2.00                          PC LASER 10 Pages Moran, Anne
LASR      09/04/03   00206     Total :              4.50
LASR      09/17/03   00206     Moran, Anne E.       1.00   0.15    0.15                          PC/Network Printing
LASR      09/17/03   00206     Moran, Anne E.       1.00   0.20    0.20                          PC LASER 1 Pages Moran, Anne
LASR      09/18/03   00206     Moran, Anne E.       8.00   0.15    1.20                          PC/Network Printing
LASR      09/18/03   00206     Moran, Anne E.       8.00   0.20    1.60                          PC LASER 8 Pages Moran, Anne
LASR      09/18/03   00206     Moran, Anne E.       6.00   0.15    0.90                          PC/Network Printing
LASR      09/18/03   00206     Moran, Anne E.       6.00   0.20    1.20                          PC LASER 6 Pages Moran, Anne
LASR      09/18/03   00206     Moran, Anne E.       9.00   0.15    1.35                          PC/Network Printing
LASR      09/18/03   00206     Moran, Anne E.       9.00   0.20    1.80                          PC LASER 9 Pages Moran, Anne
LASR      09/18/03   00206     Moran, Anne E.       5.00   0.15    0.75                          PC/Network Printing
LASR      09/18/03   00206     Moran, Anne E.       5.00   0.20    1.00                          PC LASER 5 Pages Moran, Anne
LASR      09/18/03   00206     Moran, Anne E.       2.00   0.15    0.30                          PC/Network Printing
LASR      09/18/03   00206     Moran, Anne E.       2.00   0.20    0.40
```

Handwritten annotations: "46", "32", "32"

```
                                              STEPTOE & JOHNSON LLP                      RUN DATE: 11/19/2003
                                              Detail Cost Report                         RUN TIME: 14:57:42
                                              Proforma:  278173                          PAGE:     2

012046.00103 COLI (January 2002)

         Timekeeper
Cost
Code     Date     Number    Name                Quantity    Rate    Amount   Ext.   Phone Number   Description
=======  ========  ======   =================  ==========  ======  ========  ====   ============   ===========
LASR     09/18/03  00206    Moran, Anne E.           2.00    0.15      0.30                         PC LASER 2 Pages Moran, Anne
LASR     09/19/03  00206    Moran, Anne E.           2.00    0.20      0.40
                   Total :                           4.50
LASR     09/19/03  00206    Moran, Anne E.           9.00    0.15      1.35                         PC/Network Printing
LASR     09/19/03  00206    Moran, Anne E.           9.00    0.20      1.80                         PC LASER 2 Pages Moran, Anne
LASR     09/19/03  00206    Moran, Anne E.           2.00    0.15      0.30                         PC/Network Printing
LASR     09/19/03  00206    Moran, Anne E.           2.00    0.20      0.40                         PC LASER 9 Pages Ward, Brenda
LASR     09/19/03  00206    Moran, Anne E.           1.00    0.15      0.15                         PC/Network Printing
LASR     09/19/03  00206    Moran, Anne E.           1.00    0.20      0.20                         PC LASER 2 Pages Moran, Anne
LASR     09/19/03  00206    Moran, Anne E.           1.00    0.15      0.15                         PC/Network Printing
LASR     09/19/03  00206    Moran, Anne E.           1.00    0.20      0.20                         PC LASER 1 Pages Ward, Brenda
LASR     09/19/03  00206    Moran, Anne E.           7.00    0.15      1.05                         PC/Network Printing
LASR     09/19/03  00206    Moran, Anne E.           7.00    0.20      1.40                         PC LASER 1 Pages Ward, Brenda
LASR     09/19/03  00206    Moran, Anne E.          10.00    0.15      1.50                         PC/Network Printing
LASR     09/19/03  00206    Moran, Anne E.          10.00    0.20      2.00                         PC LASER 7 Pages Ward, Brenda
LASR     09/19/03  00206    Moran, Anne E.           6.00    0.15      0.90                         PC/Network Printing
LASR     09/19/03  00206    Moran, Anne E.           6.00    0.20      1.20                         PC LASER 10 Pages Ward, Brenda
LASR     09/19/03  00206    Moran, Anne E.           1.00    0.15      0.15                         PC/Network Printing
LASR     09/19/03  00206    Moran, Anne E.           1.00    0.20      0.20                         PC LASER 6 Pages Ward, Brenda
LASR     09/19/03  00206    Moran, Anne E.           1.00    0.15      0.15                         PC/Network Printing
LASR     09/19/03  00206    Moran, Anne E.           1.00    0.20      0.20                         PC LASER 1 Pages Moran, Anne
LASR     09/19/03  00206    Moran, Anne E.           3.00    0.15      0.45                         PC/Network Printing
LASR     09/19/03  00206    Moran, Anne E.           3.00    0.20      0.60                         PC LASER 1 Pages Ward, Brenda
LASR     09/19/03  00206    Moran, Anne E.           1.00    0.15      0.15                         PC/Network Printing
LASR     09/19/03  00206    Moran, Anne E.           1.00    0.20      0.20                         PC LASER 3 Pages Ward, Brenda
                   Total :                           6.60                                           PC/Network Printing
                                                                                                    PC LASER 1 Pages Ward, Brenda
TELEDC   09/03/03  00206    Moran, Anne E.           1.00    3.99      3.99                         PC/Network Printing
TELEDC   09/03/03  00206    Moran, Anne E.           1.00            3.99 x                         PC LASER 1 Pages Ward, Brenda
                   Total :                          15.75                                           DC Telephone TELEDC 5613621300 FROM EXT. 6225
```

(46) 32

```
                                                            STEPTOE & JOHNSON LLP                          RUN DATE: 11/19/2003
                                                            Detail Cost Report                             RUN TIME: 14:57:43
                                                            Proforma: 278173                                    PAGE:    3

012046.00103 COLI (January 2002)

Cost            Timekeeper
Code    Date    Number  Name                    Quantity    Rate    Amount      Ext.        Phone Number    Description
======  ======  ======  ======================  ========  ======  ========  ==========      ============    ============
TELEDC  09/24/03 00206  Moran, Anne E.            1.00     1.06      1.06     1.06 x
TELEDC  09/24/03 00206  Moran, Anne E.            1.00               1.06     1.06 x                        DC Telephone TELEDC 5613621300 FROM EXT. 6225
TELEDC  09/25/03 00206  Moran, Anne E.            1.00     3.83      3.83     3.83 x
TELEDC  09/25/03 00206  Moran, Anne E.            1.00               3.83     3.83 x                        DC Telephone TELEDC 5613621300 FROM EXT. 6225

        TELEDC     Total :                                           8.88

Total : 012046.00103 COLI (January 2002)                           169.29

Report Total :                                                     169.29
```

(handwritten: 46)