IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

Objection Deadline: February 12, 2004 at 4:00 p.m.
Hearing Date: TBD only if necessary

**FEE DETAIL FOR CASNER & EDWARDS, LLP'S
TWENTY-SIXTH MONTHLY FEE APPLICATION
FOR THE PERIOD FROM NOVEMBER 1, 2003 THROUGH NOVEMBER 30, 2003**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A
(Fee Detail)

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

January 7, 2004

Bill Number 62685
File Number 0052000-0000043

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Re: Litigation and Litigation Consulting

**LEGAL SERVICES**

Through November 30, 2003

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 11/03/03 | RAM | Telephone conference with in-house counsel re: his deposition transcript and re: his going to Boca to obtain additional documents to produce. | 0.10 Hrs | $22.00 |
| 11/03/03 | ARA | Document control. | 0.50 Hrs | $42.50 |
| 11/05/03 | RAM | Read letter from W. Burns requesting documents; fax it to in-house counsel (.1). Read updated bankruptcy court docket entries to select documents to read (.1). | 0.20 Hrs | $44.00 |
| 11/05/03 | MEV | Update bankruptcy court docket entries for RAM. | 0.10 Hrs | $8.50 |
| 11/06/03 | RAM | Telephone conference with in-house counsel re: errors in his deposition transcript and that he will go to Boca next week to obtain additional documents. | 0.10 Hrs | $22.00 |
| 11/06/03 | MEV | Download and print selected documents filed in bankruptcy court for RAM. | 0.10 Hrs | $8.50 |
| 11/07/03 | ARA | Document control. | 0.40 Hrs | $34.00 |
| 11/08/03 | RAM | Draft letter to W. Burns to send documents to him (.1). Read selected documents filed in bankruptcy court (.2). | 0.30 Hrs | $66.00 |
| 11/10/03 | RAM | Send letter to W. Burns re: producing documents. | 0.10 Hrs | No charge |
| 11/12/03 | RAM | Telephone conference with in-house counsel re: documents responsive to Mr. Burns' request (.1). Read updated entries on bankruptcy court's docket to select documents to read (.1). | 0.20 Hrs | $44.00 |

Page 1

David B. Siegel

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 11/12/03 | MEV | Update bankruptcy court docket entries for RAM. | 0.10 Hrs | $8.50 |
| 11/13/03 | ARA | Document control. | 1.20 Hrs | $102.00 |
| 11/13/03 | MEV | Download and print selected documents filed in bankruptcy court for RAM. | 0.40 Hrs | $34.00 |
| 11/14/03 | MTM | Receipt and review of email from in-house counsel re: Lason invoice issue (.1); review file from May, 2003 on same issue re: same (.1); telephone call to in-house counsel re: same (.1). | 0.30 Hrs | $57.00 |
| 11/14/03 | ARA | Document control (1.5). Quality control office documents reviewed for in-house counsel (.8). | 2.30 Hrs | $195.50 |
| 11/15/03 | RAM | Read selected documents filed in bankruptcy court (.2). Read transcript of in-house counsel's deposition in Huber to prepare errata sheet (1.4). | 1.60 Hrs | $352.00 |
| 11/17/03 | ARA | Document control. | 3.80 Hrs | $323.00 |
| 11/18/03 | ARA | Document control. | 2.50 Hrs | $212.50 |
| 11/19/03 | RAM | Read updated bankruptcy court docket entries to select documents to read (.1). Read selected documents filed in bankruptcy court (.2). | 0.30 Hrs | $66.00 |
| 11/19/03 | ARA | Document control (5.2). Per telephone call to MTM, quality control attorney review documents and return them to the production set (1.1). | 6.30 Hrs | $535.50 |
| 11/19/03 | MEV | Update bankruptcy court docket entries for RAM (.1); download and print selected documents filed in bankruptcy court for RAM (.2). | 0.30 Hrs | $25.50 |
| 11/20/03 | RAM | Review documents to send to Attorney Burns. | 0.10 Hrs | $22.00 |
| 11/20/03 | MTM | Review 7 boxes returned from Holme Roberts to Winthrop Square ( 4 BOXES OF blueprints, plans and drawings, 2 boxes of privileged materials and 1 box from EH&S department) (1.6); telephone call to in-house counsel at Grace in Cambridge and EH&S Dept. representative re: same (.3); telephone call to representative of Engineering Dept. re: plans and drawings (.1). | 2.00 Hrs | $380.00 |
| 11/20/03 | ARA | Answer questions from MTM re: 8 boxes shipped here from Holme Roberts (.2). Quality control documents in the production set (5.9). | 6.10 Hrs | $518.50 |
| 11/21/03 | RAM | Review documents to be sent to Attorney Burns. | 0.30 Hrs | $66.00 |
| 11/21/03 | ARA | Quality control production set documents. | 2.90 Hrs | $246.50 |
| 11/24/03 | MTM | Review Lason file re: billing issues (.5); email from in-house counsel re: same (.4); telephone call to paralegal at Holme Roberts re: Lason boxes that needed to be re-reviewed (.2); receipt and review of spreadsheet identifying Lason boxes that needed to be re-reviewed (.4). | 1.50 Hrs | $285.00 |

David B. Siegel

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 11/25/03 | MTM | Review file re: Lason problems including boxes held by Lason at time of bankruptcy and compare to list of boxes which had to be re-reviewed re: possible set-offs to Lason's bill (2.3); telephone call to Reed Smith paralegal re: request for database search re: same (.2); email to Reed Smith paralegal re: same (.2); email to in-house counsel re: Lason's bills and results of investigation to date (.2). | 2.90 Hrs | $551.00 |
| | | | TOTAL LEGAL SERVICES | $4,272.00 |

**LEGAL SERVICES SUMMARY**

| | | | |
|---|---|---|---|
| ROBERT A. MURPHY | 3.20 Hrs | 220/hr | $704.00 |
| ROBERT A. MURPHY | 0.10 Hrs | 220/hr | No charge |
| MATTHEW T. MURPHY | 6.70 Hrs | 190/hr | $1,273.00 |
| ANGELA R. ANDERSON | 26.00 Hrs | 85/hr | $2,210.00 |
| MARCI E. VANDERHEIDE | 1.00 Hrs | 85/hr | $85.00 |
| | 37.00 Hrs | | $4,272.00 |

TOTAL THIS BILL    $4,272.00

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

January 7, 2004

Bill Number 62686
File Number 0052000-0000057

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Re: Fee Applications, Applicant

**LEGAL SERVICES**

Through November 30, 2003

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 11/03/03 | RAM | Work on September fee application. | 0.80 Hrs | $176.00 |
| 11/04/03 | RAM | Work on September fee application (.7); send it to in-house counsels for review (.1); telephone conference with in-house counsel that bill is OK to be filed (.1). | 0.90 Hrs | $198.00 |
| 11/05/03 | RAM | Telephone conference with second in-house counsel that September fee application is OK to be filed (.1); finalize it (.2) and send it to Delaware counsel for filing (.1). | 0.40 Hrs | $88.00 |
| 11/13/03 | RAM | Finalize quarterly fee application and send it to Delaware counsel for filing. | 0.20 Hrs | $44.00 |
| 11/20/03 | RAM | Draft response to judge's question re: whether fees charged in bankruptcy court are lower than our regular fees. | 0.10 Hrs | $22.00 |
| 11/22/03 | RAM | Work on October fee application. | 0.10 Hrs | $22.00 |
| 11/23/03 | RAM | Work on October fee application. | 1.00 Hrs | $220.00 |
| 11/24/03 | RAM | Work on October fee application. | 0.50 Hrs | $110.00 |
| 11/30/03 | RAM | Work on October fee application. | 1.50 Hrs | $330.00 |

David B. Siegel

|  |  | TOTAL LEGAL SERVICES | $1,210.00 |
|---|---|---|---|

**LEGAL SERVICES SUMMARY**

| ROBERT A. MURPHY | 5.50 Hrs | 220/hr | $1,210.00 |
|---|---|---|---|
|  | 5.50 Hrs |  | $1,210.00 |

|  | TOTAL THIS BILL | $1,210.00 |
|---|---|---|

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

January 7, 2004

Bill Number 62687
File Number 0052000-0000058

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Re: ZAI Science Trial

**LEGAL SERVICES**

Through November 30, 2003

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 11/05/03 | MTM | Conference with ARA re: locating Material Used and Produced Registers re: ZAI sales. | 0.20 Hrs | $38.00 |
| 11/05/03 | ARA | Search for and obtain Material Used and Produced Registers. | 5.20 Hrs | $442.00 |
| 11/06/03 | ARA | Search for and obtain Material Used and Produced Registers. | 6.50 Hrs | $552.50 |
| 11/07/03 | ARA | Search for and obtain Material Used and Produced Registers (3.9). Conference with MTM re: locating duplicates from documents pulled (.2). | 4.10 Hrs | $348.50 |
| 11/10/03 | MTM | Meeting with ARA at Winthrop Square to review Material Used and Produced Registers re: ZAI sales (.4); review Material Used and Produced Registers at Winthrop Square (1.6). | 2.00 Hrs | $380.00 |
| 11/10/03 | ARA | Quality control Material Used and Produced Registers and eliminate duplicates (5.0); meeting with MTM re: instructions on identifying duplicates (.4). | 5.40 Hrs | $459.00 |
| 11/11/03 | ARA | Quality control Material Used and Produced Registers and eliminate duplicates. | 6.40 Hrs | $544.00 |

David B. Siegel

Re: ZAI Science Trial

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 11/12/03 | RAM | Telephone call from in-house counsel re: documents he is emailing; read documents re: exchange of "settlement information" (.2). ; telephone conference with MTM re: documents and next steps (.1). | 0.30 Hrs | $66.00 |
| 11/12/03 | MTM | Conference with RAM re: request from in-house counsel for information on documents identified by Westbrook re: ZAI sales (.1); telephone call to ARA re: review of Material Used and Produced Registers (.2); telephone call to Reed Smith paralegal re: same (.2); review Material Used and Produced Registers to identify amount of ZAI produced (2.2); telephone call to Reed Smith paralegal re: same (.3). | 3.00 Hrs | $570.00 |
| 11/12/03 | ARA | Quality control Material Used and Produced Registers and eliminate duplicates (4.6); telephone calls to and from MTM re: same (.3). | 4.90 Hrs | $416.50 |
| 11/13/03 | RAM | Telephone conference with in-house counsel and MTM re: several issues, including documents referred to in Westbrook's letters, any records of ZAI sales in Canada (.3). Read emails re: what is in Material Used and Produced Registers (.1). Conference with MTM re: documents referred to by Westbrook (.1); read those documents and others located near them in repository (.2); read and comment on draft letter to in-house counsel (.1). Read documents for any reference to ZAI (.3). | 1.10 Hrs | $242.00 |
| 11/13/03 | MTM | Conference with ARA re: review of Material Used and Produced Registers (.2); receipt and review of package from Reed Smith paralegal re: copies of documents identified by Westbrook and surrounding documents from disks (1.4); telephone call to Reed Smith paralegal re: information on file folders containing such documents (.2); letter to in-house counsel at Grace re: same (.4); receipt and review of email from Reed Smith paralegal re: file folder information question (.2); receipt and review of email from in-house Grace counsel re: ledgers in Denver (.2); respond to in-house counsel re: same (.3); review Winthrop Square Material Used and Produced Registers for 1973 editions (.9). | 3.80 Hrs | $722.00 |
| 11/13/03 | ARA | Organize Registers obtained to date (.4); search for and obtain additional Registers (3.0). Per MTM's telephone call, confirm dates of Registers; discussion with MTM re: same (.5). | 3.90 Hrs | $331.50 |

David B. Siegel

Re: ZAI Science Trial

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 11/14/03 | RAM | Review documents for references to ZAI and telephone call to in-house counsel re: same (.5). Read email and correspondence re: Material Used and Produced Registers (.1). | 0.60 Hrs | $132.00 |
| 11/14/03 | DBM | Conference with MTM re: (.1) and search for Canadian documents for any reference to ZAI (.7). | 0.80 Hrs | $160.00 |
| 11/14/03 | MTM | Receipt and review of email from in-house counsel re: Material Used and Produced Registers (.2); letter to Reed Smith attorney re: same (.5). Conference with DBM re: search for documents gathered by Canadian counsel for possible references to ZAI sales (.1); receipt and review of search results among Canadian documents (.8) | 1.60 Hrs | $304.00 |
| 11/14/03 | ARA | Per telephone call from MTM, search for documents collected by Canadian counsel and locate same (1.1); answer MTM's questions re: same re: any reference in attic insulation sales in Canada (.2). Organize Registers (1.2). | 2.50 Hrs | $212.50 |
| 11/15/03 | RAM | Read documents for any reference to ZAI. | 0.40 Hrs | $88.00 |
| 11/17/03 | ARA | Prepare chart for MTM of duplicate Material Used and Produced Registers. | 0.90 Hrs | $76.50 |
| 11/21/03 | RAM | Read emails from/to Reed Smith attorney and in-house counsel with draft response to questions from E. Westbrook (.3); send responsive email to Reed Smith attorney (.1). | 0.40 Hrs | $88.00 |
| 11/21/03 | MTM | Receipt and review of draft letter from Reed Smith attorney to Westbrook (.2); review chart from Reed Smith paralegal re: documents obtained from database to confirm certain documents regarding ZAI were produced to plaintiffs (.8); telephone call to Reed Smith paralegal re: same (.2); email to in-house counsel and Reed Smith attorney re: comments on draft response letter to Westbrook (.3); receipt and review of comments from in-house counsel at Grace re: same (.1). | 1.60 Hrs | $304.00 |
| 11/25/03 | RAM | Receive draft reply to E. Westbrook. | 0.10 Hrs | $22.00 |
| 11/25/03 | MTM | Receipt and review of revised draft response letter to Westbrook (.1); draft comments re: revised letter (.1). | 0.20 Hrs | $38.00 |

David B. Siegel

|  | TOTAL LEGAL SERVICES | $6,537.00 |

**LEGAL SERVICES SUMMARY**

| | | | |
|---|---|---|---|
| ROBERT A. MURPHY | 2.90 Hrs | 220/hr | $638.00 |
| DONNA B. MACKENNA | 0.80 Hrs | 200/hr | $160.00 |
| MATTHEW T. MURPHY | 12.40 Hrs | 190/hr | $2,356.00 |
| ANGELA R. ANDERSON | 39.80 Hrs | 85/hr | $3,383.00 |
| | 55.90 Hrs | | $6,537.00 |

|  | TOTAL THIS BILL | $6,537.00 |