**EXHIBIT B**
(Expense Detail)

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

January 7, 2004

Bill Number 62688
File Number 0052000-0000043

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Re: Litigation and Litigation Consulting

**DISBURSEMENTS**

Through November 30, 2003

| | | |
|---|---|---|
| EXCESS POSTAGE | | $3.95 |

FEDERAL EXPRESS
| | | |
|---|---|---|
| 11/11/03 To Joseph D Pope from RAM on 10/27/03 | 27.11 | |
| | | $27.11 |

OUTSIDE PHOTOCOPYING
| | | |
|---|---|---|
| 11/14/03 MERRILL COMM - documents produced on 10/27/03 by in-house counsel to J. Pope after deposition re: Huber v. Taylor | 158.35 | |
| | | $158.35 |

PHOTOCOPYING
| | | |
|---|---|---|
| 11/07/03  25 copies. | 3.00 | |
| 11/17/03  12 copies. | 1.32 | |
| | | $4.32 |

TELEPHONE

David B. Siegel

Re: Litigation and Litigation Consulting

**DISBURSEMENTS**

Through November 30, 2003

TELEPHONE

| Date | | | | |
|---|---|---|---|---|
| 11/18/03 | 357 | 4122814499 | 1.10 | |
| 11/24/03 | 329 | 3038617000 | 1.32 | |
| 11/30/03 | AT&T | 6174983826 | 10.33 | |
| | | | | $12.75 |

RENT REIMBURSEMENT

11/03/03  BOSTON CAPITAL INSTI - Rent & Utilities for document  12,510.70
repository at One Winthrop Square - November 2003
$12,510.70

MISCELLANEOUS

11/11/03  PC - lunch for J. Pope during deposition if in-house counsel  5.15
in Huber v. Taylor case (9/16/03)
11/11/03  RECORDKEEPER ARCHIVE - monthly storage fee (11/03)  395.10
$400.25

TOTAL DISBURSEMENTS    $13,117.43

TOTAL THIS BILL    $13,117.43

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

January 7, 2004

Bill Number 62689
File Number 0052000-0000057

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Re: Fee Applications, Applicant

**DISBURSEMENTS**

Through November 30, 2003

FEDERAL EXPRESS

| | | |
|---|---|---|
| 11/11/03 | To Scotta McFarland from RAM on 10/23/03 | 12.31 |
| 11/21/03 | To Scotta McFarland, Esq. from RAM on 11/13/03. | 16.03 |

$28.34

PHOTOCOPYING

| | | |
|---|---|---|
| 11/05/03 | 89 copies. | 10.68 |
| 11/11/03 | 78 copies. | 9.36 |
| 11/13/03 | 78 copies. | 9.36 |
| 11/13/03 | 26 copies. | 3.12 |

$32.52

TOTAL DISBURSEMENTS    $60.86

Page 1

David B. Siegel

|  |  |
|---|---|
| TOTAL THIS BILL | $60.86 |

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

January 7, 2004

Bill Number 62690
File Number 0052000-0000058

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Re: ZAI Science Trial

**DISBURSEMENTS**

Through November 30, 2003

| | | | | |
|---|---|---|---|---|
| EXCESS POSTAGE | | | | $1.06 |
| | | | | |
| PHOTOCOPYING | | | | |
| 11/12/03 | 8 copies. | | 0.96 | |
| 11/14/03 | 45 copies. | | 5.40 | |
| 11/26/03 | 2 copies. | | 0.24 | |
| | | | | $6.60 |
| | | | | |
| TELEPHONE | | | | |
| 11/13/03 | 329 | 5083033329 | 2.31 | |
| 11/13/03 | 329 | 4122883094 | 0.55 | |
| 11/13/03 | 329 | 3026525340 | 1.87 | |
| 11/18/03 | 357 | 5613621583 | 2.20 | |
| 11/18/03 | 357 | 3026525338 | 2.20 | |
| 11/18/03 | 357 | 5613621583 | 1.10 | |
| | | | | $10.23 |

Page 1

David B. Siegel

|  |  |
|---|---|
| TOTAL DISBURSEMENTS | $17.89 |
| TOTAL THIS BILL | $17.89 |