IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

Objection Deadline: February 12, 2004 at 4:00 p.m.
Hearing Date: TBD only if necessary

**FEE DETAIL FOR CARELLA, BYRNE, BAIN, GILFILLAN,
CECCHI, STEWART & OLSTEIN'S MONTHLY FEE APPLICATION
FOR THE PERIOD FROM DECEMBER 1, 2003 THROUGH DECEMBER 31, 2003**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

**EXHIBIT A**

```
W.R. GRACE & COMPANY                      January 12, 2004
5400 BROKEN SOUND BLVD., N.W.             Invoice No. 22098
BOCA RATON, FL  33487                     Client No.  734680
ATTN: RICHARD A. SENFTLEBEN, ESQ.
```

For Professional Services Rendered through   12/31/03

Matter #            734680.1            VS. HONEYWELL INTERNATIONAL


**Litigation and Litigation Consulting**

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 12/01/03 | MEF | Riverkeeper - revise brief in support of motion to strike | .50 | 112.50 |
| 12/02/03 | JMA | Phone - C. Marraro re: scheduling | .20 | 68.00 |
| 12/02/03 | JMA | Phone - A. Nagy re: development issues | .20 | 68.00 |
| 12/02/03 | JMA | Phone - C. Marraro re: development issues and transportation issues | .40 | 136.00 |
| 12/03/03 | JMA | Conference with C. Marraro re: redevelopment issues | .70 | 238.00 |
| 12/03/03 | JMA | Attend meeting with C. Marraro and Langan re: transportation issues | 3.00 | 1020.00 |
| 12/03/03 | JMA | Conference with C. Marraro re: transportation issues | 1.50 | 510.00 |
| 12/03/03 | JMA | Inspect transportation alternate routes for truck to rail transportation | 3.00 | 1020.00 |
| 12/03/03 | MEF | Hackensack Riverkeeper - review cross motions for SJ and correspondence re: same | 1.40 | 315.00 |
| 12/03/03 | MEF | Hackensack Riverkeeper - draft letter to Judge Cavanaugh re: SJ | .60 | 135.00 |
| 12/04/03 | JMA | Review notes for conference call with clients | .50 | 170.00 |
| 12/04/03 | JMA | Conference call with C. Marraro and K. Brown re: remediation issues | .60 | 204.00 |
| 12/04/03 | JMA | Conference call with A. Nagy, R. Senftleben, C. Marraro re: remediation and transportation issues | 1.00 | 340.00 |
| 12/04/03 | JMA | Phone - C. Marraro re: development issues | .70 | 238.00 |

```
W.R. GRACE & COMPANY                                      January 12, 2004
Client No.              734680                            Page      2
INVOICE NO.             22098
```

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 12/04/03 | JMA | Phone - C. Marraro re: transportation issues | .20 | 68.00 |
| 12/04/03 | JMA | Receipt and review email from C. Marraro re: Honeywell 12/3/03 RAWP | .10 | 34.00 |
| 12/04/03 | JMA | Phone - C. Marraro re: Honeywell 12/3/03 RAWP | .30 | 102.00 |
| 12/04/03 | MEF | T/c with CHM re: letter to Judge Cavanaugh | .20 | 45.00 |
| 12/05/03 | JMA | Receipt and review letter from T. Pasuit to Clerk | .10 | 34.00 |
| 12/05/03 | JMA | Receipt and review Notice of Motion re: Special Master Sixth Fee Application, Special Master Sixth Fee Application and proposed Order | .90 | 306.00 |
| 12/05/03 | JMA | Receipt and review letter from K. Coakley to Clerk | .10 | 34.00 |
| 12/05/03 | JMA | Receipt and review Special Master's Third Progress Report | .40 | 136.00 |
| 12/05/03 | JMA | Phone - C. Marraro re: Honeywell Work Plan | .30 | 102.00 |
| 12/05/03 | JMA | Review of and comments to Honeywell Summary RAWP dated 12/3/03 | 2.60 | 884.00 |
| 12/05/03 | JMA | Receipt and review email from C. Marraro | .10 | 34.00 |
| 12/05/03 | JMA | Appeal - review recent RCRA Decision re: imminent and substantial endangerment issues | .80 | 272.00 |
| 12/08/03 | JMA | Review of and comments to letter to Judge Cavanaugh re: new evidence | .40 | 136.00 |
| 12/08/03 | JMA | Conference with MEF re: revisions to letter to Judge Cavanaugh re: new evidence | 1.30 | 442.00 |
| 12/08/03 | JMA | Conference with MEF re: development issues - redevelopment zone | .70 | 238.00 |
| 12/08/03 | JMA | Receipt and review memo from Langan re: transportation | .20 | 68.00 |
| 12/08/03 | JMA | Phone - C. Marraro re: development issues | .40 | 136.00 |
| 12/08/03 | JMA | Receipt and review letter from K. Millian to special Master re: Honeywell's 12/3/03 RAWP | .30 | 102.00 |

```
W.R. GRACE & COMPANY                                January 12, 2004
Client No.              734680                      Page       3
INVOICE NO.             22098
```

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 12/08/03 | JMA | Receipt and review letter from K. Millian to Special Master with Dr. Bell comments to Honeywell 12/3/03 RAWP | .30 | 102.00 |
| 12/08/03 | JMA | Receipt and review email from L. Thomas | .10 | 34.00 |
| 12/08/03 | JMA | Receipt and review letter from M. Caffrey to Judge Cavanaugh re: RCRA Fee Petition | .10 | 34.00 |
| 12/08/03 | JMA | Receipt and review memo re: special Master issues under amended Rule 53 | 1.20 | 408.00 |
| 12/08/03 | MEF | Research Rules 59 and 60 re: new evidence | .40 | 90.00 |
| 12/08/03 | MEF | Review email from CHM re: Honeywell proposed work plan and schedule | .20 | 45.00 |
| 12/08/03 | MEF | Review Honeywell's proposed work plan and schedule | .60 | 135.00 |
| 12/08/03 | MEF | Conference with JMA re: revisions to letter to Judge Cavanaugh re: new evidence | 1.30 | 292.50 |
| 12/08/03 | MEF | Conference with JMA re: development issues - redevelopment zone | .70 | 157.50 |
| 12/08/03 | MEF | Revise letter to Judge Cavanaugh re: new evidence | .60 | 135.00 |
| 12/09/03 | MEF | Review case law re: Rule 59 and 60 of FRCP | .40 | 90.00 |
| 12/10/03 | JMA | Phone - C. Marraro re: transportation and remediation issues | .40 | 136.00 |
| 12/10/03 | JMA | RCRA Fee Petition - receipt and review letter from M. Caffrey to Clerk | .10 | 34.00 |
| 12/10/03 | JMA | RCRA Fee Petition - receipt and review letter from M. Caffrey to Judge Cavanaugh | .10 | 34.00 |
| 12/10/03 | JMA | RCRA Fee Petition - receipt and review Honeywell Notice of Motion to Strike Portions of ECARG reply | .20 | 68.00 |
| 12/10/03 | JMA | RCRA Fee Petition - receipt and review Honeywell's two (2) proposed Orders | .20 | 68.00 |
| 12/10/03 | JMA | RCRA Fee Petition - receipt and review second Declaration of M. Caffrey | 1.00 | 340.00 |

```
W.R. GRACE & COMPANY                                    January 12, 2004
Client No.              734680                          Page       4
INVOICE NO.             22098
```

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| 12/10/03 | JMA | RCRA Fee Petition - receipt and review Honeywell brief in support of Motion to Strike ECARG reply | .60 | 204.00 |
| 12/10/03 | JMA | Receipt and review letter from C. Marraro re: transportation issues | .10 | 34.00 |
| 12/10/03 | JMA | Receipt and review letter from B. Lothian re: transportation issues | .30 | 102.00 |
| 12/10/03 | MEF | Receipt and review email from CHM re: Special Master's comments to Honeywell's Proposed Summary RAW | .20 | 45.00 |
| 12/10/03 | MEF | Review Special Master's redlined version of Honeywell's Proposed Summary RAW | .80 | 180.00 |
| 12/10/03 | MEF | Review research re: valuation of property | 2.30 | 517.50 |
| 12/10/03 | MEF | T/c with G. Buchanan at Division of Science, Research & Technology | .20 | 45.00 |
| 12/10/03 | MEF | Memo to JMA re: t/c with G. Buchanan | .20 | 45.00 |
| 12/11/03 | JMA | Review of and initial comments to comments of Special Master to Honeywell 12/3/03 RAWP | 2.70 | 918.00 |
| 12/11/03 | JMA | Conference with MEF re: finalize letter to Judge Cavanaugh | .40 | 136.00 |
| 12/11/03 | JMA | Phone - C. Marraro re: letter to Judge Cavanaugh | .20 | 68.00 |
| 12/11/03 | MEF | RCRA Fee Petition - review Honeywell motion to strike portions of ECARG's reply brief | .70 | 157.50 |
| 12/11/03 | MEF | Review Honeywell's motion to strike portions of ICO's reply brief re: RCRA Fee Petition | .50 | 112.50 |
| 12/11/03 | MEF | Additional research re: redevelopment/development issues | 2.10 | 472.50 |
| 12/11/03 | MEF | RCRA Fee Petition - email to CHM re: Honeywell motion to strike | .20 | 45.00 |
| 12/11/03 | MEF | Conference with JMA re: revisions to letter to Judge Cavanaugh - Hackensack Riverkeeper motions | .40 | 90.00 |

```
W.R. GRACE & COMPANY                                    January 12, 2004
Client No.              734680                          Page        5
INVOICE NO.             22098
```

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| 12/11/03 | MEF | Revise letter to Judge Cavanaugh - Hackensack Riverkeeper | .30 | 67.50 |
| 12/11/03 | MEF | Review schedule for workplan | .20 | 45.00 |
| 12/12/03 | JMA | Phone - L. Walsh re: RAWP | .20 | 68.00 |
| 12/12/03 | JMA | Comments to Special Master's revisions to 12/3/03 RAWP | 2.30 | 782.00 |
| 12/12/03 | JMA | Conference with C. Marraro re: Grace comments to Special Master's revisions to 12/3/03 RAWP | 4.70 | 1598.00 |
| 12/12/03 | MEF | Continue reviewing redevelopment research | 2.30 | 517.50 |
| 12/12/03 | MEF | Draft memo to JMA re: redevelopment issues | 2.90 | 652.50 |
| 12/13/03 | JMA | Review of and comments to Honeywell 12/12/03 comments to Special Master's version of Work Plan | 1.00 | 340.00 |
| 12/13/03 | JMA | RCRA Fee Petition - receipt and review Honeywell brief in support of Motion to Strike ICO reply | .30 | 102.00 |
| 12/13/03 | JMA | RCRA Fee Petition - Receipt and review letter from M. Caffrey to Clerk | .10 | 34.00 |
| 12/13/03 | JMA | RCRA Fee Petition - Receipt and review letter from M. Caffrey to Judge Cavanaugh | .10 | 34.00 |
| 12/13/03 | JMA | RCRA Fee Petition - receipt and review Notice of Motion to Strike Portions of ICO Reply | .20 | 68.00 |
| 12/13/03 | JMA | RCRA Fee Petition - receipt and review Honeywell two (2) proposed Orders | .20 | 68.00 |
| 12/13/03 | JMA | RCRA Fee Petition - receipt and review second Declaration of M. Caffrey re: ICO reply papers | .80 | 272.00 |
| 12/15/03 | JMA | Revisions to Grace version of RAWP for submission to Special Master | 3.50 | 1190.00 |
| 12/15/03 | JMA | Email to C. Marraro re: revisions to RAWP | .20 | 68.00 |
| 12/15/03 | JMA | Appeal - memo from MEF re: liability, buyout; conference with MEF | .30 | 102.00 |

```
W.R. GRACE & COMPANY                                January 12, 2004
Client No.              734680                      Page        6
INVOICE NO.             22098
```

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 12/15/03 | JMA | Receipt and review letter from Parsons to Louis Berger Group re: vendor contracts | .20 | 68.00 |
| 12/15/03 | JMA | Receipt and review email from Parsons | .10 | 34.00 |
| 12/15/03 | JMA | Receipt and review letter from Parsons to T. Lewis re: preliminary geotechnical report | .20 | 68.00 |
| 12/15/03 | JMA | Appeal - receipt and review emails re: mediation schedule | .20 | 68.00 |
| 12/15/03 | JMA | Receipt and review letter from K. Coakley to M. Daneker re: contracts | .20 | 68.00 |
| 12/15/03 | MEF | Riverkeeper - receipt and review letter from G. Buchanan re: Fish Consumption Advisories | .20 | 45.00 |
| 12/15/03 | MEF | Riverkeeper - review June 1997 Fish Consumption Advisories | .40 | 90.00 |
| 12/15/03 | MEF | RCRA Fee Petition - t/c with WFH re: Honeywell's motion to strike | .40 | 90.00 |
| 12/15/03 | MEF | RCRA Fee Petition - begin review of case law cited by Honeywell in motion to strike | 1.00 | 225.00 |
| 12/16/03 | JMA | Meeting with CHM, B. Hughes, K. Brown, A. Nagy and R. Senftleben re: revisions to Grace 12/16/03 RAWP | 5.00 | 1700.00 |
| 12/16/03 | JMA | Phone - T. Pasuit | .10 | 34.00 |
| 12/16/03 | JMA | Phone - C. Marraro re: remedial action issues | .20 | 68.00 |
| 12/16/03 | JMA | Revisions to Grace revisions to RAWP | 2.00 | 680.00 |
| 12/16/03 | JMA | Review materials for meeting with counsel for Special Master re: RAWP issues; meeting with counsel for Special Master | 3.00 | 1020.00 |
| 12/16/03 | JMA | Receipt and review memo re: Waterfront Development Permit issues | .50 | 170.00 |
| 12/16/03 | JMA | Receipt and review letter from K. Coakley to M. Daneker re: data collection, Roned | .20 | 68.00 |
| 12/16/03 | JMA | Receipt and review letter from Louis Berger Group to Parsons re: Honeywell 6th Progress Report | .30 | 102.00 |

```
W.R. GRACE & COMPANY                                      January 12, 2004
Client No.              734680                            Page        7
INVOICE NO.             22098
```

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 12/16/03 | JMA | Receipt and review letter from M. Daneker to Special Master | .20 | 68.00 |
| 12/16/03 | JMA | Receipt and review letter from L. Walsh | .10 | 34.00 |
| 12/16/03 | JMA | Receipt and review brochure re: Construction and Marine Equipment Company | .30 | 102.00 |
| 12/16/03 | JMA | Appeal - receipt and review letter from T. Milch to Judge Ackerman | .10 | 34.00 |
| 12/16/03 | JMA | Receipt and review letter from M. Daneker to Special Master | .30 | 102.00 |
| 12/16/03 | MEF | RAW - Review block/lot information re ECARG/Roned property | .30 | 67.50 |
| 12/16/03 | MEF | Review Rule 53 and amendments and compare with former Rule 53 | .80 | 180.00 |
| 12/16/03 | MEF | Prepare memo to JMA re: revised Rule 53 | .80 | 180.00 |
| 12/16/03 | MEF | RCRA Fee Petition - continue review of case law cited by Honeywell in motion to strike | 3.10 | 697.50 |
| 12/16/03 | MEF | RCRA Fee Petition - review Petition and Honeywell opposition in connection with motion to strike | 1.00 | 225.00 |
| 12/16/03 | MEF | RCRA Fee Petition - begin drafting opposition to Honeywell's motion to strike | 1.00 | 225.00 |
| 12/17/03 | JMA | Conference with C. Marraro and R. Senftleben re: transportation issues | .40 | 136.00 |
| 12/17/03 | JMA | Attend meeting with Special Master and all parties | 3.50 | 1190.00 |
| 12/17/03 | JMA | Conference with C. Marraro, R. Senftleben, A. Nagy and K. Brown re: issues raised at all parties' meeting | 2.00 | 680.00 |
| 12/17/03 | JMA | Revisions to Grace 12/16/03 RAWP revisions | 1.00 | 340.00 |
| 12/17/03 | JMA | Review materials for meeting with all parties and special Master | 1.40 | 476.00 |
| 12/17/03 | JMA | Meeting with C. Marraro and R. Senftleben re: issues for all parties meeting | .60 | 204.00 |

```
W.R. GRACE & COMPANY                                  January 12, 2004
Client No.              734680                  Page        8
INVOICE NO.             22098
```

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 12/17/03 | MEF | Review Waterfront Development statute | .80 | 180.00 |
| 12/17/03 | MEF | Review information re: transportation issues | .70 | 157.50 |
| 12/18/03 | JMA | Review transportation truck/rail study materials | 1.50 | 510.00 |
| 12/18/03 | JMA | Conference with C. Marraro re: transportation and mediation issues | 2.50 | 850.00 |
| 12/18/03 | JMA | Conference with MEF re: transportation - traveling issues | 1.00 | 340.00 |
| 12/18/03 | MEF | Conference with CHM re: motion to strike | .50 | 112.50 |
| 12/18/03 | MEF | Conference with JMA re: transportation issues | 1.00 | 225.00 |
| 12/18/03 | MEF | Review videos re: transportation issues | .50 | 112.50 |
| 12/19/03 | JMA | Prepare Grace 12/19/03 RAWP revisions and email to all parties | 1.70 | 578.00 |
| 12/19/03 | JMA | Receipt and review email from Parsons re: 7th Progress Report | .10 | 34.00 |
| 12/19/03 | JMA | Receipt and review letter from Parsons to Special Master re: 7th Progress Report | .10 | 34.00 |
| 12/19/03 | JMA | Review of and comments to Honeywell 7th Progress Report | 1.00 | 340.00 |
| 12/19/03 | JMA | Email to C. Marraro re: Honeywell 7th Progress Report | .10 | 34.00 |
| 12/19/03 | JMA | Receipt and review letter from Parsons to Louis Berger Group | .10 | 34.00 |
| 12/19/03 | RCS | Telephone communication with Judge Cavanaugh's law clerk Alex Granovsky regarding certain Grace trial exhibits. | .30 | 63.00 |
| 12/22/03 | JMA | Receipt and review email from C. Marraro re: DEP/conflicts issues | .30 | 102.00 |
| 12/22/03 | JMA | Phone - C. Marraro re: Honeywell position on Grace RAWP | .30 | 102.00 |
| 12/22/03 | JMA | Receipt and review email from Louis Berger Group to Parsons | .10 | 34.00 |

```
W.R. GRACE & COMPANY                                    January 12, 2004
Client No.              734680                          Page       9
INVOICE NO.             22098
```

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 12/22/03 | JMA | Receipt and review Louis Berger Group memo re: EFH assessment | .60 | 204.00 |
| 12/22/03 | JMA | Receipt and review letter from K. Coakley to M. Daneker re: extension of time | .10 | 34.00 |
| 12/22/03 | JMA | Receipt and review email from Parsons | .10 | 34.00 |
| 12/22/03 | JMA | Receipt and review letter from Parsons to Louis Berger Group re: data | .10 | 34.00 |
| 12/22/03 | JMA | Receipt and review email from C. Marraro to K. Brown re: RAWP | .10 | 34.00 |
| 12/22/03 | JMA | Receipt and review letter from M. Daneker to Special Master re: Grace RAWP | .30 | 102.00 |
| 12/22/03 | MEF | Review email from CHM re: Honeywell/DEP | .20 | 45.00 |
| 12/22/03 | MEF | RCRA Fee Petition - motion to strike - review caselaw re: standards governing fee petitions | 2.00 | 450.00 |
| 12/22/03 | MEF | RCRA Fee Petition - motion to strike - revise brief in opposition | 1.00 | 225.00 |
| 12/22/03 | MEF | RAWP - review email from CHM to K. Brown re: Honeywell letter | .10 | 22.50 |
| 12/22/03 | MEF | RAWP - review Honeywell letter to Sen. Toricelli | .20 | 45.00 |
| 12/22/03 | MEF | RCRA Fee Petition - motion to strike - review email from WFH re: expert responses to Honeywell objections | .30 | 67.50 |
| 12/23/03 | JMA | Receipt and review Order approving Special Master's 6th Fee Application | .20 | 68.00 |
| 12/23/03 | JMA | Receipt and review email from Louis Berger Group to Parsons with sediment contamination data | .80 | 272.00 |
| 12/23/03 | JMA | Phone - C. Marraro re: remediation issues | .30 | 102.00 |
| 12/23/03 | JMA | Phone - C. Marraro and B. Lothian re: transportation issues | .20 | 68.00 |
| 12/23/03 | MEF | Phone with WFH re: brief in opposition to motion to strike | .20 | 45.00 |

```
W.R. GRACE & COMPANY                                January 12, 2004
Client No.              734680                      Page       10
INVOICE NO.             22098
```

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 12/23/03 | MEF | Continue revising brief in opposition to Honeywell's motion to strike | .80 | 180.00 |
| 12/26/03 | MEF | Continue drafting opposition to Honeywell's motion to strike | 1.50 | 337.50 |
| 12/26/03 | MEF | Research - FRE in connection with motion to strike | .50 | 112.50 |
| 12/27/03 | JMA | Review of and comments to draft brief - Honeywell motion to strike | .80 | 272.00 |
| 12/27/03 | JMA | Conference with MEF re: revisions to ECARG brief - Honeywell motion to strike | 2.00 | 680.00 |
| 12/27/03 | MEF | Conference with JMA re: response to Honeywell motion to strike | 2.00 | 450.00 |
| 12/27/03 | MEF | Revise opposition to motion to strike | 3.60 | 810.00 |
| 12/28/03 | MEF | Review additional case law cited by Honeywell | .60 | 135.00 |
| 12/28/03 | MEF | Review detail in support of original petition | .60 | 135.00 |
| 12/28/03 | MEF | Continue revising brief in opposition to motion to strike | 2.80 | 630.00 |
| 12/29/03 | JMA | Phone - C. Marraro re: transportation issues | .20 | 68.00 |
| 12/29/03 | JMA | RCRA Fee Petition - Conference with MEF re: final revisions to ECARG brief re: Honeywell motion to strike ECARG reply | 2.90 | 986.00 |
| 12/29/03 | JMA | RCRA Fee Petition - Review and execute letter to Clerk and Judge Cavanaugh | .20 | 68.00 |
| 12/29/03 | JMA | RCRA Fee Petition - review and execute ECARG brief re: Honeywell Motion to Strike ECARG reply | .80 | 272.00 |
| 12/29/03 | JMA | Phone conference with C. Marraro and B. Lothian re: transportation issues | .80 | 272.00 |
| 12/29/03 | JMA | Phone conference with C. Marraro and K. Brown re: transportation issues | .40 | 136.00 |
| 12/29/03 | JMA | RCRA Fee Petition - review of and comments to revised ECARG brief re: Honeywell motion to strike | 1.00 | 340.00 |

```
W.R. GRACE & COMPANY                              January 12, 2004
Client No.            734680                      Page      11
INVOICE NO.           22098
```

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 12/29/03 | JMA | Receipt and review letter from C. Pravlik to Clerk | .10 | 34.00 |
| 12/29/03 | JMA | Receipt and review letter from C. Pravlik to Court | .10 | 34.00 |
| 12/29/03 | JMA | Receipt and review ICO proposed Order re: Honeywell motion to strike ICO reply | .20 | 68.00 |
| 12/29/03 | JMA | Receipt and review ICO brief re: Honeywell motion to strike | .60 | 204.00 |
| 12/29/03 | JMA | Review Gr.1104-(10) | .30 | 102.00 |
| 12/29/03 | JMA | Letter to K. Coakley re: Grace trial exhibits 1104(1)-(10) | .20 | 68.00 |
| 12/29/03 | MEF | Phone with CHM and JMA re: opposition to motion to strike | .20 | 45.00 |
| 12/29/03 | MEF | Conference with JMA re: revisions to opposition to motion to strike | 2.90 | 652.50 |
| 12/29/03 | MEF | Revise and finalize opposition to motion to strike | 4.00 | 900.00 |
| 12/29/03 | RCS | Meeting with John Agnello, Esq. re: certain Grace trial exhibits being submitted to Special Master. | .20 | 42.00 |
| 12/30/03 | JMA | RCRA Fee Petition - receipt and review letter from B. Terris re: oral argument | .10 | 34.00 |
| 12/30/03 | JMA | RCRA Fee Petition - email to C. Marraro re: oral argument 1/12 | .10 | 34.00 |
| 12/30/03 | JMA | Phone - B. Lothian re: transportation issues | .20 | 68.00 |
| 12/30/03 | MEF | Conference with LF re: information re: transportation issues | .60 | 135.00 |
| 12/30/03 | MEF | Prepare order denying Honeywell's motion to strike | .40 | 90.00 |
| 12/30/03 | MEF | Letter to Judge Cavanaugh re: order denying Honeywell's motion to strike | .30 | 67.50 |
| 12/30/03 | RCS | Review truck routes in proximity to site re: transportation issues. | .60 | 126.00 |

```
W.R. GRACE & COMPANY                              January 12, 2004
Client No.              734680                    Page       12
INVOICE NO.             22098
```

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 12/30/03 | LF | Conference with MEF re: trucking transportation issues | .60 | 45.00 |
| 12/31/03 | JMA | Review Langan Report re: transportation issues | .70 | 238.00 |
| 12/31/03 | JMA | Meeting with B. Lothian re: inspect transportation routes re: truck to rail | 2.30 | 782.00 |
| 12/31/03 | JMA | Phone - C. Marraro re: transportation issues | .30 | 102.00 |
| 12/31/03 | LF | T/c to Jersey City Tax Assessor re: transportation issues | .20 | 15.00 |

               **Subtotal:**        **44,134.50**

**Fee Applications, Applicant**

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 12/01/03 | MEF | Fee Application - review email from S. Bossay re: 9th Quarterly Spreadsheets and Final Report amounts | .40 | 90.00 |
| 12/01/03 | MEF | Fee Application - Pacer search re: October 2003 fee application | .20 | 45.00 |
| 12/01/03 | MEF | Fee Application - Begin preparing 21st Monthly Fee Application (Nov. 2003) | .50 | 112.50 |
| 12/04/03 | JMA | Receipt and review revised Order re: Special Master's Fifth Fee Petition | .20 | 68.00 |
| 12/04/03 | MEF | Fee Application - review November 2003 fee detail | 1.00 | 225.00 |
| 12/04/03 | MEF | Fee Application - continued preparing 21st monthly fee application | 1.00 | 225.00 |
| 12/05/03 | MEF | Fee Application - review revised/corrected November fee detail | .50 | 112.50 |
| 12/08/03 | MEF | Fee Application - continue preparing 21st monthly fee application | 1.10 | 247.50 |
| 12/09/03 | JMA | Review and execute 21st Fee Application | .60 | 204.00 |
| 12/09/03 | MEF | Fee Application - finalize 21st Monthly Fee Application | .50 | 112.50 |

```
W.R. GRACE & COMPANY                              January 12, 2004
Client No.          734680                        Page     13
INVOICE NO.         22098
```

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 12/09/03 | MEF | Fee Application - letter to P. Cuniff re: 21st fee application | .20 | 45.00 |
| 12/15/03 | MEF | Review email from K. Wright re: CBBG 10th Quarterly Fee Application | .20 | 45.00 |
| 12/15/03 | MEF | Review 9th and 10th Quarterly Fee Applications in response to Fee Auditor inquiry | .70 | 157.50 |
| 12/15/03 | MEF | Voice mail - K. Wright | .10 | 22.50 |
| 12/15/03 | MEF | Fee Application - PACER search re: status of pending monthly fee applications and objection deadlines | .50 | 112.50 |
| 12/15/03 | MEF | T/c with K. Wright re: 10th Quarterly Fee Application | .30 | 67.50 |
| 12/15/03 | MEF | Emails to/from P. Cuniff re: 10th Quarterly Fee Application | .40 | 90.00 |
| 12/15/03 | MEF | Pacer Search - CBBG 10th Quarterly Fee Application | .30 | 67.50 |
| 12/15/03 | MEF | Emails to K. Wright re: CBBG 10th Quarterly | .20 | 45.00 |
| 12/17/03 | MEF | PACER search - CNO for October 2003 | .20 | 45.00 |
| 12/17/03 | MEF | Review CNO for October 2003 fees and expenses | .20 | 45.00 |
| 12/23/03 | MEF | Fee Application - PACER search re: amended notice of filing 10th Quarterly fee application and order re: 9th Quarterly | .30 | 67.50 |
| 12/23/03 | MEF | Fee Application - review amended notice of filing 10th Quarterly fee application | .20 | 45.00 |
| 12/23/03 | MEF | Fee Application - voice mail Kevin Wright re: amended notice | .10 | 22.50 |
| 12/23/03 | MEF | Fee Application - review order approving quarterly fee application for the 9th period | .20 | 45.00 |

```
                                        Subtotal:        2,364.50

Total Fees:                                             46,499.00
```

```
W.R. GRACE & COMPANY                                January 12, 2004
Client No.              734680                      Page      15
INVOICE NO.             22098


SUMMARY OF FEES:

    *----------------------------TIME AND FEE SUMMARY----------------------*
    *----------TIMEKEEPER---------*   RATE    HOURS              FEES
    J M AGNELLO                      340.00   91.70          31178.00
    M E FLAX                         225.00   66.80          15030.00
    RC SCRIVO                        210.00    1.10            231.00
    LAURA FLORENCE                    75.00     .80             60.00
                         TOTALS               160.40         46499.00
```