**EXHIBIT B**

```
W.R. GRACE & COMPANY                                    January 12, 2004
Client No.                 734680                       Page    14
INVOICE NO.                22098


          Disbursements


Messenger

12/31/03 Messenger MERCURY 12/24                             52.50

                                        SUBTOTAL:           52.50

Travel Expense

12/05/03 Travel Expense MEF 10/2                              1.10

                                        SUBTOTAL:            1.10

Messenger - In House

12/18/03 Messenger - In House JMA 11/24                      75.00

                                        SUBTOTAL:           75.00

12/31/03 Photocopies                                        261.60
12/31/03 Faxes                                              211.00
12/31/03 Telephone                                           74.31
12/31/03 Computer Searches                                  121.06
12/31/03 Federal Express                                     43.05
                                                       -------------
Total Costs                                                     839.62
                                                       -------------
Total Due this Matter                                         47,338.62
=============
```