IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors | ) | Objection Deadline: February 12, 2004 at 4:00 p.m. |
| | | Hearing Date: TBD only if necessary |

**SUMMARY APPLICATION OF WOODCOCK WASHBURN FOR
COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES
AS SPECIAL LITIGATION COUNSEL TO W.R. GRACE & CO., ET AL., FOR THE
MONTHLY INTERIM PERIOD OF NOVEMBER 1, 2003, THROUGH NOVEMBER 30, 2003,
FOR THE QUARTERLY FEE PERIOD OF OCTOBER– DECEMBER 2003**

| | |
|---|---|
| Name of Applicant: | **Woodcock Washburn LLP** |
| Authorized to Provide Professional Services to: | **W. R. Grace & Co., et al., Debtors and Debtors-in-Possession** |
| Date of Retention: | **Retention Order entered January 22, 2003** |
| Period for which compensation and reimbursement is sought | **November 1, 2003, through November 30, 2003** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$ 46,329.50** |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | **$ 22.29** |

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-g II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a/ Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc.), Grace JVH, Inc., Asbestos Management, Inc., Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing System, Inc. (f/k/a Environmental Liability Management, Inc.), E&C Liquidating Corp., Emerson & Cuming, Inc., Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Applicant Woodcock Washburn LLP submits this application for fees and expenses for the month of November 2003. This is the eleventh application for interim compensation for services that has been filed with the Bankruptcy Court by Woodcock and the second application for services in the quarter October - December 2003. The following applications have been filed previously with the Court:

| Date Filed | Period Covered | Requested Fees | Requested Disbursements |
| --- | --- | --- | --- |
| June 9, 2003 | 1/1 – 1/31/03 | $11,423.35 | $184.10 |
| June 9, 2003 | 2/1 – 2/28/03 | 29,216.00 | 684.22 |
| June 9, 2003 | 3/1 – 3/31/03 | 14,351.00 | 647.43 |
| June 3, 2003 | 4/1 – 4/30/03 | 14,268.50 | 244.41 |
| July 11, 2003 | 5/1 – 5/31/03 | 20,293.50 | 703.19 |
| August 1, 2003 | 6/1 – 6/30/03 | 24,087.00 | 2,822.23 |
| October 18, 2003 | 7/1 – 7/31/03 | 14,157.50 | 1,834.84 |
| October 17, 2003 | 8/1/ - 8/31/03 | 5,120.00 | 2,346.40 |
| November 6, 2003 | 9/1 – 9/30/03 | 18,536.00 | 2,143.81 |
| December 16, 2003 | 10/1 – 10/31/03 | 26,622.50 | 7,747.17 |
| TOTAL | | $132,916.85 | $9,466.82 |

All fees and expenses for which compensation is sought in the current application were rendered by Applicant in connection with the specific matter for which it was retained as special litigation counsel: Representation of Debtor as intervening defendant in *David B. Bartholic and Intercat, Inc. v. Nol-Tec Systems, Inc.*, civil action 03-CV-4886 (RHK/AJB), pending in the United States District Court for the District of Minnesota. Except for the fees specifically identified as "Fee Application, Applicant," totaling $ 348.00, all fees for which application is made were in the category "Litigation and Litigation Consulting" in the Intercat case.

The attorneys of Applicant who rendered professional services during this Fee Period are:

| Name of Professional Person | Position with the Applicant | Year Admitted to Bar | Department | Hourly Billing Rate | Total Billed Hours | Total Fees Generated |
|---|---|---|---|---|---|---|
| Gary H. Levin | Partner | 1976 | IP Litigation | $435.00 | 7.8 | $3,393.00 |
| David R. Bailey | Partner | 1990 | IP Litigation | $360.00 | 27.1 | $9,756.00 |
| Frank T. Carroll | Associate | 1998 | IP Litigation | $250.00 | 60.6 | $15,150.00 |
| Karen Whitney | Associate | 2001 | IP Litigation | $190.00 | 59.2 | $11,248.00 |
| Angela Verrecchio | Associate | 2002 | IP Litigation | $175.00 | 5.5 | $962.50 |
| Larry Labella | Paralegal | - | IP Litigation | $120.00 | 48.5 | $5,820.00 |

Total Fees: $46,329.50
Blended Rate: $221.99

With respect to disbursements for which compensation is requested, out-going fax charges are billed at no higher than $1/page (with no charge for incoming faxes), charges for outside copy services are billed at actual cost, and charges for standard copying are billed at no more than $0.15/page.

**WHEREFORE**, Applicant respectfully requests (a) that an allowance be made to it, as fully described above for (i) 80% of the amount of $46,329.50 for reasonable and necessary professional services Applicant has rendered to the Debtors during the Fee Period ($37,063.36) and (ii) 100% of the reimbursement of actual and necessary costs and expenses incurred by applicant during the Fee Period ($22.29); and (b) that both fees and expenses are payable as administrative expenses of the Debtors' estates.

Respectfully submitted

Dated: January 13, 2004

*Gary H. L—* (signature)

Gary H. Levin
David R. Bailey
Woodcock Washburn LLP
One Liberty Place – 46th Floor
Philadelphia, PA  19103
(215) 568-3100
levin@woodcock.com