IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.,[2] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors | ) | Objection Deadline: February 12, 2004 at 4:00 p.m. |
| | | Hearing Date: TBD only if necessary |

## FEE DETAIL FOR WOODCOCK WASHBURN'S MONTHLY FEE APPLICATION FOR THE PERIOD NOVEMBER 1, 2003 THROUGH NOVEMBER 30, 2003

---

[2] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn., A-1 Bit &Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-g II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a/ Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc.), Grace JVH, Inc., Asbestos Management, Inc., Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing System, Inc. (f/k/a Environmental Liability Management, Inc.), E&C Liquidating Corp., Emerson & Cuming, Inc., Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

*Intercat v. Nol-Tec*
Civil Action No.: 0:03CV4886
United States District Court
District of Minnesota

| Date | Initials | Description | Hours |
|---|---|---|---|
| 11/2/2003 | KMW | Continued preparation of responses to Intercat's Second Set of Rule 34 Requests. | 1.00 |
| 11/3/2003 | GHL | Consideration of defenses of depositions of refineries noticed by Intercat, including review of files for information relating to loaders at those refineries; | .50 |
| 11/3/2003 | DRB | Preparation of and service of responses and objections to document requests | 1.00 |
| 11/3/2003 | LL | Attendance and assistance to the analysis and organization of documents for production. | 3.00 |
| 11/3/2003 | FTC | Review and cataloging of documents collected from Grace files for production to Intercat in response to Rule 34 requests. | 6.50 |
| 11/3/2003 | KMW | Finalize response to Intercat's Third Set of Document Requests; | 1.70 |
| 11/3/2003 | KMW | Review and cataloging of documents collected from Grace files for production to Intercat in response to Rule 34 requests. | 2.00 |
| 11/4/2003 | GHL | Review of information received from Grace relating to placement of the accused Nol-Tec loaders in refineries, correlation against list of loaders earlier received, communication with Grace representative regarding the lists, and preparation of amended and supplemental discovery response to Intercat in view of same | 2.00 |
| 11/4/2003 | LL | Attendance and assistance to the analysis and organization of documents for production. | 5.00 |
| 11/4/2003 | FTC | Document review. | 3.40 |
| 11/4/2003 | KMW | Continued analysis of deficiencies in Intercat's Response to Grace's Second Set of Rule 34 Requests | 2.00 |
| 11/4/2003 | AV | Review of Grace documents for attorney-client privilege, work-product, and non-confidential status prior to production | 3.00 |
| 11/4/2003 | KMW | Continued review of Grace's documents for production. | 2.00 |
| 11/5/2003 | DRB | Preparation of documents for production | 1.00 |
| 11/5/2003 | LL | Attendance and assistance to the analysis and organization of documents for production. | 4.50 |
| 11/5/2003 | FTC | Document review. | .50 |
| 11/5/2003 | AV | Review of Grace documents for attorney-client privilege, work-product, and non-confidential status prior to production | 2.50 |

| Date | Initials | Description | Hours |
|---|---|---|---|
| 11/6/2003 | DRB | Preparation of documents for production to Intercat | 1.00 |
| 11/6/2003 | DRB | Telephone interview of refinery regarding use of Nol-Tec loader | .60 |
| 11/6/2003 | FTC | Document review. | 4.10 |
| 11/6/2003 | KMW | Reviewing Grace's documents for production. | 3.50 |
| 11/9/2003 | KMW | Continued document review. | 3.50 |
| 11/10/2003 | DRB | Preparation of documents for production | 1.00 |
| 11/10/2003 | LL | Attendance and assistance to the analysis and organization of documents for production and performed various searches. | 4.50 |
| 11/10/2003 | FTC | Document review. | 3.30 |
| 11/10/2003 | KMW | Continued document review; conference w/DRB. | 3.00 |
| 11/11/2003 | GHL | Further work on file memorandum and related supplemental discovery responses regarding refinery placement of accused Nol-Tec loaders; communication with Grace regarding same. | .80 |
| 11/11/2003 | DRB | Production of documents to Intercat - review of documents for privilege and relevance | 1.50 |
| 11/11/2003 | KMW | Continued document review. | 4.00 |
| 11/12/2003 | LL | Attendance and assistance to the analysis and organization of documents for production and performed various searches. | 5.50 |
| 11/12/2003 | KMW | Continued document review; conference w/FTC regarding the same. | 5.10 |
| 11/13/2003 | DRB | Preparation of documents for production | 1.00 |
| 11/14/2003 | DRB | Preparation of documents for production | 1.80 |
| 11/14/2003 | LL | Attendance and assistance to the analysis and organization of documents for production and performed various searches through correspondence. | 2.00 |
| 11/15/2003 | DRB | Analysis of Murphy Oil document production | .50 |
| 11/15/2003 | FTC | Document review. | 2.50 |
| 11/16/2003 | FTC | Document review. | 3.50 |
| 11/17/2003 | DRB | Telephone conference with refinery regarding use of Nol-Tec loaders | .40 |
| 11/17/2003 | DRB | Review of documents to be produced to Intercat | 1.00 |
| 11/17/2003 | FTC | Document review. | 4.50 |
| 11/18/2003 | DRB | Preparation of documents for production to Intercat | 3.80 |

| Date | Initials | Description | Hours |
|---|---|---|---|
| 11/18/2003 | DRB | Advice to third party refinery concerning document production | .40 |
| 11/18/2003 | DRB | Discussion with Nol-Tec and Intercat counsel concerning Protective Order | .40 |
| 11/18/2003 | FTC | Document review. | 8.70 |
| 11/18/2003 | KMW | Continued document review. | 5.50 |
| 11/19/2003 | GHL | Fee Application, Applicant -- preparation of Quarterly Summary for Fee period July - September, 2003. | 1.00 |
| 11/19/2003 | DRB | Memorandum drafted regarding how refineries use Nol-Tec loaders in non-infringement manner | 1.00 |
| 11/19/2003 | DRB | Advice to Robert Maggio regarding selection of in-house Grace technical expert | .50 |
| 11/19/2003 | DRB | Preparation of documents for production | .90 |
| 11/19/2003 | DRB | Strategy for third party refinery discovery | .50 |
| 11/19/2003 | LL | Attendance and assistance to the analysis and organization of documents for production. | 2.00 |
| 11/19/2003 | FTC | Document review. | 5.30 |
| 11/19/2003 | KMW | Continued document review. | 3.00 |
| 11/20/2003 | GHL | Fee Application, Applicant -- further preparation of Quarterly Summary for Fee period July - September, 2003. | .80 |
| 11/20/2003 | GHL | Review of information relating to refineries subpoenaed by Intercat and development of strategy for representation fo Grace at the noticed depositions; | .70 |
| 11/20/2003 | DRB | Telephone conference with Intercat's counsel regarding discovery scheduling | .40 |
| 11/20/2003 | DRB | Telephone conference with with Ray Mott of Grace regarding working as corporate expert designee | .50 |
| 11/20/2003 | DRB | Analysis of documents to be produced to Intercat | .60 |
| 11/20/2003 | FTC | Document review. | 1.00 |
| 11/20/2003 | KMW | Continued document review. | 6.50 |
| 11/21/2003 | DRB | Document production to Intercat | 1.00 |
| 11/21/2003 | LL | Attendance and assistance to the analysis and organization of documents for production. | 5.00 |
| 11/21/2003 | FTC | Document review. | 1.00 |
| 11/21/2003 | KMW | Continued document review. | 4.00 |

| Date | Initials | Description | Hours |
|---|---|---|---|
| 11/22/2003 | FTC | Document review. | 1.00 |
| 11/23/2003 | FTC | Document review. | 7.60 |
| 11/24/2003 | DRB | Preparation of documents for production | 1.40 |
| 11/24/2003 | DRB | Analysis of documents Intercat requests for review by Bartholic; letter to Intercat's counsel regarding same | .90 |
| 11/24/2003 | DRB | Coordination of discovery to be sought from refineries. | .50 |
| 11/24/2003 | LL | Attendance and assistance to the analysis and organization of documents for production. | 5.50 |
| 11/24/2003 | FTC | Document review. | 1.00 |
| 11/24/2003 | KMW | Continued document review. | 5.80 |
| 11/25/2003 | LL | Attendance and assistance to the analysis and organization of documents for production. | 4.00 |
| 11/25/2003 | FTC | Document review. | 3.30 |
| 11/26/2003 | GHL | Meeting with trial team on discovery issues, including strategy for defense of refinery depositions as noticed by Intercat and for conduct of depositions of refineries to be noticed by Grace; | 1.00 |
| 11/26/2003 | GHL | Development of information from files for response to Intercat's Interrogatory 8; | 1.00 |
| 11/26/2003 | DRB | Preparation for and attendance to team strategy meeting for discovery issues | 1.00 |
| 11/26/2003 | DRB | Letter to Intercat's counsel concerning document production issues | .50 |
| 11/26/2003 | DRB | Preparation of documents for production | 1.00 |
| 11/26/2003 | DRB | Analysis of discovery responses, documents provided by refinery. | 1.00 |
| 11/26/2003 | LL | Attendance and assistance to the analysis and organization of documents for production. | 3.50 |
| 11/26/2003 | FTC | Document review. | 2.40 |
| 11/26/2003 | FTC | Conference to discuss discovery schedule. | 1.00 |
| 11/26/2003 | KMW | Conference regarding status of case and document production. | 1.00 |
| 11/26/2003 | KMW | Continued document review. | 5.60 |
| 11/28/2003 | LL | Attendance and assistance to the analysis and organization of documents for production and file set up. | 4.00 |

SERVICES                                                                                           $      47,554.50

| | | | | |
|---|---|---|---|---|
| GHL | GARY H. LEVIN | 7.80 | hours at $ | 435.00 |
| DRB | DAVID R. BAILEY | 27.10 | hours at $ | 360.00 |
| FTC | FRANK T. CARROLL | 60.60 | hours at $ | 250.00 |
| KMW | KAREN MILLANE WHITNEY | 59.20 | hours at $ | 190.00 |
| LL | LARRY LABELLA | 48.50 | hours at $ | 120.00 |
| AV | ANGELA VERRECCHIO | 5.50 | hours at $ | 175.00 |

**DISBURSEMENTS:**

| | |
|---|---|
| FACSIMILE | 2.06 |
| POSTAGE & DELIVERY | 0.67 |
| PHOTOCOPYING | 19.56 |

DISBURSEMENT TOTAL                                         $         22.29

SERVICE TOTAL                                              $     46,329.50

**INVOICE TOTAL**                                          $     46,351.79