IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

Objection Deadline: February 12, 2004 at 4:00 p.m.
Hearing Date: TBD only if necessary

## FEE DETAIL FOR DELOITTE & TOUCHE LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM MARCH 1, 2003 THROUGH MARCH 31, 2003

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:46422.2

EXHIBIT B

Invoice #: 08802302
Billing Group: BG20469

**W.R. Grace & Co.**
**Hours Spent by Each Person**
March 1 through March 31

| Employee | Hours | Billing Rate | Total Fees | Expenses |
|---|---|---|---|---|
| Nick Bubnovich | 1.5 | $575 | $863 | $0 |
| Jane Zeis | 4.0 | $425 | $1,700 | 0 |
| Allison Prybylo | 24.7 | $230 | $5,681 | 0 |
| Kathryn O'Neill | 4.3 | $200 | $860 | 0 |
| *Total Compensation and Benefits Serv* | 34.5 | | $9,104 | $0 |
| | | | | |
| Tom Cryan | 1.0 | $600 | $600 | $0 |
| Bryan Collins | 35.0 | $600 | $21,000 | 0 |
| Larry Axelrod | 1.0 | $600 | $600 | 0 |
| Ivan Panitch | 3.0 | $600 | $1,800 | 0 |
| James Dougherty | 2.0 | $475 | $950 | 0 |
| Sarah Mahn | 21.0 | $475 | $9,975 | 0 |
| Amy Sargent | 3.0 | $475 | $1,425 | 0 |
| *Total Tax Advisory Services Fees* | 66.0 | | $36,350 | $0 |
| | | | | |
| *Total Customs and International Fees* | - | - | $0 | $0 |
| | | | | |
| **TOTAL FEES DUE** | **100.5** | | **$45,454** | **0** |

**W.R. Grace & Co.**
*Daily Summary of Fees and Expenses*

Invoice #: 08802302
Billing Group: BG20469

| Date | Person | Project Category | Description | Hours | Billing Rate | Professional Fees | Expenses |
|---|---|---|---|---|---|---|---|
| 3/3/2003 | AP | Fee Application Preparation | Made revisions to the June 2002 through February 2003 bills. | 0.8 | 230 | 184 | |
| 3/3/2003 | BC | | Meeting with Sara Mahn to discuss consolidated tax return issues relating to the 10 year carryback of Grace Conn.'s 1998 NOLs to Grace NY's consolidated group; review factual background on Grace Conn.'s acquisitions, spin-offs, and NOLs; review tax resear | 1.0 | 600 | 600 | |
| 3/3/2003 | SM | | Meeting w/ Bryan Collins regarding consolidated issues relating to 10-year carryback of Grace Conn.'s NOLs to Grace NY's consolidated group; preparation of presentation illustrating Grace Conn.'s restructuring transaction in 1988, spin-off in 1996, spin-o | 3.5 | 475 | 1,663 | |
| 3/4/2003 | BC | | Review tax research and presentation slides regarding consolidated tax return issues relating to the 10 year carryback of Grace Conn.'s 1998 NOLs to Grace NY's consolidated group, including factual background on Grace Conn.'s acquisitions, spin-offs. | 3.0 | 600 | 1,800 | |
| 3/4/2003 | SM | | Discussion with Bryan Collins regarding further tax research on consolidated tax return issues relating to Grace Conn.'s 10-year carryback of NOLs to Grace NY's consolidated return and revisions to presentation on consolidated tax return issues. | 4.0 | 475 | 1,900 | |
| 3/4/2003 | AP | Fee Application Preparation | Spoke with Jane Zeis to discuss billing. Prepared the recovery worksheets for each month of billing. Revised Tim Tuerff's groups billing worksheets to be consistent with the other groups. | 2.0 | 230 | 460 | |
| 3/5/2003 | BC | | Meeting w/ L. Axelrod, I. Panitch, and S. Mahn to discuss Grace Conn.'s 10-year NOL carryback following a group structure change and the possible application of the SRLY rules and the "lonely parent" exception to the SRLY rules to Grace Conn.'s 1998 NOL c | 4.5 | 600 | 2,700 | |
| 3/5/2003 | IP | | Review factual background and consolidated return issue and meeting w/ Bryan Collins et al to discuss Grace Conn.'s 10-year NOL carryback following a group structure change and the possible application of the SRLY rules and the "lonely parent" exception. | 3.0 | 600 | 1,800 | |
| 3/5/2003 | LA | | Meeting w/ B. Collins, I. Panitch, and S. Mahn to discuss Grace Conn.'s 10-year NOL carryback following a group structure change and the possible application of the SRLY rules and the "lonely parent" exception to the SRLY rules to Grace Conn.'s 1998 NOL. | 1.0 | 600 | 600 | |
| 3/5/2003 | SM | | Meeting w/ B. Collins, I. Panitch, and L. Axelrod to discuss Grace Conn.'s 10-year NOL carryback following a group structure change and the possible application of the SRLY rules and the "lonely parent" exception to the SRLY rules to Grace Conn.'s NOL car | 4.5 | 475 | 2,138 | |
| 3/6/2003 | AP | Fee Application Preparation | Recalculated the billing detail for Nick Bubnovich. Revised the bills to exclude the conflict check that was performed. | 4.5 | 230 | 1035 | |
| 3/6/2003 | BC | | Prepare for and meet w/ D. Friedel, J. Dougherty, S. Mahn to discuss Grace Conn.'s 10-year NOL carryback following a group structure change and the possible application of the SRLY rules and the "lonely parent" exception to the SRLY rules to Grace Conn.'s | 5.0 | 600 | 3,000 | |

**W.R. Grace & Co.**
*Daily Summary of Fees and Expenses*

Invoice #: 08802302
Billing Group: BG20469

| Date | Person | Project Category | Description | Hours | Billing Rate | Professional Fees | Expenses |
|---|---|---|---|---|---|---|---|
| 3/6/2003 | JD | | Meeting w/ D. Friedel, B. Collins, and S. Mahn to discuss Grace Conn.'s 10-year NOL carryback following a group structure change and the possible application of the SRLY rules and the "lonely parent" exception to the SRLY rules to Grace Conn.'s 1998 NOL. | 2.0 | 475 | 950 | |
| 3/6/2003 | SM | | Prepare for and meet w/ D. Friedel, J. Dougherty, B. Collins to discuss Grace Conn.'s 10-year NOL carryback following a group structure change and the possible application of the SRLY rules and the "lonely parent" exception to the SRLY rules to Grace Conn | 4.0 | 475 | 1,900 | |
| 3/7/2003 | AS | | Discussions of appropriate tax treatment. | 3.0 | 475 | 1,425 | |
| 3/7/2003 | BC | | Conference call w/ Elsye Napoli Filon regarding 10-year NOL carryback issues. | 2.0 | 600 | 1,200 | |
| 3/8/2003 | BC | | Review tax research re: SRLY rules and the "lonely parent" rules. | 1.0 | 600 | 600 | |
| 3/9/2003 | BC | | Review tax research re: SRLY rules and the "lonely parent" rules. | 2.5 | 600 | 1,500 | |
| 3/10/2003 | AP | Fee Application Preparation | Performed detailed billing for the 9th month period. | 4.0 | 230 | 920 | |
| 3/11/2003 | AP | Fee Application Preparation | Worked on the other offices bills to ensure that the formatting was consistent (which it was not and had to be revised) | 4.5 | 230 | 1035 | |
| 3/11/2003 | BC | | Discussions of appropriate tax treatment of 10 year NOL carryback with Dave Friedel. | 1.0 | 600 | 600 | |
| 3/12/2003 | BC | | Discussion w/ Tom Cryan on upcoming meeting w/ IRS, review disclosure letter pursuant to announcement 2002-2, second discussion w/ Tom. | 2.0 | 600 | 1,200 | |
| 3/12/2003 | TC | | Discussion w/ B. Collins on upcoming meeting w/ IRS, review disclosure letter pursuant to announcement 2002-2, second discussion w/ B. Collins | 1.0 | 600 | 600 | |
| 3/13/2003 | BC | | Conference call w/ Elyse Napoli Filon, D. Friedel, M. Passman, J. Jones, S. Mahn regarding Grace-Conn.'s 10-year carryback and related SRLY items and upcoming meeting with the IRS regarding this topic. Discussion of presentation for IRS meeting | 2.0 | 600 | 1,200 | |
| 3/13/2003 | SM | | Conference call w/ B. Collins, Elyse Napoli Filon, David Friedel, M. Passman, and J. Jones regarding Grace-Conn.'s 10-year carryback and related SRLY items and upcoming meeting with the IRS. Discussion of presentation for IRS meeting. | 1.5 | 475 | 713 | |
| 3/14/2003 | BC | | Review tax research and first draft of presentation slides regarding consolidated tax return issues relating to the 10-year carryback of Grace Conn.'s 1998 NOLs to Grace NY's consolidated group, including factual background on Grace Conn.'s acquisitions, | 2.0 | 600 | 1,200 | |
| 3/18/2003 | BC | | Review tax research and first draft of presentation slides regarding consolidated tax return issues relating to the 10 year carryback of Grace Conn.'s 1998 NOLs to Grace NY's consolidated group, including factual background on Grace Conn.'s acquisitions, | 1.0 | 600 | 600 | |

**W.R. Grace & Co.**
*Daily Summary of Fees and Expenses*

Invoice #: 08802302
Billing Group: BG20469

| Date | Person | Project Category | Description | Hours | Billing Rate | Professional Fees | Expenses |
|---|---|---|---|---|---|---|---|
| 3/20/2003 | AP | Fee Application Preparation | Finalized the bills with Nick's approval. Made some minor changes per his request and had Dawn Florey finalize the bills and prepare the invoices to be sent to Grace. | 3.0 | 230 | 690 | |
| 3/21/2003 | AP | Project Kick-Off Conference Call | Kick-off conference call with W.R. Grace working team & DT team ( Katie O'Neill, Jane Zeis, and Nick Bubnovich). | 1.5 | 230 | 345 | |
| 3/21/2003 | AP | Project Kick-Off Conference Call | Left messages with Lisa Riley and Jennifer Murphy regarding large benchmarking information we had discussed on the call. Printed out and compiled information from the conference call. | 0.6 | 230 | 138 | |
| 3/21/2003 | BC | | Review tax research and second draft of presentation slides regarding consolidated tax return issues relating to the 10 year carryback of Grace Conn.'s 1998 NOLs to Grace NY's consolidated group, including factual background on Grace Conn.'s acquisitions, | 1.0 | 600 | 600 | |
| 3/21/2003 | JZ | Project Kick-Off Conference Call | Kick-off conference call with W.R. Grace working team & DT team (Katie O'Neill, Nick Bubnovich, and Allison Prybylo). | 1.5 | 425 | 638 | |
| 3/21/2003 | KO | Project Kick-Off Conference Call | Kick-off conference call with W.R. Grace working team & DT team (Nick Bubnovich, Jane Zeis, and Allison Prybylo). | 1.5 | 200 | 300 | |
| 3/21/2003 | NB | Project Kick-Off Conference Call | Kick-off conference call with W.R. Grace working team & DT team (Katie O'Neill, Jane Zeis, and Allison Prybylo). | 1.5 | 575 | 863 | |
| 3/24/2003 | AP | Review Client Benchmarking | Reviewed Grace's performed benchmarking and prepared a spreadsheet to use for when reviewing of the benchmarks. | 1.0 | 230 | 230 | |
| 3/24/2003 | AP | Review Client Benchmarking | Reviewed the compensation data sent by Grace and completed review worksheet. | 1.0 | 230 | 230 | |
| 3/24/2003 | BC | | Conference call w/ Elyse Napoli Filon and D. Friedel  regarding consolidated tax return issues and presentation slides relating to the 10 year carryback of Grace Conn.'s 1998 NOLs to Grace NY's consolidated group, Grace Conn.'s acquisitions, spin-offs, an | 1.5 | 600 | 900 | |
| 3/25/2003 | BC | | Conference call w/ Elyse Napoli Filon, D. Friedel, S. Mahn and meetings regarding consolidated tax return issues relating to the 10 year carryback of Grace Conn.'s 1998 NOLs to Grace NY's consolidated group, Grace Conn.'s acquisitions, spin-offs, and NOLs | 3.5 | 600 | 2,100 | |
| 3/25/2003 | SM | | Conference call w/ B. Collins, D. Friedel, and Elyse Napoli Filon regarding consolidated tax return issues relating to the 10 year carryback of Grace Conn. 1998 NOLs to Grace NY consolidated group, Grace Conn. acquisitions, spin-offs, and NOLs and applica | 3.0 | 475 | 1,425 | |
| 3/26/2003 | KO | Review Client Benchmarking | Began review of benchmarking spreadsheets sent by W.R. Grace. | 0.7 | 200 | 140 | |
| 3/27/2003 | BC | | Meeting w/ Elyse Napoli Filon at WR Grace re: 10-year NOL carryback and IRS audit issue. | 1.0 | 600 | 600 | |
| 3/27/2003 | KO | Review Client Benchmarking | Researched previous workplans and deliverables for final report. | 0.3 | 200 | 60 | |
| 3/28/2003 | AP | Review Client Benchmarking | Met with Jane Zeis and Katie O'Neill to discuss first draft of benchmarking findings and the agenda for the April trip. | 1.5 | 230 | 345 | |
| 3/28/2003 | AP | Review Client Benchmarking | Conference call with W.R. Grace, Jane Zeis and Katie O'Neill. | 0.3 | 230 | 69 | |
| 3/28/2003 | JZ | Review Client Benchmarking | Conference call with W.R. Grace, Allison Prybylo & Katie O'Neill. | 1.0 | 425 | 425 | |

**W.R. Grace & Co.**  
*Daily Summary of Fees and Expenses*

Invoice #: 08802302  
Billing Group: BG20469

| Date | Person | Project Category | Description | Hours | Billing Rate | Professional Fees | Expenses |
|---|---|---|---|---|---|---|---|
| 3/28/2003 | JZ | Review Client Benchmarking | Met with Allison Prybylo and Katie O'Neill to discuss first draft of benchmarking findings and the agenda for the April trip. | 1.5 | 425 | 638 | |
| 3/28/2003 | KO | Review Client Benchmarking | Conference call with W.R. Grace, Jane Zeis and Allison Prybylo. | 0.3 | 200 | 60 | |
| 3/28/2003 | KO | Review Client Benchmarking | Met with Jane Zeis and Allison Prybylo to discuss first draft of benchmarking findings and the agenda for the April trip. | 1.5 | 200 | 300 | |
| 3/31/2003 | BC | | Conference call w/ D. Friedel and S. Mahn regarding consolidated tax return issues relating to the 10 year carryback of Grace Conn.'s 1998 NOLs to Grace NY's consolidated group and methods of apportioning a SLL in a consolidated group. | 1.0 | 600 | 600 | |
| 3/31/2003 | SM | | Conference call w/ B. Collins & D. Friedel regarding consolidated tax return issues relating to the 10 year carryback of Grace Conn. 1998 NOLs to Grace NY consolidated group and methods of apportioning a SLL in a consolidated group. | 0.5 | 475 | 238 | |
| | | | **TOTALS** | **100.5** | | **$45,454** | **$0** |