## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W. R. Grace & Co. et al.; | ) | Case No. 01-01139(JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

Objection Deadline:
January 8, 2004 at 4:00 p.m.
Hearing date: To be scheduled only
   if objections are timely filed and served.

## THIRTY-SECOND MONTHLY FEE APPLICATION OF STROOCK & STROOCK & LAVAN LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD <u>FROM NOVEMBER 1, 2003 THROUGH NOVEMBER 30, 2003</u>

| | |
|---|---|
| Name of Applicant | **Stroock & Stroock & Lavan LLP** |
| Authorized to Provide Professional Services to: | **Official Committee of Unsecured Creditors** |
| Date of Retention: | **April 12, 2001** |
| Period for which compensation and reimbursement is sought | **November 1, 2003 – November 30, 2003** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$66,428.50(80% - $53,142.80)** |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | **$1,225.38 (Stroock)**<br>**$30,463.00 (Navigant (f/k/a Chambers))** |

This is an: ☒ interim ☐ final application

*The total time expended for the preparation of the Thrty-First Monthly Fee Statement and the Tenth Quarterly Fee Application is approximately 36.6 hours and the corresponding compensation requested is approximately $13,770.00.*

**Attachment A**

**Monthly Interim Fee Applications**

| Date Filed | Period Covered | Payment Requested: | | CNO Filed Approving: | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| May 30, 2001 D.I.339 | 4/12/01-4/30/01 | $138,926.00 | $1,975.13 | $111,140.80 | $1,975.13 |
| July 2, 2001 D.I.613 | 5/1/01 – 5/31/01 | $139,928.75 | $6,884.73 | $111.943.00 | $6,884.73 |
| July 30, 2001 D.I.772 | 6/1/01 – 6/30/01 | $91,019.00 | $10,458.14 | $72,815.20 | $10,458.14 |
| September 5, 2001 D.I.889 | 7/1/01-7/31/01 | $92,308.00 | $5,144.37 | $73,846.40 | $5,144.37 |
| October 2, 2001 D.I.983 | 8/1/01 8/31/01 | $53,873.50 | $3,069.88 | $43,098.80 | $3,069.88 |
| October 31, 2001 D.I.1058 | 9/1/01 – 9/30/01 | $58,742.00 | $6,801.32 | $46,993.60 | $6,801.32 |
| November 26, 2001 D.I.1239 | 10/1/01 – 10/31/01 | $101,069.00 | $3,562.09 | $80,855.20 | $3,562.09 |
| January 8, 2002 D.I.1470 | 11/1/01 – 11/30/01 | $136,368.50 | $8,847.34 | $109,094.80 | $8,847.34 |
| February 1, 2002 D.I.1608 | 12/01/01 – 12/31/01 | $92,064.50 | $9,471.47 | $73,651.60 | $9,471.47 |
| March 14, 2002 D.I.1812 | 01/01/02 – 01/31/02 | $100,231.50 | $14,675.58 | $80,185.20 | $14,675.58 |
| April 22, 2002 D.I.1951 | 02/01/02 – 02/28/02 | $88,974.50 | $16,863.97 | $71,179.60 | $16,863.97 |
| May 8, 2002 D.I.2029 | 03/01/02 – 03/31/02 | $77,964.25 | $1,190.44 | $62,371.40 | $1,190.44 |
| June 3, 2002 D.I.2156 | 04/01/02-04/30/02 | $97,251.50 | $1,816.40 (Stroock) $9,772.37 (Chambers) | $77,801.20 | $11,588.86 |

| | | | | | |
|---|---|---|---|---|---|
| July 2, 2002<br>D.I.2324 | 05/01/02 –<br>05/31/02 | $74,910.75 | $2,9154.43 (Stroock)<br>$43,190.69 (Chambers) | $59,928.60 | $46,105.12 |
| August 5, 2002<br>D.I.2495 | 06/01/02 –<br>06/30/02 | $73,096.75 | $2,054.05 (Stroock)<br>$114,666.72 (Chambers) | $58,477.4011 | $116,720.77 |
| September 20, 2002<br>D.I.2720 | 07/01/02 –<br>07/31/02 | $90,903.27 | $1,250.79 (Stroock)<br>$11,996.25 (Chambers) | $72,722.61 | $13,274.04 |
| October 29, 2002<br>D.I.2898 | 08/01/02 –<br>08/31/02 | $93,151.25 | $11,539.51 (Stroock)<br>$5,046.70 (Chambers) | $74,521.00 | $16,586.21 |
| November 14, 2002<br>D.I.2981 | 09/01/02 –<br>09/30/02 | $96,613.25 | $15,567.77 (Stroock)<br>$771.50 (Chambers) | $77,290.60 | $16,339.27 |
| December 10, 2002<br>D.I.3129 | 10/1/02 –<br>10/31/02 | $68,404.00 | $2,956.54 (Stroock)<br>$1,780.75 (Chambers) | $54,723.20 | $4,737.29 |
| January 28, 2003<br>D.I.3286 | 11/1/02 –<br>11/30/02 | $75,345.50 | $8,712.16 (Stroock) | $60,276.40 | $8,712.16 |
| February 7, 2003<br>D.I.3349 | 12/1/02 –<br>12/31/02 | $27,683.50 | $13,332.14 (Stroock) | $22,146.80 | $13,332.14 |
| March 26, 2003<br>D.I.3552 | 1/1/03 –<br>1/31/03 | $88,139.00 | $1,210.11 (Stroock) | $70,511.20 | $1,210.11 |
| April 7, 2003<br>D.I.3626 | 2/1/03 –<br>2/28/03 | $76,313.00 | $2,022.78 (Stroock)<br>$1,077.80 (Chambers) | $61,050.40 | $3,100.58 |
| April 29, 2003<br>D.I. 3718 | 3/1/03 –<br>3/31/03 | $60,163.50 | $6,191.15 (Stroock) | $48,130.80 | $6,191.15 |
| June 2, 2003<br>D.I. 3850 | 4/1/03 –<br>4/30/03 | $60,269.00 | $814.02 (Stroock)<br>$2,043.00 (Chambers) | $48,215.20 | $2,857.02 |
| July 1, 2003<br>D.I. 3983 | 5/1/03 –<br>5/31/03 | $111,990.50 | $691.84 (Stroock)<br>$9,830.50 (Chambers) | $89,592.40 | $10,522.34 |
| August 5, 2003<br>D.I. 4152 | 6/1/03 –<br>6/30/03 | $43,824.00 | $1,220.42 (Stroock)<br>$61,755.00 (Chambers) | $35,059.20 | $62,975.42 |
| September 4, 2003<br>D.I. 4381 | 7/1/03 –<br>7/31/03 | $79,090.50 | $2,301.33 (Stroock)<br>$14,274.25 (Chambers) | $55,941.60 | $16,575.58 |
| September 30, 2003<br>D.I. 4512 | 8/1/03 –<br>8/31/03 | $69,927.00 | $1,164.19 (Stroock)<br>$12,488.94 (Chambers) | $55,941.60 | $13,653.13 |

| | | | | | |
|---|---|---|---|---|---|
| October 29, 2003 D.I. 4625 | 9/1/03 – 9/30/03 | $69,409.50 | $1,076.94 (Stroock) $10,102.00 (Chambers) | $55,527.60 | $11,178.94 |
| December 19, 2002 D.I. 4843 | 10/1/03 – 10/31/03 | $96,980.50 | $3,800.45 (Stroock) $42,881.50 (Chambers) | $77,584.40 | $46,681.95 |

**WR GRACE & CO**
**ATTACHMENT B**
**NOVEMBER 1, 2003 - NOVEMBER 30, 2003**

| | Hours | Rate | Amount | No. of Years In Position |
|---|---|---|---|---|
| **Partners** | | | | |
| Greenberg, Mayer | 4.0 | $550 | $ 2,200.00 | 5 |
| Kruger, Lewis | 8.9 | 725 | 6,452.50 | 33 |
| Kulman, Bradley | 0.3 | 625 | 187.50 | 12 |
| Pasquale, Kenneth | 9.4 | 550 | 5,170.00 | 4 |
| Wintner, Mark | 1.8 | 625 | 1,125.00 | 31 |
| | | | | |
| **Associates** | | | | |
| Krieger, Arlene | 78.9 | 495 | 39,055.50 | 19 |
| Sasson, Moshe | 20.2 | 445 | 8,989.00 | 9 |
| | | | | |
| **Paraprofessionals** | | | | |
| Caskadon, Alexandra | 14.8 | 180 | 2,664.00 | 2 |
| Crooks, Harris | 0.1 | 120 | 12.00 | 6 |
| Defreitas, Vaughn | 9.9 | 115 | 1,138.50 | 15 |
| Peters, Angelina | 1.2 | 85 | 102.00 | 4 |
| | | | | |
| **Subtotal** | 149.5 | | $ 67,096.00 | |
| **Less 50% Travel** | (1.5) | | (667.50) | |
| **Total** | 148.0 | | $ 66,428.50 | |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1420434v1

**WR GRACE & CO**
**COMPENSATION BY PROJECT CATEGORY**
**NOVEMBER 1, 2003 - NOVEMBER 30, 2003**

| MATTER CODE | PROJECT CATEGORY | HOURS | TOTAL FEES |
|---|---|---|---|
| 0003 | Claim Analysis Objection, Resolution & Estimation (Asbestos) | 14.3 | $    7,581.00 |
| 0013 | Business Operations | 3.3 | 1,633.50 |
| 0014 | Case Administration | 43.0 | 17,667.50 |
| 0015 | ClaimsAnalysis/Objections/Administration  (Non-Asbestos) | 0.8 | 396.00 |
| 0017 | Committee, Creditors', Noteholders', or Equity Holders' | 10.1 | 5,160.50 |
| 0018 | Fee Application, Applicant | 36.6 | 13,770.00 |
| 0020 | Fee Application, Others | 0.3 | 148.50 |
| 0021 | Employee Benefits, Pension | 1.8 | 1,125.00 |
| 0034 | Litigation and Litigation Consulting | 6.8 | 3,564.00 |
| 0035 | Travel - Non Working | 3.0 | 1,335.00 |
| 0037 | Hearings | 8.3 | 3,808.50 |
| 0040 | Employment Applications - Others | 10.3 | 4,785.00 |
| 0047 | Tax Issues | 10.9 | 6,121.50 |
| | | | |
| | **Subtotal** | **149.5** | **$  67,096.00** |
| | **Less 50% Travel** | **(1.5)** | **(667.50)** |
| | **Total** | **148.0** | **$  66,428.50** |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1420434v1

# STROOCK

## INVOICE

| DATE | December 30, 2003 |
|---|---|
| INVOICE NO. | 307996 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR PROFESSIONAL SERVICES RENDERED in the captioned matter for the period through November 30, 2003, including:

| RE | Claim Analysis Objection, Resolution & Estimation (Asbestos) |
|---|---|
| | 699843 0003 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 11/03/2003 | Attend to PD Committee's response to the Hamlin appointment motion (.2); memorandum to LK, KP re same (.2). | Krieger, A. | 0.4 |
| 11/03/2003 | Telephone call with D. Bernick regarding recusal and Hamlin's issues (.3). | Kruger, L. | 0.3 |
| 11/03/2003 | Review PD Committee's response to Hamlin's appointment (.2). | Kruger, L. | 0.2 |
| 11/03/2003 | Attention to Hamlin/recusal issues and status as pertains to WR Grace matters (.9). | Pasquale, K. | 0.9 |
| 11/04/2003 | Attend to Debtors' request to suspend consideration of the Hamlin motion pending further order of the Court (.4);memo to LK, KP re same(.3). | Krieger, A. | 0.7 |
| 11/04/2003 | Exchange memoranda with B. Nye (Navigant) re access to personal injury data base (.1); | Krieger, A. | 0.2 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 11/04/2003 | office conference LK re same (.1). Attention to Grace pleading re: Hamlin retention (.3). | Pasquale, K. | 0.3 |
| 11/04/2003 | Corr. re Hamlin motion, UST Objection, debtors pleading. | Sasson, M. | 0.2 |
| 11/05/2003 | Exchanged memoranda with KP, MS re discovery relating to Hamlin appointment motion (.1); attend to objection to Hamlin appointment motion filed by London Market Insurers (.2). | Krieger, A. | 0.3 |
| 11/05/2003 | Office conference LK re Company's request for engagement letter documentation (.1); exchanged memoranda with B. Nye re same (.1); attend to article on importation of Canadian asbestos (.1); attend to MS memorandum re status of ZAI litigation/mediation (.2). | Krieger, A. | 0.5 |
| 11/05/2003 | Review recent filings (PD objection to Hamlin, debtors response; Wolin submission) (.5); t/c J. Mills re discovery in Hamlin motion, send to same (.2). | Sasson, M. | 0.7 |
| 11/05/2003 | T/c James Restivo re: ZAI science trial (.2); memo to Ream re: same (.2). | Sasson, M. | 0.4 |
| 11/09/2003 | Corr. J. Wills re: Hamlin, Grace discovery. | Sasson, M. | 0.1 |
| 11/10/2003 | Office conference LK re article on asbestos impact on company (.1). | Krieger, A. | 0.1 |
| 11/10/2003 | Attend to asbestos article (.4); memo to LK re appointment of Trustee inquiry (.3). | Krieger, A. | 0.7 |
| 11/10/2003 | Exchanged memoranda with M. Sasson re status of ZAI litigation and conversation with counsel re same (.1). | Krieger, A. | 0.1 |
| 11/10/2003 | Memo to committee re: ZAI science trial (.4). | Sasson, M. | 0.4 |
| 11/11/2003 | Attention to ZAI status and memo re same (.3). | Pasquale, K. | 0.3 |
| 11/11/2003 | Memo to committee re: ZAI science trial (.4). | Sasson, M. | 0.4 |
| 11/14/2003 | Attended to Navigant Consulting memoranda re asbestos reform legislation (.1). | Krieger, A. | 0.1 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 11/14/2003 | Review Navigant memo regarding legislation (.2); review of Sealed Air issue, signed deal and consideration of Committee's view (.3). | Kruger, L. | 0.5 |
| 11/14/2003 | Review Navigant memo regarding legislation (.2). | Kruger, L. | 0.2 |
| 11/17/2003 | Office conference DW re Armstrong confirmation hearing and asbestos claim valuation issues (.1). | Krieger, A. | 0.1 |
| 11/18/2003 | Attend to memoranda re objections to property damage claims in other pending cases (.2); re confirmation of Armstrong Industries (.2). | Krieger, A. | 0.4 |
| 11/19/2003 | Telephone conference L. Chambers re review of asbestos claims (.2). | Krieger, A. | 0.2 |
| 11/19/2003 | Attend to articles re Armstrong confirmation hearing (.1). | Krieger, A. | 0.1 |
| 11/20/2003 | Office conference DW re Armstrong confirmation hearing testimony and related issues (.3); attend to claims related article in other pending asbestos cases (.6). | Krieger, A. | 0.9 |
| 11/21/2003 | Telephone conference Pat McGrath (Navigant) review of PD claims and analysis thereof (.2). | Krieger, A. | 0.2 |
| 11/21/2003 | Attend to article on Armstrong confirmation hearing (.2). | Krieger, A. | 0.2 |
| 11/24/2003 | Meeting with L. Chambers re estimation of asbestos liability (1.3). | Krieger, A. | 1.3 |
| 11/24/2003 | Office conference with L. Chambers regarding current status of legislation, response to Peterson testimony and strategy for next steps. | Kruger, L. | 1.3 |
| 11/24/2003 | O/c L. Chambers, L. Kruger, A. Krieger re: status. | Sasson, M. | 0.9 |
| 11/25/2003 | Attend to Senator Frist's statement before Congress on November 22, 2003 re asbestos reform legislation (.7). | Krieger, A. | 0.7 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene | 7.2 | $ 495 | $ 3,564.00 |
| Kruger, Lewis | 2.5 | 725 | 1,812.50 |
| Pasquale, Kenneth | 1.5 | 550 | 825.00 |
| Sasson, Moshe | 3.1 | 445 | 1,379.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 7,581.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 7,581.00 |
|---|---|

| RE | Business Operations |
|----|---------------------|
|    | 699843  0013        |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 11/05/2003 | Attend to Debtors' ninth quarterly report on de minimus asset sales (.1); exchanged memoranda with C. Lane re proposed order approving COO employment (.1); attend to review of order (.1); memorandum to M. Wintner re revised order and proposed additional changes thereto (.3). | Krieger, A. | 0.6 |
| 11/06/2003 | Telephone conference L. Hamilton re quarterly operations for the company, appointment of COO (.2); attend to prior employee benefit-related orders issued by the court and related pleadings (.8); prepare correspondence to C. Lane re proposed revised order provisions (.3); correspondence to L. Hamilton re COO order (.1). | Krieger, A. | 1.4 |
| 11/07/2003 | Attend to revised order from Debtors' counsel re COO appointment (.1); exchanged memoranda with MW and L. Hamilton re same and additional inquiry (.3); attend to Third Quarter 2003 Financial Report (.9). | Krieger, A. | 1.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene  | 3.3   | $ 495 | $ 1,633.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,633.50 |
|------------------------------------------|-----------|

| TOTAL FOR THIS MATTER | $ 1,633.50 |
|-----------------------|-----------|

| | RE | Case Administration<br>699843  0014 |
|---|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 11/03/2003 | Revise distribution list. | Caskadon, A. | 0.5 |
| 11/03/2003 | Researched online docket for recently docketed pleadings (.3). | Defreitas, V. | 0.3 |
| 11/03/2003 | Memo to FTI re resignation of Zhagrus from the Committee (.1); attend to Judge Wolin's response to the Mandamus Petition on procedural grounds (.4); memo to LK, KP re Judge Wolin's response (.2); office conference LK re above (.1); attend to memorandum re legal issues in respect of recusal motions (.4); attend to certificates of no objection, fee-related and other applications, settlements filed with the court (.3). | Krieger, A. | 1.5 |
| 11/03/2003 | Review of Judge Wolin's response (.4). | Kruger, L. | 0.4 |
| 11/03/2003 | T/c K. Pasquale re: Grace deposition (.2); review recusal memo (.3). | Sasson, M. | 0.5 |
| 11/04/2003 | Review various documents to assign categories in preparation for central database (2.4); Review online docket for recently docketed pleadings (.3). | Defreitas, V. | 2.7 |
| 11/04/2003 | Office conferences DW re Third Circuit order modifying and clarifying the Court's October 30, 2003 Order (.1); attended to Courts November 4, 2003 Order (.1); office conference V. Defreitas re Third Circuits 11/03/03 Order (.1). | Krieger, A. | 0.3 |
| 11/05/2003 | Review online docket for recently docketed pleadings (.3). | Defreitas, V. | 0.3 |
| 11/05/2003 | Office conference LK re composition of Committee (.2); and conference call Frank Perch re same and bank debt holders' requests | Krieger, A. | 1.3 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | to join the Committee (.1); attend to updated docket (.1); memo to LK, KP re 2004 hearing dates (.2); exchanged memoranda with AC re 2004 hearing dates (.2); attend to order issued by Judge Wolin staying his participation in all matters before him in the Grace cases and the other asbestos cases (.4); office conference DW re impact of Judge Wolin's order (.1). | | |
| 11/05/2003 | Office conference with A. Krieger regarding replacement of Committee members and possible new members (.2); review Wolin's issues regarding objection to Hamlin (.2); telephone call with F. Perch regarding new Committee members (.2); review COO appointment issues (.2); review of memo to Committee regarding Wolin's stay regarding his participation in pending matters (.1); telephone call with I. Pachulski regarding recusal (.2). | Kruger, L. | 1.1 |
| 11/06/2003 | Researched at AK request re: order approving key employee programs (.5). | Defreitas, V. | 0.5 |
| 11/06/2003 | Attend to articles re issues in respect of the recusal motion and Sealed Air lawsuit (.3). | Krieger, A. | 0.3 |
| 11/07/2003 | Researched online docket for recently docketed pleadings (.3). | Defreitas, V. | 0.3 |
| 11/07/2003 | Attend to NY Times article re recusal motion against Judge Wolin (.3); exchanged memoranda with S. Cunningham re meeting to discuss tax-related issues (.2). | Krieger, A. | 0.5 |
| 11/07/2003 | Office conference with A. Krieger and by phone with F. Perch regarding additional members for the Committee. | Kruger, L. | 0.4 |
| 11/07/2003 | Attention to J. Wolin recusal issues (.7). | Pasquale, K. | 0.7 |
| 11/10/2003 | Researched at MS request re: all relevant pleadings in central database docketed with the court in the week of 11/3 - 11/7/03 (.1). | Defreitas, V. | 0.1 |
| 11/10/2003 | Researched online docket for recently docketed pleadings (.3). | Defreitas, V. | 0.3 |
| 11/10/2003 | Exchanged memoranda with L. Hamilton re | Krieger, A. | 0.8 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1420434v1

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | meeting with FTI to discuss tax-related issues (.3); exchanged memoranda with MG re same (.2); review of updated docket (.1); attend to agenda notice for November 17, 2003 hearings (.1); memo to LK re 11/20/03 tax-related issues meeting (.1). | | |
| 11/11/2003 | Review central database for agenda hearing date at AK request (.1);  Review online docket for recently docketed pleadings (.3). | Defreitas, V. | 0.4 |
| 11/11/2003 | Attention to status of recusal issues (.3). | Pasquale, K. | 0.3 |
| 11/12/2003 | Review online docket for recently docketed pleadings (.3). | Defreitas, V. | 0.3 |
| 11/12/2003 | Office conference LK re tax-related meeting with FTI (.1); exchanged memorandum with L. Hamilton re meeting (.1); memo to M. Greenberg re 11/20/03 meeting  (.1). | Krieger, A. | 0.3 |
| 11/13/2003 | Researched online docket for recently docketed pleadings (.3). | Defreitas, V. | 0.3 |
| 11/14/2003 | Responded to AK request re: Researched online for affidavits filed by Hamlin; Gross; Dreier & McGovern in Owen Corning (.5); Review online docket for recently docketed pleadings (.3); Responded to AK & MS email re: preparation of documents relating to Grace hearing identified in item # 6 in agenda and distribute same (.7). | Defreitas, V. | 1.5 |
| 11/14/2003 | Office conference V. Defreitas review of Owens Corning docket for consultant's affidavits (.2); attend to newly filed documents including order on COO, (.3); telephone conferences W. Katchen re affidavits of court appointed consultants and bank debt holders' recusal motion (.2); attended to recusal motion by DK Acquisition et al. (1.0). | Krieger, A. | 1.7 |
| 11/14/2003 | Attention to ad hoc committee's motion for recusal of J. Wolin (1.0); attention to affidavits submitted by J. Wolin's advisors (except Gross) (.8). | Pasquale, K. | 1.8 |
| 11/16/2003 | Review motion to recuse Wolin in Grace case, affidavits of Gross, Hamlin, Drier, Keefe (.7). | Sasson, M. | 0.7 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 11/17/2003 | Review online docket for recently docketed pleadings. | Defreitas, V. | 0.3 |
| 11/17/2003 | Telephone conference W. Katchen re affidavit of D. Gross (.1); exchanged memoranda with W. Katchen re Gross affidavit (.1); memoranda to V. Defreitas re Gross affidavit (.1); attended to NJ Times article on Grace recusal motion (.1); attend to review of court appointed consultants' affidavits and preparation of memoranda regarding same (2.6). | Krieger, A. | 3.0 |
| 11/18/2003 | Attend to Gross affidavit and memorandum re same (.9); attend to subpoena to Hamlin's firm (.1); attend to draft motion to disqualify Wolin in pending asbestos cases (.9); attend to Water & Kraus response to the Mandamus Petition (.2). | Krieger, A. | 2.1 |
| 11/19/2003 | Researched online docket for recently docketed pleadings and distribute same (.4). | Defreitas, V. | 0.4 |
| 11/19/2003 | Office conference M. Sasson re Mandamus Petition and pending recusal motions (.2); exchanged memoranda with W. Katchen re D. Gross Affidavit and related materials (.1); complete review of Judge Wolin disqualification motion (.6). | Krieger, A. | 0.9 |
| 11/20/2003 | Researched online docket for recently docketed pleadings (.4). | Defreitas, V. | 0.4 |
| 11/20/2003 | Responded to MS email request re: Exhibits in motion to recuse Judge Wolin and distribute same. | Defreitas, V. | 0.5 |
| 11/20/2003 | Attend to pleadings and proceedings re Third Circuit mandamus petition (.7); exchanged memoranda with KP re same (.2). | Krieger, A. | 0.9 |
| 11/21/2003 | Review online docket for recently docketed pleadings (.4). | Defreitas, V. | 0.4 |
| 11/21/2003 | Office conference LK re supplemental response filed by Judge Wolin (.1); memorandum to AC are contract information for the claims database (.1); exchange memoranda with L. Chambers re | Krieger, A. | 3.6 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1420434v1

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | confidentiality agreement (.2); attend to review of pleadings filed with the Third Circuit re petition for Mandamus (1.7); attend to additional pleadings filed for recusal of Judge Wolin (.8); office conference MS re motion filed to restructure asbestos Committee's and applicability to Grace cases (.2); attended to files (.4); exchanged memoranda with KP, LK re 11/24/03 meeting with L. Chambers (.1). | | |
| 11/21/2003 | Review of documents filed in the recusal motion (.8). | Kruger, L. | 0.8 |
| 11/24/2003 | Research re: writ of mandamus. | Caskadon, A. | 0.5 |
| 11/24/2003 | Researched online docket for recently docketed pleadings (.5). | Defreitas, V. | 0.5 |
| 11/24/2003 | Office conferences DW re Third Circuits order and ruling on Mandamus Petition (.3); telephone conference W. Katchen re substance of conversations with J. Wills, others re Mandamus Petitions and consolidation of pending matters (.3); exchanged memoranda with LK, KP re above (.2); office conference V. Defreitas re Third Circuit Mandamus submission (.2). | Krieger, A. | 1.0 |
| 11/24/2003 | Review of 3rd Circuit order regarding oral argument (.2); telephone call with W. Katchen regarding consolidation of ad hoc Committee recusal motion with Owens Corning mandamus (.2). | Kruger, L. | 0.4 |
| 11/25/2003 | Researched online docket for recently docketed pleadings and distribute same (.4). | Defreitas, V. | 0.4 |
| 11/25/2003 | Attend to motion to consolidate mandamus petitions filed by DK Acquisition et al. (.2); attend to Transcript of November 17 hearings before Judge Fitzgerald (.7); memorandum to E. Kaufman re Washington Legal (.3). | Krieger, A. | 1.2 |
| 11/25/2003 | Review Emergency Mandamus Motion and 3rd Circuit Order. | Kruger, L. | 0.4 |
| 11/25/2003 | Review transcript of hearing (.2); review DK Mandamus Petition (.4). | Sasson, M. | 0.6 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|------------|------|-------|
| 11/26/2003 | Telephone conference W. Katchen re Third Circuit order issued today (.3); attend to order (.1); memo to LK re Third Circuit order (.1); attend to numerous recently filed pleadings electronically forwarded, including Debtors' objection with exhibits to the Royal Insurance motion (.5); office conference DW re Third Circuit order and related matters (.3); complete review of 11/17/03 hearing transcript (.6). | Krieger, A. | 1.9 |
| 11/26/2003 | Attention to Emergency Petition for writ of mandamus (1.5). | Pasquale, K. | 1.5 |
| 11/26/2003 | Obtained Recently filed documents (1.2). | Peters, A. | 1.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Caskadon, Alexandra | 1.0 | $ 180 | $ 180.00 |
| Defreitas, Vaughn | 9.9 | 115 | 1,138.50 |
| Krieger, Arlene | 21.3 | 495 | 10,543.50 |
| Kruger, Lewis | 3.5 | 725 | 2,537.50 |
| Pasquale, Kenneth | 4.3 | 550 | 2,365.00 |
| Peters, Angelina | 1.2 | 85 | 102.00 |
| Sasson, Moshe | 1.8 | 445 | 801.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 17,667.50 |
|------------------------------------------|-------------|

| TOTAL FOR THIS MATTER | $ 17,667.50 |
|-----------------------|-------------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1420434v1

| RE | Claims Analysis/Objections/Administration (Non-Asbestos)<br>699843  0015 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 11/05/2003 | Attend to Debtors' ninth quarterly report on settlements (.1); memo to M. Greenberg decision obtained by Grace in the state of Massachusetts reducing 1986 tax liability (.3). | Krieger, A. | 0.4 |
| 11/21/2003 | Attend to notice of proposed settlement of Tubal-Cain Industries matter (.1); exchanged memoranda with C. Lane re information request and responses (.2). | Krieger, A. | 0.3 |
| 11/25/2003 | Memorandum from C. Lane re proposed settlement of Tubal Cain matter (.1). | Krieger, A. | 0.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene | 0.8 | $ 495 | $ 396.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 396.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 396.00 |
|---|---|

| | RE | Committee, Creditors', Noteholders', or Equity Holders'<br>699843  0017 |
|---|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 11/03/2003 | Memo to and from F. Monaco re resignation of Zhagrus from the Committee (.2); attend to memorandum to the Committee re Judge Wolin's response to the Mandamus petition (.2). | Krieger, A. | 0.4 |
| 11/03/2003 | Review memos regarding Zhagrus' resignation from the Committee (.2). | Kruger, L. | 0.2 |
| 11/03/2003 | Review memo to Committee regarding recusal (.2). | Kruger, L. | 0.2 |
| 11/04/2003 | Memorandum to the Committee re Debtors' request to adjourn the Hamlin appointment motion (.4); memorandum to the Committee re Third Circuit Order modifying/clarifying October 30, 2003 Order (.3); office conference LK re composition of Committee and contact with F. Perch to discuss the same (.1). | Krieger, A. | 0.8 |
| 11/05/2003 | Attend to memorandum to the Committee re Judge Wolin's order staying his participation pending further court order (.2). | Krieger, A. | 0.2 |
| 11/07/2003 | Memoranda to the Committee re NY Times Article (.2); memoranda from J. Akre re inquiry re circulation of asbestos reform legislation materials (.1); exchanged memoranda with LK re Committee member's inquiry (.2); memorandum to L. Chambers re inquiry (.1). | Krieger, A. | 0.6 |
| 11/10/2003 | Exchanged memoranda with LK re relating substance of conversation with F. Perch re Committee composition (.1). | Krieger, A. | 0.1 |
| 11/12/2003 | Office conference with A. Krieger and telephone call with F. Perch regarding adding Scotia Bank and Bear Stearns to Committee. | Kruger, L. | 0.3 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1420434v1

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 11/14/2003 | Attend to memoranda to the Committee re Sealed Air Settlement Agreement (.6); attend to memorandum re Navigant Consulting re update on asbestos reform legislation discussions (.2); attended to memorandum to the Committee re recusal motion filed by DK Acquisition, Fernwood Associates and Deutsche Bank and affidavits of four of the five court-appointed advisers (.9). | Krieger, A. | 1.7 |
| 11/17/2003 | Attend to Gross affidavit and memorandum to the Committee regarding same (.3); attend to review of bank debt holders recusal motion and affidavit in support (1.6); attend to memoranda to the Committee re Court's position on Hamlin appointment (.3). | Krieger, A. | 2.2 |
| 11/21/2003 | Attend to memorandum to the Committee re Judge Wolin's supplemental response to the Third Circuit (.3); attend to memorandum to the Committee re other pleadings filed in response to the Mandamus Petition including those filed by Credit Suisse First Boston, and USG (.6); attend to order issued by the Third Circuit and memorandum to the Committee re same (.6). | Krieger, A. | 1.5 |
| 11/25/2003 | Attended to memorandum to the Committee re Mandamus Petition filed by DK Acquisition and others in Grace (.3); attended to review of Mandamus Petition (.9); attend to memorandum to the Committee re Senator Frist's statement re asbestos FAIR legislation (.2). | Krieger, A. | 1.4 |
| 11/26/2003 | Attend to memorandum to the Committee re Court's ruling on State Street appointment motion (.2); attend to memo to the Committee re Third Circuit order consolidating Mandamus petition (.3). | Krieger, A. | 0.5 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene | 9.4 | $ 495 | $ 4,653.00 |
| Kruger, Lewis | 0.7 | 725 | 507.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 5,160.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 5,160.50 |
|---|---|

| | | |
|---|---|---|
| RE | Fee Application, Applicant | |
| | 699843  0018 | |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 11/04/2003 | Drafting of tenth quarterly fee application. | Caskadon, A. | 1.0 |
| 11/05/2003 | Drafting of tenth quarterly fee application (2.4); various o/c accounting re same (.5); o/c A. Krieger re same (.3). | Caskadon, A. | 3.2 |
| 11/06/2003 | Research and revisions re: tenth quarterly fee application. | Caskadon, A. | 1.2 |
| 11/06/2003 | Office conference AC re preparation of quarterly fee application (.2). | Krieger, A. | 0.2 |
| 11/07/2003 | Brief research for 10th quarterly fee application. | Caskadon, A. | 0.4 |
| 11/07/2003 | Review time detail for preparation of SSL's tenth quarterly fee application (2.4). | Krieger, A. | 2.4 |
| 11/10/2003 | Review fee detail for preparation of 10th Interim fee application (2.8). | Krieger, A. | 2.8 |
| 11/11/2003 | Complete review of fee detail for preparation of SSL 10th quarterly fee application (1.7); began to draft SSL's fee application (10th Quarterly) (4.2). | Krieger, A. | 5.9 |
| 11/13/2003 | Review of 10th Quarterly fee application and revisions. | Caskadon, A. | 1.8 |
| 11/14/2003 | Review October time detail. | Caskadon, A. | 0.6 |
| 11/21/2003 | O/c A. Krieger re: 10th Quarterly fee app. | Caskadon, A. | 0.3 |
| 11/24/2003 | O/c accounting re: 10th quarterly fee app. | Caskadon, A. | 0.4 |
| 11/24/2003 | Preparation of fee application - SSL's Tenth Quarterly. | Krieger, A. | 5.1 |
| 11/25/2003 | Review October bill. | Caskadon, A. | 1.6 |
| 11/25/2003 | Preparation of draft fee application (SSL's 10th | Krieger, A. | 3.0 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
|  | Quarterly) (2.8); office conference AC re expense detail and other information for application (.2). |  |  |
| 11/26/2003 | Review October fee detail. | Caskadon, A. | 1.5 |
| 11/26/2003 | Research for 10th quarterly and revise. | Caskadon, A. | 1.8 |
| 11/26/2003 | Review draft fee application (10th Quarterly); and revise same (3.3); office conference AC re expense backup (.1). | Krieger, A. | 3.4 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Caskadon, Alexandra | 13.8 | $ 180 | $ 2,484.00 |
| Krieger, Arlene | 22.8 | 495 | 11,286.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 13,770.00 |
|------------------------------------------|-------------|

| TOTAL FOR THIS MATTER | $ 13,770.00 |
|-----------------------|-------------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1420434v1

| RE | Fee Application, Others |
|----|-------------------------|
|    | 699843  0020            |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 11/05/2003 | Attend to Deloitte & Touche LLP application for compensation (.2); memorandum to M. Greenberg re same (.1). | Krieger, A. | 0.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene | 0.3 | $ 495 | $ 148.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 148.50 |
|-------------------------------------------|----------|

| TOTAL FOR THIS MATTER | $ 148.50 |
|------------------------|----------|

| RE | Employee Benefits, Pension<br>699843  0021 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 11/10/2003 | Attention to State Street retention issues and e-mails with A. Krieger, M. Sasson. | Wintner, M. | 0.5 |
| 11/11/2003 | Telephone conference call with Arlene Krieger and Moshe Sasson re adjourned motion for State Street retention; telephone Moshe Sasson re same. | Wintner, M. | 0.9 |
| 11/14/2003 | Review transcript of Bankruptcy Court hearing re retention of State Street (.2); review trading volume for Rule 144 analysis (.2). | Wintner, M. | 0.4 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Wintner, Mark | 1.8 | $ 625 | $ 1,125.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,125.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 1,125.00 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1420434v1

RE        Expenses
          699843  0024

## MATTER DISBURSEMENT SUMMARY

| | |
|---|---|
| Outside Messenger Service | $ 15.38 |
| Local Transportation | 75.31 |
| Long Distance Telephone | 783.84 |
| Duplicating Costs-in House | 153.10 |
| Process Service & Calendar Watch | 57.75 |
| Facsimile Charges | 14.00 |
| Travel Expenses - Transportation | 12.00 |
| Word Processing - Logit | 114.00 |

| TOTAL DISBURSEMENTS/CHARGES | $ 1,225.38 |
|---|---|

| TOTAL FOR THIS MATTER | $ 1,225.38 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1420434v1

| | | |
|---|---|---|
| RE | Litigation and Litigation Consulting | |
| | 699843  0034 | |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 11/05/2003 | Attend to Wesconn Company's motion to compel discovery relating to pending products litigation claims (.1); and to Debtors' objection to Wesconn's motion (.2). | Krieger, A. | 0.3 |
| 11/10/2003 | Attended to Sealed Air settlement agreement and telephone conference LK re same (.3); memo to B. Wolff re request for black-line (.1); office conference KP re Sealed Air Agreement and Committee's position thereon and stay of pending action on further order of the Court (.2); exchanged memoranda with M. Greenberg re Sealed Air settlement (.1). | Krieger, A. | 0.7 |
| 11/10/2003 | Exchanged  further memoranda with LK, KP re agreement, Committee's position approval and objection process (.5). | Krieger, A. | 0.5 |
| 11/10/2003 | Attended to review of Sealed Air settlement agreement (.3). | Krieger, A. | 0.3 |
| 11/10/2003 | Attention to "final" Sealed Air settlement agreement (2.0). | Pasquale, K. | 2.0 |
| 11/11/2003 | Attention to Sealed Air settlement and attendant issues (.8). | Pasquale, K. | 0.8 |
| 11/13/2003 | Exchanged memoranda with L. Hamilton re Sealed Air settlement agreement (.1). | Krieger, A. | 0.1 |
| 11/14/2003 | Exchanged memoranda with J. Baer re Debtors position on Sealed Air agreement (.1); exchanged memoranda with KP, LK re same (.1). | Krieger, A. | 0.2 |
| 11/14/2003 | Exchanged memoranda with MG  re  Debtors position on the Sealed Air settlement (.1). | Krieger, A. | 0.1 |
| 11/26/2003 | Attended to motion filed by the asbestos Committee's and Sealed Air defendants for approval of the Sealed Air settlement | Krieger, A. | 1.0 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | agreement (.8); exchanged memoranda with LK and MG re same (.2). | | |
| 11/26/2003 | Attention to motion to approve Sealed Air settlement (.8). | Pasquale, K. | 0.8 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|-----------------|-------|------|-------|
| Krieger, Arlene | 3.2 | $ 495 | $ 1,584.00 |
| Pasquale, Kenneth | 3.6 | 550 | 1,980.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 3,564.00 |
|------------------------------------------|-----------|

| TOTAL FOR THIS MATTER | $ 3,564.00 |
|-----------------------|-----------|

| RE | Travel - Non Working<br>699843  0035 |
| --- | --- |

| DATE | DESCRIPTION | NAME | HOURS |
| --- | --- | --- | --- |
| 11/17/2003 | Travel back to N.Y. (3.0). | Sasson, M. | 3.0 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
| --- | --- | --- | --- |
| Sasson, Moshe | 3.0 | $ 445 | $ 1,335.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,335.00 |
| --- | --- |

| TOTAL FOR THIS MATTER | $ 1,335.00 |
| --- | --- |

| RE | Hearings |
|----|----------|
|    | 699843 0037 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 11/13/2003 | Exchanged memoranda with M. Sasson re State Street matter, Debtors' response to proposal (.3); attended to transcript for October 2003 hearing (.3). | Krieger, A. | 0.6 |
| 11/14/2003 | Exchanged memoranda with M. Sasson re 11/17/03 hearings (.1); office conference M. Sasson re 11/17/03 hearings (.3); memo to V. Defreitas re documentation for M. Sasson re 11/17/03 hearing (.1); exchanged memoranda with M. Lastowski re hearing (.2). | Krieger, A. | 0.7 |
| 11/14/2003 | Collect documents for State Street, Hamlin hearing (.2); correspondence re: Sealed Air Settlement (.1). | Sasson, M. | 0.3 |
| 11/16/2003 | Preparation for hearing (1.5). | Sasson, M. | 1.5 |
| 11/17/2003 | Exchange memoranda with M. Sasson re State Street hearings and defined benefit plan terms (.2); documentation review for hearing (.3); further exchange of memoranda with MS re Court's position on Hamlin appointment motion and State Street matter (.3). | Krieger, A. | 0.8 |
| 11/17/2003 | Travel to DE for hearing; simultaneous preparation for hearing (2.5); attend Omnibus hearing (1.5); report on hearing (.2). | Sasson, M. | 4.2 |
| 11/19/2003 | Office conference MS re 11/17/03 hearing before Judge Fitzgerald (.2). | Krieger, A. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene | 2.3 | $ 495 | $ 1,138.50 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1420434v1

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Sasson, Moshe | 6.0 | 445 | 2,670.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 3,808.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 3,808.50 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI

180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

SSL-DOCS1 1420434v1

| | RE | Employment Applications - Others<br>699843  0040 | | |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 11/03/2003 | Exchanged memoranda with M. Sasson re State Street hearing (.1); memo to M. Lastowski re same (.1); telephone conference Gary Becker (Kramer Levin) re State Street hearing and follow-up with the Debtors (.3). | Krieger, A. | 0.5 |
| 11/03/2003 | CC: A. Krieger, G. Becker re: State Street Motion (.2). | Sasson, M. | 0.2 |
| 11/10/2003 | Exchanged memoranda with M. Lastowski re Debtors' supplemental filing on State Street and Court's position on the motion (.5); exchange memoranda with MW re compromise (.2); exchange memoranda with KP, MS re evidence for 11/17/03 hearing (.2); attend to Debtors' second supplemental submission in support of State Street retention motion (.4); telephone conference M. Sasson re preparation for hearing on November 17th (.1); memo to MW re above (.1). | Krieger, A. | 1.5 |
| 11/10/2003 | T/c G. Becker, A. Krieger (.5); t/c M. Wintner re: same (.2); t/c A. Krieger re: same (.2). | Sasson, M. | 0.9 |
| 11/10/2003 | CC: A. Krieger, M. Wintner re: State Street retention (.7); library re: trading Grace volume; correspondence A. Krieger, M. Wintner re: same (.2). | Sasson, M. | 0.9 |
| 11/11/2003 | Historical pricing on W.R. Grace - Moshe Sasson. | Crooks, H. | 0.1 |
| 11/11/2003 | Conference with MW, MS re preparation for 11/17/03 hearing, discussed proposal on plan's participants share in the costs, other issues (.6); follow up office conference MS re same (.1); telephone conference G. Becker re equity committee discussions with the debtors, proposal for consideration (.7); subsequent telephone conference M. Sasson re substance | Krieger, A. | 1.6 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI<br>180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM<br>SSL-DOCS1 1420434v1

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | of MW's conversations with corporate counsel, others (.2). | | |
| 11/11/2003 | CC: A. Krieger, M. Wintner e: State Street retention (7); library re: Trading Grace Volume, corr. A. Krieger, M. Wintner re same (.2); t/c G. Becker, A. Krieger (.5); t/c M. Wintner re same (.2); t/c A. Krieger re: same (.2). | Sasson, M. | 1.8 |
| 11/12/2003 | Prepare for call; review State Street retention affidavits (.2); cc: A. Krieger, G. Becker, C. Lane re: State Street retention (1.3); review, revise memo to client; t/c A. Krieger re: same (.2). | Sasson, M. | 1.7 |
| 11/13/2003 | T/c C. Lane re: State Street (.2); review transcript (.2); corr. A. Krieger, M. Wintner, B. Kulman re: State Street, Rule 144 restrictions, strategy (.3); t/c K. Pasquale re: hearing status (.1). | Sasson, M. | 0.8 |
| 11/14/2003 | Tel. c. w/M. Sasson re Rule 144 sale limits. | Kulman, B. | 0.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Crooks, Harris | 0.1 | $ 120 | $ 12.00 |
| Krieger, Arlene | 3.6 | 495 | 1,782.00 |
| Kulman, Bradley | 0.3 | 625 | 187.50 |
| Sasson, Moshe | 6.3 | 445 | 2,803.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 4,785.00 |
|------------------------------------------|------------|

| TOTAL FOR THIS MATTER | $ 4,785.00 |
|-----------------------|------------|

| RE | Tax Issues 699843  0047 |
|----|-------------------------|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 11/05/2003 | E-mails re tax settlement (.1). | Greenberg, M. | 0.1 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1420434v1

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 11/14/2003 | E-mails with Arlene re settlement and meeting. | Greenberg, M. | 0.3 |
| 11/19/2003 | Review materials for meeting. | Greenberg, M. | 1.2 |
| 11/19/2003 | Exchanged memoranda with M. Greenberg re FTI meeting and agenda therefore (.5); exchanged memoranda with LK re same (.1); telephone conference L. Hamilton re same and subsequent memoranda re agenda (.1); attend to review of agenda (.1); and review of materials in preparation for meeting (1.4). | Krieger, A. | 2.2 |
| 11/20/2003 | Prepare for and attend meeting with Joffe et al re open tax item needed and tax issues that require focus on expected plan structures. | Greenberg, M. | 2.0 |
| 11/20/2003 | Meeting with FTI representatives re outstanding tax issues, and follow-up discussions (2.5). | Krieger, A. | 2.5 |
| 11/20/2003 | Office conference with A. Krieger, M. Greenberg, E. Ordway, S. Cunningham and Joffe regarding tax issues, NOL's, impact of Sealed Air, Fresenius settlements, COLI and related matters (2.2). | Kruger, L. | 2.2 |
| 11/26/2003 | E-mails re Sealed Air settlement. | Greenberg, M. | 0.4 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Greenberg, Mayer | 4.0 | $ 550 | $ 2,200.00 |
| Krieger, Arlene | 4.7 | 495 | 2,326.50 |
| Kruger, Lewis | 2.2 | 725 | 1,595.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 6,121.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 6,121.50 |
|---|---|

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 67,096.00 |
|---|---|

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown.
Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.

**WR GRACE & CO**
**DISBURSEMENT SUMMARY**
**NOVEMBER 1, 2003 - NOVEMBER 30, 2003**

| | |
|---|---:|
| Outside Messenger Service | $ 15.38 |
| Local Transportation | 75.31 |
| Long Distance Telephone | 783.84 |
| Duplicating Costs-in House | 153.10 |
| Process Service & Calendar Watch | 57.75 |
| Facsimile Charges | 14.00 |
| Travel Expenses - Transportation | 12.00 |
| Word Processing - Logit | 114.00 |
| | |
| | |
| **TOTAL** | **$1,225.38** |

# STROOCK

## Disbursement Register

| CLIENT | W R Grace & Co |
|---|---|
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR EXPENSES INCURRED for the period from November 1, 2003
through November 30, 2003, including:

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| **Outside Messenger Service** | | |
| 11/19/2003 | VENDOR: Virtual Docket.com; INVOICE#: 30884; DATE: 10/31/2003 - U.S. Bankruptcy Court - Delaware. | 13.50 |
| 11/30/2003 | VENDOR: UPS; INVOICE#: 0000010X827453; DATE: 11/08/03 FROM , New York, NY TO Michael Lastowski, E Duane Morris & Heckscher LL, , WILMINGTON, DE 19801; on 10/29/2003 | 1.88 |
| **Outside Messenger Service Total** | | **15.38** |
| **Local Transportation** | | |
| 11/07/2003 | NYC Two Ways Inc. KRUGER 10/22/03 07:50 M from 257    W 86 S to E 46 ST | 27.01 |
| 11/07/2003 | NYC Two Ways Inc. KRIEGER 10/21/03 22:02 M from 180 MAIDEN to E 80 ST | 24.15 |
| 11/13/2003 | NYC Two Ways Inc. KRIEGER 10/29/03 19:55 M from 180 MAIDEN to E 80 ST | 24.15 |
| **Local Transportation Total** | | **75.31** |
| **Long Distance Telephone** | | |
| 11/05/2003 | EXTN.5431, TEL.302-573-6491, S.T.11:37, DUR.01:00 | 0.39 |
| 11/05/2003 | EXTN.6015, TEL.302-426-1189, S.T.12:07, DUR.05:30 | 2.33 |
| 11/05/2003 | EXTN.6015, TEL.312-861-2000, S.T.12:19, DUR.01:18 | 0.78 |
| 11/05/2003 | EXTN.6015, TEL.412-288-3131, S.T.12:22, DUR.00:48 | 0.39 |
| 11/05/2003 | EXTN.6015, TEL.412-288-3122, S.T.13:49, DUR.10:00 | 3.88 |
| 11/06/2003 | EXTN.5544, TEL.201-556-4021, S.T.12:53, DUR.09:30 | 3.88 |
| 11/07/2003 | EXTN.5431, TEL.302-573-6491, S.T.16:09, DUR.23:18 | 9.31 |
| 11/07/2003 | EXTN.6015, TEL.302-426-1189, S.T.16:11, DUR.01:12 | 0.78 |
| 11/12/2003 | EXTN.6406, TEL.312-861-3268, S.T.17:01, DUR.10:06 | 4.27 |
| 11/13/2003 | VENDOR: Deraventures, Inc.; INVOICE#: 11043-02201-03; DATE: | 370.80 |

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| | 11/5/2003 - Teleconference calls | |
| 11/13/2003 | VENDOR: Deraventures, Inc.; INVOICE#: 11043-02201-03; DATE: | 382.37 |
| | 11/5/2003 - Teleconference calls | |
| 11/17/2003 | EXTN.5760, TEL.973-424-2000, S.T.16:15, DUR.01:24 | 0.78 |
| 11/17/2003 | EXTN.5760, TEL.973-424-2031, S.T.16:56, DUR.07:36 | 3.10 |
| 11/21/2003 | EXTN.5760, TEL.310-228-5600, S.T.14:26, DUR.00:18 | 0.39 |
| 11/24/2003 | EXTN.5544, TEL.973-424-2000, S.T.13:38, DUR.00:18 | 0.39 |
| | **Long Distance Telephone Total** | **783.84** |

**Duplicating Costs-in House**

| | | |
|---|---|---|
| 11/04/2003 | | 28.70 |
| 11/06/2003 | | 14.10 |
| 11/11/2003 | | 3.80 |
| 11/12/2003 | | 0.60 |
| 11/12/2003 | | 1.10 |
| 11/15/2003 | | 11.50 |
| 11/21/2003 | | 9.00 |
| 11/24/2003 | | 1.50 |
| 11/24/2003 | | 19.20 |
| 11/25/2003 | | 49.80 |
| 11/25/2003 | | 13.80 |
| | **Duplicating Costs-in House Total** | **153.10** |

**Process Service & Calendar Watch**

| | | |
|---|---|---|
| 11/04/2003 | VENDOR: Pacer Service Center; INVOICE#: 070103; DATE: | 4.83 |
| | 11/4/2003 - orig date 07/01/03  On line Research | |
| 11/04/2003 | VENDOR: Pacer Service Center; INVOICE#: 070103; DATE: | 52.92 |
| | 11/4/2003 - orig date 07/01/03  On line Research | |
| | **Process Service & Calendar Watch Total** | **57.75** |

**Facsimile Charges**

| | | |
|---|---|---|
| 11/07/2003 | FAX # 212-339-0856 | 7.00 |
| 11/07/2003 | FAX # 302-658-5614 | 7.00 |
| | **Facsimile Charges Total** | **14.00** |

**Travel Expenses - Transportation**

| | | |
|---|---|---|
| 11/20/2003 | VENDOR: Petty Cash; INVOICE#: 11/19/03; DATE: 11/20/2003 - | 12.00 |
| | 11/17/03   NY PETTY CASH  M.SASSON | |
| | **Travel Expenses - Transportation Total** | **12.00** |

**Word Processing - Logit**

| | | |
|---|---|---|
| 11/17/2003 | | 18.00 |
| 11/17/2003 | | 72.00 |
| 11/17/2003 | | 24.00 |
| | **Word Processing - Logit Total** | **114.00** |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1420434v1

## BILL DISBURSEMENT SUMMARY

| | |
|---|---|
| Outside Messenger Service | $ 15.38 |
| Local Transportation | 75.31 |
| Long Distance Telephone | 783.84 |
| Duplicating Costs-in House | 153.10 |
| Process Service & Calendar Watch | 57.75 |
| Facsimile Charges | 14.00 |
| Travel Expenses - Transportation | 12.00 |
| Word Processing - Logit | 114.00 |

| | |
|---|---|
| TOTAL DISBURSEMENTS/CHARGES | $ 1,225.38 |

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown.
Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.



805 15th Street, N.W.
Suite 500
Washington, D.C. 20005
(202) 371-9770
FAX (202) 371-6601

**Chambers Associates Incorporated**

A Subsidiary of Navigant Consulting

December 17, 2003

Stroock, Stroock & Lavan, LLP
180 Maiden Lane
New York, New York   10038

Attention:    Kenneth Pasquale

---

### For Services Rendered For
### W. R. Grace Creditor's Committee - November  2003

---

**Professional Fees:**

| | | |
|---|---|---|
| LC | 3.60 hrs. @ $510 | $1,836.00 |
| PM | 13.30 hrs. @ $390 | 5,187.00 |
| BN | 26.90 hrs. @ $290 | 7,801.00 |
| MA | 1.30 hrs. @ $280 | 364.00 |
| MSL | .40 hrs. @ $250 | 100.00 |
| JLM | 33.50 hrs. @ $250 | 8,375.00 |
| KZ | 34.00 hrs. @ $200 | 6,800.00 |

**Total Professional Fees** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$30,463.00**

**Support Services;**
None at this time

**Expenses:**
None at this time

**Total Amount Due for November Services and Expenses** . . . . . . . . . . . . . . . . . . . . . . . . **$30,463.00**
**Outstanding Invoices:**

| | |
|---|---|
| August 22, 2003 | $12,488.94 |
| September 25, 2003 | 3,242.00 |
| October 13, 2003 | 6,860.00 |
| November 24, 2003 | 42,881.50 |

**Total Outstanding Invoices** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$65,472.44**

**Total Amount Due for November Services, Expenses and Outstanding Invoices** . . . . . . . **$95,935.44**