# EXHIBIT A

**Protiviti Inc.**
**W. R. Grace & Co. Time Tracking Summary**
**Period Covered:  August 2003**

| Name | Position | Number of Years in Profession | Hourly Billing Rate | Total Hours Billed | Total Fees |
|---|---|---|---|---|---|
| Dillon, Mark | Managing Director | 27 | $ 300.00 | 1 | $ 300.00 |
| Blanchard, Victor | Associate Director | 17 | $ 275.00 | 41.5 | $ 11,412.50 |
| Beirne, Thomas | Director | 30 | $ 275.00 | 13 | $ 3,575.00 |
| Green, Kenneth | Manager | 5 | $ 225.00 | 26.5 | $ 5,962.50 |
| Petito, Matthew | Senior Consultant | 5 | $ 175.00 | 86 | $ 15,050.00 |
| Strickler, Kevin | Senior Consultant | 5 | $ 175.00 | 34.4 | $ 6,020.00 |
|  |  |  | Totals | 202.4 | $ 42,320.00 |

**Protiviti Inc.**
**W. R. Grace & Co. Detailed Time Report**
**Month Ended August 31, 2003**

**Name:**    Mark Dillon
**Level:**    Managing Director

| Date | Detailed Task / Activity | Bill Rate | Hours | Fees |
|------|---------------------------|-----------|-------|------|
| 22-Aug-03 | Meeting with Tom Beirne to discuss staffing issues, risk management profile, and activities to date | $300.00 | 1.0 | $    300.00 |
| | **Totals** | | **1.0** | **$    300.00** |

Protiviti Inc.
W. R. Grace & Co. Detailed Time Report
Month Ended August 31, 2003

**Name:** Victor Blanchard
**Level:** Associate Director

| Date | Detailed Task / Activity | Bill Rate | Hours | Fees |
|------|--------------------------|-----------|-------|------|
| 4-Aug-03 | Develop Plant Travel Plan including locations, processes, resources and dependencies | $275.00 | 4.5 | $ 1,237.50 |
| 7-Aug-03 | Meeting with Dana Guzzo regarding Plant Travel Plan, billing concerns and other administrative issues | $275.00 | 1.0 | $ 275.00 |
| 7-Aug-03 | Meeting with Dana Guzzo, Michael Brown and Matt Pelito regarding "close the books" process flows, and potential need for changes | $275.00 | 1.0 | $ 275.00 |
| 7-Aug-03 | Develop a "close the books" budget structure as requested by Dana Guzzo depicting the process and related level of effort | $275.00 | 1.0 | $ 275.00 |
| 11-Aug-03 | Modify Travel Plan and supporting financial budget schedules to accommodate changes to the overall level of coverage and plants selected by Internal Audit | $275.00 | 3.5 | $ 962.50 |
| 12-Aug-03 | Develop schedules supporting the level of effort and financial budgets for Phase II Plant Visits identifying Grace and consultant information | $275.00 | 1.5 | $ 412.50 |
| 13-Aug-03 | Meet with Dana Guzzo and Ryan Heaps to discuss next day's meeting with PwC, and Grace's plan to purchase and implement Versa software | $275.00 | 0.3 | $ 82.50 |
| 13-Aug-03 | Technical planning with Protiviti pilot "close the books" team regarding assertions to be used, and preparation for meeting with Dana Guzzo tomorrow morning re: the SarbOx portal | $275.00 | 0.7 | $ 192.50 |
| 18-Aug-03 | Update Project Status Report for Dana Guzzo | $275.00 | 0.3 | $ 82.50 |
| 18-Aug-03 | Work on staffing issues with Protiviti Staffing Coordinator for senior and staff need on Mexico pilot | $275.00 | 0.2 | $ 55.00 |
| 18-Aug-03 | Modify the Travel Plan for changes in scope and approach at certain sites | $275.00 | 1.5 | $ 412.50 |
| 19-Aug-03 | Meet with Dana Guzzo and Barbara Summerson to plan and prepare for our meeting with Bob Tarola and Brian Magowan re: the strategy for addressing IT as part of the overall Sarbanes strategy | $275.00 | 0.5 | $ 137.50 |
| 19-Aug-03 | Meet with Dana Guzzo and Barbara Summerson to review and comment on the presentation prepared for the IT strategy meeting | $275.00 | 1.0 | $ 275.00 |
| 19-Aug-03 | Meeting with Bob Tarola, Brian Magowan, Dana Guzzo and Barbara Summerson to discuss the IT strategy and integration into the overall Sarbanes strategy | $275.00 | 1.5 | $ 412.50 |
| 19-Aug-03 | Meeting with Bob Tarola, Dana Guzzo and Barbara Summerson to discuss what information should be communicated to the Audit Committee re: Sarbanes and a "Well Controlled Organization" | $275.00 | 0.5 | $ 137.50 |
| 19-Aug-03 | Discuss the current Plant Travel Plan with Ryan Heaps and make modifications to selected locations | $275.00 | 0.5 | $ 137.50 |
| 19-Aug-03 | Meeting with Dana Guzzo to discuss status of various administrative components of the project including billing, Protiviti's application, license agreements, and short-term To Do's | $275.00 | 1.0 | $ 275.00 |
| 20-Aug-03 | Develop a plant site "model" budget that can be used to estimate level of effort based on actual work plan steps anticipated to be performed | $275.00 | 1.0 | $ 275.00 |
| 20-Aug-03 | Discuss need for Portal training with Ryan Heaps, along with information about alternative software products for segregation of duties concerns | $275.00 | 0.5 | $ 137.50 |
| 21-Aug-03 | Continue development of a plant site "model" budget that can be used to estimate level of effort based on actual work plan steps anticipated to be performed | $275.00 | 1.0 | $ 275.00 |
| 22-Aug-03 | Meeting with Dana Guzzo and Ryan Heaps addressing a technical TSA issue and planning for Sarbanes and Protiviti involvement in the upcoming Audit Committee meeting | $275.00 | 2.5 | $ 687.50 |
| 25-Aug-03 | Meeting with Dana Guzzo to prepare and plan for a meeting with Paul Norris to discuss the "Well Controlled Organization" document, and its presentation to the Audit Committee | $275.00 | 1.5 | $ 412.50 |
| 25-Aug-03 | Status meeting with Matt Pelito and Tom Beime on the "close the books" pilot in preparation for an afternoon meeting for a full project update with Grace Internal Audit | $275.00 | 1.0 | $ 275.00 |
| 25-Aug-03 | Meeting with Paul Norris and Dana Guzzo to discuss the "Well Controlled Organization" document prepared by Protiviti and augmented by Internal Audit for presentation to the Audit Committee | $275.00 | 1.5 | $ 412.50 |
| 25-Aug-03 | Full project scope planning meeting with Dana Guzzo, Ryan Heaps and Barbara Summerson to identify current status and priorities going forward for all aspects of the Sarbanes 404 project | $275.00 | 5.0 | $ 1,375.00 |
| 27-Aug-03 | Contact Protiviti's RTS Team responsible for implementing the TSA tool at Grace, and coordinate cut-over of TSA database from Protiviti hosted site to Grace's own server | $275.00 | 1.0 | $ 275.00 |
| 27-Aug-03 | Research possible work plans and audit programs for use on international pilots; covering processes outlined in the Grace "process classification scheme" | $275.00 | 1.5 | $ 412.50 |
| 28-Aug-03 | Complete the process of cutting over the TSA data from Protiviti's hosted server to Grace's own server | $275.00 | 0.5 | $ 137.50 |
| 28-Aug-03 | Develop and refine Administrative and General Ledger Close work programs including estimated levels of effort for the international pilot sites | $275.00 | 1.5 | $ 412.50 |
| 28-Aug-03 | Collect and assemble work programs from Protiviti sources in support of specific audits to be performed at the international pilot sites | $275.00 | 1.5 | $ 412.50 |
| 28-Aug-03 | Finalize invoices and detailed support for Grace for the period July 16 to 31, 2003 | $275.00 | 0.5 | $ 137.50 |
| 28-Aug-03 | Collect and assemble information technology work programs from Protiviti sources in support of the IT integrated audits to b performed at the international pilot sites | $275.00 | 0.5 | $ 137.50 |
| | **Totals** | | 41.5 | $11,412.50 |

**Protiviti Inc.**
**W. R. Grace & Co. Detailed Time Report**
**Month Ended August 31, 2003**

**Name:**    Thomas Beirne
**Level:**    Director

| Date | Detailed Task / Activity | Bill Rate | Hours | Fees |
|---|---|---|---|---|
| 6-Aug-03 | Meeting with M Petito, K Green regarding review of close the books audit programs | $ 275.00 | 2.5 | $ 687.50 |
| 8-Aug-03 | Close the books meeting with D Guzzo, R Heaps, K Green | $ 275.00 | 0.5 | $ 137.50 |
| 25-Aug-03 | Meeting with K Strickler & M Petito Close the books | $ 275.00 | 1 | $275.00 |
| 25-Aug-03 | Various meeting V Blanchard/K Strickler/M Petito/D Guzzo/R Heaps/B Summerson | $ 275.00 | 5 | $1,375.00 |
| 26-Aug-03 | Meeting with D Guzzo to review Work Program & PBC List Close the Books | $ 275.00 | 1 | $275.00 |
| 26-Aug-03 | Work on Close the Books Review with Protiviti staff | $ 275.00 | 3 | $825.00 |
| | **Totals** | | **13** | **$ 3,575.00** |

**Protiviti Inc.**
**W. R. Grace & Co. Detailed Time Report**
**Month Ended August 31, 2003**

**Name:** Ken Green
**Level:** Manager

| Date | Detailed Task / Activity | Bill Rate | Hours | Fees |
|------|--------------------------|-----------|-------|------|
| 1-Aug-03 | Met with Matt Petito (Pro), Dana Guzzo, & Ryan Heaps to discuss concerns and key controls over the Financial Reporting and GL Close processes. | $ 225.00 | 1.0 | $225.00 |
| 1-Aug-03 | Met with Victor Blanchard (Pro) & Tom Beirne (Pro) to discuss the key controls and the potential concerns resulting from the meetings regarding the TSA surveys for Financial Reporting and the GL Close. | $ 225.00 | 0.5 | $112.50 |
| 4-Aug-03 | Reviewed sections E - G of the draft workprograms as prepared by Matt Petito (Pro). | $ 225.00 | 1.2 | $270.00 |
| 5-Aug-03 | Discussed revisions and questions in regards to the workprograms (sections E - G) with Matt Petito (Pro). | $ 225.00 | 1.1 | $247.50 |
| 5-Aug-03 | Working session with Matt Petito (Pro) to modify the FRP workprogram based on key risks and controls as identified through the TSA survey. | $ 225.00 | 1.3 | $292.50 |
| 6-Aug-03 | Working session with Matt Petito (Pro) to modify the Davison/GPC GL Close workprogram based on key risks and controls as identified through the TSA survey. | $ 225.00 | 1.5 | $337.50 |
| 6-Aug-03 | Reviewed testing approach and key risks/controls with Tom Beirne (Pro) and Matt Petito (Pro). | $ 225.00 | 2.5 | $562.50 |
| 7-Aug-03 | Discussed workprogram and RCM revisions with Matt Petito (Pro). | $ 225.00 | 0.4 | $90.00 |
| 8-Aug-03 | Reviewed PBC listing and made changes to reflect order of workprogram. | $ 225.00 | 0.7 | $157.50 |
| 8-Aug-03 | Reviewed updated workprograms to ensure changes properly reflect previous discussions. | $ 225.00 | 0.3 | $67.50 |
| 8-Aug-03 | Prepared ETC for CTB pilot. | $ 225.00 | 0.5 | $112.50 |
| 8-Aug-03 | Updated workprogram per earlier review and ensured that Davison/GPC/Corporate sections were consistent. | $ 225.00 | 0.5 | $112.50 |
| 8-Aug-03 | Meeting with Dana, Ryan, and Tom (Pro) to discuss timing of audit and items to request for testing. | $ 225.00 | 1.0 | $225.00 |
| 8-Aug-03 | Discussed additional potential risks with Matt Petito (Pro). | $ 225.00 | 1.0 | $225.00 |
| 11-Aug-03 | Identified key risks and controls with Matt Petito (Pro) in preparation for entry into the portal. | $ 225.00 | 3.5 | $787.50 |
| 11-Aug-03 | Populated Portal with RCM for Financial Reporting process. | $ 225.00 | 1.5 | $337.50 |
| 11-Aug-03 | Discussed portal questions with Beth Anna Varson (Pro). | $ 225.00 | 0.4 | $90.00 |
| 12-Aug-03 | Identified key risks and controls in Corporate GL Close process with Matt Petito (Pro). | $ 225.00 | 0.5 | $112.50 |
| 12-Aug-03 | Reviewed planning memo for close the books review. | $ 225.00 | 0.8 | $180.00 |
| 12-Aug-03 | Discussed planning memo with Matt Petito (Pro). | $ 225.00 | 0.5 | $112.50 |
| 12-Aug-03 | Updated workprogram to include Facilities section. | $ 225.00 | 0.3 | $67.50 |
| 13-Aug-03 | Reviewed changes made by Grace to Financial Reporting RCM. | $ 225.00 | 0.3 | $67.50 |
| 13-Aug-03 | Ensured agreement between Financial Reporting RCM within the portal to Excel RCM. | $ 225.00 | 0.2 | $45.00 |
| 13-Aug-03 | Reviewed entry of key risks and controls in General Ledger Close RCM in portal library. | $ 225.00 | 0.8 | $180.00 |
| 13-Aug-03 | Discussed and updated Financial Reporting RCM to link with seven management assertions. | $ 225.00 | 0.3 | $67.50 |
| 14-Aug-03 | Imported Financial Reporting RCM into Grace PCS for Corporate. | $ 225.00 | 0.2 | $45.00 |
| 27-Aug-03 | Obtained update on current status and next steps from Matt Petito (Pro). | $ 225.00 | 0.5 | $112.50 |
| 27-Aug-03 | Review of updated flowcharts. | $ 225.00 | 1.2 | $270.00 |
| 27-Aug-03 | Discussion of documentation standards with Victor Blanchard (Pro), Matt Petito (Pro), and Kevin Strickler (Pro). | $ 225.00 | 1.0 | $225.00 |
| 28-Aug-03 | CTB flowchart discussions with Matt Petito (Pro). | $ 225.00 | 1.0 | $225.00 |
| | **Totals** | | **26.5** | **$ 5,962.50** |

Protiviti Inc.
W. R. Grace & Co. Detailed Time Report
Month Ended August 31, 2003

Name:    Matthew Petito
Level:    Senior Consultant

| Date | Detailed Task / Activity | Bill Rate | Hours | Fees |
|---|---|---|---|---|
| 1-Aug-03 | Meet with Ryan on TSA troubleshooting questions | $175.00 | 0.2 | $ 35.00 |
| 1-Aug-03 | Meet with Ryan, Dana and Ken on TSA surveys | $175.00 | 1 | $ 175.00 |
| 4-Aug-03 | Gather sample CTB policies and procedure examples | $175.00 | 1.6 | $ 280.00 |
| 4-Aug-03 | Make revisions to work program/planning memo | $175.00 | 0.4 | $ 70.00 |
| 5-Aug-03 | Make revisions to work program | $175.00 | 1.6 | $ 280.00 |
| 5-Aug-03 | Meet with Dana on CTB flowchart revisions | $175.00 | 0.5 | $ 87.50 |
| 5-Aug-03 | Meet with Mike Brown on CTB flowchart revisions | $175.00 | 0.1 | $ 17.50 |
| 5-Aug-03 | Meet with Ken on agreeing RCM to work programs | $175.00 | 1.3 | $ 227.50 |
| 5-Aug-03 | Make changes to CTB flowcharts | $175.00 | 0.7 | $ 122.50 |
| 5-Aug-03 | Discuss travel approach and planning with Victor and Ryan | $175.00 | 0.5 | $ 87.50 |
| 5-Aug-03 | Draft and send emails to CTB process owners for revisions | $175.00 | 0.5 | $ 87.50 |
| 5-Aug-03 | Meet with Ken on planning and work programs | $175.00 | 1.1 | $ 192.50 |
| 6-Aug-03 | Make revisions to work program | $175.00 | 2.2 | $ 385.00 |
| 6-Aug-03 | Meet with Ken on agreeing RCM to work programs | $175.00 | 1.5 | $ 262.50 |
| 6-Aug-03 | Meet with Ken and Tom on CTB planning/RCM/testing/programs | $175.00 | 2.5 | $ 437.50 |
| 7-Aug-03 | Identify additional risks/controls for risk control matrix | $175.00 | 1.5 | $ 262.50 |
| 7-Aug-03 | Modify risk control matrix | $175.00 | 2.3 | $ 402.50 |
| 7-Aug-03 | Modify work program | $175.00 | 1.3 | $ 227.50 |
| 7-Aug-03 | Meet with Mike Brown on CTB flowchart revisions/approach | $175.00 | 0.5 | $ 87.50 |
| 7-Aug-03 | Meet with Mike Brown, Dana, Victor on CTB flowchart revisions/approach | $175.00 | 0.6 | $ 105.00 |
| 7-Aug-03 | Meet with Victor on CTB pilot budgeting/invoicing development | $175.00 | 0.3 | $ 52.50 |
| 7-Aug-03 | Develop CTB actual/estimated to complete | $175.00 | 0.5 | $ 87.50 |
| 7-Aug-03 | Develop time allocation/invoice for Phase I and II | $175.00 | 0.8 | $ 140.00 |
| 7-Aug-03 | Meet with Ken on work program and risk control matrix revisions | $175.00 | 0.4 | $ 70.00 |
| 8-Aug-03 | Modify prepared by client listing | $175.00 | 1 | $ 175.00 |
| 8-Aug-03 | Discuss potential changes of additional risks to risk control matrix with Ken | $175.00 | 1 | $ 175.00 |
| 8-Aug-03 | Preparation of Grace invoice for period ending July 15 | $175.00 | 5 | $ 875.00 |
| 8-Aug-03 | Make modifications to work program | $175.00 | 1 | $ 175.00 |
| 8-Aug-03 | Make modifications to risk control matrix | $175.00 | 1 | $ 175.00 |
| 11-Aug-03 | Modify risk control matrix | $175.00 | 1.5 | $ 262.50 |
| 11-Aug-03 | Populate the controls for financial reporting in Sarbox Portal | $175.00 | 1 | $ 175.00 |
| 11-Aug-03 | Discuss potential changes to risk control matrix with Ken | $175.00 | 3.5 | $ 612.50 |
| 12-Aug-03 | Discuss potential changes to risk control matrix with Ken | $175.00 | 0.5 | $ 87.50 |
| 12-Aug-03 | Modify risk control matrix | $175.00 | 0.5 | $ 87.50 |
| 12-Aug-03 | Modify planning memo | $175.00 | 1 | $ 175.00 |
| 12-Aug-03 | Discuss planning memo with Ken | $175.00 | 0.5 | $ 87.50 |
| 13-Aug-03 | Make changes to planning memo | $175.00 | 0.3 | $ 52.50 |
| 13-Aug-03 | Make changes to risk control matrix | $175.00 | 3.5 | $ 612.50 |
| 13-Aug-03 | Link risks to controls in Portal | $175.00 | 0.5 | $ 87.50 |
| 13-Aug-03 | Populate the risks and controls into the Portal for GL close | $175.00 | 3.5 | $ 612.50 |
| 14-Aug-03 | Import RCM from library into Portal in preparation of meeting with Dana | $175.00 | 0.5 | $ 87.50 |
| 14-Aug-03 | Meeting with PWC on RCM | $175.00 | 2.5 | $ 437.50 |
| 14-Aug-03 | Modify planning memo | $175.00 | 0.5 | $ 87.50 |
| 14-Aug-03 | Work with Ryan on TSA troubleshooting issues with action plans | $175.00 | 0.5 | $ 87.50 |
| 14-Aug-03 | Review listing of journal entries for test selections | $175.00 | 0.5 | $ 87.50 |
| 14-Aug-03 | Populate the risks and controls into the Portal for GL close | $175.00 | 1.2 | $ 210.00 |
| 15-Aug-03 | Make test selections for test of accruals, reconciliations and journal entries | $175.00 | 2.0 | $ 350.00 |
| 15-Aug-03 | Link assertions to risks and controls for GL close in Portal | $175.00 | 1.0 | $ 175.00 |
| 25-Aug-03 | Meet with Tom and Victor on approach and close the books update | $175.00 | 0.2 | $ 35.00 |
| 25-Aug-03 | Meet with Tom and Kevin on close the books approach | $175.00 | 0.4 | $ 70.00 |
| 25-Aug-03 | Meet with Kevin on overall Protiviti/Grace approach | $175.00 | 1 | $ 175.00 |
| 25-Aug-03 | Meet with Internal Audit on Portal implementation and risk control matrix | $175.00 | 1.5 | $ 262.50 |
| 25-Aug-03 | Meet with Internal Audit on close the books approach and timeline | $175.00 | 2.5 | $ 437.50 |
| 26-Aug-03 | Discuss test selection for close the books with Kevin | $175.00 | 0.5 | $ 87.50 |
| 26-Aug-03 | Review PBC listing with Victor | $175.00 | 0.5 | $ 87.50 |
| 26-Aug-03 | Meet with Dana and Tom on PBC listing/work program | $175.00 | 1.3 | $ 227.50 |
| 26-Aug-03 | Review TSA/generate listing of managed action plans/review for understanding | $175.00 | 2 | $ 350.00 |
| 26-Aug-03 | Discuss with Kevin approach on developing remediation plan | $175.00 | 0.5 | $ 87.50 |
| 26-Aug-03 | Meet with Tom on close the books status and progress | $175.00 | 1.5 | $ 262.50 |
| 26-Aug-03 | Make changes to close the books flowcharts | $175.00 | 0.5 | $ 87.50 |
| 27-Aug-03 | Modify work programs | $175.00 | 1 | $ 175.00 |
| 27-Aug-03 | Meet with Ken on update on close the books pilot | $175.00 | 1.5 | $ 262.50 |
| 27-Aug-03 | Review risks and controls for design effectiveness assessment | $175.00 | 2 | $ 350.00 |
| 27-Aug-03 | Meet with Ryan and Mike Brown on revisions to close the books flowcharts | $175.00 | 1 | $ 175.00 |
| 27-Aug-03 | Make revisions to close the books flowcharts | $175.00 | 2.5 | $ 437.50 |
| 28-Aug-03 | Review close the books flowcharts | $175.00 | 0.2 | $ 35.00 |
| 28-Aug-03 | Review Audit Committee minutes for relevancy to close the books | $175.00 | 1 | $ 175.00 |
| 28-Aug-03 | Prepare close the books status report | $175.00 | 0.5 | $ 87.50 |
| 28-Aug-03 | Discuss test selection items with Dana and Ryan | $175.00 | 1 | $ 175.00 |
| 28-Aug-03 | Discuss close the books flowcharts with Ken, Tom Finlay, Nettie Fausto | $175.00 | 1 | $ 175.00 |
| 29-Aug-03 | Test of Davison journal entries | $175.00 | 1 | $ 175.00 |
| 29-Aug-03 | Test of Davison reconciliation's | $175.00 | 1 | $ 175.00 |
| 29-Aug-03 | Test of Corporate journal entries | $175.00 | 1 | $ 175.00 |
| 29-Aug-03 | Test of Corporate reconciliation's | $175.00 | 0.5 | $ 87.50 |
| 29-Aug-03 | Discuss test of Davison reconciliation's with John Reilly | $175.00 | 0.3 | $ 52.50 |
| 29-Aug-03 | Discuss test of Davison journal entries with John Reilly | $175.00 | 0.2 | $ 35.00 |
| | **Totals** | | **86.0** | **$15,050.00** |

**Protiviti Inc.**
**W. R. Grace & Co. Detailed Time Report**
**Month Ended August 31, 2003**

**Name:**   Kevin Strickler
**Level:**   Senior Consultant

| Date | Detailed Task / Activity | Bill Rate | Hours | Fees |
|------|--------------------------|-----------|-------|------|
| 25-Aug-03 | Review flowcharts, controls, and work program | $ 175.00 | 2.0 | $350.00 |
| 25-Aug-03 | Agenda for Meeting | $ 175.00 | 1.0 | $175.00 |
| 25-Aug-03 | Meet with Matt on overall Protiviti Grace approach | $ 175.00 | 1.0 | $175.00 |
| 25-Aug-03 | Meet with Tom and Matt on CTB approach | $ 175.00 | 0.4 | $70.00 |
| 25-Aug-03 | Meeting for CTB and SarbOx | $ 175.00 | 2.0 | $350.00 |
| 26-Aug-03 | Workpapers for CTB Audit Program | $ 175.00 | 4.0 | $700.00 |
| 26-Aug-03 | Discuss test selection with Matt | $ 175.00 | 0.5 | $87.50 |
| 26-Aug-03 | Discuss approach for remediation plan | $ 175.00 | 0.5 | $87.50 |
| 26-Aug-03 | CTB Risk Control Matrix changes | $ 175.00 | 1.0 | $175.00 |
| 26-Aug-03 | CTB Action Plan Matrix for Portal Upload | $ 175.00 | 2.0 | $350.00 |
| 27-Aug-03 | CTB Action Plan Matrix for Portal Upload | $ 175.00 | 4.5 | $787.50 |
| 27-Aug-03 | G-10 and G-12 Discl and GL Comparison to Sched. Testing | $ 175.00 | 2.5 | $437.50 |
| 27-Aug-03 | Discussion concerning documentation standards | $ 175.00 | 1.0 | $175.00 |
| 28-Aug-03 | G-10 and G-12 Discl and GL Comparison to Sched. Testing | $ 175.00 | 3.0 | $525.00 |
| 28-Aug-03 | Discussion concerning documentation standards | $ 175.00 | 2.0 | $350.00 |
| 28-Aug-03 | G-13 Audit Committee Minutes | $ 175.00 | 2.0 | $350.00 |
| 29-Aug-03 | B-7 Search for Unrecorded Liablities | $ 175.00 | 5.0 | $875.00 |
| | **Totals** | | **34.4** | **$ 6,020.00** |