# EXHIBIT B

**Protiviti Inc.**
**W. R. Grace & Co. Expense Summary**
**Period Covered: August 2003**

| Expense Category | Service Provider | Total Expenses |
|---|---|---:|
| Transportation | N/A | $ 31.68 |
| Lodging | N/A | $ - |
| Sundry | N/A | $ 145.90 |
| Business Meals/Entertainment | N/A | $ - |
| **Total** | | **$ 177.58** |

Protiviti Inc.
W. R. Grace & Co. Expense Tracking
Period Covered: August 2003

**Name:** Matthew Petito
**Level:** Senior Consultant

### Expense Detail / Expense Category

| Date | Description of Expense | Amount | Transportation | Lodging | Sundry | Business Meals/ Entertainment | Totals |
|---|---|---|---|---|---|---|---|
| 1-Aug-03 | Mileage traveling to client site in excess of normal daily commute (8 miles) | $2.88 | $2.88 | | | | $2.88 |
| 1-Aug-03 | Fees for passport | $145.90 | | | $145.90 | | $145.90 |
| 4-Aug-03 | Mileage traveling to client site in excess of normal daily commute (8 miles) | $2.88 | $2.88 | | | | $2.88 |
| 5-Aug-03 | Mileage traveling to client site in excess of normal daily commute (8 miles) | $2.88 | $2.88 | | | | $2.88 |
| 6-Aug-03 | Mileage traveling to client site in excess of normal daily commute (8 miles) | $2.88 | $2.88 | | | | $2.88 |
| 7-Aug-03 | Mileage traveling to client site in excess of normal daily commute (8 miles) | $2.88 | $2.88 | | | | $2.88 |
| 8-Aug-03 | Mileage traveling to client site in excess of normal daily commute (8 miles) | $2.88 | $2.88 | | | | $2.88 |
| 11-Aug-03 | Mileage traveling to client site in excess of normal daily commute (8 miles) | $2.88 | $2.88 | | | | $2.88 |
| 12-Aug-03 | Mileage traveling to client site in excess of normal daily commute (8 miles) | $2.88 | $2.88 | | | | $2.88 |
| 13-Aug-03 | Mileage traveling to client site in excess of normal daily commute (8 miles) | $2.88 | $2.88 | | | | $2.88 |
| 14-Aug-03 | Mileage traveling to client site in excess of normal daily commute (8 miles) | $2.88 | $2.88 | | | | $2.88 |
| 15-Aug-03 | Mileage traveling to client site in excess of normal daily commute (8 miles) | $2.88 | $2.88 | | | | $2.88 |
| | Totals | $177.58 | $31.68 | $0.00 | $145.90 | $0.00 | $177.58 |

| | Amount | Transportation | Lodging | Sundry | Business Meals/ Entertainment | Totals |
|---|---|---|---|---|---|---|
| Grand Totals | $177.58 | $31.68 | $0.00 | $145.90 | $0.00 | $ 177.58 |