# EXHIBIT A

**EXHIBIT "A"**

**Protiviti Inc.**
**W. R. Grace & Co. Time Tracking Summary**
**Period Covered:  September 2003**

| Name | Position | Number of Years in Profession | Hourly Billing Rate | Total Hours Billed | Total Fees |
|---|---|---|---|---|---|
| Hendrixson, Marie | Managing Director | 18 | $ 300.00 | 7.9 | $ 2,370.00 |
| Blanchard, Victor | Associate Director | 17 | $ 275.00 | 93.5 | $ 25,712.50 |
| Beirne, Thomas | Director | 30 | $ 275.00 | 12.5 | $ 3,437.50 |
| Green, Kenneth | Manager | 5 | $ 225.00 | 58.4 | $ 13,140.00 |
| Petito, Matthew | Senior Consultant | 5 | $ 175.00 | 84.4 | $ 14,770.00 |
| Strickler, Kevin | Senior Consultant | 5 | $ 175.00 | 141.5 | $ 24,762.50 |
| Byrum, Scott | Staff Consultant | 1 | $ 150.00 | 12.5 | $ 1,875.00 |
| Beale, Kina | Staff Consultant | 1 | $ 150.00 | 50.5 | $ 7,575.00 |
|  |  |  | **Totals** | **461.2** | **$ 93,642.50** |

**Protiviti Inc.**
**W. R. Grace & Co. Detailed Time Report**
**Month Ended September 30, 2003**

**Name:**   Marie Hendrixson
**Level:**   Managing Director

| Date | Detailed Task / Activity | Bill Rate | Hours | Fees |
|------|--------------------------|-----------|-------|------|
| 4-Sep-03 | Meeting to prepare for the Audit Committee meeting | $ 300.00 | 0.5 | $ 150.00 |
| 4-Sep-03 | Meeting to prepare for the Audit Committee meeting | $ 300.00 | 1.3 | $ 375.00 |
| 4-Sep-03 | Review of Audit Committee materials | $ 300.00 | 0.5 | $ 150.00 |
| 4-Sep-03 | Audit Committee meeting-Dana's presentation on characteristics of Well-Controlled Organization | $ 300.00 | 0.8 | $ 225.00 |
| 4-Sep-03 | Review of status of work including PWC open items from scoping meeting, IT Assessment, SAP security and other existing internal control issues, affidavit, dates for next critical meetings and global baseline controls. | $ 300.00 | 0.9 | $ 270.00 |
| 29-Sep-03 | Review of status of work | $ 300.00 | 1.0 | $ 300.00 |
| 30-Sep-03 | Review of close the books documentation and results | $ 300.00 | 3.0 | $ 900.00 |
| | **Totals** | | **7.9** | **$ 2,370.00** |

**Protiviti Inc.**
**W. R. Grace & Co. Detailed Time Report**
**Month Ended September 30, 2003**

**Name:**    Victor Blanchard
**Level:**    Associate Director

| Date | Detailed Task / Activity | Bill Rate | Hours | Fees |
|------|--------------------------|-----------|-------|------|
| 8-Sep-03 | Valleyfield Canada plant visit - first day on site, begin meetings to review TSA surveys and begin to modify process flows | $275.00 | 8.0 | $  2,200.00 |
| 9-Sep-03 | Valleyfield Canada plant visit - documentation of processes and related risks / controls | $275.00 | 9.0 | $  2,475.00 |
| 10-Sep-03 | Valleyfield Canada plant visit - documentation of processes and related risks / controls | $275.00 | 9.0 | $  2,475.00 |
| 11-Sep-03 | Valleyfield Canada plant visit - documentation of processes and related risks / controls | $275.00 | 8.5 | $  2,337.50 |
| 12-Sep-03 | Valleyfield Canada plant visit - documentation of processes and related risks / controls | $275.00 | 4.0 | $  1,100.00 |
| 15-Sep-03 | Valleyfield Canada plant visit - documentation of processes and related risks / controls | $275.00 | 4.0 | $  1,100.00 |
| 18-Sep-03 | Documentation meeting for Mexico and Valleyfield teams to assure our approaches are in concert and effective | $275.00 | 1.5 | $     412.50 |
| 22-Sep-03 | Valleyfield Canada plant visit - documentation of processes and related risks / controls | $275.00 | 5.5 | $  1,512.50 |
| 23-Sep-03 | Valleyfield Canada plant visit - documentation of processes and related risks / controls | $275.00 | 8.0 | $  2,200.00 |
| 24-Sep-03 | Valleyfield Canada plant visit - documentation of processes and related risks / controls | $275.00 | 8.0 | $  2,200.00 |
| 25-Sep-03 | Valleyfield Canada plant visit - documentation of processes and related risks / controls | $275.00 | 8.0 | $  2,200.00 |
| 26-Sep-03 | Valleyfield Canada plant visit - documentation of processes and related risks / controls | $275.00 | 3.0 | $     825.00 |
| 29-Sep-03 | Meeting / working in the Columbia office reviewing and modifying Valleyfield workpapers | $275.00 | 8.0 | $  2,200.00 |
| 30-Sep-03 | Meeting / working in the Columbia office reviewing and modifying Valleyfield workpapers | $275.00 | 9.0 | $  2,475.00 |
| | **Totals** | | **93.5** | **$ 25,712.50** |

**Protiviti Inc.**
**W. R. Grace & Co. Detailed Time Report**
**Month Ended September 30, 2003**

**Name:**     Thomas Beirne
**Level:**     Director

| Date | Detailed Task / Activity | Bill Rate | Hours | Fees |
|------|--------------------------|-----------|-------|------|
| 3-Sep-03 | Close the books meeting with WR Grace staff and review of close the books audit with Protiviti staff | $ 275.00 | 2 | $   550.00 |
| 4-Sep-03 | Close the books meeting with WR Grace staff and review of close the books audit with Protiviti staff | $ 275.00 | 1.5 | $   412.50 |
| 8-Sep-03 | Close the books meeting with WR Grace staff and review of close the books audit with Protiviti staff | $ 275.00 | 2 | $550.00 |
| 9-Sep-03 | Close the books meeting with WR Grace staff and review of close the books audit with Protiviti staff | $ 275.00 | 2 | $550.00 |
| 11-Sep-03 | Close the books review of portal and documentation | $ 275.00 | 1.5 | $412.50 |
| 30-Sep-03 | Review of close the books documentation and results | $ 275.00 | 3.5 | $962.50 |
| | **Totals** | | **12.5** | **$ 3,437.50** |

Protiviti Inc.
W. R. Grace & Co. Detailed Time Report
Month Ended September 30, 2003

**Name:** Ken Green
**Level:** Manager

| Date | Detailed Task / Activity | Bill Rate | Hours | Fees |
|---|---|---|---|---|
| 2-Sep-03 | Reviewed Corp. G/L Close calendar test sheet. | $ 225.00 | 0.3 | $67.50 |
| 2-Sep-03 | Reviewed FRP - Disclosure support & audit committee. | $ 225.00 | 0.5 | $112.50 |
| 3-Sep-03 | Met with Matt Petito (Pro) to prepare for meeting with Grace. | $ 225.00 | 1.0 | $225.00 |
| 3-Sep-03 | Meeting with Dana, Ryan, Tom (Pro), and Matt (Pro) to discuss Davison CTB test results. | $ 225.00 | 1.5 | $337.50 |
| 3-Sep-03 | Post-meeting discussion with Tom (Pro) on next steps. | $ 225.00 | 0.3 | $67.50 |
| 3-Sep-03 | Discussion with Matt (Pro) about testing reconciliations. | $ 225.00 | 0.2 | $45.00 |
| 3-Sep-03 | Reviewed Davison subsequent disbursement testing. | $ 225.00 | 0.3 | $67.50 |
| 3-Sep-03 | Updated FRP linkage to assertions in Portal. | $ 225.00 | 0.3 | $67.50 |
| 3-Sep-03 | Updated GLC linkage to assertions in Portal library. | $ 225.00 | 0.4 | $90.00 |
| 3-Sep-03 | Updated Davison G/L Close RCM and process flow. | $ 225.00 | 0.9 | $202.50 |
| 4-Sep-03 | Discussion of reconciliation testing results with Matt (Pro). | $ 225.00 | 0.5 | $112.50 |
| 4-Sep-03 | Review of inter-company testing. | $ 225.00 | 0.2 | $45.00 |
| 4-Sep-03 | Review of actual vs. budget testing. | $ 225.00 | 0.3 | $67.50 |
| 4-Sep-03 | Updated risks/controls for Davison based on 9/3 meeting. | $ 225.00 | 1.5 | $337.50 |
| 4-Sep-03 | Updated Davison process flow for key risks/controls. | $ 225.00 | 1.2 | $270.00 |
| 4-Sep-03 | Reviewed data in Portal for Davison including testing. | $ 225.00 | 2.3 | $517.50 |
| 4-Sep-03 | Evaluated assertions and risk operating effectiveness for Davison G/L Close. | $ 225.00 | 1.0 | $225.00 |
| 5-Sep-03 | Discussed documentation standards for Portal with Matt (Pro) | $ 225.00 | 0.5 | $112.50 |
| 5-Sep-03 | Reviewed and revised Davison G/L Close Remediation Plan. | $ 225.00 | 1.0 | $225.00 |
| 5-Sep-03 | Met with Tom Belme (Pro) to discuss Davison RCM and how Grace should manage updates. | $ 225.00 | 1.5 | $337.50 |
| 5-Sep-03 | Met with Grace Internal Audit, Tom (Pro), Matt (Pro), and Kevin (Pro) for a demonstration and discussion of Davison results. | $ 225.00 | 2.0 | $450.00 |
| 5-Sep-03 | Uploaded RCM - Corporate Close into Portal. | $ 225.00 | 0.4 | $90.00 |
| 5-Sep-03 | Identified key risk and control points on Corporate Close process flow. | $ 225.00 | 0.4 | $90.00 |
| 5-Sep-03 | Evaluated design effectiveness and applicable assertions for Corporate G/L Close. | $ 225.00 | 1.1 | $247.50 |
| 5-Sep-03 | Updated Corporate G/L Close RCM based on current process flow. | $ 225.00 | 1.6 | $360.00 |
| 5-Sep-03 | Met with Matt (Pro) regarding status update on Close the Books and timeframe for completion. | $ 225.00 | 1.0 | $225.00 |
| 8-Sep-03 | Reviewed Corporate Close testwork for closing calendars and journal entries. | $ 225.00 | 0.6 | $135.00 |
| 8-Sep-03 | Reviewed Davison G/L Close process in portal for completion. | $ 225.00 | 1.7 | $382.50 |
| 8-Sep-03 | Discuss RCM approach with Dana and Matt (Pro). | $ 225.00 | 0.5 | $112.50 |
| 8-Sep-03 | Verified linkage between Davison G/L Close RCM and Remediation Plan. | $ 225.00 | 0.8 | $180.00 |
| 8-Sep-03 | Revised Davison General Ledger Close Remediation Plan. | $ 225.00 | 1.4 | $315.00 |
| 8-Sep-03 | Reviewed Corporate Close testwork for SAP/SOAR and budget vs. actual. | $ 225.00 | 0.4 | $90.00 |
| 8-Sep-03 | Reviewed current status of Corporate Close process and identified next steps. | $ 225.00 | 0.9 | $202.50 |
| 9-Sep-03 | Evaluated operating effectiveness of risks and remaining assertions for Corporate Close. | $ 225.00 | 0.2 | $45.00 |
| 9-Sep-03 | Inserted key risk and control points in flowchart and updated RCM for Corporate Close. | $ 225.00 | 1 | $225.00 |
| 9-Sep-03 | Met with Dana, Tom (Pro), and Matt (Pro) to discuss Davison and Corporate G/L Close. | $ 225.00 | 1.3 | $292.50 |
| 9-Sep-03 | Discussion as to open items on FRP workprogram & action items from meeting. | $ 225.00 | 0.3 | $67.50 |
| 9-Sep-03 | Discussion with Scott Byrum (Pro) as to tasks for which he will be responsible. | $ 225.00 | 0.3 | $67.50 |
| 9-Sep-03 | Made administrative adjustments to Portal - value lists, etc. | $ 225.00 | 0.5 | $112.50 |
| 9-Sep-03 | Updated Davison & Corporate documents and RCMs in Portal. | $ 225.00 | 1.6 | $360.00 |
| 9-Sep-03 | Created risk list for Davison G/L Close & uploaded into Portal. | $ 225.00 | 0.7 | $157.50 |
| 9-Sep-03 | Discussion of inter-company testing with Kevin (Pro). | $ 225.00 | 0.2 | $45.00 |
| 9-Sep-03 | Updated General Ledger Close Library Template. | $ 225.00 | 0.2 | $45.00 |
| 9-Sep-03 | Uploaded GL Close RCM for GPC. | $ 225.00 | 0.3 | $67.50 |
| 9-Sep-03 | Uploaded GL Close RCM for Consolidation process. | $ 225.00 | 0.3 | $67.50 |
| 9-Sep-03 | Updated Consolidation RCM and evaluated risk design and assertions. | $ 225.00 | 1.2 | $270.00 |
| 9-Sep-03 | Established documentation requirements for level one processes. | $ 225.00 | 0.2 | $45.00 |
| 9-Sep-03 | Update meeting with Matt Petito (Pro). | $ 225.00 | 0.2 | $45.00 |
| 10-Sep-03 | Updated FRP RCM and flow and linked risks and controls. | $ 225.00 | 1.5 | $337.50 |
| 10-Sep-03 | Updated GPC GL Close RCM and flow and linked risks and controls. | $ 225.00 | 1.1 | $247.50 |
| 10-Sep-03 | Reviewed additional Corporate G/L Close and Consolidation testwork. | $ 225.00 | 1.3 | $292.50 |
| 10-Sep-03 | Provided guidance as to account analyses testing. | $ 225.00 | 0.2 | $45.00 |
| 10-Sep-03 | Updated Consolidation process flow. | $ 225.00 | 0.6 | $135.00 |
| 10-Sep-03 | Linked risks and controls within Consolidation process flow and RCM. | $ 225.00 | 0.7 | $157.50 |
| 10-Sep-03 | Reviewed Disclosure Committee minutes testwork. | $ 225.00 | 0.2 | $45.00 |
| 10-Sep-03 | Discussed disclosure testing and planned for tomorrow with Matt (Pro). | $ 225.00 | 1.5 | $337.50 |
| 11-Sep-03 | Reviewed Disclosure Committee process flow and FRP testwork items. | $ 225.00 | 0.5 | $112.50 |
| 11-Sep-03 | Reviewed changes to testwork and flow and discussed with Matt Petito. | $ 225.00 | 0.8 | $180.00 |
| 11-Sep-03 | Reviewed remediation plans for Corporate and discussed with Matt Petito. | $ 225.00 | 1.0 | $225.00 |
| 11-Sep-03 | Met with Tom Belme (Pro) to go through remediation plans and open questions. | $ 225.00 | 1.2 | $270.00 |
| 11-Sep-03 | Met with Matt Petito (Pro) and Scott Byrum (Pro) to discuss current status. | $ 225.00 | 0.5 | $112.50 |
| 11-Sep-03 | Updated Consolidation and FRP RCMs. | $ 225.00 | 0.3 | $67.50 |
| 11-Sep-03 | Updated Corporate Risk Lists for GL Close, SOAR, and Financial Reporting. | $ 225.00 | 2.0 | $450.00 |
| 11-Sep-03 | Met with Dana Guzzo and Matt Petito (Pro) to provide status update. | $ 225.00 | 0.5 | $112.50 |
| 12-Sep-03 | Finalized FRP process flow and RCM. | $ 225.00 | 0.8 | $180.00 |
| 12-Sep-03 | Reviewed testwork and remediation plans. | $ 225.00 | 0.6 | $135.00 |
| 12-Sep-03 | Finalized portal documentation. | $ 225.00 | 0.6 | $135.00 |
| 12-Sep-03 | Met with Ryan Heape to discuss Portal documentation and next steps. | $ 225.00 | 0.5 | $112.50 |
| 19-Sep-03 | Reviewed Status Update and Memo on Preparation of Control Inventory. | $ 225.00 | 1.0 | $225.00 |
| 30-Sep-03 | Discussed CTB process, testing, and results with Marie Hendrixson (Pro), Tom Belme (Pro), and Victor Blanchard (Pro). | $ 225.00 | 4.0 | $900.00 |
| | **Totals** | | 58.4 | $13,140.00 |

**Protiviti Inc.**
**W. R. Grace & Co. Detailed Time Report**
**Month Ended September 30, 2003**

Name:    Matthew Petito
Level:    Senior Consultant

| Date | Detailed Task / Activity | Bill Rate | Hours | Fees |
|---|---|---|---|---|
| 2-Sep-03 | Test of Davison journal entries | $ 175.00 | 1 | $ 175.00 |
| 2-Sep-03 | Test of Davison reconciliations | $ 175.00 | 1 | $ 175.00 |
| 2-Sep-03 | Test of Corporate journal entries | $ 175.00 | 1.5 | $ 262.50 |
| 2-Sep-03 | Meet with Glenn on corporate close the books flowchart | $ 175.00 | 1 | $ 175.00 |
| 2-Sep-03 | Meet with Glenn on corporate TSA responses | $ 175.00 | 0.2 | $ 35.00 |
| 2-Sep-03 | Meet with Glenn on corporate journal entry test items | $ 175.00 | 0.5 | $ 87.50 |
| 2-Sep-03 | Meet with Mike Brown on documentation requests for testing | $ 175.00 | 0.5 | $ 87.50 |
| 2-Sep-03 | Meet with John Reilly on Davison journal entry test items | $ 175.00 | 0.5 | $ 87.50 |
| 2-Sep-03 | Test of Disclosure Committee minutes | $ 175.00 | 1 | $ 175.00 |
| 2-Sep-03 | Meet with Mike Brown, Tom Finlay and Marie Dunbar on consol. Flow | $ 175.00 | 0.5 | $ 87.50 |
| 2-Sep-03 | Make changes to consolidation close the books flowchart | $ 175.00 | 1 | $ 175.00 |
| 3-Sep-03 | Prepare for meeting with Dana, Ryan, Tom and Ken on CTB status | $ 175.00 | 2.5 | $ 437.50 |
| 3-Sep-03 | Meeting with Internal Audit on CTB status | $ 175.00 | 1.5 | $ 262.50 |
| 3-Sep-03 | Make changes to corporate close the books flowchart | $ 175.00 | 1 | $ 175.00 |
| 3-Sep-03 | Test of Davison reconciliations | $ 175.00 | 1.5 | $ 262.50 |
| 3-Sep-03 | Test of Davison journal entries | $ 175.00 | 1.5 | $ 262.50 |
| 3-Sep-03 | Talk with Tom Finlay regarding SAP to SOAR comparison | $ 175.00 | 0.2 | $ 35.00 |
| 3-Sep-03 | Select corporate reconciliation test items and provide to Glenn | $ 175.00 | 0.2 | $ 35.00 |
| 3-Sep-03 | Make changes to consolidation close the books flowchart | $ 175.00 | 0.5 | $ 87.50 |
| 3-Sep-03 | Meet with John Reilly on Davison journal entry/reconciliation items | $ 175.00 | 3 | $ 525.00 |
| 4-Sep-03 | Test of Davison reconciliations | $ 175.00 | 3 | $ 525.00 |
| 4-Sep-03 | Test of Davison journal entries | $ 175.00 | 3 | $ 525.00 |
| 5-Sep-03 | Discuss documentation standards in the portal with Ken | $ 175.00 | 0.5 | $ 87.50 |
| 5-Sep-03 | Test of Davison reconciliations | $ 175.00 | 1.5 | $ 262.50 |
| 5-Sep-03 | Test of Davison journal entries | $ 175.00 | 1.5 | $ 262.50 |
| 5-Sep-03 | Meet with Internal Audit for demonstration/discussion on Davison results | $ 175.00 | 2 | $ 350.00 |
| 5-Sep-03 | Discuss SAP to SOAR comparison with John Reilly/Karin Simmons | $ 175.00 | 0.5 | $ 87.50 |
| 5-Sep-03 | Document results of SAP to SOAR comparison | $ 175.00 | 0.5 | $ 87.50 |
| 5-Sep-03 | Talk to Glenn regarding corporate test items | $ 175.00 | 0.2 | $ 35.00 |
| 5-Sep-03 | Talk to Ryan and Dana regarding portal documentation approach | $ 175.00 | 1 | $ 175.00 |
| 5-Sep-03 | Talk to Ken regarding update status on close the books | $ 175.00 | 1 | $ 175.00 |
| 8-Sep-03 | Develop a remediation plan for Davison G/L close | $ 175.00 | 1 | $ 175.00 |
| 8-Sep-03 | Test of Corporate journal entries | $ 175.00 | 2 | $ 350.00 |
| 8-Sep-03 | Finalize close the books flowcharts | $ 175.00 | 2 | $ 350.00 |
| 8-Sep-03 | Test of corporate reconciliations | $ 175.00 | 2 | $ 350.00 |
| 8-Sep-03 | Test of corporate closing calendars/checklists | $ 175.00 | 0.5 | $ 87.50 |
| 8-Sep-03 | Test of Davison journal entries | $ 175.00 | 0.5 | $ 87.50 |
| 8-Sep-03 | Test of Davison reconciliations | $ 175.00 | 0.5 | $ 87.50 |
| 8-Sep-03 | Discuss risk control matrix approach in portal with Dana and Ken | $ 175.00 | 0.5 | $ 87.50 |
| 8-Sep-03 | Agree portal risk control matrix to flowcharts to work program | $ 175.00 | 1 | $ 175.00 |
| 9-Sep-03 | Update portal risk control matrix based on testing for Davison | $ 175.00 | 1 | $ 175.00 |
| 9-Sep-03 | Test of corporate SAP to SOAR comparison | $ 175.00 | 0.5 | $ 87.50 |
| 9-Sep-03 | Test of corporate budget vs. actual analysis | $ 175.00 | 0.5 | $ 87.50 |
| 9-Sep-03 | Update portal risk control matrix based on testing for corporate | $ 175.00 | 1 | $ 175.00 |
| 9-Sep-03 | Meet with Internal Audit for demonstration/discussion on Corporate results | $ 175.00 | 1.5 | $ 262.50 |
| 9-Sep-03 | Finalize close the books flowcharts | $ 175.00 | 1 | $ 175.00 |
| 9-Sep-03 | Test of intercompany eliminations | $ 175.00 | 1 | $ 175.00 |
| 9-Sep-03 | Test of corporate reconciliations | $ 175.00 | 1.5 | $ 262.50 |
| 9-Sep-03 | Discuss SOAR access with Tom Finlay | $ 175.00 | 0.5 | $ 87.50 |
| 9-Sep-03 | Test of Disclosure Committee minutes | $ 175.00 | 1 | $ 175.00 |
| 10-Sep-03 | Test of Disclosure Committee minutes | $ 175.00 | 1 | $ 175.00 |
| 10-Sep-03 | Test of intercompany eliminations | $ 175.00 | 1 | $ 175.00 |
| 10-Sep-03 | Test of corporate reconciliations | $ 175.00 | 1 | $ 175.00 |
| 10-Sep-03 | Upload testing documentation to portal | $ 175.00 | 1 | $ 175.00 |
| 10-Sep-03 | Meet with Tim Delbrugge on disclosure committee flowchart | $ 175.00 | 0.5 | $ 87.50 |
| 10-Sep-03 | Test of accounting pronouncement review | $ 175.00 | 1 | $ 175.00 |
| 10-Sep-03 | Test of intangible asset review | $ 175.00 | 1 | $ 175.00 |
| 10-Sep-03 | Discuss close the books status with Ken | $ 175.00 | 1.5 | $ 262.50 |
| 11-Sep-03 | Test of SAP to SOAR upload | $ 175.00 | 0.5 | $ 87.50 |
| 11-Sep-03 | Test of Disclosure Committee minutes | $ 175.00 | 1 | $ 175.00 |
| 11-Sep-03 | Modify Disclosure Committee flowchart | $ 175.00 | 1 | $ 175.00 |
| 11-Sep-03 | Test of accounting pronouncement review | $ 175.00 | 0.5 | $ 87.50 |
| 11-Sep-03 | Test of intangible asset review | $ 175.00 | 0.5 | $ 87.50 |
| 11-Sep-03 | Develop a remediation plan for Corporate G/L close | $ 175.00 | 1 | $ 175.00 |
| 11-Sep-03 | Develop a remediation plan for Consolidation process | $ 175.00 | 1 | $ 175.00 |
| 11-Sep-03 | Develop a remediation plan for financial reporting process | $ 175.00 | 1 | $ 175.00 |
| 11-Sep-03 | Test of recurring entries | $ 175.00 | 1 | $ 175.00 |
| 11-Sep-03 | Meet with Ken and Dana for an update on close the books pilot | $ 175.00 | 0.5 | $ 87.50 |
| 11-Sep-03 | Reconcile work program to portal controls | $ 175.00 | 0.5 | $ 87.50 |
| 12-Sep-03 | Test of recurring entries | $ 175.00 | 0.5 | $ 87.50 |
| 12-Sep-03 | Test of internal financial confirmations | $ 175.00 | 1 | $ 175.00 |
| 12-Sep-03 | Finalize remediation plans for Davison, Corporate and financial reporting | $ 175.00 | 1.5 | $ 262.50 |
| 12-Sep-03 | Upload remainder of test items to Portal | $ 175.00 | 1 | $ 175.00 |
| 17-Sep-03 | upload work programs in portal | $ 175.00 | 0.5 | $ 87.50 |
| 17-Sep-03 | consolidate working files | $ 175.00 | 1.5 | $ 262.50 |
| 18-Sep-03 | meeting with internal audit regarding CTB status | $ 175.00 | 1.6 | $ 280.00 |
| 18-Sep-03 | review with tom the financial reporting info in portal | $ 175.00 | 0.5 | $ 87.50 |
| 18-Sep-03 | prepare CTB update listing (to do listing) | $ 175.00 | 1 | $ 175.00 |
| 18-Sep-03 | prepare memo/procedure for developing risk listing | $ 175.00 | 2 | $ 350.00 |
| 19-Sep-03 | prepare memo/procedure for developing risk listing | $ 175.00 | 1.0 | $ 175.00 |
| 19-Sep-03 | modify CTB udate listing | $ 175.00 | 1.0 | $ 175.00 |
| | **Totals** | | 84.4 | $ 14,770.00 |

**Protiviti Inc.**
**W. R. Grace & Co. Detailed Time Report**
**Month Ended September 30, 2003**

**Name:**  Kevin Strickler
**Level:**  Senior Consultant

| Date | Detailed Task / Activity | Bill Rate | Hours | Fees |
|---|---|---|---|---|
| 2-Sep-03 | Misc CTB testwork | $ 175.00 | 4.0 | $700.00 |
| 2-Sep-03 | Discussin concerning documentatin standards | $ 175.00 | 1.0 | $175.00 |
| 2-Sep-03 | Documentation of CTB work | $ 175.00 | 3.0 | $525.00 |
| 3-Sep-03 | Discuss Mexico with Ryan | $ 175.00 | 3.0 | $525.00 |
| 3-Sep-03 | Close the books testwork | $ 175.00 | 2.0 | $350.00 |
| 3-Sep-03 | Documentation of Portal work | $ 175.00 | 3.0 | $525.00 |
| 4-Sep-03 | Misc CTB testwork | $ 175.00 | 4.0 | $700.00 |
| 4-Sep-03 | Documentation of Portal work | $ 175.00 | 4.0 | $700.00 |
| 5-Sep-03 | Meeting with Internal Audit | $ 175.00 | 1.5 | $262.50 |
| 5-Sep-03 | Preparation for Mexico trip | $ 175.00 | 3.5 | $612.50 |
| 5-Sep-03 | Documentation of Portal work | $ 175.00 | 3.0 | $525.00 |
| 8-Sep-03 | Travel from Mexico City to Grace Mexico | $ 175.00 | 3.0 | $525.00 |
| 8-Sep-03 | Set up and conduct introductions | $ 175.00 | 1.5 | $262.50 |
| 8-Sep-03 | Process meeting and documentation of Capital Assets processes | $ 175.00 | 3.5 | $612.50 |
| 9-Sep-03 | Prepare for payroll meeting | $ 175.00 | 1.0 | $175.00 |
| 9-Sep-03 | Payroll process meeting | $ 175.00 | 2.0 | $350.00 |
| 9-Sep-03 | Documentation of payroll processes | $ 175.00 | 3.0 | $525.00 |
| 9-Sep-03 | Conference call with Grace Internal Audit | $ 175.00 | 1.0 | $175.00 |
| 9-Sep-03 | Documentation of payroll processes | $ 175.00 | 2.0 | $350.00 |
| 10-Sep-03 | Preparation for manual invoices meeting | $ 175.00 | 1.0 | $175.00 |
| 10-Sep-03 | Manual invoices meeting | $ 175.00 | 1.0 | $175.00 |
| 10-Sep-03 | Documentation of manual invoices processes | $ 175.00 | 2.0 | $350.00 |
| 10-Sep-03 | Preparation for tax compliance meeting | $ 175.00 | 1.0 | $175.00 |
| 10-Sep-03 | Tax compliance meeting | $ 175.00 | 0.6 | $105.00 |
| 10-Sep-03 | Documentation of tax compliance processes | $ 175.00 | 1.0 | $175.00 |
| 10-Sep-03 | Documentation of payroll processes | $ 175.00 | 1.4 | $245.00 |
| 10-Sep-03 | RCM control inventory | $ 175.00 | 1.0 | $175.00 |
| 11-Sep-03 | Prepare for physical inventory meeting | $ 175.00 | 1.0 | $175.00 |
| 11-Sep-03 | Physical inventory meeting | $ 175.00 | 1.0 | $175.00 |
| 11-Sep-03 | Document physical inventory meeting | $ 175.00 | 1.5 | $262.50 |
| 11-Sep-03 | RCM control inventory | $ 175.00 | 5.0 | $875.00 |
| 12-Sep-03 | Prepare for budget interview | $ 175.00 | 0.5 | $87.50 |
| 12-Sep-03 | Budget interview | $ 175.00 | 1.0 | $175.00 |
| 12-Sep-03 | Budget documentation | $ 175.00 | 1.0 | $175.00 |
| 12-Sep-03 | Travel time to Mexico City from Grace Mexico | $ 175.00 | 2.0 | $350.00 |
| 17-Sep-03 | Prepare for Silicas order entry meeting | $ 175.00 | 1.0 | $175.00 |
| 17-Sep-03 | Silicas order entry meeting | $ 175.00 | 1.5 | $262.50 |
| 17-Sep-03 | Document Silicas order entry process flows | $ 175.00 | 5.0 | $875.00 |
| 17-Sep-03 | Document budgets process flow | $ 175.00 | 1.0 | $175.00 |
| 18-Sep-03 | Internal Audit Conference Call | $ 175.00 | 2.0 | $350.00 |
| 18-Sep-03 | RCM control inventory | $ 175.00 | 3.0 | $525.00 |
| 19-Sep-03 | RCM control inventory | $ 175.00 | 4.0 | $700.00 |
| 19-Sep-03 | Admin tasks | $ 175.00 | 0.5 | $87.50 |
| 19-Sep-03 | Document budgets process flow | $ 175.00 | 0.5 | $87.50 |
| 22-Sep-03 | Prepare for Darex Customer Rebates meeting | $ 175.00 | 0.2 | $35.00 |
| 22-Sep-03 | Darex Customer Rebates meeting | $ 175.00 | 0.8 | $140.00 |
| 22-Sep-03 | Darex Customer Rebates and Incentives process flow | $ 175.00 | 2.5 | $437.50 |
| 22-Sep-03 | Change Payroll process flows | $ 175.00 | 2.5 | $437.50 |
| 22-Sep-03 | RCM control inventory | $ 175.00 | 1.0 | $175.00 |
| 22-Sep-03 | Admin tasks | $ 175.00 | 1.0 | $175.00 |
| 23-Sep-03 | Admin tasks | $ 175.00 | 0.5 | $87.50 |
| 23-Sep-03 | RCM control inventory | $ 175.00 | 4.0 | $700.00 |
| 23-Sep-03 | Change various process flows after review | $ 175.00 | 3.5 | $612.50 |
| 24-Sep-03 | RCM control inventory | $ 175.00 | 5.0 | $875.00 |
| 24-Sep-03 | PBC List | $ 175.00 | 2.0 | $350.00 |
| 24-Sep-03 | Admin tasks | $ 175.00 | 0.5 | $87.50 |
| 25-Sep-03 | Admin tasks | $ 175.00 | 0.5 | $87.50 |
| 25-Sep-03 | Change various process flows after review | $ 175.00 | 3.5 | $612.50 |
| 25-Sep-03 | Flow discussion for Silicas Order Entry | $ 175.00 | 0.5 | $87.50 |
| 25-Sep-03 | Flow discussion for fixed assets, inventory, Invoices | $ 175.00 | 0.5 | $87.50 |
| 25-Sep-03 | RCM control inventory | $ 175.00 | 4.0 | $700.00 |
| 26-Sep-03 | RCM control inventory | $ 175.00 | 3.0 | $525.00 |
| 26-Sep-03 | Flow discussion for Darex Order Entry | $ 175.00 | 1.0 | $175.00 |
| 26-Sep-03 | Admin tasks | $ 175.00 | 0.5 | $87.50 |
| 26-Sep-03 | Change various process flows after review | $ 175.00 | 1.0 | $175.00 |
| 29-Sep-03 | Admin tasks | $ 175.00 | 1.5 | $262.50 |
| 29-Sep-03 | RCM control inventory | $ 175.00 | 3.0 | $525.00 |
| 29-Sep-03 | Internal Audit Meeting | $ 175.00 | 1.0 | $175.00 |
| 30-Sep-03 | Prepare flows and RCM for meeting | $ 175.00 | 3.0 | $525.00 |
| 30-Sep-03 | Admin tasks | $ 175.00 | 2.0 | $350.00 |
| 30-Sep-03 | Internal Audit Meeting | $ 175.00 | 3.5 | $612.50 |
| **Totals** | | | **141.5** | **$ 24,762.50** |

**Protiviti Inc.**
**W. R. Grace & Co. Detailed Time Report**
**Month Ended September 30, 2003**

**Name:** Scott Byrum
**Level:** Staff Consultant

| Date | Detailed Task / Activity | Bill Rate | Hours | Fees |
|------|--------------------------|-----------|-------|------|
| 9-Sep-03 | consolidation and financial reporting testing | $ 150.00 | 2.0 | $300.00 |
| 10-Sep-03 | gathered info on user access to SOAR | $ 150.00 | 1.0 | $150.00 |
| 10-Sep-03 | scanned and uploaded documents to the Portal | $ 150.00 | 3.0 | $450.00 |
| 10-Sep-03 | did process flow for Disclosure Committee | $ 150.00 | 1.0 | $150.00 |
| 10-Sep-03 | drafted memo's for steps F.6 and G.8 | $ 150.00 | 1.0 | $150.00 |
| 11-Sep-03 | revised Disclosure Committee process flow | $ 150.00 | 1.0 | $150.00 |
| 11-Sep-03 | analyzed SOAR system check control | $ 150.00 | 2.0 | $300.00 |
| 11-Sep-03 | confirmed coverage of workprogram | $ 150.00 | 0.5 | $75.00 |
| 11-Sep-03 | analyzed user access to SOAR | $ 150.00 | 1.0 | $150.00 |
| | **Totals** | | **12.5** | **$ 1,875.00** |

**Protiviti Inc.**
**W. R. Grace & Co. Detailed Time Report**
**Month Ended September 30, 2003**

**Name:**    Kina Beale
**Level:**    Staff Consultant

| Date | Detailed Task / Activity | Bill Rate | Hours | Fees |
|---|---|---|---|---|
| 4-Sep-03 | Met with members of the Grace-Mexico team.  Introduced to the project. | $ 150.00 | 3.5 | $525.00 |
| 5-Sep-03 | Assisted with close the books process by scanning documents that were exceptions. | $ 150.00 | 6.5 | $975.00 |
| 8-Sep-03 | Conducted interviews and developed process flowcharts for credit and collections. | $ 150.00 | 7.5 | $1,125.00 |
| 9-Sep-03 | Conducted interviews and developed process flowcharts for SCC Order entry. | $ 150.00 | 9.0 | $1,350.00 |
| 10-Sep-03 | Conducted interviews and developed process flowcharts for credit and collections and SCC order entry. | $ 150.00 | 9.0 | $1,350.00 |
| 11-Sep-03 | Finished up process flowcharts for credit and collections and SCC order entry. | $ 150.00 | 9.0 | $1,350.00 |
| 12-Sep-03 | Finished up process flowcharts for darex order entry. | $ 150.00 | 6.0 | $900.00 |
| | **Totals** | | **50.5** | **$  7,575.00** |