# EXHIBIT B

**EXHIBIT "B"**

**Protiviti Inc.**
**W. R. Grace & Co. Expense Summary**
**Period Covered:  September 2003**

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| Transportation | N/A | $       3,443.26 |
| Lodging | N/A | $       2,202.77 |
| Sundry | N/A | $          861.51 |
| Business Meals | N/A | $          489.01 |
| **Total** | | $       **6,996.55** |

Protiviti Inc.
W. R. Grace & Co. Expense Tracking
Period Covered:  September 2003

**Expense Detail**  |  **Expense Category**

Name:  Marie Hendrixson
Level:  Managing Director

| Date | Description of Expense | Amount | Transportation | Lodging | Sundry | Business Meals/ Entertainment | Totals |
|---|---|---|---|---|---|---|---|
| 4-Sep-03 | Mileage traveling to client site in excess of normal daily commute (100 miles) | $ 36.00 | $ 36.00 | | | | $ 36.00 |
| 4-Sep-03 | Tolls | $ 10.00 | $ 10.00 | | | | $ 10.00 |
| | Totals | $ 46.00 | $ 46.00 | $ - | $ - | $ - | $ 46.00 |

Name:  Victor Blanchard
Level:  Associate Director

| Date | Description of Expense | Amount | Transportation | Lodging | Sundry | Business Meals/ Entertainment | Totals |
|---|---|---|---|---|---|---|---|
| 22-Aug-03 | Airline ticket - USAirways: roundtrip Baltimore MD to Valleyfield Canada | $ 546.59 | $ 546.59 | | | | $ 546.59 |
| 7-Sep-03 | Taxi fare from Montreal Dorval airport to Hotel Plaza Valleyfield, Valleyfield, Canada | $ 62.84 | $ 62.84 | | | | $ 62.84 |
| 7-Sep-03 | Dinner consumed alone at HMSHost restaurant in the BWI airport | $ 15.63 | | | | $ 15.63 | $ 15.63 |
| 8-Sep-03 | Airfare from Baltimore to Montreal and return; booked by client; ticket #005745673o825 | $ 546.69 | $ 546.69 | | | | $ 546.69 |
| 9-Sep-03 | Dinner ordered from Rotisseries Salaberry consumed alone | $ 14.32 | | | | $ 14.32 | $ 14.32 |
| 10-Sep-03 | Lunch at KFC in Valleyfield Canada | $ 5.10 | | | | $ 5.10 | $ 5.10 |
| 12-Sep-03 | Hotel Plaza Valleyfield - lodging | $ 317.12 | | $ 317.12 | | | $ 317.12 |
| 12-Sep-03 | Hotel Plaza Valleyfield - phone charge | $ 0.62 | | | $ 0.62 | | $ 0.62 |
| 12-Sep-03 | Hotel Plaza Valleyfield - dinner in hotel restaurant | $ 8.59 | | | | $ 8.59 | $ 8.59 |
| 12-Sep-03 | Taxi fare from Grace Davison, Valleyfield, Canada, to Montreal Dorval airport | $ 53.71 | $ 53.71 | | | | $ 53.71 |
| 12-Sep-03 | Dinner consumed with Mahmoud Bah at the Montreal En Scene restaurant in the Montreal Dorval airport | $ 33.48 | | | | $ 33.48 | $ 33.48 |
| 12-Sep-03 | Parking charge at the long term lot of BWI airport | $ 36.00 | | | $ 36.00 | | $ 36.00 |
| 15-Sep-03 | Taxi fare from Grace Davison, Valleyfield, Canada, to Montreal Dorval airport | $ 53.71 | $ 53.71 | | | | $ 53.71 |
| 15-Sep-03 | Dinner consumed alone at the Montreal En Scene restaurant in the Montreal Dorval airport | $ 21.49 | | | | $ 21.49 | $ 21.49 |
| 15-Sep-03 | Dinner at Montreal Dorval airport restaurant during return trip home | $ 22.45 | | | | $ 22.45 | $ 22.45 |
| 16-Sep-03 | Parking at BWI airport long term parking during travel to Valleyfield | $ 14.00 | | | $ 14.00 | | $ 14.00 |
| 16-Sep-03 | Airfare from Baltimore to Montreal and return; booked by client; ticket #037455018738 | $ 592.68 | $ 592.68 | | | | $ 592.68 |
| 22-Sep-03 | Breakfast at Detroit airport during travel to Valleyfield | $ 10.00 | | | | $ 10.00 | $ 10.00 |
| 22-Sep-03 | Taxi from Montreal Dorval airport to Valleyfield plant | $ 63.16 | $ 63.16 | | | | $ 63.16 |
| 22-Sep-03 | Lunch at KFC in Valleyfield Canada | $ 6.33 | | | | $ 6.33 | $ 6.33 |
| 24-Sep-03 | Dinner at Vieux Port in Montreal Canada with Mahmoud Bah and Barb Summerson | $ 106.28 | | | | $ 106.28 | $ 106.28 |
| 26-Sep-03 | Lodging at the Hotel de Valleyfield, Valleyfield Canada | $ 268.80 | | $ 268.80 | | | $ 268.80 |

Protiviti Inc.
W. R. Grace & Co. Expense Tracking
Period Covered: September 2003

| Expense Detail | | | | Expense Category | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Date | Description | Amount | Transportation | Lodging | Sundry | Business Meals/Entertainment | Totals |
| 26-Sep-03 | Lunch at Montreal Dorval airport | 15.18 | | | | 15.18 | 15.18 |
| 26-Sep-03 | Parking at BWI airport during trip to Valleyfield | 35.00 | | | 35.00 | | 35.00 |
| Totals | | 2,849.77 | 1,919.38 | 585.92 | 85.62 | 258.85 | 2,849.77 |

Name: Matthew Petito
Level: Senior Consultant

| Date | Description of Expense | Amount | Transportation | Lodging | Sundry | Business Meals/Entertainment | Totals |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 2-Sep-03 | Mileage traveling to client site in excess of normal daily commute (8 miles) | $2.88 | 2.88 | | | | 2.88 |
| 3-Sep-03 | Mileage traveling to client site in excess of normal daily commute (8 miles) | $2.88 | 2.88 | | | | 2.88 |
| 4-Sep-03 | Mileage traveling to client site in excess of normal daily commute (8 miles) | $2.88 | 2.88 | | | | 2.88 |
| 5-Sep-03 | Mileage traveling to client site in excess of normal daily commute (8 miles) | $2.88 | 2.88 | | | | 2.88 |
| 8-Sep-03 | Mileage traveling to client site in excess of normal daily commute (8 miles) | $2.88 | 2.88 | | | | 2.88 |
| 9-Sep-03 | Mileage traveling to client site in excess of normal daily commute (8 miles) | $2.88 | 2.88 | | | | 2.88 |
| 10-Sep-03 | Mileage traveling to client site in excess of normal daily commute (8 miles) | $2.88 | 2.88 | | | | 2.88 |
| 11-Sep-03 | Mileage traveling to client site in excess of normal daily commute (8 miles) | $2.88 | 2.88 | | | | 2.88 |
| 12-Sep-03 | Mileage traveling to client site in excess of normal daily commute (8 miles) | $2.88 | 2.88 | | | | 2.88 |
| 17-Sep-03 | Mileage traveling to client site in excess of normal daily commute (8 miles) | $2.88 | 2.88 | | | | 2.88 |
| 18-Sep-03 | Mileage traveling to client site in excess of normal daily commute (8 miles) | $2.88 | 2.88 | | | | 2.88 |
| 19-Sep-03 | Mileage traveling to client site in excess of normal daily commute (8 miles) | $2.88 | 2.88 | | | | 2.88 |
| 30-Sep-03 | Shots/vaccinations in preparation for travel to singapore-- hepatitis A, hepatitis B, polio, influenza, japanese encephalitis, tetanus, typhoid | $724.60 | | | 724.60 | | 724.60 |
| Totals | | 759.16 | 34.56 | - | 724.60 | - | 759.16 |

Name: Kevin Stricker
Level: Senior Consultant

| Date | Description of Expense | Amount | Transportation | Lodging | Sundry | Business Meals/Entertainment | Totals |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 8-Sep-03 | Hotel - Hilton one night | 175.00 | | 175.00 | | | 175.00 |
| 10-Sep-03 | Dinner (with Kina, Shaun, and Loren) | 130.00 | | | | 130.00 | 130.00 |
| 12-Sep-03 | Dinner (with Kina, Shaun, and Loren) | 61.00 | | | | 61.00 | 61.00 |
| 12-Sep-03 | Hotel - Holiday Inn four nights | 405.00 | | 405.00 | | | 405.00 |
| 13-Sep-03 | Hotel - Hilton one night | 163.00 | | 163.00 | | | 163.00 |

Protiviti Inc.
W. R. Grace & Co. Expense Tracking
Period Covered: September 2003

| Expense Detail | | Expense Category | | | | | |
|---|---|---|---|---|---|---|---|
| Date | Description of Expense | Amount | Transportation | Lodging | Sundry | Business Meals/Entertainment | Totals |
| 13-Sep-03 | Breakfast | $ 6.00 | | | | $ 6.00 | $ 6.00 |
| 13-Sep-03 | Taxi | $ 25.00 | $ 25.00 | | | | $ 25.00 |
| 15-Sep-03 | Taxi | $ 66.00 | $ 66.00 | | | | $ 66.00 |
| 16-Sep-03 | Breakfast | $ 16.00 | | | | $ 16.00 | $ 16.00 |
| **Totals** | | $ 1,047.00 | $ 91.00 | $ 743.00 | $ - | $ 213.00 | $ 1,047.00 |

Name:  Scott Byrum
Level:  Staff Consultant

| Date | Description of Expense | Amount | Transportation | Lodging | Sundry | Business Meals/Entertainment | Totals |
|---|---|---|---|---|---|---|---|
| 9-Sep-03 | Mileage traveling to client site in excess of normal daily commute (4 miles) | $1.44 | $ 1.44 | | | | $ 1.44 |
| 10-Sep-03 | Mileage traveling to client site in excess of normal daily commute (5 miles) | $1.80 | $ 1.80 | | | | $ 1.80 |
| 11-Sep-03 | Mileage traveling to client site in excess of normal daily commute (5 miles) | $1.80 | $ 1.80 | | | | $ 1.80 |
| **Totals** | | $ 5.04 | $ 5.04 | $ - | $ - | $ - | $ 5.04 |

Name:  Kina Beale
Level:  Staff Consultant

| Date | Description of Expense | Amount | Transportation | Lodging | Sundry | Business Meals/Entertainment | Totals |
|---|---|---|---|---|---|---|---|
| 27-Aug-03 | Airfare for trip to Mexico (Ticket # 0017455018558) | $ 764.00 | $ 764.00 | | | | $ 764.00 |
| 27-Aug-03 | Airfare for trip to Mexico (Ticket # 0017455018559) | $ 554.00 | $ 554.00 | | | | $ 554.00 |
| 6-Sep-03 | CIRPO (prescription antibiotic) | $ 41.29 | | | $ 41.29 | | $ 41.29 |
| 7-Sep-03 | Mileage to BWI | $ 8.64 | $ 8.64 | | | | $ 8.64 |
| 8-Sep-03 | Lodging (Mexico City Hilton - first night) | $ 189.96 | | $ 189.96 | | | $ 189.96 |
| 9-Sep-03 | Snacks | $ 5.73 | | | | $ 5.73 | $ 5.73 |
| 9-Sep-03 | Taxi to dinner | $ 12.00 | $ 12.00 | | | | $ 12.00 |
| 9-Sep-03 | Snacks | $ 6.46 | | | | $ 6.46 | $ 6.46 |
| 9-Sep-03 | Phone card | $ 10.00 | | | $ 10.00 | | $ 10.00 |
| 12-Sep-03 | Lodging (Holiday Inn in Toluca - week) | $ 521.29 | | $ 521.29 | | | $ 521.29 |
| 13-Sep-03 | Lodging (Mexico City Hilton - last night) | $ 162.60 | | $ 162.60 | | | $ 162.60 |
| 13-Sep-03 | Mileage home from BWI | $ 8.64 | $ 8.64 | | | | $ 8.64 |
| 13-Sep-03 | Lunch at airport in Dallas | $ 4.97 | | | | $ 4.97 | $ 4.97 |
| **Totals** | | $ 2,289.58 | $ 1,347.28 | $ 873.85 | $ 51.29 | $ 17.16 | $ 2,289.58 |

| | Amount | Transportation | Lodging | Sundry | Business Meals/Entertainment | Totals |
|---|---|---|---|---|---|---|
| **Grand Totals** | $ 6,996.55 | $ 3,443.26 | $ 2,202.77 | $ 861.51 | $ 489.01 | $ 6,996.55 |