# EXHIBIT A

## EXHIBIT "A"

### Protiviti Inc.
### W. R. Grace & Co. Time Tracking Summary
### Period Covered: October 2003

| Name | Position | Number of Years in Profession | Hourly Billing Rate | Total Hours Billed | Total Fees |
|---|---|---|---|---|---|
| Blanchard, Victor | Associate Director | 17 | $ 275.00 | 107.5 | $ 29,562.50 |
| Petito, Matthew | Senior Consultant | 5 | $ 175.00 | 24.3 | $ 4,252.50 |
| Strickler, Kevin | Senior Consultant | 5 | $ 175.00 | 105.5 | $ 18,462.50 |
| Byrum, Scott | Staff Consultant | 1 | $ 150.00 | 3 | $ 450.00 |
| | | | **Totals** | **240.3** | **$ 52,727.50** |

**Protiviti Inc.**
**W. R. Grace & Co. Detailed Time Report**
**Month Ended October 31, 2003**

**Name:** Victor Blanchard
**Level:** Associate Director

| Date | Detailed Task / Activity | Bill Rate | Hours | Fees |
|---|---|---|---|---|
| 1-Oct-03 | Develop invoices and detailed support for Grace for the period August 1 to 15, 2003 | $275.00 | 2.5 | $ 687.50 |
| 1-Oct-03 | Develop invoices and detailed support for Grace for the period August 16 to 31, 2003 | $275.00 | 1.5 | $ 412.50 |
| 1-Oct-03 | Refine process flows for Valleyfield focusing on the Payroll and Accounts Payable cycles | $275.00 | 4.5 | $ 1,237.50 |
| 2-Oct-03 | Work on process flows, risk and control inventories, and other Portal documentation for Valleyfield | $275.00 | 7.0 | $ 1,925.00 |
| 3-Oct-03 | Conference call with Dana Guzzo and Brian Kenney to discuss cash management processes in Valleyfield | $275.00 | 0.5 | $ 137.50 |
| 3-Oct-03 | Work on process flows, risk and control inventories, and other Portal documentation for Valleyfield | $275.00 | 6.5 | $ 1,787.50 |
| 6-Oct-03 | Work on process flows, risk and control inventories, and other Portal documentation for Valleyfield | $275.00 | 6.0 | $ 1,650.00 |
| 7-Oct-03 | Work on process flows, risk and control inventories, and other Portal documentation for Valleyfield | $275.00 | 7.0 | $ 1,925.00 |
| 8-Oct-03 | Work on process flows, risk and control inventories, and other Portal documentation for Valleyfield | $275.00 | 7.5 | $ 2,062.50 |
| 9-Oct-03 | Work on process flows, risk and control inventories, and other Portal documentation for Valleyfield | $275.00 | 7.5 | $ 2,062.50 |
| 10-Oct-03 | Work on process flows, risk and control inventories, and other Portal documentation for Valleyfield | $275.00 | 7.5 | $ 2,062.50 |
| 14-Oct-03 | Testing procedures performed in Valleyfield | $275.00 | 8.0 | $ 2,200.00 |
| 15-Oct-03 | Testing procedures performed in Valleyfield | $275.00 | 8.0 | $ 2,200.00 |
| 16-Oct-03 | Update and implement documentation standards, complete testing | $275.00 | 3.5 | $ 962.50 |
| 16-Oct-03 | Input information for Valleyfield into the Portal | $275.00 | 2.0 | $ 550.00 |
| 16-Oct-03 | Testing procedures continued for Valleyfield | $275.00 | 2.0 | $ 550.00 |
| 17-Oct-03 | Testing procedures continued for Valleyfield | $275.00 | 5.0 | $ 1,375.00 |
| 21-Oct-03 | Testing procedures continued for Valleyfield | $275.00 | 6.0 | $ 1,650.00 |
| 21-Oct-03 | Meeting to discuss testing and documentation procedures, impact on Portal | $275.00 | 2.0 | $ 550.00 |
| 22-Oct-03 | Continue to develop testing documentation per current standards, input into Portal | $275.00 | 5.0 | $ 1,375.00 |
| 30-Oct-03 | Meeting to discuss current status of documentation and testing for Valleyfield, develop task list for remaining items | $275.00 | 1.0 | $ 275.00 |
| 30-Oct-03 | Work with Matt Petito to complete testing procedures for Valleyfield | $275.00 | 1.0 | $ 275.00 |
| 30-Oct-03 | Continue to develop testing documentation per current standards, input into Portal | $275.00 | 2.0 | $ 550.00 |
| 31-Oct-03 | Continue to develop testing documentation per current standards, input into Portal | $275.00 | 4.0 | $ 1,100.00 |
| | **Totals** | | **107.5** | **$ 29,562.50** |

**Protiviti Inc.**
**W. R. Grace & Co. Detailed Time Report**
**Month Ended October 31, 2003**

**Name:** Matthew Petito
**Level:** Senior Consultant

| Date | Detailed Task / Activity | Bill Rate | Hours | Fees |
|---|---|---|---|---|
| 9-Oct-03 | Shots/vaccinations in preparation for travel to singapore--hepatitis A, hepatitis B, polio, influenza, japanese encephalitis, tetanus, typhoid | $ 175.00 | 3.0 | $ 525.00 |
| 21-Oct-03 | review key risks/controls matrices developed | $ 175.00 | 2.0 | $ 350.00 |
| 21-Oct-03 | review proposed revisions of sinagpore flowcharts | $ 175.00 | 2.0 | $ 350.00 |
| 21-Oct-03 | record risks and controls on singapore flowcharts | $ 175.00 | 4.0 | $ 700.00 |
| 27-Oct-03 | review key risks/controls matrices developed | $ 175.00 | 2.0 | $ 350.00 |
| 27-Oct-03 | plot risks and controls for singapore flowcharts | $ 175.00 | 3.0 | $ 525.00 |
| 28-Oct-03 | plot risks and controls for singapore flowcharts | $ 175.00 | 2.0 | $ 350.00 |
| 29-Oct-03 | review TSA security guide to resolve problems | $ 175.00 | 0.5 | $ 87.50 |
| 29-Oct-03 | review sarbox portal guide to research adding roles | $ 175.00 | 0.5 | $ 87.50 |
| 29-Oct-03 | vaccinations in preparation for travel to singapore--hepatitis A & B, japanese encapahlities | $ 175.00 | 1.5 | $ 262.50 |
| 31-Oct-03 | discuss testing approach with Ryan | $ 175.00 | 0.3 | $ 52.50 |
| 31-Oct-03 | discuss testing strategies for Valleyfield with Victor | $ 175.00 | 1 | $ 175.00 |
| 31-Oct-03 | tests of credit and collections | $ 175.00 | 2.5 | $ 437.50 |
| | **Totals** | | 24.3 | $ 4,252.50 |

**Protiviti Inc.**
**W. R. Grace & Co. Detailed Time Report**
**Month Ended October 31, 2003**

**Name:** Kevin Strickler
**Level:** Senior Consultant

| Date | Detailed Task / Activity | Bill Rate | Hours | Fees |
|---|---|---|---|---|
| 1-Oct-03 | Client-related emails and phone calls | $ 175.00 | 1.0 | $175.00 |
| 1-Oct-03 | Redo flows based on meeting with Internal Audit Department | $ 175.00 | 1.5 | $262.50 |
| 1-Oct-03 | Meeting with Internal Audit Department | $ 175.00 | 1.0 | $175.00 |
| 1-Oct-03 | Meeting with Internal Audit Department | $ 175.00 | 4.0 | $700.00 |
| 2-Oct-03 | Client-related emails and phone calls | $ 175.00 | 1.0 | $175.00 |
| 2-Oct-03 | Payroll Risk Control Matrix changes (Mexico) | $ 175.00 | 1.5 | $262.50 |
| 2-Oct-03 | Upload Risk Control Matrix to Portal (Mexico) | $ 175.00 | 1.5 | $262.50 |
| 2-Oct-03 | Change and update inventory flows (Mexico) | $ 175.00 | 1.0 | $175.00 |
| 3-Oct-03 | Meeting with Internal Audit Department | $ 175.00 | 4.0 | $700.00 |
| 3-Oct-03 | Update payroll flows (Mexico) | $ 175.00 | 1.0 | $175.00 |
| 3-Oct-03 | Develop and document Risk Control Inventory (Mexico) | $ 175.00 | 1.0 | $175.00 |
| 6-Oct-03 | Develop and document Risk Control Inventory (Mexico) | $ 175.00 | 4.0 | $700.00 |
| 6-Oct-03 | Change and update payroll flow charts (Mexico) | $ 175.00 | 1.0 | $175.00 |
| 6-Oct-03 | Develop and document Risk Control Inventory (Mexico) | $ 175.00 | 1.0 | $175.00 |
| 6-Oct-03 | Client-related emails and phone calls | $ 175.00 | 1.0 | $175.00 |
| 7-Oct-03 | Client-related emails and phone calls | $ 175.00 | 1.0 | $175.00 |
| 7-Oct-03 | Develop Payroll Test Program (Mexico) | $ 175.00 | 2.0 | $350.00 |
| 7-Oct-03 | Payroll Risk Control Matrix changes (Mexico) | $ 175.00 | 1.0 | $175.00 |
| 7-Oct-03 | Discussion and determinations made concerning documentation standards | $ 175.00 | 1.0 | $175.00 |
| 8-Oct-03 | Client-related emails and phone calls | $ 175.00 | 0.5 | $87.50 |
| 8-Oct-03 | Discussion and determinations made concerning documentation standards | $ 175.00 | 1.0 | $175.00 |
| 8-Oct-03 | Capital Asset Test Plan (Mexico) | $ 175.00 | 1.0 | $175.00 |
| 8-Oct-03 | Meeting with Internal Audit Department | $ 175.00 | 4.0 | $700.00 |
| 8-Oct-03 | Develop and document Risk Control Inventory (Mexico) | $ 175.00 | 2.0 | $350.00 |
| 9-Oct-03 | Upload Risk Control Matrix to Portal (Mexico) | $ 175.00 | 3.0 | $525.00 |
| 9-Oct-03 | Develop and document Risk Control Inventory (Mexico) | $ 175.00 | 2.0 | $350.00 |
| 9-Oct-03 | Meeting with Internal Audit Department | $ 175.00 | 3.0 | $525.00 |
| 10-Oct-03 | Meeting with Internal Audit Department | $ 175.00 | 4.0 | $700.00 |
| 10-Oct-03 | Upload Risk Control Matrix to Portal (Mexico) | $ 175.00 | 3.0 | $525.00 |
| 10-Oct-03 | Client-related emails and phone calls | $ 175.00 | 1.0 | $175.00 |
| 13-Oct-03 | Compile information and send to Mexico team | $ 175.00 | 1.0 | $175.00 |
| 14-Oct-03 | Client-related emails and phone calls | $ 175.00 | 1.0 | $175.00 |
| 15-Oct-03 | Capital Asset Control Inventory (Mexico) | $ 175.00 | 0.5 | $87.50 |
| 15-Oct-03 | Capital Asset Process Test Plan (Mexico) | $ 175.00 | 1.5 | $262.50 |
| 15-Oct-03 | Client time and expense tracking | $ 175.00 | 2.0 | $350.00 |
| 16-Oct-03 | Client-related emails and phone calls | $ 175.00 | 0.5 | $87.50 |
| 16-Oct-03 | Plot risk and controls on flow charts (Mexico) | $ 175.00 | 2.0 | $350.00 |
| 16-Oct-03 | Customize Library Control Inventories to Mexico | $ 175.00 | 2.0 | $350.00 |
| 20-Oct-03 | Client-related emails and phone calls | $ 175.00 | 1.0 | $175.00 |
| 20-Oct-03 | Status update to Grace Internal Audit Department | $ 175.00 | 1.0 | $175.00 |
| 20-Oct-03 | Document test plan and make misc. updates & changes (Mexico) | $ 175.00 | 1.0 | $175.00 |
| 21-Oct-03 | Status update to Grace Internal Audit Department | $ 175.00 | 2.0 | $350.00 |
| 21-Oct-03 | Meeting with Internal Audit Department | $ 175.00 | 1.0 | $175.00 |
| 22-Oct-03 | Develop Selections and test plans (Mexico) | $ 175.00 | 1.0 | $175.00 |
| 22-Oct-03 | Develop Client Assistance List, selections, and related email requests for Mexico | $ 175.00 | 2.0 | $350.00 |
| 22-Oct-03 | Mexico Controls moved to Library Risk Control Matrices | $ 175.00 | 0.5 | $87.50 |
| 22-Oct-03 | Develop and document Risk Control Matrix in the Portal (Mexico) | $ 175.00 | 2.0 | $350.00 |
| 23-Oct-03 | Develop Client Assistance List, selections, and related email requests for Mexico | $ 175.00 | 2.0 | $350.00 |
| 23-Oct-03 | Meeting with Internal Audit Department | $ 175.00 | 1.0 | $175.00 |
| 23-Oct-03 | Develop and document Risk Control Matrix in the Portal (Mexico) | $ 175.00 | 3.0 | $525.00 |
| 24-Oct-03 | Client-related emails and phone calls | $ 175.00 | 1.0 | $175.00 |
| 24-Oct-03 | Develop and document Risk Control Matrix in the Portal (Mexico) | $ 175.00 | 2.0 | $350.00 |
| 24-Oct-03 | Redo flows for changes in controls (Mexico) | $ 175.00 | 1.0 | $175.00 |
| 27-Oct-03 | Manual Invoices flow, Risk Control Matrix, and test plan (Mexico) | $ 175.00 | 1.0 | $175.00 |
| 27-Oct-03 | Client-related emails and phone calls | $ 175.00 | 1.0 | $175.00 |
| 27-Oct-03 | Review of TSA reports (Mexico) | $ 175.00 | 1.0 | $175.00 |
| 28-Oct-03 | Workpaper preparation/ documentation (Mexico) | $ 175.00 | 3.0 | $525.00 |
| 28-Oct-03 | Client-related emails and phone calls | $ 175.00 | 1.0 | $175.00 |
| 29-Oct-03 | Assist with Canada Payroll testing | $ 175.00 | 1.5 | $262.50 |
| 29-Oct-03 | Payroll Process Description (Mexico) | $ 175.00 | 1.5 | $262.50 |
| 30-Oct-03 | Payroll Process Description (Mexico) | $ 175.00 | 1.0 | $175.00 |
| 30-Oct-03 | Credit & Collections Process Description (Mexico) | $ 175.00 | 1.5 | $262.50 |
| 30-Oct-03 | Review of TSA reports | $ 175.00 | 2.0 | $350.00 |
| 31-Oct-03 | Client-related emails and phone calls | $ 175.00 | 1.0 | $175.00 |
| 31-Oct-03 | Assist with Canada Payroll testing | $ 175.00 | 3.0 | $525.00 |
| | **Totals** | | **105.5** | **$18,462.50** |

**Protiviti Inc.**
**W. R. Grace & Co. Detailed Time Report**
**Month Ended October 31, 2003**

**Name:** Scott Byrum
**Level:** Staff Consultant

| Date | Detailed Task / Activity | Bill Rate | Hours | Fees |
|---|---|---|---|---|
| 1-Oct-03 | Assisted Victor Blanchard with Grace billing and invoices | $ 150.00 | 3.0 | $450.00 |
| | Totals | | 3.0 | $ 450.00 |