# EXHIBIT B

**EXHIBIT "B"**

**Protiviti Inc.**
**W. R. Grace & Co. Expense Summary**
**Period Covered: October 2003**

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| Transportation | N/A | $ 2,385.38 |
| Lodging | N/A | $ 1,174.38 |
| Sundry | N/A | $ 695.00 |
| Business Meals | N/A | $ 566.80 |
| **Total** |  | **$ 4,821.56** |

Protiviti Inc.
W. R. Grace & Co. Expense Tracking
Period Covered: October 2003

**Name:** Victor Blanchard
**Level:** Associate Director

### Expense Detail

| Date | Description of Expense | Amount | Transportation | Lodging | Sundry | Business Meals/ Entertainment | Totals |
|---|---|---|---|---|---|---|---|
| 6-Oct-03 | Airfare from Baltimore to Montreal and return; booked by client; ticket #0147461175428 | $ 808.69 | $ 808.69 | | | | $ 808.69 |
| 13-Oct-03 | Dinner at Mike's Restaurant, Valleyfield, Quebec, Canada | $ 9.69 | | | | $ 9.69 | $ 9.69 |
| 13-Oct-03 | Taxi from Montreal-Dorval airport to Valleyfield | $ 66.01 | $ 66.01 | | | | $ 66.01 |
| 14-Oct-03 | Dinner at Mike's Restaurant in Valleyfield Canada, alone | $ 10.19 | | | | $ 10.19 | $ 10.19 |
| 15-Oct-03 | Dinner at Thai Restaurant with Mahmoud Bah, WR Grace | $ 28.70 | | | | $ 28.70 | $ 28.70 |
| 17-Oct-03 | Lodging at the Hotel de Valleyfield, Valleyfield Canada | $ 281.38 | | $ 281.38 | | | $ 281.38 |
| 17-Oct-03 | Breakfast for involved WR Grace employees at Valleyfield Canada plant | $ 10.23 | | | | $ 10.23 | $ 10.23 |
| 17-Oct-03 | Taxi from WR Grace Valleyfield plant to Montreal Dorval airport | $ 58.68 | $ 58.68 | | | | $ 58.68 |
| 17-Oct-03 | Breakfast at McDonalds in Valleyfield Canada | $ 2.99 | | | | $ 2.99 | $ 2.99 |
| 17-Oct-03 | Parking at BWI airport during trip to Valleyfield Canada for WR Grace | $ 33.00 | | | $ 33.00 | | $ 33.00 |
| | **Totals** | **$ 1,309.56** | **$ 933.38** | **$ 281.38** | **$ 33.00** | **$ 61.80** | **$ 1,309.56** |

**Name:** Matthew Petito
**Level:** Senior Consultant

| Date | Description of Expense | Amount | Transportation | Lodging | Sundry | Business Meals/ Entertainment | Totals |
|---|---|---|---|---|---|---|---|
| 10-Oct-03 | Shots/vaccinations in preparation for travel to singapore--hepatitis A, hepatitis B, polio, influenza, japanese encephalitis, tetanus, typhoid | $110.00 | | | $110.00 | | $ 110.00 |
| 29-Oct-03 | Shots/vaccinations in preparation for travel to singapore--hepatitis A, hepatitis B, japanese encephalitis | $255.00 | | | $255.00 | | $ 255.00 |
| | **Totals** | **$ 365.00** | **$ -** | **$ -** | **$ 365.00** | **$ -** | **$ 365.00** |

**Name:** Kevin Strickler
**Level:** Senior Consultant

| Date | Description of Expense | Amount | Transportation | Lodging | Sundry | Business Meals/ Entertainment | Totals |
|---|---|---|---|---|---|---|---|
| 16-Sep-03 | Dinner in Santiago, Mexico with Grace IA (Shaun, Loren, and Barb) | $ 59.00 | | | | $ 59.00 | $ 59.00 |
| 16-Sep-03 | Taxi from hotel to restaurant for dinner | $ 25.00 | $ 25.00 | | | | $ 25.00 |
| 17-Sep-03 | Airfare - return from Santiago, Mexico | $ 318.00 | $ 318.00 | | | | $ 318.00 |
| 20-Sep-03 | Lunch with Grace IA in Santiago during pilot | $ 35.00 | | | | $ 35.00 | $ 35.00 |
| 20-Sep-03 | Lodging at the Holiday Inn, Toluca during pilot | $ 154.00 | | $ 154.00 | | | $ 154.00 |
| 20-Sep-03 | Breakfast alone at hotel | $ 3.00 | | | | $ 3.00 | $ 3.00 |

Protiviti Inc.
W. R. Grace & Co. Expense Tracking
Period Covered: October 2003

| Date | Expense Detail | Amount | Expense Category | | | | |
|---|---|---|---|---|---|---|---|
| 20-Sep-03 | Lunch consumed alone | $ 10.00 | | | | | $ 10.00 |
| 21-Sep-03 | Breakfast alone at hotel | $ 11.00 | | | | | $ 11.00 |
| 21-Sep-03 | Lodging at the Holiday Inn, Toluca during pilot | $ 269.00 | | $ 269.00 | | | |
| 21-Sep-03 | Lunch at plant during pilot | $ 22.00 | | | | | $ 22.00 |
| 22-Sep-03 | Dinner in Toluca with Grace IA staff, Shaun and Loren | $ 103.00 | | | | $ 103.00 | |
| 23-Sep-03 | Dinner in Toluca with Shaun Landers | $ 67.00 | | | | $ 67.00 | |
| 23-Sep-03 | Taxi to dinner location in Santiago | $ 7.00 | $ 7.00 | | | | |
| 24-Sep-03 | Airfare - return to Santiago, Mexico plant | $ 643.00 | $ 643.00 | | | | |
| 26-Sep-03 | Dinner with Grace IA in Mexico City | $ 30.00 | | | | | $ 30.00 |
| 26-Sep-03 | Lodging at the Holiday Inn, Toluca during pilot | $ 470.00 | | $ 470.00 | | | |
| 27-Sep-03 | Taxi to dinner | $ 23.00 | $ 23.00 | | | | |
| 30-Sep-03 | Airfare change fee (due to serious injury) | $ 31.00 | | | $ 31.00 | | |
| 23-Oct-03 | Fee charged for vaccinations required for travel to Mexico | $ 266.00 | | | $ 266.00 | | |
| 30-Oct-03 | Airfare - return from Mexico | $ 436.00 | $ 436.00 | | | | |
| 24-Sep-04 | Dinner with Grace IA, Shaun and Loren | $ 165.00 | | | | | $ 165.00 |
| | Totals | $ 3,147.00 | $ 1,452.00 | $ 893.00 | $ 297.00 | $ 170.00 | $ 505.00 |

| | Amount | Transportation | Lodging | Sundry | Business Meals/ Entertainment | Totals |
|---|---|---|---|---|---|---|
| Grand Totals | $ 4,821.56 | $ 2,385.38 | $ 1,174.38 | $ 695.00 | $ 566.80 | $ 4,821.56 |