**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: OWEN S CORNING, et al. | ) | Chapter 11 |
|                 Debtors. | ) | |
| | ) | |
| | ) | Case Nos. 00-3837 through 00-3854 |
| In re: W.R. GRACE & CO., et al. | ) | Chapter 11 |
|                 Debtors. | ) | |
| | ) | |
| | ) | Case Nos. 01-1139 through 01-1200 |
| In re: USG CORPORATION, a Delaware Corporation, et al. | ) | Chapter 11 |
| | ) | |
|                 Debtors. | ) | |
| | ) | Case Nos. 00-2094 through 00-2104 |

**DECLARATION OF JENNIFER L. SCOLIARD IN
SUPPORT OF OPPOSITION OF D.K. ACQUISITION PARTNERS,
L.P., FERNWOOD ASSOCIATES, L.P. AND DEUTSCHE BANK TRUST
COMPANY AMERICAS TO W.R. GRACE'S OBJECTION TO AND MOTION
TO STRIKE CERTAIN EXHIBITS CONTAINED IN THE JOINT APPENDIX**

JENNIFER L. SCOLIARD, declares under penalty of perjury:

1. This Declaration is being filed in support of the Opposition Of D.K. Acquisition Partners, L.P., Fernwood Associates, L.P. And Deutsche Bank Trust Company Americas (the "Grace Movants") To W.R. Grace's Objection To And Motion To Strike Certain Exhibits Contained In The Joint Appendix.

2. I am an attorney with Klehr Harrison Harvey Branzburg & Ellers, LLP ("Klehr Harrison"), which, along with the law firm of Willkie Farr & Gallagher LLP ("WFG"), represent the Grace Movants in the W.R. Grace & Co. et al. bankruptcy proceedings. I hereby submit that I have personal knowledge of the matters discussed herein.

3.      If I were called upon to testify, I could and would testify to each of the facts set forth herein based upon my review of the relevant documents and court dockets.

4.      The documents attached hereto are true and correct copies of said documents or true and correct copies of documents filed in the above-captioned case, currently pending before the Court, which have been downloaded from the Court's PACER system.

| **EXHIBIT** | **DESCRIPTION** |
|---|---|
| A | Subpoena Directed to W.R. Grace & Co. et al. dated 12/22/03 |
| B | Subpoena Directed to David Bernick, Esquire dated 12/22/03 |
| C | Order of the District Court dated 1/6/04 |
| D | Letter from Jan Baer, Esquire to the Honorable Alfred M. Wolin Canceling Depositions of the Grace Movants and Richard Mancino, Esquire dated 1/8/04 |
| E | Transcript of Oral Argument Held on 1/16/04 |

This 24 day of January, 2004              */s/ Jennifer L. Scoliard*
                                          Jennifer L. Scoliard (#4147)

**Penalty for filing false statement:  Fine up to $500,000.00 or imprisonment up to 5 years or both. 18 U.S.C. §§ 152 and 3571.**

PHIL1 554606-1