**EXHIBIT C**

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
-----------------------------
IN RE: OWENS CORNING,        :   Chapter 11
et al.,                      :   Case Nos. 00-3837 through
                             :              00-3854
        Debtors.             :
-----------------------------

-----------------------------
IN RE: W.R. GRACE & CO.,     :   Chapter 11
et al.,                      :   Case Nos. 01-1139 through
                             :              01-1200
        Debtors.             :
-----------------------------

-----------------------------
IN RE: USG CORPORATION,      :   Chapter 11
a Delaware Corporation,      :   Case Nos. 01-2094 through
et al.,                      :              01-2104
                             :
        Debtors.             :
-----------------------------
```

This matter having been opened before the Court upon the motions of Kensington International Limited and Springfield Associates, L.P. in the chapter 11 case In re Owens Corning, D.K. Acquisition Partners, L.P., Fernwood Associates L.P. and Deutsche Bank Trust Co. America in the chapter 11 case In re W.R. Grace and the debtor-in-possession and Offcial Committee of Unsecured Creditors in the chapter 11 case In re USG Corporation for the Court to recuse itself from further proceedings in the above-captioned, administratively consolidated chapter 11 cases (the "Motion" or "Motions"); and the United States Court of Appeals

1

for the Third Circuit having issued an Order on December 18, 2003, to this Court to cause discovery to be expedited and an Opinion to issue from this Court on the Motions on or before January 31, 2004; and the Court having previously withdrawn the reference to the Bankruptcy Court of the Motions in <u>In re Owens Corning</u> and <u>In re W.R. Grace & Co.</u>; and the Court having reviewed the request of counsel for the debtor-in-possession W.R. Grace regarding discovery to be had of the movants D.K. Acquisition Partners, L.P., Fernwood Associates L.P. and Deutsche Bank Trust Co. America (the "W.R. Grace Movants") and their counsel and the opposition thereto; and for the reasons set forth by the Court in its several Orders intended to effectuate the Order of the Court of Appeals concerning discovery related to the Motions; and good cause appearing

IT IS this 6th day of January 2004

ORDERED that the reference to the Bankruptcy Court, the Hon. Randall Newsome, U.S.B.J. presiding, of the chapter 11 case <u>In re USG Corporation</u>, 01-2094 to 2104 <u>et</u> <u>alia</u>, is hereby partially withdrawn with respect to the Motions, and it is further

ORDERED that the requests of the debtor-in-possession W.R. Grace are hereby granted in part and denied in part, and it is further

ORDERED that documents produced pursuant to this Order shall be produced on or before January 9, 2004, and shall be delivered

2

to the same parties and by the same methods as for previous document productions made with respect to the Motions, and it is further

ORDERED that the depositions of a person most knowledgeable from the W.R. Grace Movants and the deposition of Richard Mancino, Esq., shall occur at the Martin Luther King Courthouse in Newark, New Jersey on January 12, 2004, and it is further

ORDERED that document discovery may be had of the W.R. Grace Movants and their counsel as follows:

1. All documents relating to any background investigation, biographical research or records checks conducted or obtained by you concerning Messrs. Hamlin and Gross and such documents as will show the dates of any such work.

2. All pleadings, notices and other filings received by you relating to the appointments, re-appointments, activities or roles of Messrs. Hamlin and Gross in the G-I bankruptcy proceedings.

3. Any of your actual time sheets and/or billing records prepared or issued by you which refer or relate to the appointments, re-appointments, activities or roles of Messrs. Hamlin and Gross in the G-I bankruptcy proceedings.

4. All documents referring or relating to the appointment of any futures representatives in the W.R. Grace & Co.

3

bankruptcy proceeding.

5. All documents referring or relating to the affidavit submitted by Joanne Wills in connection with the Motions.

6. All documents referring or relating to the procedures adopted by the District Court relating to the five Advisors or any ex parte communications with the District Court, including all documents referring or relating to the roles of the five Advisors in any of the Five Asbestos cases.

7. All communications by you or other committees or counsel representing unsecured creditors in the Five Asbestos cases with any of the five Advisors in the Five Asbestos cases.

8. All documents which refer or relate to any ex parte submissions or communications made by the debtor-in-possession W.R. Grace in the W.R. Grace & Co. bankruptcy proceeding.

9. Such documents as will show whether you subscribe to Mealey's Litigation Report: Asbestos, Mealey's Asbestos Bankruptcy Reporter, Mealey's Asbestos Reporter, Andrews Publications' Asbestos Litigation Reporter, The Daily Deal, any publication by Bear Sterns & Co., Inc., concerning distressed securities, debtors, or

4

      bankruptcy proceedings, any publication by Lehman Brothers concerning distressed securities, debtors, or bankruptcy proceedings, and any other publication that as part of its stated business routinely reports on distressed securities, debtors, or bankruptcy proceedings, and the dates such subscriptions; or, in lieu thereof, an affidavit or certification providing such information.

10. All of your distribution lists concerning each of the publications described in Request No. 9 above.

10. Such documents as will identify each of your persons who worked on, monitored or participated in the W.R. Grace & Co. bankruptcy proceedings or the G-I bankruptcy proceedings and the dates thereof, or, lieu thereof, an affidavit or certification providing such information.

11. Such documents as will show who represented the W.R. Grace Movants in the W.R. Grace & Co. bankruptcy proceedings, and for what periods.

and it is further

    ORDERED that for the purposes of this Order "you" shall mean the W.R. Grace Movants and their counsel and all other definitions shall be as set forth in the Owens Corning Request for Production of Documents, incorporated as modified as the

Order of this Court by its Order dated December 26, 2003.

_____
ALFRED M. WOLIN, U.S.D.J.