# EXHIBIT D

# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

200 East Randolph Drive
Chicago, Illinois 60601

312 861-2000

www.kirkland.com

Janet S. Baer
To Call Writer Directly:
312 861-2162
jbaer@kirkland.com

Facsimile:
312 861-2200

Dir Fax: 312 660-0362

January 8, 2004

**VIA FEDERAL EXPRESS**

Judge Alfred M. Wolin
United States District Court Judge
District of New Jersey
Martin Luther King Federal Courthouse
50 Walnut Street
Newark, New Jersey 07101

Re:   Cancellation of Depositions of Representative of Grace Movants and their Counsel

Dear Judge Wolin:

On January 6, 2004 you issued an Order granting W.R. Grace's request to take the deposition of a person most knowledgeable from the W.R. Grace Movants and the deposition of Richard Mancino, Esq. to occur on January 12, 2004. Upon further consideration and review of the already provided discovery, Grace has determined that while it does require the documents requested, it no longer believes it is necessary to take the depositions and by this letter hereby requests permission to cancel these depositions.

Thank you for your attention to this matter.

Sincerely,

Janet S. Baer

JSB/dme

cc:   Attached List (via e-mail)

London          Los Angeles          New York          San Francisco          Washington, D.C.

I:\Project Allen\baer\wolindeposition letter.doc

## Distribution List

Abrams, Henry
HAbrams@saul.com

Baer, Jan
jbaer@kirkland.com

Bastable, Conor
cbastable@dkpartners.com

Bernick, David
dbernick@kirkland.com

Brodsky, Mark D.
mbrodsky@elliottmgmt.com

Case, Stephen
case@dpw.com

Crames, Michael J.
mcrames@kayescholer.com

Danzeisen, Allyn S.
adanzeisen@bilzin.com

DeFilippo, Paul R.
pdefilippo@wmd-law.com

Devereaux
devereauxsd@cooley.com

Dobson, Matthew G.
MDobson@saul.com

Dreier, William
wadreier@nmmlaw.com

Eckstein, Ken
keckstein@kramerlevin.com

Finch, Nate
ndf@capdale.com

Gibbons, John J.
jgibbons@gibbonslaw.com

Hamlin, C. Judson
jhamlin@prsmo.com

Harriss, Gordon
harriss@dpw.com

Inselbuch, Elihu
ei@capdale.com

Katchen, William S.
wskatchen@duanemorris.com

Katz, Sharon
skatz@dpw.com

Keefe, John
judgekeefe@lmknet.com

Lockwood, Peter
pvnl@capdale.com

Mancino, Richard
rmancino@wilkie.com

Martin
mamartin@usg.com

McGovern, Frances
mcgovern@faculty.law.duke.edu

Monk, Charles O.
CMonk@saul.com

Nadler, Ellen
enadler@kramerlevin.com

Neal, Stephen
nealsc@cooley.com

Orseck, Gary A.
gorseck@robbinsrussell.com

Parker, David
dparker@kkwc.com

Parver, Jane
jparver@kayescholer.com

Pasquale, Kenneth
kpasquale@stroock.com

Pernick, Norman L.
NPernick@saul.com

Shaffer, John
kjshaffer@stutman.com

Scheier, Mike
mscheier@kmklaw.com

Scoliard, Jennifer
jscoliard@klehr.com

St. Jeanos, Chris
cstjeanos@willkie.com

Stiefel, Aaron
astiefel@kayescholer.com

Trachtman, Jeffrey S.
jtrachtman@kramerlevin.com

Washington, Nancy
naw@saiber.com

Waxman, Jeffrey R.
jwaxman@cozen.com