```
                    UNITED STATES BANKRUPTCY COURT
                        DISTRICT OF DELAWARE

                        MINUTES OF PROCEEDINGS
```

Newark, New Jersey                          Date: 01/16/04

**JUDGE ALFRED M. WOLIN**                   Ret. Date:

Deputy Clerk: Gail Hansen                   Motion Filed:

Court Reporter: Jacqueline Kashmer

Other:                                      Asbestos Litigation

TITLE OF CASE:
In Re: Armstrong World, et al               Case No. 00-4471
In Re: Federal-Mogul, et al                 Case No. 01-10578
In Re: Owens Corning, et al                 Case No. 00-3837
In Re: W.R. Grace & Co., et al              Case No. 01-1139
In Re: USG Corporation, et al               Case No. 01-2094

Appearances:

Ray Englert, Esq., for Kensington & Springfield
Stephen Neal, Esq., for USG
Richard Mancino, Esq., for D.K. Acquisition Partners
Charles Monk, Esq.,Matthew Dobson, Esq. Henry Abrams, Esq., &
Norman Pernick, Esq., for Owens Corning
Michael Crames, Esq., & Jane Parver, Esq., for Futures Rep in OC
& USG
Elihu Enselbuch, Esq., for Asbestos Claimants in OC, USG &
WRGrace
David Bernick, Esq., for WRGrace


NATURE OF PROCEEDINGS:

Hrg on motion to recuse Alfred M. Wolin, USDJ.

DECISION RESERVED.

Time Commenced:10:10 a.m.
Time Adjourned: 1:30 p.m.


                                        Gail A. Hansen,
                                        Deputy Clerk