IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| VALLEY MEDIA, INC., | ) | Case No. 01-11353 (PJW) |
| | ) | |
| Debtor. | ) | |

AFFIDAVIT OF
RAELENA Y. TAYLOR, PARALEGAL

STATE OF DELAWARE:
             SS:
NEW CASTLE COUNTY:

     I, Raelena Y. Taylor, certify that I am, and at all times during the service of process, have been, an employee of Klett, Rooney, Lieber and Schorling, P.C., not less than 18 years of age and not a party to the matter concerning which service of process was made. I certify further that I caused service of the following:

**NOTICE OF APPLICATION [DI #1656]**

**TWENTY-FOURTH MONTHLY APPLICATION OF
KLETT ROONEY LIEBER & SCHORLING,
CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES [DI #1656]**

**NOTICE OF APPLICATION [DI #1657]**

**TWENTY-FIFTH APPLICATION OF MORGAN, LEWIS & BOCKIUS LLP
FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE
PERIOD DECEMBER 1, 2003 THROUGH DECEMBER 31, 2003 [DI #1657]**

to be made on the following parties on the attached list by Hand Delivery (City of Wilmington addresses only) and First Class Mail on January 26, 2004.

_____
Raelena Y. Taylor

SWORN AND SUBSCRIBED before me this 27th day of January 2004.

_____
NOTARY

MELODY L. RIDDELL
Notary Public
State of Delaware
My Commission expires on May 22, 2004

VALLEY MEDIA
Fee App
A


Jonathan N. Helfat, Esquire
Otterbourg Steindler Houston and Rosen, P.C.
230 Park Avenue
New York, NY 10169
**(Congress Financial Corp.)**

Michael A. Bloom, Esquire
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103
**(Official Committee of Unsecured Creditors)**

Robert H. Dehney, Esquire
Morris Nichols Arsht & Tunnell
1201 North Market Street
Wilmington, DE 19801
**(Debtor's Counsel)**

Maria D. Giannirakis, Esquire
Office of the U.S. Trustee
844 N. King Street
Wilmington, DE 19801
**(U.S. Trustee)**

William P. Bowden, Esquire
Ashby & Geddes
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801
**(Congress Financial Corp.)**

Jerry Benjamin
Valley Media, Inc.
1280 Santa Anita Court
Woodland, CA 95776
**(Debtor)**