## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-1139 (JKF) |
| Debtors. | (Jointly Administered) |

**Objection Deadline:  February 18, 2004 at 4:00 p.m.**

## TWENTY-SIXTH MONTHLY APPLICATION OF
## KLETT ROONEY LIEBER & SCHORLING,
## CO-COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY HOLDERS, FOR
## COMPENSATION AND REIMBURSEMENT OF EXPENSES
## FOR THE PERIOD DECEMBER 1, 2003 THROUGH DECEMBER 25, 2003

| | |
|---|---|
| Name of Applicant: | Klett Rooney Lieber & Schorling, a Professional Corporation |
| Authorized to Provide Professional Services to: | The Official Committee of Equity Holders |
| Date of Retention: | October 26, 2001 *nunc pro tunc* |
| Period for which compensation and reimbursement is sought: | December 1, 2003 through December 25, 2003 |
| Amount of fees to be approved as actual, reasonable and necessary: | $10,843.00 |
| Amount of expenses sought as actual, reasonable and necessary: | $543.07 |

This is a(n): ___ interim          ___ final application.          _x_ monthly application.

The total time expended for the preparation of this application will be included in the next interim fee application.

KRLSWLM: #52482 v1 - W.R. Grace: KRLS 26th Fee App (12/1/03-12/25/03)

**Prior Monthly Applications:**

| Date Filed and Docket No. | Period Covered | Requested Fees/ Expenses | Approved Fees/ Expenses | CNO/Docket No. |
|---|---|---|---|---|
| 12/28/01 1426 | 10/26/01 through 11/30/01 | $5,518.00/ $2,028.76 | $4,414.40/ $2,028.76 | 1541 |
| 01/25/02 1548 | 12/01/01 through 12/31/01 | $4,119.50/ $940.67 | $3,295.60/ $940.67 | 1689 |
| 02/26/02 1720 | 01/01/02 through 01/31/02 | $11,494.00/ $1,275.80 | $9,195.20/ $1,275.80 | 1836 |
| 04/03/02 1895 | 02/01/02 through 02/28/02 | $7,784.50/ $882.79 | $6,227.60/ $882.79 | 1984 |
| 05/08/02 2025 | 03/01/02 through 03/31/02 | $7,755.00/ $1,565.66 | $6,204.00/ $1,565.66 | 2120 |
| 06/03/02 2145 | 04/01/02 through 04/30/02 | $6,011.50/ $878.55 | $4,809.20/ $878.55 | 2285 |
| 07/02/02 2316 | 05/01/02 through 05/31/02 | $6,957.50/ $688.60 | $5,566.00/ $688.60 | 2436 |
| 08/02/02 2489 | 06/01/02 through 06/30/02 | $5520.00/ $447.36 | $4,416.00/ $447.36 | 2607 |
| 08/28/02 2609 | 07/01/02 through 07/31/02 | $3,597.50/ $879.97 | $2,878.00/ $879.97 | 2701 |
| 09/26/02 2751 | 08/01/02 through 08/31/02 | $9,457.50/ $1,172.93 | $7,566.00/ $1,172.93 | 2829 |
| 10/25/02 2885 | 09/01/02 through 09/30/02 | $14,313.50/ $665.71 | $11,450.80/ $665.71 | 3057 |
| 11/25/02 3069 | 10/01/02 through 10/31/02 | $12,568.50/ $1,343.14 | $10,054.80/ $1,343.14 | 3169 |
| 12/26/02 3188 | 11/01/02 through 11/30/02 | $9,268.50/ $430.93 | $7,414.80/ $430.93 | 3256 |
| 1/27/03 3276 | 12/1/02 through 12/25/02 | $4,071.00/ $160.28 | $3,256.00/ $160.28 | 3417 |
| 2/25/03 3425 | 12/26/02 through 1/31/03 | $6,386.50/ $82.31 | $5,109.00/ $82.31 | 3520 |
| 3/24/05 3545 | 2/1/03 through 2/28/03 | $3,576.50/ $70.72 | $2,861.20/ $70.72 | 3664 |

| 4/28/03 3716 | 3/1/03 through 3/31/03 | $7,177.50/ $481.33 | $5,742.00/ $481.33 | 3827 |
|---|---|---|---|---|
| 5/28/03 3834 | 4/1/03 through 4/30/03 | $4,300.50/ $227.83 | $3,440.40/ $227.83 | 3947 |
| 6/27/03 3968 | 5/1/03 through 5/31/03 | $7,792.50/ $1,024.71 | $6,234.00/ $1,024.71 | 4091 7/22/03 |
| 7/28/03 4113 | 6/1/03 through 6/30/03 | $7,168.50/ $831.98 | $5,734.80/ $831.98 | 4309 8/21/03 |
| 8/28/03 4351 | 7/1/03 through 7/31/03 | $17,663.00/ $1,392.91 | $14,130.40/ $1,392.91 | 4456 9/22/03 |
| 9/29/03 4500 | 8/1/03 through 8/31/03 | $12,893.50/ $244.39 | $10,314.80/ $244.39 | 4521 10/23/03 |
| 10/29/03 4630 | 9/1/03 through 9/30/03 | $14,176.00/ $2,059.35 | $11,340.80/ $2,059.35 | 4725 11/21/03 |
| 11/26/03 4753 | 10/1/03 through 10/31/03 | $13,698.00/ $575.77 | $10,958.40/ $575.77 | 4829 12/18/03 |
| 12/29/03 4877 | 11/1/03 through 11/30/03 | $10,696.50/ $207.22 | $8,557.20/ $207.22 | 4986 1/26/04 |

### SUMMARY OF TIME FOR BILLING PERIOD
### DECEMBER 1, 2003 THROUGH DECEMBER 25, 2003

| Name | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|
| Teresa K.D. Currier | $445 | 11.8 | $5,251.00 |
| Rhonda L. Thomas | $210 | 14.9 | $3,129.00 |
| Francis A. Panchak | $135 | 0.4 | $54.00 |
| Raelena Y. Taylor | $125 | 19.0 | $2,375.00 |
| Susan J. Brown | $85 | 0.4 | $34.00 |
| **TOTAL** | | **46.5** | **$10,843.00** |

## SUMMARY OF TIME BY PROJECT CATEGORY FOR BILLING PERIOD
### DECEMBER 1, 2003 THROUGH DECEMBER 25, 2003

| Project category | Total Hours | Total Fees |
|---|---|---|
| Asset Disposition | 0.4 | $84.00 |
| Business Operations | 0.5 | $222.50 |
| Case Administration | 11.7 | $2,017.50 |
| Claims Analysis Obj. & Resolution (Asbestos) | 1.7 | $357.00 |
| Claims Analysis Obj. & Resolution (Non-Asbestos) | 4.0 | $1,498.00 |
| Committee, Creditors', Noteholders', or Equity Holders' | 1.0 | $445.00 |
| Employment Applications, Others | 0.8 | $215.00 |
| Fee Applications, Applicant | 6.5 | $839.00 |
| Fee Applications, Others | 8.5 | $1,388.50 |
| Financing | 1.6 | $712.00 |
| Hearings | 4.5 | $1,082.00 |
| Litigation and Litigation Consulting | 5.2 | $1,961.50 |
| ZAI Science Trial | 0.1 | $21.00 |
| **TOTAL** | **46.5** | **$10,843.00** |

**SUMMARY OF EXPENSES BY CATEGORY FOR BILLING PERIOD**
**DECEMBER 1, 2003 THROUGH DECEMBER 25, 2003**

| Expense Category | Total Expenses |
|---|---|
| Reproduction of Documents | $52.05 |
| Duplicating Services | $190.80 |
| Messenger Services | $288.00 |
| Telecopy Expenses | $1.59 |
| Federal Express | $10.63 |
| **TOTAL** | **$543.07** |

**KLETT ROONEY LIEBER & SCHORLING**
**A Professional Corporation**

By:    /s/ Rhonda Thomas
       Teresa K. D. Currier (No. 3080)
       Rhonda L. P. Thomas (No. 4053)
       1000 West Street, Suite 1410
       Wilmington, DE 19801
       (302) 552-4200

       Co-Counsel to the Official Committee of
       Equity Holders

Dated: January 28, 2003

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : JANUARY 20, 2004
MATTER : W9600-000
INVOICE : 168811

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 12/25/03    T C

RE:  EXPENSES


| | DESCRIPTION OF EXPENSE ADVANCES | AMOUNT |
|---|---|---|
| 12/02/03 | REPRODUCTION OF DOCUMENTS | 5.70 |
| 12/08/03 | DUPLICATING SERVICES -  DIGITAL LEGAL SERVICES - #20796 | 190.80 |
| 12/12/03 | REPRODUCTION OF DOCUMENTS | 2.25 |
| 12/12/03 | TELECOPY EXPENSES | 1.59 |
| 12/15/03 | MESSENGER SERVICES -  TRISTATE COURIER & CARRIAGE - #8608 | 288.00 |
| 12/18/03 | FEDERAL EXPRESS -  FEDERAL EXPRESS CORPORATION - #4-983-19562 | 10.63 |
| 12/18/03 | REPRODUCTION OF DOCUMENTS | .45 |
| 12/18/03 | REPRODUCTION OF DOCUMENTS | 7.20 |
| 12/19/03 | REPRODUCTION OF DOCUMENTS | 34.50 |
| 12/22/03 | REPRODUCTION OF DOCUMENTS | 1.95 |

TOTAL EXPENSE ADVANCES :        543.07

TOTAL DUE  :        543.07

PENNSYLVANIA  ●  DELAWARE  ●  NEW JERSEY  ●  WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : JANUARY 20, 2004
MATTER : W9600-002
INVOICE : 168812

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 12/25/03   T C

RE:  ASSET DISPOSITION


| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 12/23/03 | RLT | REVIEWED MOTION TO AUTHORIZE THE RESTRUCTURING OF STOCK DEBT FILED BY THE DEBTORS | .40 |


### T I M E   S U M M A R Y

| | | RATE | HOURS | TOTALS |
|---|---|------|-------|--------|
| R L THOMAS | | 210.00 | .40 | 84.00 |
| | TOTALS | | .40 | 84.00 |


TOTAL FEES :                84.00

TOTAL DUE  :                84.00


PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

```
DATE :    JANUARY 20, 2004
MATTER :  W9600-003
INVOICE : 168813
```

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 12/25/03    T C

RE:  BUSINESS OPERATIONS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
| --- | --- | --- | --- |
| 12/02/03 | TC | REVIEWED MONTHLY OPERATING REPORT | .50 |

### T I M E   S U M M A R Y

| | RATE | HOURS | TOTALS |
| --- | --- | --- | --- |
| T CURRIER | 445.00 | .50 | 222.50 |
| TOTALS | | .50 | 222.50 |

TOTAL FEES :       222.50

TOTAL DUE  :       222.50

PENNSYLVANIA   •   DELAWARE   •   NEW JERSEY   •   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    JANUARY 20, 2004
MATTER :  W9600-004
INVOICE : 168814

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 12/25/03    T C

RE:  CASE ADMINISTRATION

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 12/01/03 | RTT | REVIEW SEVERAL E-NOTICES | .20 |
| 12/02/03 | RLT | REVIEWED TRANSFER AGREEMENT 3001(E) W/CHEMICAL SPECIALITIES, INC. | .20 |
| 12/02/03 | RTT | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.70 |
| 12/03/03 | RLT | REVIEWED ORDER RESCHEDULING OMNIBUS FEE HEARING | .10 |
| 12/03/03 | RTT | DOWNLOAD, REVIEW AND DISTRIBUTE ORDER RESCHEDULING TELEPHONIC HEARING FOR 12/15/03 | .20 |
| 12/03/03 | RTT | REVIEW E-NOTICES | .20 |
| 12/04/03 | RTT | REVIEW SEVERAL E-NOTICES | .20 |
| 12/05/03 | RLT | REVIEWED SECOND AMENDED NOTICE OF APPOINTMENT OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS | .20 |
| 12/05/03 | RLT | REVIEWED RESPONSE OF OFFICIAL COMMITTEE OF ASBESTOS CLAIMANTS | .50 |
| 12/05/03 | RTT | REVIEW E-NOTICES | .10 |
| 12/05/03 | RTT | UPDATE AND REVIEW DOCKET | .30 |
| 12/08/03 | RLT | REVIEWED NOTICE OF AGENDA FOR 12/15/03 | .30 |
| 12/08/03 | RTT | UPDATE AND REVIEW DOCKET | .20 |

**PENNSYLVANIA ● DELAWARE ● NEW JERSEY ● WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS            DATE :    JANUARY 20, 2004
                                                MATTER :  W9600-004
                                                INVOICE : 168814


    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 12/25/03    T C

    RE:  CASE ADMINISTRATION


| Date | | Description | Hours |
|---|---|---|---|
| 12/08/03 | TC | REVIEWED COMMUNICATION TO COMMITTEE RE COMMITTEE CALL ON 12/16 | .40 |
| 12/08/03 | TC | REVIEWED AGENDA NOTICE RE HEARING ON 12/15 | .40 |
| 12/08/03 | TC | REVIEW OF MATTERS SET FOR HEARING | .40 |
| 12/09/03 | RLT | REVIEWED EMAIL FROM RTT RE AGENDA AND REVIEWED ATTACHED AGENDA RE: SAME | .50 |
| 12/09/03 | RLT | COMMUNICATION WITH RTT RE TELEPHONIC APPEARANCE | .10 |
| 12/09/03 | RTT | REVIEW SEVERAL E-NOTICES | .20 |
| 12/09/03 | RTT | DOWNLOAD AND PREPARE PLEADINGS RE 12/15/03 HEARING FILE | 1.60 |
| 12/09/03 | RTT | DOWNLOAD AND REVIEW NOTICE OF APPEARANCE FILED BY INTERNATIONAL MAINTENANCE CO. LLC; UPDATE 2002 SERVICE LIST RE SAME | .30 |
| 12/09/03 | RTT | DOWNLOAD, REVIEW AND DISTRIBUTE NOTICE OF AGENDA FOR MATTERS SCHEDULED ON 12/15/03 | .30 |
| 12/10/03 | RTT | REVIEW E-NOTICES | .20 |
| 12/11/03 | RTT | REVIEW E-NOTICES | .20 |
| 12/12/03 | RLT | REVIEWED AMENDED AGENDA FOR 12/15/03 HEARING | .20 |
| 12/12/03 | RTT | REVIEW E-NOTICES | .10 |
| 12/12/03 | RTT | DOWNLOAD, REVIEW AND DISTRIBUTE AMENDED AGENDA RE 12/15/03 HEARING | .30 |
| 12/15/03 | RTT | REVIEW SEVERAL E-NOTICES | .20 |
| 12/16/03 | RTT | REVIEW E-NOTICES | .10 |

**PENNSYLVANIA  ●  DELAWARE  ●  NEW JERSEY  ●  WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

OFFICIAL COMMITTEE OF EQUITY HOLDERS           DATE :    JANUARY 20, 2004
                                              MATTER :  W9600-004
                                              INVOICE : 168814

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 12/25/03    T C

RE:  CASE ADMINISTRATION

| Date | | Description | Hours |
|------|--|-------------|-------|
| 12/17/03 | RTT | REVIEW E-NOTICES | .10 |
| 12/18/03 | RLT | BRIEFLY REVIEWED NOTICE OF TRANSFER OF WRGRACE SIGMA BREAKTHROUGH TECHNOLOGIES INC., | .10 |
| 12/18/03 | RTT | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | .60 |
| 12/18/03 | RTT | REVIEW E-NOTICES | .20 |
| 12/18/03 | SB | SCAN AND E-FILE AFFIDAVITS OF SERVICE RELATING TO DOCKET NOS. 4829 & 4830 | .20 |
| 12/18/03 | SB | SCAN AND E-FILE AFFIDAVIT OF SERVICE RELATING TO DOCKET NO. 4742 | .20 |
| 12/19/03 | RTT | REVIEW E-NOTICES | .10 |
| 12/23/03 | RTT | DOWNLOAD AND REVIEW NOTICE OF APPEARANCE FILED BY AMERICAN LEGION, FAGO (.2); UPDATE 2002 SERVICE LIST RE SAME (.1) | .30 |

### T I M E   S U M M A R Y
-----------------------

|  | RATE | HOURS | TOTALS |
|--|------|-------|--------|
| R L THOMAS | 210.00 | 2.20 | 462.00 |
| R T TAYLOR | 125.00 | 7.90 | 987.50 |
| S BROWN | 85.00 | .40 | 34.00 |
| T CURRIER | 445.00 | 1.20 | 534.00 |
| TOTALS | | 11.70 | 2017.50 |

PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE    :   JANUARY 20, 2004
MATTER  :   W9600-004
INVOICE :   168814

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 12/25/03    T C

RE:  CASE ADMINISTRATION


TOTAL FEES :                    2,017.50

TOTAL DUE  :                    2,017.50


**PENNSYLVANIA** ● **DELAWARE** ● **NEW JERSEY** ● **WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : JANUARY 20, 2004
MATTER : W9600-005
INVOICE : 168815

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 12/25/03    T C

RE:  CLAIM ANALYSIS OBJ. & RESOLUTION (ASBESTOS)

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
| ---- | ---- | -------------------------------- | ----- |
| 12/02/03 | RLT | REVIEWED ANSWER OF UNOFFICIAL COMMITTEE OF SELECT ABESTOS CLAIMANT TO EMERGENCY PETITION FOR WRIT OF MANDAMUS | .40 |
| 12/02/03 | RLT | REVIEWED ANSWER OF ASBESTOS CLAIMANTS AND PETITION FOR MANDAMUS | .80 |
| 12/05/03 | RLT | REVIEWED MOTION FOR LEAVE TO FILE RESPONSE TO ASBESTOS CLAIMANTS | .50 |

## T I M E   S U M M A R Y

|  | RATE | HOURS | TOTALS |
| --- | ---- | ----- | ------ |
| R L THOMAS | 210.00 | 1.70 | 357.00 |
| TOTALS | | 1.70 | 357.00 |

TOTAL FEES :                357.00

TOTAL DUE  :                357.00

PENNSYLVANIA    ●    DELAWARE    ●    NEW JERSEY    ●    WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : JANUARY 20, 2004
MATTER : W9600-006
INVOICE : 168816

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 12/25/03   T C

RE:  CLAIM ANALYSIS OBJ. & RESOLUTION (NON-ASBESTOS)

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 12/02/03 | TC | REVIEWED OBJECTION OF OFFICIAL ASBESTOS PROPERTY DAMAGE COMMITTEE TO ROYAL MOTION FOR LATE FILED CLAIM | .40 |
| 12/02/03 | TC | REVIEWED OBJECTION OF CAROL GIRARD TO ROYAL MOTION TO FILE LATE PROOF OF CLAIM | .40 |
| 12/05/03 | RLT | REVIEWED REPLY TO OBJECTION OF ROYAL'S MOTION TO FILE LATE PROOF OF CLAIM | .50 |
| 12/08/03 | TC | REVIEWED ROYAL REPLY TO OBJECTIONS TO ITS REQUEST TO FILE A LATE CLAIM | .50 |
| 12/12/03 | RLT | REVIEWED ORDER GRANTING STIPULATION RESOLVING THE MOTION FOR RECONSIDERATION OF ORDER DISALLOWING CLAIM NO. 1658 FILED BY VALERON STRENGTH FILMS | .20 |
| 12/19/03 | RLT | REVIEWED AFFIDAVIT OF MICHELLE DALSIN RE: CLAIMS BAR DATE NOTICE MATERIAL, GRACE NON-ASBESTOS PROOF OF CLAIM FORM, WR GRACE & CO. ASBESTOS MEDICAL MONITORING PROOF OF CLAIM FORM AND W.R. GRACE & CO. ASBESTOS PROPERTY DAMAGE PROOF OF CLAIM FORM | .20 |
| 12/22/03 | RLT | REVIEWED MOTION TO APPROVE DEBTORS MOTION TO LIMIT WAIVER OF DEL. BANKR. L.R. 3007-1 | .30 |
| 12/23/03 | TC | REVIEWED MOTION FOR STREAMLINING CLAIMS PROCESS | .70 |
| 12/23/03 | TC | REVIEWED MOTION TO AUTHORIZE DEBTOR TO SETTLE MASSACHIUSETTS DEPARTMENT OF REVENUE CLAIMS | .80 |

PENNSYLVANIA  •  DELAWARE  •  NEW JERSEY  •  WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :   JANUARY 20, 2004
                                            MATTER :  W9600-006
                                            INVOICE : 168816

    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 12/25/03    T C

    RE:  CLAIM ANALYSIS OBJ. & RESOLUTION (NON-ASBESTOS)



                    T I M E   S U M M A R Y
                    -----------------------

                         RATE    HOURS          TOTALS
                         ----    -----          ------

    R L THOMAS           210.00   1.20           252.00
    T CURRIER            445.00   2.80          1246.00
                 TOTALS           4.00          1498.00


                 TOTAL FEES :                        1,498.00


                 TOTAL DUE  :                        1,498.00
```

**PENNSYLVANIA   •   DELAWARE   •   NEW JERSEY   •   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :   JANUARY 20, 2004
                                            MATTER : W9600-007
                                            INVOICE : 168817


    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 12/25/03   T C

    RE:  COMMITTEE, CREDITORS', NOTEHOLDERS', OR
         EQUITY HOLDERS'



 DATE  ATTY    DESCRIPTION OF SERVICES RENDERED                   HOURS
 ----  ----    -------------------------------                    -----

12/16/03 TC    COMMITTEE MEETING WITH EQUITY COMMITTEE RE          1.00
               STATUS OF LEGISLATION ETC.



                      T I M E   S U M M A R Y
                      -----------------------

                         RATE    HOURS         TOTALS
                         ----    -----         ------

   T CURRIER           445.00    1.00          445.00
                TOTALS          1.00          445.00


              TOTAL FEES :                        445.00


              TOTAL DUE  :                        445.00
```

**PENNSYLVANIA**  ●  **DELAWARE**  ●  **NEW JERSEY**  ●  **WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE   :   JANUARY 20, 2004
MATTER :   W9600-010
INVOICE :  168818

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 12/25/03    T C

RE:  EMPLOYMENT APPLICATIONS, OTHERS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 12/09/03 | RLT | REVIEWED AFFIDAVIT OF JOHN NORCROSS OF DUANE MORRIS | .20 |
| 12/15/03 | TC | REVIEWED ORDER AUTHORIZING RETENTION OF STATE STREET BANK | .20 |
| 12/18/03 | RLT | REVIEWED CORRECTED ORDER AUTHORIZING THE DEBTORS TO RETAIN STATE STREET BANK AND TRUST COMPANY TO ACT AS INVESTMENT MANAGER AND FIDUCIARY OF THE GRACE STOCK WITHIN THE GRACE SAVINGS & INVESTMENT PL | .20 |
| 12/19/03 | RLT | REVIEWED AFFIDAVIT UNDER 11 U.S.C 327(E) OF LISA A. EPPS AN ASSOCIATE WITH THE LAW FIRM OF SPENCER FANE BRITT & BROWNE LLP | .20 |

### T I M E   S U M M A R Y

| | RATE | HOURS | TOTALS |
|---|------|-------|--------|
| R L THOMAS | 210.00 | .60 | 126.00 |
| T CURRIER | 445.00 | .20 | 89.00 |
| TOTALS | | .80 | 215.00 |

TOTAL FEES :                215.00

TOTAL DUE  :                215.00

PENNSYLVANIA  •  DELAWARE  •  NEW JERSEY  •  WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : JANUARY 20, 2004
MATTER : W9600-011
INVOICE : 168819

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 12/25/03    T C

RE:  FEE APPLICATIONS, APPLICANT

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
| --- | --- | --- | --- |
| 12/02/03 | FAP | ASSIST RT WITH SERVICE OF KRLS' TWENTY-FOURTH FEE APPLICATION | .10 |
| 12/02/03 | RTT | DISTRIBUTE KRLS TWENTY FOURTH MONTHLY FEE APPLICATION TO FEE AUDITOR IN WORD FORMAT | .10 |
| 12/08/03 | RTT | REVIEW/EDIT PRE-BILLS FOR THE MONTH OF NOVEMBER 2003 | 1.40 |
| 12/12/03 | RTT | DISCUSSION WITH RLT RE 12/15/03 HEARING AND NINTH QUARTERLY FEE APPLICATION | .10 |
| 12/16/03 | RTT | DRAFT CERTIFICATE OF NO OBJECTION TO KRLS TENTH QUARTERLY FEE APPLICATION FOR THE PERIOD 7/1/03 THROUGH 9/30/03 | .40 |
| 12/17/03 | RTT | DRAFT NO ORDER REQUIRED CERTIFICATE OF NO OBJECTION TO KRLS TWENTY-FOURTH MONTHLY FEE APPLICATION | .40 |
| 12/18/03 | RLT | DISCUSSED ORDER APPROVING KRLS NINTH INTERIM FEES AND FORWARDED SAME TO JACK BEAMON | .30 |
| 12/18/03 | RTT | E-FILE AND SERVE NO ORDER REQUIRED CERTIFICATION OF NO OBJECTION TO KRLS TWENTY-FOURTH MONTHLY FEE APPLICATION | .60 |
| 12/18/03 | RTT | E-FILE AND SERVE CERTIFICATION OF NO OBJECTION TO KLETT ROONEY'S TENTH QUARTERLY FEE APPLICATION REQUEST | .60 |

**PENNSYLVANIA  ●  DELAWARE  ●  NEW JERSEY  ●  WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE    : JANUARY 20, 2004
MATTER  : W9600-011
INVOICE : 168819

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 12/25/03    T C

RE:  FEE APPLICATIONS, APPLICANT

| | | |
|---|---|---|
| 12/18/03 RTT | PREPARE AFFIDAVITS OF SERVICE RE CNO TO KRAMER'S TWENTY-SIXTH FEE APP, KRLS TWENTY-FOURTH AND KRLS TENTH QUARTERLY FEE APPLICATIONS | .60 |
| 12/19/03 RTT | DISTRIBUTE PRE-BILLS TO ACCOUNTING RE NOVEMBER 2003 FEES | .10 |
| 12/23/03 RTT | REVIEW, EDIT AND COMPARE FINAL BILLS FOR THE MONTH OF NOVEMBER 2003 | .30 |
| 12/24/03 RTT | DRAFT KRLS TWENTY-FIFTH MONTHLY FEE APPLICATION FOR THE PERIOD NOVEMBER 1, 2003 THROUGH NOVEMBER 30, 2003 | 1.50 |

## T I M E   S U M M A R Y

| | RATE | HOURS | TOTALS |
|---|---|---|---|
| F A PANCHAK | 135.00 | .10 | 13.50 |
| R L THOMAS | 210.00 | .30 | 63.00 |
| R T TAYLOR | 125.00 | 6.10 | 762.50 |
| TOTALS | | 6.50 | 839.00 |

TOTAL FEES :                    839.00

TOTAL DUE  :                    839.00

**PENNSYLVANIA  ●  DELAWARE  ●  NEW JERSEY  ●  WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    JANUARY 20, 2004
MATTER :  W9600-012
INVOICE : 168820

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 12/25/03    T C

RE:   FEE APPLICATIONS, OTHERS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 12/02/03 | FAP | DISCUSSIONS WITH RT AND HP REGARDING KRAMER LEVIN'S TWENTY-SIXTH FEE APPLICATION (.1); ASSIST RT WITH SERVICE OF SAME (.1) | .20 |
| 12/02/03 | RTT | DISTRIBUTE KRAMER LEVIN'S 26TH MONTHLY FEE APPLICATION TO FEE AUDITOR IN WORD FORMAT | .10 |
| 12/03/03 | RLT | REVIEWED INTERIM PROFESSIONAL APPLICATION OF HOLME ROBERTS FOR THE MONTH OF OCTOBER | .10 |
| 12/03/03 | RLT | REVIEWED 31ST MONTHLY FEE APPLICATION OF PACHULSKI ZANG FOR OCTOBER | .10 |
| 12/08/03 | RLT | REVIEWED FEE APPLICATION OF JOSEPH & PEARCE FOR SEPTEMBER | .10 |
| 12/08/03 | RLT | REVIEWED FEE APPLICATION OF LUKINS & ANNIS FOR AUGUST 2003 | .10 |
| 12/08/03 | RLT | REVIEWED FEE APPLICATION FOR OCTOBER FILED BY RICHARDSON PATRICK WESTBROOK | .10 |
| 12/09/03 | RLT | REVIEWED INTERIM FEE APPLICATION OF STROOCK & STROOCK FOR PERIOD 7/1/03-9/30/03 | .30 |
| 12/09/03 | RLT | REVIEWED QUARTERLY APPLICATION OF FTZ POLICANO | .30 |
| 12/10/03 | RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION NOVEMBER 2003, MONTHLY INVOICE FILED BY WARREN H. SMITH & ASSOCIATES, P.C | .10 |

PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : JANUARY 20, 2004
MATTER : W9600-012
INVOICE : 168820

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 12/25/03    T C

RE:  FEE APPLICATIONS, OTHERS

| | | |
|---|---|---|
| 12/12/03 RLT | REVIEWED APPLICATION FOR COMPENSATION /THIRTEENTH MONTHLY FEE APPLICATION OF PRICEWATERHOUSECOOPERS, LLP, AUDITORS AND TAX CONSULTANTS FOR DEBTORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF OCTOBER, 2003 | .10 |
| 12/12/03 RLT | REVIEWED THIRTY-FIRST-MONTHLY INTERIM APPLICATION OF WALLACE KING MARRARO & BRANSON PLLC FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR OCTOBER 1, 2003 THROUGH OCTOBER 31, 2003 | .10 |
| 12/12/03 RLT | REVIEWED TWENTY-FIFTH MONTHLY APPLICATION OF CASNER & EDWARDS, LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL LITIGATION COUNSEL TO DEBTORS FOR THE PERIOD FROM OCTOBER 1, 2003 THROUGH OCTOBER 31, 2003 | .10 |
| 12/12/03 RLT | REVIEWED TWENTY-FIRST MONTHLY INTERIM APPLICATION OF CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR NOVEMBER, 1, 2003 THROUGH NOVEMBER 30, 2003 | .10 |
| 12/17/03 RTT | DRAFT NO ORDER REQUIRED CERTIFICATE OF NO OBJECTION TO KRAMER'S TWENTY-SIXTH MONTHLY FEE APPLICATION | .40 |
| 12/18/03 RLT | REVIEWED APPLICATION FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES FOR THE MONTHLY INTERIM PERIOD OF OCTOBER 1, 2003 THROUGH OCTOBER 31, 2003, FOR THE QUARTERLY FEE PERIOD OF OCTOBER - DECEMBER 2003 FILED BY WOODCOCK WASHBURN LLP | .40 |

**PENNSYLVANIA  ●  DELAWARE  ●  NEW JERSEY  ●  WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS                    DATE :    JANUARY 20, 2004
                                                       MATTER :  W9600-012
                                                       INVOICE : 168820

        FOR PROFESSIONAL SERVICES RENDERED THROUGH: 12/25/03    T C

        RE:  FEE APPLICATIONS, OTHERS

| | | |
|---|---|---|
| 12/18/03 RLT | REVIEWED WOODCOCK WASHBURN FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL LITIGATION COUNSEL TO W.R. GRACE & CO., ET AL., FOR THE TENTH QUARTERLY INTERIM PERIOD OF JULY 1, 2003 - SEPTEMBER 30, 2003 | .30 |
| 12/18/03 RLT | REVIEWED TENTH QUARTERLY INTERIM VERIFIED APPLICAITON OF WALLACE, KING MARRARO & BRANSON, PLLC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL LITIGATION AND ENVIRONMENTAL COUNSEL TO W.R. GRACE & CO., ET AL., FOR THE INTERIM PERIOD FROM JULY 1, 2003 THROUGH SEPTEMBER 30, 2003 | .30 |
| 12/18/03 RLT | REVIEWED VERIFIED APPLICATION OF PITNEY, HARDIN, KIPP & SZUCH LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO W.R. GRACE & CO., ET AL., FOR THE INTERIM PERIOD JULY 1, 2003 - SEPTEMBER 30, 2003 | .30 |
| 12/18/03 RTT | E-FILE AND SERVE NO ORDER REQUIRED CERTIFICATION OF NO OBJECTION TO KRAMER LEVIN'S TWENTY-SIXTH MONTHLY FEE APPLICATION | .60 |
| 12/19/03 RLT | REVIEWED QUARTERLY APPLICATION FOR COMPENSATION QUARTERLY FEE APPLICATION OF KRAMER LEVIN NAFTALIS & FRANKEL LLP, COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY HOLDERS, FOR COMPENSATION AND REIMBURSEMENT OF DISBURSEMENTS FOR THE PERIOD FROM JULY 1, 2003 THROUGH SEPTEMBER 30, 2003 | .30 |

PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    JANUARY 20, 2004
MATTER :  W9600-012
INVOICE : 168820

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 12/25/03    T C

RE:  FEE APPLICATIONS, OTHERS

| | | | |
|---|---|---|---|
| 12/19/03 | RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION TWENTY-SEVENTH MONTLY FEE APPLICATION OF KRAMER LEVIN NAFTALIS & FRANKEL LLP, COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY HOLDERS, FOR COMPENSATION AND REIMBURSEMENT OF DISBURSEMENTS FOR THE PERIOD FROM OCTOBER 1, 2003 THROUGH OCTOBER 31, 2003 | .10 |
| 12/19/03 | RLT | REVIEWED TWENTY-EIGHTH INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM OCTOBER 1, 2003 THROUGH OCTOBER 31, 2003 FILED BY BILZIN SUMBERG | .10 |
| 12/19/03 | RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION FOR THE PERIOD OCTOBER 1, 2003 THROUGH OCTOBER 31, 2003, FILED BY FTI POLICANO & MANZO | .10 |
| 12/19/03 | RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION FOR THE PERIOD OCTOBER 1, 2003 THROUGH OCTOBER 31, 2003, FILED BY STROOCK & STROOCK & LAVAN LLP | .10 |
| 12/19/03 | RTT | DRAFT NOTICE OF KRAMER LEVIN'S TENTH QUARTERLY FEE APPLICATION FOR THE PERIOD JULY 1, 2003 THROUGH SEPTEMBER 30, 2003 | .60 |
| 12/19/03 | RTT | E-FILE AND SERVE KRAMER LEVIN'S TWENTY SEVENTH MONTHLY FEE APPLICATION | .80 |
| 12/19/03 | RTT | E-FILE AND SERVE KRAMER LEVIN'S TENTH QUARTERLY FEE APPLICATION FOR THE PERIOD JULY 1, 2003 THROUGH SEPTEMBER 30, 2003 | .80 |
| 12/19/03 | RTT | EMAIL TO RLT RE NOTICE OF KRAMER LEVINS TENTH QUARTERLY FEE APPLICATION | .10 |

PENNSYLVANIA    ●    DELAWARE    ●    NEW JERSEY    ●    WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : JANUARY 20, 2004
MATTER : W9600-012
INVOICE : 168820

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 12/25/03   T C

RE:   FEE APPLICATIONS, OTHERS

| Date | Code | Description | Hours |
|------|------|-------------|-------|
| 12/22/03 | FAP | ASSIST RT WITH SERVICE OF KRAMER LEVIN'S QUARTERLY FEE APPLICATION AND TWENTY-SEVENTH MONTHLY FEE APPLICATION | .10 |
| 12/22/03 | RLT | REVIEWED OCTOBER FEE APPLICATION OF TERSIGNI CONSULTING | .10 |
| 12/22/03 | RLT | REVIEWED 30TH MONTHLY FEE APPLICATION OF FENY, JOSEPH & PEARCE FOR OCTOBER | .10 |
| 12/23/03 | RTT | E-FILE AND SERVE NOTICE OF KRAMER LEVIN'S QUARTERLY FEE APPLICATION FOR THE PERIOD JULY 1, 2003 THROUGH SEPTEMBER 30, 2003 | .60 |
| 12/23/03 | RTT | PREPARE AFFIDAVIT OF SERVICE AND SERVICE LIST RE NOTICE OF KRAMER LEVIN'S QUARTERLY FEE APPLICATION FOR THE PERIOD JULY 1, 2003 THROUGH SEPTEMBER 30, 2003 | .20 |
| 12/23/03 | RTT | CALENDAR OBJECTION DEADLINE RE KRAMER LEVIN'S TWENTY-SEVENTH MONTHLY FEE APPLICATION AND QUARTERLY FEE APPLICATION FOR THE PERIOD JULY 1, 2003 THROUGH SEPTEMBER 2003 | .20 |

### T I M E   S U M M A R Y
-----------------------

|  | RATE | HOURS | TOTALS |
|------|------|-------|--------|
| F A PANCHAK | 135.00 | .30 | 40.50 |
| R L THOMAS | 210.00 | 3.80 | 798.00 |
| R T TAYLOR | 125.00 | 4.40 | 550.00 |
| TOTALS | | 8.50 | 1388.50 |

TOTAL FEES :                    1,388.50

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : JANUARY 20, 2004
MATTER : W9600-012
INVOICE : 168820

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 12/25/03    T C

RE:  FEE APPLICATIONS, OTHERS


TOTAL DUE  :              1,388.50


**PENNSYLVANIA**  ●  **DELAWARE**  ●  **NEW JERSEY**  ●  **WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    JANUARY 20, 2004
                                              MATTER :  W9600-013
                                              INVOICE : 168821


      FOR PROFESSIONAL SERVICES RENDERED THROUGH: 12/25/03    T C

      RE:  FINANCING


| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
| ---- | ---- | -------------------------------- | ----- |
| 12/23/03 | TC | REVIEWED MOTION TO AMEND FINANCING AGREEMENT WITH ADVANCED TECHNOLOGIES | .80 |
| 12/24/03 | TC | REVIEWED MOTION TO RESTRUCTURE DEBT OF CERTAIN SUBSIDIARIES | .80 |


                    T I M E   S U M M A R Y
                    -----------------------

|              | RATE | HOURS | TOTALS |
|              | ---- | ----- | ------ |
| T CURRIER    | 445.00 | 1.60 | 712.00 |
| TOTALS       | | 1.60 | 712.00 |

                    TOTAL FEES :                      712.00

                    TOTAL DUE  :                      712.00


**PENNSYLVANIA    ●    DELAWARE    ●    NEW JERSEY    ●    WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :   JANUARY 20, 2004
                                            MATTER : W9600-014
                                            INVOICE : 168822
```

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 12/25/03    T C

RE: HEARINGS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
| ---- | ---- | -------------------------------- | ----- |
| 12/09/03 | RLT | DISCUSSED HEARING WITH RTT IN PITTSBURGH (.2); REVIEWED NINTH QUARTERLY FEE APPLICATION NUMBERS WHICH WERE ON FOR THE DECEMBER 15TH HEARING (.3). | .50 |
| 12/09/03 | RTT | EMAIL FROM K.MANGUAL RE 12/15/03 HEARING AND TELEPHONIC APPEARANCE | .10 |
| 12/09/03 | RTT | DISCUSSIONS AND EMAILS WITH RLT RE 12/15/03 AND LOCATION | .30 |
| 12/09/03 | TC | REVIEWED AGENDA NOTICE | .40 |
| 12/10/03 | RLT | EMAIL COMMUNICATION WITH GARY BECKER RE DECEMBER 12, 2003 HEARING | .10 |
| 12/11/03 | RTT | COMMUNICATIONS WITH PATRICIA CUNIFF RE TELEPHONIC HEARING REQUEST RE 12/15/03 HEARING | .20 |
| 12/11/03 | TC | REVIEWED AMENDED AGENDA NOTICE FOR HEARING 12/15 | .40 |
| 12/15/03 | RLT | OMNIBUS HEARING TELEPHONIC ATTENDANCE | 2.50 |

**PENNSYLVANIA** ● **DELAWARE** ● **NEW JERSEY** ● **WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : JANUARY 20, 2004
MATTER : W9600-014
INVOICE : 168822

   FOR PROFESSIONAL SERVICES RENDERED THROUGH: 12/25/03    T C

   RE:  HEARINGS

## T I M E   S U M M A R Y

|              | RATE    | HOURS | TOTALS  |
|--------------|---------|-------|---------|
| R L THOMAS   | 210.00  | 3.10  | 651.00  |
| R T TAYLOR   | 125.00  | .60   | 75.00   |
| T CURRIER    | 445.00  | .80   | 356.00  |
| TOTALS       |         | 4.50  | 1082.00 |

TOTAL FEES :                 1,082.00

TOTAL DUE  :                 1,082.00

**PENNSYLVANIA** ● **DELAWARE** ● **NEW JERSEY** ● **WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : JANUARY 20, 2004
MATTER : W9600-015
INVOICE : 168823

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 12/25/03    T C

RE:  LITIGATION AND LITIGATION CONSULTING

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
| ---- | ---- | -------------------------------- | ----- |
| 12/03/03 | TC | REVIEWED MOTION TO APPROVE SEALED AIR SETTLEMENT AGREEMENT AND SETTLEMENT DOCUMENTS | 1.30 |
| 12/08/03 | TC | REVIEWED MOTION FOR LEAVE TO FILE REPLY AGAINST THE LIBBY CLAIMANTS | .80 |
| 12/12/03 | RLT | REVIEWED RULE 2019 STATEMENT OF COHN KHOURY MADOFF & WHITESELL LLP AND LANDIS RATH & COBB | .20 |
| 12/22/03 | RLT | REVIEWED NOTICE OF DISCOVERY REQUEST FOR DISCLOSURE FILED BY USG | .10 |
| 12/22/03 | RLT | REVIEWED MOTION AUTHORIZING THE SETTLEMENT OF MASSACHUSETTS CORPORATE EXCISE TAX REFUND CLAIM | .30 |
| 12/22/03 | RLT | REVIEWED MOTION AUTHORIZING DEBTORS TO AMEND THE CREDIT AGREEMENT W/ADVANCED REFINING TECHNOLOGIES | .30 |
| 12/22/03 | TC | REVIEWED THIRD CIRCUIT ORDER ON LIFTING STAY OF DISCOVERY IN JUDGE WOLIN MATTER, AND DISSEMINATED IT TO COMMITTEE | .50 |
| 12/23/03 | RLT | REVIEWED MOTION FOR CONTEMPT FILED BY DEBTORS AGAINST GIRARD | .60 |
| 12/23/03 | TC | REVIEWED COURT OF APPEALS ORDERS ON JUDGE WOLLIN | .50 |
| 12/24/03 | TC | REVIEWED MOTION TO HOLD GIRARD COUNSEL IN CONTEMPT OF COURT | .60 |

PENNSYLVANIA  ●  DELAWARE  ●  NEW JERSEY  ●  WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

```
DATE   : JANUARY 20, 2004
MATTER : W9600-015
INVOICE : 168823
```

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 12/25/03    T C

RE:  LITIGATION AND LITIGATION CONSULTING

### T I M E   S U M M A R Y
-----------------------

| | RATE | HOURS | TOTALS |
|---|---|---|---|
| R L THOMAS | 210.00 | 1.50 | 315.00 |
| T CURRIER | 445.00 | 3.70 | 1646.50 |
| TOTALS | | 5.20 | 1961.50 |

TOTAL FEES :          1,961.50

TOTAL DUE  :          1,961.50

**PENNSYLVANIA  ●  DELAWARE  ●  NEW JERSEY  ●  WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :   JANUARY 20, 2004
                                             MATTER : W9600-022
                                             INVOICE : 168824

     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 12/25/03    T C

     RE:  ZAI SCIENCE TRIAL


| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 12/10/03 | RLT | REVIEWED EMERGENCY ORDER OF PETITIONERS FOR LEAVE TO FILE REPLY TO RESPONSE | .10 |


                    T I M E   S U M M A R Y
                    -----------------------

|            | RATE | HOURS | TOTALS |
|------------|------|-------|--------|
| R L THOMAS | 210.00 | .10 | 21.00 |
| TOTALS | | .10 | 21.00 |

                    TOTAL FEES :                    21.00

                    TOTAL DUE  :                    21.00


**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**