## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-1139 (JKF) |
| Debtors. | (Jointly Administered) |
| | Objection Deadline: February 18, 2004 @ 4:00 p.m. |

## TWENTY-NINTH MONTHLY FEE APPLICATION OF KRAMER LEVIN NAFTALIS & FRANKEL LLP, COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY HOLDERS, FOR COMPENSATION AND REIMBURSEMENT OF DISBURSEMENTS FOR THE PERIOD FROM DECEMBER 1, 2003 THROUGH DECEMBER 31, 2003

Name of Applicant:    *Kramer Levin Naftalis & Frankel LLP*

Authorized to Provide
Professional Services to:    *Official Committee of Equity Holders*

Date of Retention:    *As of July 18, 2001 nunc pro tunc*

Period for which compensation
and reimbursement is sought:    *December 1, 2003 through and*
*including December 31, 2003*

Amount of Compensation sought as
actual, reasonable and necessary: *$17,595.00*
Amount of Expense Reimbursement sought as
actual, reasonable and necessary: *$1,599.14*

This is a(n):    __x__  monthly        ___    interim application

KL2.2247314.1

**Prior Applications:**

| Date Filed | Period Covered | Requested Fees/ Expenses | Paid Fees/ Expenses |
|---|---|---|---|
| February 28, 2002 | January 1, 2002 - January 31, 2002 | $23,807.50 $1,961.58 | $19,046.00 $1,961.58 |
| April 1, 2002 | February 1, 2002 - February 28, 2002 | $36,382.50 $2,894.44 | $29,106.00 $2,894.44 |
| May 8, 2002 | March 1, 2002 - March 31, 2002 | $32,575.00 $2,107.64 | $26,060.00 $2,107.64 |
| May 15, 2002 (Quarterly) | January 1, 2002 - March 31, 2002 | $92,765.00 $6,963.66 | $92,765.00 $6,963.66 |
| June 17, 2002 | April 1, 2002 - April 30, 2002 | $28,794.00 $2,669.24 | $23,035.20 $2,669.24 |
| August 5, 2002 | May 1, 2002 May 31, 2002 | $24,232.00 $2,299.11 | $19,385.60 $2,299.11 |
| September 4, 2002 | June 1, 2002 June 30, 2002 | $20.392.50 $388.61 | $16,314.00 $388.61 |
| September 18 2002 (Quarterly) | April 1, 2002 June 30, 2002 | $73,418.50 $5,356.96 | $69,340.00[1] $5,356.96 |
| November 4, 2002 | July 1, 2002 July 31, 2002 | $28,083.50 $1,121.59 | $22,466.80 $1,121.59 |
| October 24, 2002 | August 1, 2002 August 31, 2002 | $33,598.50 $7,190.62 | $26,878.80 $7,190.62 |
| November 5, 2002 | September 1, 2002 September 30, 2002 | $25,584.50 $1,761.46 | $20,467.60 $1,761.46 |
| November 21, 2002 (Quarterly) | July 1, 2002 September 30, 2002 | $87,266.50 $10,070.69 | Approved on 3/14/03 Doc. No. 3511, but 20% hold-back not yet paid |
| November 25, 2002 | October 1, 2002 October 31, 2002 | $39,887.50 $2,124.93 | $31,910.00 $2,124.93 |

[1] The twenty percent holdback ($4,078.50) for the month of June, 2002 is still outstanding.

- 2 -

KL2:2247311.1

| | | | |
|---|---|---|---|
| January 14, 2003 | November 1, 2002<br>November 30, 2002 | $18,704.00<br>$652.12 | $14,963.20<br>$652.12 |
| February 10, 2003 | December 1, 2002<br>December 31, 2002 | $11,853.50<br>$816.82 | $9,482.80<br>$816.82 |
| February 25, 2003 | January 1, 2003<br>January 31, 2003 | $11,100.00<br>$927.47 | $8,880.00<br>$927.47 |
| March 11, 2003 | October 1, 2002<br>December 31, 2002 | $70,445.00<br>$3,575.61 | Approved on<br>7/28/03<br>Doc. No. 4157,<br>but 20% hold-<br>back not yet paid |
| April 8, 2003 | February 1, 2003<br>February 28, 2003 | $13,418.00<br>$240.08 | $10,734.40<br>$240.08 |
| May 6, 2003 | March 1, 2002<br>March 31, 2003 | $26,969.00<br>$452.38 | $21,575.20<br>$452.38 |
| May 15, 2003 | January 1, 2003<br>March 31, 2002 | $51,487.00<br>$1,619.93 | Approved on<br>9/22/03<br>Doc. No. 3511,<br>but 20% hold-<br>back not yet paid |
| June 4, 2003 | April 1, 2003<br>April 30, 2003 | $7,609.00<br>$1,594.42 | $6,087.20<br>$1,594.42 |
| June 26, 2003 | May 1, 2003<br>May 31, 2003 | $9,411.00<br>$107.57 | $7,528.77<br>$107.57 |
| August 13, 2003 | June 1, 2003<br>June 30, 2003 | $10,427.00<br>$137.09 | $8,341.60<br>$137.09 |
| August 21, 2003 | April 1, 2003<br>June 30, 2003 | $27,447.00<br>$1,839.08 | Approved on<br>12/15/03<br>Doc. No. 4827,<br>but 20% hold-<br>back not yet paid |
| September 25,2003 | July 1, 2003<br>July 31, 2003 | $9,272.50<br>$32.30 | $7,418.00<br>$32.30 |
| October 2, 2003 | August 1, 2003<br>August 31, 2003 | $9,815.50<br>$130.93 | $489.69<br>$130.93 |
| November 26, 2003 | September 1, 2003<br>September 30, 2003 | $15,004.00<br>$334.63 | $12,003.20<br>$334.63 |
| December 19, 2003 | October 1, 2003<br>October 31, 2003 | $13,134.00<br>$171.04 | CNO filed<br>1/14/2004 |
| January 6, 2004 | November 1, 2003<br>November 30, 2003 | $17,595.00<br>$1,599.14 | CNO filed<br>1/28/2004 |

KL2.2247313.1

## SUMMARY OF TIME FOR BILLING PERIOD
## DECE,MBER 1, 2003 THROUGH DECEMBER 31, 2003

| Name | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|------|---------------------|--------------------|--------------------|
| Bentley, Philip | 525.00 | 4.80 | $2,520.00 |
| Horowitz, Gregory A. | 485.00 | 1.20 | $582.00 |
| Becker, Gary M. | 470.00 | 14.00 | $6,580.00 |
| Klein, David | 365.00 | 13.30 | $4,854.50 |
| Mangual, Kathleen | 185.00 | 14.10 | $2,608.50 |
| Shea, James | 75.00 | 6.00 | $450.00 |
| **Total** | | **53.40** | **$17,595.00** |

## COMPENSATION SUMMARY BY PROJECT CATEGORY

| Project Category | Total Hours for the Period 11/1/03 through 11/30/03 | Total Fees for the Period 11/1/03 through 11/30/03 |
|------------------|-----------------------------------------------------|----------------------------------------------------|
| Case Administration | 20.40 | $6,246.50 |
| Claim Analysis Objection & Resolution (Asbestos) | 1.20 | $582.00 |
| Creditor Committee | 5.00 | $2,416.00 |
| Bankruptcy Motion | 9.00 | $3,544.50 |
| Fee Applications, Applicant | 12.00 | $2,080.00 |
| Hearings | 4.30 | $2,021.00 |
| Travel/Non-Working | 1.50 | $705.00 |
| **Total** | **53.40** | **$17,595.00** |

## EXPENSE SUMMARY

| Expense Category | Total Expenses For the Period 11/1/03 through 11/30/03 |
|------------------|--------------------------------------------------------|
| Telecopier | $36.00 |
| Tabs | $12.00 |
| Photocopying | $1,343.85 |
| Long Distance Tel. | $0.89 |
| Messenger Service | $9.40 |
| Out-of-Town Travel | $197.00 |
| **Total** | **$1,599.14** |

KL2:224731\1.1

KRAMER LEVIN NAFTALIS & FRANKEL LLP

By: _____

      Gary M. Becker
      919 Third Avenue
      New York, New York 10022
      (212) 715-9100

      Counsel to the Official Committee of
      Equity Holders

Dated   January 28, 2004

KL2:2247311\1

# SCHEDULE OF TIME CHARGES AND RATES
## FOR THE PERIOD DECEMBER 1, 2003 THROUGH DECEMBER 31, 2003

*CASE ADMINISTRATION*

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BECKER, GARY M. | CRED | 0.70 | 470.00 | 329.00 |
| KLEIN, DAVID | CRED | 13.30 | 365.00 | 4,854.50 |
| PARAPROFESSIONALS | | | | |
| MANGUAL, KATHLEEN | CRED | 5.30 | 185.00 | 980.50 |
| SHEA, JAMES | CRED | 1.10 | 75.00 | 82.50 |
| | Subtotal | 20.40 | $ | 6,246.50 |

*CREDITOR COMMITTEE*

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BENTLEY, PHILIP | CRED | 1.20 | 525.00 | 630.00 |
| BECKER, GARY M. | CRED | 3.80 | 470.00 | 1,786.00 |
| | Subtotal | 5.00 | $ | 2,416.00 |

*BANKR. MOTIONS*

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BENTLEY, PHILIP | CRED | 3.60 | 525.00 | 1,890.00 |
| BECKER, GARY M. | CRED | 2.30 | 470.00 | 1,081.00 |
| PARAPROFESSIONAL | | | | |
| MANGUAL, KATHLEEN | CRED | 3.10 | 185.00 | 573.50 |
| | Subtotal | 9.00 | $ | 3,544.50 |

*FEE APPLICATIONS, APPLICANT*

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BECKER, GARY M. | CRED | 1.40 | 470.00 | 658.00 |
| PARAPROFESSIONALS | | | | |
| MANGUAL, KATHLEEN | CRED | 5.70 | 185.00 | 1,054.50 |
| SHEA, JAMES | CRED | 4.90 | 75.00 | 367.50 |
| | Subtotal | 12.00 | $ | 2,080.00 |

KL4:209036 ! .1

SCHEDULE OF TIME CHARGES AND RATES
FOR THE PERIOD DECEMBER 1, 2003 THROUGH DECEMBER 31, 2003

**CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)**

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|----------|------------|-------|-------------|--------|
| HOROWITZ, GREGORY A. | LITI | 1.20 | 485.00 | 582.00 |
| | Subtotal | 1.20 | $ | 582.00 |

**HEARINGS**

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|----------|------------|-------|-------------|--------|
| BECKER, GARY M. | CRED | 4.30 | 470.00 | 2,021.00 |
| | Subtotal | 4.30 | $ | 2,021.00 |

**TRAVEL\NON-WORKING**

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|----------|------------|-------|-------------|--------|
| BECKER, GARY M. | CRED | 3.00 | 285.00 | 705.00 |
| | Subtotal | 3.00 | $ | 705.00 |
| | Total | 53.40 | $ | 17,595.00 |

## SCHEDULE OF TIME CHARGES AND RATES
## FOR THE PERIOD DECEMBER 1, 2003 THROUGH DECEMBER 31, 2003

| ATTORNEY | TITLE | HOURS | HOURLY RATE | AMOUNT |
|----------|-------|-------|-------------|--------|
| BENTLEY, PHILIP | PARTNER | 4.80 | 525.00 | 2,520.00 |
| HOROWITZ, GREGORY A. | PARTNER | 1.20 | 485.00 | 582.00 |
| BECKER, GARY M. | SPEC COUNS | 14.00 | 470.00 | 6,580.00 |
| KLEIN, DAVID | ASSOCIATE | 13.30 | 365.00 | 4,854.50 |
| MANGUAL, KATHLEEN | PARALEGAL | 14.10 | 185.00 | 2,608.50 |
| SHEA, JAMES | PARALEGAL | 6.00 | 75.00 | 450.00 |
| | Total | 53.40 | | $17,595.00 |

KL4:209036 : 1

# SCHEDULE OF DISBURSEMENTS
## FOR THE PERIOD DECEMBER 1, 2003 THROUGH DECEMBER 31, 2003

| DISBURSEMENTS | AMOUNT |
|---|---|
| TELECOPIER | 36.00 |
| TABS | 12.00 |
| PHOTOCOPYING | 1,343.85 |
| LONG-DISTANCE TEL. | 0.89 |
| MESSENGER SERVICE | 9.40 |
| OUT-OF-TOWN TRAVEL | 197.00 |
| Subtotal | $1,599.14 |

KL4:2090363.1

# SCHEDULE OF VOLUNTARY DISBURSEMENT REDUCTIONS
## FOR THE PERIOD DECEMBER 1, 2003 THROUGH DECEMBER 31, 2003
## IN ACCORDANCE WITH THE CASE MANAGEMENT ORDER

| DISBURSEMENTS | AMOUNT |
|---|---|
| TELECOPIER | 18.00 |
| PHOTOCOPYING | 716.72 |
| Subtotal | $734.72 |

KL4 209036 < 1

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    1

alp_112c: Client Summary

Run Date & Time: 01/21/2004 15:13:56

Client No: 056772
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15/w/o manu. services

PRE-BILLING SUMMARY REPORT

|  | FEES | COSTS |
|---|---|---|
| UNBILLED TIME FROM: 01/01/1901 | TO: 12/31/2003 | |
| UNBILLED DISB FROM: 01/01/1901 | TO: 12/31/2003 | |

| GROSS BILLABLE AMOUNT: | 17,595.00 | 1,599.14 |
| AMOUNT WRITTEN DOWN: | | |
| PREMIUM: | | |
| ON ACCOUNT BILLED: | | |
| DEDUCTED FROM PAID RETAINER: | | |
| AMOUNT BILLED: | | |
| THRU DATE: | 12/31/2003 | 12/31/2003 |
| CLOSE MATTER/FINAL BILLING?   YES   OR   NO | | |
| EXPECTED DATE OF COLLECTION: | | |

BILLING PARTNER APPROVAL: _____    WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS: _____

| ACCOUNTS RECEIVABLE TOTALS | | UNAPPLIED CASH |
|---|---|---|
| FEES: | 33,853.89 | UNIDENTIFIED RECEIPTS: 0.00 |
| DISBURSEMENTS: | 461.73 | PAID FEE RETAINER: 0.00 |
| FEE RETAINER: | 0.00 | PAID DISB RETAINER: 0.00 |
| DISB RETAINER: | 0.00 | TOTAL AVAILABLE FUNDS: 0.00 |
| TOTAL OUTSTANDING: | 49,917.80 | TRUST BALANCE: |

BILLING HISTORY

| DATE OF LAST BILL: | 12/31/03 | LAST PAYMENT DATE: | 12/26/03 |
| LAST BILL NUMBER: | 383,784 | FEES BILLED TO DATE: | 645,895.50 |
| LAST BILL THRU DATE: | 11/30/03 | FEES WRITTEN OFF TO DATE: | 557,828.68 |

FOR ACCT'G USE ONLY:                    Write Down/Up Reason Codes:

(1) Exceeded Fixed Fee            (6) Summer Associate
(2) Late Time & Costs Posted      (7) Fixed Fee
(3) Pre-arranged Discount         (8) Premium
(4) Excessive Legal Time          (9) Rounding
(5) Business Development          (10) Client Arrangement

BILL NUMBER: _____ DATE OF BILL: _____ Processed by: _____ FRC: _____ CRC: _____

alp_132c: Client Summary

KRAMER LEVIN NAFTALIS & FRANKEL LLP
"PRIVILEGED AND CONFIDENTIAL"

PAGE   2

Run Date & Time: 01/21/2004 15:13:59

Client No: 056772
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE

**U N B I L L E D   T I M E   S U M M A R Y**

| Emp Id | Employee Name | Group | Total Unbilled Oldest | Latest | Total Unbilled Hours | Amount |
|---|---|---|---|---|---|---|
| 02495 | BENTLEY, PHILIP | PARTNER | 12/18/03 | 12/18/03 | 4.80 | 2,520.00 |
| 07850 | HOROWITZ, GREGORY A. | PARTNER | 12/05/03 | 12/05/03 | 1.20 | 582.00 |
| 05292 | BECKER, GARY M. | SPEC COUNSEL | 12/01/03 | 12/18/03 | 14.00 | 6,580.00 |
| 05646 | KLEIN, DAVID | ASSOCIATE | 12/01/03 | 12/31/03 | 13.30 | 4,854.50 |
|  | PARAPROFESSIONALS |  |  |  |  |  |
| 05208 | MANGUAL, KATHLEEN | PARALEGAL | 12/01/03 | 12/18/03 | 14.10 | 2,608.50 |
| 05922 | SHEA, JAMES | PARALEGAL | 12/18/03 | 12/23/03 | 6.00 | 450.00 |
|  | Total: |  |  |  | 53.40 | 17,595.00 |

**U N B I L L E D   C O S T S   S U M M A R Y**

| Code | Description | Oldest Entry | Latest Entry | Total Amount |
|---|---|---|---|---|
| 0815 | TELECOPIER | 12/18/03 | 12/18/03 | 36.00 |
| 0817 | TABS | 12/23/03 | 12/23/03 | 12.00 |
| 0820 | PHOTOCOPYING | 12/02/03 | 12/31/03 | 1,343.85 |
| 0885 | LONG-DISTANCE TEL. | 12/08/03 | 12/08/03 | 0.89 |
| 0930 | MESSENGER/COURIER | 12/31/03 | 12/31/03 | 9.40 |
| 0950 | OUT-OF-TOWN TRAVEL | 12/12/03 | 12/12/03 | 197.00 |
|  | Total |  |  | 1,599.14 |
|  | Grand Total |  |  | 19,194.14 |

**B I L L I N G   &   P A Y M E N T   H I S T O R Y** (Reflects Payments As of 01/21/04 15:13:59)

| Bill Date | Thru Date | Bill# | Billed Fee & OA | Disbursement | Applied From OA | Collections Total | Collections Date | Balance Due |
|---|---|---|---|---|---|---|---|---|
| YEAR 2001 |  |  |  |  |  |  |  |  |
| YEAR 2002 |  |  |  |  |  |  |  |  |
| 01/31/03 | 12/31/02 | 364671 | 138,553.50 | 16,080.63 |  | 154,634.13 | 03/25/03 |  |
| 02/20/03 | 01/31/03 | 365584 | 328,428.82 | 27,161.47 |  | 355,590.29 | 04/11/03 |  |
| 02/20/03 | 01/31/03 | 365584 | 11,853.50 | 816.82 |  | 12,670.32 | 03/25/03 |  |
| 03/19/03 | 02/28/03 | 367178 | 11,100.00 | 927.47 |  | 12,027.47 | 04/11/03 |  |
| 03/19/03 | 02/28/03 | 367178 | 12,018.00 | 240.08 |  | 12,258.08 | 05/27/03 |  |
| 04/29/03 | 03/31/03 | 369330 | 26,969.00 | 452.38 |  | 27,421.38 | 10/23/03 |  |
| 05/16/03 | 04/30/03 | 370445 | 7,609.00 | 1,594.42 |  | 9,203.42 | 10/23/03 |  |
| 06/17/03 | 05/31/03 | 371897 | 9,411.00 | 107.57 |  | 9,518.57 | 12/26/03 |  |
| 07/24/03 | 06/30/03 | 373871 | 10,427.00 | 137.09 |  | 10,564.09 | 10/23/03 |  |
| 08/31/03 | 07/31/03 | 375389 | 9,272.50 | 32.30 |  | 7,450.50 | 11/28/03 | 1,854.30 |
| 09/30/03 | 08/31/03 | 376773 | 9,815.50 | 130.93 |  | 8,603.95 | 12/08/03 | 1,342.48 |
| 11/14/03 | 09/30/03 | 379550 | 14,930.00 | 227.75 |  | 12,156.95 | 12/08/03 | 3,000.80 |
| 11/30/03 | 10/31/03 | 380223 | 13,134.00 | 174.04 |  | .00 |  | 13,308.04 |
| 12/31/03 | 11/30/03 | 381784 | 14,537.00 | 273.00 |  | .00 |  | 14,810.00 |
| Total: |  |  | 618,058.82 | 48,355.95 |  | 632,099.15 |  | 34,315.62 |

alp_132r: Matter Detail

Run Date & Time: 01/21/2004 15:13:54

KRAMER LEVIN NAFTALIS & FRANKEL LLP
"PRIVILEGED AND CONFIDENTIAL"

PAGE   1

Matter No: 056772-00001
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CASE ADMINISTRATION
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS  - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supp Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:
Bill Frequency: M

Status    : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15/w/o manu. services

PRE-BILLING SUMMARY REPORT

| | UNBILLED TIME FROM: | 12/01/2003 | TO: | 12/31/2003 |
| | UNBILLED DISB FROM: | 12/02/2003 | TO: | 12/31/2003 |

| | FEES | COSTS |
|---|---|---|
| GROSS BILLABLE AMOUNT: | 6,246.50 | 1,364.34 |
| AMOUNT WRITTEN DOWN: | | |
| PREMIUM: | | |
| ON ACCOUNT BILLED: | | |
| DEDUCTED FROM PAID RETAINER: | | |
| AMOUNT BILLED: | | |
| THRU DATE: | 12/31/2003 | |
| CLOSE MATTER/FINAL BILLING?   YES  OR  NO | | |
| EXPECTED DATE OF COLLECTION: | | |

BILLING PARTNER APPROVAL:

BILLING COMMENTS:        BENTLEY PHILIP - 02495        WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

ACCOUNTS RECEIVABLE TOTALS                                    UNIDENTIFIED RECEIPTS:        0.00

| | | | |
|---|---|---|---|
| FEES: | 7,532.00 | PAID FEE RETAINER: | 0.00 |
| DISBURSEMENTS: | 203.04 | PAID DISB RETAINER: | 0.00 |
| FEE RETAINER: | 0.00 | TOTAL AVAILABLE FUNDS: | 0.00 |
| DISB RETAINER: | 0.00 | TRUST BALANCE: | |
| TOTAL OUTSTANDING: | 7,735.04 | UNAPPLIED CASH | |

BILLING HISTORY

| | | | |
|---|---|---|---|
| DATE OF LAST BILL: | 12/31/03 | LAST PAYMENT DATE: | 12/26/03 |
| LAST BILL NUMBER: | 381784 | FEES BILLED TO DATE: | 186,861.00 |
| LAST BILL THRU DATE: | 11/30/03 | FEES WRITTEN OFF TO DATE: | 79,053.50 |

FOR ACCTG USE ONLY:        Write Down/Up Reason Codes:

(1) Exceeded Fixed Fee              (6) Summer Associate
(2) Late Time & Costs Posted        (7) Fixed Fee
(3) Pre-arranged Discount           (8) Premium
(4) Excessive Legal Time            (9) Rounding
(5) Business Development            (10) Client Arrangement

BILL NUMBER:_____        DATE OF BILL:_____        Processed by:_____        FRC:_____        CRC:_____

alp_132r: Matter Detail

Run Date & Time: 01/21/2004 15:13:54

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
"PRIVILEGED AND CONFIDENTIAL"

PAGE 2

Matter No: 056772-00001
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CASE ADMINISTRATION
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:
Bill Frequency: M

Status : ACTIVE

UNBILLED TIME SUMMARY

| Emp Id | Employee Name | Group | Oldest | Latest | Total Unbilled Hours | Amount |
|--------|---------------|-------|--------|--------|----------------------|--------|
| 05292 | BECKER, GARY M. | CRED | 12/08/03 | 12/11/03 | 0.70 | 329.00 |
| 05646 | KLEIN, DAVID | CRED | 12/01/03 | 12/31/03 | 13.30 | 4,854.50 |
| | PARAPROFESSIONALS | | | | | |
| 05208 | MANGUAL, KATHLEEN | CRED | 12/01/03 | 12/15/03 | 5.30 | 980.50 |
| 05922 | SHEA, JAMES | CRED | 12/23/03 | 12/23/03 | 1.10 | 82.50 |
| | Total: | | | | 20.40 | 6,246.50 |

Sub-Total Hours :   0.00 Partners   0.70 Counsels   13.30 Associates   6.40 Legal Assts   0.00 Others

UNBILLED COSTS SUMMARY

| Code | Description | Oldest Entry | Latest Entry | Total Unbilled Amount |
|------|-------------|--------------|--------------|-----------------------|
| 0817 | TABS | 12/23/03 | 12/23/03 | 12.00 |
| 0820 | PHOTOCOPYING | 12/02/03 | 12/31/03 | 1,342.05 |
| 0885 | LONG-DISTANCE TEL. | 12/08/03 | 12/08/03 | 0.89 |
| 0930 | MESSENGER/COURIER | 12/31/03 | 12/31/03 | 9.40 |
| | Total | | | 1,364.34 |
| | Grand Total | | | 7,610.84 |

BILLING & PAYMENT HISTORY (Reflects Payments As of 01/21/04 15:13:54)

| Bill Date | Thru Date | Bill# | Fee & OA | Disbursement | Total (Billed) | Applied From OA | Total (Collections) | Date | Balance Due |
|-----------|-----------|-------|----------|--------------|----------------|-----------------|---------------------|------|-------------|
| YEAR 2001 | | | | | | | | | |
| YEAR 2002 | | | | | | | | | |
| 01/31/03 | 12/31/02 | 364671 | 71,036.50 | 8,160.18 | 79,196.68 | | 79,196.68 | 03/25/03 | .00 |
| 02/20/03 | 01/31/03 | 365684 | 63,892.50 | 13,613.26 | 77,505.76 | | 77,505.76 | 04/11/03 | .00 |
| 03/19/03 | 02/28/03 | 366718 | 6,081.00 | 733.32 | 6,814.32 | | 6,814.32 | 05/27/03 | .00 |
| 04/29/03 | 03/31/03 | 369330 | 2,264.50 | 904.37 | 3,168.87 | | 3,168.87 | 10/23/03 | .00 |
| 05/16/03 | 04/30/03 | 370445 | 1,726.50 | 175.30 | 1,901.80 | | 1,901.80 | 10/23/03 | .00 |
| 06/17/03 | 05/31/03 | 371897 | 4,200.00 | 435.90 | 4,635.90 | | 4,635.90 | 10/23/03 | .00 |
| 07/24/03 | 06/30/03 | 373811 | 4,021.00 | 627.57 | 4,648.57 | | 4,648.57 | 10/23/03 | .00 |
| 08/31/03 | 07/31/03 | 375389 | 3,418.50 | 105.57 | 3,524.07 | | 3,524.07 | 12/26/03 | .00 |
| 09/30/03 | 08/31/03 | 377733 | 2,578.50 | 133.30 | 2,713.80 | | 2,713.80 | 10/23/03 | .00 |
| 10/31/03 | 09/30/03 | 379590 | 3,533.50 | 13.06 | 3,546.56 | | 3,546.56 | 11/28/03 | .00 |
| 11/14/03 | 10/31/03 | 380223 | 3,660.00 | 89.89 | 3,749.89 | | 3,749.89 | 12/08/03 | .00 |
| 12/31/03 | 11/30/03 | 381784 | 3,721.50 | 225.75 | 3,947.25 | | 3,947.25 | 12/26/03 | .00 |
| 11/30/03 | 10/31/03 | | 3,546.00 | 155.04 | 3,701.04 | | .00 | | 3,701.04 |
| 12/31/03 | 11/30/03 | | 3,986.00 | 48.00 | 4,034.00 | | .00 | | 4,034.00 |
| Total: | | | 177,666.00 | 25,422.51 | | | 195,353.47 | | 7,735.04 |

alp_132r: Matter Detail

Run Date & Time: 01/21/2004 15:13:54

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE 3

Matter No: 056772-00001
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CASE ADMINISTRATION
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:
Bill Frequency: M

Status : ACTIVE

BILLING & PAYMENT HISTORY (Reflects Payments As of 01/21/04 15:13:54)

| Bill Date Thru Date Bill# | | Billed | | | Applied | From OA | Collections Date | Balance Due | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

UNBILLED TIME DETAIL

| Employee Name | Work Date | Description | Fee & OA | Disbursement | Total | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|---|---|---|
| MANGUAL, KATHLEEN | 12/01/03 | organization of adv. proc files (2.2) | | | | 2.20 | 407.00 | 4966815 | 01/05/04 |
| KLEIN, DAVID | 12/01/03 | review pleadings/filings, distr same as necessary (0.2); summary of filings, email inquiry to GMB, FB (0.5); file organizations (0.3). | | | | 1.00 | 365.00 | 4973309 | 01/06/04 |
| KLEIN, DAVID | 12/02/03 | review pleadings/filings, distr same as necessary. | | | | 0.30 | 109.50 | 4972869 | 01/06/04 |
| KLEIN, DAVID | 12/03/03 | review numerous pleadings/filings (1.9), email & distr same as necessary (0.7). | | | | 2.30 | 839.50 | 4972870 | 01/06/04 |
| KLEIN, DAVID | 12/04/03 | review pleadings/filings, distr same as necessary (0.6); email to GMB, FB re hearing (0.1); discussion w/ GMB re status of Fresenius and Sealed Air Settlements (0.2); review filings/dockets re same (0.7). | | | | 1.60 | 584.00 | 4972871 | 01/06/04 |
| BECKER, GARY M. | 12/08/03 | Review agenda for 12/15 hearing, make arrangements re telephonic participation. | | | | 0.50 | 235.00 | 4947226 | 12/16/03 |
| MANGUAL, KATHLEEN | 12/08/03 | organization of files, update pleadings index and correspondence (2.2) | | | | 2.20 | 407.00 | 4966817 | 01/05/04 |
| KLEIN, DAVID | 12/08/03 | review pleadings/filings, distr same as necessary (1.2); call to P.Kanif @ Pachulski re 12/15 hearing (0.1); disc. w/ GMB re same (0.2), call/emails to/from K.Mangual re same (0.3). | | | | 1.80 | 657.00 | 4972872 | 01/06/04 |
| KLEIN, DAVID | 12/09/03 | review pleadings/filings, distr same as necessary (0.1); disc. w/ GMB re Sealed Air settlement, USG cancer only opinion/bar date (0.1); call to P.Kanif re hearing on 12/15 (0.1); email from K.Mangual re participation in hearing (0.1). | | | | 0.40 | 146.00 | 4972873 | 01/06/04 |
| KLEIN, DAVID | 12/10/03 | review pleadings/filings, distr same as necessary (0.1). | | | | 0.10 | 36.50 | 4972874 | 01/06/04 |
| BECKER, GARY M. | 12/11/03 | Exchange email with local counsel committee call and re omnibus court hearing | | | | 0.20 | 94.00 | 4947731 | 12/16/03 |
| KLEIN, DAVID | 12/11/03 | review pleadings/filings, distr same as necessary. | | | | 0.20 | 73.00 | 4972875 | 01/06/04 |
| MANGUAL, KATHLEEN | 12/15/03 | distribution of hearing agenda and forward call-in information to GB, disc/w local counsel (.90) | | | | 0.90 | 166.50 | 4966818 | 01/05/04 |

alp_132r: Matter Detail

Run Date & Time: 01/21/2004 15:13:54

KRAMER LEVIN NAFTALIS & FRANKEL LLP

*PRIVILEGED AND CONFIDENTIAL*

PAGE    4

Matter No: 056772-00001                          Orig Prtnr : CRED. RGTS - 06975                Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  Bill Prtnr : BENTLEY PHILIP - 02495            Bill Frequency: M
Matter Name : CASE ADMINISTRATION                Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                       Status      : ACTIVE

UNBILLED TIME DETAIL

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| KLEIN, DAVID | 12/15/03 | review fillings (0.2); call to K.Mangual re distribution of same (0.1). | 0.30 | 109.50 | 4972876 | 01/06/04 |
| KLEIN, DAVID | 12/17/03 | review pleadings/fillings, distr same as necessary. | 0.10 | 36.50 | 4972880 | 01/06/04 |
| KLEIN, DAVID | 12/18/03 | review pleadings/fillings, distr same as necessary (0.4); email inquiry re Grace investment plan to GMB (0.1). | 0.50 | 182.50 | 4972881 | 01/06/04 |
| KLEIN, DAVID | 12/19/03 | receive email from GMB re investment Plan. | 0.10 | 36.50 | 4972882 | 01/06/04 |
| KLEIN, DAVID | 12/22/03 | review various pleadings/fillings (1.2); distri same as necessary (0.4). | 1.60 | 584.00 | 4972883 | 01/06/04 |
| SHEA, JAMES | 12/23/03 | Complete files of fee apps. & retention info. for G. Becker (1.1). | 1.10 | 82.50 | 4960041 | 12/31/03 |
| KLEIN, DAVID | 12/23/03 | review pleadings/fillings, distr same as necessary. | 0.10 | 36.50 | 4972884 | 01/06/04 |
| KLEIN, DAVID | 12/28/03 | review pleadings/fillings, distr same as necessary. | 0.70 | 255.50 | 4972885 | 01/06/04 |
| KLEIN, DAVID | 12/29/03 | review pleadings/fillings, distr same as necessary. | 0.30 | 109.50 | 4972877 | 01/06/04 |
| KLEIN, DAVID | 12/30/03 | review various pleadings/fillings (1.1), distr same as necessary (0.5); calls/emails to K.Mangual re same (0.2). | 1.80 | 657.00 | 4972878 | 01/06/04 |
| KLEIN, DAVID | 12/31/03 | review fillings. | 0.10 | 36.50 | 4972879 | 01/06/04 |

Fee Total                                                                          20.40    6,246.50

UNBILLED COSTS DETAIL

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|
| TABS | | | | | | |
| TABS | SHEA, J S | 12/23/03 | 12.00 | 6385359 | 108578 | 12/30/03 |
| S A | 0817 | | | | | |

0817 TABS Total :                                            12.00

PHOTOCOPYING
| | | | | | | |
|---|---|---|---|---|---|---|
| PHOTOCOPYING | MANGUAL, K M | 12/02/03 | 7.80 | 6350957 | 107781 | 12/05/03 |
| PHOTOCOPYING | MANGUAL, K M | 12/02/03 | 0.75 | 6350958 | 107781 | 12/05/03 |
| PHOTOCOPYING | MANGUAL, K M | 12/12/03 | 1.50 | 6366295 | 108137 | 12/16/03 |
| 0820 | | | | | | |

aip_l32r: Matter Detail

Run Date & Time: 01/21/2004 15:13:54

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    5

Matter No: 056772-00001
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CASE ADMINISTRATION
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:
Bill Frequency: M

Status : ACTIVE

UNBILLED COSTS DETAIL

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|
| PHOTOCOPYING — SHEA JAMES | SHEA, J S | 12/18/03 | 18.60 | 6373142 | 108342 | 12/22/03 |
| PHOTOCOPYING — SHEA JAMES | SHEA, J S | 12/18/03 | 15.90 | 6373143 | 108342 | 12/22/03 |
| PHOTOCOPYING — BENTLEY PHILIP | BENTLEY, P | 12/20/03 | 1.20 | 6373146 | 108470 | 12/24/03 |
| PHOTOCOPYING — BENTLEY PHILIP | BENTLEY, P | 12/20/03 | 14.85 | 6382113 | 108545 | 12/30/03 |
| PHOTOCOPYING — KLEIN DAVID | KLEIN, D K | 12/22/03 | 14.85 | 6382108 | 108545 | 12/30/03 |
| PHOTOCOPYING — KLEIN DAVID | KLEIN, D K | 12/22/03 | 118.80 | 6382109 | 108545 | 12/30/03 |
| PHOTOCOPYING — SHEA JAMES | KLEIN, D K | 12/22/03 | 14.85 | 6371141 | 108470 | 12/24/03 |
| PHOTOCOPYING — KLEIN DAVID | KLEIN, D K | 12/22/03 | 118.80 | 6371142 | 108470 | 12/24/03 |
| PHOTOCOPYING — SHEA JAMES | SHEA, J S | 12/23/03 | 24.15 | 6371143 | 108470 | 12/24/03 |
| PHOTOCOPYING — SHEA JAMES | SHEA, J S | 12/23/03 | 3.45 | 6371144 | 108470 | 12/24/03 |
| PHOTOCOPYING — SHEA JAMES | SHEA, J S | 12/23/03 | 24.15 | 6377145 | 108470 | 12/24/03 |
| PHOTOCOPYING — SHEA JAMES | SHEA, J S | 12/23/03 | 160.95 | 6382110 | 108545 | 12/30/03 |
| PHOTOCOPYING — SHEA JAMES | SHEA, J S | 12/23/03 | 144.15 | 6382111 | 108545 | 12/30/03 |
| PHOTOCOPYING — SHEA JAMES | SHEA, J S | 12/23/03 | 160.95 | 6382112 | 108545 | 12/30/03 |
| PHOTOCOPYING — SHEA JAMES | SHEA, J S | 12/23/03 | 3.45 | 6394056 | 109194 | 01/13/04 |
| PHOTOCOPYING — SHEA JAMES | SHEA, J S | 12/31/03 | 506.55 | 6394057 | 109194 | 01/13/04 |

0820 PHOTOCOPYING Total : 1,342.05

| LONG-DISTANCE TEL. 0885<br>LONG-DISTANCE TEL.<br>302652 24100 | KLEIN, D K | 12/08/03 | 0.89 | 6360170 | 107952 | 12/10/03 |

0885 LONG-DISTANCE TEL. Total : 0.89

| MESSENGER/COURIER 0930<br>FEDERAL EXPRESS CORPORAT<br>MESSENGER/COURIER - VENDOR- FEDERAL EXPRESS<br>CORPORATION | MANGUAL, K M | 12/31/03 | 9.40 | 6388603 | 108672 | 01/05/04 |

0930 MESSENGER/COURIER Total : 9.40

alp_132r: Matter Detail

Run Date & Time: 01/21/2004 15:13:54

KRAMER LEVIN NAFTALIS & FRANKEL, LLP

"PRIVILEGED AND CONFIDENTIAL"

PAGE    6

Matter No: 056772-00001                                    Orig Prtnr : CRED. RGTS - 06975              Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : CASE ADMINISTRATION                          Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                               Status    : ACTIVE

U N B I L L E D   C O S T S   D E T A I L

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|------------------|----------|------|--------|--------|----------|------------|

Costs Total :                                                      1,364.34

alp_132r: Matter Detail

Run Date & Time: 01/21/2004 15:13:54

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE   7

Matter No: 056772-00001
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CASE ADMINISTRATION
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS  - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:
Bill Frequency: M

Status   : ACTIVE

**B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   T I M E   S U M M A R Y**

| Employee Name | Hours | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|---|
| BECKER, GARY M. | 0.70 | 329.00 | | | | | |
| KLEIN, DAVID | 13.30 | 4,854.50 | | | | | |
| MANGUAL, KATHLEEN | 5.30 | 980.50 | | | | | |
| SHEA, JAMES | 1.10 | 82.50 | | | | | |
| **Total:** | **20.40** | **6,246.50** | | | | | |

**B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y**

| Code | Description | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|---|
| 0817 | TABS | 12.00 | | | | | |
| 0820 | PHOTOCOPYING | 1,342.05 | | | | | |
| 0885 | LONG-DISTANCE TEL. | 0.89 | | | | | |
| 0930 | MESSENGER/COURIER | 9.40 | | | | | |

Costs Total :   1,364.34

```
alp_132r: Matter Detail                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                           PAGE   8

Run Date & Time: 01/21/2004 15:13:54                              *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00002                          Orig Prtnr : CRED. RGTS - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : CREDITOR COMMITTEE                 Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                Status     : ACTIVE

Special Billing Instructions:

                                         PRE-BILLING SUMMARY REPORT

                              UNBILLED TIME FROM: 12/04/2003   TO: 12/18/2003
                              UNBILLED DISB FROM: 12/18/2003   TO: 12/18/2003

                                              FEES               COSTS

         GROSS BILLABLE AMOUNT:              2,416.00            36.00
         AMOUNT WRITTEN DOWN:
                      PREMIUM:
         ON ACCOUNT BILLED:
         DEDUCTED FROM PAID RETAINER:
         AMOUNT BILLED:
         THRU DATE:                                           12/18/2003
         CLOSE MATTER/FINAL BILLING?   YES   OR   NO
         EXPECTED DATE OF COLLECTION:

         BILLING PARTNER APPROVAL:
                               BENTLEY PHILIP - 02495         WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

         BILLING COMMENTS:


         ACCOUNTS RECEIVABLE TOTALS                    UNAPPLIED CASH

                FEES:              4,708.00    UNIDENTIFIED RECEIPTS:      0.00
         DISBURSEMENTS:               39.00       PAID FEE RETAINER:      0.00
         FEE RETAINER:                 0.00      PAID DISB RETAINER:      0.00
         DISB RETAINER:                0.00   TOTAL AVAILABLE FUNDS:      0.00
         TOTAL OUTSTANDING:        4,747.00         TRUST BALANCE:

                                              BILLING HISTORY

         DATE OF LAST BILL:      12/31/03    LAST PAYMENT DATE:        12/26/03
         LAST BILL NUMBER:        381784     FEES BILLED TO DATE:     67,678.00
         LAST BILL THRU DATE:    11/30/03    FEES WRITTEN OFF TO DATE: 20,414.00

                      Write Down/Up Reason Codes:

FOR ACCTG USE ONLY:
     (1) Exceeded Fixed Fee          (6) Summer Associate
     (2) Late Time & Costs Posted    (7) Fixed Fee
     (3) Pre-arranged Discount       (8) Premium
     (4) Excessive Legal Time        (9) Rounding
     (5) Business Development       (10) Client Arrangement

BILL NUMBER:_____        DATE OF BILL:_____    Processed by:_____    FRC:_____    CRC:_____
```

alp_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    9

Run Date & Time: 01/21/2004 15:13:54

Matter No: 056772-00002
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CREDITOR COMMITTEE
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS   - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:
Bill Frequency: M

Status    : ACTIVE

| U N B I L L E D   T I M E   S U M M A R Y | | | Total Unbilled | | | |
| Emp Id Employee Name | Group | | Oldest | Latest | Hours | Amount |
| --- | --- | --- | --- | --- | --- | --- |
| 02495 BENTLEY, PHILIP | CRED | | 12/16/03 | 12/16/03 | 1.20 | 630.00 |
| 05292 BECKER, GARY M. | CRED | | 12/04/03 | 12/18/03 | 3.80 | 1,786.00 |
| Total: | | | | | 5.00 | 2,416.00 |

Sub-Total Hours :    1.20 Partners    3.80 Counsels    0.00 Associates    0.00 Legal Assts    0.00 Others

| U N B I L L E D   C O S T S   S U M M A R Y | | | Total Unbilled | | |
| Code Description | Oldest Entry | Latest Entry | Total Amount | | |
| --- | --- | --- | --- | --- | --- |
| 0815 TELECOPIER | 12/18/03 | 12/18/03 | 36.00 | | |
| Total | | | 36.00 | | |

Grand Total    2,452.00

| B I L L I N G   &   P A Y M E N T   H I S T O R Y   (Reflects Payments As of 01/21/04 15:13:54) | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| Bill Date Thru Date Bill# | Fee & OA | Disbursement | Billed | Applied From OA | ------- Collections ------- Total    Date | Balance Due |
| YEAR 2001 | | | | | | |
| YEAR 2002 | 34,996.50 | 2,032.99 | 1,628.57 | .00 | 37,029.49 12/742.07 | |
| 01/31/03 12/31/02 364671 | 11,113.50 | .00 | | | | |
| 01/31/03 12/31/02 364671 | 1,341.00 | .00 | | | 1,341.00 03/25/03 | |
| 01/31/03 02/28/03 366318 | 1,123.50 | 50.00 | | | 1,173.50 05/27/03 | |
| 04/29/03 03/31/03 369330 | 2,138.50 | 3.00 | | | 2,141.50 10/23/03 | |
| 05/16/03 04/30/03 370445 | 455.00 | 26.55 | | | 481.55 10/23/03 | |
| 05/16/03 04/30/03 370445 | .00 | 2.00 | | | 2.00 10/23/03 | |
| 05/27/03 05/31/03 371897 | .00 | 2.00 | | | 2.00 08/19/03 | |
| 07/24/03 06/30/03 373881 | 2,292.50 | .00 | | | 2,292.50 10/23/03 | |
| 08/31/03 07/31/03 375289 | 3,567.50 | .00 | | | 3,567.50 11/28/03 | |
| 09/31/03 07/31/03 375339 | 1,137.50 | .00 | | | 1,137.50 12/08/03 | |
| 11/30/03 09/30/03 375530 | 4,806.50 | 2.00 | | | 4,806.50 12/26/03 | 3,321.50 |
| 11/30/03 10/31/03 380293 | 3,302.50 | 19.00 | | | .00 | 3,321.50 |
| 12/31/03 11/30/03 381784 | 1,405.50 | 20.00 | | | .00 | 1,425.50 |
| Total: | 67,678.00 | 3,784.11 | | | 66,715.11 | 4,747.00 |