```
alp_132r: Matter Detail                                                                                                             PAGE    10
Run Date & Time: 01/21/2004 15:13:54

                                        KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                             *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00002                                      Orig Prtnr : CRED. RGTS    - 06975        Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE              Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : CREDITOR COMMITTEE                             Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                             Status     : ACTIVE

U N B I L L E D    T I M E    D E T A I L
Employee Name         Work Date   Description                                              Hours     Amount    Index#    Batch Date

BECKER, GARY M.       12/04/03    Review documents filed with respect to recusal            1.10     517.00    4936655   12/08/03
                                  issue and prepare and send memo to equity
                                  committee re same
BECKER, GARY M.       12/16/03    Prepare for and participate in equity committee           2.20   1,034.00    4949983   12/17/03
                                  conference call
BENTLEY, PHILIP       12/16/03    Committee conf call (1.0) and discs TW re same            1.20     630.00    4964514   12/31/03
                                  (0.2)
BECKER, GARY M.       12/18/03    Prepare and send memo to committee re third               0.50     235.00    4954059   12/19/03
                                  circuit decision on Wolin recusal

                                                                            Fee Total       5.00   2,416.00


U N B I L L E D    C O S T S    D E T A I L
Description/Code                           Employee          Date       Amount     Index#   Batch No Batch Date

TELECOPIER                       0815      BENTLEY, P        12/18/03    36.00     6372196  108321   12/19/03
   TELECOPIER
   04 542 1423
                                                       0815 TELECOPIER Total :       36.00

                                                                   Costs Total :     36.00
```

```
alp_132r: Matter Detail                                                                                                                    PAGE   11
Run Date & Time: 01/21/2004 15:13:55

                                              KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                  *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00002                                          Orig Prtnr : CRED. RGTS    - 06975        Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                  Bill Prtnr  : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : CREDITOR COMMITTEE                                 Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                 Status   : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   T I M E   S U M M A R Y
Employee Name             Hours       Amount           Bill          W/o / W/u      Transfer To    Clnt/Mtr    Carry Forward
---------------------------------------------------------------------------------------------------------------------------

BENTLEY, PHILIP            1.20        630.00
BECKER, GARY M.            3.80      1,786.00
         Total:            5.00      2,416.00


B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y
Code Description                       Amount         Bill         W/o / W/u       Transfer To    Clnt/Mtr    Carry Forward
---------------------------------------------------------------------------------------------------------------------------

0815 TELECOPIER                         36.00

         Costs Total :                  36.00
```

```
alp_132r: Matter Detail                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                         PAGE    12
Run Date & Time: 01/21/2004 15:13:55                  *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00005                                                    Orig Prtnr : CRED. RGTS  - 06975        Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                            Bill Prtnr  : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : BANKR. MOTIONS                                               Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                          Status     : ACTIVE

Special Billing Instructions:

                                   PRE-BILLING SUMMARY REPORT

               UNBILLED TIME FROM:   12/01/2003     TO:  12/18/2003
               UNBILLED DISB FROM:   12/02/2003     TO:  12/02/2003

                                         FEES              COSTS
                                         ----              -----
  GROSS BILLABLE AMOUNT:               3,544.50             1.80
  AMOUNT WRITTEN DOWN:
             PREMIUM:
  ON ACCOUNT BILLED:
  DEDUCTED FROM PAID RETAINER:
  AMOUNT BILLED:
     THRU DATE:              12/18/2003             12/02/2003
  CLOSE MATTER/FINAL BILLING?   YES OR NO
  EXPECTED DATE OF COLLECTION:

  BILLING PARTNER APPROVAL:
                           BENTLEY PHILIP - 02495             WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

  BILLING COMMENTS:


                                     ACCOUNTS RECEIVABLE TOTALS                    UNAPPLIED CASH

          FEES:                8,958.50        UNIDENTIFIED RECEIPTS:       0.00
  DISBURSEMENTS:                   0.00        PAID FEE RETAINER:           0.00
  FEE RETAINER:                    0.00        PAID DISB RETAINER:          0.00
  DISB RETAINER:                   0.00        TOTAL AVAILABLE FUNDS:       0.00
  TOTAL OUTSTANDING:           8,958.50        TRUST BALANCE:
                                               BILLING HISTORY
  DATE OF LAST BILL:           12/31/03        LAST PAYMENT DATE:         12/26/03
  LAST BILL NUMBER:              381784        FEES BILLED TO DATE:      17,668.50
  LAST BILL THRU DATE:         11/30/03        FEES WRITTEN OFF TO DATE:    444.00

FOR ACCTG USE ONLY:         Write Down/Up Reason Codes:
    (1) Exceeded Fixed Fee         (6) Summer Associate
    (2) Late Time & Costs Posted   (7) Fixed Fee
    (3) Pre-arranged Discount      (8) Premium
    (4) Excessive Legal Time       (9) Rounding
    (5) Business Development      (10) Client Arrangement

BILL NUMBER: _____   DATE OF BILL: _____   Processed by: _____   FRC: _____   CRC: _____
```

```
alp_132r: Matter Detail                                                                                                    PAGE    13
Run Date & Time: 01/21/2004 15:13:55

                                            KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00005                                              Orig Prtnr : CRED. RGTS    - 06975       Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                      Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : BANKR. MOTIONS                                         Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                   Status    : ACTIVE

U N B I L L E D    T I M E    S U M M A R Y        ---------------- Total Unbilled ----------------
Emp Id Employee Name                    Group          Oldest       Latest         Hours         Amount
                                                       -------      -------        -----         ------
02495  BENTLEY, PHILIP                   CRED          12/03/03     12/18/03        3.60       1,890.00
05292  BECKER, GARY M.                   CRED          12/01/03     12/10/03        2.30       1,081.00
       PARAPROFESSIONALS
05208  MANGUAL, KATHLEEN                 CRED          12/02/03     12/02/03        3.10         573.50

                                  Total:                                            9.00       3,544.50

Sub-Total Hours :    3.60 Partners       2.30 Counsels       0.00 Associates       3.10 Legal Assts    0.00 Others

U N B I L L E D    C O S T S    S U M M A R Y       ------ Total Unbilled ------
Code Description                               Oldest        Latest          Total
                                               Entry         Entry           Amount
                                               -----         -----           ------
0820  PHOTOCOPYING                             12/02/03      12/02/03          1.80

                                  Total                                        1.80

                                  Grand Total                              3,546.30
                                                                           =========

B I L L I N G    &   P A Y M E N T    H I S T O R Y  (Reflects Payments As of 01/21/04 15:13:55)
                                         ------- Billed -------       Applied      ---- Collections ----    Balance
Bill Date  Thru Date  Bill#          Fee & OA      Disbursement       From OA        Total       Date       Due
---------  ---------  ------         --------      ------------       -------        -----       ----       -------
  YEAR 2002                          1,450.00          198.00                      1,648.00
06/17/03   05/31/03   371897         2,677.50             .00                      2,677.50    12/26/03
08/31/03   07/31/03   375389              .00             .00                            .00
09/30/03   08/31/03   376733         2,138.50             .00                      2,138.50    12/08/03
11/14/03   09/30/03   379590         2,444.00             .00                      2,444.00    12/26/03
11/30/03   10/31/03   380293         4,425.00             .00                            .00              4,425.00
12/31/03   11/30/03   381784         4,533.50             .00                            .00              4,533.50
                                     --------        --------                      --------              --------
                    Total:          17,668.50          198.00                      8,908.00              8,958.50
```

```
alp_132r: Matter Detail                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE   14
Run Date & Time: 01/21/2004 15:13:55                           *PRIVILEGED AND CONFIDENTIAL*

Matter No: 0567772-00005                                       Orig Prtnr : CRED. RGTS   - 06975            Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                Bill Prtnr : BENTLEY PHILIP   - 02495       Bill Frequency: M
Matter Name : BANKR. MOTIONS                                   Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                 Status     : ACTIVE
```

U N B I L L E D   T I M E   D E T A I L

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|---|
| BECKER, GARY M. | 12/01/03 | Review Third Circuit pleadings re recusal motion (0.5). | 0.50 | 235.00 | 4936640 | | 12/08/03 |
| MANGUAL, KATHLEEN | 12/02/03 | preparation of NOA to the third circuit per GB (.90); retrieval of various pleadings and transcripts re: Sealed Air-Motions to Intervene(2.2) | 3.10 | 573.50 | 4966816 | | 01/05/04 |
| BECKER, GARY M. | 12/03/03 | Review various pleadings filed in respect of recusal petition (1.0). | 1.00 | 470.00 | 4936641 | | 12/08/03 |
| BENTLEY, PHILIP | 12/03/03 | Review debtors' recusal response and trade voicemails re same | 0.30 | 157.50 | 4964515 | | 12/31/03 |
| BENTLEY, PHILIP | 12/04/03 | Discs TW and GB, and trade emails, re recusal issues | 0.40 | 210.00 | 4964516 | | 12/31/03 |
| BECKER, GARY M. | 12/05/03 | Attention to communications from Creditors Committee re State Street Bank order (0.4) | 0.40 | 188.00 | 4936656 | | 12/08/03 |
| BECKER, GARY M. | 12/10/03 | Review revised order re State Street Bank employment | 0.40 | 188.00 | 4941392 | | 12/11/03 |
| BENTLEY, PHILIP | 12/10/03 | Discs GB | 0.10 | 52.50 | 4964517 | | 12/31/03 |
| BENTLEY, PHILIP | 12/11/03 | Review recusal proceedings and discs GB re same | 0.30 | 157.50 | 4964518 | | 12/31/03 |
| BENTLEY, PHILIP | 12/12/03 | Conf GB re Third Circuit oral argument | 0.80 | 420.00 | 4964519 | | 12/31/03 |
| BENTLEY, PHILIP | 12/18/03 | Review Third Circuit's recusal decision, and trade emails and voicemails re same | 1.70 | 892.50 | 4964520 | | 12/31/03 |

```
                                              Fee Total        9.00    3,544.50
```

U N B I L L E D   C O S T S   D E T A I L

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|
| PHOTOCOPYING 0820 | | | | | | |
| PHOTOCOPYING | BENTLEY, P | 12/02/03 | 1.80 | 6350959 | 107781 | 12/05/03 |
| BENTLEY PHILIP | | | | | | |
| 0820 PHOTOCOPYING Total : | | | 1.80 | | | |

```
                                        Costs Total :          1.80
```

```
alp_132r: Matter Detail                              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    15
Run Date & Time: 01/21/2004 15:13:55                       *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00005                                                    Orig Prtnr : CRED. RGTS     - 06975             Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                            Bill Prtnr : BENTLEY PHILIP - 02495             Bill Frequency: M
Matter Name : BANKR. MOTIONS                                               Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                                 Status     : ACTIVE

BILLING INSTRUCTIONS FOR UNBILLED TIME SUMMARY
Employee Name                        Hours        Amount          Bill       W/o / W/u         Transfer To       Clnt/Mtr Carry Forward

BENTLEY, PHILIP                       3.60      1,890.00       _____     _____    _____    _____
BECKER, GARY M.                       2.30      1,081.00       _____     _____    _____    _____
MANGUAL, KATHLEEN                     3.10        573.50       _____     _____    _____    _____

       Total:                         9.00      3,544.50       _____     _____    _____    _____


BILLING INSTRUCTIONS FOR UNBILLED COSTS SUMMARY
Code Description                                 Amount          Bill       W/o / W/u         Transfer To       Clnt/Mtr Carry Forward

0820 PHOTOCOPYING                                  1.80        _____     _____    _____    _____

             Costs Total :                         1.80
```

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                      PAGE    16
Run Date & Time: 01/21/2004 15:13:55                   *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00008                                          Orig Prtnr : CRED. RGTS    - 06975        Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                  Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                        Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                 Status    : ACTIVE

Special Billing Instructions:


                                         PRE-BILLING SUMMARY REPORT

        UNBILLED TIME FROM:   12/02/2003        TO:    12/22/2003
        UNBILLED DISB FROM:                     TO:

                                                FEES                       COSTS
                                                ----                       -----

        GROSS BILLABLE AMOUNT:               2,080.00                        0.00
        AMOUNT WRITTEN DOWN:
                    PREMIUM:
        ON ACCOUNT BILLED:
        DEDUCTED FROM PAID RETAINER:
        AMOUNT BILLED:
              THRU DATE:                   12/22/2003
        CLOSE MATTER/FINAL BILLING?     YES OR NO
        EXPECTED DATE OF COLLECTION:

        BILLING PARTNER APPROVAL:
                                         BENTLEY PHILIP - 02495    WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

        BILLING COMMENTS:



                                       ACCOUNTS RECEIVABLE TOTALS               UNAPPLIED CASH

                        FEES:                1,406.00              UNIDENTIFIED RECEIPTS:       0.00
                DISBURSEMENTS:                   0.00              PAID FEE RETAINER:           0.00
                 FEE RETAINER:                   0.00              PAID DISB RETAINER:          0.00
                DISB RETAINER:                   0.00              TOTAL AVAILABLE FUNDS:       0.00
              TOTAL OUTSTANDING:             1,406.00              TRUST BALANCE:
                                                                   BILLING HISTORY
                                                                   ---------------
             DATE OF LAST BILL:       12/31/03            LAST PAYMENT DATE:     12/26/03
             LAST BILL NUMBER:         381784             FEES BILLED TO DATE:  53,595.00
             LAST BILL THRU DATE:     11/30/03      FEES WRITTEN OFF TO DATE:      222.00

FOR ACCTG USE ONLY:             Write Down/Up Reason Codes:

        (1) Exceeded Fixed Fee          (6)  Summer Associate
        (2) Late Time & Costs Posted    (7)  Fixed Fee
        (3) Pre-arranged Discount       (8)  Premium
        (4) Excessive Legal Time        (9)  Rounding
        (5) Business Development        (10) Client Arrangement


BILL NUMBER: _____   DATE OF BILL: _____  Processed by: _____   FRC: _____   CRC: _____
```

```
alp_132r: Matter Detail                                                                                                              PAGE   17
Run Date & Time: 01/21/2004 15:13:55

                                                        KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                             *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00008                                       Orig Prtnr : CRED. RGTS    - 06975        Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE               Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                     Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                              Status     : ACTIVE

U N B I L L E D   T I M E   S U M M A R Y   ----------------------- Total Unbilled -----------------------
Emp Id Employee Name              Group           Oldest     Latest          Total Unbilled Hours      Amount

05292  BECKER, GARY M.             CRED          12/02/03   12/18/03                 1.40              658.00
       PARAPROFESSIONALS
05208  MANGUAL, KATHLEEN           CRED          12/04/03   12/18/03                 5.70            1,054.50
05922  SHEA, JAMES                 CRED          12/18/03   12/22/03                 4.90              367.50

                            Total:                                                  12.00            2,080.00

Sub-Total Hours :   0.00 Partners       1.40 Counsels       0.00 Associates       10.60 Legal Assts    0.00 Others

B I L L I N G   &   P A Y M E N T   H I S T O R Y  (Reflects Payments As of 01/21/04 15:13:55)
                           ------- Billed -------    --- Applied ---   ---- Collections ----       Balance
Bill Date  Thru Date  Bill#    Fee & OA   Disbursement   From OA          Total            Date        Due

YEAR 2001                    10,165.00         191.48                  10,356.48
YEAR 2002                    33,105.00         183.14                  33,288.14
01/31/03 12/31/02 364671        805.50            .00                     805.50   03/25/03
02/20/03 01/31/03 365684        838.00            .00                     838.00   04/11/03
03/19/03 02/28/03 367178      2,266.00          12.08                   2,278.08   05/27/03
04/29/03 03/31/03 369330        670.00          13.48                     683.48  10/23/03
05/16/03 04/30/03 370445        851.00            .00                     851.00  10/23/03
06/17/03 05/31/03 371897      1,033.00            .00                   1,033.00  10/23/03
07/24/03 06/30/03 373811        708.50            .00                     708.50  10/23/03
08/31/03 07/31/03 375389        203.50            .00                        .00                       203.50
09/30/03 08/31/03 376733      1,059.50          28.04                   1,087.54  12/08/03
11/14/03 09/30/03 379590        687.50            .00                     687.50  12/26/03
11/30/03 10/31/03 380293        240.50            .00                        .00                       240.50
12/31/03 11/30/03 381784        962.00            .00                        .00                       962.00

                Total:       53,595.00         428.22                  52,617.22                     1,406.00
```

```
alp_132r: Matter Detail                                                                                          PAGE   18
Run Date & Time: 01/21/2004 15:13:55
                                        KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                             *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00008                              Orig Prtnr  : CRED. RGTS     - 06975       Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr  : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT            Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                      Status      : ACTIVE

U N B I L L E D   T I M E   D E T A I L
Employee Name            Work Date   Description                                              Hours    Amount     Index#    Batch Date
------------------------ ----------- ------------------------------------------------------- -------- ---------- --------- ----------
BECKER, GARY M.          12/02/03    Review and revise November invoice                        0.50    235.00    4932499   12/04/03
MANGUAL, KATHLEEN        12/04/03    review time detail from accounting (.70);                 1.10    203.50    4945724   12/16/03
                                     revisions to KL interim fee application (.40)
MANGUAL, KATHLEEN        12/12/03    draft October monthly fee application,                    1.90    351.50    4966820   01/05/04
                                     revisions to Interim fee app (1.9)
BECKER, GARY M.          12/16/03    Review and revise monthly and quarterly fee app           0.50    235.00    4949084   12/17/03
                                     and conf. with Mangual re same
MANGUAL, KATHLEEN        12/17/03    review time detail (.60)                                  0.60    111.00    4966821   01/05/04
MANGUAL, KATHLEEN        12/18/03    revision to October Monthly and Interim Fee               2.10    388.50    4953279   12/19/03
                                     Application per GB comments, disc/w J.Shea and
                                     draft of charts to be included in fee app
                                     (1.4); review time detail for Nov (.70).
BECKER, GARY M.          12/18/03    Review and revise fee apps and conf. with K.              0.40    188.00    4954060   12/19/03
                                     Mangual re same
SHEA, JAMES              12/18/03    Compile fee and expense information from                  3.20    240.00    4960035   12/24/03
                                     previous quarterly applications (0.4); Draft
                                     charts and explanations for quarterly fee
                                     application (1.2); Proofread & Make changes to
                                     October Monthly fee application (0.8); Prepare
                                     for filing with local counsel (0.9)
SHEA, JAMES              12/22/03    Compile files of KL Fee Applications, Retention           1.70    127.50    4960040   12/31/03
                                     Application, Conflict Check, etc. as per G.
                                     Becker (1.7)

                                                                              Fee Total      12.00    2,080.00

                                                                              Fee Total      12.00    2,080.00
```

```
alp_132r: Matter Detail                                                                                                      PAGE   19
Run Date & Time: 01/21/2004 15:13:55

                                             KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                  *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00008                                   Orig Prtnr : CRED. RGTS    - 06975         Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE           Bill Prtnr  : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                 Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                            Status      : ACTIVE

BILLING INSTRUCTIONS FOR UNBILLED TIME SUMMARY
Employee Name               Hours        Amount          Bill      W/o / W/u    Transfer To   Clnt/Mtr   Carry Forward
------------------------------------------------------------------------------------------------------------------------

BECKER, GARY M.             1.40         658.00
MANGUAL, KATHLEEN           5.70       1,054.50
SHEA, JAMES                 4.90         367.50
                           -----       ---------
           Total:          12.00       2,080.00
```

```
alp_132r: Matter Detail                                                                                                       PAGE  20
Run Date & Time: 01/21/2004 15:13:55

                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                        *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00012                                   Orig Prtnr : CRED. RGTS  - 06975         Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE           Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)  Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                         Status     : ACTIVE

Special Billing Instructions:

                                         PRE-BILLING SUMMARY REPORT

    UNBILLED TIME FROM:    12/05/2003          TO:  12/05/2003
    UNBILLED DISB FROM:                        TO:

                                  FEES                     COSTS
                                 ------                   -------
    GROSS BILLABLE AMOUNT:       582.00                    0.00
    AMOUNT WRITTEN DOWN:
              PREMIUM:
    ON ACCOUNT BILLED:
    DEDUCTED FROM PAID RETAINER:
    AMOUNT BILLED:
    THRU DATE:
    CLOSE MATTER/FINAL BILLING?  YES OR NO
    EXPECTED DATE OF COLLECTION:

    BILLING PARTNER APPROVAL:

    BILLING COMMENTS:                 BENTLEY PHILIP - 02495     WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

                                        ACCOUNTS RECEIVABLE TOTALS            UNAPPLIED CASH

                       FEES:              2,101.30    UNIDENTIFIED RECEIPTS:      0.00
              DISBURSEMENTS:                  2.69    PAID FEE RETAINER:          0.00
                FEE RETAINER:                 0.00    PAID DISB RETAINER:         0.00
               DISB RETAINER:                 0.00    TOTAL AVAILABLE FUNDS:      0.00
            TOTAL OUTSTANDING:            2,103.99    TRUST BALANCE:
                                                      BILLING HISTORY
                                                      ---------------
          DATE OF LAST BILL:       11/30/03           LAST PAYMENT DATE:        12/26/03
          LAST BILL NUMBER:          380293           FEES BILLED TO DATE:     165,173.00
          LAST BILL THRU DATE:     10/31/03           FEES WRITTEN OFF TO DATE:  4,417.50

FOR ACCTG USE ONLY:         Write Down/Up Reason Codes:

    (1) Exceeded Fixed Fee            (6) Summer Associate
    (2) Late Time & Costs Posted      (7) Fixed Fee
    (3) Pre-arranged Discount         (8) Premium
    (4) Excessive Legal Time          (9) Rounding
    (5) Business Development         (10) Client Arrangement

BILL NUMBER: _____  DATE OF BILL: _____  Processed by: _____  FRC: _____  CRC: _____
```

```
alp_132r: Matter Detail                              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                          PAGE   21
Run Date & Time: 01/21/2004 15:13:55                      *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00012                                                          Orig Prtnr : CRED. RGTS    - 06975           Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                                  Bill Prtnr : BENTLEY PHILIP  - 02495         Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)                    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                                    Status : ACTIVE

U N B I L L E D   T I M E   S U M M A R Y                              --------- Total Unbilled ----------
Emp Id   Employee Name                    Group           Oldest         Latest         Hours         Amount
07850    HOROWITZ, GREGORY A.             LITI          12/05/03       12/05/03          1.20         582.00

                                   Total:                                                1.20         582.00

Sub-Total Hours :  1.20 Partners     0.00 Counsels     0.00 Associates    0.00 Legal Assts    0.00 Others

B I L L I N G   &   P A Y M E N T   H I S T O R Y  (Reflects Payments As Of 01/21/04 15:13:55)
                               ------- Billed -------      Applied       ---- Collections ----      Balance
Bill Date  Thru Date  Bill#    Fee & OA    Disbursement    From OA        Total         Date         Due

YEAR 2001                      44,026.00      5,710.65                  49,736.65
YEAR 2002                      78,495.50      6,087.88                  84,583.38
01/31/03  12/31/02  364671      1,025.00           .00                   1,025.00    03/25/03
02/20/03  01/31/03  365684      6,254.00           .00                   6,277.10    10/23/03
03/19/03  02/28/03  367178      6,230.00         23.10                   6,232.70    10/23/03
04/29/03  03/31/03  369330     19,960.50          2.70                  19,960.50    10/23/03
05/16/03  04/30/03  370445      2,181.50         14.00                   2,195.50    12/26/03
06/17/03  05/31/03  371897      1,659.50           .00                   1,659.50    12/26/03
07/24/03  06/30/03  373811      2,845.50           .00                   2,847.29    12/26/03
08/31/03  07/31/03  375389        535.50          1.79                                                 538.19
11/14/03  09/30/03  379590      1,627.50          2.69                     271.70    12/26/03       1,355.80
11/30/03  10/31/03  380293        210.00           .00                         .00                     210.00

          Total:              165,050.50     11,842.81                 174,789.32                   2,103.99
```

alp_132r: Matter Detail                                                                                                        PAGE   22
Run Date & Time: 01/21/2004 15:13:55

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00012                              Orig Prtnr : CRED. RGTS - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)
                                                     Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                    Status     : ACTIVE

U N B I L L E D   T I M E   D E T A I L
Employee Name           Work Date    Description                                    Hours      Amount      Index#    Batch Date

HOROWITZ, GREGORY A.    12/05/03     tc Charles Bates, e-mail re same (1.2)          1.20      582.00    4945369    12/15/03

                                                                    Fee Total        1.20      582.00

                                                     Fee Total                       1.20      582.00