alp_132r: Matter Detail

Run Date & Time: 01/21/2004 15:13:55

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE 23

Matter No: 056772-00012                              Orig Prtnr : CRED. RGTS - 06975         Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)
                                                     Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                   Status     : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   T I M E   S U M M A R Y
Employee Name              Hours        Amount         Bill        W/o / W/u    Transfer To   Clnt/Mtr   Carry Forward

HOROWITZ, GREGORY A.        1.20        582.00

    Total:                  1.20        582.00

```
alp_132r: Matter Detail
Run Date & Time: 01/21/2004 15:13:55
```

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE   24

```
Matter No: 056772-00013                             Orig Prtnr : CRED. RGTS   - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE     Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : FRAUDULENT CONVEYANCE ADV. PROCEEDING Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                     Status     : ACTIVE
```

Special Billing Instructions:

PRE-BILLING SUMMARY REPORT

```
UNBILLED TIME FROM:                   TO:
UNBILLED DISB FROM:                   TO:

                                      FEES              COSTS

GROSS BILLABLE AMOUNT:                0.00              0.00
AMOUNT WRITTEN DOWN:
    PREMIUM:
    ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
    AMOUNT BILLED:
    THRU DATE:
CLOSE MATTER/FINAL BILLING?     YES OR NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:  BENTLEY PHILIP - 02495    WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:
```

```
                    ACCOUNTS RECEIVABLE TOTALS                              UNAPPLIED CASH
                              
    FEES:              443.50           UNIDENTIFIED RECEIPTS:     0.00
    DISBURSEMENTS:       0.00           PAID FEE RETAINER:         0.00
    FEE RETAINER:        0.00           PAID DISB RETAINER:        0.00
    DISB RETAINER:       0.00           TOTAL AVAILABLE FUNDS:     0.00
    TOTAL OUTSTANDING:  443.50                TRUST BALANCE:
                                        BILLING HISTORY

    DATE OF LAST BILL:      12/31/03         LAST PAYMENT DATE:        12/26/03
    LAST BILL NUMBER:         381784         FEES BILLED TO DATE:      74,177.50
    LAST BILL THRU DATE:    11/30/03         FEES WRITTEN OFF TO DATE:  1,600.00
```

```
FOR ACCTG USE ONLY:        Write Down/Up Reason Codes:
    (1) Exceeded Fixed Fee         (6) Summer Associate
    (2) Late Time & Costs Posted   (7) Fixed Fee
    (3) Pre-arranged Discount      (8) Premium
    (4) Excessive Legal Time       (9) Rounding
    (5) Business Development      (10) Client Arrangement

BILL NUMBER: _____   DATE OF BILL: _____   Processed by: _____   FRC: _____   CRC: _____
```

```
alp_132r: Matter Detail                                                                                                                    PAGE  25
Run Date & Time: 01/21/2004 15:13:55

                                                         KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                              *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00013                                         Orig Prtnr : CRED. RGTS   - 06975              Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                 Bill Prtnr  : BENTLEY PHILIP - 02495           Bill Frequency: M
Matter Name : FRAUDULENT CONVEYANCE ADV. PROCEEDING             Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                      Status     : ACTIVE

B I L L I N G   &   P A Y M E N T   H I S T O R Y (Reflects Payments As of 01/21/04 15:13:55)
                                  ------- Billed -------       Applied    ---- Collections ----     Balance
Bill Date Thru Date Bill#         Fee & OA    Disbursement     From OA     Total          Date        Due
                                                                                                            
       YEAR 2001                  2,212.50         389.75                 2,602.25
       YEAR 2002                 66,342.00         550.91                66,892.91
01/31/03 12/31/02  364671         2,601.00          83.50                 2,684.50  08/19/03
02/20/03 01/31/03  365684         1,638.50            .00                 1,638.50  10/23/03
03/19/03 02/28/03  367178           672.00            .00                   672.00  10/23/03
05/16/03 04/30/03  370445           100.50         926.30                 1,026.80  12/26/03
06/17/03 05/31/03  371897           167.50            .00                   167.50  12/26/03
12/31/03 11/30/03  381784           443.50            .00                              .00          443.50

                  Total:         74,177.50       1,950.46                75,684.46                  443.50
```

```
alp_132r: Matter Detail                                                                                                          PAGE   26
Run Date & Time: 01/21/2004 15:13:55

                                         KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                              *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00019                                  Orig Prtnr : CRED. RGTS  - 06975         Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE          Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : HEARINGS                                   Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                        Status     : ACTIVE

Special Billing Instructions:

                                             PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM:   12/12/2003                    TO:  12/15/2003
UNBILLED DISB FROM:                                 TO:

                            FEES                         COSTS

GROSS BILLABLE AMOUNT:      2,021.00                      0.00
AMOUNT WRITTEN DOWN:
    PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
    AMOUNT BILLED:
    THRU DATE:
CLOSE MATTER/FINAL BILLING?   YES OR NO       12/15/2003
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:

       BENTLEY PHILIP - 02495               WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

                                             ACCOUNTS RECEIVABLE TOTALS              UNAPPLIED CASH

              FEES:              4,506.48           UNIDENTIFIED RECEIPTS:    0.00
        DISBURSEMENTS:              12.00                 PAID FEE RETAINER:  0.00
         FEE RETAINER:               0.00                PAID DISB RETAINER:  0.00
        DISB RETAINER:               0.00             TOTAL AVAILABLE FUNDS:  0.00
     TOTAL OUTSTANDING:           4,518.48                   TRUST BALANCE:
                                                    BILLING HISTORY
         DATE OF LAST BILL:     12/31/03              LAST PAYMENT DATE:     12/26/03
         LAST BILL NUMBER:       381784               FEES BILLED TO DATE:   53,836.50
         LAST BILL THRU DATE:   11/30/03         FEES WRITTEN OFF TO DATE:    5,087.68

FOR ACCTG USE ONLY:         Write Down/Up Reason Codes:
                  (1) Exceeded Fixed Fee      (6) Summer Associate
                  (2) Late Time & Costs Posted (7) Fixed Fee
                  (3) Pre-arranged Discount   (8) Premium
                  (4) Excessive Legal Time    (9) Rounding
                  (5) Business Development   (10) Client Arrangement

BILL NUMBER: _____        DATE OF BILL: _____    Processed by: _____    FRC: _____   CRC: _____
```

```
alp_132r: Matter Detail                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                      PAGE    27
Run Date & Time: 01/21/2004 15:13:55                            *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00019                                                                  Orig Prtnr : CRED. RGTS     - 06975    Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                                          Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : HEARINGS                                                                   Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                                                      Status     : ACTIVE

U N B I L L E D   T I M E   S U M M A R Y  ------------- Total Unbilled -------------
Emp Id Employee Name           Group            Oldest       Latest         Hours        Amount
05292 BECKER, GARY M.          CRED             12/12/03     12/15/03        4.30      2,021.00

                       Total:                                                4.30      2,021.00

Sub-Total Hours :    0.00 Partners    4.30 Counsels    0.00 Associates    0.00 Legal Assts    0.00 Others

B I L L I N G   &   P A Y M E N T   H I S T O R Y (Reflects Payments As of 01/21/04 15:13:55)
                                    ------- Billed -------    ---- Applied ----   ---- Collections ----
Bill Date  Thru Date  Bill#    Fee & OA    Disbursement    From OA   Total          Date       Balance Due

    YEAR 2002           45,704.82        58.14                    45,762.96
02/20/03 01/31/03 365684      105.00          .00                    105.00 10/23/03
07/24/03 06/30/03 373811      455.00          .00                    455.00 12/26/03
08/31/03 07/31/03 375389           .00       12.00                      .00                      12.00
09/30/03 08/31/03 376733    1,365.00         13.00          490.52 12/08/03                     887.48
11/14/03 09/30/03 379590      940.00           .00                      .00                     940.00
11/30/03 10/31/03 380293      940.00           .00                      .00                     940.00
12/31/03 11/30/03 381784    1,739.00           .00                      .00                   1,739.00

             Total:       51,248.82         83.14                  46,813.48                  4,518.48
```

```
alp_132r: Matter Detail                                                                                                PAGE    28
Run Date & Time: 01/21/2004 15:13:55

Matter No: 056772-00019                                                                              Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                  Orig Prtnr : CRED. RGTS  - 06975    Bill Frequency: M
Matter Name : HEARINGS                                           Bill Prtnr : BENTLEY PHILIP - 02495
Matter Opened : 09/06/2002                                       Supv Prtnr : MAYER THOMAS MOERS - 03976                Status    : ACTIVE

U N B I L L E D   T I M E   D E T A I L
Employee Name                 Work Date     Description                                              Hours       Amount    Index#   Batch Date
-----------------------------------------------------------------------------------------------------------------------------------
BECKER, GARY M.               12/12/03      prepare for and attend Third Circuit hearing on          2.00       940.00    4947732  12/16/03
                                            petition for mandamus re Judge Wolin recusal
BECKER, GARY M.               12/15/03      Prepare for and participate by telephone in              2.30     1,081.00    4947733  12/16/03
                                            omnibus court hearing.

                                                              Fee Total                              4.30     2,021.00

                                                              Fee Total                              4.30     2,021.00
```

```
alp_132r: Matter Detail                                                                                              PAGE   29
Run Date & Time: 01/21/2004 15:13:55

                                       KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                            *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00019                                      Orig Prtnr : CRED. RGTS - 06975        Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE              Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : HEARINGS                                       Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                          Status    : ACTIVE

BILLING INSTRUCTIONS FOR UNBILLED TIME SUMMARY
Employee Name              Hours      Amount           Bill      W/o / W/u        Transfer To      Clnt/Mtr     Carry Forward

BECKER, GARY M.             4.30     2,021.00

         Total:             4.30     2,021.00
```

```
alp_132r: Matter Detail                                                                                              PAGE    30
Run Date & Time: 01/21/2004 15:13:55

                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                      *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00020                              Orig Prtnr : CRED. RGTS - 06975       Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495   Bill Frequency: M
Matter Name : LITIGATION                             Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                  Status    : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15

                              PRE-BILLING SUMMARY REPORT

              UNBILLED TIME FROM:              TO:
              UNBILLED DISB FROM:              TO:

                                              FEES                COSTS

     GROSS BILLABLE AMOUNT:                     0.00               0.00
     AMOUNT WRITTEN DOWN:
                   PREMIUM:
DEDUCTED FROM PAID RETAINER:
     ON ACCOUNT BILLED:
             AMOUNT BILLED:
                 THRU DATE:
CLOSE MATTER/FINAL BILLING?    YES OR NO
EXPECTED DATE OF COLLECTION:

    BILLING PARTNER APPROVAL:   BENTLEY PHILIP - 02495           WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

           BILLING COMMENTS:


                                           ACCOUNTS RECEIVABLE TOTALS                 UNAPPLIED CASH

                        FEES:         339.50           UNIDENTIFIED RECEIPTS:     0.00
               DISBURSEMENTS:           0.00                PAID FEE RETAINER:    0.00
                FEE RETAINER:           0.00               PAID DISB RETAINER:    0.00
               DISB RETAINER:           0.00             TOTAL AVAILABLE FUNDS:   0.00
            TOTAL OUTSTANDING:        339.50                   TRUST BALANCE:
                                                BILLING HISTORY

           DATE OF LAST BILL:      12/31/03              LAST PAYMENT DATE:  04/29/03
            LAST BILL NUMBER:       381784               FEES BILLED TO DATE: 2,507.00
         LAST BILL THRU DATE:      11/30/03         FEES WRITTEN OFF TO DATE:    0.00

FOR ACCTG USE ONLY:        Write Down/Up Reason Codes:
     (1) Exceeded Fixed Fee         (6) Summer Associate
     (2) Late Time & Costs Posted   (7) Fixed Fee
     (3) Pre-arranged Discount      (8) Premium
     (4) Excessive Legal Time       (9) Rounding
     (5) Business Development       (10) Client Arrangement

BILL NUMBER: _____    DATE OF BILL: _____  Processed by: _____  FRC: _____  CRC: _____
```

```
alp_132r: Matter Detail                                                                                                              PAGE  31
Run Date & Time: 01/21/2004 15:13:55

                                                   KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                       *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00020                                              Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                      Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : LITIGATION                                             Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                                     Status     : ACTIVE

B I L L I N G  &  P A Y M E N T   H I S T O R Y  (Reflects Payments As of 01/21/04 15:13:55)
                              ------- Billed --------      ---- Applied ----     ---- Collections ----      Balance
Bill Date Thru Date Bill#     Fee & OA     Disbursement    From OA    Total      Date                       Due
------------------------     ---------    ------------    -------   --------    ----                       -------
  YEAR 2002                   2,167.50        4,437.15                6,604.65                              339.50
12/31/03 11/30/03 381784        339.50             .00                     .00                              339.50
                             ---------    ------------              ---------                              -------
             Total:           2,507.00        4,437.15                6,604.65                              339.50
```

```
alp_132r: Matter Detail                                                                                                                          PAGE  32
Run Date & Time: 01/21/2004 15:13:55

                                              KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                  *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00024                                       Orig Prtnr : CRED. RGTS    - 06975              Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE               Bill Prtnr  : BENTLEY PHILIP - 02495            Bill Frequency: M
Matter Name : ZAI SCIENCE TRIAL                               Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                                    Status    : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15

                                         PRE-BILLING SUMMARY REPORT

               UNBILLED TIME FROM:                   TO:
               UNBILLED DISB FROM:                   TO:

                                        FEES                              COSTS
                                        ----                              -----
GROSS BILLABLE AMOUNT:                  0.00                              0.00
AMOUNT WRITTEN DOWN:
    PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
    AMOUNT BILLED:
    THRU DATE:
CLOSE MATTER/FINAL BILLING?    YES OR NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:

                                BENTLEY PHILIP - 02495       WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:



                                         ACCOUNTS RECEIVABLE TOTALS                    UNAPPLIED CASH

    FEES:                              1,523.61         UNIDENTIFIED RECEIPTS:             0.00
    DISBURSEMENTS:                         0.00         PAID FEE RETAINER:                 0.00
    FEE RETAINER:                          0.00         PAID DISB RETAINER:                0.00
    DISB RETAINER:                         0.00         TOTAL AVAILABLE FUNDS:             0.00
    TOTAL OUTSTANDING:                 1,523.61         TRUST BALANCE:
                                                        BILLING HISTORY
                                                        ---------------
    DATE OF LAST BILL:            12/31/03              LAST PAYMENT DATE:           12/26/03
    LAST BILL NUMBER:              381784               FEES BILLED TO DATE:         2,492.50
    LAST BILL THRU DATE:          11/30/03              FEES WRITTEN OFF TO DATE:        0.00

FOR ACCTG USE ONLY:        Write Down/Up Reason Codes:

    (1) Exceeded Fixed Fee             (6) Summer Associate
    (2) Late Time & Costs Posted       (7) Fixed Fee
    (3) Pre-arranged Discount          (8) Premium
    (4) Excessive Legal Time           (9) Rounding
    (5) Business Development          (10) Client Arrangement


BILL NUMBER:_____    DATE OF BILL:_____   Processed by:_____   FRC:_____    CRC:_____
```

```
alp_132r: Matter Detail                                                                                               PAGE   33
Run Date & Time: 01/21/2004 15:13:55

                                     KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                        *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00024                                    Orig Prtnr : CRED. RGTS    - 06975      Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : ZAI SCIENCE TRIAL                            Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                         Status     : ACTIVE

B I L L I N G  &  P A Y M E N T   H I S T O R Y (Reflects Payments As of 01/21/04 15:13:55)
                         ------- Billed -------       Applied    ---- Collections ----
Bill Date Thru Date Bill#  Fee & OA    Disbursement   From OA    Total         Date        Balance Due
07/24/03 06/30/03 373811    637.00          .00                  637.00      12/26/03
08/31/03 07/31/03 375389  1,432.50         4.55                  336.44      11/28/03      1,100.61
12/31/03 11/30/03 381784    423.00          .00                     .00                      423.00

                 Total:   2,492.50         4.55                  973.44                    1,523.61
```

```
alp_132r: Matter Detail                                                                                                                    PAGE   34
Run Date & Time: 01/21/2004 15:13:55

                                            KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                 *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00028                                                  Orig Prtnr : CRED. RGTS  - 06975         Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                          Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : TRAVEL\NON-WORKING                                         Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 10/04/2002                                                                                        Status     : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15

                                              PRE-BILLING SUMMARY REPORT

                                      FEES                                                    COSTS
                                      ----                                                    -----

         UNBILLED TIME FROM:    12/12/2003              TO:   12/12/2003
         UNBILLED DISB FROM:    12/12/2003              TO:   12/12/2003

GROSS BILLABLE AMOUNT:                             705.00                                      197.00
AMOUNT WRITTEN DOWN:
            PREMIUM:
   ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
       AMOUNT BILLED:
          THRU DATE:                           12/12/2003                                    12/12/2003
CLOSE MATTER/FINAL BILLING?       YES OR NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:

                               BENTLEY PHILIP - 02495                 WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

                                             ACCOUNTS RECEIVABLE TOTALS                      UNAPPLIED CASH

                                FEES:              2,335.00         UNIDENTIFIED RECEIPTS:       0.00
                       DISBURSEMENTS:                205.00         PAID FEE RETAINER:           0.00
                       FEE RETAINER:                   0.00         PAID DISB RETAINER:          0.00
                       DISB RETAINER:                  0.00         TOTAL AVAILABLE FUNDS:       0.00
                   TOTAL OUTSTANDING:              2,540.00         TRUST BALANCE:
                                                                    BILLING HISTORY
                                                                    ---------------
                DATE OF LAST BILL:               12/31/03           LAST PAYMENT DATE:        12/26/03
                 LAST BILL NUMBER:                 381784           FEES BILLED TO DATE:     9,375.00
              LAST BILL THRU DATE:               11/30/03           FEES WRITTEN OFF TO DATE: 7,465.00

FOR ACCTG USE ONLY:    Write Down/Up Reason Codes:

             (1) Exceeded Fixed Fee         (6) Summer Associate
             (2) Late Time & Costs Posted   (7) Fixed Fee
             (3) Pre-arranged Discount      (8) Premium
             (4) Excessive Legal Time       (9) Rounding
             (5) Business Development       (10) Client Arrangement

BILL NUMBER: _____    DATE OF BILL: _____  Processed by: _____   FRC: _____    CRC: _____
```

```
alp_132r: Matter Detail                              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                         PAGE  35
Run Date & Time: 01/21/2004 15:13:55                      *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00028                                                       Orig Prtnr : CRED. RGTS    - 06975      Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                               Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : TRAVEL\NON-WORKING                                              Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 10/04/2002                                                                                            Status    : ACTIVE

U N B I L L E D   T I M E   S U M M A R Y  ------------- Total Unbilled -------------
Emp Id Employee Name                 Group              Oldest        Latest         Total           Total
                                                        Entry         Entry          Hours           Amount

05292    BECKER, GARY M.             CRED               12/12/03      12/12/03        1.50           705.00

                                         Total:                                       1.50           705.00

U N B I L L E D   C O S T S   S U M M A R Y ------------- Total Unbilled -------------
Code Description                                        Oldest        Latest         Total
                                                        Entry         Entry          Amount

0950    OUT-OF-TOWN TRAVEL                              12/12/03      12/12/03        197.00

                                         Total                                        197.00

                                         Grand Total                                                  902.00
                                                                                                  ============

Sub-Total Hours :    0.00 Partners   1.50 Counsels   0.00 Associates   0.00 Legal Assts   0.00 Others

B I L L I N G   &   P A Y M E N T   H I S T O R Y  (Reflects Payments As of 01/21/04 15:13:55)
                         ------- Billed --------    ----- Applied -----    ---- Collections ----     Balance
Bill Date Thru Date Bill#    Fee & OA  Disbursement     From OA     Total     Total      Date        Due

YEAR 2002                   2,275.00         .00          .00      2,275.00
06/17/03  05/31/03 371897     455.00         .00          .00        455.00   455.00   12/26/03
07/24/03  06/30/03 373811     910.00         .00          .00        910.00   910.00   12/26/03
09/30/03  08/31/03 376733     455.00         .00          .00          .00                          455.00
11/14/03  09/30/03 379590     705.00         .00          .00          .00                          705.00
11/30/03  10/31/03 380293     470.00         .00          .00          .00                          470.00
12/31/03  11/30/03 381784     705.00      205.00       205.00          .00                          910.00

              Total:        5,975.00      205.00                   3,640.00                       2,540.00
```

```
alp_132r: Matter Detail                                                                                                                                    PAGE  36
Run Date & Time: 01/21/2004 15:13:55

                                              KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                  *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00028                                            Orig Prtnr : CRED. RGTS  - 06975            Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                    Bill Prtnr : BENTLEY PHILIP - 02495         Bill Frequency: M
Matter Name : TRAVEL\NON-WORKING                                   Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 10/04/2002                                                                                     Status     : ACTIVE

U N B I L L E D    T I M E    D E T A I L
Employee Name                Work Date    Description                                         Hours       Amount      Index#    Batch Date

BECKER, GARY M.              12/12/03     Non working travel time to Third Circuit             1.50       705.00    4947734    12/16/03
                                          mandamus argument (3.0)

                                                               Fee Total                       1.50       705.00

                                                                                               1.50       705.00


U N B I L L E D    C O S T S    D E T A I L
Description/Code                       Employee            Date          Amount         Index#    Batch No    Batch Date

OUT-OF-TOWN TRAVEL            0950
CITICORP DINERS CLUB                   BECKER, G M         12/12/03      197.00         6399497   109332      01/16/04
OUT-OF-TOWN TRAVEL - VENDOR-CITICORP DINERS
CLUB Philadelphia

                                       0950 OUT-OF-TOWN TRAVEL Total :   197.00

                       Costs Total :                                     197.00
```

```
alp_132r: Matter Detail                                                                                                      PAGE  37
Run Date & Time: 01/21/2004 15:13:55

                                     KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                          *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00028                                       Orig Prtnr : CRED. RGTS  - 06975      Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE               Bill Prtnr : BENTLEY PHILIP - 02495   Bill Frequency: M
Matter Name : TRAVEL\NON-WORKING                              Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 10/04/2002                                                                          Status     : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   T I M E   S U M M A R Y
Employee Name              Hours         Amount          Bill         W/o / W/u        Transfer To     Clnt/Mtr    Carry Forward

BECKER, GARY M.             1.50         705.00
              Total:        1.50         705.00

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y
Code Description                   Amount                  Bill         W/o / W/u       Transfer To     Clnt/Mtr    Carry Forward

0950 OUT-OF-TOWN TRAVEL            197.00

                Costs Total :      197.00
```

```
alp_132rc: Client Analysis Sheet                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE    1
Run Date & Time: 01/21/04 15:14:00                            *PRIVILEGED AND CONFIDENTIAL*
Client: 056772 W.R. GRACE & CO. EQUITY COMMITTEE                  Work Thru : 12/31/03

  Matter                                                                                                                        
Number    Name                           Hours         Fees      Disbursements    Total Charges      Resp Partners       Class   Freq  Stat
------   -------------------------     --------    ----------   --------------   --------------   -------------------   ------   ----  ----
00001    CASE ADMINISTRATION             20.40      6,246.50         1,364.34         7,610.84     BENTLEY PHILIP - 02495    M     B
00002    CREDITOR COMMITTEE               5.00      2,416.00            36.00         2,452.00     BENTLEY PHILIP - 02495    M     B
00005    BANKR. MOTIONS                   9.00      3,544.50             1.80         3,546.30     BENTLEY PHILIP - 02495    M     B
00008    FEE APPLICATIONS, APPLIC        12.00      2,080.00             0.00         2,080.00     BENTLEY PHILIP - 02495    M     B
00012    CLAIM ANALYSIS OBJECTION         1.20        582.00             0.00           582.00     BENTLEY PHILIP - 02495    M     B
00013    FRAUDULENT CONVEYANCE AD         0.00          0.00             0.00             0.00     BENTLEY PHILIP - 02495    M     B
00019    HEARINGS                         4.30      2,021.00             0.00         2,021.00     BENTLEY PHILIP - 02495    M     B
00020    LITIGATION                       0.00          0.00             0.00             0.00     BENTLEY PHILIP - 02495    M     B
00024    ZAI SCIENCE TRIAL                0.00          0.00             0.00             0.00     BENTLEY PHILIP - 02495    M     B
00028    TRAVEL\NON-WORKING               1.50        705.00           197.00           902.00     BENTLEY PHILIP - 02495    M     B
                                      --------   ----------     ------------    -------------
         Client Total                   53.40     17,595.00         1,599.14        19,194.14
```