Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                              Page: 1
W.R. Grace                                    12/31/2003
Wilmington  DE                   ACCOUNT NO: 3000-00D
                                 STATEMENT NO:      27

Costs and Expenses



        PREVIOUS BALANCE                      -$542.81


        CREDIT BALANCE                        -$542.81
                                              =========




Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1
W.R. Grace                                                  12/31/2003
Wilmington  DE                              ACCOUNT NO: 3000-01D
                                            STATEMENT NO:      31

Asset Analysis and Recovery

    PREVIOUS BALANCE                                  $1,068.20

    BALANCE DUE                                       $1,068.20
                                                      =========

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                    Page: 1
W.R. Grace                                          12/31/2003
Wilmington  DE                        ACCOUNT NO: 3000-02D
                                      STATEMENT NO:      31


Asset Disposition



    PREVIOUS BALANCE                              $403.50


    BALANCE DUE                                   $403.50
                                                  =======


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1
W.R. Grace                                              12/31/2003
Wilmington  DE                            ACCOUNT NO: 3000-03D
                                          STATEMENT NO:      26

Business Operations

PREVIOUS BALANCE                                       $120.50

                                          HOURS
12/31/03
    MTH Reviewing Debtors' Motion to Restructure
        Foreign Subsidiaries.                  0.40   106.00
    MTH Correspondence to M. Berkin re Debtors
        Motion to Restructure Foreign
        Subsidiaries.                          0.20    53.00
    MTH Reviewing Debtors Motion re ART Credit
        Line                                   0.40   106.00
    MTH Correspondence to M. Berkin re Debtors
        Motion re ART Credit Agreement.        0.20    53.00
    MRE Review of e-mail from MTH to M. Berkin
        regarding motion to amend credit
        agreement                              0.10    27.50
                                               ----   ------
        FOR CURRENT SERVICES RENDERED          1.30   345.50

                         RECAPITULATION
    TIMEKEEPER                    HOURS HOURLY RATE      TOTAL
    Mark T. Hurford                1.20   $265.00    $318.00
    Marla R. Eskin                 0.10    275.00      27.50

    TOTAL CURRENT WORK                                  345.50

    BALANCE DUE                                         $466.00
                                                        =======

    Any payments received after the statement date will be
    applied to next month's statement.  Please note your
    account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

                                                Page: 1
W.R. Grace                                    12/31/2003
Wilmington  DE                    ACCOUNT NO: 3000-04D
                                  STATEMENT NO:      31

        Case Administration

        PREVIOUS BALANCE                        $1,727.80

                                         HOURS
12/08/03
    MAL Updating Service List                0.20    19.00

12/12/03
    MAL Attention to document management     0.30    28.50

12/17/03
    MAL Updating Service List                0.10     9.50

12/22/03
    MTH Reviewing Affidavit of L. Epps re
        retention as professional.           0.10    26.50
                                             ----    -----
        FOR CURRENT SERVICES RENDERED        0.70    83.50

                    RECAPITULATION
    TIMEKEEPER              HOURS HOURLY RATE      TOTAL
    Mark T. Hurford         0.10    $265.00      $26.50
    Margaret A. Landis      0.60      95.00       57.00

        TOTAL CURRENT WORK                           83.50

12/09/03 Payment - Thank you.  (August, 2003 - 80%)    -255.20

        BALANCE DUE                            $1,556.10
                                               =========

W.R. Grace                                                12/31/2003
                                          ACCOUNT NO: 3000-04D
                                          STATEMENT NO:        31

Case Administration

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                                    Page: 1
W.R. Grace                                                        12/31/2003
Wilmington  DE                                  ACCOUNT NO: 3000-05D
                                                STATEMENT NO:      31


Claims Analysis Objection & Resolution (Asbestos)




        PREVIOUS BALANCE                                      $4,299.50


                                                      HOURS
12/31/03
     MTH Reviewing Debtors' Motion for Limited
         Waiver of Rule 3007 (.4) and discussion
         with MRE re same (.1)                          0.50     132.50
                                                        ----    ------
         FOR CURRENT SERVICES RENDERED                  0.50     132.50

                        RECAPITULATION
     TIMEKEEPER                   HOURS HOURLY RATE      TOTAL
     Mark T. Hurford               0.50    $265.00     $132.50


        TOTAL CURRENT WORK                                       132.50


12/09/03 Payment - Thank you.  (August, 2003 - 80%)             -948.00


        BALANCE DUE                                           $3,484.00
                                                              =========




        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                    Page: 1
W.R. Grace                                        12/31/2003
Wilmington  DE                      ACCOUNT NO: 3000-06D
                                    STATEMENT NO:      31


Claims Analysis Objection & Resol. (Non-Asbestos)




    PREVIOUS BALANCE                              $856.80



                                     HOURS
12/03/03
    MRE Review of objection to file late proof of
        claim by Royal                    0.10     27.50

12/12/03
    MTH telephone conference with JWD re Royal
        Motion to File Late POC            0.20     53.00

12/14/03
    MTH Reviewing Debtors' Reply to Royal
        Indemnity POC Motion.              0.40    106.00

12/22/03
    MTH Reviewing Affidavit of Service re Bar
        Date Materials.                    0.10     26.50
                                          ----    ------
    FOR CURRENT SERVICES RENDERED          0.80    213.00

                   RECAPITULATION
    TIMEKEEPER              HOURS HOURLY RATE     TOTAL
    Mark T. Hurford          0.70    $265.00   $185.50
    Marla R. Eskin           0.10     275.00     27.50


    TOTAL CURRENT WORK                           213.00


12/09/03 Payment - Thank you.  (August, 2003 - 80%)      -493.20

Page: 2
W.R. Grace                                    12/31/2003
                              ACCOUNT NO: 3000-06D
                              STATEMENT NO:      31
Claims Analysis Objection & Resol. (Non-Asbestos)

        BALANCE DUE                          $576.60
                                             =======

        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                              12/31/2003
Wilmington  DE                          ACCOUNT NO: 3000-07D
                                        STATEMENT NO:      31

Committee, Creditors, Noteholders, Equity Holders



PREVIOUS BALANCE                                     $25,484.90



                                            HOURS
12/01/03
    DEM Review Pleadings and electronic filing
        notices; preparation, retrieval and
        distribution of documents relating to
        daily memo                                   0.40    38.00

12/02/03
    DEM Review Pleadings and electronic filing
        notices; preparation, retrieval and
        distribution of documents relating to
        daily memo                                   0.20    19.00
    MTH Review of memorandum summarizing
        pleadings filed from 11/26/03 through
        11/30/03.                                    0.10    26.50

12/03/03
    DEM Review Pleadings and electronic filing
        notices; preparation, retrieval and
        distribution of documents relating to
        daily memo                                   0.30    28.50
    MRE Review of memorandum summarizing
        pleadings filed from November 26, 2003
        through November 30, 2003                    0.10    27.50
    MRE Review of memorandum summarizing
        pleadings filed on December 1, 2003          0.10    27.50
    MRE Review of memorandum summarizing
        pleadings filed on December 2, 2003          0.10    27.50
    MTH Review of memorandum summarizing
        pleadings filed on 12/2/03.                  0.10    26.50

12/04/03
    DEM Review Pleadings and electronic filing

Committee, Creditors, Noteholders, Equity Holders

|  |  | HOURS |  |
|---|---|---|---|
|  | notices; preparation and retrieval of documents relating to daily memo | 0.30 | 28.50 |
| DEM | Retrieval of orders from 3rd circuit docket and preparation of e-mail to Andrew attaching same. | 0.20 | 19.00 |
| DEM | Review Pleadings and electronic filing notices filed in adversary proceedings; preparation and retrieval of documents relating to adversary proceeding memo | 0.30 | 28.50 |
| DEM | Revision of Weekly Recommendation Memo (adding new motions and orders) | 0.20 | 19.00 |
| MTH | Review of memorandum summarizing pleadings filed on 12/3/03. | 0.10 | 26.50 |
| **12/05/03** |  |  |  |
| MAL | Attention to document management | 0.20 | 19.00 |
| MRE | Review and revisions to weekly recommendation memo | 0.20 | 55.00 |
| DAC | Review counsel's recommendation memo | 0.20 | 70.00 |
| DAD | Updated weekly fee app. recommendation memo | 0.50 | 47.50 |
| **12/07/03** |  |  |  |
| MRE | Review of memorandum summarizing pleadings filed on December 3, 2003 | 0.10 | 27.50 |
| **12/08/03** |  |  |  |
| DEM | Update Attorney Binder - Weekly Recommendation Memo | 0.20 | 19.00 |
| DEM | Review Pleadings and electronic filing notices; preparation and retrieval of documents relating to daily memo | 0.40 | 38.00 |
| MAL | Organization and distribution of daily pleadings | 0.20 | 19.00 |
| **12/09/03** |  |  |  |
| PEM | Review daily memo re: pleadings received | 0.10 | 29.00 |
| MRE | Organization and distribution of daily pleadings | 0.10 | 27.50 |
| MRE | Review of memorandum summarizing pleadings filed from 12/4/03-12/7/03 | 0.10 | 27.50 |
| DEM | Review Pleadings and electronic filing notices; preparation and retrieval of documents relating to daily memo | 0.30 | 28.50 |
| MTH | Meeting with MRE re upcoming objections, |  |  |

W.R. Grace                                                        12/31/2003
                                                     ACCOUNT NO: 3000-07D
                                                     STATEMENT NO:      31
Committee, Creditors, Noteholders, Equity Holders

|  |  | HOURS |  |
|---|---|---|---|
|  | pending motions and issues. | 0.20 | 53.00 |
| MTH | Discussion with MRE re second amended UCC | 0.10 | 26.50 |
| MRE | Review of memorandum summarizing pleadings filed on December 8, 2003 | 0.10 | 27.50 |

12/10/03
| DEM | Revision of Weekly Recommendation Memo (adding new motions and orders) | 0.50 | 47.50 |
|---|---|---|---|
| MTH | Reviewing and revising memorandum re matters scheduled to go forward at the December Omnibus Hearing (.3), Correspondence to JWD re same (.2) | 0.50 | 132.50 |
| MTH | Reviewing Agenda for hearing | 0.20 | 53.00 |
| MTH | Reviewing correspondence from DEM re hearing memorandum. | 0.10 | 26.50 |
| DEM | Review Pleadings and electronic filing notices; preparation and retrieval of documents relating to daily memo | 0.30 | 28.50 |

12/11/03
| MAL | Organization and distribution of daily pleadings | 0.10 | 9.50 |
|---|---|---|---|
| MRE | Review of memorandum summarizing pleadings filed on December 10, 2003 | 0.10 | 27.50 |
| DAD | Update weekly fee app. recommendation memo | 0.30 | 28.50 |
| DEM | Review Pleadings and electronic filing notices; preparation and retrieval of documents relating to daily memo | 0.30 | 28.50 |

12/12/03
| DEM | Review Pleadings and electronic filing notices; preparation and retrieval of documents relating to daily memo | 0.30 | 28.50 |
|---|---|---|---|
| MAL | Organization and distribution of daily pleadings | 0.10 | 9.50 |
| DEM | Revision of Weekly Recommendation Memo (adding new motions and orders) | 0.10 | 9.50 |
| PEM | Review weekly recommendation memo re: pending motions and matters (.3); fee memo (.1) | 0.40 | 116.00 |

12/14/03
| PEM | Review daily memo re: pleadings filed | 0.10 | 29.00 |

|  |  | HOURS |  |
|---|---|---|---|
| **12/15/03** | | | |
| MAL | Organization and distribution of daily pleadings | 0.10 | 9.50 |
| DEM | Review Pleadings and electronic filing notices; preparation and retrieval of documents relating to daily memo | 0.30 | 28.50 |
| DEM | Revision of Weekly Recommendation Memo (adding new motions and orders) | 0.10 | 9.50 |
| MRE | Review of memorandum summarizing pleadings filed from December 12, 2003 through December 14, 2003 | 0.10 | 27.50 |
| DEM | Update Attorney Binder - Weekly Recommendation Memo | 0.20 | 19.00 |
| DEM | Review Pleadings and electronic filing notices filed in adversary proceedings; preparation and retrieval of documents relating to adversary proceeding memo | 0.30 | 28.50 |
| **12/16/03** | | | |
| MAL | Organization and distribution of daily adversary pleadings | 0.10 | 9.50 |
| MTH | Discussion with MRE re events at Omnibus Hearing. | 0.10 | 26.50 |
| MRE | Review of memorandum summarizing pleadings filed on 12/11/03 | 0.10 | 27.50 |
| MTH | Review of memorandum summarizing pleadings filed in adversary cases between Nov. 18 2003 through Dec. 14 2003. | 0.10 | 26.50 |
| MTH | Review of memorandum summarizing pleadings filed from 12/12/03 through 12/14/03. | 0.10 | 26.50 |
| MRE | Discussion with MTH re: omnibus hearing | 0.10 | 27.50 |
| **12/17/03** | | | |
| MAL | Organization and distribution of daily pleadings | 0.10 | 9.50 |
| MTH | Meeting with MRE re pending matters and case status. | 0.20 | 53.00 |
| DEM | Revision of Weekly Recommendation Memo (adding new motions and orders) | 0.20 | 19.00 |
| DEM | Review Pleadings and electronic filing notices; preparation and retrieval of documents relating to daily memo | 0.40 | 38.00 |

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

```
                                                       HOURS
12/18/03
     MAL Organization and distribution of daily
         pleadings                                      0.10       9.50
     MRE Review of memorandum summarizing
         pleadings filed on 12/16/03                    0.10      27.50
     DEM Revision of Weekly Recommendation Memo
         (adding new motions and orders)                0.20      19.00
     DEM Review Pleadings and electronic filing
         notices; preparation and retrieval of
         documents relating to daily memo               0.30      28.50
     MTH Review of memorandum summarizing
         pleadings filed on 12/17/03.                   0.10      26.50

12/19/03
     DEM Review Pleadings and electronic filing
         notices; preparation and retrieval of
         documents relating to daily memo               0.30      28.50
     DEM Revision of Weekly Recommendation Memo
         (adding new motions and orders)                0.10       9.50
     MAL Organization and distribution of daily
         pleadings                                      0.10       9.50
     MRE Review of memorandum summarizing
         pleadings filed on 12/17/03                    0.10      27.50
     MTH Preparing memorandum re December Omnibus
         Hearing (2.5) and Correspondence to JWD
         re same (.1)                                   2.60     689.00
     MTH Reviewing correspondence from JWD re
         revisions to memorandum to committee (.2)
         and Correspondence to DEM re same (.1)         0.20      53.00
     DEM Preparation and e-mailing of Memorandum
         Regarding Omnibus Hearing to Committee         0.20      19.00
     DEM Prepare and distribute Weekly
         Recommendation Memo to Committee (Fee
         Apps & Other Matters)                          0.30      28.50
     MTH Reviewing correspondence from DEM to
         committee re memorandum re December
         Omnibus                                        0.10      26.50
     MTH Prepare weekly recommendation memo (Fee
         Applications).                                 0.30      79.50
     MTH Prepare weekly recommendation memo
         (Motions).                                     0.60     159.00
     MRE Review of memorandum summarizing
         pleadings filed on 12/18/03                    0.10      27.50
     DAC Review counsel's weekly memo                   0.20      70.00
     DAC Review report on 12/15 hearings               0.20      70.00
```

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

                                               HOURS

12/21/03
    PEM Review weekly recommendation memo re:
        pending motions and matters (.2); fee
        memo (.1)                                0.30      87.00

12/22/03
    DEM Review Pleadings and electronic filing
        notices; preparation and retrieval of
        documents relating to daily memo         0.30      28.50
    MAL Organization and distribution of daily
        pleadings                                0.10       9.50
    MTH Review of memorandum summarizing
        pleadings filed from December 19, 2003
        through December 21, 2003.               0.10      26.50
    DEM Review Pleadings and electronic filing
        notices filed in adversary proceedings;
        preparation and retrieval of documents
        relating to adversary proceeding memo    0.30      28.50
    MAL Organization and distribution of daily
        adversary pleadings                      0.10       9.50
    DEM Update Attorney Binder                   0.20      19.00
    MRE Review of memorandum summarizing
        pleadings filed on 12/19/03 through
        12/21/03                                 0.10      27.50
    PEM Review daily memo of pleadings filed     0.10      29.00

12/23/03
    DEM Review Pleadings and electronic filing
        notices; preparation and retrieval of
        documents relating to daily memo         0.60      57.00
    MAL Organization and distribution of daily
        pleadings                                0.20      19.00
    MRE Review of memorandum summarizing
        pleadings filed on 12/22/03              0.10      27.50

12/29/03
    DEM Review Pleadings and electronic filing
        notices; preparation, retrieval and
        distribution of documents relating to
        daily memo                               0.40      38.00
    PEM Review daily memo re: pleading filed     0.10      29.00

12/30/03
    DEM Review Pleadings and electronic filing
        notices; preparation, retrieval and

```
                                                         HOURS
        distribution of documents relating to
        daily memo                                        0.30      28.50
    PEM Review weekly recommendation memo re:
        pending motions and matters (.2); fee
        memo (.1)                                         0.30      87.00

12/31/03
    DEM Review Pleadings and electronic filing
        notices; preparation, retrieval and
        distribution of documents relating to
        daily memo                                        0.30      28.50
    DEM Retrieval of documents from docket and
        preparation of e-mail to Mike Berkin
        attaching same (d.i. 4857, 4858)                  0.30      28.50
    MTH Correspondence to Committee re Weekly
        Recommendation Memoranda                          0.20      53.00
    MTH Prepare weekly recommendation memo (Fee
        Applications)                                     0.20      53.00
    MTH Prepare weekly recommendation memo
        (Motions)                                         1.00     265.00
    DAC Review counsel's recommendation memo              0.20      70.00
    MTH Review of memorandum summarizing
        pleadings filed on 12/29/03.                      0.10      26.50
    MTH Review of memorandum summarizing
        pleadings filed from 12/23/03 through
        12/28/03.                                         0.10      26.50
    DEM Prepare and distribute Weekly
        Recommendation Memo to Committee (Fee
        Apps & Other Matters)                             0.30      28.50
                                                         -----   --------
        FOR CURRENT SERVICES RENDERED                    24.00   4,356.00

                        RECAPITULATION
   TIMEKEEPER                     HOURS HOURLY RATE        TOTAL
   Douglas A. Campbell             0.80    $350.00      $280.00
   Philip E. Milch                 1.40     290.00       406.00
   Mark T. Hurford                 7.50     265.00     1,987.50
   Marla R. Eskin                  1.80     275.00       495.00
   Dylan A. Davis                  0.80      95.00        76.00
   Margaret A. Landis              1.50      95.00       142.50
   Diane E. Massey                10.20      95.00       969.00


        TOTAL CURRENT WORK                               4,356.00
```

```
                                                           Page: 8
        W.R. Grace                                      12/31/2003
                                        ACCOUNT NO: 3000-07D
                                        STATEMENT NO:       31
        Committee, Creditors, Noteholders, Equity Holders




12/09/03 Payment - Thank you.  (August, 2003 - 80%)        -4,378.00


         BALANCE DUE                                   $25,462.90
                                                       ==========
```

```
        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.
```

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

                                                      Page: 1
W.R. Grace                                           12/31/2003
Wilmington  DE                          ACCOUNT NO: 3000-08D
                                        STATEMENT NO:      30

Employee Benefits/Pension


    PREVIOUS BALANCE                              $1,256.40


    BALANCE DUE                                   $1,256.40
                                                  =========

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                              Page: 1
W.R. Grace                                                 12/31/2003
Wilmington  DE                              ACCOUNT NO: 3000-10D
                                            STATEMENT NO:      31

Employment Applications, Others



    PREVIOUS BALANCE                                    $2,954.80



12/09/03 Payment - Thank you.  (August, 2003 - 80%)       -276.40


    BALANCE DUE                                         $2,678.40
                                                        =========




                Any payments received after the statement date will be
                applied to next month's statement.  Please note your
                account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

                                                         Page: 1
W.R. Grace                                             12/31/2003
Wilmington  DE                         ACCOUNT NO: 3000-11D
                                       STATEMENT NO:      29

Expenses

PREVIOUS BALANCE                                      $4,443.77

12/01/03 Parcels, Inc. - Integrated Outsourced Services on
         11/26/03                                         7.50
12/02/03 Ikon Office Solutions- Photocopying, Envelopes,
         Postage, Hand Deliveries on 12/01/03 ( October
         monthly fee application)                        82.11
12/03/03 FAX to Nicole Bruno - Answer - 33 pages         33.00
12/05/03 Parcels, Inc. - Integrated Outsourced Services on
         12/3/03 (Split between Owens, Grace and USG)    264.66
12/05/03 Virtual Docket - Delaware Document Retrieval -
         Scanning Services, Photocopying on 12/2/03      123.00
12/05/03 Postage - C&D, C&L, LAS and LTC Interim CNOs - 3
         @ 1.06                                           3.18
12/05/03 Parcels, Inc. - Integrated Outsourced Services
         (Photocopying, Tabs)                          4,115.80
12/05/03 Parcels, Inc. - Integrated Outsourced Services
         (Photocopying)                                  193.00
12/08/03 Ikon Office Solutions- Photocopying, Envelopes,
         Postage, Hand Deliveries on 12/05/03 (C&L October
         monthly fee application)                        144.96
12/09/03 FAX to Andrew Katznelson - Daily Memo - 7 pages  5.00
12/09/03 FAX to Robert Spohn - Daily Memo - 7 pages       7.00
12/09/03 FAX to Peter Lockwood - Daily Memo - 7 pages     7.00
12/12/03 Federal Express to Elihu Inselbuch on 12/3/03   18.25
12/12/03 Federal Express to Marcia M. Waldron on 12/3/03 20.82
12/12/03 Federal Express to Peter Van N. Lockwood on
         12/3/03                                         18.25
12/14/03 Travel to Pittsburgh - dinner (split with Grace,
         Kaiser and Owens)                                3.62
12/14/03 VirtualDocket.com - scanning services, 48 pages
         scanned, $25 for FTP upload, $10.50 for rush/hand
         delivery 12/03/03                               57.20
12/14/03 Travel expense from Pittsburgh Airport to City

```
                                                          Page: 2
         W.R. Grace                                   12/31/2003
                                       ACCOUNT NO: 3000-11D
                                       STATEMENT NO:      29

         Expenses
```

| Date | Description | Amount |
|---|---|---|
| | (split with Grace, Kaiser and Owens) | 13.33 |
| 12/14/03 | Parcels, Inc. (Integrated Outsourced Services) to Campbell & Levine on 12/03/03 | 12.00 |
| 12/14/03 | Mark T. Hurford - U.S. Airways ticket from Philadelphia, PA to Pittsburgh, PA and return on 12/1/03 (split with Owens, Kaiser and W.R. Grace) | 242.50 |
| 12/15/03 | Travel to Pittsburgh - Cab from City to Airport (Split with Grace, Kaiser and Owens) | 13.33 |
| 12/15/03 | Travel to Pittsburgh - Dinner | 1.57 |
| 12/15/03 | Travel to Pittsburgh - Parking in Philadelphia, PA (split with Grace, Kaiser & Owens) | 10.67 |
| 12/16/03 | AT&T Long Distance Phone Calls | 7.43 |
| 12/17/03 | Ikon Office Solutions- Photocopying, Envelopes, Postage, Hand Deliveries on 12/16/2003 (C&D and C&L CNO) | 70.56 |
| 12/19/03 | FAX to Peter Lockwood - Daily Memo - 5 pages | 5.00 |
| 12/19/03 | FAX to Robert Spohn - Daily Memo - 5 pages | 5.00 |
| 12/19/03 | FAX to Andrew Katznelson - Daily Memo - 5 pages | 5.00 |
| 12/19/03 | Federal Express to Campbell & Levine, Pittsburgh, PA on 12/11/03 | 18.56 |
| 12/22/03 | Postage - C&D Oct. CNO | 0.37 |
| 12/23/03 | Ikon Office Solutions - LTC October Fee Application (Photocopying, Envelopes, Postage, Hand Deliveries) | 82.11 |
| 12/24/03 | Ikon Office Solutions- Photocopying, Envelopes, Postage, Hand Deliveries on 12/23/03 (C&D Oct. CNO (Sealed Air) | 57.00 |
| 12/30/03 | Postage - C&L Oct CNO (3 @ .37) | 1.11 |
| 12/30/03 | Postage- 3 @ $.37 (C&L Oct CNO) | 1.11 |
| 12/31/03 | Westlaw Usage for December, 2003 | 1.84 |
| 12/31/03 | Pacer charges for the month of November | 457.24 |

```
                                                      --------
         TOTAL EXPENSES                               6,110.08

         TOTAL CURRENT WORK                           6,110.08


12/09/03 Payment - Thank you.  (August, 2003 - 100%)  -1,591.04


         BALANCE DUE                                 $8,962.81
                                                     =========
```

W.R. Grace

                                              12/31/2003
                                    ACCOUNT NO: 3000-11D
                                    STATEMENT NO:      29

Expenses

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1

W.R. Grace                                          12/31/2003
Wilmington  DE                          ACCOUNT NO: 3000-12D
                                        STATEMENT NO:     29

Fee Applications, Applicant

PREVIOUS BALANCE                                   $4,848.50

                                        HOURS
12/04/03
    LMP Drafted Campbell & Levine's October
        Monthly Application for Compensation    0.50      47.50
    LMP Drafted Campbell & Levine's CNO for the
        Tenth Interim Fee Application Period    0.20      19.00

12/05/03
    KJC Review and revise C&L October fee
        application                             0.30      45.00
    KJC Review, revise, and sign CNO for C&L 10th
        interim fee application                 0.20      30.00
    KJC Review and sign revised C&L October
        monthly fee application                 0.10      15.00

12/11/03
    LMP Organize Campbell & Levine's Seventh
        Interim Fee Application and corresponding
        fee auditor report re Fee Hearing (.2);
        Prepare hearing binder for C&L (.2)     0.40      38.00

12/18/03
    MTH Reviewing pre-bill.                     1.00     265.00

12/23/03
    LMP Search docket for Objections to C&L
        October Fee App and Prepare CNO for re:
        Fee Application (.2); Electronic filing
        of CNO (.2)                             0.40      38.00

12/30/03
    LMP Search docket for Objections to C&L
        October Fee Application (.1); Prepare CNO

```
                                                          Page: 2
         W.R. Grace                                   12/31/2003
                                           ACCOUNT NO: 3000-12D
                                           STATEMENT NO:       29

         Fee Applications, Applicant
```

```
                                              HOURS
              re: Oct Fee App for filing (.2);
              Electronic filing and service of
              Application (.2)                   0.50      47.50
         KJC Review and sign CNO re C&L October fee
              application                        0.20      30.00

12/31/03
         LMP Drafted C&L November 2003 Monthly Fee
              Application                        0.50      47.50
                                                 ----     ------
              FOR CURRENT SERVICES RENDERED      4.30     622.50

                      RECAPITULATION
         TIMEKEEPER                   HOURS HOURLY RATE    TOTAL
         Mark T. Hurford               1.00   $265.00   $265.00
         Kathleen J. Campbell          0.80    150.00    120.00
         Lauren M. Przybylek           2.50     95.00    237.50


              TOTAL CURRENT WORK                         622.50


12/09/03 Payment - Thank you.  (August, 2003 - 80%)     -688.00


              BALANCE DUE                              $4,783.00
                                                      =========
```

```
         Any payments received after the statement date will be
         applied to next month's statement.  Please note your
         account number on your payment.  Thank you.
```

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                    Page: 1
W.R. Grace                                          12/31/2003
Wilmington  DE                         ACCOUNT NO: 3000-13D
                                       STATEMENT NO:      16


Fee Applications, Others




        PREVIOUS BALANCE                        $6,811.70



                                          HOURS
12/01/03
     AFM Review and sign fee application for
         Caplin & Drysdale (Monthly - October)     0.30      60.00
     LMP Review email from A. Katznelson re: C&D
         October 2003 Bill (.1); Prepare C&D Oc
         Fee Application for filing (.3);
         Electronic filing and service of
         Application (.2)                           0.60      57.00

12/04/03
     LMP Prepared Caplin & Drysdale's CNO re: the
         Tenth Interim Fee Application Period for
         filing                                     0.20      19.00
     LMP Prepared Legal Analysis Systems CNO re:
         the Seventh Interim Fee Application
         Period for filing                          0.20      19.00
     LMP Prepared L Tersigni's CNO re: the Tenth
         Interim Fee Application Period for filing  0.20      19.00
     LMP Prepared L Tersigni's CNO regarding the
         September 2003 Monthly Fee Application     0.20      19.00

12/05/03
     KJC Review and sign CNO re LTC September
         monthly fee application                    0.20      30.00
     KJC Review, revise, and sign CNO re LAS 7th
         interim fee app                            0.20      30.00
     KJC Review, revise, and sign CNO for C&D 10th
         interim application                        0.20      30.00
     KJC Review, revise, and sign CNO for LTC 10th
         interim fee application                    0.20      30.00

                                                    Page: 2
W.R. Grace                                        12/31/2003
                                        ACCOUNT NO: 3000-13D
                                        STATEMENT NO:      16

Fee Applications, Others


                                          HOURS
12/09/03
    MRE Meeting with LMP regarding fee
        applications                              0.10      27.50
    LMP Meeting with MRE re: fee applications     0.10       9.50

12/11/03
    LMP Organize L Tersigni Ninth Interim Fee
        Application and corresponding fee auditor
        report re Fee Hearing (.2); Prepare
        hearing binder for LTC (.2)               0.40      38.00
    LMP Organize Legal Analysis Systems Seventh
        Interim Fee Application and corresponding
        fee auditor report re Fee Hearing (.2);
        Prepare hearing binder for LAS (.2)       0.40      38.00
    LMP Organize Caplin & Drysdale's Seventh
        Interim Fee Application and corresponding
        fee auditor report re Fee Hearing (.2);
        Prepare hearing binder for C&D (.2)       0.40      38.00

12/18/03
    LMP Review July through September Interim Fee
        Application of Ferry, Joseph & Pearce
        (.1); Update Wr Grace Weekly
        Recommendation Memo (.1)                  0.20      19.00
    LMP Review July through September Interim Fee
        Application of Carella, Bryne, Bain,
        Gilfillan, Cecchi, Stewart & Olstein
        Weekly Recommendation Memo (.1)           0.20      19.00
    LMP Review July through September Interim Fee
        Application of Woodcock Washburn (.1);
        Update Wr Grace Weekly Recommendation
        Memo (.1)                                 0.20      19.00
    LMP Review October Monthly Fee Application of
        Woodcock Washburn (.1); Update Wr Grace
        Weekly Recommendation Memo (.1)           0.20      19.00
    LMP Review July through September Interim Fee
        Application of Wallace King Mararro &
        Branson (.1); Update Wr Grace Weekly
        Recommendation Memo (.1)                  0.20      19.00
    LMP Review July through September Interim Fee
        Application of Pitney Hardin Kipp & Szuch
        (.1); Update Wr Grace Weekly
        Recommendation Memo (.1)                  0.20      19.00
    LMP Review October Monthly Fee Application of
        Casner & Edwards (.1); Update Wr Grace

W.R. Grace

Fee Applications, Others

|  |  | HOURS |  |
|---|---|---|---|
| | Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Review October Monthly Fee Application of Wallace King Mararro & Branson (.1); Update Wr Grace Weekly Recommendation Memo (.1 | 0.20 | 19.00 |
| LMP | Review October Monthly Fee Application of PricewaterhouseCoopers (.1); Update Wr Grace Weekly Recommendation Memo (.1 | 0.20 | 19.00 |

12/22/03

| | | | |
|---|---|---|---|
| LMP | Review email from D. Collins re: LTC October 2003 Monthly Bill (.1); Prepare LTC Monthly Fee Application for filing (.1); Electronic filing and service of Application (.2) | 0.40 | 38.00 |
| KJC | Review and sign COS re LTC October monthly fee application | 0.30 | 45.00 |

12/23/03

| | | | |
|---|---|---|---|
| KJC | Review and sign CNO re C&D October monthly application | 0.10 | 15.00 |
| LMP | Search docket for Objections to C&D October Fee App and Prepare CNO for re: Fee Application (.2); Electronic filing of CNO (.2) | 0.40 | 38.00 |

12/31/03

| | | | |
|---|---|---|---|
| LMP | Review September Application of Bilzin Sumberg Price & Axelrod (.1); Update Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Review October Application of Stroock & Stroock & Lavan (.1); Update Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Review October Application of FTI Policano & Manzo (.1); Update Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Review July through September Application of Kramer Levin Naftalis & Frankel (.1); Update Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Review September Application of Lukins & Annis (.1); Update Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Review November Application of Elzufon | | |

```
                                                    Page: 4
        W.R. Grace                                12/31/2003
                                      ACCOUNT NO: 3000-13D
                                      STATEMENT NO:      16

        Fee Applications, Others




                                         HOURS
            Austin Reardon Tarlov & Mondell(.1);
            Update Wr Grace Weekly Recommendation
            Memo (.1)                             0.20    19.00
       LMP Review October Application of Ferry,
            Joseph & Pearce (.1); Update Wr Grace
            Weekly Recommendation Memo (.1)        0.20    19.00
                                                  ----   ------
            FOR CURRENT SERVICES RENDERED         8.30   904.00

                         RECAPITULATION
       TIMEKEEPER                 HOURS HOURLY RATE      TOTAL
       Aileen F. Maguire           0.30   $200.00      $60.00
       Marla R. Eskin              0.10    275.00       27.50
       Kathleen J. Campbell        1.20    150.00      180.00
       Lauren M. Przybylek         6.70     95.00      636.50


          TOTAL CURRENT WORK                          904.00


  12/09/03 Payment - Thank you.  (August, 2003 - 80%)    -1,202.00


          BALANCE DUE                               $6,513.70
                                                    =========
```

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                          Page: 1
W.R. Grace                                              12/31/2003
Wilmington  DE                        ACCOUNT NO: 3000-15D
                                      STATEMENT NO:      31


Hearings



        PREVIOUS BALANCE                          $7,712.25



                                          HOURS
12/09/03
    MRE Review of e-mail from MTH regarding
        omnibus hearing                    0.10      27.50

12/10/03
    MRE Review of e-mail from MTH regarding
        hearing                            0.10      27.50

12/11/03
    DEM Preparation of attorney binder for
        omnibus hearing                    1.00      95.00
    MAL Preparation of draft Hearing Memo  0.30      28.50

12/12/03
    MTH Reviewing Amended Agenda           0.20      53.00

12/14/03
    MTH Travel to Pittsburgh, PA for December
        Omnibus Hearing (billed at 1/2 normal
        rate and split among 3 cases).     1.50     198.75

12/15/03
    MTH Attending hearing.                 1.80     477.00
    MTH Preparation for Hearing, including
        preparation for argument on Royal Late
        POC Motion                         1.00     265.00

12/22/03
    PEM Review omnibus hearing memo        0.10      29.00
                                           ----   --------
        FOR CURRENT SERVICES RENDERED      6.10   1,201.25

```
                                                Page: 2
        W.R. Grace                           12/31/2003
                                  ACCOUNT NO: 3000-15D
                                  STATEMENT NO:       31

        Hearings




                        RECAPITULATION
        TIMEKEEPER              HOURS HOURLY RATE      TOTAL
        Philip E. Milch         0.10   $290.00     $29.00
        Mark T. Hurford         1.50    132.50     198.75
        Mark T. Hurford         3.00    265.00     795.00
        Marla R. Eskin          0.20    275.00      55.00
        Margaret A. Landis      0.30     95.00      28.50
        Diane E. Massey         1.00     95.00      95.00


           TOTAL CURRENT WORK                     1,201.25


12/09/03 Payment - Thank you.  (August, 2003 - 80%)      -863.60


        BALANCE DUE                             $8,049.90
                                                =========
```

```
        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.
```

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                        Page: 1
W.R. Grace                                            12/31/2003
Wilmington  DE                          ACCOUNT NO: 3000-16D
                                        STATEMENT NO:      16


Litigation and Litigation Consulting




        PREVIOUS BALANCE                              $5,464.60



                                            HOURS
12/01/03
     MRE Telephone conference with N. Finch
         regarding motion to recuse                  0.10    27.50
     MRE Additional telephone conference with N.
         Finch regarding answer to writ of
         mandamus                                    0.10    27.50
     MRE Further telephone conference with N.
         Finch regarding answer to motion to
         recuse                                      0.10    27.50
     MRE Review of e-mail from N. Finch regarding
         motion to recuse                            0.10    27.50
     MRE Telephone conference with KJC regarding
         answer to motion to recuse                  0.20    55.00
     MRE Telephone conference with N. Finch
         regarding revisions to the answer to the
         writ of mandamus                            0.40   110.00
     MRE Revisions to answer to writ of mandamus     2.50   687.50
     MRE Drafting e-mail to KJC and MTH regarding
         answer to writ of mandamus                  0.10    27.50
     MRE Review of e-mail from N. Finch regarding
         G-1 and answer to writ of mandamus          0.10    27.50
     MRE Review of e-mail from KJC regarding
         review of G-1 docket                        0.10    27.50
     MRE Review of e-mail from KJC regarding
         notice of transfer issue                    0.10    27.50
     MRE Review of e-mail from KJC regarding
         laches argument                             0.10    27.50
     MRE Review of list of creditors for answer to
         writ of mandamus                            0.10    27.50
     KJC Discussion with MRE re draft response to
         emergency petition for writ of mandamus     0.20    30.00
     KJC Discussion with MRE re GI holdings re

W.R. Grace

Litigation and Litigation Consulting

|  |  | HOURS |  |
|---|---|---|---|
|  | petition for writ of mandamus | 0.20 | 30.00 |
| KJC | Telephone call with Nate Finch re draft response to emergency petition for writ of mandamus | 0.10 | 15.00 |
| KJC | Discussion with MRE re additional issues for inclusion in response to petition for writ of mandamus | 0.10 | 15.00 |
| KJC | Review of correspondence re emergency petition for writ | 0.30 | 45.00 |
| KJC | Discussion with MRE re DK Acquisition re petition for writ | 0.10 | 15.00 |
| KJC | Review MTH e-mail re DK Acquisition case involvement | 0.10 | 15.00 |
| KJC | Draft e-mail to N. Finch re DK Acquisitions | 0.10 | 15.00 |
| KJC | Search re petitioner involvement in G-I Holdings re petition for writ | 0.30 | 45.00 |
| KJC | Addition of laches case law to response to petition for writ | 0.30 | 45.00 |
| KJC | Draft e-mail to Finch re revised petition for writ | 0.10 | 15.00 |
| KJC | Research re claims related to response to petition for writ | 0.20 | 30.00 |
| LMP | Searched case for documents related to Recusal Motion | 0.50 | 47.50 |
| LMP | Searched Grace 20 largest creditors for conflict related to the Recusal Motion | 0.10 | 9.50 |
| KJC | Review of answer to petition for writ of mandamus and research re documents related to same | 0.80 | 120.00 |

12/02/03

|  |  |  |  |
|---|---|---|---|
| MRE | Telephone conference with N. Bruno regarding service | 0.10 | 27.50 |
| MRE | Additional telephone conference with N. Bruno regarding service | 0.10 | 27.50 |
| MRE | Telephone conference with N. Finch regarding revisions to answer to writ of mandamus | 0.20 | 55.00 |
| MRE | Review of Court order regarding service of pleadings | 0.10 | 27.50 |
| MRE | Additional telephone conference with N. Bruno  regarding service to parties | 0.10 | 27.50 |
| MRE | Revisions and review of answer to petition | 8.50 | 2,337.50 |

W.R. Grace

Litigation and Litigation Consulting

|  |  | HOURS |  |
|---|---|---|---|
| MTH | Reviewing and revising Answer to Writ of Mandamus, and reviewing Orders re service and filing of Answer. | 4.50 | 1,192.50 |
| MTH | Discussion with MRE re information needed and work to be done to complete Answer to Writ of Mandamus. | 0.30 | 79.50 |
| MTH | telephone conference with N. Bruno re procedures for service and filing Answer to Writ of Mandamus. | 0.20 | 53.00 |
| MTH | Reviewing correspondence from MRE re information on petitioners and involvement in the various cases. | 0.10 | 26.50 |
| MTH | Reviewing correspondence from MRE re information needed for Writ of Mandamus re G-I case. | 0.10 | 26.50 |
| MTH | Reviewing correspondence from MRE to PVNL re draft Answer to Writ of Mandamus. | 0.10 | 26.50 |
| MTH | Reviewing correspondence from MRE to PVNL re information to be added to draft Answer to Writ of Mandamus. | 0.10 | 26.50 |
| MTH | Reviewing correspondence from PVNL re contact for additional information re Writ of Mandamus. | 0.10 | 26.50 |
| MTH | Reviewing correspondence from KJC re writ of mandamus revisions. | 0.10 | 26.50 |
| KJC | Review e-mail from MRE re proposed revisions to response to petition for writ | 0.10 | 15.00 |
| KJC | Meeting with MRE and MTH re response to petition for writ | 0.20 | 30.00 |
| LMP | Draft Table of Contents re Answer | 0.20 | 19.00 |
| KJC | Review of FRAP and local 3rd Circuit Rules re answer to petition for writ of mandamus | 0.30 | 45.00 |
| KJC | Discussion with MRE re FRAP and local rules re writ of mandamus | 0.10 | 15.00 |
| KJC | Review of additional documents supporting answer to writ of mandamus | 1.40 | 210.00 |
| KJC | Meeting with MRE re appendix cites and contents re answer to petition for writ of mandamus | 0.20 | 30.00 |
| KJC | Review of further revised answer to petition for writ to complete and check cites | 1.30 | 195.00 |
| KJC | Review and revise final draft of argument | | |

W.R. Grace

Litigation and Litigation Consulting

|  |  | HOURS |  |
|---|---|---|---|
|  | for answer to petition for writ of mandamus | 0.30 | 45.00 |
| KJC | Draft table of contents for appendix | 0.30 | 45.00 |
| KJC | Revise citations and appendix to answer to petition to writ of mandamus | 0.40 | 60.00 |
| DEM | Search of docket for materials for response to motion to recuse | 2.00 | 190.00 |
| DEM | Continued review of docket, revisions and preparation of response to recusal motion | 3.00 | 285.00 |
| DEM | Work on exhibits for motion to recuse | 3.00 | 285.00 |

12/03/03

|  |  |  |  |
|---|---|---|---|
| MRE | Addressing service issues re: writ of mandamus | 0.30 | 82.50 |
| MRE | Drafting e-mail to C&D regarding service issues | 0.10 | 27.50 |
| MTH | Reviewing Grace's Response to Emergency Petition for a Writ of Mandamus. | 0.50 | 132.50 |
| MRE | Addressing service issues with the 3rd circuit | 0.50 | 137.50 |
| MRE | Further addressing service issues with the Court | 0.30 | 82.50 |
| MRE | Review of rules for various matters including motion for leave | 0.30 | 82.50 |
| MRE | Drafting of motion for leave | 0.60 | 165.00 |
| MTH | Reviewing correspondence from MRE re service of Answer to CA3. | 0.10 | 26.50 |
| KJC | Preparation of exhibits for filing | 0.20 | 30.00 |
| DEM | Preparation of e-mails to WR Grace and Owens e-mail service list attaching documents regarding Answer to Petition for Writ. | 1.00 | 95.00 |
| DEM | Preparation of e-mails on e-mail service list and attachment of documents relating to answer to petition for writ of mandamus. | 2.00 | 190.00 |

12/04/03

|  |  |  |  |
|---|---|---|---|
| MTH | Reviewing correspondence from DEM re Debtors filing re Writ of Mandamus. | 0.10 | 26.50 |
| MTH | Reviewing correspondence from KJC re Debtors' filing re Writ of Mandamus. | 0.10 | 26.50 |
| MRE | Review of e-mail from N. Finch regarding Motion for Leave | 0.10 | 27.50 |
| MRE | Review of additional e-mail from NDF |  |  |

W.R. Grace

Litigation and Litigation Consulting

| | | HOURS | |
|---|---|---|---|
| | regarding Motion for Leave | 0.10 | 27.50 |
| MRE | Drafting e-mail to DEM regarding service of response to Armstrong VCC statement | 0.10 | 27.50 |
| MRE | Review of revised Motion for Leave and Response to Armstrong UCC statement. | 0.20 | 55.00 |

**12/05/03**

| | | | |
|---|---|---|---|
| LMP | Conducted Search of the SOFA and Schedules of Grace for DK Acquisition Matter | 1.50 | 142.50 |
| MTH | Reviewing correspondence from DEM re affidavit of Brodsky (.1) and response thereto (.1) | 0.20 | 53.00 |

**12/08/03**

| | | | |
|---|---|---|---|
| DAD | Search docket for final list of unsecured creditors (.4), committee, search schedules for creditor information (.6) | 1.00 | 95.00 |
| DAD | Conduct research on creditors involved in CA3 filing to obtain information about the nature of their business, extent and purpose of involvement in Wolin litigation (.7), create memorandum of findings (.5) | 1.20 | 114.00 |

**12/09/03**

| | | | |
|---|---|---|---|
| MRE | Review of DK Acquisition motion for leave | 0.10 | 27.50 |
| MTH | Review of DK Acquisition Reply Brief. | 0.30 | 79.50 |
| DAD | Memo regarding creditors in the CA3 Wolin recusal litigation | 1.40 | 133.00 |

**12/10/03**

| | | | |
|---|---|---|---|
| MRE | Review of revised order from 3rd circuit | 0.10 | 27.50 |

**12/11/03**

| | | | |
|---|---|---|---|
| MRE | Telephone conference with EI regarding mandamus hearing and retreival of requested information | 0.40 | 110.00 |
| MTH | Reviewing docket and Order re Reply of Petitioners | 0.20 | 53.00 |

**12/12/03**

| | | | |
|---|---|---|---|
| MTH | Reviewing correspondence from EI re CA3 argument. | 0.10 | 26.50 |
| DAC | Review memo re: mandamus argument | 0.10 | 35.00 |

```
                                                        Page: 6
W.R. Grace                                            12/31/2003
                                       ACCOUNT NO: 3000-16D
                                       STATEMENT NO:       16
Litigation and Litigation Consulting
```

```
                                                  HOURS
12/18/03
     MRE Review of 3rd circuit opinion              0.20      55.00
     MRE Drafting e-mail to C&D regarding 3rd
         circuit opinion (time split with OC)       0.20      55.00
     MTH Reviewing correspondence from MRE to
         committee re CA3 Order                     0.10      26.50
     MTH Review of 3rd Circuit opinion              0.20      53.00
     DAC Review of opinion in Mandamus action       1.00     350.00

12/22/03
     MTH Reviewing Order from Judge Wolin re
         hearing on recusal remand.                 0.10      26.50

12/23/03
     MRE Review of hearing memo                     0.10      27.50
     MRE Review of Debtors' Motion Requesting an
         Order Finding Counsel in Contempt          0.20      55.00
     DAC Review subpoena for documents re: Judge
         Wolin                                      0.20      70.00

12/24/03
     PEM Review decisions re: discovery and
         recusal                                    0.20      58.00
     DAC Review Judge Wolin's discovery
         order/opinion                              0.60     210.00

12/31/03
     MTH Begin review of Debtors Motion to find
         Gerard Counsel in Contempt of Court.       0.30      79.50
     LMP Seach docket for the Application and
         corresponding Order to employ Stroock &
         Stroock & Lavan; save and PDF documents
         (.2);  Email to N. Finch, C. Mink and P.
         Lockwood (.1)                              0.30      28.50
                                                   ----- ---------
         FOR CURRENT SERVICES RENDERED             52.00 10,308.00

                         RECAPITULATION
TIMEKEEPER                     HOURS HOURLY RATE        TOTAL
Douglas A. Campbell             1.90    $350.00      $665.00
Philip E. Milch                 0.20     290.00        58.00
Mark T. Hurford                 7.90     265.00     2,093.50
Marla R. Eskin                 17.10     275.00     4,702.50
Kathleen J. Campbell            7.70     150.00     1,155.00
Dylan A. Davis                  3.60      95.00       342.00
```

```
                                                    Page: 7
W.R. Grace                                      12/31/2003
                                      ACCOUNT NO: 3000-16D
                                      STATEMENT NO:      16
Litigation and Litigation Consulting
```

| | | | |
|---|---|---|---|
| Lauren M. Przybylek | 2.60 | 95.00 | 247.00 |
| Diane E. Massey | 11.00 | 95.00 | 1,045.00 |
| | | | |
| TOTAL CURRENT WORK | | | 10,308.00 |
| | | | |
| BALANCE DUE | | | $15,772.60 |
| | | | ========== |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                    Page: 1
W.R. Grace                                          12/31/2003
Wilmington  DE                        ACCOUNT NO: 3000-17D
                                      STATEMENT NO:      16

Plan and Disclosure Statement



    PREVIOUS BALANCE                               $2,941.70



12/09/03 Payment - Thank you.  (August, 2003 - 80%)    -1,990.00


    BALANCE DUE                                     $951.70
                                                   =======




    Any payments received after the statement date will be
    applied to next month's statement.  Please note your
    account number on your payment.  Thank you.

```
                    Campbell & Levine, LLC
                     1700 Grant Building
                     Pittsburgh, PA  15219
                       412-261-0310
```

```
                                                Page: 1
     W.R. Grace                                 12/31/2003
     Wilmington  DE                     ACCOUNT NO: 3000-18D
                                        STATEMENT NO:     16
```

     Relief from Stay Proceedings

```
     PREVIOUS BALANCE                           $213.10


                                            HOURS
     12/12/03
         MTH Reviewing Neutrocrete Stay Relief Motion.    0.30    79.50
                                                          ----    -----
             FOR CURRENT SERVICES RENDERED               0.30    79.50
                          RECAPITULATION
     TIMEKEEPER                    HOURS HOURLY RATE       TOTAL
     Mark T. Hurford                0.30   $265.00       $79.50


         TOTAL CURRENT WORK                               79.50


         BALANCE DUE                                    $292.60
                                                        =======
```

```
     Any payments received after the statement date will be
     applied to next month's statement.  Please note your
     account number on your payment.  Thank you.
```

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                     Page: 1
W.R. Grace                                       12/31/2003
Wilmington  DE                      ACCOUNT NO: 3000-19D
                                    STATEMENT NO:       6


Tax Issues



    PREVIOUS BALANCE                              $311.30



                                        HOURS
12/31/03
    MTH Reviewing Debtors Motion for Authority to
        Settle Tax Claim with Mass.             0.30     79.50
                                                ----     -----
        FOR CURRENT SERVICES RENDERED           0.30     79.50
                        RECAPITULATION
    TIMEKEEPER                   HOURS HOURLY RATE     TOTAL
    Mark T. Hurford              0.30    $265.00     $79.50


    TOTAL CURRENT WORK                             79.50


12/09/03 Payment - Thank you.  (August, 2003 - 80%)       -21.20


    BALANCE DUE                                   $369.60
                                                  =======




    Any payments received after the statement date will be
    applied to next month's statement.  Please note your
    account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                        Page: 1
W.R. Grace                                           12/31/2003
Wilmington  DE                          ACCOUNT NO: 3000-20D
                                        STATEMENT NO:      15


Tax Litigation



    PREVIOUS BALANCE                               $468.80


    BALANCE DUE                                    $468.80
                                                   =======






Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

                                                    Page: 1
W.R. Grace                                       12/31/2003
Wilmington  DE                    ACCOUNT NO: 3000-22D
                                  STATEMENT NO:      20

Valuation

    PREVIOUS BALANCE                           $1,512.00


    BALANCE DUE                                $1,512.00
                                               =========

            Any payments received after the statement date will be
            applied to next month's statement.  Please note your
            account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1

W.R. Grace                                          12/31/2003
Wilmington  DE                          ACCOUNT NO: 3000-23D
                                        STATEMENT NO:     20

ZAI Science Trial


PREVIOUS BALANCE                                   $2,220.40


12/09/03 Payment - Thank you.  (August, 2003 - 80%)    -138.00


BALANCE DUE                                        $2,082.40
                                                   =========


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1
W.R. Grace                                           12/31/2003
Wilmington  DE                          ACCOUNT NO    3000D

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-00 Costs and Expenses | | | | | |
| -542.81 | 0.00 | 0.00 | 0.00 | 0.00 | -$542.81 |
| 3000-01 Asset Analysis and Recovery | | | | | |
| 1,068.20 | 0.00 | 0.00 | 0.00 | 0.00 | $1,068.20 |
| 3000-02 Asset Disposition | | | | | |
| 403.50 | 0.00 | 0.00 | 0.00 | 0.00 | $403.50 |
| 3000-03 Business Operations | | | | | |
| 120.50 | 345.50 | 0.00 | 0.00 | 0.00 | $466.00 |
| 3000-04 Case Administration | | | | | |
| 1,727.80 | 83.50 | 0.00 | 0.00 | -255.20 | $1,556.10 |
| 3000-05 Claims Analysis Objection & Resolution (Asbestos) | | | | | |
| 4,299.50 | 132.50 | 0.00 | 0.00 | -948.00 | $3,484.00 |
| 3000-06 Claims Analysis Objection & Resol. (Non-Asbestos) | | | | | |
| 856.80 | 213.00 | 0.00 | 0.00 | -493.20 | $576.60 |
| 3000-07 Committee, Creditors, Noteholders, Equity Holders | | | | | |
| 25,484.90 | 4,356.00 | 0.00 | 0.00 | -4,378.00 | $25,462.90 |
| 3000-08 Employee Benefits/Pension | | | | | |
| 1,256.40 | 0.00 | 0.00 | 0.00 | 0.00 | $1,256.40 |
| 3000-10 Employment Applications, Others | | | | | |
| 2,954.80 | 0.00 | 0.00 | 0.00 | -276.40 | $2,678.40 |
| 3000-11 Expenses | | | | | |
| 4,443.77 | 0.00 | 6,110.08 | 0.00 | -1,591.04 | $8,962.81 |
| 3000-12 Fee Applications, Applicant | | | | | |
| 4,848.50 | 622.50 | 0.00 | 0.00 | -688.00 | $4,783.00 |

W.R. Grace

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-13 Fee Applications, Others | | | | | |
| 6,811.70 | 904.00 | 0.00 | 0.00 | -1,202.00 | $6,513.70 |
| 3000-15 Hearings | | | | | |
| 7,712.25 | 1,201.25 | 0.00 | 0.00 | -863.60 | $8,049.90 |
| 3000-16 Litigation and Litigation Consulting | | | | | |
| 5,464.60 | 10,308.00 | 0.00 | 0.00 | 0.00 | $15,772.60 |
| 3000-17 Plan and Disclosure Statement | | | | | |
| 2,941.70 | 0.00 | 0.00 | 0.00 | -1,990.00 | $951.70 |
| 3000-18 Relief from Stay Proceedings | | | | | |
| 213.10 | 79.50 | 0.00 | 0.00 | 0.00 | $292.60 |
| 3000-19 Tax Issues | | | | | |
| 311.30 | 79.50 | 0.00 | 0.00 | -21.20 | $369.60 |
| 3000-20 Tax Litigation | | | | | |
| 468.80 | 0.00 | 0.00 | 0.00 | 0.00 | $468.80 |
| 3000-22 Valuation | | | | | |
| 1,512.00 | 0.00 | 0.00 | 0.00 | 0.00 | $1,512.00 |
| 3000-23 ZAI Science Trial | | | | | |
| 2,220.40 | 0.00 | 0.00 | 0.00 | -138.00 | $2,082.40 |
| --------- | --------- | -------- | ---- | ---------- | ---------- |
| 74,577.71 | 18,325.25 | 6,110.08 | 0.00 | -12,844.64 | $86,168.40 |
| | | | | | ========== |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.