# EXHIBIT A

## Case Administration (35.20 Hours; $ 9,439.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 4.50 | $685 | 3,082.50 |
| Julie W Davis | .50 | $520 | 260.00 |
| Rita C. Tobin | 5.50 | $375 | 2,062.50 |
| Max C. Herman | .20 | $295 | 59.00 |
| Robert C. Spohn | 6.50 | $180 | 1,170.00 |
| Andrew D. Katznelson | 10.50 | $160 | 1,680.00 |
| Ada I. Odum | 7.50 | $150 | 1,125.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 12/01/03 | PVL | 685.00 | 1.40 | Review e-mail re mandamus (.1); conferences NDF re same (.4); edit mandamus opposition (.9). |
| 12/01/03 | RCT | 375.00 | 0.20 | Review local counsel recommendations re: EI update. |
| 12/01/03 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 11/26/03 (.2). |
| 12/01/03 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 11/26/03. (.2) |
| 12/02/03 | PVL | 685.00 | 1.60 | Review draft mandamus response (1.1); teleconference Eskin re same (.3); teleconference Eskin and EI re same (.1); review Gerard response (.1). |
| 12/02/03 | RCT | 375.00 | 0.10 | Conference with EI re: recusal motion. |
| 12/02/03 | RCS | 180.00 | 0.30 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 12/01/03 (.3). |
| 12/02/03 | RCS | 180.00 | 0.30 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 12/01/03. (.3) |

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 12/03/03 | RCT | 375.00 | 2.30 | Gather and review documents and conferences with EI re: EI preparation for Wolin oral argument. |
| 12/03/03 | RCS | 180.00 | 0.30 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 12/02/03 (.3). |
| 12/04/03 | PVL | 685.00 | 0.60 | Review Grace mandamus response (.2); teleconference EI re same (.1); confer NDF re same (.1); review SAC mandamus response (.2). |
| 12/04/03 | RCT | 375.00 | 2.30 | Gather and review documents and conferences with EI re: EI preparation for Wolin oral argument. |
| 12/04/03 | RCS | 180.00 | 0.30 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 12/03/03 (.3). |
| 12/05/03 | RCS | 180.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 12/04/03 (.1). |
| 12/05/03 | MCH | 295.00 | 0.20 | Revise service list. |
| 12/08/03 | RCT | 375.00 | 0.20 | Review local counsel recommendations re: EI update. |
| 12/08/03 | JWD | 520.00 | 0.50 | Review weekly recommendation memos from local counsel |
| 12/08/03 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 12/05/03 (.2). |
| 12/08/03 | ADK | 160.00 | 2.50 | Assisted RCT with classifying all ex parte notations in EI memos to Committee. |
| 12/09/03 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 12/08/03 (.2). |
| 12/10/03 | PVL | 685.00 | 0.30 | Review 5 miscellaneous filings (.1); review agenda letter (.1); review DK Partners reply re mandamus (.1). |
| 12/10/03 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 12/09/03 (.2). |

{D0018215:1 }

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 12/10/03 | ADK | 160.00 | 4.00 | Updated Recusal Motion and Third Circuit Mandamus pleadings binders for EI, assisted RCT with organizing EI time journal and fee application information referenced in Goodheart Declaration |
| 12/11/03 | RCS | 180.00 | 2.70 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 12/10/03 (.2); retrieve fee apps for Cooley Godward and analyze for specific issue entries per attorney request and e-mail find to NY office (2.3); research docket for specific documents requested by attorney (.2). |
| 12/11/03 | ADK | 160.00 | 3.00 | Updated Recusal Motion and Third Circuit Mandamus pleadings binders for EI, assisted RCT with organizing EI time journal and fee application information referenced in Goodheart Declaration |
| 12/12/03 | RCT | 375.00 | 0.20 | Review weekly recommendations re: EI update. |
| 12/12/03 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 12/11/03 (.2). |
| 12/12/03 | ADK | 160.00 | 0.50 | Review and classify documents in order to create database regarding upcoming hearings and pre-trial and status conferences for EI |
| 12/15/03 | RCT | 375.00 | 0.20 | Review local counsel recommendation re: EI update. |
| 12/15/03 | RCS | 180.00 | 0.30 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 12/12/03 (.3). |
| 12/16/03 | PVL | 685.00 | 0.20 | Review 4 miscellaneous filings. |
| 12/16/03 | AIO | 150.00 | 2.00 | Searched for several hearing transcripts in databases. |
| 12/17/03 | RCS | 180.00 | 0.30 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 12/15/03 thru 12/16/03 (.3). |
| 12/18/03 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 12/17/03 (.2). |

{D0018215:1 }

| 12/19/03 | RCS | 180.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 12/18/03 (.1). |
| --- | --- | --- | --- | --- |
| 12/19/03 | ADK | 160.00 | 0.50 | Perform review of court documents to identify relevant documents for EI and RCT. |
| 12/22/03 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 12/19/03 (.2) |
| 12/23/03 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 12/22/03 (.2). |
| 12/29/03 | PVL | 685.00 | 0.40 | Review contempt motion re Gerard (.2); review 4 miscellaneous motions (.2). |
| 12/30/03 | AIO | 150.00 | 4.00 | Retrieved orders, transcripts and fee applications from online docket for attorney review. |
| 12/31/03 | AIO | 150.00 | 1.50 | Reviewed several fee applications in online docket for relevant information. |

**Total Task Code .04      35.20**

**Claim Analysis Objection & Resolution (Asbestos)(1.80 Hours; $ 519.00)**

| Attorney | Number of Hours | Billing Rate | Value |
| --- | --- | --- | --- |
| Peter Van N. Lockwood | .10 | $685 | 68.50 |
| John P. Cunningham | 1.70 | $265 | 450.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
| --- | --- | --- | --- | --- |
| 12/10/03 | PVL | 685.00 | 0.10 | Review Grace reply re Gerard. |
| 12/22/03 | JPC | 265.00 | 0.80 | Review developments in asbestos tort litigation. |
| 12/24/03 | JPC | 265.00 | 0.90 | Review developments in asbestos tort litigation. |

**Total Task Code .05      1.80**

**Fee Applications, Applicant (6.00 Hours; $ 1,528.50)**

{D0018215:1 }

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .10 | $685 | 68.50 |
| Rita C. Tobin | 2.40 | $375 | 900.00 |
| Andrew D. Katznelson | 3.50 | $160 | 560.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 12/05/03 | RCT | 375.00 | 0.50 | Review prebills. |
| 12/08/03 | ADK | 160.00 | 0.50 | Updated payment schedule with payment received. |
| 12/15/03 | ADK | 160.00 | 0.50 | Created 12 month chart of fee application deadlines for 2004. |
| 12/16/03 | ADK | 160.00 | 0.50 | Created 12 month chart of fee application deadlines for 2004. |
| 12/19/03 | RCT | 375.00 | 0.80 | Review 2003 apps re: 2003 report. |
| 12/21/03 | PVL | 685.00 | 0.10 | Review 3 fee applications. |
| 12/22/03 | RCT | 375.00 | 0.50 | Review final fee app. |
| 12/22/03 | RCT | 375.00 | 0.50 | Review final fee app. |
| 12/23/03 | RCT | 375.00 | 0.10 | Review 2004 fee schedule. |
| 12/23/03 | ADK | 160.00 | 1.00 | Worked on Fee Application. |
| 12/24/03 | ADK | 160.00 | 1.00 | Worked on Fee Application. |

**Total Task Code .12**     **6.00**

**Fee Applications, Others (2.10 Hours; $ 818.50)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .10 | $685 | 68.50 |
| Rita C. Tobin | 2.00 | $375 | 750.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 12/15/03 | RCT | 375.00 | 2.00 | Research re: reimbursement procedures. |
| 12/29/03 | PVL | 685.00 | 0.10 | Review 3 fee applications. |

**Total Task Code .13**    **2.10**

**Litigation and Litigation Consulting (7.30 Hours; $ 3,113.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Albert G. Lauber | .20 | $540 | 108.00 |
| Ronald E. Reinsel | .40 | $500 | 200.00 |
| Nathan D. Finch | 4.50 | $440 | 1,980.00 |
| Rita C. Tobin | 2.20 | $375 | 825.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 12/01/03 | NDF | 440.00 | 3.00 | Revise/edit response to DK Acquisition Petition for Mandamus (2.0); t/c Eskin re: same (1.0). |
| 12/02/03 | NDF | 440.00 | 1.00 | Revise and edit pleading to file in 3d Circuit re: Wolin recusal (1.0). |
| 12/04/03 | NDF | 440.00 | 0.50 | Read Grace response in Wolin recusal case (.5). |
| 12/08/03 | RCT | 375.00 | 0.80 | Collect and review files and data re: EI prep for oral agreement. |
| 12/10/03 | RCT | 375.00 | 1.00 | Review and annotate data re: EI oral argument prep. |
| 12/15/03 | AGL | 540.00 | 0.20 | Review pending orders/motions. |
| 12/18/03 | RCT | 375.00 | 0.40 | Review transcript/mamandus petition. |
| 12/19/03 | RER | 500.00 | 0.40 | Review hearing memo briefs. |

**Total Task Code .16**    **7.30**

**Plan & Disclosure Statement (3.40 Hours; $ 1,768.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|

{D0018215:1 }

| Julie W. Davis | 3.40 | $520 | 1,768.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 12/12/03 | JWD | 520.00 | 1.80 | Review Royal insurance motion, exhibits, debtors response, ACC joinder |
| 12/13/03 | JWD | 520.00 | 1.10 | Review pleadings re Royal Indemnity late filed claim for hearing on Monday |
| 12/15/03 | JWD | 520.00 | 0.50 | Attend hearing |

**Total Task Code .17**    **3.40**

{D0018215:1 }

Other Charges:

Other Charges

| | |
|---|---:|
| Air Freight & Express Mail | 9.65 |
| Database Research | 169.60 |
| Local Transportation - NY | 22.44 |
| Long Distance-Equitrac In-House | 33.36 |
| Xeroxing | <u>357.15</u> |
| Total | $592.20 |

{D0018215:1 }