**EXHIBIT B**

**Case Administration (35.2 Hours; $ 9,439.00)**

      Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .04     35.2**

**Claim Analysis Objection & Resolution (Asbestos) (1.8 Hours; $ 519.00)**

      Services rendered in this category pertain to the review, analysis of and response to claims filed against the Debtors' estates.

**Total Task Code .05     1.8**

**Fee Applications, Applicant (6.0 Hours; $ 1,528.50)**

      Services rendered in this category pertain to the preparation and review of Caplin & Drysdale's fee applications including the fees and expenses of Caplin & Drysdale's special consultant, Professor Elizabeth Warren.

**Total Task Code .12     6.0**

**Fee Applications, Others (2.1 Hours; $ 818.50)**

      Services rendered in this category pertain to the review of the fee applications of professionals and experts other than Caplin & Drysdale.

**Total Task Code .13     2.1**

**Litigation & Litigation Consulting (7.3 Hours; $ 3,113.00)**

      Services rendered in this category pertain to litigation regarding all matters other than insurance recovery and relief from the automatic stay.

**Total Task Code .16     7.3**

- 2 -

**Plan & Disclosure Statement (3.4 Hours; $ 1,768.00)**

      Services rendered in this category pertain to efforts to the formulation of a reorganization plan and disclosure statement and selection of a representative for future claimants.

**Total Task Code .17**      **3.4**