## **EXHIBIT C**

Other Charges:

Other Charges

| | |
|---|---:|
| Air Freight & Express Mail | 9.65 |
| Database Research | 169.60 |
| Local Transportation - NY | 22.44 |
| Long Distance-Equitrac In-House | 33.36 |
| Xeroxing | <u>357.15</u> |
| Total | $592.20 |

{D0018217:1 }