```
Client Number:   4642            Grace Asbestos Personal Injury Claimants                              Page:     1
Matter       000                 Disbursements                                                      1/22/2004
                                                                                              Print Date/Time:
                                                                                                    01/22/2004
                                                                                                    2:49:26PM
Attn:                                                                                              Invoice #

                                              PREBILL  / CONTROL  REPORT
                                                Trans Date Range:  1/1/1950  to: 12/31/2003

Matter       000
Disbursements
Bill Cycle:        Monthly         Style:        i1        Start:    4/16/2001
                                                Last Billed : 12/29/2003                              13,655
```

Trust Amount Available

Total Expenses Billed To Date     $234,433.52

```
Billing Empl:        0120     Elihu Inselbuch
Responsible Empl:    0120     Elihu Inselbuch
Alternate Empl:      0120     Elihu Inselbuch
Originating Empl:    0120     Elihu Inselbuch
```

**Summary  by Employee**

|  |  |  | ---------- A C T U A L ---------- | | ---------- B I L L I N G--------- | |
|---|---|---|---|---|---|---|
| Empl | Initials | Name | Hours | Amount | Hours | Amount |
| 0073 | RCT | Rita C. Tobin | 0.00 | 22.44 | 0.00 | 22.44 |
| 0120 | EI | Elihu Inselbuch | 0.00 | 2.31 | 0.00 | 2.31 |
| 0232 | LK | Lauren  Karastergiou | 0.00 | 2.40 | 0.00 | 2.40 |
| 0234 | RET | Rita E Tower | 0.00 | 1.05 | 0.00 | 1.05 |
| 0238 | SLG | Stacey L Gandy | 0.00 | 63.60 | 0.00 | 63.60 |
| 0811 | AIO | Ada I Odum | 0.00 | 106.20 | 0.00 | 106.20 |
| 0999 | C&D | Caplin &. Drysdale | 0.00 | 394.20 | 0.00 | 394.20 |
|  |  |  | **0.00** | **592.20** | **0.00** | **592.20** |

**Total Fees**

**Summary  by Employee**

|  |  |  | ---------- A C T U A L ---------- | | | ---------- B I L L I N G--------- | | |
|---|---|---|---|---|---|---|---|---|
| Empl | Initials | Name | Rate | Hours | Amount | Rate | Hours | Amount |

**Total Fees**

**Detail Time / Expense  by  Date**

|  |  |  |  |  |  | ---------- A C T U A L ---------- | | ---------- B I L L I N G--------- | | |
|---|---|---|---|---|---|---|---|---|---|---|
| TransNo. | Description | TransType | Trans Date | Work Empl | | Rate | Hours    Amount | Rate | Hours    Amount | Cumulative |
| 1568392 | Equitrac - Long Distance to 8054993572 | E | 12/01/2003 | 0999 | C&D | 0.00 | $0.74 | 0.00 | $0.74 | 0.74 |
| 1568562 | Photocopy | E | 12/01/2003 | 0238 | SLG | 0.00 | $10.05 | 0.00 | $10.05 | 10.79 |
| 1568563 | Photocopy | E | 12/01/2003 | 0238 | SLG | 0.00 | $5.40 | 0.00 | $5.40 | 16.19 |
| 1568641 | Photocopy | E | 12/01/2003 | 0238 | SLG | 0.00 | $5.70 | 0.00 | $5.70 | 21.89 |
| 1568783 | Air Freight & Express Mail - Federal Express delivery service on 11/14 to M. Eskin | E | 12/02/2003 | 0999 | C&D | 0.00 | $7.34 | 0.00 | $7.34 | 29.23 |
| 1568791 | Local Transporation - NY - Charge & Ride car service for RCT on 11/7 to home | E | 12/02/2003 | 0073 | RCT | 0.00 | $22.44 | 0.00 | $22.44 | 51.67 |

```
Client Number:  4642            Grace Asbestos Personal Injury Claimants                                                Page:      1
Matter      000                 Disbursements                                                                         1/22/2004
                                                                                                                  Print Date/Time:
                                                                                                                       01/22/2004
                                                                                                                        2:49:26PM
Attn:                                                                                                                  Invoice #
1568987   Equitrac - Long Distance to 3024261900       E  12/02/2003   0999   C&D      0.00       $0.45    0.00      $0.45    52.12
1568996   Equitrac - Long Distance to 8054993572       E  12/02/2003   0999   C&D      0.00       $1.45    0.00      $1.45    53.57
1569218   Photocopy                                    E  12/02/2003   0999   C&D      0.00       $0.90    0.00      $0.90    54.47
1569502   Equitrac - Long Distance to 8054993572       E  12/03/2003   0999   C&D      0.00       $0.15    0.00      $0.15    54.62
1569838   Equitrac - Long Distance to 2123199240       E  12/04/2003   0999   C&D      0.00       $1.50    0.00      $1.50    56.12
1569951   Photocopy                                    E  12/04/2003   0999   C&D      0.00     $149.55    0.00    $149.55   205.67
1570054   Photocopy                                    E  12/04/2003   0999   C&D      0.00       $0.90    0.00      $0.90   206.57
1570172   Equitrac - Long Distance to 8054993572       E  12/05/2003   0999   C&D      0.00       $0.39    0.00      $0.39   206.96
1570193   Equitrac - Long Distance to 8054993572       E  12/05/2003   0999   C&D      0.00       $0.15    0.00      $0.15   207.11
1570335   Photocopy                                    E  12/05/2003   0999   C&D      0.00       $1.50    0.00      $1.50   208.61
1570431   Equitrac - Long Distance to 8054993572       E  12/08/2003   0999   C&D      0.00       $4.36    0.00      $4.36   212.97
1570538   Photocopy                                    E  12/08/2003   0999   C&D      0.00       $0.75    0.00      $0.75   213.72
1570596   Photocopy                                    E  12/08/2003   0999   C&D      0.00       $1.95    0.00      $1.95   215.67
1570600   Photocopy                                    E  12/08/2003   0999   C&D      0.00       $4.50    0.00      $4.50   220.17
1570606   Photocopy                                    E  12/08/2003   0999   C&D      0.00       $1.65    0.00      $1.65   221.82
1570610   Photocopy                                    E  12/08/2003   0999   C&D      0.00       $6.90    0.00      $6.90   228.72
1571124   Equitrac - Long Distance to 8054993572       E  12/09/2003   0999   C&D      0.00       $0.06    0.00      $0.06   228.78
1572805   Equitrac - Long Distance to 8054993572       E  12/11/2003   0999   C&D      0.00       $0.99    0.00      $0.99   229.77
1572806   Equitrac - Long Distance to 8054993572       E  12/11/2003   0999   C&D      0.00       $0.28    0.00      $0.28   230.05
1572957   Photocopy                                    E  12/11/2003   0999   C&D      0.00       $0.30    0.00      $0.30   230.35
1573026   Photocopy                                    E  12/11/2003   0999   C&D      0.00       $4.50    0.00      $4.50   234.85
1573641   Photocopy                                    E  12/12/2003   0999   C&D      0.00       $0.45    0.00      $0.45   235.30
1573722   Photocopy                                    E  12/12/2003   0232   LK       0.00       $1.20    0.00      $1.20   236.50
1573725   Photocopy                                    E  12/12/2003   0232   LK       0.00       $1.20    0.00      $1.20   237.70
1572181   Federal Express to Marla Eskin from EI on 11/21  E  12/12/2003   0120   EI   0.00       $2.31    0.00      $2.31   240.01
1573883   Photocopy                                    E  12/15/2003   0999   C&D      0.00       $0.30    0.00      $0.30   240.31
1573570   Equitrac - Long Distance to 8054993572       E  12/15/2003   0999   C&D      0.00       $0.06    0.00      $0.06   240.37
1575451   Photocopy                                    E  12/16/2003   0999   C&D      0.00       $1.05    0.00      $1.05   241.42
1574790   Equitrac - Long Distance to 8054993572       E  12/17/2003   0999   C&D      0.00       $2.11    0.00      $2.11   243.53
1577427   Photocopy                                    E  12/22/2003   0238   SLG      0.00       $1.50    0.00      $1.50   245.03
1580074   Long Distance-Equitrac In-House-Long distance E  12/23/2003  0999   C&D      0.00      $18.49    0.00     $18.49   263.52
          call made in the month of November
1579382   Photocopy                                    E  12/24/2003   0999   C&D      0.00       $8.70    0.00      $8.70   272.22
1579647   Photocopy                                    E  12/29/2003   0238   SLG      0.00      $19.80    0.00     $19.80   292.02
1579663   Photocopy                                    E  12/29/2003   0238   SLG      0.00      $21.15    0.00     $21.15   313.17
1578316   Equitrac - Long Distance to 8054993572       E  12/29/2003   0999   C&D      0.00       $2.11    0.00      $2.11   315.28
1579921   Photocopy                                    E  12/30/2003   0811   AIO      0.00      $81.60    0.00     $81.60   396.88
1579928   Photocopy                                    E  12/30/2003   0811   AIO      0.00      $24.60    0.00     $24.60   421.48
1580017   Database Research-Westlaw research by RCT on  E  12/30/2003   0999   C&D      0.00     $147.13    0.00    $147.13   568.61
          12/03
1580022   Database Research-Westlaw research by NDF on  E  12/30/2003   0999   C&D      0.00      $22.47    0.00     $22.47   591.08
          12/03
1581148   Equitrac - Long Distance to 2127531066       E  12/31/2003   0999   C&D      0.00       $0.07    0.00      $0.07   591.15
1581236   Photocopy                                    E  12/31/2003   0234   RET      0.00       $1.05    0.00      $1.05   592.20
Total Expenses                                                                         0.00     $592.20    0.00    $592.20


          Matter Total Fees                                                                       0.00               0.00


          Matter Total Expenses                                                                 592.20             592.20


          Matter Total                                                                 0.00     592.20    0.00     592.20


          Prebill Total Fees


          Prebill Total Expenses                                                               $592.20            $592.20
```

```
Client Number:    4642           Grace Asbestos Personal Injury Claimants                                         Page:    1
Matter      000                  Disbursements                                                                 1/22/2004
                                                                                                         Print Date/Time:
                                                                                                              01/22/2004
                                                                                                               2:49:26PM
Attn:                                                                                                          Invoice #
              Prebill Total                                                   0.00         $592.20      0.00     $592.20
```

**Previous Billings**

| InvoiceNo | InvoiceDate | InvoiceTotal | OpenTotal |
|---|---|---|---|
| 36,593 | 07/26/2002 | 121,163.25 | 13,975.99 |
| 36,950 | 08/22/2002 | 231,722.75 | 24,660.40 |
| 37,197 | 09/25/2002 | 246,726.25 | 35,891.10 |
| 37,665 | 10/31/2002 | 153,308.00 | 30,661.60 |
| 37,961 | 11/30/2002 | 36,076.50 | 542.50 |
| 37,962 | 11/30/2002 | 137,754.50 | 27,550.90 |
| 38,223 | 12/26/2002 | 155,061.50 | 31,012.30 |
| 40,965 | 03/11/2003 | 31,418.00 | 6,283.60 |
| 40,966 | 03/11/2003 | 43,961.50 | 8,792.30 |
| 41,071 | 03/20/2003 | 27,076.50 | 5,415.30 |
| 41,429 | 04/24/2003 | 12,991.50 | 12,991.50 |
| 41,745 | 05/22/2003 | 4,425.50 | 885.10 |
| 42,071 | 06/27/2003 | 3,191.00 | 638.20 |
| 42,258 | 07/25/2003 | 8,561.00 | 1,712.20 |
| 42,259 | 07/25/2003 | 3,420.50 | 3,420.50 |
| 42,620 | 08/28/2003 | 9,498.50 | 365.00 |
| 42,639 | 08/28/2003 | 1,935.50 | 387.10 |
| 42,905 | 09/29/2003 | 6,967.25 | 1,393.45 |
| 42,954 | 09/29/2003 | 3,733.00 | 746.60 |
| 43,207 | 10/28/2003 | 9,661.00 | 1,932.20 |
| 43,234 | 10/14/2003 | 1,845.50 | 1,845.50 |
| 43,556 | 11/20/2003 | 24,452.61 | 24,452.61 |
| 43,557 | 11/20/2003 | 5,865.50 | 5,865.50 |
| 43,916 | 12/29/2003 | 1,191.00 | 1,191.00 |
| 43,917 | 12/29/2003 | 28,792.17 | 28,792.17 |
| | | 1,310,800.28 | 271,404.62 |