IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: March 5, 2004 at 4:00 p.m.** |
| | ) | **Hearing Date: March 22, 2004 at 12:00 p.m.** |

## NOTICE OF APPLICATION

TO:   PARTIES ON ATTACHED SERVICE LIST

Bilzin Sumberg Baena Price & Axelrod LLP has filed its Tenth Quarterly Fee Application Request for Approval and Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Asbestos Property Damage Claimants for the Period of July 1, 2003 through September 30, 2003.

You are required to file an objection or response to the attached application on or before March 5, 2004 at 4:00 p.m.

At the same time, you must also serve a copy of the objection or response upon the persons on the attached service list.

HEARING DATE ON THE APPLICATION HAS NOT BEEN DETERMINED.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Dated:  January 29, 2004

                          BILZIN SUMBERG BAENA PRICE & AXELROD LLP
                          Counsel to the Official Committee of Asbestos Property Damage Claimants
                          2500 Wachovia Financial Center
                          200 South Biscayne Boulevard
                          Miami, Florida 33131-2385
                          Telephone:  (305) 374-7580
                          Facsimile: (305) 374-7593

                          By:     /s/ Allyn S. Danzeisen
                                Scott L. Baena (Admitted Pro Hac Vice)
                                Allyn S. Danzeisen (Admitted Pro Hac Vice)

| | |
|---|---|
| James H. M. Sprayregen, Esq.<br>Kirkland & Ellis<br>200 East Randolph Drive<br>Chicago, IL 60601 | Laura Davis Jones, Esq.<br>Pachulski, Stang, Ziehl, Young, Jones & Weintraub, P.C.<br>919 North Market Street<br>Suite 1600<br>P. O. Box 8705<br>Wilmington, DE 19899-8705 |
| Lewis Kruger, Esq.<br>Stroock & Stroock & Lavan, LLP<br>180 Maiden Lane<br>New York, NY 10038-4982 | Michael R. Lastowski, Esq.<br>Duane Morris LLP<br>1100 N. Market Street<br>Suite 1200<br>Wilmington, DE 19801-1246 |
| Theodore J. Tacconelli, Esq.<br>Ferry, Joseph & Pearce, P.A.<br>824 Market Street<br>Suite 904<br>P. O. Box 1351<br>Wilmington, DE 19899 | Elihu Inselbuch, Esq.<br>Caplin & Drysdale<br>399 Park Avenue<br>36th Floor<br>New York, NY 10022 |
| Marla Rosoff Eskin, Esq.<br>Campbell & Levine, LLC<br>800 N. King Street<br>Third Floor<br>Wilmington, DE 19801 | J. Douglas Bacon, Esq.<br>Latham & Watkins<br>Sears Tower<br>Suite 5800<br>Chicago, IL 60606 |
| Steven M. Yoder, Esq.<br>The Bayard Firm<br>222 Delaware Avenue<br>Suite 900<br>P. O. Box 25130<br>Wilmington, DE 19899 | United States Trustee<br>Attn: Frank J. Perch, III, Esq.<br>844 King Street, Room 2207<br>Wilmington, DE 19801 |
| Warren H. Smith<br>Warren H. Smith & Associates, P.C.<br>Republic Center<br>325 N. St. Paul, Suite 4080<br>Dallas, TX 75201 | |