## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:                                    Chapter 11

**W.R. Grace & Co., et al.**               Case No. 01-01139 (JKF)

               Debtors.        Jointly Administered

**Objection Date: February 18, 2004 at 4:00 p.m.**
**Hearing Date: To be scheduled, only if objections are**
**timely filed and served**

### TWENTY-FIRST MONTHLY FEE APPLICATION OF DUANE MORRIS LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM OCTOBER 1, 2003 THROUGH OCTOBER 31, 2003

| | |
|---|---|
| Name of Applicant | **Duane Morris LLP** |
| Authorized to Provide Professional Services to: | **Official Committee of Unsecured Creditors** |
| Date of Retention: | **April 17, 2001** |
| Period for which compensation and reimbursement is sought | **October 1, 2003 – October 31, 2003** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$31,068.50** |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | **$342.06** |

This is an: ☒ interim ☐ final application

The total time expended for fee application preparation is approximately 2.0 hours and the corresponding compensation requested is approximately $290.00.[2]

This is the twenty-first monthly fee application of Duane Morris LLP.

---

[2] This is Duane Morris' Twenty-First Monthly Fee Application. Time expended for the preparation of this Fee Application will be reflected in subsequent Fee Applications.

**Attachment A**

**Monthly Interim Fee Applications**

| Date Filed | Period Covered | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| August 30, 2001 | 7/1/01-7/31/01 | $9,490.50 | $1209.90 | $7,592.40 | $1,209.90 |
| February 5, 2002 (combined 2nd and 3rd applications) | 8/1/01 – 9/30/01 | $12,885.00 | $7,903.44 | $10,308.00 | $7,903.44 |
| February 11, 2002 (combined 4th, 5th and 6th applications) | 10/1/01 – 12/31/01 | $17,349.50 | $3,436.30 | $13,879.60 | $3,436.30 |
| March 28, 2002 | 1/1/02–1/31/02 | $13,454.50 | $776.18 | $10,763.60 | $776.18 |
| May 16, 2002 | 2/2/02–2/28/02 | $16,428.50 | $3,859.31 | $13,142.80 | $3,859.31 |
| May 16, 2002 | 3/1/02-3/31/02 | $8,876.50 | $478.10 | $7,101.20 | $478.10 |
| August 28, 2002 | 4/1/02 – 6/30/02 | $50,323.00 | $4,181.96 | $40,258.40 | $4,181.96 |
| October 24, 2002 | 7/1/02 – 9/30/02 | $89,953.00 | $8,038.01 | $89,652.00 | $8,038.01 |
| March 28, 2003 (Combined and prepared as a quarterly application.) | 10/1/02 – 12/31/02 | $61,880.50 | $3,757.47 | (Refer to Quarterly Application Chart below for further details.) | |
| March 31, 2003 | 1/1/03 – 1/31/03 | $9,834.00 | $1,066.57 | $7,867.20 | $1,066.57 |
| March 31, 2003 | 2/1/03 – 2/28/03 | $12,454.00 | $96.87 | $9,963.20 | $96.87 |
| June 18, 2003 | 3/1/03 – 3/31/03 | $10,612.90 | $252.18 | $8,490.32 | $252.18 |

|  |  | Requested |  | Approved for Payment |  |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
| June 19, 2003 | 4/1/03 - 4/30/03 | $13,689.00 | $2,335.98 | $10,951.20 | $2,335.98 |
| July 21, 2003 | 5/1/03 - 5/31/03 | $11,483.00 | $697.27 | $9,186.40 | $697.27 |
| September 18, 2003 | 6/1/03 - 6/30/03 | $7,691.50 | $756.70 | $6,153.20 | $756.70 |
| September 18, 2003 | 7/1/03 - 7/31/03 | $14,784.00 | $87.89 | $11,827.20 | $87.89 |
| September 18, 2003 | 8/1/03 - 8/31/03 | $10,760.00 | $1.50 | $8,608.00 | $1.50 |
| October 20, 2003 | 9/1/03 – 9/30/03 | $14,496.50 | $262.21 | $11,597.20 | $262.21 |

**Quarterly Fee Applications**

| | | Requested | | Approved | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| August 30, 2001 | 4/17/01-6/30/01 | $41,314.50 | $4,026.77 | Fees approved for a combined total of $68,886.50 | $4,026.77 |
| February 5, 2002 | 7/01/01 – 9/30/01 | $22,375.50 | $9,113.34 | | $9,113.34 |
| February 11, 2002 | 10/01/01 – 12/31/01 | $17,349.50 | $3,436.30 | | $3,436.30 |
| May 16, 2002 | 1/1/02 – 3/31/02 | $38,759.50 | $5,113.59 | $37,486.50 | $5,113.59 |
| November 7, 2002 | 4/1/02 – 6/30/02 | $50,323.00 | $4,181.96 | $49,098.00 | $4,181.96 |
| October 24, 2002 | 7/1/02 – 9/30/02 | $89,953.00 | $8,038.01 | $89,652.00 | $8,038.01 |
| March 28, 2003 | 10/1/02 – 12/31/02 | $61,880.50 | $3,757.47 | $61,880.50 | $3,757.47 |
| June 23, 2003 | 1/1/03 - 3/31/03 | $32,900.90 | $1,415.62 | $32,900.90 | $1,319.72 |
| September 18, 2003 | 4/1/03 - 6/30/03 | $32,863.50 | $3,789.95 | $32,863.50 | $3,789.95 |

# DuaneMorris

*FIRM/AFFILIATE OFFICES*

NEW YORK
LONDON
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
DETROIT
BOSTON
WASHINGTON, DC
ATLANTA
MIAMI
PITTSBURGH
NEWARK
ALLENTOWN
WILMINGTON
CHERRY HILL
HARRISBURG
BANGOR
PRINCETON
PALM BEACH
WESTCHESTER

January 28, 2004

THOMAS F. MAHER
MANAGING DIRECTOR
JP MORGAN CHASE & CO.
380 MADISON AVENUE
NEW YORK, NY 10017


W.R. GRACE & CO.

File# K0248-00001          Invoice# 986401                          IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 10/31/2003 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.

| | | | | | |
|---|---|---|---|---|---|
| MR LASTOWSKI | PARTNER | 17.20 | hrs. at | $445.00 /hr. = | $7,654.00 |
| RW RILEY | PARTNER | 0.60 | hrs. at | $350.00 /hr. = | $210.00 |
| WS KATCHEN | PARTNER | 35.10 | hrs. at | $510.00 /hr. = | $17,901.00 |
| WK HARRINGTON | ASSOCIATE | 3.50 | hrs. at | $320.00 /hr. = | $1,120.00 |
| JH LEMKIN | ASSOCIATE | 2.30 | hrs. at | $260.00 /hr. = | $598.00 |
| DM SPEERS | PARALEGAL | 2.90 | hrs. at | $165.00 /hr. = | $478.50 |
| SA CABAN | PARALEGAL | 8.90 | hrs. at | $145.00 /hr. = | $1,290.50 |
| PA SIEBEL, JR. | PARALEGAL | 1.40 | hrs. at | $140.00 /hr. = | $196.00 |
| R LAGRAVENIS | PARALEGAL | 10.50 | hrs. at | $145.00 /hr. = | $1,522.50 |
| V MARCHELLO | LEGAL ASSISTAN | 1.40 | hrs. at | $70.00 /hr. = | $98.00 |

$31,068.50

DISBURSEMENTS
DOCUMENT RETRIEVAL                                      21.87
LEXIS LEGAL RESEARCH                                    21.12
MEETING EXPENSE                                         25.00
OVERNIGHT MAIL                                          18.47
PRINTING & DUPLICATING                                  70.35
PRINTING & DUPLICATING - INTERNAL                       42.75
TELECOPY                                               142.50
TOTAL DISBURSEMENTS                                                    $342.06

BALANCE DUE THIS INVOICE                                              $31,410.56


PREVIOUS BALANCE                                                      $26,268.73

TOTAL BALANCE DUE                                                     $57,679.29

DUANE MORRIS LLP

Duane Morris
January 28, 2004
Page 2

January 28, 2004
Page 3

File # K0248-00001                                                    INVOICE # 986401
   W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 10/6/2003 | 003 | MR LASTOWSKI | ANALYSIS OF DEBTORS' AUGUST 2003 MONTHLY OPERATING REPORT | 0.50 | $222.50 |
| | | | Code Total | 0.50 | $222.50 |

File # K0248-00001                                    INVOICE # 986401
W.R. GRACE & CO.

| Date | | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|---|
| 10/1/2003 | 004 | DM SPEERS | REVIEWING 10/1/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $16.50 |
| 10/1/2003 | 004 | SA CABAN | MAINTENANCE OF INTEROFFICE PLEADINGS. | 0.20 | $29.00 |
| 10/2/2003 | 004 | DM SPEERS | REVIEWING 10/2/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.20 | $33.00 |
| 10/3/2003 | 004 | DM SPEERS | REVIEWING 10/3/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $16.50 |
| 10/6/2003 | 004 | R LAGRAVENIS | REVIEW, SORT, FILE, AND INDEX CORRESPONDENCE, PLEADINGS, AND CASE RELATED MATERIALS. | 1.40 | $203.00 |
| 10/6/2003 | 004 | SA CABAN | OBTAIN, REVIEW AND FORWARD UPDATED DOCKET TO COUNSEL. | 0.10 | $14.50 |
| 10/7/2003 | 004 | DM SPEERS | REVIEWING 10/6/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $16.50 |
| 10/7/2003 | 004 | DM SPEERS | REVIEWING 10/7/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $16.50 |
| 10/8/2003 | 004 | DM SPEERS | REVIEWING 10/8/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $16.50 |
| 10/9/2003 | 004 | R LAGRAVENIS | REVIEW, SORT, FILE, INDEX CORRESPONDENCE, PLEADINGS, AND DISCOVERY MATERIALS. | 1.50 | $217.50 |
| 10/10/2003 | 004 | DM SPEERS | REVIEWING 10/10/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.20 | $33.00 |
| 10/10/2003 | 004 | R LAGRAVENIS | REVIEW, SORT, ORGANIZE, AND INDEX CORRESPONDENCE, PLEADINGS, AND CASE RELATED MATERIALS. | 0.50 | $72.50 |
| 10/13/2003 | 004 | DM SPEERS | REVIEWING 10/13/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $16.50 |
| 10/13/2003 | 004 | SA CABAN | OBTAIN, REVIEW AND FORWARD UPDATED DOCKET TO COUNSEL. | 0.10 | $14.50 |

Duane Morris
January 28, 2004
Page 5

File # K0248-00001                                              INVOICE # 986401
    W.R. GRACE & CO.

| Date | | Name | Description | Hours | Amount |
|---|---|---|---|---|---|
| 10/14/2003 | 004 | DM SPEERS | REVIEWING 10/14/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $16.50 |
| 10/14/2003 | 004 | R LAGRAVENIS | REVIEW, SORT, ORGANIZE, AND INDEX CORRESPONDENCE, PLEADINGS, AND CASE MATERIALS. | 2.30 | $333.50 |
| 10/15/2003 | 004 | DM SPEERS | REVIEWING 10/15/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.20 | $33.00 |
| 10/16/2003 | 004 | DM SPEERS | REVIEWING 10/16/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $16.50 |
| 10/17/2003 | 004 | DM SPEERS | REVIEWING 10/17/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.20 | $33.00 |
| 10/17/2003 | 004 | SA CABAN | TELEPHONE CALL FROM R. SERRETTE RE: REQUEST FOR MANUAL FORWARD OF BANKRUPTCY NOTIFICATIONS. | 0.10 | $14.50 |
| 10/17/2003 | 004 | SA CABAN | SET UP ELECTRONIC NOTIFICATIONS FROM BANKRUPTCY COURT TO FORWARD TO S. CABAN FOR REVIEW/FORWARDING. | 0.20 | $29.00 |
| 10/20/2003 | 004 | DM SPEERS | REVIEWING 10/20/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.20 | $33.00 |
| 10/20/2003 | 004 | R LAGRAVENIS | REVIEW, SORT, ORGANIZE,INDEX, AND FILE CORRESPONDENCE, PLEADINGS, DISCOVERY, AND CASE RELATED MATERIALS. | 0.90 | $130.50 |
| 10/20/2003 | 004 | SA CABAN | FORWARD ELECTRONIC NOTIFICATIONS OF FILINGS FROM BANKRUPTCY COURT TO R. SERRETTE. | 0.20 | $29.00 |
| 10/21/2003 | 004 | DM SPEERS | REVIEWING 10/21/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $16.50 |
| 10/21/2003 | 004 | SA CABAN | FORWARD ELECTRONIC NOTIFICATIONS OF FILINGS FROM BANKRUPTCY COURT TO R. SERRETTE. | 0.10 | $14.50 |
| 10/21/2003 | 004 | SA CABAN | OBTAIN, REVIEW, AND FORWARD UPDATED DOCKETS TO COUNSEL. | 0.10 | $14.50 |
| 10/22/2003 | 004 | DM SPEERS | REVIEWING 10/22/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $16.50 |

File # K0248-00001                                                    INVOICE # 986401
    W.R. GRACE & CO.

| Date | | Name | Description | Hours | Amount |
|---|---|---|---|---|---|
| 10/22/2003 | 004 | R LAGRAVENIS | REVIEW, SORT, ORGANIZE, AND INDEX CORRESPONDENCE, PLEADINGS, DISCOVERY AND CASE RELATED MATERIALS. CONFER WITH FILE CLERK REGARDING FILING PROCEDURES. | 0.90 | $130.50 |
| 10/22/2003 | 004 | SA CABAN | FORWARD ELECTRONIC NOTIFICATIONS OF FILINGS FROM BANKRUPTCY COURT TO R. SERRETTE. | 0.20 | $29.00 |
| 10/23/2003 | 004 | R LAGRAVENIS | REVIEW, SORT, ORGANIZE, AND INDEX CORRESPONDENCE, PLEADINGS AND CASE RELATED MATERIALS. | 0.30 | $43.50 |
| 10/23/2003 | 004 | SA CABAN | FORWARD ELECTRONIC NOTIFICATIONS OF FILINGS FROM BANKRUPTCY COURT TO R. SERRETTE. | 0.10 | $14.50 |
| 10/24/2003 | 004 | R LAGRAVENIS | RELOCATE AND ARRANGE FILES IN CENTRALIZED LOCATION FOR EASE OF REFERENCE/. REVIEW, SORT ORGANIZE, AND INDEX PLEADINGS, CORRESPONDENCE, AND CASE RELATED MATERIALS. | 1.60 | $232.00 |
| 10/24/2003 | 004 | SA CABAN | FORWARD ELECTRONIC NOTIFICATIONS OF FILINGS FROM BANKRUPTCY COURT TO R. SERRETTE. | 0.20 | $29.00 |
| 10/27/2003 | 004 | PA SIEBEL, JR. | RUN PACER REPORT AND DOWNLOAD PLEADINGS REQUESTED BY WILLIAM KATCHEN | 0.50 | $70.00 |
| 10/27/2003 | 004 | PA SIEBEL, JR. | REVIEW EMAIL FROM WILLIAM KATCHEN REQUESTING TO RUN PACER REPORT AND DOWNLOAD PLEADINGS | 0.10 | $14.00 |
| 10/27/2003 | 004 | R LAGRAVENIS | REVIEW, SORT, ORGANIZE AND ARRANGE FOR INACTIVE PLEADINGS TO BE SENT OFF-SITE. | 1.10 | $159.50 |
| 10/27/2003 | 004 | SA CABAN | OBTAIN, REVIEW, AND FORWARD UPDATED DOCKETS TO COUNSEL. | 0.10 | $14.50 |
| 10/28/2003 | 004 | DM SPEERS | REVIEWING 10/28/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.20 | $33.00 |
| 10/28/2003 | 004 | SA CABAN | FORWARD ELECTRONIC NOTIFICATIONS OF FILINGS FROM BANKRUPTCY COURT TO R. SERRETTE. | 0.10 | $14.50 |
| 10/29/2003 | 004 | DM SPEERS | REVIEWING 10/29/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.20 | $33.00 |

Duane Morris
January 28, 2004
Page 7

File # K0248-00001                                         INVOICE # 986401
    W.R. GRACE & CO.

| Date | | Timekeeper | Description | Hours | Amount |
|------|---|------------|-------------|-------|--------|
| 10/29/2003 | 004 | SA CABAN | FORWARD ELECTRONIC NOTIFICATIONS OF FILINGS FROM BANKRUPTCY COURT TO R. SERRETTE. | 0.20 | $29.00 |
| 10/30/2003 | 004 | DM SPEERS | REVIEWING 10/30/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.30 | $49.50 |
| 10/30/2003 | 004 | SA CABAN | FORWARD ELECTRONIC NOTIFICATIONS OF FILINGS FROM BANKRUPTCY COURT TO R. SERRETTE | 0.20 | $29.00 |
| 10/30/2003 | 004 | SA CABAN | RETURNED TELEPHONE CALL FROM R. TAYLOR RE: HEARING DATES FOR QUARTERLY FEE APPLICATIONS. | 0.10 | $14.50 |
| 10/31/2003 | 004 | DM SPEERS | REVIEWING 10/31/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.20 | $33.00 |
| 10/31/2003 | 004 | PA SIEBEL, JR. | RUN PACER REPORT, REVIEW DOCKET SHEET, AND DOWNLOAD PLEADINGS REQUESTED BY WILLIAM KATCHEN | 0.30 | $42.00 |
| 10/31/2003 | 004 | PA SIEBEL, JR. | REVIEW EMAIL FROM WILLIAM KATCHEN REQUESTING TO REVIEW DOCKET SHEET ON A DAILY BASIS | 0.10 | $14.00 |
| 10/31/2003 | 004 | SA CABAN | FORWARD ELECTRONIC NOTIFICATIONS OF FILINGS FROM BANKRUPTCY COURT TO R. SERRETTE. | 0.10 | $14.50 |
| | | | Code Total | 16.80 | $2,489.00 |

Duane Morris
January 28, 2004
Page 8

File # K0248-00001                                          INVOICE # 986401
    W.R. GRACE & CO.

| Date | | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|---|
| 10/2/2003 | 005 | WS KATCHEN | REVIEW STATUS REPORT ON LEGISLATION. | 0.20 | $102.00 |
| 10/3/2003 | 005 | WS KATCHEN | REVIEW STROOCK MEMO ON DEBTOR'S MOTION RE: NEW YORK STATE TAX ISSUE. | 0.20 | $102.00 |
| 10/3/2003 | 005 | WS KATCHEN | REVIEW MEMO RE: PATENT SETTLEMENT. | 0.10 | $51.00 |
| 10/7/2003 | 005 | WS KATCHEN | E-MAIL TO ARLENE KRIEGER RE: FUTURES' REP. | 0.10 | $51.00 |
| 10/7/2003 | 005 | WS KATCHEN | REVIEW E-MAIL ON FUTURES' REP. | 0.20 | $102.00 |
| 10/8/2003 | 005 | WS KATCHEN | REVIEW E-MAIL FROM NAVIGANT. | 0.10 | $51.00 |
| 10/8/2003 | 005 | WS KATCHEN | CONFERENCE CALL WITH LEWIS KRUGER; KENNETH PASQUALE AND ARLENE KRIEGER RE: FUTURES' REP. | 0.30 | $153.00 |
| 10/10/2003 | 005 | WS KATCHEN | THREE (3) TELEPHONE CONFERENCES WITH LEWIS KRUGER RE: FUTURES' REP. MOTION. | 0.80 | $408.00 |
| 10/10/2003 | 005 | WS KATCHEN | REVIEW SUPPLEMENT TO DEBTOR'S APPLICATION (STATE STREET BANK). | 0.20 | $102.00 |
| 10/10/2003 | 005 | WS KATCHEN | CONFERENCE CALL WITH LEWIS KRUGER AND COMMITTEE MEMBER RE: CASE ISSUES. | 0.30 | $153.00 |
| 10/13/2003 | 005 | V MARCHELLO | RESEARCH THE FOLLOWING CASES PER WSK REQUEST: 977 F.2D 764;M 10 F.3D 155 AND 93 F.3D 256. | 0.30 | $21.00 |
| 10/13/2003 | 005 | WS KATCHEN | TELEPHONE CONFERENCE WITH LEWIS KRUGER RE: RECUSAL MOTION. | 0.30 | $153.00 |
| 10/13/2003 | 005 | WS KATCHEN | REVIEW MOTION FOR RECUSAL. | 0.40 | $204.00 |
| 10/13/2003 | 005 | WS KATCHEN | E-MAIL REPLY TO KEN PASQUALE. | 0.10 | $51.00 |
| 10/13/2003 | 005 | WS KATCHEN | RESEARCH FROM G-I PLEADINGS TO REPLY TO KEN PASQUALE. | 0.30 | $153.00 |
| 10/13/2003 | 005 | WS KATCHEN | REVIEW CASES CITED IN RECUSAL MOTION. | 2.10 | $1,071.00 |
| 10/14/2003 | 005 | WS KATCHEN | RESEARCH. | 2.00 | $1,020.00 |
| 10/15/2003 | 005 | V MARCHELLO | PER WSK REQUEST, REVIEW THE DOCKET RE: RETENTION OF LEGAL REPRESENTATIVE IN THE G-I HOLDINGS CASE RE: INDEMNIFICATION; FAX INFORMATION TO WSK IN SAN DIEGO AND ARLENE KRIEGER. | 0.60 | $42.00 |
| 10/15/2003 | 005 | WS KATCHEN | TELEPHONE CONFERENCES WITH LEWIS KRUGER, ARLENE KRIEGER, DAVID GROSS AND COMMITTEE MEMBER. | 1.20 | $612.00 |
| 10/16/2003 | 005 | WS KATCHEN | TELEPHONE CONFERENCE WITH DAVID GROSS. | 0.50 | $255.00 |
| 10/16/2003 | 005 | WS KATCHEN | TELEPHONE CONFERENCE WITH JUDGE WOLIN. | 0.40 | $204.00 |
| 10/16/2003 | 005 | WS KATCHEN | REVIEW OPINION ON LIBBY. | 0.40 | $204.00 |

File # K0248-00001                                          INVOICE # 986401
  W.R. GRACE & CO.

| 10/20/2003 005 | WS KATCHEN | TWO (2) TELEPHONE CONFERENCES WITH LEWIS KRUGER RE: STRATEGY. | 0.40 | $204.00 |
|---|---|---|---|---|
| 10/20/2003 005 | WS KATCHEN | REVIEW SUBPOENAS. | 0.20 | $102.00 |
| 10/20/2003 005 | WS KATCHEN | UPDATE LEGISLATION. | 0.20 | $102.00 |
| 10/22/2003 005 | WS KATCHEN | TELEPHONE CONFERENCE WITH LEWIS KRUGER. | 0.10 | $51.00 |
| 10/22/2003 005 | WS KATCHEN | TELEPHONE CONFERENCE WITH COMMITTEE MEMBER RE: UPDATE ON CASE ISSUES. | 0.20 | $102.00 |
| 10/23/2003 005 | WS KATCHEN | REVIEW COMMITTEE MEMOS ON FUTURES' REP AND COO EMPLOYMENT. | 0.20 | $102.00 |
| 10/23/2003 005 | WS KATCHEN | E-MAIL TO STROOCK. | 0.10 | $51.00 |
| 10/23/2003 005 | WS KATCHEN | LETTER TO LEWIS KRUGER. | 0.10 | $51.00 |
| 10/23/2003 005 | WS KATCHEN | REVIEW 30(B)(6) SUBPOENA RE: HAMLIN, ET AL. | 0.10 | $51.00 |
| 10/23/2003 005 | WS KATCHEN | PREPARE FOR COMMITTEE MEETING ON OCTOBER 29, 2003; OUTLINE LITIGATION STRATEGY FOR COMMITTEE AND PREPARE LETTER TO LEWIS KRUGER. | 1.40 | $714.00 |
| 10/24/2003 005 | WS KATCHEN | E-MAIL TO LEWIS KRUGER ON STAY OF PROCEEDINGS. | 0.20 | $102.00 |
| 10/24/2003 005 | WS KATCHEN | REVIEW MOTION BY WASHINGTON LEGAL FOUNDATION FOR RECUSAL. | 0.30 | $153.00 |
| 10/24/2003 005 | WS KATCHEN | TWO (2) CONFERENCE CALLS WITH LEWIS KRUGER AND KEN PASQUALE. | 0.70 | $357.00 |
| 10/24/2003 005 | WS KATCHEN | DRAFT LETTER TO LEWIS KRUGER. | 0.20 | $102.00 |
| 10/24/2003 005 | WS KATCHEN | REVIEW OPINION AND ORDER STAYING DISCOVERY ON RECUSAL. | 0.20 | $102.00 |
| 10/25/2003 005 | WS KATCHEN | CONFIDENTIAL RESEARCH. | 3.80 | $1,938.00 |
| 10/25/2003 005 | WS KATCHEN | PREPARE FOR COMMITTEE CONFERENCE CALL. | 2.70 | $1,377.00 |
| 10/27/2003 005 | V MARCHELLO | RESEARCH ON PACER WITH JOE LEMKIN DOCUMENTS RE: RECUSAL MOTION IN OWENS CORNING CASE FOR BILL KATCHEN PER HIS REQUEST. | 0.20 | $14.00 |
| 10/27/2003 005 | WS KATCHEN | COMMITTEE CONFERENCE CALL. | 0.50 | $255.00 |
| 10/27/2003 005 | WS KATCHEN | TWO (2) TELEPHONE CONFERENCES WITH LEWIS KRUGER RE: STRATEGY. | 0.30 | $153.00 |
| 10/28/2003 005 | V MARCHELLO | RESEARCH ON LEXIS PER BILL KATCHEN'S REQUEST THE FOLLOWING CITES:  273 F.3D 249; 83 F.3D 610; AND 123 S. CT. 2161. | 0.30 | $21.00 |
| 10/28/2003 005 | WS KATCHEN | REVIEW DRAFT OBJECTION TO RETENTION OF FUTURES' REPRESENTATIVE BY STROOCK. | 0.20 | $102.00 |
| 10/28/2003 005 | WS KATCHEN | REVIEW EMERGENCY PETITION FOR A WRIT OF MANDAMUS. | 0.50 | $255.00 |
| 10/28/2003 005 | WS KATCHEN | RESEARCH 123 S. CT. 366. | 0.20 | $102.00 |

File # K0248-00001                                    INVOICE # 986401
        W.R. GRACE & CO.

| Date | | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|---|
| 10/28/2003 | 005 | WS KATCHEN | RESEARCH 273 F.3D 249; 123 S. CT. 2161; 83 F.3D 610 FOR OBJECTION TO FUTURES' RETENTION. | 0.80 | $408.00 |
| 10/28/2003 | 005 | WS KATCHEN | E-MAIL KENNETH PASQUALE. | 0.20 | $102.00 |
| 10/29/2003 | 005 | WS KATCHEN | TWO (2) TELEPHONE CONFERENCES WITH COMMITTEE MEMBER RE: CASE MANAGEMENT ORDER. | 0.30 | $153.00 |
| 10/29/2003 | 005 | WS KATCHEN | THREE (3) TELEPHONE CONFERENCES WITH LEWIS KRUGER RE: CASE MANAGEMENT ORDER. | 0.70 | $357.00 |
| 10/29/2003 | 005 | WS KATCHEN | CONSIDERATION OF STRATEGY RELATING TO ORDER TO SHOW CAUSE. | 0.50 | $255.00 |
| 10/29/2003 | 005 | WS KATCHEN | REVIEW STATUS LEGISLATION - CORRESPONDENCE FROM AFL - CIO FROM SENATOR DASCHLE. | 0.30 | $153.00 |
| 10/29/2003 | 005 | WS KATCHEN | TELEPHONE CONFERENCE WITH COMMITTEE MEMBER. | 0.10 | $51.00 |
| 10/29/2003 | 005 | WS KATCHEN | TELEPHONE CONFERENCE WITH LEWIS KRUGER RE: STRATEGY. | 0.40 | $204.00 |
| 10/29/2003 | 005 | WS KATCHEN | PREPARE FOR COMMITTEE CONFERENCE CALL ON OCTOBER 30, 2003. | 1.80 | $918.00 |
| 10/29/2003 | 005 | WS KATCHEN | ADDITIONAL TELEPHONE CONFERENCES WITH LEWIS KRUGER AND COMMITTEE MEMBER. | 0.40 | $204.00 |
| 10/30/2003 | 005 | WS KATCHEN | TELEPHONE CONFERENCE WITH ARLENE KRIEGER RE: STRATEGY. | 0.20 | $102.00 |
| 10/30/2003 | 005 | WS KATCHEN | ATTEND COMMITTEE CONFERENCE CALL. | 0.50 | $255.00 |
| 10/30/2003 | 005 | WS KATCHEN | TELEPHONE CONFERENCE WITH COMMITTEE MEMBER RE: COMMITTEE AGENDA. | 0.30 | $153.00 |
| 10/30/2003 | 005 | WS KATCHEN | TWO (2) TELEPHONE CONFERENCES WITH LEWIS KRUGER. | 0.30 | $153.00 |
| 10/30/2003 | 005 | WS KATCHEN | ADDITIONAL PREPARATION FOR COMMITTEE CONFERENCE CALL. | 0.60 | $306.00 |
| 10/30/2003 | 005 | WS KATCHEN | REVIEW AD HOC COMMITTEE OBJECTION. | 0.20 | $102.00 |
| 10/30/2003 | 005 | WS KATCHEN | ANALYSIS OF DOCUMENTS FILED WITH OBJECTION. | 0.30 | $153.00 |
| 10/30/2003 | 005 | WS KATCHEN | REVIEW DRAFT OBJECTION BY COMMITTEE. | 0.20 | $102.00 |
| 10/30/2003 | 005 | WS KATCHEN | REVIEW NOTICE OF DEPOSITIONS TO DEBTOR. | 0.10 | $51.00 |
| 10/30/2003 | 005 | WS KATCHEN | TELEPHONE CONFERENCE WITH LEWIS KRUGER. | 0.10 | $51.00 |
| 10/30/2003 | 005 | WS KATCHEN | TELEPHONE CONFERENCE WITH LEWIS KRUGER RE: UPDATE ON LITIGATION STATUS; STRATEGY ON OBJECTION TO RETENTION OF FUTURES' REPRESENTATIVE. | 0.20 | $102.00 |

Duane Morris
January 28, 2004
Page 11

File # K0248-00001                                                INVOICE # 986401
    W.R. GRACE & CO.

| 10/30/2003 005 | WS KATCHEN | REVIEW THIRD CIRCUIT ORDER IN OWENS CORNING ON MANDAMUS CASE AND E-MAIL ARLENE KRIEGER. | 0.20 | $102.00 |
| 10/31/2003 005 | WS KATCHEN | REVIEW UNITED STATES TRUSTEE OBJECTION TO RETENTION OF FUTURES' REPRESENTATIVE. | 0.10 | $51.00 |
| 10/31/2003 005 | WS KATCHEN | TWO (2) TELEPHONE CONFERENCES RE: ARRANGE FILING OBJECTION BY OCC DELAWARE AND REVIEW OBJECTION. | 0.40 | $204.00 |
| 10/31/2003 005 | WS KATCHEN | TELEPHONE CONFERENCE WITH ARLENE KRIEGER RE: OBJECTION FILING. | 0.10 | $51.00 |
| 10/31/2003 005 | WS KATCHEN | CONFIRM FILING WITH WILMINGTON COURT. | 0.10 | $51.00 |
| 10/31/2003 005 | WS KATCHEN | TELEPHONE CONFERENCE WITH LEWIS KRUGER RE: UPDATE ON OBJECTION MATTERS. | 0.20 | $102.00 |
| 10/31/2003 005 | WS KATCHEN | REVIEW NEWS ARTICLES ON PENDING LEGISLATION MATTERS. | 0.30 | $153.00 |
| | | Code Total | 34.30 | $16,877.00 |

File # K0248-00001                                      INVOICE # 986401
    W.R. GRACE & CO.

| | | | | |
|---|---|---|---|---|
| 10/27/2003 006 | MR LASTOWSKI | REVIEW VALERON STRENGTH MOTION TO RECONSIDER ORDER DISALLOWING CLAIM | 0.10 | $44.50 |
| | | Code Total | 0.10 | $44.50 |

File # K0248-00001                                                          INVOICE # 986401
    W.R. GRACE & CO.

| Date | | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|---|
| 10/6/2003 | 010 | MR LASTOWSKI | REVIEW DEBTOR'S SUPPLEMENT TO ITS APPLICATION TO RETAIN STATE STREET BANK AS INVESTMENT MANAGER AND FIDUCIARY | 0.60 | $267.00 |
| 10/19/2003 | 010 | MR LASTOWSKI | REVIEW DEBTOR'S MOTION TO RETAIN NEW PRESIDENT AND CHIEF EXECUTIVE OFFICER | 0.40 | $178.00 |
| 10/24/2003 | 010 | MR LASTOWSKI | REVIEW WASHINGTON LEGAL FOUNDATION'S MOTION FOR LEAVE TO FILE AN AMICUS CURIAE BRIEF IN CONNECTION WITH MOTION TO RECUSE JUDGE WOLIN | 0.90 | $400.50 |
| 10/24/2003 | 010 | MR LASTOWSKI | REVIEW MOTION TO RECUSE JUDGE WOLIN, IN CONNECTION WITH DEBTOR'S PROPOSED RETENTION OF HAMLIN AS FUTURE CLAIMS REPRESENTATAIVE | 1.40 | $623.00 |
| 10/27/2003 | 010 | WS KATCHEN | REVIEW MOTION TO RESTRUCTURE COMMITTEES IN OWENS CORNING; RESEARCH; PREPARE MEMO TO KENNETH PASQUALE ON OBJECTION TO RETENTION OF FUTURES' REPRESENTATIVE. | 2.20 | $1,122.00 |
| 10/29/2003 | 010 | MR LASTOWSKI | REVIEW PETITION FOR WRIT OF MANDAMUS IN KENSINGTON INTERNATIONAL, IN CONNECTION WITH EFFORTS TO RECUSE JUDGE WOLIN | 1.40 | $623.00 |
| 10/30/2003 | 010 | MR LASTOWSKI | REVIEW OBJECTION OF THE "UNOFFICIAL COMMITTEE" TO THE APPOINTMENT OF C.J. HAMLINE AS LEGAL REPRESENTATIVE FOR FUTURE CLAIMANTS | 0.40 | $178.00 |
| 10/30/2003 | 010 | MR LASTOWSKI | REVIEW SUPPLEMENT TO EMERGENCY PETITION FOR WRIT OF MANDAMUS IN KENSINGTON INTERNATIONAL, IN CONNECTION WITH EFFORTS TO RECUSE JUDGE WOLIN | 1.40 | $623.00 |
| 10/30/2003 | 010 | MR LASTOWSKI | REVIEW DRAFT OBJECTION TO APPLICATION TO RETAIN HAMLIN AS FUTURE CLAIMS REPRESENTATIVE AND E-MAIL TO A. KRIEGER RE: SAME | 0.70 | $311.50 |
| 10/30/2003 | 010 | PA SIEBEL, JR. | RUN PACER REPORT AND DOWNLOAD OBJECTION OF COMMITTEE TO DEBTOR'S APPLICATION FOR THE APPOINTMENT OF C. JUDSON HAMLIN AS LEGAL REPRESENTATIVE FOR FUTURE CLAIMANTS AS REQUESTED BY WILLIAM KATCHEN | 0.40 | $56.00 |

File # K0248-00001                                                    INVOICE # 986401
   W.R. GRACE & CO.

| | | | | |
|---|---|---|---|---|
| 10/30/2003 010 | RW RILEY | REVIEWING COMMITTEE'S OBJECTION TOI APPOINTMENT OF C. JUDSON HAMILTON AS FUTURE CLAIMS REPRESENTATIVE | 0.20 | $70.00 |
| 10/31/2003 010 | MR LASTOWSKI | REVIEW SUPPLEMENT TO MOTION TO DISQUALIFY JUDGE WOLIN FROM HEARING THE OWNS MATTER | 0.40 | $178.00 |
| 10/31/2003 010 | RW RILEY | REVIEWING OBJECTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO THE APPLICATION OF DEBTORS PURSUANT TO 11 U.S.C. §§ 105, 327 AND 524(G)(4)(B), FOR THE APPOINTMENT OF C. JUDSON HAMLIN AS LEGAL REPRESENTATIVE FOR FUTURE CLAIMANTS | 0.40 | $140.00 |
| 10/31/2003 010 | WK HARRINGTON | ADDRESSING ISSUES RELATED TO OBJECTION TO EMPLOYMENT. | 0.50 | $160.00 |
| | | Code Total | 11.30 | $4,930.00 |

File # K0248-00001                                          INVOICE # 986401
    W.R. GRACE & CO.

| Date | | Name | Description | Hours | Amount |
|------|---|------|-------------|-------|--------|
| 10/2/2003 | 012 | SA CABAN | REQUEST DRAFT INVOICES FROM ACCOUNTING FOR PREPARATION OF SEPTEMBER 2003 MONTHLY FEE APPLICATION. | 0.10 | $14.50 |
| 10/3/2003 | 012 | SA CABAN | FORWARD INVOICES FOR SEPTEMBER 2003 TO W. KATCHEN VIA FACSIMILE. | 0.10 | $14.50 |
| 10/6/2003 | 012 | SA CABAN | REVIEW DRAFT INVOICES THROUGH 9/30/03 AND MAKE SUGGESTED REVISIONS. | 0.60 | $87.00 |
| 10/9/2003 | 012 | MR LASTOWSKI | REVIEW AND EXECUTE CERTIFICATE OF NO OBJECTION TO DUANE MORRIS SEVENTEENTH MONTHLY FEE APPLICATION | 0.10 | $44.50 |
| 10/9/2003 | 012 | MR LASTOWSKI | REVIEW AND EXECUTE CERTIFICATE OF NO OBJECTION TO DUANE MORRIS EIGHTEENTH MONTHLY FEE APPLICATION | 0.10 | $44.50 |
| 10/9/2003 | 012 | MR LASTOWSKI | REVIEW AND EXECUTE CERTIFICATE OF NO OBJECTION TO DUANE MORRIS NINETEENTH MONTHLY FEE APPLICATION | 0.10 | $44.50 |
| 10/9/2003 | 012 | MR LASTOWSKI | REVIEW AND EXECUTE CERTIFICATE OF NO OBJECTION TO DUANE MORRIS NINTH QUARTERLY FEE APPLICATION | 0.10 | $44.50 |
| 10/9/2003 | 012 | SA CABAN | REVIEW DOCKET AND DRAFT CERTIFICATE OF NO OBJECTION TO DM AUGUST 2003 MONTHLY FEE APPLICATION. | 0.20 | $29.00 |
| 10/9/2003 | 012 | SA CABAN | REVIEW DOCKET AND DRAFT CERTIFICATE OF NO OBJECTION TO DM 9TH QUARTERLY FEE APPLICATION. | 0.20 | $29.00 |
| 10/9/2003 | 012 | SA CABAN | REVIEW DOCKET AND DRAFT CERTIFICATE OF NO OBJECTION TO DM JUNE 2003 MONTHLY FEE APPLICATION. | 0.20 | $29.00 |
| 10/9/2003 | 012 | SA CABAN | REVIEW DOCKET AND DRAFT CERTIFICATE OF NO OBJECTION TO DM JULY 2003 MONTHLY FEE APPLICATION. | 0.20 | $29.00 |
| 10/10/2003 | 012 | SA CABAN | CONVERT TO PDF FORMAT AND E-FILE CERTIFICATE OF NO OBJECTION TO 17TH MONTHLY FEE APPLICATION. | 0.20 | $29.00 |
| 10/10/2003 | 012 | SA CABAN | CONVERT TO PDF FORMAT AND E-FILE CERTIFICATE OF NO OBJECTION TO 18TH MONTHLY FEE APPLICATION. | 0.20 | $29.00 |
| 10/10/2003 | 012 | SA CABAN | CONVERT TO PDF FORMAT AND E-FILE CERTIFICATE OF NO OBJECTION TO 19TH MONTHLY FEE APPLICATION. | 0.20 | $29.00 |

File # K0248-00001                                    INVOICE # 986401
       W.R. GRACE & CO.

| Date | | Name | Description | Hours | Amount |
|---|---|---|---|---|---|
| 10/10/2003 | 012 | SA CABAN | CONVERT TO PDF FORMAT AND E-FILE CERTIFICATE OF NO OBJECTION TO 9TH QUARTERLY FEE APPLICATION. | 0.20 | $29.00 |
| 10/10/2003 | 012 | SA CABAN | FORWARD CONFIRMATIONS AND CERTIFICATES OF NO OBJECTION FOR JUNE, JULY AND AUGUST 2003 TO J. PORT FOR PAYMENT PROCESSING. | 0.10 | $14.50 |
| 10/16/2003 | 012 | SA CABAN | REVIEW REVISIONS MADE TO DRAFT INVOICES FOR 9/30/03 AND FORWARD APPROVAL TO J. PALO FOR FINAL BILLS. | 0.20 | $29.00 |
| 10/17/2003 | 012 | SA CABAN | PREPARE DRAFT TWENTIETH MONTHLY FEE APPLICATION FOR SEPTEMBER 2003. | 0.50 | $72.50 |
| 10/20/2003 | 012 | SA CABAN | CONVERT TO PDF FORMAT AND E-FILE DM SEPTEMBER 2003 FEE APPLICATION; SERVE ON NOTICE PARTIES VIA EMAIL. | 0.30 | $43.50 |
| 10/20/2003 | 012 | SA CABAN | PREPARE SEPTEMBER 2003 MONTHLY FEE APPLICATION FOR SERVICE VIA OVERNIGHT MAIL ON FEE AUDITOR AND TRUSTEE AND COMPANY. | 0.20 | $29.00 |
| 10/20/2003 | 012 | SA CABAN | CALENDAR OBJECTION DEADLINE FOR DM SEPTEMBER 2003 FEE APPLICATION. | 0.10 | $14.50 |
| 10/20/2003 | 012 | SA CABAN | FORWARD TEXT VERSION OF DM SEPTEMBER 2003 FEE APPLICATION TO FEE AUDITOR. | 0.10 | $14.50 |
| | | | Code Total | 4.30 | $743.50 |

File # K0248-00001                                                    INVOICE # 986401
     W.R. GRACE & CO.

| 10/3/2003 013 | SA CABAN | CONVERT TO PDF FORMAT AND E-FILE CERTIFICATE OF NO OBJECTION TO STROOCK 9TH QUARTERLY FEE APPLICATION; FORWARD SAME TO A. CASKADON. | 0.20 | $29.00 |
|---|---|---|---|---|
| 10/3/2003 013 | SA CABAN | CONVERT TO PDF FORMAT AND E-FILE CERTIFICATE OF NO OBJECTION TO FTI 28TH MONTHLY FEE APPLICATION; FORWARD CONFIRMATION TO A. CASKADON AND J. PORT. | 0.30 | $43.50 |
| 10/3/2003 013 | SA CABAN | CONVERT TO PDF FORMAT AND E-FILE CERTIFICATE OF NO OBJECTION TO STROOCK 28TH MONTHLY FEE APPLICATION; FORWARD CONFIRMATION TO A. CASKADON AND J. PORT. | 0.30 | $43.50 |
| 10/3/2003 013 | SA CABAN | REVIEW DOCKET FOR OBJECTIONS AND PREPARE CERTIFICATE OF NO OBJECTION TO FTI JULY 2003 MONTHLY FEE APPLICATION. | 0.30 | $43.50 |
| 10/3/2003 013 | SA CABAN | REVIEW DOCKET AND PREPARE CERTIFICATE OF NO OBJECTION TO STROOCK 9TH QUARTERLY FEE APPLICATION. | 0.20 | $29.00 |
| 10/3/2003 013 | SA CABAN | REVIEW DOCKET AND PREPARE CERTIFICATE OF NO OBJECTION TO STROOCK JULY 2003 MONTHLY FEE APPLICATION. | 0.20 | $29.00 |
| 10/8/2003 013 | SA CABAN | RESPOND TO EMAIL OF A. CASKADON RE: STROOCK CERTIFICATES OF NO OBJECTION. | 0.10 | $14.50 |
| 10/10/2003 013 | MR LASTOWSKI | REVIEW DEBTOR'S REPORT OF PAYMENTS TO ORDINARY COURSE PROFESSIONALS | 0.20 | $89.00 |
| 10/21/2003 013 | SA CABAN | REVIEW DOCKET FOR OBJECTIONS TO FTI AUGUST 2003 FEE APPLICATION AND PREPARE CERTIFICATE OF NO OBJECTION TO SAME. | 0.20 | $29.00 |
| 10/21/2003 013 | SA CABAN | REVIEW DOCKET FOR OBJECTIONS TO SSL AUGUST 2003 FEE APPLICATION AND PREPARE CERTIFICATE OF NO OBJECTION TO SAME. | 0.20 | $29.00 |
| 10/28/2003 013 | MR LASTOWSKI | REVIEW FEE AUDITOR'S REPORT RE: KIRKLAND & ELLIS NINTH INTERIM FEE APPLICATION | 0.10 | $44.50 |
| 10/28/2003 013 | SA CABAN | REVIEW NOTICE OF APPLICATION FOR STROOCK SEPTEMBER 2003 FEE APPLICATION; RESPOND WITH APPROVAL TO A. CASKADON. | 0.10 | $14.50 |

Duane Morris
January 28, 2004
Page 18

File # K0248-00001                                                    INVOICE # 986401
        W.R. GRACE & CO.

| | | | | |
|---|---|---|---|---|
| 10/28/2003 013 | SA CABAN | REVIEW NOTICE OF APPLICATION FOR FTI SEPTEMBER 2003 FEE APPLICATION; RESPOND WITH APPROVAL TO A. CASKADON. | 0.10 | $14.50 |
| 10/29/2003 013 | SA CABAN | SAVE TO SYSTEM AND E-FILE FTI 30TH MONTHLY FEE APPLICATION FOR SEPTEMBER 2003; FORWARD CONFIRMATION TO A. CASKADON. | 0.20 | $29.00 |
| 10/29/2003 013 | SA CABAN | SAVE TO SYSTEM AND E-FILE STROOCK 30TH MONTHLY FEE APPLICATION FOR SEPTEMBER 2003; FORWARD CONFIRMATION TO A. CASKADON. | 0.20 | $29.00 |
| | | Code Total | 2.90 | $510.50 |

File # K0248-00001                                          INVOICE # 986401
    W.R. GRACE & CO.

| | | | | |
|---|---|---|---|---|
| 10/21/2003 015 | MR LASTOWSKI | REVIEW 10/24/AGENDA AND ITEMS IDENTIFIED THEREON | 0.40 | $178.00 |
| 10/24/2003 015 | MR LASTOWSKI | REVIEW AGENDA FOR OCTOBER OMNIBUS HEARING | 0.90 | $400.50 |
| 10/24/2003 015 | MR LASTOWSKI | TELEPHONE CALL FROM A. KRIEGER RE: OCTOBER OMNIBUS HEARING | 0.40 | $178.00 |
| 10/24/2003 015 | MR LASTOWSKI | REVIEW AMENDED AGENDA FOR 10/27/03 HEARING | 0.20 | $89.00 |
| 10/27/2003 015 | MR LASTOWSKI | E-MAIL FROM M. SASSON (STROOCK) RE: 10/27/03 OMNIBUS HEARING | 0.10 | $44.50 |
| 10/27/2003 015 | MR LASTOWSKI | PREPARE FOR 10/27/03 OMNIBUS HEARING | 2.20 | $979.00 |
| 10/27/2003 015 | MR LASTOWSKI | CONFERENCE WITH M. SASSON RE: 10/27/03 HEARING | 1.20 | $534.00 |
| 10/27/2003 015 | MR LASTOWSKI | ATTEND 10/27/03 OMNIBUS HEARING | 0.90 | $400.50 |
| | | Code Total | 6.30 | $2,803.50 |

File # K0248-00001                                        INVOICE # 986401
    W.R. GRACE & CO.

| Date | | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|---|
| 10/3/2003 | 016 | WK HARRINGTON | ADDRESSING ISSUES RELATED TO PREFERENCE COMPLAINTS. | 1.50 | $480.00 |
| 10/14/2003 | 016 | MR LASTOWSKI | REVIEW LONDON MARKET INSURERS OBJECTIONS TO DEBTOR'S DISCLOSURE OF CONFIDENTIAL SETTLEMENT AGREEMENT | 0.30 | $133.50 |
| 10/14/2003 | 016 | MR LASTOWSKI | REVIEW HOLLAND MOTION FOR LEAVE TO FILE A REPLY BRIEF IN CONNECTION WITH MOTION TO PERMIT CERTAIN APPEALS TO PROCEED | 0.20 | $89.00 |
| 10/24/2003 | 016 | WK HARRINGTON | ADDRESSING ISSUES RELATED TO PREFERENCE COMPLAINTS. | 1.50 | $480.00 |
| | | | Code Total | 3.50 | $1,182.50 |

File # K0248-00001                                              INVOICE # 986401
    W.R. GRACE & CO.

| 10/1/2003 018 | MR LASTOWSKI | REVIEW SMOLKER RESPONSE TO DEBTOR'S MOTION TO MODIFY THE PRELIMINARY INJUNCTION TO PERMIT THIRD PARTY APPEALS TO PROCEED | 0.20 | $89.00 |
| 10/9/2003 018 | MR LASTOWSKI | REVIEW HOLLAND REPLY BRIEF (SMOLKER MOTION FOR RELIEF FROM STAY) | 0.20 | $89.00 |
| 10/19/2003 018 | MR LASTOWSKI | REVIEW DEBTOR'S RESPONSE TO FOSTER SOUTHERN EASTERN'S MOTION FOR RELIEF FROM STAY | 0.30 | $133.50 |
| 10/19/2003 018 | MR LASTOWSKI | REVIEW HOLLAND REPLY TO SMOLKER MOTON FOR RELIEF FROM STAY | 0.30 | $133.50 |
| 10/27/2003 018 | MR LASTOWSKI | REVIEW SMOLKER SUR-REPLY RE: MOTION FOR RELIEF FROM STAY | 0.30 | $133.50 |
| | | Code Total | 1.30 | $578.50 |

Duane Morris
January 28, 2004
Page 22

File # K0248-00001                                          INVOICE # 986401
        W.R. GRACE & CO.

| | | | | | |
|---|---|---|---|---|---|
| 10/15/2003 | 025 | JH LEMKIN | CONFER WITH VANESSA MARCHELLO AND RESEARCH RE: INDEMNIFICATION ISSUE RE: CLAIMS REPRESENTATIVES. | 0.50 | $130.00 |
| 10/17/2003 | 025 | JH LEMKIN | CONFER WITH VANESSA AND ASSIST WITH RESEARCH RE: CONSOLIDATION ISSUE. | 0.50 | $130.00 |
| 10/23/2003 | 025 | JH LEMKIN | LEGAL RESEARCH RE: CONSOLIDATION ISSUE. | 0.20 | $52.00 |
| 10/27/2003 | 025 | JH LEMKIN | LEGAL RESEARCH AND REVIEW PLEADINGS FOR BILL RE: RECUSAL ISSUE AND RE-ALIGNMENT OF COMMITTEES. | 0.70 | $182.00 |
| 10/29/2003 | 025 | JH LEMKIN | LEGAL RESEARCH AND REVIEW OF DOCKET MATERIALS FOR W. KATCHEN. | 0.40 | $104.00 |
| | | | Code Total | 2.30 | $598.00 |

Duane Morris
January 28, 2004
Page 23

File # K0248-00001                                    INVOICE # 986401
    W.R. GRACE & CO.

| 10/14/2003 | 027 | MR LASTOWSKI | REVIEW FTI ANALYSIS OF AUGUST 2003 OPERATIONS | 0.20 | $89.00 |
|---|---|---|---|---|---|
| | | | Code Total | 0.20 | $89.00 |

Duane Morris
January 28, 2004
Page 24

File # K0248-00001                                    INVOICE # 986401
    W.R. GRACE & CO.

|                  |       |            |
|------------------|-------|------------|
| TOTAL SERVICES   | 83.80 | $31,068.50 |

File # K0248-00001                                      INVOICE # 986401
    W.R. GRACE & CO.

| DATE | DISBURSEMENTS | | AMOUNT |
|------|---------------|--|--------|
| 10/31/2003 | MEETING EXPENSE | | 25.00 |
| | | Total: | $25.00 |
| | | | |
| 10/13/2003 | LEXIS LEGAL RESEARCH LEMKIN, JOSEPH | | 2.62 |
| 10/13/2003 | LEXIS LEGAL RESEARCH LEMKIN, JOSEPH | | 7.50 |
| 10/28/2003 | LEXIS LEGAL RESEARCH LEMKIN, JOSEPH | | 7.50 |
| 10/28/2003 | LEXIS LEGAL RESEARCH LEMKIN, JOSEPH | | 3.50 |
| | | Total: | $21.12 |
| | | | |
| 10/20/2003 | OVERNIGHT MAIL PACKAGE SENT TO WARREN H. SMITH AT WARREN H. SMITH & ASSOCIATES - DALLAS, TX FROM SHELLEY CABAN AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #791035838427) | | 10.48 |
| 10/20/2003 | OVERNIGHT MAIL PACKAGE SENT TO DAVID SIEGEL AT W. R. GRACE & COMPANY - COLUMBIA, MD FROM SHELLEY CABAN AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #791035837199) | | 7.99 |
| | | Total: | $18.47 |
| | | | |
| 10/31/2003 | PRINTING & DUPLICATING - INTERNAL | | 42.75 |
| | | Total: | $42.75 |
| | | | |
| 10/31/2003 | TELECOPY | | 142.50 |
| | | Total: | $142.50 |
| | | | |
| 10/31/2003 | DOCUMENT RETRIEVAL | | 21.87 |
| | | Total: | $21.87 |
| | | | |
| 10/31/2003 | PRINTING & DUPLICATING | | 43.80 |
| 10/31/2003 | PRINTING & DUPLICATING | | 26.55 |
| | | Total: | $70.35 |
| | | | |
| | TOTAL DISBURSEMENTS | | $342.06 |