# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:                                           Chapter 11

**W.R. Grace & Co., et al.**                      Case No. 01-01139 (JKF)

           Debtors.              Jointly Administered

**Objection Date: February 18, 2004 at 4:00 p.m.**
**Hearing Date: To be scheduled, only if objections are**
**timely filed and served**

### TWENTY-SECOND MONTHLY FEE APPLICATION OF DUANE MORRIS LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM NOVEMBER 1, 2003 THROUGH NOVEMBER 30, 2003

Name of Applicant                                **Duane Morris LLP**

Authorized to Provide
Professional Services to:                         **Official Committee of Unsecured Creditors**

Date of Retention:                               **April 17, 2001**

Period for which compensation and                **November 1, 2003 – November 30, 2003**
reimbursement is sought

Amount of Compensation sought as                  **$13,101.50**
actual, reasonable and necessary:

Amount of Expense Reimbursement sought            **$193.46**
as actual, reasonable and necessary:

This is an: ☒ interim ☐ final application

The total time expended for fee application preparation is approximately 2.0 hours and the corresponding compensation requested is approximately $290.00.[2]

This is the twenty-second monthly fee application of Duane Morris LLP.

---

[2] This is Duane Morris' Twenty-Second Monthly Fee Application. Time expended for the preparation of this Fee Application will be reflected in subsequent Fee Applications.

WLM\193462.1

**Attachment A**

**Monthly Interim Fee Applications**

| | | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| August 30, 2001 | 7/1/01-7/31/01 | $9,490.50 | $1209.90 | $7,592.40 | $1,209.90 |
| February 5, 2002 (combined 2nd and 3rd applications) | 8/1/01 – 9/30/01 | $12,885.00 | $7,903.44 | $10,308.00 | $7,903.44 |
| February 11, 2002 (combined 4th, 5th and 6th applications) | 10/1/01 – 12/31/01 | $17,349.50 | $3,436.30 | $13,879.60 | $3,436.30 |
| March 28, 2002 | 1/1/02-1/31/02 | $13,454.50 | $776.18 | $10,763.60 | $776.18 |
| May 16, 2002 | 2/2/02-2/28/02 | $16,428.50 | $3,859.31 | $13,142.80 | $3,859.31 |
| May 16, 2002 | 3/1/02-3/31/02 | $8,876.50 | $478.10 | $7,101.20 | $478.10 |
| August 28, 2002 | 4/1/02 – 6/30/02 | $50,323.00 | $4,181.96 | $40,258.40 | $4,181.96 |
| October 24, 2002 | 7/1/02 – 9/30/02 | $89,953.00 | $8,038.01 | $89,652.00 | $8,038.01 |
| March 28, 2003 (Combined and prepared as a quarterly application.) | 10/1/02 – 12/31/02 | $61,880.50 | $3,757.47 | (Refer to Quarterly Application Chart below for further details.) | |
| March 31, 2003 | 1/1/03 – 1/31/03 | $9,834.00 | $1,066.57 | $7,867.20 | $1,066.57 |
| March 31, 2003 | 2/1/03 – 2/28/03 | $12,454.00 | $96.87 | $9,963.20 | $96.87 |
| June 18, 2003 | 3/1/03 – 3/31/03 | $10,612.90 | $252.18 | $8,490.32 | $252.18 |

| | | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | | | | |
| June 19, 2003 | 4/1/03 - 4/30/03 | $13,689.00 | $2,335.98 | $10,951.20 | $2,335.98 |
| July 21, 2003 | 5/1/03 - 5/31/03 | $11,483.00 | $697.27 | $9,186.40 | $697.27 |
| September 18, 2003 | 6/1/03 - 6/30/03 | $7,691.50 | $756.70 | $6,153.20 | $756.70 |
| September 18, 2003 | 7/1/03 - 7/31/03 | $14,784.00 | $87.89 | $11,827.20 | $87.89 |
| September 18, 2003 | 8/1/03 - 8/31/03 | $10,760.00 | $1.50 | $8,608.00 | $1.50 |
| October 20, 2003 | 9/1/03 – 9/30/03 | $14,496.50 | $262.21 | $11,597.20 | $262.21 |
| January 29, 2004 | 10/1/03 – 10/31/03 | $31,068.50 | $342.06 | None approved at this time; objection deadline runs 2/18/04 at 4:00 p.m. | |

**Quarterly Fee Applications**

| | | Requested | | Approved | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| August 30, 2001 | 4/17/01- 6/30/01 | $41,314.50 | $4,026.77 | Fees approved for a combined total of $68,886.50 | $4,026.77 |
| February 5, 2002 | 7/01/01 – 9/30/01 | $22,375.50 | $9,113.34 | | $9,113.34 |
| February 11, 2002 | 10/01/01 – 12/31/01 | $17,349.50 | $3,436.30 | | $3,436.30 |
| May 16, 2002 | 1/1/02 – 3/31/02 | $38,759.50 | $5,113.59 | $37,486.50 | $5,113.59 |
| November 7, 2002 | 4/1/02 – 6/30/02 | $50,323.00 | $4,181.96 | $49,098.00 | $4,181.96 |
| October 24, 2002 | 7/1/02 – 9/30/02 | $89,953.00 | $8,038.01 | $89,652.00 | $8,038.01 |
| March 28, 2003 | 10/1/02 – 12/31/02 | $61,880.50 | $3,757.47 | $61,880.50 | $3,757.47 |
| June 23, 2003 | 1/1/03 - 3/31/03 | $32,900.90 | $1,415.62 | $32,900.90 | $1,319.72 |
| September 18, 2003 | 4/1/03 - 6/30/03 | $32,863.50 | $3,789.95 | $32,863.50 | $3,789.95 |

# DuaneMorris

*FIRM/AFFILIATE OFFICES*

NEW YORK
LONDON
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
DETROIT
BOSTON
WASHINGTON, DC
ATLANTA
MIAMI
PITTSBURGH
NEWARK
ALLENTOWN
WILMINGTON
CHERRY HILL
HARRISBURG
BANGOR
PRINCETON
PALM BEACH
WESTCHESTER

January 28, 2004

THOMAS F. MAHER
MANAGING DIRECTOR
JP MORGAN CHASE & CO.
380 MADISON AVENUE
NEW YORK, NY 10017

W.R. GRACE & CO.

File# K0248-00001        Invoice# 986374                    IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 11/30/2003 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.

| | | | | | | |
|---|---|---|---|---|---|---|
| MR LASTOWSKI | PARTNER | 9.60 | hrs. at | $445.00 | /hr. = | $4,272.00 |
| RW RILEY | PARTNER | 3.30 | hrs. at | $350.00 | /hr. = | $1,155.00 |
| WS KATCHEN | PARTNER | 10.20 | hrs. at | $510.00 | /hr. = | $5,202.00 |
| DM SPEERS | PARALEGAL | 3.00 | hrs. at | $165.00 | /hr. = | $495.00 |
| SA CABAN | PARALEGAL | 5.70 | hrs. at | $145.00 | /hr. = | $826.50 |
| PA SIEBEL, JR. | PARALEGAL | 4.70 | hrs. at | $140.00 | /hr. = | $658.00 |
| R LAGRAVENIS | PARALEGAL | 3.40 | hrs. at | $145.00 | /hr. = | $493.00 |
| | | | | | | $13,101.50 |

DISBURSEMENTS

| | |
|---|---|
| COURT COSTS | 17.00 |
| DOCUMENT RETRIEVAL | 27.25 |
| FILING FEES | 16.50 |
| MEETING EXPENSE | 12.39 |
| OVERTIME RELATED COSTS | 37.29 |
| PRINTING & DUPLICATING | 3.45 |
| TELECOPY | 74.10 |
| TELEPHONE | 5.48 |
| TOTAL DISBURSEMENTS | $193.46 |

BALANCE DUE THIS INVOICE                                $13,294.96

PREVIOUS BALANCE                                        $26,268.73

TOTAL BALANCE DUE                                       $39,563.69

Duane Morris
January 28, 2004
Page 2

File # K0248-00001                                                    INVOICE # 986374
     W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 11/6/2003 | 003 | MR LASTOWSKI | REVIEW SEPTEMBER 2003 MONTHLY OPERATING REPORTS | 0.50 | $222.50 |
| | | | Code Total | 0.50 | $222.50 |

File # K0248-00001                                                INVOICE # 986374
    W.R. GRACE & CO.

| Date | | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|---|
| 11/3/2003 | 004 | DM SPEERS | REVIEWING 11/3/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $16.50 |
| 11/3/2003 | 004 | PA SIEBEL, JR. | RUN PACER REPORT AND DOWNLOAD PLEADINGS REQUESTED BY WILLIAM KATCHEN | 0.20 | $28.00 |
| 11/3/2003 | 004 | SA CABAN | FORWARD ELECTRONIC NOTIFICATIONS OF FILINGS FROM BANKRUPTCY COURT TO R. SERRETTE. | 0.20 | $29.00 |
| 11/3/2003 | 004 | SA CABAN | OBTAIN, REVIEW AND FORWARD UPDATED DOCKET TO COUNSEL. | 0.10 | $14.50 |
| 11/4/2003 | 004 | DM SPEERS | REVIEWING 11/4/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $16.50 |
| 11/4/2003 | 004 | PA SIEBEL, JR. | RUN PACER REPORT AND DOWNLOAD PLEADINGS REQUESTED BY WILLIAM KATCHEN | 1.00 | $140.00 |
| 11/4/2003 | 004 | R LAGRAVENIS | REVIEW, SORT, ORGANIZE, AND INDEX CORRESPONDENCE, PLEADINGS,AND CASE RELATED MATERIALS. | 0.30 | $43.50 |
| 11/4/2003 | 004 | SA CABAN | FORWARD ELECTRONIC NOTIFICATIONS OF FILINGS FROM BANKRUPTCY COURT TO R. SERRETTE. | 0.20 | $29.00 |
| 11/5/2003 | 004 | DM SPEERS | REVIEWING 11/5/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $16.50 |
| 11/5/2003 | 004 | PA SIEBEL, JR. | RUN PACER REPORT AND DOWNLOAD PLEADINGS REQUESTED BY WILLIAM KATCHEN | 0.60 | $84.00 |
| 11/6/2003 | 004 | DM SPEERS | REVIEWING 11/6/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $16.50 |
| 11/6/2003 | 004 | DM SPEERS | TELEPHONE WITH PETE SIEBEL RE OBTAINING COPIES OF MOTION AND ORDERS FROM 3RD CIRCUIT, REVIEWING FAXED DOCKETS AND FORWARDING REQUEST FOR DOCUMENTS TO COURT CLERKS | 0.30 | $49.50 |
| 11/6/2003 | 004 | DM SPEERS | REVIEWING 11/6/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $16.50 |

Duane Morris
January 28, 2004
Page 4

File # K0248-00001                                                    INVOICE # 986374
     W.R. GRACE & CO.

| | | | | |
|---|---|---|---|---|
| 11/6/2003 004 | DM SPEERS | REVIEWING COPIES OF MOTION AND ORDERS FROM 3RD CIRCUIT, FAXING SAME TO PETER SIEBEL AND FORWARDING HARD COPIES VIA INTER-OFFICE MAIL | 0.20 | $33.00 |
| 11/6/2003 004 | PA SIEBEL, JR. | CONFERENCE WITH DAVID SPEERS REQUESTING COPIES OF PLEADINGS FROM US COURT OF APPEALS THIRD CIRCUIT | 0.10 | $14.00 |
| 11/6/2003 004 | PA SIEBEL, JR. | RUN PACER REPORT | 0.10 | $14.00 |
| 11/6/2003 004 | SA CABAN | REVIEW RETURNED MAILINGS. | 0.10 | $14.50 |
| 11/6/2003 004 | SA CABAN | FORWARD ELECTRONIC NOTIFICATIONS OF FILINGS FROM BANKRUPTCY COURT TO R. SERRETTE. | 0.10 | $14.50 |
| 11/7/2003 004 | DM SPEERS | REVIEWING 11/7/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.20 | $33.00 |
| 11/10/2003 004 | DM SPEERS | REVIEWING 11/10/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.20 | $33.00 |
| 11/10/2003 004 | R LAGRAVENIS | REVIEW, SORT, ORGANIZE, AND INDEX CORRESPONDENCE, PLEADINGS, AND CASE MATERIALS. | 0.90 | $130.50 |
| 11/10/2003 004 | SA CABAN | FORWARD ELECTRONIC NOTIFICATIONS OF FILINGS FROM BANKRUPTCY COURT TO R. SERRETTE. | 0.10 | $14.50 |
| 11/10/2003 004 | SA CABAN | OBTAIN, REVIEW AND FORWARD UPDATED DOCKET TO COUNSEL. | 0.10 | $14.50 |
| 11/11/2003 004 | DM SPEERS | REVIEWING 11/11/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $16.50 |
| 11/11/2003 004 | PA SIEBEL, JR. | RUN PACER REPORT AD REVIEW DOCKET SHEET | 0.10 | $14.00 |
| 11/12/2003 004 | DM SPEERS | REVIEWING 11/12/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $16.50 |
| 11/12/2003 004 | PA SIEBEL, JR. | RUN PACER REPORT AND REVIEW DOCKET SHEET | 0.10 | $14.00 |
| 11/12/2003 004 | R LAGRAVENIS | REVIEW, SORT, ORGANIZE, AND INDEX CORRESPONDENCE, PLEADINGS, LEGAL RESEARCH AND CASE RELATED MATERIALS. REMOVE INACTIVE FILES FOR OFF-SITE STORAGE. | 0.90 | $130.50 |

File # K0248-00001                                          INVOICE # 986374
      W.R. GRACE & CO.

| Date | | Timekeeper | Description | Hours | Amount |
|------|---|------------|-------------|-------|--------|
| 11/12/2003 | 004 | SA CABAN | FORWARD ELECTRONIC NOTIFICATIONS OF FILINGS FROM BANKRUPTCY COURT TO R. SERRETTE. | 0.20 | $29.00 |
| 11/13/2003 | 004 | PA SIEBEL, JR. | RUN PACER REPORT AND REVIEW DOCKET SHEET | 0.60 | $84.00 |
| 11/13/2003 | 004 | SA CABAN | FORWARD ELECTRONIC NOTIFICATIONS OF FILINGS FROM BANKRUPTCY COURT TO R. SERRETTE. | 0.10 | $14.50 |
| 11/14/2003 | 004 | DM SPEERS | REVIEWING 11/14/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $16.50 |
| 11/14/2003 | 004 | PA SIEBEL, JR. | RUN PACER REPORT AND REVIEW DOCKET SHEET | 0.80 | $112.00 |
| 11/14/2003 | 004 | SA CABAN | FORWARD ELECTRONIC NOTIFICATIONS OF FILINGS FROM BANKRUPTCY COURT TO R. SERRETTE. | 0.10 | $14.50 |
| 11/17/2003 | 004 | DM SPEERS | REVIEWING 11/17/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.20 | $33.00 |
| 11/17/2003 | 004 | MR LASTOWSKI | REVIEW JUDGE WOLIN ORDER SUSPENDING PROCEEDINGS IN CONNECTION WITH RECUSAL MOTION | 0.10 | $44.50 |
| 11/17/2003 | 004 | SA CABAN | FORWARD ELECTRONIC NOTIFICATIONS OF FILINGS FROM BANKRUPTCY COURT TO R. SERRETTE. | 0.10 | $14.50 |
| 11/17/2003 | 004 | SA CABAN | OBTAIN, REVIEW AND FORWARD UPDATED DOCKETS TO COUNSEL. | 0.10 | $14.50 |
| 11/18/2003 | 004 | DM SPEERS | TELEPHONE FROM PETE SIEBEL RE GETTING COPY OF ANSWER TO PETITION FOR WRIT OF MANDAMUS IN KENSINGTON INTERNATIONAL 3RD CIRCUIT CASE, PREPARING AND FORWARDING REQUEST TO COURT CLERKS REQUESTING SAME | 0.20 | $33.00 |
| 11/18/2003 | 004 | DM SPEERS | REVIEWING 11/18/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $16.50 |
| 11/18/2003 | 004 | DM SPEERS | PREPARING FAX COVER SHEET, FAXING ANSWER TO PETITION FOR WRIT OF MANDAMUS IN KENSINGTON INTERNATIONAL 3RD CIRCUIT CASE TO PETER SIEBEL | 0.10 | $16.50 |
| 11/18/2003 | 004 | PA SIEBEL, JR. | RUN PACER REPORT AND REVIEW DOCKET SHEET | 0.50 | $70.00 |

File # K0248-00001                                          INVOICE # 986374
    W.R. GRACE & CO.

| Date | | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|---|
| 11/18/2003 | 004 | SA CABAN | FORWARD ELECTRONIC NOTIFICATIONS OF FILINGS FROM BANKRUPTCY COURT TO R. SERRETTE. | 0.10 | $14.50 |
| 11/19/2003 | 004 | DM SPEERS | REVIEWING 11/19/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS AND/OR FEDERAL MOGUL ITEMS TO RJDIMASSA, WMSIMKULAK, ET AL. | 0.10 | $16.50 |
| 11/19/2003 | 004 | PA SIEBEL, JR. | RUN PACER REPORT AND REVIEW DOCKET SHEET | 0.10 | $14.00 |
| 11/19/2003 | 004 | SA CABAN | FORWARD ELECTRONIC NOTIFICATIONS OF FILINGS FROM BANKRUPTCY COURT TO R. SERRETTE. | 0.10 | $14.50 |
| 11/20/2003 | 004 | DM SPEERS | REVIEWING 11/20/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS AND/OR FEDERAL MOGUL ITEMS TO RJDIMASSA, WMSIMKULAK, ET AL. | 0.10 | $16.50 |
| 11/20/2003 | 004 | MR LASTOWSKI | REVIEW DEUTSCHE BANK'S MOTION TO DISQUALIFY JUDGE WOLIN | 0.40 | $178.00 |
| 11/20/2003 | 004 | MR LASTOWSKI | REVIEW WATERS & KRAUSE'S RESPONE TO MANDAMUS PETITION | 0.20 | $89.00 |
| 11/20/2003 | 004 | PA SIEBEL, JR. | RUN PACER REPORT AND REVIEW DOCKET SHEET | 0.10 | $14.00 |
| 11/20/2003 | 004 | R LAGRAVENIS | REVIEW, SORT, ORGANIZE, AND INDEX CORRESPONDENCE, PLEADINGS, AND CASE MATERIALS. | 0.40 | $58.00 |
| 11/20/2003 | 004 | SA CABAN | FORWARD ELECTRONIC NOTIFICATIONS OF FILINGS FROM BANKRUPTCY COURT TO R. SERRETTE. | 0.10 | $14.50 |
| 11/21/2003 | 004 | PA SIEBEL, JR. | RUN PACER REPORT AND REVIEW DOCKET SHEET | 0.20 | $28.00 |
| 11/21/2003 | 004 | SA CABAN | FORWARD ELECTRONIC NOTIFICATIONS OF FILINGS FROM BANKRUPTCY COURT TO R. SERRETTE. | 0.10 | $14.50 |
| 11/24/2003 | 004 | DM SPEERS | REVIEWING 11/24/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS AND/OR FEDERAL MOGUL ITEMS TO RJDIMASSA, WMSIMKULAK, ET AL. | 0.20 | $33.00 |
| 11/24/2003 | 004 | DM SPEERS | ONLINE REVIEW OF 3RD CIRCUIT DOCKETS IN KENSINGTON INTERNATIONL APPEAL FOR RECENT PLEADINGS FILED BY COUNSEL GIBBONS DELDEO ET AL., TELEPHONE PETE SIEBEL RE SAME | 0.20 | $33.00 |

File # K0248-00001                                                    INVOICE # 986374
    W.R. GRACE & CO.

| Date | Code | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|---|
| 11/24/2003 | 004 | PA SIEBEL, JR. | TELEPHONE CONFERENCE WITH DAVID SPEERS REGARDING REQUEST TO GET COPIES OF PLEADINGS FROM THE CLERK OF U.S. COURT OF APPEALS FOR THE THIRD CIRCUIT | 0.20 | $28.00 |
| 11/24/2003 | 004 | SA CABAN | FORWARD ELECTRONIC NOTIFICATIONS OF FILINGS FROM BANKRUPTCY COURT TO R. SERRETTE. | 0.10 | $14.50 |
| 11/24/2003 | 004 | SA CABAN | OBTAIN, REVIEW AND FORWARD UPDATED DOCKET TO COUNSEL. | 0.10 | $14.50 |
| 11/25/2003 | 004 | R LAGRAVENIS | REVIEW, SORT, ORGANIZE, AND INDEX CORRESPONDENCE, PLEADINGS, AND CASE RELATED MATERIALS. | 0.90 | $130.50 |
| 11/25/2003 | 004 | SA CABAN | FORWARD ELECTRONIC NOTIFICATIONS OF FILINGS FROM BANKRUPTCY COURT TO R. SERRETTE. | 0.20 | $29.00 |
| 11/26/2003 | 004 | DM SPEERS | REVIEWING 11/26/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS AND/OR FEDERAL MOGUL ITEMS TO RJDIMASSA, WMSIMKULAK, ET AL. | 0.10 | $16.50 |
| 11/26/2003 | 004 | SA CABAN | FORWARD ELECTRONIC NOTIFICATIONS OF FILINGS FROM BANKRUPTCY COURT TO R. SERRETTE. | 0.20 | $29.00 |
| | | | Code Total | 14.30 | $2,320.00 |

File # K0248-00001                                          INVOICE # 986374
   W.R. GRACE & CO.

| Date | | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|---|
| 11/3/2003 | 005 | WS KATCHEN | REVIEW MOTION §1104 IN OWENS CORNING. | 0.50 | $255.00 |
| 11/3/2003 | 005 | WS KATCHEN | REVIEW LONDON MARKET OBJECTION TO HAMLIN. | 0.20 | $102.00 |
| 11/4/2003 | 005 | WS KATCHEN | REVIEW DEBTOR'S MOTION TO SUSPEND APPLICATION TO APPOINT FUTURES' REPRESENTATIVE. | 0.20 | $102.00 |
| 11/5/2003 | 005 | WS KATCHEN | REVIEW ARTICLE ON COMPANY. | 0.20 | $102.00 |
| 11/12/2003 | 005 | WS KATCHEN | REVIEW ARTICLE ON SEALED AIR. | 0.10 | $51.00 |
| 11/12/2003 | 005 | WS KATCHEN | REVIEW DEBTOR'S SECOND SUPPLEMENTAL APPLICATION RE: STATE STREET BANK. | 0.10 | $51.00 |
| 11/12/2003 | 005 | WS KATCHEN | REVIEW DEBTOR'S REPLY RE: MOTION TO EXPAND PRELIMINARY INJUNCTION C. MONTANA VERMICULITE CO. | 0.40 | $204.00 |
| 11/12/2003 | 005 | WS KATCHEN | REVIEW COMMITTEE MEMO ON STATE STREET. | 0.10 | $51.00 |
| 11/14/2003 | 005 | WS KATCHEN | REVIEW COMMITTEE E-MAILS. | 0.20 | $102.00 |
| 11/14/2003 | 005 | WS KATCHEN | REVIEW DK ACQUISITION RECUSAL MOTION. | 0.40 | $204.00 |
| 11/14/2003 | 005 | WS KATCHEN | TELEPHONE CONFERENCE WITH ARLENE KRIEGER. | 0.10 | $51.00 |
| 11/17/2003 | 005 | WS KATCHEN | TELEPHONE CONFERENCE WITH KEN PASQUALE RE: RETENTION OF FUTURES' REPRESENTATIVE. | 0.10 | $51.00 |
| 11/17/2003 | 005 | WS KATCHEN | REVIEW MOTION RE:  §362(D). | 0.10 | $51.00 |
| 11/17/2003 | 005 | WS KATCHEN | TELEPHONE CONFERENCE WITH LEWIS KRUGER. | 0.20 | $102.00 |
| 11/18/2003 | 005 | WS KATCHEN | E-MAIL TED GEWERTZ. | 0.10 | $51.00 |
| 11/19/2003 | 005 | WS KATCHEN | REVIEW STATUS OF RECUSAL MOTION. | 0.30 | $153.00 |
| 11/19/2003 | 005 | WS KATCHEN | TELEPHONE CONFERENCE WITH LEWIS KRUGER. | 0.30 | $153.00 |
| 11/19/2003 | 005 | WS KATCHEN | TELEPHONE CONFERENCE RE: STATUS OF RECUSAL MOTION. | 0.30 | $153.00 |
| 11/20/2003 | 005 | WS KATCHEN | WORK ON RECUSAL ISSUES. | 1.70 | $867.00 |
| 11/20/2003 | 005 | WS KATCHEN | TELEPHONE CONFERENCE WITH LEWIS KRUGER RE: UPDATE. | 0.20 | $102.00 |
| 11/21/2003 | 005 | WS KATCHEN | REVIEW PETITION FOR WRIT OF MANDAMUS AND TELEPHONE CONFERENCE. | 0.20 | $102.00 |
| 11/24/2003 | 005 | WS KATCHEN | REVIEW APPLICATION FOR MANDAMUS AND BRIEF FILED BY CREDITORS (UNOFFICIAL COMMITTEE). | 0.80 | $408.00 |
| 11/25/2003 | 005 | WS KATCHEN | REVIEW MOTION FOR PROTECTIVE ORDER (PROPOSED ORDER). | 0.20 | $102.00 |
| 11/25/2003 | 005 | WS KATCHEN | TELEPHONE CONFERENCE WITH JOANNE WILLS RE: CONSOLIDATION. | 0.20 | $102.00 |

File # K0248-00001                                          INVOICE # 986374
    W.R. GRACE & CO.

| Date | | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|---|
| 11/25/2003 | 005 | WS KATCHEN | ANALYSIS OF EXHIBITS SUBMITTED BY JOANNE WILLS TO SUPPORT RECUSAL. | 0.80 | $408.00 |
| 11/26/2003 | 005 | WS KATCHEN | TELEPHONE CONFERENCE RE: ORDER. | 0.20 | $102.00 |
| 11/26/2003 | 005 | WS KATCHEN | TELEPHONE CONFERENCE RE: ORDER. | 0.10 | $51.00 |
| 11/26/2003 | 005 | WS KATCHEN | E-MAIL RE: ORDER. | 0.10 | $51.00 |
| 11/26/2003 | 005 | WS KATCHEN | TELEPHONE CONFERENCE RE: ORDER. | 0.20 | $102.00 |
| 11/26/2003 | 005 | WS KATCHEN | ANALYSIS OF EXHIBITS IN SUPPORT OF MANDAMUS. | 1.40 | $714.00 |
| 11/26/2003 | 005 | WS KATCHEN | TELEPHONE CONFERENCE WITH M. ABRAMS AT WILLKIE FARR. | 0.10 | $51.00 |
| | | | Code Total | 10.10 | $5,151.00 |

Duane Morris
January 28, 2004
Page 10

File # K0248-00001                                    INVOICE # 986374
     W.R. GRACE & CO.

| 11/5/2003 006 | MR LASTOWSKI | REVIEW STIPULATION RESOLVING VALERON CLAIMS | 0.10 | $44.50 |
|---|---|---|---|---|
| 11/11/2003 006 | MR LASTOWSKI | REVIEW ROYAL INDEMNITY'S MOTION TO FILE A LATE-FILED PROOF OF CLAIM | 0.50 | $222.50 |
| | | Code Total | 0.60 | $267.00 |

File # K0248-00001                                              INVOICE # 986374
         W.R. GRACE & CO.

| | | | | |
|---|---|---|---|---|
| 11/6/2003 007 | MR LASTOWSKI | REVIEW JUDGE WOLIN'S STAY ORDER | 0.10 | $44.50 |
| 11/18/2003 007 | MR LASTOWSKI | REVIEW APPENDIX TO DEUTSCHE BANK'S MOTION TO DISQUALIFY JUDGE WOLIN | 0.70 | $311.50 |
| 11/21/2003 007 | MR LASTOWSKI | REVIEW OWENS CORNING'S SUBMISSIONS TO THE THIRD CIRCUIT ON RECUSAL ISSUES | 1.40 | $623.00 |
| 11/25/2003 007 | MR LASTOWSKI | REVIEW DEUTSHCE BANK'S EMERGENCY PETITION FOR A WRIT OF MANDAMUS AND THE APPENDIX THERETO | 1.60 | $712.00 |
| | | Code Total | 3.80 | $1,691.00 |

File # K0248-00001                                                    INVOICE # 986374
    W.R. GRACE & CO.

| Date | Code | Name | Description | Hours | Amount |
|---|---|---|---|---|---|
| 11/3/2003 | 010 | MR LASTOWSKI | REVIEW LONDON MARKET INSURER'S OBJECTION TO APPOINTMENT OF HAMLIN AS FUTURE CLAIMS REPRESENTATIVE | 0.20 | $89.00 |
| 11/3/2003 | 010 | MR LASTOWSKI | REVIEW UNITED STATES TRUSTEE'S OBJECTION TO THE APPOINTMENT OF HAMLIN AS FUTURE CLAIMS REPRESENTATIVE | 0.10 | $44.50 |
| 11/5/2003 | 010 | MR LASTOWSKI | REVIEW OBJECTION OF ASBESTOS PROPERTY CLAIMANTS TO THE APPOINTMENT OF C. HAMLIN AS FUTURE CLAIMS REPRESENTATIVES | 0.20 | $89.00 |
| 11/5/2003 | 010 | MR LASTOWSKI | REVIEW CREDIT SUISSE'S EMERGENCY MOTION TO INTERVENE IN RECUSAL PROCEEDINGS | 0.50 | $222.50 |
| 11/6/2003 | 010 | MR LASTOWSKI | REVIEW DEBTOR'S REQUEST TO HOLD ITS APPLICATION FOR THE APPOINTMENT OF A FUTURE CLAIMS REPRESENTATIVE IN ABEYANCE | 0.20 | $89.00 |
| 11/10/2003 | 010 | MR LASTOWSKI | REVIEW ISSUES RELATING TO DEBTOR'S MOTION FOR AUTHORITY TO RETAIN STATE STREET AND MULTIPLE E-MAILS TO A. KRIEGER RE: SAME | 0.60 | $267.00 |
| 11/14/2003 | 010 | SA CABAN | REVIEW RELATED CASE DOCKET FOR ENTRY OF AFFIDAVIT RE: RETENTION OF ADDITIONAL PROFESSIONALS FOR ASBESTOS MATTERS. | 0.10 | $14.50 |
| | | | Code Total | 1.90 | $815.50 |

Duane Morris
January 28, 2004
Page 13

File # K0248-00001                                    INVOICE # 986374
      W.R. GRACE & CO.

| Date | | | Description | Hours | Amount |
|---|---|---|---|---|---|
| 11/12/2003 | 012 | SA CABAN | REVIEW DOCKET AND PREPARE CERTIFICATE OF NO OBJECTION TO DM 20TH MONTHLY FEE APPLICATION FOR SEPTEMBER 2003. | 0.30 | $43.50 |
| 11/13/2003 | 012 | SA CABAN | CONVERT TO PDF FORMAT AND E-FILE CERTIFICATE OF NO OBJECTION TO DM SEPTEMBER 2003 FEE APPLICATION; FORWARD TO J. PORT FOR PAYMENT PROCESSING. | 0.30 | $43.50 |
| 11/21/2003 | 012 | SA CABAN | RETRIEVE ALL ORDERS APPROVING INTERIM FEES FROM FIRST FEE APPLICATION TO CURRENT. | 0.70 | $101.50 |
| 11/21/2003 | 012 | SA CABAN | REVIEW ALL INTERIM FEE APPLICATIONS AND COMPARE WITH FEE AUDITOR CHART FOR ACCURACY; EMAIL TO S. BOSSAY REQUESTING VERIFICATION OF CUMULATIVE FEES/EXPENSES. | 0.80 | $116.00 |
| | | | Code Total | 2.10 | $304.50 |

Duane Morris
January 28, 2004
Page 14

File # K0248-00001                                        INVOICE # 986374
    W.R. GRACE & CO.

| Date | | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|---|
| 11/25/2003 | 013 | SA CABAN | REVIEW DOCKET AND PREPARE CERTIFICATE OF NO OBJECTION TO FTI 30TH MONTHLY FEE APPLICATION. | 0.20 | $29.00 |
| 11/25/2003 | 013 | SA CABAN | REVIEW DOCKET AND PREPARE CERTIFICATE OF NO OBJECTION TO SSL 30TH MONTHLY FEE APPLICATION. | 0.20 | $29.00 |
| 11/25/2003 | 013 | SA CABAN | CONVERT TO PDF FORMAT AND E-FILE CERTIFICATE OF NO OBJECTION TO STROOCK'S SEPTEMBER 2003 FEE APPLICATION; FORWARD TO J. PORT FOR PAYMENT PROCESSING. | 0.30 | $43.50 |
| 11/25/2003 | 013 | SA CABAN | CONVERT TO PDF FORMAT AND E-FILE CERTIFICATE OF NO OBJECTION TO FTI'S SEPTEMBER 2003 FEE APPLICATION; FORWARD TO J. PORT FOR PAYMENT PROCESSING. | 0.30 | $43.50 |
| | | | Code Total | 1.00 | $145.00 |

File # K0248-00001                                          INVOICE # 986374
    W.R. GRACE & CO.

| Date | | Name | Description | Hours | Amount |
|---|---|---|---|---|---|
| 11/17/2003 | 015 | MR LASTOWSKI | REVIEW AGENDA ITEMS FOR 11/17/03 HEARING | 0.70 | $311.50 |
| 11/17/2003 | 015 | MR LASTOWSKI | TELEPHONE CALL TO R. RILEY RE: 11/17/03 HEARING | 0.10 | $44.50 |
| 11/17/2003 | 015 | RW RILEY | PREPARATION AND ATTENDING OMNIBUS HEARING | 3.30 | $1,155.00 |
| | | | Code Total | 4.10 | $1,511.00 |

File # K0248-00001                                                    INVOICE # 986374
     W.R. GRACE & CO.

| | | | | |
|---|---|---|---|---|
| 11/10/2003 018 | MR LASTOWSKI | REVIEW DEBTOR'S REPLY IN SUPPORT OF MOTION TO EXPAND PRELIMINARY INJUNCTION TO INCLUDE MONTANA VERMICULITE COMPANY | 0.40 | $178.00 |
| 11/19/2003 018 | MR LASTOWSKI | REVIEW NEUTROCRETE MOTION FOR RELIEF FROM STAY | 0.40 | $178.00 |
| | | Code Total | 0.80 | $356.00 |

File # K0248-00001                                          INVOICE # 986374
  W.R. GRACE & CO.

| | | | | |
|---|---|---|---|---|
| 11/11/2003 023 | WS KATCHEN | REVIEW COMMITTEE MEMO STATUS ON ZAI LITIGATION. | 0.10 | $51.00 |
| 11/20/2003 023 | MR LASTOWSKI | REVIEW SCHEDULING NOTICE FOR ZAI SCIENCE TRIAL | 0.10 | $44.50 |
| | | Code Total | 0.20 | $95.50 |

Duane Morris
January 28, 2004
Page 18

File # K0248-00001
    W.R. GRACE & CO.

INVOICE # 986374

| Date | | Timekeeper | Description | Hours | Amount |
|------|---|------------|-------------|-------|--------|
| 11/11/2003 | 027 | MR LASTOWSKI | REVIEW FTI CONSULTING'S ANALYSIS OF W.R. GRACE THIRD QUARTER RESULTS | 0.50 | $222.50 |
| | | | Code Total | 0.50 | $222.50 |

Duane Morris
January 28, 2004
Page 19

File # K0248-00001                                    INVOICE #  986374
    W.R. GRACE & CO.

|                 |       |             |
|-----------------|-------|-------------|
| TOTAL SERVICES  | 39.90 | $13,101.50  |

File # K0248-00001                                           INVOICE # 986374
    W.R. GRACE & CO.

| DATE | DISBURSEMENTS | | AMOUNT |
|------|---------------|--------|--------|
| 11/30/2003 | TELEPHONE | | 3.83 |
| 11/30/2003 | TELEPHONE | | 1.65 |
| | | Total: | $5.48 |
| 11/30/2003 | MEETING EXPENSE | | 12.39 |
| | | Total: | $12.39 |
| 11/30/2003 | COURT COSTS | | 17.00 |
| | | Total: | $17.00 |
| 11/30/2003 | OVERTIME RELATED COSTS | | 37.29 |
| | | Total: | $37.29 |
| 11/30/2003 | FILING FEES | | 16.50 |
| | | Total: | $16.50 |
| 11/30/2003 | TELECOPY | | 74.10 |
| | | Total: | $74.10 |
| 11/30/2003 | DOCUMENT RETRIEVAL | | 27.25 |
| | | Total: | $27.25 |
| 11/30/2003 | PRINTING & DUPLICATING | | 3.45 |
| | | Total: | $3.45 |
| | | TOTAL DISBURSEMENTS | $193.46 |