IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:                                         Chapter 11

**W.R. Grace & Co., et al.**                   Case No. 01-01139 (JKF)

                        Debtors.               Jointly Administered

                                               **Objection Date: February 18, 2004 at 4:00 p.m.**
                                               **Hearing Date: To be scheduled, only if objections are**
                                               **timely filed and served**

TWENTY-THIRD MONTHLY FEE APPLICATION OF DUANE MORRIS LLP
FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD
FROM DECEMBER 1, 2003 THROUGH DECEMBER 31, 2003

Name of Applicant                              **Duane Morris LLP**

Authorized to Provide
Professional Services to:                      **Official Committee of Unsecured Creditors**

Date of Retention:                             **April 17, 2001**

Period for which compensation and              **December 1, 2003 – December 31, 2003**
reimbursement is sought

Amount of Compensation sought as               **$20,454.50**
actual, reasonable and necessary:

Amount of Expense Reimbursement sought         **$221.26**
as actual, reasonable and necessary:

This is an: ☒ interim ☐ final application

The total time expended for fee application preparation is approximately 2.0 hours and the
corresponding compensation requested is approximately $290.00.[2]

This is the twenty-third monthly fee application of Duane Morris LLP.

---

[2] This is Duane Morris' Twenty-Third Monthly Fee Application. Time expended for the preparation of this Fee
Application will be reflected in subsequent Fee Applications.

WLM\193463.1

**Attachment A**

**Monthly Interim Fee Applications**

| | | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| August 30, 2001 | 7/1/01-7/31/01 | $9,490.50 | $1209.90 | $7,592.40 | $1,209.90 |
| February 5, 2002 (combined 2nd and 3rd applications) | 8/1/01 – 9/30/01 | $12,885.00 | $7,903.44 | $10,308.00 | $7,903.44 |
| February 11, 2002 (combined 4th, 5th and 6th applications) | 10/1/01 – 12/31/01 | $17,349.50 | $3,436.30 | $13,879.60 | $3,436.30 |
| March 28, 2002 | 1/1/02-1/31/02 | $13,454.50 | $776.18 | $10,763.60 | $776.18 |
| May 16, 2002 | 2/2/02-2/28/02 | $16,428.50 | $3,859.31 | $13,142.80 | $3,859.31 |
| May 16, 2002 | 3/1/02-3/31/02 | $8,876.50 | $478.10 | $7,101.20 | $478.10 |
| August 28, 2002 | 4/1/02 – 6/30/02 | $50,323.00 | $4,181.96 | $40,258.40 | $4,181.96 |
| October 24, 2002 | 7/1/02 – 9/30/02 | $89,953.00 | $8,038.01 | $89,652.00 | $8,038.01 |
| March 28, 2003 (Combined and prepared as a quarterly application.) | 10/1/02 – 12/31/02 | $61,880.50 | $3,757.47 | (Refer to Quarterly Application Chart below for further details.) | |
| March 31, 2003 | 1/1/03 – 1/31/03 | $9,834.00 | $1,066.57 | $7,867.20 | $1,066.57 |
| March 31, 2003 | 2/1/03 – 2/28/03 | $12,454.00 | $96.87 | $9,963.20 | $96.87 |
| June 18, 2003 | 3/1/03 – 3/31/03 | $10,612.90 | $252.18 | $8,490.32 | $252.18 |

|  |  | Requested |  | Approved for Payment |  |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
| June 19, 2003 | 4/1/03 - 4/30/03 | $13,689.00 | $2,335.98 | $10,951.20 | $2,335.98 |
| July 21, 2003 | 5/1/03 - 5/31/03 | $11,483.00 | $697.27 | $9,186.40 | $697.27 |
| September 18, 2003 | 6/1/03 - 6/30/03 | $7,691.50 | $756.70 | $6,153.20 | $756.70 |
| September 18, 2003 | 7/1/03 - 7/31/03 | $14,784.00 | $87.89 | $11,827.20 | $87.89 |
| September 18, 2003 | 8/1/03 - 8/31/03 | $10,760.00 | $1.50 | $8,608.00 | $1.50 |
| October 20, 2003 | 9/1/03 – 9/30/03 | $14,496.50 | $262.21 | $11,597.20 | $262.21 |
| January 29, 2004 | 10/1/03 – 10/31/03 | $31,068.50 | $342.06 | None approved at this time; objection deadline runs 2/18/04 at 4:00 p.m. | |
| January 29, 2004 | 11/1/03 – 11/30/03 | $13,101.50 | $193.46 | None approved at this time; objection deadline runs 2/18/04 at 4:00 p.m. | |

**Quarterly Fee Applications**

| | | Requested | | Approved | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| August 30, 2001 | 4/17/01- 6/30/01 | $41,314.50 | $4,026.77 | Fees approved for a combined total of $68,886.50 | $4,026.77 |
| February 5, 2002 | 7/01/01 – 9/30/01 | $22,375.50 | $9,113.34 | | $9,113.34 |
| February 11, 2002 | 10/01/01 – 12/31/01 | $17,349.50 | $3,436.30 | | $3,436.30 |
| May 16, 2002 | 1/1/02 – 3/31/02 | $38,759.50 | $5,113.59 | $37,486.50 | $5,113.59 |
| November 7, 2002 | 4/1/02 – 6/30/02 | $50,323.00 | $4,181.96 | $49,098.00 | $4,181.96 |
| October 24, 2002 | 7/1/02 – 9/30/02 | $89,953.00 | $8,038.01 | $89,652.00 | $8,038.01 |
| March 28, 2003 | 10/1/02 – 12/31/02 | $61,880.50 | $3,757.47 | $61,880.50 | $3,757.47 |
| June 23, 2003 | 1/1/03 - 3/31/03 | $32,900.90 | $1,415.62 | $32,900.90 | $1,319.72 |
| September 18, 2003 | 4/1/03 - 6/30/03 | $32,863.50 | $3,789.95 | $32,863.50 | $3,789.95 |

# DuaneMorris

FIRM/AFFILIATE OFFICES

NEW YORK
LONDON
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
DETROIT
BOSTON
WASHINGTON, DC
ATLANTA
MIAMI
PITTSBURGH
NEWARK
ALLENTOWN
WILMINGTON
CHERRY HILL
HARRISBURG
BANGOR
PRINCETON
PALM BEACH
WESTCHESTER

January 28, 2004

THOMAS F. MAHER
MANAGING DIRECTOR
JP MORGAN CHASE & CO.
380 MADISON AVENUE
NEW YORK, NY 10017


W.R. GRACE & CO.

File# K0248-00001          Invoice# 986417                      IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 12/31/2003 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.

| | | | | | | |
|---|---|---|---|---|---|---|
| MR LASTOWSKI | PARTNER | 14.80 | hrs. at | $445.00 | /hr. = | $6,586.00 |
| RW RILEY | PARTNER | 2.40 | hrs. at | $350.00 | /hr. = | $840.00 |
| WS KATCHEN | PARTNER | 22.20 | hrs. at | $510.00 | /hr. = | $11,322.00 |
| DM SPEERS | PARALEGAL | 1.80 | hrs. at | $165.00 | /hr. = | $297.00 |
| SA CABAN | PARALEGAL | 6.10 | hrs. at | $145.00 | /hr. = | $884.50 |
| PA SIEBEL, JR. | PARALEGAL | 0.80 | hrs. at | $140.00 | /hr. = | $112.00 |
| R LAGRAVENIS | PARALEGAL | 2.80 | hrs. at | $145.00 | /hr. = | $406.00 |
| V MARCHELLO | LEGAL ASSISTAN | 0.10 | hrs. at | $70.00 | /hr. = | $7.00 |

                                                                      $20,454.50


DISBURSEMENTS
LEXIS LEGAL RESEARCH                              66.60
MEETING EXPENSE                                  98.71
OVERTIME RELATED COSTS                            8.29
PRINTING & DUPLICATING                           14.10
TELECOPY                                          9.50
WESTLAW LEGAL RESEARCH                           24.06
TOTAL DISBURSEMENTS                                            $221.26


BALANCE DUE THIS INVOICE                                     $20,675.76


PREVIOUS BALANCE                                             $26,268.73

TOTAL BALANCE DUE                                            $46,944.49

File # K0248-00001                                          INVOICE #  986417
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 12/2/2003 | 003 | MR LASTOWSKI | REVIEW NOVEMBER MONTHLY OPERATING REPORTS | 0.50 | $222.50 |
| 12/15/2003 | 003 | WS KATCHEN | REVIEW FINANCIAL REPORT. | 0.30 | $153.00 |
| 12/23/2003 | 003 | MR LASTOWSKI | REVIEW DEBTOR'S MOTION FOR AN ORDER AUTHORIZING THE RESTRUCTURING OF CERTAIN STOCK INTERESTS | 0.20 | $89.00 |
| | | | Code Total | 1.00 | $464.50 |

File # K0248-00001                                                    INVOICE # 986417
     W.R. GRACE & CO.

| | | | | |
|---|---|---|---|---|
| 12/1/2003 004 | DM SPEERS | REVIEWING 12/1/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS AND/OR FEDERAL MOGUL ITEMS TO RJDIMASSA, WMSIMKULAK, ET AL. | 0.10 | $16.50 |
| 12/1/2003 004 | SA CABAN | FORWARD ELECTRONIC NOTIFICATIONS OF FILINGS FROM BANKRUPTCY COURT TO R. SERRETTE. | 0.10 | $14.50 |
| 12/2/2003 004 | DM SPEERS | REVIEWING 12/2/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS AND/OR FEDERAL MOGUL ITEMS TO RJDIMASSA, WMSIMKULAK, ET AL. | 0.10 | $16.50 |
| 12/2/2003 004 | SA CABAN | FORWARD ELECTRONIC NOTIFICATIONS OF FILINGS FROM BANKRUPTCY COURT TO R. SERRETTE. | 0.10 | $14.50 |
| 12/3/2003 004 | DM SPEERS | REVIEWING 12/3/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS AND/OR FEDERAL MOGUL ITEMS TO RJDIMASSA, WMSIMKULAK, ET AL. | 0.10 | $16.50 |
| 12/3/2003 004 | SA CABAN | FORWARD ELECTRONIC NOTIFICATIONS OF FILINGS FROM BANKRUPTCY COURT TO R. SERRETTE. | 0.10 | $14.50 |
| 12/3/2003 004 | SA CABAN | REVIEW UTILITIES FOR CASE RE: K. PASQUALE NOTIFICATIONS. | 0.10 | $14.50 |
| 12/3/2003 004 | SA CABAN | OBTAIN, REVIEW, AND FORWARD UPDATED DOCKET TO COUNSEL. | 0.10 | $14.50 |
| 12/4/2003 004 | DM SPEERS | REVIEWING 12/4/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS AND/OR FEDERAL MOGUL ITEMS TO RJDIMASSA, WMSIMKULAK, ET AL. | 0.10 | $16.50 |
| 12/4/2003 004 | SA CABAN | FORWARD ELECTRONIC NOTIFICATIONS OF FILINGS FROM BANKRUPTCY COURT TO R. SERRETTE. | 0.10 | $14.50 |
| 12/5/2003 004 | DM SPEERS | REVIEWING 12/5/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS AND/OR FEDERAL MOGUL ITEMS TO RJDIMASSA, WMSIMKULAK, ET AL. | 0.20 | $33.00 |
| 12/5/2003 004 | PA SIEBEL, JR. | PULL CASE REQUESTED BY WILLIAM KATCHEN | 0.30 | $42.00 |
| 12/5/2003 004 | SA CABAN | EMAIL TO P. CUNIFF REQUESTING PARTICIPATION BY TELEPHONE FOR M. LASTOWSKI FOR 12/15/03 HEARING. | 0.10 | $14.50 |

File # K0248-00001                                                    INVOICE # 986417
    W.R. GRACE & CO.

| Date | | Initials | Description | Hours | Amount |
|---|---|---|---|---|---|
| 12/5/2003 | 004 | SA CABAN | FORWARD ELECTRONIC NOTIFICATIONS OF FILINGS FROM BANKRUPTCY COURT TO R. SERRETTE. | 0.10 | $14.50 |
| 12/8/2003 | 004 | SA CABAN | FORWARD ELECTRONIC NOTIFICATIONS OF FILINGS FROM BANKRUPTCY COURT TO R. SERRETTE. | 0.20 | $29.00 |
| 12/9/2003 | 004 | PA SIEBEL, JR. | PULL CASES REQUESTED BY WILLIAM KATCHEN | 0.50 | $70.00 |
| 12/9/2003 | 004 | R LAGRAVENIS | REVIEW, SORT, ORGANIZE, INDEX, AND FILE CORRESPONDENCE, PLEADINGS, AND CASE RELATED MATERIALS. | 0.90 | $130.50 |
| 12/9/2003 | 004 | SA CABAN | FORWARD ELECTRONIC NOTIFICATIONS OF FILINGS FROM BANKRUPTCY COURT TO R. SERRETTE. | 0.10 | $14.50 |
| 12/10/2003 | 004 | DM SPEERS | REVIEWING 12/9/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $16.50 |
| 12/10/2003 | 004 | DM SPEERS | REVIEWING 12/10/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS AND/OR FEDERAL MOGUL ITEMS TO RJDIMASSA, WMSIMKULAK, ET AL. | 0.10 | $16.50 |
| 12/11/2003 | 004 | DM SPEERS | REVIEWING 12/11/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $16.50 |
| 12/11/2003 | 004 | SA CABAN | FORWARD ELECTRONIC NOTIFICATIONS OF FILINGS FROM BANKRUPTCY COURT TO R. SERRETTE. | 0.10 | $14.50 |
| 12/11/2003 | 004 | SA CABAN | EMAIL TO M. SASSON, A. KRIEGER AND M. LASTOWSKI PROVIDING DIAL-IN INFORMATION FOR 12/15/03 HEARING. | 0.10 | $14.50 |
| 12/12/2003 | 004 | DM SPEERS | REVIEWING 12/12/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.20 | $33.00 |
| 12/12/2003 | 004 | SA CABAN | FORWARD ELECTRONIC NOTIFICATIONS OF FILINGS FROM BANKRUPTCY COURT TO R. SERRETTE. | 0.10 | $14.50 |
| 12/15/2003 | 004 | DM SPEERS | REVIEWING 12/15/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.20 | $33.00 |

File # K0248-00001                                            INVOICE # 986417
      W.R. GRACE & CO.

| | | | | |
|---|---|---|---|---|
| 12/15/2003 004 | SA CABAN | FORWARD ELECTRONIC NOTIFICATIONS OF FILINGS FROM BANKRUPTCY COURT TO R. SERRETTE. | 0.10 | $14.50 |
| 12/15/2003 004 | SA CABAN | TELEPHONE CALL FROM M. LASTOWSKI RE: FEE HEARING TIME/LOCATION. | 0.10 | $14.50 |
| 12/15/2003 004 | SA CABAN | OBTAIN, REVIEW, AND FORWARD UPDATED DOCKET TO COUNSEL. | 0.10 | $14.50 |
| 12/16/2003 004 | DM SPEERS | REVIEWING 12/16/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $16.50 |
| 12/16/2003 004 | SA CABAN | FORWARD ELECTRONIC NOTIFICATIONS OF FILINGS FROM BANKRUPTCY COURT TO R. SERRETTE. | 0.10 | $14.50 |
| 12/17/2003 004 | DM SPEERS | REVIEWING 12/17/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.20 | $33.00 |
| 12/17/2003 004 | SA CABAN | FORWARD ELECTRONIC NOTIFICATIONS OF FILINGS FROM BANKRUPTCY COURT TO R. SERRETTE. | 0.10 | $14.50 |
| 12/18/2003 004 | R LAGRAVENIS | REVIEW, SORT, ORGANIZE, AND INDEX CORRESPONDENCE, PLEADINGS, AND CASE RELATED MATERIALS. PREPARE INACTIVE FILES FOR OFF-SITE STORAGE, LABEL AND ARRANGED FOR ARCHIVAL OF SAME. | 1.90 | $275.50 |
| 12/18/2003 004 | SA CABAN | FORWARD ELECTRONIC NOTIFICATIONS OF FILINGS FROM BANKRUPTCY COURT TO R. SERRETTE. | 0.10 | $14.50 |
| 12/19/2003 004 | SA CABAN | FORWARD ELECTRONIC NOTIFICATIONS OF FILINGS FROM BANKRUPTCY COURT TO R. SERRETTE. | 0.10 | $14.50 |
| 12/22/2003 004 | DM SPEERS | REVIEWING 12/22/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.20 | $33.00 |
| 12/22/2003 004 | SA CABAN | OBTAIN, REVIEW AND FORWARD UPDATED DOCKETS TO COUNSEL. | 0.10 | $14.50 |
| 12/22/2003 004 | SA CABAN | FORWARD ELECTRONIC NOTIFICATIONS OF FILINGS FROM BANKRUPTCY COURT TO R. SERRETTE. | 0.10 | $14.50 |

File # K0248-00001                                                    INVOICE # 986417
   W.R. GRACE & CO.

| 12/23/2003 004 | SA CABAN | FORWARD ELECTRONIC NOTIFICATIONS OF FILINGS FROM BANKRUPTCY COURT TO R. SERRETTE. | 0.10 | $14.50 |
|---|---|---|---|---|
| 12/24/2003 004 | SA CABAN | FORWARD ELECTRONIC NOTIFICATIONS OF FILINGS FROM BANKRUPTCY COURT TO R. SERRETTE. | 0.10 | $14.50 |
| 12/29/2003 004 | SA CABAN | FORWARD ELECTRONIC NOTIFICATIONS OF FILINGS FROM BANKRUPTCY COURT TO R. SERRETTE. | 0.10 | $14.50 |
| 12/29/2003 004 | SA CABAN | OBTAIN, REVIEW AND FORWARD UPDATED DOCKET TO COUNSEL. | 0.10 | $14.50 |
| 12/30/2003 004 | SA CABAN | FORWARD ELECTRONIC NOTIFICATIONS OF FILINGS FROM BANKRUPTCY COURT TO R. SERRETTE. | 0.10 | $14.50 |
| | | Code Total | 8.20 | $1,221.00 |

Duane Morris
January 28, 2004
Page 7

File # K0248-00001                                    INVOICE # 986417
    W.R. GRACE & CO.

| | | | | |
|---|---|---|---|---|
| 12/1/2003 005 | WS KATCHEN | TELEPHONE CONFERENCE WITH KEN PASQUALE. | 0.10 | $51.00 |
| 12/1/2003 005 | WS KATCHEN | REVIEW SEALED AIR MOTION FOR DEBTOR. | 1.20 | $612.00 |
| 12/1/2003 005 | WS KATCHEN | REVIEW COMMITTEE MEMO ON SETTLEMENT - TUBAL-CAIN ADMINISTRATIVE CLAIM. | 0.10 | $51.00 |
| 12/1/2003 005 | WS KATCHEN | TELEPHONE CONFERENCE RE: UPDATE ON MANDAMUS. | 0.30 | $153.00 |
| 12/1/2003 005 | WS KATCHEN | REVIEW DEBTOR'S OBJECTION TO ROYAL INDEMNITY MOTION. | 0.20 | $102.00 |
| 12/1/2003 005 | WS KATCHEN | REVIEW COMMITTEE E-MAIL FROM STROOCK RE:  STATE STREET BANK. | 0.10 | $51.00 |
| 12/1/2003 005 | WS KATCHEN | REVIEW TRANSCRIPT OF APRIL 22, 2002 HEARING. | 0.70 | $357.00 |
| 12/1/2003 005 | WS KATCHEN | REVIEW COMMITTEE MEMO ON SEALED AIR SETTLEMENT. | 0.10 | $51.00 |
| 12/2/2003 005 | WS KATCHEN | REVIEW DENISE WILDES' E-MAIL AND NAVIGANT CONSULTING STATUS REPORT LEGISLATION. | 0.20 | $102.00 |
| 12/3/2003 005 | WS KATCHEN | REVIEW ANSWER BY DEBTOR. | 0.30 | $153.00 |
| 12/3/2003 005 | WS KATCHEN | REVIEW ANSWER BY BARRON & BUDD. | 0.20 | $102.00 |
| 12/3/2003 005 | WS KATCHEN | TELEPHONE CONFERENCE. | 0.10 | $51.00 |
| 12/3/2003 005 | WS KATCHEN | TELEPHONE CONFERENCE WITH KEN PASQUALE. | 0.20 | $102.00 |
| 12/3/2003 005 | WS KATCHEN | TELEPHONE CONFERENCE WITH MIKE LASTOWSKI. | 0.10 | $51.00 |
| 12/3/2003 005 | WS KATCHEN | RECONCILE REPLY ON MANDAMUS WITH GRACE MOTION TO HOLD IN SELECTION OF HAMLIN AS FUTURES' REPRESENTATIVE WHICH WAS WITHDRAWN. | 0.20 | $102.00 |
| 12/3/2003 005 | WS KATCHEN | REVIEW ANSWER BY ASBESTOS COMMITTEE. | 0.40 | $204.00 |
| 12/3/2003 005 | WS KATCHEN | E-MAILS. | 0.40 | $204.00 |
| 12/3/2003 005 | WS KATCHEN | ANSWER BY UNOFFICIAL COMMITTEE OF SELECT ASBESTOS CLAIMANTS. | 0.20 | $102.00 |
| 12/4/2003 005 | WS KATCHEN | REVIEW EXHIBITS SUBMITTED BY PETITIONERS FOR MANDAMUS. | 0.80 | $408.00 |
| 12/5/2003 005 | WS KATCHEN | CONSIDERATION OF ADDITIONAL RESEARCH FOR ABOVE - CASE MANAGEMENT ISSUE. | 1.60 | $816.00 |
| 12/5/2003 005 | WS KATCHEN | ADDITIONAL RESEARCH ON MANDAMUS AND TRANSFER 113 F.3D 565. | 0.60 | $306.00 |
| 12/5/2003 005 | WS KATCHEN | REVIEW E-MAIL FROM STROOCK ON MANDAMUS HEARING. | 0.10 | $51.00 |
| 12/5/2003 005 | WS KATCHEN | CONSIDERATION OF CONFIDENTIAL RESEARCH ISSUE AND STRATEGY (§1104 AND TRANSFER §157(D) (5)). | 3.20 | $1,632.00 |

Duane Morris
January 28, 2004
Page 8

File # K0248-00001                                          INVOICE # 986417
    W.R. GRACE & CO.

| | | | | |
|---|---|---|---|---|
| 12/5/2003 005 | WS KATCHEN | E-MAIL MIKE LASTOWSKI ON DECEMBER 12, 2003 HEARING. | 0.10 | $51.00 |
| 12/5/2003 005 | WS KATCHEN | E-MAIL MEMO TO K. PASQUALE AND LEWIS KRUGER RE: MANDAMUS. | 0.20 | $102.00 |
| 12/8/2003 005 | WS KATCHEN | REVIEW MOTION - DEBTOR'S REPLY RE: LIBBY CLAIMANTS. | 0.20 | $102.00 |
| 12/8/2003 005 | WS KATCHEN | REVIEW EXHIBITS TO DEBTOR'S REPLY RE: MONTANA VERMICULITE CO. | 0.20 | $102.00 |
| 12/8/2003 005 | WS KATCHEN | REVIEW EXHIBITS/ASSEMBLE COPIES FOR RECUSAL MOTION. | 0.90 | $459.00 |
| 12/9/2003 005 | WS KATCHEN | TELEPHONE CONFERENCE WITH COMMITTEE MEMBER. | 0.10 | $51.00 |
| 12/9/2003 005 | WS KATCHEN | REVIEW COMMITTEE E-MAIL AND REPLY ON DECEMBER 15, 2003 MEETING. | 0.20 | $102.00 |
| 12/12/2003 005 | WS KATCHEN | STRATEGY CONFERENCE WITH LEWIS KRUGER. | 0.70 | $357.00 |
| 12/13/2003 005 | WS KATCHEN | RECUSAL ISSUES. | 0.90 | $459.00 |
| 12/13/2003 005 | WS KATCHEN | PREPARE FOR COMMITTEE CALL ON DECEMBER 15, 2003. | 0.40 | $204.00 |
| 12/15/2003 005 | WS KATCHEN | PREPARE FOR COMMITTEE CONFERENCE CALL. | 0.80 | $408.00 |
| 12/15/2003 005 | WS KATCHEN | COMMITTEE CONFERENCE CALL. | 0.50 | $255.00 |
| 12/17/2003 005 | WS KATCHEN | RESEARCH FOR COMMITTEE PROJECT WITH LEWIS KRUGER. (1/2). | 1.50 | $765.00 |
| 12/19/2003 005 | WS KATCHEN | REVIEW COURT'S ORDER. | 0.10 | $51.00 |
| 12/19/2003 005 | WS KATCHEN | TELEPHONE CONFERENCE WITH KEN PASQUALE RE: COURT'S ORDER. | 0.10 | $51.00 |
| 12/19/2003 005 | WS KATCHEN | TELEPHONE CONFERENCE WITH LEWIS KRUGER RE: COURT'S ORDER. | 0.10 | $51.00 |
| 12/26/2003 005 | WS KATCHEN | REVIEW DISCLOSURE STATEMENT IN MID-VALLEY. | 1.00 | $510.00 |
| 12/29/2003 005 | WS KATCHEN | REVIEW DEBTOR'S MOTION FOR CONTEMPT (GERARD CASE). | 0.20 | $102.00 |
| 12/29/2003 005 | WS KATCHEN | REVIEW KIRKLAND LETTER TO COURT ON DEPOSITIONS OF COUNSEL ON RECUSAL MOTION. | 0.10 | $51.00 |
| 12/29/2003 005 | WS KATCHEN | TELEPHONE CONFERENCE WITH LEWIS KRUGER RE: STRATEGY. | 0.30 | $153.00 |
| 12/29/2003 005 | WS KATCHEN | LITIGATION STRATEGY PER LEWIS KRUGER. | 0.80 | $408.00 |
| 12/30/2003 005 | V MARCHELLO | RESEARCH ON WESTLAW THE FOLLOWING FOR BILL KATCHEN - 2003 WL 22966918. | 0.10 | $7.00 |
| 12/31/2003 005 | WS KATCHEN | REVIEW WILKIE LETTER TO COURT ON RECONSIDERATION BY GRACE (DISCOVERY ISSUES). | 0.20 | $102.00 |
| 12/31/2003 005 | WS KATCHEN | REVIEW WOLIN ORDER OF DECEMBER 31, 2003. | 0.10 | $51.00 |
| | | Code Total | 21.20 | $10,768.00 |

Duane Morris
January 28, 2004
Page 9

File # K0248-00001                                         INVOICE # 986417
    W.R. GRACE & CO.

| | | | | |
|---|---|---|---|---|
| 12/4/2003 006 | MR LASTOWSKI | TELEPHONE CALL FROM BRIAN ETTINGER (COUNSEL FOR AUSTIN QUALITY FOODS) RE: CASE STATUS | 0.20 | $89.00 |
| 12/5/2003 006 | SA CABAN | TELEPHONE CALL FROM HALE SWAIM OF HALE & DORR RE: CMGI POTENTIAL PAYMENT ON CLAIM; REFERRED TO M. LASTOWSKI. | 0.10 | $14.50 |
| 12/23/2003 006 | MR LASTOWSKI | REVIEW DEBTOR'S MOTION FOR AN ORDER STREAMLINING CLAIMS OBJECTIONS | 0.40 | $178.00 |
| 12/23/2003 006 | MR LASTOWSKI | REVIEW DEBTOR'S MOTION TO FOR AN ORDER AUTHORIZING SETTLEMENT WITH THE COMMONWEALTH OF MASSACHUSETTS REGARDING A CORPORATE EXCISE TAX REFUND CLAIM | 0.20 | $89.00 |
| | | Code Total | 0.90 | $370.50 |

File # K0248-00001                                          INVOICE # 986417
    W.R. GRACE & CO.

| | | | | |
|---|---|---|---|---|
| 12/3/2003 007 | MR LASTOWSKI | REVIEW RESPONSE OF W.R. GRACE TO EMERGENCY PETITION FOR WRIT OF MANDAMUS | 0.40 | $178.00 |
| 12/3/2003 007 | MR LASTOWSKI | REVIEW BRIEF OF WASHINGTON LEGAL FOUNDATION RE: RECUSAL MOTION | 0.40 | $178.00 |
| 12/3/2003 007 | MR LASTOWSKI | REVIEW BRIEF OF CREDIT SUISSE RE: RECUSAL MOTION, TOGETHER WITH RELATED APPENDIX | 0.80 | $356.00 |
| 12/3/2003 007 | RW RILEY | REVIEWING DEBTOR'S ASBESTOS COMMITTEE'S AND BARON & BUDD CLAIMANTS' RESPONSES TO EMERGENCY PETITION FOR WRIT OF MANDAMUS; COMMUNICATION TO ARLENE KRIEGER (STROOCK, STROOCK & LAVAN) RE: SAME. | 2.40 | $840.00 |
| 12/4/2003 007 | MR LASTOWSKI | REVIEW PLEADINGS FILED CONNECTION WITH MOTION TO RECUSE JUDGE WOLIN | 1.50 | $667.50 |
| 12/8/2003 007 | MR LASTOWSKI | TELEPHONE CALL FROM PAUL SWAIN (COUNSEL TO CREDITOR) RE: STATUS OF CASE. | 0.20 | $89.00 |
| 12/18/2003 007 | MR LASTOWSKI | REVIEW THIRD CIRCUIT DECISION RE: JUDGE WOLIN RECUSAL | 0.30 | $133.50 |
| 12/22/2003 007 | MR LASTOWSKI | REVIEW OWEN'S LETTER TO JUDGE WOLIN RE: SCHEDULING | 0.10 | $44.50 |
| 12/22/2003 007 | MR LASTOWSKI | REVIEW KENSINGTON'S LETTER TO JUDGE WOLIN RE: SCHEDULING | 0.10 | $44.50 |
| 12/31/2003 007 | MR LASTOWSKI | REVIEW DISCOVERY ISSUES IN CONNECTION WITH MOTION TO RECUSE JUDGE WOLIN | 0.40 | $178.00 |
| | | Code Total | 6.60 | $2,709.00 |

File # K0248-00001                                          INVOICE # 986417
    W.R. GRACE & CO.

| | | | | |
|---|---|---|---|---|
| 12/18/2003 010 | MR LASTOWSKI | REVIEW ORDER APPROVING DEBTOR'S RETENTION OF STATE STREET BANK | 0.10 | $44.50 |
| 12/26/2003 010 | WS KATCHEN | REVIEW OBJECTIONS TO APPOINTMENT OF FUTURES' REPRESENTATIVE IN MID-VALLEY ET AL. | 0.80 | $408.00 |
| | | Code Total | 0.90 | $452.50 |

File # K0248-00001                                              INVOICE # 986417
     W.R. GRACE & CO.

| Date | | | Description | Hours | Amount |
|------|---|---|-------------|-------|--------|
| 12/1/2003 | 012 | SA CABAN | EMAIL TO S. BOSSAY CONFIRMING FEES/EXPENSES FOR 9TH INTERIM SPREADSHEET. | 0.10 | $14.50 |
| 12/1/2003 | 012 | SA CABAN | REVIEW 9TH QUARTERLY SPREADSHEET (REVISED) FROM S. BOSSAY AND RESPOND AS TO DM FEES AND EXPENSES. | 0.20 | $29.00 |
| 12/1/2003 | 012 | SA CABAN | TELEPHONE CALL FROM S. BOSSAY RE: NINTH INTERIM FEE APPLICATION SPREADSHEET AND VERIFICATION OF NUMBERS. | 0.10 | $14.50 |
| 12/5/2003 | 012 | SA CABAN | REVIEW/RETRIEVE OMNIBUS HEARING ORDER FOR 2004 HEARING DATES AND COMPILE EXPECTED PAYMENTS FROM 12/15/03 FEE HEARING; FORWARD INFORMATION TO R. RILEY. | 0.60 | $87.00 |
| | | | Code Total | 1.00 | $145.00 |

File # K0248-00001                                    INVOICE # 986417
W.R. GRACE & CO.

| Date | | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|---|
| 12/5/2003 | 013 | SA CABAN | SAVE TO SYSTEM AND E-FILE STROOCK 10TH QUARTERLY FEE APPLICATION; FORWARD CONFIRMATION OF FILING TO A. CASKADON. | 0.20 | $29.00 |
| 12/5/2003 | 013 | SA CABAN | SAVE TO SYSTEM AND E-FILE FTI 10TH QUARTERLY FEE APPLICATION; FORWARD CONFIRMATION OF FILING TO A. CASKADON. | 0.20 | $29.00 |
| 12/18/2003 | 013 | SA CABAN | CONVERT TO PDF FORMAT AND E-FILE CERTIFICATE OF NO OBJECTION TO AUGUST 2003 FEE APPLICATION FOR SSL; FORWARD SAME TO J. PORT FOR PROCESSING PAYMENT. | 0.30 | $43.50 |
| 12/18/2003 | 013 | SA CABAN | CONVERT TO PDF FORMAT AND E-FILE CERTIFICATE OF NO OBJECTION TO AUGUST 2003 FEE APPLICATION FOR FTI; FORWARD TO J. PORT FOR PAYMENT PROCESSING. | 0.30 | $43.50 |
| 12/19/2003 | 013 | SA CABAN | REVIEW NOTICES OF APPLICATIONS FOR FTI AND STROOCK OCTOBER FEE APPLICATIONS. | 0.20 | $29.00 |
| 12/19/2003 | 013 | SA CABAN | SAVE TO SYSTEM AND E-FILE STROOCK OCTOBER 2003 MONTHLY FEE APPLICATION; FORWARD CONFIRMATION TO A. CASKADON. | 0.30 | $43.50 |
| 12/19/2003 | 013 | SA CABAN | SAVE TO SYSTEM AND E-FILE FTI OCTOBER 2003 MONTHLY FEE APPLICATION; FORWARD CONFIRMATION TO A. CASKADON. | 0.30 | $43.50 |
| 12/30/2003 | 013 | MR LASTOWSKI | REVIEW AND SIGN CNO FOR STROOCK TENTH INTERIM FEE APPLICATION | 0.10 | $44.50 |
| 12/30/2003 | 013 | MR LASTOWSKI | REVIEW AND SIGN CNO FOR FTI POLICANAO TENTH INTERIM FEE APPLICATION | 0.10 | $44.50 |
| 12/30/2003 | 013 | SA CABAN | CONVERT TO PDF FORMAT AND E-FILE CERTIFICATE OF NO OBJECTION TO SSL 10TH QUARTERLY FEE APPLICATION. | 0.20 | $29.00 |
| 12/30/2003 | 013 | SA CABAN | CONVERT TO PDF FORMAT AND E-FILE CERTIFICATE OF NO OBJECTION TO FTI 10TH QUARTERLY FEE APPLICATION. | 0.20 | $29.00 |
| | | | Code Total | 2.40 | $408.00 |

File # K0248-00001                                      INVOICE # 986417
   W.R. GRACE & CO.

| | | | | |
|---|---|---|---|---|
| 12/23/2003 014 | MR LASTOWSKI | REVIEW DEBTOR'S MOTION TO FOR AN ORDER AUTHORIZING THE AMENDMENT OF CERTAIN POST-PETITION FINANCING AGREEMENTS | 0.20 | $89.00 |
| | | Code Total | 0.20 | $89.00 |

Duane Morris
January 28, 2004
Page 15

File # K0248-00001                                    INVOICE #  986417
    W.R. GRACE & CO.

| 12/1/2003 015 | MR LASTOWSKI | REVIEW ORDER SCHEDULING OMNIBUS HEARING DATES | 0.10 | $44.50 |
|---|---|---|---|---|
| 12/9/2003 015 | MR LASTOWSKI | REVIEW 12/15/03 AGENDA AND ITEMS IDENTIFIED THEREON | 1.20 | $534.00 |
| 12/9/2003 015 | MR LASTOWSKI | E-MAIL TO AND FROM A. KRIEGER RE: 12/15/03 HEARING | 1.20 | $534.00 |
| 12/11/2003 015 | MR LASTOWSKI | E-MAIL FROM A. KRIEGER RE: 12/15/03 OMNIBUS HEARING | 0.10 | $44.50 |
| 12/15/2003 015 | MR LASTOWSKI | REVIEW HEARING AGENDA AND ITEMS NOTICED FOR 12/15/03 HEARING | 0.40 | $178.00 |
| 12/15/2003 015 | MR LASTOWSKI | E-MAIL TO A. KRIEGER RE: 12/15/03 HEARING | 0.40 | $178.00 |
| 12/15/2003 015 | MR LASTOWSKI | ATTEND 12/15/03 HEARING | 3.20 | $1,424.00 |
| | | Code Total | 6.60 | $2,937.00 |

File # K0248-00001                                              INVOICE # 986417
    W.R. GRACE & CO.

| | | | | |
|---|---|---|---|---|
| 12/1/2003 016 | MR LASTOWSKI | REVIEW MOTION FOR AN ORDER APPROVING SETTLEMENT OF FRESENIUS SETTLEMENT AGREEMENT | 0.90 | $400.50 |
| 12/3/2003 016 | MR LASTOWSKI | REVIEW DEBTOR'S MOTIONS FOR PROTECTIVE ORDER (CHAKARIAN LITIGATION) | 0.20 | $89.00 |
| 12/8/2003 016 | MR LASTOWSKI | REVIEW DEBTOR'S REPLY BRIEF RE: LIBBY CLAIMANTS OBJECTION TO MOTION TO FURTHER EXPAND PRELIMINARY INJUNCTON | 0.50 | $222.50 |
| 12/23/2003 016 | MR LASTOWSKI | REVIEW DEBTOR'S MOTION TO FIND COUNSEL FOR GERARD IN CONTEMPT | 0.40 | $178.00 |
| | | Code Total | 2.00 | $890.00 |

January 28, 2004
Page 17

File # K0248-00001                                  INVOICE #  986417
    W.R. GRACE & CO.

|                  | |          |
|------------------|--|----------|
| TOTAL SERVICES   | 51.00 | $20,454.50 |

Duane Morris
January 28, 2004
Page 18

File # K0248-00001                                            INVOICE #  986417
    W.R. GRACE & CO.

| DATE | DISBURSEMENTS | | AMOUNT |
|------|---------------|---|-------:|
| 12/31/2003 | MEETING EXPENSE | | 98.71 |
| | | Total: | $98.71 |
| | | | |
| 12/5/2003 | LEXIS LEGAL RESEARCH SIEBEL JR, PETER | | 4.00 |
| 12/5/2003 | LEXIS LEGAL RESEARCH SIEBEL JR, PETER | | 3.40 |
| 12/5/2003 | LEXIS LEGAL RESEARCH SIEBEL JR, PETER | | 2.80 |
| 12/8/2003 | LEXIS LEGAL RESEARCH SIEBEL JR, PETER | | 2.00 |
| 12/8/2003 | LEXIS LEGAL RESEARCH SIEBEL JR, PETER | | 0.70 |
| 12/8/2003 | LEXIS LEGAL RESEARCH SIEBEL JR, PETER | | 1.70 |
| 12/9/2003 | LEXIS LEGAL RESEARCH SIEBEL JR, PETER | | 7.70 |
| 12/9/2003 | LEXIS LEGAL RESEARCH SIEBEL JR, PETER | | 18.70 |
| 12/9/2003 | LEXIS LEGAL RESEARCH SIEBEL JR, PETER | | 8.00 |
| 12/10/2003 | LEXIS LEGAL RESEARCH SIEBEL JR, PETER | | 2.80 |
| 12/10/2003 | LEXIS LEGAL RESEARCH SIEBEL JR, PETER | | 6.80 |
| 12/10/2003 | LEXIS LEGAL RESEARCH SIEBEL JR, PETER | | 8.00 |
| | | Total: | $66.60 |
| | | | |
| 12/30/2003 | WESTLAW LEGAL RESEARCH SIEBEL JR,PETER A | | 24.06 |
| | | Total: | $24.06 |
| | | | |
| 12/31/2003 | OVERTIME RELATED COSTS | | 8.29 |
| | | Total: | $8.29 |
| | | | |
| 12/31/2003 | TELECOPY | | 9.50 |
| | | Total: | $9.50 |
| | | | |
| 12/31/2003 | PRINTING & DUPLICATING | | 14.10 |
| | | Total: | $14.10 |
| | | | |
| | TOTAL DISBURSEMENTS | | $221.26 |