# EXHIBIT "A"

## SUMMARY OF THE PRINCIPAL SERVICES PERFORMED BY THE APPLICANT ON BEHALF OF THE COMMITTEE BY WORK/LITIGATION TASK CODE FOR THE PERIOD FROM JULY 1, 2003 THROUGH AND INCLUDING SEPTEMBER 30, 2003

I.  **ASSET DISPOSITION (TASK CODE NO. 002)**

Review sale issues and other issues relating to asset disposition.

II. **BUSINESS OPERATIONS (TASK CODE NO. 003)**

Applicant provided advice and counsel regarding business operations issues, and reviewed monthly operating reports of the Debtor and related business analyses.

III. **CASE ADMINISTRATION (TASK CODE NO. 004)**

Applicant maintained the case calendar and the critical dates list, reviewed the agenda for various court hearings, filed with the court certain documents and pleadings and monitored the docket. Further, Applicant responded to inquiries from interested parties as to the status of various matters.

IV. **CLAIM ANALYSIS, OBJECTION, RESOLUTION & ESTIMATION (TASK CODE NO. 005)**

Applicant provided advice and counsel regarding issues involving claims.

V.  **CLAIM ANALYSIS, OBJECTION, AND RESOLUTION (NON-ASBESTOS) (TASK CODE NO. 006)**

Applicant provided advice and counsel regarding issues involving non-asbestos related claims.

VI. **COMMITTEE - ALL - CREDITORS', NOTEHOLDERS', EQUITY HOLDERS' (TASK CODE NO. 007)**

Applicant reviewed Judge Wolin's order regarding working committees.

VII. **EMPLOYMENT APPLICATIONS (OTHERS) (TASK CODE NO. 010)**

Applicant provided advice and counsel regarding the retention of State Street Bank and other professionals.

VIII. **FEE APPLICATIONS (APPLICANT) (TASK CODE NO. 012)**

Applicant prepared and coordinated the service and filing of its fees applications in the case. Applicant also responded to inquiries of the Fee Auditor and the Court regarding these fee applications.

WLM\193502.1

IX.  **FEE APPLICATIONS (OTHERS) (TASK CODE NO. 013)**

Applicant assisted in the preparation, and coordinated the service and filing of fee applications of other professionals, including Stroock & Stroock & Lavan and FTI Policano & Manzo.

X.  **HEARINGS (TASK CODE NO. 015)**

Applicant attended various hearings for the benefit of the Committee when necessary.

XI.  **LITIGATION AND LITIGATION CONSULTING (TASK CODE NO. 016)**

From its appointment, Applicant has provided critical services to the Committee with regards to litigation, and helped to coordinate the actions of several of the other professionals retained by the Committee in order to achieve a unified and organized response to all outstanding litigation.

XII.  **PLAN AND DISCLOSURE STATEMENT (TASK CODE NO. 017)**

Applicant reviewed and monitored pleadings related to requests for extension of exclusivity period.

XIII.  **RELIEF FROM STAY PROCEEDINGS (TASK CODE NO. 018)**

Applicant reviewed and monitored various motions seeking relief from automatic stay.

XIV.  **TAX ISSUES (TASK CODE NO. 019)**

Applicant reviewed pleadings regarding tax and pension issues.

XV.  **ZAI SCIENCE TRIAL (TASK CODE NO. 023)**

Applicant reviewed pleadings related to the ZAI Science matter.

XVI.  **OTHER (TASK CODE NO. 025)**

Applicant performed legal research for opinions in related asbestos bankruptcy cases.