# EXHIBIT "B"

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

### AFFIDAVIT OF MICHAEL R. LASTOWSKI

| | | |
|---|---|---|
| STATE OF DELAWARE | ) | |
| | ) SS | |
| NEW CASTLE COUNTY | ) | |

Michael R. Lastowski, being duly sworn, deposes and says:

1. I am a partner at the law firm of Duane Morris LLP, counsel for the Official Committee of Unsecured Creditors (collectively, the "Committee").

2. I have read the *Tenth Quarterly Application of Duane Morris LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period from July 1, 2003 Through And Including September 30, 2003* (the "Application"), and know the contents thereof. The same are true to the best of my knowledge, except as to matters therein alleged to be upon information and belief, and as to those matters, I believe them to be true. I am familiar with all work performed on behalf of the Committee by the attorneys and para-professionals in the firm of Duane Morris LLP.

Dated: January 29, 2004

_____
Michael R. Lastowski

SWORN TO AND SUBSCRIBED before me this 29th day of January, 2004.

_____
Notary Public

SHELLEY A. CABAN
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires March 6, 2005

WLM\193502.1

-20-