## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of January, 2004, a copy of the foregoing Royal Indemnity Company's Brief in Response to Debtor's Brief Outlining "Excusable Neglect Standard" with Regard to Mistakes of Law (D.I. 4901) and in Further Support of Royal's Motion for Leave to File a Late Proof of Claim (D.I. 4667) was caused to be served by first class mail postage pre-paid, unless otherwise indicated on the following:

SEE ATTACHED SERVICE LIST

                                           BIFFERATO, BIFFERATO & GENTILOTTI

                                           _____
                                           Ian Connor Bifferato (#3273)
                                           Joseph K. Koury (#4272)
                                           1308 Delaware Avenue
                                           P.O. Box 2165
                                           Wilmington, Delaware 19899
                                           (302) 429-1900
                                           (302) 429-8600 fax

(Facsimile)
David M. Bernick
Janet S. Baer
James W. Kapp III
Samuel L. Blatnick
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, IL 60601
Fax No.: 312-861-2200

(Hand Delivery)
Laura Davis Jones
Scotta E. McFarland
David Carickhoff, Jr.
PACHULSKI, STANG, ZIEHL, YOUNG
JONES & WEINTRAUB
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

(Facsimile)
Scott L. Baena
Jay M. Sakalo
Allyn S. Danzeisen
BILZIN SUMBERG BAENA PRICE
& AXELROD
2500 Wachovia Financial Center
200 South Biscayne Blvd
Miami, FL 33131-2336
Fax No.: 305-374-7593

(Hand Delivery)
Theodore J. Tacconelli
FERRY JOSEPH & PEARCE
824 Market St, Suite 904
P.O. Box 1351
Wilmington, DE 19899

(Hand Delivery)
Adam G. Landis
Kerri Mumford
LANDIS RATH & COBB LLP
919 Market Street, Suite 600
P.O. Box 2087
Wilmington, DE 19801

(Facsimile)
Daniel C. Cohn
David B. Madoff
COHN KHOURY MADOFF & WHITESELL LLP
101 Arch Street
Boston, MA 02110
Fax No.: 617-951-0679

Jon L. Heberling
MCGARVEY, HEBERLING, SULLIVAN &
MCGARVEY
745 South Main
Kalispell, MT 59904

(Hand Delivery)
Mark T. Hurford
Marla R. Eskin
800 North King Street
Suite 300
Wilmington, DE 19801

(Facsimile)
Elihu Inselbuch
CAPLIN & DRYSDALE, CHARTERED
399 Park Avenue
New York, NY 10022-4614
Fax No.:212-644-6755

Julie W. Davis
CAPLIN & DRYSDALE, CHARTERED
One Thomas Circle, N.W.
Washington, DC 20005