IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | * |
|  | *   Chapter 11 |
| W.R. Grace & Co. | * |
|  | *   Case No. 01-01139 JKF |
| Debtors. | * |

## WITHDRAWAL OF REQUEST FOR NOTICES AND SERVICE

As a result of the resolution of her claim, Edythe Kellogg, by and through her counsel, Patrick Scanlon, 203 NE Front Street, Suite 101, Milford, Delaware 19963, hereby gives notice of her Withdrawal of Request for Notices and Service and hereby respectfully requests that neither she nor her counsel be further served copies of notices given or required to be given in this case nor any papers and other pleadings filed, served or required to be served in this case.

LAW OFFICES OF PATRICK SCANLON, P.A.

BY: _____
PATRICK SCANLON
Bar I.D. #12
203 NE Front Street, Suite 101
Milford, DE 19963
(302) 424-1996

Dated: 1-7-04