**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In Re: | § | **Chapter 11** |
| | § | |
| **W.R. GRACE & CO., et al.,** | § | **Jointly Administered** |
| | § | **Case No. 01-01139 (JKF)** |
| Debtors. | § | |
| | § | |

## FEE AUDITOR'S FINAL REPORT REGARDING
## FEE APPLICATION OF WALLACE, KING, MARRARO & BRANSON, PLLC
## FOR THE TENTH INTERIM PERIOD

This is the final report of Warren H. Smith & Associates, P.C., acting in its capacity as fee auditor in the above-captioned bankruptcy proceedings, regarding the Tenth Interim Fee Application of Wallace, King Marraro & Branson, PLLC (the "Application").

### BACKGROUND

1.      Wallace, King, Marraro & Branson, PLLC ("Wallace King") was retained as special litigation and environmental counsel to the Debtor. In the Application, Wallace King seeks approval of fees totaling $340,931.20[1] and costs totaling $36,586.88 for its services from July 1, 2003, through September 30, 2003.

2.      In conducting this audit and reaching the conclusions and recommendations contained herein, we reviewed in detail the Application in its entirety, including each of the time entries included in the exhibits to the Application, for compliance with 11 U.S.C. § 330, Local Rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, Amended

---

[1]Although the Application requests $340,931.20 in fees for this period, this amount reflects a 40% reduction, $175,609.80, for time spent with regard to the Honeywell litigation. Notwithstanding this discount, the actual amount of fees reviewed is $516,541.00.

**FEE AUDITOR'S FINAL REPORT** - Page 1
wrg FR Wallace 10int 7-9.03.wpd

Effective February 1, 2001, and the United States Trustee Guidelines for Reviewing Applications

for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. 330, Issued January 30,

1996, (the "Guidelines"), as well as for consistency with precedent established in the United States

Bankruptcy Court for the District of Delaware, the United States District Court for the District of

Delaware, and the Third Circuit Court of Appeals.  We served on Wallace King an initial report

based on our review, and received a response from Wallace King, portions of which response are

quoted herein.

## DISCUSSION

3.       Between August 11 and 13, 2003, TRP ($290) spent a total of 12.00 hours and

$3,490.00 on copying, flagging and labeling documents.  The time entries are provided below:

| 08/11/03 | TRP | 5.30 | ..............; compare copied documents with flagged set and copied those missed copy staff (3.1). |
| 08/12/03 | TRP | 8.10 | ...........; organize and label documents (3.4);......... |
| 08/13/03 | TRP | 7.60 | Review and organize materials sent by experts, follow-up call and email re Anderson documents (.3);..........; review and organize documents received (5.2);............ |

These appear to be ministerial tasks unbefitting a $290-an-hour professional.  The U.S. Trustee

Guidelines Rule, I.E. states ". . . [i]n evaluating fees for professional services, it is relevant to

consider various factors including the following: the time spent; the rates charged;. . ."  In addition,

on the issue of adjusting rates downward for certain tasks, the Third Circuit stated its opinion in

*Ursic v. Bethlehem Mines*, 719 F.2d 670, 677 (3d Cir. 1983) when it stated that "[r]outine tasks, if

performed by senior partners in large firms, should not be billed at their usual rates.  A Michelangelo

should not charge Sistine Chapel rates for painting a farmer's barn."  *See Zolfo, Cooper & Co. v.*

*Sunbeam-Oster Co., Inc.*, 50 F.3d 253, 260 (3rd Cir. 1995); *In re Busy Beaver Bldg. Centers, Inc.*,

19 F.3d 833, 855 n.34 (3rd Cir. 1994). *Busy Beaver*, in footnote 34 on page 855, lists 15 cases in

support of the statement "[w]hen an experienced attorney does clerk's work, he or she should be paid

clerk's wages." We asked Wallace King to explain why the tasks cited above justify compensation

at $290.00 per hour. Wallace King responded as follows:

> Ms. Parker was responsible for researching, assembling the filing and assuring the
> accuracy of all data and information provided by the experts in connection with
> Grace's petition for attorney's fees filed with the District Court. In reviewing the Fee
> Auditor's Initial Report, it appears that those items identified with regard to Ms.
> Parker's time are paralegal tasks regarding the filing even though they related to her
> assignment of assuring the accuracy of the information provided. Therefore, Wallace
> King requests that those 12 hours spent by Ms. Parker be charged at the paralegal's
> rate of $135.00/hr (Ms. Banks rate) which totals $1620.00 as opposed to the
> $3490.00 originally billed.

We appreciate the response and concur with the amount of the voluntary reduction. Thus, we

recommend a reduction of $1,870.00 in fees.

## CONCLUSION

4.      Thus, we recommend approval of fees totaling $339,061.20 ($340,931.20 minus

$1,870.00) and costs totaling $36,586.88 for Wallace King's services from July 1, 2003, through

September 30, 2003.

Respectfully submitted,

**WARREN H. SMITH & ASSOCIATES, P.C.**

By:_____
          Warren H. Smith
          Texas State Bar No. 18757050

Republic Center
325 N. St. Paul, Suite 4080
Dallas, Texas 75201
214-698-3868
214-722-0081 (fax)
whsmith@whsmithlaw.com

**FEE AUDITOR**


**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing document has been served First Class United States mail to the attached service list on this 30th day of January, 2004.

_____
          Warren H. Smith

## SERVICE LIST
Notice Parties

**The Applicant**

Christopher H. Marraro, Esq.
Wallace King Marraro & Branson PLLC
1050 Thomas Jefferson St. N.W.
Washington, DC 20007

**The Debtors**

David B. Siegel, Esq.
Sr. V.P. and Gen. Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**Counsel for the Debtors**

James H.M. Sprayregen, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Laura Davis Jones, Esq.
Pachulski, Stang, Ziehl, Young & Jones, P.C.
919 North Market Street, Suite 1600
P.O. Box 8705
Wilmington, DE 19899-8705

**Counsel for the Official Committee of Unsecured Creditors**

Lewis Kruger, Esq
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski, Esq.
Duane Morris & Heckscher
1100 N. Market Street, Suite 1200
Wilmington, De 19801-1246

**Counsel to the Official Committee of Property Damage Claimants**

Scott L. Baena, Esq
Bilzin, Sumberg, Dunn, Baena, Price & Axelrod
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

Michael B. Joseph,Esq.
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

**Counsel to the Official Committee of Personal Injury Claimants**

Elihu Inselbuch, Esq.
Caplin & Drysdale
399 Park Avenue, 36th Floor
New York, NY 10022

Marla R. Eskin
Campbell & Levine, LLC
Suite 300
800 N. King Street
Wilmington, DE  19801

**Official Committee of Equity Holders**

Thomas M. Mayer, Esq.
Kramer Levin Naftalis & Frankel
919 Third Avenue
New York, NY 10022


Teresa K.D. Currier, Esq.
Klett Rooney Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801

**United States Trustee**

Office of the United States Trustee
Frank J. Perch, Esq.
844 King Street, Suite 2311
Wilmington, DE 19801