IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

Objection Deadline: **February 19, 2004 at 4:00 p.m.**
Hearing Date: **TBD only if necessary**

## FEE DETAIL FOR PROTIVITI INC.'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM NOVEMBER 1, 2003 THROUGH NOVEMBER 30, 2003

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

**EXHIBIT "A"**

**Protiviti Inc.**
**W. R. Grace & Co. Time Tracking Summary**
**Period Covered:  November 2003**

| Name | Position | Number of Years in Profession | Hourly Billing Rate | Total Hours Billed | Total Fees |
|------|----------|-------------------------------|---------------------|--------------------|-------------|
| Hendrixson, Marie | Managing Director | 18 | $ 300.00 | 1 | $ 300.00 |
| Blanchard, Victor | Associate Director | 17 | $ 275.00 | 59.5 | $ 16,362.50 |
| Petito, Matthew | Senior Consultant | 5 | $ 175.00 | 88.6 | $ 15,505.00 |
| Strickler, Kevin | Senior Consultant | 5 | $ 175.00 | 83.5 | $ 14,612.50 |
| | | | **Totals** | **232.6** | **$ 46,780.00** |

**Protiviti Inc.**
**W. R. Grace & Co. Detailed Time Report**
**Month Ended November 30, 2003**

**Name:**   Marie Hendrixson
**Level:**   Managing Director

| Date | Detailed Task / Activity | Bill Rate | Hours | Fees |
|---|---|---|---|---|
| 17-Nov-03 | Meet with Victor Blanchard via phone to review the status of current work on pilots | $ 300.00 | 1.0 | $    300.00 |
| | **Totals** | | **1.0** | **$    300.00** |

**Protiviti Inc.**
**W. R. Grace & Co. Detailed Time Report**
**Month Ended November 30, 2003**

**Name:**    Victor Blanchard
**Level:**    Associate Director

| Date | Detailed Task / Activity | Bill Rate | Hours | Fees |
|---|---|---|---|---|
| 4-Nov-03 | Update meeting with other Grace Internal Audit staff on Valleyfield to discuss status of open tasks and plan / ETA for completion | $ 275.00 | 1.5 | $ 412.50 |
| 4-Nov-03 | Continue to modify and update Valleyfield controls and testing documentation including new guidance resulting from the Mexico pilot | $ 275.00 | 2.0 | $ 550.00 |
| 5-Nov-03 | Review and prepare invoices for services to client for September and October (not monthly fee applications yet) | $ 275.00 | 2.0 | $ 550.00 |
| 6-Nov-03 | Work on fixed asset documentation and testing for Valleyfield in the Portal | $ 275.00 | 2.3 | $ 632.50 |
| 6-Nov-03 | Modify accounts payable documentation based on guidance from the Mexico pilot including testing | $ 275.00 | 2.2 | $ 605.00 |
| 7-Nov-03 | Work with Matt Petito on wrapping up the payroll sub-processes documentation and related testing requirements | $ 275.00 | 2.0 | $ 550.00 |
| 7-Nov-03 | Develop initial draft of site description for Valleyfield to be included in the Portal | $ 275.00 | 1.5 | $ 412.50 |
| 10-Nov-03 | Complete initial draft of site description for Valleyfield | $ 275.00 | 1.2 | $ 330.00 |
| 10-Nov-03 | Develop draft of process description for payroll and related sub-processes including fraud implications (required in the Documentation Standards) | $ 275.00 | 1.0 | $ 275.00 |
| 10-Nov-03 | Develop draft of process description for accounts payable and related sub-processes including fraud implications (required in Documentation Standards) | $ 275.00 | 1.3 | $ 357.50 |
| 11-Nov-03 | Develop draft of process description for fixed assets and related sub-processes including fraud implications (required in Documentation Standards) | $ 275.00 | 1.4 | $ 385.00 |
| 11-Nov-03 | Develop draft of process description for accounts receivable and cash management including fraud implications (required in Documentation Standards) | $ 275.00 | 1.3 | $ 357.50 |
| 11-Nov-03 | Review additional testing documentation prepared by Matt Petito stored in the Portal for several Valleyfield sub-processes | $ 275.00 | 1.8 | $ 495.00 |
| 12-Nov-03 | Update all Valleyfield process descriptions drafted to date based on updated template rolled out by Internal Audit | $ 275.00 | 4.0 | $ 1,100.00 |
| 13-Nov-03 | Review all of the Valleyfield processes and sub-processes as documented in the Portal providing comments back to staff and noting current status for each item directly in the Portal | $ 275.00 | 3.0 | $ 825.00 |
| 14-Nov-03 | Continue detailed review of Valleyfield Portal-based documentation including updates to several process descriptions | $ 275.00 | 2.0 | $ 550.00 |
| 14-Nov-03 | Review and update time tracking spreadsheets for Protiviti staff that incurred time and expenses this pay period | $ 275.00 | 1.0 | $ 275.00 |
| 17-Nov-03 | On-site at Valleyfield Canada plant to gather remaining controls and testing documentation needed for payroll, accounts payable, accounts receivable and fixed assets | $ 275.00 | 2.0 | $ 550.00 |
| 18-Nov-03 | On-site at Valleyfield Canada plant to gather remaining controls and testing documentation needed for payroll, accounts payable, accounts receivable and fixed assets | $ 275.00 | 7.0 | $ 1,925.00 |
| 19-Nov-03 | On-site at Valleyfield Canada plant to gather remaining controls and testing documentation needed for payroll, accounts payable, accounts receivable and fixed assets | $ 275.00 | 6.5 | $ 1,787.50 |
| 20-Nov-03 | On-site at Valleyfield Canada plant to gather remaining controls and testing documentation needed for payroll, accounts payable, accounts receivable and fixed assets | $ 275.00 | 7.5 | $ 2,062.50 |
| 21-Nov-03 | On-site at Valleyfield Canada plant to gather remaining controls and testing documentation needed for payroll, accounts payable, accounts receivable and fixed assets | $ 275.00 | 5.0 | $ 1,375.00 |
| | **Totals** | | 59.5 | $ 16,362.50 |

**Protiviti Inc.**
**W. R. Grace & Co. Detailed Time Report**
**Month Ended November 30, 2003**

**Name:**  Matthew Petito
**Level:**  Senior Consultant

| Date | Detailed Task / Activity | Bill Rate | Hours | Fees |
|------|--------------------------|-----------|-------|------|
| 3-Nov-03 | plot risks and controls on singapore flowcharts | $ 175.00 | 1.5 | $ 262.50 |
| 3-Nov-03 | develop process descriptions for portal | $ 175.00 | 1.0 | $ 175.00 |
| 3-Nov-03 | discuss project scope/approach with Ryan | $ 175.00 | 0.3 | $ 52.50 |
| 3-Nov-03 | review close the books (portal) for completeness | $ 175.00 | 4.5 | $ 787.50 |
| 4-Nov-03 | Valleyfield payroll testing | $ 175.00 | 2.0 | $ 350.00 |
| 4-Nov-03 | Valleyfield fixed assets testing | $ 175.00 | 2.0 | $ 350.00 |
| 4-Nov-03 | discussed testing scope/approach with Victor | $ 175.00 | 0.5 | $ 87.50 |
| 4-Nov-03 | determine impact of new rules/approach affects CTB | $ 175.00 | 1.0 | $ 175.00 |
| 4-Nov-03 | investigate/resolve Portal/TSA user issues | $ 175.00 | 1.5 | $ 262.50 |
| 5-Nov-03 | prepare 9/30/03 client billing (not monthly fee applications yet) | $ 175.00 | 3.0 | $ 525.00 |
| 5-Nov-03 | prepare 10/15/03 client billing (not monthly fee applications yet) | $ 175.00 | 3.0 | $ 525.00 |
| 5-Nov-03 | prepare 10/31/03 client billing (not monthly fee applications yet) | $ 175.00 | 1.0 | $ 175.00 |
| 5-Nov-03 | investigate/resolve Portal/TSA user issues | $ 175.00 | 1.0 | $ 175.00 |
| 6-Nov-03 | develop process descriptions for close the books | $ 175.00 | 1.5 | $ 262.50 |
| 6-Nov-03 | review portal for close the books for accuracy and completeness | $ 175.00 | 2.0 | $ 350.00 |
| 6-Nov-03 | investigate/resolve TSA user issues and discuss with Ryan | $ 175.00 | 0.5 | $ 87.50 |
| 6-Nov-03 | valleyfield payroll testing | $ 175.00 | 0.5 | $ 87.50 |
| 6-Nov-03 | valleyfield fixed assets testing | $ 175.00 | 0.5 | $ 87.50 |
| 7-Nov-03 | research and discuss reporting capabilities in the Portal for Ryan | $ 175.00 | 0.5 | $ 87.50 |
| 7-Nov-03 | valleyfield payroll testing | $ 175.00 | 4.5 | $ 787.50 |
| 7-Nov-03 | valleyfield fixed assets testing | $ 175.00 | 1.0 | $ 175.00 |
| 10-Nov-03 | valleyfield payroll testing | $ 175.00 | 4.0 | $ 700.00 |
| 10-Nov-03 | valleyfield fixed assets testing | $ 175.00 | 3.5 | $ 612.50 |
| 11-Nov-03 | valleyfield payroll testing | $ 175.00 | 1.0 | $ 175.00 |
| 11-Nov-03 | valleyfield accounts payable testing | $ 175.00 | 4.5 | $ 787.50 |
| 11-Nov-03 | valleyfield fixed assets testing | $ 175.00 | 1.5 | $ 262.50 |
| 11-Nov-03 | discuss testing approach/scope with Victor | $ 175.00 | 0.5 | $ 87.50 |
| 11-Nov-03 | discuss testing approach/scope with Ryan | $ 175.00 | 0.3 | $ 52.50 |
| 11-Nov-03 | discuss IT reports for accounts payable with Barbara | $ 175.00 | 0.5 | $ 87.50 |
| 12-Nov-03 | valleyfield payroll testing | $ 175.00 | 1.0 | $ 175.00 |
| 12-Nov-03 | valleyfield fixed assets testing | $ 175.00 | 1.0 | $ 175.00 |
| 12-Nov-03 | valleyfield accounts payable testing | $ 175.00 | 5.5 | $ 962.50 |
| 12-Nov-03 | discuss accounts payable controls with Ryan, Barbara, Shaun | $ 175.00 | 1.0 | $ 175.00 |
| 12-Nov-03 | provide current status of testing to Victor | $ 175.00 | 0.5 | $ 87.50 |
| 13-Nov-03 | finalize valleyfield testing and upload test documents to portal | $ 175.00 | 8.5 | $ 1,487.50 |
| 14-Nov-03 | discuss testing status with Victor regarding valleyfield | $ 175.00 | 1.0 | $ 175.00 |
| 14-Nov-03 | upload test documents to portal | $ 175.00 | 4.0 | $ 700.00 |
| 24-Nov-03 | review portal for accuracy and determine estimated to complete for valleyfield and close the books | $ 175.00 | 2.0 | $ 350.00 |
| 25-Nov-03 | review valleyfield testing to determine remaining tests | $ 175.00 | 5.0 | $ 875.00 |
| 25-Nov-03 | scan documents for valleyfield testing | $ 175.00 | 2.0 | $ 350.00 |
| 25-Nov-03 | read grace policy for sarbanes testing/review | $ 175.00 | 1.0 | $ 175.00 |
| 26-Nov-03 | review valleyfield and close the books testing to determine current status | $ 175.00 | 7.0 | $ 1,225.00 |
| | **Totals** | | 88.6 | $ 15,505.00 |

**Protiviti Inc.**
**W. R. Grace & Co. Detailed Time Report**
**Month Ended November 30, 2003**

**Name:** Kevin Strickler
**Level:** Senior Consultant

| Date | Detailed Task / Activity | Bill Rate | Hours | Fees |
|---|---|---|---|---|
| 3-Nov-03 | Client-related emails and phone calls | $ 175.00 | 1.0 | $ 175.00 |
| 3-Nov-03 | Follow up on client assistance list sent to Mexico | $ 175.00 | 1.5 | $ 262.50 |
| 3-Nov-03 | Inventory process testing and documentation for Mexico | $ 175.00 | 2.5 | $ 437.50 |
| 3-Nov-03 | Credit & collections process testing and documentation for Mexico | $ 175.00 | 3.0 | $ 525.00 |
| 4-Nov-03 | Payroll process walkthrough for Mexico | $ 175.00 | 4.0 | $ 700.00 |
| 4-Nov-03 | Mexico on-site testing and documentation (various processes) | $ 175.00 | 5.0 | $ 875.00 |
| 5-Nov-03 | Payroll process walkthrough for Mexico | $ 175.00 | 1.0 | $ 175.00 |
| 5-Nov-03 | Mexico on-site testing and documentation (various processes) | $ 175.00 | 8.0 | $ 1,400.00 |
| 6-Nov-03 | Mexico on-site testing and documentation (various processes) | $ 175.00 | 8.0 | $ 1,400.00 |
| 6-Nov-03 | Payroll process walkthrough for Mexico | $ 175.00 | 1.0 | $ 175.00 |
| 7-Nov-03 | Mexico on-site testing and documentation (various processes) | $ 175.00 | 4.0 | $ 700.00 |
| 7-Nov-03 | Client-related emails and phone calls | $ 175.00 | 1.0 | $ 175.00 |
| 11-Nov-03 | Client-related emails and phone calls | $ 175.00 | 1.0 | $ 175.00 |
| 11-Nov-03 | Documentation of on-site Mexico testwork (various processes) | $ 175.00 | 2.0 | $ 350.00 |
| 11-Nov-03 | Create printed copies of Mexico documentation in the SarbOx Portal | $ 175.00 | 2.0 | $ 350.00 |
| 11-Nov-03 | Develop management recommendations based on Mexico testing | $ 175.00 | 4.0 | $ 700.00 |
| 12-Nov-03 | Documentation of on-site Mexico testwork (various processes) | $ 175.00 | 1.0 | $ 175.00 |
| 12-Nov-03 | Create printed copies of Mexico documentation in the SarbOx Portal | $ 175.00 | 4.0 | $ 700.00 |
| 12-Nov-03 | Remake Mexico test plans into new template | $ 175.00 | 3.0 | $ 525.00 |
| 13-Nov-03 | Review and update Mexico documentation for new methodology | $ 175.00 | 1.0 | $ 175.00 |
| 13-Nov-03 | Create Mexico payroll and credit and collections process descriptions | $ 175.00 | 4.0 | $ 700.00 |
| 13-Nov-03 | Make corrections in Mexico on-site documentation based on review notes | $ 175.00 | 2.0 | $ 350.00 |
| 14-Nov-03 | Create Mexico payroll process and credit and collections process descriptions | $ 175.00 | 3.5 | $ 612.50 |
| 14-Nov-03 | Make corrections in Mexico on-site documentation based on review notes | $ 175.00 | 1.5 | $ 262.50 |
| 14-Nov-03 | Client-related emails and phone calls | $ 175.00 | 1.0 | $ 175.00 |
| 17-Nov-03 | Client-related emails and phone calls | $ 175.00 | 1.0 | $ 175.00 |
| 17-Nov-03 | Scanning documentation of exceptions and walk-throughs in the Portal (Mexico) | $ 175.00 | 3.0 | $ 525.00 |
| 18-Nov-03 | Scanning documentation of exceptions and walk-throughs in the Portal (Mexico) | $ 175.00 | 4.0 | $ 700.00 |
| 18-Nov-03 | Conference Call with Internal Audit department (on site in Mexico) | $ 175.00 | 2.0 | $ 350.00 |
| 19-Nov-03 | Reviewing documentation of flows and process descriptions in Portal (Mexico) | $ 175.00 | 1.5 | $ 262.50 |
| 19-Nov-03 | Updates documentation of attachments in the Portal (Mexico) | $ 175.00 | 0.5 | $ 87.50 |
| 20-Nov-03 | Documentation changes/ finalization in the Portal (Mexico) | $ 175.00 | 0.5 | $ 87.50 |
| 21-Nov-03 | Documentation changes/ finalization in the Portal (Mexico) | $ 175.00 | 1.0 | $ 175.00 |
| | **Totals** | | 83.5 | $14,612.50 |