# EXHIBIT B

**EXHIBIT "B"**

**Protiviti Inc.
W. R. Grace & Co. Expense Summary
Period Covered: November 2003**

| Expense Category | Service Provider | Total Expenses |
|---|---|---:|
| Transportation | N/A | $ 805.13 |
| Lodging | N/A | $ 1,002.82 |
| Sundry | N/A | $ 299.68 |
| Business Meals | N/A | $ 266.61 |
| **Total** | | **$ 2,374.24** |

Protiviti Inc.
W. R. Grace & Co. Expense Tracking
Period Covered: November 2003

**Name:** Victor Blanchard
**Level:** Associate Director

### Expense Detail

| | | | Expense Category | | | | |
|---|---|---|---|---|---|---|---|
| Date | Description of Expense | Amount | Transportation | Lodging | Sundry | Business Meals/ Entertainment | Totals |
| 7-Nov-03 | Airfare from Baltimore to Montreal to complete Valleyfield controls testing | $ 680.93 | $ 680.93 | | | | $ 680.93 |
| 15-Nov-03 | Vaccinations required for planned travel to Malaysia (tetanus booster, MMR booster, hepatitis A&B) | $ 164.00 | | | $ 164.00 | | $ 164.00 |
| 15-Nov-03 | Vaccinations required for planned travel to Malaysia (typhoid, encephallitus, hepatitis A&B #2) | $ 97.00 | | | $ 97.00 | | $ 97.00 |
| 16-Nov-03 | Dinner at Philadelphia airport during trip to Valleyfield | $ 19.00 | | | | $ 19.00 | $ 19.00 |
| 17-Nov-03 | Hotel Plaza Valleyfield - lodging | $ 347.82 | | $ 347.82 | | | $ 347.82 |
| 17-Nov-03 | Hotel Plaza Valleyfield - breakfast | $ 7.86 | | | | $ 7.86 | $ 7.86 |
| 17-Nov-03 | Hotel Plaza Valleyfield - dinner | $ 19.64 | | | | $ 19.64 | $ 19.64 |
| 17-Nov-03 | Hotel Plaza Valleyfield - phone to check email | $ 0.68 | | | $ 0.68 | | $ 0.68 |
| 17-Nov-03 | Taxi from Hotel Plaza Valleyfield to Grace Valleyfield plant | $ 4.71 | $ 4.71 | | | | $ 4.71 |
| 17-Nov-03 | Taxi from Montreal airport to Hotel Plaza Valleyfield | $ 70.49 | $ 70.49 | | | | $ 70.49 |
| 21-Nov-03 | Parking charge at BWI long term lot during trip to Valleyfield | $ 38.00 | | | $ 38.00 | | $ 38.00 |
| 21-Nov-03 | Dinner at Montreal Scene, restaurant in Montreal airport on trip home | $ 29.11 | | | | $ 29.11 | $ 29.11 |
| | Totals | $ 1,479.24 | $ 756.13 | $ 347.82 | $ 299.68 | $ 75.61 | $ 1,479.24 |

**Name:** Kevin Strickler
**Level:** Senior Consultant

| | | | Expense Category | | | | |
|---|---|---|---|---|---|---|---|
| Date | Description of Expense | Amount | Transportation | Lodging | Sundry | Business Meals/ Entertainment | Totals |
| 2-Nov-03 | Taxi | $ 25.00 | $ 25.00 | | | | $ 25.00 |
| 2-Nov-03 | Lunch for me and Loren | $ 34.00 | | | | $ 34.00 | $ 34.00 |
| 21-Sep-03 | Holiday Inn 5 nights (1/2 of charge) | $ 214.00 | | $ 214.00 | | | $ 214.00 |
| 2-Nov-03 | Dinner for me and Loren | $ 14.00 | | | | $ 14.00 | $ 14.00 |
| 4-Nov-03 | Dinner for me, Shaun, and Loren | $ 117.00 | | | | $ 117.00 | $ 117.00 |
| 7-Nov-03 | Holiday Inn 5 nights | $ 441.00 | | $ 441.00 | | | $ 441.00 |
| 7-Nov-03 | Dinner for me and Loren | $ 26.00 | | | | $ 26.00 | $ 26.00 |
| 8-Nov-03 | Taxi | $ 24.00 | $ 24.00 | | | | $ 24.00 |
| | Totals | $ 895.00 | $ 49.00 | $ 655.00 | $ - | $ 191.00 | $ 895.00 |

| | | | Expense Category | | | | |
|---|---|---|---|---|---|---|---|
| | | Amount | Transportation | Lodging | Sundry | Business Meals/ Entertainment | Totals |
| Grand Totals | | $ 2,374.24 | $ 805.13 | $ 1,002.82 | $ 299.68 | $ 266.61 | $ 2,374.24 |