IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

Objection Deadline: February 19, 2004 at 4:00 p.m.
Hearing Date: TBD only if necessary

## FEE DETAIL FOR PROTIVITI INC.'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM DECEMBER 1, 2003 THROUGH DECEMBER 31, 2003

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

**EXHIBIT "A"**

**Protiviti Inc.**
**W. R. Grace & Co. Time Tracking Summary**
**Period Covered:  December 2003**

| Name | Position | Number of Years in Profession | Hourly Billing Rate | Total Hours Billed | Total Fees |
|---|---|---|---|---|---|
| Hendrixson, Marie | Managing Director | 18 | $ 300.00 | 8 | $ 2,400.00 |
| Blanchard, Victor | Associate Director | 17 | $ 275.00 | 57.5 | $ 15,812.50 |
| Varson, Beth Anna | Manager | 8 | $ 225.00 | 2 | $ 450.00 |
| Petito, Matthew | Senior Consultant | 5 | $ 175.00 | 100.4 | $ 17,570.00 |
| | | | **Totals** | **167.9** | **$ 36,232.50** |

**Protiviti Inc.**
**W. R. Grace & Co. Detailed Time Report**
**Month Ended December 31, 2003**

**Name:**   Marie Hendrixson
**Level:**   Managing Director

| Date | Detailed Task / Activity | Bill Rate | Hours | Fees |
|------|--------------------------|-----------|-------|------|
| 3-Dec-03 | Meeting to prepare for the PWC meeting | $ 300.00 | 2.0 | $    600.00 |
| 3-Dec-03 | Meeting with PWC to review project scope and results of the pilot projects | $ 300.00 | 2.0 | $    600.00 |
| 3-Dec-03 | Meeting to debrief on the PWC meeting | $ 300.00 | 2.0 | $    600.00 |
| 17-Dec-03 | Preparation of IT presentation for Dana Guzzo's leadership meeting | $ 300.00 | 2.0 | $    600.00 |
| | **Totals** | | **8.0** | **$ 2,400.00** |

**Protiviti Inc.**
**W. R. Grace & Co. Detailed Time Report**
**Month Ended December 31, 2003**

**Name:**    Victor Blanchard
**Level:**    Associate Director

| Date | Detailed Task / Activity | Bill Rate | Hours | Fees |
|------|--------------------------|-----------|-------|------|
| 1-Dec-03 | Work on completion of Valleyfield workpapers in the Portal; begin to draft the report to Valleyfield management | $ 275.00 | 7.5 | $ 2,062.50 |
| 2-Dec-03 | Continue to document controls and risks at Valleyfield plant; incorporate into draft report to management | $ 275.00 | 3.0 | $ 825.00 |
| 3-Dec-03 | Meeting with Dana Guzzo, IA Director, in preparation for meeting with external auditors this afternoon | $ 275.00 | 0.5 | $ 137.50 |
| 3-Dec-03 | Meeting with Marie Hendrixson for detailed planning prior to the meeting with the external auditors re: the Portal and results of the pilots | $ 275.00 | 2.0 | $ 550.00 |
| 3-Dec-03 | Meet with PwC to review results of Valleyfield and Mexico pilots and educate their team on the structure and content of the documentation | $ 275.00 | 2.5 | $ 687.50 |
| 3-Dec-03 | Follow-up meeting with Dana Guzzo and Marie Hendrixson to discuss the results of the meeting with PwC, and the implications on the pilots and remaining plants to be assessed | $ 275.00 | 2.0 | $ 550.00 |
| 4-Dec-03 | Work on Valleyfield documentation and testing incorporating initial commentary from the external auditors | $ 275.00 | 2.0 | $ 550.00 |
| 4-Dec-03 | Meeting with external auditors to discuss whether documentation on the pilots is sufficient, and what level of testing they will expect / require | $ 275.00 | 3.5 | $ 962.50 |
| 4-Dec-03 | Continue with development of the Valleyfield report to management including control issues and recommendations for improvement | $ 275.00 | 2.5 | $ 687.50 |
| 8-Dec-03 | Continue work on the Valleyfield report to management including control issues and recommendations for improvement and completion of Portal documentation | $ 275.00 | 5.5 | $ 1,512.50 |
| 9-Dec-03 | Continue work on the Valleyfield report to management including control issues and recommendations for improvement and completion of Portal documentation | $ 275.00 | 7.5 | $ 2,062.50 |
| 10-Dec-03 | Work on several Portal updates for Valleyfield | $ 275.00 | 1.0 | $ 275.00 |
| 11-Dec-03 | Organize non-electronic documentation for Valleyfield in workpaper binders | $ 275.00 | 3.0 | $ 825.00 |
| 12-Dec-03 | Meet with Lynn Bruneau (Protiviti) to discuss alternatives for effectively addressing the information technology risks and controls at Grace | $ 275.00 | 1.0 | $ 275.00 |
| 12-Dec-03 | Meet with Dana Guzzo and Barbara Summerson to discuss Grace's approach to addressing technology risks | $ 275.00 | 4.0 | $ 1,100.00 |
| 15-Dec-03 | Meet with Dana Guzzo and Ryan Heaps to walk through the Valleyfield report to management prior to presentation to the Valleyfield management team | $ 275.00 | 2.5 | $ 687.50 |
| 15-Dec-03 | Develop a presentation to outline and explain information technology risks and controls relative to Sarbanes-Oxley for the Grace Leadership Team meeting | $ 275.00 | 2.5 | $ 687.50 |
| 16-Dec-03 | Make corrections and adjustments to Valleyfield report as directed by the Internal Audit Director | $ 275.00 | 3.0 | $ 825.00 |
| 17-Dec-03 | Complete presentation to outline and explain information technology risks and controls relative to Sarbanes-Oxley for the Grace Leadership Team meeting | $ 275.00 | 2.0 | $ 550.00 |
| | **Totals** | | **57.5** | **$ 15,812.50** |

**Protiviti Inc.**
**W. R. Grace & Co. Detailed Time Report**
**Month Ended December 31, 2003**

**Name:**  Beth Anna Varson
**Level:**  Manager

| Date | Detailed Task / Activity | Bill Rate | Hours | Fees |
|------|--------------------------|-----------|-------|------|
| 10-Dec-03 | Discussed portal and TSA upgrades with Barb Summerson addressing varied technical questions | $ 225.00 | 1.0 | $   225.00 |
| 11-Dec-03 | Discussed portal and TSA upgrades with Barb Summerson addressing varied technical questions | $ 225.00 | 1.0 | $   225.00 |
| | **Totals** | | **2.0** | **$   450.00** |

Protiviti Inc.
W. R. Grace & Co. Detailed Time Report
Month Ended December 31, 2003

Name:   Matthew Petito
Level:   Senior Consultant

| Date | Detailed Task / Activity | Bill Rate | Hours | Fees |
|---|---|---|---|---|
| 1-Dec-03 | Meet with Victor on current status of project | $ 175.00 | 1.0 | $     175.00 |
| 1-Dec-03 | Meet with Barbara regarding security patch for portal | $ 175.00 | 0.3 | $       52.50 |
| 1-Dec-03 | Talk to John Lalmond regarding portal security patch | $ 175.00 | 0.2 | $       35.00 |
| 1-Dec-03 | Meet with Barbara regarding Valleyfield test reports | $ 175.00 | 0.5 | $       87.50 |
| 1-Dec-03 | Review testing completed in Valleyfield for completeness and accuracy | $ 175.00 | 4.0 | $     700.00 |
| 2-Dec-03 | Review close the books/valleyfield testing in portal and rescan any documents to complete portal documentation | $ 175.00 | 7.0 | $  1,225.00 |
| 3-Dec-03 | Scanning for Valleyfield testing | $ 175.00 | 3.0 | $     525.00 |
| 3-Dec-03 | Review Valleyfield risk control matrices for completeness | $ 175.00 | 1.5 | $     262.50 |
| 3-Dec-03 | Meeting with PWC to discuss portal/testing strategies | $ 175.00 | 2.5 | $     437.50 |
| 3-Dec-03 | Meet with internal audit/protiviti to discuss PWC meeting | $ 175.00 | 1.0 | $     175.00 |
| 4-Dec-03 | Review minutes from PWC meeting | $ 175.00 | 0.5 | $       87.50 |
| 4-Dec-03 | Modify risks and controls in portal for Valleyfield testing | $ 175.00 | 1.0 | $     175.00 |
| 4-Dec-03 | Discuss testing/documentation strategies with Ryan based on PWC meeting | $ 175.00 | 0.5 | $       87.50 |
| 4-Dec-03 | Meeting with PWC to discuss portal/testing strategies | $ 175.00 | 2.5 | $     437.50 |
| 4-Dec-03 | Develop summary of findings for Valleyfield based on portal reports | $ 175.00 | 4.0 | $     700.00 |
| 5-Dec-03 | Review flowcharts in portal for Valleyfield to determine areas for improvement/findings | $ 175.00 | 2.0 | $     350.00 |
| 5-Dec-03 | Develop summary of findings for Valleyfield based on portal to assist Victor in development of remediation plan | $ 175.00 | 3.0 | $     525.00 |
| 8-Dec-03 | Modify valleyfield payroll, credit and collections and accounts payable controls in portal based on security patch run | $ 175.00 | 2.0 | $     350.00 |
| 8-Dec-03 | Meet with Dana and Ryan on project status and work to be completed | $ 175.00 | 0.5 | $       87.50 |
| 8-Dec-03 | Make changes to singapore flowcharts and ensure consistency | $ 175.00 | 5.0 | $     875.00 |
| 8-Dec-03 | Meet with Ryan on singapore flowcharts | $ 175.00 | 0.2 | $       35.00 |
| 8-Dec-03 | Plot risks and controls on Singapore flowcharts | $ 175.00 | 0.5 | $       87.50 |
| 9-Dec-03 | Make changes to Singapore flowcharts and ensure consistency | $ 175.00 | 4.0 | $     700.00 |
| 9-Dec-03 | Plot risks and controls on Singapore flowcharts | $ 175.00 | 4.5 | $     787.50 |
| 10-Dec-03 | Plot risks and controls on Singapore flowcharts | $ 175.00 | 1.2 | $     210.00 |
| 10-Dec-03 | Assess design effectiveness for Singapore processes | $ 175.00 | 4.0 | $     700.00 |
| 10-Dec-03 | Review Mexico flowcharts to ensure consistency with Singapore flowcharts | $ 175.00 | 1.0 | $     175.00 |
| 10-Dec-03 | Review/test controls for Valleyfield expense report processing | $ 175.00 | 2.0 | $     350.00 |
| 11-Dec-03 | Assist Victor in preparing the 11/15 and 11/30 invoices (not monthly fee application) | $ 175.00 | 1.0 | $     175.00 |
| 11-Dec-03 | Meet with ryan on Singapore flowcharts | $ 175.00 | 1.0 | $     175.00 |
| 11-Dec-03 | Finalize corrections to Singapore flowcharts in preparation for client review in Singapore | $ 175.00 | 6.0 | $  1,050.00 |
| 11-Dec-03 | Review/test controls for Valleyfield expense report processing | $ 175.00 | 0.5 | $       87.50 |
| 12-Dec-03 | Finalize corrections and review of Singapore flowcharts in preparation of submitting to process owner for review. | $ 175.00 | 6.0 | $  1,050.00 |
| 12-Dec-03 | Discuss Valleyfield expense report processing testwork with Lisa Sauriol | $ 175.00 | 0.5 | $       87.50 |
| 12-Dec-03 | Review/test controls for Valleyfield expense report processing | $ 175.00 | 1.0 | $     175.00 |
| 12-Dec-03 | Meet with PWC/internal Audit on results of Mexico pilot review | $ 175.00 | 2.0 | $     350.00 |
| 15-Dec-03 | Finalize corrections and review of Singapore flowcharts in preparation of submitting to process owner for review. | $ 175.00 | 4.5 | $     787.50 |
| 15-Dec-03 | Generate listing of questions on open issues for Singapore flowcharts, to be submitted to process owner | $ 175.00 | 2.0 | $     350.00 |
| 15-Dec-03 | Finalize review/testing of Valleyfield expense report process | $ 175.00 | 2.0 | $     350.00 |
| 16-Dec-03 | Finalize corrections and review of Singapore flowcharts in preparation of submitting to process owner for review | $ 175.00 | 5.5 | $     962.50 |
| 16-Dec-03 | Meet with Mahmoud on changes to Singapore flowcharts | $ 175.00 | 1.0 | $     175.00 |
| 16-Dec-03 | Review listing of questions for Singapore flowcharts with Ryan | $ 175.00 | 0.5 | $       87.50 |
| 16-Dec-03 | Finalize review/testing of Valleyfield expense report process | $ 175.00 | 2.0 | $     350.00 |
| 17-Dec-03 | Discuss changes to Singapore flows with Mahmoud Beh and Loren VanLoan based on their reviews | $ 175.00 | 1.0 | $     175.00 |
| 17-Dec-03 | Discuss changes to Singapore flows with Ryan Heaps based on his review | $ 175.00 | 0.5 | $       87.50 |
| 18-Dec-03 | Make changes to Singapore flowcharts based on Ryan's review | $ 175.00 | 4.0 | $     700.00 |
| | Totals | | 100.4 | $ 17,570.00 |