# EXHIBIT B

**EXHIBIT "B"**

**Protiviti Inc.**
**W. R. Grace & Co. Preparation of Monthly Fee Applications**
**Period Covered: Through December 31, 2003**

**Name:**  Victor Blanchard
**Level:**  Associate Director

| Date | Detailed Task / Activity | Bill Rate | Hours | Fees |
|---|---|---|---|---|
| 16-Dec-03 | Obtain and review instructions for preparing and submitting monthly fee applications | $ 275.00 | 2.5 | $   687.50 |
| 17-Dec-03 | Confer with Protiviti external legal counsel regarding procedures for preparing and submitting monthly fee applications | $ 275.00 | 0.5 | $   137.50 |
| 17-Dec-03 | Develop documentation and supporting appendices for the July 2003 monthly fee application | $ 275.00 | 1.5 | $   412.50 |
| 18-Dec-03 | Continue development of documentation and supporting appendices for the July 2003 monthly fee application | $ 275.00 | 1.0 | $   275.00 |
| 18-Dec-03 | Develop documentation and supporting appendices for the August 2003 monthly fee application | $ 275.00 | 1.5 | $   412.50 |
| 19-Dec-03 | Develop documentation and supporting appendices for the September 2003 monthly fee application | $ 275.00 | 1.5 | $   412.50 |
| 19-Dec-03 | Develop documentation and supporting appendices for the October 2003 monthly fee application | $ 275.00 | 1.5 | $   412.50 |
| 19-Dec-03 | Begin the documentation and supporting appendices for the November 2003 monthly fee application | $ 275.00 | 2.0 | $   550.00 |
| | **Totals** | | **12.0** | **$ 3,300.00** |

**Name:**  Matthew Petito
**Level:**  Senior Consultant

| Date | Detailed Task / Activity | Bill Rate | Hours | Fees |
|---|---|---|---|---|
| 18-Dec-03 | Prepare monthly invoice for September 2003 in accordance with bankruptcy policy | $ 175.00 | 4.0 | $   700.00 |
| 17-Dec-03 | Prepare monthly invoice for August 2003 in accordance with bankruptcy policy | $ 175.00 | 2.0 | $   350.00 |
| 17-Dec-03 | Prepare monthly invoice for July 2003 in accordance with bankruptcy policy | $ 175.00 | 5.0 | $   875.00 |
| 17-Dec-03 | Discuss bankruptcy court requirements for invoicing with Victor | $ 175.00 | 0.5 | $     87.50 |
| | **Totals** | | **11.5** | **$ 2,012.50** |

**Grand Total**                                  **23.5**      **$ 5,312.50**