# EXHIBIT C

**EXHIBIT "C"**

**Protiviti Inc.**
**W. R. Grace & Co. Expense Summary**
**Period Covered:  December 2003**

| Expense Category | Service Provider | Total Expenses | |
|---|---|---|---|
| Transportation | N/A | $ | 46.00 |
| Lodging | N/A | $ | - |
| Sundry | N/A | $ | 956.99 |
| Business Meals | N/A | $ | 20.00 |
| Total | | $ | 1,022.99 |

Protiviti Inc.
W. R. Grace & Co. Expense Tracking
Period Covered: December 2003

| Expense Detail | | | | | Expense Category | | |

**Name:** Victor Blanchard
**Level:** Associate Director

| Date | Description of Expense | Amount | Transportation | Lodging | Sundry | Business Meals/ Entertainment | Totals |
|------|------------------------|--------|----------------|---------|--------|-------------------------------|--------|
| 10-Dec-03 | Lunch at Greek Taverna with Matthew Petito to plan staffing and approach for first quarter plant visits | $ 20.00 | | | | $ 20.00 | $ 20.00 |
| 17-Dec-03 | Purchase Adobe Acrobat Writer software to meet requirement to submit monthly fee applications as a PDF file | $ 314.99 | | | $ 314.99 | | $ 314.99 |
| | Totals | $ 334.99 | $ - | $ - | $ 314.99 | $ 20.00 | $ 334.99 |

**Name:** Marie Hendrixson
**Level:** Managing Director

| Date | Description of Expense | Amount | Transportation | Lodging | Sundry | Business Meals/ Entertainment | Totals |
|------|------------------------|--------|----------------|---------|--------|-------------------------------|--------|
| 3-Dec-03 | Mileage traveling to client site in excess of normal daily commute (100 miles) | $ 36.00 | $ 36.00 | | | | $ 36.00 |
| 3-Dec-03 | Tolls | $ 10.00 | $ 10.00 | | | | $ 10.00 |
| | Totals | $ 46.00 | $ 46.00 | $ - | $ - | $ - | $ 46.00 |

**Name:** Kenneth Green
**Level:** Manager

| Date | Description of Expense | Amount | Transportation | Lodging | Sundry | Business Meals/ Entertainment | Totals |
|------|------------------------|--------|----------------|---------|--------|-------------------------------|--------|
| 18-Dec-03 | Office visit and shots at Passport Health for process reviews at W. R. Grace involving international travel. | $ 532.00 | | | $ 532.00 | | $ 532.00 |
| 26-Dec-03 | Second visit to Passport Health for follow-up shot. | $ 110.00 | | | $ 110.00 | | $ 110.00 |
| | Totals | $ 642.00 | $ - | $ - | $ 642.00 | $ - | $ 642.00 |

| | | Amount | Transportation | Lodging | Sundry | Business Meals/ Entertainment | Totals |
|------|------------------------|--------|----------------|---------|--------|-------------------------------|--------|
| | Grand Totals | $ 1,022.99 | $ 46.00 | $ - | $ 956.99 | $ 20.00 | $ 1,022.99 |