UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---

IN RE: OWENS CORNING,          :     Chapter 11
et al.,                        :     Case Nos. 00-3837 through
                               :               00-3854
          Debtors.            :
---

IN RE: W.R. GRACE & CO.,  :     Chapter 11
et al.,                        :     Case Nos. 01-1139 through
                               :               0-1200
          Debtors.            :
---

IN RE: USG CORPORATION,        :     Chapter 11
a Delaware Corporation,        :     Case Nos. 01-2094 through
et al.,                        :               01-2104
                               :
          Debtors.            :
---

In accordance with the Court's Opinion filed herewith,

It is on this 2d day of February, 2004

ORDERED that the several Motions for an Order recusing the

District Court from further participation in the above-captioned

chapter 11 cases are denied.

ALFRED M. WOLIN, U.S.D.J.