# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline**: February 23, 2004, at 4:00 p.m. |
| | | **Hearing** Date:    TBD only if necessary |

## FEE DETAIL FOR KIRKLAND & ELLIS LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM DECEMBER 1, 2003 THROUGH DECEMBER 31, 2003

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

## Matter 17 – Relief from Stay – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/2/2003 | James W Kapp | 0.60 | Develop response to Neutrocete motion for relief from stay (.4); develop strategy re continuation of Rodriguez stay motion (.2). |
| 12/3/2003 | Christian J Lane | 1.70 | Telephone conferences re Oldcastle motion for relief from stay (1.0); analyze issues re same (.7). |
| 12/4/2003 | Christian J Lane | 2.00 | Telephone conferences re motions for relief from stay (.5); analyze issues re Oldcastle and Wesconn (1.5). |
| 12/8/2003 | Christian J Lane | 2.00 | Telephone conferences re Oldcastle, Wesconn and Neutocrete motions for relief from stay (.4); analyze issues re same (1.6). |
| 12/9/2003 | Christian J Lane | 2.50 | Telephone conferences with client and opposing counsel re Oldcastle, Wesconn and Neutocrete motions for relief from stay (.6); analyze issues re same (1.9). |
| 12/15/2003 | Christian J Lane | 0.80 | Telephone conferences re Oldcastle and Neutocrete motions for relief from stay (.3); analyze issues re same (.5). |
| 12/19/2003 | James W Kapp | 0.10 | Attend to status of objection to Neutrocrete motion for relief from stay. |
| 12/19/2003 | Christian J Lane | 0.80 | Telephone conferences re Oldcastle and Neutocrete motions for relief from stay (.4); analyze issues re same (.4). |
| 12/22/2003 | Christian J Lane | 1.50 | Telephone conferences re Oldcastle and Neutocrete motions for relief from stay (.6); office conferences re same (.9). |
| 12/23/2003 | Christian J Lane | 0.80 | Telephone conferences with client and counsel re Oldcastle and Neutocrete motions for relief from stay. |
| 12/29/2003 | Christian J Lane | 1.70 | Telephone conferences with counsel re Neutocrete motion for relief from stay (1.0); review and analyze materials re Neutocrete matter (.7). |
| 12/30/2003 | James W Kapp | 0.70 | Strategize re resolution Neutrocrete automatic stay motion (.4); strategize re resolution of Oldcastle automatic stay motion (.3). |
| 12/30/2003 | Christian J Lane | 1.50 | Telephone conferences with counsel re Neutocrete motion for relief from stay (.8); review and analyze materials re Neutocrete matter (.7). |
| | Total hours: | 16.70 | |

### Matter 19 – Claims Analysis Objection & Resolution (Non-Asbestos) – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/1/2003 | Christian J Lane | 1.50 | Telephone conferences with creditors re claims issues. |
| 12/2/2003 | James W Kapp | 0.30 | Review New York administrative claim (.1); attend to issues re Wesconn motion to compel (.2). |
| 12/5/2003 | James W Kapp | 0.90 | Attend to issues re Joplin environmental claims (.5); attend to issues re claim (.4). |
| 12/5/2003 | Christian J Lane | 2.00 | Telephone conferences with creditors re claims issues. |
| 12/10/2003 | James W Kapp | 1.80 | Review correspondence re proposed Rule 3007-1 motion (.2); develop strategy re same (.6); telephone conference with D. Siegel and M. Shelnitz re Joplen and other environmental claims (1.0). |
| 12/10/2003 | Christian J Lane | 1.50 | Review correspondence and file re materials re claims objections (.6); telephone conferences with creditors re claims (.9). |
| 12/12/2003 | Samuel Blatnick | 0.30 | Office conferences re motion for Limited Waiver of Local Rule 3007-1. |
| 12/12/2003 | James W Kapp | 1.70 | Attend to issues re 3007 motion (1.0); develop strategy re review of environmental claims (.7). |
| 12/15/2003 | James W Kapp | 0.20 | Review correspondence from J. M. Foster re objection to transfer of claim (.1); review Citgo correspondence re proof of claim (.1). |
| 12/16/2003 | James W Kapp | 0.40 | Review R. Finke correspondence re 3007 motion (.2); attend to issues re same (.2). |
| 12/16/2003 | Christian J Lane | 0.70 | Review and analyze claims issues (.3); telephone conferences with creditors re claims (.4). |
| 12/17/2003 | James W Kapp | 0.80 | Review 3007 motion (.2); address issues pertaining to legal mistake relevance to Royal motion to file late claim (.6). |
| 12/17/2003 | Christian J Lane | 1.00 | Review and analyze claims issues (.6); telephone conferences with creditors re claims (.4). |
| 12/18/2003 | James W Kapp | 1.90 | Revise 3007 waiver motion. |
| 12/22/2003 | Christian J Lane | 1.50 | Telephone conferences with creditors re claims issues. |
| 12/29/2003 | James W Kapp | 0.30 | Attend to issues re potential objections to 3007 motion. |
| 12/29/2003 | Christian J Lane | 1.60 | Review correspondence and file re materials included in responses to claims objections and status of same (1.0); telephone conferences with creditors re same (.6). |
| 12/30/2003 | James W Kapp | 0.30 | Office conference re Wesconn motion to compel. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/30/2003 | Christian J Lane | 2.00 | Review claim objection materials and contact creditors re same (1.2); office conferences re same (.8). |
| | Total hours: | 20.70 | |

## Matter 20 – Case Administration – Fees

| Date | Name | Hours | Description |
| --- | --- | --- | --- |
| 12/1/2003 | Rhonda Lopera | 2.00 | Review and analyze docket re appeal case (1.0); interoffice conference re same (.5); locate and organize exhibits re appeal brief (.5). |
| 12/1/2003 | Tiffany J Wood | 1.50 | Review docket re Kane stipulation and status of Locke matter and follow up re same. |
| 12/1/2003 | James W Kapp | 1.00 | Review pleadings and correspondence (.3); strategize re response to writ of mandimus re recusal (.7). |
| 12/1/2003 | Christian J Lane | 1.50 | Review docket summaries, pleadings and correspondence (.4); correspondence and telephone conferences re modification of order approving settlement (.4); analyze issues re open matters (.7). |
| 12/2/2003 | Rhonda Lopera | 1.50 | Review and analyze docket re signed orders (.5); review and analyze 12-15-03 hearing agenda (.7); interoffice conference re same (.3). |
| 12/2/2003 | Tiffany J Wood | 5.00 | Review docket and adversary dockets re case management pleadings and orders from Judge Wolin and prepare same for attorney review (2.0); review adversary docket re Fresnius order and distribute same for attorney review (1.0); review adversary docket re fraudulent conveyance opinion and distribute same for attorney review (.5); review docket re newly filed orders and update central files re same (1.0); analyze new correspondence and enter same into electronic filing database (.5). |
| 12/2/2003 | James W Kapp | 0.60 | Review docket (.1); review critical date memorandum (.1); review pleadings and correspondence (.3); telephone conference with J. Kominsky re lease rejection motion (.1). |
| 12/2/2003 | Shirley A Pope | 1.00 | Review litigation support system database re discovery documents requested for attorney review and use. |
| 12/3/2003 | Rhonda Lopera | 1.00 | Review and analyze appeal docket re filed pleadings (.7); interoffice conference re same (.3). |
| 12/3/2003 | Tiffany J Wood | 2.00 | Review docket re status of motions and update status chart re same (1.0); review docket re CNO's and send same to client (.5); telephone conference with Parcels, Inc. re order for appeal documents (.5). |
| 12/3/2003 | James W Kapp | 0.30 | Review Daily Bankruptcy Review article re asbestos legislation (.1); review pleadings and correspondence (.2). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/3/2003 | Christian J Lane | 2.00 | Review docket summaries, pleadings and correspondence (.5); correspondence and telephone conferences re modification of order approving settlement (.5); analyze issues re open matters and office conferences re same (1.0). |
| 12/3/2003 | Shirley A Pope | 2.50 | Analyze and forward correspondence to responsible attorney for action (.5); review docket for newly filed pleadings and download same (1.0); organize and catalog pleadings for Concordance litigation support system (1.0). |
| 12/4/2003 | Maria E Yapan | 1.50 | Revise quarterly fee application letters. |
| 12/4/2003 | Tiffany J Wood | 2.50 | Review USG docket re order and follow up re same (.5); review docket re OCP affidavits and print same (2.0). |
| 12/4/2003 | James W Kapp | 0.10 | Review pleadings and correspondence. |
| 12/4/2003 | James W Kapp | 0.40 | Review Dunbar stipulation re objection to lease rejection extension (.3); attend to issues re same (.1). |
| 12/4/2003 | Christian J Lane | 0.60 | Review docket summaries, pleadings and correspondence (.2); correspondence and telephone conferences re modification of order approving settlement (.4). |
| 12/4/2003 | Shirley A Pope | 2.50 | Review docket for newly filed pleadings and download same (1.0); review and catalog pleadings for Concordance litigation support system (1.0); analyze and organize documents forwarded by attorney for inclusion in main file (.5). |
| 12/5/2003 | Maria E Yapan | 4.00 | Review various professionals affidavits and prepare chart re same. |
| 12/5/2003 | Tiffany J Wood | 1.50 | Review docket re hearing transcripts and follow up re same (1.0); telephone conference with Parcels, Inc. re order of various appeal pleadings (.5). |
| 12/5/2003 | James W Kapp | 0.40 | Review notice of appointment of unsecured committee (.1); review pleadings and correspondence (.3). |
| 12/5/2003 | Christian J Lane | 2.50 | Review and comment on hearing agenda (1.0); office conferences re matters set for hearing (1.5). |
| 12/5/2003 | Shirley A Pope | 3.30 | Review docket for newly filed pleadings and download same (1.0); analyze and catalog pleadings for Concordance litigation support system (2.0); review litigation support database re materials requested for attorney use (.3). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/6/2003 | Rhonda Lopera | 1.50 | Review and analyze docket and adversary dockets (.7); update and revise critical dates (.8). |
| 12/8/2003 | Maria E Yapan | 2.00 | Review various affidavits and prepare chart re same. |
| 12/8/2003 | Tiffany J Wood | 2.00 | Review docket and adversary dockets re newly filed pleadings and distribute same for attorney review (.5); review appellate docket re filing dates and follow up re same (.5); review docket re status of motions and update status chart re same (1.0). |
| 12/8/2003 | Christian J Lane | 2.20 | Review docket summaries, pleadings and correspondence (.2); comment on critical dates (.4); correspondence and telephone conferences re modification of order approving settlement (.4); correspondence re settlement negative notice (.3); correspondence with other professionals re case procedures and appointed committees (.5); analyze issues re open matters (.4). |
| 12/8/2003 | Shirley A Pope | 1.00 | Review docket for newly filed pleadings and download same. |
| 12/9/2003 | Maria E Yapan | 3.50 | Review and organize documents for hearing binder. |
| 12/9/2003 | Rhonda Lopera | 0.50 | Update and distribute critical dates. |
| 12/9/2003 | Tiffany J Wood | 2.00 | Review docket re hearing transcript and prepare same for attorney review (.5); review adversary docket re various orders re preliminary injunction and follow up re same (1.0); review USG docket re motion and order and follow up re same (.5). |
| 12/9/2003 | James W Kapp | 0.30 | Review pleadings and correspondence (.2); review docket (.1). |
| 12/9/2003 | Christian J Lane | 2.00 | Correspondence with other professionals re case procedures and appointed committees (1.0); correspondence re settlement negative notice (.4); analyze issues re open matters (.6). |
| 12/9/2003 | Shirley A Pope | 2.50 | Review docket for newly filed pleadings and download same (1.5); organize and forward correspondence to responsible attorney for action (1.0). |
| 12/10/2003 | Maria E Yapan | 5.00 | Review and organize documents for hearing binder. |
| 12/10/2003 | Tiffany J Wood | 2.00 | Assist with preparation of binder re omnibus hearing (1.0); analyze new correspondence and enter same into electronic filing database (1.0). |
| 12/10/2003 | James W Kapp | 0.10 | Review critical date memorandum. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/10/2003 | Christian J Lane | 2.00 | Review docket summaries, pleadings and correspondence (.5); correspondence and telephone conferences re modification of order approving settlement (.6); office conference re modification of order (.5); correspondence re settlement negative notice (.4). |
| 12/10/2003 | Shirley A Pope | 6.80 | Review docket for newly filed pleadings and download same (1.0); review and organize appellate briefs for litigation support system database (.8); organize and catalog pleadings for Concordance litigation support system (5.0). |
| 12/11/2003 | Tiffany J Wood | 2.00 | Review docket re omnibus objections and prepare same for attorney review (.5); review USG docket re motion to waive rule 3007-1 and related pleadings and prepare same for attorney review (1.0); review newly filed pleadings and update central files re same (.5). |
| 12/11/2003 | James W Kapp | 2.80 | Review pleadings and correspondence (.2); review DK Acquisition notice of erratim (.2); review pleadings filed by Owens Corning and others re recusal of Judge (2.4). |
| 12/11/2003 | Christian J Lane | 1.00 | Review filing summaries (.3); telephone conferences re settlement order and possible amendment (.4); attention to open matters (.3). |
| 12/11/2003 | Shirley A Pope | 3.50 | Review docket for newly filed pleadings and download same (.5); review and organize pleadings for Concordance litigation support system (3.0). |
| 12/12/2003 | Tiffany J Wood | 2.00 | Review docket re status of motions and update status chart re same (.5); analyze new correspondence and enter same into electronic filing database (1.5). |
| 12/12/2003 | Christian J Lane | 0.80 | Review docket summaries (.4); review and comment on critical dates list (.4). |
| 12/12/2003 | Shirley A Pope | 1.00 | Review docket for newly filed pleadings and download same. |
| 12/15/2003 | James W Kapp | 0.10 | Review pleadings and correspondence. |
| 12/15/2003 | Shirley A Pope | 1.30 | Review docket for newly filed pleadings and download same (1.0); review and prepare documents for attorney use (.3). |
| 12/16/2003 | Rhonda Lopera | 2.00 | Review and analyze docket re critical dates (.7); interoffice conference re hearing status (.3); review docket re signed order (.4); revise critical dates (.6). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/16/2003 | Tiffany J Wood | 4.00 | Review adversary docket re preliminary injunction and related pleadings and prepare same for attorney review (1.0); telephone conference with BMC re verification of service (.5); review newly filed pleadings and update central files re same (1.5); review docket and adversary dockets re status of motions and update status chart re same (1.0). |
| 12/16/2003 | James W Kapp | 0.30 | Review Daily Bankruptcy Review article re recusal proceeding (.1); review pleadings and correspondence (.2). |
| 12/16/2003 | Christian J Lane | 2.00 | Correspondence re State Street order (.2); telephone conferences re issues related to retention of Deloitte (.6); review materials re same (.5); office conferences re same (.3); review pleadings and correspondence (.4). |
| 12/16/2003 | Shirley A Pope | 4.00 | Review docket for newly filed pleadings and download same (1.0); organize and catalog pleadings for Concordance litigation support system (3.0). |
| 12/17/2003 | Rhonda Lopera | 2.00 | Review and analyze documents re incorporation into central file (1.0); review and analyze docket re filed motion and order (.5); respond to creditor inquiries (.5). |
| 12/17/2003 | Tiffany J Wood | 4.00 | Review docket and adversary dockets re newly filed pleadings and distribute same for attorney review (.5); review attorney notes re motion status chart and revise and distribute same for attorney review (.5); telephone conference with Sue Herrschaft re verification of service of pleadings (.5); telephone conference with Michelle Dalsin re verification of service of pleadings (.5); prepare certification of counsel and notice of withdrawal and follow up re same (2.0). |
| 12/17/2003 | James W Kapp | 0.30 | Review pleadings and correspondence (.2); review docket (.1). |
| 12/17/2003 | Christian J Lane | 1.40 | Correspondence re amended orders (.3); review filing summaries (.3); telephone conferences re settlement order and possible amendment (.8). |
| 12/17/2003 | Shirley A Pope | 5.00 | Review docket for newly filed pleadings and download same (2.0); organize and catalog pleadings for Concordance litigation support system (3.0). |
| 12/18/2003 | Rhonda Lopera | 1.20 | Review and analyze docket re critical dates and entered orders (.7); revise and update critical dates and distribute same (.5). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/18/2003 | Tiffany J Wood | 4.00 | Review docket and adversary dockets re newly filed orders and update order binders re same (1.0); review attorney notes and revise notice of withdrawal of motion re same (.5); review adversary docket re certificates of service of various orders and follow up re same (1.0); analyze new correspondence and enter same into electronic filing database (1.5). |
| 12/18/2003 | Christian J Lane | 1.40 | Telephone conferences re issues related to retention of Deloitte (1.2); office conferences re open issues (.2). |
| 12/18/2003 | Shirley A Pope | 2.50 | Review docket for newly filed pleadings and download same (1.0); prepare and distribute Third Circuit Opinion and Judgment re Judge Wolin Recusal Motion for attorney review (.5); organize and catalog pleadings for Concordance litigation support system (1.0). |
| 12/19/2003 | Tiffany J Wood | 3.00 | Review docket and adversary dockets re newly filed pleadings and update central files re same (1.0); review docket re status of motions and update status chart re same (1.0); analyze new correspondence and enter same into electronic filing database (1.0). |
| 12/19/2003 | James W Kapp | 0.90 | Review pleadings and correspondence (.4); review district court discovery order re recusal motion (.4); review docket (.1). |
| 12/19/2003 | Christian J Lane | 0.40 | Review docket summaries and relevant pleadings (.2); office conferences re open matters (.2). |
| 12/19/2003 | Shirley A Pope | 6.00 | Review docket for newly filed pleadings and download same (2.0); organize and catalog pleadings for Concordance litigation support system (4.0). |
| 12/22/2003 | Christian J Lane | 1.00 | Review docket summaries and relevant pleadings (.5); office conferences re open matters (.5). |
| 12/22/2003 | Shirley A Pope | 6.00 | Review docket for newly filed pleadings and download same (1.5); analyze and forward correspondence to responsible attorney for action (.5); organize and catalog pleadings for Concordance litigation support system (4.0). |
| 12/23/2003 | Christian J Lane | 0.40 | Review correspondence re open matters. |
| 12/23/2003 | Shirley A Pope | 5.00 | Review docket for newly filed pleading and download same (2.0); catalog pleadings for Concordance litigation support system (3.0). |
| 12/29/2003 | Tiffany J Wood | 1.00 | Review docket re newly filed pleadings and distribute same for attorney review. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/29/2003 | James W Kapp | 3.10 | Review discovery order re recusal motion (1.0); review Daily Bankruptcy Review article re Halliburton asbestos settlement (.2); review critical date memorandum (.2); review district court minutes of proceeding re 12/23 hearing (.1); review deposition notices re recusal proceedings (.2); review pleadings and correspondence (.8); attend to issues re recusal discovery request (.5); review docket (.1). |
| 12/29/2003 | James W Kapp | 0.40 | Develop strategy for exclusivity motion. |
| 12/29/2003 | Christian J Lane | 0.40 | Review docket summaries. |
| 12/30/2003 | Rhonda Lopera | 2.00 | Review and analyze dockets re critical dates (1.0); interoffice conference re same (.5); review and analyze scheduling order and incorporate dates (.5). |
| 12/30/2003 | Tiffany J Wood | 6.00 | Review civil case docket re cross-complaint and follow up re same (1.5); review docket and adversary dockets re newly filed pleadings and distribute same for attorney review (.5); review docket re response to production and follow up re same (1.0); review central files re appeal documents and circulate same (1.0); review docket and adversary docket re certificates of no objection and send same to W. Sparks (1.0); review adversary docket re stipulation and follow up re same (1.0). |
| 12/30/2003 | James W Kapp | 1.30 | Review transcript of 12/29 hearing re recusal/discovery (.9); review docket (.1); review pleadings and correspondence (.2); review Daily Bankruptcy Review article re Ohio asbestos litigation (.1). |
| 12/30/2003 | James W Kapp | 0.10 | Attend to strategy re plan exclusivity motion. |
| 12/30/2003 | Christian J Lane | 2.00 | Review exclusivity materials (.8); office conferences re same (.7); Review docket summaries (.5); |
| 12/31/2003 | Christian J Lane | 1.50 | Review pleadings and correspondence (.3); review and comment on critical dates (.6); office conferences re outstanding issues (.6). |
| | Total hours: | 165.70 | |

A-10

**Matter 21 – Claims Analysis Objection & Resolution (Asbestos) – Fees**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/1/2003 | James W Kapp | 2.30 | Review unsecured committee's objection to Royal Indemnity motion to file a late claim (.3); review personal injury committee joinder re same (.1); review Carol Gerard objection re same (.3); revise motion to streamline claim objections (1.6). |
| 12/3/2003 | Samuel Blatnick | 1.00 | Amend and revise Motion for Limited Waiver of Local Rule 3007-1. |
| 12/4/2003 | Samuel Blatnick | 1.50 | Revise and update motion and order for Limited Waiver of Local Rule 3007-1. |
| 12/9/2003 | James W Kapp | 2.00 | Revise motion to streamline claims objection process (1.0); review Royal response to motion to file late proof of claim (1.0). |
| 12/11/2003 | Christian J Lane | 1.10 | Review correspondence and file re claims objection (.6); telephone conferences with creditors re claims (.5). |
| 12/12/2003 | Janet S Baer | 0.60 | Confer with R. Finke and D. Siegel re Motion on Claims Objection Procedure, PD Claims and related matters (.3); confer further re same (.3). |
| 12/12/2003 | Christian J Lane | 0.80 | Review correspondence and file re claims objection (.4); telephone conferences with creditors re claims (.4). |
| 12/16/2003 | Samuel Blatnick | 1.50 | Draft Motion for Limited Waiver of Local Rule 3007-1. |
| 12/18/2003 | Samuel Blatnick | 2.00 | Revise and update Motion for Limited Waiver of Local Rule 3007-1. |
| 12/19/2003 | Samuel Blatnick | 4.00 | Perform research for application of excusable neglect to mistakes of law. |
| 12/22/2003 | Samuel Blatnick | 2.00 | Make final revisions to Motion for Limited Waiver of Local Rule 3007-1 and have Motion filed. |
| | Total hours: | 18.80 | |

## Matter 23 – Business Operations – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/3/2003 | Samuel Blatnick | 0.50 | Draft Repatriation Motion. |
| 12/4/2003 | Christian J Lane | 2.50 | Telephone conferences with client re real estate issues (.6); draft stipulation re property tax issue re leased property (1.30; office conferences re same (.6). |
| 12/9/2003 | Samuel Blatnick | 1.00 | Participate in telephone conference re Repatriation Motion. |
| 12/18/2003 | Samuel Blatnick | 2.00 | Perform research and draft Repatriation Motion. |
| 12/22/2003 | Samuel Blatnick | 2.50 | Perform research and make final revisions to Repatriation Motion. |
| | Total hours: | 8.50 | |

## Matter 26 – Financing – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/2/2003 | Christian J Lane | 0.80 | Telephone conferences re motion to amend line of credit for subsidiary. |
| 12/11/2003 | Christian J Lane | 2.00 | Review material re motion to amend line of credit for subsidiary (1.0); telephone conferences re same (.7); office conferences re same (.3). |
| 12/15/2003 | Christian J Lane | 2.70 | Draft motion to amend line of credit for subsidiary (2.0); telephone conferences re same (.7). |
| 12/16/2003 | James W Kapp | 1.90 | Receive status re 12/15 omnibus hearing and outstanding issues (.4); review motion to amend DIP Agreement and credit agreement with Refining Technologies (1.5). |
| 12/16/2003 | Christian J Lane | 3.00 | Review and revise motion to amend line of credit for subsidiary (2.6); office conferences re same (.4). |
| 12/17/2003 | Christian J Lane | 2.10 | Review and revise motion to amend line of credit for subsidiary (1.0); telephone conferences re same (.5); office conferences re same (.6). |
| 12/18/2003 | Christian J Lane | 3.40 | Review and revise motion to amend line of credit for subsidiary (2.6); telephone conferences re same (.3); office conferences re same (.5). |
| 12/19/2003 | James W Kapp | 0.90 | Revise motion to amend Advanced Refining Technologies credit agreement. |
| 12/19/2003 | Christian J Lane | 3.00 | Finalize motion to amend line of credit for subsidiary (2.4); telephone conferences re same (.6). |
| | Total hours: | 19.80 | |

## Matter 28 – Litigation and Litigation Consulting – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 11/24/2003 | Brett H McGurk | 1.50 | Office conference re jurisdictional provision of CERCLA (.3); discuss status of appeal (.2); review research and work on outline to brief (1.0). |
| 11/25/2003 | Janet S Baer | 1.70 | Revise Environmental Claims settlement stipulation (.3); confer with S. Baena re KWELM Order issues (.3); follow up re KWELM Order issues and Smolker appeals (.3); confer with R. Emmett re Joplin, MO claims issues (.3); review various materials re Wolin recusal matters (.5). |
| 11/26/2003 | Janet S Baer | 2.00 | Attend to matters re Mandamus re J. Wolin and related issues (1.0); confer several times re same (.5); review Mandamus papers (.5). |
| 11/30/2003 | Janet S Baer | 2.00 | Revise Mandamus petition related pleadings and draft response re same (1.5); participate in telephone conference re same (.5). |
| 12/1/2003 | Christopher Landau | 7.50 | Edit response to mandamus petition involving recusal of Judge Wolin (6.5); telephone conference with team re same (1.0). |
| 12/1/2003 | David M Bernick, P.C. | 5.00 | Work on recusal brief (4.); conduct telephone conference with D. Siegel and P. Norris re recusal (.5); conduct telephone conference re recusal (.5). |
| 12/1/2003 | Eric B Wolff | 9.80 | Research re mandamus response (5.0); revise same (4.8). |
| 12/1/2003 | Janet S Baer | 4.60 | Review Libby claimants response on MVC matter (.5); confer re strategy re Wolin Mandamus response (.5); confer with Remedium re Joplin MO Claims and issues (.3); several conferences with clients and counsel re Libby claimants response on MVC matter and related issues (.5); several conferences re J. Wolin recusal matter (1.0); review revised Wolin recusal reply (.3); confer with D. Siegel and various counsel re Reply to Mandamus (.5); review record re assembling documents for Reply on Mandamus (1.0). |
| 12/1/2003 | Rhonda Lopera | 1.00 | Review and analyze Owens Corning docket re pleadings filed (.5); telephone conferences with Parcels document services re same (.5). |
| 12/1/2003 | Samuel Blatnick | 8.50 | Draft Response to the Libby Claimants' Response to Grace's Reply re Vermiculite Company (8.0); telephone conference with J. Posner re Montana Vermiculite matters (.5). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/2/2003 | Christopher Landau | 6.00 | Edit response to mandamus petition (5.0); conference call with team re same (.5); finalize and file same (.5). |
| 12/2/2003 | David M Bernick, P.C. | 6.80 | Work on recusal brief and conduct telephone conference calls (6.); revisions to recusal brief and office conference re same (.8). |
| 12/2/2003 | Eric B Wolff | 1.20 | Office conference re mandamus response (.2); review mandamus response drafts (1.0). |
| 12/2/2003 | Janet S Baer | 10.20 | Attend to matters re Wolin Mandamus petition (1.5); confer with A. Kreiger re response on Sealed Air motion (.3); review factual record in Grace case re Wolin Mandamus Reply (2.0); confer with D. Siegel and various counsel re same (.5); review and revise Mandamus Response (2.0); confer with counsel in Montana re stay issues (.3); several conferences re Mandamus petition (.8); prepare tables and exhibits for Mandamus petition (2.0); review and revise draft Reply re MVC motion (.8). |
| 12/2/2003 | Samuel Blatnick | 6.00 | Draft responses to Gerard. |
| 12/3/2003 | Christian J Lane | 1.70 | Review case summaries and other materials re Smolker litigation and appeals (.6); review pleadings re Wolin recusal and correspondence re same (1.3). |
| 12/3/2003 | David M Bernick, P.C. | 1.00 | Draft new briefs re recusal. |
| 12/3/2003 | James W Kapp | 1.20 | Review personal injury response to Wolin recusal. |
| 12/3/2003 | Janet S Baer | 2.40 | Confer re Reply on Montana Vermiculite matter (.3); review new pleading on Gerard case and confer with counsel for Gerard re same (.5); confer with counsel for Owens Corning re 3rd Circuit status and pending oral argument (.3); attend to matters re State Street and Smolker orders (.3); review revised draft of MVC Reply (.5); attend to matters re Mandamus Replies (.5). |
| 12/3/2003 | Mark E Grummer | 0.20 | Exchange emails and voice messages re locating presentation to regulators re Zonolite Attic Insulation. |
| 12/3/2003 | Samuel Blatnick | 2.50 | Revise and update the structure and content of Reply re Montana Vermiculite Company. |
| 12/4/2003 | David M Bernick, P.C. | 1.00 | Conduct telephone conference with L. Kruger re futures/recusal (.5); conduct telephone conference with D. Siegel re recusal (.3); conduct telephone conference with Monk re recusal (.3). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/4/2003 | Janet S Baer | 3.20 | Review and further revise reply on Montana Vermiculite matter (.8); attend to matters re Sealed Air settlement (.4); attend to matters re Wolin Recusal (.3); participate in conference with Owens Corning counsel re Mandamus and upcoming 3rd Circuit hearing (.4); confer with J. Hughes re Gerard Contempt issue (.3); confer with S. Blatnick re same (.3); confer with M. Davis (AIG) re National Union/RMQ matters (.3); finalize MVC brief (.4). |
| 12/4/2003 | Rhonda Lopera | 1.50 | Review and analyze Owens Corning docket re case precedent (.7); interoffice conference re same (.3); review and analyze appellate docket re W.R. Grace (.5). |
| 12/4/2003 | Samuel Blatnick | 5.00 | Research case law and statutes concerning civil and criminal contempt for violating court orders (3.0); revise/update Further Reply in Support of Motion to Expand the Preliminary Injunction to Montana Vermiculite Company (2.0). |
| 12/5/2003 | Christopher Landau | 1.00 | Discuss Libby appeal issues. |
| 12/5/2003 | James W Kapp | 0.30 | Attend to issues re National Union response. |
| 12/5/2003 | Janet S Baer | 1.70 | Confer re Environmental matters, Joplin MO, Plan asbestos liability matters and related ongoing motions (.5); confer with R. Emmett re same (.3); final review of MVC Reply (.3); confer re same (.3); review Royal Bar Date Reply (.3). |
| 12/5/2003 | Rhonda Lopera | 1.00 | Review and analyze docket re appeal case (.6); interoffice conference re same (.4). |
| 12/5/2003 | Samuel Blatnick | 7.00 | Conduct research re civil contempt and the requirements to stay a proceeding for the Motion for Contempt/Stay of the Baltimore litigation (5.5); final revisions to Further Reply in Support of Motion to Expand the Preliminary Injunction to Montana Vermiculite Company and file same (1.5). |
| 12/6/2003 | Rhonda Lopera | 1.00 | Review appeal docket re Judge Wolin's response (.5); telephone conference with Parcels re same (.3); review and analyze scheduling order (.2). |
| 12/8/2003 | Janet S Baer | 2.50 | Review Royal reply on Bar Date issue and attend to matters re same (.5); review draft repatriation motion (.3); review Sealed Air Motion and draft response (1.0); review Wolin Sur-reply re Owens Corning mandamus (.3); review briefs re Grace mandamus (.4). |

| **Date** | **Name** | **Hours** | **Description** |
|---|---|---|---|
| 12/8/2003 | Rhonda Lopera | 1.00 | Review and analyze docket re filed pleadings (.4); review and analyze case precedent re asbestos cases (.6). |
| 12/8/2003 | Samuel Blatnick | 9.00 | Draft Motion for Contempt/Stay of the Baltimore litigation. |
| 12/9/2003 | Christopher Landau | 1.00 | Read reply briefs in support of mandamus petition on Judge Wolin recusal. |
| 12/9/2003 | David M Bernick, P.C. | 2.00 | Calls re oral argument on recusal (.6); review of new brief and Wolin submission (.4). |
| 12/9/2003 | Janet S Baer | 1.30 | Confer with clients re Repatriation Motion (.5); confer with clients re Sealed Air Settlement Agreement and Response to Motion re same (.5); further confer with D. Siegel re same (.3). |
| 12/9/2003 | Samuel Blatnick | 8.00 | Draft Motion for Contempt/Stay (5.0); draft Reply for RMQ's response brief/summary judgment in the National Union matter (3.0). |
| 12/10/2003 | Christian J Lane | 1.70 | Review case summaries and other materials re Smolker litigation and appeals (.4); office conferences re Smolker issues (.8); review pleadings re Wolin recusal and correspondence re same (.5). |
| 12/10/2003 | David M Bernick, P.C. | 1.80 | Review of reply brief by DK Acq (.8); conduct telephone conference re oral argument (1.0). |
| 12/10/2003 | James W Kapp | 3.20 | Revise Parker contempt and stay motion. |
| 12/10/2003 | Janet S Baer | 1.50 | Confer re status of claims motion and related claim litigation issues (.3); confer with D. Siegel and M. Shelnitz re various environmental issues (.3); confer with R. Emmett re Joplin MO and other environmental claims (.3); confer with Remedium re environmental claims (.3); confer with S. Blatnick re Joplin Motion and Environmental Claim Objections (.3). |
| 12/11/2003 | David M Bernick, P.C. | 3.50 | Prepare for recusal argument (3.); conduct telephone conference with E. Insulbuch re argument (.5). |
| 12/11/2003 | James W Kapp | 3.80 | Review contempt/stay motion re Gerard litigation. |
| 12/11/2003 | Janet S Baer | 1.20 | Confer re Contempt re Gerard action (.3); confer with D. Cohen re MVC hearing and issues re deposition matters (.3); prepare correspondence re MVC Discovery dispute (.3); prepare transmittal to Court re same (.3). |
| 12/11/2003 | Samuel Blatnick | 9.00 | Perform research re civil contempt and draft motion for Contempt/Stay (8.0); strategize re the scope and goal of our Motion for Contempt/Stay (1.0). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/11/2003 | Scott A McMillin | 0.80 | Review DOT invoice (.3); conferences with S. Slusser and L. Duff re same (.2); conference with P. Gamboa re FAA inspection (.3). |
| 12/12/2003 | Christian J Lane | 1.00 | Review case files and office conferences re Smolker issues. |
| 12/12/2003 | David M Bernick, P.C. | 7.00 | Preparation for and argument (6.0); report on argument to D. Siegel (1.0). |
| 12/12/2003 | James W Kapp | 3.00 | Revise Gerard contempt motion. |
| 12/12/2003 | Samuel Blatnick | 0.20 | Office conferences re Contempt/Stay Motion and Motion. |
| 12/15/2003 | Brett H McGurk | 1.30 | Work on Introduction and Statement of Facts. |
| 12/15/2003 | David M Bernick, P.C. | 0.80 | Review of third circuit transcript for accuracy. |
| 12/15/2003 | James W Kapp | 3.00 | Revise Gerard contempt motion. |
| 12/15/2003 | Janet S Baer | 1.00 | Revise motion on Sealed Air Settlement Agreement. |
| 12/15/2003 | Samuel Blatnick | 2.00 | Research knowledge requirement amongst co-counsel for finding of civil contempt. |
| 12/16/2003 | Janet S Baer | 1.00 | Attend to matters re Sealed Air Motion (.5); confer (several times) re Bar Date research, claims-motion and contempt re Maryland, etc. (.5). |
| 12/16/2003 | Samuel Blatnick | 9.50 | Draft Motion for Contempt/Stay. |
| 12/17/2003 | Christian J Lane | 1.00 | Review materials re Smolker litigation and appeals (.3); office conferences re Smolker issues (.2); telephone conferences re same (.5). |
| 12/17/2003 | James W Kapp | 0.50 | Review Gerard stay / contempt motion. |
| 12/17/2003 | Janet S Baer | 3.90 | Prepare updates and inserts to Canadian Report (1.0); review draft Mass. refund motion (.3); confer re same (.3); revise and supplement Response on Sealed Air Motion (2.3). |
| 12/17/2003 | Scott A McMillin | 0.30 | Conferences with K. Either re FAA inspection of 51st Street Plant. |
| 12/18/2003 | Brett H McGurk | 2.50 | Work on Statement of Facts. |
| 12/18/2003 | James W Kapp | 4.00 | Revise Gerard contempt and stay motion. |
| 12/18/2003 | Janet S Baer | 3.80 | Confer with J. McFarland re status of KWELM settlement (.3); follow up re same (.2); confer with J. Posner re KWELM matter (.3); review, revise, supplement Sealed Air Response (2.5); review 3rd Circuit Recusal Opinion (.5). |
| 12/18/2003 | Rhonda Lopera | 1.50 | Review and analyze docket re Smolker plaintiff cases (1.0); interoffice conference re same (.5). |
| 12/18/2003 | Samuel Blatnick | 3.00 | Draft Motion for Contempt. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/18/2003 | Scott A McMillin | 0.50 | Conferences with K. Either and P. Gamboa re FAA inspection. |
| 12/19/2003 | Brett H McGurk | 1.50 | Work on Statement of Facts. |
| 12/19/2003 | Christian J Lane | 0.80 | Review materials re Smolker litigation and appeals (.6); office conferences re Smolker issues (.2). |
| 12/19/2003 | Christopher Landau | 1.00 | Office conference re strategy re Libby appeal. |
| 12/19/2003 | Eric B Wolff | 0.30 | Review Third Circuit decision re recusal. |
| 12/19/2003 | James W Kapp | 4.60 | Revise Gerard contempt/stay motion. |
| 12/19/2003 | Janet S Baer | 3.60 | Confer re Gerard appellate brief, Wolin recusal, discovery, National Union and Gerard contempt (.4); review Wolin order on Recusal Discovery (.3); attend to matters re Wolin recusal matter and service of Order (.5); review draft 3007-1 Motion and confer re same (.5); final review of tax restructure motion and confer re same (.4); review Gerard related contempt motion (.5). |
| 12/19/2003 | John C O'Quinn | 1.60 | Review case materials and discuss case issues (.8); discuss strategy re 9th Circuit appeal (.8). |
| 12/19/2003 | Rhonda Lopera | 1.50 | Review case precedent re signed orders (.7); interoffice conference re same (.3); telephone conference with WDS re retrieval of pleadings (.5). |
| 12/19/2003 | Samuel Blatnick | 1.00 | Revise and update Motion for Contempt. |
| 12/22/2003 | Brett H McGurk | 1.50 | Work on Statement of Facts. |
| 12/22/2003 | Christian J Lane | 1.60 | Review materials re Smolker litigation and appeals (1.2); office conferences re Smolker issues (.4). |
| 12/22/2003 | David M Bernick, P.C. | 3.10 | Preparation for hearing on recusal (1.3); conduct telephone conference with D. Siegel re same (.8); conduct telephone conference with St. Jenos (1.0). |
| 12/22/2003 | Janet S Baer | 2.70 | Assemble materials for hearing re Wolin recusal and discovery re same (.5); confer re Gerard contempt motion and issues re same (.3); confer with counsel for Gerard re same (.3); review Gross fee applications for matters re Wolin recusal (.4); confer with D. Siegel re recusal discovery (.2); final review/revisions to Contempt Motion and confer re same (1.0). |
| 12/22/2003 | Rhonda Lopera | 1.50 | Review and analyze docket re appeal pleadings (.7); interoffice conference re same (.3); review and analyze orders re appeal and case precedent (.5). |
| 12/22/2003 | Samuel Blatnick | 4.00 | Make final revisions to Motion for Contempt and have Motion filed. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/23/2003 | David M Bernick, P.C. | 8.00 | Prepare for and attend hearing on recusal (6.0); conduct telephone conference with D. Siegel (2.0). |
| 12/23/2003 | Janet S Baer | 5.60 | Attend to matters re Wolin recusal discovery (.5); confer with M. Davis re National Union/RMQ matter and related matters (.4); review electronic files re Wolin Recusal (2.0); review Siegel documents re same (.3); confer with D. Siegel re same and related issues (.3); review Subpoenas re K&E and Grace on Wolin issues (.3); confer with D. Siegel re results of hearing with J. Wolin on discovery (.3); confer with various parties re same and follow up on discovery (.8); review 3rd Circuit letter on Gerard brief (.4); revise RMQ/National Union Stipulation (.2). |
| 12/23/2003 | Mark E Grummer | 0.10 | Review correspondence re Wilder, Kentucky site cleanup. |
| 12/23/2003 | Samuel Blatnick | 8.00 | Review Kirkland & Ellis and Grace documents for production in the Wolin mandamus discovery. |
| 12/23/2003 | Toni L Wallace | 1.30 | Review fee applications for certain fee detail for document production. |
| 12/24/2003 | Brett H McGurk | 1.80 | Research of materials for Statement of Facts and continue drafting. |
| 12/24/2003 | David M Bernick, P.C. | 4.00 | Conduct telephone conference re recusal discovery (3.0); report to D. Siegel re same (1.0). |
| 12/24/2003 | Janet S Baer | 7.80 | Attend to matters re Wolin recusal and discovery (.5); review discovery documents re same (1.5); participate in conference with counsel re discovery issues (.5); participate in conference with Court re discovery issues (3.0); review newly served document requests and subpoenas (.5); confer with D. Siegel (twice) re Wolin hearing and discovery issues (.5); numerous conferences to obtain documents for Wolin discovery and locate information and personnel re same (1.3). |
| 12/24/2003 | Mark J Arnot | 1.00 | Locate and review documents re hearing transcripts for attorney use. |
| 12/24/2003 | Samuel Blatnick | 5.00 | Conference calls re the scope of the discovery for the Wolin mandamus motion. |
| 12/26/2003 | David M Bernick, P.C. | 6.50 | Document review for production and conduct telephone conference with team (5.0); conduct telephone conference re deposition (1.5). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/26/2003 | Janet S Baer | 5.80 | Attend to matters re Wolin recusal and discovery issues (1.5); several conferences re same (1.0); participate in conference re discovery issues with counsel in Owens Corning, USG and Grace (1.8); follow up re further matters on same (.5); participate in internal conference re discovery matters (1.0). |
| 12/26/2003 | Mark E Grummer | 1.70 | Telephone conference re discovery request related to recusal motion (.4); review files and forward documents (1.3). |
| 12/26/2003 | Michelle H Browdy | 0.40 | Conference calls re document production issues. |
| 12/26/2003 | Rhonda Lopera | 1.50 | Telephone conference re discovery documents/correspondence to be produced. |
| 12/26/2003 | Scott A McMillin | 2.20 | Internal conferences re responding to document requests for communications with court (.8); attend to gathering responsive documents (.5); prepare for and participate in team conference call re review and production of documents (.9). |
| 12/26/2003 | Shirley A Pope | 2.00 | Prepare for and attend by telephone internal K&E litigation  strategy meeting. |
| 12/27/2003 | Samuel Blatnick | 2.50 | Draft Grace and Kirkland & Ellis privilege log for Wolin mandamus discovery. |
| 12/28/2003 | David M Bernick, P.C. | 2.50 | Preparation for discovery re recusal. |
| 12/28/2003 | Janet S Baer | 3.20 | Attend to matters re Wolin discovery and recusal issues (.5); update chronology to reflect communications with Court and advisors (2.5); revise letter to Wolin re discovery (.2). |
| 12/28/2003 | Mark J Arnot | 5.00 | Review and prepare documents to be produced in response to Movants' Submission of Request for Documents, December 26, 2003 Order by Judge Wolin. |
| 12/28/2003 | Rhonda Lopera | 3.00 | Review and analyze documents re discovery production (1.5); interoffice conference re same (.5); review and analyze docket re discovery production (1.0). |
| 12/28/2003 | Shirley A Pope | 12.80 | Review, collect and collate documents re Wolin December 26, 2003 Order concerning Movants' document requests to Kirkland & Ellis LLP, In re Owens Corning, In re USG Corporation matter. |
| 12/29/2003 | Christian J Lane | 1.50 | Office conferences re Smolker issues (.8); review stipulations re National Union adversary (.7). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/29/2003 | David M Bernick, P.C. | 4.00 | Preparation for conference call with Judge Wolin re discovery and conduct telephone conference with Judge Wolin re same. |
| 12/29/2003 | James W Kapp | 0.70 | Review voluntary stay stipulation re Montana Vermiculite motion (.2); attend to contempt motion and potential objections thereto (.5). |
| 12/29/2003 | James W Kapp | 1.70 | Review transcript from 12/23 hearing. |
| 12/29/2003 | Janet S Baer | 10.00 | Attend to matters re Wolin recusal and discovery issues (.5); review documents re same (.5); review transcripts re discovery issues (.5); participate in conference with Court re discovery (.8); further confer with counsel re same (.4); confer and coordinate discovery (1.0); attend second court conference re discovery (1.8); revise discovery letter re Movant's documents (.5); confer with client re discovery progress and issues and documents (.3); review Clifton Precision case re discovery issues (.3); revise case chronology (1.0); review documents and attend to all matters re document production and discovery (2.7). |
| 12/29/2003 | John C O'Quinn | 6.00 | Read background materials, research superfund cases (4.5); review superfund statute and decisions below (1.5). |
| 12/29/2003 | Maria E Yapan | 1.50 | Collate assorted documents re discovery request. |
| 12/29/2003 | Mark J Arnot | 6.80 | Review and prepare documents to be produced in response to Movants' Submission of Request for Documents, December 26, 2003 Order by Judge Wolin. |
| 12/29/2003 | Michelle H Browdy | 2.50 | Review documents for production; calls, follow up re ongoing discovery. |
| 12/29/2003 | Rhonda Lopera | 4.00 | Review and analyze documents re privilege log and documents to be produced (3.5); interoffice conference re same (.5). |
| 12/29/2003 | Samuel Blatnick | 8.50 | Review Kirkland & Ellis and Grace documents for Wolin mandamus discovery. |
| 12/29/2003 | Shirley A Pope | 9.50 | Review and prepare documents to be produced in response to Movants' Submission of Requests for Documents, December 26, 2003 Order by Judge Wolin. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/29/2003 | Tiffany J Wood | 8.00 | Review central files and retrieve documents responsive to production request (3.0); duplicate same for production (2.5); assist with preparation of client and Kirkland & Ellis LLP documents for production (2.0); review privileged documents and create binder of same for attorney review (.5). |
| 12/30/2003 | Brett H McGurk | 1.50 | Work on materials for statement of facts. |
| 12/30/2003 | Christian J Lane | 1.00 | Review and analyze materials re Smolker litigation and appeals. |
| 12/30/2003 | David M Bernick, P.C. | 4.50 | Logistics of document production (1.0); review of documents for production (3.5). |
| 12/30/2003 | James W Kapp | 0.20 | Attend to removal extension motion. |
| 12/30/2003 | James W Kapp | 2.90 | Review transcript for 12/24 hearing re recusal discovery. |
| 12/30/2003 | Janet S Baer | 7.90 | Review chronology and related materials in preparation for production by J. Wolin (1.0); review J. Wolin minutes and related notes (3.0); attend to matters re Wolin production issues (1.0); revise Sealed Air Settlement Objection (1.3); review and revise privilege log and confer re same (.8); several conferences re production issues (.8). |
| 12/30/2003 | Michelle H Browdy | 4.50 | Work on document production issues and coordination re ongoing discovery. |
| 12/30/2003 | Rhonda Lopera | 2.50 | Prepare correspondence re document production (1.0); interoffice conference re same (.5); review and analyze documents re privilege log (1.0). |
| 12/30/2003 | Samuel Blatnick | 9.00 | Update and revise privilege logs for Grace and Kirkland & Ellis document productions for the Wolin mandamus (5.0); draft response to accompany Kirkland & Ellis and Grace documents that were produced in response to Wolin mandamus discovery requests (4.0). |
| 12/30/2003 | Shirley A Pope | 7.00 | Review docket for newly filed pleadings and download same (2.0); review, analyze and forward correspondence to responsible attorney for action (1.0); review and organize pleadings for Concordance litigation support system (2.0); review and prepare documents to be produced in response to Movants's' Submission of Requests for Documents (2.0). |
| 12/31/2003 | David M Bernick, P.C. | 1.80 | Conduct telephone conference with team re document production and review of documents and log. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/31/2003 | James W Kapp | 1.00 | Attend to issues re recusal discovery production and responses. |
| 12/31/2003 | Janet S Baer | 10.00 | Conference re Wolin document production and privileged issues (1.0); attend to matters re same (.5); conference with Respondent and Movants counsel re document coordination issues (.7); conference re Grace and K&E Privileged documents and related issues (1.5); numerous conferences with respondents counsel, movants counsel and advisors counsel re document production issues (1.5); review and revise privileged logs, production response and documents for production of same (3.3); conferences re deposition preparation and related issues (1.5). |
| 12/31/2003 | Mark J Arnot | 1.10 | Prepare for depositions re motion to recuse Wolin. |
| 12/31/2003 | Michelle H Browdy | 4.00 | Preparation for deposition, including meetings and calls on document production and depositions and editing response pleading and privilege log drafts. |
| 12/31/2003 | Rhonda Lopera | 10.00 | Review and analyze docket re fee applications for document production (2.5); interoffice conference re document production (1.0); prepare documents re production and privilege log (5.0); review and analyze cross complaints re Smolker case (1.0); telephone conference with WDS re same (.3); interoffice conference re same (.2). |
| 12/31/2003 | Samuel Blatnick | 9.00 | Document production and deposition preposition for Wolin mandamus discovery. |
| 12/31/2003 | Shirley A Pope | 6.00 | Prepare for and attend internal litigation strategy meeting (3.0); review docket for newly filed pleadings and download same (1.0); review and prepare documents re production in response to Movants's' Submission of Requests for Documents (2.0). |
| 12/31/2003 | Tiffany J Wood | 7.00 | Assist with preparation of documents for production (3.5); interoffice conference re document production (1.0); retrieve, review, and duplicate selected pleadings for deposition files (2.5). |
| 12/31/2003 | Toni L Wallace | 1.80 | Search docket for Caplin fee applications for document production (.3); organize same for attorney review (.5); review previously filed K&E fee applications for certain fee detail for document production (1.0). |
| | Total hours: | 487.00 | |

## **Matter 30 – Hearings – Fees**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/2/2003 | James W Kapp | 0.20 | Review order re 12/15 telephonic hearing (.1); attend to issues re same (.1). |
| 12/2/2003 | Christian J Lane | 0.50 | Correspondence re telephonic participation in hearing. |
| 12/3/2003 | James W Kapp | 0.40 | Review 12/15 hearing agenda (.1); attend to issues re same (.3). |
| 12/8/2003 | Christian J Lane | 0.50 | Correspondence re telephonic participation in hearing. |
| 12/9/2003 | Janet S Baer | 0.50 | Confer re various parties re outstanding issues for December Omnibus hearing. |
| 12/9/2003 | Christian J Lane | 0.50 | Correspondence with counsel and co-counsel re telephonic participation in hearing. |
| 12/13/2003 | Janet S Baer | 1.00 | Review and organize materials for December Omnibus hearing. |
| 12/14/2003 | Janet S Baer | 1.00 | Review materials, especially re MVC matters for Omnibus hearing. |
| 12/15/2003 | Janet S Baer | 5.00 | Review further pleadings in preparation for MVC motion on stay (.5); review all materials in preparation for December Omnibus hearing and confer with client re same (1.5); attend December omnibus hearing (3.0). |
| 12/16/2003 | Janet S Baer | 0.50 | Confer re outcome of December Omnibus hearing and follow up matters re same. |
| | Total hours: | 10.10 | |

## Matter 32 – Fee Applications, Applicant – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/1/2003 | Toni L Wallace | 0.40 | Revise October fee application for client review. |
| 12/2/2003 | Toni L Wallace | 0.50 | Organize and review monthly fee statements in preparation for quarterly fee application. |
| 12/4/2003 | Toni L Wallace | 0.10 | Office conference with R. Langley re status of fee applications. |
| 12/4/2003 | James W Kapp | 0.20 | Review correspondence to Judge Wolin re fee applications in fraudulent conveyance adversary. |
| 12/10/2003 | Toni L Wallace | 0.50 | Review docket for filing information re monthly and quarterly fee applications and orders. |
| 12/11/2003 | Christian J Lane | 1.00 | Prepare November fee detail. |
| 12/12/2003 | Christian J Lane | 1.00 | Prepare November fee detail. |
| 12/17/2003 | Christian J Lane | 1.00 | Prepare November fee detail. |
| 12/18/2003 | Christian J Lane | 0.70 | Prepare November fee detail. |
| 12/22/2003 | Christian J Lane | 1.50 | Review and finalize November fee detail. |
| 12/24/2003 | Toni L Wallace | 2.30 | Prepare November monthly fee application and exhibits to same. |
| 12/29/2003 | Toni L Wallace | 1.50 | Research docket for quarterly fee application orders (.3); revise November monthly fee application and exhibits to same (1.0); prepare and forward same to local counsel for filing and service (.2). |
| 12/29/2003 | Christian J Lane | 1.00 | Review and finalize November fee application. |
| 12/30/2003 | Toni L Wallace | 0.50 | Update payment tracking chart (.4); e-mail correspondence re same (.1). |
| 12/31/2003 | Maria E Yapan | 3.00 | Review and organize various documents re fee applications. |
|  | Total hours: | 15.20 |  |

## Matter 38 – Employment Applications, Others – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/1/2003 | Christian J Lane | 1.50 | Analyze issues re possible additional work to be performed by retained professional (.6); and telephone conferences re same (.9). |
| 12/2/2003 | Christian J Lane | 2.00 | Analyze issues and revise state street retention order (.9) and telephone conferences re same (1.1). |
| 12/3/2003 | Christian J Lane | 2.30 | Analyze issues and revise state street retention order (.5) office conferences and telephone conferences re same (1.8). |
| 12/4/2003 | Christian J Lane | 1.50 | Analyze issues and further revise state street retention order (.7) office conferences and telephone conferences re same (.8). |
| 12/5/2003 | Christian J Lane | 1.70 | Analyze issues re state street retention order (.5) office conferences and telephone conferences re same (1.2). |
| 12/8/2003 | Christian J Lane | 2.50 | Telephone conferences re state street retention order (1.9); analyze issues re possible additional work to be performed by retained professional (.6). |
| 12/9/2003 | Christian J Lane | 2.30 | Finalize state street retention order (1.3) and telephone conferences re same (1.0). |
| 12/10/2003 | Christian J Lane | 2.00 | Review and revise order and telephone conferences re same (1.5); analyze issues re possible additional work to be performed by retained professional (.5). |
| 12/12/2003 | Christian J Lane | 2.80 | Review and revise order and telephone conferences re same (2.3); telephone conferences re possible additional work to be performed by retained professional (.5). |
| 12/15/2003 | Christian J Lane | 0.80 | Telephone conferences with client re OCP issues (.4); analyze issues re same (.4). |
| 12/16/2003 | James W Kapp | 1.20 | Review Deloitte & Touche motion to expand scope of services. |
| 12/19/2003 | James W Kapp | 0.70 | Attend to Deloitte & Touche amendment to employment agreement (.3); telephone conference with M. Shelnitz re same (.4). |
| | Total hours: | 21.30 | |

### Matter 41 – Tax Issues – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/15/2003 | Christian J Lane | 2.30 | Draft motion re settlement of Massachusetts tax litigation (1.8); telephone conferences re same (.5). |
| 12/16/2003 | Christian J Lane | 2.50 | Revise motion re settlement of Massachusetts tax litigation (1.8); office conferences re same (.7). |
| 12/17/2003 | James W Kapp | 0.50 | Attend to issues re Massachusetts tax refund motion. |
| 12/17/2003 | Christian J Lane | 1.70 | Review and revise motion re settlement of Massachusetts tax litigation (1.0); telephone conferences re same (.3); office conferences re Motion (.4). |
| 12/18/2003 | Christian J Lane | 2.50 | Revise motion re settlement of Massachusetts tax litigation (1.7); telephone conferences re same (.3); office conferences re motion (.5). |
| 12/19/2003 | Christian J Lane | 2.50 | Finalize motion re settlement of Massachusetts tax litigation (2.2); telephone conferences re same (.3). |
| | Total hours: | 12.00 | |

### Matter 42 – Travel non-working – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/12/2003 | David M Bernick, P.C. | 3.00 | Travel back to Chicago (1/2 time). |
| 12/14/2003 | Janet S Baer | 2.00 | Travel from Chicago to Pittsburgh for December Omnibus hearing (1/2 time). |
| 12/15/2003 | Janet S Baer | 2.00 | Travel from Pittsburgh back to Chicago after Omnibus hearing (1/2 time). |
| 12/22/2003 | David M Bernick, P.C. | 2.00 | Travel to New York (1/2 time). |
| 12/23/2003 | David M Bernick, P.C. | 2.00 | Travel to recusal hearing (1/2 time). |
| 12/30/2003 | Janet S Baer | 4.00 | Travel from Chicago to Newark to review J. Wolin documents re Recusal matter (1/2 time) (2.0); travel from New Jersey back to Chicago after same (1/2 time) (2.0). |
| | Total hours: | 15.00 | |

## Matter 46 – Tax Litigation – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 11/10/2003 | Pratibha J Shenoy | 1.20 | Office conference re letter of settlement and statute of limitations (.2); research running of statute of limitations during bankruptcy (1.0). |
| 11/11/2003 | Pratibha J Shenoy | 3.00 | Complete research re running of statute of limitations during bankruptcy and discuss. |
| 12/1/2003 | Natalie H Keller | 0.50 | Review proof of claim form filed by IRS and prepare response to same (.3); telephone conference re protective claims (.2). |
| 12/1/2003 | Todd F Maynes | 0.50 | Telephone calls with Nestor and E. Filon re settlement status, and with Court of Claims. |
| 12/2/2003 | Natalie H Keller | 0.20 | Conference re case status and follow-up re same. |
| 12/2/2003 | Todd F Maynes | 0.50 | Telephone calls with R. Stewart and E. Thomas re settlement status. |
| 12/3/2003 | Pratibha J Shenoy | 1.60 | Review claims and appeals filed with Internal Revenue Service by client, corporate parent, and related companies (.5); office conference re same (.3); telephone call with government attorney re same (.2); prepare summary of claims for powers of attorney to be filed on behalf of client (.6). |
| 12/3/2003 | Natalie H Keller | 0.50 | Prepare for and attend telephone conference with R. Stewart and P. Shenoy re settlement issues and December 10 telephone conference with Judge (.3); office conference re same and power of attorney forms (.2). |
| 12/4/2003 | Natalie H Keller | 0.50 | Telephone conference with C. Finke re IRS proofs of claim (.3); review proofs of claim and call IRS personnel re same (.2). |
| 12/5/2003 | Pratibha J Shenoy | 1.00 | Prepare and review powers of attorney to be filed on behalf of client. |
| 12/5/2003 | Natalie H Keller | 0.50 | Telephone conference with C. Finke, D. Nakashige and J. Fierney re 2000-2001 IRS proofs of claim (.3); office conference re same and follow-up re same (.2). |
| 12/10/2003 | Natalie H Keller | 0.50 | Prepare for and attend telephone conference with R. Stewart re settlement issues (.2); prepare for and attend telephone conference with Judge, R. Stewart and R. Finke re same (.3). |
| 12/10/2003 | Todd F Maynes | 0.50 | Telephone calls re settlement status. |
| 12/12/2003 | Todd F Maynes | 1.50 | Revisions to CCHP motion. |
| 12/15/2003 | Todd F Maynes | 0.50 | Review of CCHP motion. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/17/2003 | Natalie H Keller | 0.20 | Telephone conference with R. Stewart re settlement offer and follow-up re same. |
| 12/17/2003 | Todd F Maynes | 0.80 | Revisions to approval motion. |
| 12/18/2003 | Natalie H Keller | 0.20 | Review draft motion to approve settlement. |
| 12/19/2003 | Natalie H Keller | 0.30 | Review draft motion to approve settlement. |
| 12/20/2003 | Natalie H Keller | 1.30 | Review and revise draft motion to approve settlement. |
| 12/29/2003 | Natalie H Keller | 0.50 | Office conference re motion for approval of settlement and follow-up re same (.3); office conference re research project and follow-up re same (.2). |
| 12/29/2003 | Todd F Maynes | 0.50 | Revisions to settlement agreement. |
| 12/30/2003 | Natalie H Keller | 0.80 | Revise motion for approval of settlement (.4); office conference re research and follow-up re same (.2); send e-mail correspondence to client re revised motion (.2). |
| | Total hours: | 17.60 | |