# EXHIBIT B

## Matter 42 – Travel non-working – Expenses

| Service Description | Amount |
|---|---|
| Fax Charge | $21.50 |
| Travel Expense | $391.02 |
| Airfare | $3,189.94 |
| Transportation to/from airport | $563.00 |
| Travel Meals | $29.20 |
| **Total** | **$4,194.66** |

## Matter 42 – Travel non-working – Itemized Expenses

| Date | Amount | Description |
|---|---|---|
| 10/26/03 | 63.20 | Crown Coach - Transportation to/from airport, Janet S Baer |
| 10/27/03 | 64.10 | Crown Coach - Transportation to/from airport, Janet S Baer |
| 11/16/03 | 63.20 | Crown Coach - Transportation to/from airport, Janet S Baer |
| 11/16/03 | 77.42 | Janet Baer, To/From Airport, Philadelphia, PA, 11/16/03, (Hearing) |
| 11/17/03 | 63.20 | Crown Coach - Transportation to/from airport, Janet S Baer |
| 11/17/03 | 71.88 | Janet Baer, To/From Airport, Philadelphia, PA, 11/17/03, (Hearing) |
| 12/11/03 | 21.50 | David Bernick P.C., Fax, 12/11/03, (Court Hearing) |
| 12/11/03 | 192.66 | David Bernick P.C., Hotel, Philadelphia, PA, 12/11/03, (Court Hearing) |
| 12/11/03 | 1,133.80 | David Bernick P.C., Airfare, Philadelphia, PA, 12/11/03 to 12/12/03, (Court Hearing) |
| 12/11/03 | 35.00 | David Bernick P.C., To/From Airport, Chicago, IL, 12/11/03, (Court Hearing) |
| 12/11/03 | 35.00 | David Bernick P.C., To/From Airport, Philadelphia PA, 12/11/03, (Court Hearing) |
| 12/12/03 | 35.00 | David Bernick P.C., To/From Airport, Chicago, IL, 12/12/03, (Court Hearing) |
| 12/12/03 | 35.00 | David Bernick P.C., To/From Airport, Philadelphia PA, 12/12/03, (Court Hearing) |
| 12/14/03 | 198.36 | Janet Baer, Hotel, Pittsburgh, PA, 12/14/03, (Hearing) |
| 12/15/03 | 15.95 | Janet Baer, Travel Meal, Pittsburgh, PA, 12/15/03 (Hearing) |
| 12/15/03 | 8.25 | Janet Baer, Travel Meal, Pittsburgh, PA, 12/15/03 (Hearing) |
| 12/16/03 | 854.14 | Janet Baer, Airfare, Pittsburgh, PA, 12/14/03 to 12/15/03, (Hearing) |
| 12/30/03 | 1,202.00 | Janet Baer, Airfare, Newark, NJ, 12/30/03 to 12/30/03, (Meeting) |
| 12/30/03 | 20.00 | Janet Baer, To/From Airport, Newark, NJ, 12/30/03 (Meeting) |
| 12/30/03 | 5.00 | Janet Baer, Travel Meal, Newark, NJ, 12/30/03, (Meeting) |
| Total: | 4,194.66 | |

## Matter 52 – Expenses – Expenses

| Service Description | Amount |
|---|---|
| Telephone | $179.70 |
| Fax Telephone Charge | $4.16 |
| Fax Charge | $83.25 |
| Standard Copies | $652.70 |
| Binding | $1.75 |
| Scanned Images | $118.80 |
| Overnight Delivery | $81.08 |
| Outside Messenger Services | $288.95 |
| Court Reporter Fee/Deposition | $390.00 |
| Calendar/Court Services | $20.00 |
| Outside Copy/Binding Services | $608.79 |
| Working Meals/K&E and Others | $7.00 |
| Information Broker Doc/Svcs | $732.00 |
| Computer Database Research | $898.59 |
| Overtime Transportation | $55.80 |
| Overtime Meals | $12.00 |
| Overtime Meals - Attorney | $158.97 |
| Secretarial Overtime | $107.55 |
| Word Processing Overtime | $35.85 |
| **Total** | **$4,436.94** |

## Matter 52 – Expenses – Itemized Expenses

| Date | Amount | Description |
| --- | --- | --- |
| 10/08/03 | 42.00 | PACER SERVICE CENTER - Computer Database Research, Fees for Documents retrieved from Miscellaneous Court Dockets, Billing Cycle 7/1/03 to 9/30/03 |
| 10/08/03 | 477.05 | PACER SERVICE CENTER - Computer Database Research, Billing Cycle 7/1/03 to 9/30/03 |
| 10/08/03 | 4.83 | PACER SERVICE CENTER - Computer Database Research, Billing Cycle 7/1/03 to 9/30/03 |
| 10/27/03 | 1.25 | Telephone call to:  EASTERN,MA 781-761-6289 |
| 10/30/03 | 1.04 | Telephone call to:  COLUMBIA,MD 410-531-4191 |
| 10/31/03 | .83 | Telephone call to:  STATE OF,DE 302-778-6464 |
| 10/31/03 | .83 | Telephone call to:  WILMINGTON,DE 302-888-6947 |
| 11/04/03 | 1.04 | Telephone call to:  COLUMBIA,MD 410-531-4191 |
| 11/04/03 | .62 | Telephone call to:  WILMINGTON,DE 302-426-9910 |
| 11/04/03 | .62 | Telephone call to:  COLUMBIA,MD 410-531-4191 |
| 11/04/03 | .62 | Telephone call to:  NEWYORKCTY,NY 212-715-9100 |
| 11/04/03 | 2.08 | Telephone call to:  COLUMBIA,MD 410-531-4191 |
| 11/04/03 | 1.66 | Telephone call to:  NEWYORKCTY,NY 212-715-9377 |
| 11/04/03 | 6.13 | West Publishing-TP,Database Usage 11.03 |
| 11/05/03 | .62 | Telephone call to:  BEVERLYHLS,CA 310-552-3400 |
| 11/05/03 | .62 | Telephone call to:  NORTH WEST,NJ 973-733-9200 |
| 11/05/03 | 4.25 | West Publishing-TP,Database Usage 11.03 |
| 11/06/03 | 1.66 | Telephone call to:  WILMINGTON,DE 302-652-5340 |
| 11/06/03 | 2.49 | Telephone call to:  COLUMBIA,MD 410-531-4236 |
| 11/06/03 | 1.87 | Telephone call to:  COLUMBIA,MD 410-531-4222 |
| 11/06/03 | 15.66 | West Publishing-TP,Database Usage 11.03 |
| 11/07/03 | 42.38 | Fed Exp to:SEE ADDRESS LABEL,NEW YORK,NY from:MAILROOM |
| 11/10/03 | 73.08 | West Publishing-TP,Database Usage 11.03 |
| 11/10/03 | 45.67 | West Publishing-TP,Database Usage 11.03 |
| 11/11/03 | 3.74 | Telephone call to:  COLUMBIA,MD 410-531-4795 |
| 11/11/03 | 72.04 | West Publishing-TP,Database Usage 11.03 |
| 11/12/03 | 1.04 | Telephone call to:  WILMINGTON,DE 302-888-6947 |
| 11/12/03 | 2.70 | Telephone call to:  WASHINGTON,DC 202-659-7217 |
| 11/12/03 | 2.91 | Telephone call to:  COLUMBIA,MD 410-531-4191 |
| 11/12/03 | 11.00 | West Publishing-TP,Database Usage 11.03 |
| 11/13/03 | 1.25 | Telephone call to:  NEWYORKCTY,NY 212-806-6015 |

| Date | Amount | Description |
|------|--------|-------------|
| 11/13/03 | 1.25 | Telephone call to:  NEWYORKCTY,NY 212-715-9377 |
| 11/14/03 | 11.88 | GENESYS CONFERENCING, INC. - Telephone, Conference call, N Keller, 10/29/03 |
| 11/14/03 | .62 | Telephone call to:  NORTH WEST,NJ 973-857-4600 |
| 11/14/03 | 3.33 | Telephone call to:  CAMBRIDGE,MA 617-498-4399 |
| 11/14/03 | .67 | West Publishing-TP,Database Usage 11.03 |
| 11/17/03 | 1.87 | Telephone call to:  COLUMBIA,MD 410-531-4213 |
| 11/17/03 | 1.25 | Telephone call to:  STATE OF,DE 302-778-6464 |
| 11/17/03 | 1.04 | Telephone call to:  COLUMBIA,MD 410-531-4213 |
| 11/18/03 | 1.04 | Telephone call to:  STATE OF,DE 302-778-6464 |
| 11/20/03 | 10.00 | Calendar/Court Services - Obtain dockets for Cal Court of Appeal, 2nd Dist involving Smolker and TIG Insurance. (R. Lopera(CH)) |
| 11/20/03 | 24.09 | West Publishing-TP,Database Usage 11.03 |
| 11/20/03 | 26.28 | West Publishing-TP,Database Usage 11.03 |
| 11/21/03 | .83 | Telephone call to:  COLUMBIA,MD 410-531-4213 |
| 11/21/03 | 13.19 | Fed Exp to:ALAN R STRINGER,OAK HARBOR,WA from:BRETT MCGURK |
| 11/21/03 | 9.61 | West Publishing-TP,Database Usage 11.03 |
| 11/22/03 | 49.50 | PREMIER CORPORATE SERVICES, INC. - Information Broker Doc/Svcs, Service regarding 03-4212 for T. Wood, 11/21/03 |
| 11/22/03 | 39.11 | VIRTUALDOCKET.COM - TA(36.90) Computer Database Research, 10/21/03 to 11/19/03 Documents Downloaded per A. Groesch. |
| 11/24/03 | 2.25 | Fax page charge to 202-514-9440 |
| 11/24/03 | 2.25 | Fax page charge to 561-362-1323 |
| 11/24/03 | 7.36 | Fed Exp to:SEE ADDRESS LABEL,WASHINGTON,DC from:MAILROOM |
| 11/24/03 | 33.71 | West Publishing-TP,Database Usage 11.03 |
| 11/25/03 | 62.58 | Janet Baer, Cellular Service, T Mobile, 10/11/03-11/10/03, 11/25/03, (Telephone Charges) |
| 11/25/03 | 1.87 | Telephone call to:  COLUMBIA,MD 410-531-4751 |
| 11/25/03 | 2.29 | Telephone call to:  E CENTRAL,FL 561-362-1302 |
| 11/25/03 | 3.12 | Telephone call to:  COLUMBIA,MD 410-531-4170 |
| 11/25/03 | 54.00 | Standard Copies |
| 11/25/03 | 1.00 | Standard Copies |
| 11/25/03 | .20 | Standard Copies |
| 11/25/03 | .40 | Standard Copies |
| 11/25/03 | .40 | Standard Copies |
| 11/25/03 | .40 | Standard Copies |

| Date | Amount | Description |
|------|-------:|-------------|
| 11/25/03 | 10.00 | Calendar/Court Services - Obtain documents from Cal COA, 2nd case# B138229 via Worldwide. (R. Lopera(CH)) |
| 11/25/03 | 13.41 | West Publishing-TP,Database Usage 11.03 |
| 11/26/03 | 3.12 | Telephone call to:  COLUMBIA,MD 410-997-3764 |
| 11/26/03 | .62 | Telephone call to:  COLUMBIA,MD 410-531-4213 |
| 11/26/03 | 1.20 | Standard Copies |
| 11/26/03 | 21.00 | Standard Copies |
| 11/26/03 | 1.20 | Standard Copies |
| 11/26/03 | 2.00 | Standard Copies |
| 11/26/03 | .30 | Scanned Images |
| 11/30/03 | 288.95 | WORLDWIDE NETWORK, INC. - Outside Messenger Services - 11/26/03 CA Court of Appeals, 2nd District Los Angeles |
| 11/30/03 | 483.00 | PARCELS, INC - Information Broker Doc/Svcs, documents re case #03-4212 for T Wood |
| 12/01/03 | 1.87 | Telephone call to: NY CITY,NY 917-940-4413 |
| 12/01/03 | 2.08 | Telephone call to:  SE PART,FL 954-590-3454 |
| 12/01/03 | 1.04 | Fax phone charge to 954-590-3455 |
| 12/01/03 | 1.04 | Fax phone charge to 617-498-4402 |
| 12/01/03 | 10.50 | Fax page charge to 954-590-3455 |
| 12/01/03 | 10.50 | Fax page charge to 617-498-4402 |
| 12/01/03 | 26.30 | Standard Copies |
| 12/01/03 | .10 | Standard Copies |
| 12/01/03 | .20 | Standard Copies |
| 12/01/03 | 1.70 | Standard Copies |
| 12/01/03 | 18.00 | Standard Copies |
| 12/01/03 | .90 | Standard Copies |
| 12/01/03 | 2.70 | Standard Copies |
| 12/01/03 | 10.80 | Standard Copies |
| 12/01/03 | 1.90 | Standard Copies |
| 12/01/03 | 2.70 | Standard Copies |
| 12/01/03 | 10.80 | Standard Copies |
| 12/01/03 | 1.90 | Standard Copies |
| 12/01/03 | 11.80 | Standard Copies |
| 12/01/03 | .40 | Standard Copies |
| 12/01/03 | .40 | Standard Copies |
| 12/01/03 | 11.80 | Standard Copies |
| 12/01/03 | .80 | Standard Copies |
| 12/01/03 | 18.50 | Standard Copies |

B-6

| Date | Amount | Description |
|------|-------:|-------------|
| 12/01/03 | 30.28 | Samuel Blatnick, Overtime Meal-Attorney, Chicago, 12/01/03, (Overtime Meals), Overtime Meal |
| 12/02/03 | 3.53 | Telephone call to: NY CITY,NY 917-940-4413 |
| 12/02/03 | 2.25 | Fax page charge to 973-994-2861 |
| 12/02/03 | 21.40 | Standard Copies |
| 12/02/03 | 3.60 | Standard Copies |
| 12/02/03 | 4.40 | Standard Copies |
| 12/02/03 | 3.70 | Standard Copies |
| 12/02/03 | .10 | Standard Copies |
| 12/02/03 | 5.50 | Standard Copies |
| 12/02/03 | 2.20 | Standard Copies |
| 12/02/03 | .50 | Standard Copies |
| 12/02/03 | 32.00 | Standard Copies |
| 12/02/03 | 3.60 | Standard Copies |
| 12/02/03 | .20 | Standard Copies |
| 12/02/03 | 9.70 | Standard Copies |
| 12/02/03 | 7.30 | Standard Copies |
| 12/02/03 | 4.90 | Standard Copies |
| 12/02/03 | 11.20 | Standard Copies |
| 12/02/03 | 5.00 | Standard Copies |
| 12/02/03 | 5.55 | Scanned Images |
| 12/02/03 | 8.85 | Scanned Images |
| 12/02/03 | 1.35 | Scanned Images |
| 12/02/03 | .30 | Scanned Images |
| 12/02/03 | .90 | Scanned Images |
| 12/02/03 | .60 | Scanned Images |
| 12/02/03 | .90 | Scanned Images |
| 12/02/03 | 3.30 | Scanned Images |
| 12/02/03 | 3.45 | Scanned Images |
| 12/02/03 | 4.05 | Scanned Images |
| 12/02/03 | 4.05 | Scanned Images |
| 12/02/03 | 5.85 | Scanned Images |
| 12/02/03 | 3.30 | Scanned Images |
| 12/02/03 | 4.05 | Scanned Images |
| 12/02/03 | 10.95 | Scanned Images |
| 12/02/03 | 7.35 | Scanned Images |
| 12/02/03 | 15.00 | Scanned Images |

| Date | Amount | Description |
|------|-------:|-------------|
| 12/02/03 | 1.20 | Scanned Images |
| 12/02/03 | 1.20 | Scanned Images |
| 12/02/03 | 1.05 | Scanned Images |
| 12/02/03 | 22.00 | Roberta Solis, Parking, Chicago, IL, 12/02/03, (Overtime Transportation) |
| 12/02/03 | 12.00 | Overtime Meals    Donna R Amos t |
| 12/02/03 | 107.55 | Roberta K Solis - Format, TOC, TOA and revisions t |
| 12/02/03 | 35.85 | Clinton J Boyd - Document revisions |
| 12/03/03 | 1.66 | Telephone call to:  WASHINGTON,DC 202-659-6629 |
| 12/03/03 | 1.45 | Telephone call to:  BALTIMORE,MD 410-332-8600 |
| 12/03/03 | 2.08 | Fax phone charge to 617-498-4402 |
| 12/03/03 | 29.25 | Fax page charge to 617-498-4402 |
| 12/03/03 | .20 | Standard Copies |
| 12/03/03 | 2.40 | Standard Copies |
| 12/03/03 | 8.20 | Standard Copies |
| 12/03/03 | .90 | Scanned Images |
| 12/04/03 | 5.61 | Telephone call to:  NY CITY,NY 917-940-4413 |
| 12/04/03 | .83 | Telephone call to:  E CENTRAL,FL 561-362-1302 |
| 12/04/03 | 1.45 | Telephone call to:  CAMBRIDGE,MA 617-498-3826 |
| 12/04/03 | 2.91 | Telephone call to:  E CENTRAL,FL 561-362-1300 |
| 12/04/03 | 6.30 | Standard Copies |
| 12/04/03 | .20 | Standard Copies |
| 12/04/03 | 1.80 | Standard Copies |
| 12/04/03 | 1.40 | Standard Copies |
| 12/04/03 | 10.04 | Fed Exp to:SEE ADDRESS LABEL,NEWARK,NJ from:MAILROOM |
| 12/05/03 | .75 | Telephone call to:  DENVER,CO 303-861-7000 |
| 12/05/03 | 2.91 | Telephone call to:  E CENTRAL,FL 561-362-1300 |
| 12/05/03 | .10 | Standard Copies |
| 12/05/03 | 8.11 | Fed Exp to:SEE ADDRESS LABEL,BOCA RATON,FL from:MAILROOM |
| 12/05/03 | 199.50 | PARCELS, INC - Information Broker Doc/Svcs, documents re case #03-4212 for T Wood |
| 12/08/03 | 3.00 | Standard Copies |
| 12/08/03 | 7.80 | Standard Copies |
| 12/08/03 | 19.20 | Standard Copies |
| 12/08/03 | 2.00 | Standard Copies |
| 12/08/03 | 3.60 | Scanned Images |
| 12/08/03 | .15 | Scanned Images |

| Date | Amount | Description |
|------|-------:|-------------|
| 12/08/03 | .15 | Scanned Images |
| 12/09/03 | 10.39 | Telephone call to:  JACKSON,MS 601-948-8023 |
| 12/09/03 | 1.45 | Telephone call to:  COLUMBIA,MD 410-531-4170 |
| 12/09/03 | 146.40 | Standard Copies |
| 12/09/03 | .10 | Standard Copies |
| 12/09/03 | 3.90 | Standard Copies |
| 12/09/03 | 3.00 | Scanned Images |
| 12/10/03 | 4.36 | Telephone call to:  COLUMBIA,MD 410-531-4212 |
| 12/10/03 | 3.75 | Fax page charge to 954-423-7939 |
| 12/10/03 | 1.50 | Fax page charge to 901-546-4115 |
| 12/10/03 | 1.50 | Fax page charge to 901-546-4115 |
| 12/10/03 | 5.30 | Standard Copies |
| 12/10/03 | 3.80 | Standard Copies |
| 12/10/03 | .15 | Scanned Images |
| 12/10/03 | 7.00 | Beverages |
| 12/10/03 | 6.40 | Overtime Transportation, T. Wood, 11/10/03 |
| 12/10/03 | 30.82 | Samuel Blatnick, Overtime Meal-Attorney, Chicago, 12/10/03, (Overtime Meals), Overtime Meal |
| 12/11/03 | .62 | Telephone call to:  E CENTRAL,FL 561-362-1302 |
| 12/11/03 | 1.87 | Telephone call to:  BOSTON,MA 617-951-2505 |
| 12/11/03 | 22.83 | Samuel Blatnick, Overtime Meal-Attorney, Chicago, 12/11/03, (Overtime Meals), Overtime Meal |
| 12/15/03 | 1.50 | Standard Copies |
| 12/15/03 | 3.45 | Scanned Images |
| 12/16/03 | .90 | Scanned Images |
| 12/16/03 | 23.76 | Samuel Blatnick, Overtime Meal-Attorney, Chicago, 12/16/03, (Document Production), Overtime Meal |
| 12/17/03 | 1.45 | Telephone call to:  CAMBRIDGE,MA 617-498-4852 |
| 12/17/03 | 2.08 | Telephone call to:  NEWTOWN,PA 215-968-1001 |
| 12/17/03 | 3.45 | Scanned Images |
| 12/18/03 | 1.50 | Fax page charge to 617-498-4402 |
| 12/18/03 | 6.80 | Standard Copies |
| 12/18/03 | 8.50 | Standard Copies |
| 12/18/03 | .20 | Standard Copies |
| 12/18/03 | 3.30 | Standard Copies |
| 12/18/03 | .30 | Scanned Images |
| 12/18/03 | 390.00 | JAMES DECRESCENZO REPORTING - Court Reporter Fee/Deposition, Transcript for Third Circuit Oral Argument, 12/12/03 |

B-9

| Date | Amount | Description |
|------|-------:|-------------|
| 12/18/03 | 51.28 | Samuel Blatnick, Overtime Meal-Attorney, Chicago, 12/18/03, (Document Production), Overtime Meal |
| 12/19/03 | .10 | Standard Copies |
| 12/19/03 | 57.40 | Standard Copies |
| 12/19/03 | 1.50 | Standard Copies |
| 12/19/03 | .50 | Standard Copies |
| 12/19/03 | 7.20 | Standard Copies |
| 12/19/03 | 1.75 | Binding |
| 12/19/03 | 12.75 | Scanned Images |
| 12/19/03 | .60 | Scanned Images |
| 12/19/03 | 15.00 | Overtime Transportation, R. Lopera, 11/23/03 |
| 12/22/03 | 3.53 | Telephone call to:  WASHINGTON,DC 202-659-6629 |
| 12/22/03 | 1.87 | Telephone call to:  E CENTRAL,FL 561-362-1302 |
| 12/22/03 | 6.75 | Fax page charge to 202-879-5200 |
| 12/22/03 | 3.00 | Fax page charge to 202-879-5200 |
| 12/22/03 | 3.00 | Fax page charge to 212-903-3949 |
| 12/22/03 | 30.80 | Standard Copies |
| 12/22/03 | .90 | Standard Copies |
| 12/22/03 | .40 | Standard Copies |
| 12/22/03 | 2.70 | Standard Copies |
| 12/22/03 | .30 | Scanned Images |
| 12/24/03 | .83 | Telephone call to:  NORTH WEST,NJ 973-645-2580 |
| 12/24/03 | 5.25 | Fax page charge to 412-355-6501 |
| 12/28/03 | 4.65 | Scanned Images |
| 12/29/03 | .60 | Scanned Images |
| 12/29/03 | .30 | Scanned Images |
| 12/29/03 | 6.40 | Overtime Transportation, T. Wood, 11/20/03 |
| 12/30/03 | 222.63 | 24 SEVEN COPIES, INC - Outside Copy/Binding Services, P.O.# A-2832, requested by T Wood |
| 12/31/03 | 386.16 | 24 SEVEN COPIES, INC - Outside Copy/Binding Services, P.O.# A-2851, requested by T Wood |
| 12/31/03 | 6.00 | Janet Baer, cabfare, Chicago, IL, 12/31/03, (Overtime Transportation) |
| Total: | 4,436.94 | |