## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | § | **Chapter 11** |
| | § | |
| **W.R. GRACE & CO., et al.,** | § | **Jointly Administered** |
| | § | **Case No. 01-01139 (JKF)** |
| Debtors. | § | |
| | § | |

### FEE AUDITOR'S FINAL REPORT REGARDING
### FEE APPLICATION OF HOLME ROBERTS & OWEN, LLP
### FOR THE TENTH INTERIM PERIOD

This is the final report of Warren H. Smith & Associates, P.C., acting in its capacity as fee

auditor in the above-captioned bankruptcy proceedings, regarding the Fee Application of Holme

Roberts & Owen, LLP for the Tenth Interim Period.

### BACKGROUND

1.      Holme Roberts & Owen, LLP ("HRO") was retained as special environmental

counsel to the Debtors.  In the Application, HRO seeks approval of fees totaling $111,692.00 and

costs totaling $5,179.63 for its services from July 1, 2003, through September 30, 2003.

2.      In conducting this audit and reaching the conclusions and recommendations contained

herein, we reviewed in detail the Application in its entirety, including each of the time entries

included in the exhibits to the Application, for compliance with 11 U.S.C. § 330, Local Rule 2016-2

of the Local Rules of the United States Bankruptcy Court for the District of Delaware, Amended

Effective February 1, 2001, and the United States Trustee Guidelines for Reviewing Applications

for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. 330, Issued January 30,

1996, (the "Guidelines"), as well as for consistency with precedent established in the United States

Bankruptcy Court for the District of Delaware, the United States District Court for the District of

Delaware, and the Third Circuit Court of Appeals.  We served on HRO an initial report based on our

review, and received a response from HRO, portions of which response are quoted herein.

## DISCUSSION

3.      In our initial report, we noted that on July 6, 2003, KWL ($350.00) billed 3.0 hours

for $1,050.00.  However, the parenthetical entries from the fee detail total only 2.0 hours, for a

possible overcharge of $350.00.  The entry is provided below.

07/07/03        KWL   $1,050.00        3.0        (Administrative Order Negotiations) Meeting with
                                                   Matt Cohn and Andrea Madigan re Administrative
                                                   Order issues (2.00).

We asked HRO to advise us as to this apparent miscalculation.   HRO responded as follows:

> HRO agrees that the time entry of KWL on July 7, 2003, contained an addition error.
> Accordingly, HRO agrees to a reduction of HRO's requested award for fees by
> $350.00.

We appreciate the response and thus recommend a reduction of $350.00 in fees.

4.      We also noted that HRO is seeking reimbursement of $1,804.12 for consulting fees.

The expense entries are provided below:

06/16/03        Consulting Fee: VENDOR: Morris, James, Hitchens & Williams LLP;        198.00
                INVOICE#254344; DATE: 8/14/2003 - Professional Services through
                July 31, 2003
08/31/03        Consulting Fee: VENDOR: Morris, James, Hitchens & Williams LLP;        198.00
                INVOICE#254993; DATE:9/9/2003 - Professional Services through
                August 31, 2003

The Guidelines, Paragraph II.E.3., states in part ". . . .Unusual items require more detailed

explanations and should be allocated, where practicable, to specific projects."  We asked HRO to

provide additional information regarding these expense items, including the specific project or

projects involved.  HRO's response is provided below.

These fees and costs are for the Delaware law firm of Morris, James, Hitchens &
Williams LLP, which acts as local counsel or co-counsel with HRO in preparing
notices and affidavits of service, filing and serving monthly and quarterly fee
applications, and filing and serving certificates regarding objections, or lack thereof,
to HRO's fee applications.  The $1,804.12 in fees is inclusive of costs incurred in the
filing and serving of HRO fee applications, including but not limited to postage,
copying, PACER charges, telephone charges and other costs associated with the
monthly and quarterly filing of fee applications in this case.  Copies of statements
from Morris, James, Hitchens & Williams, LLP will be provided to the Fee Auditor
upon request.

We appreciate the response and offer no objection to these expenses.

5.    We noted several expense items that appear to be duplications.  The expense entries

are provided below:

| 09/05/03 | Federal Express: VENDOR: Federal Express Corporation; INVOICE# 4-866-53720: DATE:9/5/2003 - Courier, Acct. 0802-0410-8.08-27; Angela Anderson Boston, Ma | 17.52 |
| 09/05/03 | Federal Express: VENDOR: Federal Express Corporation; INVOICE# 4-866-53720: DATE:9/5/2003 - Courier, Acct. 0802-0410-8.08-27; Angela Anderson Boston, Ma | 17.52 |
| 09/05/03 | Federal Express: VENDOR: Federal Express Corporation; INVOICE# 4-866-53720: DATE:9/5/2003 - Courier, Acct. 0802-0410-8.08-27; Angela Anderson Boston, Ma | 18.98 |
| 09/05/03 | Federal Express: VENDOR: Federal Express Corporation; INVOICE# 4-866-53720: DATE:9/5/2003 - Courier, Acct. 0802-0410-8.08-27; Angela Anderson Boston, Ma | 17.52 |
| 09/05/03 | Federal Express: VENDOR: Federal Express Corporation; INVOICE# 4-866-53720: DATE:9/5/2003 - Courier, Acct. 0802-0410-8.08-27; Angela Anderson Boston, Ma | 17.52 |
| 09/05/03 | Federal Express: VENDOR: Federal Express Corporation; INVOICE# 4-866-53720: DATE:9/5/2003 - Courier, Acct. 0802-0410-8.08-27; Angela Anderson Boston, Ma | 18.98 |

We asked HRO to explain whether any of the above expense entries are duplications.   HRO

responded as follows:

The specified charges, although incurred on the same date and under the same
invoice number, are not duplicative.  Rather, the charges are for six (6) separate

shipments made by HRO on that date and included on the same invoice by Federal Express.  Copies of the invoices are enclosed herewith for review by the Fee Auditor.

We appreciate the response and have no objection to these expenses.

### CONCLUSION

6.      Thus, we recommend approval of fees totaling $111,342.00 ($111,692.00 minus $350.00) and costs totaling $5,179.63 for HRO's services from July 1, 2003, through September 30, 2003.

Respectfully submitted,

**WARREN H. SMITH & ASSOCIATES, P.C.**

By:_____
            Warren H. Smith
            Texas State Bar No. 18757050

Republic Center
325 N. St. Paul, Suite 4080
Dallas, Texas  75201
214-698-3868
214-722-0081 (fax)
whsmith@whsmithlaw.com

**FEE AUDITOR**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served First Class United States mail to the attached service list on this 3rd day of February, 2004.

_____
Warren H. Smith

## SERVICE LIST
### Notice Parties

**The Applicant**

Elizabeth K. Flaagan, Esq.
HOLME ROBERTS & OWEN, LLP
1700 Lincoln Street, Suite 4100
Denver, Colorado 80203

**The Debtors**

David B. Siegel, Esq.
Sr. V.P. and Gen. Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**Counsel for the Debtors**

James H.M. Sprayregen, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Laura Davis Jones, Esq.
Pachulski, Stang, Ziehl, Young & Jones, P.C.
919 North Market Street, Suite 1600
P.O. Box 8705
Wilmington, DE 19899-8705

**Counsel for the Official Committee of Unsecured Creditors**

Lewis Kruger, Esq
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski, Esq.
Duane Morris & Heckscher

1100 N. Market Street, Suite 1200
Wilmington, De 19801-1246

**Counsel to the Official Committee of Property Damage Claimants**

Scott L. Baena, Esq
Bilzin, Sumberg, Dunn, Baena, Price & Axelrod
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

Michael B. Joseph,Esq.
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

**Counsel to the Official Committee of Personal Injury Claimants**

Elihu Inselbuch, Esq.
Caplin & Drysdale
399 Park Avenue, 36th Floor
New York, NY 10022

Marla R. Eskin
Campbell & Levine, LLC
Suite 300
800 N. King Street
Wilmington, DE  19801

**Official Committee of Equity Holders**

Thomas M. Mayer, Esq.

Kramer Levin Naftalis & Frankel
919 Third Avenue
New York, NY 10022

Teresa K.D. Currier, Esq.
Klett Rooney Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801

**United States Trustee**

Office of the United States Trustee
Frank J. Perch, Esq.
844 King Street, Suite 2311
Wilmington, DE 19801