## NOTIFICATION OF CREDITOR CHANGE OF ADDRESS

Re:  In re W.R. Grace & Co., Debtor
     Case No. 01-1139 (JJF)

Date: January 29, 2004

| To: Attn: Bankruptcy Clerk<br>824 Market Street<br>Wilmington, DE 19801 | Cc: Laura Davis Jones<br>Pachulski, Stang, Ziehl, Young & Jones<br>P.C.<br>919 North Market Street, 16th Floor<br>Wilmington, DE 19899-8705 |
|---|---|

From: **Kforce Inc.**
f/k/a  **Kforce.com**
f/k/a  **Romac International, Inc.**
f/k/a  **Source Services Inc.**

Please update the creditor matrix with the following address information:

New Address: **Kforce Inc.**

**Attn: Roger Hammond**

**1001 East Palm Avenue**

**Tampa, Florida 33605**

I declare under penalty of perjury under the laws of the United States and the State of Florida that the foregoing is true and correct to the best of my knowledge and belief, and I represent that the execution of this Notification of Creditor Change of Address has been duly authorized by the party on whose behalf the claim listed above pertains.

Signature: *Roger W. Hammond*                    Date: 02/02/04

Print Name: Roger Hammond
(813) 552-1348