IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | **Chapter 11** |
| | ) | |
| W. R. Grace & Co. et al.; | ) | **Case No. 01-01139(JKF)** |
| | ) | **Jointly Administered** |
| Debtors. | ) | |

Objection Deadline:
February 24, 2004 at 4:00 p.m.
Hearing date: To be scheduled only
if objections are timely filed and served.

## THIRTY-THIRD MONTHLY FEE APPLICATION OF STROOCK & STROOCK & LAVAN LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM DECEMBER 1, 2003 THROUGH DECEMBER 31, 2003

| | |
|---|---|
| Name of Applicant | **Stroock & Stroock & Lavan LLP** |
| Authorized to Provide Professional Services to: | **Official Committee of Unsecured Creditors** |
| Date of Retention: | **April 12, 2001** |
| Period for which compensation and reimbursement is sought | **December 1, 2003 – December 31, 2003** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$52,321.50 (80% - $41,857.20)** |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | **$924.99 (Stroock)** <br> **$27,005.00 (Navigant (f/k/a Chambers))** |

This is an: ☒ interim ☐ final application

*The total time expended for the preparation of the Thrty-Second and Thirty-Third Monthly Fee Statements and the Tenth Quarterly Fee Application is approximately 21.6 hours and the corresponding compensation requested is approximately $5,652.00.*

SSL-DOCS1 1423865v1

**Attachment A**

## Monthly Interim Fee Applications

| Date Filed | Period Covered | Payment Requested: | | CNO Filed Approving: | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| May 30, 2001 D.I.339 | 4/12/01-4/30/01 | $138,926.00 | $1,975.13 | $111,140.80 | $1,975.13 |
| July 2, 2001 D.I.613 | 5/1/01 – 5/31/01 | $139,928.75 | $6,884.73 | $111,943.00 | $6,884.73 |
| July 30, 2001 D.I.772 | 6/1/01 – 6/30/01 | $91,019.00 | $10,458.14 | $72,815.20 | $10,458.14 |
| September 5, 2001 D.I.889 | 7/1/01-7/31/01 | $92,308.00 | $5,144.37 | $73,846.40 | $5,144.37 |
| October 2, 2001 D.I.983 | 8/1/01 8/31/01 | $53,873.50 | $3,069.88 | $43,098.80 | $3,069.88 |
| October 31, 2001 D.I.1058 | 9/1/01 – 9/30/01 | $58,742.00 | $6,801.32 | $46,993.60 | $6,801.32 |
| November 26, 2001 D.I.1239 | 10/1/01 – 10/31/01 | $101,069.00 | $3,562.09 | $80,855.20 | $3,562.09 |
| January 8, 2002 D.I.1470 | 11/1/01 – 11/30/01 | $136,368.50 | $8,847.34 | $109,094.80 | $8,847.34 |
| February 1, 2002 D.I.1608 | 12/01/01 – 12/31/01 | $92,064.50 | $9,471.47 | $73,651.60 | $9,471.47 |
| March 14, 2002 D.I.1812 | 01/01/02 – 01/31/02 | $100,231.50 | $14,675.58 | $80,185.20 | $14,675.58 |
| April 22, 2002 D.I.1951 | 02/01/02 – 02/28/02 | $88,974.50 | $16,863.97 | $71,179.60 | $16,863.97 |
| May 8, 2002 D.I.2029 | 03/01/02 – 03/31/02 | $77,964.25 | $1,190.44 | $62,371.40 | $1,190.44 |
| June 3, 2002 D.I.2156 | 04/01/02-04/30/02 | $97,251.50 | $1,816.40 (Stroock) $9,772.37 (Chambers) | $77,801.20 | $11,588.86 |

| | | | | | |
|---|---|---|---|---|---|
| July 2, 2002<br>D.I.2324 | 05/01/02 –<br>05/31/02 | $74,910.75 | $2,9154.43 (Strock)<br>$43,190.69 (Chambers) | $59,928.60 | $46,105.12 |
| August 5, 2002<br>D.I.2495 | 06/01/02 –<br>06/30/02 | $73,096.75 | $2,054.05 (Strock)<br>$114,666.72 (Chambers) | $58,477.4011 | $116,720.77 |
| September 20, 2002<br>D.I.2720 | 07/01/02 –<br>07/31/02 | $90,903.27 | $1,250.79 (Strock)<br>$11,996.25 (Chambers) | $72,722.61 | $13,274.04 |
| October 29, 2002<br>D.I.2898 | 08/01/02 –<br>08/31/02 | $93,151.25 | $11,539.51 (Strock)<br>$5,046.70 (Chambers) | $74,521.00 | $16,586.21 |
| November 14, 2002<br>D.I.2981 | 09/01/02 –<br>09/30/02 | $96,613.25 | $15,567.77 (Strock)<br>$771.50 (Chambers) | $77,290.60 | $16,339.27 |
| December 10, 2002<br>D.I.3129 | 10/1/02 –<br>10/31/02 | $68,404.00 | $2,956.54 (Strock)<br>$1,780.75 (Chambers) | $54,723.20 | $4,737.29 |
| January 28, 2003<br>D.I.3286 | 11/1/02 –<br>11/30/02 | $75,345.50 | $8,712.16 (Strock) | $60,276.40 | $8,712.16 |
| February 7, 2003<br>D.I.3349 | 12/1/02 –<br>12/31/02 | $27,683.50 | $13,332.14 (Strock) | $22,146.80 | $13,332.14 |
| March 26, 2003<br>D.I.3552 | 1/1/03 –<br>1/31/03 | $88,139.00 | $1,210.11 (Strock) | $70,511.20 | $1,210.11 |
| April 7, 2003<br>D.I.3626 | 2/1/03 –<br>2/28/03 | $76,313.00 | $2,022.78 (Strock)<br>$1,077.80 (Chambers) | $61,050.40 | $3,100.58 |
| April 29, 2003<br>D.I. 3718 | 3/1/03 –<br>3/31/03 | $60,163.50 | $6,191.15 (Strock) | $48,130.80 | $6,191.15 |
| June 2, 2003<br>D.I. 3850 | 4/1/03 –<br>4/30/03 | $60,269.00 | $814.02 (Strock)<br>$2,043.00 (Chambers) | $48,215.20 | $2,857.02 |
| July 1, 2003<br>D.I. 3983 | 5/1/03 –<br>5/31/03 | $111,990.50 | $691.84 (Strock)<br>$9,830.50 (Chambers) | $89,592.40 | $10,522.34 |
| August 5, 2003<br>D.I. 4152 | 6/1/03 –<br>6/30/03 | $43,824.00 | $1,220.42 (Strock)<br>$61,755.00 (Chambers) | $35,059.20 | $62,975.42 |
| September 4, 2003<br>D.I. 4381 | 7/1/03 –<br>7/31/03 | $79,090.50 | $2,301.33 (Strock)<br>$14,274.25 (Chambers) | $55,941.60 | $16,575.58 |
| September 30, 2003<br>D.I. 4512 | 8/1/03 –<br>8/31/03 | $69,927.00 | $1,164.19 (Strock)<br>$12,488.94 (Chambers) | $55,941.60 | $13,653.13 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI<br>180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM<br>SSL-DOCS1 1423865v1

| October 29, 2003 D.I. 4625 | 9/1/03 – 9/30/03 | $69,409.50 | $1,076.94 (Stroock) $10,102.00 (Chambers) | $55,527.60 | $11,178.94 |
| December 19, 2002 D.I. 4843 | 10/1/03 – 10/31/03 | $96,980.50 | $3,800.45 (Stroock) $42,881.50 (Chambers) | $77,584.40 | $46,681.95 |
| January 23, 2003 D.I. 4976 | 11/1/03 – 11/30/03 | $66,428.50 | $1,225.38 (Stroock) $30,463.00 (Navigant f/k/a Chambers) | $ | $ |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1423865v1

**WR GRACE & CO**
**ATTACHMENT B**
**DECEMBER 1, 2003 - DECEMBER 31, 2003**

| | Hours | Rate | Amount | No. of Years In Position |
|---|---|---|---|---|
| **Partners** | | | | |
| Greenberg, Mayer | 4.3 | $550 | $ 2,365.00 | 5 |
| Kruger, Lewis | 10.0 | 725 | 7,250.00 | 33 |
| Pasquale, Kenneth | 11.1 | 550 | 6,105.00 | 4 |
| | | | | |
| **Associates** | | | | |
| Eichler, Mark | 1.5 | 440 | 660.00 | 6 |
| Healy, Francis C. | 0.1 | 205 | 20.50 | 1 |
| Krieger, Arlene | 54.8 | 495 | 27,126.00 | 19 |
| Sasson, Moshe | 6.5 | 445 | 2,892.50 | 9 |
| Wildes, Denise | 0.2 | 495 | 99.00 | 14 |
| | | | | |
| **Paraprofessionals** | | | | |
| Calvo, Fernando | 0.5 | 180 | 90.00 | 3 |
| Caskadon, Alexandra | 23.5 | 180 | 4,230.00 | 2 |
| Defreitas, Vaughn | 8.0 | 115 | 920.00 | 15 |
| Mohamed, David | 4.9 | 115 | 563.50 | 15 |
| | | | | |
| **Total** | **125.4** | | **$ 52,321.50** | |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI

180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1423865v1

**WR GRACE & CO**
**COMPENSATION BY PROJECT CATEGORY**
**DECEMBER 1, 2003 - DECEMBER 31, 2003**

| MATTER CODE | PROJECT CATEGORY | HOURS | TOTAL FEES |
|---|---|---|---|
| 0003 | Claim Analysis Objection, Resolution & Estimation (Asbestos) | 2.2 | $ 1,309.00 |
| 0013 | Business Operations | 4.9 | 2,540.50 |
| 0014 | Case Administration | 51.6 | 21,983.00 |
| 0017 | Committee, Creditors', Noteholders', or Equity Holders' | 17.4 | 8,893.50 |
| 0018 | Fee Application, Applicant | 21.6 | 5,652.00 |
| 0020 | Fee Application, Others | 6.1 | 1,098.00 |
| 0034 | Litigation and Litigation Consulting | 6.0 | 3,096.50 |
| 0037 | Hearings | 8.0 | 3,833.00 |
| 0040 | Employment Applications - Others | 1.5 | 742.50 |
| 0047 | Tax Issues | 6.1 | 3,173.50 |
| | **Total** | **125.4** | **$ 52,321.50** |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1423865v1

# STROOCK

## INVOICE

| DATE | January 30, 2004 |
|---|---|
| INVOICE NO. | 311905 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR PROFESSIONAL SERVICES RENDERED in the captioned matter for the period
through December 31, 2003, including:

| RE | Claim Analysis Objection, Resolution & Estimation (Asbestos) |
|---|---|
| | 699843 0003 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 12/04/2003 | Telephone conference Bernick re: futures representative (.1); telephone conference KP re: same (.1). | Krieger, A. | 0.2 |
| 12/09/2003 | Attend to memorandum from R. Farrell (Navigant) re: asbestos reform legislation. | Krieger, A. | 0.1 |
| 12/09/2003 | Office conference with A. Krieger regarding debtor's desire to appoint Dean Trafelet as futures representative, role of futures representative and conflict in role of futures representative in more than one case (.2); review memos regarding Committee conference call (.2). | Kruger, L. | 0.4 |
| 12/09/2003 | Futures rep. appointment. | Sasson, M. | 0.2 |
| 12/09/2003 | Emails Krieger re: retention of Trafelet as Futures Rep. and re: resume for Trafelet and review files re: same (.2). | Wildes, D. | 0.2 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1423865v1

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 12/10/2003 | Attend to Congress Daily article re: reform legislation (.2). | Krieger, A. | 0.2 |
| 12/11/2003 | Considered role of future representative and possible conflict if in more than one case (.3); office conference with A. Krieger regarding same (.1). | Kruger, L. | 0.4 |
| 12/15/2003 | E-mail D. Bernick regarding Trafelet (.2). | Kruger, L. | 0.2 |
| 12/18/2003 | Attend to articles on asbestos and silica liabilities (.2). | Krieger, A. | 0.2 |
| 12/19/2003 | Telephone conference L. Chambers re: progress on reviewing claims database (.1). | Krieger, A. | 0.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene | 0.8 | $ 495 | $ 396.00 |
| Kruger, Lewis | 1.0 | 725 | 725.00 |
| Sasson, Moshe | 0.2 | 445 | 89.00 |
| Wildes, Denise | 0.2 | 495 | 99.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,309.00 |
|------------------------------------------|-----------|

| TOTAL FOR THIS MATTER | $ 1,309.00 |
|-----------------------|-----------|

| RE | Business Operations |
| --- | --- |
| | 699843  0013 |

| DATE | DESCRIPTION | NAME | HOURS |
| --- | --- | --- | --- |
| 12/10/2003 | Exchange memoranda with L. Hamilton re: review of FTI's analyses of Grace's third quarter results of operation (.1). | Krieger, A. | 0.1 |
| 12/11/2003 | Began to review analysis of Grace third quarter operating results (.6); exchange of memoranda with L. Hamilton re: same (.1). | Krieger, A. | 0.7 |
| 12/11/2003 | Review operating results for 3rd quarter (.3). | Kruger, L. | 0.3 |
| 12/12/2003 | Complete review of FTI analysis of Grace third quarter results of operation (.8); telephone conference L. Hamilton re: comments to same (.4). | Krieger, A. | 1.2 |
| 12/23/2003 | Exchange memoranda with L. Hamilton re: Debtors' Motion to Restructure Foreign Subsidiaries (.2). | Krieger, A. | 0.2 |
| 12/29/2003 | Exchanged memoranda with L. Hamilton re: FTI review of Debtors' motion to restructure foreign subsidiaries (.1). | Krieger, A. | 0.1 |
| 12/30/2003 | Exchanged memoranda with M. Greenberg re: Debtors' motions to settle a tax refund matter with Massachusetts and to restructure certain foreign entities (.1); attend to review of motion to restructure foreign subsidiaries (.8); office conference LK re: Debtors' motion to restructure foreign subsidiaries (.1); attend to FTI's report re: October 2003 operating results (.3); memoranda to LK re: comments/questions to above (.1); telephone conference S. Cunningham re: review of restructuring motion and ART Joint Venture related motion and information request re: same (.2). | Krieger, A. | 1.6 |
| 12/30/2003 | Review motion to restructure foreign subsidiaries (.2). | Kruger, L. | 0.2 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 12/31/2003 | Exchanged memoranda with M. Greenberg re: information request to the Company regarding restructuring, conference call with Debtors to discuss same (.3); attend to information request and office conference MG re: same (.2). | Krieger, A. | 0.5 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene | 4.4 | $ 495 | $ 2,178.00 |
| Kruger, Lewis | 0.5 | 725 | 362.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | | $ 2,540.50 |
|------------------------------------------|--|-----------|

| TOTAL FOR THIS MATTER | | $ 2,540.50 |
|-----------------------|--|-----------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1423865v1

| RE | Case Administration |
|----|---------------------|
|    | 699843 0014 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 12/01/2003 | Researched online docket for recently docketed pleadings and distributed same (.4). | Defreitas, V. | 0.4 |
| 12/01/2003 | Exchanged memoranda with KP re: DK Acquisition (.1). | Krieger, A. | 0.1 |
| 12/01/2003 | Continued attention to myriad mandamus and recusal pleadings (1.1). | Pasquale, K. | 1.1 |
| 12/02/2003 | Researched online docket for recently docketed pleadings and distributed same. | Defreitas, V. | 0.4 |
| 12/02/2003 | Attend to memo to AC, V. Defreitas re: review of Third Circuit docket for responses to mandamus petitions (.1). | Krieger, A. | 0.1 |
| 12/03/2003 | Researched online docket for recently docketed pleadings and distributed same. | Defreitas, V. | 0.4 |
| 12/03/2003 | Attend to newly filed pleadings including Debtors' objection to Royal Indemnity Company's motion, fee application notices (.2); attend to Asbestos Personal Injury Committee's answer to DK Acquisition's mandamus petition (.6); exchanged memorandum with KP re: PI brief (.1); attend to reply filed by Kensington, et al. (.6); attend to W.R. Grace reply to mandamus petition (.5). | Krieger, A. | 2.0 |
| 12/03/2003 | Review Kensington reply brief, Baron and Budd answer. | Kruger, L. | 0.4 |
| 12/03/2003 | Attention to mandamus answers of WR Grace, SAC, PI Committee, and Baron & Butt reply of petitioners (1.3). | Pasquale, K. | 1.3 |
| 12/04/2003 | Researched online docket for recently docketed pleadings and distributed same. | Defreitas, V. | 0.4 |
| 12/04/2003 | Office conference V. Defreitas re: Third Circuit's docket regarding mandamus petition (.1); telephone conference M. Handler re: stay | Krieger, A. | 0.3 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | of settlement agreement motion (.2). | | |
| 12/05/2003 | Researched online docket for recently docketed pleadings and distributed same. | Defreitas, V. | 0.4 |
| 12/05/2003 | Memo to KP, LK re: conversation on Sealed Air Agreement (.2); exchange of memoranda with KP re: same (.1); attend to Third Circuit order re: argument and 1/12/03 hearing (.1); memorandum to LK, KP re: same (.2); attend to amended notice of appointment of Committee members (.1); attend to Third Circuit order re: modifying and supplementing order regarding December 12 oral argument (.1); memo to LK, KP re: W. Katchen re: same (.4). | Krieger, A. | 1.2 |
| 12/05/2003 | Telephone call with W. Katchen regarding the 3rd Circuit and recusal (.1). | Kruger, L. | 0.1 |
| 12/08/2003 | Researched online docket for recently docketed pleadings. | Defreitas, V. | 0.4 |
| 12/08/2003 | Office conference V. Defreitas re: Third Circuit pleadings filed on 12/5/03 re: pending mandamus petitions (.1); attended to pleadings (.4); memo to KP re: Third Circuit's order modifying 12/12/03 argument (.1). | Krieger, A. | 0.6 |
| 12/08/2003 | Review 3rd Circuit pleadings and 3rd Circuit order modifying argument (.3). | Kruger, L. | 0.3 |
| 12/08/2003 | Attention to new mandamus filings and related issues (.8). | Pasquale, K. | 0.8 |
| 12/08/2003 | Attention and comments to proposed State Street Order during vacation (.3); o/c K. Pasquale re: motion to approve sealed air settlement (.5); review recent filing (Wolin reply, emergency Mandamus Petition, debtors response to petition, asbestos committee's response to Mandamus, petitioners reply) (2.0). | Sasson, M. | 2.8 |
| 12/09/2003 | Per A. Krieger, acquire motion and related court papers in the USG case for attorney review. | Calvo, F. | 0.5 |
| 12/09/2003 | O/c acctg. re: response to Navigant audit letter (.4). | Caskadon, A. | 0.4 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1423865v1

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 12/09/2003 | Review online docket for recently docketed pleadings. | Defreitas, V. | 0.4 |
| 12/09/2003 | Exchange e-mails with KP re: 12/15/03 hearings (.2); exchange e-mails with M. Lastowksi re: 12/15/03 hearings (.1); exchanged memoranda with LK re: conference call to discuss proposed futures representative, other (.1). | Krieger, A. | 0.4 |
| 12/10/2003 | Review docket for recently filed pleadings per A. Krieger. | Caskadon, A. | 0.4 |
| 12/10/2003 | Researched online docket for recently docketed pleadings. | Defreitas, V. | 0.4 |
| 12/10/2003 | Memo to KP re: 12/15/03 hearings (.1); office conference LK re: same (.1). | Krieger, A. | 0.2 |
| 12/10/2003 | Review of recusal motion, reply and sur replys (.4). | Kruger, L. | 0.4 |
| 12/11/2003 | Researched online docket for recently docketed pleadings. | Defreitas, V. | 0.4 |
| 12/11/2003 | Memo to LK, KP re: pleadings filed in connection with the Mandamus Petitions (.5); exchanged memoranda with M. Sasson re: 12/15/03 hearing before Judge Fitzgerald (.1); exchanged memoranda with M. Lastowski re: hearing participation by telephone (.1). | Krieger, A. | 0.7 |
| 12/11/2003 | Review pleadings in connection with mandamus petition (.3); conference with W. Katchen and J. Sell regarding strategy in asbestos cases (.6). | Kruger, L. | 0.9 |
| 12/12/2003 | Set up Committee conference call. | Caskadon, A. | 0.3 |
| 12/12/2003 | T/c Chambers Associates re: payments. | Caskadon, A. | 0.3 |
| 12/12/2003 | Researched online docket for recently docketed pleadings. | Defreitas, V. | 0.4 |
| 12/12/2003 | Telephone conference LK re: Third Circuit argument (.2); exchanged memoranda with AC re: conference call (.1). | Krieger, A. | 0.3 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 12/12/2003 | In Philadelphia, PA at the 3rd Circuit Court of Appeals regarding argument for recusal of Judge Wolin (2.2); conference with W. Katchen regarding strategy (.2). | Kruger, L. | 2.4 |
| 12/12/2003 | Attention to mandamus status - oral argument update and telephone conferences re: same (.4). | Pasquale, K. | 0.4 |
| 12/15/2003 | Reviewed online docket for recently docketed pleadings. | Defreitas, V. | 0.4 |
| 12/15/2003 | Exchanged memoranda with L. Hamilton re: revised contract information for Committee (.1); attend to new pleadings filed (.3). | Krieger, A. | 0.4 |
| 12/15/2003 | T/c A. Krieger re conference call w. client, Mandamus, sealed air settlement (.5). | Sasson, M. | 0.5 |
| 12/16/2003 | Review online docket for recently docketed pleadings. | Defreitas, V. | 0.4 |
| 12/17/2003 | Review online docket for recently docketed pleadings. | Defreitas, V. | 0.4 |
| 12/18/2003 | Review online docket for recently docketed pleadings. | Defreitas, V. | 0.4 |
| 12/18/2003 | Telephone conferences W. Sparks (Grace) re: error in fee order exhibit regarding SSL fees (.2); review Ninth Interim application (.2); office conferences AC re: same (.2); attend to correspondence from Navigant re: status of payment of outstanding invoices (.3); office conferences RS re: order error (.3); office conference LK re: Third Circuit ruling and impact (.2). | Krieger, A. | 1.4 |
| 12/18/2003 | Review 3rd Circuit decision to remand recusal motion back to Wolin. | Kruger, L. | 0.4 |
| 12/18/2003 | Attention to Third Circuit mandamus decision (.6). | Pasquale, K. | 0.6 |
| 12/19/2003 | Review online docket for recently docketed pleadings. | Defreitas, V. | 0.4 |
| 12/19/2003 | Memo to B. Nye (Navigant) re: response to inquiries regarding outstanding invoices (.5); exchanged memoranda with W. Katchen re: | Krieger, A. | 0.6 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1423865v1

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | transcript of 12/12/03 argument (.1). | | |
| 12/22/2003 | Review court docket for recently docketed pleadings & distribute same. | Defreitas, V. | 0.4 |
| 12/22/2003 | Attend to updated docket. | Krieger, A. | 0.1 |
| 12/23/2003 | Researched online docket for recently docketed pleadings. | Defreitas, V. | 0.4 |
| 12/23/2003 | Exchanged memoranda with K.P. re: Judge Wolin's discovery conference (.1); attend to LK memo re: subpoenas, requests for production of documents (.3). | Krieger, A. | 0.4 |
| 12/23/2003 | Preparation for Court conference re: mandamus discovery issues (2.5); various telephone conferences Kruger, committee members re: same (.5); attention to discovery issues (.5) | Pasquale, K. | 3.5 |
| 12/24/2003 | Call with KP re: document production for recusal motion. | Healy, F. | 0.1 |
| 12/24/2003 | Exchanged memoranda with KP re: Judge Wolin's discovery conference, follow-up conference with the Court to discuss discovery-related issues, and scope and nature of discovery against Grace Committee and Stroock as counsel thereto (.3); attend to Owens Corning discovery demand (.3). | Krieger, A. | 0.6 |
| 12/24/2003 | Telephone conference with Judge Wolin and attorneys for various parties regarding discovery and timetable (1.0); telephone conference with attorneys regarding attempt to determine scope of discovery, timetable and review of discovery requests (.6). | Kruger, L. | 1.6 |
| 12/24/2003 | Attention to retrieval of correspondence and Stroock fee applications re: document production. | Mohamed, D. | 1.5 |
| 12/24/2003 | Conference calls with parties, court re: recusal discovery issues (.6). | Pasquale, K. | 0.6 |
| 12/29/2003 | Review online docket for recently docketed pleadings and distribute same. | Defreitas, V. | 0.4 |
| 12/29/2003 | Exchanged memoranda with KP, MS re: | Krieger, A. | 2.9 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1423865v1

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | discovery of SSL (.5); attended to review of lengthy transcript of 12/24/03 discovery conference before the court (1.6); attended to review of court's 12/26/03 order re: discovery (.7); t/c with D. Wildes re: discovery of SSL to be conducted (.1). | | |
| 12/29/2003 | Attention to document production re: correspondence and fee applications in WR Grace main files. | Mohamed, D. | 3.4 |
| 12/30/2003 | Review online docket for recently docketed pleadings. | Defreitas, V. | 0.4 |
| 12/30/2003 | Exchanged memoranda with MS re: discovery (.1); o/cs DW re: same (.2); attend to files re: discovery per 12/26/03 order (2.8); o/cs D. Kolker re: discovery (.3); attend to discovery related submissions (.7). | Krieger, A. | 4.1 |
| 12/30/2003 | Response to document production requests (.2); office conference with K. Pasquale regarding status of discovery (.2). | Kruger, L. | 0.4 |
| 12/31/2003 | Review court docket for recently docketed pleadings & distribute same. | Defreitas, V. | 0.4 |
| 12/31/2003 | Exchange memoranda with M. Sasson re: discovery (.2); review additional materials for discovery (.8); exchanged memoranda with KP re: SSL response and objection to Owens Corning production request (.2); attend to SSL response (.2). | Krieger, A. | 1.4 |
| 12/31/2003 | Review Wolin's log (.2); office conference with K. Pasquale regarding same (.2). | Kruger, L. | 0.4 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Calvo, Fernando | 0.5 | $ 180 | $ 90.00 |
| Caskadon, Alexandra | 1.4 | 180 | 252.00 |
| Defreitas, Vaughn | 8.0 | 115 | 920.00 |
| Healy, Francis C. | 0.1 | 205 | 20.50 |
| Krieger, Arlene | 17.8 | 495 | 8,811.00 |
| Kruger, Lewis | 7.3 | 725 | 5,292.50 |
| Mohamed, David | 4.9 | 115 | 563.50 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Pasquale, Kenneth | 8.3 | 550 | 4,565.00 |
| Sasson, Moshe | 3.3 | 445 | 1,468.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 21,983.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 21,983.00 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1423865v1

| RE | Committee, Creditors', Noteholders', or Equity Holders'<br>699843 0017 | | |
|----|----|----|----|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 12/01/2003 | Complete memo to the Committee re: State Street hearing before Judge Fitzgerald (.9); prepare memorandum to the Committee re: Tubal Cain Settlement proposed (1.0); exchanged memoranda with T. Maher re: Tubal Cain matter (.1); memorandum to the Committee re: proposed settlement of Tubal Cain litigation (.2); memorandum to the Committee re: State Street hearing (.2). | Krieger, A. | 2.4 |
| 12/02/2003 | Memo to L. Chambers re: Committee inquiry re: asbestos reform legislation materials (.1); exchanged memoranda with R. Farrell re: asbestos reform legislation (.1); attend to memo to the Committee re: reform legislation memorandum (.2). | Krieger, A. | 0.4 |
| 12/03/2003 | Memorandum to the Committee re: Kensington International and Springfield Associates reply to answers to their Mandamus Petition (.2); memorandum to the Committee re: Asbestos PI Committee's Answer to DK Acquisition et al. Mandamus Petition (.3); memorandum to the Committee re: reply filed by W.R. Grace to the DK Acquisition Mandamus petition (.2). | Krieger, A. | 0.7 |
| 12/05/2003 | Memorandum to the Committee re: appointment of The Bank of Nova Scotia to the Committee (.2); office conference LK re: same (.1). | Krieger, A. | 0.3 |
| 12/09/2003 | Office conference LK re: Debtors proposal of D. Trafelet as futures representative and conference call to discuss same with the Committee (.1); office conference DW re: Trafelet appointment in USG and Armstrong (.1); exchanged memoranda with DW re: same and Trafelet CV (.2); memorandum to T. Maher re: futures representative for Grace and Committee meeting to discuss the same (.2); | Krieger, A. | 2.2 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI

180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

SSL-DOCS1 1423865v1

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | prepare memorandum to the Committee re: conference call to discuss Debtors' proposal to appoint D. Trafelet as futures representative in Grace, Third Circuit hearing, other (.3); attend to Judge Wolin's sur reply re: Mandamus Petitions (.2); memorandum to the Committee re: Judge Wolin's sur reply (.2); exchanged memoranda with LK re: Committee conference call (.2); telephone conference Olivia Braun re: appointment to the Committee and execution of Acknowledgement of By-Laws (.2); memorandum to O. Braun re: By-Laws and Acknowledgement thereof (.5). | | |
| 12/10/2003 | Memorandum to the Committee re: asbestos reform legislation article (2.0); memoranda from Committee member re: 12/15/03 conference call (.3). | Krieger, A. | 2.3 |
| 12/11/2003 | Exchange memoranda with M. Chehi re: 12/15/03 Committee conference call (.1); office conference LK re: discussion on futures representatives (.1). | Krieger, A. | 0.2 |
| 12/12/2003 | Memoranda to the Committee re: confirming 12/15/03 conference call (.2); telephone conference LK re: conference call agenda (.1). | Krieger, A. | 0.3 |
| 12/12/2003 | Telephone conference Paul Swaim (Hale & Dorr) re: creditor inquiry regarding status (.3). | Krieger, A. | 0.3 |
| 12/14/2003 | Review D. Trafelet biographical information, related materials re: suggested appointment of D. Trafelet as futures representative in Grace (.5). | Krieger, A. | 0.5 |
| 12/15/2003 | Committee conference call re: suggested appointment of D. Trafelet as futures representative, report on 12/12/03 argument before the Third Circuit (.6); memo to the Committee re: transcript from Third Circuit argument (.3); office conference MS re: Committee discussion (.2). | Krieger, A. | 1.1 |
| 12/15/2003 | Telephone conference with Committee regarding Trafelet as futures representative and issues in connection therewith (.4). | Kruger, L. | 0.4 |
| 12/15/2003 | Telephone call with T. Maher regarding impact of 3rd Circuit decision, discovery issues and | Kruger, L. | 0.4 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1423865v1

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| | timetable. | | |
| 12/15/2003 | Committee conference call re: futures rep., mandamus, etc. (.5). | Pasquale, K. | 0.5 |
| 12/16/2003 | Exchange of memoranda with Olivia Braun re: pleadings and responses in connection with Mandamus Petitions. | Krieger, A. | 0.2 |
| 12/17/2003 | Forwarded numerous memoranda to O. Braun re: pleadings, related orders, submissions in connection with recusal motions and mandamus petitions (.6). | Krieger, A. | 0.6 |
| 12/18/2003 | Attend to opinion and judgment of the Third Circuit in respect of the mandamus petitions and memo to the Committee re: same (1.0). | Krieger, A. | 1.0 |
| 12/19/2003 | Attend to Judge Wolin's order vacating the stay and establishing discovery schedule and memorandum to the Committee re: same (.4). | Krieger, A. | 0.4 |
| 12/19/2003 | Telephone call with T. Maher regarding impact of 3rd Circuit decision, discovery issues and timetable. | Kruger, L. | 0.3 |
| 12/30/2003 | Attend to memorandum to the Committee re: motion to settle Massachusetts corporate tax claims (.8); prepare memorandum to the Committee re: Debtors' motion to restructure foreign subsidiaries (.9). | Krieger, A. | 1.7 |
| 12/31/2003 | Review revise memorandum to the Committee re: Restructuring Proposal (1.2). | Krieger, A. | 1.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene | 15.8 | $ 495 | $ 7,821.00 |
| Kruger, Lewis | 1.1 | 725 | 797.50 |
| Pasquale, Kenneth | 0.5 | 550 | 275.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 8,893.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 8,893.50 |
| --- | --- |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1423865v1

| | | | |
|---|---|---|---|
| RE | Fee Application, Applicant<br>699843 0018 | | |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 12/02/2003 | Edit October bill (2.2); o/c accounting re: same (.3). | Caskadon, A. | 2.5 |
| 12/02/2003 | Edit 10th quarterly fee app. | Caskadon, A. | 2.8 |
| 12/02/2003 | Exchange memoranda with AC re: finalization of fee application (.1); attend to revised draft of fee application (.6). | Krieger, A. | 0.7 |
| 12/03/2003 | Revisions to 10th quarterly. | Caskadon, A. | 1.5 |
| 12/03/2003 | Office conferences A. Caskadon re: finalization of fee application (.3); exchange memoranda with AC re: expense information for 10th interim (.2). | Krieger, A. | 0.5 |
| 12/04/2003 | Prepare/ serve 10th quarterly fee app. | Caskadon, A. | 2.4 |
| 12/05/2003 | O/c S. Caban re: 10th Quarterly fee app. | Caskadon, A. | 0.2 |
| 12/08/2003 | Review time detail for SSL's October 2003 fee statement (.6). | Krieger, A. | 0.6 |
| 12/12/2003 | Review of November bill. | Caskadon, A. | 1.0 |
| 12/12/2003 | Complete review of October 2003 time detail (.8). | Krieger, A. | 0.8 |
| 12/15/2003 | Review of October bill forwarded from accounting. | Caskadon, A. | 1.3 |
| 12/16/2003 | Review of October bill. | Caskadon, A. | 1.0 |
| 12/18/2003 | Preparation of Amended Fee Order (.8); o/c R. Serrette re: same (.5); emails D. Carickhoff re: same (.3). | Caskadon, A. | 1.5 |
| 12/18/2003 | Attend to fee detail for SSL's November 2003 fee statement (.4). | Krieger, A. | 0.4 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 12/19/2003 | Prepare and serve October fee statement. | Caskadon, A. | 1.8 |
| 12/19/2003 | Attend to fee detail for SSL's November 2003 fee statement (1.4). | Krieger, A. | 1.4 |
| 12/31/2003 | Attend to review of fee detail or November 2003 (1.2). | Krieger, A. | 1.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Caskadon, Alexandra | 16.0 | $ 180 | $ 2,880.00 |
| Krieger, Arlene | 5.6 | 495 | 2,772.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 5,652.00 |
|------------------------------------------|-----------|

| TOTAL FOR THIS MATTER | $ 5,652.00 |
|-----------------------|-----------|

| RE | Fee Application, Others |
|---|---|
| | 699843  0020 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 12/02/2003 | Review FTI's 10th quarterly fee app. | Caskadon, A. | 0.7 |
| 12/04/2003 | Prepare/ serve FTI's 10th quarterly fee app. | Caskadon, A. | 2.2 |
| 12/05/2003 | O/c S. Caban re: 10th Quarterly fee app. | Caskadon, A. | 0.2 |
| 12/18/2003 | Review of Chambers payment situation (1.0); o/c A. Krieger re: same (.1); o/c D. Azrilen re: same (.3). | Caskadon, A. | 1.4 |
| 12/19/2003 | Prepare and serve FTI's October fee statement. | Caskadon, A. | 1.6 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Caskadon, Alexandra | 6.1 | $ 180 | $ 1,098.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,098.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 1,098.00 |
|---|---|

STROOCK & STROOCK & LAVAN LLP • NEW YORK • LOS ANGELES • MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1423865v1

| RE | Expenses<br>699843 0024 | |

**MATTER DISBURSEMENT SUMMARY**

| | |
|---|---|
| Outside Messenger Service | $ 55.88 |
| Meals | 122.82 |
| Local Transportation | 81.56 |
| Long Distance Telephone | 21.45 |
| Duplicating Costs-in House | 270.90 |
| Postage | 8.86 |
| Process Service & Calendar Watch | 324.52 |
| Facsimile Charges | 39.00 |

| TOTAL DISBURSEMENTS/CHARGES | $ 924.99 |
|---|---|

| TOTAL FOR THIS MATTER | $ 924.99 |
|---|---|

| RE | Litigation and Litigation Consulting |
|----|--------------------------------------|
|    | 699843  0034                         |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 12/01/2003 | Attention to and drafted letter to parties re: Sealed Air settlement motion (.5). | Pasquale, K. | 0.5 |
| 12/02/2003 | Attend to review of proposed letter to counsel re: stay of procedures before J. Wolin (.1); telephone conference J. Baer re: Sealed Air settlement agreement and response thereto (.2); office conference KP re: same (.1); memo to KP, LK re: J. Baer conversation (.1). | Krieger, A. | 0.5 |
| 12/02/2003 | Continued detailed attention to Sealed Air Settlement Agreement (1.3). | Pasquale, K. | 1.3 |
| 12/04/2003 | Attend to motion for approval of Sealed Air agreement (.6). | Krieger, A. | 0.6 |
| 12/05/2003 | Exchange memoranda with J. Baer (.1); and KP re: Committee correspondence (.1); memo to LK, KP re: conversation with ad hoc Committee (.2). | Krieger, A. | 0.4 |
| 12/08/2003 | Office conference M. Sasson re: Sealed Air settlement agreement and response to motion (.5). | Pasquale, K. | 0.5 |
| 12/15/2003 | Office conference MS re: background documentation to Sealed Air litigation and settlement (.1). | Krieger, A. | 0.1 |
| 12/22/2003 | Attend to underlying documentation for response to Sealed Air motion (1.8); o/cs V. Defreitas re: same (.2); memo to M. Sasson re: same (.1). | Krieger, A. | 2.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene | 3.7 | $ 495 | $ 1,831.50 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI

180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

SSL-DOCS1 1423865v1

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Pasquale, Kenneth | 2.3 | 550 | 1,265.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 3,096.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 3,096.50 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1423865v1

| RE | Hearings |
|----|----------|
|    | 699843 0037 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 12/10/2003 | Office conference with A. Krieger regarding 12/15/03 hearing (.1). | Kruger, L. | 0.1 |
| 12/12/2003 | Attend to amended 12/15/03 agenda (.1); office conference V. Defreitas re: pleadings for 12/15/03 hearing (.1); attend to review of selected pleadings, including Royal Insurance pleading seeking to file a late proof of claim and various objections filed thereto, pleadings re: extension of preliminary injunction, other (1.8). | Krieger, A. | 2.0 |
| 12/14/2003 | Attend to the Royal Insurance motion and related pleadings (.8). | Krieger, A. | 0.8 |
| 12/15/2003 | Attend to review of pleadings relating to court hearing today (1.7); office conference MS re: hearing before the court (.3); exchange memoranda with M. Lastowski re: coverage for hearing (.1). | Krieger, A. | 2.1 |
| 12/15/2003 | Attend Omnibus hearing via teleconference (3.0). | Sasson, M. | 3.0 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene | 4.9 | $ 495 | $ 2,425.50 |
| Kruger, Lewis | 0.1 | 725 | 72.50 |
| Sasson, Moshe | 3.0 | 445 | 1,335.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 3,833.00 |
|------------------------------------------|------------|

| TOTAL FOR THIS MATTER | $ 3,833.00 |
|-----------------------|------------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1423865v1

| RE | Employment Applications - Others<br>699843  0040 |
|----|--------------------------------------------------|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 12/04/2003 | Attend to State Street Order (.5); exchange memoranda with M. Sasson re: same (.1); telephone conference M. Sasson re: State Street Order (.2); review 11/07/03 transcript and prepare mark-up order and forward comments to C. Lane (.4). | Krieger, A. | 1.2 |
| 12/08/2003 | Exchanged memoranda with C. Lane re: State Street order (.2); review transcript of hearing on State Street (.1). | Krieger, A. | 0.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene | 1.5 | $ 495 | $ 742.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 742.50 |
|------------------------------------------|----------|

| TOTAL FOR THIS MATTER | $ 742.50 |
|-----------------------|----------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1423865v1

| RE | Tax Issues |
|---|---|
| | 699843  0047 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 12/16/2003 | Review materials and discussion with A. Krieger re: tax related motions. | Greenberg, M. | 0.4 |
| 12/30/2003 | Review materials re: newly filed tax related motions; review FTI question list. | Greenberg, M. | 1.6 |
| 12/30/2003 | Attend to Debtors' motion setting forth Massachusetts's corporate tax refund claims (.3). | Krieger, A. | 0.3 |
| 12/31/2003 | Reviewing motion re: restructuring of foreign subsidiaries (.5); reviewing tax information request and memo to creditors committee (.7); discussion with M. Greenberg re: additional tax questions on motion (.3). | Eichler, M. | 1.5 |
| 12/31/2003 | Review and analysis of motion to restructure foreign subs (1.5); discussion with ME and e-mails re: additional issues (.5); review Krieger memo (.3). | Greenberg, M. | 2.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Eichler, Mark | 1.5 | $ 440 | $ 660.00 |
| Greenberg, Mayer | 4.3 | 550 | 2,365.00 |
| Krieger, Arlene | 0.3 | 495 | 148.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 3,173.50 |
|---|---|
| TOTAL FOR THIS MATTER | $ 3,173.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 52,321.50 |
|---|---|
| TOTAL DISBURSEMENTS/CHARGES | $ 924.99 |
| TOTAL BILL | $ 53,246.49 |

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown. Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1423865v1

**WR GRACE & CO**
**DISBURSEMENT SUMMARY**
**DECEMBER 1, 2003 - DECEMBER 31, 2003**

| | |
|---|---|
| Outside Messenger Service | $  55.88 |
| Meals | 122.82 |
| Local Transportation | 81.56 |
| Long Distance Telephone | 21.45 |
| Duplicating Costs-in House | 270.90 |
| Postage | 8.86 |
| Process Service & Calendar Watch | 324.52 |
| Facsimile Charges | 39.00 |
| | |
| **TOTAL** | **$924.99** |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1423865v1

# STROOCK

## Disbursement Register

| CLIENT | W R Grace & Co |
|---|---|
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR EXPENSES INCURRED in the captioned matter for the period through December 31, 2003, including:

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| **Outside Messenger Service** | | |
| 12/19/2003 | VENDOR: UPS; INVOICE#: 0000010X827513; DATE: 12/20/03 FROM 844 N King Street 180 Maiden Lane, New York, NY TO Frank J. Perch, Esq. Office of the US Trustee (D, , WILMINGTON, DE 19801 | 5.54 |
| 12/19/2003 | VENDOR: UPS; INVOICE#: 0000010X827513; DATE: 12/20/03 FROM 7500 Grace Drive 180 Maiden Lane, New York, NY TO David B. Siegal WR Grace & Co., , COLUMBIA, MD 21044 | 5.54 |
| 12/19/2003 | VENDOR: UPS; INVOICE#: 0000010X827513; DATE: 12/20/03 FROM 1100 North Market Street 180 Maiden Lane, New York, NY TO Shelley A. Caban Duane Morris LLP, , WILMINGTON, DE 19801 | 5.54 |
| 12/19/2003 | VENDOR: UPS; INVOICE#: 0000010X827513; DATE: 12/20/03 FROM Republic Center 180 Maiden Lane, New York, NY TO Warren H. Smith Warren H. Smith & Associate, , DALLAS, TX 75201 | 7.85 |
| 12/24/2003 | VENDOR: UPS; INVOICE#: 0000010X827493; DATE: 12/06/03 FROM 7500 Grace Drive 180 Maiden Lane, New York, NY TO David B. Siegal WR Grace & Co., , COLUMBIA, MD 21044 ON 12/04/03 | 7.42 |
| 12/24/2003 | VENDOR: UPS; INVOICE#: 0000010X827493; DATE: 12/06/03 FROM Republic Center 180 Maiden Lane, New York, NY TO Warren H. Smith Warren H. Smith & Associate, , DALLAS, TX 75201 ON 12/04/03 | 9.15 |
| 12/24/2003 | VENDOR: UPS; INVOICE#: 0000010X827493; DATE: 12/06/03 FROM 1100 North Market Street 180 Maiden Lane, New York, NY TO Shelley A. Caban Duane Morris LLP, , WILMINGTON, DE 19801 ON 12/04/03 | 7.42 |

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/24/2003 | VENDOR: UPS; INVOICE#: 0000010X827493; DATE: 12/06/03 FROM 844 N King Street 180 Maiden Lane, New York, NY TO Frank J. Perch, Esq. Office of the US Trustee (D, , WILMINGTON, DE 19801 ON 12/04/03 | 7.42 |
| | **Outside Messenger Service Total** | **55.88** |

**Meals**

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/12/2003 | VENDOR: Seamless Web; INVOICE#: 33536; DATE: 12/17/03 - Seh Ja Meh; | 28.15 |
| 12/22/2003 | VENDOR: Cavonberry's; INVOICE#: 113003; DATE: 11/30/2003 L Kruger 11/24/03 | 29.38 |
| 12/31/2003 | VENDOR: SeamlessWeb Professional Solutions, Inc.; INVOICE#: 32310; DATE: 11/26/2003 Food Merchants Catering ( Bway) 11/25/03 | 65.29 |
| | **Meals Total** | **122.82** |

**Local Transportation**

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/11/2003 | VENDOR: Petty Cash; INVOICE#: 12/09/03; DATE: 12/11/2003 - 11/24/03   NY PETTY CASH  M.SASSON | 7.00 |
| 12/31/2003 | NYC Two Ways Inc A Caskadon 12/18/03 180 Maiden Lane to Union NJ | 74.56 |
| | **Local Transportation Total** | **81.56** |

**Long Distance Telephone**

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/02/2003 | EXTN.5544, TEL.202-682-7208, S.T.17:02, DUR.01:00 | 0.38 |
| 12/02/2003 | EXTN.5544, TEL.312-861-2162, S.T.11:12, DUR.02:30 | 1.15 |
| 12/03/2003 | EXTN.5562, TEL.215-772-7246, S.T.14:48, DUR.00:24 | 0.38 |
| 12/04/2003 | EXTN.5430, TEL.312-861-2248, S.T.12:44, DUR.10:06 | 4.21 |
| 12/04/2003 | EXTN.5431, TEL.312-861-2248, S.T.10:55, DUR.05:00 | 1.92 |
| 12/04/2003 | EXTN.6495, TEL.302-530-9470, S.T.16:39, DUR.00:30 | 0.38 |
| 12/11/2003 | EXTN.5431, TEL.215-597-0459, S.T.11:09, DUR.04:48 | 1.92 |
| 12/18/2003 | EXTN.3544, TEL.302-652-5340, S.T.10:06, DUR.08:18 | 3.45 |
| 12/18/2003 | EXTN.6495, TEL.302-657-4924, S.T.11:48, DUR.00:30 | 0.38 |
| 12/18/2003 | EXTN.6495, TEL.302-657-4924, S.T.11:49, DUR.01:12 | 0.77 |
| 12/18/2003 | EXTN.6495, TEL.302-657-4918, S.T.11:50, DUR.00:48 | 0.38 |
| 12/19/2003 | EXTN.5544, TEL.202-454-6603, S.T.14:30, DUR.03:18 | 1.53 |
| 12/19/2003 | EXTN.6495, TEL.302-657-4924, S.T.14:24, DUR.01:48 | 0.77 |
| 12/23/2003 | EXTN.5431, TEL.908-507-1632, S.T.16:19, DUR.08:48 | 3.45 |
| 12/29/2003 | EXTN.5760, TEL.973-424-2031, S.T.17:35, DUR.00:36 | 0.38 |
| | **Long Distance Telephone Total** | **21.45** |

**Duplicating Costs-in House**

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/01/2003 | | 73.40 |
| 12/03/2003 | | 0.10 |
| 12/04/2003 | | 120.20 |
| 12/04/2003 | | 5.50 |
| 12/08/2003 | | 0.10 |
| 12/08/2003 | | 0.30 |
| 12/08/2003 | | 1.10 |

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 12/08/2003 | | 0.80 |
| 12/10/2003 | | 0.30 |
| 12/15/2003 | | 0.30 |
| 12/15/2003 | | 0.10 |
| 12/15/2003 | | 1.50 |
| 12/19/2003 | | 35.00 |
| 12/19/2003 | | 1.60 |
| 12/22/2003 | | 0.10 |
| 12/30/2003 | | 1.80 |
| 12/30/2003 | | 1.20 |
| 12/30/2003 | | 5.70 |
| 12/30/2003 | | 0.20 |
| 12/30/2003 | | 0.20 |
| 12/30/2003 | | 13.30 |
| 12/30/2003 | | 0.10 |
| 12/30/2003 | | 1.60 |
| 12/31/2003 | | 2.80 |
| 12/31/2003 | | 3.60 |
| | **Duplicating Costs-in House Total** | **270.90** |

**Postage**

| | | |
|------|-------------|--------|
| 12/11/2003 | Postage Charged by  on 12/11/2003 | 0.60 |
| 12/15/2003 | Postage Charged by  on 12/02/2003 | 8.26 |
| | **Postage Total** | **8.86** |

**Process Service & Calendar Watch**

| | | |
|------|-------------|--------|
| 12/09/2003 | Pacer search service | 0.56 |
| 12/09/2003 | Pacer search service | 0.42 |
| 12/09/2003 | Pacer search service | 0.56 |
| 12/09/2003 | Pacer search service | 0.07 |
| 12/09/2003 | Pacer search service | 1.47 |
| 12/09/2003 | Pacer search service | 1.82 |
| 12/09/2003 | Pacer search service | 1.47 |
| 12/09/2003 | Pacer search service | 1.82 |
| 12/09/2003 | Pacer search service | 0.56 |
| 12/09/2003 | Pacer search service | 1.54 |
| 12/09/2003 | Pacer search service | 0.28 |
| 12/09/2003 | Pacer search service | 0.07 |
| 12/09/2003 | Pacer search service | 1.89 |
| 12/09/2003 | Pacer search service | 0.98 |
| 12/09/2003 | Pacer search service | 0.63 |
| 12/09/2003 | Pacer search service | 2.10 |
| 12/09/2003 | Pacer search service | 0.21 |
| 12/09/2003 | Pacer search service | 1.61 |
| 12/09/2003 | Pacer search service | 2.52 |
| 12/09/2003 | Pacer search service | 5.04 |
| 12/09/2003 | Pacer search service | 21.70 |
| 12/09/2003 | Pacer search service | 8.40 |
| 12/09/2003 | Pacer search service | 0.84 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI

180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1423865v1

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 12/09/2003 | Pacer search service | 16.10 |
| 12/09/2003 | Pacer search service | 0.63 |
| 12/09/2003 | Pacer search service | 5.32 |
| 12/09/2003 | Pacer search service | 2.10 |
| 12/09/2003 | Pacer search service | 0.63 |
| 12/09/2003 | Pacer search service | 0.84 |
| 12/09/2003 | Pacer search service | 1.96 |
| 12/09/2003 | Pacer search service | 0.98 |
| 12/09/2003 | Pacer search service | 0.14 |
| 12/09/2003 | Pacer search service | 0.14 |
| 12/09/2003 | Pacer search service | 0.84 |
| 12/09/2003 | Pacer search service | 0.14 |
| 12/09/2003 | Pacer search service | 0.35 |
| 12/09/2003 | Pacer search service | 0.14 |
| 12/09/2003 | Pacer search service | 2.87 |
| 12/09/2003 | Pacer search service | 0.35 |
| 12/09/2003 | Pacer search service | 0.35 |
| 12/09/2003 | Pacer search service | 0.35 |
| 12/09/2003 | Pacer search service | 0.35 |
| 12/09/2003 | Pacer search service | 0.35 |
| 12/09/2003 | Pacer search service | 0.35 |
| 12/09/2003 | Pacer search service | 0.35 |
| 12/09/2003 | Pacer search service | 0.35 |
| 12/09/2003 | Pacer search service | 0.35 |
| 12/09/2003 | Pacer search service | 0.35 |
| 12/09/2003 | Pacer search service | 0.35 |
| 12/09/2003 | Pacer search service | 0.35 |
| 12/09/2003 | Pacer search service | 0.35 |
| 12/09/2003 | Pacer search service | 0.35 |
| 12/09/2003 | Pacer search service | 0.35 |
| 12/09/2003 | Pacer search service | 0.35 |
| 12/09/2003 | Pacer search service | 0.63 |
| 12/09/2003 | Pacer search service | 0.98 |
| 12/09/2003 | Pacer search service | 0.35 |
| 12/09/2003 | Pacer search service | 18.83 |
| 12/09/2003 | Pacer search service | 5.39 |
| 12/09/2003 | Pacer search service | 0.28 |
| 12/09/2003 | Pacer search service | 2.59 |
| 12/09/2003 | Pacer search service | 0.56 |
| 12/09/2003 | Pacer search service | 0.35 |
| 12/09/2003 | Pacer search service | 0.07 |
| 12/09/2003 | Pacer search service | 0.35 |
| 12/09/2003 | Pacer search service | 0.42 |
| 12/09/2003 | Pacer search service | 0.35 |
| 12/09/2003 | Pacer search service | 10.36 |
| 12/09/2003 | Pacer search service | 1.05 |
| 12/09/2003 | Pacer search service | 1.54 |
| 12/09/2003 | Pacer search service | 0.07 |
| 12/09/2003 | Pacer search service | 1.54 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1423865v1

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 12/09/2003 | Pacer search service | 0.07 |
| 12/09/2003 | Pacer search service | 2.03 |
| 12/09/2003 | Pacer search service | 1.26 |
| 12/09/2003 | Pacer search service | 2.10 |
| 12/09/2003 | Pacer search service | 2.10 |
| 12/09/2003 | Pacer search service | 2.10 |
| 12/09/2003 | Pacer search service | 2.10 |
| 12/09/2003 | Pacer search service | 1.61 |
| 12/09/2003 | Pacer search service | 0.91 |
| 12/09/2003 | Pacer search service | 2.10 |
| 12/09/2003 | Pacer search service | 2.10 |
| 12/09/2003 | Pacer search service | 2.03 |
| 12/09/2003 | Pacer search service | 1.47 |
| 12/09/2003 | Pacer search service | 1.40 |
| 12/09/2003 | Pacer search service | 0.77 |
| 12/09/2003 | Pacer search service | 2.03 |
| 12/09/2003 | Pacer search service | 2.94 |
| 12/09/2003 | Pacer search service | 0.35 |
| 12/09/2003 | Pacer search service | 0.35 |
| 12/09/2003 | Pacer search service | 0.35 |
| 12/09/2003 | Pacer search service | 0.35 |
| 12/09/2003 | Pacer search service | 0.35 |
| 12/09/2003 | Pacer search service | 0.35 |
| 12/09/2003 | Pacer search service | 0.35 |
| 12/09/2003 | Pacer search service | 0.35 |
| 12/09/2003 | Pacer search service | 0.35 |
| 12/09/2003 | Pacer search service | 0.49 |
| 12/09/2003 | Pacer search service | 35.21 |
| 12/09/2003 | Pacer search service | 1.96 |
| 12/09/2003 | Pacer search service | 1.68 |
| 12/09/2003 | Pacer search service | 1.96 |
| 12/09/2003 | Pacer search service | 0.14 |
| 12/09/2003 | Pacer search service | 0.14 |
| 12/09/2003 | Pacer search service | 0.84 |
| 12/09/2003 | Pacer search service | 1.61 |
| 12/09/2003 | Pacer search service | 0.14 |
| 12/09/2003 | Pacer search service | 0.21 |
| 12/09/2003 | Pacer search service | 0.21 |
| 12/09/2003 | Pacer search service | 2.80 |
| 12/09/2003 | Pacer search service | 2.03 |
| 12/09/2003 | Pacer search service | 0.28 |
| 12/09/2003 | Pacer search service | 2.80 |
| 12/09/2003 | Pacer search service | 0.63 |
| 12/09/2003 | Pacer search service | 3.36 |
| 12/09/2003 | Pacer search service | 3.71 |
| 12/09/2003 | Pacer search service | 2.10 |
| 12/09/2003 | Pacer search service | 1.82 |
| 12/09/2003 | Pacer search service | 1.54 |
| 12/09/2003 | Pacer search service | 0.56 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1423865v1

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 12/09/2003 | Pacer search service | 0.63 |
| 12/09/2003 | Pacer search service | 0.35 |
| 12/09/2003 | Pacer search service | 1.75 |
| 12/09/2003 | Pacer search service | 0.21 |
| 12/09/2003 | Pacer search service | 2.10 |
| 12/09/2003 | Pacer search service | 21.98 |
| 12/09/2003 | Pacer search service | 22.47 |
| 12/09/2003 | Pacer search service | 2.03 |
| 12/09/2003 | Pacer search service | 2.87 |
| 12/09/2003 | Pacer search service | 1.19 |
| 12/09/2003 | Pacer search service | 1.96 |
| 12/09/2003 | Pacer search service | 0.07 |
| 12/09/2003 | Pacer search service | 2.66 |
| 12/09/2003 | Pacer search service | 2.10 |
| 12/09/2003 | Pacer search service | 2.10 |
| 12/09/2003 | Pacer search service | 2.10 |
| 12/09/2003 | Pacer search service | 2.10 |
| 12/09/2003 | Pacer search service | 2.10 |
| 12/09/2003 | Pacer search service | 0.35 |
| 12/09/2003 | Pacer search service | 2.17 |
| 12/09/2003 | Pacer search service | 2.87 |
| 12/09/2003 | Pacer search service | 0.07 |
| 12/09/2003 | Pacer search service | 0.70 |
| 12/09/2003 | Pacer search service | 2.03 |
| 12/09/2003 | Pacer search service | 0.35 |
| 12/09/2003 | Pacer search service | 0.07 |
| 12/09/2003 | Pacer search service | 0.35 |
| 12/09/2003 | Pacer search service | 0.14 |
| 12/09/2003 | Pacer search service | 0.14 |
| 12/09/2003 | Pacer search service | 0.14 |
| 12/09/2003 | Pacer search service | 0.14 |
| 12/09/2003 | Pacer search service | 0.14 |
| 12/09/2003 | Pacer search service | 0.07 |
| 12/09/2003 | Pacer search service | 0.07 |
| 12/09/2003 | Pacer search service | 0.07 |
| 12/09/2003 | Pacer search service | 0.07 |
| 12/09/2003 | Pacer search service | 2.66 |
| 12/09/2003 | Pacer search service | 0.84 |
| 12/09/2003 | Pacer search service | 0.07 |
| 12/09/2003 | Pacer search service | 0.07 |
| 12/09/2003 | Pacer search service | 0.07 |
| 12/09/2003 | Pacer search service | 0.07 |
| 12/09/2003 | Pacer search service | 0.07 |
| 12/09/2003 | Pacer search service | 0.07 |
| 12/09/2003 | Pacer search service | 0.07 |
| 12/09/2003 | Pacer search service | 0.14 |
| 12/09/2003 | Pacer search service | 0.14 |
| | **Process Service & Calendar Watch Total** | **324.52** |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1423865v1

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| **Facsimile Charges** | | |
| 12/02/2003 | FAX # 973-645-4549 | 5.00 |
| 12/02/2003 | FAX # 212-735-2000 | 6.00 |
| 12/02/2003 | FAX # 305-374-7593 | 6.00 |
| 12/02/2003 | FAX # 302-575-1714 | 6.00 |
| 12/02/2003 | FAX # 212-868-1229 | 6.00 |
| 12/15/2003 | FAX # 212-824-5742 | 2.00 |
| 12/24/2003 | FAX # 212-396-2120 | 8.00 |
| | **Facsimile Charges Total** | **39.00** |

### BILL DISBURSEMENT SUMMARY

| | |
|---|---|
| Outside Messenger Service | $ 55.88 |
| Meals | 122.82 |
| Local Transportation | 81.56 |
| Long Distance Telephone | 21.45 |
| Duplicating Costs-in House | 270.90 |
| Postage | 8.86 |
| Process Service & Calendar Watch | 324.52 |
| Facsimile Charges | 39.00 |

| TOTAL DISBURSEMENTS/CHARGES | $ 924.99 |
|---|---|

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown. Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.

STROOCK & STROOCK & LAVAN LLP • NEW YORK • LOS ANGELES • MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1423865v1



805 15th Street NW, Suite 500
Washington, DC 20005
202.371.9770  phone
202.371.6601  fax

January 15, 2004

Stroock, Stroock & Lavan, LLP
180 Maiden Lane
New York, New York   10038

Attention:     Kenneth Pasquale

---

### For Services Rendered For
### W. R. Grace Creditor's Committee - December  2003

---

**Professional Fees:**

| | | |
|---|---|---|
| LC | 5.30 hrs. @ $510 | $2,703.00 |
| PM | 7.20 hrs. @ $390 | 2,808.00 |
| BN | 58.60 hrs. @ $290 | 16,994.00 |
| JLM | 10.00 hrs. @ $250 | 2,500.00 |
| KZ | 10.00 hrs. @ $200 | 2,000.00 |

**Total Professional Fees** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$27,005.00**

**Support Services:**
None at this time

**Expenses:**
None at this time

**Total Amount Due for December Services and Expenses** . . . . . . . . . . . . . . . . . . . . . . . . **$27,005.00**

**Outstanding Invoices:**

| | |
|---|---|
| November 24, 2003 | $42,881.50 |
| December 15, 2003 | 30,463.00 |

**Total Outstanding Invoices** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$73,344.50**

**Total Amount Due for December Services, Expenses and Outstanding Invoices** . . . . . . .$100,349.50