IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-------------------------x

In re:                                          Chapter 11

W.R. GRACE & Co., et al.,                       Case No. 01-01139 (JKF)
                                                (Jointly Administered)

                    Debtors

THIRTY-THIRD INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM DECEMBER 1, 2003 THROUGH DECEMBER 31, 2003)

| | |
|---|---|
| Name of Applicant: | FTI Policano & Manzo |
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors |
| Date of Retention: | June 21, 2001 |
| Period for which compensation and reimbursement is sought: | December 1, 2003 through December 31, 2003 |
| Amount of Compensation sought as actual, reasonable and necessary (80% of $105,609.00): | $84,487.20 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary (100%): | $222.05 |

This is an: __X__ interim _____ final application

The total time expended for fee application preparation activities is approximately 16.4 hours and corresponding compensation requested is approximately $2,531.20 (80% of the fees incurred of $3,164.00). The time expended totaled approximately 16.4 hours spent on preparation of the thirty-first and thirty-second monthly interim fee applications and including 10.1 hours spent by a paraprofessional assisting in preparation of the applications.

This is the THIRTY-THIRD application filed. Disclosure for prior periods and current period is as follows:

THIRTY-THIRD INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM DECEMBER 1, 2003 THROUGH DECEMBER 31, 2003)
ATTACHMENT A
TO FEE APPLICATION

| Date Filed (on or about) | Period Covered | Requested | | Fees | Expenses |
|---|---|---|---|---|---|
| | | Fees (100%) | Expenses (100%) | | |
| June 28, 2001 | April 20, 2001 through April 30, 2001 | $16,008.00 | $667.95 | $12,806.40 (80% of requested fees) | $667.95 |
| June 28, 2001 | May 1, 2001 through May 31, 2001 | $104,081.50 | $2,513.09 | $83,265.20 (80% of requested fees) | $2,513.09 |
| July 28, 2001 | June 1, 2001 through June 30, 2001 | $75,916.00 | $3,913.13 | $60,732.80 (80% of requested fees) | $3,913.13 |
| August 28, 2001 | July 1, 2001 through July 31,2001 | $71,989.50 | $3,871.54 | $57,591.60 (80% of requested fees) | $3,871.54 |
| September 28, 2001 | August 1, 2001 through August 31, 2001 | $70,425.00 | $1,092.45 | $56,340.00 (80% of requested fees) | $1,092.45 |
| October 30, 2001 | September 1, 2001 through September 30, 2001 | $104,816.50 | $3,028.40 | $83,853.20 (80% of requested fees) | $3,028.40 |
| November 29, 2001 | October 1, 2001 through October 31, 2001 | $42, 643.00 | $ 3,670.86 | $34,114.40 (80% of requested fees) | $3,670.86 |
| December 28, 2001 | November 1, 2001 through November 30, 2001 | $50,048.50 | $1,864.72 | $40,038.80 (80% of requested fees) | $1,864.72 |
| January 28, 2002 | December 1, 2001 through December 31, 2001 | $53,986.50 | $1,005.29 | $43,189.20 (80% of requested fees) | $1,005.29 |
| February 28, 2002 | January 1, 2002 through January 31, 2002 | $63,207.00 | $2,549.70 | $50,565.60 (80% of requested fees) | $2,549.70 |
| March 28, 2002 | February 1, 2002 through February 28, 2002 | $27,249.50 | $1,874.43 | $21,799.60 (80% of requested fees) | $1,874.43 |

2

THIRTY-THIRD INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM DECEMBER 1, 2003 THROUGH DECEMBER 31, 2003)

### ATTACHMENT A
### TO FEE APPLICATION

| | | Requested | | | |
|---|---|---|---|---|---|
| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees | Expenses |
| April 28, 2002 | March 1, 2002 through March 31, 2002 | $106,680.50 | $1,919.09 | $85,344.40 (80% of requested fees) | $1,919.09 |
| May 29, 2002 | April 1, 2002 through April 30, 2002 | $102,314.00 | $4,657.40 | $81,851.20 (80% of requested fees) | $4,657.40 |
| June 28, 2002 | May 1, 2002 through May 31, 2002 | $50,027.00 | $2,207.14 | $40,021.60 (80% of requested fees) | $2,207.14 |
| July 29, 2002 | June 1, 2002 through June 30, 2002 | $43,359.00 | $1,381.59 | $34,687.20 (80% of requested fees) | $1,381.59 |
| August 31, 2002 | July 1, 2002 through July 31, 2002 | $23,895.50 | $473.91 | $19,116.40 (80% of requested fees) | $473.91 |
| September 30, 2002 | August 1, 2002 through August 31, 2002 | $76,092.50 | $1,264.23 | $60,874.00 (80% of requested fees) | $1,264.23 |
| October 31, 2002 | September 1, 2002 through September 30, 2002 | $45,079.00 | $43.14 | $36,063.20 (80% of requested fees) | $43.14 |
| November 30, 2002 | October 1, 2002 through October 31, 2002 | $46,633.50 | $256.76 | $37,306.80 (80% of requested fees) | $256.76 |
| December 31, 2002 | November 1, 2002 through November 30, 2002 | $44,622.50 | $824.96 | $35,698.00 (80% of requested fees) | $824.96 |
| January 31, 2003 | December 1, 2002 through December 31, 2002 | $42,335.00 | $34.69 | $33,868.00 (80% of requested fees) | $34.69 |
| February 28, 2003 | January 1, 2003 through January 31, 2003 | $71,517.00 | $831.54 | $57,213.60 (80% of requested fees) | $831.54 |

THIRTY-THIRD INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM DECEMBER 1, 2003 THROUGH DECEMBER 31, 2003)

**ATTACHMENT A**
**TO FEE APPLICATION**

| Requested | | | | | |
|---|---|---|---|---|---|
| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees | Expenses |
| March 28, 2003 | February 1, 2003 through February 28, 2003 | $131,416.50 | $2,264.79 | $105,133.20 (80% of requested fees) | $2,264.79 |
| April 30, 2003 | March 1, 2003 through March 31, 2003 | $94,355.00 | $769.04 | $75,484.00 (80% of requested fees) | $769.04 |
| May 31, 2003 | April 1, 2003 through April 30, 2003 | $39,810.00 | $133.70 | $31,848.00 (80% of requested fees) | $133.70 |
| June 30, 2003 | May 1, 2003 through May 31, 2003 | $70,371.00 | $847.39 | $56,296.80 (80% of requested fees) | $847.39 |
| July 31, 2003 | June 1, 2003 through June 30, 2003 | $62,684.00 | $408.81 | $50,147.20 (80% of requested fees) | $408.81 |
| August 31, 2003 | July 1, 2003 through July 31, 2003 | $61,294.00 | $780.87 | $49,035.20 (80% of requested fees) | $780.87 |
| September 26, 2003 | August 1, 2003 through August 31, 2003 | $90,447.50 | $1,312.37 | $72,358.00 (80% of requested fees) | $1,312.37 |
| October 24, 2003 | September 1, 2003 through September 30, 2003 | $97,227.50 | $1,464.59 | $77,782.00 (80% of requested fees) | $1,464.59 |
| December 1, 2003 | October 1, 2003 through October 31, 2003 | $75,036.00 | $1,282.62 | $60,028.80 (80% of requested fees) | $1,282.62 |
| January 5, 2004 | November 1, 2003 through November 31, 2003 | $67,009.00 | $815.91 | $53,607.20 (80% of requested fees) | $815.91 |
| January 26, 2004 | December 1, 2003 through December 31, 2003 | $105,609.00 | $222.05 | $84,487.20 (80% of requested fees) | $222.05 |

4

THIRTY-THIRD INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM DECEMBER 1, 2003 THROUGH DECEMBER 31, 2003)

### ATTACHMENT B
### TO FEE APPLICATION

| Name of Professional Person | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|
| S. Joffe | $625 | 3.6 | $2,250.00 |
| E. Ordway | $595 | 9.5 | $5,652.50 |
| S. Cunningham | $550 | 63.8 | $35,090.00 |
| C. Whitney | $425 | 45.7 | $19,422.50 |
| L. Hamilton | $375 | 107.0 | $40,125.00 |
| J. Schwendeman | $350 | 3.0 | $1,050.00 |
| M. Hakoun | $165 | 6.6 | $1,089.00 |
| N. Backer | $ 75 | 12.4 | $930.00 |
| | | | |
| Grand Total: | | 251.6 | $105,609.00 |
| Blended Rate: | $420 | | |

### COMPENSATION BY PROJECT CATEGORY

| Task Code | Project Category | Total Hours | Total Fees |
|---|---|---|---|
| 2 | Business Analysis | 0.0 | $0.00 |
| 3 | Corporate Finance | 0.0 | $0.00 |
| 4 | Data Analysis | 201.00 | $88,654.00 |
| 8 | Case Administration | 2.3 | $172.50 |
| 9 | Claims Analysis (Asbestos) | 28.3 | $12,098.50 |
| 11 | Creditors Committee | 3.6 | $1,520.00 |
| 12 | Employee Benefits/Pension | 0.0 | $0.00 |
| 16 | Fee Applications, Applicant | 16.4 | $3,164.00 |
| | | | |
| | Total | 251.6 | $105,609.00 |

THIRTY-THIRD INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM DECEMBER 1, 2003 THROUGH DECEMBER 31, 2003)

**EXPENSE SUMMARY**

| Expense Category | Total Expenses |
|---|---|
| Copies | $0.00 |
| Facsimiles | $0.00 |
| Telecommunications | $212.03 |
| Postage, Express Delivery | $10.02 |
| Travel Expenses | $0.00 |
| Tolling Charges | $0.00 |
| | |
| Total | $222.05 |

6

**Invoice**

### W.R. GRACE & CO. ET. AL.
Summary of Fees by Professional
For the period December 1, 2003 through December 31, 2003

|  | Total Hours | Billing Rate | | Amount |
|---|---|---|---|---|
| S. Joffe | 3.6 | $ | 625 | 2,250.00 |
| E. Ordway | 9.5 | $ | 595 | 5,652.50 |
| S. Cunningham | 63.8 | $ | 550 | 35,090.00 |
| C. Whitney | 45.7 | $ | 425 | 19,422.50 |
| L. Hamilton | 107.0 | $ | 375 | 40,125.00 |
| J. Schwendeman | 3.0 | $ | 350 | 1,050.00 |
| M. Hakoun | 6.6 | $ | 165 | 1,089.00 |
| N. Backer | 12.4 | $ | 75 | 930.00 |
| TOTAL | 251.6 | | | $ 105,609.00 |

Invoice

## W.R. GRACE & CO. ET. AL.
### Summary of Hours by Category
### For the period December 1, 2003 through December 31, 2003

| Rate | Fees Per Professional | | Business Analysis | Corporate Finance | Data Analysis | Case Administration | Claims Analysis/Objections/ Administration (asbestos) | Creditors Committee | Employee Benefits/ Pension | Fee Applications, Applicant | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Task Code | 2 | 3 | 4 | 8 | 9 | 11 | 12 | 16 | |
| $ 625 | $ 2,250.00 | S. Joffe | $ - | $ - | $ 2,250.00 | $ - | $ - | $ - | $ - | $ - | $ 2,250.00 |
| $ 595 | $ 5,652.50 | E. Ordway | - | - | 4,760.00 | - | - | - | - | - | 5,652.50 |
| $ 550 | $ 35,090.00 | S. Cunningham | - | - | 34,760.00 | - | 476.00 | 297.50 | - | 119.00 | 35,090.00 |
| $ 425 | $ 19,422.50 | C. Whitney | - | - | 8,670.00 | - | 330.00 | 510.00 | - | - | 19,422.50 |
| $ 375 | $ 40,125.00 | L. Hamilton | - | - | 36,075.00 | - | 10,242.50 | 712.50 | - | 2,287.50 | 40,125.00 |
| $ 350 | $ 1,050.00 | J. Schwendeman | - | - | 1,050.00 | - | 1,050.00 | - | - | - | 1,050.00 |
| $ 165 | $ 1,089.00 | M. Haloun | - | - | 1,089.00 | 172.50 | - | - | - | - | 1,089.00 |
| $ 75 | $ 930.00 | N. Backer | - | - | - | - | - | - | - | 757.50 | 930.00 |
| $ 105,609.00 | | Totals | $ - | $ - | $ 88,654.00 | $ 172.50 | $ 12,098.50 | $ 1,520.00 | $ - | $ 3,164.00 | $ 105,609.00 |

2 of 17

Invoice

## W.R. GRACE & CO. ET AL.
## Summary of Hours by Category
## For the period December 1, 2003 through December 31, 2003

| Rate | Fees Per Professional | | Task Code | Business Analysis (Business Plan) | Corporate Finance (Acquisitions) | Data Analysis | Case Administration | Claims Analysis/Objections/ Administration (asbestos) | Creditors Committee | Employee Benefits/ Pension | Fee Applications, Applicant | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 2 | 3 | 4 | 8 | 9 | 11 | 12 | 16 | |
| $ 625 | $ | 2,250.00 | S. Joffe | 0.0 | 0.0 | 3.6 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 3.6 |
| $ 595 | $ | 5,652.50 | E. Ordway | 0.0 | 0.0 | 8.0 | 0.0 | 0.8 | 0.5 | 0.0 | 0.2 | 9.5 |
| $ 550 | $ | 35,090.00 | S. Cunningham | 0.0 | 0.0 | 63.2 | 0.0 | 0.6 | 0.0 | 0.0 | 0.0 | 63.8 |
| $ 425 | $ | 19,422.50 | C. Whitney | 0.0 | 0.0 | 20.4 | 0.0 | 24.1 | 1.2 | 0.0 | 0.0 | 45.7 |
| $ 375 | $ | 40,125.00 | L. Hamilton | 0.0 | 0.0 | 96.2 | 0.0 | 2.8 | 1.9 | 0.0 | 6.1 | 107.0 |
| $ 350 | $ | 1,050.00 | J. Schwendeman | 0.0 | 0.0 | 3.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 3.0 |
| $ 165 | $ | 1,089.00 | M. Haloun | 0.0 | 0.0 | 6.6 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 6.6 |
| $ 75 | $ | 930.00 | N. Backer | 0.0 | 0.0 | 0.0 | 2.3 | 0.0 | 0.0 | 0.0 | 10.1 | 12.4 |
| | $ | 105,609.00 | Totals | 0.0 | 0.0 | 201.0 | 2.3 | 28.3 | 3.6 | 0.0 | 16.4 | 251.6 |

**Invoice**

W.R. GRACE & CO. ET AL.

Summary Descriptions of Tasks by Category*

For the period December 1, 2003 through December 31, 2003

| | Task Code | Total Hours | |
|---|---|---|---|
| Business Analysis | 2 | 0.0 | No activities were performed in this category during this period. |
| Corporate Finance | 3 | 0.0 | No activities were performed in this category during this period. |
| Data Analysis | 4 | 201.0 | During the Fee Period we read and analyze the Debtors' third quarter operating report and related documents and prepared a report to the Committee thereon. We also prepared an report to the Committee regarding the October operating results. We read and analyzed information regarding various other issues including the sur-reply pertaining to the possible recusal of Judge Wolin. We read and analyzed various news releases, court docket items and industry information regarding peer performance, asbestos companies and other issues. Additionally, we analyzed motions filed by the Debtors regarding restructuring of the ART joint venture and the proposed restructuring of foreign subsidiaries. |
| Case Administration | 8 | 2.3 | During the Fee Period a paraprofessional organized and distributed materials to the Committee, as well as downloaded and distributed various court docket items to case team members for further review. In addition, the paraprofessional continued to maintain our case-specific database of reports and court docket items. |
| Claims Analysis (asbestos) | 9 | 28.3 | During the Fee Period, we read and analyzed various news articles and reports concerning case asbestos issues. We prepared and updated summaries of comparative asbestos companies' operations, POR status and related issues. |
| Creditors Committee | 11 | 3.6 | During the Fee Period we discussed the status of various case issues with members of the Committee and counsel, including refinancing of the ART joint venture, proposed restructuring of the foreign subsidiaries, Q3 results of operations and other matters. |
| Employee Benefits/Pension | 12 | 0.0 | No activities were performed in this category during this period. |
| Fee Applications, Applicant | 16 | 16.4 | During the Fee Period timekeeper Hamilton and another professional spent approximately 6.3 hours preparing the October and November fee applications. A paraprofessional spent approximately 10.1 hours assisting in preparation of the fee applications. |
| Total | | 251.6 | |

* These descriptions are not intended to be all-inclusive. Please see individual professional time summaries for complete descriptions.

Invoice

## W.R. GRACE & CO. ET.AL.
Professional Services Rendered by Edwin N. Ordway, Jr.
For the period December 1, 2003 through December 31, 2003

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 1-Dec | 16 | Prepared fee application. | 0.2 |
| 2-Dec | 4 | Prepared and edited report to the Committee regarding third quarter results. | 1.4 |
| 2-Dec | 11 | Called a Committee member to discuss impact of recusal issue and operating performance. | 0.2 |
| 5-Dec | 4 | Prepared and edited report regarding third quarter results. | 0.3 |
| 8-Dec | 4 | Continued to edit and prepare third quarter report. | 0.8 |
| 9-Dec | 4 | Read and analyzed court documents regarding Judge Wolin. | 0.7 |
| 9-Dec | 4 | Read Navigant report regarding asbestos update. | 0.6 |
| 10-Dec | 4 | Read and analyzed October financial statements and summarized items for staff to further investigate. | 0.9 |
| 10-Dec | 11 | Called chair to discuss next steps. | 0.3 |
| 12-Dec | 4 | Read memos prepared by counsel regarding recusal. | 0.2 |
| 12-Dec | 4 | Prepared and edited peer group report prepared by staff. | 0.6 |
| 15-Dec | 9 | Read and analyzed updated asbestos reports and modified claims assumption in valuation model. | 0.8 |
| 16-Dec | 4 | Directed staff in preparation of a report to the Committee regarding October performance and liquidity outlook. | 0.6 |
| 18-Dec | 4 | Read and analyzed tax information regarding foreign restructuring of intercompany loans. | 0.7 |
| 23-Dec | 4 | Read and analyzed court filings regarding ART joint venture. | 0.8 |
| 24-Dec | 4 | Read tax restructuring motion. | 0.4 |
| | | **Total Hours** | 9.5 |

### Invoice

### W.R. GRACE & CO. ET.AL.
Professional Services Rendered by Sean Cunningham
For the period December 1, 2003 through December 31, 2003

| Date | Task Code | Description | Hours |
|---|---|---|---|
| 1-Dec | 4 | Read and edited Q3 draft report to the Committee. | 0.8 |
| 1-Dec | 4 | Revised peer group analysis utilized in updated report. | 1.2 |
| 2-Dec | 4 | Read and analyzed information regarding Sealed Air settlement. | 2.0 |
| 3-Dec | 4 | Prepared analysis of Q3 financial results. | 2.5 |
| 3-Dec | 4 | Updated analysis regarding Q3 performance versus prior year. | 2.5 |
| 4-Dec | 4 | Prepared analysis of Q3 financial results. | 2.3 |
| 4-Dec | 4 | Read and edited Q3 draft report to the Committee. | 1.5 |
| 5-Dec | 4 | Prepared analysis of Q3 financial results. | 2.0 |
| 5-Dec | 4 | Read and edited Q3 draft report to the Committee. | 0.5 |
| 8-Dec | 9 | Read and analyzed Naivigant update regarding asbestos issues. | 0.6 |
| 8-Dec | 4 | Prepared analysis of Q3 financial results. | 2.9 |
| 10-Dec | 4 | Read and analyzed court filings regarding Wolin reply. | 1.0 |
| 10-Dec | 4 | Read and analyzed October interim report of operations provided by Debtors. | 2.0 |
| 12-Dec | 4 | Read and edited final version of Q3 report to the Committee. | 2.0 |
| 12-Dec | 4 | Finalized analysis of peer group performance versus Grace. | 3.0 |
| 18-Dec | 4 | Prepared analysis and report summarizing October results versus prior year. | 5.0 |
| 19-Dec | 4 | Prepared analysis and report summarizing October results versus prior year. | 5.0 |
| 22-Dec | 4 | Finalized report regarding October performance. | 4.8 |
| 23-Dec | 4 | Read and analyzed court filing regarding ART joint venture. | 1.2 |
| 23-Dec | 4 | Read and analyzed court filing regarding tax restructuring. | 1.3 |

| 23-Dec | 4 | Read and analyzed court filing regarding Massachusetts tax refund. | 1.5 |
| 23-Dec | 4 | Read and analyzed historical information regarding ART joint venture. | 1.3 |
| 23-Dec | 4 | Read and analyzed information regarding cash repatriation program. | 1.2 |
| 24-Dec | 4 | Analyzed ART joint venture debt restructuring and prepared information request to Debtors. | 1.5 |
| 24-Dec | 4 | Read and analyzed tax restructuring motion and prepared information request to Debtors. | 2.0 |
| 30-Dec | 4 | Continued to read and analyze ART joint venture motion. | 2.3 |
| 30-Dec | 4 | Continued to read and analyze tax restructuring motion. | 3.2 |
| 31-Dec | 4 | Continued to read and analyze ART joint venture motion. | 2.9 |
| 31-Dec | 4 | Continued to read and analyze tax restructuring motion. | 3.8 |
| | | **Total Hours** | 63.8 |

# Invoice

## W.R. GRACE & CO. ET.AL.
### Professional Services Rendered by Steven Joffe
### For the period December 1, 2003 through December 31, 2003

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 15-Dec | 4 | Read and analyzed quarterly plan. | 0.5 |
| 23-Dec | 4 | Read and analyzed foreign restructuring motion. | 0.5 |
| 29-Dec | 4 | Read and analyzed proposed foreign restructuring motion and prepared questions regarding same. | 1.0 |
| 30-Dec | 4 | Held discussion with case team members regarding restructuring motion. | 0.8 |
| 30-Dec | 4 | Read and analyzed Massachusetts tax refund motion. | 0.8 |
| | | **Total hours** | 2.8 |

**Invoice**

## W.R. GRACE & CO. ET. AL.
Professional Services Rendered by Christina Whitney
For the period December 1, 2003 through December 31, 2003

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 2-Dec | 4 | Updated analysis of peer group performance for the 3rd quarter. | 3.4 |
| 2-Dec | 4 | Read and edited the report to the Committee on 3rd quarter performance. | 3.1 |
| 3-Dec | 4 | Read and edited the report to the Committee on 3rd quarter performance. | 5.8 |
| 9-Dec | 4 | Read and edited the report to the Committee on 3rd quarter performance and distributed to counsel for review. | 3.2 |
| 11-Dec | 4 | Read and analyzed October monthly financial report. | 1.9 |
| 11-Dec | 9 | Researched articles and other public filings pertaining to the status of other asbestos-related bankruptcies. | 3.4 |
| 15-Dec | 11 | Participated in a Committee conference call. | 1.2 |
| 16-Dec | 4 | Read and edited the report to the Committee on October performance. | 0.8 |
| 16-Dec | 9 | Researched articles and other public filings pertaining to the status of other asbestos-related filings. | 5.4 |
| 16-Dec | 9 | Updated analysis of the status of other asbestos-related bankruptcies. | 2.3 |
| 17-Dec | 9 | Updated analysis of the status of other asbestos-related bankruptcies. | 7.2 |
| 18-Dec | 9 | Updated analysis of the status of other asbestos-related bankruptcies. | 5.8 |
| 30-Dec | 4 | Read and analyzed motions filed by the Debtors on 12/22/03. | 2.2 |
| | | **Total Hours** | 45.7 |

Invoice

## W.R. GRACE & CO. ET. AL.
### Professional Services Rendered by Libby Hamilton
For the period December 1, 2003 through December 31, 2003

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 1-Dec | 4 | Prepared draft of Q3 report to Committee. | 1.0 |
| 1-Dec | 4 | Read and analyzed Sealed Air settlement. | 3.4 |
| 1-Dec | 4 | Analyzed additional peer company data for Q3 report. | 3.4 |
| 2-Dec | 4 | Read and analyzed Sealed Air settlement. | 4.6 |
| 2-Dec | 4 | Reviewed status of case issues, including ZAI, in preparation for discussion with new Committee member. | 0.3 |
| 2-Dec | 4 | Updated peer group and EBITDA variance analyses for Q3 report. | 1.5 |
| 3-Dec | 4 | Read and analyzed Sealed Air settlement. | 2.1 |
| 3-Dec | 4 | Updated Q3 report including peer group analysis and sensitivity | 4.2 |
| 3-Dec | 4 | Read and analyzed latest Owens-Corning POR and disclosure | 1.8 |
| 4-Dec | 4 | Updated executive summary section of Q3 report. | 3.4 |
| 4-Dec | 4 | Updated Q3 report for additional information. | 3.3 |
| 4-Dec | 4 | Read and analyzed tax section of Sealed Air settlement. | 1.3 |
| 5-Dec | 16 | Prepared October fee application. | 0.8 |
| 5-Dec | 4 | Updated Q3 report for additional information. | 2.4 |
| 6-Dec | 4 | Updated Q3 report sections including cash and sensitivities. | 6.0 |
| 8-Dec | 4 | Continued to prepare EBITDA section of Q3 report. | 3.8 |
| 8-Dec | 4 | Continued to prepare liquidity analyses for Q3 report. | 2.1 |
| 8-Dec | 4 | Continued to prepare executive summary of Q3 report. | 1.0 |
| 8-Dec | 9 | Read and analyzed Navigant reports concerning asbestos trust legislation. | 1.6 |
| 9-Dec | 4 | Updated Q3 report for edits. | 4.2 |

| Date | | Description | Hours |
|---|---|---|---|
| 9-Dec | 4 | Read and summarized key terms of Owens-Corning POR relevant to Grace case. | 3.3 |
| 10-Dec | 4 | Read and analyzed Wolin sur-reply. | 1.1 |
| 10-Dec | 4 | Read and analyzed information concerning appointment of a futures representative. | 0.9 |
| 10-Dec | 4 | Continued to prepare summary of Owens Corning POR. | 4.1 |
| 10-Dec | 16 | Prepared November fee application. | 0.9 |
| 10-Dec | 9 | Read and analyzed asbestos litigation news releases | 0.5 |
| 11-Dec | 16 | Continued to prepare November fee application. | 1.3 |
| 11-Dec | 4 | Read and analyzed October operating report provided by Debtors. | 3.7 |
| 12-Dec | 11 | Discussed draft Q3 report with counsel. | 0.4 |
| 12-Dec | 4 | Updated Q3 report to reflect counsel's comments and final edits. | 2.6 |
| 12-Dec | 4 | Prepared distribution of Q3 report to Committee. | 1.0 |
| 15-Dec | 4 | Read and analyzed October operating report provided by Debtors. | 3.7 |
| 15-Dec | 4 | Prepared October sales analysis. | 2.7 |
| 15-Dec | 4 | Read and analyzed information in preparation for conference call with Committee. | 2.9 |
| 15-Dec | 11 | Participated in Committee conference call regarding futures representative, recusal motion and other case issues. | 0.7 |
| 16-Dec | 4 | Prepared October monthly monitoring report. | 4.0 |
| 17-Dec | 4 | Prepared October monthly monitoring report. | 3.9 |
| 17-Dec | 4 | Updated EBITDA and gross margin analysis for October report. | 2.5 |
| 17-Dec | 4 | Read and analyzed current court docket items. | 0.9 |
| 17-Dec | 9 | Read and analyzed recent asbestos litigation reports. | 0.7 |
| 18-Dec | 16 | Continued to prepare November fee application. | 2.1 |
| 18-Dec | 4 | Prepared November fee application | 1.0 |
| 18-Dec | 4 | Prepared update to October report. | 0.9 |
| 22-Dec | 4 | Updated October report. | 4.5 |
| 23-Dec | 4 | Prepared final edits to October report. | 1.1 |
| 23-Dec | 4 | Prepared October report distribution. | 0.6 |

| | | | |
|---|---|---|---|
| 23-Dec | 11 | Discussed November results of operations with F. Gilbert. | 0.5 |
| 23-Dec | 11 | Discussed potential acquisition and motion regarding cash restructuring with F. Gilbert. | 0.3 |
| 23-Dec | 16 | Continued to prepare November fee application. | 1.0 |
| 30-Dec | 4 | Continued to prepare October report distribution. | 0.1 |
| 30-Dec | 4 | Read emails and evaluated information concerning cash restructuring motion. | 0.9 |
| | | **Total hours** | 107.0 |

**Invoice**

## W.R. GRACE & CO. ET. AL.

Professional Services Rendered by Jeffrey E. Schwendeman
For the period December 1, 2003 through December 31, 2003

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 8-Dec | 4 | Prepared analysis of comparable asbestos companies. | 2.1 |
| 15-Dec | 4 | Prepared heavy construction industry peer comparison. | 0.9 |
| | | **Total Hours** | 3.0 |

Invoice

## W.R.GRACE & CO. ET AL.
Professional Services Rendered by Matt Hakoun
For the period December 1, 2003 through December 31, 2003

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 2-Dec | 4 | Researched recent developments regarding Sealed Air and prepared enterprise valuation for current and trailing 4 quarters. | 1.5 |
| 2-Dec | 4 | Gathered updated Plans of Reorganization and Disclosure Statements filed by the peer asbestos bankruptcy companies. | 1.2 |
| 16-Dec | 4 | Reviewed and distributed various asbestos publications. | 0.6 |
| 18-Dec | 4 | Researched Halliburton subsidiaries' recent prepackaged bankruptcy filings. | 1.3 |
| 22-Dec | 4 | Continued researching Halliburton subsidiaries' prepackaged bankruptcies including claim allowances information. | 1.3 |
| 30-Dec | 4 | Accessed court database, reviewed and analyzed ART Credit Agreement Motion filed for hearing 1/09/04 | 0.7 |
| | | **Total Hours** | 6.6 |

Invoice

W.R.GRACE & CO. ET AL.
Professional Services Rendered by Nancy Backer (Paraprofessional)
For the period December 1, 2003 through December 31, 2003

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 1-Dec | 16 | Processed professional fee application for October. | 2.2 |
| 1-Dec | 8 | Updated docket database of most recent filings through Bankruptcy Court website. | 0.3 |
| 2-Dec | 16 | Processed professional fee application for November. | 0.6 |
| 4-Dec | 8 | Downloaded dockets for case team member. | 0.4 |
| 9-Dec | 16 | Processed professional fee application for November. | 0.5 |
| 11-Dec | 16 | Processed professional fee application for November. | 0.8 |
| 16-Dec | 16 | Processed professional fee application for November. | 1.0 |
| 16-Dec | 8 | Updated docket database of most recent filings through Bankruptcy Court website. | 0.3 |
| 17-Dec | 16 | Processed professional fee application for November. | 3.0 |
| 18-Dec | 16 | Processed professional fee application for November. | 0.8 |
| 23-Dec | 8 | Downloaded dockets for case team member. | 1.0 |
| 31-Dec | 16 | Processed professional fee application for November. | 1.2 |
| 31-Dec | 8 | Updated docket database of most recent filings through Bankruptcy Court website. | 0.3 |
| | | **Total Hours** | 12.4 |

**Invoice**

## W.R. GRACE & CO. ET. AL.
Summary of Expenses by Type of Expense
For the period December 1, 2003 through December 31, 2003

| | | |
|---|---|---|
| Copies: | | |
| Internal | $ | - |
| External | | |
| Telecommunications: | | |
| Telephone | | 212.03 |
| Toll Charges | | |
| Facsimile | | - |
| Postage, Federal Express, Airborne Express | | 10.02 |
| Travel Expenses: | | |
| Transportation, lodging, tolls, parking, mileage | | - |
| **Total Expenses** | $ | 222.05 |

**Invoice**

## W.R. GRACE & CO. ET. AL.
### Detail of Expenses by Type of Expense
### For the period December 1, 2003 through December 31, 2003

| | | | |
|---|---|---|---|
| Copies, Internal | 0  pp. @ .15 ea. | | $ - |
| Facsimile Charges: | 0 pages @ $1.00/page: | | - |
| Telephone Charges: | Telephone | 93.17 | |
| | E. Ordway - Cell  10/30/03 through 11/29/03 | 51.92 | |
| | E. Ordway - AT&T | 66.94 | |
| | | | 212.03 |
| Toll Charges: | Online research fees and subscriptions | | |
| Postage, Federal Express: | | | |
| | Airborne Express | 10.02 | |
| | | | 10.02 |
| Transportation, lodging, tolls, parking and mileage: | | | |
| | | | - |
| Total | | | $   222.05 |