IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ). | |

## NOTICE OF CANCELLATION OF OMNIBUS
## HEARING SCHEDULED FOR JANUARY 26, 2004 AT 12:00 P.M.

PLEASE TAKE NOTICE that the omnibus hearing scheduled for January 26, 2004 at 12:00 p.m. prevailing Eastern Time before the Honorable Judith K. Fitzgerald, was cancelled by the Court due to inclement weather. All matters scheduled to be heard at the January 26, 2004 omnibus hearing have been continued to the omnibus hearing scheduled for

[REMAINDER OF PAGE LEFT INTENTIONALLY BLANK]

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

**February 23, 2004 at 12:00 p.m.** prevailing Eastern Time.

Dated: February 4, 2004

        KIRKLAND & ELLIS LLP
        James H.M. Sprayregen, P.C.
        James W. Kapp III
        Christian J. Lane
        200 East Randolph Drive
        Chicago, Illinois 60601
        Telephone:   (312) 861-2000
        Facsimile:   (312) 861-2200

        and

        PACHULSKI, STANG, ZIEHL, YOUNG, JONES
        & WEINTRAUB P.C.

        */s/ David W. Carickhoff*
        Laura Davis Jones (Bar No. 2436)
        Scotta E. McFarland (Bar No. 4184)
        David W. Carickhoff, Jr. (Bar No. 3715)
        919 N. Market Street, 16th Floor
        P.O. Box 8705
        Wilmington, Delaware 19899-8705
        Telephone:   (302) 652-4100
        Facsimile:   (302) 652-4400

        Co-Counsel to Debtors and Debtors-in-Possession