```
                          REED SMITH LLP
                          PO Box 360074M
                     Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630
```

```
W.R Grace & Co.                          Invoice Number     1110948
One Town Center Road                     Invoice Date       02/04/04
Boca Raton, FL   33486                   Client Number       172573
```

========================================================================

Re: W. R. Grace & Co.

(60026)   Litigation and Litigation Consulting

    Fees                              3,945.50

               TOTAL BALANCE DUE UPON RECEIPT         $3,945.50
                                                                  ==============

```
                        REED SMITH LLP
                        PO Box 360074M
                    Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630
```

| | |
|---|---|
| W.R Grace & Co.<br>One Town Center Road<br>Boca Raton, FL   33486 | Invoice Number     1110948<br>Invoice Date       02/04/04<br>Client Number       172573<br>Matter Number        60026 |

===========================================================================

Re: (60026)   Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH DECEMBER 31, 2003

| Date | Name | | Hours |
|---|---|---|---|
| 12/01/03 | Muha | Prepare chart re: job tasks for asbestos matters in bankruptcy. | 1.20 |
| 12/03/03 | Bentz | Conference with L. Flatley regarding potential discovery issue. | .30 |
| 12/04/03 | Muha | Continue work on chart re: work on asbestos matters in W.R. Grace bankruptcy. | 1.10 |
| 12/08/03 | Bentz | Conference with W. Sparks regarding various procedural issues. | .40 |
| 12/10/03 | Muha | Complete chart re: responsibilities in asbestos matters in W.R. Grace bankruptcy. | .80 |
| 12/11/03 | Bentz | Review of discovery requests and responses regarding potential issue with third-party asbestos defendant. | 2.70 |
| 12/12/03 | Bentz | Review of discovery requests and responses from third-party asbestos defendant. | .40 |
| 12/15/03 | Bentz | Conference with W. Sparks regarding various issues (.5); review material regarding potential discovery matter (.7). | 1.20 |

```
172573  W. R. Grace & Co.                          Invoice Number   1110948
60026   Litigation and Litigation Consulting       Page    2
        February 4, 2004
```

| Date | Name | | Hours |
|------|------|---|-------|
| 12/16/03 | Bentz | Conferences with counsel for asbestos defendant and R. Finke. | .70 |
| 12/17/03 | Bentz | Conferences with R. Finke and counsel for asbestos defendant regarding Grace documents. | 1.20 |
| 12/18/03 | Bentz | Review of issue regarding third party requests for documents. | .80 |
| 12/19/03 | Bentz | Review of correspondence regarding prior discovery requests. | .80 |
| 12/22/03 | Cameron | Review of property damage materials. | .80 |
| 12/30/03 | Bentz | Call from counsel for asbestos defendant and review of request. | .40 |

```
                                         TOTAL HOURS    12.80
```

| TIME SUMMARY | Hours | Rate | | Value |
|---|---|---|---|---|
| Douglas E. Cameron | 0.80 | at $ 430.00 | = | 344.00 |
| James W Bentz | 8.90 | at $ 335.00 | = | 2,981.50 |
| Andrew J. Muha | 3.10 | at $ 200.00 | = | 620.00 |

```
                CURRENT FEES                              3,945.50


                TOTAL BALANCE DUE UPON RECEIPT          $3,945.50
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

| | |
|---|---|
| W. R. Grace | Invoice Number    1110949 |
| 5400 Broken Sound Blvd., N.W. | Invoice Date      02/04/04 |
| Boca Raton, FL 33487 | Client Number     172573 |

========================================================================

Re: W. R. Grace & Co.

(60028)   ZAI Science Trial

  Fees            2,470.00

         TOTAL BALANCE DUE UPON RECEIPT  $2,470.00
                            ==============

```
                         REED SMITH LLP
                         PO Box 360074M
                    Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630
```

W. R. Grace                               Invoice Number       1110949
5400 Broken Sound Blvd., N.W.             Invoice Date         02/04/04
Boca Raton, FL 33487                      Client Number         172573
                                          Matter Number          60028

==============================================================================

Re: (60028)  ZAI Science Trial

FOR PROFESSIONAL SERVICES PROVIDED THROUGH DECEMBER 31, 2003

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 12/02/03 | Flatley | Call with W. Sparks and follow up. | .30 |
| 12/03/03 | Flatley | Call with W. Sparks and follow up (.30); call with J. Bentz re: ZAI Claimants' documents request (.10). | .40 |
| 12/06/03 | Cameron | Review summaries of litigation and work papers for argument and evidence with respect to Science Trial. | .90 |
| 12/08/03 | Cameron | Telephone call with J. Restivo and Grace regarding issues relating to settlement discussions (.5); follow-up document review (.4). | .90 |
| 12/08/03 | Restivo | Conference call with W. Sparks, R. Finke and D. Cameron re: Science Trial negotiations. | .60 |
| 12/19/03 | Cameron | Review materials relating to Science Trial motions and claimants' personal experience. | 1.10 |
| 12/22/03 | Restivo | Telephone call with B. Beber re: Science Trial negotiations. | .40 |
| 12/23/03 | Butcher | Review files for indirect asbestos exposure test preparation case | .30 |
| 12/23/03 | Restivo | Telephone calls with Beber, Finke, Siegel re: Science Trial negotiations. | .80 |

```
172573  W. R. Grace & Co.                       Invoice Number   1110949
60028   ZAI Science Trial                       Page     2
        February 4, 2004
```

```
                                                          ------
                                            TOTAL HOURS    5.70

TIME SUMMARY              Hours        Rate           Value
------------------------  --------------------------  -------
James J. Restivo Jr.      1.80  at  $  475.00  =       855.00
Lawrence E. Flatley       0.70  at  $  440.00  =       308.00
Douglas E. Cameron        2.90  at  $  430.00  =     1,247.00
Jayme L. Butcher          0.30  at  $  200.00  =        60.00

                          CURRENT FEES                              2,470.00

                                                                 -------------
                          TOTAL BALANCE DUE UPON RECEIPT           $2,470.00
                                                                 =============
```

```
                    REED SMITH LLP
                    PO Box 360074M
                Pittsburgh, PA  15251-6074
                   Tax ID# 25-0749630
```

| | |
|---|---|
| W. R. Grace | Invoice Number   1101116 |
| 5400 Broken Sound Blvd., N.W. | Invoice Date     12/22/03 |
| Boca Raton, FL 33487 | Client Number    172573 |

================================================================================

Re: W. R. Grace & Co.

(60029)   Fee Applications-Applicant

    Fees                                                2,416.00

                TOTAL BALANCE DUE UPON RECEIPT        $2,416.00
                                                                 =============

```
                         REED SMITH LLP
                         PO Box 360074M
                      Pittsburgh, PA  15251-6074
                         Tax ID# 25-0749630
```

| | |
|---|---|
| W. R. Grace | Invoice Number   1101116 |
| 5400 Broken Sound Blvd., N.W. | Invoice Date    12/22/03 |
| Boca Raton, FL 33487 | Client Number    172573 |
| | Matter Number     60029 |

=============================================================================

Re: (60029)   Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH NOVEMBER 30, 2003

| Date | Name | Description | Hours |
|---|---|---|---|
| 11/03/03 | Lord | Review and revise 10th Quarterly Fee Application (1.5); research docket and e-mail to debtor's local counsel re: hearing on quarterly fee application (0.7). | 2.20 |
| 11/07/03 | Muha | Review and revise DBR for October 2003 fee application. | 1.30 |
| 11/11/03 | Keuler | Revise 10th interim fee application for filing. | .70 |
| 11/11/03 | Lord | Discussion with R. Keuler re: quarterly fee application. | .20 |
| 11/12/03 | Frew | Edits to 10th Quarterly App. (1.0); scan exhibits (0.8); create pdf documents and e-file (0.9); arrange for service (0.2). | 2.90 |
| 11/12/03 | Lord | Assist V. Frew with e-filing and service of RS Quarterly fee application. | .20 |
| 11/13/03 | Lord | Research and e-mail to Court re: revisions to docket entry for tenth quarterly fee application. | .20 |
| 11/14/03 | Muha | Revisions to fee and expense detail for October 2003 monthly fee application. | .50 |

```
172573 W. R. Grace & Co.                          Invoice Number   1101116
60029  Fee Applications-Applicant                 Page    2
       December 22, 2003
```

| Date | Name | | Hours |
|------|------|---|-------|
| 11/19/03 | Lord | Research docket and draft CNO for RS September monthly fee application. | .40 |
| 11/19/03 | Muha | Revise fee and expense detail for October 2003 fee application. | 1.00 |
| 11/20/03 | Keuler | Review documents prepared by J. Lord for filing. | .30 |
| 11/20/03 | Lord | Revise and e-file CNO for RS Sept. fee application (.3); perfect service for same (.2); prepare correspondence to R. Finke re: same (.1). | .60 |
| 11/25/03 | Lord | Review and revise RS October fee application (.7); discuss same with R. Keuler (.1). | .80 |
| 11/25/03 | Muha | Complete review and revision to final draft of October 2003 fee application. | .70 |
| 11/26/03 | Keuler | Revised and finalized application (0.4); met with J. Lord re: service (0.2). | .60 |
| 11/26/03 | Lord | Prepare electronic/hard service for October fee application (.3); discuss fee application with R. Keuler (.1). | .40 |
| 11/26/03 | Muha | Resolve final issues re: 9th quarterly fee application. | .20 |
| 11/29/03 | Lord | Revise and e-file RS October fee application (.4); perfect hard/electronic service for same (.4). | .80 |

```
                                                  TOTAL HOURS    14.00
```

| TIME SUMMARY | Hours | Rate | Value |
|---|---|---|---|
| Andrew J. Muha | 3.70 at $ 200.00 = | | 740.00 |
| Richard A. Jr. Keuler | 1.60 at $ 250.00 = | | 400.00 |
| John B. Lord | 5.80 at $ 145.00 = | | 841.00 |
| Valerie A. Frew | 2.90 at $ 150.00 = | | 435.00 |

```
172573 W. R. Grace & Co.                      Invoice Number   1101116
 60029 Fee Applications-Applicant             Page     3
       December 22, 2003


                    CURRENT FEES                              2,416.00

                                                           ------------
               TOTAL BALANCE DUE UPON RECEIPT                $2,416.00
                                                           ============
```

```
                         REED SMITH LLP
                         PO Box 360074M
                    Pittsburgh, PA  15251-6074
                      Tax ID# 25-0749630
```

| | |
|---|---|
| W.R Grace & Co.<br>One Town Center Road<br>Boca Raton, FL   33486 | Invoice Number       1110951<br>Invoice Date         02/04/04<br>Client Number         172573<br>Matter Number          60030 |

================================================================================

Re: (60030)  Hearings

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JANUARY 31, 2004

| Date | Name | | Hours |
|---|---|---|---|
| 12/09/03 | Bentz | Conference with W. Sparks regarding Omnibus hearing in Pittsburgh. | .30 |
| 12/09/03 | Keuler | E-message with PGH re: upcoming hearings and coverage of same. | .20 |
| 12/15/03 | Bentz | Correspondence from W. Sparks regarding Omnibus hearing (.3). | .30 |
| 12/15/03 | Restivo | Omnibus hearing. | 1.50 |
| | | TOTAL HOURS | 2.30 |

| TIME SUMMARY | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| James J. Restivo Jr. | 1.50 | at $ | 475.00 | = | 712.50 |
| James W Bentz | 0.60 | at $ | 335.00 | = | 201.00 |
| Richard A. Jr. Keuler | 0.20 | at $ | 250.00 | = | 50.00 |

```
                        CURRENT FEES                              963.50


                        TOTAL BALANCE DUE UPON RECEIPT           $963.50
                                                             =============
```