```
                        REED SMITH LLP
                        PO Box 360074M
                    Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630
```

| | |
|---|---|
| W.R Grace & Co.<br>One Town Center Road<br>Boca Raton, FL   33486 | Invoice Number      1110952<br>Invoice Date        02/04/04<br>Client Number         172573 |

===============================================================================

Re: W. R. Grace & Co.

(60026)   Litigation and Litigation Consulting

    Expenses                              1,306.46

                  TOTAL BALANCE DUE UPON RECEIPT      $1,306.46
                                                                        ==============

```
                         REED SMITH LLP
                         PO Box 360074M
                    Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630
```

W.R Grace & Co.                           Invoice Number       1110952
One Town Center Road                      Invoice Date        02/04/04
Boca Raton, FL   33486                    Client Number        172573
                                          Matter Number         60026

===========================================================================

Re: Litigation and Litigation Consulting

FOR COSTS ADVANCED AND EXPENSES INCURRED:

    Telephone Expense                              1.76
    Documentation Charge                          47.81
    Duplicating/Printing                         171.90
    Other Databases                               88.69
    Courier Service                                5.00
    Outside Duplicating                          991.30

                      CURRENT EXPENSES                             1,306.46
                                                                      -------------

                      TOTAL BALANCE DUE UPON RECEIPT               $1,306.46
                                                                     =============

```
                        REED SMITH LLP
                        PO Box 360074M
                   Pittsburgh, PA  15251-6074
                      Tax ID# 25-0749630
```

W.R Grace & Co.                       Invoice Number      1110952
One Town Center Road                  Invoice Date        02/04/04
Boca Raton, FL  33486                 Client Number       172573
                                      Matter Number        60026

================================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---|
| 09/30/03 | Other Databases | 49.42 |
| 09/30/03 | Other Databases | 39.27 |
| 10/31/03 | Courier Service-PARCELS ON 6/6/03 | 5.00 |
| 11/12/03 | ATTY # 3610; 679 COPIES | 101.85 |
| 12/02/03 | ATTY # 0559; 10 COPIES | 1.50 |
| 12/03/03 | ATTY # 0349: 1 COPIES | .15 |
| 12/03/03 | ATTY # 0856: 1 COPIES | .15 |
| 12/04/03 | 561-362-1552/BOCA RATON, FL/2 | .11 |
| 12/05/03 | COPYING - Outside Duplicating - - VENDOR:IKON DOCUMENT SERVICES | 356.50 |
| 12/05/03 | COPYING - Outside Duplicating - - VENDOR:IKON DOCUMENT SERVICES | 507.70 |
| 12/08/03 | Documentation Charge -PACER CHARGES FOR OCTOBER, 2003 | 37.38 |
| 12/08/03 | ATTY # 0710; 30 COPIES | 4.50 |
| 12/08/03 | ATTY # 0856: 4 COPIES | .60 |
| 12/09/03 | ATTY # 0349; 3 COPIES | .45 |
| 12/09/03 | ATTY # 0559; 10 COPIES | 1.50 |
| 12/09/03 | ATTY # 0349: 1 COPIES | .15 |

```
172573  W. R. Grace & Co.                          Invoice Number   1110952
60026   Litigation and Litigation Consulting       Page    2
        February 4, 2004
```

| Date | Description | Amount |
|---|---|---|
| 12/10/03 | ATTY # 0710: 6 COPIES | .90 |
| 12/10/03 | ATTY # 0559: 6 COPIES | .90 |
| 12/10/03 | ATTY # 0559: 6 COPIES | .90 |
| 12/10/03 | ATTY # 0559: 1 COPIES | .15 |
| 12/10/03 | ATTY # 0559: 1 COPIES | .15 |
| 12/10/03 | ATTY # 0559: 18 COPIES | 2.70 |
| 12/11/03 | ATTY # 0885; 6 COPIES | .90 |
| 12/12/03 | ATTY # 0856: 1 COPIES | .15 |
| 12/15/03 | COPYING -IKON DOCUMENT SERVICES Outside Duplicating Charges | 65.80 |
| 12/15/03 | ATTY # 0349; 50 COPIES | 7.50 |
| 12/15/03 | ATTY # 0856: 5 COPIES | .75 |
| 12/15/03 | 516-378-7750/FREEPORT, NY/22 | 1.25 |
| 12/15/03 | 310-866-8242/SAN MONICA, CA/4 | .29 |
| 12/16/03 | ATTY # 0856: 1 COPIES | .15 |
| 12/16/03 | 302-652-4100/WILMINGTON, DE/1 | .11 |
| 12/17/03 | Documentation Charge - -PACER ELECTRONIC DOCKET RETREVAL CHARGES FOR NOVEMBER 2003- VENDOR:PACER SERVICE CENTER | 10.43 |
| 12/18/03 | ATTY # 0856: 1 COPIES | .15 |
| 12/19/03 | ATTY # 0718: 3 COPIES | .45 |
| 12/22/03 | ATTY # 0559: 18 COPIES | 2.70 |
| 12/22/03 | ATTY # 0559: 9 COPIES | 1.35 |
| 12/22/03 | ATTY # 0559: 9 COPIES | 1.35 |
| 12/22/03 | ATTY # 0559: 12 COPIES | 1.80 |
| 12/22/03 | ATTY # 0559: 12 COPIES | 1.80 |
| 12/22/03 | ATTY # 0559: 6 COPIES | .90 |
| 12/22/03 | ATTY # 0559: 6 COPIES | .90 |

```
172573  W. R. Grace & Co.                          Invoice Number  1110952
60026   Litigation and Litigation Consulting        Page    3
        February 4, 2004
```

| Date | Description | Amount |
|---|---|---|
| 12/22/03 | ATTY # 0718: 3 COPIES | .45 |
| 12/22/03 | ATTY # 0718; 36 COPIES | 5.40 |
| 12/23/03 | ATTY # 0559: 1 COPIES | .15 |
| 12/24/03 | ATTY # 0559: 6 COPIES | .90 |
| 12/24/03 | ATTY # 0559: 1 COPIES | .15 |
| 12/24/03 | ATTY # 0559: 1 COPIES | .15 |
| 12/24/03 | ATTY # 0559; 12 COPIES | 1.80 |
| 12/29/03 | ATTY # 0718: 6 COPIES | .90 |
| 12/29/03 | ATTY # 0718: 6 COPIES | .90 |
| 12/29/03 | ATTY # 0718: 24 COPIES | 3.60 |
| 12/29/03 | ATTY # 0718: 9 COPIES | 1.35 |
| 12/30/03 | ATTY # 0718; 124 COPIES | 18.60 |
| 12/31/03 | COPYING - Outside Duplicating - - VENDOR:IKON DOCUMENT SERVICES | 61.30 |
| 12/31/03 | ATTY # 0559: 1 COPIES | .15 |

```
                        CURRENT EXPENSES                   1,306.46
                                                          ------------
              TOTAL BALANCE DUE UPON RECEIPT              $1,306.46
                                                          ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

| | |
|---|---|
| W. R. Grace | Invoice Number    1110953 |
| 5400 Broken Sound Blvd., N.W. | Invoice Date      02/04/04 |
| Boca Raton, FL 33487 | Client Number     172573 |

================================================================================

Re: W. R. Grace & Co.

(60028)   ZAI Science Trial

   Expenses                                      25.59

                      TOTAL BALANCE DUE UPON RECEIPT          $25.59
                                                                      ==============

```
                      REED SMITH LLP
                       PO Box 360074M
                 Pittsburgh, PA  15251-6074
                    Tax ID# 25-0749630


W. R. Grace                           Invoice Number      1110953
5400 Broken Sound Blvd., N.W.         Invoice Date        02/04/04
Boca Raton, FL 33487                  Client Number       172573
                                      Matter Number       60028


================================================================================

Re: ZAI Science Trial


FOR COSTS ADVANCED AND EXPENSES INCURRED:

     Telephone Expense                          3.30
     Postage Expense                            0.86
     Courier Service - Outside                 21.43

                    CURRENT EXPENSES                             25.59
                                                          --------------

                    TOTAL BALANCE DUE UPON RECEIPT              $25.59
                                                          ==============
```

```
                        REED SMITH LLP
                        PO Box 360074M
                    Pittsburgh, PA 15251-6074
                       Tax ID# 25-0749630
```

W. R. Grace                                    Invoice Number     1110953
5400 Broken Sound Blvd., N.W.                  Invoice Date       02/04/04
Boca Raton, FL 33487                           Client Number       172573
                                               Matter Number        60028

===============================================================================

Re: (60028)   ZAI Science Trial

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---|
| 11/19/03 | 561-362-1533/BOCA RATON, FL/24 | 1.37 |
| 11/26/03 | Courier Service - 54583 UPS - Shipped from James Restivo, Reed Smith LLP - Pittsburgh to Edward J. Westbrook(MOUNT PLEASANT SC 29464.) | 7.57 |
| 11/26/03 | 561-362-1583/BOCA RATON, FL/3 | .17 |
| 11/26/03 | 617-426-8810/BOSTON, MA/3 | .17 |
| 11/26/03 | 561-362-1583/BOCA RATON, FL/3 | .17 |
| 11/26/03 | 617-426-8810/BOSTON, MA/3 | .17 |
| 12/02/03 | 908-582-0833/SUMMIT, NJ/1 | .11 |
| 12/03/03 | Postage Expense | .37 |
| 12/08/03 | Postage Expense | .49 |
| 12/08/03 | 302-652-5340/WILMINGTON, DE/19 | 1.14 |
| 12/09/03 | Courier Service - 54583 UPS - Shipped from James Restivo, Reed Smith LLP- Pittsburgh to R. Finke, Esq. WR Grace & Co. (Boca Raton FL 33487). | 13.86 |

                        CURRENT EXPENSES                           25.59
                                                              -------------
                        TOTAL BALANCE DUE UPON RECEIPT            $25.59
                                                              =============