# EXHIBIT B

# ORIGINAL

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (PJW) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | **Objection Date: January 19, 2004, at 4:00 p.m.** |
| | | **Hearing Date: Scheduled if Necessary (Negative Notice)** |

### THIRTY-SECOND MONTHLY APPLICATION OF PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB P.C. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS CO-COUNSEL TO THE DEBTORS FOR THE PERIOD FROM NOVEMBER 1, 2003 THROUGH NOVEMBER 30, 2003

Name of Applicant:    Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C. ("PSZYJ&W").

Authorized to Provide Professional Services to:    The above-captioned debtors and debtors-in-possession.

Date of Retention:    May 3, 2001.

Period for which Compensation and Reimbursement is Sought:    November 1, 2003 through November 30, 2003.

Amount of Compensation Sought as Actual, Reasonable and Necessary:    $20,729.50.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Date 12.29.03
Docket #4878

DOCS_DE:85651.1

<u>Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary</u>: $33,211.18

This is a:     xx monthly          _ interim          _ final application.

The total time expended for preparation of this fee application is approximately 2 hours and the corresponding compensation requested is approximately $800.00.[2]

Prior Applications Filed:

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 07/10/01 | 04/02/01-04/30/01 | $62,472.75 | $23,277.13 | $62,472.75 | $23,277.13 |
| 08/09/01 | 05/01/01-05/31/01 | $29,929.00 | $15,670.64 | $29,929.00 | $15,670.64 |
| 09/07/01 | 06/01/01-06/30/01 | $30,195.50 | $37,763.45 | $30,195.50 | $37,763.45 |
| 09/11/01 | 07/01/01-07/31/01 | $17,040.50 | $20,323.76 | $17,040.50 | $20,323.76 |
| 10/31/01 | 08/01/01-08/31/01 | $ 9,407.50 | $20,486.61 | $ 9,407.50 | $20,486.61 |
| 11/13/01 | 09/01/01-09/30/01 | $13,158.00 | $10,035.46 | $13,158.00 | $10,035.46 |
| 11/27/01 | 10/01/01-10/31/01 | $13,420.75 | $ 8,922.92 | $13,420.75 | $ 8,922.92 |
| 01/22/02 | 11/01/01-11/30/01 | $39,991.50 | $22,398.11 | $39,991.50 | $22,398.11 |
| 01/30/02 | 12/01/01 – 12/31/01 | $35,017.00 | $13,575.07 | $35,017.00 | $13,575.07 |
| 04/02/02 | 01/01/02 – 01/31/02 | $48,356.50 | $38,671.08 | $48,356.50 | $38,671.08 |
| 05/30/02 | 02/02/02 – 02/28/02 | $46,611.50 | $25,627.01 | $46,611.50 | $25,627.01 |
| 06/06/02 | 03/01/02 – 03/31/02 | $44,145.00 | $29,280.21 | $44,145.00 | $29,280.21 |
| 06/28/02 | 04/01/02 – 04/30/02 | $49,562.00 | $25,475.46 | $49,562.00 | $25,475.46 |
| 07/12/02 | 05/01/02 – 05/31/02 | $42,495.50 | $21,543.54. | $42,495.50 | $21,543.54 |

---

[2] The actual number of hours expended preparing this Application and the corresponding compensation requested will be set forth in PSZYJ&W's subsequent fee applications.

DOCS_DE:85651.1

| 08/13/02 | 06/01/02 – 06/30/02 | $32,819.00 | $29,869.61 | $32,819.00 | $29,869.61 |
|---|---|---|---|---|---|
| 10/01/02 | 07/01/02 – 07/31/02 | $22,630.00 | $17,187.01 | $22,630.00 | $17,187.01 |
| 10/30/02 | 08/01/02 – 08/31/02 | $34,536.00 | $45,540.43 | $34,536.00 | $45,540.43 |
| 11/14/02 | 09/01/02 – 09/30/02 | $32,858.50 | $33,313.79 | $32,858.50 | $33,313.79 |
| 12/30/02 | 10/01/02 – 10/31/02 | $19,370.50 | $24,488.86 | $19,370.50 | $24,488.86 |
| 01/21/03 | 11/01/02 – 11/30/02 | $25,948.50 | $31,181.03 | $25,948.50 | $31,181.03 |
| 01/30/03 | 12/01/02 – 12/31/02 | $16,407.00 | $14,016.95 | $16,407.00 | $14,016.95 |
| 03/18/03 | 01/01/03 – 01/31/03 | $25,984.50 | $19,035.00 | $25,984.50 | $19,035.00 |
| 04/23/05 | 02/01/03 – 02/28/03 | $18,094.50 | $23,616.14 | $18,094.50 | $23,616.14 |
| 06/17/03 | 03/01/03 – 03/31/03 | $15,853.00 | $15,586.33 | $15,853.00 | $15,586.33 |
| 07/21/03 | 04/01/03 – 04/30/03 | $12,134.00 | $17,776.64 | $12,134.00 | $17,776.64 |
| 08/13/03 | 05/01/03 – 05/31/03 | $13,234.50 | $16,624.15 | $13,234.50 | $16,624.15 |
| 09/02/03 | 06/01/03 – 06/30/03 | $11,1137.00 | $14,033.07 | $11,137.00 | $14,033.07 |
| 09/29/03 | 07/01/03 – 07/31/03 | $18,546.50 | $18,663.30 | $18,546.50 | $18,663.30 |
| 10/24/03 | 08/01/03 – 08/31/03 | $20,376.00 | $43,075.91 | $20,376.00 | $43,075.91 |
| 10/30/03 | 09/01/03 – 09/30/03 | $24,433.50 | $19,744.93 | $24,433.50 | $19,744.93 |
| 12/03/03 | 10/01/03 – 10/31/03 | $22,988.00 | $30,531.15 | $22,988.00 | $30,531.15 |

| Name of Professional Individual | Position of the Applicant, Number of years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| William L. Ramseyer | Of Counsel 1989; Member of CA Bar since 1980 | $375.00 | 4.90 | $1,837.50 |
| David W. Carickhoff, Jr. | Associate 2000; Member of DE Bar since 1998 | $300.00 | 28.80 | $8,640.00 |
| Laurie A. Gilbert | Paralegal since 2001 | $135.00 | 1.60 | $ 216.00 |
| Patricia E. Cuniff | Paralegal since 1998 | $130.00 | 54.00 | $7,020.00 |
| Rita M. Olivere | Case Management Assistant 2000 | $ 70.00 | .30 | $ 21.00 |
| Donna C. Crossan | Case Management Assistant 2000 | $ 70.00 | 4.00 | $ 280.00 |
| Sheryle L. Pitman | Case Management Assistant 2001 | $ 65.00 | 19.60 | $1,274.00 |
| Christina M. Shaeffer | Case Management Assistant 2001 | $ 55.00 | 26.20 | $1,441.00 |

Total Fees:      $20,729.50
Total Hours:        139.40
Blended Rate:  $    148.71

---

[3] Some professional time that was spent during the Interim Period may be reflected in a subsequent application and some professional time that was spent during the previous Interim Period may be reflected in this Application.

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees Requested |
|---|---|---|
| Case Administration | 75.30 | $6,411.00 |
| Claim Analysis (Non-Asbestos) | 9.80 | $2,005.00 |
| Employment Application/Others | 6.00 | $1,647.00 |
| Fee Application/Applicant | 9.80 | $2,567.50 |
| Fee Applications/Others | 14.20 | $2,288.00 |
| Litigation (Non-Bankruptcy) | 23.30 | $5,596.00 |
| ZAI Science Trial | 1.00 | $ 215.00 |

## EXPENSE SUMMARY

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Facsimile ($1.00/page) | | $ 650.00 |
| Reproduction ($.15 per page) | | $ 9,925.95 |
| Express Mail | DHL/Federal Express | $ 551.56 |
| Overtime | | $ 194.84 |
| Postage | | $ 3,392.02 |
| Working Meals | Healy's | $ 23.60 |
| Travel Expense | Eagle | $ 77.44 |
| Outside Reproduction Services | DLS | $15,025.09 |
| Legal Research | Pacer | $ 506.03 |
| Delivery/Courier Services | Parcels | $ 2,864.65 |

---

[4] PSZYJ&W may use one or more service providers. The service providers identified herein below are the primary service providers for the categories described.

DOCS_DE:85651.1

Dated: 12|29, 2003

PACHULSKI, STANG, ZIEHL, YOUNG, JONES &
WEINTRAUB P.C.

_____
Laura Davis Jones (Bar No. 2436)
Hamid R. Rafatjoo (California Bar No. 181564)
David W. Carickhoff Jr. (Bar No. 3715)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-counsel for Debtors and Debtors in Possession

## VERIFICATION

STATE OF DELAWARE    :
        :
COUNTY OF NEW CASTLE  :

David W. Carickhoff, Jr., after being duly sworn according to law, deposes and says:

a)      I am an associate with the applicant law firm Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C., and have been admitted to appear before this Court.

b)      I have personally performed many of the legal services rendered by Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C. as counsel to the Debtors and am thoroughly familiar with the other work performed on behalf of the Debtors by the lawyers and paraprofessionals of PSZYJ&W.

c)      I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.  Moreover, I have reviewed Del.Bankr.LR 2016-2 and the 'Amended Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members', signed April 17, 2002, and submit that the Application substantially complies with such Rule and Order.

_David W. Carickhoff, Jr._

SWORN AND SUBSCRIBED
before me this 29th day of _Dec_ ., 2003.

_Mary Ritchie Johnson_
Notary Public
My Commission Expires:   9-12-06

MARYRITCHIE JOHNSON
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Sept. 12, 2006

-1-

# PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB P.C.

10100  Santa Monica Boulevard
11th Floor
Los Angeles, CA 90067

November 30, 2003

Invoice Number  **58892**      **91100**   **00001**       **SEM**

David B. Siegel, Esquire
W.R. Grace and Co.
7500 Grace Drive
Columbia , MD 21044

| | |
|---|---:|
| Balance forward as of last invoice, dated:    October 31, 2003 | $234,694.15 |
| Payments received since last invoice, last payment received --    December 8, 2003 | $56,443.17 |
| Net balance forward | $178,250.98 |

Re:   W.R. Grace and Co.

---

**Statement of Professional Services Rendered Through**      **11/30/2003**

| | | | Hours | Rate | Amount |
|---|---|---|---:|---:|---:|
| **CASE ADMINISTRATION [B110]** | | | | | |
| 11/03/03 | SLP | Maintain document control. | 1.00 | 65.00 | $65.00 |
| 11/03/03 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.50 | 130.00 | $65.00 |
| 11/03/03 | PEC | Update critical dates memo | 0.80 | 130.00 | $104.00 |
| 11/03/03 | PEC | Review docket | 0.20 | 130.00 | $26.00 |
| 11/03/03 | RMO | Maintain document control. | 0.30 | 70.00 | $21.00 |
| 11/03/03 | PEC | Prepare Debtor's September Monthly Operating Report for filing and service | 0.30 | 130.00 | $39.00 |
| 11/04/03 | CMS | Prepare Hearing Notebook. | 3.80 | 55.00 | $209.00 |
| 11/04/03 | SLP | Maintain document control. | 3.00 | 65.00 | $195.00 |
| 11/05/03 | CMS | Prepare Hearing Notebook. | 2.10 | 55.00 | $115.50 |
| 11/05/03 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 130.00 | $39.00 |
| 11/05/03 | PEC | Update critical dates memo | 1.00 | 130.00 | $130.00 |
| 11/05/03 | PEC | Review docket | 0.20 | 130.00 | $26.00 |
| 11/06/03 | CMS | Maintain Document Control. | 0.30 | 55.00 | $16.50 |
| 11/06/03 | SLP | Maintain document control. | 4.00 | 65.00 | $260.00 |
| 11/06/03 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.40 | 130.00 | $52.00 |
| 11/06/03 | PEC | Update critical dates memo | 0.50 | 130.00 | $65.00 |
| 11/06/03 | PEC | Revise and review Notice of Agenda for 11/17/03 Hearing | 0.80 | 130.00 | $104.00 |
| 11/07/03 | CMS | Prepare Hearing Notebook. | 0.70 | 55.00 | $38.50 |
| 11/07/03 | PEC | Review daily correspondence and pleadings and forward them to the appropriate parties | 0.20 | 130.00 | $26.00 |
| 11/07/03 | PEC | Update critical dates memo | 0.50 | 130.00 | $65.00 |
| 11/09/03 | DCC | Maintain document control. | 1.00 | 70.00 | $70.00 |
| 11/10/03 | CMS | Prepare Hearing Notebook. | 4.80 | 55.00 | $264.00 |
| 11/10/03 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.20 | 130.00 | $26.00 |
| 11/10/03 | PEC | Update critical dates memo | 0.50 | 130.00 | $65.00 |

**Invoice number  58892**       0   00001                                      **Page  2**

| Date | Init | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/10/03 | PEC | Review docket | 0.20 | 130.00 | $26.00 |
| 11/11/03 | CMS | Prepare Hearing Notebook. | 1.10 | 55.00 | $60.50 |
| 11/11/03 | SLP | Maintain document control. | 1.00 | 65.00 | $65.00 |
| 11/11/03 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 130.00 | $39.00 |
| 11/11/03 | PEC | Update critical dates memo | 0.40 | 130.00 | $52.00 |
| 11/12/03 | SLP | Maintain document control. | 1.30 | 65.00 | $84.50 |
| 11/12/03 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.20 | 130.00 | $26.00 |
| 11/12/03 | PEC | Review docket and update critical dates memo | 1.50 | 130.00 | $195.00 |
| 11/13/03 | SLP | Maintain document control. | 3.00 | 65.00 | $195.00 |
| 11/13/03 | DWC | Call with C. Lane and R. Bello re: case management order. | 0.30 | 300.00 | $90.00 |
| 11/13/03 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 130.00 | $39.00 |
| 11/13/03 | PEC | Update critical dates memo | 0.50 | 130.00 | $65.00 |
| 11/14/03 | DCC | Maintain document control. | 1.00 | 70.00 | $70.00 |
| 11/14/03 | SLP | Maintain document control. | 1.00 | 65.00 | $65.00 |
| 11/14/03 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 130.00 | $39.00 |
| 11/14/03 | PEC | Update critical dates memo | 0.50 | 130.00 | $65.00 |
| 11/14/03 | PEC | Review docket | 0.20 | 130.00 | $26.00 |
| 11/16/03 | PEC | Draft Certificate of Counsel regarding Scheduling hearing dates. Draft Order and Exhibit regarding same. | 1.50 | 130.00 | $195.00 |
| 11/16/03 | PEC | Update critical dates memo | 2.00 | 130.00 | $260.00 |
| 11/16/03 | PEC | Review and revise table of 2004 Omni hearing dates and related deadlines | 0.50 | 130.00 | $65.00 |
| 11/17/03 | SLP | Maintain document control. | 2.00 | 65.00 | $130.00 |
| 11/17/03 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 130.00 | $39.00 |
| 11/17/03 | PEC | Update critical dates memo | 1.10 | 130.00 | $143.00 |
| 11/17/03 | PEC | Review docket | 0.20 | 130.00 | $26.00 |
| 11/18/03 | PEC | Update critical dates memo | 0.60 | 130.00 | $78.00 |
| 11/18/03 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 130.00 | $39.00 |
| 11/19/03 | DCC | Maintain document control. | 2.00 | 70.00 | $140.00 |
| 11/19/03 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 130.00 | $39.00 |
| 11/19/03 | PEC | Review docket | 0.20 | 130.00 | $26.00 |
| 11/19/03 | PEC | Update critical dates memo | 0.80 | 130.00 | $104.00 |
| 11/20/03 | PEC | Review docket | 0.20 | 130.00 | $26.00 |
| 11/20/03 | PEC | Update critical dates | 0.80 | 130.00 | $104.00 |
| 11/20/03 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 130.00 | $39.00 |
| 11/21/03 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 130.00 | $39.00 |
| 11/21/03 | PEC | Update critical dates memo | 0.80 | 130.00 | $104.00 |
| 11/21/03 | PEC | Review docket | 0.30 | 130.00 | $39.00 |
| 11/24/03 | CMS | Prepare Hearing Notebook. | 2.70 | 55.00 | $148.50 |
| 11/24/03 | SLP | Maintain document control. | 3.30 | 65.00 | $214.50 |
| 11/24/03 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 130.00 | $39.00 |
| 11/24/03 | PEC | Update critical dates memo | 0.60 | 130.00 | $78.00 |
| 11/24/03 | PEC | Review docket | 0.30 | 130.00 | $39.00 |
| 11/25/03 | CMS | Prepare Hearing Notebook. | 3.80 | 55.00 | $209.00 |
| 11/25/03 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 130.00 | $39.00 |
| 11/25/03 | PEC | Update critical dates memo | 0.50 | 130.00 | $65.00 |
| 11/25/03 | PEC | Review docket | 0.20 | 130.00 | $26.00 |
| 11/26/03 | CMS | Prepare Hearing Notebook. | 6.90 | 55.00 | $379.50 |
| 11/26/03 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 130.00 | $39.00 |

**Invoice number** 58892     .- . .0   00001        **Page 3**

| Date | Init | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/26/03 | PEC | Update critical dates memo | 0.50 | 130.00 | $65.00 |
| 11/26/03 | PEC | Review docket | 0.20 | 130.00 | $26.00 |
| 11/26/03 | DWC | Review October 2003 Monthly Operating Report. | 0.40 | 300.00 | $120.00 |
| | | **Task Code Total** | **75.30** | | **$6,411.00** |

### WRG CLAIM ANALYSIS NONASBESTOS

| Date | Init | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/03/03 | PEC | Prepare Affidavit of Regarding [signed] Second Order Granting the Relief Sought in Debtors' Second Omnibus Objection to Claims (Non-Substantive) for filing (.4) | 0.40 | 130.00 | $52.00 |
| 11/03/03 | PEC | Return calls to various parties regarding case status | 0.50 | 130.00 | $65.00 |
| 11/03/03 | DWC | Review and respond to Neilson letter re: claim. | 0.40 | 300.00 | $120.00 |
| 11/06/03 | PEC | Return calls to various creditors regarding case status | 0.30 | 130.00 | $39.00 |
| 11/10/03 | PEC | Return calls to creditors regarding case status | 0.80 | 130.00 | $104.00 |
| 11/11/03 | DWC | Draft certification of counsel re: Valeron Stipulation and review Valeron Stipulation. | 0.80 | 300.00 | $240.00 |
| 11/13/03 | PEC | Return calls to various creditors regarding case status | .0.50 | 130.00 | $65.00 |
| 11/13/03 | PEC | Prepare Declaration of Service of James H. Meyers of BMC Regarding Third Order Granting Relief Sought in Debtors' Second Omnibus Objection to Claims | 0.40 | 130.00 | $52.00 |
| 11/14/03 | DWC | Review and revise 9th claims settlement notice. | 0.40 | 300.00 | $120.00 |
| 11/14/03 | PEC | File and serve Ninth Claim Settlement Notice (.4); Draft Affidavit of Service (.1) | 0.50 | 130.00 | $65.00 |
| 11/17/03 | PEC | Return calls to creditors regarding case status | 0.50 | 130.00 | $65.00 |
| 11/21/03 | PEC | Return calls to various creditors regarding case status | 0.50 | 130.00 | $65.00 |
| 11/25/03 | PEC | Prepare Debtor's Objection Motion for Leave to file a late Proof of Claim (.3); Draft Affidavit of Service (.1) | 0.40 | 130.00 | $52.00 |
| 11/25/03 | PEC | Return calls to various creditors regarding case status | 0.30 | 130.00 | $39.00 |
| 11/25/03 | DWC | Review and revise objection to Royal's Motion for Leave to File Late Claim and emails re: same. | 2.20 | 300.00 | $660.00 |
| 11/26/03 | PEC | Return calls to various creditors regarding case status | 0.40 | 130.00 | $52.00 |
| 11/26/03 | DWC | Review PD Committee objection and Carol Gerard objection to Royal Motion for Leave. | 0.30 | 300.00 | $90.00 |
| 11/28/03 | DWC | Review PI Committee's joinder to Debtors' objection to Royal Motion for Leave. | 0.20 | 300.00 | $60.00 |
| | | **Task Code Total** | **9.80** | | **$2,005.00** |

### WRG- EMPLOY. APP. , OTHERS

| Date | Init | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/03/03 | PEC | Prepare Debtors' Request to Hold In Abeyance Their Application for Appointment of a Future Representative for filing and Service | 0.60 | 130.00 | $78.00 |
| 11/03/03 | DWC | Review and revise request to hold futures representative application in abeyance, revise order and draft notice, and emails with co-counsel re: same. | 1.20 | 300.00 | $360.00 |
| 11/04/03 | DWC | Research recusal issues in Owens Corning matter and email with co-counsel re: same. | 0.40 | 300.00 | $120.00 |
| 11/07/03 | DWC | Review revised order approving Chief Operating Officer employment agreement and emails re: same and draft certification of counsel. | 0.90 | 300.00 | $270.00 |
| 11/07/03 | DWC | Review and revise 2nd supplemental filing in support of application to retain State Street and Norris Affidavit. | 0.90 | 300.00 | $270.00 |
| 11/17/03 | DWC | Review OCP affidavits. | 0.20 | 300.00 | $60.00 |
| 11/24/03 | DWC | Draft revised order re: State Street retention and certification of counsel re: same; emails re: same. | 0.90 | 300.00 | $270.00 |
| 11/24/03 | DWC | Draft notice of withdrawal of application to retain futures representative. | 0.30 | 300.00 | $90.00 |

**Invoice number  58892**    0   00001    **Page  4**

| | | | | | |
|---|---|---|---|---|---|
| 11/24/03 | PEC | Prepare Notice of Withdrawal for filing and service | 0.30 | 130.00 | $39.00 |
| 11/25/03 | DWC | Review State Street's revisions to retention order. | 0.30 | 300.00 | $90.00 |

**Task Code Total**                                    6.00                **$1,647.00**

**WRG-FEE APPS., APPLICANT**

| | | | | | |
|---|---|---|---|---|---|
| 11/03/03 | LAG | Email and telephone conferences regarding issues and timing of fee application. | 0.20 | 135.00 | $27.00 |
| 11/03/03 | LAG | Review administrative order, allowed fees, and scheduling regarding status of interim fee application. | 0.20 | 135.00 | $27.00 |
| 11/05/03 | WLR | Draft 10th quarterly fee application (July to September 2003). | 0.70 | 375.00 | $262.50 |
| 11/09/03 | WLR | Correspondence to Liliana Gardiazabal regarding October 2003 fee application. | 0.10 | 375.00 | $37.50 |
| 11/12/03 | WLR | Review correspondence from Liliana Gardiazabal regarding October 2003 fee application. | 0.10 | 375.00 | $37.50 |
| 11/14/03 | WLR | Review correspondence from Liliana Gardiazabal regarding October 2003 fee application. | 0.10 | 375.00 | $37.50 |
| 11/14/03 | WLR | Prepare October 2003 fee application. | 1.10 | 375.00 | $412.50 |
| 11/14/03 | WLR | Correspondence to Liliana Gardiazabal regarding October 2003 fee application. | 0.20 | 375.00 | $75.00 |
| 11/14/03 | LAG | Email and telephone conferences regarding issues and timing of fee application. | 0.20 | 135.00 | $27.00 |
| 11/14/03 | LAG | Review administrative order, allowed fees, and scheduling regarding status of interim fee application. | 0.20 | 135.00 | $27.00 |
| 11/15/03 | WLR | Review and revise 10th quarterly (July 1, 2003 to September 30, 2003) fee application. | 0.30 | 375.00 | $112.50 |
| 11/15/03 | WLR | Correspondence to MaryRitchie Johnson regarding 10th quarterly (July 1, 2003 to September 30, 2003) fee application. | 0.20 | 375.00 | $75.00 |
| 11/17/03 | WLR | Review correspondence from Liliana Gardiazabal regarding October 2003 fee application. | 0.10 | 375.00 | $37.50 |
| 11/17/03 | WLR | Prepare October 2003 fee application. | 0.40 | 375.00 | $150.00 |
| 11/19/03 | WLR | Draft October 2003 fee application. | 0.30 | 375.00 | $112.50 |
| 11/19/03 | WLR | Correspondence to MaryRitchie Johnson regarding October 2003 fee application. | 0.20 | 375.00 | $75.00 |
| 11/19/03 | WLR | Update fee application status memo. | 0.10 | 375.00 | $37.50 |
| 11/19/03 | LAG | Email and telephone conferences regarding issues and timing of fee application. | 0.20 | 135.00 | $27.00 |
| 11/19/03 | LAG | Review administrative order, allowed fees, and scheduling regarding status of interim fee application. | 0.20 | 135.00 | $27.00 |
| 11/19/03 | DWC | Review CNO re: PSZYJW August fee application. | 0.10 | 300.00 | $30.00 |
| 11/19/03 | PEC | Draft Certification of No Objection regarding Pachulski, Stang, Ziehl, Young, Jones & Weintraub August Monthly Fee Application and Certificate of Service (.4); Prepare for filing and service (.4) | 0.80 | 130.00 | $104.00 |
| 11/20/03 | WLR | Review correspondence from Ira D. Kharasch regarding fee application status. | 0.10 | 375.00 | $37.50 |
| 11/21/03 | DWC | Review and execute Certificate of No Objection re: PSZYJW September fee application. | 0.10 | 300.00 | $30.00 |
| 11/21/03 | PEC | Draft Certificate of No Objection regarding Pachulski, Stang, Ziehl, Young, Jones & Weintraub September Monthly Fee Application Certificate of Service (.4); File and serve 9.4) | 0.80 | 130.00 | $104.00 |
| 11/22/03 | WLR | Review correspondence from Ira D. Kharasch regarding fee application status. | 0.10 | 375.00 | $37.50 |
| 11/24/03 | LAG | Email and telephone conferences regarding issues and timing of fee application. | 0.20 | 135.00 | $27.00 |
| 11/24/03 | LAG | Review administrative order, allowed fees, and scheduling | 0.20 | 135.00 | $27.00 |

**Invoice number**  **58892**       0   00001                                      **Page 5**

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  | regarding status of interim fee application. |  |  |  |
| 11/24/03 | PEC | Draft Notice of filing of Tenth Pachulski, Stang, Ziehl, Young, Jones & Weintraub Quarterly Fee Application and Certificate of Service (.4); Prepare for filing and service (.4) | 0.80 | 130.00 | $104.00 |
| 11/24/03 | PEC | Prepare Pachulski, Stang, Ziehl, Young, Jones & Weintraub Tenth Quarterly Fee Application for filing and service (.3); Draft Certificate of Service (.1) | 0.40 | 130.00 | $52.00 |
| 11/24/03 | DWC | Review PSZYJW's 10th Quarterly fee application. | 0.30 | 300.00 | $90.00 |
| 11/29/03 | WLR | Review 10th quarterly (July 1, 2003 to September 30, 2003) fee application. | 0.20 | 375.00 | $75.00 |
| 11/29/03 | WLR | Review and revise 10th quarterly (July 1 to September 30, 2003) fee application. | 0.30 | 375.00 | $112.50 |
| 11/29/03 | WLR | Correspondence to MaryRitchie Johnson regarding 10th quarterly (July 1 to September 30, 2003) fee application. | 0.20 | 375.00 | $75.00 |
| 11/29/03 | WLR | Update fee application status memo. | 0.10 | 375.00 | $37.50 |
|  |  | **Task Code Total** | **9.80** |  | **$2,567.50** |

**WRG-FEE APPLICATIONS, OTHERS**

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| 11/03/03 | DWC | Review and respond to email re: quarterly fee hearings; email court requesting 2004 dates. | 0.40 | 300.00 | $120.00 |
| 11/06/03 | PEC | Prepare Kirkland & Ellis LLP's September Monthly Fee Application for filing and service (.5); Draft Affidavit of Service (.1) | 0.60 | 130.00 | $78.00 |
| 11/06/03 | PEC | Prepare  Casner & Edwards, LLP's August Monthly Fee Application for filing and service (.5); Draft Affidavit of Service (.1) | 0.60 | 130.00 | $78.00 |
| 11/06/03 | PEC | Prepare Wallace King Marraro & Branson PLLC's September Monthly Fee Application for filing and service (.5); Draft Affidavit of Service (.1) | 0.60 | 130.00 | $78.00 |
| 11/06/03 | PEC | Prepare Pitney Hardin Kipp & Szuch LLP's August Monthly Fee Application for filing and service (.5); Draft Affidavit of Service (.1) | 0.60 | 130.00 | $78.00 |
| 11/06/03 | DWC | Email to S. Bossay re: Steptoe quarterly fee application. | 0.10 | 300.00 | $30.00 |
| 11/06/03 | DWC | Review Steptoe quarterly fee application for 2nd quarter. | 0.20 | 300.00 | $60.00 |
| 11/07/03 | PEC | Prepare Steptoe Ninth Quarterly Fee Application for filing and service | 0.30 | 130.00 | $39.00 |
| 11/12/03 | PEC | Draft Certificate of No Objection Regarding Pitney Hardin July 2003 Monthly Fee Application and Certificate of Service (.4); Prepare for filing and service (.4) | 0.80 | 130.00 | $104.00 |
| 11/12/03 | PEC | Draft Certificate of No Objection regarding Carella Byrne September 2003 Monthly Fee Application and Certificate of Service (.4); Prepare for filing and service (.4) | 0.80 | 130.00 | $104.00 |
| 11/12/03 | PEC | Draft Certificate of No Objection regarding Woodcock Washburn August Monthly Fee Application and Certificate of Service (.4); Prepare for filing and service (.4) | 0.80 | 130.00 | $104.00 |
| 11/12/03 | DWC | Email to K. Miller re: PwC 10th quarterly fee application. | 0.20 | 300.00 | $60.00 |
| 11/12/03 | DWC | Review and execute certificates of no objection re: Pitney Hardin July fees, Carella Byrne September fees and Woodcock's August fees. | 0.40 | 300.00 | $120.00 |
| 11/13/03 | PEC | Prepare Casner & Edwards September Monthly Fee Application for filing and service (.4); Draft Affidavit of Service (.1) | 0.50 | 130.00 | $65.00 |
| 11/17/03 | DWC | Review Carella Byrne quarterly fee application for July - September 03. | 0.30 | 300.00 | $90.00 |
| 11/17/03 | DWC | Review Kirkland & Ellis quarterly fee application for July - September '03. | 0.30 | 300.00 | $90.00 |
| 11/18/03 | PEC | Revise Notice of Carella Byrne Tenth Quarterly Fee | 0.20 | 130.00 | $26.00 |

**Invoice number  58892**              '0   00001                                      **Page   6**

| | | | | | |
|---|---|---|---|---|---|
| | | Application | | | |
| 11/18/03 | PEC | Prepare Carella Byrne Tenth Monthly Fee Application for filing and service (.4); Draft Certificate of Service (.1) | 0.50 | 130.00 | $65.00 |
| 11/18/03 | PEC | Prepare Notice of Carella Byrne Tenth Quarterly Fee Application for filing and service (.3); Draft Certification of Service (.1) | 0.40 | 130.00 | $52.00 |
| 11/18/03 | PEC | Prepare Kirkland & Ellis Tenth Quarterly Fee Application for filing and service (.4); Draft Certificate of Service (.1) | 0.50 | 130.00 | $65.00 |
| 11/18/03 | PEC | Draft Notice of Kirkland & Ellis Tenth Quarterly Fee Application and Certificate of Service (.3); Prepare for filing and service (.3) | 0.60 | 130.00 | $78.00 |
| 11/21/03 | PEC | Draft Certificate of No Objection regarding Deloitte & Touche February Monthly Fee Application and Certificate of Service (.4); File and serve (.4) | 0.80 | 130.00 | $104.00 |
| 11/21/03 | DWC | Review and execute certification of no objection re: Deloitte & Touche February fee application. | 0.10 | 300.00 | $30.00 |
| 11/24/03 | PEC | Draft Notice of Casner & Edwards Tenth Quarterly Fee Application and Certification of Service (.4); Prepare for filing (.2) | 0.60 | 130.00 | $78.00 |
| 11/24/03 | PEC | Prepare Casner & Edwards Tenth Quarterly Fee Application for filing and Service (.3); Draft Certificate of Service (.1) | 0.40 | 130.00 | $52.00 |
| 11/25/03 | PEC | Prepare Carella Byrne October Monthly Fee Application for filing and service (.4); Draft Affidavit of Service (.1) | 0.50 | 130.00 | $65.00 |
| 11/25/03 | PEC | Prepare Pitney Hardin September Monthly Fee Application for filing and service (.4); Draft Affidavit of Service (.1) | 0.50 | 130.00 | $65.00 |
| 11/25/03 | PEC | Prepare Pitney Hardin October Monthly Fee Application for filing and service (.4); Draft Affidavit of Service (.1) | 0.50 | 130.00 | $65.00 |
| 11/26/03 | PEC | Prepare Kirkland & Ellis October Monthly Fee Application for filing and service (.4); Draft Affidavit of Service (.1) | 0.50 | 130.00 | $65.00 |
| 11/26/03 | DWC | Review emails from fee auditor re: draft schedules to proposed form of order and call with S. Bossay re: same. | 0.40 | 300.00 | $120.00 |
| 11/28/03 | DWC | Review prior certifications of counsel in connection with quarterly fee hearings. | 0.20 | 300.00 | $60.00 |
| | | **Task Code Total** | **14.20** | | **$2,288.00** |
| | | **LITIGATION (NON-BANKRUPTCY]** | | | |
| 11/03/03 | DWC | Draft revised order re: KWELMB Settlement and emails co-counsel re: same. | 0.70 | 300.00 | $210.00 |
| 11/04/03 | DWC | Draft email to Court re: draft agenda. | 0.30 | 300.00 | $90.00 |
| 11/05/03 | DWC | Review order staying proceedings before Judge Wolin pending recusal proceedings. | 0.20 | 300.00 | $60.00 |
| 11/06/03 | DWC | Review C. Lane email re: filings anticipated for Friday. | 0.10 | 300.00 | $30.00 |
| 11/06/03 | DWC | Review procedures for omnibus hearings, agenda letters, fee applications, etc. and call with C. Lane re: same. | 0.60 | 300.00 | $180.00 |
| 11/07/03 | DWC | Review amended scheduling order re: motion to expand preliminary injunction; review docket re: same; draft certification of counsel re: same. | 0.90 | 300.00 | $270.00 |
| 11/07/03 | DWC | Review and revise reply in support of motion to expand preliminary injuction. | 1.30 | 300.00 | $390.00 |
| 11/07/03 | DWC | Review 3rd Amended Stipulation re: briefing schedule for summary judgment in National Union adversary; review docket; draft certification of counsel re: same. | 0.90 | 300.00 | $270.00 |
| 11/07/03 | PEC | Revise and review 11/17 Agenda (.5); Discuss with David Carickhoff (.2) | 0.70 | 130.00 | $91.00 |
| 11/10/03 | DWC | Finalize agenda for November 17th hearing. | 0.40 | 300.00 | $120.00 |
| 11/10/03 | PEC | Revise and review Notice of Agenda for 11/17 hearing (.4); Draft Affidavit of Service (.1) | 0.50 | 130.00 | $65.00 |

**Invoice number  58892**        0   00001                                    **Page  7**

| Date | | Description | | | |
|---|---|---|---|---|---|
| 11/10/03 | PEC | File and serve Notice of Agenda for 11/17 hearing | 0.50 | 130.00 | $65.00 |
| 11/10/03 | PEC | Review hearing binder for 11/17 hearing | 0.80 | 130.00 | $104.00 |
| 11/14/03 | DWC | Review motion to disqualify Judge Wolin. | 0.40 | 300.00 | $120.00 |
| 11/14/03 | DWC | Prepare for November 17th hearing. | 0.80 | 300.00 | $240.00 |
| 11/17/03 | DWC | Revise scheduling order for 2004 hearings. | 0.30 | 300.00 | $90.00 |
| 11/17/03 | DWC | Meet with J. Baer and clients to prepare for hearing (1.2); attend hearing (1.3); and confer with J. Baer and W. Sparks re: same (1.0). | 3.50 | 300.00 | $1,050.00 |
| 11/18/03 | DWC | Proposed omnibus hearing order and emails re: same. | 0.40 | 300.00 | $120.00 |
| 11/19/03 | DWC | Address co-counsel call re: Motion to have Judge Wolin removed. | 0.30 | 300.00 | $90.00 |
| 11/21/03 | DWC | Review and revise response to Fileby Claimants' request for documents and motion for protective order and emails re: same; draft notice re: same. | 1.70 | 300.00 | $510.00 |
| 11/24/03 | PEC | Draft Notice of Agenda of Matters scheduled for hearing on 12/15/03 | 1.50 | 130.00 | $195.00 |
| 11/25/03 | PEC | Revise and review Notice of Agenda for 12/15/03 hearing | 0.80 | 130.00 | $104.00 |
| 11/25/03 | PEC | Discuss 12/15 Agenda with David Carickhoff | 0.20 | 130.00 | $26.00 |
| 11/25/03 | PEC | Revise and review 12/15 Agenda per Kirkland & Ellis comments (.4); Review docket and critical dates for outstanding matters (1.0) | 1.40 | 130.00 | $182.00 |
| 11/26/03 | DWC | Finalize draft agenda and emails re: same. | 0.50 | 300.00 | $150.00 |
| 11/26/03 | DWC | Review C. Gerard brief responding to motion to expand preliminary injunction. | 0.40 | 300.00 | $120.00 |
| 11/26/03 | DWC | Review Third Circuit order re: Judge Wolin recusal; call with M. Eskin re: same; email co-counsel re: same; review petition for writ of mandamus. | 1.40 | 300.00 | $420.00 |
| 11/26/03 | PEC | Discuss various issues regarding the 12/15 hearing with David Carickhoff | 0.30 | 130.00 | $39.00 |
| 11/26/03 | PEC | Revise and review 12/15 Agenda | 0.50 | 130.00 | $65.00 |
| 11/26/03 | PEC | Review 12/15 hearing binders | 0.80 | 130.00 | $104.00 |
| 11/26/03 | PEC | Telephone call with Chris Lane | 0.20 | 130.00 | $26.00 |

    **Task Code Total**                          **23.30**                    **$5,596.00**

**WRG-ZAI SCIENCE TRIAL**

| Date | | Description | | | |
|---|---|---|---|---|---|
| 11/18/03 | DWC | Revise certification of counsel and order rescheduling ZAI Science trial. | 0.30 | 300.00 | $90.00 |
| 11/18/03 | PEC | Prepare Certification of Counsel regarding Order Rescheduling Hearing date with respect to Argument on the Motion for Summary Judgement and Status Conference in the ZAI Science trial (.4); Draft Affidavit of Service (.1) | 0.50 | 130.00 | $65.00 |
| 11/21/03 | DWC | Address issues re: scheduling of ZAI science trial. | 0.20 | 300.00 | $60.00 |

    **Task Code Total**                          **1.00**                    **$215.00**

           **Total professional services:**          **139.40**          **$20,729.50**
***Costs Advanced:***

| Date | | Description | |
|---|---|---|---|
| 09/18/2003 | AT | Auto Travel Expense---Eagel Limousine Service. [E109] | $77.44 |
| 10/02/2003 | OR | Outside Reproduction Expense---Digital Legal Services. [E102] | $89.28 |
| 10/02/2003 | OR | Outside Reproduction Expense---Velobinding Digital Legal Services. [E102] | $6.75 |
| 10/02/2003 | OR | Outside Reproduction Expense---Digital Legal Services.Email. [E102] | $25.00 |
| 10/02/2003 | OR | Outside Reproduction Expense---Digital Legal Services.PDF [E102] | $3,700.00 |

**Invoice number  58892**     '0   00001                                    **Page  8**

| 10/02/2003 | OR | Outside Reproduction Expense---Digital Legal Services.CD [E102] | $35.00 |
|---|---|---|---|
| 10/03/2003 | PAC | 91100 - 00001 PACER charges for 20031003 | $119.14 |
| 10/10/2003 | OR | Outside Reproduction Expense---Digital Legal Services. [E102] | $342.72 |
| 10/10/2003 | PAC | 91100 - 00001 PACER charges for 20031010 | $71.19 |
| 10/10/2003 | PO | Postage---Digital Legal Services. [E108] | $170.98 |
| 10/17/2003 | PAC | 91100 - 00001 PACER charges for 20031017 | $80.43 |
| 10/23/2003 | PAC | 91100 - 00001 PACER charges for 20031023 | $98.14 |
| 10/24/2003 | PAC | 91100 - 00001 PACER charges for 20031024 | $137.13 |
| 10/27/2003 | BM | Business Meal---Healy's.Breakfast for clients. [E111] | $23.60 |
| 10/27/2003 | DH | DHL | $11.33 |
| 10/27/2003 | DH | DHL | $11.33 |
| 10/27/2003 | DH | DHL | $10.28 |
| 10/27/2003 | DH | DHL | $10.28 |
| 10/28/2003 | DC | TriState | $54.00 |
| 10/28/2003 | DC | TriState | $15.00 |
| 10/30/2003 | DH | DHL | $12.38 |
| 10/30/2003 | DH | DHL | $11.33 |
| 10/30/2003 | DH | DHL | $11.33 |
| 10/31/2003 | DC | TriState | $15.00 |
| 10/31/2003 | DH | DHL | $15.53 |
| 10/31/2003 | DH | DHL | $15.53 |
| 10/31/2003 | DH | DHL | $20.78 |
| 10/31/2003 | OR | Outside Reproduction Expense---Digital Legal Services. [E102] | $58.56 |
| 10/31/2003 | OR | Outside Reproduction Expense---Digital Legal Services. [E102] | $4.50 |
| 10/31/2003 | OR | Outside Reproduction Expense---Digital Legal Services. [E102] | $25.00 |
| 10/31/2003 | OR | Outside Reproduction Expense---Digital Legal Services. [E102] | $3,600.00 |
| 10/31/2003 | OR | Outside Reproduction Expense---Digital Legal Services. [E102] | $35.00 |
| 10/31/2003 | OR | Outside Reproduction Expense---Digital Legal Services. [E102] | $58.56 |
| 10/31/2003 | OR | Outside Reproduction Expense---Digital Legal Services. [E102] | $4.50 |
| 10/31/2003 | OR | Outside Reproduction Expense---Digital Legal Services. [E102] | $25.00 |
| 10/31/2003 | OR | Outside Reproduction Expense---Digital Legal Services. [E102] | $3,600.00 |
| 10/31/2003 | OR | Outside Reproduction Expense---Digital Legal Services. [E102] | $35.00 |
| 11/01/2003 | DC | TriState | $72.00 |
| 11/01/2003 | DC | TriState | $15.00 |
| 11/03/2003 | DC | TriState | $45.00 |
| 11/03/2003 | DC | TriState | $15.00 |
| 11/03/2003 | DC | TriState | $15.00 |
| 11/03/2003 | DC | Parcels | $7.50 |
| 11/03/2003 | PO | Postage | $5.45 |
| 11/03/2003 | PO | Postage | $12.91 |
| 11/03/2003 | RE | (F5 CORR 1 @0.15 PER PG) | $0.15 |
| 11/03/2003 | RE | (F5 CORR 3036 @0.15 PER PG) | $455.40 |
| 11/03/2003 | SO | Secretarial Overtime---Rasheda Stewort. | $27.87 |
| 11/04/2003 | DC | TriState | $15.45 |
| 11/04/2003 | DC | Parcels | $320.00 |
| 11/04/2003 | PO | Postage | $177.62 |
| 11/04/2003 | RE | (F7 AGR 1963 @0.15 PER PG) | $294.45 |
| 11/04/2003 | RE | (F8 CORR 1227 @0.15 PER PG) | $184.05 |
| 11/04/2003 | RE | (F8 CORR 1725 @0.15 PER PG) | $258.75 |

**Invoice number  58892**          ΰ  00001                                    **Page  9**

| Date | Code | Description | Amount |
|---|---|---|---|
| 11/05/2003 | RE | (F6 AGR 24 @0.15 PER PG) | $3.60 |
| 11/05/2003 | RE | (F2 EQU 12 @0.15 PER PG) | $1.80 |
| 11/06/2003 | DC | TriState | $72.00 |
| 11/06/2003 | DC | TriState | $15.00 |
| 11/06/2003 | DH | DHL | $15.31 |
| 11/06/2003 | DH | DHL | $15.31 |
| 11/06/2003 | DH | DHL | $21.52 |
| 11/06/2003 | PO | Postage | $9.13 |
| 11/06/2003 | RE | (F3 EQU 198 @0.15 PER PG) | $29.70 |
| 11/06/2003 | RE | (F3 EQU 396 @0.15 PER PG) | $59.40 |
| 11/06/2003 | RE | (F6 AGR 2 @0.15 PER PG) | $0.30 |
| 11/06/2003 | RE | (F6 AGR 2 @0.15 PER PG) | $0.30 |
| 11/06/2003 | RE | (F5 CORR 155 @0.15 PER PG) | $23.25 |
| 11/06/2003 | RE | (F5 CORR 319 @0.15 PER PG) | $47.85 |
| 11/06/2003 | RE | (F6 AGR 1 @0.15 PER PG) | $0.15 |
| 11/06/2003 | RE | (F5 DOC 60 @0.15 PER PG) | $9.00 |
| 11/07/2003 | DC | TriState | $81.00 |
| 11/07/2003 | DC | TriState | $15.00 |
| 11/07/2003 | OR | Outside Reproduction Expense---Digital Legal Services,LLC. [E102] | $3,007.68 |
| 11/07/2003 | PO | Postage | $10.60 |
| 11/07/2003 | PO | Postage---Digital Legal Services,LLC. [E108] | $958.00 |
| 11/07/2003 | RE | (F5 CORR 44 @0.15 PER PG) | $6.60 |
| 11/07/2003 | RE | (F5 AGR 90 @0.15 PER PG) | $13.50 |
| 11/07/2003 | RE | (F5 DOC 68 @0.15 PER PG) | $10.20 |
| 11/07/2003 | RE | (F5 DOC 130 @0.15 PER PG) | $19.50 |
| 11/07/2003 | RE | (F5 DOC 44 @0.15 PER PG) | $6.60 |
| 11/07/2003 | RE | (F0 EQU 304 @0.15 PER PG) | $45.60 |
| 11/07/2003 | RE | (F5 DOC 243 @0.15 PER PG) | $36.45 |
| 11/07/2003 | RE | (F5 DOC 8 @0.15 PER PG) | $1.20 |
| 11/07/2003 | RE | (F7 CORR 43 @0.15 PER PG) | $6.45 |
| 11/07/2003 | SO | Secretarial Overtime---(V.Preston) | $101.16 |
| 11/08/2003 | DC | TriState | $279.00 |
| 11/10/2003 | DC | Parcels | $7.50 |
| 11/10/2003 | DH | DHL | $11.88 |
| 11/10/2003 | DH | DHL | $10.13 |
| 11/10/2003 | FX | (G3 CORR 20 @1.00 PER PG) | $20.00 |
| 11/10/2003 | FX | (G3 CORR 20 @1.00 PER PG) | $20.00 |
| 11/10/2003 | FX | (G3 CORR 20 @1.00 PER PG) | $20.00 |
| 11/10/2003 | FX | (G3 CORR 20 @1.00 PER PG) | $20.00 |
| 11/10/2003 | FX | (G2 CORR 20 @1.00 PER PG) | $20.00 |
| 11/10/2003 | FX | (G3 CORR 20 @1.00 PER PG) | $20.00 |
| 11/10/2003 | FX | (G3 CORR 20 @1.00 PER PG) | $20.00 |
| 11/10/2003 | FX | (G2 CORR 20 @1.00 PER PG) | $20.00 |
| 11/10/2003 | FX | (G3 CORR 20 @1.00 PER PG) | $20.00 |
| 11/10/2003 | FX | (G3 CORR 20 @1.00 PER PG) | $20.00 |
| 11/10/2003 | FX | (G2 CORR 20 @1.00 PER PG) | $20.00 |
| 11/10/2003 | FX | (G2 CORR 20 @1.00 PER PG) | $20.00 |
| 11/10/2003 | FX | (G3 CORR 20 @1.00 PER PG) | $20.00 |
| 11/10/2003 | FX | (G2 CORR 20 @1.00 PER PG) | $20.00 |
| 11/10/2003 | FX | (G3 CORR 20 @1.00 PER PG) | $20.00 |
| 11/10/2003 | FX | (G3 CORR 20 @1.00 PER PG) | $20.00 |
| 11/10/2003 | FX | (G3 CORR 20 @1.00 PER PG) | $20.00 |
| 11/10/2003 | FX | (G3 CORR 20 @1.00 PER PG) | $20.00 |
| 11/10/2003 | FX | (G3 CORR 20 @1.00 PER PG) | $20.00 |
| 11/10/2003 | FX | (G3 CORR 20 @1.00 PER PG) | $20.00 |
| 11/10/2003 | FX | (G3 CORR 20 @1.00 PER PG) | $20.00 |
| 11/10/2003 | FX | (G3 CORR 20 @1.00 PER PG) | $20.00 |

**Invoice number  58892**          )0   00001                          **Page   10**

| | | | |
|---|---|---|---:|
| 11/10/2003 | FX | (G3 CORR 6 @1.00 PER PG) | $6.00 |
| 11/10/2003 | FX | (G2 CORR 20 @1.00 PER PG) | $20.00 |
| 11/10/2003 | FX | (G2 CORR 20 @1.00 PER PG) | $20.00 |
| 11/10/2003 | FX | (G2 CORR 20 @1.00 PER PG) | $20.00 |
| 11/10/2003 | FX | (G2 CORR 20 @1.00 PER PG) | $20.00 |
| 11/10/2003 | FX | (G2 CORR 20 @1.00 PER PG) | $20.00 |
| 11/10/2003 | RE | (F5 AGR 12 @0.15 PER PG) | $1.80 |
| 11/10/2003 | RE | (F5 CORR 93 @0.15 PER PG) | $13.95 |
| 11/10/2003 | RE | (F5 CORR 21 @0.15 PER PG) | $3.15 |
| 11/10/2003 | RE | (F5 AGR 105 @0.15 PER PG) | $15.75 |
| 11/10/2003 | RE | (F5 CORR 96 @0.15 PER PG) | $14.40 |
| 11/10/2003 | RE | (F5 CORR 8 @0.15 PER PG) | $1.20 |
| 11/10/2003 | RE | (F5 ANS 44 @0.15 PER PG) | $6.60 |
| 11/10/2003 | RE | (F5 AGR 1 @0.15 PER PG) | $0.15 |
| 11/10/2003 | RE | (F5 AGR 24 @0.15 PER PG) | $3.60 |
| 11/10/2003 | RE | (F4 CORR 225 @0.15 PER PG) | $33.75 |
| 11/10/2003 | RE | (F4 CORR 1292 @0.15 PER PG) | $193.80 |
| 11/11/2003 | DC | TriState | $15.00 |
| 11/11/2003 | FE | Federal Express---RPN, Fedex. [E108] | $90.51 |
| 11/11/2003 | PO | Postage | $6.00 |
| 11/11/2003 | RE | (F5 AGR 80 @0.15 PER PG) | $12.00 |
| 11/11/2003 | RE | (F5 DOC 24 @0.15 PER PG) | $3.60 |
| 11/11/2003 | RE | (F2 EQU 8 @0.15 PER PG) | $1.20 |
| 11/11/2003 | SO | Secretarial Overtime---(V.Preston) | $37.94 |
| 11/12/2003 | DC | TriState | $135.00 |
| 11/12/2003 | DC | TriState | $15.00 |
| 11/12/2003 | DH | DHL | $25.66 |
| 11/12/2003 | DH | DHL | $17.38 |
| 11/12/2003 | DH | DHL | $17.38 |
| 11/12/2003 | RE | (F0 CORR 1060 @0.15 PER PG) | $159.00 |
| 11/12/2003 | RE | (F5 DOC 44 @0.15 PER PG) | $6.60 |
| 11/12/2003 | RE | (F5 DOC 23 @0.15 PER PG) | $3.45 |
| 11/12/2003 | RE | (F2 EQU 87 @0.15 PER PG) | $13.05 |
| 11/12/2003 | RE | Reproduction Expense---WLR. [E101] | $4.50 |
| 11/13/2003 | DC | TriState | $15.00 |
| 11/13/2003 | DH | DHL | $11.17 |
| 11/13/2003 | DH | DHL | $11.17 |
| 11/13/2003 | DH | DHL | $11.17 |
| 11/13/2003 | RE | (F2 CORR 403 @0.15 PER PG) | $60.45 |
| 11/13/2003 | RE | (F6 AGR 2 @0.15 PER PG) | $0.30 |
| 11/13/2003 | RE | (F6 AGR 27 @0.15 PER PG) | $4.05 |
| 11/13/2003 | RE | (F0 EQU 1064 @0.15 PER PG) | $159.60 |
| 11/13/2003 | RE | (F5 CORR 28 @0.15 PER PG) | $4.20 |
| 11/14/2003 | DC | TriState | $15.00 |
| 11/14/2003 | DH | DHL | $13.24 |
| 11/14/2003 | DH | DHL | $13.24 |
| 11/14/2003 | DH | DHL | $16.34 |
| 11/14/2003 | FX | (G3 CORR 7 @1.00 PER PG) | $7.00 |
| 11/14/2003 | FX | (G3 CORR 7 @1.00 PER PG) | $7.00 |
| 11/14/2003 | FX | (G3 CORR 7 @1.00 PER PG) | $7.00 |
| 11/14/2003 | FX | (G3 CORR 7 @1.00 PER PG) | $7.00 |
| 11/14/2003 | FX | (G3 CORR 7 @1.00 PER PG) | $7.00 |
| 11/14/2003 | FX | (G3 CORR 7 @1.00 PER PG) | $7.00 |
| 11/14/2003 | FX | (G3 CORR 7 @1.00 PER PG) | $7.00 |
| 11/14/2003 | FX | Fax Transmittal---WLR. [E104] | $8.00 |
| 11/14/2003 | PO | Postage | $4.20 |
| 11/14/2003 | RE | Reproduction Expense---WLR. [E101] | $5.10 |
| 11/14/2003 | RE | Reproduction Expense---WLR. [E101] | $6.15 |
| 11/14/2003 | RE | Reproduction Expense---WLR. [E101] | $2.85 |
| 11/14/2003 | RE | (F8 DOC 33 @0.15 PER PG) | $4.95 |

| | | | |
|---|---|---|---:|
| 11/14/2003 | RE | (F6 AGR 16 @0.15 PER PG) | $2.40 |
| 11/14/2003 | RE | (F6 AGR 26 @0.15 PER PG) | $3.90 |
| 11/14/2003 | RE | (F6 DOC 10 @0.15 PER PG) | $1.50 |
| 11/17/2003 | DC | Parcels | $56.30 |
| 11/17/2003 | DC | TriState | $279.00 |
| 11/17/2003 | OR | Outside Reproduction Expense---Digital Legal Services,LLC. [E102] | $172.80 |
| 11/17/2003 | PO | Postage---Digital Legal Services,LLC. [E108] | $125.65 |
| 11/17/2003 | RE | Reproduction Expense---WLR. [E101] | $4.65 |
| 11/17/2003 | RE | (F8 FEE 6 @0.15 PER PG) | $0.90 |
| 11/17/2003 | RE | (F6 AGR 12 @0.15 PER PG) | $1.80 |
| 11/17/2003 | RE | (F7 CORR 2341 @0.15 PER PG) | $351.15 |
| 11/17/2003 | SO | Secretarial Overtime---(R.Stewart) | $27.87 |
| 11/18/2003 | DC | TriState | $279.00 |
| 11/18/2003 | DC | TriState | $15.00 |
| 11/18/2003 | DC | TriState | $15.00 |
| 11/18/2003 | DC | TriState | $15.00 |
| 11/18/2003 | DH | DHL | $17.38 |
| 11/18/2003 | DH | DHL | $25.66 |
| 11/18/2003 | DH | DHL | $17.38 |
| 11/18/2003 | OR | Outside Reproduction Expense---Digital Legal Services,LLC. [E102] | $10.56 |
| 11/18/2003 | OR | Outside Reproduction Expense---Digital Legal Services,LLC. [E102] | $66.12 |
| 11/18/2003 | PO | Postage | $331.10 |
| 11/18/2003 | PO | Postage | $1,132.95 |
| 11/18/2003 | PO | Postage | $154.00 |
| 11/18/2003 | PO | Postage---Digital Legal Services,LLC. [E108] | $8.40 |
| 11/18/2003 | PO | Postage---Digital Legal Services,LLC. [E108] | $18.24 |
| 11/18/2003 | RE | (F8 DOC 181 @0.15 PER PG) | $27.15 |
| 11/18/2003 | RE | (F5 DOC 25 @0.15 PER PG) | $3.75 |
| 11/18/2003 | RE | (F6 AGR 60 @0.15 PER PG) | $9.00 |
| 11/18/2003 | RE | (F2 EQU 27 @0.15 PER PG) | $4.05 |
| 11/18/2003 | RE | (F5 DOC 173 @0.15 PER PG) | $25.95 |
| 11/18/2003 | RE | (F7 DOC 99 @0.15 PER PG) | $14.85 |
| 11/18/2003 | RE | (F7 DOC 140 @0.15 PER PG) | $21.00 |
| 11/18/2003 | RE | (F7 DOC 30 @0.15 PER PG) | $4.50 |
| 11/18/2003 | RE | (F2 EQU 24279 @0.15 PER PG) | $3,641.85 |
| 11/18/2003 | RE | (F4 CORR 6196 @0.15 PER PG) | $929.40 |
| 11/19/2003 | DC | TriState | $15.00 |
| 11/19/2003 | FX | (G4 EQU 7 @1.00 PER PG) | $7.00 |
| 11/19/2003 | PO | Postage | $4.80 |
| 11/19/2003 | RE | (F4 CORR 627 @0.15 PER PG) | $94.05 |
| 11/19/2003 | RE | (F7 CORR 38 @0.15 PER PG) | $5.70 |
| 11/19/2003 | RE | (F2 EQU 1 @0.15 PER PG) | $0.15 |
| 11/20/2003 | RE | (F6 AGR 75 @0.15 PER PG) | $11.25 |
| 11/20/2003 | RE | (F5 AGR 20 @0.15 PER PG) | $3.00 |
| 11/21/2003 | DC | TriState | $99.00 |
| 11/21/2003 | DC | TriState | $54.00 |
| 11/21/2003 | DC | TriState | $15.00 |
| 11/21/2003 | RE | (F5 DOC 80 @0.15 PER PG) | $12.00 |
| 11/21/2003 | RE | (F2 CORR 450 @0.15 PER PG) | $67.50 |
| 11/22/2003 | DC | TriState | $189.00 |
| 11/24/2003 | DC | TriState | $378.00 |
| 11/24/2003 | DC | TriState | $15.00 |
| 11/24/2003 | DC | Parcels | $7.50 |
| 11/24/2003 | PO | Postage | $175.96 |
| 11/24/2003 | PO | Postage | $38.50 |
| 11/24/2003 | RE | (F5 CORR 483 @0.15 PER PG) | $72.45 |
| 11/24/2003 | RE | (F5 CORR 283 @0.15 PER PG) | $42.45 |

**Invoice number  58892**        )0   00001                    **Page  12**

| 11/24/2003 | RE | (F7 DOC 140 @0.15 PER PG) | $21.00 |
|---|---|---|---|
| 11/24/2003 | RE | (F7 DO 28 @0.15 PER PG) | $4.20 |
| 11/24/2003 | RE | (F7 DOC 113 @0.15 PER PG) | $16.95 |
| 11/24/2003 | RE | (F2 AGR 3120 @0.15 PER PG) | $468.00 |
| 11/24/2003 | RE | (F7 AGR 353 @0.15 PER PG) | $52.95 |
| 11/24/2003 | RE | (F2 AGR 3324 @0.15 PER PG) | $498.60 |
| 11/24/2003 | RE | (F2 AGR 15 @0.15 PER PG) | $2.25 |
| 11/24/2003 | RE | (F2 AGR 7 @0.15 PER PG) | $1.05 |
| 11/25/2003 | DC | TriState | $9.00 |
| 11/25/2003 | DC | TriState | $72.00 |
| 11/25/2003 | DC | TriState | $15.00 |
| 11/25/2003 | DH | DHL | $19.45 |
| 11/25/2003 | DH | DHL | $19.45 |
| 11/25/2003 | PO | Postage | $23.70 |
| 11/25/2003 | PO | Postage | $14.70 |
| 11/25/2003 | RE | (F5 CORR 294 @0.15 PER PG) | $44.10 |
| 11/25/2003 | RE | (F5 AGR 18 @0.15 PER PG) | $2.70 |
| 11/25/2003 | RE | (F5 CORR 143 @0.15 PER PG) | $21.45 |
| 11/25/2003 | RE | (F7 CORR 2085 @0.15 PER PG) | $312.75 |
| 11/25/2003 | RE | (F5 CORR 89 @0.15 PER PG) | $13.35 |
| 11/25/2003 | RE | (F5 CORR 1 @0.15 PER PG) | $0.15 |
| 11/25/2003 | RE | (F6 AGR 156 @0.15 PER PG) | $23.40 |
| 11/25/2003 | RE | (F7 DOC 99 @0.15 PER PG) | $14.85 |
| 11/25/2003 | RE | (F7 DOC 199 @0.15 PER PG) | $29.85 |
| 11/25/2003 | RE | (F2 CORR 2887 @0.15 PER PG) | $433.05 |
| 11/25/2003 | RE | (F2 CORR 262 @0.15 PER PG) | $39.30 |
| 11/25/2003 | RE | (F8 CORR 1 @0.15 PER PG) | $0.15 |
| 11/26/2003 | DC | TriState | $63.00 |
| 11/26/2003 | DC | TriState | $15.00 |
| 11/26/2003 | DH | DHL | $6.91 |
| 11/26/2003 | DH | DHL | $6.91 |
| 11/26/2003 | DH | DHL | $6.91 |
| 11/26/2003 | OR | Outside Reproduction Expense---Digital Legal Services,LLC. [E102] | $58.56 |
| 11/26/2003 | OR | Outside Reproduction Expense---Digital Legal Services,LLC.Velobinding. [E102] | $4.50 |
| 11/26/2003 | OR | Outside Reproduction Expense---Digital Legal Services,LLC.E-mail. [E102] | $25.00 |
| 11/26/2003 | OR | Outside Reproduction Expense---Digital Legal Services,LLC. Cd. [E102] | $35.00 |
| 11/26/2003 | PO | Postage | $9.13 |
| 11/26/2003 | RE | (F5 CORR 525 @0.15 PER PG) | $78.75 |
| 11/26/2003 | RE | (F2 CORR 62 @0.15 PER PG) | $9.30 |
| 11/26/2003 | RE | (F5 CORR 77 @0.15 PER PG) | $11.55 |
| 11/26/2003 | RE | (F5 CORR 39 @0.15 PER PG) | $5.85 |
| 11/26/2003 | RE | (F7 AGR 1051 @0.15 PER PG) | $157.65 |
| 11/26/2003 | RE | (F6 AGR 62 @0.15 PER PG) | $9.30 |
| 11/26/2003 | RE | (F8 AGR 74 @0.15 PER PG) | $11.10 |
| 11/26/2003 | RE | (F8 CORR 52 @0.15 PER PG) | $7.80 |
| 11/26/2003 | RE | (F8 CORR 61 @0.15 PER PG) | $9.15 |
| 11/26/2003 | RE | (F8 CORR 83 @0.15 PER PG) | $12.45 |
| 11/26/2003 | RE | (F8 CORR 2 @0.15 PER PG) | $0.30 |
| 11/28/2003 | DC | Parcels | $5.40 |
| 11/29/2003 | RE | Reproduction Expense---WLR. [E101] | $2.85 |

**Total Expenses:**                                        **$33,211.18**

## *Summary:*

| | |
|---|---|
| Total professional services | $20,729.50 |
| Total expenses | $33,211.18 |
| Net current charges | $53,940.68 |
| Net balance forward | $178,250.98 |
| **Total balance now due** | **$232,191.66** |

---

## Billing Summary

| | | | | |
|---|---|---|---|---|
| CMS | Shaeffer, Christina M. | 26.20 | $55.00 | $1,441.00 |
| DCC | Crossan, Donna C. | 4.00 | $70.00 | $280.00 |
| DWC | Carickhoff, David W | 28.80 | $300.00 | $8,640.00 |
| LAG | Gilbert, Laurie A. | 1.60 | $135.00 | $216.00 |
| PEC | Cuniff, Patricia E. | 54.00 | $130.00 | $7,020.00 |
| RMO | Olivere, Rita M. | 0.30 | $70.00 | $21.00 |
| SLP | Pitman, L. Sheryle | 19.60 | $65.00 | $1,274.00 |
| WLR | Ramseyer, William L. | 4.90 | $375.00 | $1,837.50 |
| | | 139.40 | | $20,729.50 |

---

## Task Code Summary

| | | Hours | Amount |
|---|---|---|---|
| CA | CASE ADMINISTRATION [B110] | 75.30 | $6,411.00 |
| CR02 | WRG CLAIM ANALYSIS NONASBESTOS | 9.80 | $2,005.00 |
| EA01 | WRG- EMPLOY. APP. , OTHERS | 6.00 | $1,647.00 |
| FA | WRG-FEE APPS., APPLICANT | 9.80 | $2,567.50 |
| FA01 | WRG-FEE APPLICATIONS, OTHERS | 14.20 | $2,288.00 |
| LN | LITIGATION (NON-BANKRUPTCY] | 23.30 | $5,596.00 |
| ZA01 | WRG-ZAI SCIENCE TRIAL | 1.00 | $215.00 |
| | | 139.40 | $20,729.50 |

---

## Expense Code Summary

| | |
|---|---|
| Auto Travel Expense [E109] | $77.44 |
| Working Mealsl [E1 | $23.60 |
| Delivery/Courier Service | $2,864.65 |
| DHL- Worldwide Express | $461.05 |
| Federal Express [E108] | $90.51 |
| Fax Transmittal. [E104] | $650.00 |
| Outside Reproduction Expense | $15,025.09 |
| Pacer - Court Research | $506.03 |
| Postage [E108] | $3,392.02 |

**Invoice number  58892**           00001                                    **Page   14**

| | |
|---|---|
| Reproduction Expense. [E101] | $9,925.95 |
| Overtime | $194.84 |
| | $33,211.18 |