# **<u>EXHIBIT A</u>**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.[1], | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objection Deadline: February 25, 2004 at 4:00 |
| | ) | p.m. Hearing Date: TBD only if necessary |
| | ) | |

## FEE DETAIL FOR HOLME ROBERTS & OWEN, LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD OF DECEMBER 1, 2003 THROUGH DECEMBER 31, 2003

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

#983405 v1

Expenses

**Matter 00000 - General**

| Description | TOTAL |
|---|---|
| Photocopies | $ 3.15 |
| Facsimiles | $ - |
| Long Distance Telephone | $ - |
| Outside Courier | $ - |
| Travel Expense | $ - |
| Lexis | $ - |
| Westlaw | $ - |
| Meal Expenses | $ - |
| Temporary Staffing | $ - |
| Velo Binding | $ - |
| **Total** | **$ 3.15** |

Holme Roberts & Owen LLP

January 27, 2004

W.R. Grace

| | |
|---|---|
| Page | 5 |
| Invoice No.: | 656750 |
| Client No.: | 04339 |
| Matter No.: | 00000 |

**Regarding: GENERAL**
\* Please note that some individual timekeeper hourly rates have increased effective December 1, 2003

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 12/12/03 | 21 | Photocopy | $ 3.15 |
| | | **Total Disbursements:** | **$ 3.15** |

### Disbursement Summary

| | | |
|---|---|---|
| Photocopy | $ | 3.15 |
| **Total Disbursements:** | **$** | **3.15** |

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 612649 | 10/30/02 | Bill | 111,074.09 |
| | 12/16/02 | Cash Receipt | -90,460.59 |
| | 12/23/02 | Cash Receipt | -2,044.60 |
| | 04/14/03 | Cash Receipt Cancellation | 2,044.60 |
| | | *Outstanding Balance on Invoice 612649:* | *$ 20,613.50* |
| 620923 | 01/24/03 | Bill | 648.00 |
| | 04/11/03 | Cash Receipt | -518.40 |
| | 04/14/03 | Cash Receipt Cancellation | 518.40 |

## Matter 00300 - Libby, Montana Asbestos Litigation

| Description | TOTAL |
|---|---|
| Parking | $ - |
| Photocopies | $ - |
| Facsimiles | $ - |
| Long Distance Telephone | $ - |
| Outside Courier | $ - |
| Lexis | $ - |
| Travel Expense | $ - |
| Outside Reporduction | $ - |
| Federal Express | $ - |
| Research Service | $ - |
| Velo Binding | $ - |
| Other Expense | $ 196.80 |
| Color Copies | $ - |
| **Total** | **$ 196.80** |

Holme Roberts & Owen LLP

January 27, 2004

W.R. Grace

Page             9
Invoice No.:     656750
Client No.:      04339
Matter No.:      00300

**Regarding: Libby, Montana Asbestos**
\* Please note that some individual timekeeper hourly rates have increased effective December 1, 2003

### Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 11/30/03 | | Other Expense: VENDOR: Iron Mountain; INVOICE#: J868555; DATE: 11/30/2003 - Document Storage | $ | 196.80 |
| | | **Total Disbursements:** | $ | **196.80** |

### Disbursement Summary

| | | |
|---|---|---|
| Other Expense | $ | 196.80 |
| **Total Disbursements:** | **$** | **196.80** |

### Accounts Receivable Detail

| Invoice | Date | Description | | Amount |
|---|---|---|---|---|
| 612649 | 10/30/02 | Bill | | 7,504.74 |
| | 12/16/02 | Cash Receipt | | -6,409.54 |
| | 12/23/02 | Cash Receipt | | -108.63 |
| | 04/14/03 | Cash Receipt Cancellation | | 108.63 |
| | | *Outstanding Balance on Invoice 612649:* | *$* | *1,095.20* |
| 620923 | 01/24/03 | Bill | | 309,771.81 |
| | 04/11/03 | Cash Receipt | | -259,371.06 |
| | 04/14/03 | Cash Receipt Cancellation | | 259,371.06 |

**Matter 00370 - Boulder Document Production-Attic Insulation Defense**

| Description | TOTAL |
|---|---|
| Photocopies | $ (514.56) |
| Parking | $ - |
| Facsimiles | $ - |
| Long Distance Telephone | $ - |
| Outside Courier | $ - |
| Travel Expense | $ - |
| Lexis | $ - |
| Westlaw | $ - |
| Other Expenses | $ - |
| Other Meal Expenses | $ - |
| Word Processing | $ - |
| **Total** | **$ (514.56)** |

Holme Roberts & Owen LLP

January 27, 2004

W.R. Grace

| | |
|---|---|
| Page | 24 |
| Invoice No.: | 656750 |
| Client No.: | 04339 |
| Matter No.: | 00370 |

**Regarding: Boulder Document Production re Attic Insulation**
**\* Please note that some individual timekeeper hourly rates have increased effective December 1, 2003**

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 12/19/03 | | Outside Reproduction: Cancellation of: VENDOR: Citation Document Services; INVOICE#: D2005; DATE: 2/7/2001 - Copies, C Latuda | $ -514.56 |
| | | **Total Disbursements:** | **$ -514.56** |

### Disbursement Summary

| | | |
|---|---|---|
| Outside Reproduction | $ | -514.56 |
| **Total Disbursements:** | **$** | **-514.56** |

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 612649 | 10/30/02 | Bill | 3,416.86 |
| | 12/16/02 | Cash Receipt | -2,753.96 |
| | 12/23/02 | Cash Receipt | -65.75 |
| | 04/14/03 | Cash Receipt Cancellation | 65.75 |
| | | *Outstanding Balance on Invoice 612649:* | $ 662.90 |
| 620923 | 01/24/03 | Bill | 43,258.45 |
| | 04/11/03 | Cash Receipt | -40,140.85 |
| | 04/14/03 | Cash Receipt Cancellation | 40,140.85 |

**Matter 00390 - Bankruptcy Matters**

| Name | Position | Hourly Rate | December | Total Comp |
|---|---|---|---|---|
| Flaagan, Elizabeth K. | Partner | $ 300.00 | 0.7 | $ 210.00 |
| Haag, Susan | Paralegal | $ 125.00 | 2.1 | $ 262.50 |
|  |  |  |  |  |
| **Total** |  |  | **2.80** | **$ 472.50** |

**Matter 00390 - Bankruptcy Matters**

| Description | TOTAL |
|---|---|
| Photocopies | $ - |
| Facsimiles | $ - |
| Long Distance Telephone | $ 0.40 |
| Federal Express | $ 24.52 |
| Tab Stock | $ - |
| Lexis | $ - |
| Consulting Fee | $ - |
| Postage | $ - |
| Research Services | $ - |
| Professional Services | $ 831.40 |
| **Total** | **$ 856.32** |

Holme Roberts & Owen LLP

January 27, 2004

W.R. Grace

Page          27
Invoice No.:  656750
Client No.:   04339
Matter No.:   00390

**Regarding: Bankruptcy Matters**

### Itemized Services

| Date     | Tkpr | Description | Hours | Value |
|----------|------|-------------|-------|-------|
| 12/09/03 | EKF  | Review and revise November invoices (prebills) (.40). | 0.40 | $ 120.00 |
| 12/30/03 | EKF  | Review, revise and finalize November fee application. | 0.30 | 90.00 |
| 12/30/03 | SH   | Calculate and draft November fee application (1.7); compile and file November fee application (.4). | 2.10 | 262.50 |
|          |      | **Total Fees Through December 31, 2003:** | **2.80** | **$ 472.50** |

### Timekeeper Rate Summary

| Initials | Name | Position | Rate | Hours | Value |
|----------|------|----------|------|-------|-------|
| EKF | Elizabeth Flaagan | Partner | $ 300.00 | 0.70 | $ 210.00 |
| SH  | Susan Haag | Paralegal | 125.00 | 2.10 | 262.50 |
|     |     | **Total Fees:** | | **2.80** | **$ 472.50** |

**\* Please note that some individual timekeeper hourly rates have increased effective December 1, 2003**

### Itemized Disbursements

| Date     | Qty | Description | Amount |
|----------|-----|-------------|--------|
| 11/17/03 |     | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 4-962-58037; DATE: 11/17/2003 - Courier, Acct. 0802-0410-8. 11-11; William Weller Wilmington, De | $ 14.46 |
| 11/21/03 |     | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 4-963-00606; DATE: 11/21/2003 - Courier, Acct. 0802-0410-8. 11-17; William Weller Wilmington, De | 10.06 |

Holme Roberts & Owen LLP

January 27, 2004

| | |
|---|---|
| W.R. Grace | Page 28 |
| | Invoice No.: 656750 |
| | Client No.: 04339 |
| | Matter No.: 00390 |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 12/01/03 | | Long Distance Telephone: 3028886818, 4 Mins., TranTime:14:21 | 0.40 |
| 12/05/03 | | Consulting Fee: VENDOR: Morris, James, Hitchens & Williams LLP; INVOICE#: 258275; DATE: 12/5/2003 - Professional services & disbursements through 11/30/03 | 831.40 |
| | | **Total Disbursements:** | **$ 856.32** |

### Disbursement Summary

| | | |
|---|---|---|
| Consulting Fee | $ | 831.40 |
| Long Distance Telephone | | 0.40 |
| Federal Express | | 24.52 |
| **Total Disbursements:** | **$** | **856.32** |

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 612649 | 10/30/02 | Bill | 6,832.32 |
| | 12/16/02 | Cash Receipt | -5,498.82 |
| | 12/23/02 | Cash Receipt | -132.27 |
| | 04/14/03 | Cash Receipt Cancellation | 132.27 |
| | | *Outstanding Balance on Invoice 612649:* | *$ 1,333.50* |
| 621058 | 01/31/03 | Bill | 3,749.68 |
| | 04/11/03 | Cash Receipt | -3,425.88 |
| | 04/14/03 | Cash Receipt | -3,425.88 |

**Matter 00420 - Ninth Circuit Appeal**

| Name | Position | Hourly Rate | December | Total Comp |
|---|---|---|---|---|
| Coggon, Katheryn | Special Counsel | $ 280.00 | 14.9 | $ 4,172.00 |
| Tognetti, Natalie | Paralegal | $ 125.00 | 16.1 | $ 2,012.50 |
| | | | | |
| Total | | | 31.00 | $ 6,184.50 |

Expenses

### Matter 00420 - Ninth Circuit Appeal

| Description | TOTAL |
|---|---|
| Parking | $ - |
| Photocopies | $ 347.70 |
| Facsimile | $ - |
| Long Distance Telephone | $ 6.50 |
| Federal Express | $ 28.45 |
| Outside Courier | $ 25.30 |
| Lexis | $ - |
| Travel Expense | $ 758.00 |
| Meal Expenses | $ - |
| Other Expenses | $ - |
| Tab Stock | $ - |
| Velo Binding | $ - |
| **Total** | **$ 1,165.95** |

Holme Roberts & Owen LLP

January 27, 2004

W.R. Grace

| | |
|---|---|
| Page | 34 |
| Invoice No.: | 656750 |
| Client No.: | 04339 |
| Matter No.: | 00420 |

**Regarding: Ninth Circuit Appeal**

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 12/05/03 | KJC | Telephone conference with C. Landau and B. McGurk re status and schedule (0.60); address additional requests for documents from C. Landau and B. McGurk (0.60); telephone conference with J. Freeman re mediation assessment conference and transcript edits (0.30). | 1.50 | $ 420.00 |
| 12/05/03 | NKT | Work with SCHaraldson re compiling case filings for review by KJCoggon and Kirkland & Ellis. | 0.60 | 75.00 |
| 12/06/03 | NKT | Work with SCHaraldson to compile various cost recovery filings for review by KJCoggon and Kirkland & Ellis. | 0.50 | 62.50 |
| 12/08/03 | KJC | Identify documents and exhibits to forward to Kirkland & Ellis for appeal work (0.6); prepare for assessment conference (0.3). | 0.90 | 252.00 |
| 12/08/03 | NKT | Work with SCHaraldson to prepare Cost Recovery filings for review by KJCoggon and Kirkland & Ellis, including locate Administrative Record image cd's for duplication. | 0.80 | 100.00 |
| 12/09/03 | NKT | Prepare cost recovery filings for review by KJCoggon and Kirkland & Ellis. | 2.30 | 287.50 |
| 12/11/03 | KJC | Identify documents and exhibits to forward to Kirkland & Ellis for appeal work (0.3). | 0.30 | 84.00 |
| 12/11/03 | NKT | Conference with KJCoggon and KCarnes re cost recovery filings to be sent to Kirkland & Ellis for review (.40); prepare all Defendants expert reports for review by KJCoggon and Kirkland & Ellis (1.00). | 1.40 | 175.00 |
| 12/12/03 | KJC | Identify documents and exhibits to forward to Kirkland & Ellis for appeal work (0.8). | 0.80 | 224.00 |

Holme Roberts & Owen LLP

January 27, 2004

W.R. Grace

Page 35
Invoice No.: 656750
Client No.: 04339
Matter No.: 00420

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 12/15/03 | KJC | Review and revise list of transcript edits (3.2); telephone conference with KWLund re mediation program assessment conference (0.4). | 3.60 | 1,008.00 |
| 12/15/03 | NKT | Review Cost Recovery trial transcript along with transcript changes proposed by United States (3.10); conferences with KJCoggon re same (.30); begin drafting master list of United States and WR Grace Cost Recovery trial transcript changes (1.40). | 4.80 | 600.00 |
| 12/16/03 | KJC | Review and revise list of transcript edits (2.6); telephone conference with D. Siegel re mediation program assessment conference (0.4); telephone conference with team re mediation program assessment conference (0.7); review settlement history in preparation for mediation program assessment conference (0.7). | 4.40 | 1,232.00 |
| 12/16/03 | NKT | Continue to prepare master list of Cost Recovery trial transcript changes per KJCoggon request. | 3.50 | 437.50 |
| 12/17/03 | KJC | Review and revise list of transcript edits (2.1); prepare for and participate in mediation program assessment conference (0.9); telephone conferences with J. Freeman re transcript edits and mediation program (0.4). | 3.40 | 952.00 |
| 12/17/03 | NKT | Finalize master list of Cost Recovery trial transcript changes and conference with KJCoggon re same (.60); create and finalize chart showing trial transcript changes at issue with comments for transmittal to United States' for review (.50); review follow-up e-mails from J. Freeman of DOJ re additional changes to trial transcript (.30); prepare Joint Official Trial Transcript Modifications list for transmittal to Diana Hodges (.30). | 1.70 | 212.50 |
| 12/30/03 | NKT | Assist KCarnes in preparing Cost Recovery filings for review by KJCoggon and Kirkland & Ellis. | 0.50 | 62.50 |

Holme Roberts & Owen LLP

January 27, 2004

| | |
|---|---|
| W.R. Grace | Page 36<br>Invoice No.: 656750<br>Client No.: 04339<br>Matter No.: 00420 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| | | **Total Fees Through December 31, 2003:** | **31.00** | **$ 6,184.50** |

### Timekeeper Rate Summary

| Initials | Name | Position | Rate | Hours | Value |
|---|---|---|---|---|---|
| KJC | Katheryn J. Coggon | Special Counsel | $ 280.00 | 14.90 | $ 4,172.00 |
| NKT | Natalie Tognetti | Paralegal | 125.00 | 16.10 | 2,012.50 |
| | | | **Total Fees:** | **31.00** | **$ 6,184.50** |

**\* Please note that some individual timekeeper hourly rates have increased effective December 1, 2003**

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 11/19/03 | | Outside Courier: VENDOR: Western Messenger Service, Inc.; INVOICE#: 837376; DATE: 11/19/2003 - Delivery from HRO SF to Appeals 9th Circuit | $ 25.30 |
| 11/21/03 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 4-963-00606; DATE: 11/21/2003 - Courier, Acct. 0802-0410-8. 11-13; Lisa Driscoll Missoula, Mt | 9.05 |
| 11/28/03 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 4-963-42238; DATE: 11/28/2003 - Courier, Acct. 0802-0410-8. 11-20; Brett McGurk Washington, DC | 9.70 |
| 11/28/03 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 4-963-42238; DATE: 11/28/2003 - Courier, Acct. 0802-0410-8. 11-20; Robert Emmett Columbia, Md | 9.70 |
| 12/05/03 | | Long Distance Telephone: 2028795087, 37 Mins., TranTime:14:48 | 3.70 |
| 12/06/03 | 84 | Photocopy | 12.60 |

Holme Roberts & Owen LLP

January 27, 2004

W.R. Grace

Page 37
Invoice No.: 656750
Client No.: 04339
Matter No.: 00420

**Itemized Disbursements**

| Date | Qty | Description | Amount |
|---|---|---|---|
| 12/09/03 | | Long Distance Telephone: 5613621533, 7 Mins., TranTime:9:48 | 0.70 |
| 12/09/03 | 159 | Photocopy | 23.85 |
| 12/11/03 | 2 | Photocopy | 0.30 |
| 12/12/03 | 684 | Photocopy | 102.60 |
| 12/12/03 | 4 | Photocopy | 0.60 |
| 12/13/03 | 1,317 | Photocopy | 197.55 |
| 12/16/03 | | Long Distance Telephone: 4105314170, 19 Mins., TranTime:9:37 | 1.80 |
| 12/18/03 | | Long Distance Telephone: 2028795000, 2 Mins., TranTime:9:0 | 0.20 |
| 12/18/03 | 68 | Photocopy | 10.20 |
| 12/18/03 | | Travel Expense: VENDOR: Majest International; INVOICE#: 24085; DATE: 12/18/2003 - AirFare/Katheryn Coggon Denver/Washington DC 01/06/2004-01/09/2004 | 758.00 |
| 12/19/03 | | Long Distance Telephone: 2028795087, 1 Mins., TranTime:11:2 | 0.10 |
| | | **Total Disbursements:** $ | **1,165.95** |

**Disbursement Summary**

| | | |
|---|---|---|
| Photocopy | $ | 347.70 |
| Long Distance Telephone | | 6.50 |
| Outside Courier | | 25.30 |
| Travel Expense | | 758.00 |
| Federal Express | | 28.45 |
| **Total Disbursements:** | $ | **1,165.95** |