IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO. et al., | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | |

### AFFIDAVIT OF WILLIAM WELLER, PARALEGAL

STATE OF DELAWARE   :
                    : SS:
NEW CASTLE COUNTY   :

    I, William Weller, certify that I am, and at all times during the service have been an employee of Morris, James, Hitchens & Williams LLP, not less than 18 years of age and not a party to the matter concerning which service was made. I certify further that on February 5, 2004, I caused to be served:

**Summary of Application of Holme Roberts & Owen, LLP for Compensation and Reimbursement of Expenses as Special Counsel to W.R. Grace & Co., et al., for the Interim Period from December 1, 2003 through December 31, 2003**

Service was completed upon the parties on the attached list in the manner indicated.

Date: February 5, 2004.

_____
William Weller

SWORN AND SUBSCRIBED before me this 5th day of February, 2004.

_____
NOTARY
My commission expires: 9/6/06

WWW/105624-0001/933184/1

**VIA HAND DELIVERY**

Frank J. Perch, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, Delaware 19801

Vito I. Dimaio
Parcels, Inc.
10th & King Streets
P.O. Box 27
Wilmington, Delaware 19899

**VIA FEDERAL EXPRESS AND E-MAIL**

Warren H. Smith
Warren H. Smith & Associates
Republic Center
325 N. St. Paul, Suite 4080
Dallas, Texas 75201
whsmith@whsmithlaw.com

David B. Siegel
W.R. Grace and Co.
7500 Grace Drive
Columbia, Maryland 21044
william.sparks@grace.com

**VIA E-MAIL**

Laura Davis Jones, Esquire
David Carickhoff, Esquire
Pachulski Stang Ziehl Young & Jones P.C.
dcarickhoff@pszyj.com

Steven M. Yoder, Esquire
The Bayard Firm
syoder@bayardfirm.com

Mark Hurford, Esquire
Campbell & Levine, LLC
mhurford@camlev.com

Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.
ttacconelli@ferryjoseph.com

Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP
mlastowski@duanemorris.com

Teresa K.D. Currier, Esquire
Klett Rooney Lieber & Schorling
currier@klettrooney.com

James H.M. Sprayregen, P.C.
James Kapp, III, Esquire
Kirkland & Ellis
james_kapp@chicago.kirkland.com

Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered
pvnl@capdale.com

Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
rserrette@stroock.com

Scott L. Baena, Esquire
Bilsin Sumberg Dunn Baena Price &
Axelrod LLP
jsakalo@bilzin.com

J. Douglas Bacon, Esquire
Latham & Watkins
david.heller@lw.com
carol.hennessey@lw.com

Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
pbentley@kramerlevin.com