**W. R. Grace & Co.**
**Notes to Combined Financial Statements**
**December 31, 2003**

## 1. Basis of Presentation and Summary of Significant Accounting and Financial Reporting Policies

W. R. Grace & Co., through its subsidiaries, is engaged in specialty chemicals and specialty materials businesses on a worldwide basis. These businesses consist of catalyst and silica products ("Davison Chemicals") and construction chemicals, building materials and sealants and coatings ("Performance Chemicals").

W. R. Grace & Co. conducts substantially all of its business through a direct, wholly owned subsidiary, W. R. Grace & Co.-Conn. ("Grace-Conn."). Grace-Conn. owns substantially all of the assets, properties and rights of W. R. Grace & Co., either directly or through subsidiaries.

As used in these notes, the term "Company" refers to W. R. Grace & Co. The term "Grace" refers to the Company and/or one or more of its subsidiaries and, in certain cases, their respective predecessors.

**VOLUNTARY BANKRUPTCY FILING**

In response to a sharply increasing number of asbestos-related bodily injury claims, on April 2, 2001 (the "Filing Date"), W. R. Grace & Co. and 61 of its United States subsidiaries and affiliates, including Grace-Conn. (collectively, the "Debtors"), filed voluntary petitions for reorganization (the "Filing") under Chapter 11 of the United States Bankruptcy Code ("Chapter 11" or the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). The cases were consolidated and are being jointly administered under case number 01-01139 (the "Chapter 11 Cases"). Grace's non-U.S. subsidiaries and certain of its U.S. subsidiaries were not included in the Filing.

During 2000 and the first quarter of 2001, Grace experienced several adverse developments in its asbestos-related litigation, including: a significant increase in bodily injury claims, higher than expected costs to resolve bodily injury and certain property damage claims, and class action lawsuits alleging damages from a former attic insulation product. After a thorough review of these developments, the Board

of Directors of Grace concluded on April 2, 2001 that a federal court-supervised Chapter 11 process provided the best forum available to achieve predictability and fairness in the claims settlement process.

By filing under Chapter 11, Grace expects to be able to both obtain a comprehensive resolution of the claims against it and preserve the inherent value of its businesses. Under Chapter 11, the Debtors expect to continue to operate their businesses as debtors-in-possession under court protection from their creditors and claimants, while using the Chapter 11 process to develop and implement a plan for addressing the asbestos-related claims against them.

*Consequence of Filing* – As a consequence of the Filing, pending litigation against the Debtors for pre-petition matters is generally stayed (subject to certain exceptions in the case of governmental authorities), and no party may take action to realize its pre-petition claims except pursuant to an order of the Bankruptcy Court.

The Debtors intend to address all of their pending and future asbestos-related claims and all other pre-petition claims in a plan of reorganization. Such a plan of reorganization may include the establishment of a trust through which all pending and future asbestos-related claims would be channeled for resolution. However, it is currently impossible to predict with any degree of certainty the amount that would be required to be contributed to the trust, how the trust would be funded, how other pre-petition claims would be treated or what impact any reorganization plan may have on the shares of common stock of the Company. The interests of the Company's shareholders could be substantially diluted or cancelled under a plan of reorganization. The formulation and implementation of the plan of reorganization is expected to take a significant period of time.

*Status of Chapter 11 Proceedings* – Since the Filing, all motions necessary to conduct normal business activities have been approved by the Bankruptcy Court. In addition, the Debtors have received approval from the Bankruptcy Court to pay or otherwise honor certain of its pre-petition obligations in the ordinary course of business, including employee wages and benefits, customer programs,

shipping charges, and a limited amount of claims of essential trade creditors.

As provided by the Bankruptcy Code, the Debtors had the exclusive right to propose a plan of reorganization for a 120-day period following the Filing Date. The Debtors have received extensions of their exclusivity period during which to file a plan of reorganization through February 1, 2004, and extensions of the Debtors' exclusive rights to solicit acceptances of a reorganization plan through April 1, 2004. The Debtors have filed a motion with the Bankruptcy Court to further extend the exclusivity period through August 1, 2004.

Three creditors' committees, two representing asbestos claimants and the third representing other unsecured creditors, and a committee representing shareholders have been appointed in the Chapter 11 Cases. These committees will have the right to be heard on all matters that come before the Bankruptcy Court and, together with a legal representative of future asbestos claimants (whom Grace expects to be appointed by the Bankruptcy Court in the future), are likely to play important roles in the Chapter 11 Cases. The Debtors are required to bear certain of the committees' and the future asbestos claimants representative's costs and expenses, including those of their counsel and financial advisors.

The Debtors' Chapter 11 cases have been assigned to Judge Alfred M. Wolin, a senior federal judge who sits in Newark, New Jersey. Judge Wolin is presiding over asbestos bodily injury matters and the fraudulent conveyance litigation described below. He has assigned the Debtors' other bankruptcy matters to Judge Judith Fitzgerald, a U.S. bankruptcy judge from the Western District of Pennsylvania, sitting in Wilmington, Delaware.

*Claims Filings* – The Bankruptcy Court established a bar date of March 31, 2003 for claims of general unsecured creditors, asbestos-related property damage claims and medical monitoring claims related to asbestos. The bar date did not apply to asbestos-related bodily injury claims or claims related to Zonolite® attic insulation ("ZAI"), which will be dealt with separately.

Approximately 15,000 proofs of claim were submitted by the bar date. Of these claims,

approximately 10,000 were non-asbestos related, approximately 4,000 were for asbestos-related property damage, and approximately 1,000 were for medical monitoring. In addition, approximately 400 proofs of claim were filed after the bar date. The discussion below refers to claims filed before the bar date.

Approximately 7,000 of the 10,000 non-asbestos related claims involve claims by employees or former employees for future retirement benefits such as pension and retiree medical coverage. Grace views these claims as contingent and does not plan to address them until a later date in the Chapter 11 Cases. The other non-asbestos related claims include claims for payment for goods and services; taxes; product warranties; principal plus interest under pre-petition credit facilities; amounts due under leases; contracts rejected in the Bankruptcy Court; environmental remediation; indemnification or contribution from actual or potential co-defendants in asbestos-related and other litigation; pending non-asbestos related litigation; and non-asbestos related personal injury.

The Debtors' preliminary analysis indicated that many claims are duplicates, represent the same claim filed against more than one of the Debtors, lack any supporting documentation, or provide insufficient supporting documentation. As of September 30, 2003, the Debtors had filed with the Bankruptcy Court approximately 1,100 objections with respect to such claims, most of which were non-substantive (duplicates, no supporting documentation, late filed claims, etc.). The Debtors expect to file a substantial number of additional objections, most of which will be substantive, as analysis and evaluation of the claims progresses.

As claims are resolved, Grace will make adjustments to the liabilities recorded on its financial statements as appropriate. Any such adjustments could be material to the Company's consolidated financial position and results of operations.

As of December 31, 2003, no change in recorded amounts are considered necessary for liabilities to lenders, trade creditors or employees, or for tax and general litigation. However, the fourth quarter includes an aggregate $100.0 million pre-tax charge to adjust Grace's estimated cost to resolve certain

environmental and asbestos-related property damage claims. See the Other Highlights section for further discussion of this charge. Because of the uncertainties of the Chapter 11 process, and the lack of documentation submitted in support of many claims, Grace, at this time, is not able to estimate the value of the claims that may ultimately be determined and allowed by the Bankruptcy Court.

*Litigation Proceedings in Bankruptcy Court* – In July 2002, the Bankruptcy Court approved special counsel to represent the ZAI claimants, at the Debtors' expense, in a proceeding to determine certain threshold scientific issues regarding ZAI. The court has set a litigation schedule that would result in pretrial hearings on these issues in February of 2004.

On November 29, 2002, Sealed Air Corporation ("Sealed Air") and Fresenius Medical Care AG ("Fresenius") each announced that they had reached agreements in principle with the Official Committee of Asbestos Personal Injury Claimants and the Official Committee of Asbestos Property Damage Claimants to settle asbestos and fraudulent conveyance claims related to the 1998 transaction involving Grace's former packaging business and Sealed Air, and the 1996 transaction involving Grace's former medical care business and Fresenius, respectively. Under the terms of the Fresenius settlement, as subsequently revised and subject to certain conditions, Fresenius would contribute $115.0 million to the Grace estate. In July 2003, the Fresenius settlement was approved by the Bankruptcy Court. Under the terms of the proposed Sealed Air settlement, Sealed Air would make a payment of $512.5 million (plus interest at 5.5% per annum, commencing on December 21, 2002) and nine million shares of Sealed Air common stock, valued at $487.3 million as of December 31, 2003, as directed by the Bankruptcy Court upon confirmation of Grace's plan of reorganization. The Sealed Air settlement remains subject to the approval of the Bankruptcy Court and the fulfillment of specified conditions. Grace is unable to predict how these settlements may ultimately affect its plan of reorganization.

*Impact on Debt Capital* – All of the Debtors' pre-petition debt is in default due to the Filing. The accompanying Consolidated Balance Sheet as of December 31, 2003 reflects the classification of the

Debtors' pre-petition debt within "liabilities subject to compromise."

The Debtors have entered into a debtor-in-possession post-petition loan and security agreement with Bank of America, N. A. (the "DIP facility") in the aggregate amount of $250 million. The term of the DIP facility, originally set to expire April 1, 2003, has been extended for up to an additional three years through April 1, 2006.

*Accounting Impact* – The accompanying Consolidated Financial Statements have been prepared in accordance with Statement of Position 90-7 ("SOP 90-7"), "Financial Reporting by Entities in Reorganization Under the Bankruptcy Code," promulgated by the American Institute of Certified Public Accountants. SOP 90-7 requires that financial statements of debtors-in-possession be prepared on a going concern basis, which contemplates continuity of operations, realization of assets and liquidation of liabilities in the ordinary course of business. However, as a result of the Filing, the realization of certain Debtors' assets and the liquidation of certain Debtors' liabilities are subject to significant uncertainty. While operating as debtors-in-possession, the Debtors may sell or otherwise dispose of assets and liquidate or settle liabilities for amounts other than those reflected in the Consolidated Financial Statements. Further, a plan of reorganization could materially change the amounts and classifications reported in the Consolidated Financial Statements, which do not currently give effect to any adjustments to the carrying value or classification of assets or liabilities that might be necessary as a consequence of a plan of reorganization.

Pursuant to SOP 90-7, Grace's pre-petition liabilities that are subject to compromise are required to be reported separately on the balance sheet at an estimate of the amount that will ultimately be allowed by the Bankruptcy Court. As of December 31, 2003, such pre-petition liabilities include fixed obligations (such as debt and contractual commitments), as well as estimates of costs related to contingent liabilities (such as asbestos-related litigation, environmental remediation, and other claims). The recorded amounts of such liabilities generally reflect accounting measurements as of the Filing Date, adjusted as warranted for changes in facts and

circumstances and/or rulings under Grace's Chapter 11 proceedings subsequent to the Filing. (See Note 3 to the Consolidated Financial Statements for detail of the liabilities subject to compromise as of December 31, 2003, and December 31, 2002.) Obligations of Grace subsidiaries not covered by the Filing continue to be classified on the Consolidated Balance Sheet based upon maturity dates or the expected dates of payment. SOP 90-7 also requires separate reporting of certain expenses, realized gains and losses, and provisions for losses related to the Filing as reorganization items.

**Basis of Presentation**

The interim Combined Financial Statements presented herein represent the results of operations, cash flows and financial position of the Debtors. These financial statements pertain to periods beginning with, and subsequent to, the Filing Date and have been prepared in conformity with requirements of the Bankruptcy Court. Consequently, these financial statements do not purport to present the financial performance of W. R. Grace & Co. in conformity with generally accepted accounting principles which would require the consolidation of all controlled subsidiaries and more extensive notes and analysis related to the worldwide operations of W. R. Grace & Co. Financial activity of non-Debtor entities is not presented herein. However, all non-Debtor entities are either directly or indirectly controlled by the Debtors and, accordingly, non-Debtor financial results are reflected under the equity method of accounting. These financial statements are unaudited and should be read in conjunction with the consolidated financial statements presented in W. R. Grace & Co.'s 2002 Form 10-K and, when filed, its 2003 Form 10-K and other periodic filings with the U.S. Securities and Exchange Commission.

These interim Combined Financial Statements reflect all adjustments that, in the opinion of management, are necessary for a fair presentation of the results of the interim periods presented under generally accepted accounting principles; all such adjustments are of a normal recurring nature. All significant inter-Debtor accounts and transactions have been eliminated. Transactions and balances with non-Debtor entities are separately disclosed. Certain amounts in prior years' Combined Financial Statements have been reclassified to conform to the 2003 presentation.

**Use of Estimates**

The preparation of financial statements in conformity with U.S. generally accepted accounting principals requires that management make estimates and assumptions affecting the assets and liabilities reported at the date of the Consolidated Financial Statements, and the revenues and expenses reported for the periods presented. Actual amounts could differ from those estimates. Changes in estimates are recorded in the period identified. Grace's accounting measurements that are most affected by management's estimates of future events are:

- Contingent liabilities such as asbestos-related matters, environmental remediation, income taxes and retained obligations of divested businesses.
- Pension and post-retirement liabilities that depend on assumptions regarding discount rates and/or total returns on invested funds.
- Depreciation and amortization periods for long-lived assets, including property and equipment, intangible, and other assets.
- Realization values of various assets such as trade receivables, inventories, insurance receivables, income taxes, and goodwill.

The accuracy of these and other estimates may also be materially affected by the uncertainties arising under the Chapter 11 Cases.

## 2. Chapter 11 Related Financial Information

As a result of the Filing, Grace's Consolidated Balance Sheet separately identifies the liabilities that are "subject to compromise" as a result of the Chapter 11 proceedings. In Grace's case, "liabilities subject to compromise" represent pre-petition liabilities as determined under U.S. generally accepted accounting principles. Changes to the recorded amount of such liabilities will be based on developments in the Chapter 11 Cases and management's assessment of the claim amounts that will ultimately be allowed by the Bankruptcy Court. Changes to pre-petition liabilities subsequent to the Filing Date reflect: 1) cash payments under

approved court orders; 2) the accrual of interest on pre-petition debt at the pre-petition contractual rate; 3) accruals for employee-related programs; and 4) changes in estimates related to pre-petition contingent liabilities and assets.

Set forth below is a reconciliation of the changes in pre-filing date liability balances for the period from the Filing Date through December 31, 2003.

| (Dollars in millions) | Current Month | Cumulative Since Filing |
|---|---|---|
| Balance, beginning of period ........ | $ 2,378.6 | $ 2,366.0 |
| Cash disbursements and/or reclassifications under bankruptcy court orders: | | |
| Freight and distribution order .... | -- | (5.7) |
| Trade accounts payable order ..... | -- | (9.1) |
| Other court orders including employee wages and benefits, sales and use tax and customer programs ................................. | (7.2) | (183.7) |
| Expense/(income) items: | | |
| Interest on pre-petition debt ...... | 0.9 | 46.8 |
| Current period employment-related accruals ....................... | 1.0 | 26.6 |
| Change in estimate of asbestos-related property damage contingencies ........................ | 30.0 | 30.0 |
| Change in estimate of environmental contingencies | 70.0 | 199.0 |
| Change in estimate of income tax contingencies ........................ | (19.8) | 6.9 |
| Balance sheet reclassifications ...... | (1.1) | (24.4) |
| Balance, end of period .................. | $ 2,452.4 | $ 2,452.4 |

Pre-Filing Date obligations allowable under current court orders and expected to be paid prior to an adopted plan or reorganization are classified as "liabilities not subject to compromise." Additional liabilities subject to compromise may arise due to the rejection of executory contracts or unexpired leases, or as a result of the allowance of contingent or disputed claims.

## 3.  Other Balance Sheet Accounts

| (Dollars in millions) | December 31, 2003 | Filing Date |
|---|---|---|
| **Accounts and other receivables, net** | | |
| Trade receivables, less allowance of $0.9 (Filing Date – $0.7) .......... | $ 99.6 | $ 32.3 |
| Other receivables, less allowance of $1.7 (Filing Date – $2.1) ...... .... | 6.0 | 11.5 |
| | $ 105.6 | $ 43.8 |
| **Inventories** | | |
| Raw materials ......................... | $ 21.2 | $ 20.3 |
| In process ............................. ... | 22.4 | 16.2 |
| Finished products ................... | 63.3 | 63.8 |
| General merchandise .......... .... | 10.9 | 9.6 |
| Less: Adjustment of certain inventories to a last-in/first-out (LIFO) basis ................... | (36.6) | (29.3) |
| | $ 81.2 | $ 80.6 |
| **Other Assets** | | |
| Deferred pension costs.............. | $ 6.2 | $ 227.9 |
| Deferred charges ....................... | 29.7 | 40.4 |
| Long-term receivables ............... | 8.5 | 1.9 |
| Long-term investments ............. | - | 2.1 |
| Patents, licenses and other intangible assets ................... | 14.0 | 25.2 |
| Pension – unamortized prior service cost ........................ | 19.8 | 8.1 |
| Other assets ................................ | -- | 2.9 |
| | $ 78.2 | $ 308.5 |
| **Other Current Liabilities** | | |
| Accrued compensation ............. | $ 17.7 | $ -- |
| Accrued commissions ............... | 6.6 | -- |
| Customer programs .................. | 16.6 | -- |
| Accrued utilities ...................... | 0.1 | -- |
| Accrued freight ......................... | 2.2 | -- |
| Other accrued liabilities ........... | 8.1 | -- |
| | $ 51.3 | $ -- |
| **Other Liabilities** | | |
| Deferred royalty income-nonfiling entities ...................... | -- | 31.8 |
| Pension – underfunded plans .... | 173.8 | -- |
| Other accrued liabilities ............ | 0.7 | -- |
| | $ 174.5 | $ 31.8 |
| **Liabilities Subject to Compromise** | | |
| Other postretirement benefits ... | $ 134.3 | $ 185.4 |
| Environmental remediation ...... | 312.4 | 164.8 |
| Retained obligations of divested businesses ............................. | 57.0 | 75.5 |
| Special pension arrangements ... | 76.6 | 70.8 |
| Deferred compensation ............. | 5.1 | 8.2 |
| Self insurance reserve .............. | 20.4 | 11.8 |
| Other accrued liabilities ........... | 54.2 | 82.1 |
| | $ 660.0 | $ 598.6 |

## 4. Life Insurance

Grace is the beneficiary of life insurance policies on certain current and former employees with a net cash surrender value of $90.8 million at December 31, 2003. The policies were acquired to fund various employee benefit programs and other long-term liabilities and are structured to provide cash flow (primarily tax-free) over an extended number of years. The following table summarizes the net cash value at December 31, 2003 and Filing Date:

| Components of Net Cash Value | December 31, 2003 | Filing Date |
|---|---|---|
| Gross cash value ......................... | $ 478.5 | $ 453.7 |
| Principal – policy loans................ | (365.3) | (390.3) |
| Accrued interest – policy loans.... | (22.4) | 0.7 |
| Net cash value............................. | $ 90.8 | $ 64.1 |
| Insurance benefits in force........... | $ 2,213.1 | $2,286.0 |

Grace's financial statements display income statement activity and balance sheet amounts on a net basis, reflecting the contractual interdependency of policy assets and liabilities.

## 5. Debt

On December 31, 2003, and Filing Date, Grace's debt was as follows:

| Components of Debt (Dollars in millions) | December 31, 2003 | Filing Date |
|---|---|---|
| **Debt payable within one year** | | |
| DIP facility ................................. | $     -- | $     -- |
| Other short-term borrowings ....... | -- | -- |
| | $     -- | $     -- |
| **Debt payable after one year** | | |
| DIP facility ................................. | $     -- | $     -- |
| Other long-term borrowings......... | -- | -- |
| | $     -- | $     -- |
| **Debt Subject to Compromise** | | |
| Bank borrowings ......................... | $  500.0 | $  500.0 |
| 8.0% Notes Due 2004 ................ | -- | 5.7 |
| 7.75% Notes Due 2002 ............... | -- | 2.0 |
| Other borrowings ......................... | 1.3 | 1.2 |
| Accrued interest .......................... | 49.0 | 2.6 |
| | $  550.3 | $  511.5 |

In April 2001, the Debtors entered into the DIP facility for a two-year term in the aggregate amount of $250 million. The DIP facility is secured by a priority lien on substantially all assets of the Debtors, and bears interest based on LIBOR. The Debtors' have extended the term of the DIP facility for up to an additional three years through April 1, 2006, and modified certain other provisions. Grace had no outstanding borrowings under the DIP facility as of December 31, 2003; however, $25.6 million of standby letters of credit were issued and outstanding under the facility. The letters of credit, which reduce available funds under the facility, were issued mainly for trade-related matters such as performance bonds and certain insurance and environmental matters.

The 7.75% Notes were repaid on June 11, 2001, and the 8.0% Notes were repaid on August 15, 2001, by the unaffiliated guarantor of the Notes. Grace's liability with respect to these notes is included in other liabilities subject to compromise as of December 31, 2003.

**Bank Statements**

TS

W R GRACE & CO
C/O CORPORATE ACCOUNTING
7500 GRACE DRIVE
COLUMBIA  MD  21044-4098

Account No: 910-1-013572
Statement Start Date: 01 NOV 2003
Statement End Date: 28 NOV 2003
Statement Code: 000-USA-21
Statement No: 011

Page 1 of 4

## TRANSACTIONS

| | |
|---|---|
| Total Credits | 2 |
| Total Debits (incl. checks) | 18 |
| Total Checks Paid | 0 |

## BALANCES

| | Opening (01 NOV 2003) | | Closing (28 NOV 2003) | |
|---|---|---|---|---|
| | Ledger | 200,000.00 | Ledger | 84,999.90 |
| | Collected | 174,522.55 | Collected | 84,999.90 |
| | | 0.00 | | |

## ENCLOSURES

| | |
|---|---|
| Credits | |
| Debits | 110,477.35 |
| Checks | 110,477.35 |

| Ledger Date | Adj Ledger Date | Value Date | F. T | References | Credit / Debit | Description |
|---|---|---|---|---|---|---|

### CREDITS

| Ledger Date | Value Date | References | Credit/Debit | Description |
|---|---|---|---|---|
| 10NOV | 10NOV | USD  YOUR: CAP OF 03/11/10  OUR: 2472900314J0 | 100,000.00 | BOOK TRANSFER CREDIT  B/O: W.R. GRACE AND COMPANY  CAMBRIDGE MA 02140-  REF: CHASE MEDICAL ACCT FUNDING |
| 25NOV | 25NOV | USD  YOUR: CAP OF 03/11/25  OUR: 2844400329J0 | 100,000.00 | BOOK TRANSFER CREDIT  B/O: W.R. GRACE AND COMPANY  CAMBRIDGE MA 02140-  REF: CHASE MEDICAL ACCT FUNDING |

### DEBITS

| Ledger Date | Value Date | References | Credit/Debit | Description |
|---|---|---|---|---|
| 03NOV 31OCT | 31OCT | USD  OUR: 0330700095WA | 5,181.24 | GOVERNMENT ALLOTMENT DEBIT  COVERING DRAFTS TO A/C NO.  002-2-416598 FOR WORK OF 10/31/03  W R GRACE & CO C/O CORPORATE  ACCOUNTING 7500 GRACE DRIVE  COLUMBIA MD 21044-4098 |
| 04NOV 03NOV | 03NOV | USD  OUR: 0330800087WA | 9,763.55 | GOVERNMENT ALLOTMENT DEBIT  COVERING DRAFTS TO A/C NO.  002-2-416598 FOR WORK OF 11/03/03  W R GRACE & CO C/O CORPORATE  ACCOUNTING 7500 GRACE DRIVE  COLUMBIA MD 21044-4098 |
| 05NOV 04NOV | 04NOV | USD  OUR: 0330900086WA | 8,192.09 | GOVERNMENT ALLOTMENT DEBIT  COVERING DRAFTS TO A/C NO.  002-2-416598 FOR WORK OF 11/04/03  W R GRACE & CO C/O CORPORATE  ACCOUNTING 7500 GRACE DRIVE  COLUMBIA MD 21044-4098 |

## Closing Balances

| Date | Amount |
|---|---|
| **LEDGER BALANCES** | |
| 03NOV | 79,818.66 |
| 04NOV | 70,055.11 |
| 05NOV | 61,863.02 |
| 06NOV | 52,418.69 |
| 07NOV | 46,163.37 |
| 10NOV | 138,806.24 |
| 12NOV | 128,789.92 |
| 13NOV | 122,645.98 |
| 14NOV | 103,852.71 |
| 17NOV | 95,431.68 |
| 18NOV | 83,628.63 |
| 19NOV | 71,498.30 |
| 20NOV | 62,682.07 |
| 21NOV | 53,778.45 |
| 24NOV | 44,793.07 |
| 25NOV | 131,894.39 |
| 26NOV | 123,692.52 |
| 28NOV | 110,477.35 |
| **COLLECTED BALANCES** | |
| 03NOV | 79,818.66 |
| 04NOV | 70,055.11 |
| 05NOV | 61,863.02 |
| 06NOV | 52,418.69 |
| 07NOV | 46,163.37 |
| 10NOV | 138,806.24 |
| 12NOV | 128,789.92 |
| 13NOV | 122,645.98 |
| 14NOV | 103,852.71 |

FT CODE:
USD - SAME DAY FUNDS    US1 - ONE DAY FLOAT    US3 - THREE DAY FLOAT    US5 - FIVE DAY FLOAT
USN - NEXT DAY FUNDS    US2 - TWO DAY FLOAT    US4 - FOUR DAY FLOAT    USM - MIXED FLOAT

PLEASE EXAMINE THIS STATEMENT OF ACCOUNT AT ONCE. THE MAINTENANCE OF THIS ACCOUNT IS SUBJECT TO THE PROVISIONS OF THE NEW YORK UNIFORM COM-
MERCIAL CODE AND THE BANK'S TERMS AND CONDITIONS FOR BUSINESS ACCOUNTS AND SERVICES. THE BANK IS NOT RESPONSIBLE FOR ANY ERROR IN
OR IMPROPER CHARGE TO THE ACCOUNT AS RENDERED UNLESS INFORMED IN WRITING OF THIS ERROR OR CHARGE WITHIN FOURTEEN DAYS AFTER MAILING
OR AVAILABILITY OF THE STATEMENT AND CANCELED VOUCHERS. KINDLY REFER TO THE INSTRUCTIONS ON THE REVERSE SIDE OF THIS STATEMENT IN ORDER TO
DIRECT YOUR INQUIRIES TO THE PROPER DEPARTMENT FOR PROMPT ACTION.

TS

W R GRACE & CO
C/O CORPORATE ACCOUNTING
7500 GRACE DRIVE
COLUMBIA MD 21044-4098

Account No: 910-1-013572
Statement Start Date: 01 NOV 2003
Statement End Date: 28 NOV 2003
Statement Code: 000-USA-21
Statement No: 011
Page 2 of 4

**Closing Balances**

| Date | Amount |
|---|---|
| 17NOV | 95,431.68 |
| 18NOV | 83,628.63 |
| 19NOV | 71,488.30 |
| 20NOV | 62,682.07 |
| 21NOV | 53,778.45 |
| 24NOV | 44,793.07 |
| 25NOV | 131,894.39 |
| 26NOV | 123,692.52 |
| 28NOV | 110,477.35 |

| Ledger Date | Adj Ledger Date | Value Date | F/T | References | Credit / Debit | Description |
|---|---|---|---|---|---|---|
| **DEBITS CONTINUED** | | | | | | |
| 06NOV | 05NOV | 05NOV | USD | OUR: 0331000089WA | 9,444.33 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 11/05/03 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 |
| 07NOV | 06NOV | 06NOV | USD | OUR: 0331100091WA | 6,255.32 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 11/06/03 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 |
| 10NOV | 07NOV | 07NOV | USD | OUR: 0331400089WA | 7,357.13 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 11/07/03 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 |
| 12NOV | 10NOV | 10NOV | USD | OUR: 0331600089WA | 10,016.32 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 11/10/03 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 |
| 13NOV | 12NOV | 12NOV | USD | OUR: 0331700089WA | 6,143.94 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 11/12/03 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 |
| 14NOV | 13NOV | 13NOV | USD | OUR: 0331800090WA | 18,793.27 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 11/13/03 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 |
| 17NOV | 14NOV | 14NOV | USD | OUR: 0332100008WA | 8,421.03 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 11/14/03 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 |
| 18NOV | 17NOV | 17NOV | USD | OUR: 0332200008WA | 11,803.05 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. |

TS

W R GRACE & CO
C/O CORPORATE ACCOUNTING
7500 GRACE DRIVE
COLUMBIA MD 21044-4098

Account No: 910-1-013572
Statement Start Date: 01 NOV 2003
Statement End Date: 28 NOV 2003
Statement Code: 000-USA-21
Statement No: 011
Page 3 of 4

| Ledger Date | Adj Ledger Date | Value Date | F/T | References | Credit / Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|
| | | | | | | DEBITS CONTINUED | | |
| 19NOV 18NOV | | 18NOV | | USD OUR: 033230086WA | 12,130.33 | 002-2-416598 FOR WORK OF 11/17/03 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. | | |
| 20NOV 19NOV | | 19NOV | | USD OUR: 033240087WA | 8,816.23 | 002-2-416598 FOR WORK OF 11/18/03 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. | | |
| 21NOV 20NOV | | 20NOV | | USD OUR: 033250090WA | 8,903.62 | 002-2-416598 FOR WORK OF 11/19/03 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. | | |
| 24NOV 21NOV | | 21NOV | | USD OUR: 033280088WA | 8,985.38 | 002-2-416598 FOR WORK OF 11/20/03 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. | | |
| 25NOV 24NOV | | 24NOV | | USD OUR: 033290088WA | 12,898.68 | 002-2-416598 FOR WORK OF 11/21/03 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. | | |
| 26NOV 25NOV | | 25NOV | | USD OUR: 033300095WA | 8,201.87 | 002-2-416598 FOR WORK OF 11/24/03 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. | | |
| 28NOV 26NOV | | 26NOV | | USD OUR: 033320098WA | 13,215.17 | 002-2-416598 FOR WORK OF 11/25/03 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. | | |

TS

W R GRACE & CO
C/O CORPORATE ACCOUNTING
7500 GRACE DRIVE
COLUMBIA MD 21044-4098

Account No: 910-1-013572
Statement Start Date: 01 NOV 2003
Statement End Date: 28 NOV 2003
Statement Code: 000-USA-21
Statement No: 011

Page 4 of 4

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Closing Balances |
|---|---|---|---|---|---|---|---|
| | | | | | | | Date / Amount |

*DEBITS CONTINUED*

002-2-416598 FOR WORK OF 11/26/03
W R GRACE & CO C/O CORPORATE
ACCOUNTING 7500 GRACE DRIVE
COLUMBIA MD 21044-4098

*CHECKS*

*No Activity*



# Commercial Checking

| 01 | 2199500021812 036 130 | | 0 | 0 | 114,636 | | |

00045003 1 MB 0.309 02   MAAD 204

հահահՈհՈՈՈՈ հահահ

H R GRACE AND CO-CONN
GENERAL ACCOUNT                          CB
ATTN:PATTY ELLIOTT-GRAY
7500 GRACE DRIVE .BLDG 25
COLUMBIA,MD 21044-4098

---

## Commercial Checking

11/01/2003 thru 11/28/2003

| Account number: | 2199500021812 |
| Account holder(s): | W R GRACE AND CO-CONN |
| | GENERAL ACCOUNT |

Taxpayer ID Number:        135114230

### Account Summary

| Opening balance 11/01 | $15,518.57 |
| Deposits and other credits | 1,216,083.33 + |
| Other withdrawals and service fees | 1,158,508.40 - |
| **Closing balance 11/28** | **$73,093.50** |

### Deposits and Other Credits

| Date | Amount | Description |
|------|--------|-------------|
| 11/05 | 0.00 | DEPOSIT |
| 11/05 | 0.00 | DEPOSIT |
| 11/05 | 1,341.09 | DEPOSIT |
| 11/05 | 23,944.58 | DEPOSIT |
| 11/05 | 175,853.49 | DEPOSIT |
| 11/05 | 485,493.87 | DEPOSIT |
| 11/10 | 40,205.56 | DEPOSIT |
| 11/10 | 489,244.74 | DEPOSIT |
| **Total** | **$1,216,083.33** | |

### Other Withdrawals and Service Fees

| Date | Amount | Description |
|------|--------|-------------|
| 11/07 | 689,949.00 | FUNDS TRANSFER (ADVICE 031107008766) SENT TO CHASE MANHATTAN B/ BNF=W R GRACE AND CO CONN OBI= RFB=          11/07/03 09:47AM |
| 11/12 | 758.15 | DEPOSITED ITEM RETURNED ADV # 911464 |

*Other Withdrawals and Service Fees continued on next page.*



# Commercial Checking

02        2199500021812  036  130            0    0      114,637

---

## Other Withdrawals and Service Fees    *continued*

| Date | Amount | Description |
|------|--------|-------------|
| 11/12 | 467,620.00 | FUNDS TRANSFER  (ADVICE 031112023124)<br>SENT TO  CHASE MANHATTAN B/<br>BNF=W R GRACE AND CO CONN<br>OBI=<br>RFB=        11/12/03  11:56AM |
| 11/26 | 181.25 | LOSS MGT 888-647-3648 EXT 4600 CLAIM:8033603<br>IMPROPER ENDORSEMENT CLAIM FOR CHECK #20658<br>DEPOSITED 8/25/03.PAYEE:THE SAYRE COMPANY |
| **Total** | **$1,158,508.40** | |

## Daily Balance Summary

| Dates | Amount | Dates | Amount | Dates | Amount |
|-------|--------|-------|--------|-------|--------|
| 11/05 | 702,151.60 | 11/10 | 541,652.90 | 11/26 | 73,093.50 |
| 11/07 | 12,202.60 | 11/12 | 73,274.75 | | |



# Commercial Checking

**WACHOVIA**   01      2079900003615  005  108          9  160          10,225

Hlllllllllllllllllllllllll
W R GRACE & CO-CONN
62 WHITMORE AVE.                              CB   153
CAMBRIDGE MD 02140

# Commercial Checking                              11/01/2003 thru 11/28/2003

Account number:        2079900003615
Account holder(s):     W R GRACE & CO-CONN

Taxpayer ID Number:    133461988

## Account Summary

| | |
|---|---|
| Opening balance 11/01 | $0.00 |
| Deposits and other credits | 1,892,511.14 + |
| Other withdrawals and service fees | 1,892,511.14 - |
| **Closing balance 11/28** | **$0.00** |

## Deposits and Other Credits

| | Amount | Description |
|---|---|---|
| 11/04 | 4,289.29 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W R GRACE & COM |
| 11/05 | 1,062.80 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W R GRACE & COM |
| 11/06 | 3,714.31 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W R GRACE & COM |
| 11/10 | 294,213.60 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W R GRACE & COM |
| 11/12 | 2,959.25 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W R GRACE & COM |
| 11/12 | 656,198.28 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W R GRACE & COM |
| 11/13 | 1,448.61 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W R GRACE & COM |
| 11/13 | 3,060.04 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W R GRACE & COM |
| 11/14 | 7,547.48 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W R GRACE & COM |
| 11/17 | 2,142.23 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W R GRACE & COM |
| 11/18 | 3,153.00 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W R GRACE & COM |
| 11/19 | 1,903.42 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W R GRACE & COM |
| 11/20 | 1,604.62 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W R GRACE & COM |
| 0 | 3,738.92 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W R GRACE & COM |

*Deposits and Other Credits continued on next page.*



# Commercial Checking

WACHOVIA   02        2079900003615   005   108        9   160        10,226

## Deposits and Other Credits   *continued*

| Date | Amount | Description |
|------|--------|-------------|
| 11/25 | 289,511.68 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W R GRACE & COM |
| 11/26 | 610,613.81 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W R GRACE & COM |
| 11/28 | 5,349.80 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W R GRACE & COM |
| **Total** | **$1,892,511.14** | |

## Other Withdrawals and Service Fees

| Date | Amount | Description |
|------|--------|-------------|
| 11/04 | 4,289.29 | LIST OF DEBITS POSTED |
| 11/05 | 1,062.80 | AUTOMATED DEBIT  TAX SERVICE 702  PMT IMPND<br>CO. ID. 1411902914 031105 CCD<br>MISC C4025-022554810 |
| 11/06 | 3,714.31 | AUTOMATED DEBIT                PAYROLL<br>CO. ID.       031106 CCD<br>MISC SETTL NCVCERIDN |
| 11/10 | 2,837.83 | AUTOMATED DEBIT  TAX SERVICE 702  PMT IMPND<br>CO. ID. 1411902914 031110 CCD<br>MISC C2916-002573838 |
| 11/10 | 3,645.55 | AUTOMATED DEBIT  TAX SERVICE 702  PMT IMPND<br>CO. ID. 1411902914 031110 CCD<br>MISC C2918-002573839 |
| 11/10 | 9,778.77 | AUTOMATED DEBIT  TAX SERVICE 702  PMT IMPND<br>CO. ID. 1411902914 031110 CCD<br>MISC C4213-002573859 |
| 11/10 | 277,951.45 | AUTOMATED DEBIT  TAX SERVICE 702  PMT IMPND<br>CO. ID. 1411902914 031110 CCD<br>MISC C4025-012573855 |
| 11/12 | 830.12 | AUTOMATED DEBIT  TAX SERVICE 702  PMT IMPND<br>CO. ID. 1411902914 031112 CCD<br>MISC C4025-022575953 |
| 11/12 | 2,129.13 | LIST OF DEBITS POSTED |
| 11/12 | 5,193.95 | AUTOMATED DEBIT                PAYROLL<br>CO. ID.       031112 CCD<br>MISC SETTL NCVCERIDN |
| 11/12 | 24,670.78 | AUTOMATED DEBIT  REMEDIUM GROUP,  PAYROLL<br>CO. ID.       031112 CCD<br>MISC SETTL NCVCERIDN |
| 11/12 | 57,871.23 | AUTOMATED DEBIT                PAYROLL<br>CO. ID.       031112 CCD<br>MISC SETTL NCVCERIDN |
| 11/12 | 568,462.32 | AUTOMATED DEBIT                PAYROLL<br>CO. ID.       031112 CCD<br>MISC SETTL NCVCERIDN |
| 11/13 | 1,448.61 | LIST OF DEBITS POSTED |

*Other Withdrawals and Service Fees continued on next page.*



# Commercial Checking

WACHOVIA  03          2079900003615  005  108          9  160          10,227

---

## Other Withdrawals and Service Fees    *continued*

| Date | Amount | Description |
|------|--------|-------------|
| 11/13 | 3,060.04 | AUTOMATED DEBIT            PAYROLL<br>CO. ID.       031113 CCD<br>MISC SETTL NCVCERIDN |
| 11/14 | 7,547.48 | LIST OF DEBITS POSTED |
| 11/17 | 2,142.23 | LIST OF DEBITS POSTED |
| 11/18 | 3,153.00 | LIST OF DEBITS POSTED |
| 11/19 | 843.97 | LIST OF DEBITS POSTED |
| 11/19 | 1,059.45 | AUTOMATED DEBIT  TAX SERVICE 702  PMT IMPND<br>CO. ID. 1411902914 031119 CCD<br>MISC C4025-022615806 |
| 11/20 | 1,604.62 | LIST OF DEBITS POSTED |
| 11/20 | 3,738.92 | AUTOMATED DEBIT            PAYROLL<br>CO. ID.       031120 CCD<br>MISC SETTL NCVCERIDN |
| 11/25 | 1,096.04 | AUTOMATED DEBIT  TAX SERVICE 702  PMT IMPND<br>CO. ID. 1411902914 031125 CCD<br>MISC C4025-022642225 |
| 11/25 | 2,837.83 | AUTOMATED DEBIT  TAX SERVICE 702  PMT IMPND<br>CO. ID. 1411902914 031125 CCD<br>MISC C2916-002642133 |
| 11/25 | 9,890.19 | AUTOMATED DEBIT  TAX SERVICE 702  PMT IMPND<br>CO. ID. 1411902914 031125 CCD<br>MISC C4213-002642241 |
| 11/25 | 275,687.62 | AUTOMATED DEBIT  TAX SERVICE 702  PMT IMPND<br>CO. ID. 1411902914 031125 CCD<br>MISC C4025-012642224 |
| 11/26 | 5,193.95 | AUTOMATED DEBIT            PAYROLL<br>CO. ID.       031126 CCD<br>MISC SETTL NCVCERIDN |
| 11/26 | 26,155.33 | AUTOMATED DEBIT  REMEDIUM GROUP,  PAYROLL<br>CO. ID.       031126 CCD<br>MISC SETTL NCVCERIDN |
| 11/26 | 579,264.53 | AUTOMATED DEBIT            PAYROLL<br>CO. ID.       031126 CCD<br>MISC SETTL NCVCERIDN |
| 11/28 | 5,349.80 | LIST OF DEBITS POSTED |
| **Total** | **$1,892,511.14** | |

## Daily Balance Summary

| Dates | Amount | Dates | Amount | Dates | Amount |
|-------|--------|-------|--------|-------|--------|
| 11/04 | 0.00 | 11/13 | 0.00 | 11/20 | 0.00 |
| 11/05 | 0.00 | 11/14 | 0.00 | 11/25 | 0.00 |
| 11/06 | 0.00 | 11/17 | 0.00 | 11/26 | 0.00 |
| 11/10 | 0.00 | 11/18 | 0.00 | 11/28 | 0.00 |
| 11/12 | 0.00 | 11/19 | 0.00 | | |



# Commercial Checking

**WACHOVIA**   04         2079900003615   005   108         9   160         10,228

---

## Customer Service Information

**For questions about your statement
or billing errors, contact us at:**

| | Phone number | Address |
|---|---|---|
| Business Checking, CheckCard & Loan Accounts | 1-800-566-3862 | WACHOVIA BANK, NATIONAL ASSOCIATION |
| Commercial Checking & Loan Accounts | 1-800-222-3862 | NC8502 |
| TDD   (For the Hearing Impaired) | 1-800-835-7721 | P O BOX 563966 |
| | | CHARLOTTE NC 28262-3966 |

---

## To Balance Your Account

| | List Outstanding Checks and Withdrawals | | | |
|---|---|---|---|---|
| 1. Compare your account register to your account statement for unrecorded transactions (such as ATM, CheckCard, Interest earned, fees, etc.)  Your new account register total should match the adjusted balance in line 6 below. | Ck. No. | Amount | Ck. No. | Amount |
| _____   2. Write in the closing balance shown on the front of account statement. | | | | |
| _____   3. Write in any deposits you have made since the date of this statement. | | | | |
| _____ | | | | |
| _____ | | | | |
| _____   4. Add together amounts listed above in steps 2 and 3. | | | | |
| _____   5. In the section to the right, list and total all checks and withdrawals that you have made that are not reported on your account statement.  Write in the total here. | | | | |
| _____   6. Subtract the amount in line 5 from the amount in line 4.  This is your adjusted balance and should match the balance in Step 1 above. | | | Total | |

---

In Case of Errors or Questions About Your Electronic Transfers: Telephone us at 1-800-222-3862 or write to us at WACHOVIA BANK, NATIONAL ASSOCIATION, NC8502, P O BOX 563966, CHARLOTTE NC 28262-3966, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days to do this, we will credit your account for the amount you think is in error.  You will have use of the money during the time it takes us to complete our investigation.

SMS565- 32

PAGE 1

BANK NO. 0000001    TEAM NO. 153    RECAP OF POSTED ITEMS REPORT    DATE 11/28/03

ACCOUNT NO. 207990003615    WR GRACE & CO.-CONN    153    AS OF 11-30-03

| DATE | PAID ITEMS | CHECKS AMOUNT | ISSUES ITEMS | AMOUNT | STOPS ITEMS | PLACED AMOUNT | STOPS ITEMS | REMOVED AMOUNT | CANCELLED ITEMS | AMOUNT |
|------|-----------|---------------|--------------|--------|-------------|---------------|-------------|----------------|-----------------|--------|
| 11-04-03 | 3 | 4,289.29 | | .00 | | .00 | | .00 | | .00 |
| 11-12-03 | 1 | 2,129.13 | | .00 | | .00 | | .00 | | .00 |
| 11-13-03 | 1 | 1,448.61 | | .00 | | .00 | | .00 | | .00 |
| 11-14-03 | 5 | 7,547.48 | | .00 | | .00 | | .00 | | .00 |
| 11-17-03 | 2 | 2,142.23 | | .00 | | .00 | | .00 | | .00 |
| 11-18-03 | 3 | 3,153.00 | | .00 | | .00 | | .00 | | .00 |
| 11-19-03 | 2 | 843.97 | | .00 | | .00 | | .00 | | .00 |
| 11-20-03 | 1 | 1,604.62 | | .00 | | .00 | | .00 | | .00 |
| 11-28-03 | 4 | 5,349.80 | | .00 | | .00 | | .00 | | .00 |
| TOTALS | 22 | 28,508.13 | | .00 | | .00 | | .00 | | .00 |

# ACCOUNT RECONCILIATION PLAN



**TYPE OF REPORT**
MISC-CREDITS

| BANK NO. | CUST.ACCOUNT NO. |
|---|---|
| 1 | 207990003615 |

**CUSTOMER NAME:**
WR GRACE & CO -CONN
ATTN: NELLIE FAUSTO

**DATE:** 11-30-03

**PAGE:** 1

**CHECK NUMBER**

| PAID | DATE PAID | SEQUENCE NUMBER |
|---|---|---|
| 4,289.29 | 110403 | |
| 1,062.80 | 110503 | |
| 3,714.31 | 110603 | |
| 294,213.60 | 110603 | |
| 656,198.28 | 111203 | |
| 2,959.25 | 111203 | |
| 3,060.04 | 111303 | |
| 1,448.61 | 111303 | |
| 7,547.48 | 111403 | |
| 2,142.23 | 111703 | |
| 3,153.00 | 111803 | |
| 1,903.42 | 111903 | |
| 1,604.62 | 112003 | |
| 1,738.92 | 112103 | |
| 289,511.68 | 112503 | |
| 610,613.81 | 112603 | |
| 5,349.80 | 112803 | |

**DEBITS**

| GT | 17 |
|---|---|

**CREDITS**
1892,511.14

**TYPE OF REPORT**
UNPAID ONLY
PAID ONLY
CONSOLIDATED
SPECIAL

**EXPLANATION OF CODES**

# ACCOUNT RECONCILIATION PLAN

| | | |
|---|---|---|
| PAGE: | 1 | |
| DATE | 11-30-03 | |
| 153 | | |
| CUSTOMER NAME | WR GRACE & CO.-CONN | |
| | ATTN: NELLIE FAUSTO | |
| CUST.ACCOUNT NO. | 20799000033615 | |
| BANK NO. | 1 | |

TYPE OF REPORT
**MISC-DEBITS**

| CHECK NUMBER | PAID | DATE PAID | SEQUENCE NUMBER |
|---|---|---|---|
| 1411902914 | 1,062.80 | 110503 | 90382887 |
| 1411902914 | 3,714.31 | 110603 | 33070513 |
| 1411902914 | 2,837.83 | 111003 | 45042276 |
| 1411902914 | 9,778.77 | 111003 | 45042275 |
| 1411902914 | 3,645.55 | 111003 | 45042271 |
| 1411902914 | 277,951.45 | 111203 | 33100436 |
| | 24,670.78 | 111203 | 33100436 |
| | 5,193.95 | 111203 | 33100436 |
| | 568,462.32 | 111203 | 33100436 |
| | 57,871.23 | 111203 | 66578506 |
| | 830.12 | 111203 | 33110440 |
| 1411902914 | 3,060.04 | 111903 | 36927956 |
| 1411902914 | 1,059.45 | 111903 | 33210483 |
| 1411902914 | 3,738.92 | 112003 | 95550731 |
| 1411902914 | 1,096.04 | 112503 | 95550729 |
| 1411902914 | 2,837.83 | 112503 | 95550730 |
| 1411902914 | 275,687.62 | 112503 | 95550738 |
| 1411902914 | 9,890.19 | 112603 | 33250607 |
| | 5,193.95 | 112603 | 33250607 |
| | 26,155.33 | 112603 | 33250607 |
| | 579,264.53 | 112603 | 33250607 |

| DEBITS | | | |
|---|---|---|---|
| 1864,003.01 | | | 21GT |

CREDITS

TYPE OF REPORT

UNPAID ONLY
PAID ONLY
CONSOLIDATED
SPECIAL

1 : OUTSTANDING ITEMS ONLY ON THIS REPORT
2 : ALL ITEMS ON THIS REPORT
3 : PAID ACTIVITIES ON THIS REPORT
4 : OFF-CYCLE REPORT REQUEST

1 : CHECK PAID THIS PERIOD, NO OUTSTANDING MASTER RECEIVED.
2 : CHECK VOIDED, OUTSTANDING MASTER REMOVED, NOT ADDED TO TOTALS.
3 : CHECK PAID PREVIOUS PERIOD, OUTSTANDING MASTER STILL NOT RECEIVED.
4 : MEMO ONLY, NOT ADDED TO TOTALS.

EXPLANATION OF CODES

4 : STOP PAYMENT IN EFFECT, CHECK HAS NOT BEEN PRESENTED.
5 : STOP PAYMENT IN EFFECT, CHECK PRESENTED AND RETURNED.
6 : FORCED POSTED ITEM (DUPLICATE OR NO SERIAL #.
N : MEANS (NOT) READING ITEM.

# ACCOUNT RECONCILIATION PLAN

| TYPE OF REPORT | BANK NO. | CUST/ACCOUNT NO. | CUSTOMER NAME | DATE | PAGE |
|---|---|---|---|---|---|
| PAID ONLY | 1 | 2079900003615 | WR GRACE & CO.-CONN  ATTN: NELLE FAUSTO  153 | 11-30-03 | 1 |

| CHECK NUMBER | | PAID | DATE PAID | SEQUENCE NUMBER |
|---|---|---|---|---|
| M | 6742 | 1,104.84 | 110403 | 10193422 |
| | 6743 TO | 1,104.67 | 110403 | 10193423 |
| M | 6756 | 1,104.83 | 110403 | 10193423 |
| | 6757 TO | 6773 | | |
| M | 6774 | 2,079.62 | 110403 | 18838221 |
| | 6775 | 2,129.13 | 110303 | 13836497 |
| M | 6776 TO | 6778 | | |
| | 6779 | 91.26 | 111003 | 11206614 |
| | 6780 | 749.71 | 111003 | 11206615 |
| M | 6781 TO | | | |
| | 6782 | 1,136.02 | 111403 | 12070417 |
| | 6783 | 1,145.35 | 111503 | 16036413 |
| | 6784 | 1,034.09 | 111403 | 10826490 |
| | 6785 | 2,055.45 | 111403 | 12083490 |
| | 6786 | 944.26 | 111703 | 11033359 |
| | 6787 | 2,079.62 | 111403 | 14477594 |
| | 6788 | 2,129.13 | 112603 | 18993985 |
| | 6789 | 1,655.85 | 111803 | 18483489 |
| | 6790 | 1,448.61 | 111803 | 11965166 |
| M | 6791 | 1,604.62 | 112003 | 17263241 |
| | 6792 | 1,242.30 | 111403 | 10679710 |
| | 6793 | 348.77 | 111803 | 12568738 |
| | 6794 | 1,197.97 | 111703 | 10077169 |
| M | 6795 TO | 6797 | | |
| | 6798 | 1,034.09 | 112603 | 12604203 |
| M | 6799 | | | |
| | 6800 | 944.27 | 112503 | 12603709 |
| M | 6801 TO | 6803 | | |
| | 6804 | 1,242.31 | 112503 | 10714189 |

| TOTAL D/S | TOTAL PAID | |
|---|---|---|
| | 28,508.13 | 22CT |

| CHECK NUMBER | SEQUENCE NUMBER | PAID | CHECK NUMBER | SEQUENCE NUMBER | DATE PAID | CHECK NUMBER | PAID | DATE PAID | SEQUENCE NUMBER |
|---|---|---|---|---|---|---|---|---|---|

EXPLANATION OF CODES

1 = STOP PAYMENT IN EFFECT; CHECK HAS NOT BEEN PRESENTED.
2 = PAID THIS PERIOD; OUTSTANDING MASTER REMOVED, RETURNED.
3 = FORCED POSTED ITEM-DUPLICATE OR NO SERIAL #.
M = MISSING (OUTSTANDING) ITEM

TYPE OF REPORT

UNPAID ONLY = OUTSTANDING ITEMS ONLY ON THIS REPORT
PAID ONLY = PAID ITEMS ONLY ON THIS REPORT
COMBINED/CYCLE = PAID & UNPAID ITEMS ON SAME REPORT
SPECIAL = OFF-CYCLE REPORT REQUEST

1 = CHECK PAID THIS PERIOD, NO OUTSTANDING MASTER RECEIVED.
2 = PAID THIS PERIOD, OUTSTANDING MASTER REMOVED, ADDED TO TOTALS
3 = CHECK PAID PREVIOUS PERIOD; OUTSTANDING MASTER STILL NOT RECEIVED.
    READ ONLY, NOT ADDED TO TOTALS



# WACHOVIA BANK, N.A.
## PAID / RANGE RECONCILEMENT BALANCE SHEET

WR GRACE & CO.-CONN   153          ACCT NO.:   0001      2079900003615
ATTN: NELLIE FAUSTO

7500 GRACE DRIVE

COLUMBIA      MD 21044-4098

---

| RECONCILEMENT OF DEBITS | | CUTOFF DATE:  11/30/2003 |
|---|---|---|
| CHECKS PAID ON RECONCILIATION REPORTS | | 28,508.13 |
| MISCELLANEOUS DEBITS | + | 1,864,003.01 |
| CREDIT ADJUSTMENTS | + | .00 |
| MISCELLANEOUS ADJUSTMENTS | +/− | .00 |
| DEBIT ADJUSTMENTS | − | .00 |
| TOTAL DEBITS THIS RECONCILEMENT PERIOD | = | 1,892,511.14 |
| | | =================== |
| TOTAL DEBITS FROM BANK STATEMENT | | 1,892,511.14 |

---

IF YOU HAVE ANY QUESTIONS, PLEASE
CONTACT COMMERCIAL CUSTOMER SERVICE AT 1-800-222-3862

TEAM NO.: 153

**Merrill Lynch**   Investment Managers                     Merrill Lynch Funds For Institutions

P.O. Box 8118, Boston, MA 02266-8118   (800) 225-1576

Merrill Lynch Premier Institutional Fund

Cumulative Statement for 11/01/2003 - 11/30/2003

Account Number
318-3323735-8

W R GRACE & CO - CONN
ATTN TREASURY DEPT
7500 GRACE DR
COLUMBIA MD  21044-4029

Financial Advisor
H P S Group
(--73807646)

Account Value As Of 11/30/2003
$84,269,336.16

Dividends
| 11/01/2003 - 11/30/2003 | Year To Date |
|---|---|
| $72,702.35 | $455,423.90 |

> OUR OFFICE WILL BE CLOSED ON DECEMBER
25TH, IN OBSERVANCE OF CHRISTMAS AND ON
JANUARY 1, IN OBSERVANCE OF NEW YEARS'.

> AVG. NET ANNUALIZED YIELD FOR NOVEMBER WAS
1.03%. TRADING DEADLINE ON 12/24 & 12/26 IS
1:00 PM ET AND ON 12/31 & 1/2 IS 3:00 PM ET.

## Account Activity

| Control Date | Trade Date | Transaction Description | Dollar Amount of Transaction | Share Price | Balance After Transaction |
|---|---|---|---|---|---|
| | | Beginning Balance | | | $79,996,633.81 |
| 11/03/2003 | 11/03/2003 | Shares Purchased By Wire | $9,800,000.00 | $1.00 | $89,796,633.81 |
| 11/05/2003 | 11/05/2003 | Shares Purchased By Wire | $1,300,000.00 | $1.00 | $91,096,633.81 |
| 11/06/2003 | 11/06/2003 | Same Day Wire Redemption | $5,000,000.00 | $1.00 | $86,096,633.81 |
| 11/07/2003 | 11/07/2003 | Shares Purchased By Wire | $2,200,000.00 | $1.00 | $88,296,633.81 |
| 11/07/2003 | 11/07/2003 | Same Day Wire Redemption | $2,000,000.00 | $1.00 | $86,296,633.81 |
| 11/10/2003 | 11/10/2003 | Same Day Wire Redemption | $4,500,000.00 | $1.00 | $81,796,633.81 |
| 11/12/2003 | 11/12/2003 | Shares Purchased By Wire | $1,600,000.00 | $1.00 | $83,396,633.81 |
| 11/13/2003 | 11/13/2003 | Shares Purchased By Wire | $600,000.00 | $1.00 | $83,996,633.81 |
| 11/14/2003 | 11/14/2003 | Same Day Wire Redemption | $300,000.00 | $1.00 | $83,696,633.81 |
| 11/17/2003 | 11/17/2003 | Shares Purchased By Wire | $5,800,000.00 | $1.00 | $89,496,633.81 |
| 11/18/2003 | 11/18/2003 | Same Day Wire Redemption | $2,000,000.00 | $1.00 | $87,496,633.81 |
| 11/19/2003 | 11/19/2003 | Same Day Wire Redemption | $1,400,000.00 | $1.00 | $86,096,633.81 |
| 11/20/2003 | 11/20/2003 | Same Day Wire Redemption | $6,000,000.00 | $1.00 | $80,096,633.81 |
| 11/21/2003 | 11/21/2003 | Shares Purchased By Wire | $9,400,000.00 | $1.00 | $89,496,633.81 |
| 11/24/2003 | 11/24/2003 | Shares Purchased By Wire | $8,700,000.00 | $1.00 | $98,196,633.81 |
| 11/25/2003 | 11/25/2003 | Same Day Wire Redemption | $2,500,000.00 | $1.00 | $95,696,633.81 |
| 11/26/2003 | 11/26/2003 | Same Day Wire Redemption | $11,500,000.00 | $1.00 | $84,196,633.81 |
| 11/30/2003 | 11/30/2003 | Div Reinvest | $72,702.35 | $1.00 | $84,269,336.16 |
| | | Ending Balance | | | $84,269,336.16 |

Account Number   318-3323735-8                     (page  1 of  1)

519574




STATEMENT OF ACCOUNT

TS                    D

W.R. GRACE AND COMPANY
ATTN: CORPORATE FINANCE
7500 GRACE DRIVE
COLUMBIA  MD  21044

Account No:           323-223141
Statement Start Date: 01 NOV 2003
Statement End Date:   28 NOV 2003
Statement Code:       000-USA-22
Statement No:         011
Page 1 of 1

**ENCLOSURES**

Credits
Debits
Checks

**BALANCES**

| | Opening (01 NOV 2003) | Closing (28 NOV 2003) |
|---|---|---|
| Ledger | .00 | Ledger .00 |

**TRANSACTIONS**

| | |
|---|---|
| Total Credits | 0  0.00 |
| Total Debits (incl. checks) | 0  0.00 |
| Total Checks Paid | 0  0.00 |

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|

**CREDITS**

*No Activity*

**DEBITS**

*No Activity - Exclusive of Checks*

**CHECKS**

*No Activity*

FT CODE:

USD - SAME DAY FUNDS      US1 - ONE DAY FLOAT      US3 - THREE DAY FLOAT      US5 - FIVE DAY FLOAT
USN - NEXT DAY FUNDS      US2 - TWO DAY FLOAT      US4 - FOUR DAY FLOAT       USM - MIXED FLOAT

PLEASE EXAMINE THIS STATEMENT OF ACCOUNT AT ONCE. THE MAINTENANCE OF THIS ACCOUNT IS SUBJECT TO THE PROVISIONS OF THE NEW YORK UNIFORM COM-
MERCIAL CODE AND THE BANK'S TERMS AND CONDITIONS FOR BUSINESS ACCOUNTS AND SERVICES. THE BANK DISCLAIMS RESPONSIBILITY FOR ANY ERROR IN
OR IMPROPER CHARGE TO THE ACCOUNT AS RENDERED UNLESS INFORMED IN WRITING OF THIS ERROR OR CHARGE WITHIN SIXTY DAYS OF THE DELIVERY MAILING
OR AVAILABILITY OF THE STATEMENT AND CANCELED VOUCHERS. KINDLY REFER TO THE INSTRUCTIONS ON THE REVERSE SIDE OF THIS STATEMENT IN ORDER TO
DIRECT YOUR INQUIRIES TO THE PROPER DEPARTMENT FOR PROMPT ACTION.

JPMorganChase

Statement of Account

JPMorgan Chase Bank

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No: 016-001257
Statement Start Date: 01 NOV 2003
Statement End Date: 14 NOV 2003
Statement Code: S00-USA-22
Statement No: 021

Page 1 of 13

## ENCLOSURES

| | |
|---|---|
| Credits | |
| Debits | |
| Checks | |

## TRANSACTIONS

| | Ledger | Value |
|---|---|---|
| Total Credits | 29 | |
| Total Debits (incl. checks) | 47 | |
| Total Checks Paid | 0 | |

## BALANCES

| | Opening (01 NOV 2003) | | Closing (14 NOV 2003) | |
|---|---|---|---|---|
| Ledger | 50,671,385.97 | | Ledger | 270,351.92 |
| | 56,289,332.40 | | | 5,888,298.35 |
| | 0.00 | | | |

## Closing Balances

| Date | Amount |
|---|---|

## LEDGER BALANCES

| Date | Amount |
|---|---|
| 03NOV | 397,035.04 |
| 04NOV | 790,609.78 |
| 05NOV | 248,655.81 |
| 06NOV | 287,930.50 |
| 07NOV | 191,357.75 |
| 10NOV | 128,673.01 |
| 12NOV | 235,757.88 |
| 13NOV | 275,341.59 |
| 14NOV | 270,351.92 |

## CREDITS

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit/Debit | Description |
|---|---|---|---|---|---|---|
| 03NOV | | | | USD OUR: 3070494643TC | 597,866.35 | ELECTRONIC FUNDS TRANSFER ORIG CO NAME:BENEFIT PYMTS ORIG ID:9186063000 DESC DATE: CO ENTRY DESCR:DED PMT SEC:PPD TRACE#:021000020494643 EED:031103 IND ID:000000101ACH A IND NAME: 1498 0207-3001 |
| 03NOV | | | | USD YOUR: O/B BKAM IL CGO OUR: 0197802307FF | 2,322,796.15 | FEDWIRE CREDIT VIA: BANK OF AMERICA /071000039 B/O: W.R. GRACE & CO. CON -TREASURY COLUMBIA MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0001601257 RFB=O/B BKAM IL CGO OBI =HQWT BBI=/TIME/11:34 IMAD: 1103G1QFGV2C000439 |
| 03NOV | | | | USD YOUR: O/B WACHOVIA BK OUR: 0190314307FF | 2,962,755.00 | FEDWIRE CREDIT VIA: WACHOVIA BANK BANK OF NC,NA /053000219 B/O: W R GRACE & CO. - CONN. COLUMBIA MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0001601257 RFB=O/B WACHOVIA BK OBI =FUNDS TRANSFER FROM DAVISON LOCKBO IMAD: 1103E3QPAAIC002405 |

FT CODE:
USD - SAME DAY FUNDS
USN - NEXT DAY FUNDS

US1 - ONE DAY FLOAT
US2 - TWO DAY FLOAT

US3 - THREE DAY FLOAT
US4 - FOUR DAY FLOAT

US5 - FIVE DAY FLOAT
USM - MIXED FLOAT

PLEASE EXAMINE THIS STATEMENT OF ACCOUNT AT ONCE. THE MAINTENANCE OF THIS ACCOUNT IS SUBJECT TO THE PROVISIONS OF THE NEW YORK UNIFORM COMMERCIAL CODE AND THE BANK'S TERMS AND CONDITIONS, AS APPLICABLE, FOR BUSINESS ACCOUNTS AND SERVICES. THE BANK DISCLAIMS RESPONSIBILITY FOR ANY ERROR IN OR IMPROPER CHARGE TO THE ACCOUNT AS RENDERED UNLESS INFORMED IN WRITING OF THIS ERROR OR CHARGE WITHIN SIXTY DAYS OF THE DELIVERY, MAILING OR AVAILABILITY OF THE STATEMENT AND CANCELED VOUCHERS. KINDLY REFER TO THE INSTRUCTIONS ON THE REVERSE SIDE OF THIS STATEMENT IN ORDER TO DIRECT YOUR INQUIRIES TO THE PROPER DEPARTMENT FOR PROMPT ACTION.

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA  02140

TS

Account No: 016-001257
Statement Start Date: 01 NOV 2003
Statement End Date: 14 NOV 2003
Statement Code: S00-USA-22
Statement No: 021
Page 2 of 13

| Ledger Date | Adj Ledger Date | Value Date | References | F. T. | Credit / Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|

**CREDITS CONTINUED**

04NOV | | 04NOV | USD YOUR: O/B WACHOVIA BK<br>OUR: 0104109308FF | | 2,336,339.00 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK BANK OF NC,NA<br>/053000219<br>B/O: W.R. GRACE & CO. - CONN.<br>COLUMBIA MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0001600257 RFB=O/B WACHOVIA BK OBI<br>=FUNDS TRANSFER FROM DAVISON LOCKBO<br>/MAD: 1104E3QPAAICO01197

04NOV | | 04NOV | USD YOUR: O/B BKAM IL CGO<br>OUR: 0106713308FF | | 4,295,958.88 | FEDWIRE CREDIT<br>VIA: BANK OF AMERICA<br>/07100039<br>B/O: W.R. GRACE & CO. CON -TREASURY<br>COLUMBIA MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0001600257 RFB=O/B BKAM IL C6O OBI<br>=HOWT BBI=/TIME/11.17<br>/MAD: 1104G1OFGY2C000367

05NOV | | 05NOV | USD YOUR: O/B WACHOVIA BK<br>OUR: 0251514309FF | | 873,856.00 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK BANK OF NC,NA<br>/053000219<br>B/O: W.R. GRACE & CO. - CONN.<br>COLUMBIA MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0001600257 RFB=O/B WACHOVIA BK OBI<br>=FUNDS TRANSFER FROM DAVISON LOCKBO<br>/MAD: 1105E3QPAAICO02753

05NOV | | 05NOV | USD YOUR: O/B BKAM IL CGO<br>OUR: 0258703309FF | | 1,218,162.24 | FEDWIRE CREDIT<br>VIA: BANK OF AMERICA<br>/07100039<br>B/O: W.R. GRACE & CO. CON -TREASURY<br>COLUMBIA MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0001600257 RFB=O/B BKAM IL C6O OBI<br>=HOWT BBI=/TIME/14.23<br>/MAD: 1105G1OFGY2C000898

06NOV | | 06NOV | USD OUR: 0012360114XF | | 35,982.00 | AUTOMATIC DOLLAR/FLOAT TRANSFER<br>FROM ACCOUNT 00322313652 4

06NOV | | 06NOV | USD YOUR: O/B WACHOVIA BK<br>OUR: 0248613310FF | | 623,532.00 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK BANK OF NC,NA

# JPMorganChase

## Statement of Accounts

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No: 016-001257
Statement Start Date: 01 NOV 2003
Statement End Date: 14 NOV 2003
Statement Code: S00-USA-22
Statement No: 021

Page 3 of 13

| Ledger Date | Adj Ledger Date | Value Date | F/S | References | Credit/Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|

### CREDITS CONTINUED

**06NOV** — USD YOUR: O/B BKAM IL CGO OUR: 0229709310FF — Credit: 822,656.29

```
/053000219
B/O: W R GRACE & CO. - CONN.
COLUMBIA MD 21044-4098
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY CAMBRIDGE MA 02140-/AC-0
0016001257 RFB=O/B WACHOVIA BK OBI
=FUNDS TRANSFER FROM DAVISON LOCKBO
IMAD: 1106E39PAAIC002559
```

**06NOV** — USD YOUR: MAESTRO OUR: 0358503310FF — Credit: 5,000,000.00

```
FEDWIRE CREDIT
VIA: BANK OF AMERICA
/07100039
B/O: W.R. GRACE & CO. CON -TREASURY
COLUMBIA MD 21044-4098
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY CAMBRIDGE MA 02140-/AC-0
0016001257 RFB=O/B BKAM IL CGO OBI
=HQWT BBI=/TIME/14.04
IMAD: 1106G1OFGY2C001413
```

**07NOV** — USD YOUR: O/B WACHOVIA BK OUR: 0061907311FF — Credit: 689,949.00

```
FEDWIRE CREDIT
VIA: STATE STREET BANK & TRUST COMP
/011000028
B/O: W R GRACE & CO - CONN
COLUMBIA MD 21044-4029
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY CAMBRIDGE MA 02140-/AC-0
0016001257 RFB=MAESTRO OBI=FUND-31
8-P-1-S 1 ML PREMIER FUND BBI=/TIME
IMAD: 1106AIQ002BC001578
```

**07NOV** — USD YOUR: O/B WACHOVIA BK OUR: 0149503311FF — Credit: 795,814.00

```
FEDWIRE CREDIT
VIA: WACHOVIA BANK NA OF FLORIDA
/063000021
B/O: W R GRACE AND CO CONN
COLUMBIA, MD 21044-4098
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY CAMBRIDGE MA 02140-/AC-0
0016001257 RFB=O/B WACHOVIA BK BBI
=/TIME/09.47
IMAD: 1107F3CAAIC000362
FEDWIRE CREDIT
VIA: WACHOVIA BANK BANK OF NC,NA
/053000219
B/O: W R GRACE & CO. - CONN.
COLUMBIA MD 21044-4098
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
```