**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In Re: | § | Chapter 11 |
| | § | |
| W.R. GRACE & CO., et al., | § | Jointly Administered |
| | § | Case No. 01-01139 (JKF) |
| Debtors. | § | |
| | § | |

**FEE AUDITOR'S FINAL REPORT REGARDING**
**FEE APPLICATION OF CARELLA, BYRNE,**
**BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN**
**FOR THE TENTH INTERIM PERIOD**

This is the final report of Warren H. Smith & Associates, P.C., acting in its capacity as fee auditor in the above-captioned bankruptcy proceedings, regarding the <u>Fee Application of Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein for the Tenth Interim Period</u> (the "Application").

**BACKGROUND**

1.   Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein ("CBBG") was retained as Special Litigation and Environmental Counsel to Debtors. In the Application, CBBG seeks approval of fees totaling $195,574.00 and costs totaling $13,638.05[1] for its services from July 1, 2003, through September 30, 2003.

2.   In conducting this audit and reaching the conclusions and recommendations contained herein, we reviewed in detail the Application in its entirety, including each of the time entries included in the exhibits to the Application, for compliance with 11 U.S.C. § 330, Local Rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, Amended

---

[1] This amount reflects a reduction taken by CBBG totaling $168.00 for "In-House Reproduction" expenses contained in the July 2003 monthly invoice which exceeded the $0.15 per page maximum rate.

**FEE AUDITOR'S FINAL REPORT** - Page 1
wrg FR CBBG 10int 7-9.03.wpd

Effective February 1, 2001, and the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. 330, Issued January 30, 1996, (the "Guidelines"), as well as for consistency with precedent established in the United States Bankruptcy Court for the District of Delaware, the United States District Court for the District of Delaware, and the Third Circuit Court of Appeals. We served on CBBG an initial report based on our review, and received a response from CBBG, portions of which response are quoted herein.

## DISCUSSION

3.   In our initial report, we noted that CBBG seeks reimbursement for a lodging expense totaling $515.25 which, without additional detail, appears excessive.

07/31/03    Travel Expense - JMA 7/16/03 Ritz Carlton D.C.    515.25

The Guidelines II.E.1. states, "...[f]actors relevant to a determination that the expense is proper include the following: 1. Whether the expense is reasonable and economical. For example, first class and other luxurious travel mode or accommodations will normally be objectionable." We asked CBBG to provide additional detail so that we might further assess the reasonableness of this expense. CBBG responded as follows:

> Attached hereto is a copy of the hotel bill for JMA's stay at the Ritz Carlton, located in Washington, D.C. on July 16, 2003. The Ritz Carlton Hotel was chosen because it is located within walking distance of the offices of Wallace, King, Marraro & Branson, PLLC, co-counsel with Carella Byrne in the *Interfaith Community Organization v. Honeywell International, Inc.* case. The purpose for the trip was twofold. First, it involved a meeting with client representatives concerning the Court's decision in the *Interfaith* case and the submission of a fee petition in accordance with the Court's award of attorneys' fees and expenses under the Resource Conservation and Recovery Act, 42 U.S.C. § 6972(e) (the "RCRA Fee Petition"). Second, it involved working on the preparation of the RCRA Fee Petition. The Ritz Carlton Hotel had available rooms.

> Since the hotel was in walking distance of the Wallace King firm, costs incurred for ground transportation were obviated. Notwithstanding the foregoing, Carella Byrne will voluntarily reduce this expense from $515.25 to $300, which, in our experience is an average rate for standard overnight hotel accommodations in Washington, D.C.

We appreciate the response and accept the voluntary reduction figure. While we maintain that $250.00 per night is a reasonable ceiling for lodging in Washington D.C., that figure is mitigated by the savings in transportation costs referenced in the response. Thus, we recommend a reduction of $215.25 in expenses.

## CONCLUSION

4. Thus, we recommend approval of fees totaling $195,574.00 and costs totaling $13,422.80 ($13,638.05 minus $215.25) for CBBG's services from July 1, 2003, through September 30, 2003.

Respectfully submitted,

**WARREN H. SMITH & ASSOCIATES, P.C.**

By: _____
Warren H. Smith
Texas State Bar No. 18757050

Republic Center
325 N. St. Paul, Suite 4080
Dallas, Texas 75201
214-698-3868
214-722-0081 (fax)
whsmith@whsmithlaw.com

**FEE AUDITOR**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served First Class United States mail to the attached service list on this 5th day of February, 2004.

_____
Warren H. Smith

## SERVICE LIST
Notice Parties

**The Applicant**

John M. Agnello
CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN
5 Becker Farm Road
Roseland, N.J. 07068-1700

**The Debtors**

David B. Siegel, Esq.
Sr. V.P. and Gen. Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**Counsel for the Debtors**

James H.M. Sprayregen, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Laura Davis Jones, Esq.
Pachulski, Stang, Ziehl, Young & Jones, P.C.
919 North Market Street, Suite 1600
P.O. Box 8705
Wilmington, DE 19899-8705

**Counsel for the Official Committee of Unsecured Creditors**

Lewis Kruger, Esq
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski, Esq.
Duane Morris & Heckscher
1100 N. Market Street, Suite 1200
Wilmington, De 19801-1246

**Counsel to the Official Committee of Property Damage Claimants**

Scott L. Baena, Esq
Bilzin, Sumberg, Dunn, Baena, Price & Axelrod
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

Michael B. Joseph, Esq.
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

**Counsel to the Official Committee of Personal Injury Claimants**

Elihu Inselbuch, Esq.
Caplin & Drysdale
399 Park Avenue, 36th Floor
New York, NY 10022

Marla R. Eskin
Campbell & Levine, LLC
Suite 300
800 N. King Street
Wilmington, DE 19801

**Official Committee of Equity Holders**

Thomas M. Mayer, Esq.
Kramer Levin Naftalis & Frankel
919 Third Avenue
New York, NY 10022

Teresa K.D. Currier, Esq.
Klett Rooney Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801

**United States Trustee**

Office of the United States Trustee
Frank J. Perch, Esq.
844 King Street, Suite 2311
Wilmington, DE 19801