IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |

**DEBTORS' TENTH QUARTERLY REPORT OF SETTLEMENTS FROM
OCTOBER 1, 2003 THROUGH DECEMBER 31, 2003 IN ACCORDANCE WITH
THAT CERTAIN AMENDED ORDER AUTHORIZING AND APPROVING AN
OMNIBUS PROCEDURE FOR SETTLING CERTAIN CLAIMS AND CAUSES
OF ACTION BROUGHT BY OR AGAINST THE DEBTORS IN A JUDICIAL,
ADMINISTRATIVE, ARBITRAL OR OTHER ACTION OR PROCEEDING**

PLEASE TAKE NOTICE that, pursuant to that certain Amended Order (the

"Order") Authorizing and Approving an Omnibus Procedure for Settling Certain Claims

and Causes of Action Brought by or Against the Debtors in a Judicial, Administrative,

Arbitral or Other Action or Proceeding dated September 18, 2001, the Debtors are to file

with the Court a list of the settlements made by the Debtors for the period of October 1,

2003 through December 31, 2003 (the "Settlement Period"), including the names and

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

addresses of the settling parties, the types and amounts of the settlements and the nature

of the settlements, including the amount of any monetary payments received by the

Debtors.

PLEASE TAKE FURTHER NOTICE that, in accordance with the Order, the

settlements listed on <u>Exhibit A</u> attached hereto, did not require the Debtors to provide

Negative Notice to any parties.

PLEASE TAKE FURTHER NOTICE that the Debtors may have settled claims or

causes of action during the Settlement Period which inadvertently were not listed on

<u>Exhibit A</u>.  Such settlements will be disclosed in future reports filed with the Court.

Dated: February 3, 2004             KIRKLAND & ELLIS LLP
                                    David M. Bernick, P.C.
                                    James W. Kapp III
                                    Janet S. Baer
                                    Christian J. Lane
                                    200 East Randolph Drive
                                    Chicago, Illinois 60601
                                    Telephone:  (312) 861-2000
                                    Facsimile:  (312) 861-2200

                                    and

                                    PACHULSKI, STANG, ZIEHL, YOUNG, JONES
                                    & WEINTRAUB P.C.

                                    Laura Davis Jones (Bar No. 2436)
                                    Scotta E. McFarland (Bar No. 4184)
                                    David W. Carickhoff, Jr. (Bar No. 3715)
                                    919 North Market Street, 16th Floor
                                    P.O. Box 8705
                                    Wilmington, DE 19899-8705 (Courier 19801)
                                    Telephone:  (302) 652-4100
                                    Facsimile:  (302) 652-4400

                                    Co-Counsel for the Debtors and Debtors in
                                    Possession