3

# EXHIBIT A

## W. R. Grace & Co., et al., District of Delaware, Bankruptcy Case No. 01-1139

## Report on Settlements of Certain Claims and Causes of Action October 1, 2003 through December 31, 2003

| Grace Construction Products, a unit of W. R. Grace & Company [sic.] 6000 W. 51st Street Chicago, Illinois 60638 | Douglas Compton 28401 Brickville Road Sycamore, Illinois 60178 | A Grace employee, Tristan Tady, allegedly dropped a 5-gallon bucket filled with admixture on the head of the Plaintiff resulting in personal injury. All events related to the cause of action occurred post-petition. Case settled before trial on October 29, 2003 for $85,000. |

3