## EXHIBIT A

## W. R. Grace & Co., et al.

## District of Delaware, Bankruptcy Case No. 01-1139

## Report on *De Minimis* Asset Sales October 1, 2003 through December 31, 2003

**Part I – Sales in excess of $25,000, but less than $250,000.**

NONE

**Part II – Sales equal to or less than $25,000.**

One *De Minimis* Asset Sale for $25,000 was recorded in the Tenth Quarter.
One *De Minimis* Asset Sale for $469.83 was recorded in the Tenth Quarter.