# EXHIBIT A

# Exhibit A

CUMULATIVE SUMMARY OF INTERIM APPPLICATIONS OF STEPTOE & JOHNSON LLP FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD JULY 1, 2003 THROUGH SEPTEMBER 30, 2003 FOR W.R. GRACE & CO., et al.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees (80%) | Approved Expenses | Holdback Fees |
|---|---|---|---|---|---|---|
| 1/23/04 | 07/01/03 - 07/31/03 | $ 2,781.50 | $ 66.32 | $ 2,225.20 | $ 66.32 | $ 556.30 |
| 1/23/04 | 08/01/03 - 08/31/03 | $ 2,773.50 | $ 11.58 | $ 2,218.80 | $ 11.58 | $ 554.70 |
| 1/23/04 | 09/01/03 - 09/30/03 | $14,415.00 | $ 169.29 | $11,532.00 | $ 169.29 | $ 2,883.00 |

## CUMULATIVE COMPENSATION SUMMARY BY PROJECT CATEGORY

| Matter Number | Matter | Total Hours | Total Fees Requested |
|---|---|---|---|
| 20 | Case Administration | 0 | 0 |
| 32 | Fee Application, Applicant | 16.20 | $6,289.50 |
| 35 | Other Fee Applications | 0 | 0 |
| 30 | Hearings | 0 | 0 |
| 41 | Tax Issues | 0 | 0 |
| 46 | Tax Litigation | 30.30 | $13,680.50 |
| 42 | Travel (1/2 total hours billed) | 0 | 0 |
|  | **Total** | **46.50** | **19,970.00** |

## CUMULATIVE EXPENSE SUMMARY

| Description | Amount |
|---|---|
| Telephone | $ 34.18 |
| Copies – Matter 32 (Fee Applications) | $ 55.95 |
| Copies – Matter 46 (Tax Litigation) | $ 145.50 |
| Computer Database Research | $ 0 |
| Working Meals | $ 0 |
| Federal Express/Overnight Messenger | $ 7.71 |
| Facsimile | $ 0 |
| Postage | $ 3.85 |
| Hotel | $ 0 |
| Duplication Supplies | $ 0 |
| Parking | $ 0 |
| Airfare | $ 0 |
| **Total** | **$ 247.19** |