FILED

UNITED STATES BANKRUPTCY COURT 2004 FEB 5 AM 12:26
FOR THE DISTRICT OF DELAWARE

US BANKRUPTCY COURT
DISTRICT OF DELAWARE

W.R. GRACE, et. al.; )
   DEBTORS, ) CASE No. 01-01139 (JKF)
Vs )
) DOCKET No. 4592
EUGENE PAUL SULLIVAN, )
   CLAIMANT. ) CLAIMANT CASE NO.
) 1792-08-12-02

NOTICE OF CHANGE
OF ADDRESS:

COMES NOW THE CLAIMANT, EUGENE PAUL SULLIVAN, PRO-SE, AND ASK THIS HONORABLE BANKRUPTCY COURT TO ALLOW MY CHANGE OF ADDRESS FROM THE FEDERAL BUREAU OF PRISONS F.M.C. LEXINGTON KENTUCKY WHICH I WAS RELEASED ON JANUARY 19TH, 2004.

MY CURRENT ADDRESS IS AS FOLLOWS:

MR. EUGENE PAUL SULLIVAN
#29-B PLAZA DELAS FLORES
FREEHOLD, N.J. 07728
PHONE # (732) 431-2057

THIS 1ST DAY OF FEBUARY 2004.

RESPECTFULLY,
Eugene P. Sullivan