# Attachment B
# To Fee Application

## Summary of PwC's Fees By Professional

## December 2003

**Professional Profiles**

**WR Grace Time Tracking for the Month Ended December 31, 2003**

| Name of Professional | Position with the Firm | Number of Years in Profession | Hourly Bill Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| **Larry Farmer** | **Audit Partner** | 34 | 743 | 2.60 | 1,932 |
| **William Bishop** | **Audit Partner** | 15+ | 743 | 8.00 | 5,944 |
| **Craig Cleaver** | **SPA Manager** | 5 | 541 | 10.60 | 5,735 |
| **Sandra David** | **Audit Manager** | 6 | 487 | 2.60 | 1,266 |
| **Todd Hutcherson** | **Audit Manager** | 11 | 569 | 20.40 | 11,608 |
| **Will Choi** | **Audit Manager** | 6 | 487 | 32.30 | 15,730 |
| **Will Kelly** | **Audit Associate** | 1 | 197 | 6.00 | 1,182 |
| **Tom Kalinosky** | **Audit Specialist** | 5+ | 723 | 28.50 | 20,606 |
| **Maureen Driscoll** | **SPA Senior Associate** | 4 | 416 | 19.90 | 8,278 |
| **Cheryl Frick** | **Audit Senior Associate** | 4 | 342 | 45.00 | 15,390 |
| **Nina Govic** | **Audit Senior Associate** | 3 | 342 | 32.10 | 10,978 |
| **Aimee Stickley** | **Audit Associate** | 2 | 270 | 12.70 | 3,429 |
| **Jonelle Lippolis** | **Audit Senior Associate** | 4 | 349 | 7.00 | 2,443 |
| **Bianca Rodriguez** | **Audit Associate** | 1 | 197 | 14.00 | 2,758 |
| **Scott Tremble** | **Audit Associate** | 2 | 197 | 0.40 | 79 |
| **Brent Fehnel** | **SPA Associate** | 1 | 279 | 48.00 | 13,392 |
| **Brian Krisch** | **SPA Senior Associate** | 4 | 348 | 38.00 | 13,224 |
| **Joseph Meenan** | **SPA Associate** | 1 | 279 | 2.00 | 558 |
| **Bethanie Lydon** | **Audit Associate** | 2 | 232 | 7.80 | 1,810 |
| **Jessica Bader** | **Audit Associate** | 1 | 273 | 1.00 | 273 |
| **Michael Mccarvel** | **Audit Associate** | <1 | 174 | 16.50 | 2,871 |
| **Nicholas Stromann** | **Audit Associate** | <1 | 197 | 11.50 | 2,266 |
| **Stefanie McClain** | **Audit Associate** | 1 | 197 | 7.10 | 1,399 |
| **Maureen Yeager** | **Audit Associate** | 1 | 232 | 104.50 | 24,244 |
| | | | **TOTAL** | **478.50** | **167,393** |

| | |
|---|---|
| Total at Standard Rate | $ 167,393.00 |
| 55 % Accrual Rate Adjustment | $ (92,066.15) |
| Total at 45% Accrual Rate | $ 75,326.85 |

**SARBANES**

| Name of Professional | Position with the Firm | Number of Years in Profession | Hourly Bill Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| **Larry Farmer** | **Audit Partner** | 34 | 743 | 7.90 | 5,870 |
| **William Bishop** | **Audit Partner** | 15+ | 743 | 7.50 | 5,573 |

{MCM8779.DOC}

| William Choi | Audit Manager | 6 | 487 | 30.40 | 14,805 |
|---|---|---|---|---|---|
| Craig Cleaver | SPA Manager | 6 | 541 | 25.20 | 13,633 |
| Maureen Driscoll | SPA Senior Associate | 4 | 416 | 24.80 | 10,317 |
| Cheryl Frick | Audit Senior Associate | 4 | 342 | 20.50 | 7,011 |
| Nina Govic | Audit Senior Associate | 4 | 342 | 30.00 | 10,260 |
| Todd Hutcherson | Audit Senior Manager | 11 | 569 | 25.20 | 14,339 |
| | | **TOTAL** | | **171.50** | **81,807** |

| | |
|---|---|
| Total at Standard Rate | $ 81,806.80 |
| 35 % Accrual Rate Adjustment | $ (28,632.38) |
| Total at 65% Accrual Rate | $ 53,174.42 |
| **Total Fees Requested:** | $ 128,501.27 |

**Time Spent Tracking Time for Reporting to the U.S. Bankruptcy Court (refer to attached file)**

| | |
|---|---|
| Total at Standard Rate | $5,271.50 |
| 55% Accrual Rate Adjustment | ($2,899.33) |
| Total at 45% Accrual Rate | $2,372.18 |

## Summary of PwC's Fees By Project Category:
## December 2003

| Project Category | Total Hours | Total Fees |
|---|---|---|
| **01-Assets Analysis and Recovery** | | |
| **02-Asset Disposition** | | |
| **03-Business Operations** | | |
| **04-Case Administration** | | |
| **05-Claim Analysis Objection & Resolution (Asbestos)** | | |
| **06-Claim Analysis Objection & Resolution (Non-asbestos)** | | |
| **07-Committee, Creditors', Noteholders', or Equity Holders'** | | |
| **08-Employee Benefits/Pension** | | |
| **09-Employee Applications, Applicant** | | |
| **10-Employment Applications, Others** | | |
| **11-Financing** | | |
| **12-Fee Applications, Others** | **16.9** | **$2,372.18** |
| **13-Financing** | | |

{MCM8779.DOC}

| | | |
|---|---|---|
| **14-Hearings** | | |
| **15-Litigation and Litigation Consulting** | | |
| **16-Plan and Disclosure Statement** | | |
| **17-Relief from Stay Proceedings** | | |
| **18-Tax Issues** | | |
| **19-Tax Litigation** | | |
| **20-Travel- Non-working** | | |
| **21-Valuation** | | |
| **22-ZAI Science Trial** | | |
| **23-ZAI Science Trial-Expenses** | | |
| **24-Other** | | |
| **25-Accounting/Auditing** | **650.00** | **$128,501.27** |
| **26-Business Analysis** | | |
| **27-Corporate Finance** | | |
| **28-Data Analysis** | | |
| **TOTAL:** | **666.9** | **$130,873.45** |

## Expense Summary
## December 2003

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| **Transportation** | **N/A** | **$3,960.32** |
| **Lodging** | **N/A** | **634.92** |
| **Sundry** | **N/A** | **11.50** |
| **Business Meals** | **N/A** | **475.05** |
| **TOTAL:** | | **$5,081.79** |

{MCM8779.DOC}