**Professional Profiles**

**WR Grace Time Tracking for the Month Ended December 31, 2003**

| Name of Professional | Position with the Firm | Number of Years in Profession | Hourly Bill Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Larry Farmer | Audit Partner | 34 | 743 | 2.60 | 1,932 |
| William Bishop | Audit Partner | 15+ | 743 | 8.00 | 5,944 |
| Craig Cleaver | SPA Manager | 5 | 541 | 10.60 | 5,735 |
| Sandra David | Audit Manager | 6 | 487 | 2.60 | 1,266 |
| Todd Hutcherson | Audit Manager | 11 | 569 | 20.40 | 11,608 |
| Will Choi | Audit Manager | 6 | 487 | 32.30 | 15,730 |
| Will Kelly | Audit Associate | 1 | 197 | 6.00 | 1,182 |
| Tom Kalinosky | Audit Specialist | 5+ | 723 | 28.50 | 20,606 |
| Maureen Driscoll | SPA Senior Associate | 4 | 416 | 19.90 | 8,278 |
| Cheryl Frick | Audit Senior Associate | 4 | 342 | 45.00 | 15,390 |
| Nina Govic | Audit Senior Associate | 3 | 342 | 32.10 | 10,978 |
| Aimee Stickley | Audit Associate | 2 | 270 | 12.70 | 3,429 |
| Jonelle Lippolis | Audit Senior Associate | 4 | 349 | 7.00 | 2,443 |
| Bianca Rodriguez | Audit Associate | 1 | 197 | 14.00 | 2,758 |
| Scott Tremble | Audit Associate | 2 | 197 | 0.40 | 79 |
| Brent Fehnel | SPA Associate | 1 | 279 | 48.00 | 13,392 |
| Brian Krisch | SPA Senior Associate | 4 | 348 | 38.00 | 13,224 |
| Joseph Meenan | SPA Associate | 1 | 279 | 2.00 | 558 |
| Bethanie Lydon | Audit Associate | 2 | 232 | 7.80 | 1,810 |
| Jessica Bader | Audit Associate | 1 | 273 | 1.00 | 273 |
| Michael Mccarvel | Audit Associate | <1 | 174 | 16.50 | 2,871 |
| Nicholas Stromann | Audit Associate | <1 | 197 | 11.50 | 2,266 |
| Stefanie McClain | Audit Associate | 1 | 197 | 7.10 | 1,399 |
| Maureen Yeager | Audit Associate | 1 | 232 | 104.50 | 24,244 |
| | | TOTAL | | 478.50 | 167,393 |

| | | |
|---|---|---|
| Total at Standard Rate | $ | 167,393.00 |
| 55 % Accrual Rate Adjustment | $ | (92,066.15) |
| Total at 45% Accrual Rate | $ | 75,326.85 |

**SARBANES**

| Name of Professional | Position with the Firm | Number of Years in Profession | Hourly Bill Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Larry Farmer | Audit Partner | 34 | 743 | 7.90 | 5,870 |
| William Bishop | Audit Partner | 15+ | 743 | 7.50 | 5,573 |
| William Choi | Audit Manager | 6 | 487 | 30.40 | 14,805 |
| Craig Cleaver | SPA Manager | 6 | 541 | 25.20 | 13,633 |
| Maureen Driscoll | SPA Senior Associate | 4 | 416 | 24.80 | 10,317 |
| Cheryl Frick | Audit Senior Associate | 4 | 342 | 20.50 | 7,011 |
| Nina Govic | Audit Senior Associate | 4 | 342 | 30.00 | 10,260 |
| Todd Hutcherson | Audit Senior Manager | 11 | 569 | 25.20 | 14,339 |
| | | TOTAL | | 171.50 | 81,807 |

| | | |
|---|---|---|
| Total at Standard Rate | $ | 81,806.80 |
| 35 % Accrual Rate Adjustment | $ | (28,632.38) |
| Total at 65% Accrual Rate | $ | 53,174.42 |

| | | |
|---|---|---|
| Total Fees Requested: | $ | 128,501.27 |
| Total Hours Incurred: | | 650.00 |

**W. R. Grace & Co.**
**Time Summary Report**
**Month Ended December 31, 2003**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|------|-------|--------------------------------|-----------|----------|
| **Name:  Larry Farmer** | | | | |
| 12/02/2003 | 0.5 | discussion the Sarbanes-Oxley engagement letter with Nina Govic and Todd Hutcherson | 743 | 371.50 |
| 12/04/2003 | 0.10 | Discussion with Bob Tarola & Dana Guzzo regarding Joe Rightmeyer and Greg Polling Fraud meetings | 743 | $      74 |
| 12/09/2003 | 0.30 | Discuss fraud interviews with Todd Hutcherson | 743 | $     223 |
| 12/11/2003 | 0.20 | Discuss Fraud procedures are necessitated by SAS 99 with Todd Hutcherson and William Bishop | 743 | $     149 |
|  | 0.50 | Meeting with Paul Norris to introduce new partner Bill Bishop | 743 | $     372 |
|  | 0.40 | Coordinate year-end  timing with William Choi | 743 | $     297 |
| 12/18/2003 | 0.50 | Discuss year-end timing with Todd Hutcherson | 743 | $     372 |
| 12/21/2003 | 0.10 | Review draft of 11/03 Audit Committee Minutes | 743 | $      74 |
| 12/22/2003 | 0.80 | Orientation with Bill Bishop regarding the Grace audit and year-end audit issues. | 743 | $     594 |
|  | 0.30 | Meeting with Bob Tarola regarding Year-end Issues | 743 | $     223 |
|  | 1.90 | Meeting with Todd Hutcherson, William Choi, Cheryl Frick and William Bishop regarding 2003 audit issues | 743 | $   1,412 |
| **Totals** | **2.60** | | | **$   3,789** |
| **SARBANES OXLEY RELATED TIME** | | | | |
| 12/03/2003 | 2.80 | Attend part of Grace's Demo/Presentation regarding Approach to 404 Pilot | 743 | $   2,080 |
|  |  |  | 743 | |
| 12/08/2003 | 0.80 | Review Credit/Collection section of Mexico 404 Pilot | 743 | $     594 |
|  |  |  | 743 | |
| 12/05/2003 | 2.10 | Review Mexico 404 "Pilot" binder, containing Grace documentation of control procedures, control weaknesses and testing performed | 743 | $   1,560 |
|  |  |  | 743 | |
| 12/09/2003 | 0.20 | Discuss Grace's Sarbanes Oxley Pilot with Todd Hutcherson | 743 | $     149 |
|  |  |  | 743 | |
| 12/10/2003 | 1.80 | Conference call with PwC Team regarding Feedback on Grace's Pilot program | 743 | $   1,337 |
|  |  |  | 743 | |
| 12/11/2003 | 0.20 | Discuss 404 issues with Craig Cleaver | 743 | $     149 |
|  | **7.90** | | | **$   5,870** |

**W. R. Grace & Co.**
**Time Summary Report**
**Month Ended December 31, 2003**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|------|-------|----------------------------------|-----------|----------|
| **Name:  William Bishop** | | | | |
| **12/08/2003** | 2.00 | Background reading of Form 10-K and other documents | 743 | 1,486.00 |
| **12/11/2003** | 2.00 | Intro meeting with Paul Norris and Larry Farmer | 743 | 1,486.00 |
| **12/22/2003** | 1.00 | Intro meeting with Fred Festa, Larry Farmer and Todd Hutcherson | 743 | 743.00 |
| **12/22/2003** | 3.00 | Status update meeting with Larry Farmer, Todd Hutcherson and William Choi | 743 | 2,229.00 |
| **SARBANES OXLEY RELATED TIME** | | | | |
| **12/03/2003** | 4.00 | Meeting between PwC audit team and Grace IA team to discuss Grace/Protiviti review of controls and processes in Mexico | 743 | $ 2,972 |
| 12/10/2003 | 2.00 | Meeting with PwC audit team to review documentation of Mexico Sarbanes test piolot review | 743 | $ 1,486 |
| 12/12/2003 | 1.50 | Telephone call between PwC audit team and Grace IA team to discuss Grace/Protiviti review of controls and processes in Mexico - follow up to prior meeting | 743 | $ 1,115 |

**W. R. Grace & Co.**
**Time Summary Report**
**Month Ended December 31, 2003**

| Date | Hours | Description of Services Provided | Bill Rate | | Cost ($) |
|------|-------|--------------------------------|-----------|---|----------|
| **Name:  Craig Cleaver** | | | | | |
| 12/03/2003 | 0.80 | Data management review and coordination for Accounts Receivable and Fixed Assets and Statements of Auditing Standards 99 | 541 | $ | 433 |
| | 1.70 | Review of database for adequacy of work | 541 | $ | 920 |
| 12/04/2003 | 0.80 | Review of SAP documentation in the database (controls/testing/narrative) | 541 | $ | 433 |
| 12/08/2003 | 0.80 | Coordination of audit with PwC Germany team | 541 | $ | 433 |
| 12/09/2003 | 0.70 | Discussion with Maureen Driscoll on database status and work to complete | 541 | $ | 379 |
| 12/09/2003 | 1.40 | Review of audit work including further database review, discuss with Maureen Driscoll current audit issues relating to general computer controls and monitoring controls | 541 | $ | 757 |
| 12/17/2003 | 1.00 | Discussions with Dana Guzzo on Accounts Receivable and Statements of Auditing Standards 99 work for Grace | 541 | $ | 541 |
| 12/18/2003 | 0.80 | Conference call with Germany PwC on audit results and approach (with maureen driscoll) | 541 | $ | 433 |
| | 1.80 | Review documents to send to Germany PwC on results of work and approach | 541 | $ | 974 |
| 12/19/2003 | 0.80 | Review of database for completeness of areas by the computer based testing team . | 541 | $ | 433 |
| **Totals** | **10.60** | | | **$** | **5,735** |
| **SARBANES OXLEY RELATED TIME** | | | | | |
| 12/03/2003 | 2.80 | Sarbanes meeting with Grace sarbanes team | 540 | $ | 1,512 |
| | 0.50 | meeting with PwC team on Sarbanes Meeting (William choi, Cheryl Frick). | 540 | $ | 270 |
| | 1.50 | Review of Sarbanes binder provided by Grace Sarbanes team | 540 | $ | 810 |
| 12/04/2003 | 2.00 | Review of the Sarbanes binder for adequacy and feedback | 540 | $ | 1,080 |
| | 0.70 | PwC internal meeting to discuss review of Sarbanes documentation | 540 | $ | 378 |
| | 3.00 | PwC meeting with Grace Sarbanes team to discuss project and questions of work | 540 | $ | 1,620 |
| | 0.80 | PwC internal meeting after meeting with Grace to discuss next steps of Sarbanes review for following two weeks | 540 | $ | 432 |
| 12/09/2003 | 2.30 | Review of Grace Sarbanes documentation (inventory, purchasing, payables) | 540 | $ | 1,242 |
| 12/10/2003 | 2.50 | Review of procurment sarbanes documentation | 540 | $ | 1,350 |
| | 2.50 | Review of Accounts Payable sarbanes documentation | 540 | $ | 1,350 |
| | 1.80 | Conference call with PwC team on status and results of Sarbanes review | 540 | $ | 972 |
| | 0.80 | review of inventory Sarbanes documentation | 540 | $ | 432 |
| 12/11/2003 | 2.00 | Write-up of all notes for Sarbanes review, review revenue process | 540 | $ | 1,080 |
| | 0.20 | Discuss 404 issues w/Larry Farmer | 540 | $ | 108 |
| 12/12/2003 | 1.50 | Conference call with Grace and PwC to discuss initial Sarbanes observations and to get some questions answered | 540 | $ | 810 |
| 12/13/2003 | 0.30 | Review final notes of review for Sarbanes and send to Maureen Yeager | 540 | $ | 162 |
| | **25.20** | | | **$** | **13,608** |

**W. R. Grace & Co.**
**Time Summary Report**
**Month Ended December 31, 2003**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|------|-------|--------------------------------|-----------|----------|
| **Name:  Maureen Driscoll** | | | | |
| 12/03/03 | 0.30 | Review mapping diagrams created by associate | 416 | $124.80 |
| | 0.80 | Review status of data management (Computer-Assisted Audit Technique and Statements of Auditing Standards 99) work with Craig Cleaver | 416 | $332.80 |
| | 0.90 | Coordinate with data management and audit team (Nina Govic and Maureen Yeager) to resolve differences in Computer-Assisted Audit Technique balances | 416 | $374.40 |
| 12/04/03 | 0.60 | Meet with Craig Cleaver to discuss status of work performed to date | 416 | $249.60 |
| | 0.10 | Coordinate with audit to identify correct contact for Davison purchasing and payables monitoring controls testing | 416 | $41.60 |
| | 1.20 | Work with Craig Cleaver on data to be pulled for Statements of Auditing Standards 99 testing | 416 | $499.20 |
| | 0.60 | Coordinate with Mark Pires on Statements of Auditing Standards 99 testing required | 416 | $249.60 |
| 12/05/03 | 0.20 | Coordinate / request meetings with PwC Germany team | 416 | $83.20 |
| | 0.60 | Coordinate with data management on Computer-Assisted Audit Technique testing  (status, outstanding items, etc) | 416 | $249.60 |
| | 2.40 | Review SOAR change management procedures and testing performed for SOAR change control with Brent Fehnel | 416 | $998.40 |
| 12/08/03 | 1.80 | Review database for SAP security and change control sections and leave questions for Brent Fehnel | 416 | $748.80 |
| | 0.90 | Review database for GPC and Davison computer operations sections and leave questions for Joe Meenan | 416 | $374.40 |
| 12/10/03 | 0.70 | Review controlled user logs (SAP security) with Brent Fehnel | 416 | $291.20 |
| | 0.50 | Send request to Joe Meenan and Brent Fehnel for update on outstanding items | 416 | $208.00 |
| 12/11/03 | 0.70 | Prepare and send out status report | 416 | $291.20 |
| | 0.20 | Review Unix and Oracle narrative and add to database | 416 | $83.20 |
| 12/12/03 | 0.70 | Budget to actual analysis | 416 | $291.20 |
| | 0.60 | Discuss Oracle and Unix security questions with Chuck Tremblay | 416 | $249.60 |
| 12/15/03 | 1.10 | Review database for outstanding items and status of work performed | 416 | $457.60 |
| | 0.20 | Follow up with client on oustanding items | 416 | $83.20 |
| 12/16/03 | 1.50 | Meeting with Larry Breaux regarding Davison purchasing and payables business performance controls, prepare and send request list to Larry Breaux | 416 | $624.00 |
| 12/18/03 | 2.50 | Conference call with Craig Cleaver and PwC Germany team regarding scope of testing.  Drafted e-mail including international instructions, procedures performed by corporate (US) SPA team, preliminary issues noted to German team | 416 | $1,040.00 |
| 12/19/03 | 0.10 | Talk to Nina Govic and Cheryl Frick about Statement of Auditing Standards 99 testing / materiality | 416 | $41.60 |
| | 0.50 | Review Statement of Auditing Standards 99 files received from client, and provide to data management | 416 | $208.00 |
| **Totals** | **19.70** | | | **$8,195.20** |
| **SARBANES OXLEY RELATED TIME** | | | | |
| 12/04/2003 | 0.70 | PwC internal meeting to discuss review of Sarbanes documentation | 416 | $    291 |
| | 3.00 | PwC meeting with Grace Sarbanes team to discuss project and questions of work | 416 | $  1,248 |
| | 0.80 | PwC internal meeting after meeting with Grace to discuss next steps of Sarbanes review for following two weeks | 416 | $    333 |
| 12/04/03 | 6.00 | Participation in meeting with Internal Audit and PwC to review work performed for Mexico pilot of Sarbanes Oxley | 416 | $2,496.00 |
| 12/05/03 | 1.40 | Review and comment on work performed by Internal Audit for Sarbanes Oxley Mexico pilot | 416 | $582.40 |
| 12/08/03 | 1.20 | Review and comment on work performed by Internal Audit for Sarbanes Oxley Mexico pilot | 416 | $499.20 |
| 12/09/03 | 1.70 | Review and comment on work performed by Internal Audit for Sarbanes Oxley Mexico pilot | 416 | $707.20 |
| 12/10/2003 | 1.80 | Conference call with PwC Team regarding Feedback on Pilot | 416 | $    749 |
| | 2.20 | Review and comment on work performed by Internal Audit for Sarbanes Oxley Mexico pilot | 416 | $915.20 |
| 12/11/03 | 2.40 | Review and comment on work performed by Internal Audit for Sarbanes Oxley Mexico pilot | 416 | $998.40 |
| 12/12/2003 | 1.50 | Meeting with overall Grace Internal Audit Team, Protiviti Team, Todd Hutcherson, William Choi, Internal Audit, Craig Cleaver, Cheryl Frick and Nina Govic to review our overall thoughts on the 404 work for the Mexico plant. | 416 | $    624 |
| | 1.80 | Review and comment on work performed by Internal Audit for Sarbanes Oxley Mexico pilot | 416 | $748.80 |
| | 0.30 | Discussion with Craig Cleaver re Sarbanes requirements and focus areas for review of pilot | 416 | $124.80 |
| | **24.80** | | | **$    10,317** |

**W. R. Grace & Co.**
**Time Summary Report**
**Month Ended December 31, 2003**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|------|-------|--------------------------------|-----------|----------|
| **Name: Sandra David** | | | | |
| **12/03/2003** | **1.0** | Work with Jonelle Lippolis on GRMS planning for test of depreciation expense and accounts receivable liquidation | **487** | 487.00 |
| **12/10/2003** | **1.0** | Discuss/review inventory plans and results with Jonelle Lippolis | **487** | 487.00 |
| **12/17/03** | **0.60** | Discuss year-end issues with Rick Brown (Grace) | 487 | 292.20 |
| | | | | 292.20 |
| **Totals** | **2.60** | | | **1,266.20** |

**W. R. Grace & Co.**
**Time Summary Report**
**Month Ended December 31, 2003**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|---|---|---|---|---|
| **Name:  Todd Hutcherson** | | | | |
| **12/01/2003** | 0.80 | Discussion and consultation with German team regarding tax reserves | 569 | $455.20 |
| **12/03/2003** | 0.20 | Discussion with Larry Farmer regarding the Sarbanes Oxley Engagement letter | 569 | $113.80 |
| **12/04/2003** | 0.50 | Discussion with Cheryl Frick on the question regarding taxes from Germany. | 569 | $284.50 |
| **12/05/2003** | 2.00 | Review and sign-off of planning items | 569 | $1,138.00 |
| **12/09/2003** | 0.30 | Discuss fraud interviews with Larry Farmer | 569 | $171 |
| **12/11/2003** | 0.20 | Discuss Fraud with Larry Farmer and William Bishop | 569 | $114 |
| | 1.00 | Meeting with Paul Norris to introduce William Bishop | 569 | $569 |
| | 0.70 | Discussion with Cheryl Frick on EITF 00-10 and review of prior year information. | 569 | $398.30 |
| | 1.10 | Review and consultation regarding CMB/Grace purchase agreement | 569 | $625.90 |
| | 3.00 | Travel and logistics regarding GPC, Legal, and tax reserves | 569 | $1,707.00 |
| **12/12/2003** | 0.80 | CMB debreif and 00-10 research | 569 | $455.20 |
| **12/18/2003** | 0.50 | Discuss year-end timing with Larry Farmer | 569 | $285 |
| | 1.90 | Meeting with Will Choi,  Larry Farmer, Cheryl Frick and William Bishop regarding 2003 audit issues | 569 | $1,081 |
| | 2.20 | Internal meetings to go over current year issues -William Bishop, William Choi, Cheryl Frick | 569 | $1,252 |
| **12/22/2003** | 5.20 | Access action items and prepare for year end fieldwork including assessing Critical Matters | 569 | $2,958.80 |
| **Totals** | **20.4** | | | **$11,607.60** |

**SARBANES OXLEY RELATED TIME**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) | |
|---|---|---|---|---|---|
| **12/03/2003** | 3.00 | Meeting with overall Grace Internal Audit Team, Protiviti Team, Bob Tarola,, Larry Farmer, Bill Bishop, William Choi, Craig Cleaver, Maureen Driscoll and Nina Govic to review the 404 progress to date and the pilot for the Mexico plant. | 569 | $ | 1,707 |
| | 0.40 | Conduct PwC internal debriefing meeting - to discuss strategy and approach | 569 | $ | 228 |
| **12/04/2003** | 3.00 | Meeting with overall Grace Internal Audit Team, Protiviti Team, Cheryl Fick, William Choi, Craig Cleaver and Nina Govic to review the 404 progress to date and the pilot for the Mexico plant. | 569 | $ | 1,707 |
| | 0.5 | Conduct PwC internal debriefing meeting - to discuss strategy and approach | 569 | | 285 |
| | 0.80 | PwC internal meeting after meeting with Grace to discuss next steps of Sarbanes review for following two weeks | 569 | | |
| | 2.70 | reading and comment on Mexican pilot | 569 | $ | 1,536 |
| **12/09/2003** | 0.20 | Discuss Pilot withLarry Farmer | 569 | $ | 114 |
| | 2.80 | compilation of comments for debrief with team | 569 | $ | 1,593 |
| **12/10/2003** | 1.80 | Conference call withPwC Team re: Feedback on Pilot | 569 | $ | 1,024 |
| | 3.80 | Reading of Sarbanes-Oxley 404 requirements and assessment of Grace plan | 569 | $ | 2,162 |
| **12/12/2003** | 1.50 | Meeting with overall Grace Internal Audit Team, Protiviti Team, Cheryl Frick, William Choi, Craig Cleaver, Maureen Driscoll and Nina Govic to review our overall thoughts on the 404 work for the Mexico plant. | 569 | $ | 854 |
| | 1.50 | preparation and debrief call with IA for 404 project | 569 | $ | 854 |
| **12/16/2003** | 1.00 | compilation of comments from debrief call with Grace on 12/12 | 569 | $ | 569 |
| **12/18/2003** | 0.80 | discuss GRMS regarding comments on pilot | 569 | $ | 455 |
| **12/23/2003** | 1.40 | Sarbanes-Oxley 404 discussion with PwC GRMS experts regarding international location site visits | 569 | $ | 797 |

**W. R. Grace & Co.**
**Time Summary Report**
**Month Ended December 31**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|------|-------|--------------------------------|-----------|----------|
| **Name: William Choi** | | | | |
| **12/01/2003** | 3.4 | review of interim audit steps, in areas including deferred charges and insurance receivables | 487 | $ 1,656 |
| | 1.6 | Conduct show me meeting, discuss fraud risks with Carol Pace and document results | 487 | $ 779 |
| | 0.3 | Talk to Nina Govic about the additional payroll testing needed to be performed based on the lack of a 2003 Type II Statements of Auditing Standards 70 report from Ceredian | 487 | 146.10 |
| **12/02/2003** | 2.3 | Review prior year critical matter on bankrupcy update and going concern issues and begin to compose the one for 2003 | 487 | $ 1,120 |
| **12/04/2003** | 0.9 | research issues on reporting commission fees paid (gross vs. net) | 487 | $ 438 |
| **12/05/2003** | 1.9 | Review issue on Davison inventory obsolescene reserve | 487 | $ 925 |
| **12/08/2003** | 1.2 | Review issue on Libby Environmental reserve | 487 | $ 584 |
| **12/09/2003** | 2.4 | Review planning section of the audit database, including assessment of fraud, and preliminary analytics | 487 | $ 1,169 |
| **12/10/2003** | 1.3 | Continue reviewing planning section of the audit database, including responsibility matrix, audit strategy, and control environment | 487 | $ 633 |
| **12/11/2003** | 3.2 | Review internal control cycles, revenue, purchasing and payables, inventory, and consolidation controls | 487 | $ 1,558 |
| | 0.40 | Coordinate year-end  timing with Larry Farmer | 487 | $ 195 |
| **12/15/2003** | 2.4 | Review pension discount rate memo, and industry data, review prior year audit steps and identify current year specialist for assistance | 487 | $ 1,169 |
| **12/16/2003** | 0.8 | prepare current year issues list, for some prepare draft memos | 487 | $ 390 |
| | 0.40 | Conversation with Cheryl Frick in regards to the scheduling for Grace. | 487 | $ 194.8 |
| | 0.50 | Discussion with Cheryl Frick on the Remedium trip. | 487 | $ 243.5 |
| **12/17/2003** | 1.3 | Review the result of Remedium visit and draft issues list | 487 | $ 633 |
| **12/18/2003** | 1.2 | Review international interim memos and identify current year issues | 487 | $ 584 |
| **12/22/2003** | 0.5 | Meeting with Dave Siegel and Cheryl Frick on the legal letter process and his job responsibilities. | 487 | $ 244 |
| | 0.5 | review international interim memos and identify current year issues | 487 | $ 244 |
| | 1.90 | Meeting with Todd Hutcherson,  Larry Farmer, Cheryl Frick and William Bishop regarding 2003 audit issues | 487 | $ 925 |
| | 2.2 | Internal meetings to go over current year issues - William Bishop, Todd Hutcherson and Cheryl Frick | 487 | $ 1,071 |
| | 0.50 | Conversation with Nina Govic and Cheryl Frick on interim corporate issues. | 487 | $ 244 |
| **12/23/2003** | 1.2 | Conference call with Michael Brown of Grace and Bill Dockman of ART for discussion on intercompany loan and Financial Accounting Standard 52 issues | 487 | $ 584 |
| **Totals** | **32.3** | | | **$ 15,730** |

**SARBANES OXLEY RELATED TIME**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|------|-------|--------------------------------|-----------|----------|
| 03-Dec | 2.5 | S-O 404 dry-run Mexico site kick-off meeting (Grace Internal audit team, Protivity team and PwC team) | 487 | 1,218 |
| 03-Dec | 1.7 | Review of the Mexico internal controls documents (credit and collection, sales order processes) | 487 | 828 |
| 03-Dec | 0.8 | review of general information and project expectations | 487 | 390 |
| 12/03/2003 | 0.4 | Conduct PwC internal debriefing meeting - to discuss strategy and approach | 487 | 195 |

| | | | | |
|---|---|---|---|---|
| 12/04/2003 | 2.3 | Review of the Mexico internal controls documents (credit and collection, sales order processes, capital and maintainance, and payroll) | 487 | 1,120 |
| 12/04/2003 | 2.8 | S-O 404 dry-run Mexico site meeting (Grace Internal audit team, Protivity team and PwC team) | 487 | 1,364 |
| 12/04/2003 | 0.5 | Conduct PwC internal debriefing meeting - to discuss strategy and approach | 487 | 244 |
| 12/08/2003 | 4.3 | Review of the Mexico internal controls documents (credit and collection, sales order processes, capital and maintainance, and payroll) | 487 | 2,094 |
| 12/08/2003 | 3.3 | Review of the Mexico internal controls documents (credit and collection, sales order processes, capital and maintainance, and payroll) and document comments | 487 | 1,607 |
| 12/10/2003 | 1.8 | PwC internal conference call to discuss preliminary review results of controls documentation | 487 | 877 |
| 12/10/2003 | 2.1 | Review of the Mexico internal controls documents (credit and collection, sales order processes, capital and maintainance, and payroll) and document comments | 487 | 1,023 |
| 12/11/2003 | 4.4 | Review of the Mexico internal controls documents (credit and collection, sales order processes, capital and maintainance, and payroll) and document comments | 487 | 2,143 |
| 12/12/2003 | 0.8 | Review of the Mexico internal controls documents (credit and collection, sales order processes, capital and maintainance, and payroll) and document comments | 487 | 390 |
| 12/12/2003 | 1.5 | Meeting with overall Grace Internal Audit Team, Protiviti Team, Todd Hutcherson, William Choi, Craig Cleaver, Maureen Driscoll and Nina Govic to review our overall thoughts on the 404 work for the Mexico plant. | 487 | 731 |
| 12/14/2003 | 1.2 | Revision of personal documentation of the review of the Mexico pilot in preparation for the meeting with Grace Internal Audit. | 487 | 584 |
| | **30.4** | | | **14,805** |

**W. R. Grace & Co.**
**Time Summary Report**
**Month Ended December 31, 2003**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|------|-------|----------------------------------|-----------|----------|
| **Name:  Will Kelly** | | | | |
| **12/01/2004** | 3.10 | Inventory Follow-Up Work (Checklist, Test Counts, Discussion with Salim Hashad, Reconciling with Perpetual Inventory) | 197 | $    611 |
| **12/02/2004** | 1.90 | Inventory Follow-Up Work (Checklist, Test Counts, Discussion with Salim Hashad, Reconciling with Perpetual Inventory) | 197 | $    374 |
| **12/19/2004** | 1.00 | Inventory Follow-Up Work (Checklist, Test Counts, Discussion with Salim Hashad, Reconciling with Perpetual Inventory) | 197 | $    197 |
| **Totals** | **6.00** | | | $    **1,182** |

**W. R. Grace & Co.**
**Time Summary Report**
**Month Ended December 31, 2003**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|---|---|---|---|---|
| **Name: Tom Kalinosky** | | | | |
| 12/01/2003 | 0.5 | Prepare for visit to Grace Memphis office (Remedium) | 723 | $ 362 |
| 12/02/2003 | 0.5 | Prepare for visit to Grace Memphis office (Remedium) | 723 | $ 362 |
| 12/03/2003 | 0.50 | Discussion with Cheryl Frick regarding our planned trip to Remedium in Memphis. | 723 | $ 361.5 |
| 12/08/2003 | 2.0 | Read Grace documentation in preparation for visit | 723 | $ 1,446 |
| 12/09/2003 | 8.0 | All day meetings in Memphis, TN at the locations of Remedium to review environmental reserves and spending to date on various projects with the responsible managers and the Remedium Director and Assistant Director. | 723 | $ 5,784 |
| 12/10/2003 | 8.0 | All day meetings in Memphis, TN at the locations of Remedium to review environmental reserves and spending to date on various projects with the responsible managers and the Remedium Director and Assistant Director. | 723 | $ 5,784 |
| 12/11/2003 | 8.0 | All day meetings in Memphis, TN at the locations of Remedium to review environmental reserves and spending to date on various projects with the responsible managers and the Remedium Director and Assistant Director. | 723 | $ 5,784 |
| 12/22/2003 | 1.0 | Document findings from the Remedium trip | 723 | $ 723 |
| **Totals** | **28.5** | | | **$ 20,606** |

**WR Grace, Inc.**
**Time Summary Report**
**Month Ended December 31, 2003**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|------|-------|--------------------------------|-----------|----------|
| **Name:  Cheryl Frick** | | | | |
| 12/03/2003 | 0.50 | Review of planning analytics prepared by Nina Govic and discussion on the seasonality of sales. | 342 | $ 171.0 |
| | 0.50 | Discussion with Tom Kalinowsky on our planned trip to Remedium in Memphis. | 342 | $ 171.0 |
| | 0.40 | Rescheduling of meetings with Dave Siegel and Dana Guzzo. | 342 | $ 136.8 |
| | 1.30 | Discussion with Michelle Persinger and presentation of information in regards to our trip to Remedium. | 342 | $ 444.6 |
| | 0.70 | Brief review of information received from Lynne Gardner at Remedium. | 342 | $ 239.4 |
| 12/04/2003 | 0.50 | Discussion with Todd Hutcherson on the question regarding taxes from Germany. | 342 | $ 171.0 |
| | 0.70 | Discussion with Dana Guzzo on the Grace international instructions related to disaggregated analytics | 342 | $ 239.4 |
| | 1.40 | Coorespondence with our international teams for clarification on disaggregated analytics. | 342 | $ 478.8 |
| | 0.60 | Environmental testing selection to Lynne Gardner prior to our trip to Memphis. | 342 | $ 205.2 |
| 12/08/2003 | 2.00 | Review of ART & Davison Prepared By Client lists for year end prepared by Aimee Stickley and Maureen Yeager and update of those lists prior to sending to client for review. | 342 | $ 684.0 |
| | 1.70 | Discussion with John Reilly on the ART minority interest liability accounts on company 32's trial balance and a rollforward of these balances. | 342 | $ 581.4 |
| | 0.50 | Discussion with Michelle Persinger on the follow-up questions from the trip to Remedium. | 342 | $ 171.0 |
| 12/09/2003 | 9.00 | All day meetings in Memphis, TN at the locations of Remedium to review environmental reserves and spending to date on various projects with the responsible managers and the Remedium Director and Assistant Director. | 342 | $ 3,078.0 |
| 12/10/2003 | 5.00 | All day meetings in Memphis, TN at the locations of Remedium to review environmental reserves and spending to date on various projects with the responsible managers and the Remedium Director and Assistant Director. | 342 | $ 1,710.0 |
| | 1.60 | Testing of selected environmental spending and follow up with Lynne Gardner as necessary. | 342 | $ 547.2 |
| 12/11/2003 | 4.00 | Review of Davison planning, accruals and other interim testing performed by Aimee Stickley and Maureen Yeager. | 342 | $ 1,368.0 |
| | 0.70 | Discussion with Michael Brown on the environmental reserves and my meetings in Remedium. | 342 | $ 239.4 |
| | 0.30 | Presentation to engagement team on the Q4 2003 internal earnings calls. | 342 | $ 102.6 |
| | 0.70 | Discussion with Todd Hutcherson on EITF 00-10 and review of prior year information. | 342 | $ 239.4 |
| 12/12/2003 | 0.50 | Discussion with Michael Brown surrounding question on 2003 financial statement presentation. | 342 | $ 171.0 |
| | 2.70 | Detailed review of prior year issues / concerns and information know to date (from quarterly work and planning) to prepare for meeting with Larry Farmer on 12/22. | 342 | $ 923.4 |
| 12/16/2003 | 0.60 | Follow up with engagement team and discussion with Maureen Yeager on the results of our 404 review and presentation of this info to Dana Guzzo. | 342 | $ 205.2 |
| | 0.40 | Conversation with William Choi in regards to the scheduling for Grace. | 342 | $ 136.8 |
| | 0.50 | Discussion with William Choi on the Remedium trip. | 342 | $ 171.0 |
| 12/22/2003 | 1.90 | Meeting with Todd Hutcherson,  Larry Farmer, William Bishop, and William Choi regarding 2003 audit issues | 342 | $ 650 |
| | 2.2 | Internal meetings to go over current year issues - William Bishop, Todd Hutcherson and William Choi | 342 | $ 752 |
| | 0.30 | Convsersation with Nina Govic on 2003 legal request letters. | 342 | $ 102.6 |
| | 0.50 | Meeting with Dave Siegel and William Choi on the legal letter process and his job responsiblities. | 342 | $ 171.0 |
| | 0.50 | Conversation with Nina Govic and William Choi on interim corporate issues. | 342 | $ 171.0 |
| | 0.80 | Review summary of international interim results | 342 | $ 273.6 |
| | 0.30 | Coorespondence with our team in France in regards to the affect of the LSF Securities Act. | 342 | $ 102.6 |
| 12/24/2003 | 0.60 | Detailed review of sign-offs steps within the database (planning and such). | 342 | $ 205.2 |
| | 0.30 | Presentation of the November 2003 Financial Report to the engagement team for review. | 342 | $ 102.6 |
| | 0.80 | Coorespondence with Larry Farmer, Todd Hutcherson and William Choi in regards to their review of the planning section of the database in preparation for the year end audit. | 342 | $ 273.6 |
| **Totals** | **45.00** | | | **$ 15,390** |
| **SARBANES OXLEY RELATED TIME** | | | | |
| 12/03/2003 | 3.00 | Meeting with overall Grace Internal Audit Team, Protiviti Team, Bob Tarola, Larry Farmer, Bill Bishop, Todd Hutcherson, William Choi, Craig Cleaver, Maureen Driscoll and Nina Govic to review the 404 progress to date and the pilot for the Mexico plant. | 342 | $ 1,026 |
| 12/04/2003 | 3.00 | Meeting with overall Grace Internal Audit Team, Protiviti Team, Todd Hutcherson, William Choi, Craig Cleaver and Nina Govic to review the 404 progress to date and the pilot for the Mexico plant. | 342 | $ 1,026 |
| | 1.00 | Individual review of the accounts payable cycle and the documentations by internal audit. | 342 | $ 342 |
| | 0.5 | Conduct PwC internal debriefing meeting - to discuss strategy and approach | 342 | $ 171 |
| 12/05/2003 | 6.00 | Review of the payable cycle documentation from WR Grace internal audit for the Mexico plant location and documentation on my questions / concerns. | 342 | $ 2,052 |

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|---|---|---|---|---|
| 12/08/2003 | 3.00 | Review of the inventory cycle documentation from WR Grace internal audit for the Mexico plant location and documentation on my questions / concerns. | 342 | $ 1,026 |
| 12/10/2003 | 1.50 | Review of the inventory cycle documentation from WR Grace internal audit for the Mexico plant location and documentation on my questions / concerns. | 342 | $ 513 |
| 12/12/2003 | 1.50 | Meeting with overall Grace Internal Audit Team, Protiviti Team, Todd Hutcherson, William Choi, Craig Cleaver, Maureen Driscoll and Nina Govic to review our overall thoughts on the 404 work for the Mexico plant. | 342 | $ 513 |
| 12/14/2003 | 1.00 | Revision of personal documentation of the review of the Mexico pilot in preparation for the meeting with Grace Internal Audit. | 342 | $ 342 |
| | **20.50** | | | **$ 7,011** |

**W. R. Grace & Co.**
**Time Summary Report**
**Month Ended December 31, 2003**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|------|-------|--------------------------------|-----------|----------|
| **Name: Nina Govic** | | | | |
| **12/01/2003** | 1.9 | Quarterly revenue charting- comparing revenue on a quarter by quarter basis | 342 | 649.80 |
| | 2.1 | Create revenue charts for 1998-2002 by region | 342 | 718.20 |
| | 1.9 | Create revenue charts for 1998-2002 by operating unit | 342 | 649.80 |
| | 1.5 | | 342 | 513.00 |
| | | work on legal confirmation procedures - selected lawyers based on inclusion in the Q3 2003 legal letter. | | |
| | 0.9 | review draft fraud critical matters | 342 | 307.80 |
| | 0.3 | update the fruad critical matters for my changes noted in the areas of management incentives and pressures and significant/unusual transactions | 342 | 102.60 |
| | 0.3 | Talk to William Choi about the additional payroll testing needed to be performed based on the lack of a 2003 Type II Statements on Auditing Standards 70 report from Ceredian | 342 | 102.60 |
| | 0.2 | Talk to Dana Guzzo about billings and the bankruptcy process. | 342 | 68.40 |
| **12/02/2003** | 0.7 | Review and accept international deliverables provided by Malaysia | 342 | 239.40 |
| | 0.2 | Send follow up notes to Sandy David, Scott Tremble, Aimee Stickley and Nick Stromann for more detail on their time reporting. | 342 | 68.40 |
| | 0.5 | Talk to Larry Farmer and Todd Hutcherson regarding bankruptcy filings - including discussion the Sarbanes-Oxley engagement letter. | 342 | 171.00 |
| | 0.9 | Review Grace's insurance companys' ratings on AMBest.com to assure that insurers included in Grace's model remain soluable. | 342 | 307.80 |
| | | | | 171.00 |
| **12/03/2003** | 0.50 | Review of planning analytics prepared by Cheryl Frick and discussion on the seasonality of sales. | 342 | |
| | 0.70 | Document shipping and receiving documents obtained from the Chicago inventory count. | 342 | 239.40 |
| | 0.70 | Review audit deliverables provided by the Australian team. | 342 | 239.40 |
| | 0.90 | Review audit deliverables provided by the Spanish team. | 342 | 307.80 |
| **12/04/2003** | 0.30 | discuss timing for Grace close with Michael Brown | 342 | 102.60 |
| | 0.50 | discuss Grace Tricosol purchase accounting with Michael Brown | 342 | 171.00 |
| | 0.30 | Discuss with Dana Guzzo the additional fees requested by the team in Thailand. | 342 | 102.60 |
| | 0.20 | Discuss with Maureen Yeager the payroll testing needed to be performed for the year end audit. | 342 | 68.40 |
| | 0.70 | Review payroll testing to determine if efficies could be gained by combining it with the later Grace benefit plan audit. | 342 | 239.40 |
| **12/08/2003** | 0.60 | talk to Pam Estes, Payroll Manager, about the payroll testing to be performed for the 2003 year-end audit. Coordinate time and details. | 342 | 205.20 |
| | 0.20 | Talk to Maureen Yeager about what needs to be obtained from Pam and how to pick her sample. | 342 | 68.40 |
| | 0.40 | Add Payroll Testing steps to the audit Database | 342 | 136.80 |
| | 0.40 | Review of interim bank recoiclations performed by Nicholas Stromann | 342 | 136.80 |
| | 0.60 | Review of deliverable provided by indoneisa for preliminary audit issues identified. | 342 | 205.20 |
| | 0.90 | Finish schedule of divestment reserves | 342 | 307.80 |
| **12/09/2003** | 0.60 | Discuss with Michael Brown the Financial Disclosure Checklist Questions | 342 | 205.20 |
| | 0.70 | Step - Consider use of specialists | 342 | 239.40 |
| | 0.40 | complete step - Consider Grace's use of a service organization. | 342 | 136.80 |
| | 1.60 | Complete step "Understand and evaluate reliability of management's estimates" for risk assessment/planning of the 2003 audit. | 342 | 547.20 |
| | 0.70 | Complete and document "Understand, evaluate and validate effectiveness of management's assignment of authority and responsibility" | 342 | 239.40 |
| | 0.50 | Worked on "Understand, evaluate and validate effectiveness of management's commitment to competence" and documented the response in the 2003 audit database. | 342 | 171.00 |
| | | | | 239.40 |
| **12/10/2003** | 0.70 | Review and research questions emailed to me from Cheryl Frick regarding environmental reserves | 342 | |
| | 1.70 | Research other disclosures from companies which also have asbestos liabilities for Grace | 342 | 581.40 |
| **12/11/2003** | 0.30 | Create 2003 legal confirmation form. | 342 | 102.60 |
| | | | | 171.00 |
| | 0.50 | Update reserve summary sheet listing each Grace reserve, the balance and any changes to the reserve. | 342 | |
| | | | | 923.40 |
| | 2.70 | prepare a reserve summary schedule for presentation to PwC managers and partner detailing each Grace reserve/accrual and the description of that reserve/accural and change from prior year | 342 | |
| | | | | 307.80 |
| **12/18/2003** | 0.90 | prepare a year end issues update for cheryl frick and william choi to present to PwC partners on Grace | 342 | |
| | 0.30 | Convseration with Cheryl Frick on 2003 legal request letters. | 342 | 102.60 |

| | | | | |
|---|---|---|---|---|
| **12/22/2003** | 0.50 | Conversation with Cheryl Frick and William Choi on interim corporate issues. | 342 | 171.00 |
| | 0.7 | Prepare spreadsheet for legal confirmation to be mailed by Grace | 342 | 239.40 |
| **Totals** | **32.10** | | | **$    10,978** |

**SARBANES OXLEY RELATED TIME**

| | | | | | |
|---|---|---|---|---|---|
| | 3.00 | Meeting with overall Grace Internal Audit Team, Protiviti Team, Bob Tarola,, Larry Farmer, Bill Bishop, Todd Hutcherson, William Choi, Craig Cleaver, Maureen Driscoll and Nina Govic to review the 404 progress to date and the pilot for the Mexico plant. | 342 | $ | 1,026 |
| **12/03/2003** | 0.40 | Conduct PwC internal debriefing meeting - to discuss strategy and approach | 342 | $ | 137 |
| | 1.60 | Read through the entire binder presented by Grace to PwC to acquaint myself with the project | 342 | $ | 547 |
| | 3.00 | Meeting with overall Grace Internal Audit Team, Protiviti Team, Todd Hutcherson, William Choi, Craig Cleaver and Cheryl Frick to review the 404 progress to date and the pilot for the Mexico plant. | 342 | $ | 1,026 |
| **12/04/2003** | 0.50 | Conduct PwC internal meeting prior to the Grace presention continuation - to discuss strategy and approach | 342 | $ | 171 |
| | 0.90 | Review the new software used by Grace to perform the Sarbanes review.  Understand how the system organizes testing, processes and the review procedures. | 342 | $ | 308 |
| | 0.80 | PwC internal meeting after meeting with Grace to discuss next steps of Sarbanes review for following two weeks | 342 | $ | 274 |
| | 2.60 | Review the accounts payable process documentation prepared by Grace.  Review the design process, the testing Grace has performed and deficiencies that Grace had noted in the process. | 342 | $ | 889 |
| | 0.70 | Begin review of the inventory section of the documentation process prepared by Grace.  Beginning review of the design process, the testing Grace has performed and deficiencies that Grace had noted in the process. | 342 | $ | 239 |
| | 2.90 | Document a summary of the general points PwC observed during Grace's presentation (on the prior two days) of what they had done to review the accounts payable process and what they had generally done to begin the process. | 342 | $ | 992 |
| **12/05/2003** | 3.20 | Review the procurement process documentation prepared by Grace.  Review the design process, the testing Grace has performed and deficiencies that Grace had noted in the process. | 342 | $ | 1,094 |
| | 1.40 | Research the control testing performed on the procurement and payables process on the Grace Sarbanes 404 computer portal.  Review that information in the portal corresponds with the testing performed and is sufficient to conisder controls are reliable | 342 | $ | 479 |
| | 2.10 | Work on Grace Sarbanes-Oxley portal to access the testing sections of the inventory proces.  Review that information in the portal corresponds with the testing performed and is sufficient to conisder controls are reliable | 342 | $ | 718 |
| **12/08/2003** | 2.60 | Review the inventory process documentation prepared by Grace.  Review the design process, the testing Grace has performed and deficiencies that Grace had noted in the process. | 342 | $ | 889 |
| | 0.30 | Down load Risk and control Matrix from the grace portal and distribute to the members of the team working on the Sarbanes Oxley review | 342 | $ | 103 |
| | 2.50 | Summarize documentation on the deficies found in Grace's Sarbanes plan and the questions raised by Cheryl Frick, Maureen Dricoll and the general findings of the engagement team in order to present to the client and to utilize as a response document | 342 | $ | 855 |
| **12/19/2003** | | | | | |
| | 1.50 | Meeting with overall Grace Internal Audit Team, Protiviti Team, Todd Hutcherson, William Choi, Craig Cleaver, Maureen Driscoll and Cheryl Frick to review our overall thoughts on the 404 work for the Mexico plant. | 342 | $ | 513 |
| **12/12/2003** | **30.00** | | | **$    10,260** | |

**WR Grace, Inc.**
**Time Summary Report**
**Month Ended December 31, 2003**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|------|-------|--------------------------------|-----------|----------|
| **Name:  Jonelle Lippolis** | | | | |
| 12/03/2003 | 1.0 | Work with Sandy David on GRMS planning for test of depreciation expense and accounts receivable liquidation | 349 | $   349.00 |
| | 0.9 | Talk to Grace about the timing and dates of their inventory takings. | 349 | $   314.10 |
| | 0.3 | Obtain staffing resources for Grace inventory counts | 349 | $   104.70 |
| 12/10/2003 | 1.0 | Discuss/review inventory plans and results with Sandy David | 349 | $   349.00 |
| | 0.7 | Update plans for inventory testing after discussion with Sandy David | 349 | $   244.30 |
| 12/19/2003 | 0.1 | Review emial send from invnetory taker in California on the resulsts of the counts | 349 | $    34.90 |
| | 0.2 | Review two additional e-mails received from count takers | 349 | $    69.80 |
| | 2.8 | Compile information received from all test count sites for inclusion in the year end audit database | 349 | $   977.20 |
| | **7.0** | | | |

**WR Grace, Inc.**
**Time Summary Report**
**Month Ended December 31, 2003**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|------|-------|---------------------------------|-----------|----------|
| **Name: Bianca Rodriguez** | | | | |
| **12/15/2003** | 0.7 | Introduced myself to inventory supervisor, and got myself acquainted with the inventory counting procedures. | $ 197.00 | $ 137.90 |
| | 0.6 | Filled out the beginning of the Inventory Observation checklist, to note the types of inventory that was being counted, and asked questions regarding any special classes of inventory taken into consideration in the count | $ 197.00 | $ 118.20 |
| | 0.3 | Talked to Inventory supervisor regarding the inventory cut-off procedures being used, to ensure goods received and goods shipped at the start of the inventory were properly included/excluded from the inventory count. | $ 197.00 | $ 59.10 |
| | 0.4 | Talked to the employees involved in the inventory count understand their familiarity with the inventory items, | $ 197.00 | $ 78.80 |
| | 0.2 | Obtained written Policies for inventory count input procedures, as well as the perpetual system inventory list. | $ 197.00 | $ 256.10 |
| | 1.3 | started making the selections from the report  to be tested at the end of the inventory count. | | |
| | 4.0 | Oberved inventory count to ensure the proper procedures were being followed by observing the employees were counting the items appropriately, and if using estimates understand the procedures to do so.  Also, after certain areas were done, I would scan through it to ensure all inventory items in the area had been properly included in the count. | $ 197.00 | $ 788.00 |
| | 0.5 | Documented the procedures observed during the inventory count. | | |
| **12/16/2003** | 1.0 | Observed inventory count procedures used to detect significant variances from the quantitiescount versus the perpetual system. | $ 197.00 | $ 197.00 |
| | 0.3 | Discussed with employees involved in inventory count, as well as inventory supervisor (Bob Doyle) regarding the specific procedures in place to correct the errors, and to ensure the inventory count has been completed. | $ 197.00 | $ 59.10 |
| | 0.3 | Completed inventory checklist to note procedures used to detect the errors encountered after the inventory count was finished. | $ 197.00 | $ 59.10 |
| | 0.8 | Scanned through the floor to ensure completeness of inventory count performed. | $ 197.00 | $ 157.60 |
| | 1.0 | Performed inventory test count, using the selections made from the report. | $ 197.00 | $ 197.00 |
| | 0.6 | Made selections for inventory test count of inventory items selected from the floor, | $ 197.00 | $ 118.20 |
| | 1.0 | Performed test count to be compared with the final report. | | |
| **12/22/2003** | 1.0 | Compared test counts with the final inventory count report received from the client, to ensure the accuracy, existence, and completeness of the inventory items included in the system. | $ 197.00 | $ 197.00 |
| **Totals** | **14.0** | | | **$ 2,423.10** |

**WR Grace, Inc.**
**Time Summary Report**
**Month Ended December 31, 2003**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|---|---|---|---|---|
| **Name:  Scott Tremble** | | | | |
| 12/15/2003 | 0.4 | Review detail for Other Asset account Reusable Totes and document | 197 | $    79 |
| **Totals** | **0.4** | | | $    **79** |

**W. R. Grace & Co.**
**Time Summary Report**
**Month Ended December 31, 2003**

| Date | Hours | Description of Services Provided | Bill Rate | | Cost ($) |
|------|-------|--------------------------------|-----------|---|----------|
| **Name:  Brent Fehnel** | | | | | |
| **12/01/03** | 1.4 | Review mapping diagrams with Maureen Driscoll and make updates required as result of review | $ | 279 | $390.60 |
| | 2.6 | Meeting with Tom Finlay and Marty Krist regarding SOAR application controls | $ | 279 | $725.40 |
| | 3.8 | Documentation of SOAR application security controls and testing of controls | $ | 279 | $1,060.20 |
| | 2.2 | Assist other associate on engagement (Joe Meenan) with documentation of control objectives, activities, risks, financial statement assertions | $ | 279 | $613.80 |
| **12/02/03** | 0.1 | Coordinate with audit team to identify correct contact for Davison purchasing and payables monitoring controls testing | $ | 279 | $27.90 |
| | 3.5 | Testing of SOAR changes and documentation of testing performed | $ | 279 | $976.50 |
| | 1.4 | Update SAP security testing with prior year information for comparitive purposes | $ | 279 | $390.60 |
| | 1.8 | Meeting with Marty Krist regarding SOAR changes and SOAR security | $ | 279 | $502.20 |
| | 2.2 | Update documentation of general SAP environment in database | $ | 279 | $613.80 |
| **12/03/03** | 3.8 | Update documentation of SOAR change control and security controls and testing of controls | $ | 279 | $1,060.20 |
| | 2.3 | Update documentation of general IT environment in database | $ | 279 | $641.70 |
| | 2.9 | Review database for outstanding items and communicate status of work performed and outstanding issues with Craig Cleaver and Maureen Driscoll | $ | 279 | $809.10 |
| **12/04/03** | 3.8 | Create initial draft of report and send to Maureen Driscoll | $ | 279 | $1,060.20 |
| | 2.2 | Update prior year issues in for status update in 2003 report | $ | 279 | $613.80 |
| **12/05/03** | 2.4 | Review SOAR change management procedures and testing performed for SOAR change control with Maureen Driscoll | $ | 279 | $669.60 |
| | 1.6 | Communicate with client contacts (Greg Covington, Marty Krist) to discuss potential issues noted to date | $ | 279 | $446.40 |
| **12/08/03** | 1.0 | Review questions left in database in SAP security and change control sections | $ | 279 | $279.00 |
| **12/09/03** | 2.6 | Update SAP security section in database for Maureen Driscoll's questions | $ | 279 | $725.40 |
| | 1.4 | Update SAP change control section in database for Maureen Driscoll's questions | $ | 279 | $390.60 |
| **12/10/03** | 0.7 | Review controlled user logs (SAP security) with Maureen Driscoll | $ | 279 | $195.30 |
| | 2.1 | Review database for outstanding items and prepare status document for senior | $ | 279 | $585.90 |
| | 0.9 | Talk to Maureen Driscoll regarding outstanding items and potential issues | $ | 279 | $251.10 |
| | 1.3 | Update database to reflect current status and answer outstanding questions from senior | $ | 279 | $362.70 |
| **Totals** | **48.00** | | | $ | **13,392** |

**WR Grace, Inc.**
**Time Summary Report**
**Month Ended December 31, 2003**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|---|---|---|---|---|
| **Name:  Brian Krisch** | | | | |
| **12/09/2003** | 4.4 | Formatted and footed Davison Account Receivable files | 348 | $ 1,531.20 |
| | 1.6 | Updated Davison Account Receivable ACL program | 348 | $ 556.80 |
| **12/10/2003** | 3.2 | Formatted and footed GPC Accounts Receivable files | 348 | $ 1,113.60 |
| | 4.8 | Updated GPC Accounts Receivable ACL program | 348 | $ 1,670.40 |
| **12/11/2003** | 2.7 | Formatted and footed Davison Fixed Asset trial balances | 348 | $ 939.60 |
| | 5.3 | Updated Davison Fixed Asset ACL program | 348 | $ 1,844.40 |
| **12/16/2003** | 3.3 | Finished updating Davison Accounts Receivable ACL program | 348 | $ 1,148.40 |
| | 4.7 | Generated and analyzed GPC liquidation reports | 348 | $ 1,635.60 |
| **12/17/2003** | 2.2 | Finished updating GPC Accounts Receivable ACL program | 348 | $ 765.60 |
| | 5.8 | Generated and analyzed GPC liquidation reports | 348 | $ 2,018.40 |
| **Total** | **38** | | | **$ 13,224.00** |

**WR Grace, Inc.**
**Time Summary Report**
**Month Ended December 31, 2003**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|---|---|---|---|---|
| **Name:  Joseph Meenan** | | | | |
| **12/05/2003** | 0.4 | Updated documentation in the purchsing and payables section of the database. | 279 | $ 112 |
| | 1.3 | Updated documentation in the monitoring of operational controls section of the database. | 279 | $ 363 |
| | 0.3 | Updated documentation in the revenue and receivables section of the database. | 279 | $ 84 |
| **Totals** | **2.0** | | | **$ 558** |

**WR Grace, Inc.**
**Time Summary Report**
**Month Ended December 31, 2003**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|------|-------|--------------------------------|-----------|----------|
| **Name:  Bethanie Lydon** | | | | |
| 12/01/2003 | 0.60 | Correspondence with Grace Hatfield PA location on Inventory follow up items, | $  232.00 | $  139.20 |
| | 1.20 | review of follow up items received (shipping/ receiving/ inventory adjustment detail.) | $  232.00 | $  278.40 |
| | 3.20 | Documentation of testing performed and items received in the database and creation/correspondence of follow up questions to Hatfield. | $  232.00 | $  742.40 |
| 12/02/2003 | 0.80 | Review of follow up questions with client at Hatfield PA and and | $  232.00 | $  185.60 |
| | 0.60 | creation/correspondence of items still open form interim testing in Cambridge | $  232.00 | $  139.20 |
| | 0.60 | review of Lower Cost or Market and Finished Goods testing open items received (invoice copies). | $  232.00 | $  139.20 |
| 12/04/2003 | 0.80 | Correspondence with client on items still open from interim testing, and detemine when PwC willl be able to obtain them. | $  232.00 | $  185.60 |
| | **7.80** | | | **$  1,809.60** |
| **Totals** | | | | |

**WR Grace, Inc.**
**Time Summary Report**
**Month Ended December 31, 2003**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|------|-------|----------------------------------|-----------|----------|
| **Name:  Jessica Bader** | | | | |
| 12/19/2003 | 0.1 | Phone call to client to request final support for cut off testing for inventory observation | 273 | 27.3 |
| 12/19/2003 | 0.8 | Final review and documentation of cutoff support for inventory observation | 273 | 218.4 |
| 12/19/2003 | 0.1 | Compose email to Janelle with final inventory observation documentation; get information together to send to Boston office with final observation documentation. | 273 | 27.3 |
| **Totals** | **1.0** | | | **$      273** |

**WR Grace, Inc.**
**Time Summary Report**
**Month Ended December 30, 2003**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|------|-------|--------------------------------|-----------|----------|
| **Name:  Aimee Stickley** | | | | |
| **12/01/2003** | 0.3 | Updating WR Grace international deliverables | **270** | $  81.00 |
| **12/02/2003** | 1.2 | WR GRACE - international details - reviewing maureen Yeager's emails and going over items received to see which units were outstanding (including a 15 minute discussion with Maureen Yeager) | **270** | $  324.00 |
| | 0.7 | Updating Davison Prepared By Client listing for year end work | **270** | $  189.00 |
| **12/03/2003** | 0.4 | Discussion with Maureen Yeager on open items cash | **270** | $  108.00 |
| | 0.5 | Grace Prepared By Client - updating account numbers - reviewing last years requests with interim requests, look at testing items for year end. | **270** | $  135.00 |
| | 0.4 | reviewing prepaids, including advances /deposits accounts | **270** | $  108.00 |
| | 0.4 | reviewing accounts receivables, particularly the confirmation log and account details | **270** | $  108.00 |
| | 0.4 | reviewing Account Payable fluctuations from prior year to interim testing period. | **270** | $  108.00 |
| | 0.8 | inventory work, documentation of materials on the inventory observation. | **270** | $  216.00 |
| **12/04/2003** | 0.3 | reviewing grace database - correcting the replication errors | **270** | $  81.00 |
| | 0.5 | sending and compiling all the inventory Prepared By Client items for Maureen Yeager | **270** | $  135.00 |
| | 0.3 | discussion with maureen yeager on open items in database | **270** | $  81.00 |
| **12/09/2003** | 0.3 | International deliverable question for Singapore | **270** | $  81.00 |
| | 0.2 | Reviewing the Grace Prepared By Client list | **270** | $  54.00 |
| **12/11/2003** | 0.2 | Prepared By Client email to cheryl Frick | **270** | $  54.00 |
| **12/13/2003** | 0.3 | Davison Accounts Receivable | **270** | $  81.00 |
| | 0.2 | reviewing prepaid expenses- the advances and deposit update/explanation made by maureen yeager | **270** | $  54.00 |
| | 0.2 | Reviewing the rest of the database for open items. | **270** | $  54.00 |
| | 0.7 | Property Plant and Equipment - reviewing repairs and maintenance | **270** | $  189.00 |
| | 0.8 | Property Plant and Equipment testing | **270** | $  216.00 |
| **12/14/2003** | 0.3 | Property Plant and Equipment testing and documentation | **270** | $  81.00 |
| | 2.7 | Documenting and reviewing the sampling documentation for all the Davison testing | **270** | $  729.00 |
| **12/15/2003** | 0.3 | looking for in-house legal letter for maureen yeager | **270** | $  81.00 |
| **12/17/2003** | 0.3 | Discuss with Maureen Yeager - international information, email update for coaching notes - call about info | **270** | $  81.00 |
| **Totals** | **12.7** | | | **$  3,429.00** |

**WR Grace, Inc.**
**Time Summary Report**
**Month Ended December 31, 2003**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|---|---|---|---|---|
| **Name: Michael Mccarvel** | | | | |
| **12/09/2003** | 2.40 | Interview Brian Freeman to complete physical inventory observation checklist | 174 | 417.6 |
| | 1.00 | Tour of Darex division warehouses in San Leandro, CA | 174 | 174 |
| | 5.60 | Completion of test counts during inventory observation. | 174 | 974.4 |
| | 1.00 | Interview Sue Diets to gain understanding of reconcilation of variances | 174 | 174 |
| **12/10/2003** | 6.50 | Documentation of inventory observation | 174 | 1131 |
| **Totals** | **16.5** | | | **2871** |

**W. R. Grace & Co.**
**Time Summary Report**
**Month Ended December 31, 2003**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|------|-------|--------------------------------|-----------|----------|
| **Name: Nicholas Stromann** | | | | |
| 12/22/2003 | 0.5 | Discussion with Maureen Yeager to be understand remainder of work needed to be completed for the period. | 197 | 98.5 |
| | 1.3 | Agree SAP to SOAR on Lead Schedules within the database - comparing the accounting system to the consolidation system. | 197 | 256.1 |
| | 0.2 | Review with Maureen Yeager inventory observation documentation | 197 | 39.4 |
| | 0.8 | Review Prior Year and Current Year inventory steps to prepare to complete | 197 | 157.6 |
| | 3 | Documenting Inventory Observation steps-tie-out countsheet and detailed lists to SAP; produce spreadsheet with conclusions | 197 | 591 |
| | 0.2 | Review with Maureen Yeager Inventory Cutoff testing | 197 | 39.4 |
| | 0.8 | Compiled open items for inventory and called and e-mailed Larry Breaux | 197 | 157.6 |
| | 1.2 | Selected inventory items for cutoff testing, e-mail to Larry Breaux | 197 | 236.4 |
| 12/23/2003 | 3 | Update Accountants' Awareness Letter, Management Representation Letter, Audit Opinion, Consent Letter, and Letter to Bob Tarola and insert them into the database | 197 | 591 |
| | 0.5 | Complete "non-public entity" steps in section 8900 of the PwC audit database. | 197 | 98.5 |
| | **11.5** | | | **$    2,266** |

**WR Grace, Inc.**
**Time Summary Report**
**Month Ended December 31, 2003**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|------|-------|--------------------------------|-----------|----------|
| **Name:  Stefanie McClain** | | | | |
| **12/05/2003** | 6.6 | Physical Inventory Observation - observe Grace's inventory taking, perform test counts | 197 | $    1,300 |
| **12/23/2003** | 0.5 | Finish the inventory check-list, test count spreadsheet and send to Jonelle Lippolis | 197 | $    99 |
| | **7.1** | | | **$    1,399** |

**W. R. Grace & Co.**
**Time Summary Report**
**Month Ended December 31, 2003**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|---|---|---|---|---|
| **Name:  Maureen Yeager** | | | | |
| **12/01/2003** | 1.50 | Confirmation Process- began creating documents and sending to respective parties, confirmations are sent to banks and other external vendors. | 232 | $    348.00 |
| | 1.20 | Communication file maintenance: corresponsdence with international team members, accepting and reviewing deliverables | 232 | $    278.40 |
| | 1.20 | Help sort out global independence - Gems database with GTS | 232 | $    278.40 |
| | 0.90 | Review fixed asset rollforward for Davison and tie it to the general ledger | 232 | $    208.80 |
| | 0.30 | Follow up with John Reilly with questions of the fixed asset rollforward and variances from the general ledger | 232 | $     69.60 |
| | 0.70 | Using the fixed asset rollforward, perform depreciation reasonableness testing. | 232 | $    162.40 |
| | 1.40 | updated our understanding of Grace Davison's business and industry, but obtaining information from chemical industry sources and benchmarking tools | 232 | $    324.80 |
| | 0.80 | Discuss with John Reilly (Grace) the open items listing to be prepared by client for the interim testing. | 232 | $    185.60 |
| **12/02/2003** | 1.40 | Confirmation Process- began creating documents and sending to respective parties | 232 | $    324.80 |
| | 0.40 | Talk to Aimee Stickley about the communications from international teams. | 232 | $     92.80 |
| | 0.80 | Communication file maintenance - draft emails to send to international members regarding deliverables | 232 | $    185.60 |
| | 2.10 | Maintenance on the Independence process - keep current with team members added to team | 232 | $    487.20 |
| | 2.20 | Obtaining and reviewing prior year files for information on asbestos related claims. | 232 | $    510.40 |
| **12/03/2003** | 0.40 | Discussion with A. Stickley (PWC) on open items cash | 232 | $     92.80 |
| | 2.30 | Created document on naviagating the communications file for use by other team members, mapping of the international teams to the respecitive deliverables and updating directions for teams to report and international instructions on deliverables. | 232 | $    533.60 |
| | 1.60 | reviewed external files ( in house legal letters) and reviewed for prior year letters sent to be resent for the 2003 audit. | 232 | $    371.20 |
| | 0.80 | Chose additions from Grace's addtions ledger for fixed asset addtion testing. | | |
| | 0.40 | Give fixed asset selections to Bill Kelly to pull the detail | | |
| | 0.80 | Communication file maintenance: corresponsdence with international team members. Accepting deliverable 3 due on 12/2/2003 | 232 | $    185.60 |
| | 0.90 | Coordinate with data management and audit team (Nina Govic and Maureen Yeager) to resolve differences in Computer-Assisted Audit Technique balances | 232 | $    208.80 |
| **12/04/2003** | 0.20 | Discuss with Nina Govic the payroll testing needed to be performed for the year end audit. | 232 | 46.40 |
| | 0.40 | Discussion with Pam Estes in Payroll regaring updated payroll testing procedures. | 232 | $     92.80 |
| | 1.90 | Choose sample of Grace employees for payroll testing from the June 2003 payroll register. | 232 | $    440.80 |
| | 0.30 | discussion with A. Stickley (PwC) on open items in database | 232 | $     69.60 |
| | 1.20 | Test additions to Grace Construction in Progress account | 232 | $    278.40 |
| | 0.80 | Review FAS 34 capitalized interested on the construction in progress amounts. | | |
| | 1.10 | Communication file maintenance: corresponsdence with international team members. Review all deliverable 3's submitted by teams and summarize the results. | 232 | $    255.20 |
| **12/05/2003** | 1.30 | Communication file maintenance: corresponsdence with international team members. Send reminder emails to teams that have not responded and send emails to teams requesting further clairification. | 232 | $    301.60 |
| | 0.70 | Obtain the intanglible asset rollforward and agree the amounts to the general ledger | 232 | $    162.40 |

| | | | | |
|---|---|---|---|---|
| | | Test amortization of intangible asset balances  - compare to prior year and recalculate | | |
| | 0.60 | discuss with John Reilly addtions to the intangible asset account. | 232 | $ 139.20 |
| | 0.70 | | 232 | $ 162.40 |
| | 1.30 | Document work performed in the intangibles asset testing section of the database and complete section. | 232 | $ 301.60 |
| 12/08/2003 | 0.20 | Talk to Nina Govic about what needs to be obtained from Pam Estes, Grace Payroll and how to pick an additional sample for testing. | 232 | $ 46.40 |
| | 0.90 | Communication file maintenance: corresponsdence with international team members. Review email responses from teams. | 232 | $ 208.80 |
| 12/10/2003 | 2.10 | AR confirmations follow ups (emails and faxes) to Grace customers who have not replied to the request for information. | 232 | $ 487.20 |
| | 0.60 | Talk to Larry Marchman, Grace AR about confirmations that have not yet been confirmed to get client information. | 232 | $ 139.20 |
| | 0.70 | Communication file maintenance: corresponsdence with international team members | 232 | $ 162.40 |
| | 1.60 | documentation of open questions for Advances and Deposits in the 2003 database | 232 | $ 371.20 |
| | 2.40 | Researching SOP 90-7 for terms of financial reporting. | 232 | $ 556.80 |
| 12/11/2003 | 1.80 | documentation of open questions for Advances and Deposits, working with John Reilly at Grace to obtain additional information. | 232 | $ 417.60 |
| | 0.60 | Review third quarter legal letter and obtain update on legal matters for year end auditing procedures. | 232 | $ 139.20 |
| | 0.50 | Review changes in the investment in subsiadaires and affiliates account | 232 | $ 116.00 |
| | 2.10 | Perform substantive analytical procedures on Grace's deferred charges balanes and record the results | 232 | $ 487.20 |
| 12/12/2003 | 1.10 | AR confirmations  review the responses received from Grace's vendors. | 232 | $ 255.20 |
| | 1.80 | Discuss variances between the responses received in the AR confirmation forms and the actual AR balances with Larry Marchman, Grace AR | 232 | $ 417.60 |
| | 1.30 | Independence database upkeep and submission and coordination of all independence confirmations of team members for international team members | 232 | $ 301.60 |
| | 2.20 | Update information for the Grace engagment in the Global Entity Management System. | 232 | $ 510.40 |
| | 4.60 | Chose sample selection for Remedium environmental spending tesitng. | 232 | $ 1,067.20 |
| 12/15/2003 | 2.10 | communication database upkeep includes daily correspondence, accepting deliverables, filing, and following up with international team members on all outstanding correspondence | 232 | $ 487.20 |
| | 2.70 | Accruals documentation for Davison | 232 | $ 626.40 |
| | 1.40 | Independence database upkeep and submission and coordination of all independence confirmations of team members | 232 | $ 324.80 |
| | 3.20 | Review information retured from the sample of Remedium environmental spending testing. | 232 | $ 742.40 |
| 12/16/03 | 1.90 | communication database upkeep includes daily correspondence, accepting deliverables, filing, and following up with international team members on all outstanding correspondence | 232 | $ 440.80 |
| | 1.30 | Accruals documentation for Davison, document the background information on each type of accrual that Davison has | 232 | $ 301.60 |
| | 2.30 | inventory documentation for Davison - document the results of the inventory taking at Elkridge, MD | 232 | $ 533.60 |
| | 0.90 | Obtain data necessary to test the inventory lower of cost or market testing for inventory valuation purposes. | 232 | $ 208.80 |
| | 0.70 | Finalize documentation from inventory observation at Curtis Bay, MD | 232 | $ 162.40 |
| | 0.60 | Follow up with engagement team and discussion with Cheryl Frick on the results of our 404 review and presentation of this info to Dana Guzzo. | 232 | $ 139.20 |
| 12/17/2003 | 0.30 | Discuss with A. Stickley (PwC) - international info, email update for coaching notes - call about info | 232 | $ 69.60 |
| | 1.70 | communication database upkeep includes daily correspondence, accepting deliverables, filing, and following up with international team members on all outstanding correspondence | 232 | $ 394.40 |
| | 0.70 | following up on outstanding AP fluxes, discuss matter with John Reilley | 232 | $ 162.40 |
| | 0.90 | Document the AP flux in the PwC audit database. | 232 | $ 208.80 |

|  |  |  |  |  |
|---|---|---|---|---|
|  | 2.40 | inventory documentation for Davison - document testing surrounding the obsolsence reserve, and testing of the adequacy of the reserve. | 232 | $ 556.80 |
| 12/22/2003 | 0.50 | Discussion w/Nick Stromann to pass low level testing down to Nick. | 232 | $ 116.00 |
|  | 0.40 | Call John Port at Grace to obtain a listing of the lawyers that Grace has paid in 2003 sorted by dollar amounts. |  |  |
|  | 0.80 | Review with Nick Stromann inventory observation documentation from Nick's Lake Charles inventory taking | 232 | $ 185.60 |
|  | 0.90 | Review with Nick Stromann Inventory Cutoff testing - read his step and give him guidences for performing additonal procedures and documentation. | 232 | $ 208.80 |
|  | 1.60 | communication database upkeep includes daily correspondence, accepting deliverables, filing, and following up with international team members on all outstanding correspondence | 232 | $ 371.20 |
|  | 2.30 | following up on outstanding accrual balance fluxes, talk to John Reilly and doucment our testing and flux detials. | 232 | $ 533.60 |
| 12/23/2003 | 3.00 | traced and agreed the reported balances per SAP to the reported balances per SOAR for WR Grace Corporate company 80 | 232 | $ 696.00 |
|  | 1.10 | communication database upkeep includes daily correspondence, accepting deliverables, filing, and following up with international team members on all outstanding correspondence | 232 | $ 255.20 |
|  | 2.40 | SOAR vs SAP reconciliation for Davison - follow up on differences between the data in SOAR and the data contained in SAP with Barb Summerson (Grace) | 232 | $ 556.80 |
|  | 1.20 | Review the legal expense for the year listing provided by John Port and all attorneys to which Grace has paid over $500k |  |  |
|  | 1.60 | November bankruptcy filing for all team members | 232 | $ 371.20 |
| 12/24/03 | 2.30 | Perform inventory lower of cost or market testing  and document the testing in the PwC audit database. | 232 | $ 533.60 |
|  | 6.20 | SOAR vs SAP reconciliation for Davison - comparison of accounts in the SOAR consolidation system to the general ledger in SAP | 232 | $ 1,438.40 |
| Totals | 104.50 |  |  |  |