**W. R. Grace & Co.**
**Time Summary Report**
**Month Ended December 31, 2003**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|---|---|---|---|---|
| **Maureen Driscoll** | | | | |
| 12/10/2004 | 2.00 | Time reporting November; includes time for obtaining timesheets and reporting time for associate no longer with the firm | 416 | $832.00 |
| | 0.40 | Compilation of expense reports and timesheets for associate no longer with the firm | 416 | $166.40 |
| **Cheryl Frick** | | | | |
| 12/24/2004 | 0.20 | Expense report info for December to Nina Govic for Bankruptcy Reporting. | 342 | $ 68.4 |
| 12/03/2004 | 1.60 | Documentation of time for Bankrupcty Reporting. | 342 | $ 547.2 |
| **Nina Govic** | | | | |
| 12/10/2004 | 0.70 | Work on my time and expense report for November 2003 | 342 | 239.40 |
| 12/09/2003 | 0.30 | November 2003 Time and Expense | 342 | 102.60 |
| 12/08/2004 | 0.40 | Bankruptcy court expense reporting | 342 | 136.80 |
| 12/02/2004 | 0.7 | Work on time and expense reporting for October 2003 - review of the compliation of data sent to the courts for individuals time and expense. | 342 | 239.40 |
| 12/19/2003 | 1.20 | Finish October 2003 Time and Expense filing | 342 | 410.40 |
| 12/10/2003 | 0.60 | Review November Time and Expense with Larry Farmer and send reporting package to attorney's for filing | 342 | 205.20 |
| **Scott Tremble** | | | | |
| 12/15/2003 | 0.1 | Prepare time for submission for the month of November | 197 | $ 20 |
| **Nick Stromann** | | | | |
| 12/23/2003 | 0.5 | Update November Bankruptcy Time and Expense Reporting | 197 | 98.5 |
| **Adrian Mihalko** | | | | |
| | 0.1 | Bankruptcy Reporting - time detail reporting and expense reporting for November 2003 | 197 | $ 20 |
| **Larry Farmer** | | | | |
| 12/10/2003 | 0.60 | Review 10/03 Fee Application along with Nina Govic | 743 | $ 446 |
| **Bethanie Lyndon** | | | | |
| 12/15/2003 | 1.00 | Creation/compilation of detail Time and Expense report sent to Nina Govic and Compilation/Completion of inventory testing documentation and support. | 232.00 | $ 232.00 |
| 12/04/2003 | 0.20 | Creation of performance objectives for engagement evaluation, | 232.00 | $ 46.40 |
| **Maureen Yeager** | | | | |
| 12/02/2003 | 1.90 | October bankruptcy filing for all team members | 232 | $ 440.80 |
| 12/03/2003 | 2.1 | October bankruptcy filing for all team members | 232 | $ 487.20 |
| 12/23/03 | 2.3 | November bankruptcy filing for all team members - review time and expense submitted and prepare for submission to the courts. | 232 | $ 533.60 |
| | | Total Cost of Time Tracking | | $5,271.50 |
| | | Less 55% rate reduction | | $2,899.33 |
| | | **Total Cost of Tracking Time Billed to Grace** | | **$2,372.18** |
| | | **Total Hours Spent** | | **16.90** |