| Date | Title | Total | Description |
|---|---|---|---|

**CONSOLIDATED AUDIT - December 2003**
**EXPENSE DETAIL -**

| | Date | Title | Total | Description |
|---|---|---|---|---|
| **Maureen Yeager** | 12/01/2003 | Audit Associate | $ 28.80 | Personal Car Mileage in excess of daily commute (80 miles *.36) |
| | 12/02/2003 | Audit Associate | $ 28.80 | Personal Car Mileage in excess of daily commute (80 miles *.36) |
| | 12/03/2003 | Audit Associate | $ 28.80 | Personal Car Mileage in excess of daily commute (80 miles *.36) |
| | 12/04/2003 | Audit Associate | $ 28.80 | Personal Car Mileage in excess of daily commute (80 miles *.36) |
| | 12/08/2003 | Audit Associate | $ 28.80 | Personal Car Mileage in excess of daily commute (80 miles *.36) |
| | 12/09/2003 | Audit Associate | $ 28.80 | Personal Car Mileage in excess of daily commute (80 miles *.36) |
| | 12/10/2003 | Audit Associate | $ 28.80 | Personal Car Mileage in excess of daily commute (80 miles *.36) |
| | 12/11/2003 | Audit Associate | $ 28.80 | Personal Car Mileage in excess of daily commute (80 miles *.36) |
| | 12/12/2003 | Audit Associate | $ 28.80 | Personal Car Mileage in excess of daily commute (80 miles *.36) |
| | 12/15/2003 | Audit Associate | $ 28.80 | Personal Car Mileage in excess of daily commute (80 miles *.36) |
| | 12/16/2003 | Audit Associate | $ 28.80 | Personal Car Mileage in excess of daily commute (80 miles *.36) |
| | 12/17/2003 | Audit Associate | $ 28.80 | Personal Car Mileage in excess of daily commute (80 miles *.36) |
| | 12/18/2003 | Audit Associate | $ 28.80 | Personal Car Mileage in excess of daily commute (80 miles *.36) |
| | 12/19/2003 | Audit Associate | $ 28.80 | Personal Car Mileage in excess of daily commute (80 miles *.36) |
| | 12/22/2003 | Audit Associate | $ 28.80 | Personal Car Mileage in excess of daily commute (80 miles *.36) |
| | 12/23/2003 | Audit Associate | $ 28.80 | Personal Car Mileage in excess of daily commute (80 miles *.36) |
| | | | **$ 460.80** | |
| **Nick Stromann** | 12/21/2003 | Audit Associate | $ 9.68 | Personal car mileage in excess of daily commute (38 miles *.36 -$4 Metro fare) |
| | 12/22/2003 | Audit Associate | $ 9.68 | Personal car mileage in excess of daily commute (38 miles *.36 -$4 Metro fare) |
| | | | **$ 19.36** | |
| **Cheryl Frick** | 12/08/2003 | Audit Senior Associate | $ 11.87 | Out of town dinner |
| | 12/09/2003 | Audit Senior Associate | $ 16.91 | Out of town dinner |
| | 12/10/2003 | Audit Senior Associate | $ 9.34 | Out of town dinner |
| | 12/08/2003 | Audit Senior Associate | $ 1,137.00 | Flight to Memphis for Grace from Balitmore |
| | 12/08/2003 | Audit Senior Associate | $ 35.00 | Taxi to airport from Grace for trip to Memphis from home to airport in Balitmore |
| | 12/10/2003 | Audit Senior Associate | $ 38.00 | Taxi home from airport |
| | 12/10/2003 | Audit Senior Associate | $ 110.00 | Rental car while in Memphis |
| | 12/10/2003 | Audit Senior Associate | $ 229.58 | Two nights hotel while in Memphis |
| | 12/10/2003 | Audit Senior Associate | $ 4.50 | Phone charges for use in the room while in Memphis |
| | 12/10/2003 | Audit Senior Associate | $ 4.00 | Tip for maidservice in Memphis |
| | | | **$ 1,596.20** | |
| **Nina Govic** | 12/01/2003 | Audit Senior Associate | $ 30.96 | Personal car mileage in excess of daily commute (86miles *.36) |
| | 12/03/2003 | Audit Senior Associate | $ 30.96 | Personal car mileage in excess of daily commute (86miles *.36) |
| | 12/04/2003 | Audit Senior Associate | $ 30.96 | Personal car mileage in excess of daily commute (86miles *.36) |
| | 12/05/2003 | Audit Senior Associate | $ 30.96 | Personal car mileage in excess of daily commute (86miles *.36) |
| | 12/08/2003 | Audit Senior Associate | $ 30.96 | Personal car mileage in excess of daily commute (86miles *.36) |
| | 12/09/2003 | Audit Senior Associate | $ 30.96 | Personal car mileage in excess of daily commute (86miles *.36) |
| | | | **$ 185.76** | |
| **Craig Cleaver** | 12/03/2003 | SPA Manager | $ 47.54 | Out of town dinner |
| | 12/04/2003 | SPA Manager | $ 6.75 | Out of town dinner |
| | 12/04/2003 | SPA Manager | $ 9.50 | Out of town breakfast |
| | 12/10/2003 | SPA Manager | $ 32.30 | Out of town dinner |
| | 12/10/2003 | SPA Manager | $ 4.50 | Out of town breakfast |
| | 12/11/2003 | SPA Manager | $ 3.00 | Tip for Breakfast at the Sheraton (breakfast was free) |
| | 12/03/2003 | SPA Manager | $ 82.80 | Personal car mileage in excess of daily commute (230 miles *.36) |
| | 12/03/2003 | SPA Manager | $ 10.00 | Tolls for I-95 Tunnel |
| | 12/11/2003 | SPA Manager | $ 66.96 | Personal car mileage in excess of daily commute (186 miles *.36) |
| | 12/11/2003 | SPA Manager | $ 6.00 | Tolls for I-95 Tunnel |
| | 12/03/2003 | SPA Manager | $ 152.90 | One night at the Sheraton |
| | 12/11/2003 | SPA Manager | $ 130.90 | One night at the Sheraton |
| | | | **$ 553.15** | |
| **Stefanie McClain** | 12/05/2003 | Audit Associate | $ 9.36 | Personal car mileage in excess of daily commute (26miles *.36) |
| | | | **$ 9.36** | |
| **Larry Farmer** | 12/03/2003 | Audit Partner | $ 23.40 | Personal car mileage in excess of daily commute (65 miles *.36) |
| | 12/11/2003 | Audit Partner | $ 23.40 | Personal car mileage in excess of daily commute (65 miles *.36) |
| | | | **$ 46.80** | |
| **Bianca Rodriguez** | 12/15/2003 | Audit Associate | $ 7.72 | Personal car mileage in excess of daily commute (21 miles *.36) |
| | 12/16/2003 | Audit Associate | $ 5.76 | Personal car mileage in excess of daily commute (16 miles *.36) |

|  |  |  |  |  |
|---|---|---|---|---|
|  | 12/16/2003 | Audit Associate | $ 23.00 | Park at Office to be able to drive to client to perform inventory |
|  |  |  | **$ 36.48** |  |
| **Bill Bishop** | 12/08/2003 | Audit Partner | $ 186.47 | Dinner meeting with Bob Tarola, CFO of WR Grace (B. Tarola, Grace and W.Bishop and W. Farmer, PwC) |
|  |  |  | **$ 186.47** |  |
| **William Choi** | 12/01/2003 | Audit Manager | 27.37 | Personal car mileage in excess of daily commute (76 miles *.36) |
|  | 12/03/2003 | Audit Manager | 27.37 | Personal car mileage in excess of daily commute (76 miles *.36) |
|  | 12/09/2003 | Audit Manager | 27.37 | Personal car mileage in excess of daily commute (76 miles *.36) |
|  | 12/12/2003 | Audit Manager | 27.37 | Personal car mileage in excess of daily commute (76 miles *.36) |
|  |  |  | **$ 109.48** |  |
| **Maureen Driscoll** | 11/20/2003 | SPA Senior Associate | $ 7.24 | Out of town dinner |
|  | 11/20/2003 | SPA Senior Associate | $ 203.65 | Rental car |
|  | 11/24/2003 | SPA Senior Associate | $ 101.14 | Personal car mileage in excess of daily commute (254-3base)*.36 +11.50 in tolls |
|  | 12/10/2003 | SPA Senior Associate | $ 101.14 | Personal car mileage in excess of daily commute (254-3base)*.36 +11.50 in tolls |
|  |  |  | **$ 413.17** |  |
| **Tom Kalinosky** | 12/09/2003 | GHRS Sr. Manager | $ 25.09 | Out of town dinner |
|  | 12/10/2003 | GHRS Sr. Manager | $ 42.55 | Out of town dinner |
|  | 12/11/2003 | GHRS Sr. Manager | $ 5.45 | Out of town lunch |
|  | 12/11/2003 | GHRS Sr. Manager | $ 69.54 | Out of town dinner |
|  | 12/09/2003 | GHRS Sr. Manager | $ 746.41 | Airfare to Grace Memphis office from CT |
|  | 12/11/2003 | GHRS Sr. Manager | $ 149.00 | Rental Car while out of town |
|  | 12/11/2003 | GHRS Sr. Manager | $ 351.12 | Three nights hotel while traveling |
|  |  |  | **$ 1,389.16** |  |
| **Todd Hutcherson** | 12/03/2003 | Audit Sr. Manager | $ 37.80 | Personal car mileage in excess of daily commute (76 miles *.375) |
|  | 12/04/2003 | Audit Sr. Manager | $ 37.80 | Personal car mileage in excess of daily commute (76 miles *.375) |
|  |  |  | **$ 75.60** |  |

**CONSOLIDATED AUDIT**
**EXPENSE DETAIL**
**December 2003**

| Personnel | | Date | Transportation | Lodging | Sundry | Business Meals and Entertainment | | Description |
|---|---|---|---|---|---|---|---|---|
| **Maureen Yeager** | Audit | 12/01/2003 | $ 28.80 | | | | | Personal car mileage |
| **Maureen Yeager** | Audit | 12/02/2003 | $ 28.80 | | | | | Personal car mileage |
| **Maureen Yeager** | Audit | 12/03/2003 | $ 28.80 | | | | | Personal car mileage |
| **Maureen Yeager** | Audit | 12/04/2003 | $ 28.80 | | | | | Personal car mileage |
| **Maureen Yeager** | Audit | 12/08/2003 | $ 28.80 | | | | | Personal car mileage |
| **Maureen Yeager** | Audit | 12/09/2003 | $ 28.80 | | | | | Personal car mileage |
| **Maureen Yeager** | Audit | 12/10/2003 | $ 28.80 | | | | | Personal car mileage |
| **Maureen Yeager** | Audit | 12/11/2003 | $ 28.80 | | | | | Personal car mileage |
| **Maureen Yeager** | Audit | 12/12/2003 | $ 28.80 | | | | | Personal car mileage |
| **Maureen Yeager** | Audit | 12/15/2003 | $ 28.80 | | | | | Personal car mileage |
| **Maureen Yeager** | Audit | 12/16/2003 | $ 28.80 | | | | | Personal car mileage |
| **Maureen Yeager** | Audit | 12/17/2003 | $ 28.80 | | | | | Personal car mileage |
| **Maureen Yeager** | Audit | 12/18/2003 | $ 28.80 | | | | | Personal car mileage |
| **Maureen Yeager** | Audit | 12/19/2003 | $ 28.80 | | | | | Personal car mileage |
| **Maureen Yeager** | Audit | 12/22/2003 | $ 28.80 | | | | | Personal car mileage |
| **Maureen Yeager** | Audit | 12/23/2003 | $ 28.80 | | | | | Personal car mileage |
| **Nick Stromann** | Audit | 12/21/2003 | $ 9.68 | | | | | Personal car mileage |
| **Nick Stromann** | Audit | 12/22/2003 | $ 9.68 | | | | | Personal car mileage |
| **Cheryl Frick** | Audit | 12/08/2003 | | | | $ | 11.87 | Out of town dinner |
| **Cheryl Frick** | Audit | 12/09/2003 | | | | $ | 16.91 | Out of town dinner |
| **Cheryl Frick** | Audit | 12/10/2003 | | | | $ | 9.34 | Out of town dinner |
| **Cheryl Frick** | Audit | 12/08/2003 | $ 1,137.00 | | | | | Flight to Memphis from Balitmore |
| **Cheryl Frick** | Audit | 12/08/2003 | $ 35.00 | | | | | Taxi to airport from Audit for trip to Memphis |
| **Cheryl Frick** | Audit | 12/10/2003 | $ 38.00 | | | | | Taxi home from airport |
| **Cheryl Frick** | Audit | 12/10/2003 | $ 110.00 | | | | | Rental car while in Memphis |
| **Cheryl Frick** | Audit | 12/10/2003 | $ 229.58 | | | | | Two nights hotel while in Memphis |
| **Cheryl Frick** | Audit | 12/10/2003 | | | $ 4.50 | | | Phone charges for use in the room while in Memphis |
| **Cheryl Frick** | Audit | 12/10/2003 | | | $ 4.00 | | | Tips |
| **Nina Govic** | Audit | 12/01/2003 | $ 30.96 | | | | | Personal car mileage |
| **Nina Govic** | Audit | 12/03/2003 | $ 30.96 | | | | | Personal car mileage |
| **Nina Govic** | Audit | 12/04/2003 | $ 30.96 | | | | | Personal car mileage |
| **Nina Govic** | Audit | 12/05/2003 | $ 30.96 | | | | | Personal car mileage |
| **Nina Govic** | Audit | 12/08/2003 | $ 30.96 | | | | | Personal car mileage |
| **Nina Govic** | Audit | 12/09/2003 | $ 30.96 | | | | | Personal car mileage |
| **Craig Cleaver** | Audit | 12/03/2003 | | | | $ | 47.54 | Out of town dinner |
| **Craig Cleaver** | Audit | 12/04/2003 | | | | $ | 6.75 | Out of town dinner |
| **Craig Cleaver** | Audit | 12/04/2003 | | | | $ | 9.50 | Out of town breakfast |
| **Craig Cleaver** | Audit | 12/10/2003 | | | | $ | 32.30 | Out of town dinner |
| **Craig Cleaver** | Audit | 12/10/2003 | | | | $ | 4.50 | Out of town breakfast |
| **Craig Cleaver** | Audit | 12/11/2003 | | | $ 3.00 | | | Tip for Breakfast at the Sheraton (breakfast was free) |
| **Craig Cleaver** | Audit | 12/03/2003 | $ 82.80 | | | | | Personal car mileage |
| **Craig Cleaver** | Audit | 12/03/2003 | $ 10.00 | | | | | Tolls for I-95 Tunnel |
| **Craig Cleaver** | Audit | 12/11/2003 | $ 66.96 | | | | | Personal car mileage |
| **Craig Cleaver** | Audit | 12/11/2003 | $ 6.00 | | | | | Tolls for I-95 Tunnel |
| **Craig Cleaver** | Audit | 12/03/2003 | | $ 152.90 | | | | One night at the Sheraton |
| **Craig Cleaver** | Audit | 12/11/2003 | | $ 130.90 | | | | One night at the Sheraton |
| **Stephanie McClain** | Audit | 12/05/2003 | $ 9.36 | | | | | Personal car mileage |
| **Larry Farmer** | Audit | 12/03/2003 | $ 23.40 | | | | | Personal car mileage |
| **Larry Farmer** | Audit | 12/11/2003 | $ 23.40 | | | | | Personal car mileage |
| **Bianca Rodriguez** | Audit | 12/15/2003 | $ 7.72 | | | | | Personal car mileage |
| **Bianca Rodriguez** | Audit | 12/16/2003 | $ 5.76 | | | | | Personal car mileage |
| **Bianca Rodriguez** | Audit | 12/16/2003 | $ 23.00 | | | | | Park at Office to be able to drive to client to perform inventory |
| **Bill Bishop** | Audit | 12/08/2003 | | | | | 186.47 | Dinner meeting with Bob Tarola, CFO WR Audit |
| **William Choi** | Audit | 12/01/2003 | 27.37 | | | | | Personal car mileage |
| **William Choi** | Audit | 12/03/2003 | 27.37 | | | | | Personal car mileage |
| **William Choi** | Audit | 12/09/2003 | 27.37 | | | | | Personal car mileage |
| **William Choi** | Audit | 12/12/2003 | 27.37 | | | | | Personal car mileage |
| **Maureen Driscoll** | Audit | 11/20/2003 | | | | $ | 7.24 | Out of town dinner |

| Name | Type | Date | Amount | Lodging | Meals | Description |
|---|---|---|---|---|---|---|
| **Maureen Driscoll** | Audit | 11/20/2003 | $ 203.65 | | | Rental car |
| **Maureen Driscoll** | Audit | 11/24/2003 | $ 101.14 | | | Personal car mileage |
| **Maureen Driscoll** | Audit | 12/10/2003 | $ 101.14 | | | Personal car mileage |
| **Tom Kalinosky** | Audit | 12/09/2003 | | | $ 25.09 | Out of town dinner |
| **Tom Kalinosky** | Audit | 12/10/2003 | | | $ 42.55 | Out of town dinner |
| **Tom Kalinosky** | Audit | 12/11/2003 | | | $ 5.45 | Out of town lunch |
| **Tom Kalinosky** | Audit | 12/11/2003 | | | $ 69.54 | Out of town dinner |
| **Tom Kalinosky** | Audit | 12/09/2003 | $ 746.41 | | | Airfare to Audit Memphis office |
| **Tom Kalinosky** | Audit | 12/11/2003 | $ 149.00 | | | Rental Car while out of town |
| **Tom Kalinosky** | Audit | 12/11/2003 | | $ 351.12 | | Three nights hotel while traveling |
| **Todd Hutcherson** | Sarbanes | 12/03/2003 | $ 37.80 | | | Personal car mileage |
| **Todd Hutcherson** | Sarbanes | 12/04/2003 | $ 37.80 | | | Personal car mileage |

| **Summary** | **Total** | **Transportation** | **Lodging** | **Sundry** | **Business Meals** |
|---|---|---|---|---|---|
| | 5,081.79 | 3,960.32 | 634.92 | 11.50 | 475.05 |