In Regards To <u>An Acknowledgment of Material</u>

(<u>Civil Action Creditor</u>)    Date. 01-21-04

U.S. Bankruptcy Courts-Clerk,
Office of The Bankruptcy Court,
for The District of Delaware,
824 Market Street, (<u>Sixth-Floor</u>)
Wilmington, Delaware
(<u>19801</u>)

Ref.: <u>W.R. Grace & Co., (et-al) / Ch.11 / Case-No. 01-01139 (JKF)</u>

Subj.: (<u>Petitioner</u>)
<u>U.S. War-Veteran / College Correctional - Inmate</u>,
Burrell Johnson, Jr., No. 00241395-R., (U.S. Appeal),
Mailing Return-Address, P.O. Box 4500, Michael-Unit,
Tennessee-Colony, TX (<u>75886</u>) By Request for Permission
and Consideration for <u>Any Individual-Portion of The Settlement</u>,
In Case-No. 01-01139, To Be Sent To <u>My-Future Parole-Attorney, Mr. Paul A. Hempel / Copy of His Letter, Enclosed</u>.

Dear Clerk,
Hello, I'm writing for your Assistance And Consideration
In This Matter. Any Assistance Taken Will-Be Appreciated.
By, Burrell Johnson Jr.    Respectfully-Submitted,

FILED
2004 JAN 30 AM 11:46
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

"Proof of Identity"

Ref.: Enclosed Copy of my Military-Form DD-214 with the necessary Military Medals of Declarations (Attached)

Burrell Johnson, Jr., Rank, SP/5, E-5
68-69, 70-71 (Viet-Nam)
RA/15929124 (Regular-Army) SS#0 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

| CAUTION: NOT TO BE USED FOR IDENTIFICATION PURPOSES | | ANY ALTERATIONS IN SHADED AREAS RENDER FORM VOID |
|---|---|---|
| 1. NAME (Last, first, middle)<br>JOHNSON BERRELL, JR | 2. DEPARTMENT, COMPONENT AND BRANCH<br>ARMY RA | 3. SOCIAL SECURITY NO. (Also, Service Number if applicable)<br>15 979 124<br>465 ██ 7451 |
| 4. MAILING ADDRESS (Include ZIP Code)<br>████████ | | |

5. ORIGINAL DD FORM 214 IS CORRECTED AS INDICATED BELOW

| ITEM NO. | | CORRECTED TO READ |
|---|---|---|
| | SEPARATION DATE ON DD FORM 214 BEING CORRECTED - | 21 SEP 73 |
| 1<br>24 | JOHNSON BURRELL JR<br>ADD: REPUBLIC OF VIETNAM GALLANTRY CROSS WITH PALM UNIT OPERATION BADGE//REPUBLIC OF VIETNAM CAMPAIGN RIBBON WITH (1960) DEVICE//NATIONAL DEFENSE SERVICE MEDAL//ARMY COMMENDATION MEDAL//4 OVERSEAS SERVICE BARS//NOTHING FOLLOWS | |

| 6. DATE<br>18 Aug 1999 | 7. TYPED ████ OFFICIAL AUTHORIZED TO SIGN<br>MIL PERS STAT TECH ARPA-SL |
|---|---|

DD FORM 215 (1 JUL 79)    PREVIOUS EDITIONS OF THIS FORM ARE OBSOLETE.    CORRECTION TO DD FORM 214, CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY

S/N 0102-LF-000-2150

SERVICE-2

(PHOTOCOPY VARO WACO watermark)

| | | | | | GRADE, RATE OR RANK | PAY GRADE | DATE OF RANK | | |
|---|---|---|---|---|---|---|---|---|---|
| ARMY | | RA | | TC | SP5 | E-5 | 11 | Feb | 71 |
| | | | | | | | DATE OF BIRTH | | |
| | | | | | | | 7 | Oct | 47 |

Selective Service: 41 64 47 367   LB# 64, [REDACTED]

Date Inducted: NA

**DISCHARGED**

Sec VI, Chap 2, AR 635-200 SPN 201: Expiration of Term of Service

Station: Fort Hood, Texas

Effective Date: 21 Sep 73

628th Trans Co, Fort Hood, Texas   FORSCOM   HONORABLE   DD FORM 256A

Reenlistment Code: RE-3

Terminal Date of Reserve Obligation: NONE

Term of Service: NA

Date of Entry: 24 Sep 69

Prior Reg Enlistments: NA

Grade at Entry: NA

Place of Entry: Fort Hood, Texas

Home of Record: 3611 Sanders St, Shreveport (Caddo) LA 71109

Specialty: 64B30 Motor Trans Operator (See 30)

Related Civilian: 904.883 Tractor-Trailer Tk Driver

| Statement of Service | Years | Months | Days |
|---|---|---|---|
| (1) Net Service This Period | 3 | 11 | 28 |
| (2) Other Service | 2 | 2 | 3 |
| (3) Total | 6 | 2 | 1 |
| Total Active Service | 6 | 2 | 1 |
| Foreign and/or Sea Service USARPAC | 1 | 0 | 0 |

Decorations: 2 Bronze Service Stars to Vietnam Service Medal, Army Commendation Medal, Sharpshooter (Rifle)

Education and Training Completed: None

Non Pay Periods/Time Lost:
110ct71-5Jan72
20Dec72-31Dec72
14Jun73-22Jun73

Days Accrued Leave Paid: None (See 30)

Insurance in Force: NO

VA Claim Number: NA

SGLI Coverage: $15,000

**REMARKS:**
12 years ... Table 2-1 AR 601-210 applies
Blood Group: "O"
Item 23a: 11 Mar 71     MOS Eval Score: 69/Nov 72
Vietnam - 15 Aug 70 thru 14 Aug 71 ; Indochina- Yes ; Korea- NO
Separated from service on temporary records and soldier's affidavit.
Item 26b: Excess leave of 108 days from 110ct71-5Jan72+20Dec72-31Dec72+14Jun73-22Jun73.

5601 Robert St, Shreveport (Caddo) LA 71109

DAVID H. CAVAZOS, 2LT, AGC, Asst AG

DD Form 214

COPIED FROM VETERAN'S C-FILE VARO/HOUSTON, TX

# The Law Office of Paul A. Hampel

PAUL A. HAMPEL Attorney at Law
1202 Hallmark, Ste. 201
San Antonio, TX 78216
(210) 375-7526
Fax (210) 375-7592

**RE: FREE FOLLOW-UP PRESENTATIONS EFFECTIVE FEBRUARY 1, 2002**

\*\*\* <u>Receipt of this letter is NOT intended as a case update.</u> This letter is designed to inform you of other services I offer. This letter is being sent to all who have recently inquired about my services.

I hope and will always strive to obtain parole for each client as soon as possible. But in those cases where I have accepted difficult cases or cases where an insufficient amount of time has been served clients have often asked me what it would cost to hire me again after the first presentation.

I no longer charge for follow up parole presentations. Client's not receiving approval for parole are entitled to any follow up presentation needed provided they DO NOT:
1) Terminate the attorney client relationship;
2) Receive a refund (except for over payment refunds);
3) Fail to pay the entire initial $1,200 fee; OR
4) Become part of a formal grievance, complaint, or charge back request against Paul Hampel or The Law Office of Paul A. Hampel.

For follow up parole I normally do not see a need for a second on unit interview. However, any client can receive an additional on unit interview if they request the interview and pay an additional $300. The follow up interview must be requested and paid for prior to the beginning of the follow up review process. The follow up parole presentation will receive the same promises and an update of all of the services covered by the initial parole presentation fee.

My intentions are to offer this service as a back up assurance to my clients. I offer this service so that client's can take comfort that this option exists if it is necessary. Many prisoners and their families are often unsure when to hire a parole lawyer. On the one hand they want to release as soon as possible. On the other hand they do not want to spend large sums of money on attorneys for each new review of their case. Free follow up presentations are designed to build mutual loyalties between myself and my clients and to encourage us to work together as much as possible for your release.

Because of my high success rate the number of clients needing a follow-up presentation are very few. Thus, I can offer this policy as a back up plan to those who need it. This offer is also designed to show that my first goal is your parole. Under the law, I cannot guarantee parole. Parole Commissioners are the only people that decide parole. But this service is further proof that I will do my best and will stand by my clients.

I hope you will inform others of my services. And if there is anything I can do to increase your satisfaction I welcome the opportunity to serve you.

Sincerely,

*Paul A. Hampel*

Paul A. Hampel

# The Law Office of Paul A. Hampel

PAUL A. HAMPEL Attorney at Law
1202 Hallmark, Ste. 201
San Antonio, TX 78216
(210) 375-7526
Fax (210) 375-7592

RE: Fees and Refund Policies in Parole Representation Cases

A number of clients have asked about the guarantees my office makes to our clients. My office cannot and does not guarantee any result to any client. Results are determined by parole commissioners and judges and cannot be guaranteed by any lawyers. Therefore I can only agree to do the work I am hired to do. I cannot and I do not guarantee parole or release.

In all parole cases my fees are broken down in two parts. There is an interview fee and a presentation fee charged in each case. The $300 non-refundable unit interview fee covers my in person face to face interview with the client on the unit. For parole presentations I present each client's case when they are up for parole review. I seek the highest level of contact that the parole board member will allow me. The actual level of contact in every presentation is in the control of the individual board member. And I will accept and perform to the best of my abilities within the circumstances of the presentation determined by the lead voter in each case. Some Board members require interviews to be done over the phone so that decisions will not be delayed. I only agree to this procedure if I have established a comfortable relationship with the Board member AND I feel such arrangement will not harm the client's case at all. In the rare case where a file is voted without a presentation being allowed by the board member for whatever reason the client is entitled to a refund of all fees except the $300 unit interview fee at his or her request.

Anytime a client is dissatisfied or seeks a refund I ask that the client (not support or family) should make their request in writing and I will respond as soon as possible. Client's should make the refund request and they should state where to send the money. My goal is to provide all refunds within a month of their written request. In the case of requests for refunds to the inmate's trust fund, I ask the client to allow an additional three weeks for any holds to release that TDCJ may place on incoming inmate trust funds.

These efforts do not represent any changes in the policies of either the board or my office. I have always provided such assurances to my clients. At this time, I am merely reminding you of this as proof of the integrity and commitment my office has to fair, dedicated, top quality service to each of my clients.

Yours very truly,

Paul A. Hampel
The Law Office of Paul A. Hampel
1202 Hallmark #201
San Antonio, TX 78216
1-888-707-2765 or 1-888-70-PAROLE

# The Law Office of Paul A. Hampel

PAUL A. HAMPEL Attorney at Law
1202 Hallmark, Ste. 201
San Antonio, TX 78216
(210) 375-7526
Fax (210) 375-7592

February 11, 2002



Burrell Johnson Jr. #241395
Michael Unit
P.O. Box 4500
Tennessee Colony, TX 75886

In all parole representation I charge a total of $1,200. The initial $300 is a non-refundable interview fee to start the case. This fee covers my interview with you on the unit and the pulling and evaluating of your records. If you receive future disciplinary cases or you are disqualified from parole review for any reason, I will keep the $300 as my fee for the prison visit and case review.

The remaining balance in your case is $900. The remaining $900 can be paid in installments (monthly, weekly ect.) but it must be paid before the parole board begins their review of your case.

The following is a breakdown of the service provided to my parole clients:

## STEPS IN PAROLE REPRESENTATION

* Review of Client's Case.
* Review of Client's Prison Records.
* Contact Family & Friends to Make Suitable Living Arrangements.
* Contact Family & Friends to Make Transportation Arrangements.
* Contact Counseling Programs in the Local Area Where the Prisoner is Planning to Parole to Address Any Behavior or Addiction Problems (if necessary).
* Develop Arguments in Favor of Parole.
* Explain and Neutralize Points Discouraging Parole.
* Preparation of Client's Parole Plan.
* Contact Directly the Parole Panel Members Who Vote on Parole.
* Discuss with Parole Panel Members Special Conditions that the Members May Feel are Necessary for the Granting of Parole.
* If the Vote is Against Parole, Discover the Reason for the Denial.
* If the Vote is Against Parole, Provide Any Follow-Up Parole Presentation that is Necessary.

I hope this letter helps you understand my services and what things are important for us to accomplish. Please feel free to ask me questions as they arise. Until I hear from you I will remain....

Very truly yours,

Paul A. Hampel

"Please-Shred-After-Review".

By-Request For Assistance And Consideration

(Future-Client)                                      Date. 01-14-04.

"Law-Office Of. Paul A. Hampel";

Mr. Paul A. Hampel
1202 Hallmark, Ste. #201
San Antonio, TX (78216)

(Copy Of Original)

Ref:

U.S. War-Veteran/College Correctional-Inmate Burrell Johnson, Jr. No. 00241395-R, (U.S. Pooled) Mailing Return-Address, P.O. Box-4500, Michael-Unit, Tennessee-Colony, TX (75886) I Would Like To Ask By-Request For Parole-Release Representation And Power Of Attorney, over A "U.S. Bankruptcy-Court Pooroded-Settlement, Which Will-Be In The Form, U.S. Maturity-Bonds Until I'm-Released. (Concerned)

Dear Sir, Mr. Hampel:

Hello, I'm Writing For Your Assistance And Consideration In This Matter. Any Assistance Taken Will-Be Appreciated.

Respectfully-Submitted,

By, Burrell Johnson, Jr.