**Exhibit A**

**WR Grace & Co., ET AL.,**
**Time Detail- Conway, Del Genio, Gries & Co., LLC**
**For the Period of July 1, 2003 through September 30, 2003**

**Summary of Services Rendered by Project Category**

| Category Code | Category Description | Jul-Sep 2003 Hours | Cumulative Hours |
|---|---|---|---|
| 7 | Committee (All) | 7.4 | 353.3 |
| 11 | Fee Applications, Applicant | 35.1 | 553.6 |
| 14 | Hearings | 6.1 | 34.0 |
| 20 | Travel - Non-working | 6.0 | 121.1 |
| 24 | Other | 0.0 | 88.0 |
| 26 | Business Analysis (for financial advisors) | 17.8 | 781.5 |
| 27 | Corporate Finance (for financial advisors) | 98.6 | 1362.2 |
| 28 | Data Analysis (for financial advisors) | 0.0 | 494.0 |
| | **TOTAL** | **171.0** | **3787.7** |

**Exhibit A**

**WR Grace & Co., ET AL.,**
**Time Detail- Conway, Del Genio, Gries & Co., LLC**
**For the Period of July 1, 2003 through September 30, 2003**

**Summary of Services Rendered by Professional**

| *Name* | *Hours* |
|---|---|
| Michael Gries, Member | 1.6 |
| Gregory Boyer, Managing Director | 42.7 |
| Stephanie Jones, Associate | 93.8 |
| Jay Suh, Analyst | 32.9 |
| **TOTAL** | **171.0** |

*Bankruptcy Time Reporting Log (AP)*

Client Name:  WR Grace
Professional:  All
Date:      For the Period of July 1, 2003 through September 30, 2003

| Client Name | Professional | Date | Code | Hours | Description |
|---|---|---|---|---|---|
| WR Grace | G. Boyer | 07/01/03 | 27 | 1.5 | Review draft presentation for meeting in Miami |
| WR Grace | G. Boyer | 07/01/03 | 11 | 0.4 | Draft/receive emails to/from SJ re: Initial Report of WHS |
| WR Grace | S. Jones | 07/01/03 | 11 | 0.6 | Draft/receive emails to/from GB re: Initial Report of WHS |
| WR Grace | G. Boyer | 07/02/03 | 27 | 0.1 | Review email from SJ re: conversation with JS |
| WR Grace | G. Boyer | 07/02/03 | 11 | 0.1 | Review draft of CDG Response to Initial Report of WHS |
| WR Grace | J. Suh | 07/02/03 | 27 | 6.5 | Perform precedent transactions analysis |
| WR Grace | S. Jones | 07/02/03 | 11 | 0.1 | Draft email to GB re: conversation with JS |
| WR Grace | S. Jones | 07/02/03 | 11 | 0.2 | Conversation with JS re: Initial Report of WHS |
| WR Grace | S. Jones | 07/02/03 | 11 | 1.3 | Prepare response to Initial Report of WHS |
| WR Grace | G. Boyer | 07/03/03 | 27 | 0.2 | Review email from JSuh re: valuation analysis--precedent transactions |
| WR Grace | G. Boyer | 07/03/03 | 27 | 3.0 | Review draft presentation for meeting in Miami |
| WR Grace | J. Suh | 07/03/03 | 27 | 0.2 | Draft email to SJ and GB re: valuation analysis--precedent transactions |
| WR Grace | J. Suh | 07/03/03 | 27 | 2.5 | Revise preliminary presentation and processed books for meeting in Miami |
| WR Grace | S. Jones | 07/03/03 | 27 | 0.2 | Review email from JSuh re: valuation analysis--precedent transactions |
| WR Grace | S. Jones | 07/03/03 | 27 | 0.8 | Review precedent transactions analysis performed by JSuh |
| WR Grace | G. Boyer | 07/07/03 | 27 | 0.6 | Draft/receive emails to/from SJ re: valuation analyses and issues related to WHS Initial Report |
| WR Grace | G. Boyer | 07/07/03 | 27 | 2.5 | Meeting with JS and JH re: Grace valuation |
| WR Grace | G. Boyer | 07/07/03 | 20 | 6.0 | Round trip travel to Miami for meeting with JS and JH |
| WR Grace | J. Suh | 07/07/03 | 27 | 3.0 | Perform precedent transactions analysis |
| WR Grace | S. Jones | 07/07/03 | 27 | 0.6 | Draft/receive emails to/from GB re: valuation analyses and issues related to WHS Initial Report |
| WR Grace | J. Suh | 07/08/03 | 27 | 3.5 | Perform precedent transactions analysis |
| WR Grace | J. Suh | 07/09/03 | 27 | 2.0 | Perform precedent transactions analysis |
| WR Grace | J. Suh | 07/10/03 | 27 | 1.5 | Perform precedent transactions analysis |
| WR Grace | S. Jones | 07/11/03 | 27 | 3.6 | Perform comparable company valuation analysis |
| WR Grace | S. Jones | 07/12/03 | 27 | 4.2 | Perform comparable company valuation analysis; review JSuh precedent transaction analysis |
| WR Grace | S. Jones | 07/13/03 | 27 | 5.1 | Perform comparable company valuation analysis; review JSuh precedent transaction analysis |
| WR Grace | S. Jones | 07/14/03 | 14 | 0.4 | Review email from JS re: DIP Financing |
| WR Grace | S. Jones | 07/14/03 | 11 | 0.5 | Receive and review email from WHS re: WHS Initial Report (8th Period) |
| WR Grace | S. Jones | 07/14/03 | 11 | 0.7 | Draft emails to WHS re: WHS Initial Report (8th Period) |
| WR Grace | G. Boyer | 07/15/03 | 11 | 0.4 | Review and revise CDG Response to WHS Initial Report (8th Period) |
| WR Grace | S. Jones | 07/15/03 | 11 | 0.6 | Follow-up with WHS re: submission of CDG Response to WHS Initial Report |
| WR Grace | S. Jones | 07/16/03 | 27 | 4.2 | Perform comparable company valuation analysis; review JSuh precedent transaction analysis |
| WR Grace | S. Jones | 07/17/03 | 27 | 3.0 | Perform valuation analysis |
| WR Grace | G. Boyer | 07/17/03 | 26 | 0.8 | Receive and review documents from JS related to recent asbestos legislation and potential impacts on settlement |
| WR Grace | G. Boyer | 07/17/03 | 7 | 0.5 | Committee Conference Call |
| WR Grace | S. Jones | 07/17/03 | 7 | 0.5 | Committee Conference Call |
| WR Grace | S. Jones | 07/18/03 | 11 | 0.6 | Compile expense information for fee application |
| WR Grace | J. Suh | 07/21/03 | 27 | 3.5 | Perform precedent transactions analysis |
| WR Grace | S. Jones | 07/21/03 | 11 | 0.2 | Receive email from WHS re: CDG Response to WHS Initial Report (8th) |
| WR Grace | G. Boyer | 07/24/03 | 7 | 0.5 | Committee Conference Call |
| WR Grace | S. Jones | 07/24/03 | 14 | 0.4 | Receive and review email from JS re: Omnibus Objections filed |
| WR Grace | S. Jones | 07/24/03 | 7 | 0.5 | Committee Conference Call |
| WR Grace | G. Boyer | 07/28/03 | 14 | 1.0 | Receive and review email from TT re: Omnibus Objections filed and local rules pertaining to objections |
| WR Grace | J. Suh | 07/28/03 | 27 | 2.0 | Perform precedent transactions analysis |
| WR Grace | S. Jones | 07/28/03 | 14 | 1.0 | Receive and review email from TT re: Omnibus Objections filed and local rules pertaining to objections |
| WR Grace | G. Boyer | 07/31/03 | 7 | 0.4 | Committee Conference Call |
| WR Grace | S. Jones | 07/31/03 | 7 | 0.4 | Committee Conference Call |
| WR Grace | G. Boyer | 08/08/03 | 14 | 0.8 | Receive and review transcript from 7/28 omnibus hearing |
| WR Grace | S. Jones | 08/08/03 | 14 | 1.2 | Receive and review transcript from 7/28 omnibus hearing |
| WR Grace | G. Boyer | 08/14/03 | 7 | 0.1 | Receive email from SJ re: committee conference call follow-up items |
| WR Grace | S. Jones | 08/14/03 | 7 | 0.1 | Draft email to GB re: committee conference call follow-up items |
| WR Grace | S. Jones | 08/14/03 | 7 | 0.4 | Committee Conference Call |
| WR Grace | G. Boyer | 08/18/03 | 26 | 0.1 | Meeting with SJ re: Debtors' Financial Performance in preparation for Company's Quarterly conference call discussing same. |
| WR Grace | S. Jones | 08/18/03 | 26 | 0.1 | Meeting with GB re: Debtors' Financial Performance in preparation for Company's Quarterly conference call discussing same. |
| WR Grace | S. Jones | 08/18/03 | 26 | 2.8 | Review and analyze quarterly and YTD financial performance of the Debtors in preparation of Quarterly Conference Call. |
| WR Grace | G. Boyer | 08/19/03 | 26 | 0.2 | Review email from SJ re: PZ info request |
| WR Grace | G. Boyer | 08/19/03 | 26 | 1.3 | Second quarter earnings call with Company |
| WR Grace | G. Boyer | 08/19/03 | 26 | 2.1 | Preparation for earnings call with Company |
| WR Grace | S. Jones | 08/19/03 | 26 | 0.2 | Email to GB re: PZ info request |
| WR Grace | S. Jones | 08/19/03 | 26 | 1.3 | Second quarter earnings call with mgt |
| WR Grace | G. Boyer | 08/21/03 | 7 | 0.3 | Committee Conference Call |
| WR Grace | S. Jones | 08/21/03 | 7 | 0.3 | Committee Conference Call |
| WR Grace | S. Jones | 08/25/03 | 26 | 3.7 | Review Blackstone analysis/information re: potential acquisition and Grace pension issues |
| WR Grace | S. Jones | 08/25/03 | 11 | 0.6 | Review and revise WHS 8th Quarter Spreadsheet |
| WR Grace | G. Boyer | 08/27/03 | 27 | 0.1 | Call with Blackstone re: changing of the timing of pension payments |

*Bankruptcy Time Reporting Log (AP)*

Client Name:  WR Grace
Professional:  All
Date:         For the Period of July 1, 2003 through September 30, 2003

| Client Name | Professional | Date | Code | Hours | Description |
|---|---|---|---|---|---|
| WR Grace | G. Boyer | 08/27/03 | 27 | 0.1 | Call to JS re: changing in the timing of pension payments |
| WR Grace | S. Jones | 08/27/03 | 11 | 2.2 | Draft 5th Interim Fee Application |
| WR Grace | G. Boyer | 08/28/03 | 11 | 0.1 | Forward time detail files to SJ for 9th Interim Fee Application |
| WR Grace | G. Boyer | 08/28/03 | 7 | 0.4 | Conversation with SJ re: Issues raised during Committee Conference Call |
| WR Grace | S. Jones | 08/28/03 | 11 | 0.1 | Compile time detail files from GB for 9th Interim Fee Application |
| WR Grace | S. Jones | 08/28/03 | 11 | 0.2 | Email from WHS re: 9th Interim Fee Application |
| WR Grace | S. Jones | 08/28/03 | 7 | 0.4 | Conversation with GB re: Issues raised during Committee Conference Call |
| WR Grace | S. Jones | 08/28/03 | 7 | 1.1 | Committee Conference Call |
| WR Grace | S. Jones | 08/29/03 | 26 | 2.4 | Receive and review Company's July 2003 operating report; perform comparative analyses with historical results and projected budget |
| WR Grace | M. Gries | 09/08/03 | 27 | 0.2 | Call with GB re: conference call |
| WR Grace | G. Boyer | 09/08/03 | 27 | 0.8 | Discussion with J Suh re: valuation analysis |
| WR Grace | J. Suh | 09/08/03 | 27 | 0.8 | Discussion with GB re: valuation analysis |
| WR Grace | G. Boyer | 09/08/03 | 27 | 0.2 | Calls with J Suh re: information received from JS |
| WR Grace | G. Boyer | 09/08/03 | 27 | 0.2 | Call with JS re: conf call for today |
| WR Grace | G. Boyer | 09/08/03 | 27 | 1.4 | Preparation for, and participation in, conference call with Grace, financial advisors, and committees to discuss proposed restructuring plan. |
| WR Grace | G. Boyer | 09/08/03 | 7 | 1.5 | Conference call with Committee, JS, MG, JSuh, SJ and Grace re: Plan Of Reorganization |
| WR Grace | J. Suh | 09/08/03 | 27 | 1.4 | Preparation for, and participation in, conference call with Grace, financial advisors, and committees to discuss proposed restructuring plan. |
| WR Grace | J. Suh | 09/08/03 | 27 | 6.0 | Perform settlement valuation analysis |
| WR Grace | G. Boyer | 09/08/03 | 27 | 0.2 | Call with MG re: conference call |
| WR Grace | M. Gries | 09/08/03 | 27 | 1.4 | Preparation for, and participation in, conference call with Grace, financial advisors, and committees to discuss proposed restructuring plan. |
| WR Grace | S. Jones | 09/08/03 | 27 | 1.4 | Preparation for, and participation in, conference call with Grace, financial advisors, and committees to discuss proposed restructuring plan. |
| WR Grace | G. Boyer | 09/09/03 | 27 | 0.5 | Receive and review email from DB re: Project Galeras |
| WR Grace | G. Boyer | 09/09/03 | 27 | 0.1 | Receive and review email from DB re: Project Galeras |
| WR Grace | S. Jones | 09/09/03 | 27 | 0.8 | Receive and review email and attached documents from DB re: Project Galeras |
| WR Grace | S. Jones | 09/09/03 | 11 | 0.3 | Receive and review email from WHS re: 8th Period Fee Spreadsheet |
| WR Grace | G. Boyer | 09/10/03 | 27 | 1.0 | Receive and review email and attached documents from DB re: Project Galeras |
| WR Grace | G. Boyer | 09/10/03 | 14 | 0.4 | Receive and review email from JS re: Science Trial |
| WR Grace | S. Jones | 09/10/03 | 27 | 1.2 | Receive and review email and attached documents from DB re: Project Galeras |
| WR Grace | S. Jones | 09/10/03 | 14 | 0.5 | Receive and review email from JS re: Science Trial |
| WR Grace | G. Boyer | 09/11/03 | 26 | 0.2 | Receive email from DB re: Libby Ruling |
| WR Grace | S. Jones | 09/11/03 | 26 | 0.2 | Receive email from DB re: Libby Ruling |
| WR Grace | G. Boyer | 09/12/03 | 27 | 1.0 | Review email and other information from DB re: Galeras |
| WR Grace | S. Jones | 09/12/03 | 11 | 4.5 | Draft Fee Application |
| WR Grace | G. Boyer | 09/15/03 | 27 | 1.7 | Review documents forwarded from DB re: restructuring |
| WR Grace | S. Jones | 09/15/03 | 27 | 1.0 | Review documents forwarded from Blackstone re: restructuring |
| WR Grace | S. Jones | 09/15/03 | 11 | 3.2 | Draft Fee Application |
| WR Grace | G. Boyer | 09/16/03 | 11 | 0.2 | Receive/review email from SJ re: fee application expenses |
| WR Grace | S. Jones | 09/16/03 | 11 | 0.1 | Email to GB re: fee application expenses |
| WR Grace | S. Jones | 09/16/03 | 11 | 2.7 | Draft Fee Application |
| WR Grace | G. Boyer | 09/17/03 | 26 | 0.5 | Call with Company re: Libby |
| WR Grace | S. Jones | 09/17/03 | 27 | 7.0 | Perform trading comparables and precedent transactions analysis related to proposed Galeras acquisition |
| WR Grace | S. Jones | 09/17/03 | 26 | 0.5 | Call with Company re: Libby |
| WR Grace | S. Jones | 09/17/03 | 11 | 2.8 | Draft Fee Application |
| WR Grace | G. Boyer | 09/18/03 | 27 | 0.5 | Call with JS to update on Libby and acquisition |
| WR Grace | G. Boyer | 09/18/03 | 27 | 1.0 | Call with Company concerning proposed acquisition |
| WR Grace | G. Boyer | 09/18/03 | 27 | 2.0 | Review of documents concerning proposed acquisition |
| WR Grace | S. Jones | 09/18/03 | 27 | 1.0 | Call with Company concerning proposed acquisition |
| WR Grace | S. Jones | 09/18/03 | 27 | 4.1 | Prepare for call with Company re: Galeras; perform trading comparable and precedent transaction analysis |
| WR Grace | S. Jones | 09/18/03 | 11 | 2.1 | Draft Fee Application |
| WR Grace | G. Boyer | 09/19/03 | 11 | 0.3 | Conversations with SJ re: fee applications |
| WR Grace | G. Boyer | 09/19/03 | 11 | 1.2 | Review fee application time detail |
| WR Grace | S. Jones | 09/19/03 | 11 | 0.3 | Conversations with GB re: fee applications |
| WR Grace | S. Jones | 09/19/03 | 11 | 2.0 | Revise Fee Application |
| WR Grace | G. Boyer | 09/22/03 | 27 | 0.1 | Review email from DB re: Grace motion on Galeras acquisition |
| WR Grace | G. Boyer | 09/22/03 | 11 | 0.4 | Fee Application: conversations with SJ re: 9th interim fee application |
| WR Grace | G. Boyer | 09/22/03 | 11 | 0.4 | Fee Application: conversations with SJ re: 5th interim fee application |
| WR Grace | G. Boyer | 09/22/03 | 11 | 0.7 | Review fee application time detail |
| WR Grace | S. Jones | 09/22/03 | 27 | 0.1 | Review email from DB re: Grace motion on Galeras acquisition |
| WR Grace | S. Jones | 09/22/03 | 11 | 0.4 | Fee Application: conversations with GB re: 9th interim fee application |
| WR Grace | S. Jones | 09/22/03 | 11 | 1.7 | Fee Application: revise 9th interim fee application |
| WR Grace | S. Jones | 09/23/03 | 11 | 2.9 | Fee Application: Conversations with LC re: filing 9th Interim Fee Application; forward same to LC for filing |
| WR Grace | G. Boyer | 09/25/03 | 27 | 0.9 | Receive and review email from SJ re: Galeras; review and revise Galeras memorandum |
| WR Grace | S. Jones | 09/25/03 | 27 | 0.2 | Email to GB re: Galeras memorandum |
| WR Grace | S. Jones | 09/25/03 | 27 | 1.0 | Revise Galeras memorandum |
| WR Grace | G. Boyer | 09/26/03 | 27 | 0.1 | Call to DB re: proposed acquisition |

*Bankruptcy Time Reporting Log (AP)*

Client Name:   WR Grace
Professional:  All
Date:          For the Period of July 1, 2003 through September 30, 2003

| Client Name | Professional | Date | Code | Hours | Description |
|---|---|---|---|---|---|
| WR Grace | G. Boyer | 09/29/03 | 27 | 0.7 | Review and revise Galeras memorandum |
| WR Grace | G. Boyer | 09/29/03 | 27 | 0.2 | Conversations with SJ re: Galeras memorandum |
| WR Grace | S. Jones | 09/29/03 | 27 | 0.2 | Conversations with GB re: Galeras memorandum |
| WR Grace | S. Jones | 09/29/03 | 27 | 2.4 | Correspondence with JS re: acquisition memorandum; revise memorandum to incorporate GB and JS comments; distribute memorandum to Committee |
| WR Grace | G. Boyer | 09/30/03 | 27 | 0.1 | Call to DB re: proposed acquisition |
| WR Grace | G. Boyer | 09/30/03 | 27 | 0.3 | Conversation with SJ re: valuation work related to proposed acquisition |
| WR Grace | S. Jones | 09/30/03 | 27 | 0.3 | Conversation with GB re: valuation work related to proposed acquisition |
| WR Grace | G. Boyer | 09/30/03 | 27 | 0.2 | Conversations with SJ re: Galeras memorandum |
| WR Grace | S. Jones | 09/30/03 | 27 | 0.2 | Conversations with GB re: Galeras memorandum |
| WR Grace | G. Boyer | 09/30/03 | 27 | 0.2 | Conversation with and review of related email from JS re: proposed acquisition |
| WR Grace | S. Jones | 09/30/03 | 26 | 1.4 | Receive and review Company's August 2003 operating report; perform comparative analyses with historical results and projected budget |
| | | | | 171.0 | Total Hours |

## LEGEND

| | |
|---|---|
| AG | Alberto Gutierrez, Environmental Expert--Geolex Inc. |
| BA | Bradley Aitken, Associate -- CDG |
| Bates | Charles Bates, President--Bates White & Ballentine, LLC (PD Asbestos Claims Expert) |
| BF | Brad Friedman, Partner -- Milberg |
| BJ | Ben Jones, Vice President -- CDG |
| Chemco | Chemicals Division of Grace remaining after sale of PackCo |
| DB | David Blechman, Associate--Blackstone |
| DK | Dan Katz, Associate -- CDG |
| FL | Frank LaGrecca, former Managing Director--Houlihan Lokey |
| FR | Francine Rabinovitz, PI Asbestos Expert--Hamilton Rabinovitz |
| GB | Gregory Boyer, Managing Director -- CDG |
| Goldin | Goldin & Associates (Seymour Preston), Sealed Air Financial Advisor |
| HG | Heather Grant, Analyst -- CDG |
| HL | Houlihan Lokey Howard & Zukin |
| JH | James Hass, PD Asbestos Expert |
| JL | Joseph Lash, Sr. Managing Director -- CDG |
| JS | Jay Sakalo, Associate -- Bilzen Sumberg Dunn Baena Price & Axelrod LLP |
| JY | Jeff Yanover, Analyst -- CDG |
| KC | Kevin Collins, Managing Director--Houlihan Lokey |
| KR | Kasey Rosado, Vice President --CDG |
| LC | Lisa Coggins, Associate -- Ferry & Joseph PA |
| LE | Lawrence Ellberger, former CEO--WR Grace |
| MG | Michael Gries, Member -- CDG |
| MP | Mark Peterson, PI Asbestos Expert--Hamilton Rabinovitz |
| MW | Michael Wolf, Partner -- Bilzen Sumberg Dunn Baena Price & Axelrod LLP |
| OH | Omar Haynes, Analyst -- CDG |
| PackCo | Packaging Division of Grace sold to Sealed Air (Cryovac) |
| PZ | Pam Zilly, Managing Director--Blackstone |
| RB | Ryan Brown, Analyst -- CDG |
| RF | Rachel Fleishman, Associate -- Milberg |
| RT | Robert Turken, Of Counsel -- Bilzen Sumberg Dunn Baena Price & Axelrod LLP |
| SA | Sealed Air Corp. |
| SB | Scott Baena, Partner -- Bilzen Sumberg Dunn Baena Price & Axelrod LLP |
| SJ | Stephanie Jones, Associate -- CDG |
| SS | Scott Sturdivant, Analyst -- CDG |
| TH | Ted Hirschfield, Associate -- CDG |
| TT | Ted Taconelli, Partner -- Ferry & Joseph PA |
| WH | William Hickey, President/CEO--Sealed Air Corp/Cryovac |
| WR | Wilbur Ross, Chairman/CEO--WL Ross & Co. LLC |
| WHS | Warren Smith Associates, fee examiner |