2/11/04

**WR Grace**
**Expense Detail - Conway, Del Genio, Gries & Co., LLC**
**For the Period of July 1, 2003 through September 30, 2003**

| Name | Date | Meals | Lodging | Ground Transportation | Airfare | Telephone | Other | Total |
|---|---|---|---|---|---|---|---|---|
| G. Boyer (trip to Miami - cab in Miami) | 7/7/03 | | | 30.00 | 1,415.50 | | | 1,445.50 |
| G. Boyer (car from home to Newark Airport) | 7/7/03 | | | 70.38 | | | | 70.38 |
| G. Boyer (car from Newark Airport to home) | 7/7/03 | | | 79.56 | | | | 79.56 |
| G. Boyer | 9/8/03 | | | 9.00 | | | | 9.00 |
| **G. Boyer Total** | | 0.00 | 0.00 | 188.94 | 1,415.50 | 0.00 | 0.00 | **1,604.44** |
| S. Jones | 7/2/03 | | | 9.69 | | | | 9.69 |
| S. Jones | 7/5/03 | | | 10.00 | | | | 10.00 |
| S. Jones | 7/11/03 | | | 7.00 | | | | 7.00 |
| S. Jones | 7/12/03 | | | 10.00 | | | | 10.00 |
| S. Jones | 7/13/03 | | | 10.00 | | | | 10.00 |
| S. Jones | 7/16/03 | | | 7.00 | | | | 7.00 |
| S. Jones | 7/17/03 | | | 6.00 | | | | 6.00 |
| **S. Jones Total** | | 0.00 | 0.00 | 59.69 | 0.00 | 0.00 | 0.00 | **59.69** |
| Federal Express | 7/10/03 | | | | | | 13.68 | 13.68 |
| Federal Express | 9/25/03 | | | | | | 11.43 | 11.43 |
| **Federal Express Total** | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 25.11 | **25.11** |
| **Grand Total** | | 0.00 | 0.00 | 248.63 | 1,415.50 | 0.00 | 25.11 | **1,689.24** |