IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | | Objection Deadline: March 2, 2004 at 4:00 p.m. |
| | | Hearing Date: TBD only if necessary |

## FEE DETAIL FOR WOODCOCK WASHBURN'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM DECEMBER 1, 2003 THROUGH DECEMBER 31, 2003

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:74959.1

*Intercat v. Nol-Tec*
Civil Action No.: 0:03CV4886
United States District Court
District of Minnesota

| | | |
|---|---|---|
| 12/01/03 | KMW | Analysis of discovery requests and preparation of responses to latest interrogatory request; review of produced Grace documents. |
| 12/02/03 | CEZ | Reviewed and analyzed documents produced by Intercat pursuant to Grace's document requests. |
| 12/02/03 | KMW | Continued analysis of outstanding document requests and cataloging of documents from Grace response to same. |
| 12/02/03 | GHL | Review of Intercat's Fourth Document Requests to Grace and coordination of response to same; |
| 12/03/03 | CEZ | Reviewed and analyzed documents produced by Intercat pursuant to Grace's document requests. |
| 12/03/03 | LL | Attendance and assistance to the analysis and organization of documents for files regarding production. |
| 12/03/03 | DRB | Coordination with Grace's Alfred Jordan concerning meetings with refineries to understand non-infringing uses of Nol-Tec loaders |
| 12/04/03 | LL | Attendance and assistance to the analysis and organization of documents for files regarding production and indexed new production documents. |
| 12/04/03 | CEZ | Reviewed and analyzed documents produced by Intercat pursuant to Grace's document requests. |
| 12/05/03 | CEZ | Reviewed and analyzed documents produced by Intercat pursuant to Grace's document requests; created memorandum categorizing produced documents. |
| 12/05/03 | CEZ | File memorandum on lease agreements for loaders |
| 12/05/03 | LL | Attendance and assistance to the analysis and organization of documents for files regarding production. |
| 12/05/03 | DRB | Telephone conference with Intercat counsel regarding Protective Order issues and message to Grace's counsel regarding same |
| 12/08/03 | CEZ | Reviewed and analyzed documents produced by Intercat pursuant to Grace's document requests. |
| 12/08/03 | CEZ | Reviewed patents referenced in Intercat lease agreements. |
| 12/08/03 | CEZ | Reviewed and analyzed '236 patent and file history; and development of claim interpretation positions |
| 12/08/03 | LL | Attendance and assistance to the analysis and organization of documents for files regarding production. |

| | | |
|---|---|---|
| 12/09/03 | CEZ | Reviewed and analyzed documents produced by Intercat pursuant to Grace's document requests. |
| 12/09/03 | CEZ | Email correspondence with P. Arnold regarding protective order issues. |
| 12/10/03 | CEZ | Reviewed and analyzed documents produced by Intercat pursuant to Grace's document requests. |
| 12/10/03 | DRB | Preparation of discovery request to third party refinery. |
| 12/10/03 | KMW | Review of Grace document to be produced; preparation of responses to document requests and interrogatory request. |
| 12/10/03 | DRB | Analysis of Intercat's document production and addressing Protective Order issue |
| 12/10/03 | CEZ | Prepared subpoenas with topics for Murphy Superior; |
| 12/10/03 | CEZ | Telephone discussion with P. Arnold regarding protective order issues. |
| 12/10/03 | LL | Attendance and assistance to the analysis and organization of documents for files regarding production and preparation of privilege log. |
| 12/11/03 | CEZ | Reviewed and analyzed documents produced by Intercat pursuant to Grace's document requests. |
| 12/11/03 | DRB | Preparation of subpoena for third party refinery discovery |
| 12/11/03 | LL | Attendance and assistance to the analysis and organization of documents for files regarding production and preparation of privilege log. |
| 12/11/03 | KMW | Analysis of Grace and Intercat documents for preparation of responses to document and interrogatory requests; |
| 12/12/03 | CEZ | Reviewed and analyzed documents produced by Intercat pursuant to Grace's document requests. |
| 12/12/03 | KMW | Preparation of responses to Fourth Set of Document Requests from Intercat. |
| 12/12/03 | LL | Attendance and assistance to the analysis and organization of documents for files regarding production and preparation of privilege log. |
| 12/12/03 | KMW | Gathering facts in continued preparation of response to Interrogatory 8. |
| 12/13/03 | GHL | Review of Intercat's Rule 30-b-6 notice for deposition of Grace on loader operation; consideration of response and possible objection to same, and consideration of presentation and necessary preparation of designated witness; |
| 12/13/03 | GHL | Further outlining of non-infringement defense; strategy for presentation of same and claim construction issues related to same; |
| 12/14/03 | LL | Attendance and assistance to the analysis and organization of documents for files regarding production. |

| | | |
|---|---|---|
| 12/15/03 | GHL | Fee Application, Applicant -- preparation of fee petition for October 2003 |
| 12/15/03 | KMW | Continued fact gathering in support of response to Interrogatory 8. |
| 12/15/03 | DRB | Telephone conference with third party refineries regarding operation of loaders |
| 12/15/03 | GHL | Review of Intercat's notices of deposition to Grace and to Nol-Tec pursuant to Rule 30(b)(6) and and prelimianyr review of documents identified in the notices to be the subject of deposition. |
| 12/15/03 | CEZ | Prepared subpoena for Tesoro, Mandan. |
| 12/15/03 | DRB | Memorandum drafted regarding refineries use of loaders |
| 12/15/03 | KMW | Analysis of documents referenced in Intercat's Notice of Deposition for Grace. |
| 12/15/03 | GHL | Review and revision of draft response to Intercat's Second Set of Interrogatories |
| 12/15/03 | CEZ | Reviewed and analyzed documents produced by Intercat pursuant to Grace's document requests. |
| 12/15/03 | DRB | Telephone conference with counsel for refineries regarding document production |
| 12/15/03 | DRB | Analysis of draft responses to interrogatories |
| 12/16/03 | CEZ | Reviewed and analyzed documents produced by Intercat pursuant to Grace's document requests. |
| 12/16/03 | DRB | Telephone conference with Grace representatives regarding responding to Intercat's Rule 30(b)(6) Notice |
| 12/16/03 | GHL | Continued analysis of documents relating to loader operations as identified in Nol-Tec's Rule 30-b-6 deposition notices; |
| 12/17/03 | CEZ | Prepared letter to P. Arnold detailing protective order and other discovery issues; |
| 12/17/03 | DRB | Coordinating discovery to be sought from refineries; |
| 12/17/03 | GHL | Further review of documents identified in Intercat 30(b)(6) deposition notices relating to loader operations; |
| 12/17/03 | CEZ | Meeting with trial team on discovery issues and case strategy |
| 12/17/03 | KMW | Analysis of Intercat production. |
| 12/17/03 | GHL | Meeting with trial team to review outstanding discovery issues, including written discovery, document production issues, and deposition scheduling; |
| 12/17/03 | CEZ | Reviewed and analyzed documents produced by Intercat pursuant to Grace's document requests. |

| | | |
|---|---|---|
| 12/17/03 | DRB | Strategy meeting to determine discovery strategy |
| 12/17/03 | FTC | Reviewed W.R. Grace's document requests to Intercat and compared the documents requested therein with the documents received to date from Intercat, and identification of deficits in the responses. |
| 12/17/03 | KMW | Analysis of Grace's document production. |
| 12/17/03 | FTC | Met with team to discuss discovery schedule and formulation of additional discovery requests. results. |
| 12/17/03 | KMW | Continued preparation of response to 2nd set of interrogatories and fact-gathering, telephonic conference w/Al Jordan regarding same, and analysis of information from Nol-Tec for the response; drafting response. |
| 12/17/03 | KMW | Continued preparation of Responses to Fourth Set of Document Requests; telephonic conference w/Al Jordan regarding the same. |
| 12/17/03 | FTC | Reviewed documents produced by Intercat. |
| 12/18/03 | DRB | Coordination of discovery from refineries; telephone conference with refineries regarding same |
| 12/18/03 | CEZ | Reviewed email from P. Arnold responding to my email of December 17 ; email discussion with G. Levin and D. Bailey regarding same; drafted email response. |
| 12/18/03 | DRB | Attendance to Protective Order issues |
| 12/18/03 | GHL | Attendance to review of outstanding discovery disputes with Intercat; |
| 12/18/03 | CEZ | Reviewed and analyzed documents produced by Intercat pursuant to Grace's document requests. |
| 12/18/03 | FTC | Reviewed communication from P. Arnold concerning alleged deficiencies in W.R. Grace's document production and considered the basis of said allegations. |
| 12/18/03 | KMW | Analysis of documents to be produced by Grace. |
| 12/18/03 | GHL | Further review of files in preparation for defense of Rule 30(b)(6) deposition noticed by Intercat; |
| 12/19/03 | DRB | Coordination of deposition for Grace's 30(b)(6) deponent |
| 12/19/03 | DRB | Coordination of discovery depositions for refineries |
| 12/19/03 | CEZ | Reviewed and analyzed documents produced by Intercat pursuant to Grace's document requests. |
| 12/20/03 | DRB | Coordination of deposition scheduling |
| 12/22/03 | CEZ | Reviewed and analyzed documents produced by Intercat pursuant to Grace's document requests. |

| | | |
|---|---|---|
| 12/22/03 | GHL | Review and revision to draft response to Intercat's 2nd interrogatories, and attendance to service of same; |
| 12/22/03 | CEZ | Collection and catalog documents from production. |
| 12/23/03 | GHL | Review of refinery subpoenas issued by Intercat and attendance to deposition scheduling issues; |
| 12/23/03 | CEZ | Reviewed subpoenas served by Intercat. |
| 12/23/03 | KMW | Analysis of Grace production to Intercat; |
| 12/23/03 | DRB | Strategy meeting with litigation team concerning discovery scheduling and strategy |
| 12/23/03 | CEZ | Reviewed and analyzed documents produced by Intercat pursuant to Grace's document requests. |
| 12/23/03 | CEZ | Drafted email memorandum regarding Intercat loader |
| 12/23/03 | FTC | Reviewed documents produced by Intercat. |
| 12/23/03 | DRB | Meet and confer with Intercat's counsel regarding discovery disputes |
| 12/24/03 | CEZ | Reviewed and analyzed documents produced by Intercat pursuant to Grace's document requests. |
| 12/24/03 | GHL | Conference with trial team members for development of discovery plan. |
| 12/26/03 | CEZ | Prepared and served deposition notice for D. Bartholic |
| 12/27/03 | FTC | Reviewed documents produced by W.R. Grace to Intercat and categorized aid documents in preparation for upcoming depositions. |
| 12/28/03 | FTC | Reviewed documents produced by W.R. Grace to Intercat and categorized documents in preparation for upcoming depositions. |
| 12/29/03 | CEZ | Reviewed Grace's production for preparation of witness bider for deposition of A. Jordan. |
| 12/29/03 | CEZ | Reviewed Intercat's responses and objections to Grace's first and second document requests in connection with preparation of letter detailing deficiencies in Intercat's production. |
| 12/29/03 | CEZ | Preparated letter detailing deficiencies in Intercat's production. |
| 12/29/03 | GHL | Review of selected documents as received from refineries in response to parties' subpoenas; |
| 12/29/03 | CEZ | Completed review of Intercat production. |
| 12/29/03 | FTC | Reviewed documents produced by W.R. Grace to Intercat and categorized aid documents in preparation for upcoming depositions. |
| 12/30/03 | DRB | Preparation of responses to Intercat's Discovery Requests |

| | | |
|---|---|---|
| 12/30/03 | DRB | Coordination of third party refinery discovery |
| 12/30/03 | CEZ | Reviewed Grace's production for preparation of witness binder for deposition of A. Jordan. |
| 12/30/03 | FTC | Reviewed documents produced by W.R. Grace to Intercat and categorized aid documents in preparation for upcoming depositions. |
| 12/30/03 | CEZ | Preparation of letter to Intercat counsel detailing deficiencies in Intercat's production. |
| 12/31/03 | FTC | Reviewed documents produced by W.R. Grace to Intercat and categorized aid documents in preparation for upcoming depositions. |

SERVICES                                    $        60,218.00

| | | | | |
|---|---|---|---|---|
| GHL | GARY H. LEVIN      | 10.20  | hours at $ | 435.00 |
| DRB | DAVID R. BAILEY    | 15.00  | hours at $ | 360.00 |
| CEZ | CHAD E. ZIEGLER    | 120.00 | hours at $ | 265.00 |
| FTC | FRANK T. CARROLL   | 36.30  | hours at $ | 250.00 |
| KMW | KAREN M. WHITNEY   | 31.40  | hours at $ | 190.00 |
| LL  | LARRY LABELLA      | 29.50  | hours at $ | 120.00 |

**DISBURSEMENTS:**

| | |
|---|---|
| FACSIMILE | 23.78 |
| POSTAGE & DELIVERY | 373.79 |
| PHOTOCOPYING | 13,111.90 |
| COMPUTER SEARCH | 85.29 |

DISBURSEMENT TOTAL                          $        13,594.76

SERVICE TOTAL                               $        60,218.00

**INVOICE TOTAL**                           $        73,812.76