IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

Objection Deadline: March 2, 2004 at 4:00 p.m.
Hearing Date: TBD only if necessary

**FEE DETAIL FOR CASNER & EDWARDS, LLP'S
TWENTY-SEVENTH MONTHLY FEE APPLICATION
FOR THE PERIOD FROM DECEMBER 1, 2003 THROUGH DECEMBER 31, 2003**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

**<u>EXHIBIT A</u>**
(Fee Detail)

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N.  04-2778062

February 3, 2004

Bill Number  63699
File Number  0052000-0000043

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Re: Litigation and Litigation Consulting

**LEGAL SERVICES**

Through December 31, 2003

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 12/01/03 | MTM | Conference with ARA re: boxes to Dik Artinian at Grace in Cambridge (.1); letter to Mr. Artinian re: same (.1). | 0.20 Hrs | $38.00 |
| 12/01/03 | ARA | Per MTM's request, make arrangements for boxes to be shipped to Dik Artinian at Grace in Cambridge (.9). Document control (.4). | 1.30 Hrs | $110.50 |
| 12/02/03 | RAM | Read updated bankruptcy court docket entries to select documents to read. | 0.10 Hrs | $22.00 |
| 12/02/03 | ARA | Prepare boxes for shipment to Cambridge and oversee their pick-up. | 1.90 Hrs | $161.50 |
| 12/02/03 | MEV | Update bankruptcy court docket entries for RAM. | 0.10 Hrs | $8.50 |
| 12/03/03 | RAM | Review documents to send to Attorney Burns (.3). Draft errata sheet and fax it to in-house counsel (.3); telephone conference with in-house counsel re: documents and errata sheet (.1). Draft letter to Attorney Burns re: documents being produced (.1). | 0.80 Hrs | $176.00 |
| 12/03/03 | MEV | Download and print selected documents filed in bankruptcy court for RAM. | 0.50 Hrs | $42.50 |
| 12/04/03 | RAM | Read selected documents filed in bankruptcy court (.4). Finalize errata sheet and send it to in-house counsel to sign (.1). | 0.50 Hrs | $110.00 |

David B. Siegel

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 12/04/03 | MTM | Receipt and review of letter from Heberling re: possible deposition to authenticate documents (.3); telephone call to in-house counsel re: same (.2). | 0.50 Hrs | $95.00 |
| 12/08/03 | RAM | Send in-house counsel's original errata sheet to J. Pope. | 0.05 Hrs | No charge |
| 12/08/03 | MTM | Telephone call to ARA re: locating documents requested by J. Heberling (.1); review originals of such documents re: anticipated deposition or affidavit (.3); email to J. Heberling re: same (.2). | 0.60 Hrs | $114.00 |
| 12/08/03 | ARA | Per MTM's instructions, search for and obtain documents from the production set requested by J. Heberling (1.7). Document control (2.9). | 4.60 Hrs | $391.00 |
| 12/09/03 | RAM | Read updated entries on bankruptcy court's docket to select documents to read (.1). Read selected documents filed in bankruptcy court (.1). | 0.20 Hrs | $44.00 |
| 12/09/03 | MEV | Update bankruptcy court docket entries for RAM (.1); download and print selected documents filed in bankruptcy court (.2). | 0.30 Hrs | $25.50 |
| 12/11/03 | ARA | Document control. | 4.50 Hrs | $382.50 |
| 12/15/03 | RAM | Read updated bankruptcy court docket entries to select documents to read (.1). Read selected documents filed in bankruptcy court (.1). | 0.20 Hrs | $44.00 |
| 12/15/03 | MTM | Email to in-house counsel re: Lason billing issue. | 0.10 Hrs | $19.00 |
| 12/15/03 | ARA | Document control. | 1.50 Hrs | $127.50 |
| 12/15/03 | MEV | Update bankruptcy court docket entries for RAM (.1); download and print selected documents filed in bankruptcy court for RAM (.2). | 0.30 Hrs | $25.50 |
| 12/16/03 | MTM | Telephone call from in-house counsel re: questions re: Dr. Egilman's document reviews on Ag/Hort products (.1); conference with RAM re: same (.1); review files re: same (.2). | 0.40 Hrs | $76.00 |
| 12/16/03 | ARA | Per discussions with MTM, work on Winthrop Square information binders (.8). Telephone call from MTM re: when was last visit to repository by Egilman; check diary (.3). Document control (3.2). | 4.30 Hrs | $365.50 |
| 12/17/03 | RAM | Conference with MTM re: request from R. Finke re: whether Egilman mentioned ag/hort products (.1). Conference with MTM re: affidavit that Heberling asked him to sign (.1). | 0.20 Hrs | $44.00 |
| 12/17/03 | MTM | Review Winthrop Square after relocation of repository and discuss rearrangement with ARA (1.0). Review Dr. Egilman's files re: question from in-house counsel re: his interest in Ag/Hort products (.5); conference with RAM re: same (.1). Telephone call form J. Heberling re: document authentication affidavit (.1); receipt and review | 2.20 Hrs | $418.00 |

David B. Siegel

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| | | of draft affidavit from J. Heberling re: document authentication (.2); conference with RAM re: same (.1); telephone call from J. Heberling re: same (.2). | | |
| 12/17/03 | ARA | Search for Recordkeeper numbers for documents that need to be returned to Recordkeeper (1.7). Meeting with MTM to review repository; note changes/corrections that need to be made (1.0); map out where boxes of production set documents should be located (3.0). Answer MTM's question re: number of boxes in the repository, check my files (.4). | 6.10 Hrs | $518.50 |
| 12/18/03 | MTM | Receipt and review of revised affidavit re: document authentication (.1); telephone call to in-house counsel re: same (.1); letter to J. Heberling re: same (.2). | 0.40 Hrs | $76.00 |
| 12/18/03 | ARA | Continue to map out where production set documents should be located. | 5.90 Hrs | $501.50 |
| 12/19/03 | MTM | Telephone call to in-house counsel at Grace re: Dr. Egilman's and Ag/Hort products (.1); telephone call from Todd Hammer re: my authentication of documents for J. Heberling (.2). | 0.30 Hrs | $57.00 |
| 12/19/03 | ARA | Quality control boxes of production set documents after move (2.7). Review diagrams and document information location list (1.0). | 3.70 Hrs | $314.50 |
| 12/22/03 | MTM | Telephone call to in-house counsel re: documents requested by Heberling and call from Grace's attorney in Montana re: same. | 0.10 Hrs | $19.00 |
| 12/22/03 | ARA | Review document location list and diagrams and make notes of changes of materials moved in the repository (2.2). Document control (.5). | 2.70 Hrs | $229.50 |
| 12/23/03 | RAM | Read updated bankruptcy court docket entries to select documents to read (.2). Read selected documents filed in bankruptcy court (.5). | 0.70 Hrs | $154.00 |
| 12/23/03 | MEV | Update bankruptcy court docket entries for RAM (.1); download and print selected documents filed in bankruptcy court for RAM (.2). | 0.30 Hrs | $25.50 |
| 12/29/03 | MTM | Work on answering questions re: November fee application. | 0.30 Hrs | $57.00 |
| 12/30/03 | MTM | Work on answering questions re: November fee application. | 0.10 Hrs | $19.00 |

David B. Siegel

|  | | TOTAL LEGAL SERVICES | $4,812.00 |

## LEGAL SERVICES SUMMARY

| | | | |
|---|---|---|---|
| ROBERT A. MURPHY | 2.70 Hrs | 220/hr | $594.00 |
| ROBERT A. MURPHY | 0.05 Hrs | 220/hr | No charge |
| MATTHEW T. MURPHY | 5.20 Hrs | 190/hr | $988.00 |
| ANGELA R. ANDERSON | 36.50 Hrs | 85/hr | $3,102.50 |
| MARCI E. VANDERHEIDE | 1.50 Hrs | 85/hr | $127.50 |
| | 45.95 Hrs | | $4,812.00 |

|  | | TOTAL THIS BILL | $4,812.00 |

**CASNER & EDWARDS, LLP**
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N.  04-2778062

February 3, 2004

Bill Number  63700
File Number 0052000-0000057

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Re: Fee Applications, Applicant

**LEGAL SERVICES**

Through December 31, 2003

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 12/02/03 | RAM | Work on October fee application. | 0.70 Hrs | $154.00 |
| 12/03/03 | RAM | Work on October fee application. | 0.10 Hrs | $22.00 |
| 12/04/03 | RAM | Telephone conference with in-house counsels that fee application may be filed (.1); finalize October fee application (.1); send it to Delaware counsel to file (.1). | 0.30 Hrs | $66.00 |
| 12/22/03 | RAM | Work on November fee application. | 0.10 Hrs | $22.00 |
| 12/26/03 | RAM | Work on November fee application. | 1.10 Hrs | $242.00 |
| | | TOTAL LEGAL SERVICES | | $506.00 |

**LEGAL SERVICES SUMMARY**

| | | | |
|---|---|---|---|
| ROBERT A. MURPHY | 2.30 Hrs | 220/hr | $506.00 |
| | 2.30 Hrs | | $506.00 |

David B. Siegel

TOTAL THIS BILL          $506.00