**EXHIBIT B**
(Expense Detail)

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

February 3, 2004

Bill Number 63707
File Number 0052000-0000043

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Re: Litigation and Litigation Consulting

**DISBURSEMENTS**

Through December 31, 2003

| | | |
|---|---|---|
| EXCESS POSTAGE | | $1.20 |

OUTSIDE PHOTOCOPYING

| | | | |
|---|---|---|---|
| 12/17/03 | MERRILL COMM - documents requested by W. Burns after in-house counsel's deposition (re: Huber v. Taylor). | 64.34 | |
| | | | $64.34 |

PHOTOCOPYING

| | | | |
|---|---|---|---|
| 12/16/03 | 17 copies. | 2.04 | |
| 12/18/03 | 43 copies. | 5.16 | |
| | | | $7.20 |

TELEPHONE

| | | | | |
|---|---|---|---|---|
| 12/16/03 | 329 | 5613621533 | 1.10 | |
| 12/29/03 | AT&T | 6174263501 | 6.00 | |
| | | | | $7.10 |

MISCELLANEOUS

David B. Siegel

Re: Litigation and Litigation Consulting

**DISBURSEMENTS**

Through December 31, 2003

MISCELLANEOUS

| | | | |
|---|---|---|---|
| 12/10/03 | RECORDKEEPER ARCHIVE - monthly storage fee (12/03) | 395.10 | |
| | | | $395.10 |
| | TOTAL DISBURSEMENTS | | $474.94 |
| | TOTAL THIS BILL | | $474.94 |

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

February 3, 2004

Bill Number 63708
File Number 0052000-0000057

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Re: Fee Applications, Applicant

**DISBURSEMENTS**

Through December 31, 2003

**FEDERAL EXPRESS**

| | | | |
|---|---|---|---|
| 12/09/03 | To Scotta McFarland from RAM on 11/5/03 | 12.13 | |
| | | | $12.13 |

**PHOTOCOPYING**

| | | | |
|---|---|---|---|
| 12/04/03 | 108 copies. | 12.96 | |
| | | | $12.96 |
| | | TOTAL DISBURSEMENTS | $25.09 |
| | | TOTAL THIS BILL | $25.09 |

Page 1