IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | )    Chapter 11 |
| | ) |
| W. R. GRACE & CO. et al.[1] | )    Case No. 01-01139 (JKF) |
| | )    (Jointly Administered) |
| Debtors. | ) **Objection Deadline: Mar.2, 2004 at 4:00p.m.** |

**Hearing Date :   TDB only if necessary**

**FEE DETAIL FOR CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI,
STEWART & OLSTEIN'S MONTHLY FEE APPLICATION FOR THE PERIOD
FROM JANUARY 1, 2004 THROUGH JANUARY 31, 2004**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. -Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food `N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (Ma Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G_ C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners 1, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Curving, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# E X H I B I T  A

```
W.R. GRACE & COMPANY                  February 6, 2004
5400 BROKEN SOUND BLVD., N.W.         Invoice No. 22527
BOCA RATON, FL  33487                 Client No.  734680
ATTN: RICHARD A. SENFTLEBEN, ESQ.
```

For Professional Services Rendered through   01/31/04

Matter #          734680.1      VS. HONEYWELL INTERNATIONAL

## Litigation and Litigation Consulting

| | | | |
|---|---|---|---|
| 01/02/04 JMA | RCRA Fee Petition - receipt and review letter from B. Terris | .10 | 37.50 |
| 01/02/04 JMA | Receipt and review letter from T. Pasuit to Clerk | .10 | 37.50 |
| 01/02/04 JMA | Receipt and review Notice of Motion by Special Master - 7th Fee Application | .20 | 75.00 |
| 01/02/04 JMA | Receipt and review Special Master's Fee Application | .80 | 300.00 |
| 01/02/04 JMA | Receipt and review proposed form of Order | .20 | 75.00 |
| 01/02/04 JMA | Letter to Judge Cavanaugh | .20 | 75.00 |
| 01/05/04 JMA | Phone - counsel for Special Master re: RAWP motion and meeting schedule | .40 | 150.00 |
| 01/05/04 JMA | Phone - D. Field re: brief scheduling - RAWP motion | .10 | 37.50 |
| 01/05/04 JMA | Phone - C. Marraro re: Honeywell RAWP motion | .20 | 75.00 |
| 01/05/04 JMA | RCRA Fee Petition - phone - C. Marraro re: oral argument | .20 | 75.00 |
| 01/05/04 JMA | Phone - D. Field | .10 | 37.50 |
| 01/05/04 JMA | Receipt and review email from C. Marraro | .10 | 37.50 |
| 01/05/04 JMA | Phone - C. Marraro re: Honeywell RAWP motion | .20 | 75.00 |
| 01/05/04 MEF | Conference with LF re: transportation issues | .30 | 75.00 |
| 01/05/04 LF | Phone call to Newark Assessor re: transportation issues | .20 | 18.00 |
| 01/06/04 JMA | RCRA Fee Petition - receipt and review letter from M. Caffrey to Clerk | .10 | 37.50 |

W.R. GRACE & COMPANY                                    February 6, 2004
Client No.              734680                  Page       2
INVOICE NO.             22527


| | | | |
|---|---|---|---|
| 01/06/04 JMA | RCRA Fee Petition - receipt and review letter from M. Caffrey to Judge Cavanaugh | .10 | 37.50 |
| 01/06/04 JMA | RCRA Fee Petition - Receipt and review Honeywell reply brief - Motion to Strike ECARG reply papers | .50 | 187.50 |
| 01/06/04 JMA | RCRA Fee Petition - receipt and review M. Caffrey letter to Clerk | .10 | 37.50 |
| 01/06/04 JMA | RCRA Fee Petition - receipt and review M. Caffrey letter to Judge Cavanaugh | .10 | 37.50 |
| 01/06/04 JMA | RCRA Fee Petition - receipt and review Honeywell reply brief - Motion to Strike ICO reply papers | .40 | 150.00 |
| 01/06/04 JMA | Phone - L. Walsh re: agenda for 1/9/04 meeting | .20 | 75.00 |
| 01/06/04 JMA | Phone - C. Marraro re: RAWP motion and meetings | .40 | 150.00 |
| 01/06/04 JMA | Phone - B. Lothian re: transportation issues | .20 | 75.00 |
| 01/06/04 MEF | RCRA Fee Petition - receipt and review Honeywell reply re: motion to strike portions of ECARG's reply papers | .30 | 75.00 |
| 01/06/04 MEF | Receipt and review Honeywell reply brief re: motion to strike portions of ICO's reply papers | .20 | 50.00 |
| 01/06/04 MEF | T/c with M. Golladay re: transportation issues | .30 | 75.00 |
| 01/06/04 MEF | T/cs with LF re: transportation issues | .30 | 75.00 |
| 01/06/04 MEF | Review Honeywell's motion re: Summary Remedial Work Plan | 1.50 | 375.00 |
| 01/06/04 MEF | T/c with B. Bank's re: Honeywell Summary Remedial Workplan motion | .10 | 25.00 |
| 01/06/04 MEF | Conference with LF re: results of research re: transportation issues | .40 | 100.00 |
| 01/06/04 MEF | Email from T. Pasuit re: 1/9/04 meeting | .10 | 25.00 |
| 01/06/04 MEF | Letter to B. Hughes re: exhibits to RAWP | .20 | 50.00 |
| 01/06/04 MEF | Begin comparison of Honeywell proposed RAWP order and 12/12/03 revisions | 1.20 | 300.00 |

```
W.R. GRACE & COMPANY                          February 6, 2004
Client No.              734680                 Page      3
INVOICE NO.             22527
```

| Date | Init | Description | Hours | Amount |
|---|---|---|---|---|
| 01/06/04 | LF | Research at Newark Tax Assessor's office re: transportation issues | 1.50 | 135.00 |
| 01/06/04 | LF | Research at Jersey City Tax Assessor's Office re: Transportation issues | 1.30 | 117.00 |
| 01/06/04 | LF | Conference with MEF re: transportation issues | .40 | 36.00 |
| 01/06/04 | LF | Prepare letter to Ed Toloza, Jersey City Tax Assessor re: transportation issues | .20 | 18.00 |
| 01/07/04 | JMA | Phone - C. Marraro re: RAWP | .40 | 150.00 |
| 01/07/04 | JMA | RCRA Fee Petition - commence review of RCRA Fee Petition papers for oral argument | 1.50 | 562.50 |
| 01/07/04 | JMA | Receipt and review letter from D. Field to Clerk | .10 | 37.50 |
| 01/07/04 | JMA | Phone - B. Lothian and MEF re: transportation issues | .20 | 75.00 |
| 01/07/04 | JMA | Receipt and review memo re: Rule 53 Amendments | .60 | 225.00 |
| 01/07/04 | JMA | Review of and comments to transportation video | 1.00 | 375.00 |
| 01/07/04 | JMA | Review ECARG transportation report | 1.50 | 562.50 |
| 01/07/04 | JMA | Initial review of Honeywell Notice of Motion for Order entering Honeywell RAWP, supporting brief, certification and proposed order | 2.00 | 750.00 |
| 01/07/04 | JMA | Conference with MEF re: preparation of comments to ECARG transportation report | 4.00 | 1500.00 |
| 01/07/04 | JMA | Conference with MEF re: memo re: Rule 53 Amendments | .40 | 150.00 |
| 01/07/04 | MEF | Continue and complete comparison of Honeywell's proposed RAWP order and 12/12/03 revisions | .50 | 125.00 |
| 01/07/04 | MEF | Begin preparation for oral argument on RCRA fee petition and motion to strike | .60 | 150.00 |
| 01/07/04 | MEF | Email from T. Pasuit re: 1/9/04 meeting | .10 | 25.00 |
| 01/07/04 | MEF | Conference with JMA re: Honeywell RAWP motion and Rule 53 | .40 | 100.00 |

W.R. GRACE & COMPANY                                    February 6, 2004
Client No.            734680                    Page      4
INVOICE NO.           22527


01/07/04 MEF T/c with M. Williams re: Rule 53 memo              .20      50.00

01/07/04 MEF Review transportation videos re: RAWP            1.00     250.00

01/07/04 MEF Review transportation report re: opposition to   1.00     250.00
             Honeywell RAWP

01/07/04 MEF Conference with JMA re: opposition to Honeywell  4.00    1000.00
             RAWP motion

01/07/04 MEF T/c with B. Hughes re: Honeywell RAWP motion      .70     175.00

01/07/04 MEF Memo re: transportation report                   1.50     375.00

01/08/04 JMA Appeal - Conference with C. Marraro re:          1.00     375.00
             mediation issues

01/08/04 JMA Conference with MEF and C. Marraro re:           3.40    1275.00
             transportation report issues

01/08/04 JMA Phone - C. Marraro and B. Lothian re:           1.00     375.00
             transportation report issues

01/08/04 JMA Conference with C. Marraro re: transportation    3.00    1125.00
             and traffic issues

01/08/04 JMA Conference with C. Marraro, MEF and B. Hughes     .60     225.00
             re: Grace RAWP

01/08/04 MEF Continue memo re: transportation report          3.20     800.00

01/08/04 MEF Review memo from M. Williams re: Rule 53          .50     125.00

01/08/04 MEF Research - retroactivity of amended rules        1.50     375.00

01/08/04 MEF T/cs with B. Lothian re: transportation report   1.00     250.00

01/08/04 MEF T/c with B. Hughes, JMA, CHM re: opposition to    .60     150.00
             Honeywell RAWP motion

01/08/04 MEF Conference with JMA and CHM re: transportation   3.70     925.00
             report

01/08/04 LF  Phone call with Jack Cipriano at Jersey City      .60      54.00
             Tax Assessors Office regarding tax maps

01/08/04 LF  Prepare letter regarding tax maps                 .20      18.00

```
W.R. GRACE & COMPANY                        February 6, 2004
Client No.              734680              Page    5
INVOICE NO.             22527
```

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 01/09/04 | JMA | Receipt and review letter from K. Coakley re: RAWP Motion | .20 | 75.00 |
| 01/09/04 | JMA | Receipt and review letter from K. Coakley re: RAWP motion response date | .10 | 37.50 |
| 01/09/04 | JMA | Receipt and review letter from B. Terris re: RCRA Fee motion | .10 | 37.50 |
| 01/09/04 | JMA | Receipt and review letter from Parsons to Louis Berger Group re: data | .20 | 75.00 |
| 01/09/04 | JMA | Receipt and review email re: Weja site | .20 | 75.00 |
| 01/09/04 | JMA | Receipt and review DEP correspondence re: Weja site | .30 | 112.50 |
| 01/09/04 | JMA | Receipt and review email from T. Pasuit re: Special Master meetings and scheduling | .20 | 75.00 |
| 01/09/04 | JMA | Review of and comments to K. Brown Declaration re: Work Plan | .50 | 187.50 |
| 01/09/04 | MEF | Prepare for meeting with Special Master and all parties re: transportation issues | 1.00 | 250.00 |
| 01/09/04 | MEF | Attend meeting with Special Master and all counsel re: transportation issues | 3.20 | 800.00 |
| 01/09/04 | MEF | Revise memo re: transportation report | 1.00 | 250.00 |
| 01/09/04 | MEF | Conference with CHM and K. Brown re: transportation report | 2.00 | 500.00 |
| 01/09/04 | MEF | Phone with CHM re: response to Honeywell RAWP motion | .20 | 50.00 |
| 01/09/04 | MEF | T/c with B. Lothian re: rail yards | .10 | 25.00 |
| 01/10/04 | MEF | Review letter from M. Golladay and enclosures re: transportation issues | .60 | 150.00 |
| 01/12/04 | JMA | Conference with MEF and C. Marraro re: transportation video | .50 | 187.50 |
| 01/12/04 | JMA | Phone conference with K. Millian, C. Marraro and MEF | .40 | 150.00 |

```
W.R. GRACE & COMPANY                          February 6, 2004
Client No.              734680                Page      6
INVOICE NO.             22527
```

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 01/12/04 | JMA | Conference with MEF and C. Marraro re: preparation of Work Plan Post Judgment Order Approving Work Plan and Joint Submission re: RAWP | 4.20 | 1575.00 |
| 01/12/04 | JMA | Review of and comments to B. Hughes' draft of portion of joint submission re: RAWP | 1.00 | 375.00 |
| 01/12/04 | JMA | Conference with C. Marraro re: preparation of joint submission re: RAWP | 3.00 | 1125.00 |
| 01/12/04 | JMA | Review Honeywell motion re: RAWP | 1.20 | 450.00 |
| 01/12/04 | MEF | Conference with JMA and CHM re: work plan, brief and transportation video | 4.20 | 1050.00 |
| 01/12/04 | MEF | T/cs with B. Lothian re: transportation report | .30 | 75.00 |
| 01/12/04 | MEF | Revise work plan | 1.40 | 350.00 |
| 01/12/04 | MEF | Email to K. Millian re: work plan and order | .20 | 50.00 |
| 01/12/04 | MEF | Email to B. Lothian re: transportation report | .20 | 50.00 |
| 01/12/04 | MEF | Prepare comparison - ECARG/ICO v. Honeywell COPR removal schedules | .30 | 75.00 |
| 01/12/04 | MEF | Email from K. Millian re: draft work plan and order | .10 | 25.00 |
| 01/12/04 | RCS | Remedial Action Workplan- Assist John Agnello, Esq. with preparation of joint submission by reviewing certain trial testimony. | 1.20 | 270.00 |
| 01/12/04 | LF | Phone calls with Jersey City Tax Assessors office and Federal Express | .30 | 27.00 |
| 01/12/04 | LF | Prepare letter to Newark Tax Assessor's office regarding tax maps | .20 | 18.00 |
| 01/13/04 | JMA | Phone - C. Marraro re: RAWP | .30 | 112.50 |
| 01/13/04 | JMA | Receipt and review email from Louis Berger Group to Parsons | .10 | 37.50 |
| 01/13/04 | JMA | Receipt and review Work Plan with two (2) project areas approved by NJDEP (DuPont) | .60 | 225.00 |

```
W.R. GRACE & COMPANY                          February 6, 2004
Client No.              734680                Page      7
INVOICE NO.             22527
```

01/13/04 JMA Receipt and review email from Louis Berger        .10     37.50
             Group re: licensed hauler - tow boats

01/13/04 JMA Preparation of Joint Memorandum - RAWP           4.00   1500.00

01/13/04 JMA Phone - C. Marraro re: Joint Memorandum           .60    225.00

01/13/04 JMA Review plaintiffs' comments to Joint Order and   1.00    375.00
             Work Plan

01/13/04 JMA Phone - C. Marraro re: plaintiffs' comments to    .60    225.00
             Joint Order and Work Plan

01/13/04 JMA Receipt and review email from Parsons to Louis    .20     75.00
             Berger Group re: groundwater sampling

01/13/04 JMA Phone - counsel for Special Master re:            .60    225.00
             transportation issues

01/13/04 JMA Conference with RCS re: transcript of cites re:   .40    150.00
             trucking

01/13/04 JMA Review and revise Introduction - joint            .50    187.50
             submission - RAWP

01/13/04 MEF Review email from B. Lothian re: transportation   .60    150.00
             report

01/13/04 MEF Conference with LF re: Jersey City Tax Maps       .20     50.00

01/13/04 MEF T/c with WFH re: opposition to Honeywell work     .20     50.00
             plan motion

01/13/04 MEF Revise transportation memo                       1.30    325.00

01/13/04 MEF Email to CHM re: transportation memo              .10     25.00

01/13/04 MEF Emails to/from B. Lothian re: exhibits            .40    100.00

01/13/04 MEF Phone with CHM re: work plan/transportation       .30     75.00
             report

01/13/04 MEF Phone with CHM and K. Millian re: work plan       .10     25.00

01/13/04 MEF T/cs with M. Golladay re: Brown declaration       .30     75.00

01/13/04 MEF Review fax from CHM re: revisions to              .20     50.00
             transportation memo

W.R. GRACE & COMPANY                          February 6, 2004
Client No.              734680                Page      8
INVOICE NO.             22527


01/13/04 MEF Review email from K. Millian with redlined work    .40    100.00
             plan

01/13/04 MEF Phone with B. Lothian re: exhibits and report      .30     75.00

01/13/04 MEF Email to K. Millian re: transportation report      .10     25.00

01/13/04 MEF Email to M. Golladay re: Brown Declaration and     .20     50.00
             Work Plan

01/13/04 RCS Remedial Action Workplan- assist John Agnello,    3.00    675.00
             Esq. in preparation of joint submission by
             reviewing certain trial testimony and verifying
             citations.

01/13/04 LF  Review tax maps from Jersey City regarding        1.70    153.00
             transportation issues

01/14/04 JMA Review of and comments to plaintiffs' portion     1.00    375.00
             of joint submission

01/14/04 JMA Revisions to joint submission                     3.90   1462.50

01/14/04 JMA Phone - C. Marraro re: joint submission           1.00    375.00

01/14/04 JMA Phone - K. Millian re: joint submission            .40    150.00

01/14/04 JMA Conference with MEF re: joint submission           .80    300.00

01/14/04 JMA Phone - K. Millian re: joint submission            .30    112.50

01/14/04 JMA Phone - C. Marraro re: joint submission            .30    112.50

01/14/04 JMA Phone - C. Marraro re: site remediation issues     .50    187.50

01/14/04 MEF Email to R. Sentfleben re: Brown declaration,      .20     50.00
             work plan and order approving work plan

01/14/04 MEF T/c with K. Brown re: declaration                  .10     25.00

01/14/04 MEF Phone with M. Golladay re: work plan and           .20     50.00
             declaration

01/14/04 MEF Revise work plan with ICO revisions                .50    125.00

01/14/04 MEF Emails to/from K. Millian re: work plan            .30     75.00

W.R. GRACE & COMPANY                          February 6, 2004
Client No.                    734680          Page      9
INVOICE NO.                   22527


01/14/04 MEF  Receipt and review letter from M. Golladay re:        .20      50.00
              Brown declaration

01/14/04 MEF  Email from B. Hughes with attachment re:             .30      75.00
              response to Honeywell work plan motion

01/14/04 MEF  Conference with JMA re: brief in opposition to        .20      50.00
              Honeywell's RAWP motion

01/14/04 MEF  Conference with JMA re: plaintiff's                   .60     150.00
              comments/changes/additions to brief in
              opposition to Honeywell RAWP motion

01/14/04 MEF  Phone with CHM re: plaintiffs'                        .70     175.00
              comments/changes/additions to brief in
              opposition to RAWP motion

01/14/04 MEF  Phone with CHM and K. Millian re: plaintiff's         .60     150.00
              comments to opposition brief

01/14/04 LF   Continue review of tax maps from Jersey City        1.00      90.00
              regarding transportation issues

01/15/04 JMA  Phone - counsel for Special Master re:                .40     150.00
              permitting issues

01/15/04 JMA  Review Langan Report for filing with joint          1.00     375.00
              submission and exhibits

01/15/04 JMA  Phone - C. Marraro re: joint filing of RAWP          .40     150.00

01/15/04 JMA  Review plaintiffs' comments to joint filing         1.20     450.00

01/15/04 MEF  T/c with JMA re: conference call with CHM and         .20      50.00
              K. Millian

01/15/04 MEF  T/c with JMA and CHM re: plaintiff's revisions        .20      50.00
              to brief

01/15/04 MEF  Review plaintiffs' additional revisions to           .50     125.00
              brief in opposition to Honeywell RAWP motion

01/15/04 MEF  Conference with JMA re: plaintiffs' additional        .60     150.00
              revisions to brief in opposition to Honeywell's
              RAWP motion

W.R. GRACE & COMPANY                          February 6, 2004
Client No.              734680                 Page      10
INVOICE NO.             22527


01/15/04 MEF  Phone with CHM and JMA re: comments on          .20     50.00
              plaintiffs' additional revisions to brief in
              opposition to Honeywell RAWP motion

01/15/04 MEF  Redline plaintiff's additional revised brief in .30     75.00
              opposition to Honeywell RAWP motion

01/15/04 MEF  Conference call with CHM and K. Millian re:     .20     50.00
              final revisions to brief

01/15/04 MEF  Revise and finalize papers (MEF Declaration,   4.20   1050.00
              brief, work plan, certificate of service,
              letters to Clerk and Judge) re: response to
              Honeywell's RAWP motion

01/15/04 LF   Prepare letter to Jersey City Tax Assessor      .20     18.00
              regarding additional tax map

01/16/04 JMA  Receipt and review notice from Court re: Work   .20     75.00
              Plan motion

01/16/04 JMA  Receipt and review email from Parsons re:       .10     37.50
              Honeywell's Eighth Progress Report

01/16/04 JMA  Receipt and review letter from Parsons to       .10     37.50
              Special Master re: Honeywell's Eighth Progress
              Report

01/16/04 JMA  Receipt and review Honeywell's Eighth Progress 1.40    525.00
              Report

01/16/04 JMA  Receipt and review letter from Louis Berger     .30    112.50
              Group to Parsons re: Honeywell's Seventh
              Monthly Progress Report

01/16/04 JMA  Receipt and review letter from B. Terris to     .20     75.00
              Judge Cavanaugh

01/16/04 JMA  Receipt and review email from counsel for       .10     37.50
              Special Master

01/16/04 MEF  Phone with CHM re: filing re: response to       .20     50.00
              Honeywell RAWP motion

01/18/04 MEF  Review case law re: retroactivity of FRCP      1.00    250.00

01/19/04 JMA  Prepare outline of issues for discussion at    1.30    487.50
              meeting with Special Master

W.R. GRACE & COMPANY                          February 6, 2004
Client No.              734680                Page      11
INVOICE NO.             22527

01/19/04 JMA Phone - C. Marraro re: outline                    .20      75.00

01/19/04 JMA Phone - C. Marraro re: Work Plan issues           .60     225.00

01/19/04 JMA Phone conference with C. Marraro and MEF re:      .40     150.00
             transportation issues

01/19/04 JMA Phone - C. Marraro re: 1/20/04 meeting with       .20      75.00
             Special Master

01/19/04 JMA Phone - counsel for Special Master re: Work       .60     225.00
             Plan issues

01/19/04 MEF Review Advisory Committee Notes re: 2003          .50     125.00
             revisions to FRCP 53

01/19/04 MEF Memo to JMA re: retroactive application of       1.50     375.00
             amended federal rules

01/19/04 MEF Conference call with CHM and JMA re:              .40     100.00
             transportation issues

01/19/04 MEF Prepare for meeting with Special Master           .40     100.00

01/20/04 JMA Attend meeting with R. Senftleben, C. Marraro    1.50     562.50
             and K. Brown

01/20/04 JMA Attend meeting with Special Master              4.50    1687.50

01/20/04 JMA Appeal - attend meeting with C. Marraro, T.      1.50     562.50
             Milch, M. Daneker and Environ

01/20/04 JMA Meeting with C. Marraro re: Work Plan issues     2.50     937.50

01/21/04 JMA Phone - C. Marraro re: Work Plan remediation      .30     112.50
             issues

01/21/04 JMA Review notes of meeting with Special Master       .50     187.50

01/21/04 JMA Phone - counsel for Special Master                .50     187.50

01/21/04 JMA Appeal - phone - C. Marraro re: mediation         .30     112.50
             issues

01/21/04 JMA Phone - C. Marraro re: Work Plan issues           .30     112.50

01/21/04 JMA Phone - DEP Asst. Commissioner's office           .10      37.50

```
W.R. GRACE & COMPANY                          February 6, 2004
Client No.              734680                Page      12
INVOICE NO.             22527
```

| Date | | Description | Hours | Amount |
|------|--|-------------|-------|--------|
| 01/21/04 | JMA | Phone - C. Marraro re: Work Plan issues | .20 | 75.00 |
| 01/21/04 | JMA | Review notes for meeting with Special Master re: documents to be provided; letter to M. Daneker | .40 | 150.00 |
| 01/21/04 | JMA | Letter to B. Mueller re: work Plan papers | .20 | 75.00 |
| 01/21/04 | JMA | Receipt and Review C. Marraro letter to T. Milch re: License Agreement | .20 | 75.00 |
| 01/21/04 | JMA | Receipt and review Judge Cavanaugh's Amended Opinion | .30 | 112.50 |
| 01/21/04 | JMA | Phone - C. Marraro re: Work Plan issues | .20 | 75.00 |
| 01/21/04 | MEF | Conference with JMA re: 1/20/04 meeting with special master | .30 | 75.00 |
| 01/21/04 | MEF | T/c with B. Hughes re: RCRA Fee Petition - hearing and info re: reply to Honeywell argument re: ICO/ECARG RCRA cases | .40 | 100.00 |
| 01/22/04 | JMA | Receipt and review letter from Parsons to Louis Berger Group re: Field Data Sediments | .20 | 75.00 |
| 01/22/04 | JMA | Receipt and review email from C. Salonish re: 1/8/04 conference call | .10 | 37.50 |
| 01/22/04 | JMA | Receipt and review letter from Parsons to Louis Berger Group re: groundwater sampling methodology | .30 | 112.50 |
| 01/22/04 | JMA | Receipt and review memo re: need to amend Special Master's Order to comply with Amended Rule 53 | .50 | 187.50 |
| 01/22/04 | JMA | Receipt and review letter from K. Millian to Special Master | .20 | 75.00 |
| 01/22/04 | JMA | Receipt and review email from M. Daneker re: samples to TSDFs | .20 | 75.00 |
| 01/22/04 | JMA | Review COPR sample list for RFP | .30 | 112.50 |
| 01/22/04 | JMA | Receipt and review email from C. Salonish (Honeywell Representative) | .20 | 75.00 |

W.R. GRACE & COMPANY                        February 6, 2004
Client No.              734680              Page      13
INVOICE NO.             22527

01/22/04 JMA Phone - C. Marraro re: Work Plan                    .30    112.50

01/23/04 JMA Phone - C. Marraro re: Work Plan                    .30    112.50

01/23/04 JMA Phone - E. Hahn's secretary                         .10     37.50

01/23/04 JMA Phone - C. Marraro re: transportation issues        .20     75.00

01/23/04 JMA Phone - E. Hahn's secretary                         .10     37.50

01/23/04 JMA Phone - E. Hahn                                     .20     75.00

01/23/04 JMA Phone -- E. Hahn's secretary                        .10     37.50

01/23/04 JMA Phone - C. Marraro re: Work Plan issues             .50    187.50

01/24/04 JMA Phone - C. Marraro re: Work Plan                    .30    112.50

01/24/04 JMA Review Judge Cavanaugh Decision and DEP            1.80    675.00
             regulations re: DEP meeting

01/26/04 JMA Phone - C. Marraro re: Work Plan issues             .40    150.00

01/26/04 JMA Receipt and review letter from M. Daneker to        .30    112.50
             Special Master

01/26/04 RCS Assist John Agnello, Esq. in preparation for       3.50    787.50
             meeting on remediation issues.

01/27/04 JMA Review trial exhibits for meeting with DEP         1.20    450.00

01/27/04 JMA Conference with C. Marraro re: meeting with DEP     .60    225.00

01/27/04 JMA Attend meeting with DEP re:                        5.50   2062.50
             permitting/jurisdiction issues

01/27/04 JMA Phone conference with C. Marraro and R.             .50    187.50
             Senftleben re: DEP issues

01/27/04 JMA Conference with MEF re: cancellation of 1/28/04     .30    112.50
             mediation

01/27/04 JMA Receipt and review emails (3) from Judge            .50    187.50
             Ackerman's clerk re: cancellation and
             rescheduling mediation

01/27/04 JMA Phone - counsel for Special Master                  .10     37.50

W.R. GRACE & COMPANY                                February 6, 2004
Client No.              734680              Page      14
INVOICE NO.             22527


01/27/04 JMA Conference with C. Marraro re: Work Plan issues  2.00    750.00

01/27/04 JMA Conference with MEF re: rescheduling mediation    .20     75.00

01/27/04 MEF Phone with K. Millian re: mediation (3)           .40    100.00

01/27/04 MEF Review emails from D. Webber of Judge             .40    100.00
             Ackerman's chambers re: mediation (3)

01/27/04 MEF Phone with D. Webber of Judge Ackerman's re:      .20     50.00
             mediation; phone with JMA re: mediation

01/27/04 MEF Phone with CHM re: rescheduling mediation         .10     25.00

01/27/04 MEF T/c with L. Thomas re: rescheduling mediation     .20     50.00

01/27/04 MEF Phone with K. Millian re: rescheduling            .20     50.00
             mediation

01/27/04 LF  Continue review of Jersey City tax maps re:       .50     45.00
             transportation issues

01/28/04 JMA Review sample RFP submitted to TSDFs with         .70    262.50
             attachments

01/28/04 JMA Receipt and review letter from Parsons to        1.00    375.00
             Special Master with site inspections reports
             for 11/3/03, 11/17/03, 21/1/03, 12/15/03

01/28/04 JMA Phone - C. Marraro re: Work Plan issues           .50    187.50

01/28/04 JMA Conference with RCS re: comparison of deadline    .30    112.50
             dates in Work Plan submission

01/28/04 JMA Phone - counsel for Special Master re: Work       .40    150.00
             Plan issues

01/28/04 JMA Phone - C. Marraro re: Work Plan issues           .20     75.00

01/28/04 JMA Review of and comments to Special Master Report  2.70   1012.50
             and Recommendation re: Work Plan to be approved
             by Court

01/28/04 RCS Remedial Action Workplan- Meeting with John       .40     90.00
             Agnello, Esq. regarding comparison of parties
             deadline dates for Remedial Action Workplan.

W.R. GRACE & COMPANY                          February 6, 2004
Client No.           734680                   Page      15
INVOICE NO.          22527


| 01/28/04 | RCS | Remedial Action Workplan- review all parties submissions to the Court. | 1.20 | 270.00 |
| 01/28/04 | RCS | Remedial Action Workplan- Prepare draft chart comparing all parties' tasks and deadline dates. | 1.50 | 337.50 |
| 01/28/04 | RCS | Remedial Action Workplan- Review Special Master's comparison chart against ICO/ECARGS and Honeywell's submissions filed with Court for accuracy. | 1.50 | 337.50 |
| 01/28/04 | RCS | Telephone communication to Thomas Pasuit, Esq. regarding Special Master's Proposed Remediation Schedule Comparison. | .20 | 45.00 |
| 01/29/04 | JMA | Phone - C. Marraro and A. Nagy re: development issues | 1.00 | 375.00 |
| 01/29/04 | JMA | Phone - C. Marraro re: Work Plan issues | .80 | 300.00 |
| 01/29/04 | JMA | Phone - C. Marraro and K. Millian re: comments to Special Master's Work Plan | .40 | 150.00 |
| 01/29/04 | JMA | Draft ECARG portion of joint comments to Special Master's Work Plan | 1.00 | 375.00 |
| 01/29/04 | JMA | Receipt and review memo from Langan re: development issues | .40 | 150.00 |
| 01/29/04 | JMA | Revise joint comments to Special Master's Work Plan | .70 | 262.50 |
| 01/29/04 | JMA | Phone - C. Marraro re: Work Plan | .30 | 112.50 |
| 01/29/04 | JMA | Phone - A. Nagy, H. McGuire, C. Marraro re: development issues | .80 | 300.00 |
| 01/29/04 | JMA | Phone - A. Nagy and C. Marraro re: development issues | .80 | 300.00 |
| 01/29/04 | JMA | Phone - C. Marraro re: comments to Special Master's Work Plan | 1.00 | 375.00 |
| 01/29/04 | JMA | Phone - A. Nagy, C. Marraro, Langa re: development issues | .50 | 187.50 |

W.R. GRACE & COMPANY                          February 6, 2004
Client No.          734680              Page    16
INVOICE NO.        22527

| Date | | Description | Hours | Amount |
|------|----|-------------|-------|--------|
| 01/29/04 | RCS | Remedial Action Workplan- receipt and review of Special Master's Comparison Workplan Chart submitted electronically from Thomas Pasuit, Esq. | .20 | 45.00 |
| 01/29/04 | RCS | Correspondence to Chris Marraro, Esq. regarding Special Master's Remedial Action Workplan. | .20 | 45.00 |
| 01/29/04 | LF | Continue review of Jersey City tax maps re: transportation issues | .30 | 27.00 |
| 01/30/04 | JMA | Phone - C. Marraro re: ECARG comments to Special Master's Work Plan | .30 | 112.50 |
| 01/30/04 | JMA | Review C. Marraro revisions to ECARG comments | .20 | 75.00 |
| 01/30/04 | JMA | Phone - C. Marraro re: sediment sampling results | .20 | 75.00 |
| 01/30/04 | JMA | Letter to K. Brown re: sediment sampling | .20 | 75.00 |
| 01/30/04 | JMA | Revsions to ICO portion of joint comments to Special Master's Work Plan | 1.00 | 375.00 |
| 01/30/04 | JMA | Review of and comments to plaintiffs' portion of joint comments to Special Master's Work Plan | 1.30 | 487.50 |
| 01/30/04 | JMA | Phone - C. Marraro re: plaintiffs' portion of joint comments | .80 | 300.00 |
| 01/30/04 | JMA | Revisions to joint comments to Special Master's Work Plan | 2.30 | 862.50 |
| 01/30/04 | MEF | Email from Judge Ackerman's chambers re: mediation | .10 | 25.00 |
| 01/30/04 | MEF | Revise draft response to Special Master Work Plan | 1.10 | 275.00 |
| 01/30/04 | RCS | Remedial Action Workplan- review and proof read ICO/ECARG Response to Special Master's Workplan. | .40 | 90.00 |
| 01/30/04 | RCS | Remedial Action Workplan- prepare chart amending Special Master's Chart to include ICO/ECARG's task numbers. | .30 | 67.50 |

W.R. GRACE & COMPANY                        February 6, 2004
Client No.            734680                Page      17
INVOICE NO.           22527


01/30/04 LF   Complete review of Jersey City tax maps and      3.30    297.00
              prepare index re: transportation issues

01/31/04 MEF  Receipt and review emails from CHM re:            .30      75.00
              revisions to draft letter and chart re:
              response to Special Master proposed work plan

01/31/04 MEF  Email to K. Millian re: revisions to chart and   .40     100.00
              letter by CHM and additional revisions to
              letter

                                        Subtotal:          -------------
                                                             62893.50


**Fee Application, Applicants**


01/06/04 MEF  Pacer search - status of CNO for November 2003   .20      50.00

01/09/04 MEF  Fee Application - email to P. Cuniff re:         .20      50.00
              CNO-21st fee application

01/10/04 MEF  Fee Application - review December 2003 fee       .60     150.00
              detail

01/10/04 MEF  Fee Application - begin preparing 22nd fee       1.00    250.00
              application

01/12/04 MEF  Fee Application - review revised fee detail      .50     125.00

01/12/04 MEF  Fee Application - continue preparing 22nd fee    1.00    250.00
              application

01/14/04 MEF  PACER search - CNO for 21st monthly fee          .20      50.00
              application

01/14/04 MEF  Email to P. Cuniff re: CNO for 21st monthly fee  .20      50.00
              application

01/16/04 JMA  Fee Application - review and execute Carella      .70     262.50
              Byrne 22nd monthly application

01/16/04 JMA  Conference with MEF re: 22nd monthly fee         .30     112.50
              application

01/16/04 MEF  Finalize 22nd Monthly Fee Application            .50     125.00

W.R. GRACE & COMPANY                          February 6, 2004
Client No.              734680                Page    18
INVOICE NO.             22527


01/16/04 MEF Letter to P. Cuniff re: 22nd Monthly Fee        .20    50.00
             Application

01/16/04 MEF PACER search - CNO for 21st monthly fee         .30    75.00
             application

01/20/04 MEF Pacer search - CNO for 21st monthly fee         .20    50.00
             application

01/20/04 MEF Email to P. Cuniff re: status of filing CNO for .20    50.00
             21st monthly fee application

01/24/04 MEF Pacer search - 21st CNO and 22nd fee            .20    50.00
             application

01/24/04 MEF Email to P. Cuniff re: CNO - 21st monthly fee   .20    50.00
             application

01/26/04 MEF Email from S. Bossay re: Fee Auditor Initial    .20    50.00
             Report re: 10th Quarterly Fee Application

01/26/04 MEF Email to S. Bossay re: Fee Auditor Initial      .10    25.00
             Report re: 10th Quarterly

01/26/04 MEF Review Fee Auditor's Initial Report re: 10th    .40   100.00
             Quarterly Fee Application

01/27/04 MEF Fee Application - begin preparing response to   .50   125.00
             Fee Auditor's initial report - review previous
             fee applications

01/29/04 MEF PACER research - CNO re: November 2003 fee      .30    75.00
             application and December fee application filing

01/29/04 MEF Voice mail - P. Cuniff re: CNO                  .10    25.00

01/31/04 MEF PACER search - CNO for 21st fee application and .20    50.00
             22nd fee application

01/31/04 MEF Email to D. Carickhoff re: status of CNO for    .30    75.00
             21st fee application and filing of 22nd fee
             application

                              Subtotal:            -------------
                                                      2325.00

```
W.R. GRACE & COMPANY                          February 6, 2004
Client No.              734680                 Page      19
INVOICE NO.             22527
```

**Travel Non-Work**

```
01/06/04 LF  Travel non-work - Travel to/from Tax Assessors'  1.80    81.00
             (Jersey City and Newark Office) re:
             transportation issues

                                       Subtotal:     -------------
                                                            81.00


                                                     -------------
Total Fees:                                             65,299.50
```

```
W.R. GRACE & COMPANY                        February 6, 2004
Client No.              734680              Page      21
INVOICE NO.             22527
```

SUMMARY OF FEES:

```
  *-------------------------TIME AND FEE SUMMARY--------------------*
  *---------TIMEKEEPER---------*   RATE   HOURS             FEES
  J M AGNELLO                    375.00  115.50         43312.50
  M E FLAX                       250.00   71.10         17775.00
  RC SCRIVO                      225.00   13.60          3060.00
  LAURA FLORENCE                  90.00   13.70          1152.00
                        TOTALS           213.90         65299.50
```