**E X H I B I T  B**

```
W.R. GRACE & COMPANY                          February 6, 2004
Client No.              734680                Page     20
INVOICE NO.             22527
```

          Disbursements


Messenger

```
01/15/04 Messenger ON TIME 1/8                       35.45
01/16/04 Messenger MERCURY 1/13/04                   33.00
01/29/04 Messenger MERCURY 1/14/04                   33.00
01/29/04 Messenger MERCURY 1/15/04                   52.50
01/29/04 Messenger MERCURY 1/15/04                   12.50
01/29/04 Messenger MERCURY 1/15/04                   25.00

                              SUBTOTAL:     191.45
```

Travel Expense

```
01/14/04 Travel Expense L. FLORENCE 1/7              43.28
            (copy charges, mileage, parking)

                              SUBTOTAL:      43.28
```

Costs Advanced
(Outside Copies)

```
01/08/04 Costs Advanced - CITY OF JERSEY CITY 1/8/04    25.00
01/13/04 Costs Advanced - CITY OF NEWARK 1/13/04         5.00
01/14/04 Costs Advanced - CITY OF JERSEY CITY 1/14/04    5.00

                              SUBTOTAL:      35.00

01/31/04 Photocopies                         250.65
01/31/04 Faxes                                72.00
01/31/04 Telephone                           248.29
01/31/04 Computer Searches                    23.28
01/31/04 Federal Express                     174.50
                                            -------------
Total Costs                                     1,038.45
                                            -------------
Total Due this Matter                          66,337.95
=============
```

3399

# EXPENSE FORM

**NAME: Laura Florence**                    WEEK ENDING: _____

(To total each column, highlight "0" in TOTAL, Press F9)

| ITEM | SUN. | MON. | TUE. | WED. | THURS. | FRI. | SAT. | TOTAL |
|------|------|------|------|------|--------|------|------|-------|
| Meals | | | | | | | | 0 |
| Airfare | | | 13.28 | | | | | 0 |
| Mileage | | | 58.7 | | | | | 13.28 |
| | | | | | | | | 0 |
| Origination | | | Roseland | | | | | 0 |
| Destination | | | Newark/ Jersey City | | | | | 0 |
| Parking | | | $5.00 | | | | | 5.0 |
| Tolls | | | | | | | | 0 |
| Entertain. | | | | | | | | 0 |
| Tips | | | | | | | | 0 |
| Misc.(Path Train) | | | | | | | | 0 |
| Copying | | | $25.00 | | | | | 25. |
| TOTAL | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.0 |

43.28

| NON BILLABLE EXPENSE | | | | |
|------|------|------|------|------|
| Date | Item | Place | Purpose | Guest/Bus.Relationship |
| | | | | |
| | | | | |

| ALLOCATION TO CLIENT | | | | | |
|------|------|------|------|------|------|
| Client/Matter Name | Client/Matter No. | Expense Date | Total Amount | Est. | Bill |
| W.R. Grace/Honeywell | 734680.1 | 1/6/04 | ~~$30.00+mileage~~ 43 28 | ✓ | |
| | | | | | |
| | | | | | |
| | | | | | |

