IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO. et al., | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | Objection Date: **March 2, 2004** |

## NOTICE OF APPLICATION

To: (1) The Debtors; (2) Office of the United States Trustee; (3) Counsel to the Official Committee of Unsecured Creditors; (4) Counsel to the Official Committee of Personal Injury Claimants; (5) Counsel to the Official Committee of Property Damage Claimants; (6) Counsel to the debtor-in-possession lenders (the "DIP" Lenders); (7) Counsel to the Official Committee of Equity Holders; and (8) All Parties in Interest.

**PLEASE TAKE NOTICE** that the **Eleventh Interim Quarterly Verified Application of Holme Roberts & Owen, LLP for Compensation and Reimbursement of Expenses for October 1, 2003 through December 31, 2003** (the "Application") was filed with the United States Bankruptcy Court. The Application seeks approval of fees in the amount of $16,048.50 and reimbursement of expenses in the amount of $5,167.16.

**PLEASE TAKE FURTHER NOTICE** that objections or responses to the Fee Application, if any, must be made in writing and filed with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Wilmington, Delaware 19802 and received by (i) Carl N. Kunz, III, Esquire, Morris, James, Hitchens & Williams LLP, 222 Delaware Avenue, 10th Floor, P.O. Box 2306, Wilmington, Delaware 19899-2306 (ii) the Debtors, James H.M. Sprayregen, P.C., Kirkland & Ellis, 2002 East Randolph Drive, Chicago, Illinois 60601 and Laura Davis Jones, Esquire, Pachulski, Stag, Ziehl, Young & Jones P.C., 919

1

North Market Street, Suite 1600, P.O. Box 8705, Wilmington, Delaware 19899-8705; (iii) counsel to the Official Committee of Unsecured Creditors, Lewis Kruger, Esquire, Stroock & Stroock & Lavan, 180 Maiden Lane, New York, New York 10038-4982 and Michael R. Lastowski, Esquire, Duane Morris LLP, 1100 North Market Street, Suite 1200, Wilmington, Delaware 19801; (iv) counsel for the Official Committee of Property Damage Claimants, Scott L. Baena, Esquire, Bilzin, Sumberg, Dunn, Baena, Price & Axelrod, First Union Financial Center, 200 South Biscayne Boulevard, Suite 2500, Miami, Florida 33131 and Michael B. Joseph, Esquire, Ferry & Joseph, P.A., 824 Market Street, Suite 904, P.O. Box 1351, Wilmington, Delaware 19899; (v) counsel to the Official Committee of Personal Injury Claimants, Elihu Inselbuch, Esquire, Caplin & Drysdale, 399 Park Avenue, 36th Floor, New York, New York 10022 and Marla Eskin, Esquire, Campbell & Levine, LLC, Chase Manhattan Centre, 1201 Market Street, Suite 1500, Wilmington, Delaware 19801; (vi) counsel to the DIP Lenders, J. Douglas Bacon, Esquire, Latham & Watkins, Sears Tower, Suite 5800, Chicago, Illinois 60606 and Steven M. Yoder, Esquire, The Bayard Firm, 222 Delaware Avenue, Suite 900, P.O. Box 25130, Wilmington, Delaware 19899; (vii) the Office of the United States Trustee, Attn: Frank J. Perch, Esquire, J. Caleb Boggs Federal Building, 844 N. King Street, Wilmington, Delaware 19801; (viii) counsel to the Official Committee of Equity Holders, Thomas M. Mayer, Esquire, Kramer Levin Naftalis & Frankel LLP, 919 Third Avenue, New York, New York 10022 and Teresa K.D. Currier, Esquire, Klett, Rooney, Lieber & Schorling, 1000 West Street, Suite 1410, Wilmington, Delaware **on or before March 2, 2004 at 4:00 p.m. prevailing Eastern Time.**

IN THE EVENT OF OBJECTIONS, a hearing on the Application will be scheduled at a date and time convenient to the Court.

Dated: February 11, 2004

**MORRIS, JAMES, HITCHENS & WILLIAMS LLP**

_____
Carl N. Kunz, III, Esquire (ID#3201)
222 Delaware Avenue, 10th Floor
Post Office Box 2306
Wilmington DE 19899-2306
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
ckunz@morrisjames.com