# EXHIBIT A

**General - 00000**

| Name | Position | Hourly Rate | TOTAL HOURS BILLED | | | |
| | | | October | November | December | Total Comp. |
|------|----------|-------------|---------|----------|----------|-------------|
| Mulholland, Imelda | Law Clerk | $ 110.00 | 0 | 3.8 | 0 | $ 418.00 |
| | | | | | | |
| TOTAL | | | 0 | 3.8 | 0.0 | $ 418.00 |

**General - 00000**

| Description | October | | November | | December | | Total | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| Photocopies | $ | - | $ | - | $ | 3.15 | $ | 3.15 |
| Facsimilies | $ | - | $ | - | $ | - | $ | - |
| Long Distance Telephone | $ | - | $ | - | $ | - | $ | - |
| Outside Courier | $ | - | $ | - | $ | - | $ | - |
| Travel Expenses | $ | - | $ | - | $ | - | $ | - |
| Lexis | $ | - | $ | - | $ | - | $ | - |
| Westlaw | $ | - | $ | - | $ | - | $ | - |
| Meal Expenses | $ | - | $ | - | $ | - | $ | - |
| Temporary Staffing | $ | - | $ | - | $ | - | $ | - |
| Overtime | $ | - | $ | - | $ | - | $ | - |
| Color Copies | $ | - | $ | - | $ | - | $ | - |
| Velo Binding | $ | - | $ | - | $ | - | $ | - |
| | | | | | | | | |
| TOTAL | $ | - | $ | - | $ | 3.15 | $ | 3.15 |

Holme Roberts & Owen LLP

December 10, 2003

W.R. Grace

| | |
|---|---|
| Page | 5 |
| Invoice No.: | 652391 |
| Client  No.: | 04339 |
| Matter  No.: | 00000 |

**Regarding: GENERAL**

### Itemized Services

| Date | Tkpr | Description | Hours | | Value |
|---|---|---|---|---|---|
| 11/03/03 | ICM | Search court databases to find alleged class action suit (1.20); go to court house and review recent class action filings as per KWLund's request (1.10). | 2.30 | $ | 253.00 |
| 11/04/03 | ICM | Telephone conference with KWLund re recent class action filings (.20); follow up on research to procure information about new class action suit against client (1.30). | 1.50 | | 165.00 |
| | | **Total Fees Through November 30, 2003:** | **3.80** | **$** | **418.00** |

### Timekeeper Rate Summary

| Initials | Name | Position | Rate | Hours | | Value |
|---|---|---|---|---|---|---|
| ICM | Imelda Mulholland | Law Clerk | $ 110.00 | 3.80 | $ | 418.00 |
| | | **Total Fees:** | | **3.80** | **$** | **418.00** |

**\* Please note that some individual timekeeper hourly rates will increase effective December 1, 2003**

### Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 11/21/03 | 78 | Photocopy | $ | 11.70 |
| | | **Total Disbursements:** | **$** | **11.70** |

Holme Roberts & Owen LLP

December 10, 2003

W.R. Grace

| | |
|---|---|
| Page | 6 |
| Invoice No.: | 652391 |
| Client No.: | 04339 |
| Matter No.: | 00000 |

### Disbursement Summary

| | | |
|---|---|---|
| Photocopy | $ | 11.70 |
| **Total Disbursements:** $ | | **11.70** |

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 612649 | 10/30/02 | Bill | 111,074.09 |
| | 12/16/02 | Cash Receipt | -90,460.59 |
| | 12/23/02 | Cash Receipt | -2,044.60 |
| | 04/14/03 | Cash Receipt Cancellation | 2,044.60 |
| | *Outstanding Balance on Invoice 612649:* | | *$   20,613.50* |
| 620923 | 01/24/03 | Bill | 648.00 |
| | 04/11/03 | Cash Receipt | -518.40 |
| | 04/14/03 | Cash Receipt Cancellation | 518.40 |
| | *Outstanding Balance on Invoice 620923:* | | *$      648.00* |

| | | |
|---|---|---|
| **Total Outstanding Invoices:** | $ | **21,261.50** |
| **Trust Applied to Matter** | $ | **-429.70** |
| **Current Fees and Disbursements** | $ | **429.70** |
| **Total Balance Due This Matter** | $ | **21,261.50** |

Holme Roberts & Owen LLP

January 27, 2004

W.R. Grace

| | |
|---|---|
| Page | 5 |
| Invoice No.: | 656750 |
| Client   No.: | 04339 |
| Matter  No.: | 00000 |

**Regarding: GENERAL**
**\* Please note that some individual timekeeper hourly rates have increased effective December 1, 2003**

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 12/12/03 | 21 | Photocopy | $      3.15 |
| | | **Total Disbursements:** | **$      3.15** |

### Disbursement Summary

| | | |
|---|---|---|
| Photocopy | $ | 3.15 |
| **Total Disbursements:** | **$** | **3.15** |

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 612649 | 10/30/02 | Bill | 111,074.09 |
| | 12/16/02 | Cash Receipt | -90,460.59 |
| | 12/23/02 | Cash Receipt | -2,044.60 |
| | 04/14/03 | Cash Receipt Cancellation | 2,044.60 |
| | *Outstanding Balance on Invoice 612649:* | | *$   20,613.50* |
| 620923 | 01/24/03 | Bill | 648.00 |
| | 04/11/03 | Cash Receipt | -518.40 |
| | 04/14/03 | Cash Receipt Cancellation | 518.40 |

## Libby, Montana Asbestos Litigation - 00300

| Description | October | November | December | Total |
|---|---|---|---|---|
| | | | | |
| Parking | $ - | $ - | $ - | $ - |
| Photocopies | $ - | $ - | $ - | $ - |
| Facsimilies | $ - | $ - | $ - | $ - |
| Long Distance Telephone | $ 0.56 | $ - | $ - | $ 0.56 |
| Outside Courier | $ 6.55 | $ - | $ - | $ 6.55 |
| Travel Expenses | $ - | $ - | $ - | $ - |
| Meal Expenses | $ - | $ - | $ - | $ - |
| Overtime | $ - | $ - | $ - | $ - |
| Other Expenses | $ 196.80 | $ 196.80 | $ 196.80 | $ 590.40 |
| Lexis | $ - | $ - | $ - | $ - |
| Federal Epress | $ - | $ 285.06 | $ - | $ 285.06 |
| Westlaw | $ - | $ - | $ - | $ - |
| Velo Binding | $ - | $ - | $ - | $ - |
| Color Copies | $ - | $ - | $ - | $ - |
| Outside Reproduction | $ - | $ - | $ - | $ - |
| Research Services | $ - | $ - | $ - | $ - |
| Tab Stock | $ - | $ - | $ - | $ - |
| | | | | $ - |
| TOTAL | $ 203.91 | $ 481.86 | $ 196.80 | $ 882.57 |

Holme Roberts & Owen LLP

November 13, 2003

W.R. Grace

| | |
|---|---|
| Page | 8 |
| Invoice No.: | 649383 |
| Client No.: | 04339 |
| Matter No.: | 00300 |

**Regarding: Libby, Montana Asbestos**

## Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 09/15/03 | | Outside Courier: VENDOR: Quicksilver Express Courier; INVOICE#: 7193242; DATE: 9/15/2003  -  Courier, Acct. HO7068. 09-04; United States EPA | $ | 6.55 |
| 09/30/03 | | Other Expense: VENDOR: Iron Mountain; INVOICE#: JO17443; DATE: 9/30/2003  -  Document Storage - September 2003 | | 196.80 |
| 10/24/03 | | Long Distance Telephone: 6174265900, 2 Mins., TranTime:10:49 | | 0.13 |
| 10/24/03 | | Long Distance Telephone: 6175423025, 1 Mins., TranTime:10:50 | | 0.03 |
| 10/27/03 | | Long Distance Telephone: 6175423025, 4 Mins., TranTime:12:6 | | 0.40 |
| | | **Total Disbursements:** | $ | **203.91** |

## Disbursement Summary

| | | |
|---|---|---|
| Long Distance Telephone | $ | 0.56 |
| Outside Courier | | 6.55 |
| Other Expense | | 196.80 |
| **Total Disbursements:** | **$** | **203.91** |

## Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 612649 | 10/30/02 | Bill | 7,504.74 |
| | 12/16/02 | Cash Receipt | -6,409.54 |

Holme Roberts & Owen LLP

December 10, 2003

W.R. Grace

| | |
|---|---|
| Page | 9 |
| Invoice No.: | 652391 |
| Client  No.: | 04339 |
| Matter  No.: | 00300 |

**Regarding: Libby, Montana Asbestos**
**\* Please note that some individual timekeeper hourly rates will increase effective December 1, 2003**

### Itemized Disbursements

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 10/24/03 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 4-915-38771; DATE: 10/24/2003 - Courier, Acct. 0808-0410-8. 10-21; Robert Emmett Columbia, Md | $    9.84 |
| 10/31/03 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 4-950-32210; DATE: 10/31/2003 - Courier, Acct. 1166-7194-8. 10-24; Angela Anderson Boston, Ma | 23.50 |
| 10/31/03 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 4-950-32210; DATE: 10/31/2003 - Courier, Acct. 1166-7194-8. 10-24; Angela Anderson Boston, Ma | 34.23 |
| 10/31/03 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 4-950-32210; DATE: 10/31/2003 - Courier, Acct. 1166-7194-8. 10-24; Angela Anderson Boston, Ma | 20.41 |
| 10/31/03 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 4-950-32210; DATE: 10/31/2003 - Courier, Acct. 1166-7194-8. 10-24; Angela Anderson Boston, Ma | 38.17 |
| 10/31/03 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 4-950-32210; DATE: 10/31/2003 - Courier, Acct. 1166-7194-8. 10-24; Angela Anderson Boston, Ma | 35.19 |
| 10/31/03 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 4-950-32210; DATE: 10/31/2003 - Courier, Acct. 1166-7194-8. 10-24; Angela Anderson Boston, Ma | 44.76 |
| 10/31/03 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 4-950-32210; DATE: 10/31/2003 - Courier, Acct. 1166-7194-8. 10-24; Angela Anderson Boston, Ma | 26.93 |
| 10/31/03 | | Other Expense: VENDOR: Iron Mountain; INVOICE#: J373146; DATE: 10/31/2003 - Off Site Document Storage - October 2003 | 196.80 |

Holme Roberts & Owen LLP

December 10, 2003

W.R. Grace

| | |
|---|---|
| Page | 10 |
| Invoice No.: | 652391 |
| Client No.: | 04339 |
| Matter No.: | 00300 |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 11/10/03 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 4-950-73239; DATE: 11/10/2003 - Courier, Acct. 1166-7194-8. 10-24; Angela Anderson Boston., Ma | 52.03 |

**Total Disbursements:**    $    **481.86**

### Disbursement Summary

| | | |
|---|---|---|
| Federal Express | $ | 285.06 |
| Other Expense | | 196.80 |
| **Total Disbursements:** | **$** | **481.86** |

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 612649 | 10/30/02 | Bill | 7,504.74 |
| | 12/16/02 | Cash Receipt | -6,409.54 |
| | 12/23/02 | Cash Receipt | -108.63 |
| | 04/14/03 | Cash Receipt Cancellation | 108.63 |
| | | *Outstanding Balance on Invoice 612649:* | *$ 1,095.20* |
| 620923 | 01/24/03 | Bill | 309,771.81 |
| | 04/11/03 | Cash Receipt | -259,371.06 |
| | 04/14/03 | Cash Receipt Cancellation | 259,371.06 |
| | | *Outstanding Balance on Invoice 620923:* | *$ 309,771.81* |

Holme Roberts & Owen LLP

January 27, 2004

W.R. Grace

| | |
|---|---|
| Page | 9 |
| Invoice No.: | 656750 |
| Client No.: | 04339 |
| Matter No.: | 00300 |

**Regarding: Libby, Montana Asbestos**
**\* Please note that some individual timekeeper hourly rates have increased effective December 1, 2003**

### Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 11/30/03 | | Other Expense: VENDOR: Iron Mountain; INVOICE#: J868555; DATE: 11/30/2003  -  Document Storage | $ | 196.80 |
| | | **Total Disbursements:** | **$** | **196.80** |

### Disbursement Summary

| | | | |
|---|---|---|---|
| Other Expense | $ | 196.80 | |
| **Total Disbursements:** | **$** | **196.80** | |

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 612649 | 10/30/02 | Bill | 7,504.74 |
| | 12/16/02 | Cash Receipt | -6,409.54 |
| | 12/23/02 | Cash Receipt | -108.63 |
| | 04/14/03 | Cash Receipt Cancellation | 108.63 |
| | | *Outstanding Balance on Invoice 612649:* | $   *1,095.20* |
| 620923 | 01/24/03 | Bill | 309,771.81 |
| | 04/11/03 | Cash Receipt | -259,371.06 |
| | 04/14/03 | Cash Receipt Cancellation | 259,371.06 |

## Defense of Cost Recovery Action - 00302

| Description | October | November | December | Total |
|---|---|---|---|---|
|  |  |  |  |  |
| Parking | $          - | $          - | $          - | $          - |
| Photocopies | $       1.20 | $          - | $          - | $       1.20 |
| Facsimilies | $          - | $          - | $          - | $          - |
| Long Distance Telephone | $          - | $          - | $          - | $          - |
| Outside Courier | $          - | $          - | $          - | $          - |
| Travel Expenses | $          - | $          - | $          - | $          - |
| Lexis | $          - | $          - | $          - | $          - |
| Westlaw | $          - | $          - | $          - | $          - |
| Meal Expenses | $          - | $          - | $          - | $          - |
| Other Expenses/Temp. Staffing | $          - | $          - | $          - | $          - |
| Federal Express | $       9.10 | $          - | $          - | $       9.10 |
| Overtime | $          - | $          - | $          - | $          - |
|  |  |  |  | $          - |
| TOTAL | $     10.30 | $          - | $          - | $     10.30 |

Holme Roberts & Owen LLP

November 13, 2003

W.R. Grace

| | |
|---|---|
| Page | 13 |
| Invoice No.: | 649383 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

**Regarding: Libby - Cost Recovery Case**

### Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 10/06/03 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 4-914-15073; DATE: 10/6/2003 - Courier, Acct. 0802-0410-8. 09-26; Lisa Driscoll Missoula, Mt | $ | 9.10 |
| 10/21/03 | 6 | Photocopy | | 0.90 |
| 10/30/03 | 2 | Photocopy | | 0.30 |
| | | **Total Disbursements:** | $ | **10.30** |

### Disbursement Summary

| | | |
|---|---|---|
| Photocopy | $ | 1.20 |
| Federal Express | | 9.10 |
| **Total Disbursements:** | $ | **10.30** |

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 612649 | 10/30/02 | Bill | 612,312.75 |
| | 12/16/02 | Cash Receipt | -497,942.35 |
| | 12/23/02 | Cash Receipt | -11,344.12 |
| | 04/14/03 | Cash Receipt Cancellation | 11,344.12 |
| | *Outstanding Balance on Invoice 612649:* | | *$ 114,370.40* |

**Boulder Document Production - Attic Insulation Defense - 00370**

| Description | October | | November | | December | | Total | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| Parking | $ | - | $ | - | $ | - | $ | - |
| Photocopies | $ | - | $ | - | $ | (514.56) | $ | (514.56) |
| Facsimilies | $ | - | $ | - | $ | - | $ | - |
| Long Distance Telephone | $ | - | $ | - | $ | - | $ | - |
| Outside Courier | $ | - | $ | - | $ | - | $ | - |
| Travel Expenses | $ | - | $ | - | $ | - | $ | - |
| Lexis | $ | - | $ | - | $ | - | $ | - |
| Westlaw | $ | - | $ | - | $ | - | $ | - |
| Meal Expenses | $ | - | $ | - | $ | - | $ | - |
| Overtime | $ | - | $ | - | $ | - | $ | - |
| Other Expenses | $ | - | $ | - | $ | - | $ | - |
| Supplies | $ | - | $ | - | $ | - | $ | - |
| | | | | | | | | |
| TOTAL | $ | - | $ | - | $ | (514.56) | $ | (514.56) |

Holme Roberts & Owen LLP

January 27, 2004

W.R. Grace

| | |
|---|---|
| Page | 24 |
| Invoice No.: | 656750 |
| Client  No.: | 04339 |
| Matter  No.: | 00370 |

**Regarding: Boulder Document Production re Attic Insulation**
**\* Please note that some individual timekeeper hourly rates have increased effective December 1, 2003**

### Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 12/19/03 | | Outside Reproduction: Cancellation of: VENDOR: Citation Document Services; INVOICE#: D2005; DATE: 2/7/2001  -  Copies, C Latuda | $ | -514.56 |
| | | **Total Disbursements:** | $ | **-514.56** |

### Disbursement Summary

| | | |
|---|---|---|
| Outside Reproduction | $ | -514.56 |
| **Total Disbursements:** | $ | **-514.56** |

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 612649 | 10/30/02 | Bill | 3,416.86 |
| | 12/16/02 | Cash Receipt | -2,753.96 |
| | 12/23/02 | Cash Receipt | -65.75 |
| | 04/14/03 | Cash Receipt Cancellation | 65.75 |
| | | *Outstanding Balance on Invoice 612649:* | *$    662.90* |
| 620923 | 01/24/03 | Bill | 43,258.45 |
| | 04/11/03 | Cash Receipt | -40,140.85 |
| | 04/14/03 | Cash Receipt Cancellation | 40,140.85 |

**Bankruptcy Matters - 00390**

| Name | Position | Hourly Rate | TOTAL HOURS BILLED | | | Total Comp. |
|------|----------|-------------|---------|----------|----------|-------------|
| | | | October | November | December | |
| Flaagan, Elizabeth | Partner | $ 275.00 | 0.7 | 1.2 | 0 | $ 522.50 |
| Flaagan, Elizabeth | Partner | $ 300.00 | 0 | 0 | 0.7 | $ 210.00 |
| Haag, Susan | Paralegal | $ 105.00 | 2.7 | 8.9 | 0 | $ 1,218.00 |
| Haag, Susan | Paralegal | $ 125.00 | 0 | 0 | 2.1 | $ 262.50 |
| | | | | | | |
| TOTAL | | | 3.4 | 10.1 | 2.8 | $ 2,213.00 |

**Bankruptcy Matters - 00390**

| Description | October | November | December | Total |
|---|---|---|---|---|
| | | | | |
| Photocopies | $ 10.50 | $ 40.95 | $ - | $ 51.45 |
| Facsimilies | $ - | $ - | $ - | $ - |
| Long Distance Telephone | $ - | $ - | $ 0.40 | $ 0.40 |
| Outside Courier | $ - | $ - | $ - | $ - |
| Travel Expenses | $ - | $ - | $ - | $ - |
| Lexis | $ - | $ - | $ - | $ - |
| Federal Epress | $ 10.11 | $ 14.67 | $ 24.52 | $ 49.30 |
| Meal Expenses | $ - | $ - | $ - | $ - |
| Research Services | $ - | $ 19.32 | $ - | $ 19.32 |
| Professional Services | $ - | $ 1,958.06 | $ 831.32 | $ 2,789.38 |
| Postage | $ - | $ - | $ - | $ - |
| | | | | |
| TOTAL | $ 20.61 | $ 2,033.00 | $ 856.24 | $ 2,909.85 |

Holme Roberts & Owen LLP

November 13, 2003

W.R. Grace

| | |
|---|---|
| Page | 25 |
| Invoice No.: | 649383 |
| Client  No.: | 04339 |
| Matter  No.: | 00390 |

**Regarding: Bankruptcy Matters**

### Itemized Services

| Date | Tkpr | Description | Hours | | Value |
|---|---|---|---|---|---|
| 10/13/03 | EKF | Review and revise September fee invoices (.50). | 0.50 | $ | 137.50 |
| 10/17/03 | SH | Calculate and draft September fee application. | 2.10 | | 220.50 |
| 10/20/03 | EKF | Review and finalize September fee application (.20). | 0.20 | | 55.00 |
| 10/21/03 | SH | Compile and file September fee application. | 0.60 | | 63.00 |
| | | **Total Fees Through October 31, 2003:** | **3.40** | **$** | **476.00** |

### Timekeeper Rate Summary

| Initials | Name | Position | Rate | Hours | | Value |
|---|---|---|---|---|---|---|
| EKF | Elizabeth Flaagan | Partner | $ 275.00 | 0.70 | $ | 192.50 |
| SH | Susan Haag | Paralegal | 105.00 | 2.70 | | 283.50 |
| | | | **Total Fees:** | **3.40** | **$** | **476.00** |

### Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 10/06/03 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 4-914-15073; DATE: 10/6/2003  -  Courier, Acct. 0802-0410-8. 09-30; William Weller Wilmington, De | $ | 10.11 |
| 10/21/03 | 70 | Photocopy | | 10.50 |
| | | **Total Disbursements:** | **$** | **20.61** |

Holme Roberts & Owen LLP

November 13, 2003

W.R. Grace

| | |
|---|---|
| Page | 26 |
| Invoice No.: | 649383 |
| Client No.: | 04339 |
| Matter No.: | 00390 |

## Disbursement Summary

| | | |
|---|---|---|
| Photocopy | $ | 10.50 |
| Federal Express | | 10.11 |
| **Total Disbursements:** | **$** | **20.61** |

## Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 612649 | 10/30/02 | Bill | 6,832.32 |
| | 12/16/02 | Cash Receipt | -5,498.82 |
| | 12/23/02 | Cash Receipt | -132.27 |
| | 04/14/03 | Cash Receipt Cancellation | 132.27 |
| | *Outstanding Balance on Invoice 612649:* | | *$   1,333.50* |
| 621058 | 01/31/03 | Bill | 3,749.68 |
| | 04/11/03 | Cash Receipt | -3,425.88 |
| | 04/14/03 | Cash Receipt | -3,425.88 |
| | 04/14/03 | Cash Receipt Cancellation | 3,425.88 |
| | 09/05/03 | Cash Receipt | -316.51 |
| | *Outstanding Balance on Invoice 621058:* | | *$   7.29* |
| 628890 | 04/16/03 | Bill | 3,900.58 |
| | 06/16/03 | Cash Receipt | -3,198.68 |
| | 10/02/03 | Cash Receipt | -698.90 |
| | *Outstanding Balance on Invoice 628890:* | | *$   3.00* |

Holme Roberts & Owen LLP

December 10, 2003

W.R. Grace

| | |
|---|---|
| Page | 27 |
| Invoice No.: | 652391 |
| Client  No.: | 04339 |
| Matter  No.: | 00390 |

**Regarding: Bankruptcy Matters**

### Itemized Services

| Date | Tkpr | Description | Hours | | Value |
|---|---|---|---|---|---|
| 11/03/03 | SH | Set up tenth interim fee application charts. | 0.50 | $ | 52.50 |
| 11/04/03 | SH | Calculate and draft tenth interim fee application charts. | 3.70 | | 388.50 |
| 11/05/03 | SH | Finalize tenth interim fee application, summary and order. | 1.40 | | 147.00 |
| 11/10/03 | EKF | Review and revise October invoices (.50); review and revise and execute ninth interim quarterly fee application (.40). | 0.90 | | 247.50 |
| 11/11/03 | SH | Revise tenth interim fee application (.4); compile and file tenth interim fee application (.5); calculate category spreadsheet for ninth interim fee application (.6). | 1.50 | | 157.50 |
| 11/17/03 | EKF | Review and finalize October 2003 monthly fee application (.30). | 0.30 | | 82.50 |
| 11/17/03 | SH | Calculate and draft October fee application (1.5); compile and file October fee application (.3). | 1.80 | | 189.00 |

**Total Fees Through November 30, 2003:**   **10.10**   **$**   **1,264.50**

### Timekeeper Rate Summary

| Initials | Name | Position | Rate | Hours | | Value |
|---|---|---|---|---|---|---|
| EKF | Elizabeth Flaagan | Partner | $ 275.00 | 1.20 | $ | 330.00 |
| SH | Susan Haag | Paralegal | 105.00 | 8.90 | | 934.50 |

**Total Fees:**   **10.10**   **$**   **1,264.50**

**\* Please note that some individual timekeeper hourly rates will increase effective December 1, 2003**

Holme Roberts & Owen LLP

December 10, 2003

W.R. Grace

| | |
|---|---|
| Page | 28 |
| Invoice No.: | 652391 |
| Client  No.: | 04339 |
| Matter  No.: | 00390 |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 10/08/03 | | Research Service: VENDOR: Pacer Service Center; INVOICE#: 09/30/03A; DATE: 10/8/2003  -  Denver/Cust JJ0001 Pacer Web Pages 07/01/03 to 09/30/03 | $ 19.32 |
| 10/21/03 | | Consulting Fee: VENDOR: Morris, James, Hitchens & Williams LLP; INVOICE#: 256738; DATE: 10/21/2003  -  Professional Services through September 30, 2003 | 677.18 |
| 10/24/03 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 4-915-38771; DATE: 10/24/2003  -  Courier, Acct. 0808-0410-8. 10-21; William Weller Wilmington, De | 14.67 |
| 11/03/03 | 73 | Photocopy | 10.95 |
| 11/11/03 | 160 | Photocopy | 24.00 |
| 11/17/03 | 40 | Photocopy | 6.00 |
| 11/17/03 | | Professional Other Billable  Service: VENDOR: Morris, James, Hitchens & Williams LLP; INVOICE#: 257412; DATE: 11/17/2003  -  Professional services & disbursements through 10/31/03 | 1,280.88 |

**Total Disbursements:**   **$  2,033.00**

## Disbursement Summary

| | | |
|---|---|---|
| Consulting Fee | $ | 677.18 |
| Photocopy | | 40.95 |
| Federal Express | | 14.67 |
| Research Service | | 19.32 |
| Professional Other Billable  Service | | 1,280.88 |
| **Total Disbursements:** | **$** | **2,033.00** |

Holme Roberts & Owen LLP

January 27, 2004

W.R. Grace

| | |
|---|---|
| Page | 27 |
| Invoice No.: | 656750 |
| Client No.: | 04339 |
| Matter No.: | 00390 |

**Regarding: Bankruptcy Matters**

### Itemized Services

| Date | Tkpr | Description | Hours | | Value |
|---|---|---|---|---|---|
| 12/09/03 | EKF | Review and revise November invoices (prebills) (.40). | 0.40 | $ | 120.00 |
| 12/30/03 | EKF | Review, revise and finalize November fee application. | 0.30 | | 90.00 |
| 12/30/03 | SH | Calculate and draft November fee application (1.7); compile and file November fee application (.4). | 2.10 | | 262.50 |

| | | Total Fees Through December 31, 2003: | 2.80 | $ | 472.50 |
|---|---|---|---|---|---|

### Timekeeper Rate Summary

| Initials | Name | Position | Rate | Hours | | Value |
|---|---|---|---|---|---|---|
| EKF | Elizabeth Flaagan | Partner | $ 300.00 | 0.70 | $ | 210.00 |
| SH | Susan Haag | Paralegal | 125.00 | 2.10 | | 262.50 |

| | | | Total Fees: | 2.80 | $ | 472.50 |
|---|---|---|---|---|---|---|

**\* Please note that some individual timekeeper hourly rates have increased effective December 1, 2003**

### Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 11/17/03 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 4-962-58037; DATE: 11/17/2003 - Courier, Acct. 0802-0410-8. 11-11; William Weller Wilmington, De | $ | 14.46 |
| 11/21/03 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 4-963-00606; DATE: 11/21/2003 - Courier, Acct. 0802-0410-8. 11-17; William Weller Wilmington, De | | 10.06 |

Holme Roberts & Owen LLP

January 27, 2004

W.R. Grace

| | |
|---|---|
| Page | 28 |
| Invoice No.: | 656750 |
| Client No.: | 04339 |
| Matter No.: | 00390 |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 12/01/03 | | Long Distance Telephone: 3028886818, 4 Mins., TranTime:14:21 | 0.40 |
| 12/05/03 | | Consulting Fee: VENDOR: Morris, James, Hitchens & Williams LLP; INVOICE#: 258275; DATE: 12/5/2003  -  Professional services & disbursements through 11/30/03 | 831.40 |

**Total Disbursements:**    $    **856.32**

## Disbursement Summary

| | | |
|---|---|---|
| Consulting Fee | $ | 831.40 |
| Long Distance Telephone | | 0.40 |
| Federal Express | | 24.52 |
| **Total Disbursements:** | **$** | **856.32** |

## Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 612649 | 10/30/02 | Bill | 6,832.32 |
| | 12/16/02 | Cash Receipt | -5,498.82 |
| | 12/23/02 | Cash Receipt | -132.27 |
| | 04/14/03 | Cash Receipt Cancellation | 132.27 |
| | | *Outstanding Balance on Invoice 612649:* | $    *1,333.50* |
| 621058 | 01/31/03 | Bill | 3,749.68 |
| | 04/11/03 | Cash Receipt | -3,425.88 |
| | 04/14/03 | Cash Receipt | -3,425.88 |

**Ninth Circuit Appeal - 00420**

| Name | Position | Hourly Rate | TOTAL HOURS BILLED | | | |
|------|----------|-------------|---------|----------|----------|-------------|
| | | | October | November | December | Total Comp. |
| Lund, Kenneth | Partner | $ 350.00 | 3.8 | 0 | | $ 1,330.00 |
| Coggon, Katheryn | Special Counsel | $ 275.00 | 9.5 | 6.3 | 0 | $ 4,345.00 |
| Coggon, Katheryn | Special Counsel | $ 280.00 | 0 | 0 | 14.9 | $ 4,172.00 |
| Carroll, Ann | Paralegal | $ 100.00 | 0.8 | 0 | 0 | $ 80.00 |
| Tognetti, Natalie | Paralegal | $ 110.00 | 8.7 | 4.1 | 0 | $ 1,408.00 |
| Tognetti, Natalie | Paralegal | $ 125.00 | 0 | 0 | 16.1 | $ 2,012.50 |
| Tam, Alice | Paralegal | $ 175.00 | 0 | 0.4 | 0 | $ 70.00 |
| | | | | | | |
| **TOTAL** | | | **22.80** | **10.80** | **31.00** | **$ 13,417.50** |

## Ninth Circuit Appeal - 00420

| Description | October | November | December | Total |
|---|---|---|---|---|
| | | | | |
| Parking | $          - | $          - | $          - | $          - |
| Photocopies | $    362.40 | $    17.25 | $    347.70 | $    727.35 |
| Facsimilies | $          - | $          - | $          - | $          - |
| Long Distance Telephone | $      2.30 | $      3.20 | $      6.50 | $    12.00 |
| Outside Courier | $      6.50 | $    36.85 | $    25.30 | $    68.65 |
| Federal Express | $    51.77 | $    149.53 | $    28.45 | $    229.75 |
| Service of Process | $          - | $          - | $          - | $          - |
| Tab Stock | $      0.10 | $          - | $          - | $      0.10 |
| Meal Expenses | $          - | $          - | $          - | $          - |
| Travel Expense | $          - | $          - | $    758.00 | $    758.00 |
| Lexis | $          - | $          - | $          - | $          - |
| Other Expenses | $    80.00 | $          - | $          - | $    80.00 |
| Westlaw | $          - | $          - | $          - | $          - |
| | | | | |
| TOTAL | $    503.07 | $    206.83 | $  1,165.95 | $  1,875.85 |

Holme Roberts & Owen LLP

November 13, 2003

W.R. Grace

Page        32
Invoice No.:   649383
Client  No.:   04339
Matter  No.:   00420

**Regarding: Ninth Circuit Appeal**

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 10/10/03 | KJC | Telephone conference with C. Landau and follow up re issues on appeal and documents to assist in preparation of appeal papers (1.0). | 1.00 | $    275.00 |
| 10/10/03 | AEC | Locate and compile Access Case documents for Kirkland & Ellis (0.80). | 0.80 | 80.00 |
| 10/13/03 | KJC | Email exchange with C. Landau and B. McGurk re appeal (0.3); locate and compile certain documents relevant to the appeal (0.4). | 0.70 | 192.50 |
| 10/14/03 | KJC | Email exchange with B. McGurk re appeal procedures (0.3); telephone conference with R. Emmett re appeal representation (0.2); review requirements for notice of appeal including representation statement and civil appeals docketing statement (0.9). | 1.40 | 385.00 |
| 10/17/03 | KJC | Email exchange re motion for admission to 9th circuit for B. McGurk and KWLund (0.3). | 0.30 | 82.50 |
| 10/20/03 | KJC | Telephone conference with B. McGurk re notice of appeal filing (0.30); telephone conference with W. Corcoran re chronology work (0.20); research and assign tasks re chronology work (0.40). | 0.90 | 247.50 |
| 10/21/03 | KJC | Email exchange with B. McGurk re appeal (0.80); address filing requirements and notice of appeal issues (1.80); address issues and questions re chronology work (0.30). | 2.90 | 797.50 |
| 10/21/03 | NKT | Search LotusNotes database for documents re federal government inspections of Grace facilities in Libby from 1963-mid 1999 (4.00); review W.R. Grace Vermiculite Detailed Chronology for information re inspections (1.20). | 5.20 | 572.00 |

Holme Roberts & Owen LLP

November 13, 2003

W.R. Grace

| | | |
|---|---|---|
| Page | 33 |
| Invoice No.: | 649383 |
| Client No.: | 04339 |
| Matter No.: | 00420 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 10/22/03 | KJC | Address filing issues and prepare Notice and accompanying documents (1.30). | 1.30 | 357.50 |
| 10/22/03 | NKT | Continue to research WR Grace Historical documents for material re federal government inspections of Libby Grace facilities 1963-mid 1999. | 3.50 | 385.00 |
| 10/23/03 | KJC | Email re status of filing (0.30); address issues re motions for admission (0.20). | 0.50 | 137.50 |
| 10/28/03 | KWL | Review 9th Circuit case law re cost recovery cases (1.80); telephone conference with Bill Corcoran re same (.30); review 9th circuit notice of appeal (1.50); telephone conference with Gary Graham re district court procedure (.20). | 3.80 | 1,330.00 |
| 10/28/03 | KJC | Email exchange with B. McGurk re attic fill as an issue (0.30). | 0.30 | 82.50 |
| 10/29/03 | KJC | Telephone conference with J. Freeman re transcript designation (0.20). | 0.20 | 55.00 |

**Total Fees Through October 31, 2003:**  **22.80**  **$  4,979.50**

### Timekeeper Rate Summary

| Initials | Name | Position | Rate | Hours | Value |
|---|---|---|---|---|---|
| KWL | Kenneth W. Lund | Partner | $ 350.00 | 3.80 | $ 1,330.00 |
| KJC | Katheryn J. Coggon | Special Counsel | 275.00 | 9.50 | 2,612.50 |
| NKT | Natalie Tognetti | Paralegal | 110.00 | 8.70 | 957.00 |
| AEC | Ann E. Carroll | Paralegal | 100.00 | 0.80 | 80.00 |

**Total Fees:**  **22.80**  **$  4,979.50**

Holme Roberts & Owen LLP

November 13, 2003

W.R. Grace

| | |
|---|---|
| Page | 34 |
| Invoice No.: | 649383 |
| Client   No.: | 04339 |
| Matter   No.: | 00420 |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 10/08/03 | | Long Distance Telephone: 2028795219, 1 Mins., TranTime:16:5 | $   0.10 |
| 10/10/03 | 301 | Photocopy | 45.15 |
| 10/13/03 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 4-914-58818; DATE: 10/13/2003  -  Courier, Acct. 0802-0410-8. 10-08; Will Zerhouni Washington, DC | 16.17 |
| 10/14/03 | | Long Distance Telephone: 4105314751, 4 Mins., TranTime:10:32 | 0.30 |
| 10/17/03 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 4-914-97302; DATE: 10/17/2003  -  Courier, Acct. 0802-0410-8. 10-10; Robert Emmett Columbia, Md | 19.43 |
| 10/17/03 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 4-914-97302; DATE: 10/17/2003  -  Courier, Acct. 0802-0410-8. 10-10; Chris Landau Washington, DC | 16.17 |
| 10/20/03 | | Long Distance Telephone: 2028795943, 5 Mins., TranTime:16:42 | 0.50 |
| 10/22/03 | | Long Distance Telephone: 4065232543, 4 Mins., TranTime:9:56 | 0.40 |
| 10/22/03 | | Other Expense: VENDOR: Clerk of the U.S. Court of Appeals; INVOICE#: 102203; DATE: 10/22/2003  -  Admission of Katheryn Coggon and Ken Lund to the Ninth Circuit | 80.00 |
| 10/22/03 | 5 | Photocopy | 0.75 |
| 10/22/03 | 2,106 | Photocopy | 315.90 |
| 10/22/03 | 2 | Tab Stock | 0.10 |
| 10/23/03 | | Long Distance Telephone: 2028795943, 10 Mins., TranTime:10:31 | 0.90 |
| 10/23/03 | 2 | Photocopy | 0.30 |
| 10/24/03 | | Long Distance Telephone: 4065232500, 2 Mins., TranTime:11:31 | 0.10 |
| 10/24/03 | 1 | Outside Courier | 6.50 |
| 10/29/03 | 2 | Photocopy | 0.30 |

**Total Disbursements:**                                        $     503.07

Holme Roberts & Owen LLP

November 13, 2003

W.R. Grace

Page       35
Invoice No.:   649383
Client  No.:   04339
Matter  No.:   00420

## Disbursement Summary

| | | |
|---|---:|---:|
| Photocopy | $ | 362.40 |
| Long Distance Telephone | | 2.30 |
| Outside Courier | | 6.50 |
| Federal Express | | 51.77 |
| Other Expense | | 80.00 |
| Tab Stock | | 0.10 |
| **Total Disbursements:** | **$** | **503.07** |

## Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---:|
| 641124 | 08/18/03 | Bill | 21,356.50 |
| | 11/03/03 | Cash Receipt | -17,085.20 |
| | | *Outstanding Balance on Invoice 641124:* | *$ 4,271.30* |
| 644977 | 09/25/03 | Bill | 28,438.91 |
| | | *Outstanding Balance on Invoice 644977:* | *$ 28,438.91* |
| 646528 | 10/15/03 | Bill | 39,193.49 |
| | | *Outstanding Balance on Invoice 646528:* | *$ 39,193.49* |

| | |
|---|---:|
| **Total Outstanding Invoices:** | **$ 71,903.70** |
| **Trust Applied to Matter** | **$ 0.00** |
| **Current Fees and Disbursements** | **$ 5,482.57** |
| **Total Balance Due This Matter** | **$ 77,386.27** |

Holme Roberts & Owen LLP

December 10, 2003

W.R. Grace

| | |
|---|---|
| Page | 34 |
| Invoice No.: | 652391 |
| Client No.: | 04339 |
| Matter No.: | 00420 |

**Regarding: Ninth Circuit Appeal**

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 11/05/03 | KJC | Draft e-mail update re status of appeal filings (0.5). | 0.50 $ | 137.50 |
| 11/05/03 | NKT | Prepare timeline of federal inspections of Libby facilities from 1963-1999, per KJCoggon request. | 3.40 | 374.00 |
| 11/06/03 | NKT | Research Grace Liability brief re EPA involvement in Libby Site 1963-1999 and edit "Federal Inspections Timeline" accordingly per KJCoggon. | 0.70 | 77.00 |
| 11/10/03 | KJC | E-mail background research to C. Landau (0.2). | 0.20 | 55.00 |
| 11/17/03 | KJC | Address correspondence re possible amicus brief (0.30). | 0.30 | 82.50 |
| 11/18/03 | KJC | Telephone conference with potential amicus party (0.20); e-mail with C. Landau re status (0.30). | 0.50 | 137.50 |
| 11/19/03 | KJC | Telephone conference with W. Corcoran re appeal memo and strategies (.3); follow-up re status of appeal deadlines (1.7). | 2.00 | 550.00 |
| 11/19/03 | AT | Review local rules re transcript request (.30); conference with AGreen re same (.10). | 0.40 | 70.00 |
| 11/20/03 | KJC | Address transcript errors (.7); review and notify team re 9th Circuit scheduling order (.6) | 1.30 | 357.50 |
| 11/21/03 | KJC | Telephone conference with J. Freeman re schedule and transcript errors (0.30). | 0.30 | 82.50 |
| 11/24/03 | KJC | Review transcript errors from trial. | 0.90 | 247.50 |
| 11/26/03 | KJC | E-mail trial transcript corrections to J. Freeman (0.30). | 0.30 | 82.50 |

**Total Fees Through November 30, 2003:**    **10.80  $   2,253.50**

Holme Roberts & Owen LLP

December 10, 2003

W.R. Grace

| | |
|---|---|
| Page | 35 |
| Invoice No.: | 652391 |
| Client  No.: | 04339 |
| Matter  No.: | 00420 |

### Timekeeper Rate Summary

| Initials | Name | Position | Rate | Hours | | Value |
|---|---|---|---|---|---|---|
| KJC | Katheryn J. Coggon | Special Counsel | $ 275.00 | 6.30 | $ | 1,732.50 |
| AT | Alice Tam | Paralegal | 175.00 | 0.40 | | 70.00 |
| NKT | Natalie Tognetti | Paralegal | 110.00 | 4.10 | | 451.00 |
| | | **Total Fees:** | | **10.80** | **$** | **2,253.50** |

**\* Please note that some individual timekeeper hourly rates will increase effective December 1, 2003**

### Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 10/29/03 | | Outside Courier: VENDOR: Western Attorney Services; INVOICE#: 834995; DATE: 10/29/2003  -  Courier, Acct. 35477. 10-24; 9th Circuit Court of Appeals | $ | 36.85 |
| 10/31/03 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 4-915-76766; DATE: 10/31/2003  -  Courier, Acct. 0802-0410-8. 10-22; Lisa Driscoll Missoula, Mt | | 15.60 |
| 10/31/03 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 4-915-76766; DATE: 10/31/2003  -  Courier, Acct. 0802-0410-8. 10-23; Anikka Green San Francisco, Ca | | 9.45 |
| 10/31/03 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 4-915-76766; DATE: 10/31/2003  -  Courier, Acct. 0802-0410-8. 10-24; Brett McGurk Washington, DC | | 15.90 |
| 10/31/03 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 4-915-76766; DATE: 10/31/2003  -  Courier, Acct. 0802-0410-8. 10-24; Chris Landau Washington, DC | | 15.90 |
| 10/31/03 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 4-915-76766; DATE: 10/31/2003  -  Courier, Acct. 0802-0410-8. 10-24; John Cruden Washington, DC | | 15.90 |

Holme Roberts & Owen LLP

December 10, 2003

W.R. Grace

| | |
|---|---|
| Page | 36 |
| Invoice No.: | 652391 |
| Client No.: | 04339 |
| Matter No.: | 00420 |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 10/31/03 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 4-915-76766; DATE: 10/31/2003 - Courier, Acct. 0802-0410-8. 10-24; William Mercer Billings, Mt | 13.18 |
| 10/31/03 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 4-915-76766; DATE: 10/31/2003 - Courier, Acct. 0802-0410-8. 10-24; W Benjamin Fischerow Washington, DC | 15.90 |
| 11/05/03 | | Long Distance Telephone: 4068297123, 2 Mins., TranTime:11:9 | 0.10 |
| 11/05/03 | 3 | Photocopy | 0.45 |
| 11/07/03 | | Long Distance Telephone: 4068297123, 2 Mins., TranTime:10:22 | 0.20 |
| 11/10/03 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 4-962-18163; DATE: 11/10/2003 - Courier, Acct. 0802-0410-8. 10-24; David Siegel Columbia, Md | 15.90 |
| 11/10/03 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 4-962-18163; DATE: 11/10/2003 - Courier, Acct. 0802-0410-8. 10-24; Robert Emmett Columbia, Md | 15.90 |
| 11/10/03 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 4-962-18163; DATE: 11/10/2003 - Courier, Acct. 0802-0410-8. 10-24; William Corcoran Columbia, Md | 15.90 |
| 11/13/03 | | Long Distance Telephone: 4065232500, 2 Mins., TranTime:14:22 | 0.10 |
| 11/13/03 | 5 | Photocopy | 0.75 |
| 11/18/03 | | Long Distance Telephone: 6192382876, 9 Mins., TranTime:17:30 | 0.90 |
| 11/19/03 | | Long Distance Telephone: 4068297123, 1 Mins., TranTime:11:16 | 0.10 |
| 11/19/03 | | Long Distance Telephone: 4105314203, 13 Mins., TranTime:14:54 | 1.30 |
| 11/19/03 | | Long Distance Telephone: 4155569958, 2 Mins., TranTime:17:4 | 0.20 |
| 11/19/03 | 25 | Photocopy | 3.75 |
| 11/20/03 | | Long Distance Telephone: 4105314000, 3 Mins., TranTime:14:52 | 0.30 |
| 11/20/03 | 81 | Photocopy | 12.15 |
| 11/20/03 | 1 | Photocopy | 0.15 |

Holme Roberts & Owen LLP

December 10, 2003

W.R. Grace

| | |
|---|---|
| Page | 37 |
| Invoice No.: | 652391 |
| Client  No.: | 04339 |
| Matter  No.: | 00420 |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| | | **Total Disbursements:** | **$    206.83** |

## Disbursement Summary

| | | |
|---|---|---|
| Photocopy | $ | 17.25 |
| Long Distance Telephone | | 3.20 |
| Outside Courier | | 36.85 |
| Federal Express | | 149.53 |
| **Total Disbursements:** | **$** | **206.83** |

## Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---------|------|-------------|--------|
| 641124 | 08/18/03 | Bill | 21,356.50 |
| | 11/03/03 | Cash Receipt | -17,085.20 |
| | *Outstanding Balance on Invoice 641124:* | | $    *4,271.30* |
| 644977 | 09/25/03 | Bill | 28,438.91 |
| | 12/09/03 | Cash Receipt | -22,930.11 |
| | *Outstanding Balance on Invoice 644977:* | | $    *5,508.80* |
| 646528 | 10/15/03 | Bill | 39,193.49 |
| | *Outstanding Balance on Invoice 646528:* | | $    *39,193.49* |
| 649383 | 11/13/03 | Bill | 5,482.57 |

Holme Roberts & Owen LLP

January 27, 2004

W.R. Grace

| | |
|---|---|
| Page | 34 |
| Invoice No.: | 656750 |
| Client  No.: | 04339 |
| Matter  No.: | 00420 |

**Regarding: Ninth Circuit Appeal**

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 12/05/03 | KJC | Telephone conference with C. Landau and B. McGurk re status and schedule (0.60); address additional requests for documents from C. Landau and B. McGurk (0.60); telephone conference with J. Freeman re mediation assessment conference and transcript edits (0.30). | 1.50 $ | 420.00 |
| 12/05/03 | NKT | Work with SCHaraldson re compiling case filings for review by KJCoggon and Kirkland & Ellis. | 0.60 | 75.00 |
| 12/06/03 | NKT | Work with SCHaraldson to compile various cost recovery filings for review by KJCoggon and Kirkland & Ellis. | 0.50 | 62.50 |
| 12/08/03 | KJC | Identify documents and exhibits to forward to Kirkland & Ellis for appeal work (0.6); prepare for assessment conference (0.3). | 0.90 | 252.00 |
| 12/08/03 | NKT | Work with SCHaraldson to prepare Cost Recovery filings for review by KJCoggon and Kirkland & Ellis, including locate Administrative Record image cd's for duplication. | 0.80 | 100.00 |
| 12/09/03 | NKT | Prepare cost recovery filings for review by KJCoggon and Kirkland & Ellis. | 2.30 | 287.50 |
| 12/11/03 | KJC | Identify documents and exhibits to forward to Kirkland & Ellis for appeal work (0.3). | 0.30 | 84.00 |
| 12/11/03 | NKT | Conference with KJCoggon and KCarnes re cost recovery filings to be sent to Kirkland & Ellis for review (.40); prepare all Defendants expert reports for review by KJCoggon and Kirkland & Ellis (1.00). | 1.40 | 175.00 |
| 12/12/03 | KJC | Identify documents and exhibits to forward to Kirkland & Ellis for appeal work (0.8). | 0.80 | 224.00 |

Holme Roberts & Owen LLP

January 27, 2004

W.R. Grace

| | |
|---|---|
| Page | 35 |
| Invoice No.: | 656750 |
| Client No.: | 04339 |
| Matter No.: | 00420 |

## Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 12/15/03 | KJC | Review and revise list of transcript edits (3.2); telephone conference with KWLund re mediation program assessment conference (0.4). | 3.60 | 1,008.00 |
| 12/15/03 | NKT | Review Cost Recovery trial transcript along with transcript changes proposed by United States (3.10); conferences with KJCoggon re same (.30); begin drafting master list of United States and WR Grace Cost Recovery trial transcript changes (1.40). | 4.80 | 600.00 |
| 12/16/03 | KJC | Review and revise list of transcript edits (2.6); telephone conference with D. Siegel re mediation program assessment conference (0.4); telephone conference with team re mediation program assessment conference (0.7); review settlement history in preparation for mediation program assessment conference (0.7). | 4.40 | 1,232.00 |
| 12/16/03 | NKT | Continue to prepare master list of Cost Recovery trial transcript changes per KJCoggon request. | 3.50 | 437.50 |
| 12/17/03 | KJC | Review and revise list of transcript edits (2.1); prepare for and participate in mediation program assessment conference (0.9); telephone conferences with J. Freeman re transcript edits and mediation program (0.4). | 3.40 | 952.00 |
| 12/17/03 | NKT | Finalize master list of Cost Recovery trial transcript changes and conference with KJCoggon re same (.60); create and finalize chart showing trial transcript changes at issue with comments for transmittal to United States' for review (.50); review follow-up e-mails from J. Freeman of DOJ re additional changes to trial transcript (.30); prepare Joint Official Trial Transcript Modifications list for transmittal to Diana Hodges (.30). | 1.70 | 212.50 |
| 12/30/03 | NKT | Assist KCarnes in preparing Cost Recovery filings for review by KJCoggon and Kirkland & Ellis. | 0.50 | 62.50 |

Holme Roberts & Owen LLP

January 27, 2004

W.R. Grace

| | |
|---|---|
| Page | 36 |
| Invoice No.: | 656750 |
| Client No.: | 04339 |
| Matter No.: | 00420 |

## Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| | | **Total Fees Through December 31, 2003:** | **31.00** | **$ 6,184.50** |

## Timekeeper Rate Summary

| Initials | Name | Position | Rate | Hours | Value |
|----------|------|----------|------|-------|-------|
| KJC | Katheryn J. Coggon | Special Counsel | $ 280.00 | 14.90 | $ 4,172.00 |
| NKT | Natalie Tognetti | Paralegal | 125.00 | 16.10 | 2,012.50 |
| | | **Total Fees:** | | **31.00** | **$ 6,184.50** |

**\* Please note that some individual timekeeper hourly rates have increased effective December 1, 2003**

## Itemized Disbursements

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 11/19/03 | | Outside Courier: VENDOR: Western Messenger Service, Inc.; INVOICE#: 837376; DATE: 11/19/2003  -  Delivery from HRO SF to Appeals 9th Circuit | $ 25.30 |
| 11/21/03 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 4-963-00606; DATE: 11/21/2003  -  Courier, Acct. 0802-0410-8. 11-13; Lisa Driscoll Missoula, Mt | 9.05 |
| 11/28/03 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 4-963-42238; DATE: 11/28/2003  -  Courier, Acct. 0802-0410-8. 11-20; Brett McGurk Washington, DC | 9.70 |
| 11/28/03 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 4-963-42238; DATE: 11/28/2003  -  Courier, Acct. 0802-0410-8. 11-20; Robert Emmett Columbia, Md | 9.70 |
| 12/05/03 | | Long Distance Telephone: 2028795087, 37 Mins., TranTime:14:48 | 3.70 |
| 12/06/03 | 84 | Photocopy | 12.60 |

Holme Roberts & Owen LLP

January 27, 2004

W.R. Grace

| | |
|---|---|
| Page | 37 |
| Invoice No.: | 656750 |
| Client  No.: | 04339 |
| Matter  No.: | 00420 |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 12/09/03 | | Long Distance Telephone: 5613621533, 7 Mins., TranTime:9:48 | 0.70 |
| 12/09/03 | 159 | Photocopy | 23.85 |
| 12/11/03 | 2 | Photocopy | 0.30 |
| 12/12/03 | 684 | Photocopy | 102.60 |
| 12/12/03 | 4 | Photocopy | 0.60 |
| 12/13/03 | 1,317 | Photocopy | 197.55 |
| 12/16/03 | | Long Distance Telephone: 4105314170, 19 Mins., TranTime:9:37 | 1.80 |
| 12/18/03 | | Long Distance Telephone: 2028795000, 2 Mins., TranTime:9:0 | 0.20 |
| 12/18/03 | 68 | Photocopy | 10.20 |
| 12/18/03 | | Travel Expense: VENDOR: Majest International; INVOICE#: 24085; DATE: 12/18/2003  -  AirFare/Katheryn Coggon Denver/Washington DC 01/06/2004-01/09/2004 | 758.00 |
| 12/19/03 | | Long Distance Telephone: 2028795087, 1 Mins., TranTime:11:2 | 0.10 |

**Total Disbursements:**                                       $    **1,165.95**

### Disbursement Summary

| | | |
|---|---|---|
| Photocopy | $ | 347.70 |
| Long Distance Telephone | | 6.50 |
| Outside Courier | | 25.30 |
| Travel Expense | | 758.00 |
| Federal Express | | 28.45 |
| **Total Disbursements:** | **$** | **1,165.95** |