# EXHIBIT B

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Kenneth W. Lund | Partner | Environmental | $350.00 | 3.8 | $1,330.00 |
| Elizabeth K. Flaagan | Partner | Bankruptcy | $275.00 | 1.9 | $522.50 |
| Elizabeth K. Flaagan | Partner | Bankruptcy | $300.00 | 0.7 | $210.00 |
| Katheryn J. Coggon | Sp. Counsel | Environmental | $275.00 | 15.8 | $4,345.00 |
| Katheryn J. Coggon | Sp. Counsel | Environmental | $280.00 | 14.9 | $4,172.00 |
| Natalie Tognetti | Paralegal | Environmental | $110.00 | 12.8 | $1,408.00 |
| Natalie Tognetti | Paralegal | Environmental | $125.00 | 16.1 | $2,012.50 |
| Susan Haag | Paralegal | Bankruptcy | $105.00 | 11.6 | $1,218.00 |
| Susan Haag | Paralegal | Bankruptcy | $125.00 | 2.1 | $262.50 |
| Ann Carroll | Paralegal | Environmental | $100.00 | 0.8 | $80.00 |
| Imelda Mulholland | Law Clerk | Environmental | $110.00 | 3.8 | $418.00 |
| Alice Tam | Paralegal | Litigation | $175.00 | 0.4 | $70.00 |
| **TOTAL** | | | | 84.7 | $16,048.50 |