# EXHIBIT C

| DESCRIPTION | TOTAL |
|---|---:|
| Photocopies | $268.59 |
| Facsimiles | $0.00 |
| Long Distance Telephone | $12.96 |
| Outside Courier | $75.20 |
| Travel Expense | $758.00 |
| Lexis | $0.00 |
| Westlaw | $0.00 |
| Tab Stock | $0.00 |
| Other Expenses | $670.40 |
| Velo Binding | $0.00 |
| Federal Express | $573.21 |
| Color Copies | $0.00 |
| Postage | $0.00 |
| Professional Billable Services | $2,789.48 |
| Supplies | $0.00 |
| Research Services | $19.32 |
| **TOTALS** | **$5,167.16** |