### Summary of PwC's Fees By Individual:
### Eleventh Interim Quarterly Reporting Period
### October 1, 2003 thru December 31, 2003

Summary of hours worked by indivduals

Eleventh Quarterly Summary

| Name of Professional | Position with the Firm | Number of Years in Profession | Hourly Bill Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Larry Farmer | Audit Partner | 34 | 743 | 38.70 | 14,663 |
| William Bishop | Audit Partner | 15+ | 743 | 15.50 | 6,297 |
| Raymond Bromark | Concurring Audit Partner | 30+ | 1550 | 14.00 | 10,695 |
| John Althoff | National Audit Parnter | 20+ | 1346 | 1.00 | 606 |
| Peter Woolf | Tax Partner | 20+ | 762 | 3.30 | 1,132 |
| Joseph Divito | SPA Partner | 15 | 821 | 10.00 | 3,695 |
| Craig Cleaver | SPA Manager | 6 | 541 | 50.50 | 15,270 |
| Neil Cooper | SPA Partner | 10+ | 895 | 0.50 | 201 |
| Sandra David | Audit Manager | 6 | 487 | 44.60 | 9,774 |
| Todd Hutcherson | Audit Manager | 11 | 569 | 96.70 | 26,549 |
| Will Choi | Audit Manager | 6 | 487 | 197.80 | 48,717 |
| Will Kelly | Audit Associate | 1 | 197 | 6.00 | 532 |
| Tom Kalinosky | Audit Specialist | 10+ | 723 | 31.00 | 10,086 |
| Maureen Driscoll | SPA Senior Associate | 3 | 416 | 143.00 | 29,083 |
| Brent Fehnel | SPA Associate | 2 | 279 | 147.00 | 18,456 |
| Cheryl Frick | Audit Senior Associate | 4 | 342 | 237.30 | 37,923 |
| Nina Govic | Audit Senior Associate | 3 | 342 | 164.30 | 27,338 |
| Aimee Stickley | Audit Associate | 2 | 270 | 262.90 | 31,942 |
| Jonelle Lippolis | Audit Senior Associate | 3 | 349 | 83.30 | 13,082 |
| Brian Krish | SPA Senior Associate | 4 | 348 | 38.00 | 5,951 |
| Bethanie Lydon | Audit Associate | 2 | 232 | 91.20 | 9,521 |
| Joseph Meenan | SPA Associate | 2 | 279 | 97.00 | 12,178 |
| James Nichols | SPA Senior Associate | 4 | 502 | 61.00 | 13,780 |
| Jessica Bader | Audit Associate | 2 | 273 | 7.00 | 860 |
| Will Kelly | Audit Associate | 1 | 197 | 8.00 | 709 |
| Adam Whalen | Audit Associate | 2 | 270 | 8.00 | 972 |
| Ashai Choi | Audit Associate | 1 | 197 | 9.00 | 798 |
| Patrick Matarazzo | Audit Associate | 1 | 174 | 11.00 | 861 |
| Adrian Mihalko | Audit Associate | 1 | 197 | 8.00 | 709 |
| Michael Mccarvel | Audit Associate | <1 | 174 | 16.50 | 1,292 |
| Stefanie McClain | Audit Associate | 1 | 197 | 7.10 | 629 |
| Bianca Rodriguez | Audit Associate | <1 | 197 | 84.50 | 7,491 |
| Scott Tremble | Audit Associate | 2 | 197 | 79.40 | 7,039 |
| Lilla Runco | National Sr. Manager | 10+ | 1079 | 2.50 | 1,214 |
| Jerri Jacobs | Audit Senior Associate | 5 | 389 | 8.00 | 1,400 |
| Courtney Sowers | Audit Associate | 2 | 197 | 6.50 | 576 |
| Nicholas Stromann | Audit Associate | <1 | 197 | 207.20 | 18,368 |
| Maureen Yeager | Audit Associate | 1 | 232 | 234.60 | 24,492 |
| | | TOTAL | | 2,531.90 | 414,881.40 |

**Summary of PwC's Fees By Project Category:**
**Eleventh Interim Quarterly Reporting Period**
**October 1, 2003 thru December 31, 2003**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 01-Assets Analysis and Recovery | | |
| 02-Asset Disposition | | |
| 03-Business Operations | | |
| 04-Case Administration | | |
| 05-Claim  Analysis Objection & Resolution (Asbestos) | | |
| 06-Claim Analysis Objection & Resolution (Non-asbestos) | | |
| 07-Committee, Creditors', Noteholders', or Equity Holders' | | |
| 08-Employee Benefits/Pension | | |
| 09-Employee Applications, Applicant | | |
| 10-Employment Applications, Others | | |
| 11-Financing | | |
| 12-Fee Applications, Others | 67.4 | 8819.60 |
| 13-Financing | | |
| 14-Hearings | | |
| 15-Litigation and Litigation Consulting | | |
| 16-Plan and Disclosure Statement | | |
| 17-Relief from Stay Proceedings | | |
| 18-Tax Issues | | |
| 19-Tax Litigation | | |
| 20-Travel- Non-working | | |
| 21-Valuation | | |
| 22-ZAI Science Trial | | |
| 23-ZAI Science Trial-Expenses | | |
| 24-Other | | |
| 25-Accounting/Auditing | 2,531.90 | $414,881.40 |

| | | |
|---|---|---|
| **26-Business Analysis** | | |
| **27-Corporate Finance** | | |
| **28-Data Analysis** | | |
| **TOTAL:** | **2,531.90** | **$423,701.01** |

**PricewaterhouseCoopers LLP**
**Summary of Expenses**
**Eleventh Interim Reporting Period**
**October 1, 2003 thru December 31, 2003**

| Type of Expense | |
|---|---|
| Transportation | $12,638.04 |
| Lodging | $5,173.90 |
| Sundry | $69.48 |
| Business Meals | $1,723.01 |
| **Grand Total for the Fee Period October 1, 2003 through December 31, 2003** | **$19,604.43** |

{MCM8819.DOC}