# EXHIBIT A

{MCM8818.DOC} 1

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W.R. GRACE & CO., *et. al.* | : | Case No. 01-1139 (JKF) |
| | : | |
| Debtors | : | (Jointly Administered) |

**ORDER APPROVING ELEVENTH QUARTERLY**
**FEE APPLICATION OF PRICEWATERHOUSECOOPERS LLP, AUDITORS AND**
**TAX CONSULTANTS FOR DEBTORS, FOR ALLOWANCE OF**
**COMPENSATION AND REIMBURSEMENT OF EXPENSES**

Upon consideration of the Eleventh Quarterly Fee Application of PricewaterhouseCoopers LLP ("PwC"), Auditors and Tax Consultants for Debtors, for Allowance of Compensation and Reimbursement of Expenses, incurred during the interim period October 1, 2003 through December 31, 2003, dated February 10, 2004 (the "Application"); and upon the Certification of W. Larry Farmer in support of the Application; and upon a hearing having been held before this Court to consider the Eleventh Quarterly Fee Application on _____ __, 2004; and upon notice having been given pursuant to Bankruptcy Rule 2002(a)(7) and (c)(2); and due consideration having been given to any responses thereto, and sufficient cause having been shown therefor, it is hereby:

ORDERED that the Eleventh Fee Application are approved, and it is further

ORDERED that the compensation for services rendered in the amount of $423,701.01 and reimbursement of expenses incurred in the amount of $19,604.43 is hereby granted to PwC on an interim basis.

Dated: _____ __, 2004

_____
United States Bankruptcy Judge