**<u>Exhibit A</u>**
October Fee Application

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |
| | ) | **Objection Deadline: December 18, 2003 at 4:00 p.m.** |
| | | **Hearing Date: TBD only if necessary** |

**SUMMARY OF APPLICATION OF REED SMITH LLP
FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
EXPENSES AS SPECIAL ASBESTOS PRODUCT LIABILITY DEFENSE
COUNSEL TO DEBTORS FOR THE TWENTY-EIGHTH MONTHLY INTERIM
PERIOD FROM OCTOBER 1, 2003 THROUGH OCTOBER 31, 2003**

Name of Applicant: Reed Smith LLP

Authorized to Provide Professional Services to: W. R. Grace & Co., et al., Debtors and Debtors-in-Possession

Date of Retention: July 19, 2001, effective as of April 2, 2001

Period for which compensation and reimbursement is sought: October 1, 2003 through October 31, 2003

Amount of Fees and Expenses sought as actual, Reasonable, and necessary: $24,209.50

This an: X monthly __ interim __ final application.

Prior Applications filed: Yes.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 8/28/01 | 4/2/01 through 7/31/01 | $40,583.00 | $356.92 | No objections served on counsel | No objections served on counsel |
| 9/27/01 | 8/1/01 through 8/31/01 | $90,113.00 | $4,048.11 | No objections served on counsel | No objections served on counsel |
| 10/26/01 | 9/1/01 through 9/30/01 | $155,804.00 | $6,971.66 | No objections served on counsel | No objections served on counsel |
| 11/27/01 | 10/1/01 through 10/31/01 | $229,036.50 | $10,314.97 | No objections served on counsel | No objections served on counsel |
| 12/26/01 | 11/1/01 through 11/30/01 | $216,703.50 | $22,667.19 | No objections served on counsel | No objections served on counsel |
| 1/30/02 | 12/1/01 through 12/31/01 | $152,288.00 | $43,025.11 | No objections served on counsel | No objections served on counsel |
| 3/1/02 | 1/1/02 through 1/31/02 | $152,389.50 | $45,525.87 | No objections served on counsel | No objections served on counsel |
| 3/28/02 | 2/1/02 through 2/28/02 | $115,694.50 | $39,388.59 | No objections served on counsel | No objections served on counsel |
| 5/2/02 | 3/1/02 through 3/31/02 | $95,617.50 | $49,224.63 | No objections served on counsel | No objections served on counsel |
| 5/28/02 | 4/1/02 through 4/30/02 | $125,169.50 | $44,498.12 | No objections served on counsel | No objections served on counsel |
| 6/28/02 | 5/1/02 through 5/31/02 | $186,811.50 | $88,641.73 | No objections served on counsel | No objections served on counsel |
| 8/5/02 | 6/1/02 through 6/30/02 | $167,414.75 | $26,462.86 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 9/9/02 | 7/1/02 through 7/31/02 | $121,203.75 | $7,897.17 | No objections served on counsel | No objections served on counsel |
| 9/30/02 | 8/1/02 through 8/31/02 | $183,876.75 | $18,631.51 | No objections served on counsel | No objections served on counsel |
| 10/31/02 | 9/1/02 through 9/30/02 | $205,975.00 | $12,810.65 | No objections served on counsel | No objections served on counsel |
| 11/27/02 | 10/1/02 through 10/31/02 | $172,838.75 | $34,384.69 | No objections served on counsel | No objections served on counsel |
| 12/30/02 | 11/1/02 through 11/30/02 | $115,576.00 | $12,630.85 | No objections served on counsel | No objections served on counsel |
| 1/30/03 | 12/1/02 through 12/31/02 | $36,744.50 | $16,310.05 | No objections served on counsel | No objections served on counsel |
| 3/6/03 | 1/1/03 through 1/31/03 | $123,884.00 | $3,760.28 | No objections served on counsel | No objections served on counsel |
| 4/2/03 | 2/1/03 through 2/28/03 | $233,867.50 | $21,251.46 | No objections served on counsel | No objections served on counsel |
| 5/7/03 | 3/1/03 through 3/31/03 | $124,350.00 | $30,380.42 | No objections served on counsel | No objections served on counsel |
| 6/4/03 | 4/1/03 through 4/30/03 | $223,770.50 | $19,411.28 | No objections served on counsel | No objections served on counsel |
| 7/1/03 | 5/1/03 through 5/31/03 | $190,838.00 | $22,397.08 | No objections served on counsel | No objections served on counsel |
| 7/31/03 | 6/1/03 through 6/30/03 | $165,837.25 | $18,778.12 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 8/29/03 | 7/1/03 through 7/31/03 | $202,033.50 | $13,132.57 | No objections served on counsel | No objections served on counsel |
| 10/2/03 | 8/1/03 through 8/31/03 | $155,275.50 | $5,526.19 | No objections served on counsel | No objections served on counsel |
| 10/28/03 | 9/1/03 through 9/30/03 | $32,877.00 | $5,836.88 | No objections served on counsel | No objections served on counsel |

As indicated above, this is the twenty-eighth application for monthly interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases.

The total time expended for the preparation of this application is approximately 15 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $4,500.00.

The Reed Smith attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| James J. Restivo, Jr. | Partner | 32 Years | Litigation | $475.00 | 6.20 | $2,945.00 |
| Lawrence E. Flatley | Partner | 27 Years | Litigation | $440.00 | 2.00 | $880.00 |
| James C. Martin | Partner | 25 Years | Litigation | $525.00 | 2.10 | $1,102.50 |
| Douglas E. Cameron | Partner | 18 Years | Litigation | $430.00 | 5.50 | $2,365.00 |
| James W. Bentz | Partner | 14 Years | Litigation | $335.00 | .60 | $201.00 |
| Mary L. Perry | Of Counsel | 12 Years | Litigation | $350.00 | 26.50 | $9,275.00 |
| Richard A. Keuler | Associate | 3 Years | Litigation | $250.00 | 1.40 | $350.00 |
| Andrew J. Muha | Associate | 2 Years | Litigation | $200.00 | 8.90 | $1,780.00 |
| Jayme L. Butcher | Associate | 2 Years | Litigation | $200.00 | 2.60 | $520.00 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Maureen L. Atkinson | Paralegal | 26 Years | Litigation | $125.00 | 1.60 | $200.00 |
| Nora Levine | Adm. Manager | 25 Years | Knowledge Management | $175.00 | .30 | $52.50 |
| John B. Lord | Paralegal | 10 Years | Litigation | $145.00 | 6.30 | $913.50 |
| Lisa Lankford | Bankruptcy Specialist | 3 Years | Litigation/ Bankruptcy | $80.00 | .90 | $72.00 |

Total Fees:  $20,656.50

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Litigation and Litigation Counseling | 39.20 | $13,968.50 |
| ZAI Science Trial | 9.60 | $3,796.50 |
| Fee Applications | 16.10 | $2,891.50 |
| **Total:** | **64.90** | **$20,656.50** |

## EXPENSE SUMMARY

| Description | Litigation and Litigation Consulting | ZAI Science Trial |
|---|---|---|
| Telephone Expense | ---- | $4.36 |
| Telephone Expense – Outside | ---- | $11.94 |
| Duplicating/Printing | $203.55 | $352.05 |
| Outside Duplicating | $65.55 | ---- |
| Postage Expense | $32.49 | $3.60 |
| Courier Service – Outside | ---- | $28.51 |
| Binding Charge | ---- | $3.00 |
| Color Printing | ---- | $148.50 |
| Documentation Charge | $36.54 | ---- |
| Westlaw | $2,662.91 | ---- |
| SUBTOTAL | $3,001.04 | $551.96 |
| TOTAL | | $3,553.00 |

Dated: November 28, 2003

REED SMITH LLP

By: /s/ Richard A. Keuler, Jr.
Richard A. Keuler, Jr (No. 4108)
1201 Market Street, Suite 1500
Wilmington, DE 19801
Telephone: (302) 778-7500
Facsimile: (302) 778-7575
E-mail: rkeuler@reedsmith.com

and

James J. Restivo, Jr.
Lawrence E. Flatley
Douglas E. Cameron
435 Sixth Avenue
Pittsburgh, PA 15219
Telephone: 412.288.3131
Facsimile: 412.288.3063

Special Asbestos Products Liability Defense
Counsel

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.
One Town Center Road
Boca Raton, FL    33486

| | |
|---|---|
| Invoice Number | 1092902 |
| Invoice Date | 11/25/03 |
| Client Number | 172573 |

==============================================================================

Re: W. R. Grace & Co.

(60026)  Litigation and Litigation Consulting

        Fees                          13,968.50

                    TOTAL BALANCE DUE UPON RECEIPT        $13,968.50
                                                         =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.
One Town Center Road
Boca Raton, FL    33486

| | |
|---|---|
| Invoice Number | 1092902 |
| Invoice Date | 11/25/03 |
| Client Number | 172573 |
| Matter Number | 60026 |

==========================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH OCTOBER 31, 2003

| Date | Name | | Hours |
|------|------|---|-------|
| 10/01/03 | Perry | Review appellate brief re: traditional property damage claims (0.8) and compile list of cases, statutes and issues to update (1.2). | 2.00 |
| 10/02/03 | Lord | Research docket and update 2002 Service List. | .40 |
| 10/02/03 | Perry | Review annotations to CPLR 1411 & 1413 (.4); run various searches for recent cases discussing Toxic Tort Revival Act or effect on accrual of cause of action where claim is revived (.3). | .70 |
| 10/03/03 | Cameron | Continued review of issues relating to traditional property damage claims. | 1.40 |
| 10/03/03 | Perry | Shepardized cites and read recent cases distinguishing/limiting cases cited in brief. | 1.40 |
| 10/06/03 | Butcher | Phone call to EPA re: FOIA request (.10); e-mail to D. Cameron re: FOIA request (.10); phone call to R. Finke re: request (.10). | .30 |
| 10/06/03 | Keuler | Review notice received from counsel and met with J. Lord re: same. | .10 |

172573 W. R. Grace & Co.  
60026  Litigation and Litigation Consulting  
       November 25, 2003

Invoice Number   1092902  
Page    2

| Date | Name | | Hours |
|------|------|------|------|
| 10/07/03 | Butcher | Meeting with D. Cameron re: FOIA requests (.10); summarize FOIA documents received from the EPA (1.60). | 1.70 |
| 10/07/03 | Cameron | Review issues and documents relating to FOIA requests (.8); telephone call with R. Finke regarding same (.3). | 1.10 |
| 10/07/03 | Perry | Shepardized cites, ran searches for more recent authorities and read recent relevant decisions (1.5); shephardized additional cites and ran searches for more recent authories re: effect of revival (1.5); began searching for more recent cases re: effect of passage of the statute of limitations (1.1). | 4.10 |
| 10/08/03 | Cameron | Telephone call with R. Finke regarding FOIA (.4); review documents produced in response to FOIA request (1.5). | 1.90 |
| 10/08/03 | Perry | Continue research re: effect of expiration of statute of limitation (.8); shephardize cases and read citing cases (2.3); research constitutional implications of retroactive elimination of contributory negligence (.9); review recent relation-back cases (2.3). | 6.30 |
| 10/09/03 | Perry | Shephardize all remaining cases and statutes. | 2.20 |
| 10/10/03 | Butcher | E-mail to D. Cameron re: documents produced by EPA (.10); review additional documents (.20). | .30 |
| 10/10/03 | Perry | Draft memorandum summarizing findings. | 4.10 |
| 10/13/03 | Martin | Review memorandum re: subsequent history review of opening brief re: additional property damage cases. | .40 |

172573 W. R. Grace & Co.
60026  Litigation and Litigation Consulting
       November 25, 2003

Invoice Number   1092902
Page    3

| Date | Name | | Hours |
|------|------|---|-------|

| Date | Name | | Hours |
|------|------|---|-------|
| 10/13/03 | Perry | Review input from J. Martin re: memo updating appellate brief. | .40 |
| 10/15/03 | Martin | Analysis of memorandum on updated case cites and issues raised by same. | .90 |
| 10/15/03 | Perry | Telephone conference with J. Martin (.3) | .30 |
| 10/17/03 | Restivo | Review motion re:  Judge Wolin recusal. | .50 |
| 10/21/03 | Keuler | Message to D. Cameron re: upcoming hearing and coverage. | .10 |
| 10/21/03 | Perry | Draft letter (.5); review cases discussing waiver of the statute of limitations defense, and make required revisions to memo (.9); review additional case law and make additional revisions to memo (2.0); overall editing and final check of case citations to memo, etc. (1.6). | 5.00 |
| 10/23/03 | Butcher | Review documents produced by EPA (.10); phone call to D. Lopez of the EPA re: missing documents (.10); e-mail to D. Cameron re: documents (.10). | .30 |
| 10/23/03 | Martin | Review final draft of memo on updated cases and proposed letter to court in New York re: case updates. | .40 |
| 10/24/03 | Lord | E-file and perfect service for CNO for August monthly RS fee application (.6); prepare correspondence to R. Finke re: same (.2). | .80 |
| 10/28/03 | Restivo | Review appellate brief (0.6); update memo on law and draft letter (0.4). | 1.00 |

```
172573 W. R. Grace & Co.                    Invoice Number  1092902
 60026  Litigation and Litigation Consulting  Page   4
        November 25, 2003
```

```
                                                      Hours
   Date   Name                                        -----
 -------- -----------
```

| Date | Name | | Hours |
|------|------|---|-------|
| 10/29/03 | Martin | Analysis of need for revisions to memorandum discussing new cases and to proposed letter to the Court re: same. | .40 |
| 10/29/03 | Restivo | Meeting with J. Martin and call with R. Finke. | .40 |
| 10/31/03 | Levine | Research medical literature and web sites for articles re: vermiculite. | .30 |

```
                                                      ------
                                      TOTAL HOURS      39.20
```

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|---|------|---|-------|
| James J. Restivo Jr. | 1.90 | at $ | 475.00 | = | 902.50 |
| Douglas E. Cameron | 4.40 | at $ | 430.00 | = | 1,892.00 |
| James C. Martin | 2.10 | at $ | 525.00 | = | 1,102.50 |
| Mary L. Perry | 26.50 | at $ | 350.00 | = | 9,275.00 |
| Jayme L. Butcher | 2.60 | at $ | 200.00 | = | 520.00 |
| Richard A. Jr. Keuler | 0.20 | at $ | 250.00 | = | 50.00 |
| John B. Lord | 1.20 | at $ | 145.00 | = | 174.00 |
| Nora Levine | 0.30 | at $ | 175.00 | = | 52.50 |

```
               CURRENT FEES                         13,968.50

                                                   ------------
        TOTAL BALANCE DUE UPON RECEIPT              $13,968.50
                                                   ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

| | |
|---|---|
| Invoice Number | 1092903 |
| Invoice Date | 11/25/03 |
| Client Number | 172573 |

===================================================================

Re: W. R. Grace & Co.


(60028)  ZAI Science Trial

    Fees                          3,796.50

                TOTAL BALANCE DUE UPON RECEIPT        $3,796.50
                                                    =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

| | |
|---|---|
| Invoice Number | 1092903 |
| Invoice Date | 11/25/03 |
| Client Number | 172573 |
| Matter Number | 60028 |

=========================================================================

Re: (60028)  ZAI Science Trial

FOR PROFESSIONAL SERVICES PROVIDED THROUGH OCTOBER 31, 2003

| Date | Name | | Hours |
|------|------|---|-------|
| 10/01/03 | Bentz | Review of recent EPA statements on vermiculite. | .60 |
| 10/01/03 | Cameron | Review recent EPA communications on vermiculite and summarize (.6); e-mail reports regarding same (.5). | 1.10 |
| 10/02/03 | Restivo | Prepare letter and materials for ZAI claimants' counsel re: Science Trial proceedings. | 1.00 |
| 10/03/03 | Atkinson | Searches on document database re: ZAI sales invoices, per J. Restivo October 2, 2003 letter to Mr. Westbrook. | .40 |
| 10/03/03 | Flatley | Review medical expert witness files. | .60 |
| 10/06/03 | Atkinson | Reviewing document database re: invoices and Oct. 11, 2002 and Nov. 15, 2002 letters to Mr. Westbrook re: data provided (0.8), and e-mail with J. Restivo re: same (0.1). | .90 |
| 10/06/03 | Restivo | Review data re: ZAI sales records. | .50 |
| 10/07/03 | Atkinson | Reviewing, organizing medical reliance materials re: Dr. Ilgren. | .30 |
| 10/07/03 | Restivo | Correspondence and data to E. Westbrook re: ZAI historical sales. | 1.00 |

```
172573 W. R. Grace & Co.                          Invoice Number  1092903
60028  ZAI Science Trial                          Page    2
       November 25, 2003
```

| Date | Name | | Hours |
|------|------|------|-------|
| 10/09/03 | Flatley | With J. Restivo re: status of negotiations and possible follow up negotiation session. | .50 |
| 10/13/03 | Restivo | Correspondence with R. Turkewitz re: ZAI historical sales. | .40 |
| 10/14/03 | Flatley | Review of correspondence relating to ZAI issues. | .10 |
| 10/14/03 | Restivo | Review and circulation of new materials from R. Turkewitz and other new material from E. Westbrook. | 1.00 |
| 10/16/03 | Flatley | With J. Bentz re: status of Science Trial proceedings. | .20 |
| 10/20/03 | Flatley | Call with R. Senftleben re: Dr. Ilgren. | .10 |
| 10/30/03 | Flatley | Call with R. Finke re: medical article relating to Science Trial (.40); with M. Atkinson about locating medical information article (.10). | .50 |
| 10/30/03 | Restivo | Telephone call with R. Finke re: status of Science Trial items. | .40 |

```
                                                          ------
                                          TOTAL HOURS      9.60
```

| TIME SUMMARY | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| James J. Restivo Jr. | 4.30 | at $ | 475.00 | = | 2,042.50 |
| Lawrence E. Flatley | 2.00 | at $ | 440.00 | = | 880.00 |
| Douglas E. Cameron | 1.10 | at $ | 430.00 | = | 473.00 |
| James W Bentz | 0.60 | at $ | 335.00 | = | 201.00 |
| Maureen L. Atkinson | 1.60 | at $ | 125.00 | = | 200.00 |

```
                  CURRENT FEES                            3,796.50


                                                      ------------
                  TOTAL BALANCE DUE UPON RECEIPT          $3,796.50
                                                      ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                                 Invoice Number      1092904
5400 Broken Sound Blvd., N.W.               Invoice Date       11/25/03
Boca Raton, FL 33487                        Client Number       172573


================================================================================

Re: W. R. Grace & Co.


(60029)  Fee Applications-Applicant

    Fees                           2,891.50

                    TOTAL BALANCE DUE UPON RECEIPT        $2,891.50
                                                        =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA 15251-6074
Tax ID# 25-0749630

W. R. Grace                              Invoice Number      1092904
5400 Broken Sound Blvd., N.W.            Invoice Date        11/25/03
Boca Raton, FL 33487                     Client Number         172573
                                         Matter Number          60029

==================================================================

Re: (60029)  Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH OCTOBER 31, 2003

| Date | Name | | Hours |
| --- | --- | --- | --- |
| 10/01/03 | Lord | Correspondence to/from P. Lykens re: August monthly fee application. | .20 |
| 10/02/03 | Keuler | Revise 26th monthly fee application (0.6); discuss changes for e-filing with J. Lord (0.2). | .60 |
| 10/02/03 | Lord | Review and edit Reed Smith monthly fee application (.6); discuss same with R. Keuler (.1); e-file same (.4); perfect electronic and paper service for same (.5). | 1.60 |
| 10/02/03 | Muha | Final revisions to August 2003 fee application. | 1.40 |
| 10/09/03 | Muha | Make initial revisions to DBR for September 2003 fee application. | 2.40 |
| 10/10/03 | Lord | Research and download various monthly and quarterly CNOs (.4); e-mail to P. Lykens re: same (.1). | .50 |
| 10/15/03 | Muha | Revise fee/expense detail for September 2003 fee application. | 1.00 |
| 10/20/03 | Keuler | Message to D. Cameron re: fee auditor report. | .20 |
| 10/22/03 | Lord | Research docket and draft CNO/Service for August monthly fee application. | .70 |

172573 W. R. Grace & Co.
60029   Fee Applications-Applicant
        November 25, 2003

Invoice Number   1092904
Page     2

| Date | Name | | Hours |
|------|------|------|-------|
| 10/23/03 | Muha | Revisions to September 2003 fee/expense details. | 1.50 |
| 10/27/03 | Muha | Final revisions to September 2003 fee application (0.4);  begin revisions to 10th Quarterly Fee Application (1.1). | 1.50 |
| 10/28/03 | Lord | Review and prepare 27th monthly fee application for e-filing and service (1.0); review and revise 10th quarterly fee application (.6). | 1.60 |
| 10/28/03 | Muha | Review and revise 10th Quarterly Fee Application. | 1.10 |
| 10/29/03 | Keuler | Reviewed and finalized 27th monthly fee application. | .40 |
| 10/29/03 | Lankford | Scan and electronically file Reed Smith's 27th monthly Fee Application (.5); download and PDF to J. Lord (.2); perfect service of same (.2). | .90 |
| 10/29/03 | Lord | Discussions with R. Keuler and L. Lankford re: e-filing of 9/03 monthly fee application (.2); perfect electronic service of monthly fee application (.3). | .50 |

                                    ------
                    TOTAL HOURS     16.10

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|-----|------|-----|-------|
| Andrew J. Muha | 8.90 | at $ | 200.00 | = | 1,780.00 |
| Richard A. Jr. Keuler | 1.20 | at $ | 250.00 | = | 300.00 |
| John B. Lord | 5.10 | at $ | 145.00 | = | 739.50 |
| Lisa Lankford | 0.90 | at $ | 80.00 | = | 72.00 |

                    CURRENT FEES                    2,891.50

                                                  -------------
        TOTAL BALANCE DUE UPON RECEIPT             $2,891.50
                                                  =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.
One Town Center Road
Boca Raton, FL   33486

Invoice Number      1092907
Invoice Date      11/25/03
Client Number       172573

==============================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

Expenses                            3,001.04

TOTAL BALANCE DUE UPON RECEIPT          $3,001.04
                                        ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.
One Town Center Road
Boca Raton, FL    33486

| | |
|---|---|
| Invoice Number | 1092907 |
| Invoice Date | 11/25/03 |
| Client Number | 172573 |
| Matter Number | 60026 |

==========================================================================

Re: Litigation and Litigation Consulting

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---:|
| Documentation Charge | 36.54 |
| Duplicating/Printing | 203.55 |
| Postage Expense | 32.49 |
| Outside Duplicating | 65.55 |
| Westlaw | 2,662.91 |

| | |
|---|---:|
| CURRENT EXPENSES | 3,001.04 |
| | ------------- |
| TOTAL BALANCE DUE UPON RECEIPT | $3,001.04 |
| | ============= |

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.
One Town Center Road
Boca Raton, FL    33486

| | |
|---|---|
| Invoice Number | 1092907 |
| Invoice Date | 11/25/03 |
| Client Number | 172573 |
| Matter Number | 60026 |

===========================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | | |
|---|---|---|
| 09/23/03 | ATTY # 3608; 8 COPIES | 1.20 |
| 10/01/03 | ATTY # 0559; 67 COPIES | 10.05 |
| 10/01/03 | ATTY # 0559: 41 COPIES | 6.15 |
| 10/01/03 | ATTY # 0559: 26 COPIES | 3.90 |
| 10/01/03 | ATTY # 0559: 6 COPIES | .90 |
| 10/01/03 | ATTY # 0559: 6 COPIES | .90 |
| 10/01/03 | Postage Expense | 9.30 |
| 10/01/03 | Postage Expense | 9.90 |
| 10/02/03 | Postage Expense | 1.85 |
| 10/02/03 | ATTY # 0718; 308 COPIES | 46.20 |
| 10/02/03 | ATTY # 0559; 55 COPIES | 8.25 |
| 10/02/03 | 5 COPIES | .75 |
| 10/02/03 | 2 COPIES | .30 |
| 10/02/03 | 1 COPIES | .15 |
| 10/02/03 | ATTY # 0718: 6 COPIES | .90 |
| 10/02/03 | ATTY # 0718: 26 COPIES | 3.90 |
| 10/02/03 | ATTY # 0718: 41 COPIES | 6.15 |
| 10/02/03 | ATTY # 0559: 1 COPIES | .15 |

172573 W. R. Grace & Co.                          Invoice Number   1092907
60026  Litigation and Litigation Consulting        Page    2
       November 25, 2003

| | | |
|---|---|---:|
| 10/02/03 | ATTY # 0559: 1 COPIES | .15 |
| 10/02/03 | Westlaw-Research relating to work on appeal brief materials re: traditional property damage cases. | 206.52 |
| 10/03/03 | Outside Duplicating - - U.S. EPA copying of FOIA-requested documents. | 65.55 |
| 10/03/03 | Postage Expense | .49 |
| 10/03/03 | Westlaw-Research relating to work on appeal brief materials re: traditional property damage cases. | 212.14 |
| 10/06/03 | Postage Expense | .60 |
| 10/06/03 | ATTY # 0885: 1 COPIES | .15 |
| 10/07/03 | ATTY # 0349: 1 COPIES | .15 |
| 10/07/03 | ATTY # 0349: 1 COPIES | .15 |
| 10/07/03 | ATTY # 0710: 6 COPIES | .90 |
| 10/07/03 | Westlaw-Research relating to work on appeal brief materials re: traditional property damage cases. | 1075.98 |
| 10/08/03 | ATTY # 0710: 6 COPIES | .90 |
| 10/08/03 | ATTY # 0349; 1 COPIES | .15 |
| 10/08/03 | Westlaw-Research relating to work on appeal brief materials re: traditional property damage cases. | 780.19 |
| 10/09/03 | Westlaw-Research relating to work on appeal brief materials re: traditional property damage cases. | 128.29 |
| 10/10/03 | Westlaw-Research relating to work on appeal brief materials re: traditional property damage cases. | 43.28 |
| 10/14/03 | Documentation Charge-Electronic docket document retrieval service charge for August 2003. | 30.31 |
| 10/14/03 | Postage Expense | 1.85 |

172573 W. R. Grace & Co.
60026  Litigation and Litigation Consulting
       November 25, 2003

Invoice Number   1092907
Page   3

| Date | Description | Amount |
|---|---|---|
| 10/14/03 | Postage Expense | 7.90 |
| 10/14/03 | ATTY # 0349: 2 COPIES | .30 |
| 10/14/03 | ATTY # 0349: 2 COPIES | .30 |
| 10/14/03 | ATTY # 0349: 5 COPIES | .75 |
| 10/17/03 | ATTY # 0559; 16 COPIES | 2.40 |
| 10/20/03 | Postage Expense | .60 |
| 10/20/03 | ATTY # 0349: 1 COPIES | .15 |
| 10/21/03 | Westlaw-Research relating to work on appeal brief materials re: traditional property damage cases. | 135.23 |
| 10/22/03 | ATTY # 0856: 1 COPIES | .15 |
| 10/22/03 | ATTY # 0718: 3 COPIES | .45 |
| 10/22/03 | Westlaw-Research relating to work on appeal brief materials re: traditional property damage cases. | 76.38 |
| 10/24/03 | ATTY # 0718: 1 COPIES | .15 |
| 10/27/03 | ATTY # 0559; 223 COPIES | 33.45 |
| 10/27/03 | ATTY # 0559: 12 COPIES | 1.80 |
| 10/27/03 | ATTY # 0559: 5 COPIES | .75 |
| 10/27/03 | ATTY # 0559: 14 COPIES | 2.10 |
| 10/27/03 | ATTY # 0559: 14 COPIES | 2.10 |
| 10/27/03 | ATTY # 0559: 13 COPIES | 1.95 |
| 10/27/03 | ATTY # 0559: 13 COPIES | 1.95 |
| 10/27/03 | ATTY # 0559: 6 COPIES | .90 |
| 10/28/03 | ATTY # 0718: 6 COPIES | .90 |
| 10/28/03 | ATTY # 0718: 6 COPIES | .90 |
| 10/28/03 | ATTY # 0718: 14 COPIES | 2.10 |
| 10/28/03 | ATTY # 0718: 26 COPIES | 3.90 |

172573 W. R. Grace & Co.
60026  Litigation and Litigation Consulting
      November 25, 2003

Invoice Number   1092907
Page    4

| Date | Description | Amount |
|------|-------------|-------:|
| 10/28/03 | ATTY # 0559: 1 COPIES | .15 |
| 10/28/03 | ATTY # 0559: 1 COPIES | .15 |
| 10/28/03 | ATTY # 0559: 1 COPIES | .15 |
| 10/28/03 | ATTY # 0559: 1 COPIES | .15 |
| 10/29/03 | ATTY # 3984; 306 COPIES | 45.90 |
| 10/29/03 | ATTY # 0349: 37 COPIES | 5.55 |
| 10/30/03 | Westlaw-Research relating to work on appeal brief materials re: traditional property damage cases. | 4.90 |
| 10/30/03 | ATTY # 4445; 11 COPIES | 1.65 |
| 10/31/03 | Documentation charge--Electronic docket document retrieval service charge for September 2003. | 6.23 |

CURRENT EXPENSES      3,001.04

TOTAL BALANCE DUE UPON RECEIPT      $3,001.04

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                          Invoice Number      1092908
5400 Broken Sound Blvd., N.W.        Invoice Date        11/25/03
Boca Raton, FL 33487                 Client Number        172573



=======================================================================

Re: W. R. Grace & Co.


(60028)  ZAI Science Trial

Expenses                           551.96

                    TOTAL BALANCE DUE UPON RECEIPT        $551.96
                                                     ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

| | |
|---|---|
| Invoice Number | 1092908 |
| Invoice Date | 11/25/03 |
| Client Number | 172573 |
| Matter Number | 60028 |

===============================================================================

Re: ZAI Science Trial

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---:|
| Color Printing | 148.50 |
| Binding Charge | 3.00 |
| Telephone Expense | 4.36 |
| Duplicating/Printing | 352.05 |
| Postage Expense | 3.60 |
| Courier Service - Outside | 28.51 |
| Telephone - Outside | 11.94 |

CURRENT EXPENSES              551.96
                          -------------

TOTAL BALANCE DUE UPON RECEIPT      $551.96
                              =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

| | |
|---|---|
| Invoice Number | 1092908 |
| Invoice Date | 11/25/03 |
| Client Number | 172573 |
| Matter Number | 60028 |

=========================================================================

Re: (60028)  ZAI Science Trial

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | | |
|---|---|---|
| 08/27/03 | 302-652-4100/WILMINGTON, DE/1 | .11 |
| 08/28/03 | 302-778-6463/WILMINGTON, DE/8 | .46 |
| 09/02/03 | 302-652-4100/WILMINGTON, DE/1 | .11 |
| 09/02/03 | 302-652-4100/WILMINGTON, DE/1 | .11 |
| 09/04/03 | 302-652-4100/WILMINGTON, DE/1 | .11 |
| 09/17/03 | 302-778-7550/WILMINGTON, DE/5 | .29 |
| 09/17/03 | 561-362-1533/BOCA RATON, FL/17 | .97 |
| 09/17/03 | 561-362-1959/BOCA RATON, FL/1 | .11 |
| 09/17/03 | 302-778-7550/WILMINGTON, DE/1 | .11 |
| 09/18/03 | 561-362-1533/BOCA RATON, FL/23 | 1.31 |
| 09/30/03 | Binding Charge | 3.00 |
| 10/01/03 | ATTY # 0701; 1103 COPIES | 110.30 |
| 10/01/03 | ATTY # 0701; 178 COPIES | 26.70 |
| 10/01/03 | ATTY # 0701: 1 COPIES | .15 |
| 10/01/03 | ATTY # 0701: 1 COPIES | .15 |
| 10/01/03 | ATTY # 0701: 1 COPIES | .15 |
| 10/01/03 | ATTY # 0701: 1 COPIES | .15 |
| 10/01/03 | ATTY # 0701: 1 COPIES | .15 |

172573 W. R. Grace & Co.
60028  ZAI Science Trial
       November 25, 2003

Invoice Number  1092908
Page    2

| Date | Description | Amount |
|---|---|---|
| 10/02/03 | ATTY # 0559; 70 COPIES | 10.50 |
| 10/02/03 | ATTY # 0349; 1 COPIES | .15 |
| 10/02/03 | ATTY # 0559; 1 COPIES | .15 |
| 10/02/03 | ATTY # 0349; 20 COPIES | 3.00 |
| 10/02/03 | ATTY # 0559; 8 COPIES | 1.20 |
| 10/02/03 | ATTY # 0349; 573 COPIES | 57.30 |
| 10/02/03 | ATTY # 0559; 7 COPIES | 1.05 |
| 10/02/03 | ATTY # 0559; 10 COPIES | 1.50 |
| 10/02/03 | ATTY # 0559: 1 COPIES | .15 |
| 10/02/03 | ATTY # 0559: 1 COPIES | .15 |
| 10/02/03 | ATTY # 0559: 1 COPIES | .15 |
| 10/02/03 | ATTY # 0701: 1 COPIES | .15 |
| 10/02/03 | ATTY # 0559: 1 COPIES | .15 |
| 10/02/03 | ATTY # 0559: 1 COPIES | .15 |
| 10/02/03 | ATTY # 0349: 2 COPIES | .30 |
| 10/02/03 | ATTY # 0349: 4 COPIES | .60 |
| 10/02/03 | ATTY # 0559: 5 COPIES | .75 |
| 10/02/03 | ATTY # 0559: 1 COPIES | .15 |
| 10/02/03 | ATTY # 0559: 5 COPIES | .75 |
| 10/02/03 | ATTY # 0559: 5 COPIES | .75 |
| 10/02/03 | ATTY # 0559: 2 COPIES | .30 |
| 10/02/03 | Courier Service - 54583 UPS - Shipped from James Restivo Reed Smith LLP - Pittsburgh to Edward J. Westbrook (MOUNT PLEASANT SC 29464). | 20.92 |
| 10/03/03 | ATTY # 0396; 440 COPIES | 44.00 |
| 10/03/03 | ATTY # 0559; 2 COPIES | .30 |
| 10/03/03 | ATTY # 0545; 2 COPIES | .30 |

172573 W. R. Grace & Co.
60028  ZAI Science Trial
       November 25, 2003

Invoice Number  1092908
Page    3

| Date | Description | Amount |
|---|---|---|
| 10/03/03 | ATTY # 0701: 1 COPIES | .15 |
| 10/06/03 | 303-312-6853/DENVER, CO/2 | .11 |
| 10/06/03 | ATTY # 0396: 6 COPIES | .90 |
| 10/06/03 | ATTY # 0701: 1 COPIES | .15 |
| 10/06/03 | ATTY # 0701: 1 COPIES | .15 |
| 10/07/03 | Postage Expense | 3.00 |
| 10/07/03 | ATTY # 0349; 40 COPIES | 6.00 |
| 10/07/03 | 401-276-6516/PROVIDENCE, RI/3 | .17 |
| 10/07/03 | ATTY # 0559: 5 COPIES | .75 |
| 10/07/03 | ATTY # 0856: 3 COPIES | .45 |
| 10/07/03 | ATTY # 0349: 2 COPIES | .30 |
| 10/07/03 | ATTY # 0349: 2 COPIES | .30 |
| 10/07/03 | ATTY # 0349: 2 COPIES | .30 |
| 10/07/03 | ATTY # 0349: 1 COPIES | .15 |
| 10/07/03 | ATTY # 0349: 1 COPIES | .15 |
| 10/07/03 | ATTY # 0349: 4 COPIES | .60 |
| 10/07/03 | ATTY # 0885: 1 COPIES | .15 |
| 10/07/03 | Courier Service - 54583 UPS - Shipped from James Restivo Reed Smith LLP - Pittsburgh to Edward J. Westbrook (MOUNT PLEASANT SC 29464). | 7.59 |
| 10/07/03 | 561-362-1533/BOCA RATON, FL/2 | .11 |
| 10/08/03 | ATTY # 0559: 5 COPIES | .75 |
| 10/08/03 | ATTY # 0559; 39 COPIES | 5.85 |
| 10/08/03 | ATTY # 0559; 18 COPIES | 2.70 |
| 10/09/03 | ATTY # 0349: 1 COPIES | .15 |
| 10/09/03 | ATTY # 0856: 2 COPIES | .30 |
| 10/09/03 | 561-362-1533/BOCA RATON, FL/3 | .17 |

172573 W. R. Grace & Co.
60028   ZAI Science Trial
        November 25, 2003

Invoice Number   1092908
Page    4

| Date | Description | Amount |
|------|-------------|--------|
| 10/09/03 | 561-362-1533/BOCA RATON, FL/2 | .11 |
| 10/14/03 | ATTY # 0349; 8 COPIES | 1.20 |
| 10/14/03 | ATTY # 0349; 19 COPIES | 1.90 |
| 10/14/03 | ATTY # 0349; 7 COPIES | .70 |
| 10/14/03 | ATTY # 0349; 169 COPIES | 25.35 |
| 10/14/03 | ATTY # 0349: 1 COPIES | .15 |
| 10/14/03 | ATTY # 0349: 1 COPIES | .15 |
| 10/14/03 | Color Printing | 99.00 |
| 10/14/03 | Color Printing | 49.50 |
| 10/15/03 | ATTY # 0559; 6 COPIES | .90 |
| 10/20/03 | ATTY # 0559: 3 COPIES | .45 |
| 10/22/03 | Postage Expense | .60 |
| 10/22/03 | ATTY # 0559: 1 COPIES | .15 |
| 10/22/03 | ATTY # 0559: 1 COPIES | .15 |
| 10/24/03 | Telephone - Outside - - VENDOR:CHORUS CALL, INC. 09/08/03--Conference call with ZAI claimants' counsel re: ZAI Science Trial issues. | 11.94 |
| 10/27/03 | ATTY # 0559; 4 COPIES | .60 |
| 10/28/03 | ATTY # 0559; 203 COPIES | 30.45 |
| 10/30/03 | ATTY # 0559; 3 COPIES | .45 |
| 10/31/03 | ATTY # 0559; 10 COPIES | 1.50 |
| 10/31/03 | ATTY # 0559: 2 COPIES | .30 |
| 10/31/03 | ATTY # 0559: 1 COPIES | .15 |
| 10/31/03 | ATTY # 0559: 2 COPIES | .30 |
| 10/31/03 | ATTY # 0559: 5 COPIES | .75 |
| 10/31/03 | ATTY # 0559: 6 COPIES | .90 |
| 10/31/03 | ATTY # 0559: 24 COPIES | 3.60 |

172573  W. R. Grace & Co.
60028   ZAI Science Trial
        November 25, 2003

Invoice Number   1092908
Page    5

|  |  |
|---|---|
| CURRENT EXPENSES | 551.96 |
| | ------------ |
| TOTAL BALANCE DUE UPON RECEIPT | $551.96 |
| | ============= |