**Exhibit B**
November Fee Application

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |
| | ) | **Objection Deadline: January 22, 2004 at 4:00 p.m.** |
| | | **Hearing Date: TBD only if necessary** |

SUMMARY OF APPLICATION OF REED SMITH LLP
FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
EXPENSES AS SPECIAL ASBESTOS PRODUCT LIABILITY DEFENSE
COUNSEL TO DEBTORS FOR THE TWENTY-NINTH MONTHLY INTERIM
PERIOD FROM NOVEMBER 1, 2003 THROUGH NOVEMBER 30, 2003

Name of Applicant:        Reed Smith LLP

Authorized to Provide Professional Services to:    W. R. Grace & Co., et al., Debtors and Debtors-in-Possession

Date of Retention:        July 19, 2001, effective as of April 2, 2001

Period for Which Compensation and Reimbursement is Sought:      November 1, 2003 through November 30, 2003

Amount of Fees and Expenses Sought as Actual, Reasonable, and Necessary:      $16,995.23

This an: X monthly    __ interim    __ final application.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Docket No. 4887
Date Filed 12/30/03

Prior Monthy Applications filed:  Yes.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 8/28/01 | 4/2/01 through 7/31/01 | $40,583.00 | $356.92 | No objections served on counsel | No objections served on counsel |
| 9/27/01 | 8/1/01 through 8/31/01 | $90,113.00 | $4,048.11 | No objections served on counsel | No objections served on counsel |
| 10/26/01 | 9/1/01 through 9/30/01 | $155,804.00 | $6,971.66 | No objections served on counsel | No objections served on counsel |
| 11/27/01 | 10/1/01 through 10/31/01 | $229,036.50 | $10,314.97 | No objections served on counsel | No objections served on counsel |
| 12/26/01 | 11/1/01 through 11/30/01 | $216,703.50 | $22,667.19 | No objections served on counsel | No objections served on counsel |
| 1/30/02 | 12/1/01 through 12/31/01 | $152,288.00 | $43,025.11 | No objections served on counsel | No objections served on counsel |
| 3/1/02 | 1/1/02 through 1/31/02 | $152,389.50 | $45,525.87 | No objections served on counsel | No objections served on counsel |
| 3/28/02 | 2/1/02 through 2/28/02 | $115,694.50 | $39,388.59 | No objections served on counsel | No objections served on counsel |
| 5/2/02 | 3/1/02 through 3/31/02 | $95,617.50 | $49,224.63 | No objections served on counsel | No objections served on counsel |
| 5/28/02 | 4/1/02 through 4/30/02 | $125,169.50 | $44,498.12 | No objections served on counsel | No objections served on counsel |
| 6/28/02 | 5/1/02 through 5/31/02 | $186,811.50 | $88,641.73 | No objections served on counsel | No objections served on counsel |
| 8/5/02 | 6/1/02 through 6/30/02 | $167,414.75 | $26,462.86 | No objections served on counsel | No objections served on counsel |
| 9/9/02 | 7/1/02 through 7/31/02 | $121,203.75 | $7,897.17 | No objections served on counsel | No objections served on counsel |
| 9/30/02 | 8/1/02 through 8/31/02 | $183,876.75 | $18,631.51 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 10/31/02 | 9/1/02 through 9/30/02 | $205,975.00 | $12,810.65 | No objections served on counsel | No objections served on counsel |
| 11/27/02 | 10/1/02 through 10/31/02 | $172,838.75 | $34,384.69 | No objections served on counsel | No objections served on counsel |
| 12/30/02 | 11/1/02 through 11/30/02 | $115,576.00 | $12,630.85 | No objections served on counsel | No objections served on counsel |
| 1/30/03 | 12/1/02 through 12/31/02 | $36,744.50 | $16,310.05 | No objections served on counsel | No objections served on counsel |
| 3/6/03 | 1/1/03 through 1/31/03 | $123,884.00 | $3,760.28 | No objections served on counsel | No objections served on counsel |
| 4/2/03 | 2/1/03 through 2/28/03 | $233,867.50 | $21,251.46 | No objections served on counsel | No objections served on counsel |
| 5/7/03 | 3/1/03 through 3/31/03 | $124,350.00 | $30,380.42 | No objections served on counsel | No objections served on counsel |
| 6/4/03 | 4/1/03 through 4/30/03 | $223,770.50 | $19,411.28 | No objections served on counsel | No objections served on counsel |
| 7/1/03 | 5/1/03 through 5/31/03 | $190,838.00 | $22,397.08 | No objections served on counsel | No objections served on counsel |
| 7/31/03 | 6/1/03 through 6/30/03 | $165,837.25 | $18,778.12 | No objections served on counsel | No objections served on counsel |
| 8/29/03 | 7/1/03 through 7/31/03 | $202,033.50 | $13,132.57 | No objections served on counsel | No objections served on counsel |
| 10/2/03 | 8/1/03 through 8/31/03 | $155,275.50 | $5,526.19 | No objections served on counsel | No objections served on counsel |
| 10/28/03 | 9/1/03 through 9/30/03 | $32,877.00 | $5,836.88 | No objections served on counsel | No objections served on counsel |
| 11/28/03 | 10/1/03 through 10/31/03 | $20,656.50 | $3,553.00 | No objections served on counsel | No objections served on counsel |

As indicated above, this is the twenty-ninth application for monthly interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases.

The total time expended for the preparation of this application is approximately 15 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $4,500.00.

The Reed Smith attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| James J. Restivo, Jr. | Partner | 32 Years | Litigation | $475.00 | 12.30 | $5,842.50 |
| Lawrence E. Flatley | Partner | 27 Years | Litigation | $440.00 | 4.40 | $1,936.00 |
| James C. Martin | Partner | 25 Years | Litigation | $525.00 | 1.50 | $787.50 |
| Douglas E. Cameron | Partner | 18 Years | Litigation | $430.00 | 7.00 | $3,010.00 |
| James W. Bentz | Partner | 14 Years | Litigation | $335.00 | 2.30 | $770.50 |
| Richard A. Keuler | Associate | 3 Years | Litigation | $250.00 | 1.60 | $400.00 |
| Andrew J. Muha | Associate | 2 Years | Litigation | $200.00 | 8.30 | $1,660.00 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Maureen L. Atkinson | Paralegal | 26 Years | Litigation | $125.00 | 7.40 | $925.00 |
| Valerie A. Frew | Paralegal | 10 Years | Litigation | $150.00 | 2.90 | $435.00 |
| John B. Lord | Paralegal | 11 Years | Litigation | $145.00 | 5.80 | $841.00 |
| Daniel Cunningham | Specialist | 8 Years | Knowledge Management | $175.00 | .20 | $35.00 |

Total Fees:  $16,642.50

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Litigation and Litigation Counseling | 6.10 | $2,623.00 |
| ZAI Science Trial | 33.60 | $11,603.50 |
| Fee Applications | 14.00 | $2,416.00 |
| **Total:** | **53.70** | **$16,642.50** |

## EXPENSE SUMMARY

| Description | Litigation and Litigation Consulting | ZAI Science Trial |
|---|---|---|
| Telephone Expense | ---- | $11.55 |
| Duplicating/Printing | $84.30 | $92.05 |
| Outside Duplicating | $61.30 | ---- |
| Postage Expense | $3.18 | $1.52 |
| Courier Service – Outside | ---- | $12.83 |
| Transcript Expense | ---- | $86.00 |
| SUBTOTAL | $148.78 | $203.95 |
| TOTAL | | $352.73 |

Dated:  December 30, 2003                    REED SMITH LLP


                                    By:  */s/ Richard A. Keuler, Jr.*
                                         Richard A. Keuler, Jr. (No. 4108)
                                         1201 Market Street, Suite 1500
                                         Wilmington, DE  19801
                                         Telephone:  (302) 778-7500
                                         Facsimile:  (302) 778-7575
                                         E-mail: rkeuler@reedsmith.com

                                              and

                                         James J. Restivo, Jr.
                                         Lawrence E. Flatley
                                         Douglas E. Cameron
                                         435 Sixth Avenue
                                         Pittsburgh, PA  15219
                                         Telephone:  (412) 288-3131
                                         Facsimile:  (412) 288-3063

                                         Special Asbestos Products Liability Defense
                                         Counsel

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.
One Town Center Road
Boca Raton, FL    33486

| | |
|---|---|
| Invoice Number | 1101114 |
| Invoice Date | 12/22/03 |
| Client Number | 172573 |

=======================================================================

Re: W. R. Grace & Co.

(60026)  Litigation and Litigation Consulting

   Fees                              2,623.00

         TOTAL BALANCE DUE UPON RECEIPT        $2,623.00
                                               =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.
One Town Center Road
Boca Raton, FL   33486

| | |
|---|---|
| Invoice Number | 1101114 |
| Invoice Date | 12/22/03 |
| Client Number | 172573 |
| Matter Number | 60026 |

======================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH NOVEMBER 30, 2003

| Date | Name | | Hours |
|------|------|---|-------|
| 11/03/03 | Cunningham | Research to obtain an unpublished case for M. Perry. | .20 |
| 11/04/03 | Martin | Prepare revisions to memorandum on update to brief and letter to client re: same (0.8); review Germantown case re: revisions (0.4). | 1.20 |
| 11/05/03 | Atkinson | Prepare and transmit copy of Appeal Caption. | .30 |
| 11/05/03 | Cameron | Review draft materials regarding miscellaneous property damage claim appeal issues. | .90 |
| 11/05/03 | Martin | Prepare notes re: possible further briefing after stay, and confer with New York counsel re: same. | .30 |
| 11/14/03 | Cameron | Review appeal of traditional property damage case issues. | .40 |
| 11/18/03 | Cameron | Review materials per R. Finke request regarding property damage claims. | .90 |
| 11/21/03 | Cameron | Continue research for R. Finke re: property damage claims. | .60 |
| 11/26/03 | Cameron | Review traditional property damage case appeal issues (.9); review FOIA information (.4). | 1.30 |

172573 W. R. Grace & Co.
60026  Litigation and Litigation Consulting
        December 22, 2003

Invoice Number  1101114
Page    2

```
                                              ------
                            TOTAL HOURS        6.10
```

TIME SUMMARY              Hours        Rate          Value
------------------------  -----------------------   -------
Douglas E. Cameron        4.10  at  $   430.00  =   1,763.00
James C. Martin           1.50  at  $   525.00  =     787.50
Maureen L. Atkinson       0.30  at  $   125.00  =      37.50
Daniel Cunningham         0.20  at  $   175.00  =      35.00

                          CURRENT FEES                      2,623.00


                                                    ------------
                  TOTAL BALANCE DUE UPON RECEIPT      $2,623.00
                                                    ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

| | |
|---|---|
| Invoice Number | 1101115 |
| Invoice Date | 12/22/03 |
| Client Number | 172573 |

====================================================================

Re: W. R. Grace & Co.


(60028)  ZAI Science Trial

    Fees                                    11,603.50


              TOTAL BALANCE DUE UPON RECEIPT        $11,603.50
                                                  =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

| | |
|---|---|
| Invoice Number | 1101115 |
| Invoice Date | 12/22/03 |
| Client Number | 172573 |
| Matter Number | 60028 |

===========================================================================

Re: (60028)  ZAI Science Trial

FOR PROFESSIONAL SERVICES PROVIDED THROUGH NOVEMBER 30, 2003

| Date | Name | | Hours |
|------|------|---|-------|
| 11/03/03 | Atkinson | Reviewing Lexis Profiler articles re: ZAI claimants' expert witnesses. | .40 |
| 11/03/03 | Flatley | Call with W. Sparks re: ZAI Science Trial issues he raised. | .30 |
| 11/04/03 | Atkinson | Reviewing Library research results re: ZAI claimants' expert witnesses. | .30 |
| 11/04/03 | Bentz | Meeting with J. Restivo, L. Flatley and D. Cameron regarding argument and dispositive motions (1.0); review of correspondence regarding discovery issue (.6). | 1.60 |
| 11/04/03 | Cameron | Meet with J. Restivo regarding issues relating to potential removal costs. | .40 |
| 11/04/03 | Flatley | E-mails re: scheduling meeting (.20); call with B. Beber and follow up to arrange Washington meeting (.50); meeting with J. Restivo, D. Cameron and J. Bentz re: status of various matters, including argument preparation (.90). | 1.60 |
| 11/04/03 | Restivo | Preparation for and meeting re: ZAI argument. | 1.00 |



172573 W. R. Grace & Co.
60028  ZAI Science Trial
        December 22, 2003

Invoice Number  1101115
Page    2

| Date | Name | | Hours |
|------|------|---|-------|

| Date | Name | | Hours |
|------|------|---|-------|
| 11/05/03 | Atkinson | Electronic information searches re: claimants' expert witnesses' articles (0.5) and e-mail L. Flatley re: same (0.1). | .60 |
| 11/05/03 | Flatley | Call with W. Sparks (.40); review e-mails re: medical witness and related materials (.70); call with R. Finke re: various issues (.30). | 1.40 |
| 11/05/03 | Restivo | Telephone call with M. Sasson. | .30 |
| 11/06/03 | Restivo | Telephone calls with E. Westbrook (0.3), B. Beber (0.4) and set up court conference call (0.3). | 1.00 |
| 11/07/03 | Cameron | Meet with J. Restivo re: conference call with Judge Fitzgerald (.40); review summary judgment materials for call (.30). | .70 |
| 11/07/03 | Flatley | Review Mealey's notification and e-mail and calls re: same with B. Beber, R. Finke and J. Restivo. | .70 |
| 11/07/03 | Muha | Review recent filings to update ZAI Science Trial budget report. | 1.70 |
| 11/07/03 | Restivo | Preparation for telephonic conference with court, including calls with E. Westbrook, B. Beber, R. Finke and D. Cameron (1.5); telephone conference with court and e-mails re: same (0.5). | 2.00 |
| 11/10/03 | Muha | Contact local counsel re: order postponing Science Trial hearing. | .20 |
| 11/10/03 | Restivo | Review collected material regarding ZAI Science Trial. | .50 |
| 11/11/03 | Bentz | Review of agenda items for Omnibus hearing to determine if any ZAI-related issues were presented. | .40 |
| 11/11/03 | Restivo | Review history of ZAI information exchange (0.9) and memo and telephone calls to client re: same (0.6). | 1.50 |

172573 W. R. Grace & Co.
60028   ZAI Science Trial
       December 22, 2003

Invoice Number   1101115
Page    3

| Date | Name | | Hours |
|------|------|---|-------|
| 11/12/03 | Atkinson | Document various database search for file name for documents requested by Debtors' co-counsel, Casner & Edwards. | 2.70 |
| 11/12/03 | Bentz | Review of correspondence regarding ZAI document and information exchange. | .30 |
| 11/12/03 | Flatley | Call with R. Senftleben re: various issues relating to Science Trial. | .40 |
| 11/12/03 | Restivo | Review of collected e-mails, correspondence, and pleadings from ZAI Science Trial. | .50 |
| 11/13/03 | Atkinson | Reviewing Summation database for additional information on three documents selected by claimants' counsel (0.9); reviewing files re: electronic forms of Debtors' expert witness' testimony (0.4). | 1.30 |
| 11/13/03 | Cameron | Participate in conference call regarding documents for information exchange. | .90 |
| 11/13/03 | Restivo | Preparation for (0.6) and conference call with R. Finke and W. Sparks (0.9). | 1.50 |
| 11/14/03 | Atkinson | Reviewing various Grace files re: electronic form of testimony of Debtors' expert witness (0.8); e-mail to R. Finke (Grace) re: same (0.2). | 1.00 |
| 11/17/03 | Muha | E-mail revisions to Science Trial order to local counsel for filing (0.2); review docket entries for ZAI Science Trial budget update (0.4). | .60 |
| 11/18/03 | Muha | Review recently filed fee applications and draft updated ZAI Science Trial budget report for D. Cameron. | 2.10 |



172573 W. R. Grace & Co.
60028   ZAI Science Trial
        December 22, 2003

Invoice Number  1101115
Page    4

| Date | Name | | Hours |
| --- | --- | --- | --- |
| 11/19/03 | Restivo | Review status of additional informal ZAI discovery requests. | 1.00 |
| 11/21/03 | Restivo | Review outstanding informal discovery requests and responsive material (1.0); draft and circulate proposed response (1.0). | 2.00 |
| 11/25/03 | Atkinson | Telephone call with M. Murphy (Casner & Edwards) and document database searches re: boxes of responsive documents scanned by Lason and On-Site. | .80 |
| 11/25/03 | Restivo | Revision of letter to E. Westbrook. | 1.00 |
| 11/30/03 | Cameron | Review materials provided regarding Science Trial settlement negotiations. | .90 |

TOTAL HOURS    33.60

| TIME SUMMARY | Hours | | Rate | | Value |
| --- | --- | --- | --- | --- | --- |
| James J. Restivo Jr. | 12.30 | at $ | 475.00 | = | 5,842.50 |
| Lawrence E. Flatley | 4.40 | at $ | 440.00 | = | 1,936.00 |
| Douglas E. Cameron | 2.90 | at $ | 430.00 | = | 1,247.00 |
| James W Bentz | 2.30 | at $ | 335.00 | = | 770.50 |
| Andrew J. Muha | 4.60 | at $ | 200.00 | = | 920.00 |
| Maureen L. Atkinson | 7.10 | at $ | 125.00 | = | 887.50 |

CURRENT FEES                         11,603.50


TOTAL BALANCE DUE UPON RECEIPT        $11,603.50

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

| | |
|---|---|
| Invoice Number | 1101116 |
| Invoice Date | 12/22/03 |
| Client Number | 172573 |

===================================================================

Re: W. R. Grace & Co.


(60029)  Fee Applications-Applicant

    Fees                        2,416.00


          TOTAL BALANCE DUE UPON RECEIPT     $2,416.00
                                              =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                                Invoice Number      1101116
5400 Broken Sound Blvd., N.W.              Invoice Date     12/22/03
Boca Raton, FL 33487                       Client Number       172573
                                           Matter Number         60029


========================================================================

Re: (60029)  Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH NOVEMBER 30, 2003

       Date   Name                                              Hours
    --------  ----------                                        -----

11/03/03 Lord        Review and revise 10th Quarterly           2.20
                     Fee Application (1.5);  research
                     docket and e-mail to debtor's
                     local counsel re: hearing on
                     quarterly fee application (0.7).

11/07/03 Muha        Review and revise DBR for October          1.30
                     2003 fee application.

11/11/03 Keuler      Revise 10th interim fee                      .70
                     application for filing.

11/11/03 Lord        Discussion with R. Keuler re:                .20
                     quarterly fee application.

11/12/03 Frew        Edits to 10th Quarterly App.               2.90
                     (1.0); scan exhibits (0.8); create
                     pdf documents and e-file (0.9);
                     arrange for service (0.2).

11/12/03 Lord        Assist V. Frew with e-filing and            .20
                     service of RS Quarterly fee
                     application.

11/13/03 Lord        Research and e-mail to Court re:            .20
                     revisions to docket entry for
                     tenth quarterly fee application.

11/14/03 Muha        Revisions to fee and expense                .50
                     detail for October 2003 monthly
                     fee application.

172573 W. R. Grace & Co.
60029  Fee Applications-Applicant
       December 22, 2003

Invoice Number   1101116
Page    2

| Date | Name | | Hours |
|------|------|--|-------|
| 11/19/03 | Lord | Research docket and draft CNO for RS September monthly fee application. | .40 |
| 11/19/03 | Muha | Revise fee and expense detail for October 2003 fee application. | 1.00 |
| 11/20/03 | Keuler | Review documents prepared by J. Lord for filing. | .30 |
| 11/20/03 | Lord | Revise and e-file CNO for RS Sept. fee application (.3); perfect service for same (.2); prepare correspondence to R. Finke re: same (.1). | .60 |
| 11/25/03 | Lord | Review and revise RS October fee application (.7); discuss same with R. Keuler (.1). | .80 |
| 11/25/03 | Muha | Complete review and revision to final draft of October 2003 fee application. | .70 |
| 11/26/03 | Keuler | Revised and finalized application (0.4); met with J. Lord re: service (0.2). | .60 |
| 11/26/03 | Lord | Prepare electronic/hard service for October fee application (.3); discuss fee application with R. Keuler (.1). | .40 |
| 11/26/03 | Muha | Resolve final issues re: 9th quarterly fee application. | .20 |
| 11/29/03 | Lord | Revise and e-file RS October fee application (.4); perfect hard/electronic service for same (.4). | .80 |

TOTAL HOURS   14.00

172573 W. R. Grace & Co.
60029  Fee Applications-Applicant
       December 22, 2003

Invoice Number  1101116
Page    3

| TIME SUMMARY | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| ---------------------- | ---- | | --------------------- | | ------- |
| Andrew J. Muha | 3.70 | at $ | 200.00 | = | 740.00 |
| Richard A. Jr. Keuler | 1.60 | at $ | 250.00 | = | 400.00 |
| John B. Lord | 5.80 | at $ | 145.00 | = | 841.00 |
| Valerie A. Frew | 2.90 | at $ | 150.00 | = | 435.00 |

                        CURRENT FEES                    2,416.00


                                                   ------------
            TOTAL BALANCE DUE UPON RECEIPT           $2,416.00
                                                   ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.
One Town Center Road
Boca Raton, FL    33486

| | |
|---|---|
| Invoice Number | 1101118 |
| Invoice Date | 12/22/03 |
| Client Number | 172573 |

===============================================================================

Re: W. R. Grace & Co.

(60026)  Litigation and Litigation Consulting

Expenses                                    148.78

TOTAL BALANCE DUE UPON RECEIPT            $148.78
                                        =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.
One Town Center Road
Boca Raton, FL    33486

| | |
|---|---|
| Invoice Number | 1101118 |
| Invoice Date | 12/22/03 |
| Client Number | 172573 |
| Matter Number | 60026 |

===========================================================================

Re: Litigation and Litigation Consulting

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---|
| Duplicating/Printing | 84.30 |
| Postage Expense | 3.18 |
| Outside Duplicating | 61.30 |
| CURRENT EXPENSES | 148.78 |

-------------

TOTAL BALANCE DUE UPON RECEIPT        $148.78

=============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.
One Town Center Road
Boca Raton, FL   33486

| | |
|---|---|
| Invoice Number | 1101118 |
| Invoice Date | 12/22/03 |
| Client Number | 172573 |
| Matter Number | 60026 |

========================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | | |
|---|---|---:|
| 11/03/03 | ATTY # 0887: 18 COPIES | 2.70 |
| 11/03/03 | ATTY # 0887: 21 COPIES | 3.15 |
| 11/03/03 | ATTY # 0718: 4 COPIES | .60 |
| 11/03/03 | ATTY # 0718: 11 COPIES | 1.65 |
| 11/03/03 | ATTY # 0718: 7 COPIES | 1.05 |
| 11/03/03 | ATTY # 0718: 13 COPIES | 1.95 |
| 11/03/03 | ATTY # 0718: 12 COPIES | 1.80 |
| 11/04/03 | ATTY # 5445: 7 COPIES | 1.05 |
| 11/04/03 | ATTY # 5445: 12 COPIES | 1.80 |
| 11/04/03 | ATTY # 5445: 6 COPIES | .90 |
| 11/04/03 | ATTY # 5445: 6 COPIES | .90 |
| 11/04/03 | ATTY # 0349: 2 COPIES | .30 |
| 11/04/03 | ATTY # 0504: 13 COPIES | 1.95 |
| 11/05/03 | ATTY # 0349: 2 COPIES | .30 |
| 11/05/03 | ATTY # 0349: 1 COPIES | .15 |
| 11/06/03 | ATTY # 5445: 6 COPIES | .90 |
| 11/06/03 | ATTY # 0349: 2 COPIES | .30 |
| 11/06/03 | ATTY # 0701: 1 COPIES | .15 |

172573 W. R. Grace & Co.
60026  Litigation and Litigation Consulting
        December 22, 2003

Invoice Number  1101118
Page    2

| | | |
|---|---|---:|
| 11/06/03 | ATTY # 0701: 1 COPIES | .15 |
| 11/06/03 | ATTY # 0701: 1 COPIES | .15 |
| 11/06/03 | ATTY # 0701; 76 COPIES | 11.40 |
| 11/06/03 | ATTY # 0559; 62 COPIES | 9.30 |
| 11/06/03 | ATTY # 0559; 16 COPIES | 2.40 |
| 11/10/03 | Outside Duplicating - - IKON DOCUMENT SERVICES--copying charge service of materials related to fee application. | 61.30 |
| 11/12/03 | ATTY # 0349: 2 COPIES | .30 |
| 11/19/03 | ATTY # 0718: 3 COPIES | .45 |
| 11/20/03 | ATTY # 0718: 3 COPIES | .45 |
| 11/20/03 | ATTY # 0718; 10 COPIES | 1.50 |
| 11/24/03 | Postage Expense | 3.18 |
| 11/24/03 | ATTY # 0349: 3 COPIES | .45 |
| 11/25/03 | ATTY # 0559: 11 COPIES | 1.65 |
| 11/25/03 | ATTY # 0559: 11 COPIES | 1.65 |
| 11/25/03 | ATTY # 0559: 11 COPIES | 1.65 |
| 11/25/03 | ATTY # 0559: 14 COPIES | 2.10 |
| 11/25/03 | ATTY # 0559: 14 COPIES | 2.10 |
| 11/25/03 | ATTY # 0559: 13 COPIES | 1.95 |
| 11/25/03 | ATTY # 0559: 12 COPIES | 1.80 |
| 11/25/03 | ATTY # 0559: 6 COPIES | .90 |
| 11/25/03 | ATTY # 0718: 13 COPIES | 1.95 |
| 11/28/03 | ATTY # 0718; 136 COPIES | 20.40 |

CURRENT EXPENSES                148.78
                          ------------
TOTAL BALANCE DUE UPON RECEIPT    $148.78
                          ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace                          Invoice Number      1101119
5400 Broken Sound Blvd., N.W.        Invoice Date        12/22/03
Boca Raton, FL 33487                 Client Number        172573

==============================================================================

Re: W. R. Grace & Co.

(60028)  ZAI Science Trial

      Expenses                       203.95

                    TOTAL BALANCE DUE UPON RECEIPT        $203.95
                                                     =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

| | |
|---|---|
| Invoice Number | 1101119 |
| Invoice Date | 12/22/03 |
| Client Number | 172573 |
| Matter Number | 60028 |

==============================================================================

Re: ZAI Science Trial

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---|
| Telephone Expense | 11.55 |
| Duplicating/Printing | 92.05 |
| Postage Expense | 1.52 |
| Transcript Expense | 86.00 |
| Courier Service - Outside | 12.83 |

CURRENT EXPENSES                              203.95
                                          - - - - - - - - - - - - -

TOTAL BALANCE DUE UPON RECEIPT             $203.95
                                          =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

| | |
|---|---|
| Invoice Number | 1101119 |
| Invoice Date | 12/22/03 |
| Client Number | 172573 |
| Matter Number | 60028 |

==========================================================================

Re: (60028)  ZAI Science Trial


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---|
| 10/29/03 | 215-851-8250/PHILA, PA/3 | .23 |
| 10/29/03 | 561-362-1533/BOCA RATON, FL/6 | .34 |
| 10/30/03 | 561-362-1533/BOCA RATON, FL/7 | .40 |
| 11/03/03 | ATTY # 0559; 7 COPIES | 1.05 |
| 11/04/03 | ATTY # 0349; 63 COPIES | 9.45 |
| 11/04/03 | 843-727-6500/CHARLESTON, SC/1 | .11 |
| 11/04/03 | 202-457-5974/WASHINGTON, DC/1 | .11 |
| 11/04/03 | 561-362-1552/BOCA RATON, FL/2 | .11 |
| 11/04/03 | 409-883-7136/ORANGE, TX/1 | .11 |
| 11/04/03 | 202-414-9418/WASHINGTON, DC/2 | .11 |
| 11/05/03 | 843-727-6500/CHARLESTON, SC/1 | .11 |
| 11/05/03 | 561-362-1959/BOCA RATON, FL/13 | .74 |
| 11/05/03 | 843-727-6513/CHARLESTON, SC/1 | .11 |
| 11/05/03 | 323-468-6203/LOSANGELES, CA/53 | 3.08 |
| 11/05/03 | 302-652-5340/WILMINGTON, DE/18 | 1.03 |
| 11/05/03 | 561-362-1533/BOCA RATON, FL/19 | 1.14 |
| 11/06/03 | Postage Expense | 1.52 |
| 11/06/03 | 843-727-6513/CHARLESTON, SC/5 | .34 |

172573 W. R. Grace & Co.
60028  ZAI Science Trial
       December 22, 2003

Invoice Number  1101119
Page   2

| Date | Description | Amount |
|---|---|---|
| 11/06/03 | 561-362-1959/BOCA RATON, FL/5 | .29 |
| 11/07/03 | ATTY # 0559; 27 COPIES | 4.05 |
| 11/07/03 | ATTY # 0559; 21 COPIES | 3.15 |
| 11/07/03 | 561-362-1533/BOCA RATON, FL/17 | 1.03 |
| 11/07/03 | 561-362-1533/BOCA RATON, FL/9 | .51 |
| 11/07/03 | 843-727-6500/CHARLESTON, SC/3 | .17 |
| 11/07/03 | 561-362-1533/BOCA RATON, FL/1 | .11 |
| 11/07/03 | 561-362-1551/BOCA RATON, FL/3 | .17 |
| 11/10/03 | 305-961-9407/MIAMI, FL/4 | .29 |
| 11/11/03 | ATTY # 0349: 2 COPIES | .30 |
| 11/11/03 | ATTY # 0349: 2 COPIES | .30 |
| 11/12/03 | ATTY # 0856: 1 COPIES | .15 |
| 11/12/03 | ATTY # 0856: 1 COPIES | .15 |
| 11/12/03 | ATTY # 0856; 232 COPIES | 23.20 |
| 11/12/03 | ATTY # 0856; 3 COPIES | .45 |
| 11/12/03 | Courier Service - 54583 UPS - Shipped from Maureen Atkinson, Reed Smith LLP - Pittsburgh to Matthew T. Murphy, Casner & Edwards (BOSTON MA 02210). | 12.83 |
| 11/12/03 | 617-426-5900/BOSTON, MA/10 | .57 |
| 11/13/03 | 617-426-8810/BOSTON, MA/1 | .11 |
| 11/13/03 | ATTY # 0349: 3 COPIES | .45 |
| 11/13/03 | ATTY # 0559; 11 COPIES | 1.65 |
| 11/13/03 | ATTY # 0349: 3 COPIES | .45 |
| 11/13/03 | 617-426-8810/BOSTON, MA/4 | .23 |
| 11/14/03 | ATTY # 0559; 51 COPIES | 7.65 |
| 11/18/03 | ATTY # 0396: 1 COPIES | .15 |

172573 W. R. Grace & Co.
60028  ZAI Science Trial
       December 22, 2003

Invoice Number  1101119
Page   3

| Date | Description | Amount |
|---|---|---|
| 11/19/03 | Transcript Expense - - Expedited omnibus hearing transcript charge and shipping fee. | 86.00 |
| 11/19/03 | ATTY # 0559; 27 COPIES | 4.05 |
| 11/20/03 | ATTY # 1911: 10 COPIES | 1.50 |
| 11/24/03 | ATTY # 0349; 80 COPIES | 12.00 |
| 11/24/03 | ATTY # 0559; 72 COPIES | 10.80 |
| 11/24/03 | ATTY # 0349: 1 COPIES | .15 |
| 11/25/03 | ATTY # 0349: 2 COPIES | .30 |
| 11/25/03 | ATTY # 0349: 2 COPIES | .30 |
| 11/26/03 | ATTY # 0349: 2 COPIES | .30 |
| 11/26/03 | ATTY # 0349: 2 COPIES | .30 |
| 11/26/03 | ATTY # 0349: 1 COPIES | .15 |
| 11/26/03 | ATTY # 0349; 59 COPIES | 8.85 |
| 11/26/03 | ATTY # 0559; 5 COPIES | .75 |

CURRENT EXPENSES                          203.95
                                    ------------
TOTAL BALANCE DUE UPON RECEIPT          $203.95
                                    ============