**<u>Exhibit C</u>**
December Fee Application

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

**Objection Deadline: February 27, 2004 at 4:00 p.m.**
**Hearing Date: TBD only if necessary**

### SUMMARY OF APPLICATION OF REED SMITH LLP
### FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
### EXPENSES AS SPECIAL ASBESTOS PRODUCT LIABILITY DEFENSE
### COUNSEL TO DEBTORS FOR THE THIRTIETH MONTHLY INTERIM PERIOD
### FROM DECEMBER 1, 2003 THROUGH DECEMBER 31, 2003

Name of Applicant:                                    Reed Smith LLP

Authorized to Provide Professional Services to:    W. R. Grace & Co., et al., Debtors and
                                                      Debtors-in-Possession

Date of Retention:                                    July 19, 2001,
                                                      effective as of April 2, 2001

Period for which compensation and
reimbursement is sought:                              December 1, 2003 through December 31, 2003

Amount of fees and expenses sought as
actual, reasonable, and necessary:                    $11,127.05

This an: X monthly    _ interim    _ final application.

Prior Applications filed: Yes.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.



Docket No. 5060
Date Filed 2/4/04

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 8/28/01 | 4/2/01 through 7/31/01 | $40,583.00 | $356.92 | No objections served on counsel | No objections served on counsel |
| 9/27/01 | 8/1/01 through 8/31/01 | $90,113.00 | $4,048.11 | No objections served on counsel | No objections served on counsel |
| 10/26/01 | 9/1/01 through 9/30/01 | $155,804.00 | $6,971.66 | No objections served on counsel | No objections served on counsel |
| 11/27/01 | 10/1/01 through 10/31/01 | $229,036.50 | $10,314.97 | No objections served on counsel | No objections served on counsel |
| 12/26/01 | 11/1/01 through 11/30/01 | $216,703.50 | $22,667.19 | No objections served on counsel | No objections served on counsel |
| 1/30/02 | 12/1/01 through 12/31/01 | $152,288.00 | $43,025.11 | No objections served on counsel | No objections served on counsel |
| 3/1/02 | 1/1/02 through 1/31/02 | $152,389.50 | $45,525.87 | No objections served on counsel | No objections served on counsel |
| 3/28/02 | 2/1/02 through 2/28/02 | $115,694.50 | $39,388.59 | No objections served on counsel | No objections served on counsel |
| 5/2/02 | 3/1/02 through 3/31/02 | $95,617.50 | $49,224.63 | No objections served on counsel | No objections served on counsel |
| 5/28/02 | 4/1/02 through 4/30/02 | $125,169.50 | $44,498.12 | No objections served on counsel | No objections served on counsel |
| 6/28/02 | 5/1/02 through 5/31/02 | $186,811.50 | $88,641.73 | No objections served on counsel | No objections served on counsel |
| 8/5/02 | 6/1/02 through 6/30/02 | $167,414.75 | $26,462.86 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 9/9/02 | 7/1/02 through 7/31/02 | $121,203.75 | $7,897.17 | No objections served on counsel | No objections served on counsel |
| 9/30/02 | 8/1/02 through 8/31/02 | $183,876.75 | $18,631.51 | No objections served on counsel | No objections served on counsel |
| 10/31/02 | 9/1/02 through 9/30/02 | $205,975.00 | $12,810.65 | No objections served on counsel | No objections served on counsel |
| 11/27/02 | 10/1/02 through 10/31/02 | $172,838.75 | $34,384.69 | No objections served on counsel | No objections served on counsel |
| 12/30/02 | 11/1/02 through 11/30/02 | $115,576.00 | $12,630.85 | No objections served on counsel | No objections served on counsel |
| 1/30/03 | 12/1/02 through 12/31/02 | $36,744.50 | $16,310.05 | No objections served on counsel | No objections served on counsel |
| 3/6/03 | 1/1/03 through 1/31/03 | $123,884.00 | $3,760.28 | No objections served on counsel | No objections served on counsel |
| 4/2/03 | 2/1/03 through 2/28/03 | $233,867.50 | $21,251.46 | No objections served on counsel | No objections served on counsel |
| 5/7/03 | 3/1/03 through 3/31/03 | $124,350.00 | $30,380.42 | No objections served on counsel | No objections served on counsel |
| 6/4/03 | 4/1/03 through 4/30/03 | $223,770.50 | $19,411.28 | No objections served on counsel | No objections served on counsel |
| 7/1/03 | 5/1/03 through 5/31/03 | $190,838.00 | $22,397.08 | No objections served on counsel | No objections served on counsel |
| 7/31/03 | 6/1/03 through 6/30/03 | $165,837.25 | $18,778.12 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 8/29/03 | 7/1/03 through 7/31/03 | $202,033.50 | $13,132.57 | No objections served on counsel | No objections served on counsel |
| 10/2/03 | 8/1/03 through 8/31/03 | $155,275.50 | $5,526.19 | No objections served on counsel | No objections served on counsel |
| 10/28/03 | 9/1/03 through 9/30/03 | $32,877.00 | $5,836.88 | No objections served on counsel | No objections served on counsel |
| 11/28/03 | 10/1/03 through 10/31/03 | $20,656.50 | $3,553.00 | No objections served on counsel | No objections served on counsel |
| 12/29/03 | 11/1/03 through 11/30/03 | $16,642.50 | $352.73 | No objections served on counsel | No objections served on counsel |

As indicated above, this is the thirtieth application for monthly interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases.

The total time expended for the preparation of this application is approximately 7 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $4,500.00.

The Reed Smith attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| James J. Restivo, Jr. | Partner | 33 Years | Litigation | $475.00 | 3.30 | $1,567.50 |
| Lawrence E. Flatley | Partner | 28 Years | Litigation | $440.00 | .70 | $308.00 |
| Douglas E. Cameron | Partner | 19 Years | Litigation | $430.00 | 3.70 | $1,591.00 |
| James W. Bentz | Partner | 15 Years | Litigation | $335.00 | 9.50 | $3,182.50 |
| Richard A. Keuler | Associate | 4 Years | Litigation | $250.00 | 1.80 | $450.00 |
| Andrew J. Muha | Associate | 3 Years | Litigation | $200.00 | 6.80 | $1,360.00 |
| Jayme L. Butcher | Associate | 3 Years | Litigation | $200.00 | .30 | $60.00 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Valerie A. Frew | Paralegal | 11 Years | Litigation | $150.00 | 2.90 | $435.00 |
| John B. Lord | Paralegal | 11 Years | Litigation | $145.00 | 5.80 | $841.00 |

Total Fees: $9,795.00

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Litigation and Litigation Counseling | 12.80 | $3,945.50 |
| ZAI Science Trial | 5.70 | $2,470.00 |
| Fee Applications | 14.00 | $2,416.00 |
| Hearings | 2.30 | $963.50 |
| Total: | 34.80 | $9,795.00 |

**EXPENSE SUMMARY**

| Description | Litigation and Litigation Consulting | ZAI Science Trial |
|---|---:|---:|
| Telephone Expense | $1.76 | $3.30 |
| Duplicating/Printing | $171.90 | ---- |
| Outside Duplicating | $991.30 | ---- |
| Postage Expense | ---- | $0.86 |
| Courier Service | $5.00 | ---- |
| Courier Service – Outside | ---- | $21.43 |
| Databases | $88.69 | ---- |
| Documentation Charge | $47.81 | ---- |
| SUBTOTAL | $1,306.46 | $25.59 |
| TOTAL | | $1,332.05 |

Dated: February 4, 2004
Wilmington, Delaware

REED SMITH LLP

By: /s/ Richard A. Keuler, Jr.
    Richard A. Keuler, Jr. (No. 4108)
    1201 Market Street, Suite 1500
    Wilmington, DE 19801
    Telephone: (302) 778-7500
    Facsimile: (302) 778-7575
    E-mail: rkeuler@reedsmith.com

    and

    James J. Restivo, Jr.
    Lawrence E. Flatley
    Douglas E. Cameron
    435 Sixth Avenue
    Pittsburgh, PA 15219
    Telephone: 412.288.3131
    Facsimile: 412.288.3063

    Special Asbestos Products Liability Defense
    Counsel

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                           Invoice Number        1110948
One Town Center Road                      Invoice Date        02/04/04
Boca Raton, FL    33486                    Client Number         172573

===========================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

        Fees                          3,945.50

                        TOTAL BALANCE DUE UPON RECEIPT        $3,945.50
                                                            =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                          Invoice Number     1110948
One Town Center Road                     Invoice Date     02/04/04
Boca Raton, FL    33486                  Client Number      172573
                                         Matter Number       60026

=============================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH DECEMBER 31, 2003

| Date | Name | | Hours |
|------|------|--|-------|
| 12/01/03 | Muha | Prepare chart re: job tasks for asbestos matters in bankruptcy. | 1.20 |
| 12/03/03 | Bentz | Conference with L. Flatley regarding potential discovery issue. | .30 |
| 12/04/03 | Muha | Continue work on chart re: work on asbestos matters in W.R. Grace bankruptcy. | 1.10 |
| 12/08/03 | Bentz | Conference with W. Sparks regarding various procedural issues. | .40 |
| 12/10/03 | Muha | Complete chart re: responsibilities in asbestos matters in W.R. Grace bankruptcy. | .80 |
| 12/11/03 | Bentz | Review of discovery requests and responses regarding potential issue with third-party asbestos defendant. | 2.70 |
| 12/12/03 | Bentz | Review of discovery requests and responses from third-party asbestos defendant. | .40 |
| 12/15/03 | Bentz | Conference with W. Sparks regarding various issues (.5); review material regarding potential discovery matter (.7). | 1.20 |

172573  W. R. Grace & Co.                      Invoice Number   1110948
60026   Litigation and Litigation Consulting   Page    2
        February 4, 2004

| Date | Name | | Hours |
|------|------|---|-------|

| 12/16/03 | Bentz | Conferences with counsel for asbestos defendant and R. Finke. | .70 |
| 12/17/03 | Bentz | Conferences with R. Finke and counsel for asbestos defendant regarding Grace documents. | 1.20 |
| 12/18/03 | Bentz | Review of issue regarding third party requests for documents. | .80 |
| 12/19/03 | Bentz | Review of correspondence regarding prior discovery requests. | .80 |
| 12/22/03 | Cameron | Review of property damage materials. | .80 |
| 12/30/03 | Bentz | Call from counsel for asbestos defendant and review of request. | .40 |

                                                          ------
                                       TOTAL HOURS   12.80


| TIME SUMMARY | Hours | Rate | Value |
|--------------|-------|------|-------|
| Douglas E. Cameron | 0.80 at $ 430.00 = | | 344.00 |
| James W Bentz | 8.90 at $ 335.00 = | | 2,981.50 |
| Andrew J. Muha | 3.10 at $ 200.00 = | | 620.00 |

                         CURRENT FEES                    3,945.50


                                                      ------------
                 TOTAL BALANCE DUE UPON RECEIPT         $3,945.50
                                                      ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace                          Invoice Number      1110949
5400 Broken Sound Blvd., N.W.        Invoice Date      02/04/04
Boca Raton, FL 33487                 Client Number       172573

================================================================

Re: W. R. Grace & Co.


(60028)  ZAI Science Trial

      Fees                          2,470.00

                  TOTAL BALANCE DUE UPON RECEIPT      $2,470.00
                                                 =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace                          Invoice Number      1110949
5400 Broken Sound Blvd., N.W.        Invoice Date       02/04/04
Boca Raton, FL 33487                 Client Number        172573
                                     Matter Number         60028

==========================================================================

Re: (60028)  ZAI Science Trial

FOR PROFESSIONAL SERVICES PROVIDED THROUGH DECEMBER 31, 2003

| Date | Name | | Hours |
|------|------|---|-------|
| 12/02/03 | Flatley | Call with W. Sparks and follow up. | .30 |
| 12/03/03 | Flatley | Call with W. Sparks and follow up (.30); call with J. Bentz re: ZAI Claimants' documents request (.10). | .40 |
| 12/06/03 | Cameron | Review summaries of litigation and work papers for argument and evidence with respect to Science Trial. | .90 |
| 12/08/03 | Cameron | Telephone call with J. Restivo and Grace regarding issues relating to settlement discussions (.5); follow-up document review (.4). | .90 |
| 12/08/03 | Restivo | Conference call with W. Sparks, R. Finke and D. Cameron re: Science Trial negotiations. | .60 |
| 12/19/03 | Cameron | Review materials relating to Science Trial motions and claimants' personal experience. | 1.10 |
| 12/22/03 | Restivo | Telephone call with B. Beber re: Science Trial negotiations. | .40 |
| 12/23/03 | Butcher | Review files for indirect asbestos exposure test preparation case | .30 |
| 12/23/03 | Restivo | Telephone calls with Beber, Finke, Siegel re: Science Trial negotiations. | .80 |

```
172573 W. R. Grace & Co.                    Invoice Number  1110949
60028  ZAI Science Trial                    Page    2
       February 4, 2004
```

```
                                                    ------
                                    TOTAL HOURS       5.70
```

| TIME SUMMARY | Hours | Rate | Value |
|---|---|---|---|
| James J. Restivo Jr. | 1.80 | at $ 475.00 = | 855.00 |
| Lawrence E. Flatley | 0.70 | at $ 440.00 = | 308.00 |
| Douglas E. Cameron | 2.90 | at $ 430.00 = | 1,247.00 |
| Jayme L. Butcher | 0.30 | at $ 200.00 = | 60.00 |

```
                        CURRENT FEES                        2,470.00


                                                        ------------
                   TOTAL BALANCE DUE UPON RECEIPT          $2,470.00
                                                        ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

| | | |
|---|---|---|
| W. R. Grace | Invoice Number | 1101116 |
| 5400 Broken Sound Blvd., N.W. | Invoice Date | 12/22/03 |
| Boca Raton, FL 33487 | Client Number | 172573 |

================================================================

Re: W. R. Grace & Co.


(60029)  Fee Applications-Applicant

        Fees                          2,416.00

                    TOTAL BALANCE DUE UPON RECEIPT      $2,416.00
                                                      =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

| | |
|---|---|
| Invoice Number | 1101116 |
| Invoice Date | 12/22/03 |
| Client Number | 172573 |
| Matter Number | 60029 |

=============================================================================

Re: (60029)  Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH NOVEMBER 30, 2003

| Date | Name | | Hours |
|------|------|---|-------|
| 11/03/03 | Lord | Review and revise 10th Quarterly Fee Application (1.5);  research docket and e-mail to debtor's local counsel re: hearing on quarterly fee application (0.7). | 2.20 |
| 11/07/03 | Muha | Review and revise DBR for October 2003 fee application. | 1.30 |
| 11/11/03 | Keuler | Revise 10th interim fee application for filing. | .70 |
| 11/11/03 | Lord | Discussion with R. Keuler re: quarterly fee application. | .20 |
| 11/12/03 | Frew | Edits to 10th Quarterly App. (1.0); scan exhibits (0.8); create pdf documents and e-file (0.9); arrange for service (0.2). | 2.90 |
| 11/12/03 | Lord | Assist V. Frew with e-filing and service of RS Quarterly fee application. | .20 |
| 11/13/03 | Lord | Research and e-mail to Court re: revisions to docket entry for tenth quarterly fee application. | .20 |
| 11/14/03 | Muha | Revisions to fee and expense detail for October 2003 monthly fee application. | .50 |

172573  W. R. Grace & Co.                          Invoice Number  1101116
60029   Fee Applications-Applicant                 Page    2
        December 22, 2003


| Date | Name | | Hours |
|------|------|------|-------|
| 11/19/03 | Lord | Research docket and draft CNO for RS September monthly fee application. | .40 |
| 11/19/03 | Muha | Revise fee and expense detail for October 2003 fee application. | 1.00 |
| 11/20/03 | Keuler | Review documents prepared by J. Lord for filing. | .30 |
| 11/20/03 | Lord | Revise and e-file CNO for RS Sept. fee application (.3); perfect service for same (.2); prepare correspondence to R. Finke re: same (.1). | .60 |
| 11/25/03 | Lord | Review and revise RS October fee application (.7); discuss same with R. Keuler (.1). | .80 |
| 11/25/03 | Muha | Complete review and revision to final draft of October 2003 fee application. | .70 |
| 11/26/03 | Keuler | Revised and finalized application (0.4); met with J. Lord re: service (0.2). | .60 |
| 11/26/03 | Lord | Prepare electronic/hard service for October fee application (.3); discuss fee application with R. Keuler (.1). | .40 |
| 11/26/03 | Muha | Resolve final issues re: 9th quarterly fee application. | .20 |
| 11/29/03 | Lord | Revise and e-file RS October fee application (.4); perfect hard/electronic service for same (.4). | .80 |

                                          ------
                             TOTAL HOURS    14.00


| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|------|------|------|-------|
| Andrew J. Muha | 3.70 | at $ | 200.00 | = | 740.00 |
| Richard A. Jr. Keuler | 1.60 | at $ | 250.00 | = | 400.00 |
| John B. Lord | 5.80 | at $ | 145.00 | = | 841.00 |
| Valerie A. Frew | 2.90 | at $ | 150.00 | = | 435.00 |

172573  W. R. Grace & Co.
60029   Fee Applications-Applicant
        December 22, 2003

Invoice Number   1101116
Page   3


                    CURRENT FEES                        2,416.00


                                                    ------------
                    TOTAL BALANCE DUE UPON RECEIPT      $2,416.00
                                                    =============

```
                         REED SMITH LLP
                         PO Box 360074M
                   Pittsburgh, PA  15251-6074
                      Tax ID# 25-0749630
```

```
W.R Grace & Co.                      Invoice Number      1110951
One Town Center Road                 Invoice Date       02/04/04
Boca Raton, FL   33486               Client Number        172573
                                     Matter Number         60030
```

==============================================================================

Re: (60030)  Hearings

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JANUARY 31, 2004

| Date | Name | | Hours |
|------|------|---|-------|
| 12/09/03 | Bentz | Conference with W. Sparks regarding Omnibus hearing in Pittsburgh. | .30 |
| 12/09/03 | Keuler | E-message with PGH re: upcoming hearings and coverage of same. | .20 |
| 12/15/03 | Bentz | Correspondence from W. Sparks regarding Omnibus hearing (.3). | .30 |
| 12/15/03 | Restivo | Omnibus hearing. | 1.50 |

```
                                                      ------
                                      TOTAL HOURS      2.30
```

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|---|------|---|-------|
| James J. Restivo Jr. | 1.50 | at $ | 475.00 | = | 712.50 |
| James W Bentz | 0.60 | at $ | 335.00 | = | 201.00 |
| Richard A. Jr. Keuler | 0.20 | at $ | 250.00 | = | 50.00 |

```
                         CURRENT FEES                         963.50


                                                       ------------
                   TOTAL BALANCE DUE UPON RECEIPT          $963.50
                                                       =============
```

```
                        REED SMITH LLP
                        PO Box 360074M
                   Pittsburgh, PA  15251-6074
                      Tax ID# 25-0749630
```

```
W.R Grace & Co.                    Invoice Number      1110952
One Town Center Road               Invoice Date      02/04/04
Boca Raton, FL   33486             Client Number       172573
```

===========================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting


    Expenses                        1,306.46

                           TOTAL BALANCE DUE UPON RECEIPT     $1,306.46
                                                         =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R Grace & Co.                          Invoice Number      1110952
One Town Center Road                     Invoice Date       02/04/04
Boca Raton, FL    33486                  Client Number       172573
                                         Matter Number        60026


===============================================================================

Re: Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

        Telephone Expense                         1.76
        Documentation Charge                     47.81
        Duplicating/Printing                    171.90
        Other Databases                          88.69
        Courier Service                           5.00
        Outside Duplicating                     991.30

                    CURRENT EXPENSES                         1,306.46
                                                          -------------

                    TOTAL BALANCE DUE UPON RECEIPT          $1,306.46
                                                          =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R Grace & Co.                          Invoice Number      1110952
One Town Center Road                     Invoice Date      02/04/04
Boca Raton, FL    33486                  Client Number       172573
                                         Matter Number        60026


===============================================================================

Re: (60026)  Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---|
| 09/30/03 | Other Databases | 49.42 |
| 09/30/03 | Other Databases | 39.27 |
| 10/31/03 | Courier Service-PARCELS ON 6/6/03 | 5.00 |
| 11/12/03 | ATTY # 3610; 679 COPIES | 101.85 |
| 12/02/03 | ATTY # 0559; 10 COPIES | 1.50 |
| 12/03/03 | ATTY # 0349: 1 COPIES | .15 |
| 12/03/03 | ATTY # 0856: 1 COPIES | .15 |
| 12/04/03 | 561-362-1552/BOCA RATON, FL/2 | .11 |
| 12/05/03 | COPYING - Outside Duplicating - - VENDOR:IKON DOCUMENT SERVICES | 356.50 |
| 12/05/03 | COPYING - Outside Duplicating - - VENDOR:IKON DOCUMENT SERVICES | 507.70 |
| 12/08/03 | Documentation Charge -PACER CHARGES FOR OCTOBER, 2003 | 37.38 |
| 12/08/03 | ATTY # 0710; 30 COPIES | 4.50 |
| 12/08/03 | ATTY # 0856: 4 COPIES | .60 |
| 12/09/03 | ATTY # 0349; 3 COPIES | .45 |
| 12/09/03 | ATTY # 0559; 10 COPIES | 1.50 |
| 12/09/03 | ATTY # 0349: 1 COPIES | .15 |

172573 W. R. Grace & Co.                          Invoice Number  1110952
60026  Litigation and Litigation Consulting        Page   2
        February 4, 2004

| | | |
|---|---|---|
| 12/10/03 | ATTY # 0710: 6 COPIES | .90 |
| 12/10/03 | ATTY # 0559: 6 COPIES | .90 |
| 12/10/03 | ATTY # 0559: 6 COPIES | .90 |
| 12/10/03 | ATTY # 0559: 1 COPIES | .15 |
| 12/10/03 | ATTY # 0559: 1 COPIES | .15 |
| 12/10/03 | ATTY # 0559: 18 COPIES | 2.70 |
| 12/11/03 | ATTY # 0885; 6 COPIES | .90 |
| 12/12/03 | ATTY # 0856: 1 COPIES | .15 |
| 12/15/03 | COPYING -IKON DOCUMENT SERVICES Outside Duplicating Charges | 65.80 |
| 12/15/03 | ATTY # 0349; 50 COPIES | 7.50 |
| 12/15/03 | ATTY # 0856: 5 COPIES | .75 |
| 12/15/03 | 516-378-7750/FREEPORT, NY/22 | 1.25 |
| 12/15/03 | 310-866-8242/SAN MONICA, CA/4 | .29 |
| 12/16/03 | ATTY # 0856: 1 COPIES | .15 |
| 12/16/03 | 302-652-4100/WILMINGTON, DE/1 | .11 |
| 12/17/03 | Documentation Charge - -PACER ELECTRONIC DOCKET RETREVAL CHARGES FOR NOVEMBER 2003- VENDOR:PACER SERVICE CENTER | 10.43 |
| 12/18/03 | ATTY # 0856: 1 COPIES | .15 |
| 12/19/03 | ATTY # 0718: 3 COPIES | .45 |
| 12/22/03 | ATTY # 0559: 18 COPIES | 2.70 |
| 12/22/03 | ATTY # 0559: 9 COPIES | 1.35 |
| 12/22/03 | ATTY # 0559: 9 COPIES | 1.35 |
| 12/22/03 | ATTY # 0559: 12 COPIES | 1.80 |
| 12/22/03 | ATTY # 0559: 12 COPIES | 1.80 |
| 12/22/03 | ATTY # 0559: 6 COPIES | .90 |
| 12/22/03 | ATTY # 0559: 6 COPIES | .90 |

172573 W. R. Grace & Co.                          Invoice Number  1110952
60026  Litigation and Litigation Consulting        Page   3
        February 4, 2004

| | | |
|---|---|---:|
| 12/22/03 | ATTY # 0718: 3 COPIES | .45 |
| 12/22/03 | ATTY # 0718; 36 COPIES | 5.40 |
| 12/23/03 | ATTY # 0559: 1 COPIES | .15 |
| 12/24/03 | ATTY # 0559: 6 COPIES | .90 |
| 12/24/03 | ATTY # 0559: 1 COPIES | .15 |
| 12/24/03 | ATTY # 0559: 1 COPIES | .15 |
| 12/24/03 | ATTY # 0559; 12 COPIES | 1.80 |
| 12/29/03 | ATTY # 0718: 6 COPIES | .90 |
| 12/29/03 | ATTY # 0718: 6 COPIES | .90 |
| 12/29/03 | ATTY # 0718: 24 COPIES | 3.60 |
| 12/29/03 | ATTY # 0718: 9 COPIES | 1.35 |
| 12/30/03 | ATTY # 0718; 124 COPIES | 18.60 |
| 12/31/03 | COPYING - Outside Duplicating - - VENDOR:IKON DOCUMENT SERVICES | 61.30 |
| 12/31/03 | ATTY # 0559: 1 COPIES | .15 |

                              CURRENT EXPENSES              1,306.46
                                                          ------------
                      TOTAL BALANCE DUE UPON RECEIPT       $1,306.46
                                                          =============

```
                         REED SMITH LLP
                         PO Box 360074M
                    Pittsburgh, PA  15251-6074
                      Tax ID# 25-0749630
```

```
W. R. Grace                              Invoice Number      1110953
5400 Broken Sound Blvd., N.W.            Invoice Date        02/04/04
Boca Raton, FL 33487                     Client Number        172573
```

===========================================================================

Re: W. R. Grace & Co.


(60028)  ZAI Science Trial


       Expenses                          25.59

                   TOTAL BALANCE DUE UPON RECEIPT        $25.59
                                                  =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace                          Invoice Number      1110953
5400 Broken Sound Blvd., N.W.        Invoice Date      02/04/04
Boca Raton, FL 33487                 Client Number       172573
                                     Matter Number        60028

================================================================================

Re: ZAI Science Trial


FOR COSTS ADVANCED AND EXPENSES INCURRED:

        Telephone Expense                    3.30
        Postage Expense                      0.86
        Courier Service - Outside           21.43

                    CURRENT EXPENSES                    25.59
                                                 --------------

                    TOTAL BALANCE DUE UPON RECEIPT     $25.59
                                                 ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace                              Invoice Number      1110953
5400 Broken Sound Blvd., N.W.            Invoice Date      02/04/04
Boca Raton, FL 33487                     Client Number       172573
                                         Matter Number        60028

===============================================================================

Re: (60028)  ZAI Science Trial


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | | |
|---|---|---|
| 11/19/03 | 561-362-1533/BOCA RATON, FL/24 | 1.37 |
| 11/26/03 | Courier Service - 54583 UPS - Shipped from James Restivo, Reed Smith LLP - Pittsburgh to Edward J. Westbrook(MOUNT PLEASANT SC 29464.) | 7.57 |
| 11/26/03 | 561-362-1583/BOCA RATON, FL/3 | .17 |
| 11/26/03 | 617-426-8810/BOSTON, MA/3 | .17 |
| 11/26/03 | 561-362-1583/BOCA RATON, FL/3 | .17 |
| 11/26/03 | 617-426-8810/BOSTON, MA/3 | .17 |
| 12/02/03 | 908-582-0833/SUMMIT, NJ/1 | .11 |
| 12/03/03 | Postage Expense | .37 |
| 12/08/03 | Postage Expense | .49 |
| 12/08/03 | 302-652-5340/WILMINGTON, DE/19 | 1.14 |
| 12/09/03 | Courier Service - 54583 UPS - Shipped from James Restivo, Reed Smith LLP- Pittsburgh to R. Finke, Esq. WR Grace & Co. (Boca Raton FL 33487). | 13.86 |

                         CURRENT EXPENSES                    25.59
                                                        ------------
                 TOTAL BALANCE DUE UPON RECEIPT             $25.59
                                                        =============