**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | : | CHAPTER 11 |
|  | : |  |
| W.R. GRACE & CO., | : |  |
|  | : | **BANKRUPTCY NO. 01-01139 JKF** |
| Debtor. | : | (jointly administered) |
|  | : |  |

**NOTICE OF WITHDRAWAL AND REQUEST FOR
TERMINATION OF CMECF NOTICES**

To:  The Clerk of the United States Bankruptcy Court

Please withdraw the appearance of Steven T. Davis and Obermayer Rebmann Maxwell & Hippel LLP on behalf of any and all parties in the above-captioned case, and terminate the delivery of CMECF Notices to said office.

Dated: February 12, 2004      By:/S/ Steven T. Davis
                               Steven T. Davis (Del. Bar No. 2731)
                               OBERMAYER REBMANN MAXWELL & HIPPEL LLP
                               716 Tatnall Street
                               Wilmington, Delaware 19801
                               Telephone: (302) 655-9094

                               -and-

                               Edmond M. George (pro hac vice)
                               D. Alexander Barnes (pro hac vice)
                               OBERMAYER REBMANN MAXWELL & HIPPEL LLP
                               One Penn Center, 19th Floor
                               1617 John F. Kennedy Blvd.
                               Philadelphia, PA 19103-1895
                               Telephone:   (215) 665-3000
                               Facsimile:    (215) 665-3165

512731