# Warren H. Smith & Associates, P.C.

325 North St. Paul Street
Suite 4080
Dallas, TX  75201

*Invoice submitted to:*
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044

January 31, 2004

In Reference To:    Bankruptcy Fee Audit Case #01-1139 (JKF)

Invoice #    10496

Professional Services

| Date | Initials | Description | Hours | Amount |
|---|---|---|---:|---:|
| 1/2/2004 | SLB | complete draft of 10th Int. initial report - Pachulski (1.7) ; complete draft of 10th Int. initial report - K&E (2.7) | 4.40 | 484.00 |
| 1/5/2004 | JBA | Update database with e-detail for: Campbell 11.03, Caplin 11.03, and Tersigni 10.03 | 0.10 | 4.00 |
| | JBA | Update database with Kirkland 11.03 hard copy | 0.10 | 4.00 |
| 1/6/2004 | JBA | Update database with e-detail for: Kramer 11.03, Reed Smith 11.03, and Klett 11.03 | 0.10 | 4.00 |
| | JAW | detailed review of Kirkland November, 2003, monthly invoice (2.9); draft summary of same (0.5). | 3.40 | 459.00 |
| | SLB | draft e-mails to Woodcock re. billing rates (.4) and Ferry Joseph re. new contact (.3) | 0.70 | 77.00 |
| | AV | Update database with 11.03 Monthly Invoice for Pachulski (.1); 11.03 Monthly Invoice for Klett (.1); 07.03 Monthly Invoice for Steptoe (.1); 08.03 Monthly Invoice for Steptoe (.1); 09.03 Monthly Invoice for Steptoe (.1) | 0.50 | 20.00 |
| | AV | Update database with 11.03 Monthly Invoice for Holme (.1); 11.03 Monthly Invoice for Pitney (.1) | 0.20 | 8.00 |
| | JBA | Update database with e-detail for: Tersigni 11.03, and Wallace King 11.03 | 0.10 | 4.00 |

W.R. Grace & Co.   Page 2

| Date | Initials | Description | Hours | Amount |
|---|---|---|---:|---:|
| 1/7/2004 | JBA | Update database with e-detail for: Ferry Joseph 10.03, Bilzin 10.03, FTI 10.03 and Stroock 10.03 | 0.10 | 4.00 |
| | AV | Update database with 11.03 Monthly Invoice for Kramer (.1) | 0.10 | 4.00 |
| 1/9/2004 | PGS | Preparation of December 2003 Monthly Invoice for WHS | 0.40 | 32.00 |
| | AV | Update database with 10.03 Monthly Invoice for PWC (.1) | 0.10 | 4.00 |
| 1/12/2004 | PGS | Electronic filing with court of December 2003, Monthly Invoice | 0.10 | 8.00 |
| | PGS | Preparation of and electronic filing with court of CNO for WHS for November 2003 | 0.20 | 16.00 |
| 1/13/2004 | DTW | Conference with P. Stidham regarding filing fee application and pacer research regarding same (.2). | 0.20 | 29.00 |
| 1/15/2004 | JAW | detailed review of PwC October, 2003, monthly invoice (1.90); draft summary of same (0.50) | 2.40 | 324.00 |
| 1/16/2004 | AV | draft for 10th Interim Fees by Project Category spreadsheet for Ferry (.2); draft for 10th Interim Fees by Project Category spreadsheet for Kramer (.1) | 0.30 | 12.00 |
| 1/21/2004 | DTW | Review fees and expenses for Stroock July, August and September invoices (1.2); review interim application for Stroock 10th interim period (1.0); draft final report for Stroock 10th interim (1.1). | 3.30 | 478.50 |
| 1/22/2004 | DTW | Draft Caplin initial report 10th interim (.9); same regarding Holme Roberts (1.6). | 2.50 | 362.50 |
| | SLB | complete review of applications and drafts of 10th Int. Final Reports - Duane Morris (3.2) ; Elzufon (.9) ; Ferry Joseph (1.1) ; complete review of app. and draft of 10th Int. Final Report - FTI Policano (3.5) | 8.70 | 957.00 |
| 1/23/2004 | SLB | review apps. and draft 10th Int. Final Reports - Klett and Kramer (3.6) ; review app. and draft 10th Int. Final Report - Pitney Hardin (1.7) ; review app. and draft 10th Int. initial report - PwC (1.3) | 6.60 | 726.00 |
| | SLB | review 10th Int. initial reports - Caplin & Holme Roberts (.7) | 0.70 | 77.00 |

| W.R. Grace & Co. | | | | Page | 3 |
|---|---|---|---|---:|---:|
| | | | | **Hours** | **Amount** |
| 1/23/2004 | DTW | Revisions to Holme Roberts and Caplin 10th (.4); review applications of LAS and e-mail to D. Relles regarding issue (.4); telelphone call from Lauren at Campbell and Levine regarding LAS revised application (.1); draft initial report 10th interim LAS (.3); review July and September applications for Tersigni (1.3); draft Tersigni initial report for the 10th ingterim (.9); begin review of Wallace King summaries and applications for 10th interim (.8). | | 4.20 | 609.00 |
| | WHS | receive and review 12 misc pleadings | | 0.10 | 27.50 |
| 1/24/2004 | DTW | Draft initial report Wallace King 10th interim (1.3). | | 1.30 | 188.50 |
| 1/26/2004 | SLB | complete review of app. and draft of 10th Int. initial report - RPWB (3.7) ; complete draft of 10th Int. Final Report - Tersigni (1.2) | | 4.90 | 539.00 |
| | SLB | telephone conference with J. Sakalo - Bilzen re 10th Int. apps. for Bilzen, Hamilton, Prop. Commmittee (.4) ; telephone conference with S. Jones re 10th Int. app. - Conway (.3) ; telephone conference with D. Scott - Lukins re 10th Int. app. (.2) ; telephone conference with B. Burn - Nelson Mullins re 10th Int. app. (.3) | | 1.20 | 132.00 |
| | JBA | draft e-mail to PWC attaching 10th Interim IR per request | | 0.10 | 4.00 |
| | SLB | draft e-mail to L. Flores - Bilzen re 10th Int. app. (.3) ; e-mail to M. Araki - BMC re same (.2) ; e-mail to P. Zilly - Blackstone re same (.3) ; K. Garcia - Richardson re same (.3) ; e-mail D. Collins - Tersigni re. same (.2) ; e-mail H. Navikoff - Wachtell re same (.3) | | 1.60 | 176.00 |
| | SLB | draft e-mails and attach 10th Interim reports to Caplin, CBBG, HRO, K&E, LAS, Pachulski, PwC, Reed Smith, Wallace King (1.7) | | 1.70 | 187.00 |
| 1/27/2004 | DTW | Review and revise 12 initial reports for the 10th interim period (1.0). | | 1.00 | 145.00 |
| | SLB | draft e-mails to Protiviti, Reed Smith, Lukins, Tersigni, Pachulski re. 10th Int. initial reports (.6) | | 0.60 | 66.00 |
| | SLB | complete review and draft 10th Int. initial report - Lukins (2.7) ; detailed review of app. and draft of 10th Int. initial report - Protiviti (4.3) ; complete draft of 10th Int. Final Report - Pachulski (1.2) | | 8.20 | 902.00 |

| W.R. Grace & Co. | | | | Page | 4 |
|---|---|---|---:|---:|---|
| | | | | **Hours** | **Amount** |
| 1/27/2004 | JBA | Electronic filing with court of Final Reports re: Campbell 10th Interim (.1), Casner 10th Interim (.1), Duane Morris 10th Interim (.1), and Elzufon 10th Interim (.1) | | 0.40 | 16.00 |
| | WHS | detailed review of Ferry Joseph 10th Int FR | | 0.10 | 27.50 |
| | WHS | detailed review of Casner 10th Int FR | | 0.10 | 27.50 |
| | WHS | detailed review of Duane 10th Int FR | | 0.10 | 27.50 |
| | WHS | detailed review of Elzufon 10th Int FR | | 0.10 | 27.50 |
| 1/28/2004 | SLB | draft e-mails to Nelson Mullins, Conway, Elzufon, Duane Morris, Steptoe, BMC and Bilzen re. 10th Interim applications (1.3) | | 1.30 | 143.00 |
| | SLB | PACER research to verify 10th Int. apps. and dollar amounts | | 0.70 | 77.00 |
| | SLB | complete draft of 10th Int. Final Report - Steptoe (.8) ; complete draft of 10th Int. Final Report - LAS (1.1) ; complete draft of 10th Int. Final Report - RPWB (3.8) ; update Grace status report (.6) | | 6.30 | 693.00 |
| | JAW | detailed review of FTI November, 2003, monthly invoice (1.0); draft summary of same (0.2) | | 1.20 | 162.00 |
| | JAW | detailed review of Stroock November, 2003, monthly invoice (1.2); draft summary of same (0.4) | | 1.60 | 216.00 |
| | JBA | Electronic filing with court of 10th Interim Final Reports re: Ferry Joseph (.1), Pachulski (.1), Pitney (.1), Tersigni (.1), and Woodcock (.1) | | 0.50 | 20.00 |
| | JBA | Electronic filing with court of Final Reports re: Klett 10th Interim (.1), Kramer 10th Interim (.1), and FTI Policano 10th Interim (.1) | | 0.30 | 12.00 |
| | JBA | Update database with Klett 12.03 e-detail | | 0.10 | 4.00 |
| | JBA | Update database with Bilzin 11.03 e-detail | | 0.10 | 4.00 |

W.R. Grace & Co.                                                                                                    Page      5

| | | | Hours | Amount |
|---|---|---|---|---|
| 1/28/2004 | WHS | detailed review of Klett 10th Int FR | 0.10 | 27.50 |
| | WHS | detailed review of Pachulski 10th Int IR | 0.10 | 27.50 |
| | WHS | detailed review of Pitney 10th Int FR | 0.10 | 27.50 |
| | WHS | detailed review of Tersigni 10th Int FR | 0.10 | 27.50 |
| | WHS | detailed review of Woodcock 10th Int FR | 0.10 | 27.50 |
| 1/29/2004 | JBA | Update database with Campbell 12.03 e-detail, Caplin 12.03 e-detail, and Bilzin 10th Interim App/e-detail | 0.10 | 4.00 |
| | AV | Update database with 10.03 Monthly Invoice for Protiviti (.1); 07.03 Monthly Invoice for Protiviti (.1); 08.03 Monthly Invoice for Protiviti (.1); 09.03 Monthly Invoice for Protiviti (.1) | 0.40 | 16.00 |
| | AV | Update database with 11.03 Monthly Invoice for PWC (.1); 11.03 Monthly Invoice for Casner (.1); 11.03 Monthly Invoice for Wallace (.1); 11.03 Monthly Invoice for Stroock (.1); 11.03 Monthly Invoice for FTI (.1) | 0.50 | 20.00 |
| | SLB | complete review of application and draft of 10th Int. Final Report - Conway (4.5) ; complete draft of 10th Int. Final Report - Wallace King (3.6) ; update Grace status chart (.3) | 8.40 | 924.00 |
| | JBA | Electronic filing with court of Final Report re: Stroock 10th Interim (.2) | 0.20 | 8.00 |
| | JAW | detailed review of Deloitte March, 2003, monthly invoice (0.7); draft summary of same (0.1) | 0.80 | 108.00 |
| | AV | Update database with 03.03 Monthly Invoice for Deloitte (.1); 11.03 Monthly Invoice for Woodcock (.1); 12.03 Monthly Invoice for Carella (.1); 12.03 Monthly Invoice for Pachulski (.1); 12.03 Monthly Invoice for Klett (.1) | 0.50 | 20.00 |
| 1/30/2004 | JBA | Electronic filing with court of Final Reports re: LAS 10th Interim (.1), and Wallace King 10th Interim (.2) | 0.30 | 12.00 |

W.R. Grace & Co. Page 6

| | | | Hours | Amount |
|---|---|---|---|---|
| 1/30/2004 AV | Update database with 10th Int. Initial Report response for Caplin (.1); 12.03 Monthly Invoice for Kramer (.1); 10th Int. Initial Report response for Holme (.1); 11.03 Monthly Invoice for Reed (.1) | | 0.40 | 16.00 |
| SLB | complete draft of 10th Int. Final Report - PwC (2.6) ; complete draft of 10th Int. Final Report - Caplin (.7) ; complete amended draft of 10th Int. Final Report - RPWB (3.6) | | 6.90 | 759.00 |
| AV | Update database with 07.03 - 09.03 10th Int. Invoice for Duane (.1); 10.03 Monthly Invoice for Duane (.1); 11.03 Monthly Invoice for Duane (.1); 12.03 Monthly Invoice for Duane (.1) | | 0.40 | 16.00 |
| WHS | detailed review of Wallace King 10th Int FR | | 0.10 | 27.50 |

**For professional services rendered** 92.60 **$10,599.00**

Additional Charges :

| | Price | |
|---|---|---|
| PACER charges for 10/01/03 -12/31/03 | 26.32 | 26.32 |
| Third party copies & document prep/setup of Monthly Invoice of WHS for December 2003 | 30.22 | 30.22 |

**Total costs** **$56.54**

**Total amount of this bill** **$10,655.54**

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Alayne Volfson | 3.40 | 40.00 | $136.00 |
| Doreen T Williams | 12.50 | 145.00 | $1,812.50 |
| James A Wehrmann | 9.40 | 135.00 | $1,269.00 |
| Jeff B. Allgood | 2.60 | 40.00 | $104.00 |
| Priscilla G Stidham | 0.70 | 80.00 | $56.00 |
| Stephen L. Bossay | 62.90 | 110.00 | $6,919.00 |

W.R. Grace & Co.                                                                                                  Page      7

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Warren H Smith | 1.10 | 275.00 | $302.50 |