Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                       Page: 1
W.R. Grace                                          10/31/2003
Wilmington  DE                          ACCOUNT NO: 3000-00D
                                        STATEMENT NO:      25

Costs and Expenses



    PREVIOUS BALANCE                               -$542.81


    CREDIT BALANCE                                 -$542.81
                                                   =========



Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

```
                     Campbell & Levine, LLC
                      1700 Grant Building
                      Pittsburgh, PA  15219
                         412-261-0310




                                                      Page: 1
         W.R. Grace                                   10/31/2003
         Wilmington   DE                      ACCOUNT NO: 3000-01D
                                              STATEMENT NO:     29

         Asset Analysis and Recovery




            PREVIOUS BALANCE                         $2,174.20




10/30/03 Payment - Thank you.  (February, 2003 - 20%)      -120.90
10/30/03 Payment - Thank you.  (March, 2003 - 20%)         -15.90
10/30/03 Payment - Thank you.  (May, 2003 - 80%)          -947.20
10/30/03 Payment - Thank you.  (June, 2003 - 80%)          -22.00
                                                      ---------
            TOTAL PAYMENTS                           -1,106.00

            BALANCE DUE                               $1,068.20
                                                      =========
```

```
         Any payments received after the statement date will be
         applied to next month's statement.  Please note your
         account number on your payment.  Thank you.
```

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                      Page: 1
     W.R. Grace                                     10/31/2003
     Wilmington  DE                    ACCOUNT NO: 3000-02D
                                       STATEMENT NO:      29

     Asset Disposition




     PREVIOUS BALANCE                              $1,354.20




10/30/03 Payment - Thank you.  (January, 2003 - 20%)       -68.90
10/30/03 Payment - Thank you.  (February, 2003 - 20%)      -21.20
10/30/03 Payment - Thank you.  (March, 2003 - 20%)         -15.90
10/30/03 Payment - Thank you.  (May, 2003 - 80%)          -188.80
10/30/03 Payment - Thank you.  (June, 2003 - 80%)         -169.60
10/30/03 Payment - Thank you.  (July, 2003 - 80%)         -512.80
                                                          -------
     TOTAL PAYMENTS                                       -977.20

     BALANCE DUE                                          $377.00
                                                          =======




     Any payments received after the statement date will be
     applied to next month's statement.  Please note your
     account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                          10/31/2003
Wilmington  DE                          ACCOUNT NO: 3000-03D
                                        STATEMENT NO:     24

Business Operations



PREVIOUS BALANCE                                    $438.20



10/30/03 Payment - Thank you.  (January, 2003 - 20%)    -50.00
10/30/03 Payment - Thank you.  (March, 2003 - 20%)       -5.30
10/30/03 Payment - Thank you.  (June, 2003 - 80%)      -262.40
                                                       -------
         TOTAL PAYMENTS                                -317.70

         BALANCE DUE                                   $120.50
                                                       =======


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                          10/31/2003
Wilmington  DE                      ACCOUNT NO: 3000-04D
                                    STATEMENT NO:     29


Case Administration



PREVIOUS BALANCE                              $2,065.20


                                        HOURS
10/07/03
    PEM Brief review of August MOR              1.00    290.00

10/15/03
    MTH Reviewing Affidavit of Barbieri re
        ordinary course retention.             0.10     26.50
                                               ----    ------
        FOR CURRENT SERVICES RENDERED           1.10    316.50

                    RECAPITULATION
    TIMEKEEPER                HOURS HOURLY RATE      TOTAL
    Philip E. Milch           1.00    $290.00    $290.00
    Mark T. Hurford           0.10     265.00      26.50


    TOTAL CURRENT WORK                           316.50



10/30/03 Payment - Thank you.  (January, 2003 - 20%)        -58.80
10/30/03 Payment - Thank you.  (February, 2003 - 20%)       -16.70
10/30/03 Payment - Thank you.  (March, 2003 - 20%)          -93.20
10/30/03 Payment - Thank you.  (May, 2003 - 80%)            -22.00
10/30/03 Payment - Thank you.  (June, 2003 - 80%)          -299.60
10/30/03 Payment - Thank you.  (July, 2003 - 80%)          -395.60
                                                           -------
    TOTAL PAYMENTS                                         -885.90

    BALANCE DUE                                        $1,495.80
                                                       =========

W.R. Grace                                              10/31/2003
                                      ACCOUNT NO: 3000-04D
                                      STATEMENT NO:       29

Case Administration

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                   Page: 1
W.R. Grace                                         10/31/2003
Wilmington  DE                        ACCOUNT NO: 3000-05D
                                      STATEMENT NO:      29

Claims Analysis Objection & Resolution (Asbestos)



       PREVIOUS BALANCE                          $3,549.70



10/30/03 Payment - Thank you.  (January, 2003 - 20%)      -21.20
10/30/03 Payment - Thank you.  (March, 2003 - 20%)       -261.40
10/30/03 Payment - Thank you.  (July, 2003 - 80%)        -241.60
                                                         -------
       TOTAL PAYMENTS                                    -524.20

       BALANCE DUE                                     $3,025.50
                                                      =========




       Any payments received after the statement date will be
       applied to next month's statement.  Please note your
       account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                    Page: 1
W.R. Grace                                          10/31/2003
Wilmington   DE                         ACCOUNT NO: 3000-06D
                                        STATEMENT NO:      29

Claims Analysis Objection & Resol. (Non-Asbestos)



      PREVIOUS BALANCE                        $1,725.30



                                        HOURS
10/02/03
     MTH Reviewing Order entered re Debtors'
         Second Omnibus Claims Objection and
         discussion with DEM re same.           0.30     79.50

10/05/03
     MRE Review of motion to file futher
         opposition by C. Gerard                0.10     27.50

10/17/03
     MTH Reviewing Wesconn and FUS's Motion to
         Compel.                                0.30     79.50

10/20/03
     MTH reviewing response of J. Potts re Omnibus
         Claims Objection.                      0.10     26.50

10/21/03
     MTH Reviewing Motion of Disagreement of W.
         Sullivan.                              0.10     26.50
                                               ----    ------
         FOR CURRENT SERVICES RENDERED          0.90    239.50

                     RECAPITULATION
     TIMEKEEPER               HOURS HOURLY RATE      TOTAL
     Mark T. Hurford           0.80   $265.00    $212.00
     Marla R. Eskin            0.10    275.00      27.50


      TOTAL CURRENT WORK                           239.50

```
                                                    Page: 2
        W.R. Grace                                10/31/2003
                                        ACCOUNT NO: 3000-06D
                                        STATEMENT NO:      29
        Claims Analysis Objection & Resol. (Non-Asbestos)




10/30/03 Payment - Thank you.  (January, 2003 - 20%)        -5.30
10/30/03 Payment - Thank you.  (July, 2003 - 80%)       -1,129.20
                                                        ---------
         TOTAL PAYMENTS                                 -1,134.50

         BALANCE DUE                                     $830.30
                                                        =======
```

```
        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.
```

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                              10/31/2003
Wilmington   DE                          ACCOUNT NO: 3000-07D
                                         STATEMENT NO:      29

Committee, Creditors, Noteholders, Equity Holders



PREVIOUS BALANCE                              $27,320.60


                                         HOURS
10/01/03
    MRE Review of weekly recommendation memo        0.20      55.00
    MTH Review of memorandum summarizing
        pleadings filed on 9/30/03                  0.10      26.50
    DEM Review Pleadings and electronic filing
        notices; preparation and retrieval of
        documents relating to daily memo           0.30      28.50

10/02/03
    MAL Organization and distribution of daily
        pleadings                                   0.10       9.50
    MTH Review of memorandum summarizing
        pleadings filed on 10/1/03                  0.10      26.50
    DEM Review Pleadings and electronic filing
        notices; preparation and retrieval of
        documents relating to daily memo           0.30      28.50
    DEM Revision of Weekly Recommendation Memo
        (adding new motions and orders)             0.30      28.50

10/03/03
    MTH Review of memorandum summarizing
        pleadings filed on 10/2/03.                 0.10      26.50
    MTH Reviewing two notices of Documents
        Entered in Error and discussion with LMP
        re same.                                    0.10      26.50
    MTH Prepare weekly recommendation memo
        (Motions and others)                        0.80     212.00
    MTH Prepare weekly recommendation memo (Fee
        Applications)                               0.50     132.50
    PEM Review weekly recommendation memo re:
        pending motions and matters (.3); review
        fee memos (.1)                              0.40     116.00

```
                                                      Page: 2
W.R. Grace                                          10/31/2003
                                       ACCOUNT NO: 3000-07D
                                       STATEMENT NO:       29
Committee, Creditors, Noteholders, Equity Holders
```

|  |  | HOURS |  |
|---|---|---|---|
| DEM | Review Pleadings and electronic filing notices; preparation and retrieval of documents relating to daily memo | 0.30 | 28.50 |
| DEM | Revision of Weekly Recommendation Memo (adding new motions and orders) | 0.20 | 19.00 |

10/04/03

| DAC | Review of counsel's recommendation memo | 0.20 | 70.00 |
|---|---|---|---|

10/05/03

| MRE | Review of memorandum summarizing pleadings filed on October 2, 2003 | 0.10 | 27.50 |
|---|---|---|---|
| MRE | Review of memorandum summarizing pleadings filed on September 30, 2003 | 0.10 | 27.50 |
| MRE | Review of memorandum summarizing pleadings filed in the adversary matters from September 15th through September 28th | 0.10 | 27.50 |
| MRE | Review of memorandum summarizing pleadings filed on October 1, 2003 | 0.10 | 27.50 |

10/06/03

| MAL | Organization and distribution of daily pleadings | 0.20 | 19.00 |
|---|---|---|---|
| MTH | Review of memorandum summarizing pleadings filed 10/3/03 through 10/05/03. | 0.10 | 26.50 |
| MTH | Review of memorandum summarizing adversary pleadings filed between Sept. 29 through Oct. 5 | 0.10 | 26.50 |
| DEM | Review Pleadings and electronic filing notices; preparation and retrieval of documents relating to daily memo | 0.40 | 38.00 |
| DEM | Review Pleadings and electronic filing notices filed in adversary proceedings | 0.10 | 9.50 |

10/07/03

| MRE | Meeting with MTH  regarding upcoming motions and deadlines | 0.20 | 55.00 |
|---|---|---|---|
| MAL | Organization and distribution of daily pleadings | 0.10 | 9.50 |
| MAL | Organization and distribution of daily adversary pleadings | 0.10 | 9.50 |
| MRE | Review of weekly recommendation memorandum | 0.20 | 55.00 |
| MRE | Meeting with MTH regarding upcoming |  |  |

|  |  | HOURS |  |
|---|---|---|---|
|  | motions and deadlines | 0.20 | 55.00 |
| MTH | Meeting with MRE re: pending motions and upcoming objections. | 0.20 | 53.00 |
| MRE | Review of memorandum summarizing pleadings in adversary cases filed from September 29, 2003 through October 5, 2003 | 0.10 | 27.50 |
| MRE | Review of memorandum summarizing pleadings filed on October 6, 2003 | 0.10 | 27.50 |
| MRE | Review of memorandum summarizing pleadings filed on October 3, 2003 | 0.10 | 27.50 |
| MTH | Review of memorandum summarizing pleadings filed on 10/6/03. | 0.10 | 26.50 |
| DEM | Review Pleadings and electronic filing notices; preparation and retrieval of documents relating to daily memo | 0.30 | 28.50 |
| DEM | preparation and retrieval of documents relating to adversary proceeding memo | 0.20 | 19.00 |

10/08/03
| PEM | Review memo of daily pleadings received | 0.10 | 29.00 |
| MAL | Organization and Distribution of daily pleadings | 0.10 | 9.50 |
| MAL | Attention to document organization | 0.20 | 19.00 |
| MRE | Review of memorandum summarizing pleadings filed on October 7, 2003 | 0.10 | 27.50 |
| MTH | Review of memorandum summarizing pleadings filed on 10/7/03. | 0.10 | 26.50 |
| DEM | Review Pleadings and electronic filing notices; preparation and retrieval of documents relating to daily memo | 0.30 | 28.50 |
| DEM | Revision of Weekly Recommendation Memo (adding new motions and orders) | 0.10 | 9.50 |

10/09/03
| MAL | Updating Service List | 0.10 | 9.50 |
| MRE | Review of memorandum summarizing pleadings filed on October 8, 2003 | 0.10 | 27.50 |
| MTH | Review of memorandum summarizing pleadings filed on 10/8/03. | 0.10 | 26.50 |
| DEM | Review Pleadings and electronic filing notices; preparation and retrieval of documents relating to daily memo | 0.30 | 28.50 |

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

|  |  | HOURS |  |
|---|---|---|---|
| **10/10/03** |  |  |  |
| MAL | Organization and distribution of documents | 0.10 | 9.50 |
| DEM | Prepare and distribute Weekly Recommendation Memo to Committee (Fee Apps & Other Matters) | 0.30 | 28.50 |
| MTH | Prepare weekly recommendation memo re Fee Applications. | 0.30 | 79.50 |
| MTH | Prepare weekly recommendation memo | 0.60 | 159.00 |
| PEM | Review weekly recommendation memo to committee re: pending motions and matters (.3); fee application memo (.1) | 0.40 | 116.00 |
| MTH | Review of memorandum summarizing pleadings filed on 10/9/03. | 0.10 | 26.50 |
| DAC | Review counsel's weekly recommendation memo | 0.20 | 70.00 |
| DEM | Review Pleadings and electronic filing notices; preparation and retrieval of documents relating to daily memo | 0.30 | 28.50 |
| DEM | Revision of Weekly Recommendation Memo (adding new motions and orders) | 0.10 | 9.50 |
| DEM | Update Attorney Binder - Weekly Recommendation Memo | 0.20 | 19.00 |
| **10/13/03** |  |  |  |
| MAL | Organization and distribution of daily pleadings | 0.10 | 9.50 |
| MAL | Organization and distribution of adversary daily pleadings | 0.10 | 9.50 |
| MTH | Review of memorandum summarizing pleadings filed from 10/10/03 through 10/12/03. | 0.10 | 26.50 |
| PEM | Review daily memo re: pleadings filed | 0.10 | 29.00 |
| MTH | Review of memorandum summarizing adversary pleadings filed on 10/6/03 through 10/12/03. | 0.10 | 26.50 |
| DEM | Review Pleadings and electronic filing notices; preparation and retrieval of documents relating to daily memo | 0.30 | 28.50 |
| DEM | Review Pleadings and electronic filing notices filed in adversary proceedings; preparation and retrieval of documents relating to adversary proceeding memo | 0.30 | 28.50 |

|  |  | HOURS |  |
|---|---|---|---|
| **10/14/03** | | | |
| MAL | Organization and distribution of daily pleadings | 0.10 | 9.50 |
| MRE | Review of weekly recommendation memo | 0.20 | 55.00 |
| MRE | Meeting with MTH regarding upcoming motions and deadlines | 0.20 | 55.00 |
| MTH | Meeting with MRE re upcoming deadlines and pending motions. | 0.20 | 53.00 |
| MTH | Reviewing correspondence from MRE re motion to appoint Futures Representative. | 0.10 | 26.50 |
| MAL | Attention to document management | 0.20 | 19.00 |
| MRE | Review of memorandum summarizing pleadings filed on October 13, 2003 | 0.10 | 27.50 |
| MRE | Review of memorandum summarizing pleadings filed from October 10, 2003 through October 12, 2003 | 0.10 | 27.50 |
| MRE | Review of memorandum summarizing pleadings filed in adversary matters from October 6, 2003 through October 12, 2003 | 0.10 | 27.50 |
| MTH | Review of memorandum summarizing pleadings filed on 10/13/03. | 0.10 | 26.50 |
| DEM | Review Pleadings and electronic filing notices; preparation and retrieval of documents relating to daily memo | 0.30 | 28.50 |
| DEM | Revision of Weekly Recommendation Memo (adding new motions and orders) | 0.30 | 28.50 |
| MRE | Review of motion to retain J. Hamlin and e-mail to C&D regarding same | 0.40 | 110.00 |
| KJC | Review application to appoint Hamlin as futures representative | 0.30 | 45.00 |
| **10/15/03** | | | |
| DEM | Review Pleadings and electronic filing notices; preparation and retrieval of documents relating to daily memo | 0.30 | 28.50 |
| MTH | Reviewing Motion for Appointment of Hamlin as Futures Rep. | 0.40 | 106.00 |
| **10/16/03** | | | |
| DEM | Retrieval of document from docket and e-mail to Mike Berkin (DI 4574) | 0.20 | 19.00 |
| DEM | Review Pleadings and electronic filing notices; preparation and retrieval of documents relating to daily memo | 0.30 | 28.50 |
| MAL | Organization and distribution of daily | | |

|  |  | HOURS |  |
|---|---|---|---|
|  | pleadings | 0.10 | 9.50 |
| MTH | Review of memorandum summarizing | | |
|  | pleadings filed on 10/15/03. | 0.10 | 26.50 |

**10/17/03**

| DEM | Revision of Weekly Recommendation Memo | | |
|---|---|---|---|
|  | (adding new motions and orders) | 0.20 | 19.00 |
| MAL | Attention to document management | 0.10 | 9.50 |
| DEM | Prepare Weekly Recommendation Memo for | | |
|  | distribution to Committee (Fee Apps) | 0.10 | 9.50 |
| MTH | Correspondence to Committee re weekly | | |
|  | recommendation memoranda. | 0.20 | 53.00 |
| MTH | Prepare weekly recommendation memo re fee | | |
|  | applications | 0.30 | 79.50 |
| MTH | Prepare weekly recommendation memo re | | |
|  | motions. | 0.50 | 132.50 |
| DAC | Review counsel's weekly recommendation | | |
|  | memo | 0.20 | 70.00 |
| PEM | Review weekly recommendation memo re: | | |
|  | pending motions and matters (.2); and fee | | |
|  | memo (.1) | 0.30 | 87.00 |

**10/19/03**

| MRE | Review of memorandum summarizing | | |
|---|---|---|---|
|  | pleadings filed on October 15, 2003 | 0.10 | 27.50 |

**10/20/03**

| MAL | Organization and distribution of daily | | |
|---|---|---|---|
|  | pleadings | 0.10 | 9.50 |
| MAL | Attention to document management | 0.10 | 9.50 |
| MRE | Review of memorandum summarizing | | |
|  | pleadings filed from October 17, 2003 to | | |
|  | October 19, 2003 | 0.10 | 27.50 |
| DEM | Review Pleadings and electronic filing | | |
|  | notices; preparation and retrieval of | | |
|  | documents relating to daily memo | 0.30 | 28.50 |
| DEM | Review Pleadings and electronic filing | | |
|  | notices filed in adversary proceedings; | | |
|  | preparation and retrieval of documents | | |
|  | relating to adversary proceeding memo | 0.30 | 28.50 |
| DEM | Search docket for orders regarding | | |
|  | ordinary course and retrieval of same | 0.20 | 19.00 |
| DEM | Update Attorney Binder - Weekly | | |
|  | Recommendation Memo (motions) | 0.10 | 9.50 |
| PEM | Review daily report of pleadings filed | 0.10 | 29.00 |

```
                                                          Page: 7
W.R. Grace                                            10/31/2003
                                             ACCOUNT NO: 3000-07D
                                             STATEMENT NO:      29
```
Committee, Creditors, Noteholders, Equity Holders

```
                                              HOURS
    MTH Review of memorandum summarizing
        pleadings filed from 10/17/03 through
        10/19/03.                               0.10      26.50
    MTH Review of memorandum summarizing
        adversary pleadings filed from October
        13, 2003 through October 19, 2003       0.10      26.50
    MRE Review of revised core list and meeting
        with MTH regarding same                 0.20      55.00

10/21/03
    DEM Review Pleadings and electronic filing
        notices; preparation and retrieval of
        documents relating to daily memo        0.30      28.50
    MTH Prepare weekly recommendation memo      0.20      53.00
    MAL Organization and distribution of daily
        pleadings                               0.10       9.50
    DEM Revision of Weekly Recommendation Memo
        (adding new motions and orders)         0.30      28.50
    MTH Review of memorandum summarizing
        pleadings filed on 10/20/03.            0.10      26.50

10/22/03
    MAL Updating Service List                   0.10       9.50
    MAL Organization and distribution of daily
        pleadings                               0.10       9.50
    DEM Review Pleadings and electronic filing
        notices; preparation and retrieval of
        documents relating to daily memo        0.30      28.50
    MTH Reviewing correspondence from PVNL re
        October Omnibus Hearing.                0.10      26.50
    MTH Review of memorandum summarizing
        pleadings filed on 10/21/03.            0.10      26.50

10/23/03
    DEM Review Pleadings and electronic filing
        notices; preparation and retrieval of
        documents relating to daily memo        0.30      28.50
    MRE Review of memorandum summarizing
        pleadings filed on October 22, 2003     0.10      27.50
    MRE Review of memorandum summarizing
        pleadings filed on October 20, 2003     0.10      27.50
    MRE Review of memorandum summarizing
        pleadings filed on October 21, 2003     0.10      27.50
    MTH Review of memorandum summarizing
        pleadings filed on 10/22/03.            0.10      26.50
```

```
                                                      Page: 8
        W.R. Grace                                   10/31/2003
                                        ACCOUNT NO: 3000-07D
                                        STATEMENT NO:      29
        Committee, Creditors, Noteholders, Equity Holders
```

```
                                              HOURS
10/24/03
      DEM Review Pleadings and electronic filing
          notices; preparation and retrieval of
          documents relating to daily memo        0.30     28.50
      DEM Review of Weekly Recommendation
          Memorandum for
          additions/corrections/revisions.        0.20     19.00
      MAL Organization and distribution of daily
          pleadings                               0.10      9.50
      MTH Prepare weekly recommendation memo (Fee
          Applications)                           0.20     53.00
      MTH Correspondence to Committee re weekly
          recommendation memoranda                0.20     53.00
      MTH Prepare weekly recommendation memo
          (Motions).                              0.50    132.50
      PEM Review weekly recommendation memo re:
          pending motions and matters (.2); and fee
          memo (.1)                               0.30     87.00
      MTH Review of memorandum summarizing
          pleadings filed on 10/23/03.            0.10     26.50

10/26/03
      MRE Review of memorandum summarizing
          pleadings filed on October 23, 2003     0.10     27.50

10/27/03
      MAL Organization and distribution of daily
          pleadings                               0.10      9.50
      DEM Review Pleadings and electronic filing
          notices; preparation and retrieval of
          documents relating to daily memo        0.30     28.50
      DEM Update Attorney Binder - Weekly
          Recommendation Memo                     0.20     19.00
      DEM Review Pleadings and electronic filing
          notices filed in adversary proceedings;
          preparation and retrieval of documents
          relating to adversary proceeding memo   0.30     28.50
      MRE Review of memorandum summarizing
          pleadings filed from October 24, 2003
          through October 26, 2003                0.10     27.50
      PEM Review daily memo re: pleadings filed   0.10     29.00
      DAC Review of counsel's weekly memo         0.20     70.00
      MTH Review of memorandum summarizing
          adversary pleadings filed from 10/20/03
          through 10/26/03.                       0.10     26.50
```

                                                          Page: 9
W.R. Grace                                            10/31/2003
                                          ACCOUNT NO: 3000-07D
                                          STATEMENT NO:       29
Committee, Creditors, Noteholders, Equity Holders


                                              HOURS
      MTH Review of memorandum summarizing
          pleadings filed from 10/24/03 through
          10/26/03.                              0.10    26.50

10/28/03
      MTH Meeting with MRE re pending motions and
          upcoming deadlines.                    0.20    53.00
      MTH Meeting with MRE re events at Omnibus
          Hearing.                               0.10    26.50
      MAL Organization and distribution of
          adversary pleadings                    0.10     9.50
      MAL Organization and distribution of daily
          pleadings                              0.10     9.50
      MRE Review of weekly recommendation memo   0.20    55.00
      MRE Meeting with MTH regarding upcoming
          motions and deadlines                  0.20    55.00
      MRE Review of e-mail from MTH regarding memo
          to the committee                       0.10    27.50
      MRE Review of e-mail from PVNL regarding
          hearing memorandum                     0.10    27.50
      MRE Review of memorandum summarizing
          pleadings filed on October 27, 2003    0.10    27.50
      MRE Review of memorandum summarizing
          pleadings filed in adversary matters for
          October 20th to October 26th           0.10    27.50
      MTH Preparing report to committee re events
          at October Omnibus Hearing.            1.50   397.50
      MTH Correspondence to PVNL re draft report to
          committee re October Omnibus report.   0.20    53.00
      DEM Review Pleadings and electronic filing
          notices; preparation and retrieval of
          documents relating to daily memo       0.30    28.50
      MTH Review of memorandum summarizing
          pleadings filed on 10/27/03.           0.10    26.50
      MRE Discussion with MTH re: events at hearing 0.10  27.50

10/29/03
      DEM Review Pleadings and electronic filing
          notices; preparation and retrieval of
          documents relating to daily memo       0.30    28.50
      MTH Discussion with MRE re memorandum to
          committee.                             0.10    26.50
      MRE Meeting with MTH regarding hearing memo
          to the committee                       0.10    27.50
      MRE Review of e-mail from EI regarding

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

|  |  | HOURS |  |
|---|---|---|---|
|  | hearing memo to the committee | 0.10 | 27.50 |
| DEM | Revision of Weekly Recommendation Memo (adding new motions and orders) | 0.70 | 66.50 |
| MTH | Reviewing correspondence to and from EI and PVNL re memorandum to committee. | 0.10 | 26.50 |
| MTH | Reviewing correspondence from DEM re memorandum re October Omnibus Hearing. | 0.10 | 26.50 |

10/30/03

| DEM | Review Pleadings and electronic filing notices; preparation and retrieval of documents relating to daily memo | 0.40 | 38.00 |
|---|---|---|---|
| DEM | Retrieval of documents from docket and e-mail to Phil | 0.30 | 28.50 |
| MAL | Organization and distribution of daily pleadings | 0.20 | 19.00 |
| MTH | telephone conference with B. Skretny re F.R. appointment issues. | 0.10 | 26.50 |
| MTH | Reviewing Notice of Deposition of Hamlin. | 0.30 | 79.50 |
| MTH | Reviewing Notice of Deposition of W.R. Grace | 0.30 | 79.50 |
| MTH | Begin reviewing Objection of the Unofficial Committee to Appointment of Hamlin as Futures Rep. | 0.30 | 79.50 |
| MRE | Review of memorandum summarizing pleadings filed on October 29, 2003 | 0.10 | 27.50 |
| MTH | Review of memorandum summarizing pleadings filed on 10/29/03 | 0.10 | 26.50 |
| MRE | Review of objection to Hamlin retention | 0.10 | 27.50 |

10/31/03

| DEM | Revision of Weekly Recommendation Memo (adding new motions and orders) | 0.30 | 28.50 |
|---|---|---|---|
| MTH | Discussion with MRE re UST's Objection to Hamlin appointment. | 0.10 | 26.50 |
| DAC | Review counsel's weekly recommendation memo | 0.20 | 70.00 |
| MTH | Correspondence to Committee members re weekly recommendation memorandum. | 0.20 | 53.00 |
| MTH | Prepare weekly recommendation memo (fee applications) | 0.30 | 79.50 |
| MTH | Prepare weekly recommendation memo (motions). | 0.60 | 159.00 |
| MAL | Organization and distribution of daily pleadings | 0.10 | 9.50 |

```
                                                      Page: 11
      W.R. Grace                                   10/31/2003
                                          ACCOUNT NO: 3000-07D
                                          STATEMENT NO:      29
      Committee, Creditors, Noteholders, Equity Holders
```

```
                                               HOURS
      MTH Review of memorandum summarizing
          pleadings filed on 10/30/03.             0.10     26.50
      MRE Review of UST objection to Hamlin
          retention                                0.10     27.50
      MRE Meeting with MTH regarding Hamlin matter 0.10     27.50
                                                   -----  --------
          FOR CURRENT SERVICES RENDERED           35.50  7,022.00

                         RECAPITULATION
      TIMEKEEPER                    HOURS HOURLY RATE      TOTAL
      Douglas A. Campbell            1.00    $350.00    $350.00
      Philip E. Milch                1.80     290.00     522.00
      Mark T. Hurford               12.30     265.00   3,259.50
      Marla R. Eskin                 5.20     275.00   1,430.00
      Kathleen J. Campbell           0.30     150.00      45.00
      Margaret A. Landis             2.90      95.00     275.50
      Diane E. Massey               12.00      95.00   1,140.00
```

```
      10/30/03 FAX to Peter Lockwood - Daily Memo - 4 pages        4.00
                                                                   ----
               TOTAL EXPENSES                                      4.00

               TOTAL CURRENT WORK                              7,026.00
```

```
      10/30/03 Payment - Thank you.  (January, 2003 - 20%)      -824.90
      10/30/03 Payment - Thank you.  (February, 2003 - 20%)   -1,209.10
      10/30/03 Payment - Thank you.  (March, 2003 - 20%)        -758.60
      10/30/03 Payment - Thank you.  (May, 2003 - 80%)        -3,568.40
      10/30/03 Payment - Thank you.  (June, 2003 - 80%)       -3,899.60
      10/30/03 Payment - Thank you.  (July, 2003 - 80%)       -4,467.60
                                                             ----------
               TOTAL PAYMENTS                               -14,728.20

               BALANCE DUE                                  $19,618.40
                                                            ==========
```

```
      Any payments received after the statement date will be
      applied to next month's statement.  Please note your
      account number on your payment.  Thank you.
```

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                        Page: 1
W.R. Grace                                            10/31/2003
Wilmington  DE                          ACCOUNT NO: 3000-08D
                                        STATEMENT NO:      28

    Employee Benefits/Pension



        PREVIOUS BALANCE                            $3,657.60



                                            HOURS
10/08/03
      MTH telephone conference with M. Berkin re
          Grace hiring of new COO.                   0.10     26.50

10/13/03
      MRE Review of e-mail from M. Berkin regarding
          new CEO                                    0.10     27.50

10/14/03
      MTH Reviewing correspondence from EI re
          employment contract for president and
          COO.                                       0.10     26.50

10/15/03
      MTH Begin review of Debtors Motion to enter
          into employment agreement with President
          and COO.                                   0.30     79.50

10/16/03
      MTH Reviewing correspondence from M. Berkin
          re employment contract for Festa (.1) and
          response to same (.1)                      0.20     53.00

10/17/03
      MTH Continue review of Motion re President
          and COO Candidate.                         0.50    132.50

10/23/03
      MTH telephone conference with M. Berkin re
          COO retention motion.                      0.10     26.50

```
                                                     Page: 2
     W.R. Grace                                    10/31/2003
                                       ACCOUNT NO: 3000-08D
                                       STATEMENT NO:      28

     Employee Benefits/Pension




                                            HOURS
10/30/03
     MTH telephone conference with M. Berkin re
         COO Motion.                        0.20     53.00

10/31/03
     MTH Reviewing correspondence from M. Berkin
         and memo related to the Debtors Motion re
         President and COO employment agreement
         (.3) and Correspondence to PVNL re same
         (.1)                               0.40    106.00
                                            ----    ------
         FOR CURRENT SERVICES RENDERED      2.00    531.00
                      RECAPITULATION
     TIMEKEEPER              HOURS HOURLY RATE      TOTAL
     Mark T. Hurford         1.90    $265.00     $503.50
     Marla R. Eskin          0.10     275.00       27.50


     TOTAL CURRENT WORK                           531.00



10/30/03 Payment - Thank you.  (January, 2003 - 20%)       -213.50
10/30/03 Payment - Thank you.  (February, 2003 - 20%)      -205.60
10/30/03 Payment - Thank you.  (June, 2003 - 80%)        -1,241.60
10/30/03 Payment - Thank you.  (July, 2003 - 80%)        -2,082.00
                                                         ---------
         TOTAL PAYMENTS                                 -3,742.70

         BALANCE DUE                                      $445.90
                                                         =======
```

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                                      10/31/2003
Wilmington  DE                              ACCOUNT NO: 3000-10D
                                            STATEMENT NO:     29


Employment Applications, Others



PREVIOUS BALANCE                                      $3,136.80



                                                  HOURS
10/01/03
      MTH Correspondence to F. Holden re
          application to retain Orrick as counsel
          to Retiree Comm.                         0.30      79.50

10/03/03
      MTH Reviewing Debtors' Application to Retain
          Protiviti LLP                            0.30      79.50

10/13/03
      MRE Review of UST objection to retention of
          Protiviti                                0.10      27.50
      MRE Review of e-mail from F. Perch regarding
          Protiviit retention                      0.10      27.50

10/14/03
      MRE Review of e-mail from MTH regarding
          employment of CEO                        0.10      27.50

10/21/03
      MTH Review of Supplement to Debtors'
          Application to Retain State Street to act
          as Investment Manager and Fiduciary.    0.40     106.00
                                                  ----    ------
          FOR CURRENT SERVICES RENDERED            1.30     347.50

                         RECAPITULATION
      TIMEKEEPER                  HOURS HOURLY RATE       TOTAL
      Mark T. Hurford              1.00    $265.00    $265.00
      Marla R. Eskin               0.30     275.00      82.50

```
                                                     Page: 2
     W.R. Grace                                 10/31/2003
                                       ACCOUNT NO: 3000-10D
                                       STATEMENT NO:      29

     Employment Applications, Others




          TOTAL CURRENT WORK                            347.50



10/30/03 Payment - Thank you.  (January, 2003 - 20%)     -86.30
10/30/03 Payment - Thank you.  (March, 2003 - 20%)       -49.20
10/30/03 Payment - Thank you.  (May, 2003 - 80%)        -394.00
                                                        -------
          TOTAL PAYMENTS                                -529.50

          BALANCE DUE                               $2,954.80
                                                    =========
```

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1

W.R. Grace                                              10/31/2003
Wilmington  DE                              ACCOUNT NO: 3000-11D
                                            STATEMENT NO:      27

Expenses

PREVIOUS BALANCE                                     $4,662.83

| Date | Description | Amount |
|---|---|---|
| 10/06/03 | Federal Express to Marcia M. Waldron, Clerk, U.S. Court of Appeals on 9/26/03 | 9.78 |
| 10/07/03 | FAX to Peter Lockwood - Daily Memo | 5.00 |
| 10/07/03 | FAX to Robert Spohn - Daily Memo | 5.00 |
| 10/07/03 | FAX to Andrew Katznelson - Daily Memo | 5.00 |
| 10/07/03 | Postage - Letter to John Cunningham enclosing stamped copy of 3rd Circuit letter | 0.60 |
| 10/09/03 | Ikon Office Solutions- Photocopying, Envelopes, Postage, Hand Deliveries on 10/8/03 (LTC August fee application ) | 86.61 |
| 10/16/03 | AT&T Long Distance Phone Calls | 4.54 |
| 10/16/03 | FAX to Peter Lockwood - Daily Memo - 7 pages | 7.00 |
| 10/16/03 | FAX to Robert Spohn - Daily Memo - 7 pages | 7.00 |
| 10/16/03 | FAX to Andrew Katznelson - Daily Memo - 7 pages | 7.00 |
| 10/21/03 | Postage - C&L, LAS, C&D Aug. CNO's - 3 @ .83 | 2.49 |
| 10/22/03 | Ikon Office Solutions- Photocopying, Envelopes, Postage, Hand Deliveries on 10/21/03 (C&D and C&L August CNO's) | 70.56 |
| 10/27/03 | FAX to Peter Lockwood - Daily Memo - 5 pages | 5.00 |
| 10/27/03 | FAX to Robert Spohn - Daily Memo - 5 pages | 5.00 |
| 10/27/03 | FAX to Andrew Katznelson - Daily Memo - 5 pages | 5.00 |
| 10/27/03 | FAX to Peter Lockwood - Adversary Memorandum - 3 pages | 3.00 |
| 10/28/03 | Ikon Office Solutions - Photocopying, Envelopes, Hand Deliveries, Postage (C&D and C&L Sept. Fee Application) | 195.65 |
| 10/31/03 | Pacer Charges for the Month of September | 59.22 |
| 10/31/03 | Photocopying - 2 copies 5 pages (memo re: Sealed Air settlement) | 1.00 |
|  |  | ------ |
|  | TOTAL EXPENSES | 484.45 |

```
                                                    Page: 2
W.R. Grace                                        10/31/2003
                                   ACCOUNT NO: 3000-11D
                                   STATEMENT NO:       27
Expenses




      TOTAL CURRENT WORK                             484.45


10/30/03 Payment - Thank you.  (May, 2003 - 100%)         -817.21
10/30/03 Payment - Thank you.  (June, 2003 - 100%)        -866.13
10/30/03 Payment - Thank you.  (July, 2003 - 100%)        -425.69
                                                     ---------
      TOTAL PAYMENTS                               -2,109.03

      BALANCE DUE                                  $3,038.25
                                                   =========
```

```
         Any payments received after the statement date will be
         applied to next month's statement.  Please note your
         account number on your payment.  Thank you.
```

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                      Page: 1
W.R. Grace                                         10/31/2003
Wilmington  DE                          ACCOUNT NO: 3000-12D
                                        STATEMENT NO:      27


Fee Applications, Applicant



     PREVIOUS BALANCE                               $5,864.70



                                        HOURS
10/16/03
     MTH Reviewing pre-bill.                 1.40    371.00

10/21/03
     LMP Searched case docket for Objections to
         C&L Aug Fee Application (.1); Prepared
         CNO for filing (.2); E-filing and service
         of CNO (.2)                         0.50     47.50
     AFM Review and sign CNO for Campbell & Levine
         (Monthly - August)                  0.20     40.00

10/22/03
     MRE Review and revisions to pre-bill    0.50    137.50
     MRE Meeting with MTH and M. Landis regarding
         pre-bill                            0.20     55.00

10/28/03
     LMP Review email from D. Seitz re: Campbell &
         Levine's September Billing statement
         (.1); Drafted C&L Sept Fee Application
         (.5)                                0.60     57.00

10/29/03
     LMP Electronic filing and service of Campbell
         & Levine's September Monthly Application
         for Compensation                    0.30     28.50
     AFM Review and sign fee application for
         Campbell & Levine (Monthly - September) 0.30  60.00
                                             ----   ------
         FOR CURRENT SERVICES RENDERED       4.00    796.50

```
                                                           Page: 2
        W.R. Grace                                    10/31/2003
                                           ACCOUNT NO: 3000-12D
                                           STATEMENT NO:      27

        Fee Applications, Applicant
```

```
                        RECAPITULATION
        TIMEKEEPER                     HOURS HOURLY RATE      TOTAL
        Aileen F. Maguire               0.50    $200.00   $100.00
        Mark T. Hurford                 1.40     265.00    371.00
        Marla R. Eskin                  0.70     275.00    192.50
        Lauren M. Przybylek             1.40      95.00    133.00


           TOTAL CURRENT WORK                              796.50


10/30/03 Payment - Thank you.  (January, 2003 - 20%)      -387.00
10/30/03 Payment - Thank you.  (February, 2003 - 20%)     -224.90
10/30/03 Payment - Thank you.  (March, 2003 - 20%)        -262.70
10/30/03 Payment - Thank you.  (May, 2003 - 80%)          -582.40
10/30/03 Payment - Thank you.  (June, 2003 - 80%)         -654.00
10/30/03 Payment - Thank you.  (July, 2003 - 80%)         -393.20
                                                         ---------
           TOTAL PAYMENTS                               -2,504.20

           BALANCE DUE                                  $4,157.00
                                                         =========
```

```
        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.
```

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                                      10/31/2003
Wilmington   DE                              ACCOUNT NO: 3000-13D
                                             STATEMENT NO:      14


Fee Applications, Others




PREVIOUS BALANCE                                      $10,138.10



                                              HOURS
10/01/03
     MRE Meeting with MTH regarding fee
         applications                          0.10      27.50
     LMP Reviewed August Monthly Fee Application
         of FTI Policano & Manzo (.1); Updated Wr
         Grace Weekly Recommendation Memo (.1)  0.20      19.00
     LMP Reviewed August Monthly Fee Application
         of Stroock & Stroock & Lavan(.1); Updated
         Wr Grace Weekly Recommendation Memo (.1)  0.20   19.00
     MTH Meeting with MRE re: fee applications  0.10      26.50

10/02/03
     MTH Reviewing Order entered re Quarterly Fee
         Applications.                          0.10      26.50

10/06/03
     LMP Reviewed August Fee Application of Reed
         Smith (.1); Updated Wr Grace Weekly
         Recommendation Memo (.1)               0.20      19.00
     LMP Reviewed August Fee Application of Kramer
         Levin Naftalis & Frankel (.1); Updated Wr
         Grace Weekly Recommendation Memo (.1)  0.20      19.00
     LMP Reviewed August Fee Application of Holme
         Roberts & Owen (.1); Updated Wr Grace
         Weekly Recommendation Memo (.1)        0.20      19.00
     LMP Reviewed April through June Interim Fee
         Application of Bankruptcy Management
         Corporation(.1); Updated Wr Grace Weekly
         Recommendation Memo (.1)               0.20      19.00
     LMP Reviewed June Fee Application of
         Bankruptcy Management Corporation(.1);
         Updated Wr Grace Weekly Recommendation

```
                                                           Page: 2
W.R. Grace                                              10/31/2003
                                          ACCOUNT NO: 3000-13D
                                          STATEMENT NO:       14

Fee Applications, Others


                                             HOURS
          Memo (.1)                           0.20      19.00
     LMP Reviewed the August Fee Application of
          Kirkland & Ellis (.1); Updated Wr Grace
          Weekly Recommendation Memo (.1)      0.20      19.00
     LMP Reviewed Ferry, Joseph & Pearce August
          Fee Application (.1); Updated Wr Grace
          Weekly Recommendation Memo (.1)      0.20      19.00


10/07/03
     LMP Reviewed Bilzin Sumberg Baena Price &
          Axelrod's August Monthly Fee Application
          (.1); Updated WR Grace Weekly
          Recommendation Memo (.1)             0.20      19.00
     LMP Reviewed (02-2210) August Monthly Fee
          Application of Kirkland & Ellis (.1);
          Updated WR Grace Weekly Recommendation
          Memo (.1)                            0.20      19.00
     LMP Reviewed (02-2210) August Monthly Fee
          Application of Ferry, Joseph & Pearce
          (.1); Updated WR Grace Weekly
          Recommendation Memo (.1)             0.20      19.00


10/08/03
     LMP Review email from D. Collins re: LTC
          August 2003 Fee Application (.1);
          Prepared Application for filing (.2);
          Electronic filing and service of
          Application (.2)                     0.50      47.50
     AFM Review and sign fee application for L.
          Tersigni (Monthly - August)          0.30      60.00


10/09/03
     LMP Reviewed September Monthly Fee
          Application of WHS & Associates (.1);
          Updated WR Grace Weekly Recommendation
          Memo (.1)                            0.20      19.00
     MRE Drafting e-mail to AFM and LMP regarding
          W. Smith fee application              0.10      27.50


10/10/03
     LMP Review Lukins & Annis July Fee
          Application (.1); Update WR Grace Weekly
          Recommendation Memo (.1)             0.20      19.00
```

```
                                                              Page: 3
       W.R. Grace                                          10/31/2003
                                             ACCOUNT NO: 3000-13D
                                             STATEMENT NO:      14

       Fee Applications, Others




                                             HOURS
10/13/03
       MRE Drafting e-mail to R. Tobin regarding
           professional fees                              0.10     27.50

10/14/03
       LMP Review Bilzin Sumberg Baena Price &
           Axelrod August Fee Application for
           02-2210 (.1); Update Wr Grace Weekly
           Recommendation Memo (.1)                       0.20     19.00
       LMP Review June through August Monthly Fee
           Application for W.D. Hilton Jr. in
           02-2210 (.1); Update Grace Weekly
           Recommendation Memo (.1)                       0.20     19.00
       LMP Email to P.I. Committee members regarding
           deadline to file Expense Reimburse
           Application                                    0.20     19.00

10/15/03
       MTH Reviewing correspondence from LMP re
           committee expenses.                            0.10     26.50

10/20/03
       MTH Reviewing Statement of Amounts Paid to
           Ordinary Course Professionals (.2) and
           Correspondence to MRE re same (.1),
           review two Orders re ordinary course
           professionals (.2)                             0.50    132.50
       MRE E-mails with MTH regarding ordinary
           course professionals                           0.10     27.50

10/21/03
       LMP Searched case docket for Objections to
           C&D August Fee Application (.1); Prepared
           CNO for filing (.2); E-filing and service
           of CNO (.2)                                    0.50     47.50
       LMP Searched case docket for Objections to
           LAS Aug Fee Application (.1); Prepared
           CNO for filing (.2); E-filing and service
           of CNO (.2)                                    0.50     47.50
       AFM Review and sign CNO for Caplin & Drysdale
           (Monthly - August)                             0.20     40.00
       AFM Review and sign CNO for LAS (Monthly -
           August)                                        0.20     40.00
```

```
                                                   Page: 4
W.R. Grace                                       10/31/2003
                                    ACCOUNT NO: 3000-13D
                                    STATEMENT NO:      14

Fee Applications, Others




                                           HOURS
10/22/03
     LMP Review September Fee Application of Duane
         Morris (.1); Updated Wr Grace Weekly
         Recommendation Memo (.1)                  0.20      19.00
     LMP Review August Fee Application of Woodcock
         Washburn (.1); Update Wr Grace Weekly
         Recommendation Memo (.1)                  0.20      19.00
     LMP Review September Fee Application of
         Carella, Bryne, Bain, Gilfillan, Cecchi,
         Stewart & Olstein (.1); Update Wr Grace
         Weekly Recommendation Memo (.1)           0.20      19.00
     LMP Review July Fee Application of Pitney,
         Hardin, Kipp & Szuch (.1); Update Wr
         Grace Weekly Recommendation Memo (.1)     0.20      19.00

10/23/03
     LMP Review August Fee Application of
         PricewaterhouseCoopers (.1); Update Wr
         Grace Weekly Recommendation Memo (.1)     0.20      19.00

10/24/03
     LMP Review Richardson Patrick Westbnook &
         Brickman August Monthly Fee Application
         (.1); Update Wr Grace Weekly
         Recommendation Memo (.1)                  0.20      19.00

10/28/03
     LMP Review September Fee Application of
         Bilzin Sumberg Baena Price & Axelrod
         (.1); Update Wr Grace Weekly
         Recommendation Memo (.1)                  0.20      19.00
     LMP Review August Fee Application of PSZYJ&W
         (.1); Update Wr Grace Weekly
         Recommendation Memo (.1)                  0.20      19.00
     LMP Review Holme Roberts & Owens September
         Monthly Fee Application (.1); Update Wr
         Grace Weekly Recommendation Memo (.1)     0.20      19.00

10/29/03
     LMP Review email from A. Katznelson re C&D
         September billing (.1); Prepared Caplin's
         September Fee Application for filing
         (.3); Electronic filing and service of
         Application (.2)                          0.60      57.00
     AFM Review and sign fee application for
```

```
                                               Page: 5
      W.R. Grace                              10/31/2003
                                   ACCOUNT NO: 3000-13D
                                   STATEMENT NO:      14

      Fee Applications, Others
```

```
                                          HOURS
         Caplin & Drysdale (Monthly - September)   0.30    60.00

10/31/03
     LMP Review September Fee Application of FTI
         Policano & Manzo (.1); Update Wr Grace
         Weekly Recommendation Memo (.1)            0.20    19.00
     LMP Review September Fee Application of Klett
         Rooney Lieber & Schorling (.1); Update Wr
         Grace Weekly Recommendation Memo (.1)      0.20    19.00
     LMP Review September Fee Application of Reed
         Smith LLP (.1); Update Wr Grace Weekly
         Recommendation Memo (.1)                   0.20    19.00
     LMP Review September Fee Application of
         Stroock & Stroock & Lavan (.1); Update Wr
         Grace Weekly Recommendation Memo (.1)      0.20    19.00
                                                   -----  --------
         FOR CURRENT SERVICES RENDERED             10.30  1,291.50

                       RECAPITULATION
      TIMEKEEPER                   HOURS HOURLY RATE     TOTAL
      Aileen F. Maguire             1.00    $200.00    $200.00
      Mark T. Hurford               0.80     265.00     212.00
      Marla R. Eskin                0.40     275.00     110.00
      Lauren M. Przybylek           8.10      95.00     769.50


         TOTAL CURRENT WORK                         1,291.50



10/30/03 Payment - Thank you.  (January, 2003 - 20%)      -480.60
10/30/03 Payment - Thank you.  (February, 2003 - 20%)     -868.90
10/30/03 Payment - Thank you.  (March, 2003 - 20%)        -638.70
10/30/03 Payment - Thank you.  (May, 2003 - 80%)        -1,373.60
10/30/03 Payment - Thank you.  (June, 2003 - 80%)       -1,389.20
10/30/03 Payment - Thank you.  (July, 2003 - 80%)       -1,174.40
                                                        ---------
         TOTAL PAYMENTS                                 -5,925.40

         BALANCE DUE                                    $5,504.20
                                                        =========

      Any payments received after the statement date will be
      applied to next month's statement.  Please note your
      account number on your payment.  Thank you.
```

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                        Page: 1
W.R. Grace                                          10/31/2003
Wilmington  DE                        ACCOUNT NO: 3000-14D
                                      STATEMENT NO:      27


Financing



        PREVIOUS BALANCE                              $202.90



10/30/03 Payment - Thank you.  (February, 2003 - 20%)    -128.70
10/30/03 Payment - Thank you.  (March, 2003 - 20%)        -74.20
                                                        -------
        TOTAL PAYMENTS                                  -202.90

        BALANCE DUE                                       $0.00
                                                        =====



        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                        Page: 1
W.R. Grace                                          10/31/2003
Wilmington  DE                          ACCOUNT NO: 3000-15D
                                        STATEMENT NO:      29


Hearings



        PREVIOUS BALANCE                           $9,226.35



                                             HOURS
10/21/03
     MRE Review of e-mail from MTH to PNVL
         regarding hearing                    0.10    27.50
     MRE Review of e-mail from PNVL regarding
         hearing                              0.10    27.50
     MTH Reviewing Agenda for October Hearing
         (.2); reviewing and revising memorandum
         re matters scheduled to go forward at
         October hearing (.3); Correspondence to
         PVNL re same (.1).                   0.60   159.00

10/22/03
     MRE Review of agenda                     0.10    27.50

10/24/03
     MTH Prepare for hearing                  0.30    79.50
     DEM Preparation of attorney binder for
         omnibus hearing                      0.80    76.00
     MAL Preparation of draft Hearing Memo    0.50    47.50

10/27/03
     MTH Attending hearing.                   1.50   397.50

10/29/03
     PEM Review 10/27 omnibus hearing memo    0.10    29.00

10/30/03
     DAC Review memo re: 10/30 hearing        0.30   105.00
                                              ----   ------
        FOR CURRENT SERVICES RENDERED         4.40   976.00

```
                                                        Page:  2
        W.R. Grace                                    10/31/2003
                                         ACCOUNT NO: 3000-15D
                                         STATEMENT NO:        29

        Hearings




                        RECAPITULATION
        TIMEKEEPER                    HOURS HOURLY RATE       TOTAL
        Douglas A. Campbell           0.30    $350.00     $105.00
        Philip E. Milch               0.10     290.00       29.00
        Mark T. Hurford               2.40     265.00      636.00
        Marla R. Eskin                0.30     275.00       82.50
        Margaret A. Landis            0.50      95.00       47.50
        Diane E. Massey               0.80      95.00       76.00


        TOTAL CURRENT WORK                                  976.00



10/30/03 Payment - Thank you.  (January, 2003 - 20%)       -572.40
10/30/03 Payment - Thank you.  (February, 2003 - 20%)      -100.20
10/30/03 Payment - Thank you.  (March, 2003 - 20%)         -156.70
10/30/03 Payment - Thank you.  (May, 2003 - 80%)         -1,323.60
10/30/03 Payment - Thank you.  (June, 2003 - 80%)          -378.40
10/30/03 Payment - Thank you.  (July, 2003 - 80%)          -552.80
                                                         ---------
        TOTAL PAYMENTS                                   -3,084.10

        BALANCE DUE                                      $7,118.25
                                                         =========
```

```
        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.
```

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                                10/31/2003
Wilmington  DE                            ACCOUNT NO: 3000-16D
                                          STATEMENT NO:      14


Litigation and Litigation Consulting


PREVIOUS BALANCE                                        $839.70


                                              HOURS
10/01/03
     MTH Reviewing Amended Stipulation re National
         Union Motions for Summary Judgment.         0.20      53.00
     MTH Reviewing Smolker's Opposition to
         Debtors' Motion for Modification of PI to
         permit certain third party appeals to
         proceed.                                    0.20      53.00

10/07/03
     MTH telephone conference with C. Lane re
         KWELMB Insurance Settlement Motion and
         other insurance related issues.             0.80     212.00
     MTH Reviewing substitution of counsel re
         Grace v. Chakarian adversary.               0.10      26.50

10/08/03
     MTH Reviewing and analyzing Motion for
         Approval of KWELMB Settlement.              1.20     318.00

10/09/03
     MTH telephone conference with Allyn Danzeisen
         re KWELMB settlement motion.                0.10      26.50
     MRE Meeting with MTH regarding KWELM motion     0.10      27.50
     MRE Additional meeting with MTH regarding
         KWELM                                       0.10      27.50
     MRE Additional meeting with MTH regarding
         KWELM                                       0.20      55.00
     MRE Review of KWELM motion                      0.20      55.00
     MTH telephone conference with PVNL (x2) re
         KWELMB Settlement Motion.                   0.40     106.00
     MTH telephone conference with A. Danzeisen
         (Follow up) re KWELM Settlement Motion.     0.30      79.50

```
                                                            Page: 2
W.R. Grace                                                10/31/2003
                                          ACCOUNT NO: 3000-16D
                                          STATEMENT NO:      14
Litigation and Litigation Consulting
```

```
                                                  HOURS
    MTH Additional review to and analyzing of
        Debtors' Motion for Approval of
        Settlement with KWELMB (1.3) and begin
        preparing memorandum to PVNL re same
        (1.0) and meetings (x3) with MRE re: same
        (.4)                                       2.70    715.50

10/10/03
    MTH telephone conference with C. Lane re
        KWELMB Motion.                             0.10     26.50

10/14/03
    MRE Review of KWELM order                      0.10     27.50

10/15/03
    MTH Reviewing Lloyd's Objection to Grace's
        filing of KWELMB Motion.                   0.10     26.50

10/21/03
    MTH reviewing Smolker's opposition to Debtors
        Motion for modification of the
        preliminary injunction to permit third
        party appeals to proceed.                  0.20     53.00
    MTH Reviewing COC re proposed Order re
        Montana Vermiculite Motion.                0.10     26.50

10/30/03
    MTH Reviewing correspondence from EI re
        Sealed Air settlement and memorandum
        regarding same.                            0.40    106.00
    DAC Review memo re: Sealed Air agreement       0.40    140.00

10/31/03
    PEM Review memo re: Sealed Air stlmnt          0.20     58.00
                                                   ----   --------
        FOR CURRENT SERVICES RENDERED              8.20  2,219.00

                          RECAPITULATION
    TIMEKEEPER                    HOURS HOURLY RATE       TOTAL
    Douglas A. Campbell            0.40    $350.00     $140.00
    Philip E. Milch                0.20     290.00       58.00
    Mark T. Hurford                6.90     265.00    1,828.50
    Marla R. Eskin                 0.70     275.00      192.50
```

```
                                                    Page: 3
W.R. Grace                                         10/31/2003
                                          ACCOUNT NO: 3000-16D
                                          STATEMENT NO:      14
Litigation and Litigation Consulting
```

```
     TOTAL CURRENT WORK                          2,219.00


10/30/03 Payment - Thank you.  (January, 2003 - 20%)      -55.00
10/30/03 Payment - Thank you.  (February, 2003 - 20%)     -35.60
10/30/03 Payment - Thank you.  (June, 2003 - 80%)      -1,288.80
10/30/03 Payment - Thank you.  (July, 2003 - 80%)        -151.20
                                                     ---------
     TOTAL PAYMENTS                              -1,530.60

     BALANCE DUE                                  $1,528.10
                                                 =========
```

```
     Any payments received after the statement date will be
     applied to next month's statement.  Please note your
     account number on your payment.  Thank you.
```

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                      Page: 1
W.R. Grace                                          10/31/2003
Wilmington  DE                      ACCOUNT NO: 3000-17D
                                    STATEMENT NO:      14

Plan and Disclosure Statement




     PREVIOUS BALANCE                            $3,292.20




10/30/03 Payment - Thank you.  (January, 2003 - 20%)      -174.40
10/30/03 Payment - Thank you.  (February, 2003 - 20%)      -34.70
10/30/03 Payment - Thank you.  (March, 2003 - 20%)         -11.60
10/30/03 Payment - Thank you.  (July, 2003 - 80%)         -234.80
                                                          -------
     TOTAL PAYMENTS                                       -455.50

     BALANCE DUE                                        $2,836.70
                                                        =========


          Any payments received after the statement date will be
          applied to next month's statement.  Please note your
          account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1
W.R. Grace                                          10/31/2003
Wilmington  DE                          ACCOUNT NO: 3000-18D
                                        STATEMENT NO:     14

Relief from Stay Proceedings


PREVIOUS BALANCE                                      $994.40


                                           HOURS
10/03/03
    MTH Reviewing Oldcastle APG's Motion for Stay
        Relief (and conversation with KJC re
        same)                                 0.40    106.00

10/22/03
    MRE Review of e-mail from D. Simpson
        regarding USA motion to lift stay     0.10     27.50
                                              ----    ------
        FOR CURRENT SERVICES RENDERED         0.50    133.50

                        RECAPITULATION
    TIMEKEEPER                     HOURS HOURLY RATE      TOTAL
    Mark T. Hurford                 0.40    $265.00   $106.00
    Marla R. Eskin                  0.10     275.00     27.50


    TOTAL CURRENT WORK                                  133.50


10/30/03 Payment - Thank you.  (May, 2003 - 80%)        -384.00
10/30/03 Payment - Thank you.  (June, 2003 - 80%)       -106.80
10/30/03 Payment - Thank you.  (July, 2003 - 80%)       -424.00
                                                        -------
        TOTAL PAYMENTS                                  -914.80

        BALANCE DUE                                    $213.10
                                                       =======

Page: 2
W.R. Grace                                          10/31/2003

```
                                          ACCOUNT NO: 3000-18D
                                          STATEMENT NO:        14
Relief from Stay Proceedings
```

```
Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.
```

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                     Page: 1
W.R. Grace                                         10/31/2003
Wilmington  DE                        ACCOUNT NO: 3000-19D
                                      STATEMENT NO:       4


Tax Issues




        PREVIOUS BALANCE                             $228.00



                                          HOURS
10/01/03
     MRE Review of e-mail from PVNL regarding tax
         motions                           0.10      27.50
     MTH Correspondence to PVNL re New York Tax
         Motion and Florida Tax Motion (.2) and
         response to same (.1)             0.30      79.50

10/03/03
     MTH Discussion with KJC re Fresenius and
         Florida Tax Motions.              0.10      26.50
     KJC Discussion with MTH re: Fresenius and
         Florida Tax Motions               0.10      15.00
                                           ----     ------
        FOR CURRENT SERVICES RENDERED      0.60     148.50

                    RECAPITULATION
     TIMEKEEPER                   HOURS HOURLY RATE     TOTAL
     Mark T. Hurford               0.40   $265.00   $106.00
     Marla R. Eskin                0.10    275.00     27.50
     Kathleen J. Campbell          0.10    150.00     15.00


        TOTAL CURRENT WORK                           148.50


10/30/03 Payment - Thank you.  (July, 2003 - 80%)    -65.20


        BALANCE DUE                                  $311.30
                                                     =======

                                                      Page: 2
W.R. Grace                                       10/31/2003
                                    ACCOUNT NO: 3000-19D
                                    STATEMENT NO:        4

Tax Issues

     Any payments received after the statement date will be
     applied to next month's statement.  Please note your
     account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                        Page: 1
W.R. Grace                                          10/31/2003
Wilmington  DE                          ACCOUNT NO: 3000-20D
                                        STATEMENT NO:      13


Tax Litigation



    PREVIOUS BALANCE                                $468.80


    BALANCE DUE                                     $468.80
                                                    =======




Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                        Page: 1
W.R. Grace                                            10/31/2003
Wilmington  DE                        ACCOUNT NO: 3000-21D
                                      STATEMENT NO:      10


Travel-Non-Working




    PREVIOUS BALANCE                                    $52.20



10/30/03 Payment - Thank you.  (January, 2003 - 20%)       -52.20


    BALANCE DUE                                         $0.00
                                                        =====


                Any payments received after the statement date will be
                applied to next month's statement.  Please note your
                account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1
W.R. Grace                                          10/31/2003
Wilmington  DE                     ACCOUNT NO: 3000-22D
                                   STATEMENT NO:     18

Valuation

PREVIOUS BALANCE                                    $1,226.50

                                        HOURS
10/10/03
    DAC Review valuation by Tersigni               0.30    105.00

10/13/03
    MTH Reviewing correspondence from EI with LTC
        Enterprise Evaluation.                     0.40    106.00
    PEM Review Enterprise valuation report for
        committee                                  0.40    116.00
                                                   ----    ------
        FOR CURRENT SERVICES RENDERED              1.10    327.00

                    RECAPITULATION
    TIMEKEEPER                    HOURS HOURLY RATE     TOTAL
    Douglas A. Campbell           0.30    $350.00    $105.00
    Philip E. Milch               0.40     290.00     116.00
    Mark T. Hurford               0.40     265.00     106.00

    TOTAL CURRENT WORK                                 327.00

10/30/03 Payment - Thank you.  (February, 2003 - 20%)      -41.50

    BALANCE DUE                                    $1,512.00
                                                   =========

    Any payments received after the statement date will be
    applied to next month's statement.  Please note your
    account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                          10/31/2003
Wilmington  DE                        ACCOUNT NO: 3000-23D
                                      STATEMENT NO:       18


ZAI Science Trial



PREVIOUS BALANCE                              $3,505.20



10/30/03 Payment - Thank you.  (February, 2003 - 20%)        -15.90
10/30/03 Payment - Thank you.  (June, 2003 - 80%)           -298.40
10/30/03 Payment - Thank you.  (July, 2003 - 80%)         -1,050.00
                                                          ---------
         TOTAL PAYMENTS                                   -1,364.30

         BALANCE DUE                                      $2,140.90
                                                          =========


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                        Page: 1
W.R. Grace                                              10/31/2003
Wilmington  DE                       ACCOUNT NO     3000D


| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-00 Costs and Expenses | | | | | |
| -542.81 | 0.00 | 0.00 | 0.00 | 0.00 | -$542.81 |
| 3000-01 Asset Analysis and Recovery | | | | | |
| 2,174.20 | 0.00 | 0.00 | 0.00 | -1,106.00 | $1,068.20 |
| 3000-02 Asset Disposition | | | | | |
| 1,354.20 | 0.00 | 0.00 | 0.00 | -977.20 | $377.00 |
| 3000-03 Business Operations | | | | | |
| 438.20 | 0.00 | 0.00 | 0.00 | -317.70 | $120.50 |
| 3000-04 Case Administration | | | | | |
| 2,065.20 | 316.50 | 0.00 | 0.00 | -885.90 | $1,495.80 |
| 3000-05 Claims Analysis Objection & Resolution (Asbestos) | | | | | |
| 3,549.70 | 0.00 | 0.00 | 0.00 | -524.20 | $3,025.50 |
| 3000-06 Claims Analysis Objection & Resol. (Non-Asbestos) | | | | | |
| 1,725.30 | 239.50 | 0.00 | 0.00 | -1,134.50 | $830.30 |
| 3000-07 Committee, Creditors, Noteholders, Equity Holders | | | | | |
| 27,320.60 | 7,022.00 | 4.00 | 0.00 | -14,728.20 | $19,618.40 |
| 3000-08 Employee Benefits/Pension | | | | | |
| 3,657.60 | 531.00 | 0.00 | 0.00 | -3,742.70 | $445.90 |
| 3000-10 Employment Applications, Others | | | | | |
| 3,136.80 | 347.50 | 0.00 | 0.00 | -529.50 | $2,954.80 |
| 3000-11 Expenses | | | | | |
| 4,662.83 | 0.00 | 484.45 | 0.00 | -2,109.03 | $3,038.25 |
| 3000-12 Fee Applications, Applicant | | | | | |
| 5,864.70 | 796.50 | 0.00 | 0.00 | -2,504.20 | $4,157.00 |

W.R. Grace

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-13 Fee Applications, Others | | | | | |
| 10,138.10 | 1,291.50 | 0.00 | 0.00 | -5,925.40 | $5,504.20 |
| 3000-14 Financing | | | | | |
| 202.90 | 0.00 | 0.00 | 0.00 | -202.90 | $0.00 |
| 3000-15 Hearings | | | | | |
| 9,226.35 | 976.00 | 0.00 | 0.00 | -3,084.10 | $7,118.25 |
| 3000-16 Litigation and Litigation Consulting | | | | | |
| 839.70 | 2,219.00 | 0.00 | 0.00 | -1,530.60 | $1,528.10 |
| 3000-17 Plan and Disclosure Statement | | | | | |
| 3,292.20 | 0.00 | 0.00 | 0.00 | -455.50 | $2,836.70 |
| 3000-18 Relief from Stay Proceedings | | | | | |
| 994.40 | 133.50 | 0.00 | 0.00 | -914.80 | $213.10 |
| 3000-19 Tax Issues | | | | | |
| 228.00 | 148.50 | 0.00 | 0.00 | -65.20 | $311.30 |
| 3000-20 Tax Litigation | | | | | |
| 468.80 | 0.00 | 0.00 | 0.00 | 0.00 | $468.80 |
| 3000-21 Travel-Non-Working | | | | | |
| 52.20 | 0.00 | 0.00 | 0.00 | -52.20 | $0.00 |
| 3000-22 Valuation | | | | | |
| 1,226.50 | 327.00 | 0.00 | 0.00 | -41.50 | $1,512.00 |
| 3000-23 ZAI Science Trial | | | | | |
| 3,505.20 | 0.00 | 0.00 | 0.00 | -1,364.30 | $2,140.90 |
| --------- | --------- | ------ | ---- | ---------- | ---------- |
| 85,580.87 | 14,348.50 | 488.45 | 0.00 | -42,195.63 | $58,222.19 |
| | | | | | ========== |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.