Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                              Page: 1
W.R. Grace                                    11/30/2003
Wilmington  DE                    ACCOUNT NO: 3000-00D
                                  STATEMENT NO:      26

Costs and Expenses



       PREVIOUS BALANCE                        -$542.81


       CREDIT BALANCE                          -$542.81
                                              =========


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1
W.R. Grace                                            11/30/2003
Wilmington  DE                          ACCOUNT NO: 3000-01D
                                        STATEMENT NO:      30

Asset Analysis and Recovery

PREVIOUS BALANCE                                      $1,068.20

BALANCE DUE                                          $1,068.20
                                                    ==========

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                      Page: 1
W.R. Grace                                          11/30/2003
Wilmington  DE                        ACCOUNT NO: 3000-02D
                                      STATEMENT NO:      30


Asset Disposition




    PREVIOUS BALANCE                                  $377.00


                                          HOURS
11/03/03
    MTH Reviewing Debtors' 9th Report of Asset
        Sales.                             0.10       26.50
                                           ----       -----
    FOR CURRENT SERVICES RENDERED          0.10       26.50
                        RECAPITULATION
  TIMEKEEPER                    HOURS HOURLY RATE      TOTAL
  Mark T. Hurford                0.10    $265.00     $26.50


    TOTAL CURRENT WORK                                26.50


    BALANCE DUE                                      $403.50
                                                     =======




    Any payments received after the statement date will be
    applied to next month's statement.  Please note your
    account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                      Page: 1
W.R. Grace                                        11/30/2003
Wilmington  DE                         ACCOUNT NO: 3000-03D
                                       STATEMENT NO:      25

Business Operations



    PREVIOUS BALANCE                             $120.50


    BALANCE DUE                                  $120.50
                                                 =======



Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                        Page: 1
W.R. Grace                                            11/30/2003
Wilmington  DE                           ACCOUNT NO: 3000-04D
                                         STATEMENT NO:     30


Case Administration



PREVIOUS BALANCE                                     $1,495.80


                                         HOURS
11/04/03
     PEM Review briefly operating report for
         September                        0.80    232.00
                                          ----    ------
         FOR CURRENT SERVICES RENDERED    0.80    232.00

                     RECAPITULATION
     TIMEKEEPER               HOURS HOURLY RATE    TOTAL
     Philip E. Milch           0.80   $290.00    $232.00


     TOTAL CURRENT WORK                             232.00


     BALANCE DUE                                  $1,727.80
                                                  =========



Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

                                              Page: 1
W.R. Grace                                    11/30/2003
Wilmington  DE                     ACCOUNT NO: 3000-05D
                                   STATEMENT NO:     30

Claims Analysis Objection & Resolution (Asbestos)


        PREVIOUS BALANCE                        $3,025.50


                                        HOURS
11/14/03
    MTH Review of Royal Indemnity's Motion for
        Leave to file late proof of claim.      0.30    79.50

11/20/03
    KJC Discussion with MTH re Royal Indemnity
        Company's motion to allow late filed POC   0.20    30.00
    KJC Review Royal Indemnity motion for leave
        to file late POC and research re same    1.20   180.00
    KJC Discussion with MTH re review of Royal
        motion to file late POC                  0.10    15.00
    MTH Discussion with KJC re: Royal Motion     0.10    26.50

11/21/03
    KJC Further discussion with MTH re Royal
        claim and related adversary              0.20    30.00
    MTH Discussion with KJC re: Royal Motion     0.10    26.50

11/24/03
    KJC Review of documents and research related
        to Royal Indemnity motion to file late
        POC and related adversary proceeding     1.30   195.00
    KJC Draft e-mail to MTH re analysis of Royal
        motion to file late POC                  0.20    30.00
    KJC Discussion with MTH re Royal
        Indemnification issues re motion to file
        late POC                                 0.40    60.00
    MTH Discussion with KJC re Royal's Motion to
        File Late Proof of Claim (.2); additional
        review of Royal's Motion to file late
        proof of claim (2); and review of recent
        pleadings in Montana Vermiculite action

```
                                                         Page: 2
     W.R. Grace                                       11/30/2003
                                          ACCOUNT NO: 3000-05D
                                          STATEMENT NO:      30
     Claims Analysis Objection & Resolution (Asbestos)
```

|  |  | HOURS |  |
|---|---|---|---|
| | involving Royal (.2); telephone conference with C. Lane re Debtors' position on Royal's Motion (.1) | 0.70 | 185.50 |

11/25/03

| | | HOURS | |
|---|---|---|---|
| KJC | Review e-mail from Hurford and attached draft of Debtor's objection to Royal late POC motion | 0.30 | 45.00 |
| MTH | Correspondence to J. Baer re Debtors' Objection to Royal Indemnity Motion. | 0.10 | 26.50 |
| MTH | Reviewing correspondence from J. Baer re Debtors' Objection to Royal Indemnity Motion. | 0.10 | 26.50 |

11/26/03

| | | | |
|---|---|---|---|
| MTH | Reviewing Debtors' Objection to Royal Indemnity's Motion for Leave to File a Late POC and drafting Joinder in Opposition thereto. | 1.20 | 318.00 |

```
                                             ----  --------
          FOR CURRENT SERVICES RENDERED      6.50  1,274.00

                         RECAPITULATION
     TIMEKEEPER                     HOURS HOURLY RATE      TOTAL
     Mark T. Hurford                 2.60   $265.00    $689.00
     Kathleen J. Campbell            3.90    150.00     585.00


          TOTAL CURRENT WORK                           1,274.00


          BALANCE DUE                                 $4,299.50
                                                      =========
```

```
     Any payments received after the statement date will be
     applied to next month's statement.  Please note your
     account number on your payment.  Thank you.
```

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                            11/30/2003
Wilmington  DE                          ACCOUNT NO: 3000-06D
                                        STATEMENT NO:      30


Claims Analysis Objection & Resol. (Non-Asbestos)



PREVIOUS BALANCE                                     $830.30


                                        HOURS
11/12/03
    MTH Reviewing COC re resolution of claim of
        Valeron.                             0.10     26.50
                                             ----    -----
        FOR CURRENT SERVICES RENDERED        0.10     26.50

                    RECAPITULATION
    TIMEKEEPER                   HOURS HOURLY RATE     TOTAL
    Mark T. Hurford              0.10    $265.00      $26.50


    TOTAL CURRENT WORK                                26.50


    BALANCE DUE                                      $856.80
                                                     =======




    Any payments received after the statement date will be
    applied to next month's statement.  Please note your
    account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                          Page: 1
W.R. Grace                                              11/30/2003
Wilmington  DE                         ACCOUNT NO: 3000-07D
                                       STATEMENT NO:      30

Committee, Creditors, Noteholders, Equity Holders




        PREVIOUS BALANCE                              $19,618.40



                                          HOURS
11/02/03
    PEM Review weekly recommendation memo re:
        pending motions and matters                  0.30     87.00

11/03/03
    DEM Update Attorney Binder                       0.20     19.00
    DEM Review Pleadings and electronic filing
        notices; preparation and retrieval of
        documents relating to daily memo             0.40     38.00
    MAL Organization and distribution of daily
        pleadings                                    0.20     19.00
    MTH Reviewing UST's Objection to Appointment
        of Hamlin as FR                              0.20     53.00
    MRE Review of memorandum summarizing
        pleadings filed on October 30, 2003          0.10     27.50
    MRE Review of memorandum summarizing
        pleadings filed from October 31, 2003
        through November 2, 2003                     0.10     27.50
    PEM Review daily memo re: pleadings filed        0.10     29.00
    MTH Review of memorandum summarizing
        pleadings filed from 10/31/03 through
        11/2/03.                                     0.10     26.50
    MTH Reviewing London Market Insurer's
        Objection to Application to Appoint
        Hamlin as Futures Rep.                       0.20     53.00

11/04/03
    MAL Organization and distribution of daily
        pleadings                                    0.10      9.50
    DEM Review Pleadings and electronic filing
        notices; preparation and retrieval of
        documents relating to daily memo             0.30     28.50

|     |                                                    | HOURS |       |
|-----|----------------------------------------------------|-------|-------|
| MAL | Updating Service List                              | 0.10  | 9.50  |
| DEM | Revision of Weekly Recommendation Memo             |       |       |
|     | (adding new motions and orders)                    | 0.30  | 28.50 |
| DEM | Review Pleadings and electronic filing             |       |       |
|     | notices filed in adversary proceedings;            |       |       |
|     | preparation and retrieval of documents             |       |       |
|     | relating to adversary proceeding memo              | 0.30  | 28.50 |
| MRE | Review of weekly recommendation memo               | 0.20  | 55.00 |
| MRE | Meeting with MTH regarding upcoming                |       |       |
|     | motions and deadlines                              | 0.20  | 55.00 |
| MTH | Meeting with MRE re upcoming objections            |       |       |
|     | and pending deadlines.                             | 0.20  | 53.00 |
| MRE | Review of memorandum summarizing                   |       |       |
|     | pleadings filed on November 3, 2003                | 0.10  | 27.50 |
| MTH | Review of memorandum summarizing                   |       |       |
|     | pleadings filed on 11/3/03.                        | 0.10  | 26.50 |
| MTH | Reviewing PD Comm's Response to Debtors'           |       |       |
|     | Application to Appoint Hamlin.                     | 0.10  | 26.50 |
| MTH | Reviewing Debtors' Motion to Hold Future           |       |       |
|     | Rep. Appointment in Abeyance.                      | 0.10  | 26.50 |
| MTH | Reviewing UCC's Objection to Appointment           |       |       |
|     | of Hamlin as Future Rep.                           | 0.20  | 53.00 |
| MRE | Review of Debtors' Request to Hold in              |       |       |
|     | Abeyance Application for Appointment of a          |       |       |
|     | Future's Rep                                       | 0.10  | 27.50 |

11/05/03

|     |                                                    |       |       |
|-----|----------------------------------------------------|-------|-------|
| MAL | Organization and distribution of daily             |       |       |
|     | pleadings                                          | 0.10  | 9.50  |
| DEM | Review Pleadings and electronic filing             |       |       |
|     | notices; preparation and retrieval of              |       |       |
|     | documents relating to daily memo                   | 0.30  | 28.50 |
| MRE | Review of memorandum summarizing                   |       |       |
|     | pleadings filed on November 4, 2003                | 0.10  | 27.50 |
| MTH | Review of memorandum summarizing                   |       |       |
|     | pleadings filed on 11/4/03.                        | 0.10  | 26.50 |

11/06/03

|     |                                                    |       |       |
|-----|----------------------------------------------------|-------|-------|
| DEM | Review Pleadings and electronic filing             |       |       |
|     | notices; preparation and retrieval of              |       |       |
|     | documents relating to daily memo                   | 0.30  | 28.50 |
| MRE | Meeting with DEM regarding order of Judge          |       |       |
|     | Wolin regarding recusal from cases                 | 0.10  | 27.50 |
| MAL | Organization and distribution of daily             |       |       |
|     | pleadings                                          | 0.10  | 9.50  |

W.R. Grace
Committee, Creditors, Noteholders, Equity Holders

|  |  | HOURS |  |
|---|---|---|---|
| DEM | Revision of Weekly Recommendation Memo (adding new motions and orders) | 0.20 | 19.00 |
| MRE | Review of memorandum summarizing pleadings filed on November 5, 2003 | 0.10 | 27.50 |
| MTH | Review of memorandum summarizing pleadings filed on 11/5/03. | 0.10 | 26.50 |

**11/07/03**

|  |  |  |  |
|---|---|---|---|
| DEM | Review Pleadings and electronic filing notices; preparation and retrieval of documents relating to daily memo | 0.30 | 28.50 |
| MAL | Organization and distribution of daily pleadings | 0.10 | 9.50 |
| MRE | Review of memorandum summarizing pleadings filed on November 6, 2003 | 0.10 | 27.50 |
| MTH | Correspondence to Committee re weekly recommendation memoranda. | 0.20 | 53.00 |
| DAC | Review counsel's weekly recommendation memo | 0.20 | 70.00 |
| PEM | Review weekly recommendation memo to committee re: pending motions and matters (.3); and fee memo (.1) | 0.40 | 116.00 |
| MTH | Prepare weekly recommendation memo (fee applications) | 0.30 | 79.50 |
| MTH | Prepare weekly recommendation memo (motions) | 0.70 | 185.50 |
| MTH | Review of memorandum summarizing pleadings filed on 11/6/03. | 0.10 | 26.50 |

**11/08/03**

|  |  |  |  |
|---|---|---|---|
| MRE | Drafting e-mail to AFM regarding Hamlin deposition | 0.10 | 27.50 |

**11/10/03**

|  |  |  |  |
|---|---|---|---|
| DEM | Weekly Recommendation Memo | 0.20 | 19.00 |
| DEM | Review Pleadings and electronic filing notices; preparation and retrieval of documents relating to daily memo | 0.30 | 28.50 |
| DEM | Review Pleadings and electronic filing notices filed in adversary proceedings; preparation and retrieval of documents relating to adversary proceeding memo | 0.30 | 28.50 |
| MAL | Organization and distribution of daily pleadings | 0.10 | 9.50 |
| MAL | Organization and distribution of |  |  |

Committee, Creditors, Noteholders, Equity Holders

|  |  | HOURS |  |
|---|---|---|---|
|  | adversary pleadings | 0.10 | 9.50 |
| MRE | Review of memorandum summarizing pleadings filed from NOvember 7, 2003 through November 9, 2003 | 0.10 | 27.50 |
| MTH | Reviewing correspondence from MRE to AFM re deposition of Hamlin (and Grace) and response thereto from AFM (.1); Correspondence to AFM re same (.1) and reviewing response from MRE re same (.1) | 0.30 | 79.50 |
| MTH | telephone conference with C. Lane re deposition of W.R. Grace and call to J. Baer re same. | 0.10 | 26.50 |
| PEM | Review daily memo re: pleadings filed | 0.10 | 29.00 |
| MTH | Review of memorandum summarizing pleadings filed from 11/7/03 through 11/9/03. | 0.10 | 26.50 |
| MTH | Review of memorandum summarizing adversary pleadings filed between 11/4/03 and 11/9/03. | 0.10 | 26.50 |
| MRE | Review of e-mail from AFM regarding Hamlin deposition | 0.10 | 27.50 |
| MRE | Review of e-mail from MTH regarding Hamlin deposition | 0.10 | 27.50 |

11/11/03

| | | | |
|---|---|---|---|
| MTH | telephone conference with J. Baer re deposition of Grace (.1); Correspondence to EI and PVNL re same (.2) | 0.30 | 79.50 |
| MTH | Discussion with AFM re depositions of Hamlin and Grace, her contact with counsel to the Unofficial Committee. | 0.20 | 53.00 |
| DEM | Review Pleadings and electronic filing notices; preparation and retrieval of documents relating to daily memo | 0.30 | 28.50 |
| DEM | Revision of Weekly Recommendation Memo (adding new motions and orders) | 0.10 | 9.50 |
| MAL | Organization and distribution of daily pleadings | 0.10 | 9.50 |
| MTH | Review of memorandum summarizing pleadings filed on 11/10/03. | 0.10 | 26.50 |
| AFM | Telephone Conference with J .Scoliard re: Deposition of Hamlin | 0.20 | 40.00 |
| AFM | Review Motion to Recuse Wolin | 0.50 | 100.00 |

Committee, Creditors, Noteholders, Equity Holders

                                                        HOURS
11/12/03
   DEM Review Pleadings and electronic filing
      notices; preparation and retrieval of
      documents relating to daily memo           0.30      28.50
   MAL Organization and distribution of daily
      pleadings                                   0.10       9.50
   MTH Review of memorandum summarizing
      pleadings filed on 11/11/03.                0.10      26.50

11/13/03
   DEM Revision of Weekly Recommendation Memo
      (adding new motions and orders)             0.40      38.00
   MRE Review of memorandum summarizing
      pleadings filed on November 12, 2003        0.10      27.50
   DEM Review Pleadings and electronic filing
      notices; preparation and retrieval of
      documents relating to daily memo           0.30      28.50
   MTH Reviewing correspondence from EI re
      accounting memo and report re same.         0.30      79.50
   MTH Reviewing memorandum re matters scheduled
      for hearing (.2) and Correspondence to
      PVNL re same (.1)                           0.30      79.50
   MTH Reviewing correspondence from PVNL re
      attendance at November Omnibus Hearing.     0.10      26.50
   PEM Review Grace accounting memo for
      committee                                   0.20      58.00
   MTH Review of memorandum summarizing
      pleadings filed on 11/12/03.                0.10      26.50

11/14/03
   PEM Review weekly recommendation memo to
      committee re: pending motions and matters
      (.3); fee memo (.1)                         0.40     116.00
   MAL Organization and distribution of daily
      pleadings                                   0.10       9.50
   DEM Review Pleadings and electronic filing
      notices; preparation and retrieval of
      documents relating to daily memo           0.30      28.50
   MRE Review of e-mail from AFM regarding
      Hamlin deposition                           0.10      27.50
   MRE Review of memorandum summarizing
      pleadings filed on November 13, 2002        0.10      27.50
   DEM Prepare and distribute Weekly
      Recommendation Memo to Committee (Fee
      Apps & Other Matters)                       0.30      28.50

                                                      Page: 6
W.R. Grace                                           11/30/2003
                                          ACCOUNT NO: 3000-07D
                                          STATEMENT NO:      30
Committee, Creditors, Noteholders, Equity Holders

|  |  | HOURS |  |
|---|---|---|---|
| DEM | Update Attorney Binder | 0.20 | 19.00 |
| MTH | Prepare weekly recommendation memo (fee applications). | 0.20 | 53.00 |
| MTH | Prepare weekly recommendation memo (motions) | 0.50 | 132.50 |
| MTH | Review of memorandum summarizing pleadings filed on 11/13/03. | 0.10 | 26.50 |

**11/16/03**

|  |  |  |  |
|---|---|---|---|
| PEM | Review daily memo re: pleadings filed | 0.10 | 29.00 |

**11/17/03**

|  |  |  |  |
|---|---|---|---|
| DEM | Review Pleadings and electronic filing notices; preparation and retrieval of documents relating to daily memo | 0.40 | 38.00 |
| MAL | Organization and distribution of daily pleadings | 0.20 | 19.00 |
| DAC | Review counsel's recommendation memo | 0.20 | 70.00 |
| MTH | Review of memorandum summarizing pleadings filed from 11/14/03 through 11/16/03. | 0.10 | 26.50 |

**11/18/03**

|  |  |  |  |
|---|---|---|---|
| DEM | Review Pleadings and electronic filing notices; preparation and retrieval of documents relating to daily memo | 0.30 | 28.50 |
| DEM | Review Pleadings and electronic filing notices filed in adversary proceedings; preparation and retrieval of documents relating to adversary proceeding memo | 0.30 | 28.50 |
| MAL | Organization and distribution of daily pleadings | 0.20 | 19.00 |
| MTH | Preparing report to committee re events at November Omnibus Hearing. | 1.30 | 344.50 |
| MTH | Correspondence to EI and PVNL re draft report to committee. | 0.10 | 26.50 |
| MTH | Discussion with EI re draft report to Committee. | 0.20 | 53.00 |
| MTH | Discussion with PVNL re memorandum to committee. | 0.10 | 26.50 |
| MTH | Review of memorandum summarizing pleadings filed on 11/17/03. | 0.10 | 26.50 |

**11/19/03**

|  |  |  |  |
|---|---|---|---|
| MAL | Organization and distribution of daily |  |  |

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

|  |  | HOURS |  |
|---|---|---|---|
|  | pleadings | 0.10 | 9.50 |
| DEM | Review Pleadings and electronic filing notices; preparation and retrieval of documents relating to daily memo | 0.30 | 28.50 |
| MTH | telephone conference with J. Baer re documents produced to Unofficial Committee re Hamlin Appointment. | 0.10 | 26.50 |
| DEM | Revision of Weekly Recommendation Memo (adding new motions and orders) | 0.50 | 47.50 |
| MTH | Reviewing correspondence from J. Baer re resolution of Rule 30(b)(6) depo of Grace and documents produced to unofficial committee re same. | 0.50 | 132.50 |
| MTH | Correspondence to EI, PVNL and JWD re Grace Rule 30(B)(6) depo and documents produced re same. | 0.20 | 53.00 |
| MRE | Review of memorandum summarizing pleadings filed on November 17, 2003 | 0.10 | 27.50 |
| MRE | Review of memorandum summarizing pleadings filed on November 18, 2003 | 0.10 | 27.50 |
| MTH | Review of memorandum summarizing pleadings filed on 11/18/03. | 0.10 | 26.50 |
| **11/20/03** |  |  |  |
| MTH | Reviewing correspondence from PVNL re draft memo to comm. re November Omnibus | 0.10 | 26.50 |
| DEM | Review Pleadings and electronic filing notices; preparation and retrieval of documents relating to daily memo | 0.30 | 28.50 |
| MAL | Organization and distribution of daily pleadings | 0.10 | 9.50 |
| MTH | Review of memorandum summarizing pleadings filed on 11/19/03. | 0.10 | 26.50 |
| MK | Attention to document organization | 0.20 | 19.00 |
| **11/21/03** |  |  |  |
| DEM | Review Pleadings and electronic filing notices; preparation and retrieval of documents relating to daily memo | 0.30 | 28.50 |
| DEM | Revision of Weekly Recommendation Memo (adding new motions and orders) | 0.10 | 9.50 |
| MAL | Organization and distribution of daily pleadings | 0.10 | 9.50 |
| DEM | Updating documents in attorney Committee binder | 0.20 | 19.00 |

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

|  |  | HOURS |  |
|---|---|---|---|
| MTH | Correspondence to DEM re weekly recommendation memorandum revisions. | 0.10 | 26.50 |
| MTH | Correspondence to Committee re weekly recommendation memoranda. | 0.20 | 53.00 |
| MTH | Prepare weekly recommendation memo (fee applications) | 0.30 | 79.50 |
| MTH | Prepare weekly recommendation memo (motions). | 0.70 | 185.50 |
| MRE | Review of memorandum summarizing pleadings filed on 11/20/03 | 0.10 | 27.50 |
| MTH | Review of memorandum summarizing pleadings filed on 10/20/03. | 0.10 | 26.50 |

**11/23/03**

| | | | |
|---|---|---|---|
| PEM | Review daily memos of pleadings filed | 0.10 | 29.00 |
| PEM | Review weekly recommendation memo to committee re: pending motions and matters | 0.30 | 87.00 |

**11/24/03**

| | | | |
|---|---|---|---|
| DEM | Update Attorney Binder - Weekly Recommendation Memo | 0.20 | 19.00 |
| DEM | Review Pleadings and electronic filing notices; preparation and retrieval of documents relating to daily memo | 0.30 | 28.50 |
| MRE | Review of memorandum summarizing pleadings filed from November 21, 2003 through November 23, 2003 | 0.10 | 27.50 |
| DAC | Review counsel's weekly memo | 0.20 | 70.00 |
| MTH | Review of memorandum summarizing pleadings filed from 11/21/03 through 11/23/03. | 0.10 | 26.50 |

**11/25/03**

| | | | |
|---|---|---|---|
| DEM | Review Pleadings and electronic filing notices; preparation and retrieval of documents relating to daily memo | 0.40 | 38.00 |
| MAL | Organization and distribution of daily pleadings | 0.20 | 19.00 |
| DEM | Revision of Weekly Recommendation Memo (adding new motions and orders) | 0.30 | 28.50 |
| MRE | Meeting with MTH regarding upcoming motions and deadlines | 0.20 | 55.00 |
| MRE | Review of weekly recommendation memo | 0.20 | 55.00 |
| MTH | Meeting with MRE re motions and pending objections. | 0.20 | 53.00 |

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

|  |  | HOURS |  |
|---|---|---|---|
| MTH | telephone conference with PVNL re memorandum to committee re November Omnibus Hearing. | 0.10 | 26.50 |
| MTH | Correspondence to DEM re memo to committee re Nov. Omnibus Hearing. | 0.10 | 26.50 |
| DEM | Preparation and e-mailing of Memorandum Regarding Omnibus Hearing to Committee | 0.20 | 19.00 |
| MTH | telephone conference with M. Berkin re general discussion of pending matters and upcoming issues. | 0.30 | 79.50 |
| MTH | Preparing for meeting with MRE re pending motions and objections. | 0.10 | 26.50 |
| MTH | Reviewing Debtors' Notice of Withdrawal of Application to Appoint Hamlin as FR. | 0.10 | 26.50 |
| MTH | Review of memorandum summarizing pleadings filed on 11/24/03. | 0.10 | 26.50 |

11/26/03

|  |  | HOURS |  |
|---|---|---|---|
| PEM | Review daily memo re: pleadings filed | 0.10 | 29.00 |
| DEM | Review Pleadings and electronic filing notices; preparation and retrieval of documents relating to daily memo | 0.40 | 38.00 |
| MAL | Organization and distribution of daily pleadings | 0.20 | 19.00 |
| MTH | Review of memorandum summarizing pleadings filed on 11/25/03. | 0.10 | 26.50 |

|  |  | ----- | -------- |
|---|---|---|---|
|  | FOR CURRENT SERVICES RENDERED | 29.90 | 5,866.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Douglas A. Campbell | 0.60 | $350.00 | $210.00 |
| Philip E. Milch | 2.10 | 290.00 | 609.00 |
| Michele Kennedy | 0.20 | 95.00 | 19.00 |
| Aileen F. Maguire | 0.70 | 200.00 | 140.00 |
| Mark T. Hurford | 11.20 | 265.00 | 2,968.00 |
| Marla R. Eskin | 2.70 | 275.00 | 742.50 |
| Margaret A. Landis | 2.30 | 95.00 | 218.50 |
| Diane E. Massey | 10.10 | 95.00 | 959.50 |

|  |  |  |  |
|---|---|---|---|
| TOTAL CURRENT WORK |  |  | 5,866.50 |

W.R. Grace
Committee, Creditors, Noteholders, Equity Holders


BALANCE DUE                              $25,484.90
                                         ==========


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                           11/30/2003
Wilmington  DE                          ACCOUNT NO: 3000-08D
                                        STATEMENT NO:      29

Employee Benefits/Pension



PREVIOUS BALANCE                                    $445.90



                                        HOURS
11/03/03
    MRE Review of e-mail from MTH regarding
        employment agreement                 0.10    27.50
    MRE Review of memo from M. Berkin regarding
        employment position                  0.10    27.50

11/04/03
    MTH telephone conference with C. Lane re
        President and COO Motion.            0.20    53.00
    MTH Meeting with MRE re President and COO
        Motion.                              0.10    26.50
    MTH telephone conference with M. Berkin and
        President and COO Motion.            0.20    53.00
    MTH Correspondence to EI re President and COO
        Motion                               0.10    26.50
    MTH Correspondence to C. Lane re confirmation
        of extension.                        0.10    26.50
    MTH Follow up telephone conference with C.
        Lane re President/COO Motion.        0.10    26.50
    MTH Reviewing correspondence from EI re
        President and COO motion             0.10    26.50
    MTH Reviewing correspondence from EI re
        Berkin memo re President and COO motion.  0.10  26.50
    MTH Reviewing correspondence from PVNL re
        President/COO Motion                 0.10    26.50
    DAC Review Tersigni re: new President's
        employment agreement                 0.10    35.00
    MRE Meeting with MTH regarding motion to
        employment retention                 0.10    27.50
    MRE Additional meeting with MTH regarding
        employment of president              0.10    27.50

```
                                                   Page: 2
W.R. Grace                                      11/30/2003
                                    ACCOUNT NO: 3000-08D
                                    STATEMENT NO:      29

Employee Benefits/Pension
```

```
                                         HOURS
11/05/03
    MTH Correspondence to EI re employment for
        President and COO                    0.10      26.50
    MTH Reviewing correspondence from EI re
        President and COO Motion and discussion
        with MRE re same.                    0.20      53.00
    MTH Reviewing correspondence from EI re
        President and COO Motion.            0.10      26.50
    MRE Review of e-mail from MTH regarding
        employment of president              0.10      27.50

11/06/03
    MTH telephone conference with C. Lane re
        Motion re President and COO.         0.10      26.50
    MTH Reviewing correspondence from MRE re
        President and COO motion, contact with
        EI.                                  0.10      26.50
    MRE Telephone conference with EI regarding
        motion for new president             0.10      27.50
    MRE Drafting e-mail to MTH regarding motion
        to appoint new president             0.10      27.50

11/17/03
    MTH Correspondence to M. Berkin re revised
        COO Order (.1); telephone conference with
        M. Berkin re same (.3)               0.40     106.00
    MTH Reviewing correspondence from M. Berkin
        re revised COO Order.                0.10      26.50
                                             ----    ------
        FOR CURRENT SERVICES RENDERED        3.00     810.50

                     RECAPITULATION
    TIMEKEEPER              HOURS HOURLY RATE      TOTAL
    Douglas A. Campbell      0.10   $350.00      $35.00
    Mark T. Hurford          2.20    265.00      583.00
    Marla R. Eskin           0.70    275.00      192.50


    TOTAL CURRENT WORK                           810.50


    BALANCE DUE                               $1,256.40
                                              =========
```

```
                                                    Page: 3
W.R. Grace                                      11/30/2003
                                    ACCOUNT NO: 3000-08D
                                    STATEMENT NO:      29

Employee Benefits/Pension
```

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                              Page: 1
W.R. Grace                                  11/30/2003
Wilmington  DE              ACCOUNT NO: 3000-10D
                            STATEMENT NO:      30

Employment Applications, Others



    PREVIOUS BALANCE                        $2,954.80


    BALANCE DUE                             $2,954.80
                                            =========






    Any payments received after the statement date will be
    applied to next month's statement.  Please note your
    account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                              11/30/2003
Wilmington  DE                          ACCOUNT NO: 3000-11D
                                        STATEMENT NO:      28


Expenses



PREVIOUS BALANCE                                      $3,038.25



11/04/03 Ikon Office Solutions- Photocopying, Envelopes,
         Postage, Hand Deliveries on 11/03/03 (C&D and C&L
         September fee application)                       95.88
11/12/03 Ikon Office Solutions- Photocopying, Envelopes,
         Postage on 11/11/03 (LTC and C&L July-Sept
         interim fee applications)                       393.45
11/13/03 Ikon Office Solutions- Photocopying, Envelopes,
         Hand Deliveries, Postage on 11/12/03 (LTC
         September fee application and interim (July-
         Sept) fee application )                         188.65
11/14/03 FAX to Peter Lockwood - Daily Memo - 4 pages      4.00
11/14/03 FAX to Robert Spohn - Daily Memo - 4 pages        4.00
11/14/03 FAX to Andrew Katznelson - Daily Memo - 4 pages   4.00
11/16/03 AT & T Long Distance Phone Calls                  5.21
11/17/03 Ikon Office Solutions- Photocopying, Envelopes,
         Postage, Hand Deliveries on 11/14/03 (C&D interim
         application for compensation)                   299.22
11/20/03 Ikon Office Solutions- Photocopying, Envelopes,
         Postage, Hand Deliveries on 11/19/03 (C&D and C&L
         September CNO's)                                  51.90
11/25/03 FAX to Peter Lockwood - Daily Memo - 4 pages      4.00
11/25/03 FAX to Robert Spohn - Daily Memo - 4 pages        4.00
11/25/03 FAX to Andrew Katznelson - Daily Memo - 4 pages   4.00
11/26/03 Postage - LTC & LAS Sept. CNO - 3 @ .60           1.80
11/26/03 Postage - Return env. for clock-in of Answer and
         service of 4 copies of Answer - 5 @ 5.30         26.50
11/28/03 Ikon Office Solutions- Photocopying, Envelopes,
         Postage, Hand Deliveries on 11/26/03 (Motion to
         Join in the Debtors' Objection to Royal Indemnity
         re: Motion for Leave to File Late Proof of Claim) 258.85
11/30/03 Pacer Charges for the month of October           60.06

W.R. Grace

Expenses

```
                                              --------
     TOTAL EXPENSES                           1,405.52

     TOTAL CURRENT WORK                        1,405.52


     BALANCE DUE                              $4,443.77
                                              =========
```

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1
W.R. Grace                                      11/30/2003
Wilmington  DE                     ACCOUNT NO: 3000-12D
                                   STATEMENT NO:     28

Fee Applications, Applicant

PREVIOUS BALANCE                              $4,157.00

                                            HOURS
11/06/03
     LMP Drafted Campbell & Levine's 10th Interim
         Fee Application for July through
         September 2003                       1.00    95.00

11/11/03
     AFM Review and sign fee application for
         Campbell & Levine (Interim - July through
         September)                           0.30    60.00
     LMP Electronic filing and service of Campbell
         & Levine's 10th Interim Fee Application   0.30    28.50

11/18/03
     DAD Updated fee app calendar             0.80    76.00

11/19/03
     AFM Review and sign CNO for Campbell & Levine
         (Monthly - September)                0.20    40.00
     DEM Preparation of CNOs (C&L; C&D)       0.30    28.50
     DEM E-filing of CNOs (C&L; C&D)          0.20    19.00

11/20/03
     MTH Reviewing pre-bill.                  1.30   344.50
                                             ----   ------
         FOR CURRENT SERVICES RENDERED        4.40   691.50

                        RECAPITULATION
     TIMEKEEPER                  HOURS HOURLY RATE       TOTAL
     Aileen F. Maguire            0.50    $200.00    $100.00
     Mark T. Hurford              1.30     265.00     344.50
     Dylan A. Davis               0.80      95.00      76.00
     Lauren M. Przybylek          1.30      95.00     123.50

W.R. Grace

Fee Applications, Applicant

| | | | |
|---|---|---|---|
| Diane E. Massey | 0.50 | 95.00 | 47.50 |
| | | | |
| TOTAL CURRENT WORK | | | 691.50 |
| | | | |
| BALANCE DUE | | | $4,848.50 |

=========

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                              11/30/2003
Wilmington  DE                           ACCOUNT NO: 3000-13D
                                         STATEMENT NO:      15


Fee Applications, Others



PREVIOUS BALANCE                                   $5,504.20


                                           HOURS
11/03/03
    AFM Review and sign fee application for LAS
        (Monthly - September)                 0.30     60.00
    LMP Search docket for Objections to LTC
        August Fee Application (.1); Prepare CNO
        for filing (.2)
    AFM Review and sign CNO for L. Tersigni
        (Monthly - August)                    0.20     40.00
    LMP Electronic filing and service of LAS'
        September Fee Application             0.20     19.00
    LMP Search docket for Objections to LTC
        August Fee Application (.1); Draft CNO re
        same (.2); Electronic filing of CNO (.2)   0.50     47.50

11/06/03
    LMP Drafted Legal Analysis Systems Seventh
        Interim Fee Application               0.70     66.50

11/07/03
    LMP Review August Fee Application of Elzufon
        Auston Reardon Tarlov & Mondell (.1);
        Update Wr Grace Weekly Recommendation
        Memo (.1)                             0.20     19.00
    LMP Review September Fee Application of
        PSZYJ&W (.1); Update Wr Grace Weekly
        Recommendation Memo (.1)              0.20     19.00
    LMP Review February Fee Application of
        Deloitte & Touche (.1); Update Wr Grace
        Weekly Recommendation Memo (.1)       0.20     19.00
    LMP Review April through June Interim Fee
        Application of Bilzin Sumberg Baena Price
        & Axelrod (.1); Update Wr Grace Weekly

W.R. Grace

Fee Applications, Others

|  |  | HOURS |  |
|---|---|---|---|
|  | Recommendation Memo (.1) | 0.20 | 19.00 |

**11/10/03**

| LMP | Review August Fee Application of Casner & Edwards (.1); Update Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
|---|---|---|---|
| LMP | Review September Fee Application of Casner & Edwards (.1); Update Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Review September Fee Application of Wallace King Marraro & Branson(.1); Update Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Review September Fee Application of Woodcock Washburn (.1); Update Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Review August Fee Application of Pitney Hardin Kipp & Szuch (.1); Update Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Review April through June Interim Fee Application of Steptoe & Johnson (.1); Update Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |

**11/11/03**

| AFM | Review and sign fee application for LAS (Interim - July through September) | 0.30 | 60.00 |
|---|---|---|---|
| LMP | Electronic filing and service of Legal Analysis Systems July through September Interim Fee Application | 0.30 | 28.50 |

**11/12/03**

| AFM | Review and sign fee application for L. Tersigni (Monthly - September) | 0.30 | 60.00 |
|---|---|---|---|
| AFM | Review and sign fee application for L. Tersigni (Interim - July through September) | 0.30 | 60.00 |
| LMP | Reviewed email from D. Collins re: LTC September Bill (.1); Prepared Application for Electronic filing (.3) | 0.40 | 38.00 |
| LMP | Drafted LTC July through September Interim Fee Application (.4); Prepared Application for Electronic filing (.2) | 0.60 | 57.00 |
| LMP | Electronic filing and service of LTC September Monthly Fee Application | 0.30 | 28.50 |

```
                                                        Page:   3
W.R. Grace                                            11/30/2003
                                          ACCOUNT NO:  3000-13D
                                          STATEMENT NO:      15

Fee Applications, Others
```

|  |  | HOURS |  |
|---|---|---|---|
| LMP | Electronic filing and service of LTC 10th Interim  (July-September) Fee Application | 0.30 | 28.50 |

**11/14/03**

|  |  | HOURS |  |
|---|---|---|---|
| MTH | Reviewing fee application of PWC (.1); revise weekly recommendation memorandum re same (.1) | 0.20 | 53.00 |
| DAD | Adv. Proc. 02-2210:  Prepared (.3) and electronically filed (.3) Caplin & Drysdale's 5th Interim Application for Compensation | 0.60 | 57.00 |
| DAD | Main Case, 01-1139:  Prepared (.4) and electronically filed (.3) Caplin & Drysdale's 10th Interim Application for Compensation | 0.70 | 66.50 |

**11/19/03**

|  |  | HOURS |  |
|---|---|---|---|
| AFM | Email from S. Bossay re: 9th Interim category spreadsheet | 0.10 | 20.00 |
| AFM | Review 9th Interim category spreadsheet for Committee Professionals | 0.70 | 140.00 |
| AFM | Review and sign CNO for Caplin & Drysdale (Monthly - September) | 0.20 | 40.00 |
| AFM | Email to S. Bossay re: Edits to 9th Interim Category Project Spreadsheet | 0.20 | 40.00 |
| AFM | Email from D. Collins re: Edits to 9th Interim Project Category Spreadsheet | 0.10 | 20.00 |

**11/26/03**

|  |  | HOURS |  |
|---|---|---|---|
| LMP | Searched case docket for Objections to LAS September fee application (.1); Prepare LAS Sept CNO for filing (.2) | 0.30 | 28.50 |
| AFM | Review and sign CNO for LAS (Monthly - September) | 0.20 | 40.00 |
| LMP | Electronic filing of LAS' September CNO | 0.20 | 19.00 |

```
                                                    -----  --------
        FOR CURRENT SERVICES RENDERED              10.20  1,307.50
```

```
                      RECAPITULATION
TIMEKEEPER                    HOURS HOURLY RATE        TOTAL
Aileen F. Maguire             2.90     $200.00      $580.00
Mark T. Hurford               0.20      265.00        53.00
Dylan A. Davis                1.30       95.00       123.50
Lauren M. Przybylek           5.80       95.00       551.00
```

Page: 4
W.R. Grace                                                  11/30/2003
                                        ACCOUNT NO: 3000-13D
                                        STATEMENT NO:       15

Fee Applications, Others


        TOTAL CURRENT WORK                              1,307.50


        BALANCE DUE                                    $6,811.70
                                                       =========


        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                    Page: 1
W.R. Grace                                          11/30/2003
Wilmington  DE                           ACCOUNT NO: 3000-15D
                                         STATEMENT NO:      30


Hearings



     PREVIOUS BALANCE                          $7,118.25



                                          HOURS
11/13/03
     MTH Reviewing Agenda for hearing on 11/17/03.    0.20    53.00

11/14/03
     MAL Preparation of draft hearing binder          0.30    28.50
     DEM Preparation of attorney binder for
         omnibus hearing                              0.60    57.00

11/17/03
     MTH Attending Omnibus hearing.                   1.50   397.50

11/25/03
     PEM Review omnibus hearing memo from 11/17/03    0.20    58.00
                                                     ----   ------
         FOR CURRENT SERVICES RENDERED                2.80   594.00

                      RECAPITULATION
     TIMEKEEPER                 HOURS HOURLY RATE       TOTAL
     Philip E. Milch             0.20  $290.00         $58.00
     Mark T. Hurford             1.70   265.00         450.50
     Margaret A. Landis          0.30    95.00          28.50
     Diane E. Massey             0.60    95.00          57.00


     TOTAL CURRENT WORK                                594.00


     BALANCE DUE                                    $7,712.25
                                                    =========


_____

                                                    Page: 2
W.R. Grace                                          11/30/2003

ACCOUNT NO: 3000-15D
STATEMENT NO:        30

Hearings

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                    Page: 1
W.R. Grace                                      11/30/2003
Wilmington  DE                        ACCOUNT NO: 3000-16D
                                      STATEMENT NO:     15

Litigation and Litigation Consulting




    PREVIOUS BALANCE                         $1,528.10



                                      HOURS
11/03/03
    MTH Reviewing Debtors' 9th Report of
        Settlements.                    0.10      26.50
    MTH Reviewing Debtors' Objection to Wesconn
        Motion to Compel.               0.20      53.00

11/05/03
    DAC Review Wolin order re: stay of
        participation                   0.10      35.00

11/06/03
    MTH Reviewing correspondence from MRE re
        Judge Wolin adjournment order.  0.10      26.50

11/18/03
    MTH Reviewing Subpoena served on Purcell,
        Ries                            0.10      26.50

11/21/03
    MTH Reviewing Ninth  Claim Settlement Notice   0.20      53.00
    MTH Begin review of Motion to Recuse Judge
        Wolin.                          0.40     106.00

11/26/03
    MTH telephone conference with MRE and PVNL re
        recusal motion by Unofficial Committee.   0.20      53.00
    MRE Meeting with MTH and telephone calls with
        PVNL regarding response to recusal motion  1.50     412.50
    MTH Additional discussion with MRE and AFM re
        information needed for Answer to Grace
        recusal motion.                 0.30      79.50
    LMP Search case docket for pleadings related

```
                                                              Page: 2
W.R. Grace                                                11/30/2003
                                           ACCOUNT NO: 3000-16D
                                           STATEMENT NO:      15
Litigation and Litigation Consulting
```

```
                                                    HOURS
        to formation of "Unofficial Committee"
        and Motion and related documents
        regarding disqualifying Judge Wolin         0.50     47.50
    MRE Telephone conference with D. Carikhoff
        regarding recusal motion                    0.10     27.50
    MTH Begin review of Emergency Petition for a
        Writ of Mandamus                            0.40    106.00
    MRE Telephone conference with J. Bear
        regarding recusal                           0.10     27.50
    MRE Drafting e-mail to PVNL regarding
        telephone conference with J. Bear           0.10     27.50

11/29/03
    MTH Research for Answer to DK Acquisition
        Writ of Mandamus                            2.30    609.50
    MTH Correspondence to MRE re Answer to DK
        Writ of Mandamus                            0.30     79.50

11/30/03
    MRE Review of motion to recuse, writ of
        mandamus, and research in preparation for
        drafting answer to writ of mandamus         4.00  1,100.00
    MRE Drafting answer to writ of mandamus         3.30    907.50
    MTH Reviewing correspondence from MRE re
        Answer to DK Writ of Mandamus               0.10     26.50
    MTH telephone conference with MRE re Answer
        to DK Writ of Mandamus.                     0.20     53.00
    MTH Discussion with MRE re DK Writ of
        Mandamus.                                   0.20     53.00
                                                    -----  --------
        FOR CURRENT SERVICES RENDERED              14.80  3,936.50

                          RECAPITULATION
    TIMEKEEPER                    HOURS HOURLY RATE      TOTAL
    Douglas A. Campbell            0.10    $350.00     $35.00
    Mark T. Hurford                5.10     265.00   1,351.50
    Marla R. Eskin                 9.10     275.00   2,502.50
    Lauren M. Przybylek            0.50      95.00      47.50


        TOTAL CURRENT WORK                           3,936.50


        BALANCE DUE                                 $5,464.60
                                                    =========
```

```
                                                        Page: 3
W.R. Grace                                           11/30/2003
                                          ACCOUNT NO: 3000-16D
                                          STATEMENT NO:      15

Litigation and Litigation Consulting
```

```
       Any payments received after the statement date will be
       applied to next month's statement.  Please note your
       account number on your payment.  Thank you.
```

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

                                               Page: 1
W.R. Grace                                     11/30/2003
Wilmington  DE                    ACCOUNT NO: 3000-17D
                                  STATEMENT NO:      15

Plan and Disclosure Statement

        PREVIOUS BALANCE                         $2,836.70

                                           HOURS
11/13/03
     DAC Review memo re: accounting matters    0.30    105.00
                                               ----    ------
        FOR CURRENT SERVICES RENDERED          0.30    105.00

                      RECAPITULATION
     TIMEKEEPER                    HOURS  HOURLY RATE     TOTAL
     Douglas A. Campbell            0.30    $350.00    $105.00

        TOTAL CURRENT WORK                             105.00

        BALANCE DUE                                  $2,941.70
                                                     =========

     Any payments received after the statement date will be
     applied to next month's statement.  Please note your
     account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                    Page: 1
W.R. Grace                                       11/30/2003
Wilmington  DE                       ACCOUNT NO: 3000-18D
                                     STATEMENT NO:      15

Relief from Stay Proceedings



    PREVIOUS BALANCE                              $213.10


    BALANCE DUE                                   $213.10
                                                  =======




Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                    Page: 1
W.R. Grace                                          11/30/2003
Wilmington  DE                          ACCOUNT NO: 3000-19D
                                        STATEMENT NO:        5

Tax Issues



    PREVIOUS BALANCE                                 $311.30


    BALANCE DUE                                      $311.30
                                                    =======


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                    Page: 1
W.R. Grace                                          11/30/2003
Wilmington  DE                         ACCOUNT NO: 3000-20D
                                       STATEMENT NO:      14


Tax Litigation



    PREVIOUS BALANCE                                $468.80


    BALANCE DUE                                     $468.80
                                                    =======




Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1
W.R. Grace                                          11/30/2003
Wilmington  DE                            ACCOUNT NO: 3000-22D
                                          STATEMENT NO:      19

Valuation

PREVIOUS BALANCE                                      $1,512.00

BALANCE DUE                                           $1,512.00
                                                      =========

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                    Page: 1
W.R. Grace                                        11/30/2003
Wilmington  DE                     ACCOUNT NO: 3000-23D
                                   STATEMENT NO:      19


ZAI Science Trial



        PREVIOUS BALANCE                          $2,140.90


                                          HOURS
11/19/03
     MTH  Reviewing COC re ZAI Science Trial
          hearing.                         0.10    26.50

11/21/03
     MTH  Reviewing CNO re ZAI Trial and proposed
          Order.                           0.20    53.00
                                           ----    -----
        FOR CURRENT SERVICES RENDERED      0.30    79.50

                    RECAPITULATION
     TIMEKEEPER             HOURS HOURLY RATE      TOTAL
     Mark T. Hurford        0.30    $265.00       $79.50


        TOTAL CURRENT WORK                         79.50


        BALANCE DUE                              $2,220.40
                                                =========




        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                              11/30/2003
Wilmington  DE                          ACCOUNT NO      3000D


| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-00 Costs and Expenses | | | | | |
| -542.81 | 0.00 | 0.00 | 0.00 | 0.00 | -$542.81 |
| 3000-01 Asset Analysis and Recovery | | | | | |
| 1,068.20 | 0.00 | 0.00 | 0.00 | 0.00 | $1,068.20 |
| 3000-02 Asset Disposition | | | | | |
| 377.00 | 26.50 | 0.00 | 0.00 | 0.00 | $403.50 |
| 3000-03 Business Operations | | | | | |
| 120.50 | 0.00 | 0.00 | 0.00 | 0.00 | $120.50 |
| 3000-04 Case Administration | | | | | |
| 1,495.80 | 232.00 | 0.00 | 0.00 | 0.00 | $1,727.80 |
| 3000-05 Claims Analysis Objection & Resolution (Asbestos) | | | | | |
| 3,025.50 | 1,274.00 | 0.00 | 0.00 | 0.00 | $4,299.50 |
| 3000-06 Claims Analysis Objection & Resol. (Non-Asbestos) | | | | | |
| 830.30 | 26.50 | 0.00 | 0.00 | 0.00 | $856.80 |
| 3000-07 Committee, Creditors, Noteholders, Equity Holders | | | | | |
| 19,618.40 | 5,866.50 | 0.00 | 0.00 | 0.00 | $25,484.90 |
| 3000-08 Employee Benefits/Pension | | | | | |
| 445.90 | 810.50 | 0.00 | 0.00 | 0.00 | $1,256.40 |
| 3000-10 Employment Applications, Others | | | | | |
| 2,954.80 | 0.00 | 0.00 | 0.00 | 0.00 | $2,954.80 |
| 3000-11 Expenses | | | | | |
| 3,038.25 | 0.00 | 1,405.52 | 0.00 | 0.00 | $4,443.77 |
| 3000-12 Fee Applications, Applicant | | | | | |
| 4,157.00 | 691.50 | 0.00 | 0.00 | 0.00 | $4,848.50 |

W.R. Grace

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-13 Fee Applications, Others | | | | | |
| 5,504.20 | 1,307.50 | 0.00 | 0.00 | 0.00 | $6,811.70 |
| 3000-15 Hearings | | | | | |
| 7,118.25 | 594.00 | 0.00 | 0.00 | 0.00 | $7,712.25 |
| 3000-16 Litigation and Litigation Consulting | | | | | |
| 1,528.10 | 3,936.50 | 0.00 | 0.00 | 0.00 | $5,464.60 |
| 3000-17 Plan and Disclosure Statement | | | | | |
| 2,836.70 | 105.00 | 0.00 | 0.00 | 0.00 | $2,941.70 |
| 3000-18 Relief from Stay Proceedings | | | | | |
| 213.10 | 0.00 | 0.00 | 0.00 | 0.00 | $213.10 |
| 3000-19 Tax Issues | | | | | |
| 311.30 | 0.00 | 0.00 | 0.00 | 0.00 | $311.30 |
| 3000-20 Tax Litigation | | | | | |
| 468.80 | 0.00 | 0.00 | 0.00 | 0.00 | $468.80 |
| 3000-22 Valuation | | | | | |
| 1,512.00 | 0.00 | 0.00 | 0.00 | 0.00 | $1,512.00 |
| 3000-23 ZAI Science Trial | | | | | |
| 2,140.90 | 79.50 | 0.00 | 0.00 | 0.00 | $2,220.40 |
| --------- | --------- | -------- | ---- | ---- | ---------- |
| 58,222.19 | 14,950.00 | 1,405.52 | 0.00 | 0.00 | $74,577.71 |
| | | | | | ========== |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.