**L TERSIGNI CONSULTING P.C.**
**Certified Public Accountant**

2001 West Main Street - Suite 220
Stamford, CT. 06902
Telephone:  203-569-9090
Facsimile: 203-569-9098

**December 5, 2003**

**Invoice No. 13603**

**Marla R. Eskin, Esq.**
**Campbell & Levine LLC**
**800 N. King Street**
**Suite 300**
**Wilmington, DE.   19801**

# RE:    W.R. Grace

For services rendered in connection with the above-captioned matter during the period October 1, 2003 through  October 31, 2003 as per the attached analysis.

| Professional Fees  (see Schedule A) | Hours | Amount |
|---|---:|---:|
| Loreto T. Tersigni  - President | 8.00 | $3,800.00 |
| Bradley Rapp- Managing Director | 2.80 | $1,260.00 |
| James Sinclair- Managing Director | 115.10 | $51,795.00 |
| Michael Berkin- Managing Director | 38.40 | $17,280.00 |
| Peter Rubsam - Director | 49.40 | $17,043.00 |
| Aaron Prills - Manager | 8.10 | $2,106.00 |
| Cheryl Wright - Senior Consultant | 73.40 | $14,313.00 |
| Dottie-Jo Collins - Manager | 11.60 | $3,016.00 |

| Expenses   (see Schedule C) | |
|---|---:|
| Telephone, Xerox, FAX | $183.50 |
| **T O T A L** | $110,796.50 |

Please Note:   Schedule B (attached)  reflects Professional Services Summary
                        by Billing Matter Category.

**L TERSIGNI CONSULTING P.C.**

**Certified Public Accountant**

2001 West Main Street - Suite 220
Stamford, CT. 06902
Telephone: 203-569-9090
Facsimile: 203-569-9098

**December 5, 2003**

**Invoice No. 13603**

**Marla R. Eskin, Esq.**
**Campbell & Levine LLC**
**800 N. King Street**
**Suite 300**
**Wilmington, DE.   19801**

# RE:    W.R. Grace

Summary of Professional Services Rendered:  October 1-31, 2003

| Name | Schedule | Rate (2003) | Hours | Amount |
|---|---|---|---|---|
| Loreto T. Tersigni | Schedule  A | $475 | 8.00 | $3,800.00 |
| Bradley Rapp | Schedule  A | $450 | 2.80 | $1,260.00 |
| James Sinclair | Schedule  A | $450 | 115.10 | $51,795.00 |
| Michael Berkin | Schedule  A | $450 | 38.40 | $17,280.00 |
| Peter Rubsam | Schedule  A | $345 | 49.40 | $17,043.00 |
| Aaron Prills | Schedule  A | $260 | 8.10 | $2,106.00 |
| Cheryl Wright | Schedule  A | $195 | 73.40 | $14,313.00 |
| Dottie-Jo Collins | Schedule  A | $260 | 11.60 | $3,016.00 |
| **Total  Professional  Services- Schedule A:** | | | 306.80 | $110,613.00 |
| **Total Out of Pocket Expenses- Schedule C:** | | | | $183.50 |
| **TOTAL   DUE   THIS   INVOICE** | | | | $110,796.50 |

1.200078232
1.150787697

Please Note:   Schedule B (attached)  reflects Professional Services Summary
              by Billing Matter Category.

# W.R. Grace

# Schedule A

**Services Rendered during the Period: October 1-31, 2003**

| Date | | Comment | CAT. | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Loreto Tersigni - President** | | | | | | |
| 10/1/03 | LT | Preparation of preliminary valuation and claims recovery | 21 | 1.80 | $475.00 | $855.00 |
| 10/6/03 | LT | Review and analysis of monthly operating reports for August 2003 | 26 | 1.60 | $475.00 | $760.00 |
| 10/7/03 | LT | Discussion with J. Sinclair regarding preliminary enterprise valuation | 21 | 0.30 | $475.00 | $142.50 |
| 10/10/03 | LT | Review employment agreement and reserve of proposed new President/COO | 08 | 1.70 | $475.00 | $807.50 |
| 10/26/03 | LT | Preparation of memorandum to ACC counsel regarding corporate allocation methodology and financial status of filers and non-filers | 21 | 1.00 | $475.00 | $475.00 |
| 10/26/03 | LT | Preparation of inquiries to debtor regarding proposed Employment of President & COO | 08 | 0.60 | $475.00 | $285.00 |
| 10/28/03 | LT | Preparation of memorandum to ACC counsel regarding administrative cost allocation and transfer pricing | 07 | 0.40 | $475.00 | $190.00 |
| 10/31/03 | LT | Preparation of memorandum to ACC counsel regarding employment of F. Festa | 07 | 0.30 | $475.00 | $142.50 |
| 10/31/03 | LT | Review memorandum from ACC counsel regarding 10/27/03 hearing | 07 | 0.30 | $475.00 | $142.50 |
| | | | **Sub-Total** | 8.00 | | $3,800.00 |
| **Bradley Rapp - Managing Director** | | | | | | |
| 10/27/03 | BR | Identification and evaluation of factors to include in developing a valuation model for WRG's existing and potential NOL's for purpose of developing NOL valuation model | 21 | 2.80 | $450.00 | $1,260.00 |
| | | | **Sub-Total** | 2.80 | | $1,260.00 |
| **James Sinclair - Managing Director** | | | | | | |
| 10/1/03 | JS | Review updated calculations and revise to include 9.7% weighted average cost of capital (WACC) run in Discounted Cash Flow (DCF) section of valuation report to counsel and ACC | 21 | 1.00 | $450.00 | $450.00 |
| 10/1/03 | JS | Review specialty chemical industry reports for any discrepancies in assumptions for projections for dcf valuation section of valuation report | 21 | 3.30 | $450.00 | $1,485.00 |
| 10/1/03 | JS | Review company projections, 2003 10Q's (MD&A's and Notes to Financials) for oversights/ discrepancies affecting valuation | 21 | 2.50 | $450.00 | $1,125.00 |
| 10/2/03 | JS | Review and analysis of 2002 10K, Financials and Notes to Financials regarding net operating loss (NOL) status for impact on valuation | 21 | 3.50 | $450.00 | $1,575.00 |
| 10/2/03 | JS | Conf call w/Rob Williams, Grace Finance Department, re open items remaining on our memo of 8/25 regarding accounting questions: req. copy of tax sharing agreement, for effect on valuation | 21 | 0.40 | $450.00 | $180.00 |
| 10/2/03 | JS | Review 1998-2001 10K's, Financials and Notes to Financials for NOL information, taxes paid, for carryback and carryforward for impact on valuation | 21 | 2.50 | $450.00 | $1,125.00 |
| 10/2/03 | JS | Review and analysis of cash taxes paid in 2002 and 2003, 10K and 10Q's, determine foreign only paid, and estimates for projections for DCF valuation within valuation report | 21 | 1.40 | $450.00 | $630.00 |
| 10/3/03 | JS | Review and analysis of "Latest Estimate 2003" received from Grace for revisions to 2003 projections for valuation report. | 21 | 1.60 | $450.00 | $720.00 |
| 10/6/03 | JS | Review July and August 2003 Reports to Creditors for any disclosures that would affect valuation. | 21 | 2.70 | $450.00 | $1,215.00 |
| 10/6/03 | JS | Review Standard & Poor's rating category statistics against 2 capital structures and their projected pro-formas for WRG for valuation report | 21 | 1.50 | $450.00 | $675.00 |
| 10/7/03 | JS | Revise projections per "2003 Latest Estimate" report from WR Grace and have new valuation runs prepared based on said data | 21 | 1.60 | $450.00 | $720.00 |

4

# W.R. Grace

# Schedule A

**Services Rendered during the Period: October 1-31, 2003**

| Date | | Comment | CAT. | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/7/03 | JS | Revise and review valuation report to counsel and Committee reflecting updated comments based on latest calculations | 21 | 3.10 | $450.00 | $1,395.00 |
| 10/7/03 | JS | Review 'new runs' and valuation figures for valuation report. | 21 | 1.30 | $450.00 | $585.00 |
| 10/8/03 | JS | Review updated exhibits within valuation report | 21 | 1.60 | $450.00 | $720.00 |
| 10/8/03 | JS | Conf call w/Blechman at Blackstone & Grace financial advisor, for update on Galeras acquisition for valuation and reorganization purposes | 21 | 0.30 | $450.00 | $135.00 |
| 10/8/03 | JS | Determine allocation of consolidated value between filing and non-filing entities for inclusion in valuation report to counsel | 21 | 3.00 | $450.00 | $1,350.00 |
| 10/9/03 | JS | Review new historical financials exhibits and revised guidelines companies market multiples exhibits for inclusion in valuation report | 21 | 0.40 | $450.00 | $180.00 |
| 10/9/03 | JS | Final editing and review of valuation report for submission to counsel | 21 | 1.90 | $450.00 | $855.00 |
| 10/9/03 | JS | Review all materials on Galeras acquisition to prepare for answer to planned filing of motion by Grace to acquire Galeras and for valuation report | 21 | 3.00 | $450.00 | $1,350.00 |
| 10/10/03 | JS | Discuss Galeras acquisition for valuation purposes and response to Grace's motion to acquire. | 21 | 0.40 | $450.00 | $180.00 |
| 10/10/03 | JS | Commence analysis of Galeras for valuation and determination of upper price limit for acquisition by Grace. | 21 | 3.30 | $450.00 | $1,485.00 |
| 10/10/03 | JS | Review 8/25/03 memo re filers/non-filers and Grace's responsive information and memoranda for consideration of Galeras acquisition as a non-filer for valuation and response to WRG's motion to acquire | 21 | 2.20 | $450.00 | $990.00 |
| 10/10/03 | JS | Commence analysis and draft of memo to counsel, regarding treatment of filers and non-filers and impact on their separate valuation within the consolidated valuation | 21 | 1.90 | $450.00 | $855.00 |
| 10/13/03 | JS | Review and analyze new terms of Galeras acquisition sent by Blackstone, Grace financial advisor, for valuation and response to WRG's motion to acquire | 21 | 2.60 | $450.00 | $1,170.00 |
| 10/15/03 | JS | Discuss new COO employment contract and Split Dollar Life Insurance tax requirements re Grace's net cash value of COLI policies ($91 million) for impact on valuation and POR | 21 | 0.40 | $450.00 | $180.00 |
| 10/15/03 | JS | Review Split Dollar Life Insurance CPA report and review COLI information in 2002 10K and 8/31/03 Report to Creditors for valuation and POR | 21 | 2.70 | $450.00 | $1,215.00 |
| 10/16/03 | JS | Review and analyze deferred tax assets and liabilities and net operating loss carryforward in 2002 10K and 2003 10Q's and other pending tax items for impact on valuation and POR | 21 | 1.90 | $450.00 | $855.00 |
| 10/16/03 | JS | Outline areas of inquiry regarding tax questions on Grace for effect on valuation and reorganization. | 21 | 2.70 | $450.00 | $1,215.00 |
| 10/17/03 | JS | Discuss areas of inquiry on taxes regarding Grace and plan tax inquiry conference call to Company for valuation and POR | 21 | 0.50 | $450.00 | $225.00 |
| 10/17/03 | JS | Review and analysis of Grace memorandum from VP Taxes, IRS Appeals Officer memoranda and Motion Authorizing Settlement filed with US Bankruptcy Court, re: COLI tax dispute for valuation and POR purposes | 21 | 2.80 | $450.00 | $1,260.00 |
| 10/17/03 | JS | Review intercompany lending and investment, transfer pricing, cost allocation memoranda from Grace for memorandum to counsel for valuation and POR purposes | 21 | 0.90 | $450.00 | $405.00 |
| 10/17/03 | JS | Discuss with Tersigni Split Dollar Life Insurance structure and options for Grace's COLI for valuation and reorganization | 21 | 0.40 | $450.00 | $180.00 |
| 10/17/03 | JS | pricing, intercompany lending/investments (acctng policy memo) for effect on valuation and POR | 21 | 2.20 | $450.00 | $990.00 |
| 10/17/03 | JS | Review debt markets and interest rates for revisions to weighted average cost of capital (WACC) for valuation | 21 | 1.30 | $450.00 | $585.00 |
| 10/20/03 | JS | Analyze comparable companies to determine list for comparison of COO compensation for response to WRG's motion filed with US Bankruptcy Court in Delaware | 21 | 1.00 | $450.00 | $450.00 |
| 10/20/03 | JS | Further analysis of the components of the deferred tax assets and liabilities for valuation and reorganization. | 21 | 1.40 | $450.00 | $630.00 |
| 10/20/03 | JS | Edit, revise, finish drafting accounting policy memo to Caplin & Drysdale for valuation and reorganization. | 21 | 2.40 | $450.00 | $1,080.00 |

# W.R. Grace

# Schedule A

**Services Rendered during the Period: October 1-31, 2003**

| Date | | Comment | CAT. | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/20/03 | JS | Review variances in figures of filers vs. non-filers for accounting policy memo to counsel for valuation and POR purposes | 21 | 1.60 | $450.00 | $720.00 |
| 10/21/03 | JS | Conf call w/ Francine Gilbert, Finance Dept., regarding 3rd quarter results and "5 year strategic plan" for valuation. | 21 | 0.30 | $450.00 | $135.00 |
| 10/21/03 | JS | Revise allocation of value between filers and non-filers for total corporate value for accounting policy memo to counsel for valuation and POR | 21 | 3.00 | $450.00 | $1,350.00 |
| 10/21/03 | JS | Review and discus the allocation of values between filers and non-filers for valuation and POR | 21 | 0.60 | $450.00 | $270.00 |
| 10/21/03 | JS | Prepare new section on allocation of value between filers and non-filers and rationale for accounting policy memo to counsel for valuation and POR | 21 | 2.40 | $450.00 | $1,080.00 |
| 10/22/03 | JS | Edit, revise accounting policy memo to counsel for valuation and reorganization | 21 | 2.60 | $450.00 | $1,170.00 |
| 10/23/03 | JS | Review third quarter 2003 earnings report, compare to Company's estimates for revisions to valuation report to counsel for valuation and POR purposes | 21 | 2.80 | $450.00 | $1,260.00 |
| 10/23/03 | JS | Modify estimate for 2003 earnings and effect on 2004 and 2005 estimates for revisions to valuation report to counsel | 21 | 2.20 | $450.00 | $990.00 |
| 10/24/03 | JS | Review WRG's motion filed with US Bankruptcy Court Delaware and affidavits of Deloitte, Touche and management regarding employment contract for new COO for valuation and POR purposes | 21 | 2.90 | $450.00 | $1,305.00 |
| 10/24/03 | JS | Commence drafting revisions to preliminary valuation report previously sent to counsel. | 21 | 2.60 | $450.00 | $1,170.00 |
| 10/27/03 | JS | Discuss accounting policy memo to counsel, for valuation and plan of reorganization | 21 | 0.50 | $450.00 | $225.00 |
| 10/27/03 | JS | Final revisions to accounting policy memo to counsel, write cover letter, regarding valuation and POR | 21 | 1.30 | $450.00 | $585.00 |
| 10/27/03 | JS | Discuss NOL valuation with Rapp for revisions to preliminary valuation report to counsel. | 21 | 0.60 | $450.00 | $270.00 |
| 10/27/03 | JS | Analyze tax code limitations on NOL for applicability to Grace for valuation. | 21 | 1.70 | $450.00 | $765.00 |
| 10/27/03 | JS | Review existing NOL structure of Grace and begin to estimate range of additional NOL created by contribution to settlement fund for added value to valuation | 21 | 2.40 | $450.00 | $1,080.00 |
| 10/27/03 | JS | Review earnings estimates for Grace for revisions to apply to NOL for valuation. | 21 | 1.80 | $450.00 | $810.00 |
| 10/28/03 | JS | Review Armstrong valuation report for applicability of its NOL methodology to WRG's situation for valuation purposes | 21 | 2.30 | $450.00 | $1,035.00 |
| 10/28/03 | JS | Review historical breakdown of domestic vs. foreign earnings for application against NOL and company estimates through 2005, make determination for projections beyond 2005 for NOL cash tax benefit for valuation purposes | 21 | 2.70 | $450.00 | $1,215.00 |
| 10/30/03 | JS | Analyze filing entity earnings projections of taxable income to apply to 524(g) NOL for valuation | 21 | 2.40 | $450.00 | $1,080.00 |
| 10/30/03 | JS | Modify tax deductible expenses and determine net cash flow projections from NOL for valuation | 21 | 3.00 | $450.00 | $1,350.00 |
| 10/30/03 | JS | Revise valuation for NOL present value. | 21 | 2.20 | $450.00 | $990.00 |
| 10/31/03 | JS | Discuss COO employment contract, no objection to Grace motion, for valuation and POR | 21 | 0.60 | $450.00 | $270.00 |
| 10/31/03 | JS | Analyze third quarter 03 earnings report, outline questions for quarterly conference call with WRG | 21 | 2.30 | $450.00 | $1,035.00 |
| 10/31/03 | JS | Review article in The Deal.com Bankruptcy Wire on Grace for valuation and POR purposes | 21 | 0.40 | $450.00 | $180.00 |
| 10/31/03 | JS | Review files on historical information on Grace for accuracy of The Deal.com article and impact on valuation and settlement | 21 | 2.30 | $450.00 | $1,035.00 |
| | | **Sub-Total** | | 115.10 | | $51,795.00 |

# W.R. Grace

# Schedule A

**Services Rendered during the Period: October 1-31, 2003**

| Date | | Comment | CAT. | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/7/03 | MB | Review Executive Summary section of Valuation report and provide commentary for possible modification | 21 | 1.60 | $450.00 | $720.00 |
| 10/7/03 | MB | Review Limiting Condition and Assumption section of Valuation report and provide commentary for possible modification | 21 | 0.80 | $450.00 | $360.00 |
| 10/7/03 | MB | Review Industry and Company Overview section of Valuation report and provide commentary for possible modification | 21 | 1.20 | $450.00 | $540.00 |
| 10/7/03 | MB | Review Historical Financial Statement section of Valuation report and provide commentary for possible modification | 21 | 1.20 | $450.00 | $540.00 |
| 10/7/03 | MB | Analyze potential post-emergent capital structures for use in weighted average cost of capital computation | 21 | 1.60 | $450.00 | $720.00 |
| 10/7/03 | MB | Review Discounted Cash Flow Approach section of Valuation report and provide commentary for possible modification | 21 | 1.80 | $450.00 | $810.00 |
| 10/7/03 | MB | Review Market Multiple section of Valuation report and provide commentary for possible modification | 21 | 1.80 | $450.00 | $810.00 |
| 10/7/03 | MB | Review 10/3/03 Calendar of Critical Events | 26 | 0.30 | $450.00 | $135.00 |
| 10/8/03 | MB | Discuss upcoming motion related to hiring of CEO/COO with ACC counsel | 08 | 0.30 | $450.00 | $135.00 |
| 10/9/03 | MB | Analyze impact of expense allocation methodology on a potential plan of reorganization | 17 | 1.80 | $450.00 | $810.00 |
| 10/13/03 | MB | Review 10/10/03 Calendar of Critical Events | 26 | 0.30 | $450.00 | $135.00 |
| 10/14/03 | MB | Review employment agreement for proposed new President and COO in connection with motion assessment | 08 | 1.00 | $450.00 | $450.00 |
| 10/14/03 | MB | Analyze employment agreement and raise issues in connection with motion assessment | 08 | 2.10 | $450.00 | $945.00 |
| 10/14/03 | MB | Review new President/COO CV and background data in connection with assessment of motion | 08 | 1.20 | $450.00 | $540.00 |
| 10/20/03 | MB | Review motion authorizing debtor to enter into employment agreement with new President/COO | 08 | 1.60 | $450.00 | $720.00 |
| 10/20/03 | MB | Review affidavit of N. Bubnovich in connection with assessment of Grace President /COO employment agreement | 08 | 0.90 | $450.00 | $405.00 |
| 10/20/03 | MB | Review affidavit of P. Norris in connection with assessment of Grace President /COO employment agreement | 08 | 0.80 | $450.00 | $360.00 |
| 10/20/03 | MB | Planning for comparative compensation analysis to assess reasonability of compensation to Grace President/COO | 08 | 1.20 | $450.00 | $540.00 |
| 10/20/03 | MB | Compile issue list for remission to debtor financial advisor related to employment agreement with new President | 08 | 1.20 | $450.00 | $540.00 |
| 10/20/03 | MB | Review detail employment agreement of Armstrong President for comparison to Grace President | 08 | 1.20 | $450.00 | $540.00 |
| 10/21/03 | MB | Review 10/17/03 Calendar of Critical Events | 26 | 0.30 | $450.00 | $135.00 |
| 10/22/03 | MB | Review Executive Severance Agreement in connection with assessment of motion authorizing hire of new President/COO | 08 | 1.80 | $450.00 | $810.00 |
| 10/27/03 | MB | Review account status, open issues and calendar for upcoming events | 26 | 1.20 | $450.00 | $540.00 |
| 10/27/03 | MB | Discuss motion to hire President/COO with debtor financial advisor | 08 | 0.60 | $450.00 | $270.00 |
| 10/27/03 | MB | Review an internally prepared analysis of comparative compensation in connection with assessment of President employment agreement | 08 | 1.20 | $450.00 | $540.00 |
| 10/28/03 | MB | Review 10/24/03 Calendar of Critical Events | 26 | 0.30 | $450.00 | $135.00 |
| 10/29/03 | MB | Review debtor prepared compensation comparative analysis in connection with analysis of COO Employment agreement motion | 08 | 1.20 | $450.00 | $540.00 |
| 10/29/03 | MB | Develop issue list for conference call with debtor to discuss comparative compensation analysis in connection with assessment of COO employment agreement motion | 08 | 1.30 | $450.00 | $585.00 |

# W.R. Grace

# Schedule A

### Services Rendered during the Period: October 1-31, 2003

| Date | | Comment | CAT. | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/29/03 | MB | Participate in discussion with debtor's compensation advisor to discuss Employment Agreement motion | 08 | 0.80 | $450.00 | $360.00 |
| 10/29/03 | MB | Review existing President's Employment Agreement for consistency with new President's agreement in connection with assessment of motion | 08 | 1.50 | $450.00 | $675.00 |
| 10/29/03 | MB | Prepare memorandum to ACC counsel with recommendation related to COO Employment Agreement motion | 08 | 2.10 | $450.00 | $945.00 |
| 10/30/03 | MB | Review Grace's 2003 3rd Quarter Press Release in connection with monitoring continuing operations | 26 | 1.40 | $450.00 | $630.00 |
| 10/31/03 | MB | Prepare discussion agenda for meeting with ACC counsel regarding open issues and account status | 07 | 0.80 | $450.00 | $360.00 |
| | | **Sub-Total** | | 38.40 | | $17,280.00 |

**Peter Rubsam - Director**

| Date | | Comment | CAT. | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/1/03 | PR | Update and review changes to market multiple commentary for presentation to ACC | 21 | 0.60 | $345.00 | $207.00 |
| 10/1/03 | PR | Update and review alternatives WACC calculations for various debt ratings for presentation to ACC | 21 | 1.70 | $345.00 | $586.50 |
| 10/8/03 | PR | Review and update historical financial statements section of report to ACC based on updated changes | 21 | 1.20 | $345.00 | $414.00 |
| 10/8/03 | PR | Update changes to range of DCF valuation and review DCF section of report to ACC | 21 | 1.20 | $345.00 | $414.00 |
| 10/8/03 | PR | Review executive summary and historical background section of report to ACC and update with additional comments | 21 | 1.20 | $345.00 | $414.00 |
| 10/9/03 | PR | Review and update DCF model and valuation with updated WR Grace 2003 forecast for presentation to ACC | 21 | 1.30 | $345.00 | $448.50 |
| 10/9/03 | PR | Review changes and updates to WR Grace 2003 forecast for valuation | 21 | 1.20 | $345.00 | $414.00 |
| 10/20/03 | PR | Review and analyze exhibit C of Nick Bubnovich affidavit on WR Grace COO compensation for analysis to comparable company executive compensation | 08 | 1.00 | $345.00 | $345.00 |
| 10/20/03 | PR | Review and analyze Cabot 2002 14a proxy statement information on executive compensation for comparison to WR Grace hiring of new COO and compensation package | 08 | 1.60 | $345.00 | $552.00 |
| 10/20/03 | PR | Review and analyze HB Fuller 2002 14a proxy statement information on executive compensation for comparison to WR Grace hiring of new COO and compensation package | 08 | 1.60 | $345.00 | $552.00 |
| 10/20/03 | PR | Review and analyze Dow Chemical 2002 14a proxy statement information on executive compensation for comparison to WR Grace hiring of new COO and compensation package | 08 | 1.60 | $345.00 | $552.00 |
| 10/20/03 | PR | Review and analyze Engelhard 2002 14a proxy statement information on executive compensation for comparison to WR Grace hiring of new COO and compensation package | 08 | 1.80 | $345.00 | $621.00 |
| 10/20/03 | PR | Review and analyze DuPont 2002 14a proxy statement information on executive compensation for comparison to WR Grace hiring of new COO and compensation package | 08 | 1.80 | $345.00 | $621.00 |
| 10/20/03 | PR | Review and analyze Eastman Chemical 2002 14a proxy statement information on executive compensation for comparison to WR Grace hiring of new COO and compensation package | 08 | 1.80 | $345.00 | $621.00 |
| 10/21/03 | PR | Review and analyze Int'l Flavors & Fragrances 2002 14a proxy statement information on executive compensation for comparison to WR Grace hiring of new COO and compensation package | 08 | 1.60 | $345.00 | $552.00 |
| 10/21/03 | PR | Review and analyze Sigma Aldrich 2002 14a proxy statement information on executive compensation for comparison to WR Grace hiring of new COO and compensation package | 08 | 1.60 | $345.00 | $552.00 |
| 10/21/03 | PR | Review and analyze PPG 2002 14a proxy statement information on executive compensation for comparison to WR Grace hiring of new COO and compensation package | 08 | 1.80 | $345.00 | $621.00 |
| 10/21/03 | PR | Review and analyze Rohm & Haas 2002 14a proxy statement information on executive compensation for comparison to WR Grace hiring of new COO and compensation package | 08 | 1.80 | $345.00 | $621.00 |
| 10/21/03 | PR | Review and analyze Great Lakes 2002 14a proxy statement information on executive compensation for comparison to WR Grace hiring of new COO and compensation package | 08 | 1.80 | $345.00 | $621.00 |
| 10/21/03 | PR | Review and analyze Albemarle 2002 14a proxy statement information on executive compensation for comparison to WR Grace hiring of new COO and compensation package | 08 | 1.80 | $345.00 | $621.00 |
| 10/21/03 | PR | Review and analyze Ecolab 2002 14a proxy statement information on executive compensation for comparison to WR Grace hiring of new COO and compensation package | 08 | 1.80 | $345.00 | $621.00 |

# W.R. Grace

## Schedule A

### Services Rendered during the Period: October 1-31, 2003

| Date | | Comment | CAT. | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/22/03 | PR | Review and analyze Cytec 2002 14a proxy statement information on executive compensation for comparison to WR Grace hiring of new COO and compensation package | 08 | 1.60 | $345.00 | $552.00 |
| 10/22/03 | PR | Review and analyze Lubrizol 2002 14a proxy statement information on executive compensation for comparison to WR Grace hiring of new COO and compensation package | 08 | 1.80 | $345.00 | $621.00 |
| 10/22/03 | PR | Review and analyze Hercules 2002 14a proxy statement information on executive compensation for comparison to WR Grace hiring of new COO and compensation package | 08 | 1.80 | $345.00 | $621.00 |
| 10/23/03 | PR | Review and analyze Crompton 2002 14a proxy statement information on executive compensation for comparison to WR Grace hiring of new COO and compensation package | 08 | 1.80 | $345.00 | $621.00 |
| 10/28/03 | PR | Prepare and review COO total compensation package of new WR Grace COO to competitors in specialty chemical industry | 08 | 1.60 | $345.00 | $552.00 |
| 10/28/03 | PR | Review and analyze supporting documentation to COO compensation analysis done by Deloitte Touche | 08 | 1.80 | $345.00 | $621.00 |
| 10/29/03 | PR | Review and prepare questions for meeting with Nick Bubnovich to discuss executive compensation | 08 | 0.60 | $345.00 | $207.00 |
| 10/29/03 | PR | Conference call with Blackstone and Nick Bubnovich to discuss details of new COO executive compensation | 08 | 0.80 | $345.00 | $276.00 |
| 10/29/03 | PR | Update and review details on competitors option pricing and long term incentives for new COO executive compensation | 08 | 1.80 | $345.00 | $621.00 |
| 10/31/03 | PR | Review and analyze recommendation to counsel regarding motion to hire COO and analysis of executive compensation | 08 | 0.40 | $345.00 | $138.00 |
| 10/31/03 | PR | Review and analyze Albemarle Oct 2003 8k regarding 3rd Qtr. earnings and estimates for full year for updated valuation | 21 | 1.80 | $345.00 | $621.00 |
| 10/31/03 | PR | Review and analyze Cytec Oct 2003 8k regarding 3q earnings and estimates for full year for updated valuation | 21 | 1.80 | $345.00 | $621.00 |
| | | **Sub-Total** | | 49.40 | | $17,043.00 |

### Aaron Prills - Manager

| Date | | Comment | CAT. | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/1/03 | AP | Reviewed W.R. Grace's Consolidated Statement of Operations for August 2003 in order to create monthly summary memo. | 28 | 0.40 | $260.00 | $104.00 |
| 10/1/03 | AP | Reviewed W.R. Grace's Consolidated Analysis of Continuing Operations for August 2003 in order to create monthly summary memo. | 28 | 0.40 | $260.00 | $104.00 |
| 10/1/03 | AP | Reviewed W.R. Grace's Consolidated Statement of Cash Flows for August 2003 in order to create monthly summary memo. | 28 | 0.50 | $260.00 | $130.00 |
| 10/1/03 | AP | Reviewed W.R. Grace's Consolidated Balance Sheet for August 2003 in order to create monthly summary memo. | 28 | 0.50 | $260.00 | $130.00 |
| 10/1/03 | AP | Reviewed W.R. Grace's Notes to Consolidated Financial Statements for August 2003 in order to create monthly summary memo. | 28 | 2.50 | $260.00 | $650.00 |
| 10/1/03 | AP | Reviewed W.R. Grace's Combined Statement of Operation-Filing Entities for August 2003 in order to create monthly summary memo. | 28 | 0.40 | $260.00 | $104.00 |
| 10/1/03 | AP | Reviewed W.R. Grace's Combined Functional Basis Statement of Cash Flows-Filing Entities for August 2003 in order to create monthly summary memo. | 28 | 0.40 | $260.00 | $104.00 |
| 10/1/03 | AP | Reviewed W.R. Grace's Combined Balance Sheet-Filing Entities for August 2003 in order to create monthly summary memo. | 28 | 0.50 | $260.00 | $130.00 |
| 10/1/03 | AP | Reviewed W.R. Grace's Consolidated Operating Results for August 2003 in order to create monthly summary memo. | 28 | 0.40 | $260.00 | $104.00 |
| 10/1/03 | AP | Reviewed W.R. Grace's Davison Operating Statement for August 2003 in order to create monthly summary memo. | 28 | 0.40 | $260.00 | $104.00 |
| 10/1/03 | AP | Reviewed W.R. Grace's Performance Chemicals Operating Statement for August 2003 in order to create monthly summary memo. | 28 | 0.50 | $260.00 | $130.00 |
| 10/14/03 | AP | Reviewed W.R. Grace's August 31, 2003 Monthly Financial Review section on bankruptcy update to understand any court actions or new filings that occurred during the month of August. | 28 | 0.60 | $260.00 | $156.00 |

# W.R. Grace

# Schedule A

### Services Rendered during the Period: October 1-31, 2003

| Date | | Comment | CAT. | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/23/03 | AP | Reviewed W.R. Grace's Third Quarter Results and detail regarding the successful quarter of the Performance Chemicals Division. | 28 | 0.60 | $260.00 | $156.00 |
| | | **Sub-Total** | | 8.10 | | $2,106.00 |

**Cheryl Wright - Senior Consultant**

| Date | | Comment | CAT. | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/7/03 | CW | Review historical financial statements for WR Grace from 1999 to 06/30/03 for any one-time charges included in cost of sales or SG&A that need to be excluded for valuation purposes | 21 | 2.20 | $195.00 | $429.00 |
| 10/9/03 | CW | Update historical financial statements and LTM ended 06/30/03 to separate long term debt and accounts payable from liabilities subject to compromise to improve comparability against competitors | 21 | 0.40 | $195.00 | $78.00 |
| 10/15/03 | CW | Review Rohm & Haas 2003 10K and 2003 Q1& Q2 10Qs for in-depth Grace competitor analysis | 21 | 1.20 | $195.00 | $234.00 |
| 10/15/03 | CW | Prepare Long term debt schedule for Rohm & Haas | 21 | 0.60 | $195.00 | $117.00 |
| 10/15/03 | CW | Prepare five year financial summary of Rohm & Haas's operations | 21 | 0.90 | $195.00 | $175.50 |
| 10/15/03 | CW | Prepare competitor analysis document for Rohm & Haas company overview, segment information, competition, seasonality, pension information, inventory information, liquidity and capital resources | 21 | 2.40 | $195.00 | $468.00 |
| 10/15/03 | CW | Prepare valuation ratios, per share ratios, profit margins, dividend information, growth information, asset turnover, inventory turnover and financial strength ratios for analysis of Rohm & Haas as a comparable company to Grace | 21 | 1.70 | $195.00 | $331.50 |
| 10/16/03 | CW | Prepare company vs. industry ratios table for Rohm & Haas examining % change YTD, 12 month P/E, Price/Book, Price/Sales, Price/Cash Flow, Implied Return/P/E, Dividend yield, Net Margin, ROE, Debt/Capital metrics for use in competitor analysis | 21 | 0.90 | $195.00 | $175.50 |
| 10/16/03 | CW | Prepare table for Rohm & Haas for analyst ratings, consensus earnings estimates, earnings surprise, consensus EPS trend, EPS revisions for use in competitor analysis | 21 | 1.20 | $195.00 | $234.00 |
| 10/16/03 | CW | Prepare schedule for Rohm & Haas analyst coverage data for use in competitor analysis | 21 | 0.40 | $195.00 | $78.00 |
| 10/16/03 | CW | Review Engelhard Corp 2003 10K and 2003 Q1& Q2 10Qs for in-depth Grace competitor analysis | 21 | 1.50 | $195.00 | $292.50 |
| 10/16/03 | CW | Prepare Long term debt schedule for Engelhard Corp | 21 | 0.60 | $195.00 | $117.00 |
| 10/16/03 | CW | Prepare five year financial summary of Engelhard Corp's operations | 21 | 1.40 | $195.00 | $273.00 |
| 10/16/03 | CW | Prepare competitor analysis document for Engelhard Corp company overview, segment information, competition, seasonality, pension information, inventory information, liquidity and capital resources | 21 | 2.40 | $195.00 | $468.00 |
| 10/16/03 | CW | Prepare valuation ratios, per share ratios, profit margins, dividend information, growth information, asset turnover, inventory turnover and financial strength ratios for analysis of Engelhard Corp as a comparable company to Grace | 21 | 1.60 | $195.00 | $312.00 |
| 10/16/03 | CW | Prepare company vs. industry ratios table for Engelhard Corp examining % change YTD, 12 month P/E, Price/Book, Price/Sales, Price/Cash Flow, Implied Return/P/E, Dividend yield, Net Margin, ROE, Debt/Capital metrics for use in competitor analysis | 21 | 0.90 | $195.00 | $175.50 |
| 10/16/03 | CW | Prepare table for Engelhard Corp for analyst ratings, consensus earnings estimates, earnings surprise, consensus EPS trend, EPS revisions for use in competitor analysis | 21 | 1.20 | $195.00 | $234.00 |
| 10/16/03 | CW | Prepare schedule for Engelhard Corp analyst coverage data for use in competitor analysis | 21 | 0.60 | $195.00 | $117.00 |
| 10/17/03 | CW | Review Lubrizol 2003 10K and 2003 Q1& Q2 10Qs for in-depth Grace competitor analysis | 21 | 1.20 | $195.00 | $234.00 |
| 10/17/03 | CW | Prepare Long term debt schedule for Lubrizol | 21 | 0.60 | $195.00 | $117.00 |
| 10/17/03 | CW | Prepare five year financial summary of Lubrizol's operations | 21 | 0.90 | $195.00 | $175.50 |
| 10/17/03 | CW | Prepare competitor analysis document for Lubrizol company overview, segment information, competition, seasonality, pension information, inventory information, liquidity and capital resources | 21 | 2.40 | $195.00 | $468.00 |

# W.R. Grace

# Schedule A

**Services Rendered during the Period: October 1-31, 2003**

| Date | | Comment | CAT. | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/17/03 | CW | Prepare valuation ratios, per share ratios, profit margins, dividend information, growth information, asset turnover, inventory turnover and financial strength ratios for analysis of Lubrizol as a comparable company to Grace | 21 | 1.40 | $195.00 | $273.00 |
| 10/17/03 | CW | Prepare company vs. industry ratios table for Lubrizol examining % change YTD, 12 month P/E, Price/Book, Price/Sales, Price/Cash Flow, Implied Return/P/E, Dividend yield, Net Margin, ROE, Debt/Capital metrics for use in competitor analysis | 21 | 0.90 | $195.00 | $175.50 |
| 10/17/03 | CW | Prepare table for Lubrizol for analyst ratings, consensus earnings estimates, earnings surprise, consensus EPS trend, EPS revisions for use in competitor analysis | 21 | 1.20 | $195.00 | $234.00 |
| 10/17/03 | CW | Prepare schedule for Lubrizol analyst coverage data for use in competitor analysis | 21 | 0.40 | $195.00 | $78.00 |
| 10/20/03 | CW | Review Cytec Industries 2003 10K and 2003 Q1& Q2 10Qs for in-depth Grace competitor analysis | 21 | 1.20 | $195.00 | $234.00 |
| 10/20/03 | CW | Prepare Long term debt schedule for Cytec Industries | 21 | 0.60 | $195.00 | $117.00 |
| 10/20/03 | CW | Prepare five year financial summary of Cytec Industry's operations | 21 | 0.90 | $195.00 | $175.50 |
| 10/20/03 | CW | Prepare competitor analysis document for Cytec Industries company overview, segment information, competition, seasonality, pension information, inventory information, liquidity and capital resources | 21 | 2.40 | $195.00 | $468.00 |
| 10/20/03 | CW | Prepare valuation ratios, per share ratios, profit margins, dividend information, growth information, asset turnover, inventory turnover and financial strength ratios for analysis of Cytec Industries as a comparable company to Grace | 21 | 1.20 | $195.00 | $234.00 |
| 10/20/03 | CW | Prepare company vs. industry ratios table for Cytec Industries examining % change YTD, 12 month P/E, Price/Book, Price/Sales, Price/Cash Flow, Implied Return/P/E, Dividend yield, Net Margin, ROE, Debt/Capital metrics for use in competitor analysis | 21 | 1.20 | $195.00 | $234.00 |
| 10/20/03 | CW | Prepare table for Cytec Industries for analyst ratings, consensus earnings estimates, earnings surprise, consensus EPS trend, EPS revisions for use in competitor analysis | 21 | 1.20 | $195.00 | $234.00 |
| 10/20/03 | CW | Prepare schedule for Cytec Industries analyst coverage data for use in competitor analysis | 21 | 0.40 | $195.00 | $78.00 |
| 10/20/03 | CW | Review Albemarle 2003 10K and 2003 Q1& Q2 10Qs for in-depth Grace competitor analysis | 21 | 1.20 | $195.00 | $234.00 |
| 10/21/03 | CW | Prepare Long term debt schedule for Albemarle | 21 | 0.60 | $195.00 | $117.00 |
| 10/21/03 | CW | Prepare five year financial summary of Albemarle's operations | 21 | 0.90 | $195.00 | $175.50 |
| 10/21/03 | CW | Prepare competitor analysis document for Albemarle company overview, segment information, competition, seasonality, pension information, inventory information, liquidity and capital resources | 21 | 2.40 | $195.00 | $468.00 |
| 10/21/03 | CW | Prepare valuation ratios, per share ratios, profit margins, dividend information, growth information, asset turnover, inventory turnover and financial strength ratios for analysis of Albemarle as a comparable company to Grace | 21 | 1.20 | $195.00 | $234.00 |
| 10/21/03 | CW | Prepare company vs. industry ratios table for Albemarle examining % change YTD, 12 month P/E, Price/Book, Price/Sales, Price/Cash Flow, Implied Return/P/E, Dividend yield, Net Margin, ROE, Debt/Capital metrics for use in competitor analysis | 21 | 0.90 | $195.00 | $175.50 |
| 10/21/03 | CW | Prepare table for Albemarle for analyst ratings, consensus earnings estimates, earnings surprise, consensus EPS trend, EPS revisions for use in competitor analysis | 21 | 1.20 | $195.00 | $234.00 |
| 10/21/03 | CW | Prepare schedule for Albemarle analyst coverage data for use in competitor analysis | 21 | 0.40 | $195.00 | $78.00 |
| 10/21/03 | CW | Review Hercules 2003 10K and 2003 Q1& Q2 10Qs for in-depth Grace competitor analysis | 21 | 1.20 | $195.00 | $234.00 |
| 10/21/03 | CW | Prepare Long term debt schedule for Hercules | 21 | 0.60 | $195.00 | $117.00 |
| 10/30/03 | CW | Prepare five year financial summary of Hercules's operations | 21 | 0.90 | $195.00 | $175.50 |
| 10/30/03 | CW | Prepare competitor analysis document for Hercules company overview, segment information, competition, seasonality, pension information, inventory information, liquidity and capital resources | 21 | 2.40 | $195.00 | $468.00 |

# W.R. Grace

# Schedule A

### Services Rendered during the Period: October 1-31, 2003

| Date | | Comment | CAT. | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/30/03 | CW | Prepare valuation ratios, per share ratios, profit margins, dividend information, growth information, asset turnover, inventory turnover and financial strength ratios for analysis of Hercules as a comparable company to Grace | 21 | 1.20 | $195.00 | $234.00 |
| 10/30/03 | CW | Prepare company vs. industry ratios table for Hercules examining % change YTD, 12 month P/E, Price/Book, Price/Sales, Price/Cash Flow, Implied Return/P/E, Dividend yield, Net Margin, ROE, Debt/Capital metrics for use in competitor analysis | 21 | 0.90 | $195.00 | $175.50 |
| 10/30/03 | CW | Prepare table for Hercules for analyst ratings, consensus earnings estimates, earnings surprise, consensus EPS trend, EPS revisions for use in competitor analysis | 21 | 1.20 | $195.00 | $234.00 |
| 10/30/03 | CW | Prepare schedule for Hercules analyst coverage data for use in competitor analysis | 21 | 0.40 | $195.00 | $78.00 |
| 10/30/03 | CW | Review Great Lake Chemicals 2003 10K and 2003 Q1& Q2 10Qs for in-depth Grace competitor analysis | 21 | 1.20 | $195.00 | $234.00 |
| 10/30/03 | CW | Prepare Long term debt schedule for Great Lake Chemicals | 21 | 0.60 | $195.00 | $117.00 |
| 10/30/03 | CW | Prepare five year financial summary of Great Lake Chemicals's operations | 21 | 0.90 | $195.00 | $175.50 |
| 10/30/03 | CW | Prepare schedule for Great Lake Chemicals analyst coverage data for use in competitor analysis | 21 | 0.40 | $195.00 | $78.00 |
| 10/31/03 | CW | Prepare competitor analysis document for Great Lake Chemicals company overview, segment information, competition, seasonality, pension information, inventory information, liquidity and capital resources | 21 | 2.40 | $195.00 | $468.00 |
| 10/31/03 | CW | Prepare valuation ratios, per share ratios, profit margins, dividend information, growth information, asset turnover, inventory turnover and financial strength ratios for analysis of Great Lake Chemicals as a comparable company to Grace | 21 | 1.20 | $195.00 | $234.00 |
| 10/31/03 | CW | Prepare company vs. industry ratios table for Great Lake Chemicals examining % change YTD, 12 month P/E, Price/Book, Price/Sales, Price/Cash Flow, Implied Return/P/E, Dividend yield, Net Margin, ROE, Debt/Capital metrics for use in competitor analysis | 21 | 0.90 | $195.00 | $175.50 |
| 10/31/03 | CW | Prepare table for Great Lake Chemicals for analyst ratings, consensus earnings estimates, earnings surprise, consensus EPS trend, EPS revisions for use in competitor analysis | 21 | 1.20 | $195.00 | $234.00 |
| 10/31/03 | CW | Review Crompton Corp 2003 10K and 2003 Q1& Q2 10Qs for in-depth Grace competitor analysis | 21 | 1.20 | $195.00 | $234.00 |
| 10/31/03 | CW | Prepare Long term debt schedule for Crompton Corp | 21 | 0.60 | $195.00 | $117.00 |
| 10/31/03 | CW | Prepare five year financial summary of Crompton Corp's operations | 21 | 1.40 | $195.00 | $273.00 |
| 10/31/03 | CW | Prepare competitor analysis document for Crompton Corp company overview, segment information, competition, seasonality, pension information, inventory information, liquidity and capital resources | 21 | 2.40 | $195.00 | $468.00 |
| 10/31/03 | CW | Prepare valuation ratios, per share ratios, profit margins, dividend information, growth information, asset turnover, inventory turnover and financial strength ratios for analysis of Crompton Corp as a comparable company to Grace | 21 | 1.20 | $195.00 | $234.00 |
| | | **Sub-Total** | | **73.40** | | **$14,313.00** |

**Dottie-Jo Collins - Manager**

| Date | | Comment | CAT. | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/31/03 | DC | Compilation and consolidation of monthly services rendered | 11 | 7.40 | $260.00 | $1,924.00 |
| 10/31/03 | DC | Assignment of Billing Categories | 11 | 4.20 | $260.00 | $1,092.00 |
| | | **Sub-Total** | | **11.60** | | **$3,016.00** |
| | | **TOTAL   Schedule 'A'** | | **306.80** | | **$110,613.00** |

# W.R. Grace

# Schedule A

**Services Rendered during the Period:  October 1-31, 2003**

| Date | Comment | CAT. | Hours | Rate | Amount |
|---|---|---|---|---|---|

# W.R. Grace

**Schedule B**

**Services Rendered during the Period: October 1-31, 2003**

| Date | Comment | CAT. | Hours | Rate | Amount |
|------|---------|------|-------|------|--------|

# W. R. Grace                                   Schedule C

**Summary of Expenses Incurred by L Tersigni Consulting P.C.**
**Accountant and Financial Advisor**

| Descriptions | Amount |
|---|---:|
| Telephone | $89.20 |
| Xerox:   ( 913 x $0.10 per page) | $91.30 |
| FAX:   ( 6 x $0.50 per page-OUTBOUND ONLY) | $3.00 |
| **Total Expenses incurred from October 1-31, 2003** | **$183.50** |