**L TERSIGNI CONSULTING P.C.**
**Certified Public Accountant**

2001 West Main Street - Suite 220
Stamford, CT. 06902
Telephone:  203-569-9090
Facsimile: 203-569-9098

January 30, 2004

**Invoice No. 16903**

**Marla R. Eskin, Esq.**
**Campbell & Levine LLC**
**800 N. King Street**
**Suite 300**
**Wilmington, DE.  19801**

# RE:   W.R. Grace

For services rendered in connection with the above-captioned matter during the period December 1, 2003 through  December 31, 2003 as per the attached analysis.

| Professional Fees  (see Schedule A) | Hours | Amount |
|---|---|---|
| Loreto T. Tersigni  - President | 5.30 | $2,517.50 |
| Bradley Rapp- Managing Director | 7.20 | $3,240.00 |
| James Sinclair- Managing Director | 36.80 | $16,560.00 |
| Robert Mathews- Managing Director | 11.20 | $5,040.00 |
| Michael Berkin- Managing Director | 13.60 | $6,120.00 |
| Peter Rubsam - Director | 36.60 | $12,627.00 |
| Aaron Prills - Manager | 23.90 | $6,214.00 |
| Cheryl Wright - Senior Consultant | 21.30 | $4,153.50 |
| Dottie-Jo Collins - Manager | 6.60 | $1,716.00 |

| Expenses   (see Schedule C) | | |
|---|---|---|
| Telephone, Xerox, FAX | | $122.23 |
| **T O T A L** | | $58,310.23 |

Please Note:   Schedule B (attached)  reflects Professional Services Summary
                        by Billing Matter Category.

**L TERSIGNI CONSULTING P.C.**
**Certified Public Accountant**

2001 West Main Street - Suite 220
Stamford, CT. 06902
Telephone:  203-569-9090
Facsimile: 203-569-9098

January 30, 2004

**Invoice No. 16903**

Marla R. Eskin, Esq.
Campbell & Levine LLC
800 N. King Street
Suite 300
Wilmington, DE.   19801

## RE:   W.R. Grace

Summary of Professional Services Rendered:   December 1-31, 2003

| Name | Schedule | Rate (2003) | Hours | Amount |
|---|---|---|---|---|
| Loreto T. Tersigni | Schedule  A | $475 | 5.30 | $2,517.50 |
| Bradley Rapp | Schedule  A | $450 | 7.20 | $3,240.00 |
| James Sinclair | Schedule  A | $450 | 36.80 | $16,560.00 |
| Robert Mathews | Schedule  A | $450 | 11.20 | $5,040.00 |
| Michael Berkin | Schedule  A | $450 | 13.60 | $6,120.00 |
| Peter Rubsam | Schedule  A | $345 | 36.60 | $12,627.00 |
| Aaron Prills | Schedule  A | $260 | 23.90 | $6,214.00 |
| Cheryl Wright | Schedule  A | $195 | 21.30 | $4,153.50 |
| Dottie-Jo Collins | Schedule  A | $260 | 6.60 | $1,716.00 |
| **Total  Professional  Services- Schedule A:** | | | 162.50 | $58,188.00 |
| **Total Out of Pocket Expenses- Schedule C:** | | | | $122.23 |
| **TOTAL   DUE   THIS   INVOICE** | | | | $58,310.23 |

Please Note:   Schedule B (attached)  reflects Professional Services Summary
                 by Billing Matter Category.

# W.R. Grace

# Schedule A

### Services Rendered during the Period:  December 1-31, 2003

| Date | | Comment | CAT. | Hours | Rate | Amount |
|------|---|---------|------|-------|------|--------|
| **Loreto Tersigni - President** | | | | | | |
| 12/1/03 | LT | Preparation of engagement status report as requested by ACC counsel | 07 | 0.50 | $475.00 | $237.50 |
| 12/1/03 | LT | Planning meeting with Sinclair to determine work needed to be undertaken relating to valuation. | 26 | 0.90 | $475.00 | $427.50 |
| 12/4/03 | LT | Preparation of memorandum and related analysis of financial condition and operating results for October 2003 as per ACC counsel request | 07 | 1.10 | $475.00 | $522.50 |
| 12/15/03 | LT | Review and analysis of engagement status | 26 | 0.30 | $475.00 | $142.50 |
| 12/15/03 | LT | Review monthly fee application for November 2003 which includes timekeeper journal entries | 11 | 0.30 | $475.00 | $142.50 |
| 12/26/03 | LT | Review and analysis of monthly operating report for November 2003 | 26 | 2.00 | $475.00 | $950.00 |
| 12/30/03 | LT | Review engagement status | 26 | 0.20 | $475.00 | $95.00 |
| | | **Sub-Total** | | 5.30 | | $2,517.50 |
| **Bradley Rapp - Managing Director** | | | | | | |
| 12/16/03 | BR | Review of Grace memo re carryover of net operating losses as of 12/31/02 for purposes of valuation of Grace's post-effective NOL | 21 | 0.50 | $450.00 | $225.00 |
| 12/16/03 | BR | Review of memorandum regarding the valuation of the W.R. Grace's NOL for purpose of providing comments thereon | 21 | 1.80 | $450.00 | $810.00 |
| 12/16/03 | BR | Preparation of questions and comments regarding memorandum on the valuation of W.R Grace's NOL | 21 | 1.10 | $450.00 | $495.00 |
| 12/19/03 | BR | Analysis of iterative calculation methodology for determining value of Grace's NOL for purposes of valuation | 21 | 1.50 | $450.00 | $675.00 |
| 12/19/03 | BR | Revisions to memorandum re valuation of Grace NOL for purposes of valuation | 21 | 2.30 | $450.00 | $1,035.00 |
| | | **Sub-Total** | | 7.20 | | $3,240.00 |
| **James Sinclair - Managing Director** | | | | | | |
| 12/1/03 | JS | Planning meeting with Tersigni to determine work needed to be undertaken for valuation and monitoring. | 21 | 0.90 | $450.00 | $405.00 |
| 12/1/03 | JS | Review and analysis of tax schedules and NOL carryover schedules sent by Grace for valuation. | 21 | 1.40 | $450.00 | $630.00 |
| 12/2/03 | JS | Analyze allocating NOL carryback to taxable income and taxes paid by year over past 10 years for valuation. | 21 | 2.40 | $450.00 | $1,080.00 |
| 12/4/03 | JS | Review 3rd Quarter Financial Briefing and draft of 3rd Quarter Operating Review for counsel for monitoring and valuation. | 21 | 2.40 | $450.00 | $1,080.00 |
| 12/4/03 | JS | Review 10/03 MOR and LTC October Monthly Operating Review for possible revisions to projections for monitoring and valuation. | 21 | 1.30 | $450.00 | $585.00 |
| 12/5/03 | JS | Develop revised projections for DCF valuation for revised corporate valuation. | 21 | 2.80 | $450.00 | $1,260.00 |
| 12/5/03 | JS | Develop two DCF valuation scenarios with existing NOL included in and separate from enterprise value for valuation. | 21 | 2.40 | $450.00 | $1,080.00 |
| 12/5/03 | JS | Review tax schedules sent by WR Grace regarding NOL for revisions to DCF and NOL valuations for valuation. | 21 | 1.40 | $450.00 | $630.00 |
| 12/8/03 | JS | Revise projections and estimated tax benefits for DCF and NOL valuations for valuation. | 21 | 2.90 | $450.00 | $1,305.00 |
| 12/8/03 | JS | Outline rationale for memorandum for 2 scenarios to DCF and NOL valuations for valuation for counsel. | 21 | 1.10 | $450.00 | $495.00 |

4

# W.R. Grace

## Schedule A

### Services Rendered during the Period:  December 1-31, 2003

| Date | | Comment | CAT. | Hours | Rate | Amount |
|------|---|---------|------|-------|------|--------|
| 12/9/03 | JS | Review all assumptions for projections, Grace Business Plan, 3rd Quarter Financial Briefing, Grace tax schedules, for projections for DCF and NOL for valuation for counsel. | 21 | 2.20 | $450.00 | $990.00 |
| 12/9/03 | JS | Revise projections, have DCF and NOL revisions prepared under  2 scenarios, for valuation. | 21 | 2.50 | $450.00 | $1,125.00 |
| 12/9/03 | JS | Prepare memorandum on Considerations for Grace EV Revision for NOL for valuation for counsel | 21 | 2.80 | $450.00 | $1,260.00 |
| 12/10/03 | JS | Review NOL PV spread sheet, have footnotes added, for valuation. | 21 | 0.30 | $450.00 | $135.00 |
| 12/12/03 | JS | Discuss with Tersigni work needed to be done for monitoring, valuation, and  POR for settlement. | 16 | 0.40 | $450.00 | $180.00 |
| 12/12/03 | JS | Review CFO Sarbanes-Oxley report on data and compliance for applicability to Grace for monitoring. | 26 | 0.90 | $450.00 | $405.00 |
| 12/17/03 | JS | Review Company's NOL, Taxable Income, Taxes Paid memo and schedules for conference call with Company regarding valuation and POR. | 16 | 0.60 | $450.00 | $270.00 |
| 12/17/03 | JS | Conference call regarding taxes/ NOL with Elyse Napoli-Filon, VP Taxes, of Grace for valuation and POR. | 16 | 0.50 | $450.00 | $225.00 |
| 12/19/03 | JS | Conference call for detailed review of Grace NOL for valuation and POR, to be used as template for NOL valuations. | 16 | 2.50 | $450.00 | $1,125.00 |
| 12/19/03 | JS | Review operating statistics and graphs through 9/30/03 of Grace vs. competitors for monitoring and valuation. | 21 | 0.70 | $450.00 | $315.00 |
| 12/30/03 | JS | Revise assumptions for NOL valuation per conference call with Rapp on 12/19/03 for valuation. | 21 | 2.60 | $450.00 | $1,170.00 |
| 12/30/03 | JS | Revise schedules in accordance with revised assumptions for NOL for valuation. | 21 | 1.80 | $450.00 | $810.00 |
| | | **Sub-Total** | | 36.80 | | $16,560.00 |

### Robert Mathews - Managing Director

| | | | | | | |
|------|---|---------|------|-------|------|--------|
| 12/9/03 | RM | Review due diligence and case files re financial and corporation information received to identify updates required to be reported to counsel and committee | 07 | 0.30 | $450.00 | $135.00 |
| 12/11/03 | RM | Review of capital structure and financing requirements to identify trends and prepare for future discussion with counsel | 07 | 2.70 | $450.00 | $1,215.00 |
| 12/11/03 | RM | Review due diligence and case files re financial and corporation information received to identify updates required to be reported to counsel and committee | 07 | 0.40 | $450.00 | $180.00 |
| 12/12/03 | RM | Review of  multiples, market shares and international sales and assets by product to identify issues and trends for future report to counsel | 07 | 2.50 | $450.00 | $1,125.00 |
| 12/15/03 | RM | Review due diligence and case files re financial and corporation information received to identify updates required to be reported to counsel and committee | 07 | 1.10 | $450.00 | $495.00 |
| 12/17/03 | RM | Review enterprise valuation files to identify updates and additional analysis required for reporting to counsel and committee | 07 | 1.00 | $450.00 | $450.00 |
| 12/18/03 | RM | Review of computer files and preparation of back up files for 2003 reports to counsel | 07 | 1.00 | $450.00 | $450.00 |
| 12/19/03 | RM | Review Sarbanes Oxley legislation and compliance efforts by debtors in Chapter 11 for future report to counsel | 07 | 0.50 | $450.00 | $225.00 |
| 12/19/03 | RM | Review of pension plan spread sheet and accounting status by company for purposes of comparing relative funding or under funding risk in report to counsel | 07 | 0.40 | $450.00 | $180.00 |
| 12/22/03 | RM | Review standards, analysis performed and reporting to counsel on a  variety of matters and motions associated with engagements regarding debtor in Chapter 11 | 07 | 0.30 | $450.00 | $135.00 |
| 12/23/03 | RM | Review Sarbanes Oxley requirements in order to prepare guidance for questions to ask debtors | 26 | 0.40 | $450.00 | $180.00 |
| 12/23/03 | RM | Prepare memo on Sarbanes Oxley for follow up questions to ask debtors about compliance efforts | 26 | 0.30 | $450.00 | $135.00 |

# W.R. Grace

## Schedule A

### Services Rendered during the Period:  December 1-31, 2003

| Date | | Comment | CAT. | Hours | Rate | Amount |
|------|---|---------|------|-------|------|--------|
| 12/24/03 | RM | Complete memo on Sarbanes-Oxley for follow up questions to ask debtors re compliance | 26 | 0.30 | $450.00 | $135.00 |
| | | **Sub-Total** | | 11.20 | | $5,040.00 |

### Michael Berkin - Managing Director

| Date | | Comment | CAT. | Hours | Rate | Amount |
|------|---|---------|------|-------|------|--------|
| 12/1/03 | MB | Participate in planning session for upcoming work related to year-end review | 26 | 0.80 | $450.00 | $360.00 |
| 12/4/03 | MB | Preparation and analysis of balance sheet for use in operating review memorandum to ACC | 07 | 0.90 | $450.00 | $405.00 |
| 12/4/03 | MB | Preparation and analysis of comparative income statement for use in operating review memorandum to ACC | 07 | 0.90 | $450.00 | $405.00 |
| 12/4/03 | MB | Preparation and analysis of business unit income statement for use in operating review memorandum to ACC | 07 | 0.90 | $450.00 | $405.00 |
| 12/4/03 | MB | Preparation and analysis of cash flow statement for use in operating review memorandum to ACC | 07 | 0.90 | $450.00 | $405.00 |
| 12/4/03 | MB | Review financial performance schedule by business unit for 2003 third quarter | 26 | 1.70 | $450.00 | $765.00 |
| 12/4/03 | MB | Review analysis of corporate operating costs for 2003 third quarter | 26 | 1.50 | $450.00 | $675.00 |
| 12/5/03 | MB | Review filing entity financial statements for 2003 third quarter | 26 | 1.50 | $450.00 | $675.00 |
| 12/8/03 | MB | Review 12/5/03 Calendar of Critical Events | 26 | 0.30 | $450.00 | $135.00 |
| 12/15/03 | MB | Review 12/12/03 Calendar of Critical Events | 26 | 0.30 | $450.00 | $135.00 |
| 12/15/03 | MB | Review net operating loss presentation to ACC counsel for comments and reasonability | 07 | 2.40 | $450.00 | $1,080.00 |
| 12/18/03 | MB | Plan for impact of energy cost changes upon profitability and valuation | 21 | 0.60 | $450.00 | $270.00 |
| 12/22/03 | MB | Review 12/19/03 Calendar of Critical Events | 26 | 0.30 | $450.00 | $135.00 |
| 12/24/03 | MB | Plan for assessing 2004 business risks potentially impacting valuation and business performance | 21 | 0.60 | $450.00 | $270.00 |
| | | **Sub-Total** | | 13.60 | | $6,120.00 |

### Peter Rubsam - Director

| Date | | Comment | CAT. | Hours | Rate | Amount |
|------|---|---------|------|-------|------|--------|
| 12/8/03 | PR | Review, analyze and update adjusted forecasted tax rate on revised DCF model and valuation based on NOL analysis | 21 | 1.10 | $345.00 | $379.50 |
| 12/9/03 | PR | Review and update footnotes to NOL exhibit on revised valuation | 21 | 0.60 | $345.00 | $207.00 |
| 12/10/03 | PR | Revise and update NOL presentation to acc with updated chart on NOL calculation | 21 | 0.80 | $345.00 | $276.00 |
| 12/22/03 | PR | Review and update market value of equity and enterprise value of comparable companies for updated 3Q valuation | 21 | 2.20 | $345.00 | $759.00 |
| 12/22/03 | PR | Review and update LTM EBITDA multiples based on Q3 2003 data for comparable companies and compare to prior valuation | 21 | 1.60 | $345.00 | $552.00 |
| 12/22/03 | PR | Review and update LTM EBIT multiples based on Q3 2003 data for comparable companies and compare to prior valuation | 21 | 1.60 | $345.00 | $552.00 |
| 12/22/03 | PR | Review and update LTM revenue multiples based on Q3 2003 data for comparable companies and compare to prior valuation | 21 | 1.40 | $345.00 | $483.00 |
| 12/22/03 | PR | Review and analyze Rohm & Haas 2003 3Q 10q for one time adjustments to operating expenses for updated valuation | 21 | 1.40 | $345.00 | $483.00 |
| 12/22/03 | PR | Review and analyze Engelhard 2003 3Q 10Q for one time adjustments to operating expenses for updated valuation | 21 | 1.40 | $345.00 | $483.00 |

# W.R. Grace

## Schedule A

### Services Rendered during the Period:  December 1-31, 2003

| Date | | Comment | CAT. | Hours | Rate | Amount |
|------|--|---------|------|-------|------|--------|
| 12/22/03 | PR | Review and analyze Lubrizol 2003 3Q 10Q for nonrecurring items to operating expenses for updated valuation | 21 | 1.40 | $345.00 | $483.00 |
| 12/23/03 | PR | Review and update NOL presentation to include details of calculation of taxable income | 21 | 0.80 | $345.00 | $276.00 |
| 12/23/03 | PR | Review and analyze Cytec 2003 3Q 10Q for nonrecurring items to operating expenses for updated valuation | 21 | 1.70 | $345.00 | $586.50 |
| 12/23/03 | PR | Review and analyze Albemarle 2003 3Q 10Q for one time adjustments to operating expenses for updated valuation | 21 | 1.40 | $345.00 | $483.00 |
| 12/23/03 | PR | Review and analyze Hercules Inc. 2003 3Q 10Q for nonrecurring items to operating expenses for updated valuation | 21 | 1.70 | $345.00 | $586.50 |
| 12/23/03 | PR | Review and analyze Great Lakes 2003 3Q 10Q for one time adjustments to operating expenses for updated valuation | 21 | 1.90 | $345.00 | $655.50 |
| 12/23/03 | PR | Review and analyze Crompton 2003 3Q 10Q for nonrecurring items to operating expenses for updated valuation | 21 | 1.70 | $345.00 | $586.50 |
| 12/23/03 | PR | Review and analyze PPG 2003 3Q 10Q for nonrecurring items to operating expenses for updated valuation | 21 | 1.40 | $345.00 | $483.00 |
| 12/24/03 | PR | Review and analyze HB Fuller 2003 3Q 10Q for one time adjustments to operating expenses for updated valuation | 21 | 1.70 | $345.00 | $586.50 |
| 12/29/03 | PR | Review and analyze Cabot Corp. 2003 10k for one time adjustments to operating expenses for updated valuation | 21 | 1.90 | $345.00 | $655.50 |
| 12/29/03 | PR | Research comparable companies beta and calculate WR Grace unlevered beta for WACC calculation for updated valuation | 21 | 1.70 | $345.00 | $586.50 |
| 12/29/03 | PR | Prepare and review sensitivity to WACC for WR Grace valuation based on changes to capital structure | 21 | 1.10 | $345.00 | $379.50 |
| 12/29/03 | PR | Analyze and update profitability and size ratios and historical trends of comparable companies for updated valuation | 21 | 1.90 | $345.00 | $655.50 |
| 12/29/03 | PR | Analyze and update growth and liquidity ratios and historical trends of comparable companies for updated valuation | 21 | 1.70 | $345.00 | $586.50 |
| 12/29/03 | PR | Analyze and update leverage and working capital ratios and historical trends of comparable companies for updated valuation | 21 | 1.70 | $345.00 | $586.50 |
| 12/29/03 | PR | Review and update WR Grace cost of debt for WACC based on current capitalization and available financing for valuation | 21 | 0.80 | $345.00 | $276.00 |
| | | **Sub-Total** | | 36.60 | | $12,627.00 |

### Aaron Prills - Manager

| Date | | Comment | CAT. | Hours | Rate | Amount |
|------|--|---------|------|-------|------|--------|
| 12/3/03 | AP | Prepared W.R, Grace Monthly Operating Report model for October 2003 in order to compare the sources and uses of cash for the most recent month versus prior months to determine if any outflows appear out of the ordinary course of business. | 26 | 0.90 | $260.00 | $234.00 |
| 12/3/03 | AP | Prepared the W.R. Grace October MOR Balance Sheet in order to compare the current balances between the consolidated and filing entities in order to see whether the cash and asset/liabilities are correctly distributed between the entities. | 26 | 0.90 | $260.00 | $234.00 |
| 12/3/03 | AP | Prepared the W.R. Grace October Monthly Operating Report Statement of Operation to compare the month and YTD performance with that of the same period in 2002. | 26 | 0.90 | $260.00 | $234.00 |
| 12/3/03 | AP | Prepared the W.R. Grace Monthly Operating Report Cash Flow Statement for October 2003 (and YTD) in order to check the uses of cash during the month and whether any appear out of the ordinary. | 26 | 0.90 | $260.00 | $234.00 |
| 12/3/03 | AP | Reviewed Notes to W.R. Grace's Monthly Operating Report covering the performance of the consolidated business in order to create monthly summary of the firm. | 28 | 1.10 | $260.00 | $286.00 |

# W.R. Grace

## Schedule A

### Services Rendered during the Period:  December 1-31, 2003

| Date | | Comment | CAT. | Hours | Rate | Amount |
|------|----|---------|------|-------|------|--------|
| 12/4/03 | AP | Reviewed summary of Performance Chemicals division in order to prepare summary of monthly operating report. | 28 | 0.60 | $260.00 | $156.00 |
| 12/4/03 | AP | Prepared W.R. Grace Analysis of Divisions in order to prepare an exhibit for the MOR summary that showed the performance of both Davison and Performance Chemicals along with the businesses that make up the divisions. | 26 | 0.90 | $260.00 | $234.00 |
| 12/4/03 | AP | Reviewed notes to Grace's Monthly operating report that explained the performance of the Davison Chemicals division in order to prepare the summary memo of the MOR. | 28 | 0.70 | $260.00 | $182.00 |
| 12/4/03 | AP | Reviewed notes to Grace's Monthly operating report covering cash flow to better understand the $21 million use of cash for the month and whether the trend is expected to continue. | 28 | 0.70 | $260.00 | $182.00 |
| 12/4/03 | AP | Reviewed W.R. Grace's announcement in regards to the Seal Air settlement to determine the impact on asbestos claimants and the specifics of the settlement in order to include a summary of it in the MOR summary for October. | 28 | 0.70 | $260.00 | $182.00 |
| 12/4/03 | AP | Reviewed the W.R. Grace press release announcing the appointment of a new president for the firm and prepared summary highlighting the changes for the monthly operating report summary. | 28 | 0.70 | $260.00 | $182.00 |
| 12/4/03 | AP | Prepared the executive summary for the MOR summary memo highlight both performance and key changes within the firm during the month of October. | 26 | 0.90 | $260.00 | $234.00 |
| 12/4/03 | AP | Prepared section of memo reviewing the highlights of the Balance Sheet analysis and a brief description of the source of the changes. | 26 | 0.90 | $260.00 | $234.00 |
| 12/4/03 | AP | Prepared Statement of Operations section of MOR summary memo highlighting Grace's recent performance and what was the reasons driving the performance in the most recent month. | 26 | 0.90 | $260.00 | $234.00 |
| 12/4/03 | AP | Prepared summary of performance for Grace's divisions in October in order to break down sales to understand which businesses were driving the strong sales volume for the month. | 26 | 0.90 | $260.00 | $234.00 |
| 12/5/03 | AP | Prepared change to W.R. Grace memo to highlight that the acquisition of the German chemicals company would effect Performance Chemicals business line and not Davison. | 26 | 0.20 | $260.00 | $52.00 |
| 12/23/03 | AP | Reviewed outline of third quarter memo to counsel and exhibits that would support the summary. | 28 | 0.20 | $260.00 | $52.00 |
| 12/29/03 | AP | Prepared Exhibit A - Consolidated Income Statement for the W. R. Grace third quarter summary memo for counsel in order to provide a detailed description of the firm's third quarter performance. | 26 | 1.20 | $260.00 | $312.00 |
| 12/29/03 | AP | Prepared Exhibit B - Sales and Operating Income Comparison from Core Operations for the third quarter memo to counsel to show Grace's performance during the quarter. | 26 | 1.20 | $260.00 | $312.00 |
| 12/29/03 | AP | Prepared Exhibit C Consolidated Balance Sheet comparing the current balances for Grace versus the end of 2002 to show the change during the prior 9 months. | 26 | 1.20 | $260.00 | $312.00 |
| 12/29/03 | AP | Prepared Exhibit D Consolidated Statement of Cash Flows to highlight the sources and uses of cash for Grace during the first 9 months of 2003. | 26 | 1.20 | $260.00 | $312.00 |
| 12/29/03 | AP | Prepared the executive summary section of the W. R. Grace third quarter memo to counsel outlining the critical performance statistics and materials changes within the firm during the third quarter of 2003. | 26 | 1.80 | $260.00 | $468.00 |
| 12/30/03 | AP | Prepared Davison Chemicals section of third quarter memo to counsel focusing on sales and operating performance for the segment during the quarter. | 26 | 1.00 | $260.00 | $260.00 |
| 12/30/03 | AP | Prepared Performance Chemicals section of the third quarter 2003 summary memo to counsel highlighting the significant increase in sales and operating income during the quarter along with a summary of performance for business lines under Performance Chemicals. | 26 | 1.00 | $260.00 | $260.00 |
| 12/30/03 | AP | Prepared non-core activities section of the summary memo to counsel to describe the $50 million pre-tax charge for Libby, Montana clean-up and how it changed performance during the quarter. | 26 | 1.00 | $260.00 | $260.00 |

# W.R. Grace

## Schedule A

### Services Rendered during the Period:  December 1-31, 2003

| Date | | Comment | CAT. | Hours | Rate | Amount |
|------|---|---------|------|-------|------|--------|
| 12/30/03 | AP | Prepared reorganization expenses section of the third quarter 2003 summary memo to counsel to describe the balance for the quarter. | 26 | 0.30 | $260.00 | $78.00 |
| 12/30/03 | AP | Prepared the cash flow section of the third quarter summary memo to counsel to describe the liquidity of Grace and the major uses of cash during the quarter. | 26 | 1.00 | $260.00 | $260.00 |
| | | **Sub-Total** | | 23.90 | | $6,214.00 |

### Cheryl Wright - Senior Consultant

| Date | | Comment | CAT. | Hours | Rate | Amount |
|------|---|---------|------|-------|------|--------|
| 12/16/03 | CW | Prepare revenues graph for Grace and its comparable companies, showing high, low, median and Grace's results for the period from 1999 to LTM | 21 | 0.80 | $195.00 | $156.00 |
| 12/16/03 | CW | Prepare total assets graph for Grace and its comparable companies, showing high, low, median and Grace's results for the period from 1999 to LTM | 21 | 0.80 | $195.00 | $156.00 |
| 12/16/03 | CW | Prepare EBITDA graph for Grace and its comparable companies, showing high, low, median and Grace's results for the period from 1999 to LTM | 21 | 0.80 | $195.00 | $156.00 |
| 12/17/03 | CW | Prepare gross profit margin receivable graph for Grace and its comparable companies, showing high, low, median and Grace's results for the period from 1999 to LTM | 21 | 0.80 | $195.00 | $156.00 |
| 12/17/03 | CW | Prepare EBITDA margin graph for Grace and its comparable companies, showing high, low, median and Grace's results for the period from 1999 to LTM | 21 | 0.80 | $195.00 | $156.00 |
| 12/17/03 | CW | Prepare EBIT margin graph for Grace and its comparable companies, showing high, low, median and Grace's results for the period from 1999 to LTM | 21 | 0.80 | $195.00 | $156.00 |
| 12/17/03 | CW | Prepare EBITDA-to-tangible assets graph for Grace and its comparable companies, showing high, low, median and Grace's results for the period from 1999 to LTM | 21 | 0.80 | $195.00 | $156.00 |
| 12/17/03 | CW | Prepare EBIT-to-tangible assets graph for Grace and its comparable companies, showing high, low, median and Grace's results for the period from 1999 to LTM | 21 | 0.80 | $195.00 | $156.00 |
| 12/17/03 | CW | Prepare revenue growth (indexed) graph for Grace and 11 comparable companies, showing high, low, median and Grace's results for the period from 1999 to LTM | 21 | 0.80 | $195.00 | $156.00 |
| 12/17/03 | CW | Prepare EBIT growth (indexed) graph for Grace and 11 comparable companies, showing high, low, median and Grace's results for the period from 1999 to LTM | 21 | 0.80 | $195.00 | $156.00 |
| 12/17/03 | CW | Prepare EBITDA growth (indexed) graph for Grace and 11 comparable companies, showing high, low, median and Grace's results for the period from 1999 to LTM | 21 | 0.80 | $195.00 | $156.00 |
| 12/17/03 | CW | Prepare debt-to-equity graph for Grace and 11 comparable companies, showing high, low, median and Grace's results for the period from 1999 to LTM | 21 | 0.80 | $195.00 | $156.00 |
| 12/17/03 | CW | Prepare debt-to-total capital graph for Grace and 11 comparable companies, showing high, low, median and Grace's results for the period from 1999 to LTM | 21 | 0.80 | $195.00 | $156.00 |
| 12/17/03 | CW | Prepare debt-to-EBITDA graph for Grace and 11 comparable companies, showing high, low, median and Grace's results for the period from 1999 to LTM | 21 | 0.80 | $195.00 | $156.00 |
| 12/17/03 | CW | Prepare days receivable graph for Grace and 11 comparable companies, showing high, low, median and Grace's results for the period from 1999 to LTM | 21 | 0.80 | $195.00 | $156.00 |
| 12/17/03 | CW | Prepare days payable graph for Grace and 11 comparable companies, showing high, low, median and Grace's results for the period from 1999 to LTM | 21 | 0.80 | $195.00 | $156.00 |
| 12/17/03 | CW | Prepare inventory turnover graph for Grace and 11 comparable companies, showing high, low, median and Grace's results for the period from 1999 to LTM | 21 | 0.80 | $195.00 | $156.00 |
| 12/18/03 | CW | Prepare quick ratio graph for Grace and 11 comparable companies, showing high, low, median and Grace's results for the period from 1999 to LTM | 21 | 0.80 | $195.00 | $156.00 |
| 12/18/03 | CW | Prepare current ratio graph for Grace and 11 comparable companies, showing high, low, median and Grace's results for the period from 1999 to LTM | 21 | 0.80 | $195.00 | $156.00 |
| 12/18/03 | CW | Review graphs to ensure correct formulas and ranges used for calculation of median, high, low and Grace values | 21 | 1.10 | $195.00 | $214.50 |

# W.R. Grace

## Schedule A

**Services Rendered during the Period:  December 1-31, 2003**

| Date | | Comment | CAT. | Hours | Rate | Amount |
|------|---|---------|------|-------|------|--------|
| 12/18/03 | CW | Review graphs and check against historical financial statements to ensure accuracy and correctness of data | 21 | 1.10 | $195.00 | $214.50 |
| 12/29/03 | CW | Review WR Grace graphs for the 1999 - 2002 period and update for restatements | 21 | 1.70 | $195.00 | $331.50 |
| 12/30/03 | CW | Review and analyze WR Grace and comps LTM data, including non-recurring items for the graphs and the historical financial statement schedules | 21 | 2.20 | $195.00 | $429.00 |
| | | **Sub-Total** | | 21.30 | | $4,153.50 |

### Dottie-Jo Collins - Manager

| Date | | Comment | CAT. | Hours | Rate | Amount |
|------|---|---------|------|-------|------|--------|
| 12/31/03 | DC | Compilation and consolidation of monthly services rendered | 11 | 5.00 | $260.00 | $1,300.00 |
| 12/31/03 | DC | Assignment of Billing Categories | 11 | 1.60 | $260.00 | $416.00 |
| | | **Sub-Total** | | 6.60 | | $1,716.00 |

**TOTAL  Schedule 'A'**  162.50  $58,188.00

# W.R. Grace

**Schedule B**

### Services Rendered during the Period: December 1-31, 2003

| Date | | Comment | CAT. | Hours | Rate | Amount |
|------|---|---------|------|-------|------|--------|
| 12/1/03 | LT | Preparation of engagement status report as requested by ACC counsel | 07 | 0.50 | $475.00 | $237.50 |
| 12/4/03 | LT | Preparation of memorandum and related analysis of financial condition and operating results for October 2003 as per ACC counsel request | 07 | 1.10 | $475.00 | $522.50 |
| 12/4/03 | MB | Preparation and analysis of balance sheet for use in operating review memorandum to ACC | 07 | 0.90 | $450.00 | $405.00 |
| 12/4/03 | MB | Preparation and analysis of comparative income statement for use in operating review memorandum to ACC | 07 | 0.90 | $450.00 | $405.00 |
| 12/4/03 | MB | Preparation and analysis of business unit income statement for use in operating review memorandum to ACC | 07 | 0.90 | $450.00 | $405.00 |
| 12/4/03 | MB | Preparation and analysis of cash flow statement for use in operating review memorandum to ACC | 07 | 0.90 | $450.00 | $405.00 |
| 12/9/03 | RM | Review due diligence and case files re financial and corporation information received to identify updates required to be reported to counsel and committee | 07 | 0.30 | $450.00 | $135.00 |
| 12/11/03 | RM | Review of capital structure and financing requirements to identify trends and prepare for future discussion with counsel | 07 | 2.70 | $450.00 | $1,215.00 |
| 12/11/03 | RM | Review due diligence and case files re financial and corporation information received to identify updates required to be reported to counsel and committee | 07 | 0.40 | $450.00 | $180.00 |
| 12/12/03 | RM | Review of  multiples, market shares and international sales and assets by product to identify issues and trends for future report to counsel | 07 | 2.50 | $450.00 | $1,125.00 |
| 12/15/03 | RM | Review due diligence and case files re financial and corporation information received to identify updates required to be reported to counsel and committee | 07 | 1.10 | $450.00 | $495.00 |
| 12/15/03 | MB | Review net operating loss presentation to ACC counsel for comments and reasonability | 07 | 2.40 | $450.00 | $1,080.00 |
| 12/17/03 | RM | Review enterprise valuation files to identify updates and additional analysis required for reporting to counsel and committee | 07 | 1.00 | $450.00 | $450.00 |
| 12/18/03 | RM | Review of computer files and preparation of back up files for 2003 reports to counsel | 07 | 1.00 | $450.00 | $450.00 |
| 12/19/03 | RM | Review Sarbanes Oxley legislation and compliance efforts by debtors in Chapter 11 for future report to counsel | 07 | 0.50 | $450.00 | $225.00 |
| 12/19/03 | RM | Review of pension plan spread sheet and accounting status by company for purposes of comparing relative funding or under funding risk in report to counsel | 07 | 0.40 | $450.00 | $180.00 |
| 12/22/03 | RM | Review standards, analysis performed and reporting to counsel on a  variety of matters and motions associated with engagements regarding debtor in Chapter 11 | 07 | 0.30 | $450.00 | $135.00 |
| | | **Total Category 07: Committee, Creditors, Noteholders** | | **17.80** | | **$8,050.00** |
| 12/15/03 | LT | Review monthly fee application for November 2003 which includes timekeeper journal entries | 11 | 0.30 | $475.00 | $142.50 |
| 12/31/03 | DC | Compilation and consolidation of monthly services rendered | 11 | 5.00 | $260.00 | $1,300.00 |
| 12/31/03 | DC | Assignment of Billing Categories | 11 | 1.60 | $260.00 | $416.00 |
| | | **Total Category 11: Fee Application, Applicant** | | **6.90** | | **$1,858.50** |
| 12/12/03 | JS | Discuss with Tersigni work needed to be done for monitoring, valuation, and  POR for settlement. | 16 | 0.40 | $450.00 | $180.00 |
| 12/17/03 | JS | Review Company's NOL, Taxable Income, Taxes Paid memo and schedules for conference call with Company regarding valuation and POR. | 16 | 0.60 | $450.00 | $270.00 |
| 12/17/03 | JS | Conference call regarding taxes/ NOL with Elyse Napoli-Filon, VP Taxes, of Grace for valuation and POR. | 16 | 0.50 | $450.00 | $225.00 |
| 12/19/03 | JS | Conference call for detailed review of Grace NOL for valuation and POR, to be used as template for NOL valuations. | 16 | 2.50 | $450.00 | $1,125.00 |
| | | **Total Category 16:  Plan and Disclosure Statement** | | **4.00** | | **$1,800.00** |
| 12/1/03 | JS | Planning meeting with Tersigni to determine work needed to be undertaken for valuation and monitoring. | 21 | 0.90 | $450.00 | $405.00 |

# W.R. Grace

**Schedule B**

### Services Rendered during the Period:  December 1-31, 2003

| Date | | Comment | CAT. | Hours | Rate | Amount |
|------|---|---------|------|-------|------|--------|
| 12/1/03 | JS | Review and analysis of tax schedules and NOL carryover schedules sent by Grace for valuation. | 21 | 1.40 | $450.00 | $630.00 |
| 12/2/03 | JS | Analyze allocating NOL carryback to taxable income and taxes paid by year over past 10 years for valuation. | 21 | 2.40 | $450.00 | $1,080.00 |
| 12/4/03 | JS | Review 3rd Quarter Financial Briefing and draft of 3rd Quarter Operating Review for counsel for monitoring and valuation. | 21 | 2.40 | $450.00 | $1,080.00 |
| 12/4/03 | JS | Review 10/03 MOR and LTC October Monthly Operating Review for possible revisions to projections for monitoring and valuation. | 21 | 1.30 | $450.00 | $585.00 |
| 12/5/03 | JS | Develop revised projections for DCF valuation for revised corporate valuation. | 21 | 2.80 | $450.00 | $1,260.00 |
| 12/5/03 | JS | Develop two DCF valuation scenarios with existing NOL included in and separate from enterprise value for valuation. | 21 | 2.40 | $450.00 | $1,080.00 |
| 12/5/03 | JS | Review tax schedules sent by WR Grace regarding NOL for revisions to DCF and NOL valuations for valuation. | 21 | 1.40 | $450.00 | $630.00 |
| 12/8/03 | JS | Revise projections and estimated tax benefits for DCF and NOL valuations for valuation. | 21 | 2.90 | $450.00 | $1,305.00 |
| 12/8/03 | JS | Outline rationale for memorandum for 2 scenarios to DCF and NOL valuations for valuation for counsel. | 21 | 1.10 | $450.00 | $495.00 |
| 12/8/03 | PR | Review, analyze and update adjusted forecasted tax rate on revised DCF model and valuation based on NOL analysis | 21 | 1.10 | $345.00 | $379.50 |
| 12/9/03 | JS | Review all assumptions for projections, Grace Business Plan, 3rd Quarter Financial Briefing, Grace tax schedules, for projections for DCF and NOL for valuation for counsel. | 21 | 2.20 | $450.00 | $990.00 |
| 12/9/03 | JS | Revise projections, have DCF and NOL revisions prepared under  2 scenarios, for valuation. | 21 | 2.50 | $450.00 | $1,125.00 |
| 12/9/03 | JS | Prepare memorandum on Considerations for Grace EV Revision for NOL for valuation for counsel | 21 | 2.80 | $450.00 | $1,260.00 |
| 12/9/03 | PR | Review and update footnotes to NOL exhibit on revised valuation | 21 | 0.60 | $345.00 | $207.00 |
| 12/10/03 | JS | Review NOL PV spread sheet, have footnotes added, for valuation. | 21 | 0.30 | $450.00 | $135.00 |
| 12/10/03 | PR | Revise and update NOL presentation to acc with updated chart on NOL calculation | 21 | 0.80 | $345.00 | $276.00 |
| 12/16/03 | BR | Review of Grace memo re carryover of net operating losses as of 12/31/02 for purposes of valuation of Grace's post-effective NOL | 21 | 0.50 | $450.00 | $225.00 |
| 12/16/03 | BR | Review of memorandum regarding the valuation of the W.R. Grace's NOL for purpose of providing comments thereon | 21 | 1.80 | $450.00 | $810.00 |
| 12/16/03 | BR | Preparation of questions and comments regarding memorandum on the valuation of W.R Grace's NOL | 21 | 1.10 | $450.00 | $495.00 |
| 12/16/03 | CW | Prepare revenues graph for Grace and its comparable companies, showing high, low, median and Grace's results for the period from 1999 to LTM | 21 | 0.80 | $195.00 | $156.00 |
| 12/16/03 | CW | Prepare total assets graph for Grace and its comparable companies, showing high, low, median and Grace's results for the period from 1999 to LTM | 21 | 0.80 | $195.00 | $156.00 |
| 12/16/03 | CW | Prepare EBITDA graph for Grace and its comparable companies, showing high, low, median and Grace's results for the period from 1999 to LTM | 21 | 0.80 | $195.00 | $156.00 |
| 12/17/03 | CW | Prepare gross profit margin receivable graph for Grace and its comparable companies, showing high, low, median and Grace's results for the period from 1999 to LTM | 21 | 0.80 | $195.00 | $156.00 |
| 12/17/03 | CW | Prepare EBITDA margin graph for Grace and its comparable companies, showing high, low, median and Grace's results for the period from 1999 to LTM | 21 | 0.80 | $195.00 | $156.00 |
| 12/17/03 | CW | Prepare EBIT margin graph for Grace and its comparable companies, showing high, low, median and Grace's results for the period from 1999 to LTM | 21 | 0.80 | $195.00 | $156.00 |
| 12/17/03 | CW | Prepare EBITDA-to-tangible assets graph for Grace and its comparable companies, showing high, low, median and Grace's results for the period from 1999 to LTM | 21 | 0.80 | $195.00 | $156.00 |
| 12/17/03 | CW | Prepare EBIT-to-tangible assets graph for Grace and its comparable companies, showing high, low, median and Grace's results for the period from 1999 to LTM | 21 | 0.80 | $195.00 | $156.00 |
| 12/17/03 | CW | Prepare revenue growth (indexed) graph for Grace and 11 comparable companies, showing high, low, median and Grace's results for the period from 1999 to LTM | 21 | 0.80 | $195.00 | $156.00 |

# W.R. Grace

**Schedule  B**

### Services Rendered during the Period:  December 1-31, 2003

| Date | | Comment | CAT. | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/17/03 | CW | Prepare EBIT growth (indexed) graph for Grace and 11 comparable companies, showing high, low, median and Grace's results for the period from 1999 to LTM | 21 | 0.80 | $195.00 | $156.00 |
| 12/17/03 | CW | Prepare EBITDA growth (indexed) graph for Grace and 11 comparable companies, showing high, low, median and Grace's results for the period from 1999 to LTM | 21 | 0.80 | $195.00 | $156.00 |
| 12/17/03 | CW | Prepare debt-to-equity graph for Grace and 11 comparable companies, showing high, low, median and Grace's results for the period from 1999 to LTM | 21 | 0.80 | $195.00 | $156.00 |
| 12/17/03 | CW | Prepare debt-to-total capital graph for Grace and 11 comparable companies, showing high, low, median and Grace's results for the period from 1999 to LTM | 21 | 0.80 | $195.00 | $156.00 |
| 12/17/03 | CW | Prepare debt-to-EBITDA graph for Grace and 11 comparable companies, showing high, low, median and Grace's results for the period from 1999 to LTM | 21 | 0.80 | $195.00 | $156.00 |
| 12/17/03 | CW | Prepare days receivable graph for Grace and 11 comparable companies, showing high, low, median and Grace's results for the period from 1999 to LTM | 21 | 0.80 | $195.00 | $156.00 |
| 12/17/03 | CW | Prepare days payable graph for Grace and 11 comparable companies, showing high, low, median and Grace's results for the period from 1999 to LTM | 21 | 0.80 | $195.00 | $156.00 |
| 12/17/03 | CW | Prepare inventory turnover graph for Grace and 11 comparable companies, showing high, low, median and Grace's results for the period from 1999 to LTM | 21 | 0.80 | $195.00 | $156.00 |
| 12/18/03 | MB | Plan for impact of energy cost changes upon profitability and valuation | 21 | 0.60 | $450.00 | $270.00 |
| 12/18/03 | CW | Prepare quick ratio graph for Grace and 11 comparable companies, showing high, low, median and Grace's results for the period from 1999 to LTM | 21 | 0.80 | $195.00 | $156.00 |
| 12/18/03 | CW | Prepare current ratio graph for Grace and 11 comparable companies, showing high, low, median and Grace's results for the period from 1999 to LTM | 21 | 0.80 | $195.00 | $156.00 |
| 12/18/03 | CW | Review graphs to ensure correct formulas and ranges used for calculation of median, high, low and Grace values | 21 | 1.10 | $195.00 | $214.50 |
| 12/18/03 | CW | Review graphs and check against historical financial statements to ensure accuracy and correctness of data | 21 | 1.10 | $195.00 | $214.50 |
| 12/19/03 | BR | Analysis of iterative calculation methodology for determining value of Grace's NOL for purposes of valuation | 21 | 1.50 | $450.00 | $675.00 |
| 12/19/03 | BR | Revisions to memorandum re valuation of Grace NOL for purposes of valuation | 21 | 2.30 | $450.00 | $1,035.00 |
| 12/19/03 | JS | Review operating statistics and graphs through 9/30/03 of Grace vs. competitors for monitoring and valuation. | 21 | 0.70 | $450.00 | $315.00 |
| 12/22/03 | PR | Review and update market value of equity and enterprise value of comparable companies for updated 3Q valuation | 21 | 2.20 | $345.00 | $759.00 |
| 12/22/03 | PR | Review and update LTM EBITDA multiples based on Q3 2003 data for comparable companies and compare to prior valuation | 21 | 1.60 | $345.00 | $552.00 |
| 12/22/03 | PR | Review and update LTM EBIT multiples based on Q3 2003 data for comparable companies and compare to prior valuation | 21 | 1.60 | $345.00 | $552.00 |
| 12/22/03 | PR | Review and update LTM revenue multiples based on Q3 2003 data for comparable companies and compare to prior valuation | 21 | 1.40 | $345.00 | $483.00 |
| 12/22/03 | PR | Review and analyze Rohm & Haas 2003 3Q 10q for one time adjustments to operating expenses for updated valuation | 21 | 1.40 | $345.00 | $483.00 |
| 12/22/03 | PR | Review and analyze Engelhard 2003 3Q 10Q for one time adjustments to operating expenses for updated valuation | 21 | 1.40 | $345.00 | $483.00 |
| 12/22/03 | PR | Review and analyze Lubrizol 2003 3Q 10Q for nonrecurring items to operating expenses for updated valuation | 21 | 1.40 | $345.00 | $483.00 |
| 12/23/03 | PR | Review and update NOL presentation to include details of calculation of taxable income | 21 | 0.80 | $345.00 | $276.00 |
| 12/23/03 | PR | Review and analyze Cytec 2003 3Q 10Q for nonrecurring items to operating expenses for updated valuation | 21 | 1.70 | $345.00 | $586.50 |
| 12/23/03 | PR | Review and analyze Albemarle 2003 3Q 10Q for one time adjustments to operating expenses for updated valuation | 21 | 1.40 | $345.00 | $483.00 |
| 12/23/03 | PR | Review and analyze Hercules Inc. 2003 3Q 10Q for nonrecurring items to operating expenses for updated valuation | 21 | 1.70 | $345.00 | $586.50 |
| 12/23/03 | PR | Review and analyze Great Lakes 2003 3Q 10Q for one time adjustments to operating expenses for updated valuation | 21 | 1.90 | $345.00 | $655.50 |

# W.R. Grace

**Schedule  B**

### Services Rendered during the Period:  December 1-31, 2003

| Date | | Comment | CAT. | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/23/03 | PR | Review and analyze Crompton 2003 3Q 10Q for nonrecurring items to operating expenses for updated valuation | 21 | 1.70 | $345.00 | $586.50 |
| 12/23/03 | PR | Review and analyze PPG 2003 3Q 10Q for nonrecurring items to operating expenses for updated valuation | 21 | 1.40 | $345.00 | $483.00 |
| 12/24/03 | MB | Plan for assessing 2004 business risks potentially impacting valuation and business performance | 21 | 0.60 | $450.00 | $270.00 |
| 12/24/03 | PR | Review and analyze HB Fuller 2003 3Q 10Q for one time adjustments to operating expenses for updated valuation | 21 | 1.70 | $345.00 | $586.50 |
| 12/29/03 | PR | Review and analyze Cabot Corp. 2003 10k for one time adjustments to operating expenses for updated valuation | 21 | 1.90 | $345.00 | $655.50 |
| 12/29/03 | PR | Research comparable companies beta and calculate WR Grace unlevered beta for WACC calculation for updated valuation | 21 | 1.70 | $345.00 | $586.50 |
| 12/29/03 | PR | Prepare and review sensitivity to WACC for WR Grace valuation based on changes to capital structure | 21 | 1.10 | $345.00 | $379.50 |
| 12/29/03 | PR | Analyze and update profitability and size ratios and historical trends of comparable companies for updated valuation | 21 | 1.90 | $345.00 | $655.50 |
| 12/29/03 | PR | Analyze and update growth and liquidity ratios and historical trends of comparable companies for updated valuation | 21 | 1.70 | $345.00 | $586.50 |
| 12/29/03 | PR | Analyze and update leverage and working capital ratios and historical trends of comparable companies for updated valuation | 21 | 1.70 | $345.00 | $586.50 |
| 12/29/03 | PR | Review and update WR Grace cost of debt for WACC based on current capitalization and available financing for valuation | 21 | 0.80 | $345.00 | $276.00 |
| 12/29/03 | CW | Review WR Grace graphs for the 1999 - 2002 period and update for restatements | 21 | 1.70 | $195.00 | $331.50 |
| 12/30/03 | JS | Revise assumptions for NOL valuation per conference call with Rapp on 12/19/03 for valuation. | 21 | 2.60 | $450.00 | $1,170.00 |
| 12/30/03 | JS | Revise schedules in accordance with revised assumptions for NOL for valuation. | 21 | 1.80 | $450.00 | $810.00 |
| 12/30/03 | CW | Review and analyze WR Grace and comps LTM data, including non-recurring items for the graphs and the historical financial statement schedules | 21 | 2.20 | $195.00 | $429.00 |
| | | **Total Category 21:  Valuation** | | **98.20** | | **$34,915.50** |
| 12/1/03 | LT | Planning meeting with Sinclair to determine work needed to be undertaken relating to valuation. | 26 | 0.90 | $475.00 | $427.50 |
| 12/1/03 | MB | Participate in planning session for upcoming work related to year-end review | 26 | 0.80 | $450.00 | $360.00 |
| 12/3/03 | AP | Prepared W.R, Grace Monthly Operating Report model for October 2003 in order to compare the sources and uses of cash for the most recent month versus prior months to determine if any outflows appear out of the ordinary course of business. | 26 | 0.90 | $260.00 | $234.00 |
| 12/3/03 | AP | Prepared the W.R. Grace October MOR Balance Sheet in order to compare the current balances between the consolidated and filing entities in order to see whether the cash and asset/liabilities are correctly distributed between the entities. | 26 | 0.90 | $260.00 | $234.00 |
| 12/3/03 | AP | Prepared the W.R. Grace October Monthly Operating Report Statement of Operation to compare the month and YTD performance with that of the same period in 2002. | 26 | 0.90 | $260.00 | $234.00 |
| 12/3/03 | AP | Prepared the W.R. Grace October Monthly Operating Report Cash Flow Statement for October 2003 (and YTD) in order to check the uses of cash during the month and whether any appear out of the ordinary. | 26 | 0.90 | $260.00 | $234.00 |
| 12/4/03 | MB | Review financial performance schedule by business unit for 2003 third quarter | 26 | 1.70 | $450.00 | $765.00 |
| 12/4/03 | MB | Review analysis of corporate operating costs for 2003 third quarter | 26 | 1.50 | $450.00 | $675.00 |
| 12/4/03 | AP | Prepared W.R. Grace Analysis of Divisions in order to prepare an exhibit for the MOR summary that showed the performance of both Davison and Performance Chemicals along with the businesses that make up the divisions. | 26 | 0.90 | $260.00 | $234.00 |

# W.R. Grace

**Schedule  B**

### Services Rendered during the Period:  December 1-31, 2003

| Date | | Comment | CAT. | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/4/03 | AP | Prepared the executive summary for the MOR summary memo highlight both performance and key changes within the firm during the month of October. | 26 | 0.90 | $260.00 | $234.00 |
| 12/4/03 | AP | Prepared section of memo reviewing the highlights of the Balance Sheet analysis and a brief description of the source of the changes. | 26 | 0.90 | $260.00 | $234.00 |
| 12/4/03 | AP | Prepared Statement of Operations section of MOR summary memo highlighting Grace's recent performance and what was the reasons driving the performance in the most recent month. | 26 | 0.90 | $260.00 | $234.00 |
| 12/4/03 | AP | Prepared summary of performance for Grace's divisions in October in order to break down sales to understand which businesses were driving the strong sales volume for the month. | 26 | 0.90 | $260.00 | $234.00 |
| 12/5/03 | MB | Review filing entity financial statements for 2003 third quarter | 26 | 1.50 | $450.00 | $675.00 |
| 12/5/03 | MB | Prepared change to W.R. Grace memo to highlight that the acquisition of the German chemicals company would effect Performance Chemicals business line and not Davison. | 26 | 0.20 | $260.00 | $52.00 |
| 12/8/03 | MB | Review 12/5/03 Calendar of Critical Events | 26 | 0.30 | $450.00 | $135.00 |
| 12/12/03 | JS | Review CFO Sarbanes-Oxley report on data and compliance for applicability to Grace for monitoring. | 26 | 0.90 | $450.00 | $405.00 |
| 12/15/03 | LT | Review and analysis of engagement status | 26 | 0.30 | $475.00 | $142.50 |
| 12/15/03 | MB | Review 12/12/03 Calendar of Critical Events | 26 | 0.30 | $450.00 | $135.00 |
| 12/22/03 | MB | Review 12/19/03 Calendar of Critical Events | 26 | 0.30 | $450.00 | $135.00 |
| 12/23/03 | RM | Review Sarbanes Oxley requirements in order to prepare guidance for questions to ask debtors | 26 | 0.40 | $450.00 | $180.00 |
| 12/23/03 | RM | Prepare memo on Sarbanes Oxley for follow up questions to ask debtors about compliance efforts | 26 | 0.30 | $450.00 | $135.00 |
| 12/24/03 | RM | Complete memo on Sarbanes-Oxley for follow up questions to ask debtors re compliance | 26 | 0.30 | $450.00 | $135.00 |
| 12/26/03 | LT | Review and analysis of monthly operating report for November 2003 | 26 | 2.00 | $475.00 | $950.00 |
| 12/29/03 | AP | Prepared Exhibit A - Consolidated Income Statement for the W. R. Grace third quarter summary memo for counsel in order to provide a detailed description of the firm's third quarter performance. | 26 | 1.20 | $260.00 | $312.00 |
| 12/29/03 | AP | Prepared Exhibit B - Sales and Operating Income Comparison from Core Operations for the third quarter memo to counsel to show Grace's performance during the quarter. | 26 | 1.20 | $260.00 | $312.00 |
| 12/29/03 | AP | Prepared Exhibit C Consolidated Balance Sheet comparing the current balances for Grace versus the end of 2002 to show the change during the prior 9 months. | 26 | 1.20 | $260.00 | $312.00 |
| 12/29/03 | AP | Prepared Exhibit D Consolidated Statement of Cash Flows to highlight the sources and uses of cash for Grace during the first 9 months of 2003. | 26 | 1.20 | $260.00 | $312.00 |
| 12/29/03 | AP | Prepared the executive summary section of the W. R. Grace third quarter memo to counsel outlining the critical performance statistics and materials changes within the firm during the third quarter of 2003. | 26 | 1.80 | $260.00 | $468.00 |
| 12/30/03 | LT | Review engagement status | 26 | 0.20 | $475.00 | $95.00 |
| 12/30/03 | AP | Prepared Davison Chemicals section of third quarter memo to counsel focusing on sales and operating performance for the segment during the quarter. | 26 | 1.00 | $260.00 | $260.00 |
| 12/30/03 | AP | Prepared Performance Chemicals section of the third quarter 2003 summary memo to counsel highlighting the significant increase in sales and operating income during the quarter along with a summary of performance for business lines under Performance Chemicals. | 26 | 1.00 | $260.00 | $260.00 |
| 12/30/03 | AP | Prepared non-core activities section of the summary memo to counsel to describe the $50 million pre-tax charge for Libby, Montana clean-up and how it changed performance during the quarter. | 26 | 1.00 | $260.00 | $260.00 |
| 12/30/03 | AP | Prepared reorganization expenses section of the third quarter 2003 summary memo to counsel to describe the balance for the quarter. | 26 | 0.30 | $260.00 | $78.00 |

# W.R. Grace

## Schedule  B

**Services Rendered during the Period:  December 1-31, 2003**

| Date | | Comment | CAT. | Hours | Rate | Amount |
|------|---|---------|------|-------|------|--------|
| 12/30/03 | AP | Prepared the cash flow section of the third quarter summary memo to counsel to describe the liquidity of Grace and the major uses of cash during the quarter. | 26 | 1.00 | $260.00 | $260.00 |
| | | **Total Category  26:  Business Analysis** | | **30.90** | | **$10,342.00** |
| 12/3/03 | AP | Reviewed Notes to W.R. Grace's Monthly Operating Report covering the performance of the consolidated business in order to create monthly summary of the firm. | 28 | 1.10 | $260.00 | $286.00 |
| 12/4/03 | AP | Reviewed summary of Performance Chemicals division in order to prepare summary of monthly operating report. | 28 | 0.60 | $260.00 | $156.00 |
| 12/4/03 | AP | Reviewed notes to Grace's Monthly operating report that explained the performance of the Davison Chemicals division in order to prepare the summary memo of the MOR. | 28 | 0.70 | $260.00 | $182.00 |
| 12/4/03 | AP | Reviewed notes to Grace's Monthly operating report covering cash flow to better understand the $21 million use of cash for the month and whether the trend is expected to continue. | 28 | 0.70 | $260.00 | $182.00 |
| 12/4/03 | AP | Reviewed W.R. Grace's announcement in regards to the Seal Air settlement to determine the impact on asbestos claimants and the specifics of the settlement in order to include a summary of it in the MOR summary for October. | 28 | 0.70 | $260.00 | $182.00 |
| 12/4/03 | AP | Reviewed the W.R. Grace press release announcing the appointment of a new president for the firm and prepared summary highlighting the changes for the monthly operating report summary. | 28 | 0.70 | $260.00 | $182.00 |
| 12/23/03 | AP | Reviewed outline of third quarter memo to counsel and exhibits that would support the summary. | 28 | 0.20 | $260.00 | $52.00 |
| | | **Total Category  28:  Data Analysis** | | **4.70** | | **$1,222.00** |
| | | **TOTAL  Schedule 'B'** | | **162.50** | | **$58,188.00** |

# W. R. Grace

**Schedule C**

**Summary of Expenses Incurred by L Tersigni Consulting P.C.**
**Accountant and Financial Advisor**

| Descriptions | Amount |
|---|---|
| Telephone | $53.63 |
| Xerox:    ( 686 x $0.10 per page) | $68.60 |
| **Total Expenses incurred from   December 1-31, 2003** | $122.23 |