IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In Re: | : | |
| | : | Chapter 11 |
| | : | |
| W. R. GRACE & CO., et al, | : | Case No. 01-1139 (JJF) |
| | : | |
| Debtor | : | Jointly Administered |

**NOTICE OF ELEVENTH INTERIM FEE APPLICATION REQUEST OF
CAPLIN & DRYSDALE, CHARTERED FOR SERVICES RENDERED
AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO
THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS
FOR THE PERIOD OCTOBER 1, 2003 THROUGH DECEMBER 31, 2003**

Name of Applicant:  Caplin & Drysdale, Chartered

Authorized to Provide Professional Services to:  The Official Committee of Asbestos Personal Injury Claimants

Date of Retention:  April 12, 2001

Period for which Compensation and Reimbursement is sought:  October 1, 2003 through December 31, 2003

Total Amount of Compensation sought as
actual, reasonable and necessary for applicable period:  $62,774.50

Total Amount of Expense Reimbursement
sought as actual, reasonable and necessary for applicable period: $8,248.48

Total Amount of Compensation Paid as
actual, reasonable and necessary for applicable period: $50,219.60

Total Amount of Expense Reimbursement Paid
as actual, reasonable and necessary for applicable period: $8,248.48

Total Amount of Holdback Fees Sought for applicable period:  $12,554.90

{D0018703:1 }
DOC# - 170098