## **EXHIBIT A**

**Business Operations (.20 Hours; $ 156.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .20 | $780 | 156.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 10/14/2003 | EI | 780.00 | 0.20 | Memo to Committee re: new COO. |

**Total Task Code .03    .20**

**Case Administration (57.30 Hours; $ 16,704.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .30 | $780 | 234.00 |
| Peter Van N. Lockwood | 10.50 | $685 | 7,192.50 |
| Julie W Davis | .50 | $520 | 260.00 |
| Rita C. Tobin | 6.50 | $375 | 2,437.50 |
| Max C. Heerman | .20 | $295 | 59.00 |
| Robert C. Spohn | 15.40 | $180 | 2,772.00 |
| Andrew D. Katznelson | 16.40 | $160 | 2,624.00 |
| Ada I. Odum | 7.50 | $150 | 1,125.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 10/1/2003 | RCS | 180.00 | 1.30 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence receive 9/30/03 (.2); prepare deposition transcripts and exhibits for forwarding by electronic means (1.1) |
| 10/1/2003 | ADK | 160.00 | 0.50 | Internet research on Third Circuit issue |
| 10/2/2003 | ADK | 160.00 | 1.60 | Worked on binder of Third Circuit issue for EI |
| 10/2/2003 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 10/1/03 (.2) |

{D0018699:1 }

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 10/3/2003 | RCS | 180.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 10/2/03 (.1) |
| 10/3/2003 | ADK | 160.00 | 0.60 | Worked on Third Circuit issue |
| 10/6/2003 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 10/03/03 (.2) |
| 10/7/2003 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 10/6/03 (.2) |
| 10/7/2003 | ADK | 160.00 | 0.50 | Updated payment schedule with payment received |
| 10/7/2003 | ADK | 160.00 | 0.80 | Worked on Third Circuit issue for RCT |
| 10/8/2003 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 10/7/03 (.2) |
| 10/8/2003 | PVL | 685.00 | 0.10 | Review 5 miscellaneous filings |
| 10/9/2003 | PVL | 685.00 | 0.30 | Teleconference Hurford re KWELMBB motion |
| 10/9/2003 | RCS | 180.00 | 0.30 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 10/8/03 (.3) |
| 10/10/2003 | PVL | 685.00 | 0.60 | Review LTC valuation repl. (.3); review draft Festa empl. contract (.3) |
| 10/10/2003 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 10/09/03 (.2) |
| 10/10/2003 | EI | 780.00 | 0.10 | Memo re: Enterprise Value |
| 10/12/2003 | PVL | 685.00 | 0.10 | Review 3 miscellaneous filings |
| 10/14/2003 | PVL | 685.00 | 0.10 | Review Hamlin appl. re FCR |
| 10/14/2003 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 10/10/03 (.2) |

{D0018699:1 }

- 3 -

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 10/15/2003 | RCS | 180.00 | 0.30 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 10/14/03 (.3) |
| 10/15/2003 | PVL | 685.00 | 0.10 | Review 5 miscellaneous filings |
| 10/16/2003 | RCS | 180.00 | 0.30 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 10/15/03 (.3) |
| 10/17/2003 | EI | 780.00 | 0.10 | Memo re: CEO |
| 10/17/2003 | ADK | 160.00 | 0.40 | Perform review of court documents to identify relevant documents for EI and RCT |
| 10/17/2003 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 10/16/03 (.2) |
| 10/20/2003 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 10/17/03 (.2) |
| 10/20/2003 | EI | 780.00 | 0.10 | T/c D. Bernick re: appointing J. Hamlin |
| 10/21/2003 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 10/20/03 (.2) |
| 10/22/2003 | RCS | 180.00 | 0.30 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 10/21/03 (.3) |
| 10/22/2003 | PVL | 685.00 | 0.10 | Review agenda letter |
| 10/23/2003 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 10/22/03 (.2) |
| 10/24/2003 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 10/23/03 (.2) |
| 10/24/2003 | RCT | 375.00 | 0.20 | Review weekly local counsel recommendation re: EI update |
| 10/24/2003 | PVL | 685.00 | 0.10 | Review amended agenda letter |
| 10/27/2003 | PVL | 685.00 | 0.10 | Review e-mail |

{D0018699:1 }

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 10/27/2003 | PVL | 685.00 | 0.10 | Review 4 miscellaneous fee filings |
| 10/27/2003 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 10/24/03 (.2) |
| 10/28/2003 | RCS | 180.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 10/27/03 (.1) |
| 10/29/2003 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 10/28/03 (.2) |
| 10/29/2003 | ADK | 160.00 | 0.50 | Review. classify and annotate relevant material for RCT |
| 10/29/2003 | ADK | 160.00 | 0.50 | Review, classify and annotate relevant material for TB, RCT and ADK |
| 10/30/2003 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 10/29/03 (.2) |
| 10/30/2003 | PVL | 685.00 | 0.20 | Review oppo. re Hambin FCR appt |
| 10/31/2003 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 10/30/03 (.2) |
| 11/3/2003 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 10/29/03 (.2) |
| 11/3/2003 | PVL | 685.00 | 0.20 | Review 2 LTC memos ((.1); review UCC oppo. re FCR (.1) |
| 11/4/2003 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 11/03/03 (.2) |
| 11/4/2003 | PVL | 685.00 | 0.10 | Review 5 miscellaneous motions |
| 11/4/2003 | ADK | 160.00 | 0.50 | Updated payment schedule with payment received |
| 11/5/2003 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 11/04/03 (.2) |

{D0018699:1 }

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 11/7/2003 | PVL | 685.00 | 0.10 | Confer TWS re status |
| 11/7/2003 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 11/06/03 (.2) |
| 11/10/2003 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 11/07/03 (.2) |
| 11/10/2003 | PVL | 685.00 | 0.10 | Review agenda letter |
| 11/11/2003 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 11/10/03 (.2) |
| 11/12/2003 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 11/11/03 (.2) |
| 11/12/2003 | PVL | 685.00 | 0.30 | Review 6 miscellaneous filings (.1); review reply re MVC lit. (.1); review Royal late claim motion (.1) |
| 11/13/2003 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 11/12/03 (.2) |
| 11/14/2003 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 11/13/03 (.2) |
| 11/14/2003 | RCT | 375.00 | 0.40 | Research issue re: 3rd Circuit |
| 11/15/2003 | PVL | 685.00 | 0.10 | Review 6 miscellaneous filings |
| 11/17/2003 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 11/14/03 (.2) |
| 11/17/2003 | RCT | 375.00 | 0.20 | Review local counsel recommendations re: EI update |
| 11/19/2003 | PVL | 685.00 | 0.40 | Review 7 miscellaneous filings (.1); review Hurford memo re hearing (.1); review Grace doc. prod. re FCR motion (.2) |
| 11/19/2003 | RCS | 180.00 | 0.30 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 11/17/03 thru 11/18/03 (.3) |

{D0018699:1 }

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 11/20/2003 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 11/19/03 (.2) |
| 11/21/2003 | PVL | 685.00 | 0.10 | Review 6 miscellaneous filings |
| 11/21/2003 | RCS | 180.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 11/20/03 (.1) |
| 11/22/2003 | PVL | 685.00 | 0.10 | Review 8 miscellaneous filings |
| 11/24/2003 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 11/21/03 (.2) |
| 11/25/2003 | PVL | 685.00 | 0.60 | Review Acq. Partners et al mandamus petition |
| 11/25/2003 | RCT | 375.00 | 0.20 | Review local counsel recommendations re: EI update |
| 11/25/2003 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 11/24/03 (.2) |
| 11/26/2003 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 11/25/03 (.2) |
| 11/26/2003 | PVL | 685.00 | 1.40 | E-mail Eskin re mandamus (.1); teleconference Eskin re same (.4); voicemail Baena re same (.1); teleconference EI re same (.2); teleconference Baena re same (.4); teleconference Eskin and Hurford re same (.2) |
| 11/29/2003 | PVL | 685.00 | 0.50 | Teleconference NDF re mandamus (.4); review mandamus docs (.1) |
| 11/30/2003 | PVL | 685.00 | 0.10 | Review e-mails re mandamus |
| 12/1/2003 | PVL | 685.00 | 1.40 | Review e-mail re mandamus (.1); conferences NDF re same (.4); edit mandamus opposition (.9) |
| 12/1/2003 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 11/26/03. (.2) |
| 12/1/2003 | RCT | 375.00 | 0.20 | Review local counsel recommendations re: EI update |

{D0018699:1 }

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 12/1/2003 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 11/26/03 (.2) |
| 12/2/2003 | RCS | 180.00 | 0.30 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 12/01/03. (.3) |
| 12/2/2003 | PVL | 685.00 | 1.60 | Review draft mandamus response (1.1); teleconference Eskin re same (.3); teleconference Eskin and EI re same (.1); review Gerard response (.1) |
| 12/2/2003 | RCS | 180.00 | 0.30 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 12/01/03 (.3) |
| 12/2/2003 | RCT | 375.00 | 0.10 | Conference with EI re: recusal motion |
| 12/3/2003 | RCS | 180.00 | 0.30 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 12/02/03 (.3) |
| 12/3/2003 | RCT | 375.00 | 2.30 | Gather and review documents and conferences with EI re: EI preparation for Wolin oral argument |
| 12/4/2003 | RCS | 180.00 | 0.30 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 12/03/03 (.3) |
| 12/4/2003 | PVL | 685.00 | 0.60 | Review Grace mandamus response (.2); teleconference EI re same (.1); confer NDF re same (.1); review SAC mandamus response (.2) |
| 12/4/2003 | RCT | 375.00 | 2.30 | Gather and review documents and conferences with EI re: EI preparation for Wolin oral argument |
| 12/5/2003 | MCH | 295.00 | 0.20 | Revise service list |
| 12/5/2003 | RCS | 180.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 12/04/03 (.1) |
| 12/8/2003 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 12/05/03 (.2) |
| 12/8/2003 | JWD | 520.00 | 0.50 | Review weekly recommendation memos from local counsel |

{D0018699:1 }

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 12/8/2003 | RCT | 375.00 | 0.20 | Review local counsel recommendations re: EI update |
| 12/8/2003 | ADK | 160.00 | 2.50 | Assisted RCT with classifying all ex parte notations in EI memos to Committee |
| 12/9/2003 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 12/08/03 (.2) |
| 12/10/2003 | PVL | 685.00 | 0.30 | Review 5 miscellaneous filings (.1); review agenda letter (.1); review DK Partners reply re mandamus (.1) |
| 12/10/2003 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 12/09/03 (.2) |
| 12/10/2003 | ADK | 160.00 | 4.00 | Updated Recusal Motion and Third Circuit Mandamus pleading binders for EI, assisted RCT with organizing EI time journal and fee application information referenced in Goodheart Declaration |
| 12/11/2003 | RCS | 180.00 | 2.70 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 12/10/03 (.2); retrieve fee apps for Cooley Godward and analyze for specific issue entries per attorney request and e-mail find to NY office (2.3); research docket for specific document requested by attorney (.2) |
| 12/11/2003 | ADK | 160.00 | 3.00 | Updated Recusal Motion and Third Circuit Mandamus pleading binders for EI, assisted RCT with organizing EI time journal and fee application information referenced in Goodheart Declaration |
| 12/12/2003 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 12/11/03 (.2) |
| 12/12/2003 | ADK | 160.00 | 0.50 | Review and classify documents in order to create database regarding upcoming hearings and pre-trial and status conferences for EI |
| 12/12/2003 | RCT | 375.00 | 0.20 | Review weekly recommendations re: EI update |
| 12/15/2003 | RCS | 180.00 | 0.30 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 12/12/03 (.3) |

{D0018699:1 }

| Date | Atty | Rate | Hours | Description |
|---|---|---|---|---|
| 12/15/2003 | RCT | 375.00 | 0.20 | Review local counsel recommendation re: EI update |
| 12/16/2003 | AIO | 150.00 | 2.00 | Searched for several hearing transcripts in databases |
| 12/16/2003 | PVL | 685.00 | 0.20 | Review 4 miscellaneous filings |
| 12/17/2003 | RCS | 180.00 | 0.30 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 12/15/03 thru 12/16/03 (.3) |
| 12/18/2003 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 12/17/03 (.2) |
| 12/19/2003 | RCS | 180.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 12/18/03 (.1) |
| 12/19/2003 | ADK | 160.00 | 0.50 | Perform review of court documents to identify relevant documents for EI and RCT |
| 12/22/2003 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 12/19/03 (.2) |
| 12/23/2003 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 12/22/03 (.2) |
| 12/29/2003 | PVL | 685.00 | 0.40 | Review contempt motion re Gerard (.2); review 4 miscellaneous motions (.2) |
| 12/30/2003 | AIO | 150.00 | 4.00 | Retrieved orders, transcripts and fee applications from online docket for attorney review |
| 12/31/2003 | AIO | 150.00 | 1.50 | Reviewed several fee applications in online docket for relevant information. |

**Total Task Code .04          57.30**

**Claim Analysis Objection & Resolution (Asbestos)(11.80 Hours; $ 3,169.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .10 | $685 | 68.50 |

{D0018699:1 }

| | | | |
|---|---|---|---|
| John P. Cunningham | 11.70 | $265 | 3,100.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 10/28/2003 | JPC | 265.00 | 2.10 | Research re developments, claim estimation and related procedures, asbestos tort litigation |
| 10/29/2003 | JPC | 265.00 | 1.60 | Research re developments, claim estimation and related procedures, asbestos tort litigation |
| 10/31/2003 | JPC | 265.00 | 1.20 | Research re developments, claim estimation and related procedures, asbestos tort litigation |
| 11/5/2003 | JPC | 265.00 | 0.80 | Review recent developments in pending litigation |
| 11/6/2003 | JPC | 265.00 | 2.20 | Review recent developments in pending litigation |
| 11/7/2003 | JPC | 265.00 | 1.20 | Review recent developments in pending litigation |
| 11/19/2003 | JPC | 265.00 | 0.90 | Research and organize litigation and correspondence files relating to "challenged" claims |
| 12/10/2003 | PVL | 685.00 | 0.10 | Review Grace reply re Gerard |
| 12/22/2003 | JPC | 265.00 | 0.80 | Review developments in asbestos tort litigation |
| 12/24/2003 | JPC | 265.00 | 0.90 | Review developments in asbestos tort litigation |

**Total Task Code .05**      **11.80**

**Claim Analysis Objection & Resolution (Non-Asbestos)(.20 Hours; $ 137.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .20 | $685 | 137.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 10/30/2003 | PVL | 685.00 | 0.10 | Review Valeron motion re claim |
| 11/29/2003 | PVL | 685.00 | 0.10 | Review Grace oppo. re Royal late claim |

**Total Task Code .06**      **.20**

{D0018699:1 }

**Committee, Creditors', Noteholders' or Equity Holders' (.10 Hours; $ 78.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .10 | $780 | 78.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 11/13/2003 | EI | 780.00 | 0.10 | Memo to Committee re: accounting policies |

**Total Task Code .07    .10**

**Employee Benefits/Pension (.20 Hours; $ 156.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .20 | $780 | 156.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 11/3/2003 | EI | 780.00 | 0.20 | Memo re: CEO employment agreement |

**Total Task Code .08    .20**

**Fee Applications, Applicant (13.00 Hours; $ 3,401.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .10 | $685 | 68.50 |
| Rita C. Tobin | 5.90 | $375 | 2,212.50 |
| Andrew D. Katznelson | 7.00 | $160 | 1,120.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 10/8/2003 | RCT | 375.00 | 0.50 | Review pre-bills |
| 10/10/2003 | RCT | 375.00 | 0.50 | Review and edit fee app exhibits |

{D0018699:1 }

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 10/23/2003 | RCT | 375.00 | 0.50 | Review final fee app |
| 10/24/2003 | ADK | 160.00 | 0.50 | Worked on Fee Application |
| 11/4/2003 | RCT | 375.00 | 0.50 | Review pre-bills |
| 11/5/2003 | RCT | 375.00 | 0.50 | Review exhibits |
| 11/12/2003 | ADK | 160.00 | 1.00 | Worked on Fee Application |
| 11/13/2003 | RCT | 375.00 | 0.50 | Review final fee app |
| 11/14/2003 | ADK | 160.00 | 0.50 | Worked on Fee Application |
| 11/21/2003 | ADK | 160.00 | 0.50 | Worked on fee application, service of same |
| 11/21/2003 | ADK | 160.00 | 1.00 | Worked on Fee Application |
| 11/24/2003 | RCT | 375.00 | 0.50 | Review final of fee application - monthly |
| 12/5/2003 | RCT | 375.00 | 0.50 | Review prebills |
| 12/8/2003 | ADK | 160.00 | 0.50 | Updated payment schedule with payment received |
| 12/15/2003 | ADK | 160.00 | 0.50 | Created 12 month chart of fee application deadlines for 2004 |
| 12/16/2003 | ADK | 160.00 | 0.50 | Created 12 month chart of fee application deadlines for 2004 |
| 12/19/2003 | RCT | 375.00 | 0.80 | Review 2003 apps re: 2003 report |
| 12/21/2003 | PVL | 685.00 | 0.10 | Review 3 fee applications |
| 12/22/2003 | RCT | 375.00 | 0.50 | Review final fee app |
| 12/22/2003 | RCT | 375.00 | 0.50 | Review final fee app |
| 12/23/2003 | ADK | 160.00 | 1.00 | Worked on Fee Application |
| 12/23/2003 | RCT | 375.00 | 0.10 | Review 2004 fee schedule |
| 12/24/2003 | ADK | 160.00 | 1.00 | Worked on Fee Application |

**Total Task Code .12    13.00**

{D0018699:1 }

**Fee Applications, Others (85.30 Hours; $ 33,006.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 1.10 | $780 | 858.00 |
| Peter Van N. Lockwood | 1.10 | $685 | 753.50 |
| Trevor W. Swett | 1.60 | $520 | 832.00 |
| Rita C. Tobin | 81.50 | $375 | 30,562.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 10/3/2003 | PVL | 685.00 | 0.10 | Review 3 fee applications |
| 10/4/2003 | EI | 780.00 | 0.20 | Reviewed draft motion re: fees |
| 10/7/2003 | EI | 780.00 | 0.60 | T/c Weitz re: fees (.3); t/c Friedman re: same (.2); t/c PVNL re same (.1) |
| 10/8/2003 | EI | 780.00 | 0.30 | Memo to PVNL re: fee issues |
| 10/9/2003 | TWS | 520.00 | 0.10 | Note to PVNL re special fee app. assignment |
| 10/15/2003 | PVL | 685.00 | 0.70 | Review RCT e-mails and reply thereto re SA fee opps for Weitz et al (.6); research re same (.1) |
| 10/15/2003 | RCT | 375.00 | 0.50 | Email PVNL and telecon with TWS re: committee fee issue |
| 10/16/2003 | RCT | 375.00 | 2.50 | Research re: administrative expenses |
| 10/21/2003 | TWS | 520.00 | 0.10 | Telephone conversation with RCT re: special fee app |
| 10/24/2003 | RCT | 375.00 | 3.50 | Research re: fee issues |
| 10/27/2003 | RCT | 375.00 | 7.00 | Research re: fee issue and draft memo |
| 10/28/2003 | RCT | 375.00 | 5.30 | Research re: fee issue and draft memo |
| 10/29/2003 | RCT | 375.00 | 7.00 | Research re: fee issue and draft memo |
| 10/30/2003 | RCT | 375.00 | 7.00 | Research re: fee issue and draft memo |
| 10/31/2003 | RCT | 375.00 | 7.00 | Research re: fee issue and draft memo |
| 11/3/2003 | RCT | 375.00 | 1.50 | Research/draft memo re: fee issues |

{D0018699:1 }

| Date | Atty | Rate | Hours | Description |
|---|---|---|---|---|
| 11/4/2003 | RCT | 375.00 | 1.50 | Research/draft memo re: fee issue |
| 11/6/2003 | RCT | 375.00 | 8.00 | Additional research; draft and edit memo re: fee issue |
| 11/7/2003 | RCT | 375.00 | 6.50 | Draft memo re: fee issue (4.0); additional research (2.5) |
| 11/9/2003 | RCT | 375.00 | 7.00 | Research common fund doctrine (3.5); draft memo (3.5) |
| 11/10/2003 | TWS | 520.00 | 0.20 | Tel. L. LeClair re fee issue |
| 11/10/2003 | RCT | 375.00 | 7.00 | Research common fund doctrine (3.0); draft memo (4.0) |
| 11/11/2003 | RCT | 375.00 | 7.00 | Research common fund doctrine (1.5); revise and edit memo (5.5) |
| 11/14/2003 | TWS | 520.00 | 0.70 | TC P.Weitz and RCT re special fee app. (.1); TC RCT re facts and law pertaining to special fee app. (.6) |
| 11/15/2003 | PVL | 685.00 | 0.10 | Review 2 fee applications |
| 11/17/2003 | RCT | 375.00 | 1.20 | Follow-up research re: common fund theory |
| 11/21/2003 | TWS | 520.00 | 0.50 | Read RCT memo re "common fund" and "benefit conferred doctrines |
| 11/29/2003 | PVL | 685.00 | 0.10 | Review 4 fee applications |
| 12/15/2003 | RCT | 375.00 | 2.00 | Research re: reimbursement procedures |
| 12/29/2003 | PVL | 685.00 | 0.10 | Review 3 fee applications |

**Total Task Code .13        85.30**

**Hearings (.10 Hours; $ 68.50)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .10 | $685 | 68.50 |

{D0018699:1 }

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 11/25/2003 | PVL | 685.00 | 0.10 | Review motion re SA agreement |

**Total Task Code .15         .10**

**Litigation and Litigation Consulting (8.30 Hours; $ 3,701.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .20 | $780 | 156.00 |
| Albert G. Lauber | 1.00 | $540 | 540.00 |
| Ronald E. Reinsel | .40 | $500 | 200.00 |
| Nathan D. Finch | 4.50 | $440 | 1,980.00 |
| Rita C. Tobin | 2.20 | $375 | 825.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 10/21/2003 | AGL | 540.00 | 0.20 | Review pending orders and motions |
| 10/27/2003 | AGL | 540.00 | 0.20 | Review pending orders/motions |
| 10/27/2003 | AGL | 540.00 | 0.20 | Review pending orders/motions |
| 10/31/2003 | EI | 780.00 | 0.20 | T/c D. Bernick re: Hamlin motion |
| 11/10/2003 | AGL | 540.00 | 0.20 | Review pending orders and motions |
| 12/1/2003 | NDF | 440.00 | 3.00 | Revise/edit response to DK Acquisition Petition for Mandamus (2.0); t/c Eskin re: same (1.0) |
| 12/2/2003 | NDF | 440.00 | 1.00 | Revise and edit pleading to file in 3d Circuit re: Wolin recusal (1.0) |
| 12/4/2003 | NDF | 440.00 | 0.50 | Read Grace response in Wolin recusal case (.5) |
| 12/8/2003 | RCT | 375.00 | 0.80 | Collect and review files and data re: EI prep for oral agreement |
| 12/10/2003 | RCT | 375.00 | 1.00 | Review and annotate data re: EI oral argument prep |
| 12/15/2003 | AGL | 540.00 | 0.20 | Review pending orders/motions |
| 12/18/2003 | RCT | 375.00 | 0.40 | Review transcript/mamandus petition |

{D0018699:1 }

| 12/19/2003 | RER | 500.00 | 0.40 | Review hearing memo briefs |
|---|---|---|---|---|

**Total Task Code .16**     **8.30**

**Plan & Disclosure Statement (3.90 Hours; $ 2,129.50)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .20 | $780 | 156.00 |
| Peter Van N. Lockwood | .30 | $685 | 205.50 |
| Julie W. Davis | 3.40 | $520 | 1,768.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 11/1/2003 | EI | 780.00 | 0.20 | Read Tersigni report on accounting procedures |
| 11/6/2003 | PVL | 685.00 | 0.20 | Teleconference Sinclair |
| 11/11/2003 | PVL | 685.00 | 0.10 | Teleconference Sinclair |
| 12/12/2003 | JWD | 520.00 | 1.80 | Review Royal insurance motion, exhibits, debtors response ACC joinder |
| 12/13/2003 | JWD | 520.00 | 1.10 | Review pleadings re Royal Indemnity late filed claim for hearing on Monday |
| 12/15/2003 | JWD | 520.00 | 0.50 | Attend hearing |

**Total Task Code .17**     **3.90**

**Relief from Stay Proceedings (.10 Hours; $ 68.50)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .10 | $685 | 68.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 10/20/2003 | PVL | 685.00 | 0.10 | Review Oldcastler lift stay |

{D0018699:1 }

**Total Task Code .18        .10**

Other Charges:

Other Charges

| | |
|---|---:|
| Air Freight & Express Mail | $9.65 |
| Database Research | 7,364.23 |
| Local Transportation - NY | 68.32 |
| Long Distance-Equitrac In-House | 42.04 |
| Long Distance Telephone Chge-Credit Card | 4.16 |
| NYO Long Distance Telephone | 19.80 |
| Research Material | 88.83 |
| Telecopy | 29.70 |
| Xeroxing | 621.75 |
| Total | $ 8,248.48 |

{D0018699:1 }