**EXHIBIT B**

**Business Operations (.2 Hours; $ 156.00)**

      Services rendered in this category pertain to the analysis and monitoring of the Debtors' business operations.

**Total Task Code .03**         .2

**Case Administration (57.3 Hours; $ 16,704.00)**

      Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .04**         57.3

**Claim Analysis Objection & Resolution (Asbestos) (11.8 Hours; $ 3,169.00)**

      Services rendered in this category pertain to the review, analysis of and response to claims filed against Debtors' estates.

**Total Task Code .05**         11.8

**Claim Analysis Objection & Resolution (Non-Asbestos) (.2 Hours; $ 137.00)**

      Services rendered in this category pertain to the review, analysis of and response to claims filed against the Debtors' estates.

**Total Task Code .06**         .2

**Committee, Creditors', Noteholders' or Equity Holders' (.1 Hours; $ 78.00)**

      Services rendered in this category include Committee meetings and conference calls, general memoranda to Committee and national counsel, telephone inquiries from Committee members and/or his or her counsel.

**Total Task Code .07**         .1

**Employee Benefits/Pension (.2 Hours; $ 156.00)**

- 2 -

Services rendered in this category include the Debtors' benefits and severance programs and other issues relating to the Debtors' employees.

**Total Task Code .08**            .2

**Fee Applications, Applicant (13.0 Hours; $ 3,401.00)**

Services rendered in this category pertain to the preparation and review of Caplin & Drysdale's fee applications, including the fees and expenses of Caplin & Drysdale's special consultant, Professor Elizabeth Warren.

**Total Task Code .12**            13.0

**Fee Applications, Others (85.3 Hours; $ 33,006.00)**

Services rendered in this category pertain to the review of the fee applications of professionals and experts other than Caplin & Drysdale.

**Total Task Code .13**            85.3

**Hearings (.1 Hours; $68.50)**

Services rendered in this category pertain to the preparation for and attendance at court hearings relating to the issues in these bankruptcy proceedings.

**Total Task Code .15**            .1

**Litigation and Litigation Consulting (8.3 Hours; $3,701.00)**

Services rendered in this category pertain to litigation regarding all matters other than insurance recovery and relief from the automatic stay.

**Total Task Code .16  8.3**

**Plan & Disclosure Statement (3.9 Hours; $2,129.50)**

Services rendered in this category pertain to efforts to the formulation of a reorganization plan and disclosure statement and selection of a representative for future claimants.

{D0018700:1 }

- 3 -

**Total Task Code .17 3.9**

**Relief from Stay Proceedings (.1 Hours; $68.50)**

  Services rendered in this category pertain to the analysis of and response to motions to lift the automatic stay.

**Total Task Code .18 .1**