# EXHIBIT C

Other Charges:

Other Charges

| | |
|---|---:|
| Air Freight & Express Mail | $9.65 |
| Database Research | 7,364.23 |
| Local Transportation - NY | 68.32 |
| Long Distance-Equitrac In-House | 42.04 |
| Long Distance Telephone Chge-Credit Card | 4.16 |
| NYO Long Distance Telephone | 19.80 |
| Research Material | 88.83 |
| Telecopy | 29.70 |
| Xeroxing | 621.75 |
| Total | $ 8,248.48 |

{D0018701:1 }