```
Client Number:    4642            Grace Asbestos Personal Injury Claimants                                    Page:      1
Matter       000                  Disbursements                                                             11/20/2003
                                                                                                        Print Date/Time:
                                                                                                              11/20/2003
                                                                                                              12:14:29PM
Attn:                                                                                                         Invoice #

                                            PREBILL  / CONTROL  REPORT
                                                       Trans Date Range:    1/1/1950  to: 10/31/2003
Matter       000
Disbursements
Bill Cycle:       Monthly          Style:        i1          Start:     4/16/2001
                                                      Last Billed : 10/28/2003                  13,655
```

Trust Amount Available

Total Expenses Billed To Date        $226,777.24

```
Billing Empl:           0120      Elihu Inselbuch
Responsible Empl:       0120      Elihu Inselbuch
Alternate Empl:         0120      Elihu Inselbuch
Originating Empl:       0120      Elihu Inselbuch
```

**Summary   by Employee**

|  |  |  | ---------- A C T U A L ---------- | | ---------- B I L L I N G --------- | |
| --- | --- | --- | --- | --- | --- | --- |
| Empl | Initials | Name | Hours | Amount | Hours | Amount |
| 0232 | LK | Lauren  Karastergiou | 0.00 | 19.50 | 0.00 | 19.50 |
| 0234 | RET | Rita E Tower | 0.00 | 3.75 | 0.00 | 3.75 |
| 0237 | SRB | Sidney R Barnes | 0.00 | 4.35 | 0.00 | 4.35 |
| 0238 | SLG | Stacey L Gandy | 0.00 | 75.00 | 0.00 | 75.00 |
| 0999 | C&D | Caplin &. Drysdale | 0.00 | 1,700.51 | 0.00 | 1,700.51 |
|  |  |  | **0.00** | **1,803.11** | **0.00** | **1,803.11** |

**Total Fees**

**Summary   by Employee**

|  |  |  | ---------- A C T U A L ---------- | | | ---------- B I L L I N G --------- | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Empl | Initials | Name | Rate | Hours | Amount | Rate | Hours | Amount |

**Total Fees**

**Detail Time / Expense  by  Date**

|  |  |  |  |  |  | ---------- A C T U A L ---------- | | | ---------- B I L L I N G --------- | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| TransNo. | Description | TransType | Trans Date | Work Empl | | Rate | Hours | Amount | Rate | Hours | Amount | Cumulative |
| 1541130 | Photocopy | E | 10/01/2003 | 0237 | SRB | 0.00 |  | $0.75 | 0.00 |  | $0.75 | 0.75 |
| 1541613 | Equitrac - Long Distance to 3033127321 | E | 10/02/2003 | 0999 | C&D | 0.00 |  | $0.06 | 0.00 |  | $0.06 | 0.81 |
| 1541758 | Photocopy | E | 10/02/2003 | 0999 | C&D | 0.00 |  | $0.60 | 0.00 |  | $0.60 | 1.41 |
| 1542127 | Photocopy | E | 10/03/2003 | 0999 | C&D | 0.00 |  | $0.45 | 0.00 |  | $0.45 | 1.86 |
| 1542153 | Photocopy | E | 10/03/2003 | 0999 | C&D | 0.00 |  | $0.90 | 0.00 |  | $0.90 | 2.76 |
| 1542158 | Photocopy | E | 10/03/2003 | 0238 | SLG | 0.00 |  | $2.40 | 0.00 |  | $2.40 | 5.16 |
| 1542171 | Photocopy | E | 10/03/2003 | 0238 | SLG | 0.00 |  | $3.15 | 0.00 |  | $3.15 | 8.31 |
| 1542436 | Equitrac - Long Distance to 8054997126 | E | 10/06/2003 | 0999 | C&D | 0.00 |  | $0.15 | 0.00 |  | $0.15 | 8.46 |
| 1542565 | Photocopy | E | 10/06/2003 | 0234 | RET | 0.00 |  | $3.00 | 0.00 |  | $3.00 | 11.46 |
| 1542590 | Photocopy | E | 10/06/2003 | 0999 | C&D | 0.00 |  | $0.60 | 0.00 |  | $0.60 | 12.06 |

```
Client Number:  4642                     Grace Asbestos Personal Injury Claimants                                                      Page:      1
Matter     000                              Disbursements                                                                           11/20/2003
                                                                                                                           Print Date/Time:
                                                                                                                                11/20/2003
                                                                                                                                12:14:29PM
Attn:                                                                                                                                Invoice #
1542661     Photocopy                                            E  10/06/2003  0238  SLG      0.00      $3.15       0.00     $3.15     15.21
1542702     Fax Transmission to 18054997126                      E  10/06/2003  0234  RET      0.00      $0.75       0.00     $0.75     15.96
1543116     Photocopy                                            E  10/07/2003  0999  C&D      0.00     $13.05       0.00    $13.05     29.01
1542690     Photocopy                                            E  10/07/2003  0238  SLG      0.00      $2.25       0.00     $2.25     31.26
1543418     Equitrac - Long Distance to 2128368781               E  10/08/2003  0999  C&D      0.00      $0.06       0.00     $0.06     31.32
1543647     Photocopy                                            E  10/08/2003  0238  SLG      0.00      $1.20       0.00     $1.20     32.52
1544004     Equitrac - Long Distance to 3024261900               E  10/09/2003  0999  C&D      0.00      $0.85       0.00     $0.85     33.37
1544069     Equitrac - Long Distance to 8054993572               E  10/09/2003  0999  C&D      0.00      $0.09       0.00     $0.09     33.46
1544211     Photocopy                                            E  10/09/2003  0238  SLG      0.00      $2.40       0.00     $2.40     35.86
1544236     Photocopy                                            E  10/09/2003  0232  LK       0.00      $4.95       0.00     $4.95     40.81
1544239     Photocopy                                            E  10/09/2003  0232  LK       0.00      $6.30       0.00     $6.30     47.11
1544926     Photocopy                                            E  10/10/2003  0238  SLG      0.00      $5.25       0.00     $5.25     52.36
1544992     Photocopy                                            E  10/10/2003  0238  SLG      0.00      $1.20       0.00     $1.20     53.56
1545860     Equitrac - Long Distance to 2127353550               E  10/14/2003  0999  C&D      0.00      $0.49       0.00     $0.49     54.05
1545866     Equitrac - Long Distance to 4107031808               E  10/14/2003  0999  C&D      0.00      $0.06       0.00     $0.06     54.11
1546140     Photocopy                                            E  10/14/2003  0238  SLG      0.00     $13.80       0.00    $13.80     67.91
1546186     Photocopy                                            E  10/14/2003  0237  SRB      0.00      $3.60       0.00     $3.60     71.51
1548379     Photocopy                                            E  10/15/2003  0238  SLG      0.00      $1.80       0.00     $1.80     73.31
1549191     Equitrac - Long Distance to 8054993572               E  10/15/2003  0999  C&D      0.00      $0.08       0.00     $0.08     73.39
1548137     Photocopy                                            E  10/16/2003  0238  SLG      0.00      $2.70       0.00     $2.70     76.09
1547440     Photocopy                                            E  10/17/2003  0238  SLG      0.00      $1.80       0.00     $1.80     77.89
1547463     Photocopy                                            E  10/17/2003  0238  SLG      0.00      $6.00       0.00     $6.00     83.89
1547550     Photocopy                                            E  10/20/2003  0999  C&D      0.00      $0.60       0.00     $0.60     84.49
1548662     Photocopy                                            E  10/21/2003  0999  C&D      0.00      $8.10       0.00     $8.10     92.59
1548682     Photocopy                                            E  10/21/2003  0999  C&D      0.00      $3.15       0.00     $3.15     95.74
1548706     Photocopy                                            E  10/21/2003  0238  SLG      0.00      $1.80       0.00     $1.80     97.54
1548762     Photocopy                                            E  10/21/2003  0232  LK       0.00      $2.25       0.00     $2.25     99.79
1548763     Photocopy                                            E  10/21/2003  0232  LK       0.00      $3.60       0.00     $3.60    103.39
1549313     Pacer Service Center; Usage 7/1/03 thru 9/30/03      E  10/21/2003  0999  C&D      0.00     $69.23       0.00    $69.23    172.62
1549217     Database Research by RCT on 10/16-17                 E  10/22/2003  0999  C&D      0.00    $832.91       0.00   $832.91  1,005.53
1550415     NYO Long Distance Telephone made in the month of     E  10/23/2003  0999  C&D      0.00      $3.48       0.00     $3.48  1,009.01
            September
1550434     NYO Long Distance Telephone made in the month of     E  10/23/2003  0999  C&D      0.00     $11.42       0.00    $11.42  1,020.43
            September
1550452     NYO Long Distance Telephone made in the month of     E  10/23/2003  0999  C&D      0.00      $2.50       0.00     $2.50  1,022.93
            September
1550465     NYO Long Distance Telephone made in the month of     E  10/23/2003  0999  C&D      0.00      $1.20       0.00     $1.20  1,024.13
            September
1551147     Photocopy                                            E  10/24/2003  0999  C&D      0.00      $3.15       0.00     $3.15  1,027.28
1551160     Photocopy                                            E  10/24/2003  0999  C&D      0.00     $10.80       0.00    $10.80  1,038.08
1551186     Photocopy                                            E  10/24/2003  0238  SLG      0.00      $4.20       0.00     $4.20  1,042.28
1551936     Photocopy                                            E  10/27/2003  0238  SLG      0.00      $8.55       0.00     $8.55  1,050.83
1551937     Photocopy                                            E  10/27/2003  0238  SLG      0.00      $8.55       0.00     $8.55  1,059.38
1553482     Long Distance Telephone Chge-Credit Card for the     E  10/30/2003  0999  C&D      0.00      $4.16       0.00     $4.16  1,063.54
            mont of Sept.
1554227     Fax Transmission to 12145239159                      E  10/30/2003  0999  C&D      0.00      $0.75       0.00     $0.75  1,064.29
1554229     Fax Transmission to 12145239157                      E  10/30/2003  0999  C&D      0.00      $0.75       0.00     $0.75  1,065.04
1554230     Fax Transmission to 12145239158                      E  10/30/2003  0999  C&D      0.00      $0.75       0.00     $0.75  1,065.79
1554231     Fax Transmission to 12145991171                      E  10/30/2003  0999  C&D      0.00      $0.75       0.00     $0.75  1,066.54
1554233     Fax Transmission to 17136501400                      E  10/30/2003  0999  C&D      0.00      $0.75       0.00     $0.75  1,067.29
1554234     Fax Transmission to 12148248100                      E  10/30/2003  0999  C&D      0.00      $0.90       0.00     $0.90  1,068.19
1554236     Fax Transmission to 13125516759                      E  10/30/2003  0999  C&D      0.00      $0.75       0.00     $0.75  1,068.94
1554237     Fax Transmission to 18432169290                      E  10/30/2003  0999  C&D      0.00      $0.75       0.00     $0.75  1,069.69
1554238     Fax Transmission to 14067527124                      E  10/30/2003  0999  C&D      0.00      $0.75       0.00     $0.75  1,070.44
1554239     Fax Transmission to 13026565875                      E  10/30/2003  0999  C&D      0.00      $0.75       0.00     $0.75  1,071.19
1554240     Fax Transmission to 15108354913                      E  10/30/2003  0999  C&D      0.00      $0.75       0.00     $0.75  1,071.94
1554241     Fax Transmission to 12165750799                      E  10/30/2003  0999  C&D      0.00      $0.75       0.00     $0.75  1,072.69
1554242     Fax Transmission to 13053796222                      E  10/30/2003  0999  C&D      0.00      $0.75       0.00     $0.75  1,073.44
1554244     Fax Transmission to 14124718308                      E  10/30/2003  0999  C&D      0.00      $0.75       0.00     $0.75  1,074.19
1554245     Fax Transmission to 12123440994                      E  10/30/2003  0999  C&D      0.00      $0.75       0.00     $0.75  1,074.94
1554246     Fax Transmission to 12123445461                      E  10/30/2003  0999  C&D      0.00      $0.30       0.00     $0.30  1,075.24
1554247     Fax Transmission to 12123445462                      E  10/30/2003  0999  C&D      0.00      $0.60       0.00     $0.60  1,075.84
1554248     Fax Transmission to 12123445461                      E  10/30/2003  0999  C&D      0.00      $0.15       0.00     $0.15  1,075.99
1554249     Fax Transmission to 12123445462                      E  10/30/2003  0999  C&D      0.00      $0.15       0.00     $0.15  1,076.14
1554250     Fax Transmission to 12123445461                      E  10/30/2003  0999  C&D      0.00      $0.15       0.00     $0.15  1,076.29
1554251     Fax Transmission to 12123445461                      E  10/30/2003  0999  C&D      0.00      $0.15       0.00     $0.15  1,076.44
1554253     Fax Transmission to 16179510679                      E  10/30/2003  0999  C&D      0.00      $0.75       0.00     $0.75  1,077.19
1554254     Fax Transmission to 18432169450                      E  10/30/2003  0999  C&D      0.00      $0.75       0.00     $0.75  1,077.94
1554255     Fax Transmission to 14122615066                      E  10/30/2003  0999  C&D      0.00      $0.75       0.00     $0.75  1,078.69
1554401     Photocopy                                            E  10/30/2003  0232  LK       0.00      $2.40       0.00     $2.40  1,081.09
1554736     Database Research by RCT on 10/24                    E  10/30/2003  0999  C&D      0.00    $526.85       0.00   $526.85  1,607.94
1555571     Fax Transmission to 12025307180                      E  10/31/2003  0238  SLG      0.00      $0.75       0.00     $0.75  1,608.69
1555633     Photocopy                                            E  10/31/2003  0238  SLG      0.00      $3.00       0.00     $3.00  1,611.69
```

```
Client Number:   4642                    Grace Asbestos Personal Injury Claimants                                                                    Page:     1
Matter     000                                   Disbursements                                                                                    11/20/2003
                                                                                                                                              Print Date/Time:
                                                                                                                                                    11/20/2003
                                                                                                                                                    12:14:29PM
Attn:                                                                                                                                                Invoice #
1555686      Photocopy                                           E  10/31/2003    0999    C&D        0.00         $4.95        0.00        $4.95     1,616.64
1555727      Photocopy                                           E  10/31/2003    0999    C&D        0.00         $0.90        0.00        $0.90     1,617.54
1555731      Photocopy                                           E  10/31/2003    0999    C&D        0.00         $4.20        0.00        $4.20     1,621.74
1555735      Photocopy                                           E  10/31/2003    0238    SLG        0.00         $1.05        0.00        $1.05     1,622.79
1555931      Research Material - Pacer Service Center searches   E  10/31/2003    0999    C&D        0.00        $19.60        0.00       $19.60     1,642.39
             for 7/1/03 - 9/30/03
1556881      Database Research by RCT on 10/30                   E  10/31/2003    0999    C&D        0.00       $160.72        0.00      $160.72     1,803.11
Total Expenses                                                                                       0.00     $1,803.11        0.00    $1,803.11
```

|  |  |  |  |
|---|---|---|---|
| Matter Total Fees | | 0.00 | 0.00 |
| Matter Total Expenses | | 1,803.11 | 1,803.11 |
| Matter Total | 0.00 | 1,803.11 | 0.00 | 1,803.11 |
| Prebill Total Fees | | | |
| Prebill Total Expenses | | $1,803.11 | $1,803.11 |
| Prebill Total | 0.00 | $1,803.11 | 0.00 | $1,803.11 |

**Previous Billings**

| InvoiceNo | InvoiceDate | InvoiceTotal | OpenTotal |
|---|---|---|---|
| 36,593 | 07/26/2002 | 121,163.25 | 13,975.99 |
| 36,950 | 08/22/2002 | 231,722.75 | 24,660.40 |
| 37,197 | 09/25/2002 | 246,726.25 | 35,891.10 |
| 37,665 | 10/31/2002 | 153,308.00 | 30,661.60 |
| 37,961 | 11/30/2002 | 36,076.50 | 542.50 |
| 37,962 | 11/30/2002 | 137,754.50 | 27,550.90 |
| 38,223 | 12/26/2002 | 155,061.50 | 31,012.30 |
| 40,965 | 03/11/2003 | 31,418.00 | 6,283.60 |
| 40,966 | 03/11/2003 | 43,961.50 | 8,792.30 |
| 41,071 | 03/20/2003 | 27,076.50 | 5,415.30 |
| 41,429 | 04/24/2003 | 12,991.50 | 12,991.50 |
| 41,744 | 05/22/2003 | 12,293.50 | 2,458.70 |
| 41,745 | 05/22/2003 | 4,425.50 | 885.10 |
| 42,008 | 06/25/2003 | 7,075.50 | 1,415.10 |
| 42,071 | 06/27/2003 | 3,191.00 | 638.20 |
| 42,258 | 07/25/2003 | 8,561.00 | 1,712.20 |
| 42,259 | 07/25/2003 | 3,420.50 | 3,420.50 |
| 42,620 | 08/28/2003 | 9,970.82 | 9,970.82 |
| 42,639 | 08/28/2003 | 1,935.50 | 387.10 |
| 42,905 | 09/29/2003 | 7,332.45 | 7,332.45 |
| 42,954 | 09/29/2003 | 3,733.00 | 3,733.00 |
| 43,207 | 10/28/2003 | 10,170.45 | 10,170.45 |
| 43,234 | 10/14/2003 | 1,845.50 | 1,845.50 |
| | | 1,271,214.97 | 241,746.61 |

```
Client Number:   4642              Grace Asbestos Personal Injury Claimants                            Page:    1
Matter      000                    Disbursements                                                    11/20/2003
                                                                                               Print Date/Time:
                                                                                                    11/20/2003
                                                                                                    12:14:29PM
Attn:                                                                                               Invoice #
```

## PREBILL / CONTROL REPORT

Trans Date Range: 1/1/1950 to: 11/30/2003

**Matter      000**
**Disbursements**
Bill Cycle:     Monthly          Style:       i1         Start:   4/16/2001
                                                         Last Billed : 11/20/2003                  13,655

Trust Amount Available

Total Expenses Billed To Date        $228,580.35

```
Billing Empl:       0120    Elihu Inselbuch
Responsible Empl:   0120    Elihu Inselbuch
Alternate Empl:     0120    Elihu Inselbuch
Originating Empl:   0120    Elihu Inselbuch
```

**Summary by Employee**

|  |  |  | ---------- ACTUAL ---------- | | ---------- BILLING ---------- | |
|---|---|---|---|---|---|---|
| Empl | Initials | Name | Hours | Amount | Hours | Amount |
| 0073 | RCT | Rita C. Tobin | 0.00 | 45.88 | 0.00 | 45.88 |
| 0234 | RET | Rita E Tower | 0.00 | 1.95 | 0.00 | 1.95 |
| 0238 | SLG | Stacey L Gandy | 0.00 | 60.00 | 0.00 | 60.00 |
| 0245 | PT | Paula Taylor-Brooks | 0.00 | 9.00 | 0.00 | 9.00 |
| 0999 | C&D | Caplin &. Drysdale | 0.00 | 5,736.34 | 0.00 | 5,736.34 |
|  |  |  | **0.00** | **5,853.17** | **0.00** | **5,853.17** |

**Total Fees**

**Summary by Employee**

|  |  |  | ---------- ACTUAL ---------- | | | ---------- BILLING ---------- | | |
|---|---|---|---|---|---|---|---|---|
| Empl | Initials | Name | Rate | Hours | Amount | Rate | Hours | Amount |

**Total Fees**

**Detail Time / Expense by Date**

|  |  |  |  |  |  | ---------- ACTUAL ---------- | | | ---------- BILLING ---------- | | |  |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TransNo. | Description | TransType | Trans Date | Work Empl | | Rate | Hours | Amount | Rate | Hours | Amount | Cumulative |
| 1556698 | Fax Transmission to 12145239159 | E | 11/03/2003 | 0999 | C&D | 0.00 | $0.60 | | 0.00 | | $0.60 | 0.60 |
| 1556699 | Fax Transmission to 12145239157 | E | 11/03/2003 | 0999 | C&D | 0.00 | $0.60 | | 0.00 | | $0.60 | 1.20 |
| 1556700 | Fax Transmission to 12145239158 | E | 11/03/2003 | 0999 | C&D | 0.00 | $0.60 | | 0.00 | | $0.60 | 1.80 |
| 1556701 | Fax Transmission to 12145991171 | E | 11/03/2003 | 0999 | C&D | 0.00 | $0.60 | | 0.00 | | $0.60 | 2.40 |
| 1556702 | Fax Transmission to 12148248100 | E | 11/03/2003 | 0999 | C&D | 0.00 | $0.75 | | 0.00 | | $0.75 | 3.15 |
| 1556703 | Fax Transmission to 17136501400 | E | 11/03/2003 | 0999 | C&D | 0.00 | $0.60 | | 0.00 | | $0.60 | 3.75 |
| 1556704 | Fax Transmission to 13125516759 | E | 11/03/2003 | 0999 | C&D | 0.00 | $0.60 | | 0.00 | | $0.60 | 4.35 |
| 1556705 | Fax Transmission to 18432169290 | E | 11/03/2003 | 0999 | C&D | 0.00 | $0.60 | | 0.00 | | $0.60 | 4.95 |

```
Client Number:   4642              Grace Asbestos Personal Injury Claimants                                                              Page:    1
Matter      000                    Disbursements                                                                                      11/20/2003
                                                                                                                                   Print Date/Time:
                                                                                                                                      11/20/2003
                                                                                                                                      12:14:29PM
Attn:                                                                                                                                  Invoice #
```

| ID | Description | | Date | Code | | | Amount | | Total | Inv# |
|---|---|---|---|---|---|---|---|---|---|---|
| 1556706 | Fax Transmission to 14067527124 | E | 11/03/2003 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 5.55 |
| 1556707 | Fax Transmission to 13026565875 | E | 11/03/2003 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 6.15 |
| 1556708 | Fax Transmission to 15108354913 | E | 11/03/2003 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 6.75 |
| 1556709 | Fax Transmission to 12165750799 | E | 11/03/2003 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 7.35 |
| 1556710 | Fax Transmission to 13053796222 | E | 11/03/2003 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 7.95 |
| 1556711 | Fax Transmission to 14124718308 | E | 11/03/2003 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 8.55 |
| 1556712 | Fax Transmission to 12123440994 | E | 11/03/2003 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 9.15 |
| 1556713 | Fax Transmission to 12123445461 | E | 11/03/2003 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 9.75 |
| 1556714 | Fax Transmission to 12123445462 | E | 11/03/2003 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 10.35 |
| 1556715 | Fax Transmission to 16179510679 | E | 11/03/2003 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 10.95 |
| 1556716 | Fax Transmission to 18432169450 | E | 11/03/2003 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 11.55 |
| 1556717 | Fax Transmission to 13024269947 | E | 11/03/2003 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 11.70 |
| 1556718 | Fax Transmission to 13024269947 | E | 11/03/2003 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 12.15 |
| 1556719 | Fax Transmission to 14122615066 | E | 11/03/2003 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 12.45 |
| 1556720 | Fax Transmission to 14122615066 | E | 11/03/2003 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 13.05 |
| 1556753 | Photocopy | E | 11/03/2003 | 0999 | C&D | 0.00 | $0.75 | 0.00 | $0.75 | 13.80 |
| 1556802 | Photocopy | E | 11/03/2003 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 14.70 |
| 1556826 | Photocopy | E | 11/03/2003 | 0238 | SLG | 0.00 | $4.05 | 0.00 | $4.05 | 18.75 |
| 1556836 | Photocopy | E | 11/03/2003 | 0238 | SLG | 0.00 | $13.95 | 0.00 | $13.95 | 32.70 |
| 1557150 | Equitrac - Long Distance to 8054993572 | E | 11/04/2003 | 0999 | C&D | 0.00 | $0.08 | 0.00 | $0.08 | 32.78 |
| 1557256 | Photocopy | E | 11/04/2003 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 33.38 |
| 1557659 | Photocopy | E | 11/05/2003 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 33.83 |
| 1557722 | Photocopy | E | 11/05/2003 | 0238 | SLG | 0.00 | $0.90 | 0.00 | $0.90 | 34.73 |
| 1558299 | Photocopy | E | 11/07/2003 | 0999 | C&D | 0.00 | $3.00 | 0.00 | $3.00 | 37.73 |
| 1559093 | Photocopy | E | 11/10/2003 | 0238 | SLG | 0.00 | $18.90 | 0.00 | $18.90 | 56.63 |
| 1559119 | Photocopy | E | 11/10/2003 | 0245 | PT | 0.00 | $9.00 | 0.00 | $9.00 | 65.63 |
| 1559527 | Equitrac - Long Distance to 2035698423 | E | 11/11/2003 | 0999 | C&D | 0.00 | $0.32 | 0.00 | $0.32 | 65.95 |
| 1560925 | Charge & Ride RCT to MH Columbus on 10/17 | E | 11/13/2003 | 0073 | RCT | 0.00 | $22.44 | 0.00 | $22.44 | 88.39 |
| 1561395 | Photocopy | E | 11/13/2003 | 0234 | RET | 0.00 | $1.95 | 0.00 | $1.95 | 90.34 |
| 1561825 | Equitrac - Long Distance to 2125585508 | E | 11/14/2003 | 0999 | C&D | 0.00 | $0.32 | 0.00 | $0.32 | 90.66 |
| 1561913 | Photocopy | E | 11/14/2003 | 0999 | C&D | 0.00 | $19.80 | 0.00 | $19.80 | 110.46 |
| 1561921 | Photocopy | E | 11/14/2003 | 0999 | C&D | 0.00 | $2.40 | 0.00 | $2.40 | 112.86 |
| 1561932 | Photocopy | E | 11/14/2003 | 0999 | C&D | 0.00 | $3.60 | 0.00 | $3.60 | 116.46 |
| 1562335 | Photocopy | E | 11/17/2003 | 0238 | SLG | 0.00 | $0.60 | 0.00 | $0.60 | 117.06 |
| 1562338 | Photocopy | E | 11/17/2003 | 0238 | SLG | 0.00 | $7.20 | 0.00 | $7.20 | 124.26 |
| 1562342 | Photocopy | E | 11/17/2003 | 0238 | SLG | 0.00 | $6.90 | 0.00 | $6.90 | 131.16 |
| 1562646 | NYO Long Distance Telephone made in October. | E | 11/20/2003 | 0999 | C&D | 0.00 | $1.20 | 0.00 | $1.20 | 132.36 |
| 1564556 | Photocopy | E | 11/20/2003 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 132.96 |
| 1564781 | Photocopy | E | 11/21/2003 | 0238 | SLG | 0.00 | $2.40 | 0.00 | $2.40 | 135.36 |
| 1564836 | Photocopy | E | 11/21/2003 | 0999 | C&D | 0.00 | $1.80 | 0.00 | $1.80 | 137.16 |
| 1564838 | Photocopy | E | 11/21/2003 | 0999 | C&D | 0.00 | $7.20 | 0.00 | $7.20 | 144.36 |
| 1565341 | Photocopy | E | 11/24/2003 | 0238 | SLG | 0.00 | $0.60 | 0.00 | $0.60 | 144.96 |
| 1565354 | Photocopy | E | 11/24/2003 | 0238 | SLG | 0.00 | $4.50 | 0.00 | $4.50 | 149.46 |
| 1566526 | Local Transportation - NY - Charge & Ride car service on 10/31 for RCT to go home | E | 11/26/2003 | 0073 | RCT | 0.00 | $23.44 | 0.00 | $23.44 | 172.90 |
| 1566575 | Database Research by RCT on 11/03 & 07 | E | 11/26/2003 | 0999 | C&D | 0.00 | $2,579.07 | 0.00 | $2,579.07 | 2,751.97 |
| 1566583 | Database Research by RCT on 11/9-14 | E | 11/26/2003 | 0999 | C&D | 0.00 | $2,286.18 | 0.00 | $2,286.18 | 5,038.15 |
| 1566627 | Database Research by RCT on 11/20 | E | 11/26/2003 | 0999 | C&D | 0.00 | $808.90 | 0.00 | $808.90 | 5,847.05 |
| 1566710 | Equitrac - Long Distance to 3024261900 | E | 11/26/2003 | 0999 | C&D | 0.00 | $1.40 | 0.00 | $1.40 | 5,848.45 |
| 1566711 | Equitrac - Long Distance to 3053502403 | E | 11/26/2003 | 0999 | C&D | 0.00 | $0.05 | 0.00 | $0.05 | 5,848.50 |
| 1566722 | Equitrac - Long Distance to 3058587400 | E | 11/26/2003 | 0999 | C&D | 0.00 | $1.89 | 0.00 | $1.89 | 5,850.39 |
| 1566723 | Equitrac - Long Distance to 3024261900 | E | 11/26/2003 | 0999 | C&D | 0.00 | $1.13 | 0.00 | $1.13 | 5,851.52 |
| 1566729 | Equitrac - Long Distance to 4157743243 | E | 11/26/2003 | 0999 | C&D | 0.00 | $1.65 | 0.00 | $1.65 | 5,853.17 |
| **Total Expenses** | | | | | | **0.00** | **$5,853.17** | **0.00** | **$5,853.17** | |

|  |  |  |  |
|---|---|---|---|
| Matter Total Fees | | 0.00 | 0.00 |
| Matter Total Expenses | | 5,853.17 | 5,853.17 |
| Matter Total | 0.00 | 5,853.17 | 0.00 | 5,853.17 |

| Client Number: | 4642 | Grace Asbestos Personal Injury Claimants | | | Page: 1 |
| Matter | 000 | Disbursements | | | 11/20/2003 |

Print Date/Time: 11/20/2003 12:14:29PM

Attn:  Invoice #

| | | | | | |
|---|---|---|---|---|---|
| Prebill Total Fees | | | | | |
| Prebill Total Expenses | | | $5,853.17 | | $5,853.17 |
| Prebill Total | | 0.00 | $5,853.17 | 0.00 | $5,853.17 |

**Previous Billings**

| InvoiceNo | InvoiceDate | InvoiceTotal | OpenTotal |
|---|---|---|---|
| 36,593 | 07/26/2002 | 121,163.25 | 13,975.99 |
| 36,950 | 08/22/2002 | 231,722.75 | 24,660.40 |
| 37,197 | 09/25/2002 | 246,726.25 | 35,891.10 |
| 37,665 | 10/31/2002 | 153,308.00 | 30,661.60 |
| 37,961 | 11/30/2002 | 36,076.50 | 542.50 |
| 37,962 | 11/30/2002 | 137,754.50 | 27,550.90 |
| 38,223 | 12/26/2002 | 155,061.50 | 31,012.30 |
| 40,965 | 03/11/2003 | 31,418.00 | 6,283.60 |
| 40,966 | 03/11/2003 | 43,961.50 | 8,792.30 |
| 41,071 | 03/20/2003 | 27,076.50 | 5,415.30 |
| 41,429 | 04/24/2003 | 12,991.50 | 12,991.50 |
| 41,744 | 05/22/2003 | 12,293.50 | 2,458.70 |
| 41,745 | 05/22/2003 | 4,425.50 | 885.10 |
| 42,008 | 06/25/2003 | 7,075.50 | 1,415.10 |
| 42,071 | 06/27/2003 | 3,191.00 | 638.20 |
| 42,258 | 07/25/2003 | 8,561.00 | 1,712.20 |
| 42,259 | 07/25/2003 | 3,420.50 | 3,420.50 |
| 42,620 | 08/28/2003 | 9,498.50 | 1,899.70 |
| 42,639 | 08/28/2003 | 1,935.50 | 387.10 |
| 42,905 | 09/29/2003 | 6,967.25 | 1,393.45 |
| 42,954 | 09/29/2003 | 3,733.00 | 746.60 |
| 43,207 | 10/28/2003 | 10,170.45 | 10,170.45 |
| 43,234 | 10/14/2003 | 1,845.50 | 1,845.50 |
| 43,556 | 11/20/2003 | 24,452.61 | 24,452.61 |
| 43,557 | 11/20/2003 | 5,865.50 | 5,865.50 |
| | | 1,300,695.56 | 255,068.20 |

PREBILL  / CONTROL  REPORT

Trans Date Range:  1/1/1950  to: 12/31/2003

**Matter         000**
**Disbursements**
Bill Cycle:        Monthly              Style:          i1          Start:    4/16/2001

Last Billed : 12/29/2003                    13,655

Trust Amount Available

Total Expenses Billed To Date        $234,433.52

Billing Empl:        0120      Elihu Inselbuch
Responsible Empl:    0120      Elihu Inselbuch

```
Client Number:   4642         Grace Asbestos Personal Injury Claimants                                          Page:     1
Matter      000               Disbursements                                                                     11/20/2003
                                                                                                          Print Date/Time:
                                                                                                                 11/20/2003
                                                                                                                 12:14:29PM
Attn:                                                                                                           Invoice #
                                                                               Alternate Empl:    0120   Elihu Inselbuch
                                                                               Originating Empl:  0120   Elihu Inselbuch
```

**Summary   by Employee**

|  |  |  | ---------- A C T U A L ---------- |  | ---------- B I L L I N G --------- |  |
|---|---|---|---|---|---|---|
| Empl | Initials | Name | Hours | Amount | Hours | Amount |
| 0073 | RCT | Rita C. Tobin | 0.00 | 22.44 | 0.00 | 22.44 |
| 0120 | EI | Elihu Inselbuch | 0.00 | 2.31 | 0.00 | 2.31 |
| 0232 | LK | Lauren Karastergiou | 0.00 | 2.40 | 0.00 | 2.40 |
| 0234 | RET | Rita E Tower | 0.00 | 1.05 | 0.00 | 1.05 |
| 0238 | SLG | Stacey L Gandy | 0.00 | 63.60 | 0.00 | 63.60 |
| 0811 | AIO | Ada I Odum | 0.00 | 106.20 | 0.00 | 106.20 |
| 0999 | C&D | Caplin &. Drysdale | 0.00 | 394.20 | 0.00 | 394.20 |
|  |  |  | **0.00** | **592.20** | **0.00** | **592.20** |

**Total Fees**

**Summary   by Employee**

|  |  |  | ---------- A C T U A L ---------- |  |  | ---------- B I L L I N G --------- |  |  |
|---|---|---|---|---|---|---|---|---|
| Empl | Initials | Name | Rate | Hours | Amount | Rate | Hours | Amount |

**Total Fees**

**Detail Time / Expense  by  Date**

|  |  |  |  |  |  | ---------- A C T U A L ---------- |  |  | ---------- B I L L I N G --------- |  |  |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TransNo. | Description | TransType | Trans Date | Work Empl |  | Rate | Hours | Amount | Rate | Hours | Amount | Cumulative |
| 1568392 | Equitrac - Long Distance to 8054993572 | E | 12/01/2003 | 0999 | C&D | 0.00 |  | $0.74 | 0.00 |  | $0.74 | 0.74 |
| 1568562 | Photocopy | E | 12/01/2003 | 0238 | SLG | 0.00 |  | $10.05 | 0.00 |  | $10.05 | 10.79 |
| 1568563 | Photocopy | E | 12/01/2003 | 0238 | SLG | 0.00 |  | $5.40 | 0.00 |  | $5.40 | 16.19 |
| 1568641 | Photocopy | E | 12/01/2003 | 0238 | SLG | 0.00 |  | $5.70 | 0.00 |  | $5.70 | 21.89 |
| 1568783 | Air Freight & Express Mail - Federal Express delivery service on 11/14 to M. Eskin | E | 12/02/2003 | 0999 | C&D | 0.00 |  | $7.34 | 0.00 |  | $7.34 | 29.23 |
| 1568791 | Local Transporation - NY - Charge & Ride car service for RCT on 11/7 to home | E | 12/02/2003 | 0073 | RCT | 0.00 |  | $22.44 | 0.00 |  | $22.44 | 51.67 |
| 1568987 | Equitrac - Long Distance to 3024261900 | E | 12/02/2003 | 0999 | C&D | 0.00 |  | $0.45 | 0.00 |  | $0.45 | 52.12 |
| 1568996 | Equitrac - Long Distance to 8054993572 | E | 12/02/2003 | 0999 | C&D | 0.00 |  | $1.45 | 0.00 |  | $1.45 | 53.57 |
| 1569218 | Photocopy | E | 12/02/2003 | 0999 | C&D | 0.00 |  | $0.90 | 0.00 |  | $0.90 | 54.47 |
| 1569502 | Equitrac - Long Distance to 8054993572 | E | 12/03/2003 | 0999 | C&D | 0.00 |  | $0.15 | 0.00 |  | $0.15 | 54.62 |
| 1569838 | Equitrac - Long Distance to 2123199240 | E | 12/04/2003 | 0999 | C&D | 0.00 |  | $1.50 | 0.00 |  | $1.50 | 56.12 |
| 1569951 | Photocopy | E | 12/04/2003 | 0999 | C&D | 0.00 |  | $149.55 | 0.00 |  | $149.55 | 205.67 |
| 1570054 | Photocopy | E | 12/04/2003 | 0999 | C&D | 0.00 |  | $0.90 | 0.00 |  | $0.90 | 206.57 |
| 1570172 | Equitrac - Long Distance to 8054993572 | E | 12/05/2003 | 0999 | C&D | 0.00 |  | $0.39 | 0.00 |  | $0.39 | 206.96 |
| 1570193 | Equitrac - Long Distance to 8054993572 | E | 12/05/2003 | 0999 | C&D | 0.00 |  | $0.15 | 0.00 |  | $0.15 | 207.11 |
| 1570335 | Photocopy | E | 12/05/2003 | 0999 | C&D | 0.00 |  | $1.50 | 0.00 |  | $1.50 | 208.61 |
| 1570431 | Equitrac - Long Distance to 8054993572 | E | 12/08/2003 | 0999 | C&D | 0.00 |  | $4.36 | 0.00 |  | $4.36 | 212.97 |
| 1570538 | Photocopy | E | 12/08/2003 | 0999 | C&D | 0.00 |  | $0.75 | 0.00 |  | $0.75 | 213.72 |
| 1570596 | Photocopy | E | 12/08/2003 | 0999 | C&D | 0.00 |  | $1.95 | 0.00 |  | $1.95 | 215.67 |
| 1570600 | Photocopy | E | 12/08/2003 | 0999 | C&D | 0.00 |  | $4.50 | 0.00 |  | $4.50 | 220.17 |
| 1570606 | Photocopy | E | 12/08/2003 | 0999 | C&D | 0.00 |  | $1.65 | 0.00 |  | $1.65 | 221.82 |
| 1570610 | Photocopy | E | 12/08/2003 | 0999 | C&D | 0.00 |  | $6.90 | 0.00 |  | $6.90 | 228.72 |
| 1571124 | Equitrac - Long Distance to 8054993572 | E | 12/09/2003 | 0999 | C&D | 0.00 |  | $0.06 | 0.00 |  | $0.06 | 228.78 |
| 1572805 | Equitrac - Long Distance to 8054993572 | E | 12/11/2003 | 0999 | C&D | 0.00 |  | $0.99 | 0.00 |  | $0.99 | 229.77 |
| 1572806 | Equitrac - Long Distance to 8054993572 | E | 12/11/2003 | 0999 | C&D | 0.00 |  | $0.28 | 0.00 |  | $0.28 | 230.05 |
| 1572957 | Photocopy | E | 12/11/2003 | 0999 | C&D | 0.00 |  | $0.30 | 0.00 |  | $0.30 | 230.35 |
| 1573026 | Photocopy | E | 12/11/2003 | 0999 | C&D | 0.00 |  | $4.50 | 0.00 |  | $4.50 | 234.85 |
| 1573641 | Photocopy | E | 12/12/2003 | 0999 | C&D | 0.00 |  | $0.45 | 0.00 |  | $0.45 | 235.30 |
| 1573722 | Photocopy | E | 12/12/2003 | 0232 | LK | 0.00 |  | $1.20 | 0.00 |  | $1.20 | 236.50 |
| 1573725 | Photocopy | E | 12/12/2003 | 0232 | LK | 0.00 |  | $1.20 | 0.00 |  | $1.20 | 237.70 |
| 1572181 | Federal Express  to Marla Eskin from EI on 11/21 | E | 12/12/2003 | 0120 | EI | 0.00 |  | $2.31 | 0.00 |  | $2.31 | 240.01 |

```
Client Number:  4642              Grace Asbestos Personal Injury Claimants                                              Page:    1
Matter     000                    Disbursements                                                                     11/20/2003
                                                                                                                Print Date/Time:
                                                                                                                     11/20/2003
                                                                                                                     12:14:29PM
Attn:                                                                                                                 Invoice #
1573883    Photocopy                                         E  12/15/2003   0999   C&D    0.00        $0.30    0.00     $0.30   240.31
1573570    Equitrac - Long Distance to 8054993572            E  12/15/2003   0999   C&D    0.00        $0.06    0.00     $0.06   240.37
1575451    Photocopy                                         E  12/16/2003   0999   C&D    0.00        $1.05    0.00     $1.05   241.42
1574790    Equitrac - Long Distance to 8054993572            E  12/17/2003   0999   C&D    0.00        $2.11    0.00     $2.11   243.53
1577427    Photocopy                                         E  12/22/2003   0238   SLG    0.00        $1.50    0.00     $1.50   245.03
1580074    Long Distance-Equitrac In-House-Long distance     E  12/23/2003   0999   C&D    0.00       $18.49    0.00    $18.49   263.52
           call made in the month of November
1579382    Photocopy                                         E  12/24/2003   0999   C&D    0.00        $8.70    0.00     $8.70   272.22
1579647    Photocopy                                         E  12/29/2003   0238   SLG    0.00       $19.80    0.00    $19.80   292.02
1579663    Photocopy                                         E  12/29/2003   0238   SLG    0.00       $21.15    0.00    $21.15   313.17
1578316    Equitrac - Long Distance to 8054993572            E  12/29/2003   0999   C&D    0.00        $2.11    0.00     $2.11   315.28
1579921    Photocopy                                         E  12/30/2003   0811   AIO    0.00       $81.60    0.00    $81.60   396.88
1579928    Photocopy                                         E  12/30/2003   0811   AIO    0.00       $24.60    0.00    $24.60   421.48
1580017    Database Research-Westlaw research by RCT on      E  12/30/2003   0999   C&D    0.00      $147.13    0.00   $147.13   568.61
           12/03
1580022    Database Research-Westlaw research by NDF on      E  12/30/2003   0999   C&D    0.00       $22.47    0.00    $22.47   591.08
           12/03
1581148    Equitrac - Long Distance to 2127531066            E  12/31/2003   0999   C&D    0.00        $0.07    0.00     $0.07   591.15
1581236    Photocopy                                         E  12/31/2003   0234   RET    0.00        $1.05    0.00     $1.05   592.20
Total Expenses                                                                             0.00      $592.20    0.00   $592.20


               Matter Total Fees                                                                       0.00                0.00


               Matter Total Expenses                                                                 592.20              592.20


               Matter Total                                                                0.00      592.20    0.00      592.20


               Prebill Total Fees


               Prebill Total Expenses                                                               $592.20             $592.20


               Prebill Total                                                               0.00     $592.20    0.00     $592.20


Previous Billings

InvoiceNo      InvoiceDate           InvoiceTotal          OpenTotal

36,593         07/26/2002            121,163.25           13,975.99
36,950         08/22/2002            231,722.75           24,660.40
37,197         09/25/2002            246,726.25           35,891.10
37,665         10/31/2002            153,308.00           30,661.60
37,961         11/30/2002             36,076.50              542.50
37,962         11/30/2002            137,754.50           27,550.90
38,223         12/26/2002            155,061.50           31,012.30
40,965         03/11/2003             31,418.00            6,283.60
40,966         03/11/2003             43,961.50            8,792.30
41,071         03/20/2003             27,076.50            5,415.30
41,429         04/24/2003             12,991.50           12,991.50
41,745         05/22/2003              4,425.50              885.10
42,071         06/27/2003              3,191.00              638.20
42,258         07/25/2003              8,561.00            1,712.20
42,259         07/25/2003              3,420.50            3,420.50
42,620         08/28/2003              9,498.50              365.00
```

```
Client Number:   4642           Grace Asbestos Personal Injury Claimants             Page:        1
Matter      000                 Disbursements                                       11/20/2003
                                                                            Print Date/Time:
                                                                                    11/20/2003
                                                                                    12:14:29PM
Attn:                                                                               Invoice #
42,639          08/28/2003              1,935.50               387.10
42,905          09/29/2003              6,967.25             1,393.45
42,954          09/29/2003              3,733.00               746.60
43,207          10/28/2003              9,661.00             1,932.20
43,234          10/14/2003              1,845.50             1,845.50
43,556          11/20/2003             24,452.61            24,452.61
43,557          11/20/2003              5,865.50             5,865.50
43,916          12/29/2003              1,191.00             1,191.00
43,917          12/29/2003             28,792.17            28,792.17
                                    1,310,800.28           271,404.62
```