**EXHIBIT D**

**CUMULATIVE SUMMARY OF MONTHLY APPLICATIONS OF
CAPLIN & DRYSDALE, CHARTERED, FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES AS COUNSEL TO
THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS
FOR THE PERIOD OCTOBER 1, 2003 THROUGH DECEMBER 31, 2003**

**SUMMARY OF MONTHLY FEE AND EXPENSE STATEMENTS FOR COMPENSATION PERIOD:**

|  |  | **Requested** |  | **Paid** |  |
|---|---|---|---|---|---|
| **Date Filed; Docket No.** | **Period Covered** | **Fees** | **Expenses** | **Fees** | **Expenses** |
| 12/01/03; 4762 | 10/1/03-10/31/03 | $18,119.60 (80% of $22,649.50) | $1,803.11 | $18,119.60 (80% of $22,649.50) | $1,803.11 |
| 1/05/04; 4894 | 11/1/03-11/20/03 | $18,351.20 (80% of $22,939.00) | $5,853.17 | **Pending** | **Pending** |
| 1/29/04; 5021 | 12/1/03-12/31/03 | $13,748.80 (80% of $17,186.00) | $592.2 | **Pending** | **Pending** |

**CUMULATIVE COMPENSATION SUMMARY BY PROJECT CATEGORY**

| Project Category (Examples) | Cumulative October to December, 2003 Hours | Cumulative October to December, 2003 Value | Cumulative From Start of Case Hours | Cumulative From Start of Case Value |
|---|---|---|---|---|
| Asset Analysis and Recovery | .0 | $ .00 | .2 | $ 109.50 |
| Asset Disposition | .0 | $ .00 | 2.0 | $ 1,250.00 |
| Business Operations | .2 | $ 156.00 | 13.2 | $ 5,070.00 |
| Case Administration | 57.3 | $ 16,704.00 | 1,648.1 | $ 350,272.00 |
| Claim Analysis Objection & Resolution (Asbestos) | 11.8 | $ 3,169.00 | 1,256.7 | $ 351,769.50 |
| Claim Analysis Objection & Resolution (Non-Asbestos) | .2 | $ 137.00 | 4.0 | $ 2,243.50 |
| Committee, Creditors', Noteholders' or Equity Holders' | .1 | $ 78.00 | 72.0 | $ 38,835.50 |
| Employee Benefits/Pension | .2 | $ 156.00 | 8.4 | $ 4,223.00 |
| Employment Applications, Applicant | .0 | $ .00 | 32.8 | $ 8,214.00 |
| Employment | .0 | $ .00 | 39.1 | $ 15,055.00 |

{D0018704:1 }

| | | | | |
|---|---|---|---|---|
| Applications, Others Expenses | .0 | $ .00 | .0 | .00 |
| Fee Applications, Applicant | 13.0 | $ 3,401.00 | 245.9 | $ 60,751.50 |
| Fee Applications, Others | 85.3 | $ 33,006.00 | 107.0 | $ 38,785.00 |
| Financing | .0 | $ .00 | .1 | 62.50 |
| Hearings | .1 | $ 68.50 | 53.5 | $ 31,042.00 |
| Litigation and Litigation Consulting | 8.3 | $ 3,701.00 | 1,249.7 | $ 389,903.50 |
| Plan & Disclosure Statement | 3.9 | $ 2,129.50 | 19.5 | $ 10,178.50 |
| Relief from Stay Proceedings | .1 | $ 68.50 | .3 | $ 193.50 |
| Tax Issues | .0 | .00 | 62.0 | $ 19,831.50 |
| Tax Litigation | .0 | .00 | 26.6 | $ 8,733.50 |
| Travel-Non-Working | .0 | .00 | 300.2 | $ 56,843.25 |
| Valuation | .0 | .00 | .0 | .00 |
| ZAI Science Trial | .0 | .00 | 5.9 | $ 1,688.00 |
| ZAI Science Trial – Expenses | .0 | .00 | .0 | .00 |
| Other | .0 | .00 | .0 | .00 |
| Accounting/Auditing (primarily for accountants & financial advisors) | .0 | .00 | .0 | .00 |
| Business Analysis (primarily for accountants & financial advisors) | .0 | .00 | .0 | .00 |
| Corporate Finance (primarily for accountants & financial advisors) | .0 | .00 | .0 | .00 |
| Data Analysis (primarily for accountants & financial advisors) | .0 | .00 | .0 | .00 |
| Fraudulent Conveyance Adv. Proceeding | .0 | .00 | .0 | .00 |
| Fraudulent Conveyance – Expenses | .0 | .00 | .0 | .00 |
| Fraudulent Auditor Matters | .0 | .00 | .5 | $ 170.00 |
| Fee Auditor Matters | .0 | $ .00 | 1.9 | $ 646.00 |
| **Totals** | **180.5** | **$62,774.50** | **5,149.6** | **$1,395,870.75** |

## CUMULATIVE EXPENSE SUMMARY

| Expense Category (Examples) | Total Expenses For The Period 10/1/03 – 12/31/03 | Total Expense From The Petition Date |
|---|---|---|
| Computer Assisted Research | $ 7,364.23 | $ 69,095.64 |
| Research Material | 88.83 | 2,029.56 |
| Air Freight & Express Mail | 9.65 | 7,699.14 |
| Outside Local Deliveries | .00 | 696.21 |
| Filing Fees | .00 | 144.75 |
| Outside Fax Service | .00 | 12.00 |
| Conference Meals | .00 | 1,155.80 |
| Outside Photocopy Service | .00 | 23,098.19 |
| Professional Fees & Expert Witness Fees | .00 | 14,365.55 |
| Court Reporting/Transcript Service | .00 | 4,145.19 |
| Miscellaneous Client Advances | .00 | 746.77 |
| Air & Train Transportation | .00 | 38,881.99 |
| Meals Related to Travel | .00 | 2,936.51 |
| Travel Expenses – Hotel Charges | .00 | 13,181.45 |
| Travel Expenses – Ground Transportation | .00 | 6,639.98 |
| Travel Expenses – Miscellaneous | .00 | 73.30 |
| Travel Expenses – LD Calls on Hotel Bill | .00 | 1,068.35 |
| Local Transportation - DC | .00 | 110.80 |
| Local Transportation – NY | 68.32 | 261.84 |
| Xeroxing | 621.75 | 41,823.60 |
| Postage | .00 | 151.87 |
| Overtime Expenses | .00 | .00 |
| Overtime Meals | .00 | 26.20 |
| Telecopier | 29.70 | 1,489.00 |
| Long Distance –Credit Card | 4.16 | 1,080.99 |
| Long Distance Telephone - DC | 42.04 | 1,742.40 |
| NYO Long Distance Telephone | 19.80 | 1,839.03 |
| Use of Cell/Home Phone | .00 | 529.61 |
| **TOTAL** | **$8,248.48** | **$235,025.72** |

{D0018704:1 }