**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| W. R. GRACE & CO. | § | |
| a Delaware corporation, <u>et al.</u>, | § | Case No. 01-01139 (JKF) |
| | § | |
| Debtors. | § | Jointly Administered |
| | § | |
| | § | Re: Docket No. 4916 |

**CERTIFICATION OF NO OBJECTION**
**REGARDING DOCKET NO. 4916**

The undersigned hereby certifies that, as of the date hereof, he or she has received no answer, objection or other responsive pleading to the Notice of Monthly Fee and Expense Invoice (the "Invoice"), for December 1, 2003 through December 31, 2003 filed on January 13, 2004. The undersigned further certifies that he or she has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Invoice appears thereon. Pursuant to the Invoice, objections to the Invoice were to be filed and served no later than February 5, 2004. Thus Debtors are authorized to pay the undersigned eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Invoice.

February 16, 2004                                **WARREN H. SMITH & ASSOCIATES, P.C.**

                                                 By: _____
                                                     Warren H. Smith
                                                     State Bar No. 18757050

                                                 325 N. St. Paul Street, Suite 4080
                                                 Republic Center
                                                 Dallas, Texas 75201
                                                 (214) 698-3868
                                                 (214) 722-0081 (FAX)
                                                 **FEE AUDITOR**

WRGraceCNO12.03.rtf