## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: | Chapter 11 |
| W.R. GRACE & CO., et al., | Bankruptcy No. 01-01139 (JFK) |
| Debtors. | (Jointly Administered) |
| | **Objection Deadline: March 9, 2004**<br>**Hearing Date: TBD if necessary** |

### SUMMARY OF SIXTEENTH MONTHLY APPLICATION OF ELZUFON AUSTIN REARDON TARLOV & MONDELL, P.A. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE ZONOLITE ATTIC INSULATION CLAIMANTS FOR THE PERIOD OF <u>DECEMBER 1, 2003 THROUGH DECEMBER 31, 2003</u>

| | |
|---|---|
| Name of Applicant: | Elzufon Austin Reardon Tarlov & Mondell, P.A. |
| Authorized to provide Professional services to: | Zonolite Attic Insulation Claimants |
| Date of retention: | August 22, 2002 |
| Period for which compensation and reimbursement is sought: | December 1, 2003 through December 31, 2003 |
| Amount of compensation sought as actual reasonable and necessary: | $ 1,766.50 |
| Amount of expense reimbursement sought as actual reasonable and necessary: | $ 143.76 |

This is a:    X   Monthly  _____Interim    _____Final Application

Prior Application Filed: Yes.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/18/02 | 7/23/02 through 9/30/02 | $ 5,738.00 | $ 692.54 | Approved | Approved |
| 12/12/02 | 10/1/02 through 10/31/02 | $ 1,998.00 | $ 171.59 | Approved | Approved |
| 2/10/03 | 11/1/02 through 11/30/02 | $ 3,994.00 | $ 1,875.81 | Approved | Approved |
| 2/12/03 | 12/1/02 through 12/31/02 | $ 1,808.50 | $ 500.47 | Approved | Approved |
| 3/19/03 | 1/1/03 through 1/31/03 | $ 970.50 | $ 145.35 | Approved | Approved |
| 5/16/03 | 2/1/03 through 2/28/03 | $ 2,314.00 | $ 286.80 | Approved | Approved |
| 5/16/03 | 3/1/03 through 3/31/03 | $ 4,031.00 | $ 1,444.29 | Approved | Approved |
| 7/1/03 | 4/1/03 through 4/30/03 | $ 920.00 | $ 45.00 | Pending | Pending |
| 8/14/03 | 5/1/03 through 5/31/03 | $2,152.50 | $ 2,119.56 | Pending | Pending |
| 8/15/03 | 6/1/03 through 6/31/03 | $ 2,865.00 | $ 2,120.25 | Pending | Pending |
| 9/15/03 | 7/1/03 through 7/31/03 | $ 4,393.50 | $ 295.24 | Pending | Pending |
| 10/31/03 | 8/1/03 through 8/31/03 | $ 3,623.00 | $ 69.68 | Pending | Pending |
| 11/3/03 | 9/1/03 through 9/30/03 | $ 2,892.50 | $ 2,022.29 | Pending | Pending |
| 11/25/03 | 10/1/03 through 10/31/03 | $ 1,457.00 | $ 1,918.31 | Pending | Pending |
| 12/23/03 | 11/1/03 through 11/31/03 | $2,750.00 | $1,281.11 | Pending | Pending |

As indicated above, this is the Sixteenth application for monthly interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases.

The total time expended for the preparation of this application is approximately 2.5 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $300.00.

The Elzufon Austin Reardon Tarlov & Mondell, P.A., attorney who rendered professional services in these cases during the Fee Period is:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| William D. Sullivan | Partner | 13 | Bankruptcy | $220.00 | 2.2 | $ 484.00 |
| TOTALS | | | | | 2.2 | $ 484.00 |

The Elzufon Austin Reardon Tarlov & Mondell, P.A. paraprofessional who rendered professional services in these cases during the Fee Period is:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Michael Young | Paralegal | 2 | Bankruptcy | $75.00 | 17.1 | $1,282.00 |
| TOTALS | | | | | 17.1 | $1,282.00 |

### Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 12-Fee Application, Others | 18.3 Hours | $ 1,546.00 |
| 22-ZAI Science Trial | 1.0 Hours | $ 220.00 |
| TOTALS | 19.3 Hours | $ 1,766.00 |

### EXPENSES

| Description | Amount |
|---|---|
| Computer Assisted Legal Research | |
| Telephone Expense | |
| Telephone Expense – Outside | |
| Facsimile ($1.00 per page) | |
| Postage Expense | |
| Courier & Express Carriers | |
| In-House Duplicating / Printing ($.15 per page) | |
| Outside Duplicating / Printing | $ 143.76 |
| Lodging | |
| Transportation | |
| Air Travel Expense | |
| Taxi Expense | |
| Mileage Expense | |
| Travel Meals | |
| Parking | |
| General Expense | |
| Expert Services | |
| Books/Videos | |
| Total: | $ 143.76 |

Dated: Wilmington, Delaware
      Dated: February 18, 2004

ELZUFON, AUSTIN, REARDON,
TARLOV & MONDELL, P.A.

*/s/ William D. Sullivan*
William D. Sullivan, Esq. (No. 2820)
Charles J. Brown, III, Esq. (No. 3368)
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE 19899-1630
Phone: (302) 428-3181
Fax: (302) 777-7244

Delaware Counsel to ZAI Claimants

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: W.R. GRACE & CO., et al.,<br><br>Debtors, | Chapter 11<br><br>Bankruptcy No. 01-01139 (JFK)<br><br>(Jointly Administered)<br><br>**Objection Deadline: March 9, 2004**<br>**Hearing Date: TBD if necessary** |

**FEE DETAIL OF THE SIXTEENTH MONTHLY APPLICATION OF ELZUFON AUSTIN REARDON TARLOV & MONDELL, P.A. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE ZONOLITE ATTIC INSULATION CLAIMANTS FOR THE PERIOD OF DECEMBER 1, 2003 THROUGH DECEMBER 31, 2003**

E.I. # 51-0298668
P.O. Box 1630
Wilmington, DE 19899
(302) 428-3181

|  |  |
|---|---|
| ZAI Plaintiffs | Page: 1 |
| Richardson Patrick Westbrook | 12/31/2003 |
| 174 East Bay Street | Client No: 220305-11221M |
| Charleston SC 29401 | Statement No: 197014 |

Attn: Edward Westbrook

W.R. Grace & Companies, et al.
CA No. 01-1139
A-01-771

Fees

|  |  | Hours |
|---|---|---|
| /05/03 | | |
| WDS | Review and approve Lukins & Annis August Fee Application. | 0.20 |
| WDS | Review and approve RPWB October Fee Application. | 0.20 |
| MY | Review file re: Status of fee applications (.6), draft/revise CNO re: August Fee Application (.5), Review Docket, draft and revise CNO re: September fee application (.5), format, file and serve 2 CNO's (.5), final revisions to L&A August Fee Application for approval (.3), prepare October Fee Application of RPWB for approval (.6), e-mail service (.2) | 3.20 |
| /08/03 | | |
| MY | Revise, format, file and serve Application of L&A for August (1.1), Revise, format, file and serve Application of RPWB for October (1.1), update tracking chart (.4), draft CNO re: October Fee Application of RPWB (.4) | 3.00 |
| /09/03 | | |
| WDS | Review Order re: status of recusal briefing. | 0.10 |
| MY | Format, file and serve CNO re RPWB September fee application (.5), complete email service of L&A August Fee Application, CNO re September Fee Application of RPWB and RPWB October Fee Application (.6), | 1.10 |
| /10/03 | | |
| WDS | Review Order from Court re: filings. | 0.10 |
| MY | Review docket re Hearing of Summary Judgment Motions; download order re omnibus orders | 0.30 |
| MY | Review docket for order re schedule of case | 0.10 |

ZAI Plaintiffs                                              12/31/2003
                                              Client No: 220305-11221M
                                              Statement No:     197014

W.R. Grace & Companies, et al.
CA No. 01-1139
A-01-771

                                                          Hours

/16/03
   MY   Draft, revise, format, file and serve CNO
        re: October fee application of EARTM,
        (.8), complete email service (.3)                  1.10

/18/03
   WDS  Review Order from Court re: remand for
        recusal.                                           0.20
   MY   Review file and update pleadings                   1.60

/19/03
   WDS  Review opinion of court and outline of
        further proceedings.                               0.50

/22/03
   WDS  Review Certification of Counsel regarding
        interim fee applications for Ninth
        Period.                                            0.20

/23/03
   WDS  Review and approve EART&M November Fee
        Application.                                       0.20
   WDS  Review and approve Lukens & Annis
        September Fee Application.                         0.20
   MY   Complete draft of EARTM November Fee
        Application (1.7), complete revisions to
        L&A September Fee Application for
        approval (.6), format file and serve L&A
        fee app (.4)                                       3.10

/29/03
   MY   Review recent filings, track fee
        applications (.4), update filing and
        charts (.5)                                        0.90

/30/03
   WDS  Review discovery served regarding recusal
        issues.                                            0.30
   MY   Review file and docket re Objections to
        Fee Apps (.2), Draft CNO re L&A August
        Fee Application (.5), draft CNO re RPWB
        September Fee Application (.5), format
        file and serve both CNO's and update
        tracking chart (1.2), complete email
        service (.3)                                       2.70
                                                          _____  _____

        For Current Services Rendered                     19.30  1,766.50

                        Recapitulation
 mekeeper            Title           Hours      Rate      Total
 llivan, William D.  Partner          2.20    $220.00    $484.00
 chael Young         Paralegal       17.10      75.00   1,282.50


                          Advances

/23/03  Out sourcing of services. Reliable Copy Service,
        Inc. - 714 copies @ .09 cents and 12 mailings @


```
ZAI Plaintiffs                                             12/31/2003
                                            Client No: 220305-11221M
                                            Statement No:      197014
W.R. Grace & Companies, et al.
CA No. 01-1139
A-01-771


    1.75 and 9 hand deliveries @ 6.50)                      143.76

    Total Advances                                          143.76

    Total Current Work                                    1,910.26


    Balance Due                                          $1,910.26
```

## CERTIFICATE OF SERVICE

I, William D. Sullivan, Esquire, hereby certify that on February 18, 2004, service of the foregoing

- **Sixteenth Monthly Application of Elzufon Austin Reardon Tarlov & Mondell, P.A. for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Zonolite Attic Insulation Claimants for the Period of December 1, 2003 through December 31, 2003**

was made upon the attached Service List via hand delivery and first class mail.

Dated: Wilmington, Delaware
        February 18, 2004                 /s/ *William D. Sullivan*
                                                 William D. Sullivan

# SERVICE LIST

Laura Davis Jones, Esquire
David Carickoff, Esquire
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
Wilmington, DE 19899-8705

Frank J. Perch, Esquire
Office of the U.S. Trustee
844 King Street, Room 2313
Wilmington, DE 19801

Matthew G. Zaleski, III, Esquire
Campbell & Levine
800 King Street, Suite 300
Wilmington, DE 19801

Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 27th Floor
New York, NY 10022

Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

David Bernick, Esquire
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Theodore Tacconelli, Esquire
Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

Michael R. Lastowski, Esquire
Duane Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246

Teresa K.D. Currier, Esquire
Klett, Rooney, Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena
Price & Axelrod, LLP
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY 1002

William S. Katchen, Esquire
Duane, Morris & Heckcher, LLP
One Riverfront Plaza, 2nd Floor
Newark, NJ 07102

Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones
10100 Santa Monica Boulevard
Los Angeles, CA 90067-4100

David B. Seigel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

Peter Van N. Lockwood, Esquire
Julie W. Davis, Esquire
Trevor W. Swett, III, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, NW
Washington, DC 20005

James J. Restivo, Jr., Esquire
Reed Smith, LLP
435 Sixth Avenue
Pittsburgh, PA 15219-1886

Mark D. Collins, Esquire
Deborah E. Spivack, Esquire
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

William J.A. Sparks, Esquire
W.R. Grace & Company
919 N. Market, Suite 460
Wilmington, DE 19899

Warren H. Smith
Warren H. Smith and Associates
900 Jackson Street
120 Founders Square
Dallas, TX 75202