UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| In re:<br><br>W.R. GRACE & COMPANY<br>et al.,<br><br>*Debtors* | In Proceedings For A Reorganization Under Chapter 11<br><br>Case No. 01-01139(PJW)<br><br>Claim # Unknown |
|---|---|

## NOTICE: OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001 (e) (1)

To transferor:   Haz-Tec
1190 Evergreen Oak Way
Dacula, GA 30019

The transfer of your claim as shown above, in the amount of $ 556.90 has been transferred *(unless previously expunged by court order)* to:

Trade-Debt.Net
P.O. Box 1487
West Babylon, NY 11704

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**

**FILE A WRITTEN OBJECTION TO THE TRANSFER** with:

United States Bankruptcy Clerk
District of Delaware
824 Market Street, 5th Fl
Wilmington, DE 19801

**SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.**

Refer to **INTERNAL CONTROL NO.** _____ in your objection. If you file an objection, a hearing will be scheduled.
**IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT**

---

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid
on _____ , 200 ___ .
INTERNAL CONTROL NO. _____
Copy: (check) Claims Agent ____   Transferee ____   Debtor's Attorney ___

_____
Deputy Clerk

Trade-Debt.net
PO Box 1487
West Babylon, NY 11704

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

In re,

W.R. Grace & Company ) Case No.01-01139(PJW)
et al., )
 )
 ) Chapter 11
 )
 ) NOTICE OF TRANSFER OF CLAIM
Debtors. ) OTHER THAN FOR SECURITY AND
 ) WAIVER OF NOTICE.
 ) RULE 3001 (e)

Please take notice that your unsecured claim of **HAZ-TEC** in the amount of **$556.90** and all Proofs of Claim have been transferred and assigned other than for security to Trade-Debt.net, Inc. The signature of the Assignor on this form is evidence of transfer of the claims, proofs and all rights thereunder. Assignor does hereby agree to waive notice as described by Bankruptcy Rule 3001 (e) (1).

I, the undersigned assignor of the above described claims, or proofs of claim hereby assign and transfer my claims and all rights thereunder to Trade-Debt.net Inc. upon the terms as set forth in the offer letter received. I assert that the claim of **HAZ-TEC** has not been previously transferred, and that the debtor has not objected to or satisfied this claim. The clerk of the court is authorized to change the address regarding the claim of the assignor to that of the assignee listed below.

**ASSIGNOR:**
HAZ-TEC
1190 EVERGREEN OAK WAY  DACULA GA, 30019

Please print your name: Ralph Mitchell  Signature: Ralph Mitchell
Title: President  Date: _____
Address: 1190 Evergreen Oak Way
(city,state,zip) Dacula, GA 30019
Telephone: 770-513-2053  Fax: 770-513-0488  Email: Rmitchellhaztec@aol.com
Federal Taxpayer ID / Social Security Number _____

**ASSIGNEE:**
TRADE-DEBT.NET
P.O. Box 1487 West Babylon, NY 11704
By: _____

WR Grace04

Timothy McGuire

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| In re:<br><br>W.R. GRACE & COMPANY<br>et al.,<br><br><br><br>*Debtors* | In Proceedings For A Reorganization<br>Under Chapter 11<br><br>Case No. 01-01139(PJW)<br><br>Claim # Unknown |
|---|---|

## NOTICE: OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001 (e) (1)

To transferor:    TERRISS CONSOLIDATED INDUSTRIES INC
PO BOX 110
ASBURY PARK, NJ 07712

The transfer of your claim as shown above, in the amount of $ 256.51 has been transferred *(unless previously expunged by court order)* to:

Trade-Debt.Net
P.O. Box 1487
West Babylon, NY 11704

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**

**FILE A WRITTEN OBJECTION TO THE TRANSFER** with:

United States Bankruptcy Clerk
District of Delaware
824 Market Street, 5th Fl
Wilmington, DE 19801

**SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.**

Refer to INTERNAL CONTROL NO. _____ in your objection. If you file an objection, a hearing will be scheduled.
**IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT**

---

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid
on _____, 200 ___.
INTERNAL CONTROL NO. _____
Copy: (check)  Claims Agent _____   Transferee _____   Debtor's Attorney _____

Deputy Clerk

Trade-Debt.net
PO Box 1487
West Babylon, NY 11704

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

In re.                                      )
                                            )    Case No.01-01139(PJW)
W.R. Grace & Company                        )
et al.,                                     )
                                            )    Chapter 11
                                            )
                                            )    NOTICE OF TRANSFER OF CLAIM
            Debtors.                        )    OTHER THAN FOR SECURITY AND
                                            )    WAIVER OF NOTICE.
                                            )    RULE 3001 (e)

Please take notice that your unsecured claim of **TERRISS CONSOLIDATED INDUSTRIES** in the amount of **$314.47** and all Proofs of Claim have been transferred and assigned other than for security to Trade-Debt.net, Inc. The signature of the Assignor on this form is evidence of transfer of the claims, proofs and all rights thereunder. Assignor does hereby agree to waive notice as described by Bankruptcy Rule 3001 (e) (1).

I, the undersigned assignor of the above described claims, or proofs of claim hereby assign and transfer my claims and all rights thereunder to Trade-Debt.net Inc. upon the terms as set forth in the offer letter received. I assert that the claim of **TERRISS CONSOLIDATED INDUSTRIES** has not been previously transferred, and that the debtor has not objected to or satisfied this claim. The clerk of the court is authorized to change the address regarding the claim of the assignor to that of the assignee listed below.

ASSIGNOR:
TERRISS CONSOLIDATED INDUSTRIES
PO BOX 110 ASBURY PARK NJ, 07712

Please print your name: S. BodNovich    Signature: J. Bodnovich

Title: V.P.    Date: 2-12-04

Address: 807 Summerfield Ave Asbury Pk, NJ 07712
(city,state,zip)
Telephone: 732-988-0909    Fax: _____    Email: _____
Federal Taxpayer ID / Social Security Number   11-2124684
ASSIGNEE:
TRADE-DEBT.NET
P.O. BOX 1487 West Babylon, NY 11704
By: _____

Timothy McGuire

WR Grace04

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| In re:<br><br>W.R. GRACE & COMPANY<br>et al.,<br><br>*Debtors* | In Proceedings For A Reorganization<br>Under Chapter 11<br><br>Case No. 01-01139(PJW)<br><br>Claim # Unknown |
|---|---|

## NOTICE: OF TRANSFER OF CLAIM PURSUANT TO **FRBP RULE 3001 (e) (1)**

To transferor:  Eclipse
P.O Box 71424
Chicago IL 60694

The transfer of your claim as shown above, in the amount of $ 252.27 has been transferred *(unless previously expunged by court order)* to:

Trade-Debt.Net
P.O. Box 1487
West Babylon, NY 11704

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**

**FILE A WRITTEN OBJECTION TO THE TRANSFER** with:

United States Bankruptcy Clerk
District of Delaware
824 Market Street, 5th Fl
Wilmington, DE 19801

**SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.**

Refer to **INTERNAL CONTROL NO.** _____ in your objection. If you file an objection, a hearing will be scheduled.
**IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT**

------

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid
on _____, 200___.
INTERNAL CONTROL NO. _____
Copy: (check) Claims Agent ____   Transferee ____   Debtor's Attorney ____

_____
Deputy Clerk

Trade-Debt.net
PO Box 1487
West Babylon, NY 11704

### UNITED STATES BANKRUPTCY COURT

### DISTRICT OF DELAWARE

In re.                              )
                                    )   Case No.01-01139(PJW)
W.R. Grace & Company                )
et al.,                             )
                                    )   Chapter 11
                                    )
                                    )   **NOTICE OF TRANSFER OF CLAIM**
          Debtors.                  )   **OTHER THAN FOR SECURITY AND**
                                    )   **WAIVER OF NOTICE.**
                                    )   **RULE 3001 (e)**

Please take notice that your unsecured claim of **ECLIPSE** in the amount of **$252.27** and all Proofs of Claim have been transferred and assigned other than for security to Trade-Debt.net, Inc. The signature of the Assignor on this form is evidence of transfer of the claims, proofs and all rights thereunder. Assignor does hereby agree to waive notice as described by Bankruptcy Rule 3001 (e)(1).

I, the undersigned assignor of the above described claims, or proofs of claim hereby assign and transfer my claims and all rights thereunder to Trade-Debt.net Inc. upon the terms as set forth in the offer letter received. I assert that the claim of **ECLIPSE** has not been previously transferred, and that the debtor has not objected to or satisfied this claim. The clerk of the court is authorized to change the address regarding the claim of the assignor to that of the assignee listed below.

**ASSIGNOR:**
ECLIPSE
PO BOX 71424 CHICAGO IL, 60694
Please print your name: _Pam Spatz_  Signature _Pam Spatz_
Title: _Credit Administrator_  Date: _2/13/04_
Address: _PO Box 71424 Chicago IL 66694_
(city,state,zip)
Telephone: _815-631-7317_  Fax: _815-431-7082_  Email: _pspatz@eclipse.net.com_
Federal Taxpayer ID / Social Security Number _36-1033250_
**ASSIGNEE:**
TRADE-DEBT.NET
P.O. BOX 1487 West Babylon, NY 11704
By: _____

Timothy McGuire

WR Grace04

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| In re:<br><br>W.R. GRACE & COMPANY<br>et al.,<br><br>*Debtors* | In Proceedings For A Reorganization<br>Under Chapter 11<br><br>Case No. 01-01139(PJW)<br><br>Claim # Unknown |
|---|---|

## NOTICE: OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001 (e) (1)

To transferor:   The Young Industtries
P.O Box 30
Muncy, PA 17756

The transfer of your claim as shown above, in the amount of $ 195.69 has been transferred *(unless previously expunged by court order)* to:

Trade-Debt.Net
P.O. Box 1487
West Babylon, NY 11704

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**

**FILE A WRITTEN OBJECTION TO THE TRANSFER** with:

United States Bankruptcy Clerk
District of Delaware
824 Market Street, 5th Fl
Wilmington, DE 19801

**SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.**

Refer to **INTERNAL CONTROL NO.** _____ in your objection. If you file an objection, a hearing will be scheduled.
**IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT**

---

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid
on _____ , 200 ___ .
INTERNAL CONTROL NO. _____
Copy: (check) Claims Agent ____   Transferee ____   Debtor's Attorney ____

_____
Deputy Clerk

Trade-Debt.net
PO Box 1487
West Babylon, NY 11704

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

In re.                                )
                                      )
                                      )   Case No.01-01139(PJW)
W.R. Grace & Company                  )
et al.,                               )
                                      )
                                      )   Chapter 11
                                      )
                                      )   **NOTICE OF TRANSFER OF CLAIM**
         Debtors.                     )   **OTHER THAN FOR SECURITY AND**
                                      )   **WAIVER OF NOTICE.**
                                      )   RULE 3001 (e)

Please take notice that your unsecured claim of **THE YOUNG INDUSTRIES** in the amount of **$195.69** and all Proofs of Claim have been transferred and assigned other than for security to Trade-Debt.net, Inc. The signature of the Assignor on this form is evidence of transfer of the claims, proofs and all rights thereunder. Assignor does hereby agree to waive notice as described by Bankruptcy Rule 3001 (e) (1).

I, the undersigned assignor of the above described claims, or proofs of claim hereby assign and transfer my claims and all rights thereunder to Trade-Debt.net Inc. upon the terms as set forth in the offer letter received. I assert that the claim of **THE YOUNG INDUSTRIES** has not been previously transferred, and that the debtor has not objected to or satisfied this claim. The clerk of the court is authorized to change the address regarding the claim of the assignor to that of the assignee listed below.

ASSIGNOR:
THE YOUNG INDUSTRIES
PO BOX 30  MUNCY PA, 17756

Please print your name: Jerry Stauffer    Signature: Jerry Stauffer
Title: Accountant                          Date: 2/11/04
Address: PO Box 30 Muncy, Pa 17756
(city,state,zip)
Telephone: 570-546-1842  Fax: 570-546-1946  Email:
Federal Taxpayer ID / ~~Social Security Number~~ 23-1875384
ASSIGNEE:
TRADE-DEBT.NET
P.O. BOX 1487 West Babylon, NY 11704
By: _____

Timothy McGuire

WR Grace04