IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objection Deadline: March 9, 2004 |
| | ) | Hearing Date: TBD only if necessary |

## SUMMARY OF THE VERIFIED APPLICATION OF RICHARDSON PATRICK WESTBROOK & BRICKMAN, LLC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LEAD SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM NOVEMBER 1, 2003 THROUGH NOVEMBER 30, 2003

Name of Applicant: Richardson Patrick Westbrook & Brickman, LLC

Authorized to Provide Professional Services to: Zonolite Attic Insulation Claimants

Date of Appointment: July 22, 2002

Period for which compensation and Reimbursement is sought: November 1, 2003 through November 30, 2003

Amount of Compensation sought as actual, Reasonable, and necessary: $ 13,566.00

Amount of Expenses Reimbursement: $ 106.03

This is a: X monthly _ interim _ final application

Prior Application filed: Yes

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 10/31/02 | 7/22/2002 - 9/30/2002 | $170,069.50 | $44,005.38 | No objections served on counsel | No objections served on counsel |
| 12/04/02 | 10/01/2002 - 10/31//2002 | $163,682.00 | $35,319.00 | No objections served on counsel | No objections served on counsel |
| 01/08/2003 | 11/01/2002 - 11/30/2002 | $115,319.00 | $5,714.09 | No objections served on counsel | No objections served on counsel |
| 02/17/2003 | 12/01/2002 - 12/31/2002 | $104,018.00 | $32,439.18 | No objections served on counsel | No objections served on counsel |
| 03/19/2003 | 1/1/2003 - 1/31/2003 | $142,944.50 | $68,022.89 | No objections served on counsel | No objections served on counsel |
| 04/09/03 | 2/1/2003 - 2/28/2003 | $217,149.00 | $31,928.29 | No objections served on counsel | No objections served on counsel |
| 05/16/2003 | 3/1/2003- 3/31/2003 | $248,048.00 | $66,978.32 | No objections served on counsel | No objections served on counsel |
| 07/01/2003 | 4/1/2003- 4/30/2003 | $102,950.00 | $149,727.83 | No objections served on counsel | No objections served on counsel |
| 07/21/2003 | 5/1/2003- 5//31/2003 | $174,462.25 | $48,658.57 | No objections served on counsel | No objections served on counsel |
| 08/15/2003 | 6/1/2003- 6/30/2003 | $202,080.25 | $71,550.40 | No objections served on counsel | No objections served on counsel |
| 09/15/2003 | 7/1/2003- 7/31/2003 | $126,035.00 | $25,802.60 | No objections served on counsel | No objections served on counsel |
| 10/23/2003 | 8/1/2003- 8/31/2003 | $121,733.75 | $26,563.23 | No objections served on counsel | No objections served on counsel |
| 11/12/2003 | 9/1/2003- 9/30/2003 | $69,708.00 | $19,989.71 | No objection served on counsel | No objection served on counsel |
| 12/8/2003 | 10/1/2003- 10/31/2003 | $24,786.50 | $5,853.38 | No objection served on counsel | No objection served on counsel |

This is the fifteenth RPWB application for monthly interim compensation of services filed with the Bankruptcy Court in this Chapter 11 case.

The total expended for the preparation of this application is approximately 20 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $7,000.

The Richardson Patrick Westbrook & Brickman attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Edward J. Westbrook | Partner | 26 | Litigation | $650 | 5.6 | $2,827.50 |
| Robert M. Turkewitz | Partner | 18 | Litigation | $400 | | |
| James L. Ward, Jr. | Associate | 6 | Litigation | $265 | 1.4 | $371.00 |
| Robert S. Wood | Associate | 4 | Litigation | $240 | | |
| TOTALS | | | | | 7.0 | $3,198.50 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Kim Carr | Paralegal | 13 | Litigation | $125 | | |
| Janet Bakst* | Paralegal | 10 | Litigation | $125 | 23.5 | $2,937.50 |
| Lizzie Kerrison | Paralegal | 17 | Litigation | $125 | 55.0 | $6,875.00 |
| Kim Garcia | Lit. Support | 9 | Litigation | $75 | 7.4 | $555.00 |
| Adam Lorenz | Lit. Support | 1 | Litigation | $75 | | |
| | | TOTALS | | | 85.9 | $10,367.50 |

- Mrs. Bakst is a licensed attorney who has not yet taken the South Carolina Bar exam and is accordingly working as a senior paralegal and being billed as such.

## Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 11-Fee Applications, Applicant | 9.9 | $1,367.50 |
| 22-ZAI Science Trial | 83.0 | $12,198.50 |
| TOTALS | 92.9 | $13,566.00 |

## 23-ZAI Science Trial Expenses

| Description | Amount |
|---|---|
| Federal Express Overnight Delivery | $37.24 |
| Outside Duplicating | $44.90 |
| Online Research | $23.89 |
| Total | $106.03 |

Dated: February 13, 2004

ELZUFON AUSTIN REARDON
TARLOV & MONDELL, P.A.

/s/ *William D. Sullivan*
William D. Sullivan (No. 2820)
Charles J. Brown, III (No. 3368)
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE 19899
Phone: (302) 428-3181
FAX: (302) 777-7244

-and-

Edward J. Westbrook, Esq.
Richardson Patrick Westbrook & Brickman
1037 Chuck Dawley Blvd., Building A
Mount Pleasant, SC  29464
Phone: (843) 727-6513
FAX: (843) 727-6688

*Lead Counsel for ZAI Claimants*

## VERIFICATION

STATE OF SOUTH CAROLINA )
)
COUNTY OF CHARLESTON )

Edward J. Westbrook, after being duly sworn according to law, deposes and says:

a) I am counsel with the applicant law firm Richardson, Patrick, Westbrook & Brickman, and have been admitted to appear before this Court.

b) I have personally performed many of the legal services rendered by Richardson, Patrick, Westbrook & Brickman and am thoroughly familiar with the other work performed on behalf of the ZAI Claimants by the lawyers and paraprofessionals of Richardson, Patrick, Westbrook & Brickman.

c) I have reviewed the foregoing application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del.Bankr.LR 2016-2 and the 'Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members', signed April 17, 2002, and submit that the Application substantially complies with such Rule and Order.

Edward J. Westbrook, Esq.

SWORN AND SUBSCRIBED
Before me this 11th day of February 2004.

Kimberly M. Anderson
Notary Public for South Carolina
My Commission Expires: March 31, 2004

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In Re: W.R. GRACE & CO., et al.,

Debtors,

Chapter 11

Bankruptcy No. 01-01139 (JFK)

(Jointly Administered)

Objection Deadline: March 9, 2004
Hearing Date: TBD if necessary

**FEE DETAIL OF THE VERIFIED APPLICATION OF RICHARDSON PATRICK WESTBROOK & BRICKMAN, LLC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LEAD SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM NOVEMBER 1, 2003 THROUGH NOVEMBER 30, 2003**

02/11/2004

# Time report

## 11/01/2003 - 11/30/2003

1

| Date<br>Timekeeper | Client No.<br>Matter No. | Client Name | Transaction Code<br>Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| **Transaction:** | **L106** | | | | | |
| **Day:** | | **11/03/2003** | | | | |
| 11/03/2003<br>jbakst | 200106<br>0000 | Zonolite Science Trial | L106<br>Search ZAI database re sales figures (4.5). | $125.00 | 4.50 | $562.50 |
| 11/03/2003<br>lkerrison | 200106<br>0000 | Zonolite Science Trial | L106<br>Review ZAI database for sales documents | $125.00 | 4.00 | $500.00 |
| **Day:** | | **11/04/2003** | | | | |
| 11/04/2003<br>lkerrison | 200106<br>0000 | Zonolite Science Trial | L106<br>Review and input ZAI invoice information for sales over 250 bags (4.0); Review ZAI database for sales documents (2.5) | $125.00 | 6.50 | $812.50 |
| 11/04/2003<br>jward | 200106<br>0000 | Zonolite Science Trial | L106<br>Review recent news report regarding ZAI homes in Colorado | $265.00 | 0.10 | $26.50 |
| **Day:** | | **11/06/2003** | | | | |
| 11/06/2003<br>jward | 200106<br>0000 | Zonolite Science Trial | L106<br>Review Meeker article regarding the composition and morphology of Libby amphiboles and memo regarding same (0.2); review article regarding indirect method and identify helpful quotes for chart to be used in summary judgment hearing (0.8) | $265.00 | 1.00 | $265.00 |
| 11/06/2003<br>jbakst | 200106<br>0000 | Zonolite Science Trial | L106<br>Rework graphs and charts with additional figures (6.0). | $125.00 | 6.00 | $750.00 |
| 11/06/2003<br>ewestbrook | 200106<br>0000 | Zonolite Science Trial | L106<br>Work on ZAI cost and sales data gathering project (1.2); correspondence to Grace counsel with follow-up inquiries and additional requests for information (.4); conversations with Grace counsel regarding upcoming hearing (.3) | $650.00 | 1.90 | $1,235.00 |
| 11/06/2003<br>lkerrison | 200106<br>0000 | Zonolite Science Trial | L106<br>Review and input ZAI invoice information for sales over 250 bags (3.0); Review ZAI database for sales documents (3.7) | $125.00 | 6.70 | $837.50 |
| **Day:** | | **11/07/2003** | | | | |
| 11/07/2003<br>lkerrison | 200106<br>0000 | Zonolite Science Trial | L106<br>Review ZAI database for sales documents (5.7); Conference with Ed Westbrook and Janet regarding the ZAI sales figures (.5). | $125.00 | 6.20 | $775.00 |
| 11/07/2003 | 200106 | Zonolite Science Trial | L106 | $650.00 | 0.50 | $325.00 |

02/11/2004 03:32:15 PM Garcia, Kimberly A.

02/11/2004

# Time report

## 11/01/2003 - 11/30/2003

| Date | Client No. | Client Name | Transaction Code | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| Timekeeper | Matter No. | | Description | | | |
| ewestbrook | 0000 | | Meeting with Lizzie Kerrison and Janet Bakst regarding ZAI sales figures | | | |
| 11/07/2003 | 200106 | Zonolite Science Trial | L106 | $125.00 | 6.00 | $750.00 |
| jbakst | 0000 | | Meeting with Westbrook and L. Kerrison re: strategy for presenting most accurate figures for homes with attic insulatiuon and regions of country where ZAI was most prevalent (.5) Organize and characterize documents; fine tune numbers (5.5). | | | |

| Day: | 11/10/2003 | | | | | |
|---|---|---|---|---|---|---|
| 11/10/2003 | 200106 | Zonolite Science Trial | L106 | $125.00 | 4.50 | $562.50 |
| lkerrison | 0000 | | Review ZAI database for sales documents | | | |

| Day: | 11/11/2003 | | | | | |
|---|---|---|---|---|---|---|
| 11/11/2003 | 200106 | Zonolite Science Trial | L106 | $125.00 | 2.00 | $250.00 |
| lkerrison | 0000 | | Review ZAI database for sales documents | | | |
| 11/11/2003 | 200106 | Zonolite Science Trial | L106 | $650.00 | 0.10 | $65.00 |
| ewestbrook | 0000 | | Correspondence with Grace counsel regarding status conference | | | |
| 11/11/2003 | 200106 | Zonolite Science Trial | L106 | $265.00 | 0.30 | $79.50 |
| jward | 0000 | | Review Chicago news article and news report on ZAI (0.2); exchange e-mail messages with Mr. Turkewitz regarding locating home inspector featured in news report (0.1) | | | |

| Day: | 11/12/2003 | | | | | |
|---|---|---|---|---|---|---|
| 11/12/2003 | 200106 | Zonolite Science Trial | L106 | $125.00 | 4.20 | $525.00 |
| lkerrison | 0000 | | Review ZAI database for sales documents | | | |

| Day: | 11/13/2003 | | | | | |
|---|---|---|---|---|---|---|
| 11/13/2003 | 200106 | Zonolite Science Trial | L106 | $125.00 | 6.20 | $775.00 |
| lkerrison | 0000 | | Review ZAI database for sales documents | | | |

| Day: | 11/14/2003 | | | | | |
|---|---|---|---|---|---|---|
| 11/14/2003 | 200106 | Zonolite Science Trial | L106 | $125.00 | 3.50 | $437.50 |
| lkerrison | 0000 | | Review ZAI database for sales documents | | | |
| 11/14/2003 | 200106 | Zonolite Science Trial | L106 | $650.00 | 0.60 | $390.00 |
| ewestbrook | 0000 | | Review additional homeowner estimates and prepare correspondence to Grace regarding ZAI estimates | | | |

| Day: | 11/18/2003 | | | | | |
|---|---|---|---|---|---|---|
| 11/18/2003 | 200106 | Zonolite Science Trial | L106 | $125.00 | 5.70 | $712.50 |
| lkerrison | 0000 | | Review ZAI database for sales documents | | | |

02/11/2004

# Time report

## 11/01/2003 - 11/30/2003

| Date | Client No. | Client Name | Transaction Code | Rate | HRS/QTY | Total |
|------|------------|-------------|------------------|------|---------|-------|
| Timekeeper | Matter No. | | Description | | | |

### Day: 11/20/2003

| 11/20/2003 | 200106 | Zonolite Science Trial | L106 | $125.00 | 2.00 | $250.00 |
|---|---|---|---|---|---|---|
| lkerrison | 0000 | | Review ZAI database for sales documents | | | |

### Day: 11/24/2003

| 11/24/2003 | 200106 | Zonolite Science Trial | L106 | $125.00 | 3.50 | $437.50 |
|---|---|---|---|---|---|---|
| lkerrison | 0000 | | Review ZAI database for sales documents | | | |
| 11/24/2003 | 200106 | Zonolite Science Trial | L106 | $125.00 | 2.00 | $250.00 |
| jbakst | 0000 | | Refine sales figures (2.0) | | | |

### Day: 11/25/2003

| 11/25/2003 | 200106 | Zonolite Science Trial | L106 | $125.00 | 5.00 | $625.00 |
|---|---|---|---|---|---|---|
| jbakst | 0000 | | Review and compare sales documents in order to refine numbers of bags sold (5.0). | | | |

**Transaction: L150**

### Day: 11/04/2003

| 11/04/2003 | 200106 | Zonolite Science Trial | L150 | $75.00 | 2.10 | $157.50 |
|---|---|---|---|---|---|---|
| kgarcia | 0000 | | Work on September 2003 application | | | |

### Day: 11/06/2003

| 11/06/2003 | 200106 | Zonolite Science Trial | L150 | $325.00 | 1.50 | $487.50 |
|---|---|---|---|---|---|---|
| ewestbrook | 0000 | | Work on September time report, review, revise and edit (billed at half rate) | | | |

### Day: 11/11/2003

| 11/11/2003 | 200106 | Zonolite Science Trial | L150 | $75.00 | 0.80 | $60.00 |
|---|---|---|---|---|---|---|
| kgarcia | 0000 | | Revise and finalize September 2003 application, send to local counsel for filing. | | | |

### Day: 11/18/2003

| 11/18/2003 | 200106 | Zonolite Science Trial | L150 | $75.00 | 3.20 | $240.00 |
|---|---|---|---|---|---|---|
| kgarcia | 0000 | | Work on 10th Quarterly application | | | |

### Day: 11/19/2003

| 11/19/2003 | 200106 | Zonolite Science Trial | L150 | $325.00 | 1.00 | $325.00 |
|---|---|---|---|---|---|---|
| ewestbrook | 0000 | | Work on 10th Quarter application - review and revise (billed at half rate) | | | |

02/11/2004 03:32:15 PM Garcia, Kimberly A.

02/11/2004

# Time report

### 11/01/2003 - 11/30/2003

4

| Date | Client No. | Client Name | Transaction Code | Rate | HRS/QTY | Total |
| Timekeeper | Matter No. | | Description | | | |
|---|---|---|---|---|---|---|
| **Day:** | | **11/21/2003** | | | | |
| 11/21/2003 | 200106 | Zonolite Science Trial | L150 | $75.00 | 1.30 | $97.50 |
| kgarcia | 0000 | | Revise and finalize 10th Quarterly application, send to local counsel for filing | | | |

| | |
|---|---|
| **Grand Total:** | **$13,566.00** |
| **Expense Grand Total:** | **$0.00** |
| **Time Grand Total:** | **$13,566.00** |
| **Total Hours/Report:** | **92.90** |
| **Count:** | **30** |

02/11/2004

# Expense report

## 11/01/2003 - 11/30/2003

1

| Date | Client No. | Client Name | Transaction Code | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| Timekeeper | Matter No. | | Description | | | |

**Transaction:** E060

**Day:** 11/25/2003

| 11/25/2003 | 200106 | Zonolite Science Trial | E060 | $10.00 | 1.00 | $10.00 |
|---|---|---|---|---|---|---|
| kcamarda | 0000 | | Medical University of SC Library - Request for copy of Medical Article | | | |

**Transaction:** E065

**Day:** 11/11/2003

| 11/11/2003 | 200106 | Zonolite Science Trial | E065 | $18.62 | 1.00 | $18.62 |
|---|---|---|---|---|---|---|
| kgarcia | 0000 | | Federal Express from Ed Westbrook to Jim Restivo | | | |
| 11/11/2003 | 200106 | Zonolite Science Trial | E065 | $18.62 | 1.00 | $18.62 |
| kgarcia | 0000 | | Federal Express from Ed Westbrook to Richard Finke | | | |

**Transaction:** E072

**Day:** 11/07/2003

| 11/07/2003 | 200106 | Zonolite Science Trial | E072 | $34.90 | 1.00 | $34.90 |
|---|---|---|---|---|---|---|
| rturkewitz | 0000 | | Reimbursement for copies of article regarding ZAI issues | | | |

**Transaction:** E106

**Day:** 11/04/2003

| 11/04/2003 | 200106 | Zonolite Science Trial | E106 | $23.89 | 1.00 | $23.89 |
|---|---|---|---|---|---|---|
| kgarcia | 0000 | | September Westlaw Charge for research regarding the ZAI science trial | | | |

| | |
|---|---|
| **Grand Total:** | **$106.03** |
| **Expense Grand Total:** | **$106.03** |
| **Time Grand Total:** | **$0.00** |
| **Total Hours/Report:** | **0.00** |
| **Count:** | **5** |

## CERTIFICATE OF SERVICE

I, William D. Sullivan, Esquire, hereby certify that on February 18, 2004, service of the foregoing

- Application of Richardson Patrick Westbrook & Brickman, LLC for Compensation for Services and Reimbursement of Expenses as ZAI Lead Special Counsel for the Interim Period from November 1, 2003 through November 30, 2003

was made upon the attached Service List via hand delivery and first class mail.

Dated: Wilmington, Delaware
February 18, 2004

/s/ *William D. Sullivan*
William D. Sullivan

## SERVICE LIST

Laura Davis Jones, Esquire
David Carickoff, Esquire
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
Wilmington, DE 19899-8705

Frank J. Perch, Esquire
Office of the U.S. Trustee
844 King Street, Room 2313
Wilmington, DE 19801

Matthew G. Zaleski, III, Esquire
Campbell & Levine
800 King Street, Suite 300
Wilmington, DE 19801

Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 27th Floor
New York, NY 10022

Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

David Bernick, Esquire
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Theodore Tacconelli, Esquire
Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

Michael R. Lastowski, Esquire
Duane Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246

Teresa K.D. Currier, Esquire
Klett, Rooney, Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena
Price & Axelrod, LLP
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY 1002

William S. Katchen, Esquire
Duane, Morris & Heckcher, LLP
One Riverfront Plaza, 2nd Floor
Newark, NJ 07102

Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones
10100 Santa Monica Boulevard
Los Angeles, CA  90067-4100

David B. Seigel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD  21044

Peter Van N. Lockwood, Esquire
Julie W. Davis, Esquire
Trevor W. Swett, III, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, NW
Washington, DC  20005

James J. Restivo, Jr., Esquire
Reed Smith, LLP
435 Sixth Avenue
Pittsburgh, PA  15219-1886

Mark D. Collins, Esquire
Deborah E. Spivack, Esquire
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE  19899

William J.A. Sparks, Esquire
W.R. Grace & Company
919 N. Market, Suite 460
Wilmington, DE  19899

Warren H. Smith
Warren H. Smith and Associates
900 Jackson Street
120 Founders Square
Dallas, TX 75202