**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objection Deadline: March 9, 2004 |
| | | Hearing Date: TBD only if necessary |

**SUMMARY OF THE VERIFIED APPLICATION OF RICHARDSON PATRICK WESTBROOK & BRICKMAN, LLC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LEAD SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM DECEMBER 1, 2003 THROUGH DECEMBER 31, 2003**

| | |
|---|---|
| Name of Applicant: | Richardson Patrick Westbrook & Brickman, LLC |
| Authorized to Provide Professional Services to: | Zonolite Attic Insulation Claimants |
| Date of Appointment: | July 22, 2002 |
| Period for which compensation and Reimbursement is sought: | December 1, 2003 through December 31, 2003 |
| Amount of Compensation sought as actual, Reasonable, and necessary: | $ 12,107.50 |
| Amount of Expenses Reimbursement: | $ 11,256.59 |

This is a:  X monthly    _ interim    _ final application

Prior Application filed: Yes

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 10/31/02 | 7/22/2002 - 9/30/2002 | $170,069.50 | $44,005.38 | No objections served on counsel | No objections served on counsel |
| 12/04/02 | 10/01/2002 - 10/31//2002 | $163,682.00 | $35,319.00 | No objections served on counsel | No objections served on counsel |
| 01/08/2003 | 11/01/2002 - 11/30/2002 | $115,319.00 | $5,714.09 | No objections served on counsel | No objections served on counsel |
| 02/17/2003 | 12/01/2002 - 12/31/2002 | $104,018.00 | $32,439.18 | No objections served on counsel | No objections served on counsel |
| 03/19/2003 | 1/1/2003 - 1/31/2003 | $142,944.50 | $68,022.89 | No objections served on counsel | No objections served on counsel |
| 04/09/03 | 2/1/2003 - 2/28/2003 | $217,149.00 | $31,928.29 | No objections served on counsel | No objections served on counsel |
| 05/16/2003 | 3/1/2003- 3/31/2003 | $248,048.00 | $66,978.32 | No objections served on counsel | No objections served on counsel |
| 07/01/2003 | 4/1/2003- 4/30/2003 | $102,950.00 | $149,727.83 | No objections served on counsel | No objections served on counsel |
| 07/21/2003 | 5/1/2003- 5//31/2003 | $174,462.25 | $48,658.57 | No objections served on counsel | No objections served on counsel |
| 08/15/2003 | 6/1/2003- 6/30/2003 | $202,080.25 | $71,550.40 | No objections served on counsel | No objections served on counsel |
| 09/15/2003 | 7/1/2003- 7/31/2003 | $126,035.00 | $25,802.60 | No objections served on counsel | No objections served on counsel |
| 10/23/2003 | 8/1/2003- 8/31/2003 | $121,733.75 | $26,563.23 | No objections served on counsel | No objections served on counsel |
| 11/12/2003 | 9/1/2003- 9/30/2003 | $69,708.00 | $19,989.71 | No objection served on counsel | No objection served on counsel |
| 12/8/2003 | 10/1/2003- 10/31/2003 | $24,786.50 | $5,853.38 | No objection served on counsel | No objection served on counsel |
| 2/18/04 | 11/1/2003- 11/30/2003 | $13,566.00 | $106.03 | Pending | Pending |

This is the sixteenth RPWB application for monthly interim compensation of services filed with the Bankruptcy Court in this Chapter 11 case.

The total expended for the preparation of this application is approximately 20 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $7,000.

The Richardson Patrick Westbrook & Brickman attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Edward J. Westbrook | Partner | 26 | Litigation | $650 | .8 | $520.00 |
| Robert M. Turkewitz | Partner | 18 | Litigation | $400 | | |
| James L. Ward, Jr. | Associate | 6 | Litigation | $265 | | |
| Robert S. Wood | Associate | 4 | Litigation | $240 | | |
| | | TOTALS | | | .8 | $520.00 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Kim Carr | Paralegal | 13 | Litigation | $125 | | |
| Janet Bakst* | Paralegal | 10 | Litigation | $125 | 8.7 | $1,087.50 |
| Lizzie Kerrison | Paralegal | 17 | Litigation | $125 | 84.0 | $10,500.00 |
| Kim Garcia | Lit. Support | 9 | Litigation | $75 | | |
| Adam Lorenz | Lit. Support | 1 | Litigation | $75 | | |
| | | | TOTALS | | 92.7 | $11,587.50 |

* Mrs. Bakst is a licensed attorney who has not yet taken the South Carolina Bar exam and is accordingly working as a senior paralegal and being billed as such.

## Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 11-Fee Applications, Applicant | | |
| 20-Travel–Non-working | | |
| 22-ZAI Science Trial | 93.5 | $12,107.50 |
| TOTALS | 93.5 | $12,107.50 |

## 23-ZAI Science Trial Expenses

| Description | Amount |
|---|---|
| Expert Services | $11,152.42 |
| Court Reporter | $102.00 |
| Online Research | $2.17 |
| Total | $11,256.59 |

Dated: February 18, 2004

ELZUFON AUSTIN REARDON
TARLOV & MONDELL, P.A.

/s/ William D. Sullivan
William D. Sullivan (No. 2820)
Charles J. Brown, III (No. 3368)
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE  19899
Phone: (302) 428-3181
FAX: (302) 777-7244

-and-

Edward J. Westbrook, Esq.
Richardson Patrick Westbrook
 & Brickman
1037 Chuck Dawley Blvd., Building A
Mount Pleasant, SC  29464
Phone: (843) 727-6513
FAX: (843) 727-6688

*Lead Counsel for ZAI Claimants*

# VERIFICATION

STATE OF SOUTH CAROLINA  )
                         )
COUNTY OF CHARLESTON     )

Edward J. Westbrook, after being duly sworn according to law, deposes and says:

a) I am counsel with the applicant law firm Richardson, Patrick, Westbrook & Brickman, and have been admitted to appear before this Court.

b) I have personally performed many of the legal services rendered by Richardson, Patrick, Westbrook & Brickman and am thoroughly familiar with the other work performed on behalf of the ZAI Claimants by the lawyers and paraprofessionals of Richardson, Patrick, Westbrook & Brickman.

c) I have reviewed the foregoing application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del.Bankr.LR 2016-2 and the 'Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members', signed April 17, 2002, and submit that the Application substantially complies with such Rule and Order.

_____
Edward J. Westbrook, Esq.

SWORN AND SUBSCRIBED
Before me this 11th day of February 2004.

_____
Kimberly M. Anderson
Notary Public for South Carolina
My Commission Expires: March 31, 2004

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: W.R. GRACE & CO., et al.,<br><br>Debtors, | Chapter 11<br><br>Bankruptcy No. 01-01139 (JFK)<br><br>(Jointly Administered)<br><br>Objection Deadline: March 9, 2004<br>Hearing Date: TBD if necessary |

**FEE DETAIL OF THE VERIFIED APPLICATION OF RICHARDSON PATRICK WESTBROOK & BRICKMAN, LLC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LEAD SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM DECEMBER 1, 2003 THROUGH DECEMBER 31, 2003**

01/12/2004

# Time report

## 12/01/2003 - 12/31/2003

1

| Date<br>Timekeeper | Client No.<br>Matter No. | Client Name | Transaction Code<br>Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| **Transaction:** | **L106** | | | | | |
| **Day:** | | **12/03/2003** | | | | |
| 12/03/2003<br>lkerrison | 200106<br>0000 | Zonolite Science Trial | L106<br>Review ZAI database for sales documents | $125.00 | 5.00 | $625.00 |
| 12/03/2003<br>jbakst | 200106<br>0000 | Zonolite Science Trial | L106<br>Search internet for Canadian Broadcasting Company article on November 2003 study on mesothelioma in Canada and obtain copy of study | $125.00 | 1.20 | $150.00 |
| **Day:** | | **12/04/2003** | | | | |
| 12/04/2003<br>lkerrison | 200106<br>0000 | Zonolite Science Trial | L106<br>Review ZAI database for sales documents | $125.00 | 7.00 | $875.00 |
| **Day:** | | **12/05/2003** | | | | |
| 12/05/2003<br>lkerrison | 200106<br>0000 | Zonolite Science Trial | L106<br>Review ZAI database for sales documents | $125.00 | 5.00 | $625.00 |
| **Day:** | | **12/08/2003** | | | | |
| 12/08/2003<br>lkerrison | 200106<br>0000 | Zonolite Science Trial | L106<br>Review ZAI database for sales documents | $125.00 | 4.00 | $500.00 |
| 12/08/2003<br>jbakst | 200106<br>0000 | Zonolite Science Trial | L106<br>Telephone calls to abatement contractors re methods of removal, equipment used, time involved, number of workers and costs for disposal | $125.00 | 4.00 | $500.00 |
| **Day:** | | **12/09/2003** | | | | |
| 12/09/2003<br>jbakst | 200106<br>0000 | Zonolite Science Trial | L106<br>Phone calls to contractors re methods and cost of removal; add follow up to abatement summarry | $125.00 | 3.50 | $437.50 |
| 12/09/2003<br>ewestbrook | 200106<br>0000 | Zonolite Science Trial | L106<br>Review memos from Janet Bakst regarding ZAI removal methods, information from Rob Turkewitz regarding dust testing seminar and discussions regarding determination of approved landfills to take contaminated vermiculite driving up the cost | $650.00 | 0.80 | $520.00 |
| 12/09/2003<br>lkerrison | 200106<br>0000 | Zonolite Science Trial | L106<br>Review ZAI database for sales documents | $125.00 | 6.70 | $837.50 |
| **Day:** | | **12/10/2003** | | | | |

01/12/2004 12:31:39 PM Garcia, Kimberly A.

# Time report

## 12/01/2003 - 12/31/2003

| Date | Client No. | Client Name | Transaction Code | Rate | HRS/QTY | Total |
|------|-----------|-------------|------------------|------|---------|-------|
| Timekeeper | Matter No. | | Description | | | |
| 12/10/2003 | 200106 | Zonolite Science Trial | L106 | $125.00 | 3.50 | $437.50 |
| lkerrison | 0000 | | Review ZAI database for sales documents | | | |

**Day:** 12/11/2003

| 12/11/2003 | 200106 | Zonolite Science Trial | L106 | $125.00 | 6.70 | $837.50 |
|---|---|---|---|---|---|---|
| lkerrison | 0000 | | Review ZAI database for sales documents | | | |

**Day:** 12/15/2003

| 12/15/2003 | 200106 | Zonolite Science Trial | L106 | $125.00 | 3.00 | $375.00 |
|---|---|---|---|---|---|---|
| lkerrison | 0000 | | Review ZAI database for sales documents | | | |

**Day:** 12/16/2003

| 12/16/2003 | 200106 | Zonolite Science Trial | L106 | $125.00 | 6.70 | $837.50 |
|---|---|---|---|---|---|---|
| lkerrison | 0000 | | Review ZAI database for sales documents (4.7)); searching for documents on EPA FOIA list | | | |

**Day:** 12/17/2003

| 12/17/2003 | 200106 | Zonolite Science Trial | L106 | $125.00 | 4.50 | $562.50 |
|---|---|---|---|---|---|---|
| lkerrison | 0000 | | Review ZAI database for sales documents (4.0); making calls regarding documents needed for ZAI Science Trial (.5) | | | |

**Day:** 12/18/2003

| 12/18/2003 | 200106 | Zonolite Science Trial | L106 | $125.00 | 6.70 | $837.50 |
|---|---|---|---|---|---|---|
| lkerrison | 0000 | | Review ZAI database for sales documents | | | |

**Day:** 12/22/2003

| 12/22/2003 | 200106 | Zonolite Science Trial | L106 | $125.00 | 5.00 | $625.00 |
|---|---|---|---|---|---|---|
| lkerrison | 0000 | | Review ZAI database for sales documents | | | |

**Day:** 12/23/2003

| 12/23/2003 | 200106 | Zonolite Science Trial | L106 | $125.00 | 7.00 | $875.00 |
|---|---|---|---|---|---|---|
| lkerrison | 0000 | | Review ZAI database for sales documents | | | |

**Day:** 12/29/2003

| 12/29/2003 | 200106 | Zonolite Science Trial | L106 | $125.00 | 6.20 | $775.00 |
|---|---|---|---|---|---|---|
| lkerrison | 0000 | | Review ZAI database for sales documents | | | |

**Day:** 12/30/2003

| 12/30/2003 | 200106 | Zonolite Science Trial | L106 | $125.00 | 7.00 | $875.00 |

01/12/2004

# Time report

### 12/01/2003 - 12/31/2003

| Date | Client No. | Client Name | Transaction Code | Rate | HRS/QTY | Total |
|------|------------|-------------|------------------|------|---------|-------|
| Timekeeper | Matter No. | | Description | | | |
| lkerrison | 0000 | | Review ZAI database for sales documents | | | |
| | | | **Grand Total:** | | | **$12,107.50** |
| | | | **Expense Grand Total:** | | | **$0.00** |
| | | | **Time Grand Total:** | | | **$12,107.50** |
| | | | **Total Hours/Report:** | | | **93.50** |
| | | | **Count:** | | | **19** |

01/29/2004                                                                                                    1

# Expense report

### 12/01/2003 - 12/31/2003

| Date | Client No. | Client Name | Transaction Code | Rate | HRS/QTY | Total |
|------|-----------|-------------|------------------|------|---------|-------|
| Timekeeper | Matter No. | | Description | | | |

**Day:** 12/02/2003

| 12/02/2003 | 200106 | Zonolite Science Trial | E106 | $2.17 | 1.00 | $2.17 |
| kgarcia | 0000 | | Pacer Online Research Charges pertaining to ZAI Science Trial | | | |

**Day:** 12/08/2003

| 12/08/2003 | 200106 | Zonolite Science Trial | E014 | $102.00 | 1.00 | $102.00 |
| jhanshaw | 0000 | | Evans Reporting Service - Court Reporter | | | |
| 12/08/2003 | 200106 | Zonolite Science Trial | E110 | $10,929.25 | 1.00 | $10,929.25 |
| jhanshaw | 0000 | | Mundy Associates, Inc. - Co-Counsel Services | | | |
| 12/08/2003 | 200106 | Zonolite Science Trial | E029 | $223.17 | 1.00 | $223.17 |
| jhanshaw | 0000 | | Pinchin Environmental, Ltd. - Expert Witness Services | | | |

| | |
|---|---|
| **Grand Total:** | **$11,256.59** |
| **Expense Grand Total:** | **$11,256.59** |
| **Time Grand Total:** | **$0.00** |
| **Total Hours/Report:** | **0.00** |
| **Count:** | **4** |

## CERTIFICATE OF SERVICE

I, William D. Sullivan, Esquire, hereby certify that on February 18, 2004, service of the foregoing

- Verified Application of Richardson Patrick Westbrook & Brickman, LLC for Compensation for Services and Reimbursement of Expenses as ZAI Lead Special Counsel for the Interim Period from December 1, 2003 through December 31, 2003

was made upon the attached Service List via hand delivery and first class mail.

Dated: Wilmington, Delaware
February 18, 2004

/s/ *William D. Sullivan*
William D. Sullivan

## SERVICE LIST

Laura Davis Jones, Esquire
David Carickoff, Esquire
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
Wilmington, DE 19899-8705

Frank J. Perch, Esquire
Office of the U.S. Trustee
844 King Street, Room 2313
Wilmington, DE 19801

Matthew G. Zaleski, III, Esquire
Campbell & Levine
800 King Street, Suite 300
Wilmington, DE 19801

Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 27th Floor
New York, NY 10022

Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

David Bernick, Esquire
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Theodore Tacconelli, Esquire
Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

Michael R. Lastowski, Esquire
Duane Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246

Teresa K.D. Currier, Esquire
Klett, Rooney, Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena
Price & Axelrod, LLP
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY 1002

William S. Katchen, Esquire
Duane, Morris & Heckcher, LLP
One Riverfront Plaza, 2nd Floor
Newark, NJ 07102

Hamid R. Rafatjoo, Esquire

Pachulski, Stang, Ziehl, Young & Jones
10100 Santa Monica Boulevard
Los Angeles, CA 90067-4100

David B. Seigel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

Peter Van N. Lockwood, Esquire
Julie W. Davis, Esquire
Trevor W. Swett, III, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, NW
Washington, DC 20005

James J. Restivo, Jr., Esquire
Reed Smith, LLP
435 Sixth Avenue
Pittsburgh, PA 15219-1886

Mark D. Collins, Esquire
Deborah E. Spivack, Esquire
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

William J.A. Sparks, Esquire
W.R. Grace & Company
919 N. Market, Suite 460
Wilmington, DE 19899

Warren H. Smith
Warren H. Smith and Associates
900 Jackson Street
120 Founders Square
Dallas, TX 75202