# EXHIBIT A

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

In Re: W.R. GRACE & CO., et al.,

          Debtors.

Chapter 11

Bankruptcy No. 01-01139 (JFK)

(Jointly Administered)

**Objection Deadline: December 15, 2003
Hearing Date: TBD if necessary**

**SUMMARY OF FOURTEENTH MONTHLY APPLICATION OF ELZUFON AUSTIN
REARDON TARLOV & MONDELL, P.A. FOR COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO
THE ZONOLITE ATTIC INSULATION CLAIMANTS FOR THE PERIOD OF
OCTOBER 1, 2003 THROUGH OCTOBER 31, 2003**

Name of Applicant:                              Elzufon Austin Reardon Tarlov & Mondell, P.A.

Authorized to provide
Professional services to:                 Zonolite Attic Insulation Claimants

Date of retention:                         August 22, 2002

Period for which compensation
and reimbursement is sought:          October 1, 2003 through
                                     October 31, 2003

Amount of compensation sought
as actual reasonable and necessary:    $ 1,457.00

Amount of expense reimbursement    $ 1,918.31
sought as actual reasonable and
necessary:

This is a:         X  Monthly _____ Interim        _____Final Application

Prior Application Filed: Yes.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/18/02 | 7/23/02 through 9/30/02 | $ 5,738.00 | $ 692.54 | Approved | Approved |
| 12/12/02 | 10/1/02 through 10/31/02 | $ 1,998.00 | $ 171.59 | Approved | Approved |
| 2/10/03 | 11/1/02 through 11/30/02 | $ 3,994.00 | $ 1,875.81 | Approved · | Approved |
| 2/12/03 | 12/1/02 through 12/31/02 | $ 1,808.50 | $ 500.47 | Approved | Approved |
| 3/19/03 | 1/1/03 through 1/31/03 | $ 970.50 | $ 145.35 | Approved | Approved |
| 5/16/03 | 2/1/03 through 2/28/03 | $ 2,314.00 | $ 286.80 | Approved | Approved |
| 5/16/03 | 3/1/03 through 3/31/03 | $ 4,031.00 | $ 1,444.29 | Approved | Approved |
| 7/1/03 | 4/1/03 through 4/30/03 | $ 920.00 | $ 45.00 | Pending | Pending |
| 8/14/03 | 5/1/03 through 5/31/03 | $2,152.50 | $ 2,119.56 | Pending | Pending |
| 8/15/03 | 6/1/03 through 6/31/03 | $ 2,865.00 | $ 2,120.25 | Pending | Pending |
| 9/15/03 | 7/1/03 through 7/31/03 | $ 4,393.50 | $ 295.24 | Pending | Pending |
| 10/31/03 | 8/1/03 through 8/31/03 | $ 3,623.00 | $ 69.68 | Pending | Pending |
| 11/3/03 | 9/1/03 through 9/30/03 | $ 2,892.50 | $ 2,022.29 | Pending | Pending |

As indicated above, this is the fourteenth application for monthly interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases.

The total time expended for the preparation of this application is approximately 3 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $300.00.

The Elzufon Austin Reardon Tarlov & Mondell, P.A., attorney who rendered professional services in these cases during the Fee Period is:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| William D. Sullivan | Partner | 13 | Bankruptcy | $220.00 | 1.1 | $242.00 |
| TOTALS | | | | | 1.1 | $242.00 |

The Elzufon Austin Reardon Tarlov & Mondell, P.A. paraprofessional who rendered professional services in these cases during the Fee Period is:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Michael Young | Paralegal | 1 | Bankruptcy | $75.00 | 17.3 | $1,215.00 |
| TOTALS | | | | | 17.3 | $1,215.00 |

### Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 12-Fee Application, Others | 17.8 Hours | $1,325.00 |
| 22-ZAI Science Trial | .6 Hours | $132.00 |
| TOTALS | 18.4 Hours | $1,457.00 |

### EXPENSES

| Description | Amount |
|---|---|
| Computer Assisted Legal Research | |
| Telephone Expense | |
| Telephone Expense – Outside | |
| Facsimile ($1.00 per page) | |
| Postage Expense | |
| Courier & Express Carriers | $108.50 |
| In-House Duplicating / Printing ($.15 per page) | $1,600.35 |
| Outside Duplicating / Printing | $209.46 |
| Lodging | |
| Transportation | |
| Air Travel Expense | |
| Taxi Expense | |
| Mileage Expense | |
| Travel Meals | |
| Parking | |
| General Expense | |
| Expert Services | |
| Books/Videos | |
| Total: | $ 1,918.31 |

Dated: Wilmington, Delaware
November 25, 2003

ELZUFON, AUSTIN, REARDON,
TARLOV & MONDELL, P.A.

*/s/ William D. Sullivan*

William D. Sullivan, Esq. (No. 2820)
Charles J. Brown, III, Esq. (No. 3368)
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE 19899-1630
Phone: (302) 428-3181
Fax: (302) 777-7244

Delaware Counsel to ZAI Claimants

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In Re: W.R. GRACE & CO., et al.,

Debtors,

Chapter 11

Bankruptcy No. 01-01139 (JFK)

(Jointly Administered)

**Objection Deadline: December 15, 2003**
**Hearing Date: TBD if necessary**

## FEE DETAIL OF THE FOURTEENTH MONTHLY APPLICATION OF ELZUFON AUSTIN REARDON TARLOV & MONDELL, P.A. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE ZONOLITE ATTIC INSULATION CLAIMANTS FOR THE PERIOD OF OCTOBER 1, 2003 THROUGH OCTOBER 31, 2003

E.I. # 51-0298668
P.O. Box 1630
Wilmington, DE  19899
(302) 428-3181

Page: 1
ZAI Plaintiffs                                                   10/31/2003
Richardson Patrick Westbrook             Client No: 220305-11221M
174 East Bay Street                      Statement No:       194685
Charleston  SC  29401

Attn: Edward Westbrook

W.R. Grace & Companies, et al.
CA No. 01-1139
A-01-771

Fees

|  |  | Hours |
|---|---|---|
| '06/03 |  |  |
| MY | Review file and continue update of pleadings related to Motions for Summary Judgment and Motions to Exclude and Responses | 3.20 |
| '07/03 |  |  |
| MY | Review file and complete update of file and creation of binders related to Motions for Summary Judgments and Motion to Exclude Dr.'s Opinion | 2.10 |
| '08/03 |  |  |
| MY | review docket for objections to Fee Applications (.3), draft certificate of no objection for EARTM July Fee Application (.6), Draft CNO re July Fee Application re July Fee App of RPWB (.6), e-file and serve both CNO's (.6), update tracking chart (.2), complete email service  (.2) | 2.50 |
| MY | Begin preparation of L&A July Fee Application | 0.70 |
| 09/03 |  |  |
| WDS | Review and revise Lukins & Annis July Fee Application. | 0.30 |
| MY | Final revisions and preparation of L&A July Fee Application for filing and service (.7), review docket: update file (.3), update tracking chart (.2), e-file and serve fee application (.7), complete e-mail service (.2) | 2.10 |
| MY | Obtain Fee application of Pachulski, etc., forward to co-counsel | 0.30 |
| MY | Begin draft of August Fee Application of EARTM | 0.60 |
| 16/03 |  |  |
| MY | Begin preparation of RPWB August fee app for filing | 0.60 |

Client No: 220305-11221M
Statement No:      194685

W.R. Grace & Companies, et al.
CA No. 01-1139
A-01-771

|  | Hours |
|---|---|
| **/17/03** | |
| MY Complete final revisions to RPWB August fee application | 0.40 |
| **/22/03** | |
| WDS Review pleadings regarding administration of the estate. | 0.30 |
| **/23/03** | |
| WDS Review and approve for filing August Fee application for RPWB. | 0.20 |
| WDS Review agenda for 10/27 Hearing; no matters affecting clients. | 0.20 |
| MY format, file and serve RPWB August 2003 Fee Application | 0.60 |
| **/27/03** | |
| MY Reivew agenda for 10/27 hearing and obtain Exhibit A | 0.30 |
| WDS Review Amended Agenda for 10/27 Hearing; no changes affecting clients. | 0.10 |
| **/28/03** | |
| MY Complete email service requirements of August Fee App | 0.30 |
| **/31/03** | |
| MY Draft, format, file and serve CNO re July Fee App of L&A (1.1), Complete draft fo August Fee App of EARTM (.8), Complete filing and service of EARTM Fee app (.6) | 2.50 |

| | For Current Services Rendered | 17.30 | 1,457.00 |
|---|---|---|---|

### Recapitulation

| ekeeper | Title | Hours | Rate | Total |
|---|---|---|---|---|
| livan, William D. | Partner | 1.10 | $220.00 | $242.00 |
| hael Young | Paralegal | 16.20 | 75.00 | 1,215.00 |

### Expenses

| | |
|---|---|
| 13/03 Photocopies (@ $.15) | 0.30 |
| 13/03 Photocopies (@ $.15) | 59.40 |
| 13/03 Photocopies (@ $.15) | 0.15 |
| 15/03 Photocopies (@ $.15) | 25.20 |
| 15/03 Photocopies (@ $.15) | 59.40 |
| 15/03 Photocopies (@ $.15) | 4.80 |
| 15/03 Photocopies (@ $.15) | 44.10 |
| 15/03 Photocopies (@ $.15) | 90.00 |
| 03/03 Photocopies (@ $.15) | 6.00 |
| 03/03 Photocopies (@ $.15) | 142.50 |
| 03/03 Photocopies (@ $.15) | 15.15 |
| 03/03 Photocopies (@ $.15) | 184.80 |
| 03/03 Photocopies (@ $.15) | 257.40 |
| 04/03 Photocopies (@ $.15) | 66.15 |
| 04/03 Photocopies (@ $.15) | 20.40 |
| 04/03 Photocopies (@ $.15) | 321.30 |

ZAI Plaintiffs

Client No: 220305-11221M

Statement No:  194685

10/31/2003

W.R. Grace & Companies, et al.
CA No. 01-1139
A-01-771

| | |
|---|---|
| '08/03 Photocopies (@ $.15) | 0.30 |
| '08/03 Photocopies (@ $.15) | 77.40 |
| '15/03 Photocopies (@ $.15) | 32.25 |
| '15/03 Photocopies (@ $.15) | 82.05 |
| '15/03 Photocopies (@ $.15) | 4.05 |
| '08/03 Photocopies (@ $.15) | 22.05 |
| '08/03 Photocopies (@ $.15) | 0.15 |
| '08/03 Photocopies (@ $.15) | 20.70 |
| '09/03 Photocopies (@ $.15) | 0.15 |
| '09/03 Photocopies (@ $.15) | 44.10 |
| '31/03 Photocopies (@ $.15) | 19.80 |
| '31/03 Photocopies (@ $.15) | 0.30 |
| Total Expenses | 1,600.35 |

## Advances

| | |
|---|---|
| '08/03 Courier fee Tristate Courier & Carriage | 58.50 |
| '09/03 Courier fee Tristate Courier & Carriage | 45.00 |
| '23/03 Reliable Copy Service - Outsourcing of photocopying (462 copies @ .09 cents and 12 mailings @ 1.29 and 12 handdeliveries @ 6.50) | 115.56 |
| '31/03 Reliable Copy Service - Outsourcing of photocopying (252 copies @ .09 cents, 12 mailings @ 1.06, and 9 hand deliveries @ 6.50) | 93.90 |
| 31/03 Courier fee Tristate Courier & Carriage | 5.00 |
| Total Advances | 317.96 |
| Total Current Work | 3,375.31 |

## CERTIFICATE OF SERVICE

I, William D. Sullivan, Esquire, hereby certify that on November 25, 2003, service of the

foregoing

- **Fourteenth Monthly Application of Elzufon Austin Reardon Tarlov & Mondell, P.A. for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Zonolite Attic Insulation Claimants for the Period of October 1, 2003 through October 31, 2003**

was made upon the attached Service List via hand delivery and first class mail.

Dated: Wilmington, Delaware
      November 25, 2003
                                        */s/ William D. Sullivan*_____
                                        William D. Sullivan

## SERVICE LIST

Laura Davis Jones, Esquire
David Carickoff, Esquire
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
Wilmington, DE 19899-8705

Frank J. Perch, Esquire
Office of the U.S. Trustee
844 King Street, Room 2313
Wilmington, DE 19801

Matthew G. Zaleski, III, Esquire
Campbell & Levine
800 King Street, Suite 300
Wilmington, DE 19801

Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 27th Floor
New York, NY 10022

Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

David Bernick, Esquire
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Theodore Tacconelli, Esquire
Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

Michael R. Lastowski, Esquire
Duane Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246

Teresa K.D. Currier, Esquire
Klett, Rooney, Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena
Price & Axelrod, LLP
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY 1002

William S. Katchen, Esquire
Duane, Morris & Heckcher, LLP
One Riverfront Plaza, 2nd Floor
Newark, NJ 07102

Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones
10100 Santa Monica Boulevard
Los Angeles, CA 90067-4100

David B. Seigel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

Peter Van N. Lockwood, Esquire
Julie W. Davis, Esquire
Trevor W. Swett, III, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, NW
Washington, DC 20005

James J. Restivo, Jr., Esquire
Reed Smith,LLP
435 Sixth Avenue
Pittsburgh, PA 15219-1886

Mark D. Collins, Esquire
Deborah E. Spivack, Esquire
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

William J.A. Sparks, Esquire
W.R. Grace & Company
919 N. Market, Suite 460
Wilmington, DE 19899

Warren H. Smith
Warren H. Smith and Associates
900 Jackson Street
120 Founders Square
Dallas, TX 75202

**File a Motion:**
01-01139-JKF W.R. GRACE & CO.

### U.S. Bankruptcy Court

### District of Delaware

Notice of Electronic Filing

The following transaction was received from Sullivan, William David entered on 11/25/2003 at 2:13 PM
EST and filed on 11/25/2003
**Case Name:**        W.R. GRACE & CO.
**Case Number:**      01-01139-JKF
**Document Number:** 4743

**Docket Text:**
Application for Compensation *for Services Rendered and Reimbursement of Expenses as Counsel to the
Zonolite Attic Insulation Claimants for the Period of October 1, 2003 through October 31, 2003* Filed
by Elzufon Austin Reardon Tarlov & Mondell, P.A. Objections due by 12/15/2003. (Sullivan, William)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\Documents and Settings\MYoung\My Documents\wrg-oct.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=11/25/2003] [FileNumber=2107812-0
] [1042c974993890aac5246435a6a46aeead04c153f4e424e054b8f8a3275dc4b35f0
0e50eea181105b3b23e54b20e159956d9db5eb3de730c2be34cd90e07ef36]]

# EXHIBIT B

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In Re:

W.R. GRACE & CO., et al.,

             Debtors.

Chapter 11

Bankruptcy No. 01-01139 (JFK)

(Jointly Administered)

**Objection Deadline: January 12, 2004
Hearing Date: TBD if necessary**

## SUMMARY OF FIFTEENTH MONTHLY APPLICATION OF ELZUFON AUSTIN REARDON TARLOV & MONDELL, P.A. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE ZONOLITE ATTIC INSULATION CLAIMANTS FOR THE PERIOD OF <u>NOVEMBER 1, 2003 THROUGH NOVEMBER 30, 2003</u>

Name of Applicant:

    Elzufon Austin Reardon Tarlov & Mondell, P.A.

Authorized to provide
Professional services to:

    Zonolite Attic Insulation Claimants

Date of retention:

    August 22, 2002

Period for which compensation
and reimbursement is sought:

    November 1, 2003 through
    November 30, 2003

Amount of compensation sought
as actual reasonable and necessary:

    $ 2,750.00

Amount of expense reimbursement
sought as actual reasonable and
necessary:

    $ 1,281.11

This is a:    <u>X</u> Monthly _____Interim      _____Final Application

Prior Application Filed: Yes.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/18/02 | 7/23/02 through 9/30/02 | $ 5,738.00 | $ 692.54 | Approved | Approved |
| 12/12/02 | 10/1/02 through 10/31/02 | $ 1,998.00 | $ 171.59 | Approved | Approved |
| 2/10/03 | 11/1/02 through 11/30/02 | $ 3,994.00 | $ 1,875.81 | Approved | Approved |
| 2/12/03 | 12/1/02 through 12/31/02 | $ 1,808.50 | $ 500.47 | Approved | Approved |
| 3/19/03 | 1/1/03 through 1/31/03 | $ 970.50 | $ 145.35 | Approved | Approved |
| 5/16/03 | 2/1/03 through 2/28/03 | $ 2,314.00 | $ 286.80 | Approved | Approved |
| 5/16/03 | 3/1/03 through 3/31/03 | $ 4,031.00 | $ 1,444.29 | Approved | Approved |
| 7/1/03 | 4/1/03 through 4/30/03 | $ 920.00 | $ 45.00 | Pending | Pending |
| 8/14/03 | 5/1/03 through 5/31/03 | $2,152.50 | $ 2,119.56 | Pending | Pending |
| 8/15/03 | 6/1/03 through 6/31/03 | $ 2,865.00 | $ 2,120.25 | Pending | Pending |
| 9/15/03 | 7/1/03 through 7/31/03 | $ 4,393.50 | $ 295.24 | Pending | Pending |
| 10/31/03 | 8/1/03 through 8/31/03 | $ 3,623.00 | $ 69.68 | Pending | Pending |
| 11/3/03 | 9/1/03 through 9/30/03 | $ 2,892.50 | $ 2,022.29 | Pending | Pending |
| 11/25/03 | 10/1/03 through 10/31/03 | $ 1,457.00 | $ 1,918.31 | Pending | Pending |

As indicated above, this is the fifteenth application for monthly interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases.

The total time expended for the preparation of this application is approximately 3 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $300.00.

The Elzufon Austin Reardon Tarlov & Mondell, P.A., attorney who rendered professional services in these cases during the Fee Period is:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| William D. Sullivan | Partner | 13 | Bankruptcy | $220.00 | 5.5 | $1,210.00 |
| Charles J. Brown, III | Sr. Assoc. | 10 | Bankruptcy | $190.00 | .7 | $133.00 |
| TOTALS | | | | | 6.2 | $1,343.00 |

The Elzufon Austin Reardon Tarlov & Mondell, P.A. paraprofessional who rendered professional services in these cases during the Fee Period is:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Michael Young | Paralegal | 2 | Bankruptcy | $75.00 | 18.6 | $1,395.00 |
| Dawn M. Gonzalez | Legal Assistant | 1 | Bankruptcy | $60.00 | .2 | $12.00 |
| TOTALS | | | | | 18.8 | $1,407.00 |

## Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 12-Fee Application, Others | 22.1 Hours | $2,159.00 |
| 22-ZAI Science Trial | 2.9 Hours | $591.00 |
| TOTALS | 25 Hours | $2,750.00 |

## EXPENSES

| Description | Amount |
|---|---|
| Computer Assisted Legal Research | |
| Telephone Expense | |
| Telephone Expense – Outside | |
| Facsimile ($1.00 per page) | |
| Postage Expense | |
| Courier & Express Carriers | $10.00 |
| In-House Duplicating / Printing ($.15 per page) | $266.55 |
| Outside Duplicating / Printing | $1,004.56 |
| Lodging | |
| Transportation | |
| Air Travel Expense | |
| Taxi Expense | |
| Mileage Expense | |
| Travel Meals | |
| Parking | |
| General Expense | |
| Expert Services | |
| Books/Videos | |
| Total: | $1,281.11 |

Dated: Wilmington, Delaware
     December 23, 2003

ELZUFON, AUSTIN, REARDON,
TARLOV & MONDELL, P.A.

*/s/ William D. Sullivan*

William D. Sullivan, Esq. (No. 2820)
Charles J. Brown, III, Esq. (No. 3368)
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE 19899-1630
Phone: (302) 428-3181
Fax: (302) 777-7244

Delaware Counsel to ZAI Claimants

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In Re:  W.R. GRACE & CO., et al.,<br><br>Debtors, | Chapter 11<br><br>Bankruptcy No. 01-01139 (JFK)<br><br>(Jointly Administered)<br><br>**Objection Deadline: January 12, 2004**<br>**Hearing Date: TBD if necessary** |

## FEE DETAIL OF THE FIFTEENTH MONTHLY APPLICATION OF ELZUFON AUSTIN REARDON TARLOV & MONDELL, P.A. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE ZONOLITE ATTIC INSULATION CLAIMANTS FOR THE PERIOD OF <u>NOVEMBER 1, 2003 THROUGH NOVEMBER 30, 2003</u>

E.I. # 51-0298668
P.O. Box 1630
Wilmington, DE  19899
(302) 428-3181

                                                    Page: 1
ZAI Plaintiffs                                     11/30/2003
Richardson Patrick Westbrook          Client No: 220305-11221M
174 East Bay Street                   Statement No:      195942
Charleston SC 29401

Attn: Edward Westbrook

W.R. Grace & Companies, et al.
CA No. 01-1139
A-01-771


                          Fees

                                              Hours
03/03
  MY  Draft and revise EARTM September fee
      application for attorney review (WDS)
      (1.4), format, e-file and serve (.5)      1.90
  WDS Review and approve EART&M September Fee
      Application.                              0.30

04/03
  MY  Review docket/file and update pleadings
      (.3), update tracking and fee information
      with recent information (.6)              0.90

07/03
  CJB Exchange correspondence with co-counsel
      re:  October fee applications.            0.10
  WDS Phone call to co-counsel re:
      continuation of ZAI Science trial.        0.20

11/03
  MY  Preparation of RPWB September Fee
      application for attorney review (WDS)      0.80
  WDS Review and approve RPWB September Fee
      Application.                              0.20

12/03
  MY  format, file and serve RPWB September Fee
      Application (1.2), complete email service
      in accordance with case procedures (.2)   1.40

13/03
  MY  Begin Draft of 5th Quarterly Fee
      Application                               1.30

14/03
  MY  Continue draft of Fifth Quarterly Fee
      Application                               0.40
  WDS Review Fee Application of other counsel.  0.20
  WDS Review Order filed by Judge Wolin staying
      all District Court Proceedings.           0.20
  WDS Review pleadings regarding Objections to
      Debtors proposed futures representative.  0.50
  WDS Review pleadings relating to Montana
      Vermiculite claims; no impact on ZAI

ZAI Plaintiffs

W.R. Grace & Companies, et al.
CA No. 01-1139
A-01-771

|  |  | Hours |
|---|---|---|
|  | claimants. | 0.30 |
| WDS | Review pleadings and status of Mandamus action regarding recusal of Judge Wolin. | 0.50 |

17/03

| MY | Complete draft of quarterly fee application (2.6); draft notice (.3); | 2.90 |
|---|---|---|
| WDS | Attend Hearing; Futures representative Motion withdrawn based on Court's comments. | 1.10 |

19/03

| MY | Draft CNO re: RPWB August 2003 Fee App. (.4); format, file and serve (.4); review file and update fee tracking (.3); draft memo re: fee apps. (.4); complete e-mail service of CNO (.2) | 1.70 |
|---|---|---|
| MY | Receive and review fee costs as provided by auditor | 0.20 |
| MY | Revise 5th quarterly and format for filing (.3); e-file and serve (.3); format and file notice of filing (.3) | 0.90 |
| WDS | E-mail from Fee Auditor. | 0.10 |
| WDS | Review Certification of Counsel regarding ZAI Scheduling Order and calendar dates. | 0.20 |
| WDS | Review and revise 5th Quarterly Fee application. | 0.40 |

24/03

| CJB | Review Amicus Brief in support of writ of Mandamus to recuse. | 0.50 |
|---|---|---|
| MY | Prepare 10th Quarterly of RPWB provided by co-counsel, review file gather exhibits (2.1); draft notice (.4); draft Order (.3); format and file app (.6); format and file notice (.3) | 3.70 |
| WDS | Review and approve 10th Quarterly Fee Application of RPWB and Notice of File. | 0.30 |

25/03

| WDS | Review and approve October Fee application. | 0.30 |
|---|---|---|
| DG | Review and calendar Omnibus Order | 0.20 |
| MY | Review file, update pleadings (.2); draft Oct. fee application (1.3), format, file and serve fee application (.6) | 2.10 |

26/03

| WDS | Review and approve Lukins and Annis August Fee application. | 0.20 |
|---|---|---|
| CJB | Exchange correspondence with Lukins & Annis re: fee application. | 0.10 |
| MY | Prepare documents provided by co-counsel re: August fee application of L and A for filing (.4) | 0.40 |

28/03

WDS Review Certification of counsel re:

ZAI Plaintiffs

Client No: 220305-11221M
Statement No:      195942

W.R. Grace & Companies, et al.
CA No.   01-1139
A-01-7 71

|  | Hours |
|---|---|
| dates for ZAI trial. | 0.10 |
| WDS Review withdrawal of request for Futures representative. | 0.10 |
| WDS Review Order for 2004 Hearing dates; forward to co-counsel noting error. | 0.30 |

For Current Services Rendered        25.00   2,750.00

### Recapitulation

| ekeeper | Title | Hours | Rate | Total |
|---|---|---|---|---|
| livan, William D. | Partner | 5.50 | $220.00 | $1,210.00 |
| rles J. Brown | Senior Associat | 0.70 | 190.00 | 133.00 |
| hael Young | Paralegal | 18.60 | 75.00 | 1,395.00 |
| zalez, Dawn | Legal Assistant | 0.20 | 60.00 | 12.00 |

### Expenses

| | |
|---|---|
| 03/03 Photocopies (@ $.15) | 37.80 |
| 03/03 Photocopies (@ $.15) | 1.80 |
| 03/03 Photocopies (@ $.15) | 37.80 |
| 03/03 Photocopies (@ $.15) | 1.80 |
| 12/03 Photocopies (@ $.15) | 0.15 |
| 12/03 Photocopies (@ $.15) | 89.10 |
| 17/03 Photocopies (@ $.15) | 33.45 |
| 17/03 Photocopies (@ $.15) | 5.10 |
| 19/03 Photocopies (@ $.15) | 19.80 |
| 19/03 Photocopies (@ $.15) | 0.15 |
| 25/03 Photocopies (@ $.15) | 39.60 |

Total Expenses        266.55

### Advances

| | |
|---|---|
| 12/03 Courier fee Tristate Courier & Carriage | 5.00 |
| 19/03 Out sourcing of services. Reliable Copy Service, Inc. (903 copies @ .09 cents, 12 mailings @ 1.98, and 9 hand deliveries @ 6.50) | 163.53 |
| 19/03 Out sourcing of services. Reliable Copy Service, Inc. (4,700 copies @ .09 cents, 203 mailings @ 1.06/1 canadian @ 1.35, and 31 hand deliveries @ 6.50) | 841.03 |
| 19/03 Courier fee Tristate Courier & Carriage | 5.00 |

Total Advances        1,014.56

Total Current Work        4,031.11

Balance Due        $4,031.11

## CERTIFICATE OF SERVICE

I, William D. Sullivan, Esquire, hereby certify that on December 23, 2003, service of the

foregoing

- **Fifteenth Monthly Application of Elzufon Austin Reardon Tarlov & Mondell, P.A. for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Zonolite Attic Insulation Claimants for the Period of November 1, 2003 through November 30, 2003**

was made upon the attached Service List via hand delivery and first class mail.

Dated: Wilmington, Delaware
      December 23, 2003

                              */s/ William D. Sullivan*
                              William D. Sullivan

## SERVICE LIST

Laura Davis Jones, Esquire
David Carickoff, Esquire
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
Wilmington, DE 19899-8705

Frank J. Perch, Esquire
Office of the U.S. Trustee
844 King Street, Room 2313
Wilmington, DE 19801

Matthew G. Zaleski, III, Esquire
Campbell & Levine
800 King Street, Suite 300
Wilmington, DE 19801

Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 27th Floor
New York, NY 10022

Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

David Bernick, Esquire
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Theodore Tacconelli, Esquire
Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

Michael R. Lastowski, Esquire
Duane Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246

Teresa K.D. Currier, Esquire
Klett, Rooney, Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena
Price & Axelrod, LLP
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY 1002

William S. Katchen, Esquire
Duane, Morris & Heckcher, LLP
One Riverfront Plaza, 2nd Floor
Newark, NJ 07102

Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones
10100 Santa Monica Boulevard
Los Angeles, CA 90067-4100

David B. Seigel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

Peter Van N. Lockwood, Esquire
Julie W. Davis, Esquire
Trevor W. Swett, III, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, NW
Washington, DC 20005

James J. Restivo, Jr., Esquire
Reed Smith,LLP
435 Sixth Avenue
Pittsburgh, PA 15219-1886

Mark D. Collins, Esquire
Deborah E. Spivack, Esquire
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

William J.A. Sparks, Esquire
W.R. Grace & Company
919 N. Market, Suite 460
Wilmington, DE 19899

Warren H. Smith
Warren H. Smith and Associates
900 Jackson Street
120 Founders Square
Dallas, TX 75202

## File a Motion:
01 -01139-JKF W.R. GRACE & CO. and USG Corporation

### U.S. Bankruptcy Court

### District of Delaware

Notice of Electronic Filing

The following transaction was received from Sullivan, William David entered on 12/23/2003 at 4:55 PM EST and filed on 12/23/2003

**Case Name:** W.R. GRACE & CO. and USG Corporation
**Case Number:** 01-01139-JKF
**Document Number:** 4869

**Docket Text:**
Application for Compensation *for Services and Reimbursement of Expenses as Counsel to the Zonolite Attic Insulation Claimants for the Period of November 1, 2003 through November 30, 2003* Filed by Elzufon Austin Reardon Tarlov & Mondell, P.A. Objections due by 1/12/2004. (Sullivan, William)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\Documents and Settings\MYoung\My Documents\Grace-15th.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=12/23/2003] [FileNumber=2185956-0
] [135644f0346c75b82dc2233b84f6fdd78f0b8a92638ecd96c3a91ff9446f0b80

# EXHIBIT C

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: | Chapter 11 |
| W.R. GRACE & CO., et al., | Bankruptcy No. 01-01139 (JFK) |
| Debtors. | (Jointly Administered) |
| | **Objection Deadline: March 9, 2004**<br>**Hearing Date: TBD if necessary** |

## SUMMARY OF SIXTEENTH MONTHLY APPLICATION OF ELZUFON AUSTIN REARDON TARLOV & MONDELL, P.A. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE ZONOLITE ATTIC INSULATION CLAIMANTS FOR THE PERIOD OF DECEMBER 1, 2003 THROUGH DECEMBER 31, 2003

Name of Applicant:                     Elzufon Austin Reardon Tarlov & Mondell, P.A.

Authorized to provide                  Zonolite Attic Insulation Claimants
Professional services to:

Date of retention:                     August 22, 2002

Period for which compensation          December 1, 2003 through
and reimbursement is sought:           December 31, 2003

Amount of compensation sought
as actual reasonable and necessary:    $ 1,766.50

Amount of expense reimbursement        $   143.76
sought as actual reasonable and
necessary:

This is a:        X   Monthly _____ Interim        _____ Final Application

Prior Application Filed: Yes.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/18/02 | 7/23/02 through 9/30/02 | $ 5,738.00 | $ 692.54 | Approved | Approved |
| 12/12/02 | 10/1/02 through 10/31/02 | $ 1,998.00 | $ 171.59 | Approved | Approved |
| 2/10/03 | 11/1/02 through 11/30/02 | $ 3,994.00 | $ 1,875.81 | Approved | Approved |
| 2/12/03 | 12/1/02 through 12/31/02 | $ 1,808.50 | $ 500.47 | Approved | Approved |
| 3/19/03 | 1/1/03 through 1/31/03 | $ 970.50 | $ 145.35 | Approved | Approved |
| 5/16/03 | 2/1/03 through 2/28/03 | $ 2,314.00 | $ 286.80 | Approved | Approved |
| 5/16/03 | 3/1/03 through 3/31/03 | $ 4,031.00 | $ 1,444.29 | Approved | Approved |
| 7/1/03 | 4/1/03 through 4/30/03 | $ 920.00 | $ 45.00 | Pending | Pending |
| 8/14/03 | 5/1/03 through 5/31/03 | $2,152.50 | $ 2,119.56 | Pending | Pending |
| 8/15/03 | 6/1/03 through 6/31/03 | $ 2,865.00 | $ 2,120.25 | Pending | Pending |
| 9/15/03 | 7/1/03 through 7/31/03 | $ 4,393.50 | $ 295.24 | Pending | Pending |
| 10/31/03 | 8/1/03 through 8/31/03 | $ 3,623.00 | $ 69.68 | Pending | Pending |
| 11/3/03 | 9/1/03 through 9/30/03 | $ 2,892.50 | $ 2,022.29 | Pending | Pending |
| 11/25/03 | 10/1/03 through 10/31/03 | $ 1,457.00 | $ 1,918.31 | Pending | Pending |
| 12/23/03 | 11/1/03 through 11/31/03 | $2,750.00 | $1,281.11 | Pending | Pending |

As indicated above, this is the Sixteenth application for monthly interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases.

The total time expended for the preparation of this application is approximately 2.5 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $300.00.

The Elzufon Austin Reardon Tarlov & Mondell, P.A., attorney who rendered professional services in these cases during the Fee Period is:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| William D. Sullivan | Partner | 13 | Bankruptcy | $220.00 | 2.2 | $ 484.00 |
| TOTALS | | | | | 2.2 | $ 484.00 |

The Elzufon Austin Reardon Tarlov & Mondell, P.A. paraprofessional who rendered professional services in these cases during the Fee Period is:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Michael Young | Paralegal | 2 | Bankruptcy | $75.00 | 17.1 | $1,282.00 |
| TOTALS | | | | | 17.1 | $1,282.00 |

## Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 12-Fee Application, Others | 18.3 Hours | $ 1,546.00 |
| 22-ZAI Science Trial | 1.0 Hours | $ 220.00 |
| TOTALS | 19.3 Hours | $ 1,766.00 |

## EXPENSES

| Description | Amount |
|---|---|
| Computer Assisted Legal Research | |
| Telephone Expense | |
| Telephone Expense – Outside | |
| Facsimile ($1.00 per page) | |
| Postage Expense | |
| Courier & Express Carriers | |
| In-House Duplicating / Printing ($.15 per page) | |
| Outside Duplicating / Printing | $ 143.76 |
| Lodging | |
| Transportation | |
| Air Travel Expense | |
| Taxi Expense | |
| Mileage Expense | |
| Travel Meals | |
| Parking | |
| General Expense | |
| Expert Services | |
| Books/Videos | |
| Total: | $ 143.76 |

Dated: Wilmington, Delaware
        Dated: February 18, 2004

ELZUFON, AUSTIN, REARDON,
TARLOV & MONDELL, P.A.

*/s/ William D. Sullivan*
William D. Sullivan, Esq. (No. 2820)
Charles J. Brown, III, Esq. (No. 3368)
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE  19899-1630
Phone: (302) 428-3181
Fax: (302) 777-7244

Delaware Counsel to ZAI Claimants

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In Re:  W.R. GRACE & CO., et al.,

Debtors,

Chapter 11

Bankruptcy No. 01-01139 (JFK)

(Jointly Administered)

**Objection Deadline: March 9, 2004**
 **Hearing Date: TBD if necessary**

## FEE DETAIL OF THE SIXTEENTH MONTHLY APPLICATION OF ELZUFON AUSTIN REARDON TARLOV & MONDELL, P.A. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE ZONOLITE ATTIC INSULATION CLAIMANTS FOR THE PERIOD OF DECEMBER 1, 2003 THROUGH DECEMBER 31, 2003

P.O. Box 1630
Wilmington, DE 19899
(302) 428-3181

Page: 1
ZAI Plaintiffs                                              12/31/2003
Richardson Patrick Westbrook          Client No: 220305-11221M
174 East Bay Street                   Statement No:      197014
Charleston SC 29401

Attn: Edward Westbrook

W.R. Grace & Companies, et al.
CA No. 01-1139
A-01-771

## Fees

|  | | Hours |
|---|---|---|

)5/03
WDS Review and approve Lukins & Annis August
    Fee Application.                                    0.20
WDS Review and approve RPWB October Fee
    Application.                                       0.20
MY  Review file re: Status of fee
    applications (.6), draft/revise CNO re:
    August Fee Application (.5), Review
    Docket, draft and revise CNO re:
    September fee application (.5), format,
    file and serve 2 CNO's (.5), final
    revisions to L&A August Fee Application
    for approval (.3), prepare October Fee
    Application of RPWB for approval (.6),
    e-mail service (.2)                                3.20

)8/03
MY  Revise, format, file and serve
    Application of L&A for August (1.1),
    Revise, format, file and serve
    Application of RPWB for October (1.1),
    update tracking chart (.4), draft CNO re:
    October Fee Application of RPWB (.4)               3.00

)9/03
WDS Review Order re:  status of recusal
    briefing.                                          0.10
MY  Format, file and serve CNO re RPWB
    September fee application (.5), complete
    email service of  L&A August Fee
    Application, CNO re September Fee
    Application of RPWB and RPWB October Fee
    Application (.6),                                  1.10

10/03
WDS Review Order from Court re:  filings.                   0.10
MY  Review docket re Hearing of Summary
    Judgment Motions; download order re
    omnibus orders                                    0.30

MY  Review docket for order re schedule of
    case                                              0.10

ZAI Plaintiffs

Client No: 220305-11221M
Statement No:       197014

W.R. Grace & Companies, et al.
CA No. 01-1139
A-01-771

                                                    Hours

16/03
 MY  Draft, revise, format, file and serve CNO
     re: October fee application of EARTM,
     (.8), complete email service (.3)              1.10

18/03
 WDS Review Order from Court re:  remand for
     recusal.                                       0.20
 MY  Review file and update pleadings               1.60

19/03
 WDS Review opinion of court and outline of
     further proceedings.                           0.50

22/03
 WDS Review Certification of Counsel regarding
     interim fee applications for Ninth
     Period.                                        0.20

23/03
 WDS Review and approve EART&M November Fee
     Application.                                   0.20
 WDS Review and approve Lukens & Annis
     September Fee Application.                      0.20
 MY  Complete draft of EARTM November Fee
     Application (1.7), complete revisions to
     L&A September Fee Application for
     approval (.6), format file and serve L&A
     fee app (.4)                                   3.10

29/03
 MY  Review recent filings, track fee
     applications (.4), update filing and
     charts (.5)                                    0.90

30/03
 WDS Review discovery served regarding recusal
     issues.                                        0.30
 MY  Review file and docket re Objections to
     Fee Apps (.2), Draft CNO re L&A August
     Fee Application (.5), draft CNO re RPWB
     September Fee Application (.5), format
     file and serve both CNO's and update
     tracking chart (1.2), complete email
     service (.3)                                   2.70
                                                   ─────

     For Current Services Rendered                 19.30   1,766.50

                        Recapitulation
ekeeper              Title          Hours      Rate       Total
Livan, William D.    Partner         2.20    $220.00     $484.00
1ael Young           Paralegal      17.10      75.00   1,282.50

                        Advances

23/03 Out sourcing of services. Reliable Copy Service,
      Inc. - 714 copies @ .09 cents and 12 mailings @

Client No: 220305-11221M
Statement No:      197014

W.R. Grace & Companies, et al.
CA No. 01-1139
A-01-771

| | |
|---|---|
| 1.75 and 9 hand deliveries @ 6.50) | 143.76 |
| Total Advances | 143.76 |
| Total Current Work | 1,910.26 |
| Balance Due | $1,910.26 |

## CERTIFICATE OF SERVICE

I, William D. Sullivan, Esquire, hereby certify that on February 18, 2004, service of the

foregoing

- **Sixteenth Monthly Application of Elzufon Austin Reardon Tarlov & Mondell, P.A. for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Zonolite Attic Insulation Claimants for the Period of December 1, 2003 through December 31, 2003**

was made upon the attached Service List via hand delivery and first class mail.

Dated: Wilmington, Delaware
     February 18, 2004                */s/ William D. Sullivan*
                                William D. Sullivan

## SERVICE LIST

Laura Davis Jones, Esquire
David Carickoff, Esquire
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
Wilmington, DE 19899-8705

Frank J. Perch, Esquire
Office of the U.S. Trustee
844 King Street, Room 2313
Wilmington, DE 19801

Matthew G. Zaleski, III, Esquire
Campbell & Levine
800 King Street, Suite 300
Wilmington, DE 19801

Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 27th Floor
New York, NY 10022

Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

David Bernick, Esquire
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Theodore Tacconelli, Esquire
Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

Michael R. Lastowski, Esquire
Duane Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246

Teresa K.D. Currier, Esquire
Klett, Rooney, Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena
Price & Axelrod, LLP
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY 1002

William S. Katchen, Esquire
Duane, Morris & Heckcher, LLP
One Riverfront Plaza, 2nd Floor
Newark, NJ 07102

Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones
10100 Santa Monica Boulevard
Los Angeles, CA 90067-4100

David B. Seigel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

Peter Van N. Lockwood, Esquire
Julie W. Davis, Esquire
Trevor W. Swett, III, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, NW
Washington, DC 20005

James J. Restivo, Jr., Esquire
Reed Smith,LLP
435 Sixth Avenue
Pittsburgh, PA 15219-1886

Mark D. Collins, Esquire
Deborah E. Spivack, Esquire
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

William J.A. Sparks, Esquire
W.R. Grace & Company
919 N. Market, Suite 460
Wilmington, DE 19899

Warren H. Smith
Warren H. Smith and Associates
900 Jackson Street
120 Founders Square
Dallas, TX 75202

**File a Motion:**
01-01139-JKF W.R. GRACE & CO. and USG Corporation

## U.S. Bankruptcy Court

### District of Delaware

Notice of Electronic Filing

The following transaction was received from Sullivan, William David entered on 2/18/2004 at 9:32 AM EST and filed on 2/18/2004

**Case Name:**    W.R. GRACE & CO. and USG Corporation
**Case Number:**    01-01139-JKF
**Document Number:** 5117

**Docket Text:**
Application for Compensation *for Services and Reimbursement of Expenses as Counsel to Rendered and Reimbursement of Expenses as Counsel to the Zonolite Attic Insulation Claimants for the Period of December 1, 2003 through December 31, 2003* Filed by Elzufon Austin Reardon Tarlov & Mondell, P.A.. Objections due by 3/9/2004.. (Sullivan, William)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**C:\Documents and Settings\MYoung\My Documents\EARTM-Dec 2003.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=2/18/2004] [FileNumber=2337351-0]
[06e9e5ed45a861e7ffcdec09e8bd73ebd6bd96a425a67b5a027162a6d22f34e39ca4
73ec7b438e4b454bda1fcd6b2d62a35629683b04eb2c9638b6b4d2b8a24b]]