# ORDER

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**ORDER GRANTING SIXTH INTERIM QUARTERLY APPLICATION OF ELZUFON AUSTIN REARDON TARLOV & MONDELL, P.A. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM OCTOBER 1, 2003 THROUGH DECEMBER 31, 2003**

Elzufon Austin Reardon Tarlov & Mondell, P.A. ("EARTM") as Delaware counsel to ZAI Claimants in the above-referenced bankruptcy case, filed the Sixth Quarterly Application for Allowance of Compensation and Reimbursement of Expenses for October 1, 2003 through December 31, 2003 (the "Sixth Quarterly Application"). The Court has reviewed the Sixth Quarterly Application and finds that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the Sixth Quarterly Application, and any hearing on the Sixth Quarterly Application, was adequate under the circumstances; and (c) all person with standing have been afforded the opportunity to be heard on the Sixth Quarterly Application.

Accordingly, it is hereby

ORDERED that the Sixth Quarterly Application is GRANTED as modified herein, on an interim basis. Debtors shall pay to EARTM the sum of $5,973.50 as compensation and $3,343.18 as reimbursement of expenses, for a total of $9,280.68 for services rendered and disbursements incurred by EARTM for the period October 1, 2003 through December 31, 2003, less any amounts previously paid in connection with the monthly fee applications.

Dated: _____, 2004

_____
The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge