UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al | ) | Case No. 01-01139 (JFK) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Hearing Date: June 21, 2004 @ 12:00 PM** |
| | | **Objection Deadline: March 9, 2004** |

### NOTICE OF FILING OF SIXTH QUARTERLY FEE APPLICATION

TO:    United States Trustee                                Parties Requesting Notice Pursuant
           Counsel to the Official Committee        to Bankruptcy Rule 2002
           Of Unsecured Creditors

Elzufon, Austin, Reardon, Tarlov & Mondell, P.A. Delaware counsel to the ZAI Claimants, has filed the Sixth Interim Quarterly Application of Elzufon Austin Reardon Tarlov & Mondell, P.A., for Compensation for Services Rendered and Reimbursement of Expenses as Delaware Counsel to the Zonolite Attic Insulation Claimants for the Interim Period from October 1, 2003 through December 31, 2003, seeking fees in the amount of $5,973.50 and expenses in the amount of $3,342.18 (the "Sixth Quarterly Application").

Objections or responses to the Sixth Quarterly Application, if any, must be made in writing, filed with the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824 Market Street, 6th Floor, Wilmington, Delaware 19801, on or before March 8, 2004 at 4:00 p.m. Eastern Daylight Time.

At the same time, you must also serve a copy of the objections or responses, if any upon the following: (i) the Debtors: David B. Siegel, Senior Vice President and General Counsel, W.R. Grace & Co., et al., 7500 Grace Drive, Columbia Maryland 21044; and via e-mail in PDF format to william.sparks@grace.com (ii) Co-counsel to Debtors: Laura Davis Jones, Esquire, Pachulski, Stang, Ziehl, Young & Jones P.C., 919 North Market Street, 16th Floor, P.O. Box

8705, Wilmington, Delaware 19899-8705 (courier 19801) (fax 302-652-4400) and James H.M. Sprayregen, Esquire, Kirkland & Ellis, 200 East Randolph Drive, Chicago, Illinois 60601 (fax 312-861-2200), and via email in PDF format to james_kapp@chicago.kirkland.com, and dcarickhoff@pszyj.com; (iii) counsel to the Official Committee of Unsecured Creditors, Lewis Kruger, Esquire, Stroock & Stroock & Lavan, 180 Maiden Lane, New York, New York 10038-4982 (fax number 212-806-6006), and Michael R. Lastowski, Esquire, Duane, Morris & Heckscher, LLP, 1100 N. Market Street, Suite 1200, Wilmington, Delaware 19801-1246 (fax number 302-657-4901); (iv) counsel to the Official Committee of Asbestos Property Damage Claimants, Scott L. Baena, Esquire, Bilzin, Sumberg, Dunn, Baena, Price & Axelrod, First Union Financial Center, 200 South Biscayne Boulevard, Suite 2500, Miami, Florida 33131 (fax number 305-374-7593), and Michael B. Joseph, Esquire, Ferry & Joseph, P.A. 824 Market Street, Suite 904, P.O. Box 1351, Wilmington, Delaware 19899 (fax number 302-575-1714);  (v) counsel to the Official Committee of Personal Injury Claimants, Elihu Inselbuch, Esquire, Caplin & Drysdale, 399 Park Avenue, 36th Floor, New York, New York 10022 (fax number 212-644-6755), and Matthew G. Zaleski, III, Esquire, Campbell & Levine, LLC, Chase Manhattan Centre, 15th Floor, 1201 Market Street, Suite 1500, Wilmington, Delaware 19801 (fax number 302-426-9947); (vi) the Official Committee of Equity Holders, Philip Bentley, Esquire, Kramer Levin Naftalis & Frankel LLP, 919 Third Avenue, New York, Yew York 10022 (fax number 212-715-8000) and Teresa K.D. Currier, Esq., Klett Rooney Lieber & Schorling, 1000 West Street, Suite 1410, Wilmington DE 19801 (fax 301-552-4295) and (for committees) via email in PDF format to rserrette@stroock.com, mlastowski@duanemorris.com, jsakalo@bilzin.com, ttacconelli@ferryjoseph.com, pvnl@capdale.com; mgz@del.camlev.com, pbentley@krarnerlevin.com, currier@klettrooney.com and jwaxman@klettrooney.com; (vii)

counsel to the DIP Lenders, J. Douglas Bacon, Esquire, Latham & Watkins, Sears Tower, Suite 5800, Chicago, Illinois 60606 (fax number 312-993-9767), and Steven M. Yoder, Esquire, The Bayard Firm, 222 Delaware Avenue, Suite 900, P.O. Box 25130, Wilmington, Delaware 19899 (fax number 302-658-6395) and via email in PDF format to syoder@bayardfirm.com; david.heller@lw.com and carol.hennessey@lw.com; (viii) the fee auditor, Warren H. Smith, Warren H. Smith and Associates, 900 Jackson Street, 120 Founders Square, Dallas TX 75202 and via email in a non-PDF format such as Excel, Microsoft Word or WordPerfect to whsmith@whsmithlaw.com and (ix) the Office of the United States Trustee, Attn: Frank J. Perch, Esquire, 844 N. King Street, Suite 2311, Wilmington, Delaware 19801 (fax number 302-573-6497).

    A hearing on the Sixth Quarterly Application will be held before the Honorable Judith K. Fitzgerald on June 21, 2004 at 1:30 PM, or a date and time deemed to be more convenient by this Court.

    IF YOU FAIL TO RESPOND OR OBJECT IN ACCORDANCE WITH THIS NOTICE, THECOURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Dated: February 18, 2004　　　　　　　　ELZUFON AUSTIN REARDON
       Wilmington, Delaware　　　　　　　　TARLOV & MONDELL, P.A.

                                      */s/ William D. Sullivan*
                                      William D. Sullivan (Bar No. 2820)
                                      300 Delaware Avenue, Suite 1700
                                      P.O. Box 1630
                                      Wilmington, DE 19899-1630
                                      Telephone:  (302) 428-3181
                                      Facsimile:   (302) 428-3180

                                      Delaware Counsel for ZAI Claimants

**CERTIFICATE OF SERVICE**

    I, William D. Sullivan, Esquire, hereby certify that on February 18, 2004, service of the foregoing *Notice of Filing of Quarterly Fee Application* was made upon the parties on the attached service list by Hand Delivery and/or First Class Mail.

    I certify the foregoing to be true and correct under the penalty of perjury.

| | |
|---|---|
|   February 18, 2004   | */s/ William D. Sullivan* |
| Dated | William D. Sullivan |