IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | CHAPTER 11 |
| | : | |
| W.R. GRACE & CO., | : | BANKRUPTCY NO. 01-01139 JKF |
| Debtor. | : | (jointly administered) |

## NOTICE OF WITHDRAWAL AND REQUEST FOR TERMINATION OF CMECF NOTICES

To: The Clerk of the United States Bankruptcy Court

Please withdraw the appearance of Steven T. Davis and Obermayer Rebmann Maxwell & Hippel LLP on behalf of any and all parties in the above-captioned case, and terminate the delivery of CMECF Notices to said office.

Dated: February 12, 2004

By:/S/ Steven T. Davis
Steven T. Davis (Del. Bar No. 2731)
OBERMAYER REBMANN MAXWELL & HIPPEL LLP
716 Tatnall Street
Wilmington, Delaware 19801
Telephone: (302) 655-9094

-and-

Edmond M. George (pro hac vice)
D. Alexander Barnes (pro hac vice)
OBERMAYER REBMANN MAXWELL & HIPPEL LLP
One Penn Center, 19th Floor
1617 John F. Kennedy Blvd.
Philadelphia, PA 19103-1895
Telephone: (215) 665-3000
Facsimile: (215) 665-3165

512731