IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Hearing Date: June 21, 2004 @ 12:00 AM** |
| | | **Objection Deadline: March 9, 2004** |

**SUMMARY OF THE ELEVENTH INTERIM QUARTERLY APPLICATION OF RICHARDSON PATRICK WESTBROOK & BRICKMAN, LLC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LEAD SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM OCTOBER 1, 2003 THROUGH DECEMBER 31, 2003[1]**

| | |
|---|---|
| Name of Applicant: | Richardson Patrick Westbrook & Brickman, LLC |
| Authorized to Provide Professional Services to: | Zonolite Attic Insulation Claimants |
| Date of Appointment: | Appointment Order effective As of July 22, 2002 |
| Period for which compensation and Reimbursement is sought: | October 1, 2003 through December 31, 2003 |
| Amount of Compensation sought as actual, Reasonable, and necessary: | $ 50,460.00 |
| Amount of Expenses Reimbursement: | $ 17,216.00 |

This is a: _ monthly   X quarterly application

Prior Application filed: Yes

---

[1] RPWB became counsel in this matter over a year after it was filed. To conform with the titles of the quarterly applications being filed by the firms who have been in the case since its inception, RPWB is titling this the "Eleventh Interim Quarterly Application, (although it is actually RPWB's sixth such application).

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| October 31, 2002 | 7/22/02 – 9/30/02 | $170,069.50 | $44,005.38 | $170,069.50 | $42,828.33 |
| December 2, 2002 | 10/01/02-10/31/02 | $163,682.00 | $35,319.00 | $63,682.00 | $35,319.00 |
| January 8, 2003 | 11/01/02-11/30/02 | $115,319.00 | $5,714.09 | $115,319.00 | $5,714.09 |
| February 17, 2003 | 12/01/02-12/31/02 | $104,018.00 | $32,439.18 | $104,018.00 | $32,439.18 |
| March 12, 2003 | 01/01/03-01/31/03 | $142,944.50 | $68,022.89 | $142,944.50 | $68,022.89 |
| April 8, 2003 | 02/01/03-02/28/03 | $217,149.00 | $31,928.29 | $217,149.00 | $31,928.29 |
| May 16, 2003 | 03/01/03-03/31/03 | $248,048.00 | $66,978.32 | $248,048.00 | $66,978.32 |
| July 1, 2003 | 04/01/03-04/30/03 | $102,950.00 | $149,727.83 | $102,950.00 | $149,727.83 |
| July 21, 2003 | 05/01/03-05/31/03 | $174,462.25 | $48,658.57 | $174,462.25 | $48,658.57 |
| August 15, 2003 | 06/01/03-06/30/03 | $202,080.25 | $71,550.40 | $202,080.25 | $71,550.40 |
| September 15, 2003 | 07/01/03-07/31/03 | $126,035.00 | $25,802.60 | $126,035.00 | $25,802.60 |
| October 23, 2003 | 08/01/03-08/30/03 | $121,733.75 | $26,563.23 | $121,733.75 | $26,563.23 |
| November 12, 2003 | 09/01/03-09/30/03 | $69,708.00 | $19,989.71 | CNO Filed; Awaiting Hearing | CNO Filed; Awaiting Hearing |
| December 8, 2003 | 10/01/03-10/30/03 | $24,786.50 | $5,853.38 | CNO Filed; Awaiting Hearing | CNO Filed; Awaiting Hearing |
| February 18, 2004 | 11/01/03-11/30/03 | $13,566.00 | $106.03 | Pending | Pending |
| February 18, 2004 | 12/01/03-12/31/03 | $12,107.50 | $11,256.59 | Pending | Pending |

With the exception of the Applications for November 2003 and December 2003, RPWB has filed certificates of no objection with the Court with respect to the above Applications because no objections were filed with the Court within the objection period. The objection deadlines for the RPWB Monthly Application for fees and expenses incurred from November 1, 2003 through November 30, 2003 and December 1, 2003 through December 31, 2003 have not yet passed.

The Richardson Patrick Westbrook & Brickman attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Edward J. Westbrook | Partner | 26 | Litigation | $650 | 11.8 | $6,370.00 |
| Robert M. Turkewitz | Partner | 18 | Litigation | $400 | 9.3 | $3,720.00 |
| James L. Ward | Associate | 6 | Litigation | $265 | 4.0 | $1,060.00 |
| Robert S. Wood | Associate | 4 | Litigation | $240 | | |
| Matthew J. Thiesing | Associate | 4 | Litigation | $225 | | |
| TOTALS | | | | | 25.1 | $11,150.00 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Kim Carr | Paralegal | 14 | Litigation | $125 | | |
| Janet Bakst* | Paralegal | 11 | Litigation | $125 | 91.0 | $11,375.00 |
| Lizzie Kerrison | Paralegal | 18 | Litigation | $125 | 217.9 | $27,237.50 |
| Kim Garcia | Lit. Support | 9 | Litigation | $75 | 9.3 | $697.50 |
| Adam Lorenz | Lit. Support | 1 | Litigation | $75 | | |
| TOTALS | | | | | 318.2 | $39,310.00 |

\* Mrs. Bakst is a licensed attorney who has not yet taken the South Carolina Bar exam and is accordingly working as a senior paralegal and being billed as such.

## Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 11-Fee Applications, Applicant | 13.3 | $1,997.50 |
| 20-Travel–Non-working | | |
| 22-ZAI Science Trial | 330.0 | $48,462.50 |
| TOTALS | 343.3 | $50,460.00 |

## ZAI Science Trial Expenses (Category 23)

| Description | Amount |
|---|---|
| Federal Express Expense | $285.75 |
| Outside Duplicating | $239.90 |
| Expert Services | $16,114.70 |
| Court Reporter Services | $372.00 |
| Online Research | $203.65 |
| Total | $17,216.00 |

Dated: February 18, 2004

ELZUFON AUSTIN REARDON
TARLOV & MONDELL, P.A.

*/s/ William D. Sullivan*
William D. Sullivan (No. 2820)
Charles J. Brown, III (No. 3368)
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE 19899
Phone: (302) 428-3180

-and-

Edward J. Westbrook, Esq.
Richardson Patrick Westbrook & Brickman
1037 Chuck Dawley Blvd., Building A
Mount Pleasant, SC 29464
Phone: (843) 727-6513
FAX: (843) 727-6688

*Lead Counsel for ZAI Claim ants*