**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**ORDER GRANTING ELEVENTH INTERIM QUARTERLY APPLICATION**
**OF RICHARDSON PATRICK WESTBROOK & BRICKMAN FOR**
**COMPENSATION FOR SERVICES AND REIMBURSEMENT OF**
**EXPENSES AS ZAI LEAD SPECIAL COUNSEL FOR THE INTERIM**
**PERIOD FROM OCTOBER 1, 2003 THROUGH DECEMBER 31, 2003**

Richardson Patrick Westbrook & Brickman, LLC ("RPWB") as lead special counsel to ZAI

Claimants in the above-referenced bankruptcy case, filed the Eleventh Quarterly Application for

Allowance of Compensation and Reimbursement of Expenses for October 1, 2003 through

December 31, 2003 (the "Eleventh Quarterly Application"). The Court has reviewed the Eleventh

Quarterly Application and finds that: (a) the Court has jurisdiction over this matter pursuant to 28

U.S.C. §§ 157 and 1334; (b) notice of the Eleventh Quarterly Application, and any hearing on the

Eleventh Quarterly Application, was adequate under the circumstances; and (c) all person with

standing have been afforded the opportunity to be heard on the Eleventh Quarterly Application.

Accordingly, it is hereby

ORDERED that the Eleventh Quarterly Application is GRANTED as modified herein, on an

interim basis. Debtors shall pay to RPWB the sum of $50,460.00 as compensation and $17,216.00

as reimbursement of expenses, for a total of $67,676.00 for services rendered and disbursements

incurred by RPWB for the period October 1, 2003 through December 31, 2003, less any amounts

previously paid in connection with the monthly fee applications.

Dated: _____, 2004

_____
The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge