# EXHIBIT A

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: December 29, 2003** |
| | | **Hearing Date: TBD only if necessary** |

## SUMMARY OF THE VERIFIED APPLICATION OF RICHARDSON PATRICK WESTBROOK & BRICKMAN, LLC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LEAD SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM OCTOBER 1, 2003 THROUGH OCTOBER 31, 2003

Name of Applicant:

Richardson Patrick Westbrook
& Brickman, LLC

Authorized to Provide Professional Services to:

Zonolite Attic Insulation Claimants

Date of Appointment:

July 22, 2002

Period for which compensation and
Reimbursement is sought:

October 1, 2003 through
October 31, 2003

Amount of Compensation sought as actual,
Reasonable, and necessary:

$ 24,786.50

Amount of Expenses Reimbursement:

$ 5,853.38

This is a:  X monthly   _ interim   _ final application

Prior Application filed: Yes.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 10/31/02 | 7/22/2002 – 9/30/2002 | $170,069.50 | $44,005.38 | No objections served on counsel | No objections served on counsel |
| 12/04/02 | 10/01/2002 – 10/31//2002 | $163,682.00 | $35,319.00 | No objections served on counsel | No objections served on counsel |
| 01/08/2003 | 11/01/2002 – 11/30/2002 | $115,319.00 | $5,714.09 | No objections served on counsel | No objections served on counsel |
| 02/17/2003 | 12/01/2002 – 12/31/2002 | $104,018.00 | $32,439.18 | No objections served on counsel | No objections served on counsel |
| 03/19/2003 | 1/1/2003 – 1/31/2003 | $142,944.50 | $68,022.89 | No objections served on counsel | No objections served on counsel |
| 04/09/03 | 2/1/2003 – 2/28/2003 | $217,149.00 | $31,928.29 | No objections served on counsel | No objections served on counsel |
| 05/16/2003 | 3/1/2003– 3/31/2003 | $248,048.00 | $66,978.32 | No objections served on counsel | No objections served on counsel |
| 07/01/2003 | 4/1/2003– 4/30/2003 | $102,950.00 | $149,727.83 | No objections served on counsel | No objections served on counsel |
| 07/21/2003 | 5/1/2003– 5//31/2003 | $174,462.25 | $48,658.57 | No objections served on counsel | No objections served on counsel |
| 08/15/2003 | 6/1/2003– 6/30/2003 | $202,080.25 | $71,550.40 | No objections served on counsel | No objections served on counsel |
| 09/15/2003 | 7/1/2003– 7/31/2003 | $126,035.00 | $25,802.60 | No objections served on counsel | No objections served on counsel |
| 10/23/2003 | 8/1/2003– 8/31/2003 | $121,733.75 | $26,563.23 | No objections served On counsel | No objections served on counsel |
| 11/12/2003 | 9/1/2003– 9/30/2003 | $69,708.00 | $19,989.71 | Pending | Pending |

This is the fourteenth RPWB application for monthly interim compensation of services filed with the Bankruptcy Court in this Chapter 11 case.

The total expended for the preparation of this application is approximately 20 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $7,000.

The Richardson Patrick Westbrook & Brickman attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Edward J. Westbrook | Partner | 26 | Litigation | $650 | 5.4 | $3,022.50 |
| Robert M. Turkewitz | Partner | 18 | Litigation | $400 | 9.3 | $3,720.00 |
| James L. Ward, Jr. | Associate | 6 | Litigation | $265 | 2.6 | $689.00 |
| Robert S. Wood | Associate | 4 | Litigation | $240 | | |
| TOTALS | | | | | 17.3 | $7,431.50 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Kim Carr | Paralegal | 13 | Litigation | $125 | | |
| Janet Bakst* | Paralegal | 10 | Litigation | $125 | 58.8 | $7,350.00 |
| Lizzie Kerrison | Paralegal | 17 | Litigation | $125 | 78.9 | $9,862.50 |
| Kim Garcia | Lit. Support | 9 | Litigation | $75 | 1.9 | $142.50 |
| Adam Lorenz | Lit. Support | 1 | Litigation | $75 | | |
| TOTALS | | | | | 139.6 | $17,355.00 |

- Mrs. Bakst is a licensed attorney who has not yet taken the South Carolina Bar exam and is accordingly working as a senior paralegal and being billed as such.

## Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 11-Fee Applications, Applicant | 3.4 | · $630.00 |
| 20-Travel–Non-working | | |
| 22-ZAI Science Trial | 153.5 | $24,156.50 |
| TOTALS | 156.9 | $24,786.50 |

## 23-ZAI Science Trial Expenses

| Description | Amount |
|---|---|
| Federal Express Overnight Delivery | $248.51 |
| Outside Duplicating | · $195.00 |
| Expert Services | $4,962.28 |
| Court Reporter | $270.00 |
| Online Research | $177.59 |
| Total | $5,853.38 |

Dated: December 8, 2003

ELZUFON AUSTIN REARDON
TARLOV & MONDELL

*/s/ William D. Sullivan*
William D. Sullivan (Bar No. 2820)
Charles J. Brown, III (Bar No. 3368)
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE 19899
Phone: (302) 428-3181
FAX: (302) 777-7244

LOCAL COUNSEL FOR ZAI CLAIMANTS

-and-

Edward J. Westbrook, Esq.
Richardson Patrick Westbrook
& Brickman
1037 Chuck Dawley Blvd., Building A
Mount Pleasant, SC 29464
Phone: (843) 727-6513
FAX: (843) 727-6688

LEAD COUNSEL FOR ZAI CLAIMANTS

## VERIFICATION

STATE OF SOUTH CAROLINA  )

                                  )

COUNTY OF CHARLESTON  )

        Edward J. Westbrook, after being duly sworn according to law, deposes and says:

        a)      I am counsel with the applicant law firm Richardson, Patrick, Westbrook & Brickman, and have been admitted to appear before this Court.

        b)      I have personally performed many of the legal services rendered by Richardson, Patrick, Westbrook & Brickman and am thoroughly familiar with the other work performed on behalf of the ZAI Claimants by the lawyers and paraprofessionals of Richardson, Patrick, Westbrook & Brickman.

        c)      I have reviewed the foregoing application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del.Bankr.LR 2016-2 and the 'Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members', signed April 17, 2002, and submit that the Application substantially complies with such Rule and Order.

                                              Edward J. Westbrook, Esq.

SWORN AND SUBSCRIBED
Before me this 1st day of December 2003.

Kimberly M. Anderson

Notary Public for South Carolina
My Commission Expires: March 31, 2004

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

In re:                                    )        Chapter 11
                                          )
W.R. Grace & Co., et al.,                 )        Case No. 01-01139 (JKF)
                                          )        (Jointly Administered)
                                          )
              Debtors.                    )        **Objection Deadline: December 29, 2003**
                                          )        **Hearing Date:  TBD only if necessary**

## FEE DETAIL OF THE VERIFIED APPLICATION OF RICHARDSON PATRICK WESTBROOK & BRICKMAN, LLC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LEAD SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM OCTOBER 1, 2003 THROUGH OCTOBER 31, 2003

12/01/2003

# Time report

### 10/01/2003 - 10/31/2003

| Date<br>Timekeeper | Client No.<br>Matter No. | Client Name | Transaction Code<br>Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| **Transaction:** | **L106** | | | | | |

#### Day:      10/01/2003

| Date<br>Timekeeper | Client No.<br>Matter No. | Client Name | Transaction Code<br>Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| 10/01/2003<br>ewestbrook | 200106<br>0000 | Zonolite Science Trial | L106<br>Work on cost analysis, correspondence to Grace counsel regarding cost analysis, conversation with Grace counsel regarding cost issues and related issues concerning potential resolution (1.5), review ZAI cost materials (.4) | $650.00 | 1.90 | $1,235.00 |
| 10/01/2003<br>jward | 200106<br>0000 | Zonolite Science Trial | L106<br>Review Ilgren study regarding health effects of dust exposure | $265.00 | 0.50 | $132.50 |

#### Day:      10/02/2003

| Date<br>Timekeeper | Client No.<br>Matter No. | Client Name | Transaction Code<br>Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| 10/02/2003<br>jward | 200106<br>0000 | Zonolite Science Trial | L106<br>Review Grace documents regarding ore tremolite content and memo from Ms. Kerrison regarding same | $265.00 | 0.20 | $53.00 |
| 10/02/2003<br>ewestbrook | 200106<br>0000 | Zonolite Science Trial | L106<br>Review memo from Rob Turkewitz regarding EPA testing, review memo regarding his conversation with microscopist with respect to Libby tremolite | $650.00 | 0.20 | $130.00 |
| 10/02/2003<br>rturkewitz | 200106<br>0000 | Zonolite Science Trial | L106<br>Telephone conference regarding Libby asbestos (.3); Memo to file regarding phone conference (.4). | $400.00 | 0.70 | $280.00 |
| 10/02/2003<br>lkerrison | 200106<br>0000 | Zonolite Science Trial | L106<br>Review Grace simulated attic testing for high/low figures for each test | $125.00 | 6.50 | $812.50 |

#### Day:      10/03/2003

| Date<br>Timekeeper | Client No.<br>Matter No. | Client Name | Transaction Code<br>Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| 10/03/2003<br>ewestbrook | 200106<br>0000 | Zonolite Science Trial | L106<br>Review information from Grace counsel regarding sales and note to Janet Bakst regarding same | $650.00 | 0.50 | $325.00 |

#### Day:      10/06/2003

| Date<br>Timekeeper | Client No.<br>Matter No. | Client Name | Transaction Code<br>Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| 10/06/2003<br>ewestbrook | 200106<br>0000 | Zonolite Science Trial | L106<br>Memo to Janet Bakst regarding ZAI sales information | $650.00 | 0.10 | $65.00 |
| 10/06/2003<br>jward | 200106<br>0000 | Zonolite Science Trial | L106<br>Receive and review memo regarding asbestos studies | $265.00 | 0.10 | $26.50 |

#### Day:      10/07/2003

# Time report

### 10/01/2003 - 10/31/2003

2

| Date Timekeeper | Client No. Matter No. | Client Name | Transaction Code Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| 10/07/2003 Ikerrison | 200106 0000 | Zonolite Science Trial | L106 Review Grace simulated attic testing for high/low figures for each test | $125.00 | 6.50 | $812.50 |
| **Day:** | | 10/09/2003 | | | | |
| 10/09/2003 Ikerrison | 200106 0000 | Zonolite Science Trial | L106 Review Grace simulated attic testing for high/low figures for each test | $125.00 | 6.70 | $837.50 |
| 10/09/2003 rturkewitz | 200106 0000 | Zonolite Science Trial | L106 Reviewed ZAI file and drafted and sent letter regarding ZAI removal costs for home (.5); Received and reviewed recent articles regarding number of homes and removal costs for ZAI, and forwarded to Ed Westbrook (.6). | $400.00 | 1.10 | $440.00 |
| 10/09/2003 jbakst | 200106 0000 | Zonolite Science Trial | L106 Reviewed the following documents re sales figures: 1982-87 Marketing Dept Business Plan Review; Industrial Chemicals Group Construction Products Division 1983,1982,1981,1980, 1979, 1978, 1977 Business Plan Strategy Memos; CPD 1976 Budget and Forecast; 1972 and 1974 Business Plan CPD. (4.0). | $125.00 | 4.00 | $500.00 |
| **Day:** | | 10/10/2003 | | | | |
| 10/10/2003 ewestbrook | 200106 0000 | Zonolite Science Trial | L106 Review correspondence from Grace counsel regarding sales records (.2); discussion with co-counsel regarding ZAI sales, strategic matters, case planning (1.0) | $650.00 | 1.20 | $780.00 |
| **Day:** | | 10/13/2003 | | | | |
| 10/13/2003 jbakst | 200106 0000 | Zonolite Science Trial | L106 Search data base re sales of bags/invoices (2.0) Search for full text of article cited in study in Environmental Science and Technology. (.5) | $125.00 | 2.50 | $312.50 |
| 10/13/2003 rturkewitz | 200106 0000 | Zonolite Science Trial | L106 Reviewed and summarized EPA investigation reports for Zonolite Expansion Plants (2.5); Dictated and finalized letter to Jim Restivo forwarding material requested regarding testing by MAS (.4). | $400.00 | 2.90 | $1,160.00 |
| **Day:** | | 10/14/2003 | | | | |
| 10/14/2003 rturkewitz | 200106 0000 | Zonolite Science Trial | L106 Proofread and finalized memo regarding review of EPA documents (.5); Reviewed and summarized article regarding pollutants in house dust as indicators of indoor contamination (.4). | $400.00 | 0.90 | $360.00 |
| 10/14/2003 Ikerrison | 200106 0000 | Zonolite Science Trial | L106 Reviewing ZAI Concordance database and tagging ZAI sales/invoices (5.5); Conference with Ian Jones, Adam and Janet regarding the ZAI invoices (.2); Tagging L-3 documents in Libby Concordance database | $125.00 | 6.70 | $837.50 |

12/01/2003

# Time report

### 10/01/2003 - 10/31/2003

| Date Timekeeper | Client No. Matter No. | Client Name | Transaction Code Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| | | | (1.0) | | | |
| 10/14/2003 jbakst | 200106 0000 | Zonolite Science Trial | L106 Make arrangements with IT Department and ZAI team re computerized search of invoices re # of bags sold, cost of bags, location of sales etc., and setting up data base categories to facilitate the search. (.80) | $125.00 | 0.80 | $100.00 |
| **Day:** | | **10/15/2003** | | | | |
| 10/15/2003 jbakst | 200106 0000 | Zonolite Science Trial | L106 Search internet for additional articles cited in footnotes of science article re issue of resuspension (3.0) | $125.00 | 3.00 | $375.00 |
| 10/15/2003 lkerrison | 200106 0000 | Zonolite Science Trial | L106 Tagging L-3 documents in Libby Concordance database (2.0) | $125.00 | 2.00 | $250.00 |
| 10/15/2003 rturkewitz | 200106 0000 | Zonolite Science Trial | L106 Received, reviewed and summarized various government articles and publications regarding studies of house dust (3.0). | $400.00 | 3.00 | $1,200.00 |
| **Day:** | | **10/16/2003** | | | | |
| 10/16/2003 lkerrison | 200106 0000 | Zonolite Science Trial | L106 Review Grace simulated attic testing for high/low figures for each test (4.5); Reviewing ZAI invoice Concordance database (1.0) | $125.00 | 5.50 | $687.50 |
| 10/16/2003 jbakst | 200106 0000 | Zonolite Science Trial | L106 Search ZAI Database for states where ZAI was sold (3.0) | $125.00 | 3.00 | $375.00 |
| **Day:** | | **10/17/2003** | | | | |
| 10/17/2003 jbakst | 200106 0000 | Zonolite Science Trial | L106 Search ZAI Database for states where ZAI was sold (3.0) | $125.00 | 3.00 | $375.00 |
| 10/17/2003 lkerrison | 200106 0000 | Zonolite Science Trial | L106 Review Grace simulated attic testing for high/low figures for each test (3.5); Reviewing ZAI invoice Concordance database (1.0) | $125.00 | 4.50 | $562.50 |
| 10/17/2003 jward | 200106 0000 | Zonolite Science Trial | L106 Review memo regarding ATSDR report on Zonolite expansion plants (.2); review EPA letter to Libby residents regarding cleanup issues (.1); review articles regarding dust testing for various chemicals in homes (.2); review numerous memos outlining relevant content of several articles regarding home dust studies (.2) | $265.00 | 0.70 | $185.50 |
| **Day:** | | **10/20/2003** | | | | |

12/01/2003

# Time report

## 10/01/2003 - 10/31/2003

4

| Date Timekeeper | Client No. Matter No. | Client Name | Transaction Code Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| 10/20/2003 lkerrison | 200106 0000 | Zonolite Science Trial | L106<br>Reviewing images of ZAI invoices on Concordance database for state, date and amount information | $125.00 | 3.20 | $400.00 |
| 10/20/2003 jbakst | 200106 0000 | Zonolite Science Trial | L106<br>Search data base of invoices re states ZAI sold in. (3.5) | $125.00 | 3.50 | $437.50 |
| **Day:** | | **10/21/2003** | | | | |
| 10/21/2003 jbakst | 200106 0000 | Zonolite Science Trial | L106<br>Search data base of invoices re plant/state ZAI sold in. (3.5) | $125.00 | 3.50 | $437.50 |
| 10/21/2003 lkerrison | 200106 0000 | Zonolite Science Trial | L106<br>Reviewing and tagging ZAI invoices database entries for state, date and amount information (6.4); multiple conferences with the computer department regarding the ZAI invoices database (.3) | $125.00 | 6.70 | $837.50 |
| **Day:** | | **10/22/2003** | | | | |
| 10/22/2003 lkerrison | 200106 0000 | Zonolite Science Trial | L106<br>Conference with the computer department regarding the ZAI invoices database (.2); inputting information regarding the ZAI invoices (4.5) | $125.00 | 4.70 | $587.50 |
| 10/22/2003 jbakst | 200106 0000 | Zonolite Science Trial | L106<br>Create data base of ZAI bag invoices to include dates, type, place quantity and price. (3.5) | $125.00 | 3.50 | $437.50 |
| 10/22/2003 jward | 200106 0000 | Zonolite Science Trial | L106<br>Review NIOSH Libby vermiculite fact sheet | $265.00 | 0.10 | $26.50 |
| **Day:** | | **10/23/2003** | | | | |
| 10/23/2003 jbakst | 200106 0000 | Zonolite Science Trial | L106<br>Review ZAI database for sales documents, Review special production report, review index of documents of Grace Ledgers, prepare charts of sales figures by region for 1977 (6.5). | $125.00 | 6.50 | $812.50 |
| 10/23/2003 lkerrison | 200106 0000 | Zonolite Science Trial | L106<br>Inputting information regarding the ZAI invoices (5.5); Reviewing 1977 Ledger Summary of AI sales "Materials Used & Produced" (1.0) | $125.00 | 6.50 | $812.50 |
| **Day:** | | **10/24/2003** | | | | |
| 10/24/2003 lkerrison | 200106 0000 | Zonolite Science Trial | L106<br>Reviewing Colorado Iron Mountain box storage index for "Materials Used & Produced" Ledger Summaries (1.0); Reviewing ZAI Concordance database for sales information (1.0) | $125.00 | 2.00 | $250.00 |

12/01/2003

# Time report

## 10/01/2003 - 10/31/2003

| Date Timekeeper | Client No. Matter No. | Client Name | Transaction Code Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| **Day:** | | **10/27/2003** | | | | |
| 10/27/2003 jward | 200106 0000 | Zonolite Science Trial | L106<br>Review articles regarding health effects of exposure to respirable, non-asbestos industrial fibers (.6); review government and quasi-government positions on validity of indirect method of sample preparation (.4) | $265.00 | 1.00 | $265.00 |
| 10/27/2003 jbakst | 200106 0000 | Zonolite Science Trial | L106<br>Search ZAI database for Canadian sales (6.0). | $125.00 | 6.00 | $750.00 |
| **Day:** | | **10/28/2003** | | | | |
| 10/28/2003 lkerrison | 200106 0000 | Zonolite Science Trial | L106<br>Inputting information regarding the ZAI invoices | $125.00 | 6.70 | $837.50 |
| 10/28/2003 jbakst | 200106 0000 | Zonolite Science Trial | L106<br>Search ZAI database for Canadian sales (6.0). | $125.00 | 6.00 | $750.00 |
| **Day:** | | **10/29/2003** | | | | |
| 10/29/2003 jbakst | 200106 0000 | Zonolite Science Trial | L106<br>Search ZAI database for Canadian sales (6.0). | $125.00 | 6.00 | $750.00 |
| 10/29/2003 rturkewitz | 200106 0000 | Zonolite Science Trial | L106<br>Telephone conference with homeowner regarding status of case and abatement cost estimate (.4); Memo to Ed Westbrook regarding telephone conference with homeowner (.3) | $400.00 | 0.70 | $280.00 |
| 10/29/2003 lkerrison | 200106 0000 | Zonolite Science Trial | L106<br>Reviewing ZAI Concordance databse for ZAI sales information | $125.00 | 4.00 | $500.00 |
| **Day:** | | **10/30/2003** | | | | |
| 10/30/2003 lkerrison | 200106 0000 | Zonolite Science Trial | L106<br>Reviewing ZAI Concordance database for ZAI sales information | $125.00 | 6.70 | $837.50 |
| 10/30/2003 jbakst | 200106 0000 | Zonolite Science Trial | L106<br>Search ZAI database for regional and Canadian sales figures (4.0). | $125.00 | 4.00 | $500.00 |
| **Day:** | | **10/31/2003** | | | | |
| 10/31/2003 jbakst | 200106 0000 | Zonolite Science Trial | L106<br>Search ZAI database for regional and Canadian sales figures (3.5). | $125.00 | 3.50 | $437.50 |

12/01/2003 11:47:39 AM Garcia, Kimberly A.

12/01/2003

# Time report

## 10/01/2003 - 10/31/2003

6

| Date<br>Timekeeper | Client No.<br>Matter No. | Client Name | Transaction Code<br>Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| **Transaction:** | | **L150** | | | | |
| **Day:** | | **10/01/2003** | | | | |
| 10/01/2003<br>kgarcia | 200106<br>0000 | Zonolite Science Trial | L150<br>Finishing working on getting August monthly time ready for Ed Westbrook to review. | $75.00 | 1.20 | $90.00 |
| **Day:** | | **10/02/2003** | | | | |
| 10/02/2003<br>ewestbrook | 200106<br>0000 | Zonolite Science Trial | L150<br>Review and revise August monthly bill (billed at half rate) | $325.00 | 1.50 | $487.50 |
| **Day:** | | **10/03/2003** | | | | |
| 10/03/2003<br>kgarcia | 200106<br>0000 | Zonolite Science Trial | L150<br>Revise and finalize August 2003 monthly application | $75.00 | 0.70 | $52.50 |

| | |
|---|---|
| **Grand Total:** | **$24,786.50** |
| **Expense Grand Total:** | **$0.00** |
| **Time Grand Total:** | **$24,786.50** |
| **Total Hours/Report:** | **156.90** |
| **Count:** | **50** |

12/01/2003

# Expense report

### 10/01/2003 - 10/31/2003

| Date Timekeeper | Client No. Matter No. | Client Name | Transaction Code Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| **Day:** | | **10/01/2003** | | | | |
| 10/01/2003 kgarcia | 200106 0000 | Zonolite Science Trial | E065 Federal Express Overnight Charge | $16.50 | 1.00 | $16.50 |
| 10/01/2003 kgarcia | 200106 0000 | Zonolite Science Trial | E106 Westlaw Online Research Charges for cases pertaining to this case. | $73.96 | 1.00 | $73.96 |
| 10/01/2003 jhanshaw | 200106 0000 | Zonolite Science Trial | E029 Gobbell Hays Partners, Inc. - Expert Services | $2,347.50 | 1.00 | $2,347.50 |
| 10/01/2003 jhanshaw | 200106 0000 | Zonolite Science Trial | E106 Westlaw charges for research pertaining to this case. | $103.63 | 1.00 | $103.63 |
| 10/01/2003 jhanshaw | 200106 0000 | Zonolite Science Trial | E110 Mundy Associates, Inc. - Expert Services | $2,614.78 | 1.00 | $2,614.78 |
| **Day:** | | **10/10/2003** | | | | |
| 10/10/2003 kcarr | 200106 0000 | Zonolite Science Trial | E060 Medical University of South Carolina Library - copies of 17 articles | $170.00 | 1.00 | $170.00 |
| **Day:** | | **10/13/2003** | | | | |
| 10/13/2003 kcarr | 200106 0000 | Zonolite Science Trial | E060 Kim Carr - copies medical articles | $25.00 | 1.00 | $25.00 |
| **Day:** | | **10/14/2003** | | | | |
| 10/14/2003 kgarcia | 200106 0000 | Zonolite Science Trial | E065 Federal Express Delivery Charge | $12.50 | 1.00 | $12.50 |
| 10/14/2003 kgarcia | 200106 0000 | Zonolite Science Trial | E065 Federal Express Delivery Charge | $13.90 | 1.00 | $13.90 |
| 10/14/2003 kgarcia | 200106 0000 | Zonolite Science Trial | E065 Federal Express Delivery Charge | $12.50 | 1.00 | $12.50 |
| 10/14/2003 kgarcia | 200106 0000 | Zonolite Science Trial | E065 Federal Express Delivery Charge | $12.70 | 1.00 | $12.70 |
| 10/14/2003 kgarcia | 200106 0000 | Zonolite Science Trial | E065 Federal Express Delivery Charge | $12.50 | 1.00 | $12.50 |
| 10/14/2003 kgarcia | 200106 0000 | Zonolite Science Trial | E065 Federal Express Delivery Charge | $12.50 | 1.00 | $12.50 |
| 10/14/2003 kgarcia | 200106 0000 | Zonolite Science Trial | E065 Federal Express Delivery Charge | $12.70 | 1.00 | $12.70 |
| 10/14/2003 | 200106 | Zonolite Science Trial | E065 | $12.70 | 1.00 | $12.70 |

12/01/2003

# Expense report

### 10/01/2003 - 10/31/2003

2

| Date Timekeeper | Client No. Matter No. | Client Name | Transaction Code Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| kgarcia | 0000 | | Federal Express Delivery Charge | | | |
| 10/14/2003 kgarcia | 200106 0000 | Zonolite Science Trial | E065 Federal Express Delivery Charge | $12.70 | 1.00 | $12.70 |
| 10/14/2003 kgarcia | 200106 0000 | Zonolite Science Trial | E065 Federal Express Delivery Charge | $12.50 | 1.00 | $12.50 |
| 10/14/2003 kgarcia | 200106 0000 | Zonolite Science Trial | E065 Federal Express Delivery Charge | $12.50 | 1.00 | $12.50 |
| 10/14/2003 kgarcia | 200106 0000 | Zonolite Science Trial | E065 Federal Express Delivery Charge | $12.70 | 1.00 | $12.70 |
| 10/14/2003 kgarcia | 200106 0000 | Zonolite Science Trial | E065 Federal Express Delivery Charge | $12.70 | 1.00 | $12.70 |
| 10/14/2003 kgarcia | 200106 0000 | Zonolite Science Trial | E065 Federal Express Delivery Charge | $12.50 | 1.00 | $12.50 |
| **Day:** | | **10/17/2003** | | | | |
| 10/17/2003 kgarcia | 200106 0000 | Zonolite Science Trial | E065 Federal Express Delivery Charge | $21.41 | 1.00 | $21.41 |
| **Day:** | | **10/24/2003** | | | | |
| 10/24/2003 kgarcia | 200106 0000 | Zonolite Science Trial | E065 Federal Express Delivery Charge | $16.50 | 1.00 | $16.50 |
| 10/24/2003 kgarcia | 200106 0000 | Zonolite Science Trial | E065 Federal Express Delivery Charge | $16.50 | 1.00 | $16.50 |
| **Day:** | | **10/29/2003** | | | | |
| 10/29/2003 jkillian | 200106 0000 | Zonolite Science Trial | E014 A. William Roberts, Jr. & Associates, Inc. - Deposition of Marlow Casler | $270.00 | 1.00 | $270.00 |

| | |
|---|---|
| **Grand Total:** | **$5,853.38** |
| **Expense Grand Total:** | **$5,853.38** |
| **Time Grand Total:** | **$0.00** |
| **Total Hours/Report:** | **0.00** |
| **Count:** | **25** |

# EXHIBIT B

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., <u>et al.</u>, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: March 9, 2004** |
| | ) | **Hearing Date: TBD only if necessary** |

## SUMMARY OF THE VERIFIED APPLICATION OF RICHARDSON PATRICK WESTBROOK & BRICKMAN, LLC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LEAD SPECIAL COUNSEL FOR THE <u>INTERIM PERIOD FROM NOVEMBER 1, 2003 THROUGH NOVEMBER 30, 2003</u>

Name of Applicant:         Richardson Patrick Westbrook
                  & Brickman, LLC

Authorized to Provide Professional Services to:  Zonolite Attic Insulation Claimants

Date of Appointment:        July 22, 2002

Period for which compensation and
Reimbursement is sought:      November 1, 2003 through
               November 30, 2003

Amount of Compensation sought as actual,
Reasonable, and necessary:     $ 13,566.00

Amount of Expenses Reimbursement:  $ 106.03

This is a: <u>X</u> monthly _ interim _ final application

Prior Application filed: Yes

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 10/31/02 | 7/22/2002 - 9/30/2002 | $170,069.50 | $44,005.38 | No objections served on counsel | No objections served on counsel |
| 12/04/02 | 10/01/2002 - 10/31//2002 | $163,682.00 | $35,319.00 | No objections served on counsel | No objections served on counsel |
| 01/08/2003 | 11/01/2002 - 11/30/2002 | $115,319.00 | $5,714.09 | No objections served on counsel | No objections served on counsel |
| 02/17/2003 | 12/01/2002 - 12/31/2002 | $104,018.00 | $32,439.18 | No objections served on counsel | No objections served on counsel |
| 03/19/2003 | 1/1/2003 - 1/31/2003 | $142,944.50 | $68,022.89 | No objections served on counsel | No objections served on counsel |
| 04/09/03 | 2/1/2003 - 2/28/2003 | $217,149.00 | $31,928.29 | No objections served on counsel | No objections served on counsel |
| 05/16/2003 | 3/1/2003- 3/31/2003 | $248,048.00 | $66,978.32 | No objections served on counsel | No objections served on counsel |
| 07/01/2003 | 4/1/2003- 4/30/2003 | $102,950.00 | $149,727.83 | No objections served on counsel | No objections served on counsel |
| 07/21/2003 | 5/1/2003- 5//31/2003 | $174,462.25 | $48,658.57 | No objections served on counsel | No objections served on counsel |
| 08/15/2003 | 6/1/2003- 6/30/2003 | $202,080.25 | $71,550.40 | No objections served on counsel | No objections served on counsel |
| 09/15/2003 | 7/1/2003- 7/31/2003 | $126,035.00 | $25,802.60 | No objections served on counsel | No objections served on counsel |
| 10/23/2003 | 8/1/2003- 8/31/2003 | $121,733.75 | $26,563.23 | No objections served on counsel | No objections served on counsel |
| 11/12/2003 | 9/1/2003- 9/30/2003 | $69,708.00 | $19,989.71 | No objection served on counsel | No objection served on counsel |
| 12/8/2003 | 10/1/2003- 10/31/2003 | $24,786.50 | $5,853.38 | No objection served on counsel | No objection served on counsel |

This is the fifteenth RPWB application for monthly interim compensation of services filed with the Bankruptcy Court in this Chapter 11 case.

The total expended for the preparation of this application is approximately 20 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $7,000.

The Richardson Patrick Westbrook & Brickman attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Edward J. Westbrook | Partner | 26 | Litigation | $650 | 5.6 | $2,827.50 |
| Robert M. Turkewitz | Partner | 18 | Litigation | $400 | | |
| James L. Ward, Jr. | Associate | 6 | Litigation | $265 | 1.4 | $371.00 |
| Robert S. Wood | Associate | 4 | Litigation | $240 | | |
| TOTALS | | | | | 7.0 | $3,198.50 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Kim Carr | Paralegal | 13 | Litigation | $125 | | |
| Janet Bakst* | Paralegal | 10 | Litigation | $125 | 23.5 | $2,937.50 |
| Lizzie Kerrison | Paralegal | 17 | Litigation | $125 | 55.0 | $6,875.00 |
| Kim Garcia | Lit. Support | 9 | Litigation | $75 | 7.4 | $555.00 |
| Adam Lorenz | Lit. Support | 1 | Litigation | $75 | | |
| TOTALS | | | | | 85.9 | $10,367.50 |

- Mrs. Bakst is a licensed attorney who has not yet taken the South Carolina Bar exam and is accordingly working as a senior paralegal and being billed as such.

## Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 11-Fee Applications, Applicant | 9.9 | $1,367.50 |
| 22-ZAI Science Trial | 83.0 | $12,198.50 |
| TOTALS | 92.9 | $13,566.00 |

## 23-ZAI Science Trial Expenses

| Description | Amount |
|---|---|
| Federal Express Overnight Delivery | $37.24 |
| Outside Duplicating | $44.90 |
| Online Research | $23.89 |
| Total | $106.03 |

Dated: February 13, 2004

ELZUFON AUSTIN REARDON
TARLOV & MONDELL, P.A.

*/s/ William D. Sullivan*
William D. Sullivan (No. 2820)
Charles J. Brown, III (No. 3368)
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE 19899
Phone: (302) 428-3181
FAX: (302) 777-7244

-and-

Edward J. Westbrook, Esq.
Richardson Patrick Westbrook & Brickman
1037 Chuck Dawley Blvd., Building A
Mount Pleasant, SC 29464
Phone: (843) 727-6513
FAX: (843) 727-6688

*Lead Counsel for ZAI Claimants*

<u>VERIFICATION</u>

STATE OF SOUTH CAROLINA   )
                                   )
COUNTY OF CHARLESTON     )

        Edward J. Westbrook, after being duly sworn according to law, deposes and says:

        a)     I am counsel with the applicant law firm Richardson, Patrick, Westbrook & Brickman, and have been admitted to appear before this Court.

        b)     I have personally performed many of the legal services rendered by Richardson, Patrick, Westbrook & Brickman and am thoroughly familiar with the other work performed on behalf of the ZAI Claimants by the lawyers and paraprofessionals of Richardson, Patrick, Westbrook & Brickman.

        c)     I have reviewed the foregoing application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del.Bankr.LR 2016-2 and the 'Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members', signed April 17, 2002, and submit that the Application substantially complies with such Rule and Order.

                                          Edward J. Westbrook, Esq.

SWORN AND SUBSCRIBED
Before me this  11th  day of February 2004.

Kimberly M. Anderson
Notary Public for South Carolina
My Commission Expires: March 31, 2004

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In Re:  W.R. GRACE & CO., et al.,

Debtors,

Chapter 11

Bankruptcy No. 01-01139 (JFK)

(Jointly Administered)

**Objection Deadline: March 9, 2004**
**Hearing Date: TBD if necessary**

**FEE DETAIL OF THE VERIFIED APPLICATION OF RICHARDSON PATRICK WESTBROOK & BRICKMAN, LLC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LEAD SPECIAL COUNSEL FOR THE <u>INTERIM PERIOD FROM NOVEMBER 1, 2003 THROUGH NOVEMBER 30, 2003</u>**

02/11/2004

# Time report

### 11/01/2003 - 11/30/2003

1

| Date Timekeeper | Client No. Matter No. | Client Name | Transaction Code Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| **Transaction:** | | **L106** | | | | |
| **Day:** | | **11/03/2003** | | | | |
| 11/03/2003 | 200106 | Zonolite Science Trial | L106 | $125.00 | 4.50 | $562.50 |
| jbakst | 0000 | | Search ZAI database re sales figures (4.5). | | | |
| 11/03/2003 | 200106 | Zonolite Science Trial | L106 | $125.00 | 4.00 | $500.00 |
| lkerrison | 0000 | | Review ZAI database for sales documents | | | |
| **Day:** | | **11/04/2003** | | | | |
| 11/04/2003 | 200106 | Zonolite Science Trial | L106 | $125.00 | 6.50 | $812.50 |
| lkerrison | 0000 | | Review and input ZAI invoice information for sales over 250 bags (4.0); Review ZAI database for sales documents (2.5) | | | |
| 11/04/2003 | 200106 | Zonolite Science Trial | L106 | $265.00 | 0.10 | $26.50 |
| jward | 0000 | | Review recent news report regarding ZAI homes in Colorado | | | |
| **Day:** | | **11/06/2003** | | | | |
| 11/06/2003 | 200106 | Zonolite Science Trial | L106 | $265.00 | 1.00 | $265.00 |
| jward | 0000 | | Review Meeker article regarding the composition and morphology of Libby amphiboles and memo regarding same (0.2); review article regarding indirect method and identify helpful quotes for chart to be used in summary judgment hearing (0.8) | | | |
| 11/06/2003 | 200106 | Zonolite Science Trial | L106 | $125.00 | 6.00 | $750.00 |
| jbakst | 0000 | | Rework graphs and charts with additional figures (6.0). | | | |
| 11/06/2003 | 200106 | Zonolite Science Trial | L106 | $650.00 | 1.90 | $1,235.00 |
| ewestbrook | 0000 | | Work on ZAI cost and sales data gathering project (1.2); correspondence to Grace counsel with follow-up inquiries and additional requests for information (.4); conversations with Grace counsel regarding upcoming hearing (.3) | | | |
| 11/06/2003 | 200106 | Zonolite Science Trial | L106 | $125.00 | 6.70 | $837.50 |
| lkerrison | 0000 | | Review and input ZAI invoice information for sales over 250 bags (3.0); Review ZAI database for sales documents (3.7) | | | |
| **Day:** | | **11/07/2003** | | | | |
| 11/07/2003 | 200106 | Zonolite Science Trial | L106 | $125.00 | 6.20 | $775.00 |
| lkerrison | 0000 | | Review ZAI database for sales documents (5.7); Conference with Ed Westbrook and Janet regarding the ZAI sales figures (.5). | | | |
| 11/07/2003 | 200106 | Zonolite Science Trial | L106 | $650.00 | 0.50 | $325.00 |

02/11/2004

# Time report

### 11/01/2003 - 11/30/2003

| Date Timekeeper | Client No. Matter No. | Client Name | Transaction Code Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| ewestbrook | 0000 | | Meeting with Lizzie Kerrison and Janet Bakst regarding ZAI sales figures | | | |
| 11/07/2003 jbakst | 200106 0000 | Zonolite Science Trial | L106 Meeting with Westbrook and L. Kerrison re: strategy for presenting most accurate figures for homes with attic insulatiuon and regions of country where ZAI was most prevalent (.5) Organize and characterize documents; fine tune numbers (5.5). | $125.00 | 6.00 | $750.00 |
| **Day:** | | **11/10/2003** | | | | |
| 11/10/2003 lkerrison | 200106 0000 | Zonolite Science Trial | L106 Review ZAI database for sales documents | $125.00 | 4.50 | $562.50 |
| **Day:** | | **11/11/2003** | | | | |
| 11/11/2003 lkerrison | 200106 0000 | Zonolite Science Trial | L106 Review ZAI database for sales documents | $125.00 | 2.00 | $250.00 |
| 11/11/2003 ewestbrook | 200106 0000 | Zonolite Science Trial | L106 Correspondence with Grace counsel regarding status conference | $550.00 | 0.10 | $65.00 |
| 11/11/2003 jward | 200106 0000 | Zonolite Science Trial | L106 Review Chicago news article and news report on ZAI (0.2); exchange e-mail messages with Mr. Turkewitz regarding locating home inspector featured in news report (0.1) | $265.00 | 0.30 | $79.50 |
| **Day:** | | **11/12/2003** | | | | |
| 11/12/2003 lkerrison | 200106 0000 | Zonolite Science Trial | L106 Review ZAI database for sales documents | $125.00 | 4.20 | $525.00 |
| **Day:** | | **11/13/2003** | | | | |
| 11/13/2003 lkerrison | 200106 0000 | Zonolite Science Trial | L106 Review ZAI database for sales documents | $125.00 | 6.20 | $775.00 |
| **Day:** | | **11/14/2003** | | | | |
| 11/14/2003 lkerrison | 200106 0000 | Zonolite Science Trial | L106 Review ZAI database for sales documents | $125.00 | 3.50 | $437.50 |
| 11/14/2003 ewestbrook | 200106 0000 | Zonolite Science Trial | L106 Review additional homeowner estimates and prepare correspondence to Grace regarding ZAI estimates | $650.00 | 0.60 | $390.00 |
| **Day:** | | **11/18/2003** | | | | |
| 11/18/2003 lkerrison | 200106 0000 | Zonolite Science Trial | L106 Review ZAI database for sales documents | $125.00 | 5.70 | $712.50 |

02/11/2004

# Time report

### 11/01/2003 - 11/30/2003

3

| Date<br>Timekeeper | Client No.<br>Matter No. | Client Name | Transaction Code<br>Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| **Day:** | | **11/20/2003** | | | | |
| 11/20/2003<br>lkerrison | 200106<br>0000 | Zonolite Science Trial | L106<br>Review ZAI database for sales documents | $125.00 | 2.00 | $250.00 |
| **Day:** | | **11/24/2003** | | | | |
| 11/24/2003<br>lkerrison | 200106<br>0000 | Zonolite Science Trial | L106<br>Review ZAI database for sales documents | $125.00 | 3.50 | $437.50 |
| 11/24/2003<br>jbakst | 200106<br>0000 | Zonolite Science Trial | L106<br>Refine sales figures (2.0) | $125.00 | 2.00 | $250.00 |
| **Day:** | | **11/25/2003** | | | | |
| 11/25/2003<br>jbakst | 200106<br>0000 | Zonolite Science Trial | L106<br>Review and compare sales documents in order to refine numbers of bags sold (5.0). | $125.00 | 5.00 | $625.00 |
| **Transaction:** | | **L150** | | | | |
| **Day:** | | **11/04/2003** | | | | |
| 11/04/2003<br>kgarcia | 200106<br>0000 | Zonolite Science Trial | L150<br>Work on September 2003 application | $75.00 | 2.10 | $157.50 |
| **Day:** | | **11/06/2003** | | | | |
| 11/06/2003<br>ewestbrook | 200106<br>0000 | Zonolite Science Trial | L150<br>Work on September time report, review, revise and edit (billed at half rate) | $325.00 | 1.50 | $487.50 |
| **Day:** | | **11/11/2003** | | | | |
| 11/11/2003<br>kgarcia | 200106<br>0000 | Zonolite Science Trial | L150<br>Revise and finalize September 2003 application, send to local counsel for filing. | $75.00 | 0.80 | $60.00 |
| **Day:** | | **11/18/2003** | | | | |
| 11/18/2003<br>kgarcia | 200106<br>0000 | Zonolite Science Trial | L150<br>Work on 10th Quarterly application | $75.00 | 3.20 | $240.00 |
| **Day:** | | **11/19/2003** | | | | |
| 11/19/2003<br>ewestbrook | 200106<br>0000 | Zonolite Science Trial | L150<br>Work on 10th Quarter application - review and revise (billed at half rate) | $325.00 | 1.00 | $325.00 |

02/11/2004                                                                                                      4

# Time report

### 11/01/2003 - 11/30/2003

| Date<br>Timekeeper | Client No.<br>Matter No. | Client Name | Transaction Code<br>Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| **Day:** | | **11/21/2003** | | | | |
| 11/21/2003 | 200106 | Zonolite Science Trial | L150 | $75.00 | 1.30 | $97.50 |
| kgarcia | 0000 | | Revise and finalize 10th Quarterly application, send to local counsel for filing | | | |

|  |  |
|---|---|
| **Grand Total:** | **$13,566.00** |
| **Expense Grand Total:** | **$0.00** |
| **Time Grand Total:** | **$13,566.00** |
| **Total Hours/Report:** | **92.90** |
| **Count:** | **30** |

02/11/2004                                                                      1

# Expense report

### 11/01/2003 - 11/30/2003

| Date Timekeeper | Client No. Matter No. | Client Name | Transaction Code Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| **Transaction:** | | **E060** | | | | |
| **Day:** | | **11/25/2003** | | | | |
| 11/25/2003 kcamarda | 200106 0000 | Zonolite Science Trial | E060 Medical University of SC Library - Request for copy of Medical Article | $10.00 | 1.00 | $10.00 |
| **Transaction:** | | **E065** | | | | |
| **Day:** | | **11/11/2003** | | | | |
| 11/11/2003 kgarcia | 200106 0000 | Zonolite Science Trial | E065 Federal Express from Ed Westbrook to Jim Restivo | $18.62 | 1.00 | $18.62 |
| 11/11/2003 kgarcia | 200106 0000 | Zonolite Science Trial | E065 Federal Express from Ed Westbrook to Richard Finke | $18.62 | 1.00 | $18.62 |
| **Transaction:** | | **E072** | | | | |
| **Day:** | | **11/07/2003** | | | | |
| 11/07/2003 rturkewitz | 200106 0000 | Zonolite Science Trial | E072 Reimbursement for ciopies of article regarding ZAI issues | $34.90 | 1.00 | $34.90 |
| **Transaction:** | | **E106** | | | | |
| **Day:** | | **11/04/2003** | | | | |
| 11/04/2003 kgarcia | 200106 0000 | Zonolite Science Trial | E106 September Westlaw Charge for research regarding the ZAI science trial | $23.89 | 1.00 | $23.89 |

| | |
|---|---|
| **Grand Total:** | **$106.03** |
| **Expense Grand Total:** | **$106.03** |
| **Time Grand Total:** | **$0.00** |
| **Total Hours/Report:** | **0.00** |
| **Count:** | **5** |

# EXHIBIT C

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., <u>et al.</u>, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: March 9, 2004** |
| | | **Hearing Date: TBD only if necessary** |

## SUMMARY OF THE VERIFIED APPLICATION OF RICHARDSON PATRICK WESTBROOK & BRICKMAN, LLC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LEAD SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM DECEMBER 1, 2003 THROUGH DECEMBER 31, 2003

Name of Applicant:                                  Richardson Patrick Westbrook
                                                              & Brickman, LLC

Authorized to Provide Professional Services to:    Zonolite Attic Insulation Claimants

Date of Appointment:                               July 22, 2002

Period for which compensation and
Reimbursement is sought:                           December 1, 2003 through
                                                              December 31, 2003

Amount of Compensation sought as actual,
Reasonable, and necessary:                         $ 12,107.50

Amount of Expenses Reimbursement:                  $ 11,256.59

This is a: X monthly    _ interim    _ final application

Prior Application filed: Yes

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 10/31/02 | 7/22/2002 - 9/30/2002 | $170,069.50 | $44,005.38 | No objections served on counsel | No objections served on counsel |
| 12/04/02 | 10/01/2002 - 10/31//2002 | $163,682.00 | $35,319.00 | No objections served on counsel | No objections served on counsel |
| 01/08/2003 | 11/01/2002 - 11/30/2002 | $115,319.00 | $5,714.09 | No objections served on counsel | No objections served on counsel |
| 02/17/2003 | 12/01/2002 - 12/31/2002 | $104,018.00 | $32,439.18 | No objections served on counsel | No objections served on counsel |
| 03/19/2003 | 1/1/2003 - 1/31/2003 | $142,944.50 | $68,022.89 | No objections served on counsel | No objections served on counsel |
| 04/09/03 | 2/1/2003 - 2/28/2003 | $217,149.00 | $31,928.29 | No objections served on counsel | No objections served on counsel |
| 05/16/2003 | 3/1/2003- 3/31/2003 | $248,048.00 | $66,978.32 | No objections served on counsel | No objections served on counsel |
| 07/01/2003 | 4/1/2003- 4/30/2003 | $102,950.00 | $149,727.83 | No objections served on counsel | No objections served on counsel |
| 07/21/2003 | 5/1/2003- 5//31/2003 | $174,462.25 | $48,658.57 | No objections served on counsel | No objections served on counsel |
| 08/15/2003 | 6/1/2003- 6/30/2003 | $202,080.25 | $71,550.40 | No objections served on counsel | No objections served on counsel |
| 09/15/2003 | 7/1/2003- 7/31/2003 | $126,035.00 | $25,802.60 | No objections served on counsel | No objections served on counsel |
| 10/23/2003 | 8/1/2003- 8/31/2003 | $121,733.75 | $26,563.23 | No objections served on counsel | No objections served on counsel |
| 11/12/2003 | 9/1/2003- 9/30/2003 | $69,708.00 | $19,989.71 | No objection served on counsel | No objection served on counsel |
| 12/8/2003 | 10/1/2003- 10/31/2003 | $24,786.50 | $5,853.38 | No objection served on counsel | No objection served on counsel |
| 2/18/04 | 11/1/2003- 11/30/2003 | $13,566.00 | $106.03 | Pending | Pending |

This is the sixteenth RPWB application for monthly interim compensation of services filed with the Bankruptcy Court in this Chapter 11 case.

The total expended for the preparation of this application is approximately 20 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $7,000.

The Richardson Patrick Westbrook & Brickman attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Edward J. Westbrook | Partner | 26 | Litigation | $650 | .8 | $520.00 |
| Robert M. Turkewitz | Partner | 18 | Litigation | $400 | | |
| James L. Ward, Jr. | Associate | 6 | Litigation | $265 | | |
| Robert S. Wood | Associate | 4 | Litigation | $240 | | |
| TOTALS | | | | | .8 | $520.00 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Kim Carr | Paralegal | 13 | Litigation | $125 | | |
| Janet Bakst* | Paralegal | 10 | Litigation | $125 | 8.7 | $1,087.50 |
| Lizzie Kerrison | Paralegal | 17 | Litigation | $125 | 84.0 | $10,500.00 |
| Kim Garcia | Lit. Support | 9 | Litigation | $75 | | |
| Adam Lorenz | Lit. Support | 1 | Litigation | $75 | | |
| TOTALS | | | | | 92.7 | $11,587.50 |

- Mrs. Bakst is a licensed attorney who has not yet taken the South Carolina Bar exam and is accordingly working as a senior paralegal and being billed as such.

## Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 11-Fee Applications, Applicant | | |
| 20-Travel–Non-working | | |
| 22-ZAI Science Trial | 93.5 | $12,107.50 |
| TOTALS | 93.5 | $12,107.50 |

## 23-ZAI Science Trial Expenses

| Description | Amount |
|---|---|
| Expert Services | $11,152.42 |
| Court Reporter | $102.00 |
| Online Research | $2.17 |
| Total | $11,256.59 |

Dated: February 18, 2004

ELZUFON AUSTIN REARDON
TARLOV & MONDELL, P.A.

*/s/ William D. Sullivan*
William D. Sullivan (No. 2820)
Charles J. Brown, III (No. 3368)
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE 19899
Phone: (302) 428-3181
FAX: (302) 777-7244

-and-

Edward J. Westbrook, Esq.
Richardson Patrick Westbrook
 & Brickman
1037 Chuck Dawley Blvd., Building A
Mount Pleasant, SC  29464
Phone: (843) 727-6513
FAX: (843) 727-6688

*Lead Counsel for ZAI Claimants*

## VERIFICATION

STATE OF SOUTH CAROLINA    )
                           )
COUNTY OF CHARLESTON       )

Edward J. Westbrook, after being duly sworn according to law, deposes and says:

a)    I am counsel with the applicant law firm Richardson, Patrick, Westbrook & Brickman, and have been admitted to appear before this Court.

b)    I have personally performed many of the legal services rendered by Richardson, Patrick, Westbrook & Brickman and am thoroughly familiar with the other work performed on behalf of the ZAI Claimants by the lawyers and paraprofessionals of Richardson, Patrick, Westbrook & Brickman.

c)    I have reviewed the foregoing application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del.Bankr.LR 2016-2 and the 'Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members', signed April 17, 2002, and submit that the Application substantially complies with such Rule and Order.

_____
Edward J. Westbrook, Esq.

SWORN AND SUBSCRIBED
Before me this 11th day of February 2004.

_Kimberly M. Anderson_
Notary Public for South Carolina
My Commission Expires: March 31, 2004

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In Re:  W.R. GRACE & CO., et al.,<br><br>Debtors, | Chapter 11<br><br>Bankruptcy No. 01-01139 (JFK)<br><br>(Jointly Administered)<br><br>**Objection Deadline: March 9, 2004**<br>**Hearing Date: TBD if necessary** |

**FEE DETAIL OF THE VERIFIED APPLICATION OF RICHARDSON PATRICK WESTBROOK & BRICKMAN, LLC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LEAD SPECIAL COUNSEL FOR THE <u>INTERIM PERIOD FROM DECEMBER 1, 2003 THROUGH DECEMBER 31, 2003</u>**

01/12/2004

# Time report

### 12/01/2003 - 12/31/2003

| Date<br>Timekeeper | Client No.<br>Matter No. | Client Name | Transaction Code<br>Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| **Transaction:** | | **L106** | | | | |

#### Day: 12/03/2003

| Date<br>Timekeeper | Client No.<br>Matter No. | Client Name | Transaction Code<br>Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| 12/03/2003<br>lkerrison | 200106<br>0000 | Zonolite Science Trial | L106<br>Review ZAI database for sales documents | $125.00 | 5.00 | $625.00 |
| 12/03/2003<br>jbakst | 200106<br>0000 | Zonolite Science Trial | L106<br>Search internet for Canadian Broadcasting Company article on November 2003 study on mesothelioma in Canada and obtain copy of study | $125.00 | 1.20 | $150.00 |

#### Day: 12/04/2003

| Date<br>Timekeeper | Client No.<br>Matter No. | Client Name | Transaction Code<br>Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| 12/04/2003<br>lkerrison | 200106<br>0000 | Zonolite Science Trial | L106<br>Review ZAI database for sales documents | $125.00 | 7.00 | $875.00 |

#### Day: 12/05/2003

| Date<br>Timekeeper | Client No.<br>Matter No. | Client Name | Transaction Code<br>Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| 12/05/2003<br>lkerrison | 200106<br>0000 | Zonolite Science Trial | L106<br>Review ZAI database for sales documents | $125.00 | 5.00 | $625.00 |

#### Day: 12/08/2003

| Date<br>Timekeeper | Client No.<br>Matter No. | Client Name | Transaction Code<br>Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| 12/08/2003<br>lkerrison | 200106<br>0000 | Zonolite Science Trial | L106<br>Review ZAI database for sales documents | $125.00 | 4.00 | $500.00 |
| 12/08/2003<br>jbakst | 200106<br>0000 | Zonolite Science Trial | L106<br>Telephone calls to abatement contractors re methods of removal, equipment used, time involved, number of workers and costs for disposal | $125.00 | 4.00 | $500.00 |

#### Day: 12/09/2003

| Date<br>Timekeeper | Client No.<br>Matter No. | Client Name | Transaction Code<br>Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| 12/09/2003<br>jbakst | 200106<br>0000 | Zonolite Science Trial | L106<br>Phone calls to contractors re methods and cost of removal; add follow up to abatement summary | $125.00 | 3.50 | $437.50 |
| 12/09/2003<br>ewestbrook | 200106<br>0000 | Zonolite Science Trial | L106<br>Review memos from Janet Bakst regarding ZAI removal methods, information from Rob Turkewitz regarding dust testing seminar and discussions regarding determination of approved landfills to take contaminated vermiculite driving up the cost | $650.00 | 0.80 | $520.00 |
| 12/09/2003<br>lkerrison | 200106<br>0000 | Zonolite Science Trial | L106<br>Review ZAI database for sales documents | $125.00 | 6.70 | $837.50 |

#### Day: 12/10/2003

01/12/2004

# Time report

### 12/01/2003 - 12/31/2003

| Date | Client No. | Client Name | Transaction Code | Rate | HRS/QTY | Total |
|------|-----------|-------------|------------------|------|---------|-------|
| Timekeeper | Matter No. | | Description | | | |
| 12/10/2003 | 200106 | Zonolite Science Trial | L106 | $125.00 | 3.50 | $437.50 |
| Ikerrison | 0000 | | Review ZAI database for sales documents | | | |

### Day: 12/11/2003

| | | | | | | |
|------|-----------|-------------|------------------|------|---------|-------|
| 12/11/2003 | 200106 | Zonolite Science Trial | L106 | $125.00 | 6.70 | $837.50 |
| Ikerrison | 0000 | | Review ZAI database for sales documents | | | |

### Day: 12/15/2003

| | | | | | | |
|------|-----------|-------------|------------------|------|---------|-------|
| 12/15/2003 | 200106 | Zonolite Science Trial | L106 | $125.00 | 3.00 | $375.00 |
| Ikerrison | 0000 | | Review ZAI database for sales documents | | | |

### Day: 12/16/2003

| | | | | | | |
|------|-----------|-------------|------------------|------|---------|-------|
| 12/16/2003 | 200106 | Zonolite Science Trial | L106 | $125.00 | 6.70 | $837.50 |
| Ikerrison | 0000 | | Review ZAI database for sales documents (4.7); searching for documents on EPA FOIA list | | | |

### Day: 12/17/2003

| | | | | | | |
|------|-----------|-------------|------------------|------|---------|-------|
| 12/17/2003 | 200106 | Zonolite Science Trial | L106 | $125.00 | 4.50 | $562.50 |
| Ikerrison | 0000 | | Review ZAI database for sales documents (4.0); making calls regarding documents needed for ZAI Science Trial (.5) | | | |

### Day: 12/18/2003

| | | | | | | |
|------|-----------|-------------|------------------|------|---------|-------|
| 12/18/2003 | 200106 | Zonolite Science Trial | L106 | $125.00 | 6.70 | $837.50 |
| Ikerrison | 0000 | | Review ZAI database for sales documents | | | |

### Day: 12/22/2003

| | | | | | | |
|------|-----------|-------------|------------------|------|---------|-------|
| 12/22/2003 | 200106 | Zonolite Science Trial | L106 | $125.00 | 5.00 | $625.00 |
| Ikerrison | 0000 | | Review ZAI database for sales documents | | | |

### Day: 12/23/2003

| | | | | | | |
|------|-----------|-------------|------------------|------|---------|-------|
| 12/23/2003 | 200106 | Zonolite Science Trial | L106 | $125.00 | 7.00 | $875.00 |
| Ikerrison | 0000 | | Review ZAI database for sales documents | | | |

### Day: 12/29/2003

| | | | | | | |
|------|-----------|-------------|------------------|------|---------|-------|
| 12/29/2003 | 200106 | Zonolite Science Trial | L106 | $125.00 | 6.20 | $775.00 |
| Ikerrison | 0000 | | Review ZAI database for sales documents | | | |

### Day: 12/30/2003

| | | | | | | |
|------|-----------|-------------|------------------|------|---------|-------|
| 12/30/2003 | 200106 | Zonolite Science Trial | L106 | $125.00 | 7.00 | $875.00 |

01/12/2004

# Time report

### 12/01/2003 - 12/31/2003

| Date Timekeeper | Client No. Matter No. | Client Name | Transaction Code Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| lkerrison | 0000 | | Review ZAI database for sales documents | | | |

| | |
|---|---|
| **Grand Total:** | **$12,107.50** |
| **Expense Grand Total:** | **$0.00** |
| **Time Grand Total:** | **$12,107.50** |
| **Total Hours/Report:** | **93.50** |
| **Count:** | **19** |

01/29/2004

# Expense report

### 12/01/2003 - 12/31/2003

| Date<br>Timekeeper | Client No.<br>Matter No. | Client Name | Transaction Code<br>Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| **Day:** | | **12/02/2003** | | | | |
| 12/02/2003<br>kgarcia | 200106<br>0000 | Zonolite Science Trial | E106<br>Pacer Online Research Charges pertaining to ZAI Science Trial | $2.17 | 1.00 | $2.17 |
| **Day:** | | **12/08/2003** | | | | |
| 12/08/2003<br>jhanshaw | 200106<br>0000 | Zonolite Science Trial | E014<br>Evans Reporting Service - Court Reporter | $102.00 | 1.00 | $102.00 |
| 12/08/2003<br>jhanshaw | 200106<br>0000 | Zonolite Science Trial | E110<br>Mundy Associates, Inc. - Co-Counsel Services | $10,929.25 | 1.00 | $10,929.25 |
| 12/08/2003<br>jhanshaw | 200106<br>0000 | Zonolite Science Trial | E029<br>Pinchin Environmental, Ltd. - Expert Witness Services | $223.17 | 1.00 | $223.17 |

| | |
|---|---|
| **Grand Total:** | **$11,256.59** |
| **Expense Grand Total:** | **$11,256.59** |
| **Time Grand Total:** | **$0.00** |
| **Total Hours/Report:** | **0.00** |
| **Count:** | **4** |