# EXHIBIT 2

# Bankruptcy Management Corporation
## WR Grace
## MONTHLY SUMMARY OF EXPENSES
### For the Month of July 2003

| EXPENSE CATEGORY | Expense Amount |
|---|---|
| Taxi | $8.00 |
| Rental Vehicle | $336.71 |
| Postage/Shipping | $268.61 |
| Parking | $96.00 |
| Misc | $356.00 |
| Lodging | $1,080.88 |
| Gas | $21.08 |
| Document Storage | $406.00 |
| Dinner | $235.73 |
| Breakfast | $29.83 |
| B-Linx/Data Storage | $850.00 |
| Airline | $1,429.98 |
| Monthly Total: | $5,118.82 |

# Bankruptcy Management Corporation
WR Grace
MONTHLY SUMMARY OF EXPENSES
For the Month of July 2003

| EXPENSE CATEGORY | Expense Amount |
|---|---|
| Grand Total: | $5,118.82 |

## WR Grace Expense Detail - July 2003

| Invoice # | Client | Vendor | ConsultantID | Amount | Date | Expense Type | Description |
|---|---|---|---|---|---|---|---|
| WRG030731 | WR Grace | Quiznos | Archer, Candace | $34.63 | 7/21/2003 | Dinner | working dinner, production staff |
| WRG030731 | WR Grace | Fed Ex | BMC, BMC | $105.49 | 7/25/2003 | Postage/Shipping | Paula Galbraith Tracking ID 780851215189 |
| WRG030731 | WR Grace | Fed Ex | BMC, BMC | $28.33 | 7/29/2003 | Postage/Shipping | patricia Cuniff Tracking ID: 792937301441 |
| WRG030731 | WR Grace | Fed Ex | BMC, BMC | $16.48 | 7/31/2003 | Postage/Shipping | patrical Cuniff Tracking ID 790364526927 |
| WRG030731 | WR Grace | Fed Ex | BMC, BMC | $16.48 | 7/31/2003 | Postage/Shipping | Patricia Cuniss Tracking ID 790364526927 |
| WRG030731 | WR Grace | Fed Ex | BMC, BMC | $101.83 | 7/25/2003 | Postage/Shipping | Chrsistian Lane Tracking ID 792295408133 |
| WRG030731 | WR Grace | BMC | BMC10, bmc10 | $406.00 | 7/31/2003 | Document Storage | 260 boxes |
| WRG030731 | WR Grace | BMC | BMC10, bmc10 | $850.00 | 7/31/2003 | B-Linx/Data Storage | B-Linx/Data Storage |
| WRG030731 | WR Grace | Taxi Cab | Burnett, Susan | $8.00 | 7/25/2003 | Taxi | Taxi from Washington Union station to home. |
| WRG030731 | WR Grace | Bob's Union 76 | zzCAMEX-Sburnett, sburnett | $15.35 | 7/18/2003 | Gas | Gasoline for rental vehicle. |
| WRG030731 | WR Grace | Delta Airlines | zzCAMEX-Sburnett, sburnett | $50.00 | 7/11/2003 | Airline | Itinerary research & booking fee SB IAD-LAX-IAD 7/7 & 7/18/03 |
| WRG030731 | WR Grace | United Airlines/Orbitz | zzCAMEX-Sburnett, sburnett | $644.48 | 7/11/2003 | Airline | SB LAX-SYR-LAX 7/11-14/03 |
| WRG030731 | WR Grace | United Airlines | zzCAMEX-Sburnett, sburnett | $50.00 | 7/11/2003 | Airline | Itinerary research & booking fee SB LAX-SYR-LAX 7/11-14/03 |
| WRG030731 | WR Grace | Amtrak | zzCAMEX-Sburnett, sburnett | $178.00 | 7/27/2003 | Misc | - 8/1). |
| WRG030731 | WR Grace | Courtyard Marriott | zzCAMEX-Sburnett, sburnett | $540.44 | 7/18/2003 | Lodging | Lodging from 7/14 - 7/18/03. |
| WRG030731 | WR Grace | Thrifty | zzCAMEX-Sburnett, sburnett | $184.40 | 7/18/2003 | Rental Vehicle | Rental vehicle from 7/14 - 7/18/03. |
| WRG030731 | WR Grace | Panda Express | zzCAMEX-Sburnett, sburnett | $7.99 | 7/14/2003 | Breakfast | Breakfast meal. |
| WRG030731 | WR Grace | El Pollo Loco | zzCAMEX-Sburnett, sburnett | $5.06 | 7/14/2003 | Dinner | Dinner meal. |
| WRG030731 | WR Grace | American Cuisine | zzCAMEX-Sburnett, sburnett | $25.00 | 7/16/2003 | Dinner | Dinner meal. |
| WRG030731 | WR Grace | El Pollo Loco | zzCAMEX-Sburnett, sburnett | $8.18 | 7/17/2003 | Dinner | Dinner meal. |
| WRG030731 | WR Grace | Thrifty | zzCAMEX-Sburnett, sburnett | $152.31 | 7/11/2003 | Rental Vehicle | Rental vehicle from 7/7 - 7/11/03. |
| WRG030731 | WR Grace | Kitchen | zzCAMEX-Sburnett, sburnett | $8.65 | 7/18/2003 | Breakfast | Breakfast meal |
| WRG030731 | WR Grace | Bob's Union 76 | zzCAMEX-Sburnett, sburnett | $5.73 | 7/11/2003 | Gas | Gas for rental vehicle. |
| WRG030731 | WR Grace | Airport | zzCAMEX-Sburnett, sburnett | $96.00 | 7/19/2003 | Parking | Airport parking from 7/7 - 7/18/03. |
| WRG030731 | WR Grace | Delta Airlines/Orbitz | zzCAMEX-Sburnett, sburnett | $885.50 | 7/7/2003 | Airline | SB IAD-LAX-IAD7/7 & 7/18 |
| WRG030731 | WR Grace | Amtrak | zzCAMEX-Sburnett, sburnett | $178.00 | 7/20/2003 | Misc | - 7/25/03 |
| WRG030731 | WR Grace | Hotdogs / Uno's | zzCAMEX-Sburnett, sburnett | $7.44 | 7/11/2003 | Dinner | Dinner meal. |
| WRG030731 | WR Grace | Marriott Courtyard | zzCAMEX-Sburnett, sburnett | $540.44 | 7/11/2003 | Lodging | Lodging from 7/7 - 7/11/03. |
| WRG030731 | WR Grace | California Pizza Kitchen | zzCAMEX-Sburnett, sburnett | $25.00 | 7/7/2003 | Dinner | Dinner meal. |
| WRG030731 | WR Grace | El Pollo Loco | zzCAMEX-Sburnett, sburnett | $5.08 | 7/8/2003 | Breakfast | Breakfast meal |
| WRG030731 | WR Grace | Café Pierre | zzCAMEX-Sburnett, sburnett | $82.77 | 7/8/2003 | Dinner | Dinner meal with SB, SH and SA. |
| WRG030731 | WR Grace | Houston's | zzCAMEX-Sburnett, sburnett | $25.00 | 7/9/2003 | Dinner | Dinner meal. |
| WRG030731 | WR Grace | New Orleans Cajun | zzCAMEX-Sburnett, sburnett | $26.12 | 7/10/2003 | Dinner | Dinner meal. |
| WRG030731 | WR Grace | La Salsa | zzCAMEX-Sburnett, sburnett | $8.11 | 7/11/2003 | Breakfast | Breakfast meal. |
| WRG030731 | WR Grace | China Grill | zzCAMEX-Sburnett, sburnett | $16.53 | 7/17/2003 | Dinner | Dinner meal. |



**Bankruptcy Management Corporation**
6096 Upland Terrace S
Seattle, WA 98118
(206) 725-5405

WR Grace

PRODUCTION INVOICE SUMMARY

| Invoice Number | | Production Date | Total |
|---|---|---|---|
| Invoice # | 021-20030721-1 | 7/21/2003 | $4,601.28 |
| Invoice # | 021-20030725-1 | 7/25/2003 | $131.26 |
| | | Total | $4,732.54 |

Wire payments may be sent to the following account

Bank: Wells Fargo Bank
Address: 204 W Meeker, Kent, WA 98032
ABA/Routing #: 121000248
Account #: 0033022633 Bankruptcy Management Corporation

*Invoice Due Upon Receipt*



**bmc**
**Bankruptcy Management Corporation**
6096 Upland Terrace South
Seattle, WA 98118
(206) 725-5405

WR Grace

Production Date: 7/21/2003
Invoice #: 021-20030721-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | 1st Omnibus Objection to Claims MF 4488 | 14 / 76 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class (at cost) | 76 Pieces @ $.60 each | $45.60 |
| | | | Production | Collate and Stuff | 1064 Pieces @ $.10 each | $106.40 |
| | | | | Copy | 912 Pieces @ $.15 each | $136.80 |
| | | | | Variable Print Black Only | 152 Pieces @ $.25 each | $38.00 |
| | | | Supplies | Envelope/Labeling | 76 Pieces @ $.17 each | $12.92 |
| Noticing Document | 2nd Omnibus Objection to Claims MF 4489 | 13 / 998 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class (at cost) | 998 Pieces @ $.60 each | $598.80 |
| | | | Production | Collate and Stuff | 12974 Pieces @ $.10 each | $1,297.40 |
| | | | | Copy | 10978 Pieces @ $.15 each | $1,646.70 |
| | | | | Variable Print Black Only | 1996 Pieces @ $.25 each | $499.00 |
| | | | Supplies | Envelope/Labeling | 998 Pieces @ $.17 each | $169.66 |

**Total Due:** $4,601.28

*Invoice Due Upon Receipt*

**bmc**
**Bankruptcy Management Corporation**
6096 Upland Terrace South
Seattle, WA 98118
(206) 725-5405

WR Grace

**Production Date:** 7/25/2003
**Invoice #:** 021-20030725-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Decl of david Siegel re 1st omni Obj MF 4628 | 4 / 69 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class (at cost) | 69 Pieces @ $.37 each | $25.53 |
| | | | Production | Copy | 276 Pieces @ $.15 each | $41.40 |
| | | | | Fold and Stuff | 276 Pieces @ $.10 each | $27.60 |
| | | | Supplies | Envelope/Labeling | 69 Pieces @ $.17 each | $11.73 |

**Total Due:** $131.26

*Invoice Due Upon Receipt*