IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| **W.R. GRACE & CO., et al.,**[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |

### AFFIDAVIT OF SERVICE

| | | |
|---|---|---|
| STATE OF CALIFORNIA | ) | |
| | ) | ss. |
| COUNTY OF LOS ANGELES | ) | |

YVETTE HASSMAN, after being duly sworn, deposes and says:

1. I am employed by Bankruptcy Management Corporation, the applicant herein, the Claims Reconciliation and Solicitation Consultant to the debtors and debtors in possession herein. Except as otherwise noted, I have personal knowledge of the matters set forth herein.

2. On February 13, 2004, at the direction of Julia Hasenzahl, I served a copy of the following documents:

    a) SIXTEENTH MONTHLY APPLICATION OF BANKRUPTCY MANAGEMENT CORPORATION FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS CLAIMS RECONCILIATION AND SOLICITATION CONSULTANT TO THE DEBTORS FOR THE PERIOD FROM JULY 1, 2003 THROUGH JULY 31, 2003; AND

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food =N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

1

b) FEE DETAIL FOR BANKRUPTCY MANAGEMENT CORPORATION'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM JULY 1, 2003 THROUGH JULY 31, 2003

upon the parties listed upon the attached service list in the manner indicated thereon.

Dated: February 13, 2004

_____
YVETTE HASSMAN

SWORN AND SUBSCRIBED to before me
this 13th day of FEB, 2004

_____
Notary Public
My Commission Expires:

JAMES H. MYERS
Commission # 1313901
Notary Public - California
Los Angeles County
My Comm. Expires Jul 19, 2005

2

WR Grace Fee App Service List per April 17, 2002 Order:

**E-mail and Federal Express:**
william.sparks@grace.com
(W.R. Grace & Co)

David B. Siegel, SVP and GeneralC ounsel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**E-mail:**
dcarickhoff@pszyj.com
Counsel to Debtors and Debtors in Possession)

Laura Davis Jones, Esq.
Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C.
919 North Market Street, Suite 1600
PO Box 8705
Wilmington, DE 19899-8705 (courier 19801)
(fax 302-652-4400)

**Federal Express:**

Frank J. Perch, Esq.
Office of the United States Trustee
844 King Street, Suite 2311
Wilmington, DE 19801

**E-mail:**
david.heller@lw.com and
carol.hennessey@lw.com
(Co-Counsel to DIP Lender)

J. Douglas Bacon, Esq.
Latham & Watkins
Sears Tower Suite 5800
Chicago, IL 60606
(fax 312-993-9767)

**E-mail:**
mlastowski@duanemorris.com
(Counsel – Official Creditors' Committee)

Michael R. Lastowski, Esq.
Duane, Morris & Heckscher, LLP
1100 N Market Street Suite 1200
Wilmington, DE 19801-1246
(fax 302-657-4901)

**E-mail:**
james_kapp@chicago.kirkland.com
(Counsel to Debtors and Debtors in Possession)

James H.M. Sprayregen, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601
(fax 312-861-2200)

**Federal Express and E-mail:**
feeaudit@whsmithlaw.com  (NO PDF FORMAT IN E-MAIL– SEND ONLY EXCEL, WORD OR WORDPERFECT)
(Fee Examiner)

Warren H. Smith
Warren H. Smith & Associates
900 Jackson Street
120 Founders Square
Dallas, TX 75202
(214-698-3868; fax 214-722-0081)

**E-mail:**
syoder@bayardfirm.com
(Co-Counsel to DIP Lender)

Steven M. Yoder, Esq.
The Bayard Firm
222 Delaware Avenue, Suite 900
PO Box 25130
Wilmington, DE 19899
(fax 302-658-6395)

**E-mail:**
rserrette@stroock.com
(Counsel – Official Creditors' Committee)

Lewis Kruger, Esq.
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982
(fax 212-806-6006)

**E-mail:**
jsakalo@bilzin.com
(Counsel – Official Committee Asbestos Property Damage Claimants)

Scott L. Baena, Esq.
Bilzin, Sumberg, Dunn, Baena, Price & Axelrod
First Union Financial Center
200 South Biscayne Blvd, Suite 2500
Miami, FL 33131
(fax 305-374-7593)

*E-mail:*
ttacconelli@ferryjoseph.com
(Counsel – Official Committee Asbestos Property Damage Claimants)

Michael B. Joseph, Esq.
Ferry & Joseph P.a.
824 Market Street, Suite 904
PO Box 1351
Wilmington, DE 19899
(fax) 302-575-1714)

*E-mail:*
mgz@del.camlev.com
(Counsel – Official Committee of Personal Injury Claimants)

Matthew G. Zaleski, III, Esq.
Campbell & Levine LLC
Chase Manhattan Centre
15th Floor
1201 Market Street, Suite 1500
Wilmington, DE 19801
(fax 302-426-9947)

*E-mail:*
currier@klettrooney.com and
jwaxman@klettrooney.com
(Counsel – Official Committee of Equity Holders)

Teresa KD Currier, Esq.
Klett Rooney Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19810
(fax 302-552-4295)

*E-mail:*
pvnl@capdale.com
(Counsel – Official Committee of Personal Injury Claimants)

Elihu Inselbuch, Esq.
Caplin & Drysdale
399 Park Avenue, 36th Floor
New York, NY 10022
(fax 212-644-6755)

*E-mail:*
pbentley@kramerlevin.com
(Counsel – Official Committee of Equity Holders)

Philip Bentley, Esq.
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY 10022
(fax 212-715-8000)