# EXHIBIT 2

**Bankruptcy Management Corporation**
6096 Upland Terrace S  Seattle, WA 98118
206/725-5405

**Expense Reimbursement**
**WR Grace**
**Invoice #: WRG030831**

| Expense Type | Amount |
| --- | --- |
| B-Linx/Data Storage | $850.00 |
| Document Storage | $406.00 |
| Misc | $144.00 |
| Postage/Shipping | $99.70 |
| **Total** | **$1,499.70** |

## WR Grace Expense Detail - August 2003

| Text32 | Combo34 | Vendor | ConsultantID | Amount | Date | Expense TypeID | Description |
|---|---|---|---|---|---|---|---|
| WRG030831 | WR Grace | BMC | BMC, BMC | $850.00 | 31-Aug-03 | B-Linx/Data Storage | B-Linx/Data Storage |
| WRG030831 | WR Grace | bmc | BMC, BMC | $406.00 | 31-Aug-03 | Document Storage | 280 boxes |
| WRG030831 | WR Grace | Amtrak | zzCAMEX-Sburnett, sburnett | $144.00 | 11-Aug-03 | Misc | - 8/15). |
| WRG030831 | WR Grace | Fed Ex | BMC, BMC | $20.09 | 01-Aug-03 | Postage/Shipping | Maggie Heller Tracking ID 790858037561 |
| WRG030831 | WR Grace | Fed Ex | BMC, BMC | $20.09 | 01-Aug-03 | Postage/Shipping | Maggie Heller Tracking ID 790858037561 |
| WRG030831 | WR Grace | Fed Ex | BMC, BMC | $31.57 | 11-Aug-03 | Postage/Shipping | Patricia Cuniff Tracking ID 792846721839 |
| WRG030831 | WR Grace | Fed Ex | BMC, BMC | $27.95 | 08-Aug-03 | Postage/Shipping | Loren Gross Tracking ID 790373720171 |



**Bankruptcy Management Corporation**
6096 Upland Terrace S
Seattle, WA 98118
(206) 725-5405

WR Grace

PRODUCTION INVOICE SUMMARY

| Invoice Number | Production Date | Total |
|---|---|---|
| Invoice # 021-20030806-1 | 8/6/2003 | $1,016.17 |
| | Total | $1,016.17 |

Wire payments may be sent to the following account

Bank: Wells Fargo Bank
Address: 204 W Meeker, Kent, WA 98032
ABA/Routing #: 121000248
Account #: 0033022633 Bankruptcy Management Corporation

*Invoice Due Upon Receipt*



**bmc**
Bankruptcy Management Corporation
6096 Upland Terrace South
Seattle, WA 98118
(206) 725-5405

WR Grace

Production Date: 8/6/2003
Invoice #: 021-20030806-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | 2nd Omnibus Objection to Claims MF 4807 | 135 / 27 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | Expedited Mail Handling | 27 Pieces @ $2.50 each | $67.50 |
| | | | | FedEx (at cost) | 27 Pieces @ $13.86 each | $374.22 |
| | | | Production | Copy | 3645 Pieces @ $.15 each | $546.75 |
| | | | | Stuff/Mail | 27 Pieces @ $.10 each | $2.70 |

**Total Due:** $1,016.17

*Invoice Due Upon Receipt*