# EXHIBIT 2

**Bankruptcy Management Corporation**
6096 Upland Terrace S  Seattle, WA 98118
206/725-5405

**Expense Reimbursement**
**WR Grace**
**Invoice #: WRG030930**

| Expense Type | Amount |
|---|---|
| B-Linx/Data Storage | $850.00 |
| Document Storage | $406.00 |
| Faxing | $12.75 |
| Postage/Shipping | $27.95 |
| **Total** | **$1,296.70** |


## WR Grace Expense Detail - September 2003

| Text32 | Combo34 | Vendor | ConsultantID | Amount | Date | ExpenseTypeID | Description |
|---|---|---|---|---|---|---|---|
| WRG030930 | WR Grace | BMC | BMC, BMC | $850.00 | 30-Sep-03 | B-Linx/Data Storage | B-Linx/Data Storage |
| WRG030930 | WR Grace | BMC | BMC, BMC | $406.00 | 30-Sep-03 | Document Storage | 260 boxes |
| WRG030930 | WR Grace | August Fax Charges | BMC, BMC | $12.75 | 03-Sep-03 | Faxing | August Fax Charges |
| WRG030930 | WR Grace | Fed Ex | BMC, BMC | $27.95 | 30-Sep-03 | Postage/Shipping | Patricia Cuniff Tracking ID 781884051427 |



**Bankruptcy Management Corporation**
Seattle, WA 98118
(206) 725-5405

WR Grace

PRODUCTION INVOICE SUMMARY

| Invoice Number | Production Date | Total |
|---|---|---|
| Invoice # 021-20030922-1 | 9/22/2003 | $15,044.64 |
| | Total | $15,044.64 |

Wire payments may be sent to the following account:

Bank: Wells Fargo Bank
Address: 204 W Meeker, Kent, WA 98032
ABA/Routing #: 121000248
Account #: 0033022633 Bankruptcy Management Corporation

*Invoice Due Upon Receipt*



**bmc**
Bankruptcy Management Corporation
6096 Upland Terrace South
Seattle, WA 98118
(206) 725-5405

WR Grace

Production Date: 9/22/2003
Invoice #: 021-20030922-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Omni 1 Order MF 5732 | 12 / 69 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class (at cost) | 69 Pieces @ $.60 each | $41.40 |
| | | | Production | Copy | 828 Pieces @ $.15 each | $124.20 |
| | | | | Stuff/Mail | 69 Pieces @ $.10 each | $6.90 |
| | | | Supplies | InkJet Envelopes | 69 Pieces @ $.10 each | $6.90 |
| Noticing Document | Omni 2 Order MF 5733 | 110 / 772 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class (at cost) | 756 Pieces @ $2.44 each | $1,844.64 |
| | | | | USPS - International (at cost) | 4 Pieces @ $7.55 each | $30.20 |
| | | | | USPS - MX/CA (at cost) | 12 Pieces @ $4.00 each | $48.00 |
| | | | Production | Copy | 84920 Pieces @ $.15 each | $12,738.00 |
| | | | | Stuff/Mail | 772 Pieces @ $.10 each | $77.20 |
| | | | Supplies | InkJet Envelopes | 772 Pieces @ $.10 each | $77.20 |

**Total Due:** $15,044.64

*Invoice Due Upon Receipt*