UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| W. R. GRACE & CO., et al., | : C.A. No. 01-01139 (JKF) |
| | : Jointly Administered |
| Debtors. | : |
| | : |

**NOTICE OF SUBSTITUTION OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS PURSUANT TO §1109 (b) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 9010 AND 2002**

**PLEASE TAKE NOTICE** that Mary M. MaloneyHuss, Esquire is hereby withdrawing as counsel for General Electric Corporation and should be removed from all service lists, including the court's electronic notification list, in the above captioned case.

By: _/s/ Mary M. MaloneyHuss_
Mary M. MaloneyHuss (No. 2960)
Wolf, Block, Schorr and Solis-Cohen LLP
Wilmington Trust Center
1100 N. Market Street
Suite 1001
Wilmington, DE 19801
Phone: (302) 777-0305
Facsimile: (302) 777-5863
E-mail: mmaloneyhuss@wolfblock.com

**PLEASE TAKE FURTHER NOTICE** that the following person should be substituted for Mary M. MaloneyHuss, Esquire as counsel for General Electric Corporation and should be added to all service lists, including the court's electronic notification list, in the above-captioned case:

DSW:46225.1/GEN105-154952

Todd C. Schiltz, Esquire
WOLF, BLOCK, SCHORR and SOLIS-COHEN LLP
Wilmington Trust Center
1100 N. Market Street
Suite 1001
Wilmington, DE 19801
Phone: (302) 777-0312
Facsimile: (302) 778-7812
E-mail: tschiltz@wolfblock.com

Wilmington, Delaware
Dated: February 19, 2004

Respectfully Submitted,

Wolf, Block, Schorr and Solis-Cohen LLP

By: _____
Todd C. Schiltz (No. 3253)
Wilmington Trust Center
1100 N. Market Street
Suite 1001
Wilmington, DE 19801
Phone: (302) 777-0312
Facsimile: (302) 778-7812
E-mail: tschiltz@wolfblock.com

Attorneys for General Electric Corporation