**NO ORDER REQUIRED**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Due by: February 18, 2004 at 4:00 p.m.** |
| | ) | **Hearing Date:  Hearing will be held if necessary.** |

**CERTIFICATION OF NO OBJECTION
REGARDING DOCKET NO.  5014**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the Twenty-Ninth Interim Application of Bilzin, Sumberg, Baena, Price & Axelrod, LLP (the "Applicant") for Compensation for Services Rendered and Reimbursement of Expenses for the Period From November 1, 2003 through November 30, 2003 ("the Application").   The undersigned further certifies that the Court's docket in this case reflects that no answer, objection or other responsive pleading to the Application has been filed.  Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than February 18, 2004.

Pursuant to the Amended Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members ("the Order") dated April 17, 2002, the Debtors are authorized to pay the Applicant $8,432.00 which represents 80% of the fees ($10,540.00) and $263.59, which represents 100% of the expenses requested in the Application for the period November 1, 2003 through November 30, 2003, upon the filing of this certification and

without the need for entry of a Court order approving the Application.

          FERRY, JOSEPH & PEARCE, P.A.

          /s/ Theodore J. Tacconelli
          Michael B. Joseph (No. 392)
          Theodore J. Tacconelli (No. 2678)
          824 Market Street, Suite 904
          P.O. Box 1351
          Wilmington, DE. 19899
          (302) 575-1555

          Local Counsel to the Official Committee of Asbestos Property Damage Claimants

          -and-

          Scott L. Baena, Esquire
          Jay M. Sakalo, Esquire
          Allyn S. Danziesen
          BILZIN, SUMBERG, BAENA, PRICE & AXELROD, LLP
          2500 Wachovia Financial Center
          200 South Biscayne Boulevard
          Miami, FL 33131-2336
          (305) 374-7580

          Counsel to the Official Committee of Asbestos Property Damage Claimants

Dated: February 19, 2004