## CERTIFICATE OF SERVICE

      I, Theodore J. Tacconelli, Esquire, hereby certify that on this 19th day of February, 2004, I caused one copy of the foregoing Certification of No Objection Regarding Docket No. 5014 to be served upon the following parties in the manner indicated:

    SEE ATTACHED SERVICE LIST

    Upon penalty of perjury I declare that the foregoing is true and correct.

                                             /s/ Theodore J. Tacconelli
                                            Theodore J. Tacconelli, Esquire (No. 2678)

SERVICE LIST

**By Hand Delivery:**

Frank J. Perch, III, Esquire
Office of the U.S. Trustee
844 King Street, Room 2207
Wilmington, DE 19801

Laura Davis Jones, Esquire
Pachulski, Stang, Ziehl, Young, Jones
& Weintraub, P.C.
919 Market Street, Suite 1600
Wilmington, DE 19801

Marla Rosoff Eskin, Esquire
Campbell & Levine, LLC
1201 N. Market Street, 15th Fl.
Wilmington, DE 19801

Michael R. Lastowski, Esquire
Duane Morris, LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801-1246

Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

Teresa K.D. Currier, Esquire
Klett Rooney Leber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801

**By First Class Mail:**

Warren H. Smith
Warren H. Smith and Associates, P.C.
Republic Center
325 N. St. Paul, Suite 4080
Dallas, TX 75201

David B. Siegel, Esquire
Sr. V.P. and Gen. Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

James H.M. Sprayregen, Esquire
James W. Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL  60601

Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 36th Floor
New York, NY  10022

J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

Lewis Kruger, Esquire
Stroock Stroock and Lavan
180 Maiden Lane
New York, NY 10038-4982

Scott L. Baena, Esquire
Bilzin Sumberg Baena Price & Axelrod
First Union Financial Center
200 South Biscayne Blvd., Suite 2500
Miami, FL 33131

Philip Bently, Esquire
Kramer, Levin, Naftalis & Frankel LLP
919 Third Avenue
New York, NY 10022