IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

## AMENDED NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON FEBRUARY 23, 2004 AT 12:00 P.M. BEFORE THE HONORABLE JUDITH K. FITZGERALD

## CONTINUED MATTERS

1.    Motion of Neutrocrete Products, Inc. ("Movant") for Relief from Stay Under Section 362 of the Bankruptcy Code (Docket No. 4691)

    Related Documents:

        a.    [Proposed] Order for Relief From Automatic Stay (Docket No. 4691)

    Response Deadline: January 9, 2004 at 4:00 p.m. (extended to March 5, 2004 for Debtors)

---

[1]   The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Responses Received:

    a.    Debtors' Response to Motion of Neutrocrete Products, Inc. for Relief from Stay Under Section 362 of the Bankruptcy Code (Docket No. TBD)

Status:  The parties request that this matter be continued to the omnibus hearing on March 22, 2004 at 12:00 p.m.

## UNCONTESTED MATTERS

2.    Debtors' Motion for an Order Authorizing the Restructuring of Stock and Debt Interests in Certain Foreign Subsidiaries (Docket No. 4858)

    Related Documents:

    a.    [Proposed] Order Authorizing the Restructuring of Stock and Debt Interests in Certain Foreign Subsidiaries (Docket No. 4858)

    b.    Certification of Counsel Regarding Docket No. 4858 (Docket No. 4994)

Response Deadline: January 9, 2004 at 4:00 p.m. *(Extended for the Creditors' Committee pending further discussions)*

Responses Received: None as of the date of this Notice of Agenda.

Status:  This matter is unopposed.  The Creditors' Committee, however, has requested certain changes to the proposed form of order.  The Debtors have submitted a revised form of order addressing the Creditors' Committee's requested changes via certification of counsel and request that the revised order attached thereto be approved.

3.    Motion of Caterpillar Financial Services Corporation to Compel Payment of Administrative Expenses and for Relief from the Automatic Stay or in the Alternative for Adequate Protection (Docket No. 3009)

    Related Documents:

    a.    [Proposed] Order regarding Docket No. 3009 (Docket No. 3009)

    b.    [Proposed] Stipulation and Agreed Order Resolving the Motion of Caterpillar Financial Services Corporation to Compel Payment of Administrative Expenses and for Relief from the Automatic Stay or in the Alternative for Adequate Protection (Docket No. 5110)

Response Deadline: Extended through December 22, 2003 at 4:00 p.m. for the Debtors

Responses Received:

    a.    Debtors' Objection to the Motion of Caterpillar Financial Services Corporation to Compel Payment of Administrative Expenses and for Relief from Automatic Stay or in the Alternative for Adequate Protection (Docket No. 4907)

Status: This matter has been resolved. The settlement reached by the parties is set forth in the Stipulation and Order referenced above as item "b" in Related Documents. Accordingly, the parties request that the Court enter the Stipulation and Order.

## CONTESTED MATTERS

4.    Motion of Debtors for Limited Waiver of Del.Bankr.LR 3007-1 for the Purpose of Streamlining Objections to Certain Claims Filed Pursuant to the Bar Date Order (Docket No. 4853)

Related Documents:

    a.    [Proposed] Order Granting Limited Waiver of Del.Bankr.LR 3007-1 for the Purpose of Streamlining Objections to Certain Claims Filed Pursuant to the Bar Date Order (Docket No. 4853)

Response Deadline: January 9, 2004 at 4:00 p.m.

Responses Received:

    a.    Objection of the Official Committee of Asbestos Property Damage Claimants to Motion of Debtors for Limited Waiver of Del. Bankr. LR 3007-1 for Purposes of Streamlining Objections to Asbestos Property Damage Claims (Docket No. 4908)

    b.    Debtors' Motion for Leave to File Debtors' Reply to the Property Damage Committee's Objection to Debtors' Motion for Limited Waiver of Del.Bankr.LR 3007-1 for the Purpose of Streamlining Objections to Certain Claims Filed Pursuant to the Bar Date Order (Docket No. 4949)

    i.    Debtors' Reply to the Property Damage Committee's Objection to Debtors' Motion for Limited Waiver of Del.Bankr.LR 3007-1 for the Purpose of Streamlining Objections to Certain Claims Filed Pursuant to the Bar Date Order (Docket No. 4949)

**Status: This matter will be continued until March 22, 2004 at 12:00 p.m.**

5.    Motion of Yessenia Rodriguez and Carlos Nieves Relief From the Stay Provided By 11 U.S.C. §362 of the Bankruptcy Code (Docket No. 3707)

Related Documents:

a.    [Proposed] Order (Docket No. 3707)

Response Deadline:  May 11, 2003 at 4:00 p.m. *(Extended until July 11, 2003 at 4:00 p.m.)*

Responses Received:

a.    Debtor's Objection to Yessenia Rodriguez's and Carlos Nieves' Motion to Lift Automatic Stay (Docket No. 4046)

Status:  This matter will be going forward.

6.    Motion of Oldcastle APG Northeast, Inc. D/B/A Foster-Southeastern for Relief from Stay Under Section 362 of the Bankruptcy Code (Docket No. 4458)

Related Documents:

a.    [Proposed] Order Granting Motion of Oldcastle APG Northeast, Inc. D/B/A Foster-Southeastern for Relief from Stay Under Section 362 of the Bankruptcy Code (Docket No. 4458)

Response Deadline: October 10, 2003 at 4:00 p.m.

Responses Received:

a.    Debtors' Objection to Oldcastle's APG Northeast, Inc. D/B/A Foster-South Eastern Motion for Relief from Stay Under Section 362 of the Bankruptcy Code (Docket No. 4570)

Status:  The parties will submit a stipulation resolving this matter at the hearing.  The motion will be continued until the settlement reached has been effectuated, at which time the motion will be withdrawn.  In the event that the settlement reached is breached, the movant may re-notice the motion for hearing.

7.    Motion to Compel *[filed by: Wesconn Co., Inc. and FUS, Inc.] (Docket No. 4577)*

Related Documents:

a.    [Proposed] Order (Docket No. 4577)

Response Deadline: October 31, 2003 at 4:00 p.m.

Responses Received:

    a.    Debtors' Objection to Wesconn Co., Inc.'s and FUS, Inc.'s Motion to Compel (Docket No. 4645)

Status: This matter will be going forward.

8.    Royal Indemnity Company's Motion for Leave to File a Late Proof of Claim (Docket No. 4667)

Related Documents:

    a.    [Proposed] Order Granting Royal Indemnity Company's Motion for Leave to File a Late Proof of Claim (Docket No. 4667)

    b.    Debtors' Brief Outlining the Application of the "Excusable Neglect Standard" to Mistakes of Law Regarding Royal's Motion to File a Late Proof of Claim (Docket No. 4901)

Response Deadline for Brief: Extended to January 27, 2004 for Royal

Responses Received:

    a.    Debtors' Objection to Royal Indemnity Company's Motion for Leave to File a Late Proof of Claim (Docket No. 4749)

    b.    Objection of the Official Committee of Asbestos Property Damage Claimants to Royal Indemnity Company's Motion for Leave to File a Late Proof of Claim (Docket No. 4757)

    c.    Objection of Carol Gerard, et al. to Royal Indemnity Company's Motion for Leave to File a Late Proof of Claim (Docket No. 4758)

    d.    Joinder of the Official Committee of Asbestos Claimants in the Debtors' Objection to Royal Indemnity Company's Motion for Leave to File Late Proof of Claim (Docket No. 4760)

    e.    Royal Indemnity Company's Reply to Objections (D.I. 4749, 4757, 4758, 4760) and in Further Support of Royal's Motion for Leave to File a Late Proof of Claim (D.I. 4667) (Docket No. 4788)

    f.    Response to Debtor's Brief Outlining "Excusable Neglect Standard" With Regard to Mistakes of Law and in Further

Support of Royal's Motion for Leave to File a Late Proof of Claim (Docket No. 5031)

Status: The Court heard argument on this matter at the December 15, 2003 hearing. At such hearing the Court invited counsel for the Debtors to brief the issue of whether a mistake of law is treated differently than a mistake of fact when considering excusable neglect. The Debtors have briefed this issue and Royal has filed a responsive brief. This matter will be going forward.

9. Plaintiffs' Motion Requesting an Order (i) Finding Counsel for Gerard in Contempt of Court and (ii) Staying Certain Proceedings Pending Appeal (Adv. Pro. No. 01-771, Docket No. 183)

Related Documents:

a. [Proposed] Order Finding Counsel for Gerard in Contempt of Court and (ii) Staying Certain Proceedings Pending Appeal (Adv. Pro. No. 01-771, Docket No. 183)

b. [Signed] Order Dismissing Motion Without Prejudice (Docket No. 4932)

Response Deadline: January 9, 2003 at 4:00 p.m.

Responses Received:

a. Joinder in W. R. Grace's Motion Requesting an Order Finding Counsel for Gerard in Contempt of Court (Docket No. 4915)

b. Response of Continental Casualty Company to the Debtors' Motion Requesting an Order (i) Finding Counsel for Gerard in Contempt of court and (ii) Staying Certain Proceedings Pending Appeal (Docket No. 4918 and Adv. Pro. No. 01-771, Docket No. 182).

c. Opposition of Libby Counsel to Debtors' Motion Requesting an Order (i) Finding Counsel for Gerard in Contempt of court and (ii) Staying Certain Proceedings Pending Appeal (Docket No. 4913)

d. Response to Debtors' Motion Requesting an Order (i) Finding Counsel for Gerard in Contempt of Court and (ii) Staying Certain Proceedings Pending Appeal (Docket No. 4918)

e. Debtors' Response to the Opposition of Libby Counsel to Debtors' Motion Requesting and Order Finding Counsel for Gerard in Contempt of Court (Adv. Pro. No. 01-771, Docket No. 187)

f.    **Joinder in W. R. Grace's Motion Requesting an Order Finding Counsel for Gerard in Contempt of Court [D.I. 4859] (Adv. Pro. No. 01-771, Docket No. 184)**

g.    **Opposition of Libby Victims and Libby Counsel to Debtors' Motion for Contempt and Stay (Adv. Pro. No. 185)**

Status: This matter will be going forward.

## OMNIBUS CLAIM OBJECTIONS

10.    Debtors' First Omnibus Objection to Claims (Substantive) (Docket No. 4088)

Related Documents:

a.    Declaration of David B. Siegel in Support of Debtors' First Omnibus Objection to Claims (Substantive) (Docket No. 4105)

Response Deadline: August 8, 2003 at 4:00 p.m.

Responses Received:

a.    Letter Response of Pipeline Services Inc. (Docket No. TBD)

Status: The Court has previously entered an order resolving the claim objections included in the Debtors' First Omnibus Objection to Claims, with the exception of the claim of Pipeline Services Inc. This objection as to the Pipeline Services claim will go forward.

11.    Debtors' Second Omnibus Objection to Claims (Non-Substantive) (Docket No. 4089)

Related Documents:

a.    Declaration of David B. Siegel in Support of Debtors' First Omnibus Objection To Claims (Non-Substantive) (Docket No. 4106)

Response Deadline: August 8, 2003 at 4:00 p.m.

Responses Received: None.

Status: All objections have been resolved and an order regarding the same will be submitted under certification of counsel.

**STATUS**

12.   Status conference to establish oral argument date for summary judgment motions
      filed in *W.R. Grace & Co.-Conn. v. National Union Fire Insurance Co. of
      Pittsburgh, PA, et al.*, Adv. Pro. No. 02-01657.

13.   Status conference on Exxon Mobile Motion for Summary Judgment (Adv. Pro. No.
      01-771)

Dated: February 19, 2004

KIRKLAND & ELLIS LLP
James H.M. Sprayregen, P.C.
Janet S. Baer
James W. Kapp, III
Christian J. Lane
Samuel L. Blatnick
200 East Randolph Drive
Chicago, Illinois 60601
(312) 861-2000

and

PACHULSKI, STANG, ZIEHL, YOUNG, JONES &
WEINTRAUB P.C.

Laura Davis Jones (Bar No. 2436)
David W. Carickhoff, Jr. (Bar No. 3715)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400

Co-counsel for Debtors and Debtors in Possession