## Warren H. Smith & Associates, P.C.

325 North St. Paul Street
Suite 4080
Dallas, TX  75201

---

*Invoice submitted to:*
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044


November 30, 2003

In Reference To:   Bankruptcy Fee Audit Case #01-1139 (JKF)

Invoice #    10470

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 11/3/2003 | JAW | detailed review of Lukins July, 2003, monthly invoice (0.7); draft summary of same (0.1). | 0.80 | 108.00 |
|  | AV | Update database with 2/4/03 - 2/28/03 Monthly Invoice for Deloitte (.1); 09.03 Monthly Invoice for Pachulski (.1) | 0.20 | 8.00 |
|  | JAW | detailed review of Pachulski July, 2003, monthly invoice (0.3); draft summary of same (0.1). | 0.40 | 54.00 |
|  | JAW | detailed review of Pachulski August, 2003, monthly invoice (0.3); draft summary of same (0.1). | 0.40 | 54.00 |
|  | JAW | detailed review of Carella September, 2003, monthly invoice (0.4); draft summary of same (0.1). | 0.50 | 67.50 |
| 11/5/2003 | AV | draft for Stroock 9th Int. Fees by Project Category Spreadsheet (.2); draft for Tersigni 9th Int. Fees by Project Category Spreadsheet (.2) | 0.40 | 16.00 |
|  | AV | Update database with 08.03 Monthly Invoice for Richardson (.1); 08.03 Monthly Invoice for PWC (.1) | 0.20 | 8.00 |
| 11/6/2003 | WHS | receive and review 4 misc pleadings | 0.10 | 27.50 |

W.R. Grace & Co.                      Page  2

| Date | Initials | Description | Hours | Amount |
|---|---|---|---:|---:|
| 11/7/2003 | AV | Update database with 04.03 - 06.03 9th Int. Invoice for Bilzin (.1); 08.03 Monthly Invoice for Casner (.1); 09.03 Monthly Invoice for Woodcock (.1); 08.03 Monthly Invoice for Pitney (.1); 09.03 Monthly Invoice for Wallace (.1); 09.03 Monthly Invoice for Kirkland (.1) | 0.60 | 24.00 |
| | SLB | draft multiple e-mails to Pachulski and Steptoe re. 9th Int. Steptoe app.- (.9) ; e-mails to Bilzin and Hamilton (.7) | 1.60 | 176.00 |
| | SLB | complete review of application and begin draft of 9th Int. Final Report - Steptoe (2.2) | 2.20 | 242.00 |
| 11/9/2003 | JAW | detailed review of Richardson August, 2003, monthly invoice (1.2); draft summary of same (0.1). | 1.30 | 175.50 |
| 11/10/2003 | JAW | detailed review of FTI August, 2003, monthly invoice (0.9); draft summary of same (0.1). | 1.00 | 135.00 |
| | JAW | detailed review of Wallace September, 2003, monthly invoice (1.3); draft summary of same (0.2). | 1.50 | 202.50 |
| | AV | draft for Wachtell for 9th Int. Fees by Project Category Spreadsheet (.1); draft for Wallace for 9th Int. Fees by Project Category Spreadsheet (.2); draft for Woodcock for 9th Int. Fees by Project Category Spreadsheet (.2) | 0.50 | 20.00 |
| | AV | draft for BMC for 9th Int. Fees by Project Category Spreadsheet (.1); draft for Pitney for 9th Int. Fees by Project Category Spreadsheet (.2); draft for Steptoe for 9th Int. Fees by Project Category Spreadsheet (.2) | 0.50 | 20.00 |
| | AV | Update database with 08.03 Monthly Invoice for Elzufon (.1); 09.03 Monthly Invoice for Caplin (.1); 09.03 Monthly Invoice for Campbell (.1) | 0.30 | 12.00 |
| | PGS | Preparation of October 2003 Monthly Invoice for WHS | 0.50 | 40.00 |
| | SLB | begin review and compilation of fee and expense chart for Dec. 15 fee hearing (3.7) | 3.70 | 407.00 |
| | SLB | telephone conference with L. Flores - Bilzin re 9th Int. app. (.4) | 0.40 | 44.00 |
| | SLB | complete draft of 9th Int. Final Report - Steptoe (2.8) | 2.80 | 308.00 |

W.R. Grace & Co. Page 3

| | | | Hours | Amount |
|---|---|---|---|---|
| 11/10/2003 | JAW | detailed review of Tersigini August, 2003, monthly invoice (1.1); draft summary of same (0.1). | 1.20 | 162.00 |
| 11/11/2003 | SLB | detailed review of 9th Int. quarterly apps. of Bilzin and Hamilton (1.7) | 1.70 | 187.00 |
| | SLB | telephone conference with L. Flores re 9th Int. responses to IRs for Bilzin and Hamilton (.2) ; telephone conference with Betsy Burn of Nelson Mullins re. 9th Int. project category spreadsheet (.2) | 0.40 | 44.00 |
| | SLB | begin review and compilation of 9th Int. project category spreadsheet (3.7) | 3.70 | 407.00 |
| | PGS | Electronic filing with court of October 2003, Monthly Invoice for WHS | 0.10 | 8.00 |
| | JAW | detailed review of KIrkland September, 2003, monthly invoice (1.5); draft summary of same (0.1). | 1.60 | 216.00 |
| | WHS | detailed review of Steptoe 9th Int FR | 0.10 | 27.50 |
| | SLB | draft e-mails to Holme Roberts and Nelson Mullins re 9th Int. project category spreadsheet (.5) | 0.50 | 55.00 |
| 11/12/2003 | AV | draft for Holme for 9th Int. Fees by Project Category Spreadsheet (.1); draft for Nelson for 9th Int. Fees by Project Category Spreadsheet (.1); draft for Bilzin for 9th Int. Fees by Project Category Spreadsheet (.1) | 0.30 | 12.00 |
| | AV | Update database with 09.03 Monthly Invoice for Reed (.1); 09.03 Monthly Invoice for Legal (.1) | 0.20 | 8.00 |
| | SLB | draft e-mail to K&E and Pachulski re 9th Int. fee charts (.6) | 0.60 | 66.00 |
| | SLB | edit 9th Int. initial reports - Bilzin andHamilton (.8) ; begin 9th Int. Final Reports - Bilzin & Hamilton (2.3) ; continue compilation of 9th Int. fee and expense chart (2.2) ; update Grace status chart (.5) | 5.80 | 638.00 |
| | DTW | Review initial report for Bilzin (.1). | 0.10 | 14.50 |
| 11/13/2003 | SLB | continue preparation of 9th Int. fee and expense charts for Dec. 15th fee hearing (5.4) | 5.40 | 594.00 |

W.R. Grace & Co.                                                                                                                     Page     4

|  |  |  | **Hours** | **Amount** |
|---|---|---|---:|---:|
| 11/13/2003 | SLB | draft e-mails to T. Wallace - K&E and D. Carickhoff - Pachulski re 9th Int. fee and expense charts (.9) | 0.90 | 99.00 |
|  | JBA | Electronic filing with court of Final Report re: Steptoe 9th Interim | 0.20 | 8.00 |
| 11/14/2003 | SLB | continue formulation of 9th Int. fee and expense charts and category spreadsheet (6.2) | 6.20 | 682.00 |
|  | SLB | telephone conference with T. Wallace - K&E re 9th Int. fee and expense charts (.4) | 0.40 | 44.00 |
|  | YTG | detailed review of June 03 monthly inv. for Caplin & Drysdale for similar expenses | 0.10 | 15.00 |
|  | AV | Update database with 09.03 Monthly Invoice for Casner (.1); 09.03 Monthly Invoice for Elzufon (.1); 04.03 - 06.03 9th Int. Invoice for Steptoe (.1) | 0.30 | 12.00 |
|  | AV | draft for Hamilton for 9th Int. Fees by Project Category Spreadsheet (.1) | 0.10 | 4.00 |
|  | JAW | detailed review of Reed Smith September, 2003, monthly invoice (0.40); draft summary of same (0.1) | 0.50 | 67.50 |
| 11/17/2003 | SLB | draft multiple e-mails to L. Flores - Bilzen re 9th Int. responses for Bilzen and Hamilton (.7) ; e-mail draft of fee/expense chart to T. Wallace at K&E (.4) | 1.10 | 121.00 |
|  | JBA | Electronic filing with court of Final Reports re: Bilzin 9th Int (.2), and Hamilton 9th Int (.2) | 0.40 | 16.00 |
|  | SLB | complete draft of 9th Int. Final Report - Hamilton (1.8) ; complete draft of 9th Int. Final Report- Bilzen (3.1) | 4.90 | 539.00 |
|  | SLB | continue compilation and review of 9th Int. fee and expense charts and category spreadsheet (2.2) | 2.20 | 242.00 |
|  | WHS | revise  Bilzin 9th Int FR | 0.20 | 55.00 |
|  | WHS | detailed review of Hamilton 9th Int FR | 0.10 | 27.50 |

W.R. Grace & Co.                                                                                                              Page      5

|            |     |                                                                                                                                                                   | **Hours** | **Amount** |
|------------|-----|-------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----------|------------|
| 11/18/2003 | JBA | Update database with Wallace King 10th Interim app and e-detail                                                                                                   | 0.10      | 4.00       |
|            | SLB | complete compilation and review of 9th Int. fee and expense charts (7.7)                                                                                          | 7.70      | 847.00     |
| 11/19/2003 | KPW | research regarding WR Grace Final Report Matrix                                                                                                                   | 1.10      | 143.00     |
|            | SLB | telephone conference with T. Wallace - K&E re 9th Int. spreadsheet (.4) ; telephone conference with M. Flax - Carella re 9th Int. Final Report and spreadsheet (.4) | 0.80      | 88.00      |
|            | SLB | draft e-mail to T. Wallace - K&E re. 9th Int. spreadsheet (.3) ; create global e-mail list for Grace applicants and send 9th Int. spreadsheet to all (2.4)        | 2.70      | 297.00     |
|            | SLB | draft corrections to 9th Int. Project Category Spreadsheet (3.5)                                                                                                  | 3.50      | 385.00     |
| 11/20/2003 | JBA | conference with S. Bossay and re-formatting of Project Category spreadsheet applying applicant changes                                                            | 2.00      | 80.00      |
|            | JBA | Electronic filing with court of Amnd Final Report re: Carella 9th Interim                                                                                         | 0.30      | 12.00      |
|            | WHS | revise AMENDED Carella 9th Int FR                                                                                                                                 | 0.10      | 27.50      |
|            | SLB | draft e-mail to all applicants regarding billing rates (.7)                                                                                                       | 0.70      | 77.00      |
|            | SLB | complete draft of 9th Int. Amended Final Report - Carella (1.4) ; edit and correct 9th Int. and past interims of Project Category Spreadsheet (6.0)               | 7.40      | 814.00     |
|            | JAW | detailed review of Caplin July 1 - September, 2003 monthly invoice (0.3); draft summary of same (0.1)                                                             | 0.40      | 54.00      |
| 11/21/2003 | JBA | conference with A. Volfson re: Project Category spreadsheet calculation formatting                                                                                | 0.20      | 8.00       |
|            | AV  | Update database with 07.03 - 09.03 10th Int. Monthly Invoice for Holme (.1)                                                                                       | 0.10      | 4.00       |

W.R. Grace & Co.     Page 6

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| 11/21/2003 | SLB | draft e-mail to Casner, Legal Analysis, Tersigni, Carella, Bilzin re Project Category Spreadsheet (.8) | 0.80 | 88.00 |
| | SLB | Continue draft and revisions of 9th Int. Project Category Spreadsheet (4.3) | 4.30 | 473.00 |
| | SLB | telephone conference with S. Jones - Conway re 9th and 10th Int. due dates (.3) ; telephone conference with D. Lang - PwC re. office address and filing of app. (.2) ; telephone conference with D. Carickhoff - Pachulski re 9th Int. fee hearing (.3) | 0.80 | 88.00 |
| 11/24/2003 | SLB | edit and review 9th Int. Project Category Spreadsheet (2.8) | 2.80 | 308.00 |
| | YTG | detailed review of Caplin & Drysale July 2003 invoice for any similarities with any other applicants | 0.10 | 15.00 |
| | JAW | detailed review of Richardson September, 2003 invoice (0.9); draft summary of same (0.2) | 1.10 | 148.50 |
| 11/25/2003 | SLB | draft e-mail re 9th Int. spreadsheet and fee and expense charts to all applicants (.7) ; e-mail same plus complete Exhibit A to Pachulski (.4) | 1.10 | 121.00 |
| | SLB | edit 9th Int. Project Category spreadsheet (2.2) ; edit 9th Int. Fee and Expense charts (1.4) | 3.60 | 396.00 |
| | JBA | draft Final version of 9th Interim Project Category spreadsheet | 0.70 | 28.00 |
| 11/26/2003 | SLB | exchange three e-mails with D. Relles - Legal Analysis (.6) ; D. Carikhoff - Pachulski (.4) ; P. Zilly - Blackstone (.4) ; G. Levin - Woodcock (.3) ; A. Muha - Reed Smith (.3) re 9th Int. fee and expense chart | 2.00 | 220.00 |
| | AV | Update database with 07.03 - 09.03 10th Int. Invoice for Campbell (.1); 07.03 - 09.03 10th Int. Invoice for Legal (.1); 04.03 - 06.03 9th Int. Invoice for Hamilton (.1); 07.03 - 09.03 10th Int. Invoice for Kirkland (.1); 09.03 Monthly Invoice for PWC (.1); 07.03 - 09.03 10th Int. Invoice for PWC (.1) | 0.60 | 24.00 |
| | AV | Update database with 07.03 - 09.03 10th Int. Invoice for Reed (.1); 07.03 - 09.03 10th Int. Invoice for Tersigni (.1); 10.03 Monthly Invoice for Pitney (.1); 09.03 Monthly Invoice for Pitney (.1); 07.03 - 09.03 10th Int. Invoice for Klett (.1); 07.03 - 09.03 10th Int. Invoice for Caplin (.1) | 0.60 | 24.00 |

W.R. Grace & Co.  Page 7

| | | | Hours | Amount |
|---|---|---|---:|---:|
| 11/26/2003 | WHS | receive and review 7 misc pleadings | 0.10 | 27.50 |
| 11/28/2003 | JAW | detailed review of Tersigini September 2003 monthly invoice (1.3); draft summary of same (0.1) | 1.40 | 189.00 |
| | JAW | detailed review of Carella October 2003 monthly invoice (0.6); draft summary of same (0.1) | 0.70 | 94.50 |

**For professional services rendered**                                     107.00   **$11,605.00**

Additional Charges :

| | Price | |
|---|---:|---:|
| Third party copies & document prep/setup of Final Report of Kirkland for the period 04/01/03 - 06/30/03 | 46.25 | 46.25 |
| Third party copies & document prep/setup of Final Report of Hamilton and Bilzin for the period 04/01/03 - 06/30/03 | 29.88 | 29.88 |
| Third party copies & document prep/setup of Initial Report of Hamilton and Bilzin for the period 04/01/03 - 06/30/03; Final Report of Steptoe for the period 04/01/03 - 06/30/03 | 13.34 | 13.34 |
| Third party copies & document prep/setup of Monthly Invoice of WHS for October 2003 | 28.66 | 28.66 |

**Total costs**                                     **$118.13**

**Total amount of this bill**                                     **$11,723.13**

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---:|---:|---:|
| Alayne Volfson | 4.90 | 40.00 | $196.00 |
| Doreen T Williams | 0.10 | 145.00 | $14.50 |
| James A Wehrmann | 12.80 | 135.00 | $1,728.00 |
| Jeff B. Allgood | 3.90 | 40.00 | $156.00 |
| Kevin P Wright | 1.10 | 130.00 | $143.00 |
| Priscilla G Stidham | 0.60 | 80.00 | $48.00 |

W.R. Grace & Co. Page 8

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Stephen L. Bossay | 82.70 | 110.00 | $9,097.00 |
| Warren H Smith | 0.70 | 275.00 | $192.50 |
| Yolanda T. Guzman | 0.20 | 150.00 | $30.00 |