**Warren H. Smith & Associates, P.C.**
325 North St. Paul Street
Suite 4080
Dallas, TX  75201

*Invoice submitted to:*
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044

December 31, 2003

In Reference To:   Bankruptcy Fee Audit Case #01-1139 (JKF)

Invoice #   10484

Professional Services

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---:|---:|
| 12/1/2003 | SLB | telephone conference with S. Caban - Duane Morris re 9th Int. spreadsheet (.3) ; telephone conference with D. Carickhoff - Pachulski re spreadsheet and fee and expense charts (.4) ; telephone conference with K. Garcia - Richardson re spreadsheet (.3) | 1.00 | 110.00 |
|  | SLB | draft edits to 9th Int. spreadsheet (1.2) | 1.20 | 132.00 |
| 12/2/2003 | JAW | detailed review of Kirkland & Ellis October, 2003, monthly fee statement (2.5); draft summary of same (0.2) | 2.70 | 364.50 |
|  | SLB | research regarding total 10th Int. fees and expenses for Will Sparks - WR Grace (6.3) | 6.30 | 693.00 |
|  | SLB | complete final edits on 9th Int. Project Category Spreadsheet and e-mail spreadsheet and fee and expense charts to Dave Carickhoff - Pachulski (2.2) | 2.20 | 242.00 |
| 12/3/2003 | AV | Update database with 09.03 Monthly Invoice for Tersigni (.1); 10.03 Monthly Invoice for Carella (.1) | 0.20 | 8.00 |
|  | AV | Update database with 10.03 Monthly Invoice for Kirkland (.1); 10.03 Monthly Invoice for Klett (.1); 07.03 - 09.03 10th Int. Invoice for Casner (.1); 09.03 Monthly Invoice for Kramer (.1); 07.03 - 09.03 10th Int. Invoice for Pachulski (.1) | 0.50 | 20.00 |

W.R. Grace & Co.                                                                                                              Page     2

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 12/4/2003 | SLB | telephone conference with P. Cuniff - Pachulski re 9th Int. spreadsheet | 0.40 | 44.00 |
|  | SLB | meeting with Jeff re reformatting of 9th Int. Project Category spreadsheet (.4) | 0.40 | 44.00 |
|  | JBA | Update database with e-detail Caplin 10.03, and Klett 10.03 | 0.10 | 4.00 |
|  | SLB | e-mail to/from D. Carickhoff - Pachulski re 9th Int. spreadsheet (.7) | 0.70 | 77.00 |
| 12/5/2003 | SLB | telephone conferences with P. Cuniff re 9th Int. spreadsheet (.9) | 0.90 | 99.00 |
|  | SLB | draft final edits and proof 9th Int. spreadsheet (1.5) | 1.50 | 165.00 |
|  | JBA | detailed review and reformating of 9th Interim Project Category Spreadsheet (.7), and addition of missing information re: applicants fees and expenses (.2) | 0.90 | 36.00 |
|  | JBA | Update database with FTI 10th Interim App e-detail, and Stroock 10th Interim App e-detail | 0.10 | 4.00 |
| 12/8/2003 | PGS | Preparation of November 2003 Monthly Invoice for WHS | 0.50 | 40.00 |
|  | SLB | review of Final Report applicants' list in preparation of 9th Int. fee hearing (.8) | 0.80 | 88.00 |
| 12/10/2003 | PGS | Preparation of and electronic filing with court of CNO for WHS for October 2003 | 0.20 | 16.00 |
|  | PGS | Electronic filing with court of November 2003, Monthly Invoice | 0.10 | 8.00 |
| 12/11/2003 | KPW | draft CBBG 10th IR | 0.80 | 104.00 |
|  | KPW | detailed review of documents in preparation for drafting CBBG 10th IR | 2.50 | 325.00 |

W.R. Grace & Co.  Page 3

| Date | Initials | Description | Hours | Amount |
|---|---|---|---:|---:|
| 12/11/2003 | JBA | Update database with e-detail for: Wallace King 10.03, Lukins 8.03, Richardson 9.03, Ferry 9.03, and Campbell 10.03 | 0.10 | 4.00 |
| | WHS | receive and review 9 misc pleadings | 0.10 | 27.50 |
| | SLB | complete review and draft of 10th Int. initial report - Bilzin (3.4) ; create 10th Int. Grace status chart (.8) ; begin reviw and draft of 10th Int. initial report - Campbell (2.2) | 6.40 | 704.00 |
| | SLB | draft e-mail to L. Flores - Bilzen re 10th Int. app. (.4) | 0.40 | 44.00 |
| 12/12/2003 | SLB | complete review and draft of 10th Int. Final Report - Campbell (2.3) ; complete review and draft of 10th Int. Final Report - Woodcock (2.6) | 4.90 | 539.00 |
| | KPW | detailed review of documents in preparation for drafting Casner 10th IR | 0.50 | 65.00 |
| | AV | Update database with 09.03 Monthly Invoice for Ferry (.1) | 0.10 | 4.00 |
| 12/13/2003 | KPW | detailed review of documents in preparation for drafting Casner 10th IR | 1.50 | 195.00 |
| | KPW | draft CBBG 10th IR | 0.90 | 117.00 |
| 12/15/2003 | SLB | review of 10th Int. Final Report - Casner (.7) ; final prep on 9th Int. fee hearing (.5) ; prepare file on e-mails re bankruptcy vs. non-bankruptcy billing (.9) ; update 10th Int. Grace status chart (.4) | 2.50 | 275.00 |
| | SLB | draft e-mail to Conway and Reed Smith re billing bankruptcy vs non-bankruptcy (.6) | 0.60 | 66.00 |
| | AV | Update database with 07.03 - 09.03 10th Int. Invoice for Stroock (.1); 07.03 - 09.03 10th Int. Invoice for FTI (.1) | 0.20 | 8.00 |
| | WHS | attend hearing by telephone regarding fee applications | 0.50 | 137.50 |
| | AV | Update database with 11.03 Monthly Invoice for Carella (.1); 10.03 Monthly Invoice for Casner (.1); 10.03 Monthly Invoice for Wallace (.1) | 0.30 | 12.00 |

W.R. Grace & Co. Page 4

| | | | Hours | Amount |
|---|---|---|---:|---:|
| 12/15/2003 | KPW | draft Casner 10th IR | 1.60 | 208.00 |
| | KPW | telephone conference with M. Falx re: CBBG 10th Interim Application | 0.20 | 26.00 |
| | KPW | detailed review of documents in preparation for drafting Kirkland and Ellis 10th IR | 1.20 | 156.00 |
| | KPW | telephone conference with M. Flax at CBBG re: 10th interim application expense issues | 0.40 | 52.00 |
| 12/16/2003 | KPW | draft e-mail to Melissa Flax re: CBBG 10th IR | 0.10 | 13.00 |
| | SLB | begin review and draft of 10th Int. initial report - K&E (1.2) | 1.20 | 132.00 |
| 12/17/2003 | AV | Update database with 10.03 Monthly Invoice for Woodcock (.1) | 0.10 | 4.00 |
| | SLB | telephone conferences (2) with W. Sparks - Grace re 9th Int. fee and expense charts (.4) | 0.40 | 44.00 |
| | JBA | draft addition of applicants to the 9th Interim Fee & Expense chart, including addition of Chambers fees to Stroock's expense chart. | 0.20 | 8.00 |
| | SLB | continue draft of 10th Int. initial report - K&E (1.5) | 1.50 | 165.00 |
| 12/18/2003 | SLB | draft e-mails to/from W. Sparks - Grace and D. Carickhoff - Pachulski re 9th Int. fee and expenses charts (.9) | 0.90 | 99.00 |
| | SLB | telephone conferences (2) with W. Sparks - Grace re 9th Int. charts (.5) ; telephone conferences (2) with D. Carickhoff - Pachulski re same (.5) | 1.00 | 110.00 |
| | SLB | continue draft of 10th Int. initial report - K&E (5.3) | 5.30 | 583.00 |
| 12/22/2003 | AV | Update database with 10.03 Monthly Invoice for Policano (.1); 10.03 Monthly Invoice for Kramer (.1); 07.03 - 09.03 10th Int. Invoice for Kramer (.1); 07.03 - 09.03 10th Int. Invoice for Ferry (.1) | 0.40 | 16.00 |

| W.R. Grace & Co. | | | | Page | 5 |
|---|---|---|---|---:|---:|
| | | | | **Hours** | **Amount** |
| 12/22/2003 | WHS | receive and review 4 misc pleadings | | 0.10 | 27.50 |
| | KPW | PACER research re: CBBG Amended 10th interim Application | | 0.30 | 39.00 |
| 12/23/2003 | KPW | draft CBBG 10th IR | | 0.40 | 52.00 |
| | KPW | detailed review of documents in preparation for drafting of Kirkland & Ellis 10th IR | | 3.10 | 403.00 |
| | AV | Update database with 07.03 - 09.03 10th Int. Invoice for Woodcock (.1); 07.03 - 09.03 10th Int. Invoice for Pitney (.1); 07.03 - 09.03 10th Int. Invoice for Wallace (.1) | | 0.30 | 12.00 |
| 12/24/2003 | JAW | detailed review of FTI Polocano October 2003 monthly invoice (1.0); draft summary of same (0.1) | | 1.10 | 148.50 |
| | SLB | review of 10th Int. initial report - CBBG (2.2) | | 2.20 | 242.00 |
| | KPW | detailed review of documents in preparation for drafting of Kirkland & Ellis 10th IR | | 2.10 | 273.00 |
| | KPW | detailed review of documents in preparation for drafting of Kirkland & Ellis 10th IR | | 1.80 | 234.00 |
| 12/26/2003 | SLB | begin draft of 10th Int. initial report - Reed Smith (3.8) | | 3.80 | 418.00 |
| 12/29/2003 | SLB | complete draft of 10th Int. initial report - Reed Smith (8.3) | | 8.30 | 913.00 |
| | KPW | draft Kirkland & Ellis 10th IR | | 3.90 | 507.00 |
| | KPW | detailed review of documents in preparation for drafting of Pachulski 10th IR | | 3.30 | 429.00 |
| | AV | Update database with 10.03 Monthly Invoice for Stroock (.1); 10.03 Monthly Invoice for Bilzin (.1); 10.03 Monthly Invoice for Ferry (.1) | | 0.30 | 12.00 |

W.R. Grace & Co. Page 6

| | Hours | Amount |
|---|---|---|
| 12/30/2003 KPW draft Pachulski 10th interim IR | 1.30 | 169.00 |

**For professional services rendered** **89.80 $10,316.50**

Additional Charges :

| | Price | |
|---|---|---|
| Third party copies & document prep/setup of Tenth Interim Verified Fee Application of WHS for the period 07/01/03 - 09/30/03 | 107.03 | 107.03 |
| Third party copies & document prep/setup of Amended Final Report of Carella for the period 04/01/03 - 06/30/03 | 18.32 | 18.32 |
| Third party copies & document prep/setup of November 2003 Monthly Invoice of WHS | 32.04 | 32.04 |

**Total costs** **$157.39**

**Total amount of this bill** **$10,473.89**

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Alayne Volfson | 2.40 | 40.00 | $96.00 |
| James A Wehrmann | 3.80 | 135.00 | $513.00 |
| Jeff B. Allgood | 1.40 | 40.00 | $56.00 |
| Kevin P Wright | 25.90 | 130.00 | $3,367.00 |
| Priscilla G Stidham | 0.80 | 80.00 | $64.00 |
| Stephen L. Bossay | 54.80 | 110.00 | $6,028.00 |
| Warren H Smith | 0.70 | 275.00 | $192.50 |