# EXHIBIT B

Invoice #: 08802303
Billing Group: BG20469

## W.R. Grace & Co.
## Hours Spent by Each Person
April 1 through April 30

| Employee | Hours | Billing Rate | Total Fees | Expenses |
|---|---|---|---|---|
| Nick Bubnovich | 14.5 | $575 | $8,338 | $872 |
| Jane Zeis | 16.5 | $425 | $7,013 | 983 |
| Allison Prybylo | 21.3 | $230 | $4,899 | 706 |
| Kathryn O'Neill | 19.8 | $200 | $3,960 | 755 |
| Sarah Mangi | 2.2 | $180 | $396 | 0 |
| Darla Yager | 1.2 | $67 | $80 | 80 |
| ***Total Human Capital Services Fees*** | 75.5 | | $24,685 | $3,396 |
| Michele McGuire | 1.0 | $660 | $660 | $0 |
| Melissa Stephanou | 1.1 | $440 | $440 | 0 |
| ***Total Customs & International Services Fees*** | 2.1 | | $1,100 | $0 |
| Timothy Tuerff | 2.6 | $600 | $1,560 | $0 |
| Bryan Collins | 23 | $600 | $13,800 | 0 |
| J. Keenan | 3.0 | $600 | $1,800 | 0 |
| Sarah Mahn | 13.5 | $475 | $6,413 | 0 |
| ***Total National Tax Services Fees*** | 42.1 | | $23,573 | $0 |
| **TOTAL FEES DUE** | **119.7** | | **$49,357** | **$3,396** |

## Exhibit B
## W.R. Grace Co.
*Daily Fee and Expense Summary*

Invoice #: 08802303
Billing Group: BG20469

| Date | Person | Project Categories | Description | Hours | Billing Rate | Professional Fees | Expenses |
|---|---|---|---|---|---|---|---|
| 4/1/2003 | AP | Kick-Off Meeting Preparation | Discussed next steps in preparing for kickoff meeting with Jane Zeis. | 1.0 | 230 | 230 | |
| 4/1/2003 | BC | NOL Evaluation | Meet w/ Sara Mahn regarding consolidated tax return issues relating to the 10 year carryback of Grace Conn. 1998 NOLs to Grace NY consolidated group. Review and discuss third draft of presentation. | 2.5 | 600 | 1,500 | |
| 4/1/2003 | JZ | Kick-Off Meeting Preparation | Discussed next steps in preparing for the kick off meeting with Allison Prybylo. | 1.0 | 425 | 425 | |
| 4/1/2003 | SM | NOL Evaluation | Meet w/ Bryan Collins regarding consolidated tax return issues relating to the 10 year carryback of Grace Conn. 1998 NOLs to Grace NY consolidated group. Review and discuss third draft of presentation. | 1.5 | 475 | 713 | |
| 4/2/2003 | AP | Kick-Off Meeting Preparation | Met with Katie O'Neill regarding the allocation of the work for the W.R. Grace report. | 1.0 | 230 | 230 | |
| 4/2/2003 | BC | NOL Evaluation | Review and revise third draft of presentation on Grace Conn.'s 1998 NOL Carryback - procedural matters, summary of facts and technical issues. Conference call with S. Mahn and D. Friedel. | 2.0 | 600 | 1,200 | |
| 4/2/2003 | KO | Kick-Off Meeting Preparation | Met with Allison Prybylo regarding the allocation of the work for the W.R. Grace report. | 1.0 | 200 | 200 | |
| 4/2/2003 | SM | NOL Evaluation | Make revisions to third draft of presentation on Grace Conn 1998 NOL Carryback - procedural matters, summary of facts and technical issues. Conference call with B. Collins and D. Friedel. | 2.0 | 475 | 950 | |
| 4/3/2003 | BC | NOL Evaluation | Conference call w/ Elyse Napoli Filon regarding consolidated tax return issues relating to the 10 year carryback of Grace Conn.'s 1998 NOLs to Grace NY's consolidated group, Grace Conn.'s acquisitions, spin-offs, and NOLs and application of the SRLY rules | 4.0 | 600 | 2,400 | |
| 4/3/2003 | SM | NOL Evaluation | Make revisions to presentation on Grace Conn.'s 1998 NOL Carryback - procedural matters, summary of facts and technical issues. | 2.0 | 475 | 950 | |
| 4/4/2003 | JZ | Kick-Off Meeting Preparation | Assisted Allison Prybylo and Katie O'Neill in beginning the report. | 0.5 | 425 | 212.5 | |
| 4/4/2003 | SM | NOL Evaluation | Revisions to third draft of presentation on Grace Conn 1998 NOL Carryback - procedural matters, summary of facts and technical issues. | 1.0 | 475 | 475 | |
| 4/4/2003 | TT | **NOL Evaluation** | Meet w/ B. Collins to discuss IRS strategy on positions contained in the consolidated tax return. | 1.3 | 600.00 | 780 | |
| 4/4/2003 | TT | **NOL Evaluation** | Prepare letter; meet w/ B. Collins to discuss IRS strategy on counsel tax return. | 1.3 | 600.00 | 780 | |
| 4/5/2003 | AP | Kick-Off Meeting Preparation | Reviewed the compensation benchmarking report to pull information for our meeting report. | 0.5 | 230 | 115 | |
| 4/6/2003 | KO | Travel Expenses | Airfare to Baltimore | | | | 355 |
| 4/8/2003 | AP | Kick-Off Meeting Preparation | Met with Katie O'Neill to work on the report. | 1.0 | 230 | 230 | |
| 4/8/2003 | AP | Kick-Off Meeting Preparation | Audited Grace's performed benchmarking against our survey data. | 0.5 | 230 | 115 | |
| 4/8/2003 | BC | **NOL Evaluation** | Conference call w/ D. Friedel and S. Mahn, J. Jones re Grace Conn 1998 NOL Carryback, summary of facts and technical issues. Discuss third draft of presentation. | 2.0 | 600 | 1,200 | |
| 4/8/2003 | KO | Kick-Off Meeting Preparation | Met with Allison Prybylo to work on the report. | 1.0 | 200 | 200 | |
| 4/8/2003 | SM | NOL Evaluation | Conference call w/ D. Friedel and B.Collins, J. Jones re Grace Conn.'s 1998 NOL Carryback, summary of facts and technical issues. Discuss third draft or presentation. | 1.0 | 475 | 475 | |

**Exhibit B**
**W.R. Grace Co.**
*Daily Fee and Expense Summary*

Invoice #: 08802303
Billing Group: BG20469

| Date | Person | Project Categories | Description | Hours | Billing Rate | Professional Fees | Expenses |
|---|---|---|---|---|---|---|---|
| 4/9/2003 | BC | NOL Evaluation | Meet w/ Sara Mahn to review and discuss Grace Conn.'s 10 year calculations. | 2.0 | 600 | 1,200 | |
| 4/9/2003 | KO | Kick-Off Meeting Preparation | Reviewed and edited the report for the 4/22 meeting. | 1.0 | 200 | 200 | |
| 4/9/2003 | SM | NOL Evaluation | Review 10 year NOL carryback calculations and income to offset against in carryback years. Meet w/ B. Collins to discuss calculations. | 0.5 | 475 | 238 | |
| 4/10/2003 | BC | NOL Evaluation | Prepare for conference call w/ client regarding IRS procedural issues relating to Grace Conn.'s 1998 NOL Carryback, summary of facts and technical issues, review third draft of presentation. | 1.0 | 600 | 600 | |
| 4/10/2003 | DY | Kick-Off Meeting Preparation | Coordinated Nick Bubnovich's travel to Baltimore and scheduled follow-up meeting. | 1.2 | 67 | 80 | |
| 4/10/2003 | DY | Travel Expenses | Nick Bubnovich's travel fees | | | | 80 |
| 4/11/2003 | BC | NOL Evaluation | Conf call w/ D. Friedel, M. Passman, J. Jones, C. Sink, D. Nagashige, J. Gibbs, S. Mahn, J. Kennan regarding IRS procedural issues relating to Grace Conn.'s 1998 NOL Carryback, summary of facts and technical issues. | 2.5 | 600 | 1,500 | |
| 4/11/2003 | JK | NOL Evaluation | Prep for conf call; participation on conference call w/ B.Collins and client regarding IRS procedural issues relating to Grace Conn.'s 1998 NOL Carryback, summary of facts and technical issues. | 3.0 | 600 | 1,800 | |
| 4/11/2003 | SM | NOL Evaluation | Conference call w/ B. Collins, D. Friedel, M. Passman, J. Jones, C. Sink, D. Nagashige, J. Gibbs, J. Kennan regarding IRS procedural issues relating to Grace Conn.'s 1998 NOL Carryback, summary of facts and technical issues. | 2.0 | 475 | 950 | |
| 4/13/2003 | AP | Travel Expenses | Airfare to Baltimore | | | | 339 |
| 4/14/2003 | BC | NOL Evaluation | Meeting regarding IRS procedural issues relating to Grace Conn.'s 1998 NOL Carryback, summary of facts and technical issues. | 0.5 | 600 | 300 | |
| 4/15/2003 | NB | Kick-Off Meeting Preparation | Met with Jane Zeis to discuss presentation materials and work plan for next week's meeting. | 1.0 | 575 | 575 | |
| 4/16/2003 | BC | NOL Evaluation | Meeting w/ Sara Mahn to discuss the limitations on the carryback of Grace Conn.'s 1998 NOLs to the 1989 consolidated return of Grace NY | 1.0 | 600 | 600 | |
| 4/17/2003 | BC | NOL Evaluation | Conference call w/ Elyse Napoli Filon, M. Passman, J. Jones, S. Mahn, J. Kennan regarding IRS procedural issues relating to Grace Conn.'s 1998 NOL Carryback, summary of facts and technical issues. Discuss third draft of presentation. | 3.0 | 600 | 1,800 | |
| 4/17/2003 | SM | NOL Evaluation | Conference call w/ B. Collins, client et al regarding IRS procedural issues relating to Grace Conn.'s 1998 NOL Carryback, summary of facts and technical issues. Discuss third draft of presentation. | 2.5 | 475 | 1,188 | |
| 4/18/2003 | AP | Kick-Off Meeting Preparation | Prepared materials for meeting with Katie O'Neill and Jane Zeis. | 1.0 | 230 | 230 | |
| 4/18/2003 | AP | Kick-Off Meeting Preparation | Met with Katie O'Neill and Jane Zeis to prepare for the meeting at Grace. | 1.0 | 230 | 230 | |
| 4/18/2003 | JZ | Kick-Off Meeting Preparation | Met with Katie O'Neill and Allison Prybylo to prepare for the meeting at Grace. | 1.0 | 425 | 425 | |
| 4/18/2003 | KO | Kick-Off Meeting Preparation | Met with Jane Zeis and Allison Prybylo to prepare for the meeting at Grace. | 1.0 | 200 | 200 | |
| 4/18/2003 | SJM | Kick-Off Meeting Preparation | Pulled financial comparison data from Bloomberg for W.R. Grace and its 14 peer companies. | 1.0 | 180 | 180 | |

**Exhibit B**
**W.R. Grace Co.**
*Daily Fee and Expense Summary*

Invoice #: 08802303
Billing Group: BG20469

| Date | Person | Project Categories | Description | Hours | Billing Rate | Professional Fees | Expenses |
|---|---|---|---|---|---|---|---|
| 4/18/2003 | SJM | Kick-Off Meeting Preparation | Prepared a spreadsheet for TSR and revenue data. | 1.2 | 180 | 216 | |
| 4/20/2003 | AP | Working Meals | Meal at aiport. | | | | 7 |
| 4/21/2003 | JZ | Travel Expenses | Parking in Chicago office before going to the airport | | | | 13 |
| 4/21/2003 | JZ | Accommodations | Hotel Taxes | | | | 29 |
| 4/21/2003 | JZ | Travel Expenses | Airfare to Baltimore | | | | 339 |
| 4/21/2003 | JZ | Accommodations | Hotel Accomodations in Columbia. | | | | 286 |
| 4/21/2003 | JZ | Working Meals | Dinner for myself and Allison and breakfast for myself. | | | | 86 |
| 4/21/2003 | JZ | Travel Expenses | Wayport fee. | | | | 21 |
| 4/21/2003 | JZ | Travel Expenses | Parking at O'Hare | | | | 62 |
| 4/21/2003 | JZ | Accommodations | Hotel Accomodations in Columbia. | | | | 147 |
| 4/21/2003 | KO | Kick-Off Meeting Preparation | Prepared for 4/22 and 4/23 meetings. | 0.8 | 200 | 160 | |
| 4/21/2003 | KO | Working Meals | Breakfast at the hotel | | | | 11 |
| 4/21/2003 | KO | Accommodations | Hotel accomodations in Columbia | | | | 286 |
| 4/21/2003 | KO | Accommodations | Hotel Taxes | | | | 29 |
| 4/21/2003 | KO | Accommodations | Hotel phone charges | | | | 2 |
| 4/21/2003 | NB | Working Meals | Lunch for myself, Jane Zeis, Katie O'Neill, and Allison Prybylo. | | | | 85 |
| 4/21/2003 | NB | Working Meals | Dinner for myself and Katie O'Neill. | | | | 65 |
| 4/21/2003 | NB | Travel Expenses | Airfare to Baltimore | | | | 339 |
| 4/21/2003 | NB | Accommodations | Hotel Accomodations in Columbia. | | | | 321 |
| 4/21/2003 | NB | Travel Expenses | Parking at O'Hare. | | | | 62 |
| 4/22/2003 | AP | Kick-Off Meeting | Meeting at W.R. Grace to discuss benchmarking project. | 8.0 | 230 | 1840 | |
| 4/22/2003 | AP | Working Meals | Breakfast at the hotel | | | | 24 |
| 4/22/2003 | AP | Accommodations | Hotel Accomodations in Columbia. | | | | 286 |
| 4/22/2003 | AP | Travel Expenses | Telephone expenses from the hotel | | | | 21 |
| 4/22/2003 | AP | Accommodations | Hotel Taxes | | | | 29 |
| 4/22/2003 | JZ | Kick-Off Meeting | Meeting at W.R. Grace to discuss benchmarking project. Conducted interviews with Paul Norris, David Siegel and top PR-Communications officer. | 8.0 | 425 | 3400 | |
| 4/22/2003 | KO | Kick-Off Meeting | Meeting at W.R. Grace to discuss benchmarking project. | 8.0 | 200 | 1600 | |
| 4/22/2003 | KO | Travel Expenses | Internet connection fee at the hotel | | | | 10 |
| 4/22/2003 | NB | Kick-Off Meeting | Meeting at W.R. Grace to discuss benchmarking project. Conducted interviews with Paul Norris, David Siegel and top PR-Communications officer. | 8.0 | 575 | 4600 | |
| 4/23/2003 | AP | Kick-Off Meeting | Meeting at W.R. Grace to discuss benchmarking project. | 4.0 | 230 | 920 | |
| 4/23/2003 | JZ | Kick-Off Meeting | Meeting at W.R. Grace to discuss benchmarking project. | 4.0 | 425 | 1700 | |
| 4/23/2003 | KO | Kick-Off Meeting | Meeting at W.R. Grace to discuss benchmarking project. | 4.0 | 200 | 800 | |
| 4/23/2003 | KO | Travel Expenses | Parking at O'Hare | | | | 62 |
| 4/23/2003 | NB | Kick-Off Meeting | Meeting at W.R. Grace to discuss benchmarking project. Conducted additional meetings with the Robert Tarola, Brian McGowan and Joe Rightmyer. | 4.0 | 575 | 2300 | |
| 4/24/2003 | KO | Benchmarking Analysis | Began to draft benchmarking methodology. | 0.5 | 200 | 100 | |
| 4/24/2003 | MM | Customs Audit/FA | Call with M. Stephanou, T. Lascola, D. Lyons, re FA ("Focused Assessment") engagement letter | 1.0 | 660 | 660 | |
| 4/25/2003 | AP | Benchmarking Analysis | Met with Jane Zeis, Nick Bubnovich, and Katie O'Neill to discuss project plan and timeline. | 1.5 | 230 | 345 | |
| 4/25/2003 | JZ | Benchmarking Analysis | Met with Nick Bubnovich, Allison Prybylo, and Katie O'Neill to discuss project plan and timeline. | 2.0 | 425 | 850 | |
| 4/25/2003 | KO | Benchmarking Analysis | Met with Jane Zeis, Allison Prybylo, and Nick Bubnovich to discuss project plan and timeline. | 1.5 | 200 | 300 | |
| 4/25/2003 | NB | Benchmarking Analysis | Met with Jane Zeis, Allison Prybylo, and Katie O'Neill to discuss project plan and timeline. | 1.5 | 575 | 862.5 | |

## Exhibit B
## W.R. Grace Co.
*Daily Fee and Expense Summary*

Invoice #: 08802303
Billing Group: BG20469

| Date | Person | Project Categories | Description | Hours | Billing Rate | Professional Fees | Expenses |
|---|---|---|---|---|---|---|---|
| 4/29/2003 | AP | Benchmarking Analysis | Prepared a revised benchmarking methodology. | 0.8 | 230 | 184 | |
| 4/29/2003 | AP | Benchmarking Analysis | Met with Katie O'Neill to discuss timeline, work plan and methodology. | 1.0 | 230 | 230 | |
| 4/29/2003 | BC | NOL Evaluation | Review latest draft of presentation regarding the 10 year carryback of Grace Conn. 1998 NOLs to Grace NY consolidated group. Review possible alternative calculation and methods of allocation of 10 year carryback raised by PwC, including allocating an amo | 1.0 | 600 | 600 | |
| 4/29/2003 | KO | Benchmarking Analysis | Met with Allison Prybylo to discuss timeline, work plan and methodology. | 1.0 | 200 | 200 | |
| 4/30/2003 | BC | NOL Evaluation | Meet w/ Sara Mahn regarding consolidated tax return issues relating to the 10 year carryback of Grace Conn. 1998 NOLs to Grace NY consolidated group, possible alternative methods of allocating the 10 year NOL to members of a group, review of presentation. | 1.5 | 600 | 900 | |
| 4/30/2003 | MS | Customs Audit/FA | Call with M. McGuire, T. Lascola, D. Lyons, re FA ("Focused Assessment") engagement letter | 0.8 | 440 | 330 | |
| 4/30/2003 | MS | Customs Audit/FA | Discussion re: strategy w/M. McGuire | 0.3 | 440 | 110 | |
| 4/30/2003 | SM | NOL Evaluation | Meet w/ Bryan Collins regarding consolidated tax return issues relating to the 10 year carryback of Grace Conn. 1998 NOLs to Grace NY consolidated group, possible alternative methods of allocating the 10 year NOL to members of a group, review of presentaton. | 1.0 | 475 | 475 | |
| | | | Totals | 119.6 | | $49,357 | $3,396 |