
## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W. R. GRACE & CO., et al.,[1] | Case No. **01-1139 (PJW)** |
| | Jointly Administered |
| Debtors. | Objection Deadline: March 11, 2004 at 4:00 p.m. |
| | Hearing Date: TBD only if necessary |

### FOURTH MONTHLY APPLICATION OF DELOITTE & TOUCHE LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES TO THE DEBTORS FOR THE PERIOD FROM MAY 1, 2003 THROUGH MAY 31, 2003

Name of Applicant:   Deloitte & Touche LLP ("Deloitte").

Authorized to Provide Professional Services to: The above-captioned debtors and debtors-in-possession.

Date of Retention:   February 4, 2003.

Period for which Compensation and Reimbursement is Sought: May 1, 2003 through May 31, 2003.

Amount of Compensation Sought as Actual, Reasonable and Necessary: $79,822.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:79005.1

91100-001\DOCS_DE:74959.1                    -1-

Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary: $6,649

This is a:    xx monthly        _ interim        _ final application.

Although reimbursement for time expended for preparation of this Application is not sought in this Application, Deloitte anticipates seeking reimbursement for such compensation in subsequent monthly applications submitted by Deloitte in these chapter 11 cases.

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W. R. GRACE & CO., et al.,[1] ) | Case No. **01-1139 (PJW)** |
| ) | Jointly Administered |
| Debtors. ) | |
| ) | Objection Deadline: March 11, 2004 at 4:00 p.m. |
| ) | Hearing Date: TBD only if necessary |

**FOURTH MONTHLY APPLICATION OF
DELOITTE & TOUCHE LLP
FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES TO THE DEBTORS
FOR THE PERIOD FROM MAY 1, 2003 THROUGH MAY 31, 2003**

## BACKGROUND

Deloitte was approved to provide customs procedures review services, compensation and benefits services, and tax advisory services to the Debtors *nunc pro tunc* to February 4, 2003 pursuant to an order entered by this Court on June 17, 2003. This fourth monthly application (this "Application") of Deloitte for compensation for services rendered and reimbursement of expenses incurred in connection with Deloitte's provision of customs procedures review

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.
91100-001\DOCS_DE:79005.1

91100-001\DOCS_DE:74959.1                -3-

services, compensation and benefits services, and tax advisory services to the Debtors during the period from May 1, 2003 through May 31, 2003.

Attached hereto as Exhibit A is the Verification of Tim Tuerff.

**FEE AND EXPENSE REIMBURSEMENT DETAIL**

Below are the following tables setting forth the fees and expenses sought by Deloitte in this Application: (a) a table containing a summary of compensation sought by professional, reflecting the professional's name, position, hourly billing rate, total hours billed and total compensation sought; (b) tables containing a summary of compensation sought for customs procedures review services, compensation and benefits services, and tax advisory services broken into project categories, the total hours expended and the total compensation sought; and (c) a table containing a summary of the expenses for which reimbursement is sought, reflecting the expense category, the services provider (if applicable) and the total expenses sought.

In addition to the foregoing tables, attached hereto is Exhibit B consisting of (i) a chart summarizing the fees sought by Deloitte by project category, and (ii) schedules reflecting the daily summary of fees sought setting forth the date the services were provided, the professionals providing services, a description of the services, the hours expended providing the services, the professionals' hourly billing rates, and the total fees sought.

**SUMMARY OF COMPENSATION SOUGHT BY PROFESSIONAL**

| Name of Professional Individual | Position and Service Line | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Nick Bubnovich | Partner - Human Capital | $575 | 2.0 | $1,150 |
| Jane Zeis | Senior Manager - Human Capital | $425 | 8.2 | $3,485 |
| Bill O'Connor | Sr. Consultant – Human Capital | $260 | 2.5 | $650 |

91100-001\DOCS_DE:79005.1

-4-

| Name of Professional Individual | Position and Service Line | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Allison Prybylo | Sr. Consultant - Human Capital | $230 | 23.5 | $5,405 |
| Katie O'Neill | Sr. Consultant – Human Capital | $200 | 17.1 | $3,410 |
| Sarah Mangi | Consultant – Human Capital | $180 | 11.3 | $2,034 |
| Jennifer Chaitkin | Associate- Human Capital | $150 | 3.1 | $465 |
| Zachary Georgeson | Associate- Human Capital | $150 | 3.8 | $570 |
| Katie Krone | Associate- Human Capital | $150 | 20.8 | $3,120 |
| Kathleen Kazemek | Admin. Assist. - Human Capital | $67 | .3 | $20 |
| Michelle McGuire | Principal- Customs & International Tax | $660 | 17.0 | $11,220 |
| Melissa Stephanou | Manager – Customs & International Tax | $440 | 64.8 | $28,490 |
| Matthew Frank | Sr. Consultant – Customs & International Tax | $310 | 24.0 | $7,440 |
| Robin Raley | Associate- Customs & International Tax | $230 | 41.3 | $9,488 |
| Bryan Collins | Partner- National Tax | $600 | 4.0 | $2,400 |
| Sarah Mahn | Manager – National Tax | $475 | 1.0 | $475 |

Total Fees:    $79,822
Total Hours:   244.6
Blended Rate:  $326.34

## Customs Procedures Review Services by Project Category

| Project Category | Total Hours | Total Fees Requested |
|---|---|---|
| Customs Audit/FA (Focused Assessment) | 147.0 | $56,638 |
| TOTAL | | $56,638 |

## Compensation and Benefits Services by Project Category

| Project Category | Total Hours | Total Fees Requested |
|---|---|---|
| Benchmarking Analysis | 92.6 | $20,309 |
| TOTAL | | $20,309 |

## Tax Advisory Services by Project Category

| Project Category | Total Hours | Total Fees Requested |
|---|---|---|
| NOL Evaluation | 5.0 | $2,875 |
| TOTAL | | $2,875 |

## EXPENSE SUMMARY

| Expense Category | Service Provider (if | Total Expenses |
|---|---|---|

91100-001\DOCS_DE:79005.1

|  | applicable)" |  |
|---|---|---|
| Express Mail |  | $20 |
| Working Meals |  | $321 |
| Conference Calls |  | $86 |
| Travel Expenses |  | $4,498 |
| Accommodations |  | $1,499 |
| U.S. Customs |  | $225 |
| TOTAL |  | $6,649 |

Dated: Feb 10, 2004

DELOITTE & TOUCHE LLP

*[signature]*

Tim Tuerff, Partner
555 West 12 Street
Suite 500
Washington, DC 20004-1207
Telephone: (202) 378-5223
Facsimile: (202) 661- 1934

Customs services providers, and tax and compensation advisors for Debtors and Debtors in Possession