# EXHIBIT B

Exhibit B

Invoice #: 08802304
Billing Group: BG20469

**W.R. Grace & Co.**
**Hours Spent by Each Person**
May 1 through May 31

| Employee | Hours | Billing Rate | Total Fees | Expenses |
|---|---|---|---|---|
| Nick Bubnovich | 2.0 | $575 | $1,150 | $0 |
| Jane Zeis | 8.2 | $425 | $3,485 | 0 |
| Bill O'Connor | 2.5 | $260 | $650 | 0 |
| Allison Prybylo | 23.5 | $230 | $5,405 | 0 |
| Kathryn O'Neill | 17.1 | $200 | $3,410 | 0 |
| Sarah Mangi | 11.3 | $180 | $2,034 | 12 |
| Jenny Chaitkin | 3.1 | $150 | $465 | 0 |
| Zachary Georgeson | 3.8 | $150 | $570 | 0 |
| Katie Krone | 20.8 | $150 | $3,120 | 0 |
| Kathleen Kazemek | 0.3 | $67 | $20 | 20 |
| *Total Human Capital Service Fees* | 92.6 | | $20,309 | $32 |
| | | | | |
| Michele McGuire | 17.0 | $660 | $11,220 | $0 |
| Melissa Stephanou | 64.8 | $440 | $28,490 | 4,043 |
| Matthew Frank | 24.0 | $310 | $7,440 | 910 |
| Robin Raley | 41.3 | $230 | $9,488 | 1,664 |
| *Total Customs & International Services Fees* | 147.0 | | $56,638 | $6,617 |
| | | | | |
| Bryan Collins | 4.0 | $600 | $2,400 | $0 |
| Sara Mahn | 1.0 | $475 | $475 | 0 |
| *Total National Tax Services Fees* | 5.0 | | $2,875 | $0 |
| | | | | |
| **TOTAL FEES DUE** | **244.6** | | **$79,822** | **$6,649** |

## Exhibit B
## W.R. Grace Co.
### Daily Summary of Fees and Expenses

Invoice #: 08802304
Billing Group: BG20469

| Date | Person | Project Categories | Description | Hours | Billing Rate | Professional Fees | Expenses |
|---|---|---|---|---|---|---|---|
| 5/1/2003 | AP | Benchmarking Analysis | Discussed workplan with Katie O'Neill. | 0.5 | 230 | 115 | |
| 5/1/2003 | KO | Benchmarking Analysis | Discussed workplan with Allison Prybylo. | 0.5 | 200 | 100 | |
| 5/1/2003 | MS | Customs Audit/FA | 20 min call w/Grace (D. Lyons) re: FA and scheduling on site visit with Chemicals-Cambridge | 0.3 | 440 | 132 | |
| 5/1/2003 | MS | Customs Audit/FA | Phone call w/T. Lascola, re: FA and scheduling on site visit with Davison-Baltimore; | 0.5 | 440 | 220 | |
| 5/1/2003 | MS | Customs Audit/FA | Preparaing and sending FA docs to Grace | 0.7 | 440 | 308 | |
| 5/1/2003 | NB | Benchmarking Analysis | Telephone interview with Greg Pohling. | 0.5 | 575 | 288 | |
| 5/1/2003 | SM | NOL Evaluation | Revise IRS presentation materials regarding the 10 year carryback of Grace Conn. 1998 NOLs to Grace NY. Research the United Dominion and Intermet cases in regard to possible alternative methods of allocating the 10 year carryback among members of a group | 1.0 | 475 | 475 | |
| 5/2/2003 | AP | Benchmarking Analysis | Reviewed Jane Zeis's changes with Katie O'Neill and updated the documents with regard to new timing considerations. | 1.5 | 230 | 345 | |
| 5/2/2003 | AP | Benchmarking Analysis | Revised template and sent it to Sonya and Paula (W.R. Grace Team). | 0.5 | 230 | 115 | |
| 5/2/2003 | AP | Benchmarking Analysis | Met with Katie O'Neill and Jane Zeis to discuss final documents. | 1.0 | 230 | 230 | |
| 5/2/2003 | JZ | Benchmarking Analysis | Met with Katie O'Neill and Allison Prybylo to discuss final documents. | 1.0 | 425 | 425 | |
| 5/2/2003 | KO | Benchmarking Analysis | Reviewed Jane Zeis's changes with Allison Prybylo and updated the documents with regard to new timing considerations. | 1.5 | 200 | 300 | |
| 5/2/2003 | KO | Benchmarking Analysis | Met with Allison Prybylo and Jane Zeis to discuss final documents. | 1.0 | 200 | 200 | |
| 5/5/2003 | AP | Benchmarking Analysis | Communicated with Paula and Sonya (W.R. Grace team) regarding the final template. | 0.8 | 230 | 184 | |
| 5/5/2003 | MM | Customs Audit/FA | preparation for on-site meetings | 0.5 | 660 | 330 | |
| 5/5/2003 | MM | Customs Audit/FA | Discussion re: strategy w/M. Stephanou | 0.5 | 660 | 330 | |
| 5/5/2003 | MS | Customs Audit/FA | Preparing PPT presentation and other preparation for on-site visit at Grace Cambridge and Grace Baltimore re: FA. | 1.5 | 440 | 660 | |
| 5/5/2003 | MS | Customs Audit/FA | Discussions with M. McGuire | 0.5 | 440 | 220 | |
| 5/5/2003 | MS | Customs Audit/FA | Travel Agency fees | | | | 62 |
| 5/5/2003 | MS | Customs Audit/FA | Hotel Room | | | | 143 |
| 5/5/2003 | MS | Customs Audit/FA | Taxi | | | | 36 |
| 5/5/2003 | MS | Customs Audit/FA | Hotel Tax | | | | 36 |
| 5/5/2003 | MS | Customs Audit/FA | Arline ticket | | | | 801 |
| 5/6/2003 | BC | NOL Evaluation | Conference call w/ Elyse Napoli Filon regarding IRS procedural issues relating to Grace Conn.'s 1998 NOL carryback, the related presentation, and the possible alternative methods of allocating the 10-year NOL. | 1.5 | 600 | 900 | |
| 5/6/2003 | KK | Benchmarking Analysis | Pulled proxies for Total Direct Compensation (TDC) analysis. | 3.0 | 150 | 450 | |
| 5/6/2003 | MM | Customs Audit/FA | meeting in Baltimore with M.Stephanou, T. Lascola, L. Zaruba re: FA | 8.0 | 660 | 5,280 | |
| 5/6/2003 | MS | Customs Audit/FA | Onsite meeting at Baltimore for kickoff with M. McGuire, Tony Lascola and Linda Zaruba, re FA | 8.0 | 440 | 3,520 | |
| 5/7/2003 | JZ | Benchmarking Analysis | Reviewed benchmarking template for client | 0.5 | 425 | 212.5 | |
| 5/7/2003 | MM | Customs Audit/FA | meeting in Boston with M. Stephanou, D. Lyons re: FA | 8.0 | 660 | 5,280 | |
| 5/7/2003 | MS | Customs Audit/FA | Onsite kickoff meeting at Boston with M. McGuire, S. Campbell, D. Lyons, and R. Andrews | 8.0 | 440 | 3,520 | |
| 5/7/2003 | MS | Customs Audit/FA | Hotel Room | | | | 99 |
| 5/7/2003 | MS | Customs Audit/FA | Hotel Tax | | | | 10 |
| 5/7/2003 | MS | Customs Audit/FA | Meals during travel | | | | 6 |

## Exhibit B
## W.R. Grace Co.
### *Daily Summary of Fees and Expenses*

Invoice #: 08802304
Billing Group: BG20469

| Date | Person | Project Categories | Description | Hours | Billing Rate | Professional Fees | Expenses |
|---|---|---|---|---|---|---|---|
| 5/8/2003 | AP | Benchmarking Analysis | Met with Katie Krone regarding Chief Operations Officer survey benchmarking. | 0.5 | 230 | 115 | |
| 5/8/2003 | BC | NOL Evaluation | Review revised presentation regarding the 10 year carryback of Grace Conn. 1998 NOLs to Grace NY. | 1.0 | 600 | 600 | |
| 5/8/2003 | KK | Benchmarking Analysis | Met with Allison Prybylo regarding Chief Operations Officer survey benchmarking. | 0.5 | 150 | 75 | |
| 5/8/2003 | KK | Benchmarking Analysis | Benchmarked Chief Operations Officer and compiled TDC 2002 data for Chief Operations Officer. | 2.5 | 150 | 375 | |
| 5/8/2003 | MS | Customs Audit/FA | Drafted response to e-mail regarding non-resident importer on product imported into the US | 0.5 | 440 | 220 | |
| 5/8/2003 | MS | Customs Audit/FA | Airline ticket | | | | 100 |
| 5/8/2003 | MS | Customs Audit/FA | Agency transaction fees | | | | 62 |
| 5/9/2003 | AP | Benchmarking Analysis | Met with Katie Krone to discuss TDC analysis. | 1.0 | 230 | 230 | |
| 5/9/2003 | JZ | Benchmarking Analysis | Reviewed total direct compensation analysis process and methdologdy | 0.5 | 425 | 213 | |
| 5/9/2003 | KK | Benchmarking Analysis | Compiled TDC 2002 data for Chief Operations Officer. | 2.3 | 150 | 345 | |
| 5/9/2003 | KK | Benchmarking Analysis | Met with Allison Prybylo to discuss Total Direct Compensation (TDC) analysis. | 1.0 | 150 | 150 | |
| 5/9/2003 | MS | Customs Audit/FA | Airline ticket | | | | 410 |
| 5/10/2003 | MS | Customs Audit/FA | Tracked down FOIA data on imports into the U.S. from Customs | | | | 225 |
| 5/12/2003 | AP | Benchmarking Analysis | Met with Jane Zeis regarding benchmarking project. | 1.5 | 230 | 345 | |
| 5/12/2003 | JZ | Benchmarking Analysis | Met with Allison Prybylo regarding benchmarking project. | 1.5 | 425 | 638 | |
| 5/12/2003 | KK | Benchmarking Analysis | Conducted TDC analysis for Chief Operations Officer over 3 year period. | 4.0 | 150 | 600 | |
| 5/12/2003 | KO | Benchmarking Analysis | Revised benchmarking spreadsheet to prepare for auditing. | 1.3 | 200 | 250 | |
| 5/12/2003 | MS | | Drafted letter to request necessary FOIA data from Customs | 0.5 | 440 | 220 | |
| 5/13/2003 | AP | Benchmarking Analysis | Met with Katie Krone to review TDC analysis. | 1.5 | 230 | 345 | |
| 5/13/2003 | AP | Benchmarking Analysis | Printed TDC analysis and organized Sonya's (W.R. Grace team) data. | 0.2 | 230 | 46 | |
| 5/13/2003 | BC | NOL Evaluation | Review revised presentation regarding the 10 year carryback of Grace Conn. 1998 NOLs to Grace NY. Review research and correspondence regarding possible alternative methods of allocating the 10-year carryback. | 1.0 | 600 | 600 | |
| 5/13/2003 | KK | Benchmarking Analysis | Benchmarked Chief Operations Officer with Mercer and Watson Wyatt data cuts. Made changes to TDC for Chief Operations Officer. | 1.0 | 150 | 150 | |
| 5/13/2003 | KO | Benchmarking Analysis | Finished benchmarking spreadsheet revisions. Reviewed benchmarking methodology used. | 1.5 | 200 | 300 | |
| 5/13/2003 | KO | Benchmarking Analysis | Calculated Black-Scholes for Chief Operations Officer analysis. | 1.4 | 200 | 280 | |
| 5/13/2003 | MF | Customs Audit/FA | Draft of Kickoff meeting presentation, re FA; | 2.0 | 310 | 620 | |
| 5/13/2003 | MF | Customs Audit/FA | review of client materials, re: FA | 1.0 | 310 | 310 | |
| 5/13/2003 | MS | Customs Audit/FA | Preparation for onsite visit at Davison (e.g., preparing PPT presentation, preparation for interviews with key process owners at Davison re: FA) | 3.0 | 440 | 1,320 | |
| 5/13/2003 | MS | Customs Audit/FA | Taxi | | | | 35 |
| 5/13/2003 | RR | Customs Audit/FA | Taxi | | | | 10 |
| 5/13/2003 | RR | Customs Audit/FA | Meals - Travel (yours and other firm personel) | | | | 78 |
| 5/13/2003 | RR | Customs Audit/FA | Hotel room | | | | 363 |
| 5/13/2003 | RR | Customs Audit/FA | Meals - Travel (yours and other firm personel) | | | | 22 |
| 5/13/2003 | RR | Customs Audit/FA | Airplane Tickets | | | | 1,118 |

**Exhibit B**
**W.R. Grace Co.**
*Daily Summary of Fees and Expenses*

Invoice #: 08802304
Billing Group: BG20469

| Date | Person | Project Categories | Description | Hours | Billing Rate | Professional Fees | Expenses |
|---|---|---|---|---|---|---|---|
| 5/13/2003 | RR | Customs Audit/FA | Telephone, business | | | | 3 |
| 5/13/2003 | RR | Customs Audit/FA | Prepare for trip to Baltimore; travel to Baltimore | 5.0 | 230 | 1,150 | |
| 5/14/2003 | AP | Benchmarking Analysis | Wrote memo for Chief Operations Officer's TDC analysis and prepared charts. | 1.0 | 230 | 230 | |
| 5/14/2003 | KK | Benchmarking Analysis | Made changes to TDC for Chief Operations Officer. | 0.5 | 150 | 75 | |
| 5/14/2003 | KO | Benchmarking Analysis | Discussed Top 5 analysis with Allison Prybylo and Sarah Mangi. | 1.0 | 200 | 200 | |
| 5/14/2003 | KO | Benchmarking Analysis | Reviewed Chief Operations Officer exhibits. Prepared Black-Scholes calculations and Chief Operations Officer benchmarking with Allison Prybylo. | 1.8 | 200 | 360 | |
| 5/14/2003 | KO | Benchmarking Analysis | Reviewed Black-Scholes calculations with Matt Lockridge. | 1.0 | 200 | 200 | |
| 5/14/2003 | MS | Customs Audit/FA | Onsite visit in Columbia, MD with T. Lascola, R. Raley, A. Jordon, R. Cleary, T. Habib, and Larry Breaux (e.g., preparation time, discussions, and interviews) | 9.0 | 440 | 3,960 | |
| 5/14/2003 | RR | Customs Audit/FA | Subsistence | | | | 35 |
| 5/14/2003 | RR | Customs Audit/FA | Onsite visit in Columbia, MD with T. Lascola, R. Raley, A. Jordon, R. Cleary, T. Habib, and Larry Breaux (e.g., preparation time, discussions, and interviews) | 9.0 | 230 | 2,070 | |
| 5/15/2003 | AP | Benchmarking Analysis | Conducted audit of 20 positions with Katie O'Neill, Zach Georgeson, and Jenny Chaitkin. | 2.3 | 230 | 529 | |
| 5/15/2003 | JC | Benchmarking Analysis | Conducted audit of 20 positions with Katie O'Neill, Zach Georgeson, and Allison Prybylo. | 2.0 | 150 | 300 | |
| 5/15/2003 | KO | Benchmarking Analysis | Conducted audit of 20 positions with Allison Prybylo, Zach Georgeson, and Jenny Chaitkin. | 1.5 | 200 | 300 | |
| 5/15/2003 | MS | Customs Audit/FA | Onsite visit in Columbia, MD with T. Lascola, R. Raley, Linda Zaruba, Carol Pace, William Welsh, Brian Kenny, Jenny Hammond, Shubha Shantharam, and Norm Alt (e.g., preparation time, interviews) | 9.0 | 440 | 3,960 | |
| 5/15/2003 | MS | Customs Audit/FA | Taxi | | | | 40 |
| 5/15/2003 | MS | Customs Audit/FA | Meals during travel | | | | 42 |
| 5/15/2003 | MS | Customs Audit/FA | Car rental | | | | 144 |
| 5/15/2003 | MS | Customs Audit/FA | Telephone business use | | | | 72 |
| 5/15/2003 | MS | Customs Audit/FA | Hotel room | | | | 325 |
| 5/15/2003 | MS | Customs Audit/FA | Airline ticket | | | | 100 |
| 5/15/2003 | RR | Customs Audit/FA | Subsistence | | | | 35 |
| 5/15/2003 | RR | Customs Audit/FA | Onsite visit in Columbia, MD with T. Lascola, R. Raley, Linda Zaruba, Carol Pace, William Welsh, Brian Kenny, Jenny Hammond, Shubha Shantharam, and Norm Alt (e.g., preparation time, interviews) | 9.0 | 230 | 2,070 | |
| 5/15/2003 | ZG | Benchmarking Analysis | Conducted audit of 20 positions with Katie O'Neill, Allison Prybylo, and Jenny Chaitkin. | 2.3 | 150 | 345 | |
| 5/16/2003 | AP | Benchmarking Analysis | Met with Jane Zeis and Katie O'Neill regarding questions for benchmarking of the top 100 positions and discussed the next steps. | 1.2 | 230 | 276 | |
| 5/16/2003 | AP | Benchmarking Analysis | Revised questions based on comments from meeting with Jane Zeis and Katie O'Neill. | 0.8 | 230 | 184 | |
| 5/16/2003 | JZ | Benchmarking Analysis | Met with Allison Prybylo and Katie O'Neill regarding questions for benchmarking of the top 100 positions and discussed the next steps. | 1.2 | 425 | 510 | |
| 5/16/2003 | KO | Benchmarking Analysis | Updated Chief Operations Officer Black-Scholes valuation. | 1.0 | 200 | 200 | |
| 5/16/2003 | KO | Benchmarking Analysis | Met with Allison Prybylo and Jane Zeis to review benchmarking of the top 100 positions and discussed the next steps. | 1.2 | 200 | 240 | |
| 5/16/2003 | KO | Benchmarking Analysis | Revised methodology questions for May 21st call based on prior meeting with Allison Prybylo and Jane Zeis. | 1.3 | 200 | 260 | |
| 5/16/2003 | MS | Customs Audit/FA | Conf. Call with L. Bereaux, T. Lascola, and R. Raley, re: A/P issues in relation to FA | 1.5 | 440 | 660 | |
| 5/16/2003 | MS | Customs Audit/FA | Review of interview notes from previous day, | 2.0 | 440 | 880 | |

**Exhibit B**
**W.R. Grace Co.**
*Daily Summary of Fees and Expenses*

Invoice #: 08802304
Billing Group: BG20469

| Date | Person | Project Categories | Description | Hours | Billing Rate | Professional Fees | Expenses |
|---|---|---|---|---|---|---|---|
| 5/16/2003 | MS | Customs Audit/FA | Conversation with Tony Lascola re FA | 1.0 | 440 | 440 | |
| 5/16/2003 | RR | Customs Audit/FA | Conf. Call w/L.Bereaux, M. Stephanou, and T. Lascola | 1.5 | 230 | 345 | |
| 5/16/2003 | RR | Customs Audit/FA | Compiled Action List | 1.0 | 230 | 230 | |
| 5/16/2003 | SJM | Benchmarking Analysis | Conducted Total Direct Compensation (TDC) analysis. | 3.5 | 180 | 630 | |
| 5/17/2003 | SJM | Benchmarking Analysis | Conducted Total Direct Compensation (TDC) analysis. | 2.1 | 180 | 378 | |
| 5/17/2003 | SJM | Working Meals | Dinner while working late in the office. | | | | 12 |
| 5/18/2003 | SJM | Benchmarking Analysis | Conducted Total Direct Compensation (TDC) analysis. | 1.9 | 180 | 342 | |
| 5/19/2003 | AP | Benchmarking Analysis | Reviewed TDC analysis and Black-Scholes calculations. | 1.0 | 230 | 230 | |
| 5/19/2003 | AP | Benchmarking Analysis | Audited methodology of the benchmarking. | 0.9 | 230 | 207 | |
| 5/19/2003 | AP | Benchmarking Analysis | Added comments to the materials that were sent to W.R. Grace. | 0.5 | 230 | 115 | |
| 5/19/2003 | BO | Benchmarking Analysis | Reviewed total direct compensation benchmarking for the top five executive at five companies. | 2.5 | 260 | 650 | |
| 5/19/2003 | JC | Benchmarking Analysis | Conducted audit for 10 positions. | 1.1 | 150 | 165 | |
| 5/19/2003 | MF | Customs Audit/FA | Flights between Chicago and Boston | | | | 617 |
| 5/19/2003 | MF | Customs Audit/FA | Dinner at airport en route to client site (Boston) | | | | 8 |
| 5/19/2003 | MF | Customs Audit/FA | Dinner en route to home from client site (Boston) | | | | 12 |
| 5/19/2003 | MS | Customs Audit/FA | Conf. call with M. Odesky, T. Lascola, and R. Raley | 0.3 | 440 | 110 | |
| 5/19/2003 | MS | Customs Audit/FA | Call with G. Hoffman | 0.5 | 440 | 220 | |
| 5/19/2003 | RR | Customs Audit/FA | Conf. call with M. Odesky, T. Lascola, and M. Stephanou, re FA | 0.3 | 230 | 58 | |
| 5/19/2003 | RR | Customs Audit/FA | Preparation for M.Stephanou's call with Gordon Hoffman | 0.3 | 230 | 58 | |
| 5/19/2003 | RR | Customs Audit/FA | Work on action list on items needed from Grace for FA | 0.8 | 230 | 173 | |
| 5/19/2003 | SJM | Benchmarking Analysis | Conducted Total Direct Compensation (TDC) analysis. | 0.8 | 180 | 144 | |
| 5/19/2003 | ZG | Benchmarking Analysis | Conducted audit for 10 positions. | 1.5 | 150 | 225 | |
| 5/20/2003 | AP | Benchmarking Analysis | Finalized Chief Operations Officer letter. Made revisions to the letter and to the TDC analysis. Prepared graphs and charts for the letter. | 1.5 | 230 | 345 | |
| 5/20/2003 | AP | Benchmarking Analysis | Finalized questions and sent them to W.R. Grace. | 0.8 | 230 | 184 | |
| 5/20/2003 | AP | Benchmarking Analysis | Met with Jane Zeis and Nick Bubnovich to discuss benchmarking data for 5/21/03 call. | 1.0 | 230 | 230 | |
| 5/20/2003 | JZ | Benchmarking Analysis | Met with Nick Bubnovich and Allison Prybylo to discuss benchmarking data for 5/21/03 call. | 1.0 | 425 | 425 | |
| 5/20/2003 | NB | Benchmarking Analysis | Met with Jane Zeis and Allison Prybylo to discuss benchmarking data for 5/21/03 call. | 1.0 | 575 | 575 | |
| 5/20/2003 | NB | Benchmarking Analysis | Reviewed and revised letter regarding Chief Operations Officer pay. | 0.5 | 575 | 288 | |
| 5/20/2003 | SJM | Benchmarking Analysis | Revised the TDC analysis and checked all the formulas. | 1.0 | 180 | 180 | |
| 5/21/2003 | AP | Benchmarking Analysis | Conference call to discuss top 100 benchmarking results with Jane Zeis, Sarah Mangi, and W.R. Grace Team. | 2.0 | 230 | 460 | |
| 5/21/2003 | AP | Benchmarking Analysis | Met with Jane Zeis to prepare for follow-up call with W.R. Grace team. | 1.0 | 230 | 230 | |
| 5/21/2003 | JZ | Benchmarking Analysis | Conference call to discuss top 100 benchmarking results with Allison Prybylo, Sarah Mangi, and W.R. Grace team. | 2.0 | 425 | 850 | |
| 5/21/2003 | SJM | Benchmarking Analysis | Conference call to discuss top 100 benchmarking results with Jane Zeis, Allison Prybylo, and W.R. Grace Team. | 2.0 | 180 | 360 | |

**Exhibit B**
**W.R. Grace Co.**
*Daily Summary of Fees and Expenses*

Invoice #: 08802304
Billing Group: BG20469

| Date | Person | Project Categories | Description | Hours | Billing Rate | Professional Fees | Expenses |
|---|---|---|---|---|---|---|---|
| 5/22/2003 | AP | Benchmarking Analysis | Reviewed W.R. Grace's revised methodology and wrote Jane Zeis an email regarding the methodology. | 0.5 | 230 | 115 | |
| 5/22/2003 | JZ | Benchmarking Analysis | Discussed methodology with Mike Piergrossi to follow-up after conference call. | 0.5 | 425 | 213 | |
| 5/23/2003 | BC | NOL Evaluation | Review presentation regarding the 10 year carryback of Grace Conn. 1998 NOLs to Grace NY in preparation of meeting with the IRS. | 0.5 | 600 | 300 | |
| 5/23/2003 | Kathy K | Benchmarking Analysis | Sent binders to W.R. Grace. | 0.3 | 67 | 20 | |
| 5/23/2003 | Kathy K | Benchmarking Analysis | Shipping costs of binders to W.R. Grace. | | | | 20 |
| 5/23/2003 | KO | Benchmarking Analysis | Reviewed and responded to methodology emails. | 0.5 | 200 | 100 | |
| 5/23/2003 | RR | Customs Audit/FA | Drafting narratives with key process owners re: FA, from on-site visit to Baltimore (Grace Davison) | 1.0 | 230 | 230 | |
| 5/23/2003 | RR | Customs Audit/FA | Drafting narratives from on-site visit to Baltimore | 6.5 | 230 | 1,495 | |
| 5/27/2003 | KK | Benchmarking Analysis | Formatted TDC rank spreadsheet to determine TDC by position. | 1.5 | 150 | 225 | |
| 5/27/2003 | KO | Benchmarking Analysis | Reviewed methodology and the next steps for the project. | 0.3 | 200 | 60 | |
| 5/27/2003 | MF | Customs Audit/FA | Hotel Tax - Boston | | | | 12 |
| 5/27/2003 | MF | Customs Audit/FA | Hotel Room - Boston | | | | 119 |
| 5/27/2003 | MF | Customs Audit/FA | Travel to client site and review of client info | 3.0 | 310 | 930 | |
| 5/27/2003 | MS | Customs Audit/FA | Agency Transaction fees - Baltimore Trip | | | | 62 |
| 5/27/2003 | MS | Customs Audit/FA | Airline ticket - Boston Trip | | | | 617 |
| 5/27/2003 | MS | Customs Audit/FA | Agency transaction fees - Boston Trip | | | | 62 |
| 5/27/2003 | MS | Customs Audit/FA | Meals during travel | | | | 11 |
| 5/27/2003 | MS | Customs Audit/FA | Taxi | | | | 58 |
| 5/28/2003 | KK | Benchmarking Analysis | Formatted TDC rank spreadsheet to determine TDC by position. | 2.5 | 150 | 375 | |
| 5/28/2003 | MF | Customs Audit/FA | Telephone, business | | | | 11 |
| 5/28/2003 | MF | Customs Audit/FA | Hotel Room - Boston | | | | 119 |
| 5/28/2003 | MF | Customs Audit/FA | Hotel Tax - Boston | | | | 12 |
| 5/28/2003 | MF | Customs Audit/FA | On-site interviews/meeting in Boston with: M. Stephanou, D. Lyons, S. Campbell, P. McKenty, R. Andrews, N. Phillips, , J. Hastie, S. Clark, R. Brown, S. Hasham, | 9.0 | 310 | 2,790 | 0 |
| 5/28/2003 | MS | Customs Audit/FA | Meals during travel | | | | 60 |
| 5/28/2003 | MS | Customs Audit/FA | On-site interviews/meeting in Boston with: M. Frank, D. Lyons, S. Campbell, P. McKenty, R. Andrews, N. Phillips, , J. Hastie, S. Clark, R. Brown, S. Hasham, | 9.0 | 440 | 3,960 | |
| 5/28/2003 | MS | Customs Audit/FA | On-site interviews/meetings in Boston with: M. Frank, D. Lyons, S. Campbell, P. McKenty, R. Andrews, N. Phillips, D. Curreri, J. Haerringson, J. Kellett, M.B. Loretti, Ty Harter, M.L. Harding, K. Mitchell, C. Sebeysten, and conference call with E. Adams- | 9.0 | 440 | 3,960 | |
| 5/28/2003 | RR | Customs Audit/FA | Drafting narratives from on-site visit to Baltimore | 7.0 | 230 | 1,610 | |
| 5/29/2003 | KK | Benchmarking Analysis | Formatted TDC rank spreadsheet to determine TDC by position. | 2.0 | 150 | 300 | |
| 5/29/2003 | MF | | On-site interviews/meetings in Boston with: M. Stephanou, D. Lyons, S. Campbell, P. McKenty, R. Andrews, N. Phillips, D. Curreri, J. Haerringson, J. Kellett, M.B. Loretti, Ty Harter, M.L. Harding, K. Mitchell, C. Sebeysten, and conference call with E. Ad | 9.0 | 310 | 2,790 | 0 |
| 5/29/2003 | MS | Customs Audit/FA | Hotel Room | | | | 198 |
| 5/29/2003 | MS | Customs Audit/FA | Taxi | | | | 35 |
| 5/29/2003 | MS | Customs Audit/FA | Car rental | | | | 129 |
| 5/29/2003 | MS | Customs Audit/FA | Hotel Tax | | | | 63 |

**Exhibit B**
**W.R. Grace Co.**
*Daily Summary of Fees and Expenses*

Invoice #: 08802304
Billing Group: BG20469

| Date | Person | Project Categories | Description | Hours | Billing Rate | Professional Fees | Expenses |
|---|---|---|---|---|---|---|---|
| 5/30/2003 | KO | Benchmarking Analysis | Reviewed comprehensive methodology document. | 0.3 | 200 | 60 | |
| | | | Totals | 244.6 | | $79,822 | $6,649 |