# EXHIBIT B

Exhibit B

Invoice #: 08802305
Billing Group: BG20469

## W.R. Grace & Co.
## Hours Spent by Each Person
June 1 through June 30

| Employee | Hours | Billing Rate | Total Fees | Expenses |
|---|---|---|---|---|
| Nick Bubnovich | 2.5 | $575 | $1,438 | $0 |
| Jane Zeis | 13.2 | $425 | $5,610 | 0 |
| Allison Prybylo | 26.2 | $230 | $6,026 | 67 |
| Sarah Mangi | 26.1 | $180 | $4,698 | 30 |
| Jenny Chaitkin | 11.2 | $150 | $1,680 | 0 |
| Zachary Georgeson | 12.0 | $150 | $1,800 | 0 |
| Katie Krone | 3.5 | $150 | $525 | 0 |
| Catherine Sanders | 2.6 | $150 | $390 | 0 |
| Darla Yager | 0.4 | $67 | $27 | 26 |
| ***Total Human Capital Service Fees*** | 97.7 | | $22,193 | $123 |
| | | | | |
| Melissa Stephanou | 17 | $580 | $9,860 | $225 |
| Matthew Frank | 23 | $370 | $8,510 | 62 |
| Robin Raley | 28.5 | $250 | $7,125 | 0 |
| ***Total Customs & International Services Fees*** | 68.5 | | $25,495 | $287 |
| | | | | |
| Bryan Collins | 4.5 | $600 | $2,700 | $0 |
| ***Total National Tax Services Fees*** | 4.5 | | $2,700 | $0 |
| | | | | |
| **TOTAL FEES DUE** | **170.7** | | **$50,388** | **$410** |

**Exhibit B**
**W.R. Grace Co.**
*Daily Summary of Fees and Expenses*

Invoice #: 08802305
Billing Group: BG20469

| Date | Person | Project Categories | Description | Hours | Billing Rate | Professional Fees | Expenses |
|---|---|---|---|---|---|---|---|
| 6/1/2003 | MF | Customs Audit/FA | Travel Agency Transaction Fee | | | | 62 |
| 6/1/2003 | SJM | Benchmarking Analysis | Reviewed peer group analysis by position. | 4.0 | 180 | 720 | |
| 6/2/2003 | KK | Benchmarking Analysis | Made revisions to TDC analysis by position. | 3.0 | 150 | 450 | |
| 6/2/2003 | SJM | Benchmarking Analysis | Reviewed peer group analysis by position and went over changes with Katie Krone. Reviewed Katie Krone's changes and made final revisions to TDC analysis by position. | 1.3 | 180 | 234 | |
| 6/3/2003 | AP | Benchmarking Analysis | Reviewed revised benchmarking for the Corporate and Catalyst group. | 2.5 | 230 | 575 | |
| 6/3/2003 | SJM | Benchmarking Analysis | Reviewed revisions to TDC by positions. Reviewed the Catalyst's benchmarking sheets. | 2.0 | 180 | 360 | |
| 6/4/2003 | AP | Benchmarking Analysis | Reviewed top 100 benchmarking positions with Jane Zeis and Sarah Mangi and determined next steps. | 0.5 | 230 | 115 | |
| 6/4/2003 | JZ | Benchmarking Analysis | Reviewed top 100 benchmarking positions with Allison Prybylo and Sarah Mangi and determined next steps. | 0.5 | 425 | 213 | |
| 6/4/2003 | SJM | Benchmarking Analysis | Reviewed the Catalysts benchmarking sheets. Prepared a comment sheet with all the inconsistencies found in the benchmarking methodology for Catalysts and guidelines for weighting the information. | 1.0 | 180 | 180 | |
| 6/4/2003 | SJM | Benchmarking Analysis | Reviewed top 100 benchmarking positions with Allison Prybylo and Jane Zeis and determined next steps. | 0.5 | 180 | 90 | |
| 6/5/2003 | JC | Benchmarking Analysis | Audited Watson Wyatt data for the benchmarking project. | 1.0 | 150 | 150 | |
| 6/5/2003 | JZ | Benchmarking Analysis | Discussed Investor Relations position with Bernadine Johnson at W.R. Grace. | 0.5 | 425 | 213 | |
| 6/5/2003 | MF | Customs Audit/FA | On-site interviews at Chicago Customer Service Center with M.Stephanou, E. Adams-Monk, D. Lyons (via phone), T. Harter, H. Aurenz, C. Vertucci, J. Fuller | 4 | 370 | 1480 | |
| 6/5/2003 | MS | Customs Audit/FA | On-site interviews at Chicago Customer Service Center with M.Frank, E. Adams-Monk, D. Lyons (via phone), T. Harter, H. Aurenz, C. Vertucci, J. Fuller | 4 | 580 | 2320 | |
| 6/5/2003 | MS | Customs Audit/FA | Preparation for On-site interviews at Chicago Customer Service Center with M.Frank, E. Adams-Monk, D. Lyons (via phone), T. Harter, H. Aurenz, C. Vertucci, J. Fuller | 1 | 580 | 580 | |
| 6/5/2003 | SJM | Benchmarking Analysis | Prepared a comment sheet with the inconsistencies found in the benchmarking methodology for Catalysts and the guidelines for weighting the information. | 0.3 | 180 | 54 | |
| 6/6/2003 | RR | Customs Audit/FA | Tracked down FOIA data on imports into the U.S. from Customs | 0.5 | 250 | 125 | |
| 6/6/2003 | SJM | Benchmarking Analysis | Made changes to the "Catalyst benchmarking issues" document. | 0.5 | 180 | 90 | |
| 6/9/2003 | AP | Working Meals | Dinner while working late in the office | | | | 13 |
| 6/9/2003 | AP | Benchmarking Analysis | Met with Jane Zeis and Sarah Mangi to discuss the benchmarking report. | 0.8 | 230 | 184 | |
| 6/9/2003 | AP | Benchmarking Analysis | Prepared and revised the methodology worksheet and sent it to W.R. Grace. | 2.1 | 230 | 483 | |
| 6/9/2003 | JZ | Benchmarking Analysis | Met with Allison Prybylo and Sarah Mangi to discuss the benchmarking report. | 0.8 | 425 | 340 | |
| 6/9/2003 | SJM | Benchmarking Analysis | Met with Jane Zeis and Allison Prybylo to discuss the benchmarking report. | 0.8 | 180 | 144 | |

**Exhibit B**
**W.R. Grace Co.**
*Daily Summary of Fees and Expenses*

Invoice #: 08802305
Billing Group: BG20469

| Date | Person | Project Categories | Description | Hours | Billing Rate | Professional Fees | Expenses |
|---|---|---|---|---|---|---|---|
| 6/10/2003 | AP | Benchmarking Analysis | Finished revisions and sent W.R. Grace the second draft of the Top 100 benchmarks. Spoke with Sonya and Paula (W.R. Grace team) regarding any questions they had. | 1.5 | 230 | 345 | |
| 6/10/2003 | AP | Benchmarking Analysis | Met with Nick Bubnovich to review certain benchmarking issues. | 0.5 | 230 | 115 | |
| 6/10/2003 | JZ | Benchmarking Analysis | Conference call with Bob Tarola (CFO) regarding Bridget Sarikas. Conference call with Brian McGowan and Mike Piergrossi regarding Bridget Sarikas. | 1.0 | 425 | 425 | |
| 6/10/2003 | MF | Customs Audit/FA | Drafted interview narratives re: GPC's FA | 4 | 370 | 1480 | |
| 6/10/2003 | MS | Customs Audit/FA | Preparation for interviews with S. Mahajan, J. Cesta, and D. Lyons re: FA | 2 | 580 | 1160 | |
| 6/10/2003 | MS | Customs Audit/FA | FOIA DATA FROM U.S. CUSTOMS (expense to obtain data from Customs on CD to complete FA | | | | 225 |
| 6/10/2003 | NB | Benchmarking Analysis | Met with Allison Prybylo to review certain benchmarking issues. | 0.5 | 575 | 288 | |
| 6/10/2003 | RR | Customs Audit/FA | Tracked down FOIA data on imports into the U.S. from Customs | 0.25 | 250 | 63 | |
| 6/10/2003 | RR | Customs Audit/FA | Drafted interview narratives for GPC's FA | 3.75 | 250 | 938 | |
| 6/11/2003 | AP | Benchmarking Analysis | Met with Nick Bubnovich and Jane Zeis to review benchmarking methodology and to update Nick Bubnovich on the progress of the project. | 1.0 | 230 | 230 | |
| 6/11/2003 | AP | Benchmarking Analysis | Met with Jane Zeis to discuss next steps for the benchmarking, | 0.5 | 230 | 115 | |
| 6/11/2003 | AP | Benchmarking Analysis | Reviewed next round of benchmarks. Discussed with Sangi Mangi issues with the benchmarking review. | 1.0 | 230 | 230 | |
| 6/11/2003 | JZ | Benchmarking Analysis | Met with Allison Prybylo and Nick Bubnovich to review benchmarking methodology and to determine next steps. Discussed July 9th Board of Directors meeting and possible report. | 1.0 | 425 | 425 | |
| 6/11/2003 | JZ | Benchmarking Analysis | Met with Allison to discuss next steps for the benchmarking, | 0.5 | 425 | 213 | |
| 6/11/2003 | MF | Customs Audit/FA | Drafted interview narratives re: GPC's FA | 5 | 370 | 1850 | |
| 6/11/2003 | MS | Customs Audit/FA | Interview with S. Mahajan, J. Cesta, and D. Lyons, re: FA | 2 | 580 | 1160 | |
| 6/11/2003 | NB | Benchmarking Analysis | Met with Allison Prybylo and Jane Zeis to review benchmarking methodology and to determine next steps. Discussed July 9th Board of Directors meeting and possible report. | 1.0 | 575 | 575 | |
| 6/11/2003 | RR | Customs Audit/FA | Drafted interview narratives for GPC's FA | 2 | 250 | 500 | |
| 6/11/2003 | SJM | Benchmarking Analysis | Reviewed the Catalyst benchmarking sheets. Discussed issue with the benchmarking review with Allison Prybylo. | 1.7 | 180 | 306 | |
| 6/12/2003 | AP | Benchmarking Analysis | Spoke with Sonya (W.R. Grace team) to discuss the benchmarking. Reviewed next round of benchmarks and prepared questions. | 1.2 | 230 | 276 | |
| 6/12/2003 | BC | NOL Evaluation | Conference call with Elyse Napoli Filon regarding the revised presentation relating to the 10 year carryback of Grace Conn. 1998 NOLs, possible alternative methods of allocating the 10 year carryback among members of the group, | 1 | 600 | 600 | |
| 6/12/2003 | JC | Benchmarking Analysis | Audited 50 positions for benchmarking project. | 5.4 | 150 | 810 | |
| 6/12/2003 | KK | Benchmarking Analysis | Met with Zach Georgeson to teach ERI software. | 0.5 | 150 | 75 | |
| 6/12/2003 | MF | | Drafted interview narratives re: GPC's FA | 4 | 370 | 1480 | |
| 6/12/2003 | SJM | Benchmarking Analysis | Reviewed Catalyst benchmarking sheets and prepared a document summarizing all the methodology issues. | 2.2 | 180 | 396 | |
| 6/12/2003 | ZG | Benchmarking Analysis | Audited fifty positions for benchmarking project using ERI and Hewitt surveys. | 4.7 | 150 | 705 | |

**Exhibit B**
**W.R. Grace Co.**
*Daily Summary of Fees and Expenses*

Invoice #: 08802305
Billing Group: BG20469

| Date | Person | Project Categories | Description | Hours | Billing Rate | Professional Fees | Expenses |
|---|---|---|---|---|---|---|---|
| 6/12/2003 | ZG | Benchmarking Analysis | Met with Katie Krone to learn ERI software. | 0.5 | 150 | 75 | |
| 6/13/2003 | AP | Benchmarking Analysis | Worked on questions. Reviewed Sarah Mangi's work. Combined the questions for the 6/19 meeting. | 1.0 | 230 | 230 | |
| 6/13/2003 | JC | Benchmarking Analysis | Revised report for auditing. | 2.0 | 150 | 300 | |
| 6/13/2003 | ZG | Benchmarking Analysis | Made changes to survey data in audit template. | 2.0 | 150 | 300 | |
| 6/16/2003 | AP | Benchmarking Analysis | Reviewed the GPC data and prepared questions for the call. Worked with Jenny Chaitkin and Zach Georgeson to complete the Auditing. Spoke with Sonya (W.R. Grace) regarding the benchmarks. | 1.8 | 230 | 414 | |
| 6/16/2003 | AP | Benchmarking Analysis | Met with Jane Zeis regarding benchmarking of grades 15-19. | 1.5 | 230 | 345 | |
| 6/16/2003 | JZ | Benchmarking Analysis | Met with Allison Prybylo regarding benchmarking of grades 15-19. | 1.5 | 425 | 638 | |
| 6/17/2003 | AP | Benchmarking Analysis | Worked on auditing the benchmarking with the Jenny Chaitkin and Zach Georgeson. | 1.0 | 230 | 230 | |
| 6/17/2003 | JC | Benchmarking Analysis | Audited 10 positions for benchmarking project. | 1.2 | 150 | 180 | |
| 6/17/2003 | JZ | Benchmarking Analysis | Reviewed questions for benchmarking conference call. | 0.7 | 425 | 298 | |
| 6/17/2003 | ZG | Benchmarking Analysis | Audited 10 positions for benchmarking project with ERI and Towers Perrin survey. | 1.3 | 150 | 195 | |
| 6/18/2003 | RR | Customs Audit/FA | Organized file documents for GPC's FA | 0.5 | 250 | 125 | |
| 6/19/2003 | AP | Benchmarking Analysis | Call with W.R. Grace to discuss the final round of benchmarks. | 2.0 | 230 | 460 | |
| 6/19/2003 | AP | Benchmarking Analysis | Spoke with Ginny (W.R. Grace team) regarding the median scope revenue and the revisions. Prepared emails to all groups discussing outstanding issues. Finalized the "By Function" worksheet and sent it to Mike Piergrossi. Reviewed Paula and Sonya's (W.R. Gr | 1.0 | 230 | 230 | |
| 6/19/2003 | DY | Benchmarking Analysis | Set-up conference call with Brian McGowan and Mike Piergrossi. | 0.2 | 67 | 13 | |
| 6/19/2003 | DY | Conference Calls | Conference Call Fees | | | | 13 |
| 6/19/2003 | JZ | Benchmarking Analysis | Call with W.R. Grace to discuss the final round of benchmarks. | 2.0 | 425 | 850 | |
| 6/19/2003 | RR | Customs Audit/FA | Organized file documents for GPC's FA | 0.5 | 250 | 125 | |
| 6/19/2003 | RR | Customs Audit/FA | Revised Action Lists for GPC and Davison's FA | 1.5 | 250 | 375 | |
| 6/19/2003 | RR | Customs Audit/FA | Met with M.Stephanou to discuss project status of GPC.Davison's FA | 1 | 250 | 250 | |
| 6/19/2003 | SJM | Benchmarking Analysis | Call with W.R. Grace to discuss the final round of benchmarks (had to leave early from call). | 1.3 | 180 | 234 | |
| 6/20/2003 | AP | Conference Calls | Conference Call fees from Texas | | | | 40 |
| 6/20/2003 | JZ | Benchmarking Analysis | Reviewed Director Investor Relations position benchmarking. | 0.5 | 425 | 213 | |
| 6/20/2003 | RR | Customs Audit/FA | Revised Action Lists and followed up with process owners | 1.5 | 250 | 375 | |
| 6/23/2003 | AP | Benchmarking Analysis | Met with Sarah Mangi to go over data and charts for the report. | 0.5 | 230 | 115 | |
| 6/23/2003 | BC | NOL Evaluation | Conference call with Elyse Napoli Filon regarding the 10 year carryback of Grace Conn.'s 1998 NOLs to Grace NY's consolidated group, possible alternative methods of allocating the 10 year carryback among the members of the group, revisions to presentation | 1 | 600 | 600 | |
| 6/23/2003 | DY | Benchmarking Analysis | Set up Nick's travel plans. | 0.2 | 67 | 13 | |

**Exhibit B**
**W.R. Grace Co.**
*Daily Summary of Fees and Expenses*

Invoice #: 08802305
Billing Group: BG20469

| Date | Person | Project Categories | Description | Hours | Billing Rate | Professional Fees | Expenses |
|---|---|---|---|---|---|---|---|
| 6/23/2003 | DY | Travel Expenses | Wayport Travel expenses | | | | 13 |
| 6/23/2003 | JC | Benchmarking Analysis | Audited 12 position with Watson Wyatt compensation calculator. | 1.6 | 150 | 240 | |
| 6/23/2003 | MF | Customs Audit/FA | Reviewed and edited interview narratives and action lists re GPC's FA | 2 | 370 | 740 | |
| 6/23/2003 | MS | Customs Audit/FA | Update call with S. Ahern, R.Raley-Preparation for call | 0.5 | 580 | 290 | |
| 6/23/2003 | MS | Customs Audit/FA | Preparation for call with S. Ahern, R. Raley | 0.5 | 580 | 290 | |
| 6/23/2003 | RR | Customs Audit/FA | Update call with S. Ahern, M.Stephanou | 0.5 | 250 | 125 | |
| 6/23/2003 | RR | Customs Audit/FA | Met with M.Stephanou, M.Frank to discuss project status | 0.5 | 250 | 125 | |
| 6/23/2003 | RR | Customs Audit/FA | Revised interview narratives and action lists re GPC/Davison's FA | 4.5 | 250 | 1125 | |
| 6/23/2003 | SJM | Benchmarking Analysis | Met with Allison Prybylo to go over data and charts for the report. | 0.5 | 180 | 90 | |
| 6/23/2003 | ZG | Benchmarking Analysis | Audited thirty positions using online Hewitt survey. | 2.5 | 150 | 375 | |
| 6/24/2003 | AP | Benchmarking Analysis | Spoke with Sonya (W.R. Grace Team) regarding the ERI Survey and how data was pulled. Spoke with Jess (W.R. Grace Team) regarding the median scope revenues and the changes per the call on 6/19. Reviewed Sonya's (W.R. Grace Team) revised benchmarks and made | 1.0 | 230 | 230 | |
| 6/24/2003 | AP | Benchmarking Analysis | Met with Jane Zeis regarding report and graphs. | 1.3 | 230 | 299 | |
| 6/24/2003 | BC | NOL Evaluation | Conference call with Elyse Napoli Filon and other W.R. Grace personnel regarding IRS procedural issues relating to Grace Conn.'s 1998 NOL Carryback and the related presentation and upcoming meeting. | 2.5 | 600 | 1500 | |
| 6/24/2003 | JZ | Benchmarking Analysis | Met with Allison Prybylo regarding report and graphs. | 1.3 | 425 | 553 | |
| 6/24/2003 | MF | Customs Audit/FA | Reviewed and edited interview narratives and action lists re GPC's FA | 4 | 370 | 1480 | |
| 6/24/2003 | MS | Customs Audit/FA | Conf. call with R. Raley, M.L. Harding (Grace - Accts. payable) | 0.5 | 580 | 290 | |
| 6/24/2003 | MS | Customs Audit/FA | Review interview narratives, re:FA | 1.5 | 580 | 870 | |
| 6/24/2003 | RR | Customs Audit/FA | Conf. call with M.Stephanou, M.L. Harding (Grace - Accts. payable) re A/P issues in relation to FA | 0.5 | 250 | 125 | |
| 6/24/2003 | RR | Customs Audit/FA | Revised interview narratives of Davison's FA | 4.5 | 250 | 1125 | |
| 6/24/2003 | SJM | Benchmarking Analysis | Organized Grace's benchmarked data and began making graphs by group, function and business unit for all components of pay. | 3.2 | 180 | 576 | |
| 6/25/2003 | AP | Benchmarking Analysis | Met with Jane Zeis and Sarah Mangi to go over graphs and data. | 1.0 | 230 | 230 | |
| 6/25/2003 | JZ | Benchmarking Analysis | Met with Allison Prybylo and Sarah Mangi to go over graphs and data. | 1.0 | 425 | 425 | |
| 6/25/2003 | JZ | Benchmarking Analysis | Discussed with Brian McGowen the compensation committee report for July 9th meeting. | 0.5 | 425 | 213 | |
| 6/25/2003 | MS | Customs Audit/FA | Discussion with S. Ahern and T. Lascola re compliance manual | 1 | 580 | 580 | |
| 6/25/2003 | RR | Customs Audit/FA | Prepared Grace billing sheets | 6.5 | 250 | 1625 | |
| 6/25/2003 | SJM | Benchmarking Analysis | Organized Grace's benchmarked data and began making graphs by group, function and business unit for all components of pay. | 1.7 | 180 | 306 | |
| 6/25/2003 | SJM | Benchmarking Analysis | Met with Jane Zeis and Allison Prybylo to go over graphs and data. | 1.0 | 180 | 180 | |
| 6/25/2003 | SJM | Working Meals | Dinner at the office while working late | | | | 15 |
| 6/25/2003 | ZG | Benchmarking Analysis | Audited final positions provided by Allison Prybylo. | 1.0 | 150 | 150 | |
| 6/26/2003 | AP | Benchmarking Analysis | Prepared sheets for the report including methodology and scope. | 0.5 | 230 | 115 | |

**Exhibit B**
**W.R. Grace Co.**
*Daily Summary of Fees and Expenses*

Invoice #: 08802305
Billing Group: BG20469

| Date | Person | Project Categories | Description | Hours | Billing Rate | Professional Fees | Expenses |
|---|---|---|---|---|---|---|---|
| 6/26/2003 | JZ | Benchmarking Analysis | Reviewed final data and printed out materials. | 0.4 | 425 | 170 | |
| 6/26/2003 | SJM | Benchmarking Analysis | Copied and finalized data from Corporate, Silicas, and Catalysts. Made changes based on function and group from Mike's (W.R. Grace) email. Checked all formulas in spreadsheets. | 2.3 | 180 | 414 | |
| 6/27/2003 | CS | Benchmarking Analysis | Updated bonus and total cost comparison charts. | 2.6 | 150 | 390 | |
| 6/27/2003 | JZ | Benchmarking Analysis | Reviewed investor relations benchmarking and wrote email to Mike Piergrossi regarding director versus manager title. | 1.0 | 425 | 425 | |
| 6/27/2003 | MS | Customs Audit/FA | Review *Import* manual and Grace documents | 1 | 580 | 580 | |
| 6/27/2003 | SJM | Benchmarking Analysis | Made 29 base salary graphs. Talked to Katie Krone about how to do the bonus and Total Cost Comparison graphs. | 1.5 | 180 | 270 | |
| 6/27/2003 | SJM | Travel Expenses | Taxi fees from working late | | | | 15 |
| 6/29/2003 | AP | Travel Expenses | Taxi fees from working late | | | | 14 |
| 6/30/2003 | AP | Benchmarking Analysis | Finalized the data from Ginny (W.R. Grace Team) and began to perform a final review of the methodology and audits. | 1.5 | 230 | 345 | |
| 6/30/2003 | AP | Benchmarking Analysis | Met with Nick Bubnovich to discuss methodology. | 0.5 | 230 | 115 | |
| 6/30/2003 | MS | Customs Audit/FA | Review interview narratives re: FA | 2 | 580 | 1160 | |
| 6/30/2003 | MS | Customs Audit/FA | Grace billing | 1 | 580 | 580 | |
| 6/30/2003 | NB | Benchmarking Analysis | Reviewed charts and report for the benchmarking project. | 0.5 | 575 | 288 | |
| 6/30/2003 | NB | Benchmarking Analysis | Met with Allison Prybylo to discuss methodology. | 0.5 | 575 | 288 | |
| 6/30/2003 | SJM | Benchmarking Analysis | Began preparing the leadership team charts. | 0.3 | 180 | 54 | |
| | | | **Totals** | **170.7** | | **$50,388** | **$410** |