# EXHIBIT A

# IN THE UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| | : | Case No. 01-01139 (JKF) |
| W. R. GRACE and CO., *et al.*,[1] | : | (Jointly Administered) |
| | : | |
| Debtors. | : | Objection Deadline: March 11, 2004 |
| | : | Hearing Date: TBD, if necessary |

## FEE DETAIL FOR PITNEY, HARDIN, KIPP AND SZUCH LLP'S THIRTY-THIRD MONTHLY FEE APPLICATION FOR THE PERIOD FROM DECEMBER 1, 2003 THROUGH DECEMBER 31, 2003

---

[1] The Debtors consist of the following 62 entities: W. R. Grace and Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace and Co.-Conn., A-1 Bit and Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., EandC Liquidating Corp., Emerson and Cuming, Inc.), Southern Oil, Resin and Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

1

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 4 | fees and costs. | W. Hatfield | 0.2 | 55.00 |
| 12/11/03 | Review submissions concerning attorney's fees and prejudgment interest in preparation for hearing. | | | |
| 4 | | R. Rose | 0.7 | 269.50 |
| 12/11/03 | Prepare for hearing, including review of letter brief from Weja. | | | |
| 4 | | W. Hatfield | 0.4 | 110.00 |
| 12/11/03 | Update prejudgment interest spreadsheets through 12/31/03 as requested by W. Hatfield in preparation for hearing. | | | |
| 15 | | S. Purrington | 1.3 | 143.00 |
| 12/12/03 | Travel to Hudson County Court House and attend hearing on application for prejudgment interest and attorney's fees. | | | |
| 4 | | R. Rose | 2.8 | 1,078.00 |
| 12/12/03 | Memo to A. Marchetta and R. Rose regarding conference with client, summary of hearing, action items, and strategy. | | | |
| 15 | | W. Hatfield | 0.4 | 110.00 |
| 12/12/03 | Prepare for and attend hearing on matter before Judge McLaughlin regarding application for attorneys' fees and costs, including telephone conference with client regarding same. | | | |
| 15 | | W. Hatfield | 3.4 | 935.00 |
| 12/13/03 | Conference and follow up regarding results of court hearing. | | | |
| 4 | | A. Marchetta | 0.4 | 180.00 |
| 12/14/03 | Attend to case issues, including court hearing on application for attorneys' fees and costs. | | | |
| 4 | | W. Hatfield | 0.1 | 27.50 |
| 12/15/03 | Meetings on case issues and call with client on matter, including drafting memo to A. Marchetta and R. Rose regarding same. | | | |
| 4 | | W. Hatfield | 0.7 | 192.50 |
| 12/15/03 | Review oral opinion and address issues in prior order and begin draft of final order of judgment. | | | |
| 4 | | W. Hatfield | 1.3 | 357.50 |
| 12/15/03 | Conference with R. Rose and W. Hatfield and telephone call with client regarding judgment and appeal. | | | |
| 4 | | A. Marchetta | 0.7 | 315.00 |

| Date | Task / Timekeeper | Hours | Amount |
|---|---|---|---|
| 12/15/03 4 | Conference call with A. Nagy and A. Marchetta concerning opinion on attorney's fees and prejudgment interest, including appeal issues. R. Rose | 0.5 | 192.50 |
| 12/16/03 4 | Attend to case issues, including addressing interest issues for 2004. W. Hatfield | 0.4 | 110.00 |
| 12/16/03 15 | Update prejudgment interest calculation spreadsheets through January 30, 2004 as requested by W. Hatfield. S. Purrington | 1.3 | 143.00 |
| 12/19/03 4 | Address case issues and draft of final order, including reviewing same with R. Rose. W. Hatfield | 1.5 | 412.50 |
| 12/19/03 4 | Follow up regarding judgment. A. Marchetta | 0.2 | 90.00 |
| 12/22/03 4 | Review draft of final order. R. Rose | 0.8 | 308.00 |
| 12/23/03 3 | Memos with R. Rose on issues in draft final order. W. Hatfield | 0.3 | 82.50 |
| 12/23/03 4 | Review draft of final order of judgment, including e-mails to B. Hatfield concerning arbitration procedure. R. Rose | 0.8 | 308.00 |
| 12/27/03 4 | Follow up regarding judgment. A. Marchetta | 0.1 | 45.00 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| W. Hatfield | 16.30 | 275.00 | 4,482.50 |
| A. Marchetta | 2.40 | 450.00 | 1,080.00 |
| R. Rose | 5.60 | 385.00 | 2,156.00 |
| S. Purrington | 2.60 | 110.00 | 286.00 |
| TOTALS | 26.90 | | 8,004.50 |

## FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| R. Rose | 4 | 5.6 | 385.00 | 2,156.00 |
| A. Marchetta | 4 | 2.4 | 450.00 | 1,080.00 |
| W. Hatfield | 3 | 0.3 | 275.00 | 82.50 |
|  | 4 | 7.6 | 275.00 | 2,090.00 |
|  | 15 | 8.4 | 275.00 | 2,310.00 |
| S. Purrington | 15 | 2.6 | 110.00 | 286.00 |
| TOTAL |  | 26.9 |  | 8,004.50 |

Client: 082910 W.R. GRACE & CO.
Matter: 095992 Chapter 11 Administration

| Date | Description | | | |
|---|---|---|---|---|
| 12/01/03 | Attention to responding to email from S. Bossay, including reviewing email attachments regarding fees and expenses for the 9th Interim Period. | | | |
| 11 | K. Jasket | | 0.3 | 54.00 |
| 12/10/03 | Reviewed docket. | | | |
| 11 | K. Jasket | | 0.4 | 72.00 |
| 12/10/03 | Reviewed Order regarding 2004 hearing dates and sent memo to A. Marchetta and S. Zuber regarding same. | | | |
| 11 | K. Jasket | | 0.3 | 54.00 |
| 12/17/03 | Receipt and review of CNOs for September and October 2003 and attention to forwarding same to A. Marchetta and S. Zuber. | | | |
| 11 | K. Jasket | | 0.2 | 36.00 |
| 12/18/03 | Review docket. | | | |
| 11 | K. Jasket | | 0.3 | 54.00 |
| 12/18/03 | Review Order approving fees for the 10th Interim Period and attention to forwarding same to A. Marchetta and S. Zuber. | | | |
| 11 | K. Jasket | | 0.2 | 36.00 |
| 12/18/03 | Drafted fee application for November 2003. | | | |
| 11 | K. Jasket | | 2.3 | 414.00 |
| 12/29/03 | Review docket. | | | |
| 11 | K. Jasket | | 0.2 | 36.00 |

5

| Date | Description | Hours | Amount |
|---|---|---|---|
| 12/29/03 | Attention to sending November 2003 fee application to S. McFarland for filing. | | |
| 11 | K. Jasket | 0.2 | 36.00 |
| 12/29/03 | Revised November 2003 fee application. | | |
| 11 | K. Jasket | 0.5 | 90.00 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| K. Jasket | 4.90 | 180.00 | 882.00 |
| TOTALS | 4.90 | | 882.00 |


FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| K. Jasket | 11 | 4.9 | 180.00 | 882.00 |
| TOTAL | | 4.9 | | 882.00 |

Client: 082913 W.R. GRACE & CO.\INSURANCE CO
Matter: 000009 NY Superfund Action

| Date | Description | Hours | Amount |
|---|---|---|---|
| 12/02/03 | Compile information requested by client. | | |
| 4 | A. Marchetta | 0.3 | 135.00 |
| 12/02/03 | Confer with A. Marchetta regarding settlement amounts obtained to date, including following up with B. Moffitt regarding same. | | |
| 15 | M. Waller | 0.3 | 96.00 |
| 12/02/03 | Review insurance policies, settlement memos, and defense cost information. | | |
| 15 | M. Waller | 0.6 | 192.00 |
| 12/02/03 | Work with A. Marchetta regarding settlement amounts obtained to date, including conferring with M. Waller and S. Parker regarding same. | | |
| 15 | B. Moffitt | 0.3 | 84.00 |

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 12/03/03 4 | Work with M. Waller regarding information for court submission. | A. Marchetta | 0.4 | 180.00 |
| 12/03/03 15 | Complete reviewing settlement information and agreements and draft memorandum to A. Marchetta regarding same in preparation for meeting with client. | M. Waller | 0.5 | 160.00 |
| 12/04/03 15 | Follow up with S. Parker regarding terms of Hartford settlement to assist A. Marchetta with client strategy meeting. | M. Waller | 0.2 | 64.00 |
| 12/04/03 15 | Work with B. Moffitt to prepare memorandum regarding terms of Hartford settlement to assist A. Marchetta with client strategy meeting. | M. Waller | 0.2 | 64.00 |
| 12/04/03 15 | Review various e-mails from M. Waller regarding earlier settlement agreements reached with carriers, including working with S. Parker regarding same and review correspondence related to Hartford settlement and preparation of e-mail to A. Marchetta regarding same. | B. Moffitt | 0.5 | 140.00 |
| 12/08/03 4 | Telephone calls and follow up regarding client meeting and strategy. | A. Marchetta | 0.4 | 180.00 |
| 12/08/03 15 | Prepare materials for A. Marchetta for meeting with client regarding strategy and potential settlement and work with S. Parker regarding same. | M. Waller | 0.6 | 192.00 |
| 12/09/03 4 | Prepare for meeting with client. | A. Marchetta | 0.3 | 135.00 |
| 12/12/03 4 | Meeting with client regarding issues for court hearing and strategy regarding same. | A. Marchetta | 1.5 | 675.00 |
| 12/12/03 15 | Follow up with A. Marchetta regarding meeting with client regarding status and strategy for matter. | M. Waller | 0.3 | 96.00 |
| 12/15/03 4 | Follow up regarding client meeting regarding information for client and statement for court. | A. Marchetta | 0.7 | 315.00 |
| 12/15/03 | Meeting with A. Marchetta and B. Moffitt regarding results of strategy meeting with client and future actions. | | | |

7

| | | | |
|---|---|---|---|
| 15 | M. Waller | 0.2 | 64.00 |
| 12/15/03 | Follow up with B. Moffitt and C. Nowicki regarding factual and legal research requested by client regarding defense costs and interest calculations permitted in federal courts in NY. | | |
| 15 | M. Waller | 0.2 | 64.00 |
| 12/15/03 | Work with A. Marchetta and M. Waller regarding scope of potential recovery and interest available with respect to same. | | |
| 15 | B. Moffitt | 0.2 | 56.00 |
| 12/15/03 | Work with M. Waller and L. Jordan regarding research regarding scope of potential recovery and interest available with respect to same, including providing L. Jordan with existing research regarding interest issue. | | |
| 15 | B. Moffitt | 0.4 | 112.00 |
| 12/15/03 | Work with C. Nowicki regarding research regarding scope of potential recovery and interest available with respect to same, including providing her with existing research regarding interest issue. | | |
| 15 | B. Moffitt | 0.2 | 56.00 |
| 12/18/03 | Review memorandum from C. Nowicki regarding calculation of prejudgment interest. | | |
| 15 | M. Waller | 0.3 | 96.00 |
| 12/18/03 | Confer with B. Moffitt regarding memorandum by C. Nowicki regarding calculation of prejudgment interest and additions and revisions needed to same and research regarding prior calculations of defense costs. | | |
| 15 | M. Waller | 0.2 | 64.00 |
| 12/18/03 | Telephone call with A. Marchetta regarding research regarding scope of potential recovery and interest available with respect to same; work with M. Waller and C. Nowicki regarding same. | | |
| 15 | B. Moffitt | 0.3 | 84.00 |
| 12/19/03 | Review items regarding outline for court. | | |
| 4 | A. Marchetta | 0.3 | 135.00 |
| 12/22/03 | Confer with A. Marchetta regarding prior research regarding calculation of defense costs at issue in matter. | | |
| 15 | M. Waller | 0.2 | 64.00 |
| 12/22/03 | Drafting letter to J. Posner regarding prior calculation of defense costs at issue in matter and prejudgment interest. | | |
| 15 | M. Waller | 1.8 | 576.00 |

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 12/22/03<br>15 | Review memorandum regarding calculation of prejudgment interest and key cases.<br>M. Waller | | 0.5 | 160.00 |
| 12/22/03<br>4 | Work with M. Waller and follow up regarding information for client on claims and judgment interest question.<br>A. Marchetta | | 0.7 | 315.00 |
| 12/23/03<br>4 | Review information for client regarding cost and interest issue.<br>A. Marchetta | | 0.5 | 225.00 |
| 12/23/03<br>15 | Review CNA policies for provisions regarding prejudgment interest rates.<br>M. Waller | | 0.4 | 128.00 |
| 12/23/03<br>15 | Drafting additions and revisions to letter to J. Posner regarding defense costs and calculating pre-judgment interest.<br>M. Waller | | 0.7 | 224.00 |
| 12/24/03<br>15 | Confer with A. Marchetta regarding letter to client and calculation of prejudgment interest.<br>M. Waller | | 0.1 | 32.00 |
| 12/24/03<br>15 | Review research memorandum regarding calculation of prejudgment interest and direct S. Muhlstock to conduct follow up research.<br>M. Waller | | 0.2 | 64.00 |
| 12/24/03<br>15 | Review research by S. Muhlstock regarding calculation of prejudgment interest.<br>M. Waller | | 0.2 | 64.00 |
| 12/24/03<br>15 | Follow up conference with A. Marchetta regarding calculation of prejudgment interest and finalizing letter to client.<br>M. Waller | | 0.2 | 64.00 |
| 12/24/03<br>15 | Reviewing decision on appeal by Second Circuit and outlining issues remaining to be decided by district court for proposed joint letter to the court regarding outstanding issues.<br>M. Waller | | 0.4 | 128.00 |
| 12/24/03<br>15 | Confer with M. Waller regarding rate of prejudgment interest, including research regarding same.<br>S. Muhlstock | | 0.8 | 180.00 |
| 12/29/03<br>4 | Conference with M. Waller and follow up regarding letter to client and preparing for court submission.<br>A. Marchetta | | 0.4 | 180.00 |

9

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 12/29/03 15 | Confer with A. Marchetta to finalize letter to J. Posner regarding defense cost information and pre-judgment interest rates. | M. Waller | 0.1 | 32.00 |
| 12/30/03 4 | Work with staff regarding court submission. | A. Marchetta | 0.5 | 225.00 |
| 12/30/03 15 | Follow up with A. Marchetta regarding preparation of submission to the Court. | M. Waller | 0.2 | 64.00 |
| 12/30/03 15 | Follow up with CNA counsel regarding going forward with joint submission to the Court and for CNA to propose next steps for settlement discussions, if any. | M. Waller | 0.2 | 64.00 |
| 12/30/03 24 | Reviewed file documents regarding confirmation of deadline for joint submission to the court and for upcoming status conference before Judge Kaplan. | S. Parker | 0.2 | 21.00 |
| 12/30/03 24 | Prepared memo to A. Marchetta, M. Waller and B. Moffitt outlining deadline for joint submission to the court and upcoming status conference before Judge Kaplan. | S. Parker | 0.1 | 10.50 |

<u>Attorney Summary</u>

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| A. Marchetta | 6.00 | 450.00 | 2,700.00 |
| M. Waller | 8.80 | 320.00 | 2,816.00 |
| B. Moffitt | 1.90 | 280.00 | 532.00 |
| S. Muhlstock | 0.80 | 225.00 | 180.00 |
| S. Parker | 0.30 | 105.00 | 31.50 |
| TOTALS | 17.80 | | 6,259.50 |

FEE SUMMARY - SORTED BY TIMEKEEPER

TASK

| Timekeeper | CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 4 | 6.0 | 450.00 | 2,700.00 |
| M. Waller | 15 | 8.8 | 320.00 | 2,816.00 |
| B. Moffitt | 15 | 1.9 | 280.00 | 532.00 |
| S. Muhlstock | 15 | 0.8 | 225.00 | 180.00 |
| S. Parker | 24 | 0.3 | 105.00 | 31.50 |
| TOTAL | | 17.8 | | 6,259.50 |

Client: 082910 W.R. GRACE & CO.
Matter: 102292 Tahari, Ltd.

| Date | Description | | | |
|---|---|---|---|---|
| 12/01/03 | Follow up with B. Benjamin regarding court hearing and review regarding issues for argument. | | | |
| 4 | A. Marchetta | | 0.4 | 180.00 |
| 12/02/03 | Follow up regarding court hearing. | | | |
| 4 | A. Marchetta | | 0.3 | 135.00 |
| 12/02/03 | Conversation with motion support of Supreme Court, New York County, to confirm motions adjourned from 12/2/03 to 12/22/03. | | | |
| 24 | S. Wattenberg | | 0.3 | 37.50 |
| 12/04/03 | Attend court hearing regarding settlement and scheduling of motions, including telephone call with client regarding same. | | | |
| 4 | A. Marchetta | | 5.0 | 2,250.00 |
| 12/10/03 | Draft correspondence to A. Mack and C. Boubol regarding executed Stipulation regarding timing of Motions for Summary Judgment. | | | |
| 15 | B. Benjamin | | 0.1 | 32.00 |
| 12/10/03 | Review and execute Stipulation regarding timing of Motions for Summary Judgment. | | | |
| 15 | B. Benjamin | | 0.1 | 32.00 |
| 12/15/03 | Telephone calls regarding status of Motions for Summary Judgment. | | | |
| 4 | A. Marchetta | | 0.3 | 135.00 |
| 12/18/03 | Follow up regarding Motions for Summary Judgment. | | | |
| 4 | A. Marchetta | | 0.1 | 45.00 |
| 12/30/03 | Review file and confer with S. Parker on upcoming motion papers. | | | |
| 4 | J. Scordo | | 0.3 | 96.00 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| A. Marchetta | 6.10 | 450.00 | 2,745.00 |
| J. Scordo | 0.30 | 320.00 | 96.00 |
| B. Benjamin | 0.20 | 320.00 | 64.00 |
| S. Wattenberg | 0.30 | 125.00 | 37.50 |
| TOTALS | 6.90 | | 2,942.50 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 4 | 6.1 | 450.00 | 2,745.00 |
| J. Scordo | 4 | 0.3 | 320.00 | 96.00 |
| B. Benjamin | 15 | 0.2 | 320.00 | 64.00 |
| S. Wattenberg | 24 | 0.3 | 125.00 | 37.50 |
| TOTAL | | 6.9 | | 2,942.50 |