# EXHIBIT B

# EXHIBIT B

## EXPENSES FOR THE FEE PERIOD
## DECEMBER 1, 2003 THROUGH DECEMBER 31, 2003

Engagement Costs – Weja, Inc.

| Date | Description | Amount |
|---|---|---|
| 12/03/03 | PD UPS TO COLUMBIA MD; WSH; INV. # 81207493 | 7.74 |
| 12/03/03 | PD DELIVERY EXPENSES TO JERSEY CITY, NJ; CK# 255607[2] | 91.50 |
| 12/16/03 | Payment for trial transcript on 12/12/03 #10501 S#5044[3] | 200.00 |
|  | Duplicating | 59.78 |
|  | Postage | 11.45 |
|  | **Matter Total Engagement Cost** | **370.47** |

Engagement Costs – Chapter 11 Administration

| Date | Description | Amount |
|---|---|---|
| 11/19/03 | PD UPS TO WILMINGTON DE; KMJ; INV# 81207473 | 7.74 |
| 11/20/03 | PD UPS TO WILMINGTON DE; KMJ; INV# 81207473 | 7.74 |
|  | Duplicating | 16.24 |
|  | **Matter Total Engagement Cost** | **31.72** |

Engagement Costs – NY Superfund Action

| Date | Description | Amount |
|---|---|---|
| 11/19/03 | PD DELIVERY EXPENSES TO NEW YORK, NEW YORK; MEW; CK# 255608[4] | 122.35 |
| 12/31/03 | DOCUMENT ACCESS FACILITY--ANNEX--DECEMBER 2003 | 2148.00 |
|  | Computer Assisted Research | 100.99 |
|  | Duplicating | 22.40 |
|  | **Matter Total Engagement Cost** | **2,393.74** |

Engagement Costs – Tahari, Ltd.

| Date | Description | Amount |
|---|---|---|
| 11/24/03 | Pd Travel Expense; bmb; Ck# 255757[5] | 7.50 |

---

[2] *See* Invoice No. 101045 dated 12/7/03 from General Messenger Service, Inc., attached hereto as Exhibit 1.
[3] *See* Pitney, Hardin, Kipp & Szuch LLP Check Requisition dated 12/15/03, attached hereto as Exhibit 2.
[4] *See* Invoice Number 11061 dated 11/30/2003 from Integrity Express Inc., attached hereto as Exhibit 3.

13

| | | |
|---|---|---:|
| 11/24/03 | Pd Travel Expense; bmb; Ck# 255757[6] | 7.00 |
| 11/30/03 | Pd Travel Expense; bmk; Ck# 255031[7] | 20.45 |
| 12/10/03 | Pd Travel expense; sww; Ck# 255339[8] | 4.00 |
| | Duplicating | 4.34 |
| | Matter Total Engagement Cost | 43.29 |

---

[5] *See* Invoice No. 065116 from Deluxe Delivery Systems, Inc., attached hereto as Exhibit 4.
[6] *Id.*
[7] *See* Invoice No. A17973 dated 11/30/2003 from BMW Messenger Service Inc., attached hereto as Exhibit 5.
[8] *See* Pitney, Hardin, Kipp & Szuch LLP Petty Cash Voucher dated 11/25/03 attached hereto as Exhibit 6.

14

# GENERAL MESSENGER SERVICE, INC.

PITNEY HARDIN KIPP & SZUCH LLP
Attn: EILEEN LOUISA
200 CAMPUS DRIVE
FLORHAM PARK, NJ 07932

P.O. Box 2166
Morristown, NJ 07962-2166
Tel: (973) 538-4420
Fax: (973) 538-6019

| | | INVOICE DATE | INVOICE TOTAL |
|---|---|---|---|
| | | 12/08/03 | 1,761.65 |

Please tear at perforation and return top portion with your payment.

| CUSTOMER NO | INVOICE NO | DATE | INVOICE TOTAL | PAGE |
|---|---|---|---|---|
| 800 | 101045 | 12/07/03 | 1,761.65 | 4 |

| DATE | JOB NO | SVC TYPE | SERVICE DETAIL | CHARGE BREAKDOWN | TOTAL |
|---|---|---|---|---|---|
| 12/03/03 | 728926 | ADD | PITNEY HARDIN KIPP & SZUCH LLP / 200 CAMPUS DRIVE / FLORHAM PARK NJ 07932 / Caller: JANET/HATFIELD Time: 13:30 / Signed: MS KANE-RECEPT Time: 15:20 / SCORINA / 75 EISENHOWER PARKWAY / ROSELAND NJ 07068 / Wait: 17 Min / Your Ref.:082910.065656 | BASE RATE 24.00 / WAIT TIME 6.25 / INSURANCE .25 | 30.50 |
| 12/03/03 | 728927 | RSH | PITNEY HARDIN KIPP & SZUCH LLP / 200 CAMPUS DRIVE / FLORHAM PARK NJ 07932 / Caller: JANET/HATFIELD Time: 13:31 / Signed: MS WILKES-SECRETARY Time: 15:18 / HUDSON SUPERIOR COURTHOUSE / 595 NEWARK AVENUE / JERSEY CITY NJ 07097 / Wait: 18 Min / Your Ref.:082910.065656 | BASE RATE 54.50 / WAIT TIME 6.25 / INSURANCE .25 | 61.00 |

Total Charges for Ref. - 082910.065656:   91.50

91.50

ENTERED IN COMPUTER BY:
1/5/04

TOTAL ▶ Cont'd

INVOICE PAYMENT DUE UPON RECEIPT

Brien
8134

## PITNEY, HARDIN, KIPP & SZUCH LLP
### CHECK REQUISITION

PAYEE: Tape Reporters Inc
CLIENT: W. R. Grace
MATTER: Weya, Inc.
DESCRIPTION: Payment for Trial Transcript on 12/12/03

PAID
APPROVED
VENDOR NO. 10483
CHECK NO. 25530
CHARGE 10501

DATE: 12/15/03
NO: 082910
NO: 065656

AMOUNT $ 400.00

AUTHORIZED SIGNATURE
W. Hatfield

# INTEGRITY EXPRESS INC.

68-C SOUTH STREET
P.O. BOX 857
MORRISTOWN, NJ 07963-0857
(973) 326-1500  FAX (973) 540-0010

Your Courier Service
Your Job-Your Way

## INVOICE

| 11061 | 1 of 3 |
|---|---|
| 221 | NET DUE |
| 11/30/2003 | |
| $1,190.10 | |

Invoice Submitted To:

**PITNEY, HARDIN, KIPP & SZUCH LLP**
PO BOX 1945,
FLORHAM PARK, NJ 07932
Attn: EILEEN M. LOUISA

| Order Date / Order Num / Service / Reference | Caller / Round Trip | Pickup Name / Address / City, State, Zip / Phone | Drop Off Name / Address / City, State, Zip / Phone | Received By / Received By Time - Date |
|---|---|---|---|---|
| Base Charge | Piece Charge | Pounds Charge | Minutes Charge | Miles Charge | Insurance Charge | Quoted Rate | Expense Charge | Other1 Charge | Other2 Charge | Total |

| 11/19/03 | MARYANNE | PITNEY HARDIN | | USDC-SOUTHERN DIST OF NY | | STAMPED | | |
| 81771 | 0 | 200 CAMPUS DR-M/R IN BACK | | 500 PEARL ST | | 11/19/03 | 05:30 PM | |
| NY RATES | | FLORHAM PARK, NJ 07932 | | NY, NY 10007 | | ENTERED IN | | |
| 08291300009-WALLER | | | | | | COMPUTER | GAS/TOLL PARKING | |
| | 1 | 0 | 96 | 35 | 0 | 0 | | $22.50 | |
| $55.00 | $0.00 | $0.00 | $36.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $22.50 | $122.35 |

```
TO: PITNEY HARDIN KIPP & SZUCH                                                                    INVOICE-No: 065116
                                                                                                           PAGE: 2
DEPT-No  |  DATE    |  REFERENCE      |              PARTICULARS                      | TYP |  CHARGES      | AMOUNT
```

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| -NONE- | 11/24/03 | TKT-100546344<br>JOB-100546344<br>REF-18291010229<br>BENJIMAN | FR: PITNEY HARDIN KIPP & SZU  TO: DAVID ROSENTHAL<br>685 3RD AVENUE               9 EAST 84TH STREET<br>NEW YORK,N.Y.               NEW YORK, NY<br>* CALLER: MARIGERITA/RAMDAI<br>* POD by: PRATCAMERS<br>* DESC'N: 1 ENVELOPE | MES | SERVICE CHARGE | 7.50 |
| -NONE- | 11/24/03 | TKT-100546346<br>JOB-100546346<br>REF-18291010229<br>BENJIMAN | FR: PITNEY HARDIN KIPP & SZU  TO: CHARLES BOULBOUL<br>685 3RD AVENUE               26 BROADWAY<br>NEW YORK,N.Y.               NEW YORK, NY<br>* CALLER: MARIGRETA/RAMDAI<br>* POD by: ANNA NIKRUT<br>* DESC'N: 1 ENVELOPE | MES | SERVICE CHARGE | 7.00 |

## BMW MESSENGER SERVICE INC.

**NEW YORK**

1170 BROADWAY SUITE 209, NEW YORK, NY 10001
Phone: (212)889-2699

PAID..........
APPROVED..........
VENDOR NO. 04927
CHECK NO. 255031
CHARGE 10501

**INVOICE TO:**
PITNEY HARDIN
685 THIRD AVENUE
20TH FL
NEW YORK, NY 10022
Attn: SHARI DAVIS

| | |
|---|---|
| Invoice No: | A17973 |
| Invoice Run: | 1498 |
| Invoice Date: | 11/30/2003 |
| Cut Off Date: | 11/30/2003 |
| Account #: | 1513 |

REFERENCE: 082910102292 B KAZAN

| Date / Docket # / Service | Booked By / AD # | Pickup Address | Delivery Address | Base / Surcharges | Total |
|---|---|---|---|---|---|
| 11/25/2003 257754 MESSENGER | STEVE | PITNEY HARDIN 685 THIRD AVENUE NEW YORK 10022 *** Surcharges: direct rush - | 225 BWAY NEW YORK | 10.45 10.00 | 20.45 |

| | Dockets | Base | Surcharges | Total |
|---|---|---|---|---|
| Sub-Totals For This Group: | 1 | 10.45 | 10.00 | 20.45 |

| | |
|---|---|
| SUB-TOTAL: | 20.45 |
| ADMIN: | 0.00 |
| TAX: | 0.00 |
| AMOUNT DUE: | 20.45 |

Thank you for your business. Please include invoice number upon payment

### Account Status

| 1-30 Days | 31-45 Days | 46-60 Days | Over 60 Days | Finance Charge |
|---|---|---|---|---|
| 774.75 | 251.05 | 0.00 | 332.25 | 0.00 |

12/3/03
Okay to pay.

ENTERED IN
COMPUTER BY

(Report Ref: invoice06.frx)

Page 1

# PITNEY, HARDIN, KIPP & SZUCH
## PETTY CASH VOUCHER

EXPLANATION: travel fee for filing Motion in Sup Ct NY Cty

$ 5.00

DISB CODE

TOTAL: $ 4.00
12/10/03 Okay to pay.
RECEIVED BY: [signature]
DATE: 11/25/03

* F for firm expense, C for client expense

---

GENERAL LEDGER
DR 12 NEW YORK
CR PAID
NET DEC 1 2 2003

PITNEY HARDIN KIPP & SZUCH LLP
CLIENT NO. 082910
MATTER NO. 102292
CODE _____ $ _____

TOTAL 1050  $ 5.00