# EXHIBIT A

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., *et. al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 01-1139 (JKF)<br>Jointly Administered<br><br>Objection Deadline: February 12, 2004 at 4:00 p.m.<br>Hearing Date: TBD only if necessary |

## FIRST MONTHLY FEE APPLICATION OF PROTIVITI INC. AS DEBTORS' SARBANES OXLEY COMPLIANCE ADVISORS FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR JULY 2003

Name of Applicant:                                    Protiviti Inc.

Authorized to Provide Services to:                    Debtors

Date of Retention:                                    Order dated November 17, 2003,
                                                      *nunc pro tunc* to June 30, 2003

Period for which compensation
and reimbursement is sought:                          July 1, 2003 through July 31, 2003

Amount of Compensation sought
as actual, reasonable and necessary                   $ 31,532.50

Amount of Expense Reimbursement
sought as actual, reasonable and necessary            $ 0.00

This is a(n):        X interim                        ___ final application


Prior applications:    None.

-1-

DOCKET # 4918
DATE 1-23-04

Local Form 102
(Page 1 of 3 Pages)

## TIMEKEEPER SUMMARY

| Name of Professional | Position of the Applicant / Number of Years Experience in Profession | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Blanchard, Victor | Associate Director 17 years | $275.00 | 42.0 | $ 11,550.00 |
| Beirne, Thomas | Director 30 years | $275.00 | 10.5 | $ 2,887.50 |
| Gray, Gretchen | Manager 8 years | $225.00 | 19.5 | $ 4,387.50 |
| Green, Kenneth | Manager 5 years | $225.00 | 15.8 | $ 3,555.00 |
| Petito, Matthew | Senior Consultant 5 years | $175.00 | 42.8 | $ 7,490.00 |
| Conrad, John | Senior Consultant 4 years | $175.00 | 9.5 | $ 1,662.50 |
|  |  | Totals | 140.1 | $ 31,532.50 |

1

Fee Application Narrative

Local Form 102
(Page 2 of 3 Pages)

## COMPENSATION BY PROJECT CATEGORY

| Project Category (Examples) | Total Hours | Total Fees |
|---|---:|---:|
| Asset Analysis and Recovery | N/A | N/A |
| Asset Disposition | N/A | N/A |
| Business Operations | N/A | N/A |
| Case Administration | N/A | N/A |
| Claims Administration and Objections | N/A | N/A |
| Employee Benefits/Pension | N/A | N/A |
| Retention of Professionals | N/A | N/A |
| Fee Applications | N/A | N/A |
| Fee Application Objections | N/A | N/A |
| Financing | N/A | N/A |
| Security Issues | N/A | N/A |
| Litigation | N/A | N/A |
| Plan and Disclosure Statement | N/A | N/A |
| Relief from Stay Proceedings | N/A | N/A |
| Tax Issues | N/A | N/A |
| Valuation | N/A | N/A |
| Other (Explain)<br>• Sarbanes Oxley Compliance Services | 140.1 | $31,532.50 |
| Accounting/Auditing | N/A | N/A |
| Business Analysis | N/A | N/A |
| Corporate Finance | N/A | N/A |
| Data Analysis | N/A | N/A |
| **Total** | **140.1** | **$31,532.50** |

2

Local Form 102
(Page 3 of 3 Pages)

## EXPENSE SUMMARY

| Expense Category (Examples) | Total Hours | Total Expenses |
|---|---|---|
| Transportation | N/A | N/A |
| Lodging | N/A | N/A |
| Sundry | N/A | N/A |
| Business Meals / Entertainment | N/A | N/A |
| Total Expenses | | $0.00 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., *et. al.*,<br><br>                    Debtors. | Chapter 11<br><br>Case No. 01-1139 (JKF)<br>Jointly Administered |

### APPLICATION OF PROTIVITI INC. AS DEBTORS' SARBANES OXLEY COMPLIANCE ADVISORS FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR JULY 2003

Protiviti Inc. ("Protiviti"), Sarbanes Oxley Compliance Advisors for W.R. Grace & Co., and the other above-captioned debtors (collectively, the "Debtors"), by and through its undersigned counsel, hereby submits its Monthly Fee Application for Allowance of Compensation and Reimbursement of Expenses for July 2003 (the "Application"). In support of this Application, Protiviti respectfully represents as follows:

### I.    COMPENSATION REQUESTED

1.    As set forth below, Applicant is requesting an interim allowance of fees in the aggregate amount of $ 31,532.50 and expenses in the aggregate amount of $ 0. These amounts represent the fees generated and expenses incurred by Protiviti during the month of July 2003 or in previous months, which were not previously included in a filing application. A table showing the names of all professionals who rendered services during the period, together with the billing rates of such persons and the number of hours charged by such persons during July 2003, is set forth on the cover sheet to this Application.

### II.    INTRODUCTION AND PROCEDURAL BACKGROUND

2.    On April 2, 2001 (the "Petition Date"), the Debtors filed their voluntary petitions for relief under Chapter 11 of the Bankruptcy Code. The Debtors are operating their businesses

4

Fee Application Narrative

and managing their properties and assets as debtors and debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

3. By Order dated November 17, 2003, the Court authorized the Debtors' retention of Protiviti as Sarbanes Oxley Compliance Advisors, *nunc pro tunc* to June 30, 2003 (the "Retention Order").

### Relief Requested.

4. By this Application, Protiviti respectfully requests allowing on an interim basis $31,532.50 in compensation and $ 0 in reimbursement of expenses for July 2003. In support of this Application, Protiviti submits the time records attached hereto as Exhibit "A".

5. This Court has jurisdiction over this Application pursuant to 28 U.S.C. § 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue of these proceedings and this motion is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409. The statutory predicates for the relief sought herein are sections 330 and 331 of the Bankruptcy Code and Bankruptcy Rule 2016.

6. All of the services for which compensation is sought were rendered by Applicant to the Debtors solely in connection with this case and in furtherance of the duties and responsibilities of the Debtors and not on behalf of any creditor or other person.

7. Applicant's hourly rates for its auditors and other professionals charged in connection with Applicant's services for the Debtors were commensurate with the rates Applicant customarily charged its clients (whether corporate or individual) in both bankruptcy and non-bankruptcy matters at the time the services were rendered.

8. By order dated April 17, 2002 (the "Amended Administrative Order"), the Court has adopted procedures (the "Procedures") for all applications for interim compensation and reimbursement of expenses in this bankruptcy proceeding. Applicant has complied with the

Procedures and has instituted a standard timekeeping record system for all professionals in this case recording time in tenths of an hour, and describing tasks performed and the time attributable to each task.

9. Applicant is not seeking reimbursement for internal charges, including costs associated with airline ticketing and general office services such as computer usage, telephone charges, facsimile transmissions, postage, and photocopying.

10. None of the amounts requested have been paid. No payments have been made or promised to Applicant for the services described herein and for which Protiviti seeks compensation and reimbursement of expenses in this Fee Application. No agreement exists between Applicant and any other person or entity to share any compensation in connection with the Debtors' Chapter 11 cases.

11. Pursuant to the Amended Administrative Order, Protiviti caused to be served copies of this Application upon (a) David B. Siegel, W.R. Grace & Co.; (b) co-counsel for the Debtors; (c) co-counsel to the debtor-in-possession lender; (d) counsel to the Committees, including counsel for the Official Committee of Unsecured Creditors; counsel to the Official Committee of Asbestos Property Damage Claimants; counsel to the Official Committee of Personal Injury Claimants; and the Official Committee of Equity Holders; (e) the Fee Auditor; and (f) the United States Trustee.

### III. SERVICES RENDERED DURING THE INTERIM PERIODS

12. The nature of the work performed by Protiviti during July 2003 included the following:

13. <u>Sarbanes Oxley Compliance Advisory Services</u>: The Applicant provided the following services:

      i. Project planning and scoping work

      ii.    Developed and reviewed self-assessment questionnaires

      iii.   Prepared preliminary process flows

## IV. ALLOWANCE OF COMPENSATION

14. Under the Bankruptcy Code, professionals performing services in a bankruptcy case are entitled to "reasonable compensation for actual, necessary services" and "reimbursement for actual, necessary expenses." 11 U.S.C. §330(a)(l)(A).

15. In determining if the amount of compensation is "reasonable", the courts consider the "nature, the extent, and the value" of the services rendered, taking into account the following factors: the time spent on the services; the rates charged for the services; whether the services were necessary or beneficial to the administration of the case; whether the services were performed in a reasonable amount of time commensurate with the complexity, importance, and nature of the services; and whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under Chapter 11. 11 U.S.C. § 330(a)(3)(A). As described throughout this Application, Protiviti has satisfied the relevant criteria to support the requested award of compensation.

16. In general, the "baseline rule is for firms to receive their customary rates." Zolfo. Cooper & Co. v. Sunbeam-Oster Co., Inc., 50 F.3d 253, 259 (3d Cir. 1995). The compensation sought herein is based on Protiviti's customary rates, which are in line with the customary rates charged by comparably skilled practitioners in cases other than cases under Chapter 11.

17. Applicant's services have been rendered in an efficient manner by professionals who are experts in their fields. Protiviti is a well-respected consulting firm, and its rates are commensurate with its level of expertise.

18. No prior application for the relief requested herein has been made.

7

Fee Application Narrative

**WHEREFORE,** Protiviti respectfully requests interim allowance of compensation in the amount of $ 31,532.50 and reimbursement of expenses in the amount of $ 0, together with such other and further relief as this Court deems just and proper.

Dated: December 28, 2003.

Protiviti Inc.

*Marie Hendrixson* (signature)

Marie Hendrixson
The Wanamaker Building
100 Penn Square East
4th Floor
Philadelphia, PA 19107
Telephone: 267-256-8800
Telecopy: 215-751-9892
Email: Marie.Hendrixson@Protiviti.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., *et. al.*, | Case No. 01-1139 (JKF)<br>Jointly Administered |
| Debtors. | |

### CERTIFICATION OF MARIE HENDRIXSON

I, Marie Hendrixson, hereby certify that:

1. I am a managing director with Protiviti Inc. ("Protiviti"). Protiviti was retained by W.R. Grace & Co. and the other above-captioned debtors (collectively, the "Debtors") as Sarbanes Oxley Compliance Advisors for the Debtors pursuant to Section 327(a) of Title 11 of the United States Code, 11 U.S.C. § 101 and Rules 2014(a) and 2016 of the Federal Rules of Bankruptcy Procedure. The nature and scope of Protiviti's services are described in the *Monthly Fee Application of Protiviti Inc., Sarbanes Oxley Compliance Advisors for the Debtors, For Allowance of Compensation and Reimbursement of Expenses for July 2003* (the "Application"), which is being submitted contemporaneously with this Certification to this Court. This Certification is made in support of the Application and in compliance with the *Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures/or Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members* (the "Amended Administrative Order").

2. I have read the Application and I certify as follows:

   (a) The expenses for which reimbursement is requested by Protiviti in the Application are reasonable and were necessary and incidental to the services performed by and for the Debtors.

   (b) To the best of my knowledge, information, and belief, formed after

reasonable inquiry, except as expressly stated to the contrary, the Application complies with the mandatory provisions set forth in the Amended Administrative Order.

(c) To the best of my knowledge, information, and belief formed after reasonable inquiry, the fees and disbursements sought fall within the Administrative Procedures Guidelines.

(d) The fees and disbursements for which reimbursement is sought in this Application are billed at rates and in accordance with practices customarily employed by Protiviti and generally accepted by the clients of Protiviti.

(e) Protiviti does not make a profit on the expenses for which it seeks reimbursement in the Application.

(f) In charging for a particular service, Protiviti does not include in the amount for which reimbursement is sought the amortization of the cost of any investment, equipment, or capital outlay.

(g) In seeking reimbursement for a service, which Protiviti justifiably purchased from a third party, Protiviti requests reimbursement only for the actual amount billed to Protiviti by the third party vendor and paid by Protiviti to such vendor.

*Marie Hendrixson*
Marie Hendrixson

Dated: December 28, 2003
Philadelphia, PA

2

Fee Application Certification

# EXHIBIT A

**EXHIBIT "A"**

**Protiviti Inc.**
**W. R. Grace & Co. Time Tracking Summary**
**Period Covered: July 2003**

| Name | Position | Number of Years in Profession | Hourly Billing Rate | Total Hours Billed | Total Fees |
|---|---|---|---|---|---|
| Blanchard, Victor | Associate Director | 17 | $ 275.00 | 42 | $ 11,550.00 |
| Beime, Thomas | Associate Director | 30 | $ 275.00 | 10.5 | $ 2,887.50 |
| Gray, Gretchen | Manager | 8 | $ 225.00 | 19.5 | $ 4,387.50 |
| Green, Kenneth | Manager | 5 | $ 225.00 | 15.8 | $ 3,555.00 |
| Petito, Matthew | Senior Consultant | 5 | $ 175.00 | 42.8 | $ 7,490.00 |
| Conrad, John | Senior Consultant | 4 | $ 175.00 | 9.5 | $ 1,662.50 |
| | | | Totals | 140.1 | $ 31,532.50 |

Protiviti Inc.
W. R. Grace & Co. Detailed Time Report
Month Ended July 31, 2003

**Name:** Victor Blanchard
**Level:** Associate Director

| Date | Detailed Task / Activity | Bill Rate | Hours | Fees |
|---|---|---|---|---|
| 1-Jul-03 | Develop a timeline for the next three weeks to incorporate all necessary detailed tasks based on a "close the books" start date of July 21 | $ 275.00 | 0.5 | $137.50 |
| 1-Jul-03 | Work with Matt Petito to continue to develop process flows for the "close the books" process | $ 275.00 | 0.5 | $137.50 |
| 1-Jul-03 | Work with Ken Green to develop TSA survey questions for the "close the books" process based on prior risk control matrices | $ 275.00 | 1 | $275.00 |
| 2-Jul-03 | Modify primary project plan and budget to reflect modifications to our approach | $ 275.00 | 1.5 | $412.50 |
| 3-Jul-03 | Make modifications to project plan incorporating comments and changes directed from Marie Hendrixson; Include scope and approach for IT and testing at site visits | $ 275.00 | 2 | $550.00 |
| 3-Jul-03 | Work on Financial Statement Heat Map required for top-down approach | $ 275.00 | 1 | $275.00 |
| 3-Jul-03 | Update project plan for changes involved with "close the books" pilot and survey process | $ 275.00 | 1.5 | $412.50 |
| 3-Jul-03 | Meeting with team members focused on TSA surveys for update and timeline | $ 275.00 | 0.5 | $137.50 |
| 3-Jul-03 | Review TSA surveys for financial reporting, SAP, SOAR and GL Close | $ 275.00 | 3 | $825.00 |
| 7-Jul-03 | Prepare status report for Dana Guzzo capturing status of the project, accomplishments and next steps | $ 275.00 | 0.5 | $137.50 |
| 7-Jul-03 | Review and walk-through surveys with Gretchen Gray for all four sections | $ 275.00 | 1 | $275.00 |
| 7-Jul-03 | Review and modify the "close the books" surveys | $ 275.00 | 1 | $275.00 |
| 8-Jul-03 | Complete last weeks status report and provide / discuss with Dana Guzzo | $ 275.00 | 0.5 | $137.50 |
| 8-Jul-03 | Meeting with Grace financial team (world wide) to co-present our approach to addressing SOA 404 | $ 275.00 | 1 | $275.00 |
| 8-Jul-03 | Review and modify heat maps and other scoping documents (financial statement line items, PCS to fin stmt line items, etc.) | $ 275.00 | 4 | $1,100.00 |
| 8-Jul-03 | Review and modify the "close the books" surveys | $ 275.00 | 4 | $1,100.00 |
| 8-Jul-03 | Review and modify the "close the books" surveys | $ 275.00 | 3.5 | $962.50 |
| 9-Jul-03 | Meet with Dana Guzzo to work through the financial statement heat maps | $ 275.00 | 2.5 | $687.50 |
| 9-Jul-03 | Make changes to current heat maps, and develop other additional heat maps and scoping documents | $ 275.00 | 2.5 | $687.50 |
| 9-Jul-03 | Prepare critical process and PCS schedules | $ 275.00 | 2 | $550.00 |
| 14-Jul-03 | Meeting with Marie Hendrixson to plan and prepare for initial meeting with PwC external audit team | $ 275.00 | 1 | $275.00 |
| 14-Jul-03 | Meet with PwC to walk-through our approach and initial scoping information | $ 275.00 | 1.5 | $412.50 |
| 14-Jul-03 | Debriefing with SOA team regarding the meeting with PwC | $ 275.00 | 0.5 | $137.50 |
| 14-Jul-03 | Status update and project plan review with Marie Hendrixson | $ 275.00 | 1 | $275.00 |
| 14-Jul-03 | Planning update for pilot and scoping processes for next two weeks | $ 275.00 | 1 | $275.00 |
| 15-Jul-03 | Develop initial structure for the risk control matrices to be used on the pilot | $ 275.00 | 2 | $550.00 |
| 15-Jul-03 | Develop and inform team of workpaper and documentation strategy necessary as information is being developed for the pilot | $ 275.00 | 1 | $275.00 |
| | **Totals** | | **42** | **$11,550.00** |

**Protiviti Inc.**
**W. R. Grace & Co. Detailed Time Report**
**Month Ended July 31, 2003**

**Name:** Thomas Beirne
**Level:** Associate Director

| Date | Detailed Task / Activity | Bill Rate | Hours | Fees |
|---|---|---|---|---|
| 7-Jul-03 | SOA 404 Review of TSA Input | $ 275.00 | 5 | $1,375.00 |
| 8-Jul-03 | Meeting with V Blanchard-Update on WR Grace project | $ 275.00 | 0.5 | $137.50 |
| 14-Jul-03 | SOA 404 Meeting with PWC-Update on 404 project | $ 275.00 | 2 | $550.00 |
| 15-Jul-03 | SOA 404-Meetings with Victor Blanchard, Beth Anna Varson and Protiviti staff. Update on WR Grace Project and review of draft PCS/risk control matrix/flow charts | $ 275.00 | 3 | $825.00 |
| | Totals | | 10.5 | $2,887.50 |

**Protiviti Inc.**
**W. R. Grace & Co. Detailed Time Report**
**Month Ended July 31, 2003**

**Name:** Gretchen Gray
**Level:** Manager

| Date | Detailed Task / Activity | Bill Rate | Hours | Fees |
|---|---|---|---|---|
| 7-Jul-03 | Review Close the Books internal control questionnaire for CTB | $ 225.00 | 12 | $2,700.00 |
| 8-Jul-03 | Review Close the Books internal control questionnaire for CTB | $ 225.00 | 7.5 | $1,687.50 |
|  | **Totals** |  | **19.5** | **$4,387.50** |

Protiviti Inc.
W. R. Grace & Co. Detailed Time Report
Month Ended July 31, 2003

Name: Ken Green
Level: Manager

| Date | Detailed Task / Activity | Bill Rate | Hours | Fees |
|---|---|---|---|---|
| 1-Jul-03 | Reviewed client-prepared questions and divided them into the four questionnaires - CTB, SOAR, SAP, & FRP. | $225.00 | 0.4 | $90.00 |
| 1-Jul-03 | Conversion of risk control matrix (ABC Co Financial close process) into questions for use in questionnaires. | $225.00 | 1.3 | $292.50 |
| 1-Jul-03 | Examined AT Close the Books ICQ and incorporated additional questions into survey as appropriate. | $225.00 | 0.6 | $135.00 |
| 1-Jul-03 | Met with Victor Blanchard (Pro) & Beth Anna Varson (Pro) to discuss planning. | $225.00 | 0.8 | $180.00 |
| 1-Jul-03 | Discussed current status of the SOA project and identified current timeline and next steps with Dana Guzzo, Victor Blanchard (Pro), and Beth Anna Varson (Pro). | $225.00 | 1.9 | $427.50 |
| 2-Jul-03 | Conversion of risk control matrix (SA Close the Books RCM) into questions for use in questionnaires. | $225.00 | 0.5 | $112.50 |
| 2-Jul-03 | Review SOAR questions as prepared by Matt Petito (Pro) based on the SOAR process flow. | $225.00 | 0.1 | $22.50 |
| 2-Jul-03 | Conversion of risk control matrix (CTB best practices) into questions for use in questionnaires. | $225.00 | 1.4 | $315.00 |
| 2-Jul-03 | Discussion of requirements for survey questions for SAP and SOAR with Beth Anna Varson (Pro) and Scott Byrum (Pro). | $225.00 | 0.2 | $45.00 |
| 2-Jul-03 | Meeting to determine staffing needs to ensure adherence to outlined timeline and status update with Victor Blanchard (Pro) and Beth Anna Varson (Pro). | $225.00 | 0.3 | $67.50 |
| 2-Jul-03 | Discussion with Matt Petito of how to create Action and Testing Plans for use in the upload template and discussion about SOAR process. | $225.00 | 0.3 | $67.50 |
| 2-Jul-03 | Review of SOAR questions developed by Matt and inclusion into survey. | $225.00 | 0.2 | $45.00 |
| 3-Jul-03 | Discussed task of populating the control tab for the content upload into TSA with Kevin Strickler (Pro). | $225.00 | 0.4 | $90.00 |
| 3-Jul-03 | Discussed task of populating the control tab for the content upload into TSA with Matt Petito (Pro). | $225.00 | 0.2 | $45.00 |
| 3-Jul-03 | Reviewed TSA upload spreadsheet sample action and test plans for the CTB survey prepared by Kevin Strickler. | $225.00 | 0.3 | $67.50 |
| 3-Jul-03 | Reviewed TSA upload spreadsheet sample action and test plans for the SOAR survey as prepared by Matt Petito. | $225.00 | 0.3 | $67.50 |
| 3-Jul-03 | Print control tab from TSA upload spreadsheet for SOAR and Financial Reporting and Disclosure surveys and provided to Dana Guzzo for her input. | $225.00 | 0.1 | $22.50 |
| 3-Jul-03 | Discussed task of populating the control tab for the content upload into TSA with Matt Petito (Pro) in regards to the risk name and risk description columns. | $225.00 | 0.2 | $45.00 |
| 3-Jul-03 | Discussed current status of TSA upload template and goals for the day with Victor Blanchard (Pro) in order to meet required timeframe. | $225.00 | 0.1 | $22.50 |
| 3-Jul-03 | Discussed current status of SAP survey and the next steps with Victor Blanchard (Pro) and Scott Byrum (Pro) including creation of the control objectives to be used in the TSA upload template spreadsheet. | $225.00 | 0.3 | $67.50 |
| 3-Jul-03 | Discussed current status of surveys and the additional fields that were needed to complete the upload template with Dana Guzzo. | $225.00 | 0.1 | $22.50 |
| 3-Jul-03 | Reviewed and commented upon portion of action and test plans developed for SOAR survey. | $225.00 | 0.5 | $112.50 |
| 3-Jul-03 | Discussed SOAR survey action and test plans and the modifications that need to be made with Matt Petito (Pro). | $225.00 | 0.3 | $67.50 |
| 3-Jul-03 | Reviewed and commented upon portion of action and test plans developed for CTB survey. | $225.00 | 0.4 | $90.00 |
| 3-Jul-03 | Discussed CTB survey action and test plans and the modifications that need to be made with Kevin Strickler (Pro). | $225.00 | 0.1 | $22.50 |
| 15-Jul-03 | Met with Victor Blanchard (Pro) & Matt Petito (Pro) to discuss the approach for developing the risk control matrix. | $225.00 | 0.2 | $45.00 |
| 15-Jul-03 | Met with Matt Petito (Pro) to discuss the methodology for linking the Risk Control Matrix with the process flows. | $225.00 | 2 | $450.00 |
| 15-Jul-03 | Reviewed updated TSA upload spreadsheet to gain an understanding of the expectant action plans and test plans the resulted from changes made by Grace. | $225.00 | 2.3 | $517.50 |
| | Totals | | 15.8 | $3,555.00 |

Protiviti Inc.
W. R. Grace & Co. Detailed Time Report
Month Ended July 31, 2003

**Name:** Matthew Petito
**Level:** Senior Consultant

| Date | Detailed Task / Activity | Bill Rate | Hours | Fees |
|---|---|---|---|---|
| 1-Jul-03 | CTB pilot planning (columbia/cambridge flows) | $ 175.00 | 1 | $175.00 |
| 2-Jul-03 | Meet with Dana on CTB flowcharts | $ 175.00 | 0.5 | $87.50 |
| 2-Jul-03 | Prepare for corporate GL close meeting with Glenn | $ 175.00 | 1 | $175.00 |
| 2-Jul-03 | Meet with Glenn on corporate GL close process | $ 175.00 | 1 | $175.00 |
| 2-Jul-03 | Prepare corporate GL close flowchart | $ 175.00 | 1 | $175.00 |
| 2-Jul-03 | Prepare for Davison GL close meeting with Carol | $ 175.00 | 0.5 | $87.50 |
| 2-Jul-03 | Meet with Carol on Davison GL close process | $ 175.00 | 1 | $175.00 |
| 2-Jul-03 | Prepare Davison GL close flowchart | $ 175.00 | 1 | $175.00 |
| 2-Jul-03 | Develop SOAR close the books questions for TSA | $ 175.00 | 2.5 | $437.50 |
| 2-Jul-03 | Review with Ken SOAR close the books questions | $ 175.00 | 0.5 | $87.50 |
| 2-Jul-03 | Review close the books flowcharts for accuracy | $ 175.00 | 0.5 | $87.50 |
| 3-Jul-03 | Develop SOAR action/testing plans for TSA | $ 175.00 | 2.5 | $437.50 |
| 3-Jul-03 | Develop SOAR risks, control obj, etc. for TSA | $ 175.00 | 4.5 | $787.50 |
| 7-Jul-03 | Meet with Nettie on external financial reporting | $ 175.00 | 1 | $175.00 |
| 7-Jul-03 | Prepare external financial reporting flowchart | $ 175.00 | 1 | $175.00 |
| 7-Jul-03 | Prepare for external financial reporting meeting | $ 175.00 | 1 | $175.00 |
| 7-Jul-03 | Make revisions to close the books flowcharts | $ 175.00 | 1.5 | $262.50 |
| 8-Jul-03 | Make revisions to close the books flowcharts | $ 175.00 | 1 | $175.00 |
| 8-Jul-03 | Meet with John Reilly on Davison GL close | $ 175.00 | 1.5 | $262.50 |
| 9-Jul-03 | Make revisions to Davison CTB flowchart | $ 175.00 | 0.5 | $87.50 |
| 9-Jul-03 | Make revisions to financial reporting flow | $ 175.00 | 1.5 | $262.50 |
| 9-Jul-03 | Make revisions to Corporate GL close flow | $ 175.00 | 1 | $175.00 |
| 10-Jul-03 | Make revisions to Corporate GL close flow | $ 175.00 | 0.5 | $87.50 |
| 10-Jul-03 | Make revisions to financial reporting flow | $ 175.00 | 0.5 | $87.50 |
| 10-Jul-03 | Review risk control matrices for grace approach | $ 175.00 | 1.5 | $262.50 |
| 10-Jul-03 | Discuss with Dana cambridge CTB approach | $ 175.00 | 0.1 | $17.50 |
| 10-Jul-03 | Discuss with Victor Grace approach | $ 175.00 | 0.5 | $87.50 |
| 10-Jul-03 | Design timekeeping system for monitoring time incurred | $ 175.00 | 3 | $525.00 |
| 11-Jul-03 | Develop and post time allocation for invoicing to Grace | $ 175.00 | 2 | $350.00 |
| 14-Jul-03 | Discuss SAP closing with Wasseem Sidhom | $ 175.00 | 0.5 | $87.50 |
| 14-Jul-03 | Prepare SAP closing flowchart | $ 175.00 | 0.5 | $87.50 |
| 14-Jul-03 | Discuss GPC GL close with Rick Brown | $ 175.00 | 1 | $175.00 |
| 14-Jul-03 | Prepare GPC GL flowchart | $ 175.00 | 1 | $175.00 |
| 15-Jul-03 | Prepare GPC GL flowchart | $ 175.00 | 0.5 | $87.50 |
| 15-Jul-03 | Review close the books flowcharts | $ 175.00 | 0.5 | $87.50 |
| 15-Jul-03 | Meet with Ken and Victor regarding RCM approach | $ 175.00 | 0.2 | $35.00 |
| 15-Jul-03 | Develop RCM structure for sarbox portal | $ 175.00 | 0.5 | $87.50 |
| 15-Jul-03 | Discuss with Ken RCM development/flowchart link | $ 175.00 | 2 | $350.00 |
| 15-Jul-03 | Discuss with Tom RCM/flowchart/portal link | $ 175.00 | 0.5 | $87.50 |
| | **Totals** | | **42.8** | **$7,490.00** |

**Protiviti Inc.**
**W. R. Grace & Co. Detailed Time Report**
**Month Ended July 31, 2003**

**Name:** John Conrad
**Level:** Senior Consultant

| Date | Detailed Task / Activity | Bill Rate | Hours | Fees |
|---|---|---|---|---|
| 3-Jul-03 | Formed Financial statement matrix and risks | $ 175.00 | 6 | $1,050.00 |
| 7-Jul-03 | Assisted in developing control objectives for TSA | $ 175.00 | 0.5 | $87.50 |
| 8-Jul-03 | Assisted in developing SAP control objectives for TSA | $ 175.00 | 3 | $525.00 |
| | Totals | | 9.5 | $1,662.50 |