# EXHIBIT B

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., *et. al.*, | Case No. 01-1139 (JKF) |
| Debtors. | Jointly Administered |
| | Objection Deadline: February 12, 2004 at 4:00 p.m. |
| | Hearing Date: TBD only if necessary |

### SECOND MONTHLY FEE APPLICATION OF PROTIVITI INC.
### AS DEBTORS' SARBANES OXLEY COMPLIANCE ADVISORS
### FOR ALLOWANCE OF COMPENSATION AND
### REIMBURSEMENT OF EXPENSES FOR AUGUST 2003

Name of Applicant:      <u>Protiviti Inc.</u>

Authorized to Provide Services to:      <u>Debtors</u>

Date of Retention:      Order dated November 17, 2003,
*nunc pro tunc* to June 30, 2003

Period for which compensation
and reimbursement is sought:      <u>August 1, 2003 through August 31, 2003</u>

Amount of Compensation sought
as actual, reasonable and necessary      $ 42,320.00

Amount of Expense Reimbursement
sought as actual, reasonable and necessary      $ 177.58

This is a(n):      <u>X</u> interim      ___ final application

Prior applications:      None.

DOCKET # 4922
DATE 1-23-04

Local Form 102
(Page 1 of 3 Pages)

## TIMEKEEPER SUMMARY

| Name of Professional | Position of the Applicant / Number of Years Experience in Profession | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Dillon, Mark | Managing Director 27 years | $300.00 | 1.0 | $ 300.00 |
| Blanchard, Victor | Associate Director 17 years | $275.00 | 41.5 | $ 11,412.50 |
| Beirne, Thomas | Director 30 years | $275.00 | 13.0 | $ 3,575.00 |
| Green, Kenneth | Manager 5 years | $225.00 | 26.5 | $ 5,962.50 |
| Petito, Matthew | Senior Consultant 5 years | $175.00 | 86.0 | $ 15,050.00 |
| Strickler, Kevin | Senior Consultant 5 years | $175.00 | 34.4 | $ 6,020.00 |
| | | Totals | 202.4 | $ 42,320.00 |

1

Local Form 102
(Page 2 of 3 Pages)

## COMPENSATION BY PROJECT CATEGORY

| Project Category (Examples) | Total Hours | Total Fees |
|---|---|---|
| Asset Analysis and Recovery | N/A | N/A |
| Asset Disposition | N/A | N/A |
| Business Operations | N/A | N/A |
| Case Administration | N/A | N/A |
| Claims Administration and Objections | N/A | N/A |
| Employee Benefits/Pension | N/A | N/A |
| Retention of Professionals | N/A | N/A |
| Fee Applications | N/A | N/A |
| Fee Application Objections | N/A | N/A |
| Financing | N/A | N/A |
| Security Issues | N/A | N/A |
| Litigation | N/A | N/A |
| Plan and Disclosure Statement | N/A | N/A |
| Relief from Stay Proceedings | N/A | N/A |
| Tax Issues | N/A | N/A |
| Valuation | N/A | N/A |
| Other (Explain) <br> • Sarbanes Oxley Compliance Services | 202.4 | $42,320.00 |
| Accounting/Auditing | N/A | N/A |
| Business Analysis | N/A | N/A |
| Corporate Finance | N/A | N/A |
| Data Analysis | N/A | N/A |
| **Total** | **202.4** | **$42,320.00** |

2

Local Form 102
(Page 3 of 3 Pages)

## EXPENSE SUMMARY

| Expense Category (Examples) | Total Hours | Total Expenses |
|---|---|---|
| Transportation | N/A | $31.68 |
| Lodging | N/A | $0 |
| Sundry | N/A | $145.90 |
| Business Meals / Entertainment | N/A | $0 |
| **Total Expenses** | | **$177.58** |

3

Fee Application Narrative

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., *et. al.*, | Case No. 01-1139 (JKF) |
| Debtors. | Jointly Administered |

### APPLICATION OF PROTIVITI INC. AS DEBTORS' SARBANES OXLEY COMPLIANCE ADVISORS FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR AUGUST 2003

Protiviti Inc. ("Protiviti"), Sarbanes Oxley Compliance Advisors for W.R. Grace & Co., and the other above-captioned debtors (collectively, the "Debtors"), by and through its undersigned counsel, hereby submits its Monthly Fee Application for Allowance of Compensation and Reimbursement of Expenses for August 2003 (the "Application"). In support of this Application, Protiviti respectfully represents as follows:

### I.    COMPENSATION REQUESTED

1.     As set forth below, Applicant is requesting an interim allowance of fees in the aggregate amount of $42,320.00 and expenses in the aggregate amount of $177.58. These amounts represent the fees generated and expenses incurred by Protiviti during the month of August 2003 or in previous months, which were not previously included in a filing application. A table showing the names of all professionals who rendered services during the period, together with the billing rates of such persons and the number of hours charged by such persons during August 2003, is set forth on the cover sheet to this Application.

### II.    INTRODUCTION AND PROCEDURAL BACKGROUND

2.     On April 2, 2001 (the "Petition Date"), the Debtors filed their voluntary petitions for relief under Chapter 11 of the Bankruptcy Code. The Debtors are operating their businesses

4

and managing their properties and assets as debtors and debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

     3.     By Order dated November 17, 2003, the Court authorized the Debtors' retention of Protiviti as Sarbanes Oxley Compliance Advisors, *nunc pro tunc* to June 30, 2003 (the "Retention Order").

**Relief Requested.**

     4.     By this Application, Protiviti respectfully requests allowing on an interim basis $42,320.00 in compensation and $177.58 in reimbursement of expenses for August 2003. In support of this Application, Protiviti submits the time records attached hereto as Exhibit "A" and the expenses summaries attached hereto as Exhibit "B."

     5.     This Court has jurisdiction over this Application pursuant to 28 U.S.C. § 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue of these proceedings and this motion is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409. The statutory predicates for the relief sought herein are sections 330 and 331 of the Bankruptcy Code and Bankruptcy Rule 2016.

     6.     All of the services for which compensation is sought were rendered by Applicant to the Debtors solely in connection with this case and in furtherance of the duties and responsibilities of the Debtors and not on behalf of any creditor or other person.

     7.     Applicant's hourly rates for its auditors and other professionals charged in connection with Applicant's services for the Debtors were commensurate with the rates Applicant customarily charged its clients (whether corporate or individual) in both bankruptcy and non-bankruptcy matters at the time the services were rendered.

     8.     By order dated April 17, 2002 (the "Amended Administrative Order"), the Court has adopted procedures (the "Procedures") for all applications for interim compensation and

5

reimbursement of expenses in this bankruptcy proceeding. Applicant has complied with the Procedures and has instituted a standard timekeeping record system for all professionals in this case recording time in tenths of an hour, and describing tasks performed and the time attributable to each task.

9.      Applicant is not seeking reimbursement for internal charges, including costs associated with airline ticketing and general office services such as computer usage, telephone charges, facsimile transmissions, postage, and photocopying.

10.     None of the amounts requested have been paid. No payments have been made or promised to Applicant for the services described herein and for which Protiviti seeks compensation and reimbursement of expenses in this Fee Application. No agreement exists between Applicant and any other person or entity to share any compensation in connection with the Debtors' Chapter 11 cases.

11.     Pursuant to the Amended Administrative Order, Protiviti caused to be served copies of this Application upon (a) David B. Siegel, W.R. Grace & Co.; (b) co-counsel for the Debtors; (c) co-counsel to the debtor-in-possession lender; (d) counsel to the Committees, including counsel for the Official Committee of Unsecured Creditors; counsel to the Official Committee of Asbestos Property Damage Claimants; counsel to the Official Committee of Personal Injury Claimants; and the Official Committee of Equity Holders; (e) the Fee Auditor; and (f) the United States Trustee.

III.    **SERVICES RENDERED DURING THE INTERIM PERIODS**

12.     The nature of the work performed by Protiviti during August 2003 included the following:

13.     Sarbanes Oxley Compliance Advisory Services: The Applicant provided the following services:

6

     i.     Conduct "close the books" pilot

    ii.     Project planning in preparation for plant visits

    iii.    Begin populating data repository

## IV.    ALLOWANCE OF COMPENSATION

14.    Under the Bankruptcy Code, professionals performing services in a bankruptcy case are entitled to "reasonable compensation for actual, necessary services" and "reimbursement for actual, necessary expenses." 11 U.S.C. §330(a)(l)(A).

15.    In determining if the amount of compensation is "reasonable", the courts consider the "nature, the extent, and the value" of the services rendered, taking into account the following factors: the time spent on the services; the rates charged for the services; whether the services were necessary or beneficial to the administration of the case; whether the services were performed in a reasonable amount of time commensurate with the complexity, importance, and nature of the services; and whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under Chapter 11. 11 U.S.C. § 330(a)(3)(A). As described throughout this Application, Protiviti has satisfied the relevant criteria to support the requested award of compensation.

16.    In general, the "baseline rule is for firms to receive their customary rates." Zolfo. Cooper & Co. v. Sunbeam-Oster Co.. Inc., 50 F.3d 253, 259 (3d Cir. 1995). The compensation sought herein is based on Protiviti's customary rates, which are in line with the customary rates charged by comparably skilled practitioners in cases other than cases under Chapter 11.

17.    Applicant's services have been rendered in an efficient manner by professionals who are experts in their fields. Protiviti is a well-respected consulting firm, and its rates are commensurate with its level of expertise.

18.    No prior application for the relief requested herein has been made.

**WHEREFORE,** Protiviti respectfully requests interim allowance of compensation in the amount of $42,320.00 and reimbursement of expenses in the amount of $177.58, together with such other and further relief as this Court deems just and proper.

Dated: December 28, 2003.

Protiviti Inc.

*Marie Hendrixson*

Marie Hendrixson
The Wanamaker Building
100 Penn Square East
4th Floor
Philadelphia, PA 19107
Telephone: 267-256-8800
Telecopy: 215-751-9892
Email: Marie.Hendrixson@Protiviti.com

8

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., *et. al.,* | Case No. 01-1139 (JKF) |
| Debtors. | Jointly Administered |

## CERTIFICATION OF MARIE HENDRIXSON

I, Marie Hendrixson, hereby certify that:

1.      I am a managing director with Protiviti Inc. ("Protiviti"). Protiviti was retained by W.R. Grace & Co. and the other above-captioned debtors (collectively, the "Debtors") as Sarbanes Oxley Compliance Advisors for the Debtors pursuant to Section 327(a) of Title 11 of the United States Code, 11 U.S.C. § 101 and Rules 2014(a) and 2016 of the Federal Rules of Bankruptcy Procedure. The nature and scope of Protiviti's services are described in the *Monthly Fee Application of Protiviti Inc., Sarbanes Oxley Compliance Advisors for the Debtors, For Allowance of Compensation and Reimbursement of Expenses for August 2003* (the "Application"), which is being submitted contemporaneously with this Certification to this Court. This Certification is made in support of the Application and in compliance with the *Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures/or Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members* (the "Amended Administrative Order").

2.      I have read the Application and I certify as follows:

(a)      The expenses for which reimbursement is requested by Protiviti in the Application are reasonable and were necessary and incidental to the services performed by and for the Debtors.

(b)      To the best of my knowledge, information, and belief, formed after

reasonable inquiry, except as expressly stated to the contrary, the Application complies with the mandatory provisions set forth in the Amended Administrative Order.

(c)     To the best of my knowledge, information, and belief formed after reasonable inquiry, the fees and disbursements sought fall within the Administrative Procedures Guidelines.

(d)     The fees and disbursements for which reimbursement is sought in this Application are billed at rates and in accordance with practices customarily employed by Protiviti and generally accepted by the clients of Protiviti.

(e)     Protiviti does not make a profit on the expenses for which it seeks reimbursement in the Application.

(f)     In charging for a particular service, Protiviti does not include in the amount for which reimbursement is sought the amortization of the cost of any investment, equipment, or capital outlay.

(g)     In seeking reimbursement for a service, which Protiviti justifiably purchased from a third party, Protiviti requests reimbursement only for the actual amount billed to Protiviti by the third party vendor and paid by Protiviti to such vendor.

_Marie Hendrixson_
Marie Hendrixson

Dated:   December 28, 2003
         Philadelphia, PA

2

Fee Application Certification

# EXHIBIT A

**Protiviti Inc.**
**W. R. Grace & Co. Time Tracking Summary**
**Period Covered:  August 2003**

| Name | Position | Number of Years in Profession | Hourly Billing Rate | Total Hours Billed | Total Fees |
|---|---|---|---|---|---|
| Dillon, Mark | Managing Director | 27 | $ 300.00 | 1 | $ 300.00 |
| Blanchard, Victor | Associate Director | 17 | $ 275.00 | 41.5 | $ 11,412.50 |
| Beirne, Thomas | Director | 30 | $ 275.00 | 13 | $ 3,575.00 |
| Green, Kenneth | Manager | 5 | $ 225.00 | 26.5 | $ 5,962.50 |
| Petito, Matthew | Senior Consultant | 5 | $ 175.00 | 86 | $ 15,050.00 |
| Strickler, Kevin | Senior Consultant | 5 | $ 175.00 | 34.4 | $ 6,020.00 |
|  |  |  | Totals | 202.4 | $ 42,320.00 |

**Protiviti Inc.**
**W. R. Grace & Co. Detailed Time Report**
**Month Ended August 31, 2003**

**Name:**    Mark Dillon
**Level:**    Managing Director

| Date | Detailed Task / Activity | Bill Rate | Hours | Fees |
|------|--------------------------|-----------|-------|------|
| 22-Aug-03 | Meeting with Tom Beirne to discuss staffing issues, risk management profile, and activities to date | $300.00 | 1.0 | $ 300.00 |
| | **Totals** | | **1.0** | **$ 300.00** |

Protiviti Inc.
W. R. Grace & Co. Detailed Time Report
Month Ended August 31, 2003

Name:   Victor Blanchard
Level:   Associate Director

| Date | Detailed Task / Activity | Bill Rate | Hours | Fees |
|------|--------------------------|-----------|-------|------|
| 4-Aug-03 | Develop Plant Travel Plan including locations, processes, resources and dependencies | $275.00 | 4.5 | $ 1,237.50 |
| 7-Aug-03 | Meeting with Dana Guzzo regarding Plant Travel Plan, billing concerns and other administrative issues | $275.00 | 1.0 | $ 275.00 |
| 7-Aug-03 | Meeting with Dana Guzzo, Michael Brown and Matt Petito regarding "close the books" process flows, and potential need for changes | $275.00 | 1.0 | $ 275.00 |
| 7-Aug-03 | Develop a "close the books" budget structure as requested by Dana Guzzo depicting the process and related level of effort | $275.00 | 1.0 | $ 275.00 |
| 11-Aug-03 | Modify Travel Plan and supporting financial budget schedules to accommodate changes to the overall level of coverage and plants selected by Internal Audit | $275.00 | 3.5 | $ 962.50 |
| 12-Aug-03 | Develop schedules supporting the level of effort and financial budgets for Phase II Plant Visits identifying Grace and consultant information | $275.00 | 1.5 | $ 412.50 |
| 13-Aug-03 | Meet with Dana Guzzo and Ryan Heape to discuss next day's meeting with PwC, and Grace's plan to purchase and implement Versa software | $275.00 | 0.3 | $ 82.50 |
| 13-Aug-03 | Technical planning with Protiviti pilot "close the books" team regarding assertions to be used, and preparation for meeting with Dana Guzzo tomorrow morning re: the SarbOx portal | $275.00 | 0.7 | $ 192.50 |
| 18-Aug-03 | Update Project Status Report for Dana Guzzo | $275.00 | 0.3 | $ 82.50 |
| 18-Aug-03 | Work on staffing issues with Protiviti Staffing Coordinator for senior and staff need on Mexico pilot | $275.00 | 0.2 | $ 55.00 |
| 18-Aug-03 | Modify the Travel Plan for changes in scope and approach at certain sites | $275.00 | 1.5 | $ 412.50 |
| 19-Aug-03 | Meet with Dana Guzzo and Barbara Summerson to plan and prepare for our meeting with Bob Tarola and Brian Magowan re: the strategy for addressing IT as part of the overall Sarbanes strategy | $275.00 | 0.5 | $ 137.50 |
| 19-Aug-03 | Meet with Dana Guzzo and Barbara Summerson to review and comment on the presentation prepared for the IT strategy meeting | $275.00 | 1.0 | $ 275.00 |
| 19-Aug-03 | Meeting with Bob Tarola, Brian Magowan, Dana Guzzo and Barbara Summerson to discuss the IT strategy and integration into the overall Sarbanes strategy | $275.00 | 1.5 | $ 412.50 |
| 19-Aug-03 | Meeting with Bob Tarola, Dana Guzzo and Barbara Summerson to discuss what information should be communicated to the Audit Committee re: Sarbanes and a "Well Controlled Organization" | $275.00 | 0.5 | $ 137.50 |
| 19-Aug-03 | Discuss the current Plant Travel Plan with Ryan Heape and make modifications to selected locations | $275.00 | 0.5 | $ 137.50 |
| 19-Aug-03 | Meeting with Dana Guzzo to discuss status of various administrative components of the project including billing, Protiviti's application, license agreements, and short-term To Do's | $275.00 | 1.0 | $ 275.00 |
| 20-Aug-03 | Develop a plant site "model" budget that can be used to estimate level of effort based on actual work plan steps anticipated to be performed | $275.00 | 1.0 | $ 275.00 |
| 20-Aug-03 | Discuss need for Portal training with Ryan Heape, along with information about alternative software products for segregation of duties concerns | $275.00 | 0.5 | $ 137.50 |
| 21-Aug-03 | Continue development of a plant site "model" budget that can be used to estimate level of effort based on actual work plan steps anticipated to be performed | $275.00 | 1.0 | $ 275.00 |
| 22-Aug-03 | Meeting with Dana Guzzo and Ryan Heape addressing a technical TSA issue and planning for Sarbanes and Protiviti involvement in the upcoming Audit Committee meeting | $275.00 | 2.5 | $ 687.50 |
| 25-Aug-03 | Meeting with Dana Guzzo to prepare and plan for a meeting with Paul Norris to discuss the "Well Controlled Organization" document, and its presentation to the Audit Committee | $275.00 | 1.5 | $ 412.50 |
| 25-Aug-03 | Status meeting with Matt Petito and Tom Beline on the "close the books" pilot in preparation for an afternoon meeting for a full project update with Grace Internal Audit | $275.00 | 1.0 | $ 275.00 |
| 25-Aug-03 | Meeting with Paul Norris and Dana Guzzo to discuss the "Well Controlled Organization" document prepared by Protiviti and supported by Internal Audit for presentation to the Audit Committee | $275.00 | 1.5 | $ 412.50 |
| 25-Aug-03 | Full project scope planning meeting with Dana Guzzo, Ryan Heape and Barbara Summerson to identify current status and priorities going forward for all aspects of the Sarbanes 404 project | $275.00 | 5.0 | $ 1,375.00 |
| 27-Aug-03 | Contact Protiviti's RTS Team responsible for implementing the TSA tool at Grace, and coordinate cut-over of TSA database from Protiviti hosted site to Grace's own server | $275.00 | 1.0 | $ 275.00 |
| 27-Aug-03 | Research possible work plans and audit programs for use on International pilots; covering processes outlined in the Grace "process classification scheme" | $275.00 | 1.5 | $ 412.50 |
| 28-Aug-03 | Complete the process of cutting over the TSA data from Protiviti's hosted server to Grace's own server | $275.00 | 0.5 | $ 137.50 |
| 28-Aug-03 | Develop and refine Administrative and General Ledger Close work programs including estimated levels of effort for the International pilot sites | $275.00 | 1.5 | $ 412.50 |
| 28-Aug-03 | Collect and assemble work programs from Protiviti sources in support of specific audits to be performed at the International pilot sites | $275.00 | 1.5 | $ 412.50 |
| 28-Aug-03 | Finalize invoices and detailed support for Grace for the period July 18 to 31, 2003 | $275.00 | 0.5 | $ 137.50 |
| 28-Aug-03 | Collect and assemble information technology work programs from Protiviti sources in support of the IT integrated audits to be performed at the International pilot sites | $275.00 | 0.5 | $ 137.50 |
| | **Totals** | | 41.5 | $11,412.50 |

**Protiviti Inc.**
**W. R. Grace & Co. Detailed Time Report**
**Month Ended August 31, 2003**

**Name:** Thomas Beirne
**Level:** Director

| Date | Detailed Task / Activity | Bill Rate | Hours | Fees |
|---|---|---|---|---|
| 6-Aug-03 | Meeting with M Petito, K Green regarding review of close the books audit programs | $ 275.00 | 2.5 | $ 687.50 |
| 8-Aug-03 | Close the books meeting with D Guzzo, R Heaps, K Green | $ 275.00 | 0.5 | $ 137.50 |
| 25-Aug-03 | Meeting with K Strickler & M Petito Close the books | $ 275.00 | 1 | $275.00 |
| 25-Aug-03 | Various meeting V Blanchard/K Strickler/M Petito/D Guzzo/R Heaps/B Summerson | $ 275.00 | 5 | $1,375.00 |
| 26-Aug-03 | Meeting with D Guzzo to review Work Program & PBC List Close the Books | $ 275.00 | 1 | $275.00 |
| 26-Aug-03 | Work on Close the Books Review with Protiviti staff | $ 275.00 | 3 | $825.00 |
| | **Totals** | | **13** | **$ 3,575.00** |

**Protiviti Inc.**
**W. R. Grace & Co. Detailed Time Report**
**Month Ended August 31, 2003**

**Name:** Ken Green
**Level:** Manager

| Date | Detailed Task / Activity | Bill Rate | Hours | Fees |
|------|--------------------------|-----------|-------|------|
| 1-Aug-03 | Met with Matt Petito (Pro), Dana Guzzo, & Ryan Heaps to discuss concerns and key controls over the Financial Reporting and GL Close processes. | $ 225.00 | 1.0 | $225.00 |
| 1-Aug-03 | Met with Victor Blanchard (Pro) & Tom Belme (Pro) to discuss the key controls and the potential concerns resulting from the meetings regarding the TSA surveys for Financial Reporting and the GL Close. | $ 225.00 | 0.5 | $112.50 |
| 4-Aug-03 | Reviewed sections E - G of the draft workprograms as prepared by Matt Petito (Pro). | $ 225.00 | 1.2 | $270.00 |
| 5-Aug-03 | Discussed revisions and questions in regards to the workprograms (sections E - G) with Matt Petito (Pro). | $ 225.00 | 1.1 | $247.50 |
| 5-Aug-03 | Working session with Matt Petito (Pro) to modify the FRP workprogram based on key risks and controls as identified through the TSA survey. | $ 225.00 | 1.3 | $292.50 |
| 6-Aug-03 | Working session with Matt Petito (Pro) to modify the Davison/GPC GL Close workprogram based on key risks and controls as identified through the TSA survey. | $ 225.00 | 1.5 | $337.50 |
| 6-Aug-03 | Reviewed testing approach and key risks/controls with Tom Belme (Pro) and Matt Petito (Pro). | $ 225.00 | 2.5 | $562.50 |
| 7-Aug-03 | Discussed workprogram and RCM revisions with Matt Petito (Pro). | $ 225.00 | 0.4 | $90.00 |
| 8-Aug-03 | Reviewed PBC listing and made changes to reflect order of workprogram. | $ 225.00 | 0.7 | $157.50 |
| 8-Aug-03 | Reviewed updated workprograms to ensure changes properly reflect previous discussions. | $ 225.00 | 0.3 | $67.50 |
| 8-Aug-03 | Prepared ETC for CTB pilot. | $ 225.00 | 0.5 | $112.50 |
| 8-Aug-03 | Updated workprogram per earlier review and ensured that Davison/GPC/Corporate sections were consistent. | $ 225.00 | 0.5 | $112.50 |
| 8-Aug-03 | Meeting with Dana, Ryan, and Tom (Pro) to discuss timing of audit and items to request for testing. | $ 225.00 | 1.0 | $225.00 |
| 8-Aug-03 | Discussed additional potential risks with Matt Petito (Pro). | $ 225.00 | 1.0 | $225.00 |
| 11-Aug-03 | Identified key risks and controls with Matt Petito (Pro) in preparation for entry into the portal. | $ 225.00 | 3.5 | $787.50 |
| 11-Aug-03 | Populated Portal with RCM for Financial Reporting process. | $ 225.00 | 1.5 | $337.50 |
| 11-Aug-03 | Discussed portal questions with Beth Anna Varson (Pro). | $ 225.00 | 0.4 | $90.00 |
| 12-Aug-03 | Identified key risks and controls in Corporate GL Close process with Matt Petito (Pro). | $ 225.00 | 0.5 | $112.50 |
| 12-Aug-03 | Reviewed planning memo for close the books review. | $ 225.00 | 0.8 | $180.00 |
| 12-Aug-03 | Discussed planning memo with Matt Petito (Pro). | $ 225.00 | 0.5 | $112.50 |
| 12-Aug-03 | Updated workprogram to include Facilities section. | $ 225.00 | 0.3 | $67.50 |
| 13-Aug-03 | Reviewed changes made by Grace to Financial Reporting RCM. | $ 225.00 | 0.3 | $67.50 |
| 13-Aug-03 | Ensured agreement between Financial Reporting RCM within the portal to Excel RCM. | $ 225.00 | 0.2 | $45.00 |
| 13-Aug-03 | Reviewed entry of key risks and controls in General Ledger Close RCM in portal library. | $ 225.00 | 0.8 | $180.00 |
| 13-Aug-03 | Discussed and updated Financial Reporting RCM to link with seven management assertions. | $ 225.00 | 0.3 | $67.50 |
| 14-Aug-03 | Imported Financial Reporting RCM into Grace PCS for Corporate. | $ 225.00 | 0.2 | $45.00 |
| 27-Aug-03 | Obtained update on current status and next steps from Matt Petito (Pro). | $ 225.00 | 0.5 | $112.50 |
| 27-Aug-03 | Review of updated flowcharts. | $ 225.00 | 1.2 | $270.00 |
| 27-Aug-03 | Discussion of documentation standards with Victor Blanchard (Pro), Matt Petito (Pro), and Kevin Strickler (Pro). | $ 225.00 | 1.0 | $225.00 |
| 28-Aug-03 | CTB flowchart discussions with Matt Petito (Pro). | $ 225.00 | 1.0 | $225.00 |
| | **Totals** | | 26.5 | $ 5,962.50 |

Protiviti Inc.
W. R. Grace & Co. Detailed Time Report
Month Ended August 31, 2003

Name: Matthew Polito
Level: Senior Consultant

| Date | Detailed Task / Activity | Bill Rate | Hours | Fees |
|---|---|---|---|---|
| 1-Aug-03 | Meet with Ryan on TSA troubleshooting questions | $ 175.00 | 0.2 | $    35.00 |
| 1-Aug-03 | Meet with Ryan, Dana and Ken on TSA surveys | $ 175.00 | 1 | $  175.00 |
| 4-Aug-03 | Gather sample CTB policies and procedure examples | $ 175.00 | 1.6 | $  280.00 |
| 4-Aug-03 | Make revisions to work program/planning memo | $ 175.00 | 0.4 | $    70.00 |
| 5-Aug-03 | Make revisions to work program | $ 175.00 | 1.6 | $  280.00 |
| 5-Aug-03 | Meet with Dana on CTB flowchart revisions | $ 175.00 | 0.5 | $    87.50 |
| 5-Aug-03 | Meet with Mike Brown on CTB flowchart revisions | $ 175.00 | 0.1 | $    17.50 |
| 5-Aug-03 | Meet with Ken on agreeing RCM to work programs | $ 175.00 | 1.3 | $  227.50 |
| 5-Aug-03 | Make changes to CTB flowcharts | $ 175.00 | 0.7 | $  122.50 |
| 5-Aug-03 | Discuss travel approach and planning with Victor and Ryan | $ 175.00 | 0.5 | $    87.50 |
| 5-Aug-03 | Draft and send emails to CTB process owners for revisions | $ 175.00 | 0.5 | $    87.50 |
| 5-Aug-03 | Meet with Ken on planning and work programs | $ 175.00 | 1.1 | $  192.50 |
| 6-Aug-03 | Make revisions to work program | $ 175.00 | 2.2 | $  385.00 |
| 6-Aug-03 | Meet with Ken on agreeing RCM to work programs | $ 175.00 | 1.5 | $  262.50 |
| 6-Aug-03 | Meet with Ken and Tom on CTB planning/RCM/meeting/programs | $ 175.00 | 2.5 | $  437.50 |
| 7-Aug-03 | Identify additional risks/controls for risk control matrix | $ 175.00 | 1.5 | $  262.50 |
| 7-Aug-03 | Modify risk control matrix | $ 175.00 | 2.3 | $  402.50 |
| 7-Aug-03 | Modify work program | $ 175.00 | 1.3 | $  227.50 |
| 7-Aug-03 | Meet with Mike Brown on CTB flowchart revisions/approach | $ 175.00 | 0.5 | $    87.50 |
| 7-Aug-03 | Meet with Mike Brown, Dana, Victor on CTB flowchart revisions/approach | $ 175.00 | 0.6 | $  105.00 |
| 7-Aug-03 | Meet with Victor on CTB pilot budgeting/invoicing development | $ 175.00 | 0.3 | $    52.50 |
| 7-Aug-03 | Discuss CTB actual/estimated to complete | $ 175.00 | 0.5 | $    87.50 |
| 7-Aug-03 | Develop time allocation/invoice for Phase I and II | $ 175.00 | 0.8 | $  140.00 |
| 7-Aug-03 | Meet with Ken on work program and risk control matrix revisions | $ 175.00 | 0.4 | $    70.00 |
| 8-Aug-03 | Modify prepared by client listing | $ 175.00 | 1 | $  175.00 |
| 8-Aug-03 | Discuss potential changes of additional risks to risk control matrix with Ken | $ 175.00 | 1 | $  175.00 |
| 8-Aug-03 | Preparation of Grace invoice for period ending July 18 | $ 175.00 | 5 | $  875.00 |
| 8-Aug-03 | Make modifications to work program | $ 175.00 | 1 | $  175.00 |
| 8-Aug-03 | Make modifications to risk control matrix | $ 175.00 | 1 | $  175.00 |
| 11-Aug-03 | Modify risk control matrix | $ 175.00 | 1.5 | $  262.50 |
| 11-Aug-03 | Populate the controls for financial reporting in Sarbox Portal | $ 175.00 | 1 | $  175.00 |
| 11-Aug-03 | Discuss potential changes to risk control matrix with Ken | $ 175.00 | 3.5 | $  612.50 |
| 12-Aug-03 | Discuss potential changes to risk control matrix with Ken | $ 175.00 | 0.5 | $    87.50 |
| 12-Aug-03 | Modify risk control matrix | $ 175.00 | 0.5 | $    87.50 |
| 12-Aug-03 | Modify planning memo | $ 175.00 | 1 | $  175.00 |
| 12-Aug-03 | Discuss planning memo with Ken | $ 175.00 | 0.5 | $    87.50 |
| 13-Aug-03 | Make changes to planning memo | $ 175.00 | 0.3 | $    52.50 |
| 13-Aug-03 | Make changes to risk control matrix | $ 175.00 | 3.5 | $  612.50 |
| 13-Aug-03 | Link risks to controls in Portal | $ 175.00 | 0.5 | $    87.50 |
| 13-Aug-03 | Populate the risks and controls into the Portal for GL close | $ 175.00 | 3.5 | $  612.50 |
| 14-Aug-03 | Import RCM from library into Portal in preparation of meeting with Dana | $ 175.00 | 0.5 | $    87.50 |
| 14-Aug-03 | Meeting with PWC on RCM | $ 175.00 | 2.5 | $  437.50 |
| 14-Aug-03 | Modify planning memo | $ 175.00 | 0.5 | $    87.50 |
| 14-Aug-03 | Work with Ryan on TSA troubleshooting issues with action plans | $ 175.00 | 0.5 | $    87.50 |
| 14-Aug-03 | Review listing of journal entries for test selections | $ 175.00 | 0.5 | $    87.50 |
| 14-Aug-03 | Populate the risks and journal entries into the Portal for GL close | $ 175.00 | 1.2 | $  210.00 |
| 15-Aug-03 | Make test selections for test of accruals, reconciliations and journal entries | $ 175.00 | 2.0 | $  350.00 |
| 15-Aug-03 | Link assertions to risks and controls for GL close in Portal | $ 175.00 | 1.0 | $  175.00 |
| 25-Aug-03 | Meet with Tom and Victor on approach and close the books update | $ 175.00 | 0.2 | $    35.00 |
| 25-Aug-03 | Meet with Tom and Kevin on close the books approach | $ 175.00 | 0.4 | $    70.00 |
| 25-Aug-03 | Meet with Kevin on overall Protiviti/Grace approach | $ 175.00 | 1 | $  175.00 |
| 25-Aug-03 | Meet with Internal Audit on Portal implementation and risk control matrix | $ 175.00 | 1.5 | $  262.50 |
| 25-Aug-03 | Meet with Internal Audit on close the books approach and timeline | $ 175.00 | 2.5 | $  437.50 |
| 26-Aug-03 | Discuss test selection for close the books with Kevin | $ 175.00 | 0.5 | $    87.50 |
| 26-Aug-03 | Review PBC listing with Victor | $ 175.00 | 0.5 | $    87.50 |
| 26-Aug-03 | Meet with Dana and Tom on PBC listing/work program | $ 175.00 | 1.3 | $  227.50 |
| 26-Aug-03 | Review TSA/generate listing of managed action plans/review for understanding | $ 175.00 | 2 | $  350.00 |
| 26-Aug-03 | Discuss with Kevin approach on developing remediation plan | $ 175.00 | 0.5 | $    87.50 |
| 26-Aug-03 | Meet with Tom on close the books status and progress | $ 175.00 | 1.5 | $  262.50 |
| 26-Aug-03 | Discuss changes to close the books flowcharts | $ 175.00 | 0.5 | $    87.50 |
| 27-Aug-03 | Modify work programs | $ 175.00 | 1 | $  175.00 |
| 27-Aug-03 | Meet with Ken on update on close the books pilot | $ 175.00 | 1.5 | $  262.50 |
| 27-Aug-03 | Review risks and controls for design effectiveness assessment | $ 175.00 | 2 | $  350.00 |
| 27-Aug-03 | Meet with Ryan and Mike Brown on revisions to close the books flowcharts | $ 175.00 | 1 | $  175.00 |
| 27-Aug-03 | Make revisions to close the books flowcharts | $ 175.00 | 2.5 | $  437.50 |
| 28-Aug-03 | Review close the books flowcharts | $ 175.00 | 0.2 | $    35.00 |
| 28-Aug-03 | Review Audit Committee minutes for relevancy to close the books | $ 175.00 | 1 | $  175.00 |
| 28-Aug-03 | Prepare close the books status report | $ 175.00 | 0.5 | $    87.50 |
| 28-Aug-03 | Discuss test selection items with Dana and Ryan | $ 175.00 | 1 | $  175.00 |
| 28-Aug-03 | Discuss close the books flowcharts with Ken, Tom Finlay, Nette Fausto | $ 175.00 | 1 | $  175.00 |
| 29-Aug-03 | Test of Davison journal entries | $ 175.00 | 1 | $  175.00 |
| 29-Aug-03 | Test of Davison reconciliation's | $ 175.00 | 1 | $  175.00 |
| 29-Aug-03 | Test of Corporate journal entries | $ 175.00 | 1 | $  175.00 |
| 29-Aug-03 | Test of Corporate reconciliation's | $ 175.00 | 0.5 | $    87.50 |
| 29-Aug-03 | Discuss test of Davison reconciliation's with John Reilly | $ 175.00 | 0.3 | $    52.50 |
| 29-Aug-03 | Discuss test of Davison journal entries with John Reilly | $ 175.00 | 0.2 | $    35.00 |
| | Totals | | 85.0 | $ 15,050.00 |

**Protiviti Inc.**
**W. R. Grace & Co. Detailed Time Report**
**Month Ended August 31, 2003**

**Name:**    Kevin Strickler
**Level:**    Senior Consultant

| Date | Detailed Task / Activity | Bill Rate | Hours | Fees |
|------|--------------------------|-----------|-------|------|
| 25-Aug-03 | Review flowcharts, controls, and work program | $ 175.00 | 2.0 | $350.00 |
| 25-Aug-03 | Agenda for Meeting | $ 175.00 | 1.0 | $175.00 |
| 25-Aug-03 | Meet with Matt on overall Protiviti Grace approach | $ 175.00 | 1.0 | $175.00 |
| 25-Aug-03 | Meet with Tom and Matt on CTB approach | $ 175.00 | 0.4 | $70.00 |
| 25-Aug-03 | Meeting for CTB and SarbOx | $ 175.00 | 2.0 | $350.00 |
| 26-Aug-03 | Workpapers for CTB Audit Program | $ 175.00 | 4.0 | $700.00 |
| 26-Aug-03 | Discuss test selection with Matt | $ 175.00 | 0.5 | $87.50 |
| 26-Aug-03 | Discuss approach for remediation plan | $ 175.00 | 0.5 | $87.50 |
| 26-Aug-03 | CTB Risk Control Matrix changes | $ 175.00 | 1.0 | $175.00 |
| 26-Aug-03 | CTB Action Plan Matrix for Portal Upload | $ 175.00 | 2.0 | $350.00 |
| 27-Aug-03 | CTB Action Plan Matrix for Portal Upload | $ 175.00 | 4.5 | $787.50 |
| 27-Aug-03 | G-10 and G-12 Discl and GL Comparison to Sched. Testing | $ 175.00 | 2.5 | $437.50 |
| 27-Aug-03 | Discussion concerning documentation standards | $ 175.00 | 1.0 | $175.00 |
| 28-Aug-03 | G-10 and G-12 Discl and GL Comparison to Sched. Testing | $ 175.00 | 3.0 | $525.00 |
| 28-Aug-03 | Discussion concerning documentation standards | $ 175.00 | 2.0 | $350.00 |
| 28-Aug-03 | G-13 Audit Committee Minutes | $ 175.00 | 2.0 | $350.00 |
| 29-Aug-03 | B-7 Search for Unrecorded Liablities | $ 175.00 | 5.0 | $875.00 |
| | **Totals** | | **34.4** | **$6,020.00** |

# EXHIBIT B

**Protiviti Inc.**
**W. R. Grace & Co. Expense Summary**
**Period Covered: August 2003**

| Expense Category | Service Provider | Total Expenses | |
|---|---|---|---|
| Transportation | N/A | $ | 31.68 |
| Lodging | N/A | $ | - |
| Sundry | N/A | $ | 145.90 |
| Business Meals/Entertainment | N/A | $ | - |
| Total | | $ | 177.58 |

Protiviti Inc.
W. R. Grace & Co. Expense Tracking
Period Covered: August 2003

**Expense Detail**

**Expense Category**

Name: Matthew Petito
Level: Senior Consultant

| Date | Description of Expense | Amount | Transportation | Lodging | Sundry | Business Meals/ Entertainment | Totals |
|---|---|---|---|---|---|---|---|
| 1-Aug-03 | Mileage traveling to client site in excess of normal daily commute (8 miles) | $2.88 | $2.88 | | | | $2.88 |
| 1-Aug-03 | Fees for passport | $145.90 | | | $145.90 | | $145.90 |
| 4-Aug-03 | Mileage traveling to client site in excess of normal daily commute (8 miles) | $2.88 | $2.88 | | | | $2.88 |
| 5-Aug-03 | Mileage traveling to client site in excess of normal daily commute (8 miles) | $2.88 | $2.88 | | | | $2.88 |
| 6-Aug-03 | Mileage traveling to client site in excess of normal daily commute (8 miles) | $2.88 | $2.88 | | | | $2.88 |
| 7-Aug-03 | Mileage traveling to client site in excess of normal daily commute (8 miles) | $2.88 | $2.88 | | | | $2.88 |
| 8-Aug-03 | Mileage traveling to client site in excess of normal daily commute (8 miles) | $2.88 | $2.88 | | | | $2.88 |
| 11-Aug-03 | Mileage traveling to client site in excess of normal daily commute (8 miles) | $2.88 | $2.88 | | | | $2.88 |
| 12-Aug-03 | Mileage traveling to client site in excess of normal daily commute (8 miles) | $2.88 | $2.88 | | | | $2.88 |
| 13-Aug-03 | Mileage traveling to client site in excess of normal daily commute (8 miles) | $2.88 | $2.88 | | | | $2.88 |
| 14-Aug-03 | Mileage traveling to client site in excess of normal daily commute (8 miles) | $2.88 | $2.88 | | | | $2.88 |
| 15-Aug-03 | Mileage traveling to client site in excess of normal daily commute (8 miles) | $2.88 | $2.88 | | | | $2.88 |
| | Totals | $177.58 | $31.68 | $0.00 | $145.90 | $0.00 | $177.58 |

| | Amount | Transportation | Lodging | Sundry | Business Meals/ Entertainment | Totals |
|---|---|---|---|---|---|---|
| Grand Totals | $177.58 | $31.68 | $0.00 | $145.90 | $0.00 | $ 177.58 |