# EXHIBIT C

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., *et. al.,* | Case No. 01-1139 (JKF) |
| Debtors. | Jointly Administered |
| | Objection Deadline: February 12, 2004 at 4:00 p.m. |
| | Hearing Date: TBD only if necessary |

## THIRD MONTHLY FEE APPLICATION OF PROTIVITI INC. AS DEBTORS' SARBANES OXLEY COMPLIANCE ADVISORS FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR SEPTEMBER 2003

| | |
|---|---|
| Name of Applicant: | Protiviti Inc. |
| Authorized to Provide Services to: | Debtors |
| Date of Retention: | Order dated November 17, 2003, *nunc pro tunc* to June 30, 2003 |
| Period for which compensation and reimbursement is sought: | September 1, 2003 through September 30, 2003 |
| Amount of Compensation sought as actual, reasonable and necessary | $ 93,642.50 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary | $ 6,996.55 |
| This is a(n): | X interim ___ final application |

Prior applications:     None.

DOCKET # 4980
DATE 1-23-04

Local Form 102
(Page 1 of 3 Pages)

## TIMEKEEPER SUMMARY

| Name of Professional | Position of the Applicant / Number of Years Experience in Profession | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Hendrixson, Marie | Managing Director 19 years | $300.00 | 7.9 | $ 2,370.00 |
| Blanchard, Victor | Associate Director 17 years | $275.00 | 93.5 | $ 25,712.50 |
| Beirne, Thomas | Director 30 years | $275.00 | 12.5 | $ 3,437.50 |
| Green, Kenneth | Manager 5 years | $225.00 | 58.4 | $ 13,140.00 |
| Petito, Matthew | Senior Consultant 5 years | $175.00 | 84.4 | $ 14,770.00 |
| Strickler, Kevin | Senior Consultant 5 years | $175.00 | 141.5 | $ 24,762.50 |
| Byrum, Scott | Consultant 1 year | $150.00 | 12.5 | $ 1,875.00 |
| Beale, Kina | Consultant 1 year | $ 150.00 | 50.5 | $ 7,575.00 |
| | | Totals | 461.2 | $ 93,642.50 |

1

Fee Application Narrative

Local Form 102
(Page 2 of 3 Pages)

## COMPENSATION BY PROJECT CATEGORY

| Project Category (Examples) | Total Hours | Total Fees |
|---|---|---|
| Asset Analysis and Recovery | N/A | N/A |
| Asset Disposition | N/A | N/A |
| Business Operations | N/A | N/A |
| Case Administration | N/A | N/A |
| Claims Administration and Objections | N/A | N/A |
| Employee Benefits/Pension | N/A | N/A |
| Retention of Professionals | N/A | N/A |
| Fee Applications | N/A | N/A |
| Fee Application Objections | N/A | N/A |
| Financing | N/A | N/A |
| Security Issues | N/A | N/A |
| Litigation | N/A | N/A |
| Plan and Disclosure Statement | N/A | N/A |
| Relief from Stay Proceedings | N/A | N/A |
| Tax Issues | N/A | N/A |
| Valuation | N/A | N/A |
| Other (Explain)<br>• Sarbanes Oxley Compliance Services | 461.2 | $93,642.50 |
| Accounting/Auditing | N/A | N/A |
| Business Analysis | N/A | N/A |
| Corporate Finance | N/A | N/A |
| Data Analysis | N/A | N/A |
| **Total** | **461.2** | **$93,642.50** |

2

Fee Application Narrative

Local Form 102
(Page 3 of 3 Pages)

## EXPENSE SUMMARY

| Expense Category (Examples) | Total Hours | Total Expenses |
|---|---|---|
| Transportation | N/A | $3,443.26 |
| Lodging | N/A | $2,202.77 |
| Sundry | N/A | $861.51 |
| Business Meals / Entertainment | N/A | $489.01 |
| Total Expenses | | $6,996.55 |

3

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., *et. al.,* | Case No. 01-1139 (JKF)<br>Jointly Administered |
| Debtors. | |

## APPLICATION OF PROTIVITI INC. AS DEBTORS' SARBANES OXLEY COMPLIANCE ADVISORS FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR SEPTEMBER 2003

Protiviti Inc. ("Protiviti"), Sarbanes Oxley Compliance Advisors for W.R. Grace & Co., and the other above-captioned debtors (collectively, the "Debtors"), by and through its undersigned counsel, hereby submits its Monthly Fee Application for Allowance of Compensation and Reimbursement of Expenses for September 2003 (the "Application"). In support of this Application, Protiviti respectfully represents as follows:

### I.    COMPENSATION REQUESTED

1.    As set forth below, Applicant is requesting an interim allowance of fees in the aggregate amount of $93,462.50 and expenses in the aggregate amount of $6,996.55. These amounts represent the fees generated and expenses incurred by Protiviti during the month of September 2003 or in previous months, which were not previously included in a filing application. A table showing the names of all professionals who rendered services during the period, together with the billing rates of such persons and the number of hours charged by such persons during September 2003, is set forth on the cover sheet to this Application.

### II.    INTRODUCTION AND PROCEDURAL BACKGROUND

2.    On April 2, 2001 (the "Petition Date"), the Debtors filed their voluntary petitions for relief under Chapter 11 of the Bankruptcy Code. The Debtors are operating their businesses

and managing their properties and assets as debtors and debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

3.    By Order dated November 17, 2003, the Court authorized the Debtors' retention of Protiviti as Sarbanes Oxley Compliance Advisors, *nunc pro tunc* to June 30, 2003 (the "Retention Order").

### Relief Requested.

4.    By this Application, Protiviti respectfully requests allowing on an interim basis $93,642.50 in compensation and $6,996.55 in reimbursement of expenses for September 2003. In support of this Application, Protiviti submits the time records attached hereto as Exhibit "A" and the expenses summaries attached hereto as Exhibit "B."

5.    This Court has jurisdiction over this Application pursuant to 28 U.S.C. § 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue of these proceedings and this motion is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409. The statutory predicates for the relief sought herein are sections 330 and 331 of the Bankruptcy Code and Bankruptcy Rule 2016.

6.    All of the services for which compensation is sought were rendered by Applicant to the Debtors solely in connection with this case and in furtherance of the duties and responsibilities of the Debtors and not on behalf of any creditor or other person.

7.    Applicant's hourly rates for its auditors and other professionals charged in connection with Applicant's services for the Debtors were commensurate with the rates Applicant customarily charged its clients (whether corporate or individual) in both bankruptcy and non-bankruptcy matters at the time the services were rendered.

8.    By order dated April 17, 2002 (the "Amended Administrative Order"), the Court has adopted procedures (the "Procedures") for all applications for interim compensation and

5

reimbursement of expenses in this bankruptcy proceeding. Applicant has complied with the Procedures and has instituted a standard timekeeping record system for all professionals in this case recording time in tenths of an hour, and describing tasks performed and the time attributable to each task.

9.      Applicant is not seeking reimbursement for internal charges, including costs associated with airline ticketing and general office services such as computer usage, telephone charges, facsimile transmissions, postage, and photocopying.

10.     None of the amounts requested have been paid. No payments have been made or promised to Applicant for the services described herein and for which Protiviti seeks compensation and reimbursement of expenses in this Fee Application. No agreement exists between Applicant and any other person or entity to share any compensation in connection with the Debtors' Chapter 11 cases.

11.     Pursuant to the Amended Administrative Order, Protiviti caused to be served copies of this Application upon (a) David B. Siegel, W.R. Grace & Co.; (b) co-counsel for the Debtors; (c) co-counsel to the debtor-in-possession lender; (d) counsel to the Committees, including counsel for the Official Committee of Unsecured Creditors; counsel to the Official Committee of Asbestos Property Damage Claimants; counsel to the Official Committee of Personal Injury Claimants; and the Official Committee of Equity Holders; (e) the Fee Auditor; and (f) the United States Trustee.

## III.    SERVICES RENDERED DURING THE INTERIM PERIODS

12.     The nature of the work performed by Protiviti during September 2003 included the following:

13.     Sarbanes Oxley Compliance Advisory Services: The Applicant provided the following services:

6

> i.   Begin pilot assessments in Valleyfield, Canada and Santiago, Mexico
>
> ii.  Continue "close the books" assessment

## IV.   ALLOWANCE OF COMPENSATION

14.    Under the Bankruptcy Code, professionals performing services in a bankruptcy case are entitled to "reasonable compensation for actual, necessary services" and "reimbursement for actual, necessary expenses." 11 U.S.C. §330(a)(l)(A).

15.    In determining if the amount of compensation is "reasonable", the courts consider the "nature, the extent, and the value" of the services rendered, taking into account the following factors: the time spent on the services; the rates charged for the services; whether the services were necessary or beneficial to the administration of the case; whether the services were performed in a reasonable amount of time commensurate with the complexity, importance, and nature of the services; and whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under Chapter 11. 11 U.S.C. § 330(a)(3)(A).  As described throughout this Application, Protiviti has satisfied the relevant criteria to support the requested award of compensation.

16.    In general, the "baseline rule is for firms to receive their customary rates." Zolfo. Cooper & Co. v. Sunbeam-Oster Co.. Inc., 50 F.3d 253, 259 (3d Cir. 1995).  The compensation sought herein is based on Protiviti's customary rates, which are in line with the customary rates charged by comparably skilled practitioners in cases other than cases under Chapter 11.

17.    Applicant's services have been rendered in an efficient manner by professionals who are experts in their fields.  Protiviti is a well-respected consulting firm, and its rates are commensurate with its level of expertise.

18.    No prior application for the relief requested herein has been made.

7

**WHEREFORE,** Protiviti respectfully requests interim allowance of compensation in the amount of $93,642.50 and reimbursement of expenses in the amount of $6,996.55, together with such other and further relief as this Court deems just and proper.

Dated: December 28, 2003.

Protiviti Inc.

*Marie Hendrixson*

Marie Hendrixson
The Wanamaker Building
100 Penn Square East
4th Floor
Philadelphia, PA 19107
Telephone: 267-256-8800
Telecopy: 215-751-9892
Email: Marie.Hendrixson@Protiviti.com

8

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., *et. al.*, | Case No. 01-1139 (JKF) |
| Debtors. | Jointly Administered |

## <u>CERTIFICATION OF MARIE HENDRIXSON</u>

I, Marie Hendrixson, hereby certify that:

1.     I am a managing director with Protiviti Inc. ("Protiviti"). Protiviti was retained by W.R. Grace & Co. and the other above-captioned debtors (collectively, the "Debtors") as Sarbanes Oxley Compliance Advisors for the Debtors pursuant to Section 327(a) of Title 11 of the United States Code, 11 U.S.C. § 101 and Rules 2014(a) and 2016 of the Federal Rules of Bankruptcy Procedure. The nature and scope of Protiviti's services are described in the *Monthly Fee Application of Protiviti Inc., Sarbanes Oxley Compliance Advisors for the Debtors, For Allowance of Compensation and Reimbursement of Expenses for September 2003* (the "Application"), which is being submitted contemporaneously with this Certification to this Court. This Certification is made in support of the Application and in compliance with the *Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures/or Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members* (the "Amended Administrative Order").

2.     I have read the Application and I certify as follows:

(a)     The expenses for which reimbursement is requested by Protiviti in the Application are reasonable and were necessary and incidental to the services performed by and for the Debtors.

(b)     To the best of my knowledge, information, and belief, formed after

reasonable inquiry, except as expressly stated to the contrary, the Application complies with the mandatory provisions set forth in the Amended Administrative Order.

(c)     To the best of my knowledge, information, and belief formed after reasonable inquiry, the fees and disbursements sought fall within the Administrative Procedures Guidelines.

(d)     The fees and disbursements for which reimbursement is sought in this Application are billed at rates and in accordance with practices customarily employed by Protiviti and generally accepted by the clients of Protiviti.

(e)     Protiviti does not make a profit on the expenses for which it seeks reimbursement in the Application.

(f)     In charging for a particular service, Protiviti does not include in the amount for which reimbursement is sought the amortization of the cost of any investment, equipment, or capital outlay.

(g)     In seeking reimbursement for a service, which Protiviti justifiably purchased from a third party, Protiviti requests reimbursement only for the actual amount billed to Protiviti by the third party vendor and paid by Protiviti to such vendor.

Marie Hendrixson

Marie Hendrixson

Dated:  December 28, 2003
        Philadelphia, PA

2

Fee Application Certification

# EXHIBIT A

EXHIBIT "A"

**Protiviti Inc.**
**W. R. Grace & Co. Time Tracking Summary**
**Period Covered:  September 2003**

| Name | Position | Number of Years in Profession | Hourly Billing Rate | Total Hours Billed | Total Fees |
|---|---|---|---|---|---|
| Hendrixson, Marie | Managing Director | 18 | $  300.00 | 7.9 | $  2,370.00 |
| Blanchard, Victor | Associate Director | 17 | $  275.00 | 93.5 | $  25,712.50 |
| Beirne, Thomas | Director | 30 | $  275.00 | 12.5 | $  3,437.50 |
| Green, Kenneth | Manager | 5 | $  225.00 | 58.4 | $  13,140.00 |
| Petito, Matthew | Senior Consultant | 5 | $  175.00 | 84.4 | $  14,770.00 |
| Strickler, Kevin | Senior Consultant | 5 | $  175.00 | 141.5 | $  24,762.50 |
| Byrum, Scott | Staff Consultant | 1 | $  150.00 | 12.5 | $  1,875.00 |
| Beale, Kina | Staff Consultant | 1 | $  150.00 | 50.5 | $  7,575.00 |
|  |  |  | **Totals** | **461.2** | **$  93,642.50** |

**Protiviti Inc.**
**W. R. Grace & Co. Detailed Time Report**
**Month Ended September 30, 2003**

**Name:**    Marie Hendrixson
**Level:**    Managing Director

| Date | Detailed Task / Activity | Bill Rate | Hours | Fees |
|------|--------------------------|-----------|-------|------|
| 4-Sep-03 | Meeting to prepare for the Audit Committee meeting | $ 300.00 | 0.5 | $      150.00 |
| 4-Sep-03 | Meeting to prepare for the Audit Committee meeting | $ 300.00 | 1.3 | $      375.00 |
| 4-Sep-03 | Review of Audit Committee materials | $ 300.00 | 0.5 | $      150.00 |
| 4-Sep-03 | Audit Committee meeting-Dana's presentation on characteristics of Well-Controlled Organization | $ 300.00 | 0.8 | $      225.00 |
| 4-Sep-03 | Review of status of work including PWC open items from scoping meeting, IT Assessment, SAP security and other existing Internal control issues, affidavit, dates for next critical meetings and global baseline controls. | $ 300.00 | 0.9 | $      270.00 |
| 29-Sep-03 | Review of status of work | $ 300.00 | 1.0 | $      300.00 |
| 30-Sep-03 | Review of close the books documentation and results | $ 300.00 | 3.0 | $      900.00 |
| | **Totals** | | 7.9 | **$  2,370.00** |

**Protiviti Inc.**
**W. R. Grace & Co. Detailed Time Report**
**Month Ended September 30, 2003**

**Name:**    Victor Blanchard
**Level:**    Associate Director

| Date | Detailed Task / Activity | Bill Rate | Hours | Fees |
|------|--------------------------|-----------|-------|------|
| 8-Sep-03 | Valleyfield Canada plant visit - first day on site, begin meetings to review TSA surveys and begin to modify process flows | $275.00 | 8.0 | $ 2,200.00 |
| 9-Sep-03 | Valleyfield Canada plant visit - documentation of processes and related risks / controls | $275.00 | 9.0 | $ 2,475.00 |
| 10-Sep-03 | Valleyfield Canada plant visit - documentation of processes and related risks / controls | $275.00 | 9.0 | $ 2,475.00 |
| 11-Sep-03 | Valleyfield Canada plant visit - documentation of processes and related risks / controls | $275.00 | 8.5 | $ 2,337.50 |
| 12-Sep-03 | Valleyfield Canada plant visit - documentation of processes and related risks / controls | $275.00 | 4.0 | $ 1,100.00 |
| 15-Sep-03 | Valleyfield Canada plant visit - documentation of processes and related risks / controls | $275.00 | 4.0 | $ 1,100.00 |
| 18-Sep-03 | Documentation meeting for Mexico and Valleyfield teams to assure our approaches are in concert and effective | $275.00 | 1.5 | $ 412.50 |
| 22-Sep-03 | Valleyfield Canada plant visit - documentation of processes and related risks / controls | $275.00 | 5.5 | $ 1,512.50 |
| 23-Sep-03 | Valleyfield Canada plant visit - documentation of processes and related risks / controls | $275.00 | 8.0 | $ 2,200.00 |
| 24-Sep-03 | Valleyfield Canada plant visit - documentation of processes and related risks / controls | $275.00 | 8.0 | $ 2,200.00 |
| 25-Sep-03 | Valleyfield Canada plant visit - documentation of processes and related risks / controls | $275.00 | 8.0 | $ 2,200.00 |
| 26-Sep-03 | Valleyfield Canada plant visit - documentation of processes and related risks / controls | $275.00 | 3.0 | $ 825.00 |
| 29-Sep-03 | Meeting / working in the Columbia office reviewing and modifying Valleyfield workpapers | $275.00 | 8.0 | $ 2,200.00 |
| 30-Sep-03 | Meeting / working in the Columbia office reviewing and modifying Valleyfield workpapers | $275.00 | 9.0 | $ 2,475.00 |
| | **Totals** | | **93.5** | **$ 25,712.50** |

**Protiviti Inc.**
**W. R. Grace & Co. Detailed Time Report**
**Month Ended September 30, 2003**

**Name:** Thomas Beirne
**Level:** Director

| Date | Detailed Task / Activity | Bill Rate | Hours | Fees |
|------|--------------------------|-----------|-------|------|
| 3-Sep-03 | Close the books meeting with WR Grace staff and review of close the books audit with Protiviti staff | $ 275.00 | 2 | $ 550.00 |
| 4-Sep-03 | Close the books meeting with WR Grace staff and review of close the books audit with Protiviti staff | $ 275.00 | 1.5 | $ 412.50 |
| 8-Sep-03 | Close the books meeting with WR Grace staff and review of close the books audit with Protiviti staff | $ 275.00 | 2 | $550.00 |
| 9-Sep-03 | Close the books meeting with WR Grace staff and review of close the books audit with Protiviti staff | $ 275.00 | 2 | $550.00 |
| 11-Sep-03 | Close the books review of portal and documentation | $ 275.00 | 1.5 | $412.50 |
| 30-Sep-03 | Review of close the books documentation and results | $ 275.00 | 3.5 | $962.50 |
| | **Totals** | | **12.5** | **$3,437.50** |

PricewaterhouseCoopers Inc.
W. R. Grace & Co. Detailed Time Report
Month Ended September 30, 2003

Name: Ken Green
Level: Manager

| Date | Detailed Task / Activity | Bill Rate | Hours | Fees |
|---|---|---|---|---|
| 2-Sep-03 | Reviewed Corp. GA Close calendar test sheet. | $225.00 | 0.3 | $67.50 |
| 2-Sep-03 | Reviewed FRP - Disclosure support & audit committee. | $225.00 | 0.5 | $112.50 |
| 3-Sep-03 | Met with Matt Petito (Pro) to prepare for meeting with Grace. | $225.00 | 1.0 | $225.00 |
| 3-Sep-03 | Meeting with Oass, Ryan, Tora (Pros), and Matt (Pro) to discuss Davison CTB test results. | $225.00 | 1.5 | $337.50 |
| 3-Sep-03 | Post meeting discussion with Tom (Pro) on next steps. | $225.00 | 0.3 | $67.50 |
| 3-Sep-03 | Discussion with Matt (Pro) about testing reconciliations. | $225.00 | 0.2 | $45.00 |
| 3-Sep-03 | Reviewed Davison subsequent disbursement testing. | $225.00 | 0.3 | $67.50 |
| 3-Sep-03 | Reviewed FRP linkage to assertions in Portal. | $225.00 | 0.3 | $67.50 |
| 3-Sep-03 | Updated GLC linkage to assertions in Portal library. | $225.00 | 0.4 | $90.00 |
| 3-Sep-03 | Updated Davison GA, Close RCM and process flow. | $225.00 | 0.9 | $202.50 |
| 4-Sep-03 | Discussion of reconciliation testing results with Matt (Pro). | $225.00 | 0.5 | $112.50 |
| 4-Sep-03 | Review of intercompany testing. | $225.00 | 0.2 | $45.00 |
| 4-Sep-03 | Review of actual vs. budget testing. | $225.00 | 0.3 | $67.50 |
| 4-Sep-03 | Updated relationships by Davison based on BG meeting. | $225.00 | 1.0 | $225.00 |
| 4-Sep-03 | Updated Davison process flow for key relationships. | $225.00 | 1.2 | $270.00 |
| 4-Sep-03 | Reviewed data in Portal for Davison including testing. | $225.00 | 2.3 | $517.50 |
| 4-Sep-03 | Evaluated assertions and risk operating effectiveness for Davison GA, Close. | $225.00 | 1.0 | $225.00 |
| 5-Sep-03 | Discussed documentation standards for Portal with Matt (Pro) | $225.00 | 0.5 | $112.50 |
| 5-Sep-03 | Reviewed and revised Davison GA, Close Remediation Plan. | $225.00 | 1.0 | $225.00 |
| 5-Sep-03 | Met with Tom Salmo (Pro) to discuss Davison RCM and how Grace should manage updates. | $225.00 | 1.5 | $337.50 |
| 5-Sep-03 | Met with Grace Internal Audit, Tora (Pro), Matt (Pro), and Kevin (Pro) for a demonstration and discussion of Davison results. | $225.00 | 2.0 | $450.00 |
| 5-Sep-03 | Uploaded RCM - Corporate Close into Portal. | $225.00 | 0.4 | $90.00 |
| 5-Sep-03 | Identified key risk and control points on Corporate Close process flow. | $225.00 | 0.4 | $90.00 |
| 5-Sep-03 | Evaluated design effectiveness and applicable assertions for Corporate GA, Close. | $225.00 | 1.1 | $247.50 |
| 5-Sep-03 | Updated Corporate G/L Close RCM based on current process flow. | $225.00 | 1.6 | $360.00 |
| 5-Sep-03 | Met with Matt (Pro) regarding status update on Close the Books and timeframe for completion. | $225.00 | 1.0 | $225.00 |
| 5-Sep-03 | Reviewed Corporate Close testwork for closing calendars and journal entries. | $225.00 | 0.6 | $135.00 |
| 5-Sep-03 | Reviewed Davison GA, Close process in Portal for completion | $225.00 | 1.7 | $382.50 |
| 8-Sep-03 | Discuss RCM approach with Dane and Matt (Pro). | $225.00 | 0.5 | $112.50 |
| 8-Sep-03 | Verified linkage between Davison G/L Close RCM and Remediation Plan. | $225.00 | 0.8 | $180.00 |
| 8-Sep-03 | Revised Davison General Ledger Close Remediation Plan. | $225.00 | 1.4 | $315.00 |
| 8-Sep-03 | Reviewed Corporate Close testwork for SAP/SOAR and budget vs. actual. | $225.00 | 0.4 | $90.00 |
| 8-Sep-03 | Reviewed current status of Corporate Close process and identified next steps. | $225.00 | 0.9 | $202.50 |
| 8-Sep-03 | Evaluated operating effectiveness of risks and remaining assertions for Corporate Close. | $225.00 | 0.2 | $45.00 |
| 8-Sep-03 | Inserted key risk and control points in flowchart and updated RCM for Corporate Close. | $225.00 | 1 | $225.00 |
| 8-Sep-03 | Met with Dane, Tora (Pro), and Matt (Pro) to discuss Davison and Corporate G/L Close. | $225.00 | 1.3 | $292.50 |
| 8-Sep-03 | Discussion as to open items on FRP workprogram & action items from meeting. | $225.00 | 0.3 | $67.50 |
| 9-Sep-03 | Discussion with Scott Byrum (Pro) as to tasks for which he will be responsible. | $225.00 | 0.3 | $67.50 |
| 9-Sep-03 | Made administrative adjustments to Portal - value lists, etc. | $225.00 | 0.5 | $112.50 |
| 9-Sep-03 | Updated Davison & Corporate documents and RCMs in Portal. | $225.00 | 1.6 | $360.00 |
| 9-Sep-03 | Created risk list for Davison G/L Close & uploaded into Portal. | $225.00 | 0.7 | $157.50 |
| 9-Sep-03 | Discussion of intercompany testing with Kevin (Pro). | $225.00 | 0.2 | $45.00 |
| 9-Sep-03 | Updated General Ledger Close Library Template. | $225.00 | 0.2 | $45.00 |
| 9-Sep-03 | Uploaded GL Close RCM for OPC. | $225.00 | 0.3 | $67.50 |
| 9-Sep-03 | Uploaded GL Close RCM for Consolidation process. | $225.00 | 0.3 | $67.50 |
| 9-Sep-03 | Updated Consolidation RCM and evaluated risk design and assertions. | $225.00 | 1.2 | $270.00 |
| 9-Sep-03 | Established documentation requirements for level one processes. | $225.00 | 0.2 | $45.00 |
| 9-Sep-03 | Update meeting with Matt Petito (Pro). | $225.00 | 0.2 | $45.00 |
| 10-Sep-03 | Updated FRP RCM and flow and linked data and controls. | $225.00 | 1.6 | $337.50 |
| 10-Sep-03 | Updated OPC GL Close RCM and flow and linked data and controls. | $225.00 | 1.1 | $247.50 |
| 10-Sep-03 | Reviewed additional Corporate G/L Close and Consolidation testwork. | $225.00 | 1.3 | $292.50 |
| 10-Sep-03 | Provided guidance as to account analysis testing. | $225.00 | 0.2 | $45.00 |
| 10-Sep-03 | Updated Consolidation process flow. | $225.00 | 0.6 | $135.00 |
| 10-Sep-03 | Linked risks and controls within Consolidation process flow and RCM. | $225.00 | 0.7 | $157.50 |
| 10-Sep-03 | Reviewed Disclosure Committee minutes testwork. | $225.00 | 0.2 | $45.00 |
| 10-Sep-03 | Discussed disclosure testing and planned for tomorrow with Matt (Pro). | $225.00 | 1.6 | $337.50 |
| 11-Sep-03 | Reviewed Disclosure Committee process flow and FRP testwork items. | $225.00 | 0.5 | $112.50 |
| 11-Sep-03 | Reviewed changes to testwork and flow and discussed with Matt Petito. | $225.00 | 0.8 | $180.00 |
| 11-Sep-03 | Reviewed remediation plans for Corporate and discussed with Matt Petito. | $225.00 | 1.0 | $225.00 |
| 11-Sep-03 | Met with Tora Salmo (Pro) to go through remediation plans and open questions. | $225.00 | 1.2 | $270.00 |
| 11-Sep-03 | Met with Matt Petito (Pro) and Scott Byrum (Pro) to discuss current status. | $225.00 | 0.5 | $112.50 |
| 11-Sep-03 | Updated Consolidation and FRP RCMs. | $225.00 | 0.3 | $67.50 |
| 11-Sep-03 | Updated Corporate Risk Lists for GL Close, SOAR, and Financial Reporting. | $225.00 | 2.0 | $450.00 |
| 11-Sep-03 | Met with Dane Guzzo and Matt Petito (Pro) to provide status update. | $225.00 | 0.5 | $112.50 |
| 12-Sep-03 | Finalized FRP process flow and RCM. | $225.00 | 0.8 | $180.00 |
| 12-Sep-03 | Reviewed testwork and remediation plans. | $225.00 | 0.6 | $135.00 |
| 12-Sep-03 | Finalized portal documentation. | $225.00 | 0.6 | $135.00 |
| 12-Sep-03 | Met with Ryan Heape to discuss Portal documentation and next steps. | $225.00 | 0.5 | $112.50 |
| 16-Sep-03 | Reviewed Status Update and Memo on Preparation of Control Inventory. | $225.00 | 1.0 | $225.00 |
| 30-Sep-03 | Discussed CTB process, testing, and results with Marie Henricksen (Pro), Tom Salmo (Pro), and Victor Blanchard (Pro). | $225.00 | 4.0 | $900.00 |
| | **Totals** | | 58.4 | $13,140.00 |

**Protiviti Inc.**
**W. R. Grace & Co. Detailed Time Report**
**Month Ended September 30, 2003**

Name:  Matthew Pelito
Level:  Senior Consultant

| Date | Detailed Task / Activity | Bill Rate | Hours | Fees |
|---|---|---|---|---|
| 2-Sep-03 | Test of Davison journal entries | $ 175.00 | 1 | $   175.00 |
| 2-Sep-03 | Test of Davison reconciliations | $ 175.00 | 1 | $   175.00 |
| 2-Sep-03 | Test of Corporate journal entries | $ 175.00 | 1.5 | $   262.50 |
| 2-Sep-03 | Meet with Glenn on corporate close the books flowchart | $ 175.00 | 1 | $   175.00 |
| 2-Sep-03 | Meet with Glenn on corporate TBA responses | $ 175.00 | 0.2 | $     35.00 |
| 2-Sep-03 | Meet with Glenn on corporate journal entry test items | $ 175.00 | 0.5 | $     87.50 |
| 2-Sep-03 | Meet with Mike Brown on documentation requests for testing | $ 175.00 | 0.5 | $     87.50 |
| 2-Sep-03 | Meet with John Reilly on Davison journal entry test items | $ 175.00 | 0.5 | $     87.50 |
| 2-Sep-03 | Test of Disclosure Committee minutes | $ 175.00 | 1 | $   175.00 |
| 2-Sep-03 | Meet with Mike Brown, Tom Finley and Marie Dunbar on consol. Flow | $ 175.00 | 0.5 | $     87.50 |
| 2-Sep-03 | Make changes to consolidation close the books flowchart | $ 175.00 | 1 | $   175.00 |
| 3-Sep-03 | Prepare for meeting with Dana, Ryan, Tom and Ken on CTB status | $ 175.00 | 2.5 | $   437.50 |
| 3-Sep-03 | Meeting with Internal Audit on CTB status | $ 175.00 | 1.5 | $   262.50 |
| 3-Sep-03 | Make changes to corporate close the books flowchart | $ 175.00 | 1 | $   175.00 |
| 3-Sep-03 | Test of Davison reconciliations | $ 175.00 | 1.5 | $   262.50 |
| 3-Sep-03 | Test of Davison journal entries | $ 175.00 | 1.5 | $   262.50 |
| 3-Sep-03 | Talk with Tom Finley regarding SAP to SOAR comparison | $ 175.00 | 0.2 | $     35.00 |
| 3-Sep-03 | Select corporate reconciliation test items and provide to Glenn | $ 175.00 | 0.2 | $     35.00 |
| 3-Sep-03 | Make changes to consolidation close the books flowchart | $ 175.00 | 0.5 | $     87.50 |
| 3-Sep-03 | Meet with John Reilly on Davison journal entry/reconciliation items | $ 175.00 | 3 | $   525.00 |
| 4-Sep-03 | Test of Davison reconciliations | $ 175.00 | 3 | $   525.00 |
| 4-Sep-03 | Test of Davison journal entries | $ 175.00 | 3 | $   525.00 |
| 5-Sep-03 | Discuss documentation standards in the portal with Ken | $ 175.00 | 0.5 | $     87.50 |
| 5-Sep-03 | Test of Davison reconciliations | $ 175.00 | 1.5 | $   262.50 |
| 5-Sep-03 | Test of Davison journal entries | $ 175.00 | 1.5 | $   262.50 |
| 5-Sep-03 | Meet with Internal Audit for demonstration/discussion on Davison results | $ 175.00 | 2 | $   350.00 |
| 5-Sep-03 | Discuss SAP to SOAR comparison with John Reilly/Karin Stracuse | $ 175.00 | 0.5 | $     87.50 |
| 5-Sep-03 | Document results of SAP to SOAR comparison | $ 175.00 | 0.5 | $     87.50 |
| 5-Sep-03 | Talk to Glenn regarding corporate test items | $ 175.00 | 0.2 | $     35.00 |
| 5-Sep-03 | Talk to Ryan and Dana regarding portal documentation approach | $ 175.00 | 1 | $   175.00 |
| 8-Sep-03 | Talk to Ken regarding update status on close the books | $ 175.00 | 1 | $   175.00 |
| 8-Sep-03 | Develop a remediation plan for Davison G/L close | $ 175.00 | 1 | $   175.00 |
| 8-Sep-03 | Test of Corporate journal entries | $ 175.00 | 2 | $   350.00 |
| 8-Sep-03 | Finalize close the books flowcharts | $ 175.00 | 2 | $   350.00 |
| 8-Sep-03 | Test of corporate reconciliations | $ 175.00 | 2 | $   350.00 |
| 8-Sep-03 | Test of corporate closing calendars/checklists | $ 175.00 | 0.5 | $     87.50 |
| 8-Sep-03 | Test of Davison journal entries | $ 175.00 | 0.5 | $     87.50 |
| 8-Sep-03 | Test of Davison reconciliations | $ 175.00 | 0.5 | $     87.50 |
| 8-Sep-03 | Discuss risk control matrix approach in portal with Dana and Ken | $ 175.00 | 0.5 | $     87.50 |
| 9-Sep-03 | Agree portal risk control matrix to flowcharts to work program | $ 175.00 | 1 | $   175.00 |
| 9-Sep-03 | Update portal risk control matrix based on testing for Davison | $ 175.00 | 1 | $   175.00 |
| 9-Sep-03 | Test of corporate SAP to SOAR comparison | $ 175.00 | 0.5 | $     87.50 |
| 9-Sep-03 | Test of corporate budget vs. actual analysis | $ 175.00 | 0.5 | $     87.50 |
| 9-Sep-03 | Update portal risk control matrix based on testing for corporate | $ 175.00 | 1 | $   175.00 |
| 9-Sep-03 | Meet with Internal Audit for demonstration/discussion on Corporate results | $ 175.00 | 1.5 | $   262.50 |
| 9-Sep-03 | Finalize close the books flowcharts | $ 175.00 | 1 | $   175.00 |
| 9-Sep-03 | Test of intercompany eliminations | $ 175.00 | 1 | $   175.00 |
| 9-Sep-03 | Test of corporate reconciliations | $ 175.00 | 1.5 | $   262.50 |
| 9-Sep-03 | Discuss SOAR access with Tom Finley | $ 175.00 | 0.5 | $     87.50 |
| 9-Sep-03 | Test of Disclosure Committee minutes | $ 175.00 | 1 | $   175.00 |
| 10-Sep-03 | Test of Disclosure Committee minutes | $ 175.00 | 1 | $   175.00 |
| 10-Sep-03 | Test of intercompany eliminations | $ 175.00 | 1 | $   175.00 |
| 10-Sep-03 | Test of corporate reconciliations | $ 175.00 | 1 | $   175.00 |
| 10-Sep-03 | Upload testing documentation to portal | $ 175.00 | 1 | $   175.00 |
| 10-Sep-03 | Meet with Tim DeBrugge on disclosure committee flowchart | $ 175.00 | 0.5 | $     87.50 |
| 10-Sep-03 | Test of accounting pronouncement review | $ 175.00 | 1 | $   175.00 |
| 10-Sep-03 | Test of intangible asset review | $ 175.00 | 1 | $   175.00 |
| 10-Sep-03 | Discuss close the books status with Ken | $ 175.00 | 1.5 | $   262.50 |
| 11-Sep-03 | Test of SAP to SOAR upload | $ 175.00 | 0.5 | $     87.50 |
| 11-Sep-03 | Test of Disclosure Committee minutes | $ 175.00 | 1 | $   175.00 |
| 11-Sep-03 | Modify Disclosure Committee flowchart | $ 175.00 | 1 | $   175.00 |
| 11-Sep-03 | Test of accounting pronouncement review | $ 175.00 | 0.5 | $     87.50 |
| 11-Sep-03 | Test of intangible asset review | $ 175.00 | 0.5 | $     87.50 |
| 11-Sep-03 | Develop a remediation plan for Corporate G/L close | $ 175.00 | 1 | $   175.00 |
| 11-Sep-03 | Develop a remediation plan for Consolidation process | $ 175.00 | 1 | $   175.00 |
| 11-Sep-03 | Develop a remediation plan for financial reporting process | $ 175.00 | 1 | $   175.00 |
| 11-Sep-03 | Test of recurring entries | $ 175.00 | 1 | $   175.00 |
| 11-Sep-03 | Meet with Ken and Dana for an update on close the books pilot | $ 175.00 | 0.5 | $     87.50 |
| 11-Sep-03 | Reconcile work program to portal controls | $ 175.00 | 0.5 | $     87.50 |
| 12-Sep-03 | Test of recurring entries | $ 175.00 | 0.5 | $     87.50 |
| 12-Sep-03 | Test of internal financial confirmations | $ 175.00 | 1 | $   175.00 |
| 12-Sep-03 | Finalize remediation plans for Davison, Corporate and financial reporting | $ 175.00 | 1.5 | $   262.50 |
| 12-Sep-03 | Upload remainder of test items to Portal | $ 175.00 | 1 | $   175.00 |
| 17-Sep-03 | Upload work programs in portal | $ 175.00 | 0.5 | $     87.50 |
| 17-Sep-03 | Consolidate working files | $ 175.00 | 1.5 | $   262.50 |
| 18-Sep-03 | Meeting with Internal audit regarding CTB status | $ 175.00 | 1.5 | $   280.00 |
| 18-Sep-03 | Review with Tom the financial reporting into in portal | $ 175.00 | 0.5 | $     87.50 |
| 18-Sep-03 | Prepare CTB update listing (to do listing) | $ 175.00 | 1 | $   175.00 |
| 18-Sep-03 | Prepare memo/procedure for developing risk listing | $ 175.00 | 2 | $   350.00 |
| 19-Sep-03 | Prepare memo/procedure for developing risk listing | $ 175.00 | 1.0 | $   175.00 |
| 19-Sep-03 | Modify CTB details listing | $ 175.00 | 1.0 | $   175.00 |
|  | **Totals** |  | **84.4** | **$ 14,770.00** |

Protiviti Inc.
W. R. Grace & Co. Detailed Time Report
Month Ended September 30, 2003

**Name:** Kevin Strickler
**Level:** Senior Consultant

| Date | Detailed Task / Activity | Bill Rate | Hours | Fees |
|---|---|---|---|---|
| 2-Sep-03 | Misc CTB testwork | $ 175.00 | 4.0 | $700.00 |
| 2-Sep-03 | Discussin concerning documentatin standards | $ 175.00 | 1.0 | $175.00 |
| 2-Sep-03 | Documentation of CTB work | $ 175.00 | 3.0 | $525.00 |
| 3-Sep-03 | Discuss Mexico with Ryan | $ 175.00 | 3.0 | $525.00 |
| 3-Sep-03 | Close the books testwork | $ 175.00 | 2.0 | $350.00 |
| 3-Sep-03 | Documentation of Portal work | $ 175.00 | 3.0 | $525.00 |
| 4-Sep-03 | Misc CTB testwork | $ 175.00 | 4.0 | $700.00 |
| 4-Sep-03 | Documentation of Portal work | $ 175.00 | 4.0 | $700.00 |
| 5-Sep-03 | Meeting with Internal Audit | $ 175.00 | 1.5 | $262.50 |
| 5-Sep-03 | Preparation for Mexico trip | $ 175.00 | 3.5 | $612.50 |
| 5-Sep-03 | Documentation of Portal work | $ 175.00 | 3.0 | $525.00 |
| 5-Sep-03 | Travel from Mexico City to Grace Mexico | $ 175.00 | 3.0 | $525.00 |
| 8-Sep-03 | Set up and conduct introductions | $ 175.00 | 1.5 | $262.50 |
| 8-Sep-03 | Process meeting and documentation of Capital Assets processes | $ 175.00 | 3.5 | $612.50 |
| 8-Sep-03 | Prepare for payroll meeting | $ 175.00 | 1.0 | $175.00 |
| 9-Sep-03 | Payroll process meeting | $ 175.00 | 2.0 | $350.00 |
| 9-Sep-03 | Documentation of payroll processes | $ 175.00 | 3.0 | $525.00 |
| 9-Sep-03 | Conference call with Grace Internal Audit | $ 175.00 | 1.0 | $175.00 |
| 9-Sep-03 | Documentation of payroll processes | $ 175.00 | 2.0 | $350.00 |
| 10-Sep-03 | Preparation for manual invoices meeting | $ 175.00 | 1.0 | $175.00 |
| 10-Sep-03 | Manual Invoices meeting | $ 175.00 | 1.0 | $175.00 |
| 10-Sep-03 | Documentation of manual invoices processes | $ 175.00 | 2.0 | $350.00 |
| 10-Sep-03 | Preparation for tax compliance meeting | $ 175.00 | 1.0 | $175.00 |
| 10-Sep-03 | Tax compliance meeting | $ 175.00 | 0.6 | $105.00 |
| 10-Sep-03 | Documentation of tax compliance processes | $ 175.00 | 1.0 | $175.00 |
| 10-Sep-03 | Documentation of payroll processes | $ 175.00 | 1.4 | $245.00 |
| 10-Sep-03 | RCM control inventory | $ 175.00 | 1.0 | $175.00 |
| 11-Sep-03 | Prepare for physical inventory meeting | $ 175.00 | 1.0 | $175.00 |
| 11-Sep-03 | Physical inventory meeting | $ 175.00 | 1.0 | $175.00 |
| 11-Sep-03 | Document physical inventory meeting | $ 175.00 | 1.5 | $262.50 |
| 11-Sep-03 | RCM control inventory | $ 175.00 | 5.0 | $875.00 |
| 12-Sep-03 | Prepare for budget interview | $ 175.00 | 0.5 | $87.50 |
| 12-Sep-03 | Budget interview | $ 175.00 | 1.0 | $175.00 |
| 12-Sep-03 | Budget documentation | $ 175.00 | 1.0 | $175.00 |
| 12-Sep-03 | Travel time to Mexico City from Grace Mexico | $ 175.00 | 2.0 | $350.00 |
| 17-Sep-03 | Prepare for Silicas order entry meeting | $ 175.00 | 1.0 | $175.00 |
| 17-Sep-03 | Silicas order entry meeting | $ 175.00 | 1.5 | $262.50 |
| 17-Sep-03 | Document Silicas order entry process flows | $ 175.00 | 5.0 | $875.00 |
| 17-Sep-03 | Document budgets process flow | $ 175.00 | 1.0 | $175.00 |
| 18-Sep-03 | Internal Audit Conference Call | $ 175.00 | 2.0 | $350.00 |
| 18-Sep-03 | RCM control inventory | $ 175.00 | 3.0 | $525.00 |
| 19-Sep-03 | RCM control inventory | $ 175.00 | 4.0 | $700.00 |
| 19-Sep-03 | Admin tasks | $ 175.00 | 0.5 | $87.50 |
| 19-Sep-03 | Document budgets process flow | $ 175.00 | 0.5 | $87.50 |
| 22-Sep-03 | Prepare for Darex Customer Rebates meeting | $ 175.00 | 0.2 | $35.00 |
| 22-Sep-03 | Darex Customer Rebates meeting | $ 175.00 | 0.8 | $140.00 |
| 22-Sep-03 | Darex Customer Rebates and incentives process flow | $ 175.00 | 2.5 | $437.50 |
| 22-Sep-03 | Change Payroll process flows | $ 175.00 | 2.5 | $437.50 |
| 22-Sep-03 | RCM control inventory | $ 175.00 | 1.0 | $175.00 |
| 22-Sep-03 | Admin tasks | $ 175.00 | 1.0 | $175.00 |
| 23-Sep-03 | Admin tasks | $ 175.00 | 0.5 | $87.50 |
| 23-Sep-03 | RCM control inventory | $ 175.00 | 4.0 | $700.00 |
| 23-Sep-03 | Change various process flows after review | $ 175.00 | 3.5 | $612.50 |
| 24-Sep-03 | RCM control inventory | $ 175.00 | 5.0 | $875.00 |
| 24-Sep-03 | PBC List | $ 175.00 | 2.0 | $350.00 |
| 24-Sep-03 | Admin tasks | $ 175.00 | 0.5 | $87.50 |
| 25-Sep-03 | Admin tasks | $ 175.00 | 0.5 | $87.50 |
| 25-Sep-03 | Change various process flows after review | $ 175.00 | 3.5 | $612.50 |
| 25-Sep-03 | Flow discussion for Silicas Order Entry | $ 175.00 | 0.5 | $87.50 |
| 25-Sep-03 | Flow discussion for fixed assets, inventory, invoices | $ 175.00 | 0.5 | $87.50 |
| 25-Sep-03 | RCM control inventory | $ 175.00 | 4.0 | $700.00 |
| 26-Sep-03 | RCM control inventory | $ 175.00 | 3.0 | $525.00 |
| 26-Sep-03 | Flow discussion for Darex Order Entry | $ 175.00 | 1.0 | $175.00 |
| 26-Sep-03 | Admin tasks | $ 175.00 | 0.5 | $87.50 |
| 26-Sep-03 | Change various process flows after review | $ 175.00 | 1.0 | $175.00 |
| 29-Sep-03 | Admin tasks | $ 175.00 | 1.5 | $262.50 |
| 29-Sep-03 | RCM control inventory | $ 175.00 | 3.0 | $525.00 |
| 29-Sep-03 | Internal Audit Meeting | $ 175.00 | 1.0 | $175.00 |
| 30-Sep-03 | Prepare flows and RCM for meeting | $ 175.00 | 3.0 | $525.00 |
| 30-Sep-03 | Admin tasks | $ 175.00 | 2.0 | $350.00 |
| 30-Sep-03 | Internal Audit Meeting | $ 175.00 | 3.5 | $612.50 |
| | **Totals** | | 141.5 | $24,762.50 |

**Protiviti Inc.**
**W. R. Grace & Co. Detailed Time Report**
**Month Ended September 30, 2003**

**Name:**    Scott Byrum
**Level:**    Staff Consultant

| Date | Detailed Task / Activity | Bill Rate | Hours | Fees |
|------|--------------------------|-----------|-------|------|
| 9-Sep-03 | consolidation and financial reporting testing | $ 150.00 | 2.0 | $300.00 |
| 10-Sep-03 | gathered info on user access to SOAR | $ 150.00 | 1.0 | $150.00 |
| 10-Sep-03 | scanned and uploaded documents to the Portal | $ 150.00 | 3.0 | $450.00 |
| 10-Sep-03 | did process flow for Disclosure Committee | $ 150.00 | 1.0 | $150.00 |
| 10-Sep-03 | drafted memo's for steps F.6 and G.8 | $ 150.00 | 1.0 | $150.00 |
| 11-Sep-03 | revised Disclosure Committee process flow | $ 150.00 | 1.0 | $150.00 |
| 11-Sep-03 | analyzed SOAR system check control | $ 150.00 | 2.0 | $300.00 |
| 11-Sep-03 | confirmed coverage of workprogram | $ 150.00 | 0.5 | $75.00 |
| 11-Sep-03 | analyzed user access to SOAR | $ 150.00 | 1.0 | $150.00 |
| | **Totals** | | **12.5** | **$ 1,875.00** |

**Protiviti Inc.**
**W. R. Grace & Co. Detailed Time Report**
**Month Ended September 30, 2003**

**Name:** Kina Beale
**Level:** Staff Consultant

| Date | Detailed Task / Activity | Bill Rate | Hours | Fees |
|---|---|---|---|---|
| 4-Sep-03 | Met with members of the Grace-Mexico team. Introduced to the project. | $ 150.00 | 3.5 | $525.00 |
| 5-Sep-03 | Assisted with close the books process by scanning documents that were exceptions. | $ 150.00 | 6.5 | $975.00 |
| 8-Sep-03 | Conducted interviews and developed process flowcharts for credit and collections. | $ 150.00 | 7.5 | $1,125.00 |
| 9-Sep-03 | Conducted interviews and developed process flowcharts for SCC Order entry. | $ 150.00 | 9.0 | $1,350.00 |
| 10-Sep-03 | Conducted interviews and developed process flowcharts for credit and collections and SCC order entry. | $ 150.00 | 9.0 | $1,350.00 |
| 11-Sep-03 | Finished up process flowcharts for credit and collections and SCC order entry. | $ 150.00 | 9.0 | $1,350.00 |
| 12-Sep-03 | Finished up process flowcharts for darex order entry. | $ 150.00 | 6.0 | $900.00 |
| | **Totals** | | **50.5** | **$ 7,575.00** |

# EXHIBIT B

**EXHIBIT "B"**

**Protiviti Inc.**
**W. R. Grace & Co. Expense Summary**
**Period Covered:  September 2003**

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| Transportation | N/A | $ 3,443.26 |
| Lodging | N/A | $ 2,202.77 |
| Sundry | N/A | $ 861.51 |
| Business Meals | N/A | $ 489.01 |
| Total | | $ 6,996.55 |

ProtiViti Inc.
W. R. Grace & Co. Expense Tracking
Period Covered:  September 2003

| Expense Detail | | | | | | Expense Category | |

**Name:** Marie Hendrixson
**Level:** Managing Director

| Date | Description of Expense | Amount | Transportation | Lodging | Sundry | Business Meals/ Entertainment | Totals |
|---|---|---|---|---|---|---|---|
| 4-Sep-03 | Mileage traveling to client site in excess of normal daily commute (100 miles) | $ 36.00 | $ 36.00 | | | | $ 36.00 |
| 4-Sep-03 | Tolls | $ 10.00 | $ 10.00 | | | | $ 10.00 |
| | Totals | $ 46.00 | $ 46.00 | $ - | $ - | $ - | $ 46.00 |

**Name:** Victor Blanchard
**Level:** Associate Director

| Date | Description of Expense | Amount | Transportation | Lodging | Sundry | Business Meals/ Entertainment | Totals |
|---|---|---|---|---|---|---|---|
| 22-Aug-03 | Airline ticket - USAirways: roundtrip Baltimore MD to Valleyfield Canada | $ 546.59 | $ 546.59 | | | | $ 546.59 |
| 7-Sep-03 | Taxi fare from Montreal Dorval airport to Hotel Plaza Valleyfield, Valleyfield, Canada | $ 62.84 | $ 62.84 | | | | $ 62.84 |
| 7-Sep-03 | Dinner consumed alone at HMSHost restaurant in the BWI airport | $ 15.63 | | | | $ 15.63 | $ 15.63 |
| 8-Sep-03 | Airfare from Baltimore to Montreal and return; booked by client; ticket #0057456730825 | $ 546.69 | $ 546.69 | | | | $ 546.69 |
| 9-Sep-03 | Dinner consumed from Rotisseries Salabery consumed alone | $ 14.32 | | | | $ 14.32 | $ 14.32 |
| 10-Sep-03 | Lunch at KFC in Valleyfield Canada | $ 5.10 | | | | $ 5.10 | $ 5.10 |
| 12-Sep-03 | Hotel Plaza Valleyfield - lodging | $ 317.12 | | $ 317.12 | | | $ 317.12 |
| 12-Sep-03 | Hotel Plaza Valleyfield - phone charge | $ 0.62 | | | $ 0.62 | | $ 0.62 |
| 12-Sep-03 | Hotel Plaza Valleyfield - dinner in hotel restaurant | $ 8.59 | | | | $ 8.59 | $ 8.59 |
| 12-Sep-03 | Taxi fare from Grace Davison, Valleyfield, Canada, to Montreal Dorval airport | $ 53.71 | $ 53.71 | | | | $ 53.71 |
| 12-Sep-03 | Dinner consumed with Mahmoud Bah at the Montreal En Scene restaurant in the Montreal Dorval airport | $ 33.48 | | | | $ 33.48 | $ 33.48 |
| 12-Sep-03 | Parking charge at the long term lot of BWI airport | $ 36.00 | | | $ 36.00 | | $ 36.00 |
| 15-Sep-03 | Taxi fare from Grace Davison, Valleyfield, Canada, to Montreal Dorval airport | $ 53.71 | $ 53.71 | | | | $ 53.71 |
| 15-Sep-03 | Dinner consumed alone at the Montreal En Scene restaurant in the Montreal Dorval airport | $ 21.49 | | | | $ 21.49 | $ 21.49 |
| 15-Sep-03 | Dinner at Montreal Dorval airport restaurant during return trip home | $ 22.45 | | | | $ 22.45 | $ 22.45 |
| 16-Sep-03 | Parking at BWI airport long term parking during travel to Valleyfield | $ 14.00 | | | $ 14.00 | | $ 14.00 |
| 16-Sep-03 | Airfare from Baltimore to Montreal and return; booked by client; ticket #0377455016739 | $ 592.68 | $ 592.68 | | | | $ 592.68 |
| 22-Sep-03 | Breakfast at Detroit airport during travel to Valleyfield | $ 10.00 | | | | $ 10.00 | $ 10.00 |
| 22-Sep-03 | Taxi from Montreal Dorval airport to Valleyfield plant | $ 63.16 | $ 63.16 | | | | $ 63.16 |
| 22-Sep-03 | Lunch at KFC in Valleyfield Canada | $ 6.33 | | | | $ 6.33 | $ 6.33 |
| 24-Sep-03 | Dinner at Vieux Port in Montreal Canada with Mahmoud Bah and Barb Summerson | $ 106.28 | | | | $ 106.28 | $ 106.28 |
| 26-Sep-03 | Lodging at the Hotel de Valleyfield, Valleyfield Canada | $ 268.80 | | $ 268.80 | | | $ 268.80 |

ProfWill Inc.
W. R. Grace & Co. Expense Tracking
Period Covered: September 2003

## Expense Detail

| | | Expense Category | | | | | |
|---|---|---|---|---|---|---|---|
| 26-Sep-03 | Lunch at Montreal Dorval airport | | $ 15.18 | | | $ 15.18 | $ 15.18 |
| 26-Sep-03 | Parking at BWI airport during trip to Valleyfield | | 35.00 | | $ 35.00 | | 35.00 |
| | **Totals** | | $ 2,849.77 | $ 1,919.38 | $ 585.92 | $ 85.62 | $ 268.85 | $ 2,849.77 |

**Name:** Matthew Petito
**Level:** Senior Consultant

| Date | Description of Expense | Amount | Transportation | Lodging | Sundry | Business Meals/ Entertainment | Totals |
|---|---|---|---|---|---|---|---|
| 2-Sep-03 | Mileage traveling to client site in excess of normal daily commute (8 miles) | $2.88 | $ 2.88 | | | | $ 2.88 |
| 3-Sep-03 | Mileage traveling to client site in excess of normal daily commute (8 miles) | $2.88 | $ 2.88 | | | | $ 2.88 |
| 4-Sep-03 | Mileage traveling to client site in excess of normal daily commute (8 miles) | $2.88 | $ 2.88 | | | | $ 2.88 |
| 5-Sep-03 | Mileage traveling to client site in excess of normal daily commute (8 miles) | $2.88 | $ 2.88 | | | | $ 2.88 |
| 8-Sep-03 | Mileage traveling to client site in excess of normal daily commute (8 miles) | $2.88 | $ 2.88 | | | | $ 2.88 |
| 9-Sep-03 | Mileage traveling to client site in excess of normal daily commute (8 miles) | $2.88 | $ 2.88 | | | | $ 2.88 |
| 10-Sep-03 | Mileage traveling to client site in excess of normal daily commute (8 miles) | $2.88 | $ 2.88 | | | | $ 2.88 |
| 11-Sep-03 | Mileage traveling to client site in excess of normal daily commute (8 miles) | $2.88 | $ 2.88 | | | | $ 2.88 |
| 12-Sep-03 | Mileage traveling to client site in excess of normal daily commute (8 miles) | $2.88 | $ 2.88 | | | | $ 2.88 |
| 17-Sep-03 | Mileage traveling to client site in excess of normal daily commute (8 miles) | $2.88 | $ 2.88 | | | | $ 2.88 |
| 18-Sep-03 | Mileage traveling to client site in excess of normal daily commute (8 miles) | $2.88 | $ 2.88 | | | | $ 2.88 |
| 19-Sep-03 | Mileage traveling to client site in excess of normal daily commute (8 miles) | $2.88 | $ 2.88 | | | | $ 2.88 |
| 30-Sep-03 | Shots/vaccinations in preparation for travel to singapore-- hepatitis A, hepatitis B, polio, influenza, Japanese encephalitis, tetanus, typhoid | $724.60 | | | $ 724.60 | | $ 724.60 |
| | **Totals** | $ 759.16 | $ 34.56 | $ - | $ 724.60 | $ - | $ 759.16 |

**Name:** Kevin Strickler
**Level:** Senior Consultant

| Date | Description of Expense | Amount | Transportation | Lodging | Sundry | Business Meals/ Entertainment | Totals |
|---|---|---|---|---|---|---|---|
| 8-Sep-03 | Hotel - Hilton one night | $175.00 | | $ 175.00 | | | $ 175.00 |
| 10-Sep-03 | Dinner (with Kina, Shaun, and Loren) | $130.00 | | | | $ 130.00 | $ 130.00 |
| 12-Sep-03 | Dinner (with Kina, Shaun, and Loren) | $61.00 | | | | $ 61.00 | $ 61.00 |
| 12-Sep-03 | Hotel - Holiday Inn four nights | $405.00 | | $ 405.00 | | | $ 405.00 |
| 13-Sep-03 | Hotel - Hilton one night | $163.00 | | $ 163.00 | | | $ 163.00 |

ProtiViti Inc.
W. R. Grace & Co. Expense Tracking
Period Covered: September 2003

| Expense Detail | | | Expense Category | | | | |
|---|---|---|---|---|---|---|---|
| Date | Description | Amount | Transportation | Lodging | Sundry | Business Meals/Entertainment | Totals |
| 13-Sep-03 | Breakfast | 6.00 | | | | 6.00 | 6.00 |
| 13-Sep-03 | Taxi | 25.00 | 25.00 | | | | 25.00 |
| 15-Sep-03 | Taxi | 66.00 | 66.00 | | | | 66.00 |
| 16-Sep-03 | Breakfast | 16.00 | | | | 16.00 | 16.00 |
| **Totals** | | $ 1,047.00 | $ 91.00 | $ 743.00 | $ - | $ 213.00 | $ 1,047.00 |

Name: Scott Byrum
Level: Staff Consultant

| Date | Description of Expense | Amount | Transportation | Lodging | Sundry | Business Meals/Entertainment | Totals |
|---|---|---|---|---|---|---|---|
| 9-Sep-03 | Mileage traveling to client site in excess of normal daily commute (4 miles) | $1.44 | $ 1.44 | | | | $ 1.44 |
| 10-Sep-03 | Mileage traveling to client site in excess of normal daily commute (5 miles) | $1.80 | $ 1.80 | | | | $ 1.80 |
| 11-Sep-03 | Mileage traveling to client site in excess of normal daily commute (5 miles) | $1.80 | $ 1.80 | | | | $ 1.80 |
| **Totals** | | $ 5.04 | $ 5.04 | $ - | $ - | $ - | $ 5.04 |

Name: Kina Beale
Level: Staff Consultant

| Date | Description of Expense | Amount | Transportation | Lodging | Sundry | Business Meals/Entertainment | Totals |
|---|---|---|---|---|---|---|---|
| 27-Aug-03 | Airfare for trip to Mexico (Ticket # 0017455018558) | 764.00 | 764.00 | | | | 764.00 |
| 27-Aug-03 | Airfare for trip to Mexico (Ticket # 0017455018558) | 554.00 | 554.00 | | | | 554.00 |
| 6-Sep-03 | CIPRO (prescription antibiotic) | 41.29 | | | 41.29 | | 41.29 |
| 7-Sep-03 | Mileage to BWI | 8.64 | 8.64 | | | | 8.64 |
| 8-Sep-03 | Lodging (Mexico City Hilton - first night) | 189.96 | | 189.96 | | | 189.96 |
| 9-Sep-03 | Snacks | 5.73 | | | | 5.73 | 5.73 |
| 9-Sep-03 | Taxi to dinner | 12.00 | 12.00 | | | | 12.00 |
| 9-Sep-03 | Snacks | 6.46 | | | | 6.46 | 6.46 |
| 9-Sep-03 | Phone card | 10.00 | | | 10.00 | | 10.00 |
| 12-Sep-03 | Lodging (Holiday Inn in Toluca - week) | 521.29 | | 521.29 | | | 521.29 |
| 13-Sep-03 | Lodging (Mexico City Hilton - last night) | 162.60 | | 162.60 | | | 162.60 |
| 13-Sep-03 | Mileage home from BWI | 8.64 | 8.64 | | | | 8.64 |
| 13-Sep-03 | Lunch at airport in Dallas | 4.97 | | | | 4.97 | 4.97 |
| **Totals** | | $ 2,289.58 | $ 1,347.28 | $ 873.85 | $ 51.29 | $ 17.16 | $ 2,289.58 |

| | Amount | Transportation | Lodging | Sundry | Business Meals/Entertainment | Totals |
|---|---|---|---|---|---|---|
| **Grand Totals** | $ 6,996.55 | $ 3,443.26 | $ 2,202.77 | $ 861.51 | $ 489.01 | $ 6,996.55 |