UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| In re:<br><br>W.R. GRACE & COMPANY<br> et al.,<br><br><br>*Debtors* | In Proceedings For A Reorganization<br>Under Chapter 11<br><br>Case No. 01-01139(PJW)<br><br>Claim # Unknown |

### NOTICE: OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001 (e) (1)

To transferor:   ESTATE OF GEO S SNYDER INC
            1700 COWPATH ROAD - SNYDER SQUARE
            HATFIELD, PA 19440-3168

The transfer of your claim as shown above, in the amount of $ 1,272.00 has been transferred *(unless previously expunged by court order)* to:

Trade-Debt.Net
P.O. Box 1487
West Babylon, NY 11704

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**

**FILE A WRITTEN OBJECTION TO THE TRANSFER** with:

United States Bankruptcy Clerk
District of Delaware
824 Market Street, 5th Fl
Wilmington, DE 19801

**SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.**

Refer to INTERNAL CONTROL NO. _____ in your objection. If you file an objection, a hearing will be scheduled.
**IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT**

------

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid
on _____ , 200 ___ .
INTERNAL CONTROL NO. _____
Copy: (check) Claims Agent ____  Transferee ____  Debtor's Attorney ____

_____
Deputy Clerk

Trade-Debt.net
PO Box 1487
West Babylon, NY 11704

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF DELAWARE

In re.                                  )
                                        )
                                        )   Case No.01-01139(PJW)
W.R. Grace & Company                    )
et al.,                                 )
                                        )   Chapter 11
                                        )
                                        )   NOTICE OF TRANSFER OF CLAIM
              Debtors.                  )   OTHER THAN FOR SECURITY AND
                                        )   WAIVER OF NOTICE.
                                        )   RULE 3001 (e)

Please take notice that your unsecured claim of **ESTATE OF GEO S SNYDER** in the amount of **$2,148.53** and all Proofs of Claim have been transferred and assigned other than for security to Trade-Debt.net, Inc. The signature of the Assignor on this form is evidence of transfer of the claims, proofs and all rights thereunder. Assignor does hereby agree to waive notice as described by Bankruptcy Rule 3001 (e) (1).

I, the undersigned assignor of the above described claims, or proofs of claim hereby assign and transfer my claims and all rights thereunder to Trade-Debt.net Inc. upon the terms as set forth in the offer letter received. I assert that the claim of **ESTATE OF GEO S SNYDER** has not been previously transferred, and that the debtor has not objected to or satisfied this claim. The clerk of the court is authorized to change the address regarding the claim of the assignor to that of the assignee listed below.

**ASSIGNOR:**
ESTATE OF GEO S SNYDER
1700 COWPATH RD SNYDER SQUARE HATFIELD PA, 19440

Please print your name: Michele Krout    Signature: Michele Krout
Title: Office Manager    Date: 2/20/04
Address: 1700 Cowpath Rd Hatfield PA 19440
(city,state,zip)
Telephone: 215-855-2131    Fax: 215-855-8485    Email: _____
Federal Taxpayer ID / Social Security Number 23-2614117
**ASSIGNEE:**
TRADE-DEBT.NET
P.O. BOX 1487 West Babylon, NY 11704
By: /s/ Timothy McGuire                                               WR Grace04
Timothy McGuire

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| In re:<br><br>W.R. GRACE & COMPANY<br>  et al.,<br><br><br>          *Debtors* | In Proceedings For A Reorganization<br>Under Chapter 11<br><br>Case No. 01-01139(PJW)<br><br>Claim # Unknown |
|---|---|

## NOTICE:   OF TRANSFER OF CLAIM PURSUANT TO **FRBP RULE 3001 (e) (1)**

To transferor:   PETRO-CHEM EQUIPMENT CO.
               P.O. BOX 358
               BATON ROUGE LA 70821

The transfer of your claim as shown above, in the amount of $ 315.31   has been transferred *(unless previously expunged by court order)* to:

   Trade-Debt.Net
   P.O. Box 1487
   West Babylon, NY 11704

No action is required if you do not object to the transfer of your claim.   However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**

   **FILE A WRITTEN OBJECTION TO THE TRANSFER** with:

      United States Bankruptcy Clerk
      District of Delaware
      824 Market Street, 5th Fl
      Wilmington, DE 19801

   **SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.**

Refer to INTERNAL CONTROL NO. _____ in your objection.   If you file an objection, a hearing will be scheduled.
**IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT**

---

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid
on _____ , 200 ___ .
INTERNAL CONTROL NO. _____
Copy: (check)  Claims Agent ____   Transferee ____   Debtor's Attorney ___

                                                  _____
                                                           Deputy Clerk

Trade-Debt.net
PO Box 1487
West Babylon, NY 11704

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

In re.                                  )
                                        )
                                        )    Case No.01-01139(PJW)
W.R. Grace & Company                    )
et al.,                                 )
                                        )    Chapter 11
                                        )
                                        )    NOTICE OF TRANSFER OF CLAIM
              Debtors.                  )    OTHER THAN FOR SECURITY AND
                                        )    WAIVER OF NOTICE.
                                        )    RULE 3001 (e)

Please take notice that your unsecured claim of **PETRO-CHEM EQUIPMENT** in the amount of **$315.31** and all Proofs of Claim have been transferred and assigned other than for security to Trade-Debt.net, Inc. The signature of the Assignor on this form is evidence of transfer of the claims, proofs and all rights thereunder. Assignor does hereby agree to waive notice as described by Bankruptcy Rule 3001 (e) (1).

I, the undersigned assignor of the above described claims, or proofs of claim hereby assign and transfer my claims and all rights thereunder to Trade-Debt.net Inc. upon the terms as set forth in the offer letter received. I assert that the claim of **PETRO-CHEM EQUIPMENT** has not been previously transferred, and that the debtor has not objected to or satisfied this claim. The clerk of the court is authorized to change the address regarding the claim of the assignor to that of the assignee listed below.

ASSIGNOR:
PETRO-CHEM EQUIPMENT
PO BOX 358  BATON ROUGE LA, 70821

Please print your name: Kevin Turner   Signature: [signed]
Title: President                       Date: 2/16/04
Address: 4338 Jeffrey Dr Baton Rouge LA 70816
(city,state,zip)
Telephone: 225-292-840  Fax: 225-291-1033   Email:
Federal Taxpayer ID / Social Security Number  72-0640490
ASSIGNEE:
TRADE-DEBT.NET
P.O. BOX 1487 West Babylon, NY 11704
By: [signed]
Timothy McGuire

WR Grace04

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| In re: | In Proceedings For A Reorganization Under Chapter 11 |
|---|---|
| W.R. GRACE & COMPANY et al., | Case No. 01-01139(PJW) |
| *Debtors* | Claim # Unknown |

### NOTICE: OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001 (e) (1)

To transferor:    GOODING RUBBER .
10321 WERCH DR SUITE 200
WOODRIDGE, IL 60517

The transfer of your claim as shown above, in the amount of $ 364.02 has been transferred *(unless previously expunged by court order)* to:

Trade-Debt.Net
P.O. Box 1487
West Babylon, NY 11704

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**

**FILE A WRITTEN OBJECTION TO THE TRANSFER** with:

United States Bankruptcy Clerk
District of Delaware
824 Market Street, 5th Fl
Wilmington, DE 19801

**SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.**

Refer to INTERNAL CONTROL NO. _____ in your objection. If you file an objection, a hearing will be scheduled.
**IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT**

---

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid
on _____ , 200 ___ .
INTERNAL CONTROL NO. _____
Copy: (check) Claims Agent ____  Transferee ____  Debtor's Attorney ___

_____
Deputy Clerk

Trade-Debt.net
PO Box 1487
West Babylon, NY 11704

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

In re.                                      )
                                            )
                                            )   Case No.01-01139(PJW)
W.R. Grace & Company                        )
et al.,                                     )
                                            )   Chapter 11
                                            )
                                            )   NOTICE OF TRANSFER OF CLAIM
            Debtors.                        )   OTHER THAN FOR SECURITY AND
                                            )   WAIVER OF NOTICE.
                                            )   RULE 3001 (e)

Please take notice that your unsecured claim of **GOODING RUBBER** in the amount of **$628.93** and all Proofs of Claim have been transferred and assigned other than for security to Trade-Debt.net, Inc. The signature of the Assignor on this form is evidence of transfer of the claims, proofs and all rights thereunder. Assignor does hereby agree to waive notice as described by Bankruptcy Rule 3001 (e) (1).

I, the undersigned assignor of the above described claims, or proofs of claim hereby assign and transfer my claims and all rights thereunder to Trade-Debt.net Inc. upon the terms as set forth in the offer letter received. I assert that the claim of **GOODING RUBBER** has not been previously transferred, and that the debtor has not objected to or satisfied this claim. The clerk of the court is authorized to change the address regarding the claim of the assignor to that of the assignee listed below.

ASSIGNOR:
GOODING RUBBER
10321 WERCH DR SUITE 200 WOODRIDGE IL, 60517

Please print your name: JOHN W. MORK   Signature: _John W. Mork_

Title: CHAIRMAN                         Date: 2/17/04

Address: 10321 WERCH DRIVE, SUITE 200 WOODRIDGE, IL 60517
(city,state,zip)
Telephone: 630-685-2100  Fax: 630-685-4111  Email: _____
Federal Taxpayer ID / Social Security Number   36-2369522
ASSIGNEE:
TRADE-DEBT.NET
P.O. BOX 1487 West Babylon, NY 11704
By: _Timothy McGuire_
Timothy McGuire

WR Grace04

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| In re: | In Proceedings For A Reorganization Under Chapter 11 |
|---|---|
| W.R. GRACE & COMPANY et al., | Case No. 01-01139(PJW) |
| *Debtors* | Claim # Unknown |

## NOTICE: OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001 (e) (1)

To transferor:
```
BENITA P LOVICK, TRUSTEE
Attn LOVICK FAMILY TRUST
1021 IDAHO
LIBBY MT 59923
```

The transfer of your claim as shown above, in the amount of $ 600.00 has been transferred *(unless previously expunged by court order)* to:

Trade-Debt.Net
P.O. Box 1487
West Babylon, NY 11704

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**

**FILE A WRITTEN OBJECTION TO THE TRANSFER** with:

United States Bankruptcy Clerk
District of Delaware
824 Market Street, 5th Fl
Wilmington, DE 19801

**SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.**

Refer to INTERNAL CONTROL NO. _____ in your objection. If you file an objection, a hearing will be scheduled.
**IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT**

---

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid
on _____ , 200 ___ .
INTERNAL CONTROL NO. _____
Copy: (check) Claims Agent ____ Transferee ____ Debtor's Attorney ____

_____
Deputy Clerk

Trade-Debt.net
PO Box 1487
West Babylon, NY 11704

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

In re.                                    )
                                          )  Case No.01-01139(PJW)
W.R. Grace & Company                      )
et al.,                                   )
                                          )  Chapter 11
                                          )
                                          )  NOTICE OF TRANSFER OF CLAIM
            Debtors.                      )  OTHER THAN FOR SECURITY AND
                                          )  WAIVER OF NOTICE.
                                          )  RULE 3001 (e)

Please take notice that your unsecured claim of **BENITA LOVICK, TRUSTEE** in the amount of **$600.00** and all Proofs of Claim have been transferred and assigned other than for security to Trade-Debt.net, Inc. The signature of the Assignor on this form is evidence of transfer of the claims, proofs and all rights thereunder. Assignor does hereby agree to waive notice as described by Bankruptcy Rule 3001 (e) (1).

I, the undersigned assignor of the above described claims, or proofs of claim hereby assign and transfer my claims and all rights thereunder to Trade-Debt.net Inc. upon the terms as set forth in the offer letter received. I assert that the claim of **BENITA LOVICK, TRUSTEE** has not been previously transferred, and that the debtor has not objected to or satisfied this claim. The clerk of the court is authorized to change the address regarding the claim of the assignor to that of the assignee listed below.

ASSIGNOR:
BENITA LOVICK, TRUSTEE
LOVICK FAMILY TRUST 1021 IDAHO LIBBY MT, 59923

Please print your name: Benita Lovick Ttee    Signature: /s/ Benita Lovick
Title: Trustee                                 Date: 2/18/04
Address: 1021 Idaho Ave Libby, MT 59923
(city,state,zip)
Telephone: 406-293-5091    Fax: _____    Email: _____
Federal Taxpayer ID / Social Security Number 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
ASSIGNEE:
TRADE-DEBT.NET
P.O. BOX 1487 West Babylon, NY 11704
By: /s/ Timothy McGuire
Timothy McGuire

WR Grace04

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| In re: | |
|---|---|
| W.R. GRACE & COMPANY et al., | |
| *Debtors* | |

In Proceedings For A Reorganization Under Chapter 11

Case No. 01-01139(PJW)

Claim # Unknown

## NOTICE: OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001 (e) (1)

To transferor:   OHIO VALLEY GASKET
Attn 457 CIRCLE FREEWAY DRIVE
P.O. BOX 40429
CINCINNATI OH 45240-0429

The transfer of your claim as shown above, in the amount of $ 356.33 has been transferred *(unless previously expunged by court order)* to:

Trade-Debt.Net
P.O. Box 1487
West Babylon, NY 11704

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**

**FILE A WRITTEN OBJECTION TO THE TRANSFER** with:

United States Bankruptcy Clerk
District of Delaware
824 Market Street, 5th Fl
Wilmington, DE 19801

**SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.**

Refer to INTERNAL CONTROL NO. _____ in your objection. If you file an objection, a hearing will be scheduled.
**IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT**

---

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid
on _____ , 200 ___ .
INTERNAL CONTROL NO. _____
Copy: (check) Claims Agent _____ Transferee _____ Debtor's Attorney _____

_____
Deputy Clerk

Trade-Debt.net
PO Box 1487
West Babylon, NY 11704

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

In re.                                  )
                                        )
                                        )    Case No.01-01139(PJW)
W.R. Grace & Company                    )
et al.,                                 )
                                        )    Chapter 11
                                        )
                                        )    **NOTICE OF TRANSFER OF CLAIM**
            Debtors.                    )    **OTHER THAN FOR SECURITY AND**
                                        )    **WAIVER OF NOTICE.**
                                        )    RULE 3001 (e)


Please take notice that your unsecured claim of **OHIO VALLEY GASKET** in the amount of **$356.33** and all Proofs of Claim have been transferred and assigned other than for security to Trade-Debt.net, Inc. The signature of the Assignor on this form is evidence of transfer of the claims, proofs and all rights thereunder. Assignor does hereby agree to waive notice as described by Bankruptcy Rule 3001 (e) (1).

I, the undersigned assignor of the above described claims, or proofs of claim hereby assign and transfer my claims and all rights thereunder to Trade-Debt.net Inc. upon the terms as set forth in the offer letter received. I assert that the claim of **OHIO VALLEY GASKET** has not been previously transferred, and that the debtor has not objected to or satisfied this claim. The clerk of the court is authorized to change the address regarding the claim of the assignor to that of the assignee listed below.

ASSIGNOR:
OHIO VALLEY GASKET
457 CIRCLE FREEWAY DR PO BOX 40429 CINCINNATI OH, 45240

Please print your name: June C. Gordon   Signature: June C Gordon
Title: Treasurer                          Date: 2/16/04
Address: 5210 Puff Drive  Cincinnati, Oh  45246
(city,state,zip)
Telephone: 513/870-6400  Fax: 513-870-6439  Email: _____
Federal Taxpayer ID / Social Security Number 31-1227078
ASSIGNEE:
TRADE-DEBT.NET
P.O. BOX 1487 West Babylon, NY 11704
By: _____
Timothy McGuire

WR Grace04