**Exhibit A**

| Contract No. | Monthly Rent | Sales Tax | Open Accounts Payable | Total Due |
|---|---|---|---|---|
| 150335-000 | $398.00 | $27.86 | May, 2003 through February, 2004 | $4,258.60 |
| 150335-001 | $333.00 | $23.31 | May, 2003 through February, 2004 | $3,563.10 |
| 123062-000 | $372.00 | $0.00 | October, 2003 through February, 2004 | $1,860.00 |
| 123062-001 | $335.00 | $23.45 | May, 2003 through February, 2004 | $3,584.50 |
| 123062-002 | $335.00 | $0.00 | May, 2003 through February, 2004 | $3,350.00 |
| 123062-003 | $335.00 | $0.00 | May, 2003 through February, 2004 | $3,350.00 |
| 123062-004 | $351.00 | $0.00 | May, 2003 through February, 2004 | $3,510.00 |
| 133046-000 | $644.80 | $0.00 | February, 2004 | $644.80 |
| 123965-000 | $1,598.84 | $0.00 | November, 2003 through February, 2004 | $6,395.36 |
| 116042-000 | $602.62 | $42.18 | May, 2003 through February, 2004 | $6,448.00 |
| | | | | $36,964.36 |