In re: W.R. GRACE & CO.
OMNIBUS 2 - EXHIBIT A - WITHDRAWN

Hearing Date: January 26, 2004

| Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Relief Requested | Order Status |
|---|---|---|---|---|---|---|
| 1  ALLEGHENY CENTER ASSOCIATES<br>ALLEGHENY CENTER ASSOCIATES,<br>MALL MGMT<br>PITTSBURGH  PA  15212 | 01-01140<br>W.R. GRACE & CO.-CONN. | 9778 | | | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | WITHDRAWN |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative   (S) - Secured   (T) - Total
   (P) - Priority        (U) - Unsecured

In re: **W.R. GRACE & CO.**

## OMNIBUS 2 - EXHIBIT B - SUSTAINED BY AGREEMENT - SURVIVING CLAIMS

| | Claim To Be Expunged | | | | Surviving Claim | | | |
|---|---|---|---|---|---|---|---|---|
| | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** |
| 1 | ESTATE OF ROSARIO RAPISARDI<br>RD 2 BOX 107<br>SWEDESBORO, NJ 000008085<br><br>Relief Requested: EXPUNGE | 01-01160 | 2802 | $2,000,000.00 | (U) | ESTATE OF ROSARIO RAPISARDI<br>C/O JAMES RAPISARDI<br>2251 TOWNSHIP LINE RD<br>LOGAN TWP NJ 000008085 | 01-01160 | 15073 | $680,060.44 | (U) |
| 2 | ROWE, RICHARD C<br>PO BOX 27184<br>MEMPHIS TN 38127<br><br>Relief Requested: EXPUNGE | 01-01140 | 1642 | UNKNOWN | (S) | ROWE, RICHARD C<br>PO BOX 27184<br>MEMPHIS TN 38127 | 01-01140 | 1641 | UNKNOWN | (S) |
| 3 | ROWE, RICHARD C<br>PO BOX 27184<br>MEMPHIS TN 38127<br><br>Relief Requested: EXPUNGE | 01-01140 | 1643 | UNKNOWN | (S) | ROWE, RICHARD C<br>PO BOX 27184<br>MEMPHIS TN 38127 | 01-01140 | 1641 | UNKNOWN | (S) |
| 4 | ROWE, RICHARD C<br>PO BOX 27184<br>MEMPHIS TN 38127<br><br>Relief Requested: EXPUNGE | 01-01140 | 1644 | UNKNOWN | (S) | ROWE, RICHARD C<br>PO BOX 27184<br>MEMPHIS TN 38127 | 01-01140 | 1641 | UNKNOWN | (S) |
| 5 | ROWE, RICHARD C<br>PO BOX 27184<br>MEMPHIS TN 38127<br><br>Relief Requested: EXPUNGE | 01-01140 | 1645 | UNKNOWN | (S) | ROWE, RICHARD C<br>PO BOX 27184<br>MEMPHIS TN 38127 | 01-01140 | 1641 | UNKNOWN | (S) |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

**[A] - Administrative    (S) - Secured    (T) - Total
(P) - Priority              (U) - Unsecured

Hearing Date: January 26, 2004

Page 1 of 1

1/22/2004 4:58:55 PM

In re: W.R. GRACE & CO.
OMNIBUS 2 - EXHIBIT C - SUSTAINED BY AGREEMENT - EXPUNGE

Hearing Date: January 26, 2004

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Relief Requested | Order Status |
|---|---|---|---|---|---|---|---|
| 1 | BARR, CHESTER A<br>11722 31ST DR SE<br>EVERETT WA 98208-6117 | 01-01139<br>W.R. GRACE & CO. | 2230 | $5,434.00 | (S) | SHAREHOLDER - STOCK EXPUNGE | SUSTAINED |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative  (S) - Secured
(P) - Priority  (U) - Unsecured  (T) - Total

Page 1 of 1

1/22/2004 4:56:24 PM