## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) **Chapter 11** |
| W. R. GRACE & CO., et al.[1] | ) Case No. 01-01139 (JKF) |
| | ) |
| | ) |
| Debtors. | ) Jointly Administered |

Objection Deadline: February 12, 2004 at 4:00 p.m.

### NO ORDER REQUIRED - CERTIFICATION OF NO OBJECTION REGARDING DOCKET NOS. 4977/5030

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the **Thirty-Second Interim Application of FTI Policano and Manzo ("FTI"), Financial Advisors to the Committee of Unsecured Creditors for Allowance of Compensation for Services Rendered and Reimbursement of Expenses incurred (for the Period from November 1, 2003 through November 30, 2003,** (the "Application") [Docket No. 4977]

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings. Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, and H-G Coal Company.

WLM\194393.1

filed on January 23, 2004, or amendments thereto (Docket No. 5030 filed January 30, 2004).

The undersigned further certifies that he has reviewed the Court's docket in this case and that no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than February 12, 2004 at 4:00 p.m.

[REMAINDER OF THIS PAGE HAS BEEN INTENTIONALLY LEFT BLANK]

WLM\194393.1

Pursuant to the *Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members* [Docket No. 1949], and upon the filing of this Certificate of No Objection, the Debtors are authorized and required to pay eighty percent (80%) of requested fees (totaling $53,607.20) and one hundred percent (100%) of expenses (totaling $815.91) requested in the Application.

Dated: February 24, 2004

STROOCK & STROOCK & LAVAN LLP
Lewis Kruger
Kenneth Pasquale
Arlene G. Krieger
180 Maiden Lane
New York, New York 10038-4982
Telephone:    (212) 806-5400
Facsimile:    (212) 806-6006
Email:        lkruger@stroock.com
              kpasquale@stroock.com
              akrieger@stroock.com

- and –

*/s/ Michael R. Lastowski*

Michael R. Lastowski (DE I.D. No. 3892)
Richard W. Riley (DE I.D. No. 4052)
DUANE MORRIS LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801-1246
Telephone:    (302)-657-4942
Facsimile:    (302)-657-4901
Email:        mlastowski@duanemorris.com
              rwriley@duanemorris.com

*Co-Counsel for the Official Committee of Unsecured Creditors*

WLM\194393.1