# **EXHIBIT A**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objections due: |
| | | Hearing date: To be scheduled, only if objections are |
| | | timely filed and served. |

## SUMMARY OF APPLICATION OF NELSON MULLINS RILEY & SCARBOROUGH, L.L.P. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO W. R. GRACE & CO., ET AL., FOR THE FIRST INTERIM PERIOD, FROM JULY 1 THROUGH JULY 31, 2003, FOR THE QUARTER OF JULY 2003 – SEPTEMBER 2003

Name of Applicant:      **Nelson Mullins Riley & Scarborough, L.L.P.**

Authorized to Provide Professional Services to:      **W. R. Grace & Co., et al., Debtors and Debtors-in-Possession**

Date of Retention:      **July 19, 2001**

Period for which compensation and reimbursement is sought:      **July 1, 2003 through July 31, 2003**

Amount of Compensation sought as actual, reasonable, and necessary:      **$29056.80 (80% of $36321.00)**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Amount of expense reimbursement sought as
actual, reasonable, and necessary:        **$241.39 for the period**

This is a __x__ monthly _ interim ___ final application.

The total time expended for the preparation of this application is approximately __5.8__
hours, and the corresponding estimated compensation *that will be requested in a future
application* is approximately $__965.00__ .

Prior fee applications:

| Date Filed | Period Covered | Requested | | Approved | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| October 17, 2001 | July 19, 2001 – July 31, 2001 | $28,316.50 | $234.68 | $22,653.20 | $234.68 |
| October 17, 2001 | August 1, 2001- August 31, 2001 | $69,119.50 | $1,196.84 | $55,295.60 | $1,196.84 |
| October 17, 2001 | May 1, 2001- June 30, 2001 | $113,762.50 | $2,155.05 | $91,010.00 | $2,155.05 |
| December 19, 2001 | October 1, 2001- October 31, 2001 | $67,906.50 | $1,348.82 | $54,325.20 | $1,348.82 |
| January 23, 2002 | November 1, 2001- November 30, 2001 | $26,792.00 | $168.41 | $21,433.60 | $168.41 |
| February 26, 2002 | December 1, 2001- December 31, 2001 | $24,895.00 | $673.51 | $19,916.00 | $673.51 |
| May 1, 2002 | January 1, 2002- January 31, 2002 | $21,009.00 | $147.52 | $16,807.20 | $147.52 |
| June 18, 2002 | February 1, 2002- February 28, 2002 | $24,897.00 | $122.30 | $19,917.60 | $122.30 |
| June 18, 2002 | March 1, 2002 – March 31, 2002 | $17,003.00 | $52.22 | $13,602.40 | $52.22 |
| June 25, 2002 | September 1, 2001- September 30, 2001 | $31,625.50 | $488.83 | $25,300.40 | $488.83 |
| June 25, 2002 | April 1, 2002-April 30, 2002 | $17,827.00 | $345.71 | $14,261.60 | $345.71 |
| June 26, 2002 | January 1, 2002- March 31, 2002 | $62,909.00 | $322.04 | $62,909.00 | $322.04 |
| July 2, 2002 | May 1, 2002-May 31, 2002 | $27,070.00 | $177.64 | $21,656.00 | $177.64 |
| August 14, 2002 | June 1, 2002 – June 30, 2002 | $15,496.50 | $178.39 | $12,397.20 | $178.39 |
| August 29, 2002 | July 1, 2002 – July 31, 2002 | $18,481.50 | $225.82 | $14,785.20 | $225.82 |
| September 3, 2002 | July 19, 2001 – September 30, 2001 | $129,061.50 | $1,920.35 | $129,061.50 | $1,920.35 |

2

| September 3, 2002 | October 1, 2001 – December 31, 2001 | $119,593.50 | $2,190.74 | $119,593.50 | $2,190.74 |
|---|---|---|---|---|---|
| September 20, 2002 | April 1, 2002 – June 30, 2002 | $60,393.50 | $701.74 | $60,393.50 | $701.74 |
| October 8, 2002 | August 1, 2002 – August 31, 2002 | $10,363.00 | $169.79 | $8,290.40 | $169.79 |
| October 30, 2002 | September 1, 2002 – September 30, 2002 | $11,114.00 | $221.89 | $8,891.20 | $221.89 |
| November 27, 2002 | July 1, 2002 – September 30, 2002 | $39,958.50 | $615.50 | Pending | Pending |
| December 11, 2002 | October 1, 2002 – October 31, 2002 | $8,498.50 | $75.28 | $6,798.80 | $75.28 |
| December 26, 2002 | November 1, 2002 – November 30, 2002 | $4,241.00 | $117.29 | $3,392.80 | $117.29 |
| February 6, 2003 | December 1, 2002 – December 31, 2002 | $9,298.50 | $97.20 | $7,438.80 | $97.20 |
| March 4, 2003 | January 1, 2003 – January 31, 2003 | $6,026.50 | $24.91 | $4,821.20 | $24.91 |
| March 27, 2003 | February 1-February 28, 2003 | $5,473.50 | $52.58 | $4,378.80 | $52.58 |
| April 8, 2003 | October 1, 2002 – December 31, 2002 | $22,038.00 | $289.77 | $22,038.00 | $289.77 |
| May 9, 2003 | March 1, 2003 – March 31, 2003 | $5,424.00 | $64.16 | Pending | Pending |
| August 22, 2003 | April 1, 2003 – April 30, 2003 | $7,868.00 | $64.88 | Pending | Pending |
| Emailed for filing on 8/22/2003[2] | January 1, 2003 – March 31, 2003 | $12,407.00 | $141.65 | Pending | Pending |
| Emailed for filing on 8/29/2003[3] | May 1, 2003 – May 31, 2003 | $8143.50 | $88.14 | Pending | Pending |
| Emailed for filing on 8/29/2003[4] | June 1, 2003 – June 30, 2003 | $17,705.00 | $291.20 | Pending | Pending |

---

[2] The Eighth Quarterly Fee Application was emailed to local counsel on 8/22/2003. It has not been filed with the court as of the date of this Application. The objection time has not begun to run.

[3] The Summary Application period from May 1, 2003 through May 31, 2003 was emailed to local counsel on 8/29/2003. It has not been filed with the court as of the date of this Application. The objection time has not begun to run.

[4] The Summary Application period from June 1, 2003 through June 30, 2003 was emailed to local counsel on 8/29/2003. It has not been filed with the court as of the date of this Application. The objection time has not begun to run.

The Nelson Mullins Riley & Scarborough, L.L.P. attorneys who rendered professional services in these cases during the Fee Period are:

| Named Professional Person | Position with the Applicant | Number of years in position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Rose-Marie T. Carlisle | Of-Counsel | 19 years | Environmental | $240.00 | 14.50 | $3480.00 |
| Bernard F. Hawkins, Jr. | Partner | 13 years | Environmental | $260.00 | 19.0 | $4940.00 |
| Joseph M. Melchers | Partner | 14 years | Environmental | $240.00 | 101.60 | $24384.00 |
| Betsy Burn | Associate | 3 years | Bankruptcy | $180.00 | 1.40 | $252.00 |

Grand Total for Fees: $33,056.00
Blended Rate:       $ 242.17

The Nelson Mullins Riley & Scarborough, L.L.P. paraprofessionals who rendered professional services in these cases during the Fee Period are:

| Laurie J. Jennings | Paralegal | 2 years | Environmental | $110.00 | 20.9 | $2299.00 |
|---|---|---|---|---|---|---|
| David Stafford | Summer Associate | | | $75.00 | 10.6 | $795.00 |
| Melanie Swaby | Research Specialist | | | $95.00 | 1.8 | $171.00 |

Grand Total for Fees: $3265.00.00
Blended Rate:       $ 98.05

| | | | |
|---|---|---|---|
| 02399/06000 | General | 2.70 | $492.00 |
| 02399/06003 | Beaco Road | 1.10 | $196.00 |
| 02399/06031 | Li Tungsten | 145.70 | $31,381.00 |
| 02399/06032 | Charleston | 2.20 | $317.00 |
| 02399/06091 | Fee Applications | 18.10 | 3935.00 |
| TOTAL | | 169.80 | $36,321.00 |

4

**Expense Summary**

| Description | Amount |
|---|---|
| Telephone | $ .43 |
| Standard Copies | $31.40 |
| Federal Express | $175.24 |
| Lexis | $34.32 |
| Total | $241.39 |

Three new timekeepers appear during this interim period. Betsy Burn, Associate, billing at $180.00 per hour, D. Stafford, Summer Associate billing at $75.00 per hour and Melanie Swaby, Research Specialist, billing at $95.00 per hour.

5

# EXHIBIT A

# NELSON
## MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.

NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
ATTORNEYS AND COUNSELORS AT LAW
TAX ID NO. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

August 19, 2003
Invoice 577206  Page 1

| | | |
|---|---|---|
| Our Matter # | 02399/06000 | For Services Through 07/31/03 |
| WR Grace # | 063-KL-721490-01-501251 | |
| Name of Matter: | General | |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 07/10/03 | Identify recent information on NSPS applicability determination and provide information to Ms. Duff. | | | |
| | B.F. HAWKINS, JR. | 0.20 hrs. | 260.00/hr | $52.00 |
| 07/10/03 | Sort mail for filing (1.0); discuss Extranet materials with AA Johnson (0.2); update file with recently received correspondence (0.2). | | | |
| | L.J. JENNINGS | 1.40 hrs. | 110.00/hr | $154.00 |
| 07/15/03 | Discussion with Ms. Duff regarding EPA evaluation of additional aspects of 40 CFR Part 63, Subpart U. | | | |
| | B.F. HAWKINS, JR. | 0.20 hrs. | 260.00/hr | $52.00 |
| 07/17/03 | Review issues concerning EPA site visits associated with residual risk analysis and communicate results to Ms. Duff. | | | |
| | B.F. HAWKINS, JR. | 0.90 hrs. | 260.00/hr | $234.00 |

Fees for Legal Services ......................................................................................... $492.00

## BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.F. HAWKINS, JR. | 1.30 | 260.00 | 338.00 |
| L.J. JENNINGS | 1.40 | 110.00 | 154.00 |
| TOTAL | 2.70 | $182.22 | $492.00 |

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 07/07/2003 | To: Federal Express for shipping charge on 06/13/03 | 72.70 |
| 07/17/2003 | Telephone 1-410-531-4210 | 0.15 |

W. R. Grace & Co.

August 19, 2003
Invoice 577206 Page 2

**Total Charges for Other Services Provided/Expenses Incurred** ..................................... **$72.85**

### DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Federal Express | 72.70 |
| Telephone | 0.15 |
| TOTAL | $72.85 |

Net current billing for this invoice ............................................................................ **$564.85**

| ACCOUNTS RECEIVABLE RECAP | | | |
|---|---|---|---|
| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
| 523725 | 09/23/2002 | 356.00 | 356.00 |
| 528959 | 10/20/2002 | 232.13 | 232.13 |
| 549779 | 02/21/2003 | 1,527.68 | 1,527.68 |
| 557441 | 04/14/2003 | 499.50 | 499.50 |
| 561784 | 05/16/2003 | 378.83 | 378.83 |
| 572211 | 07/17/2003 | 416.92 | 416.92 |
| 575616 | 08/13/2003 | 1,382.71 | 1,382.71 |
| | | A/R BALANCE | $4,793.77 |

**GRAND TOTAL** ................................................................................................................ **$5,358.62**

W. R. Grace & Co.

August 19, 2003
Invoice 577206  Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-1070
TELEPHONE (803) 799-2000

For Services Through 07/31/03

Our Matter # 02399/06000
General

| | | |
|---|---|---|
| Fees for Professional Services | $492.00 | |
| Charges for Other Services Provided/Expenses Incurred | 72.85 | |
| Net current billing for this Invoice ......................................................... | | $564.85 |

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 523725 | 09/23/2002 | 356.00 | 356.00 |
| 528959 | 10/20/2002 | 232.13 | 232.13 |
| 549779 | 02/21/2003 | 1,527.68 | 1,527.68 |
| 557441 | 04/14/2003 | 499.50 | 499.50 |
| 561784 | 05/16/2003 | 378.83 | 378.83 |
| 572211 | 07/17/2003 | 416.92 | 416.92 |
| 575616 | 08/13/2003 | 1,382.71 | 1,382.71 |
| | TOTAL A/R BALANCE | | $4,793.77 |

GRAND TOTAL............................................................................................... $5,358.62

### WIRING INSTRUCTIONS

Account Name: Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
ABA#: 053200666
Account #: 04032 24077 01
Bank: National Bank of South Carolina (NBSC), Sumter, SC

**EXHIBIT B**

# NELSON

Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
ATTORNEYS AND COUNSELORS AT LAW
TAX ID NO. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

August 19, 2003
Invoice 577207  Page 1

| | | |
|---|---|---|
| Our Matter # | 02399/06003 | For Services Through 07/31/03 |
| WR Grace # | 063-KL-721490-01-501270 | |
| Name of Matter: | Beaco Road Site | |

| | | | | |
|---|---|---|---|---|
| 07/07/03 | Review background information relevant to evaluation of PRP Group claim. | | | |
| | B.F. HAWKINS, JR. | 0.50 hrs. | 260.00/hr | $130.00 |
| 07/10/03 | Discuss Extranet materials with AA Johnson and locate materials for file use. | | | |
| | L.J. JENNINGS | 0.60 hrs. | 110.00/hr | $66.00 |

**Fees for Legal Services** ......................................................................................  **$196.00**

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.F. HAWKINS, JR. | 0.50 | 260.00 | 130.00 |
| L.J. JENNINGS | 0.60 | 110.00 | 66.00 |
| TOTAL | 1.10 | $178.18 | $196.00 |

**Net current billing for this invoice** ..........................................................  **$196.00**

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 523726 | 09/18/2002 | 116.00 | 116.00 |
| 528960 | 10/20/2002 | 110.00 | 110.00 |
| 532718 | 11/12/2002 | 339.36 | 67.20 |
| 572212 | 07/17/2003 | 79.35 | 79.35 |
| | | A/R BALANCE | $372.55 |

**GRAND TOTAL**.............................................................................................  **$568.55**

W. R. Grace & Co.

August 19, 2003
Invoice 577207  Page 2

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-1070
TELEPHONE (803) 799-2000

For Services Through 07/31/03

Our Matter # 02399/06003
Beaco Road Site

| | | |
|---|---|---|
| Fees for Professional Services | $196.00 | |
| Charges for Other Services Provided/Expenses Incurred | 0.00 | |
| Net current billing for this invoice | | $196.00 |

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 523726 | 09/18/2002 | 116.00 | 116.00 |
| 528960 | 10/20/2002 | 110.00 | 110.00 |
| 532718 | 11/12/2002 | 339.36 | 67.20 |
| 572212 | 07/17/2003 | 79.35 | 79.35 |
| | TOTAL A/R BALANCE | | $372.55 |

GRAND TOTAL ........................ $568.55

## WIRING INSTRUCTIONS

Account Name: Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
ABA#: 053200666
Account #: 04032 24077 01
Bank: National Bank of South Carolina (NBSC), Sumter, SC

## EXHIBIT C

# NELSON

Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
ATTORNEYS AND COUNSELORS AT LAW
TAX ID No. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

August 29, 2003
Invoice 578253 Page 1

Our Matter #          02399/06031                          For Services Through 07/31/03
WR Grace #            001-KL-721490-01-501560
Name of Matter:       Li Tungsten

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 07/01/03 | Review and revise draft memorandum on claims analysis (0.8); analyze relevant caselaw regarding evaluation of claims (1.7); confer with Mr. Stafford regarding several research assignments and issues for expansion of draft memo (0.6); prepare memo to him regarding contractual issues and review response (0.3). | | | |
| | J.M. MELCHERS | 3.40 hrs. | 240.00/hr | $816.00 |
| 07/02/03 | Telephone conference with Ms. Duff regarding communication from PRP concerning intent to disclose documents (0.2); locate documents and review same (0.5); review areas to consider and research with Attorney Melchers (0.4). | | | |
| | B.F. HAWKINS, JR. | 1.10 hrs. | 260.00/hr | $286.00 |
| 07/02/03 | Review memo from PRP counsel regarding planned release of documents in discovery (0.1); review attached confidentiality order and note concerns regarding same (0.3); review file regarding identification of documents referenced by PRP (0.3); review document provisions (0.6). | | | |
| | J.M. MELCHERS | 1.30 hrs. | 240.00/hr | $312.00 |
| 07/02/03 | Prepare for and telephone conference with PRP regarding perceived need for disclosure of documents and concerns about terms of Court's order (0.3); prepare message to PRP counsel regarding documents at issue (0.1); telephone conference with Attorney Carlisle regarding circumstances of preparation of document and witness issues (0.3); prepare for (0.7) and telephone conference with potential witness (0.3); prepare notes from call and determine actions for follow-up (0.2). | | | |
| | J.M. MELCHERS | 1.90 hrs. | 240.00/hr | $456.00 |
| 07/02/03 | Confer with Attorney Melchers regarding confidentiality issues relevant to PRP's plan to produce the document. | | | |
| | R.T. CARLISLE | 0.20 hrs. | 240.00/hr | $48.00 |
| 07/03/03 | Review confidentiality issues for prior documents with Attorney Melchers. | | | |
| | B.F. HAWKINS, JR. | 0.30 hrs. | 260.00/hr | $78.00 |

| 07/03/03 | Review phone message and incoming memo from PRP counsel regarding challenge to disclosure of the document (0.2); analysis of his position and possible responses (0.4); confer with Attorney Hawkins regarding position of PRPs regarding disclosure (0.2); review memo from Ms. Duff regarding disclosure of correspondence and prepare memo to Attorney Hawkins regarding same (0.2); analysis of contract documents of PRP in response to Ms. Duff's request (0.7); and prepare message to her regarding PRP disclosure statement (0.1). | | | |
| --- | --- | --- | --- | --- |
| | J.M. MELCHERS | 1.80 hrs. | 240.00/hr | $432.00 |

| 07/03/03 | Review document language and research disclosure issues (1.1); telephone conference with PRP counsel regarding PRP's rights under document (0.2). | | | |
| --- | --- | --- | --- | --- |
| | J.M. MELCHERS | 1.30 hrs. | 240.00/hr | $312.00 |

| 07/04/03 | Continue to revise memo and update research regarding allegations on liability. | | | |
| --- | --- | --- | --- | --- |
| | D. STAFFORD | 1.20 hrs. | 75.00/hr | $90.00 |

| 07/07/03 | Review and respond on issues surrounding potential objections to disclosure by PRP. | | | |
| --- | --- | --- | --- | --- |
| | B.F. HAWKINS, JR. | 0.40 hrs. | 260.00/hr | $104.00 |

| 07/07/03 | Review and analyze PRP documents (1.8); prepare draft memorandum regarding impacts of disclosure (0.5); review and respond to memo from Attorney Carlisle regarding same (0.1); telephone conference with Attorney Hawkins regarding potential impacts (0.2); several memos and responses regarding litigation documents requested by Ms. Duff (0.3); review memos from PRPs regarding disclosure issues (0.2). | | | |
| --- | --- | --- | --- | --- |
| | J.M. MELCHERS | 3.10 hrs. | 240.00/hr | $744.00 |

| 07/07/03 | Revise and send out memo to Ms. Duff regarding recommendation on document disclosure issues (0.3); review legal analysis memo from Mr. Stafford regarding supporting authority for alleged liability analysis (0.3); review memo from Research Specialist Swaby regarding needed court documents (0.2); review response from Ms. Duff and follow-up regarding terms of document (0.3); review memo from PRP counsel regarding disclosure issues (0.1); analyze legal memoranda from Mr. Stafford regarding material identification issues (0.6); review memo from Attorney Hawkins regarding positions of PRPs on disclosure issues, review notes and prepare response (0.4). | | | |
| --- | --- | --- | --- | --- |
| | J.M. MELCHERS | 2.20 hrs. | 240.00/hr | $528.00 |

| 07/07/03 | Research regarding allegations of liability issues, revise memo and update research regarding same. | | | |
| --- | --- | --- | --- | --- |
| | D. STAFFORD | 2.70 hrs. | 75.00/hr | $202.50 |

| 07/07/03 | Research to locate online briefs filed in case for claims analysis. | | | |
| --- | --- | --- | --- | --- |
| | M. SWABY | 1.30 hrs. | 95.00/hr | $123.50 |

| 07/08/03 | Review issues concerning issue of production of various documents and respond to same. | | | |
| --- | --- | --- | --- | --- |
| | B.F. HAWKINS, JR. | 0.60 hrs. | 260.00/hr | $156.00 |

| 07/08/03 | Prepare memo regarding strategy issues in regard to document disclosure (0.3); review PRP's responses regarding proposed disclosure of documents (0.2); review memo from Attorney Hawkins regarding client position on production (0.1); prepare for and telephone conference with Ms. Duff regarding lodging of objection (0.2); review document and prepare draft memo regarding interpretation of same (0.5). | | | |
| --- | --- | --- | --- | --- |
| | J.M. MELCHERS | 1.30 hrs. | 240.00/hr | $312.00 |

| 07/08/03 | Review and analyze incoming memo from PRP regarding negotiations, discovery status and document requests (0.2); review memo from PRP in response (0.1); confer with Attorney Hawkins regarding past strategy with EPA (0.1); review of relevant terms of document (0.6) and prepare draft response to PRP's memo on document requests (0.7); prepare memo to Ms. Duff regarding proposed response (0.2). | | | |
| --- | --- | --- | --- | --- |
| | J.M. MELCHERS | 1.90 hrs. | 240.00/hr | $456.00 |

| 07/08/03 | Continue to revise memo and work on research regarding CERCLA analysis. | | | |
| --- | --- | --- | --- | --- |
| | D. STAFFORD | 2.00 hrs. | 75.00/hr | $150.00 |

07/09/03    Locate information on prior discussions of potential resolution and provide input on same to
            Attorney Melchers.
            B.F. HAWKINS, JR.                     0.60 hrs.    260.00/hr        $156.00

07/09/03    Review memo from Ms. Duff (0.1); revise draft rebuttal and send to PRPs (0.3); review
            memo from PRP regarding agreement on client's position (0.1); review file documents
            regarding proposal to mediate and categorization of parties (0.7); research on CERCLA
            issues (1.8); further assignment to Mr. Stafford regarding research issues (0.2).
            J.M. MELCHERS                         3.20 hrs.    240.00/hr        $768.00

07/09/03    Review agency documents - ROD, summaries, and orders (2.4); review documents on
            settlement issues with agency (0.7); assignment to Paralegal Jennings regarding indexing of
            documents and review memo from her regarding changes to same (0.3).
            J.M. MELCHERS                         3.40 hrs.    240.00/hr        $816.00

07/09/03    Confer with Attorney Melchers and Mr. Stafford regarding various cases based on prior
            analysis.
            R.T. CARLISLE                         0.40 hrs.    240.00/hr        $96.00

07/09/03    Review correspondence from EPA to get Index Numbers for UAO's per request of Attorney
            Melchers (0.2); file review for UAO's (0.3); search file materials for documents saved to
            system (0.2); discuss same with Attorney Melchers (0.2); telephone call regarding file name
            changes on system (0.4); prepare correspondence to Attorney Melchers with instructions for
            same (0.1).
            L.J. JENNINGS                         1.40 hrs.    110.00/hr        $154.00

07/09/03    Review file documents per instruction of Attorney Melchers and memo to him regarding
            same.
            L.J. JENNINGS                         0.30 hrs.    110.00/hr        $33.00

07/09/03    Continue to revise memo and work on updating research regarding CERCLA analysis (2.1);
            meet with Attorney Hawkins (0.2).
            D. STAFFORD                           2.30 hrs.    75.00/hr         $172.50

07/10/03    Review information on identification of documents and provide input on issues to Attorney
            Melchers.
            B.F. HAWKINS, JR.                     0.70 hrs.    260.00/hr        $182.00

07/10/03    Review documents regarding PRP activity at site at Ms. Duff's instructions on issues to
            address (1.3); prepare draft memo to PRP counsel (0.5); review memo from PRP counsel
            (0.1); review references in document (0.2).
            J.M. MELCHERS                         2.10 hrs.    240.00/hr        $504.00

07/10/03    Review site documents from different sources and 104(e) response (2.7); finalize memo to
            PRP's counsel and get out (0.4).
            J.M. MELCHERS                         3.10 hrs.    240.00/hr        $744.00

07/10/03    Review documents from PRPs and EPA regarding allocation and posture of settlement
            negotiations.
            J.M. MELCHERS                         0.90 hrs.    240.00/hr        $216.00

07/11/03    Review follow-up information from PRP concerning plan to produce documents.
            B.F. HAWKINS, JR.                     0.20 hrs.    260.00/hr        $52.00

07/15/03    Discussion with Attorney Melchers regarding defense of claims.
            B.F. HAWKINS, JR.                     0.20 hrs.    260.00/hr        $52.00

07/15/03     Review correspondence from EPA regarding progress on Administrative Orders, need for
             additional funding, and settlement posture (0.2); review correspondence from PRPs and
             attachments regarding alleged liability and clean-up issues at site (0.1); telephone
             conference with Attorney Hawkins regarding EPA letter (0.2); prepare message to Ms. Duff
             regarding need for discussion of EPA letter (0.1); prepare memo to Attorney Hawkins (0.1).
             J.M. MELCHERS                          0.70 hrs.    240.00/hr            $168.00

07/16/03.    Review claims analysis questions and discuss with Attorney Melchers.
             B.F. HAWKINS, JR.                      0.40 hrs.    260.00/hr            $104.00

07/16/03     Evaluation of PRP and agency positions and contributions (2.6); review and analyze
             proposals and discuss possible negotiation issue with Attorney Hawkins (0.7); prepare
             memo to Ms. Duff regarding agency letter (0.1); review memo from PRP regarding hearing
             issues and prepare follow-up memo to Attorney Carlisle (0.2); prepare and respond to series
             of memos to counsel for PRP (0.3).
             J.M. MELCHERS                          3.90 hrs.    240.00/hr            $936.00

07/17/03     Discussion with Attorney Melchers and Ms. Duff regarding defense of claims.
             B.F. HAWKINS, JR.                      0.90 hrs.    260.00/hr            $234.00

07/17/03     Review documents (0.8); prepare correspondence to potential witness regarding same (0.4).
             J.M. MELCHERS                          1.20 hrs.    240.00/hr            $288.00

07/17/03     Review memos from PRPs regarding hearing and document issues and follow-up (0.3);
             telephone conference with Attorney Hawkins and Ms. Duff regarding claim issues (0.9).
             J.M. MELCHERS                          1.20 hrs.    240.00/hr            $288.00

07/17/03     File review for correspondence with EPA and PRPs in order to create timeline of events.
             L.J. JENNINGS                          2.40 hrs.    110.00/hr            $264.00

07/18/03     Review memo from PRP counsel regarding document request (0.1); review memo from
             Attorney Hawkins regarding identification of site entity and prepare response (0.2).
             J.M. MELCHERS                          0.30 hrs.    240.00/hr             $72.00

07/18/03     Update master index with additional correspondence to support charted entries in time.
             L.J. JENNINGS                          0.10 hrs.    110.00/hr             $11.00

07/21/03     Review and analyze site documents for conference call with client (2.3); review draft timeline
             and summary of EPA documents (0.7); review relevant site history (0.6); review and analyze
             evaluation of alleged liabilities and previously proposed allocation by PRP (1.7).
             J.M. MELCHERS                          5.30 hrs.    240.00/hr          $1,272.00

07/21/03     Begin creation of draft timeline from chart of Li Tungsten information.
             L.J. JENNINGS                          2.80 hrs.    110.00/hr            $308.00

07/22/03     Continue review of information relevant to evaluation of potential claims issues.
             B.F. HAWKINS, JR.                      0.40 hrs.    260.00/hr            $104.00

07/22/03     Review file materials regarding possible deposition of witness (0.6); research expected
             parameters of discovery (0.4); telephone conference with Attorney Carlisle regarding
             evaluation of defense of claims information obtained in investigation (0.3); analyze history of
             site activities (0.8); review draft timeline prepared by Paralegal Jennings and provide
             additional instruction on preparation of same (0.2); review memo regarding hearing (0.1);
             analyze discovery position taken by PRP (0.5); give assignment to Mr. Stafford regarding
             need for analysis of document and discovery positions (0.2).
             J.M. MELCHERS                          3.10 hrs.    240.00/hr            $744.00

07/22/03    Review memo from Paralegal Jennings regarding EPA correspondence and reply to same
            (0.1); review and reply to series of memos regarding planned telephone meeting with Ms.
            Duff and Messrs. Corcoran and Selgel and preparation for same (0.3); review memo from
            Attorney Hawkins regarding issues needing to be researched for same (0.1); review
            information for timeline of EPA activities at site (0.1); evaluate correspondence for same
            (0.2).
            J.M. MELCHERS                        0.80 hrs.    240.00/hr            $192.00

07/22/03    Continue preparation of timeline (2.4); update chart with additional correspondence to
            support timeline (0.2); provide various correspondence between counsel for further review
            by Attorney Melchers (0.2); discuss format of timeline with Attorney Melchers (0.2).
            L.J. JENNINGS                        3.00 hrs.    110.00/hr            $330.00

07/22/03    Continue to revise memo and update research regarding claim defenses (1.3); meet with
            Attorney Melchers regarding document issue (1.2); write memo regarding same.
            D. STAFFORD                          2.40 hrs.    75.00/hr             $180.00

07/23/03    Review legal memo from Mr. Stafford regarding analysis of documents and potential
            responses to PRP (0.4); review and analyze document and evaluate legal positions on same
            (1.2); confer with Mr. Stafford regarding findings and conclusions (0.2); telephone
            conference with PRP counsel regarding positions on document issue (0.4); prepare memo to
            Ms. Duff regarding evaluation of document and recommendations regarding response to
            document issues (0.5).
            J.M. MELCHERS                        2.70 hrs.    240.00/hr            $648.00

07/23/03    Review site and agency documents in preparation for conference call regarding claim
            analysis.
            J.M. MELCHERS                        2.80 hrs.    240.00/hr            $672.00

07/23/03    Create and revise timeline from chart previously created.
            L.J. JENNINGS                        2.40 hrs.    110.00/hr            $264.00

07/24/03    Review response on document issue from Ms. Duff and respond (0.1); evaluate costs for
            court documents needed from closed case and prepare memo regarding same (0.3); review
            docket details from case and determine documents needed for case evaluation (0.6); review
            and analyze interim allocation memorandum (0.6); analyze site historical information (0.3);
            review memos from PRP counsel regarding discovery issues (0.3).
            J.M. MELCHERS                        2.20 hrs.    240.00/hr            $528.00

07/25/03    Research regarding claims (1.7); telephone conference with Research Specialist Swaby
            regarding information needs and additional resources available (0.2); review historical
            documents for timeline preparation (0.7).
            J.M. MELCHERS                        2.60 hrs.    240.00/hr            $624.00

07/25/03    Continue revisions on LI Tungsten timeline, and discuss same with Attorney Melchers.
            L.J. JENNINGS                        0.40 hrs.    110.00/hr            $44.00

07/26/03    Analysis of contracts (4.3); research on contracts (0.5).
            J.M. MELCHERS                        4.80 hrs.    240.00/hr            $1,152.00

07/26/03    Review memo and agency action analysis from Paralegal Jennings and respond to same.
            J.M. MELCHERS                        0.50 hrs.    240.00/hr            $120.00

07/26/03    Review draft timeline and supporting agency documents.
            J.M. MELCHERS                        0.70 hrs.    240.00/hr            $168.00

07/26/03    Finalize timeline and forward to Attorneys Carlisle and Melchers, then forward chart to
            Attorneys Carlisle, Melchers and Hawkins.
            L.J. JENNINGS                        0.60 hrs.    110.00/hr            $66.00

07/28/03    Review information on defense of claims and provide input to Attorneys Melchers and
            Carlisle.

|  |  |  |  |
|---|---|---|---|
| B.F. HAWKINS, JR. | 5.60 hrs. | 260.00/hr | $1,456.00 |

07/28/03 Review documents in preparation for claim analysis discussion (2.3); telephone conference with PRP counsel regarding results of court conference and next steps (0.3); prepare memo regarding same (0.2).
J.M. MELCHERS — 2.80 hrs. 240.00/hr $672.00

07/28/03 Research and evaluation regarding allocation analysis and provide input on claims defense.
J.M. MELCHERS 4.70 hrs. 240.00/hr $1,128.00

07/28/03 Analysis of claims issues.
R.T. CARLISLE 6.80 hrs. 240.00/hr $1,632.00

07/29/03 Review additional information for defense of claims to provide input to client.
B.F. HAWKINS, JR. 1.30 hrs. 260.00/hr $338.00

07/29/03 Prepare memo regarding issues for PRP discussion (0.3); prepare for PRP discussion (0.2); participate in same (0.9); prepare notes (0.3); review and analyze court documents for claims analysis (1.5).
J.M. MELCHERS 3.20 hrs. 240.00/hr $768.00

07/29/03 Prepare for (0.6) and conference call with Ms. Duff and outside counsel regarding defense analysis (0.9); telephone conference with Ms. Duff regarding analysis and results of PRP discussion (0.3); review memo from Ms. Duff (0.1); follow-up research on negotiation options (2.2); follow-up telephone conference with Ms. Duff regarding items for agenda (0.1); confer with Attorney Hawkins regarding strategy for claims defense (1.1); prepare memo to Attorney Carlisle regarding issues for conference call with Ms. Duff and Mr. Corcoran (0.1).
J.M. MELCHERS 5.40 hrs. 240.00/hr $1,296.00

07/29/03 Additional analysis of claims issues and compilation of results of review (1.3); strategize with client and other outside counsel regarding claims issues (1.4).
R.T. CARLISLE 2.70 hrs. 240.00/hr $648.00

07/29/03 Discuss chart with Attorney Carlisle (0.1); fill in chart with information as set out by Attorney Carlisle (0.6); review documents regarding allocation (0.2).
L.J. JENNINGS 0.90 hrs. 110.00/hr $99.00

07/29/03 Follow up on request to obtain briefs from document service provider for Attorney Melchers.
M. SWABY 0.50 hrs. 95.00/hr $47.50

07/30/03 Continue analysis of current and historical information for input on further support for defenses.
B.F. HAWKINS, JR. 2.60 hrs. 260.00/hr $676.00

07/30/03 Provide input to Mr. Corcoran and Ms. Duff concerning assessment of Li Tungsten and possible action forward.
B.F. HAWKINS, JR. 1.40 hrs. 260.00/hr $364.00

07/30/03 Analyze documents and carry out investigation of potential avenues for resolution in preparation for conference call with Mr. Corcoran and Ms. Duff.
J.M. MELCHERS 3.40 hrs. 240.00/hr $816.00

07/30/03 Provide evaluation to Mr. Corcoran and Ms. Duff concerning assessment of Li Tungsten and possible action forward.
J.M. MELCHERS 1.40 hrs. 240.00/hr $336.00

07/30/03 Review memos regarding allocation and prepare memo regarding same (0.4); review memo from Ms. Duff and prepare memo to Attorney Hawkins regarding same (0.1); review article regarding clean-up levels (0.2).
J.M. MELCHERS 0.70 hrs. 240.00/hr $168.00

| | | | |
|---|---|---|---|
| 07/30/03 | Revise chart summarizing features relevant to claims issues (0.3); review pleadings (1.2); analysis of claims issues (0.9); confer with client regarding potential strategies to employ (1.4); additional analysis of strategic issues (0.3). | | |
| | R.T. CARLISLE | 4.10 hrs.   240.00/hr | $984.00 |
| 07/30/03 | File review to locate materials for Attorney Hawkins' preparation for meeting with client. | | |
| | L.J. JENNINGS | 0.30 hrs.   110.00/hr | $33.00 |
| 07/31/03 | Telephone conference with Mr. Garland's office regarding information sought (0.1); review memos from counsel and Ms. Duff regarding planned consultation and respond (0.2); review incoming materials for case analysis (0.3). | | |
| | J.M. MELCHERS | 0.60 hrs.   240.00/hr | $144.00 |
| 07/31/03 | Review site documents and analyze next steps based on discussions from claims defense conference call (0.8); review documents from legal search on same (0.3). | | |
| | J.M. MELCHERS | 1.10 hrs.   240.00/hr | $264.00 |
| 07/31/03 | Review and respond to memos regarding upcoming call on court issues (0.1); review documents for same (0.3). | | |
| | J.M. MELCHERS | 0.40 hrs.   240.00/hr | $96.00 |
| 07/31/03 | Review documents relating to claims issues (0.2); ascertain completeness of review of information relevant to claims issues (0.1). | | |
| | R.T. CARLISLE | 0.30 hrs.   240.00/hr | $72.00 |
| 07/31/03 | Receive and review correspondence setting date and time for conference call between counsel and update calendar with same. | | |
| | L.J. JENNINGS | 0.10 hrs.   110.00/hr | $11.00 |

**Fees for Legal Services** ...........................................................................................................   **$31,381.00**

## BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| J.M. MELCHERS | 87.40 | 240.00 | 20,976.00 |
| B.F. HAWKINS, JR. | 16.70 | 260.00 | 4,342.00 |
| R.T. CARLISLE | 14.50 | 240.00 | 3,480.00 |
| L.J. JENNINGS | 14.70 | 110.00 | 1,617.00 |
| D. STAFFORD | 10.60 | 75.00 | 795.00 |
| M. SWABY | 1.80 | 95.00 | 171.00 |
| TOTAL | 145.70 | $215.38 | $31,381.00 |

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 07/02/2003 | Photocopies 42 Page(s) | 2.10 |
| 07/02/2003 | Photocopies 14 Page(s) | 0.70 |
| 07/02/2003 | Photocopies 10 Page(s) | 0.50 |
| 07/02/2003 | Photocopies 2 Page(s) | 0.10 |
| 07/03/2003 | Photocopies 2 Page(s) | 0.10 |
| 07/09/2003 | Photocopies 3 Page(s) | 0.15 |
| 07/17/2003 | Photocopies 26 Page(s) | 1.30 |
| 07/17/2003 | Photocopies 124 Page(s) | 6.20 |
| 07/25/2003 | Photocopies 14 Page(s) | 0.70 |

| | | |
|---|---|---|
| 07/29/2003 | Photocopies 14 Page(s) | 0.70 |
| 07/30/2003 | Service: FINANCIAL INFORMATION SERVICE; Charge Type: DOCUMENT PRINTING; Quantity: 3.00 | 4.45 |
| 07/30/2003 | Service: FINANCIAL INFORMATION SERVICE; Charge Type: SEARCHES; Quantity: 5.00 | 13.66 |
| 07/30/2003 | Service: NEXIS SERVICE; Charge Type: SEARCHES; Quantity: 3.00 | 16.21 |
| 07/30/2003 | Photocopies 41 Page(s) | 2.05 |

**Total Charges for Other Services Provided/Expenses Incurred** ...................................... **$48.92**

### DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Photocopies | 14.60 |
| Lexis | 34.32 |
| TOTAL | $48.92 |

Net current billing for this Invoice ................................................................... **$31,429.92**

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 518009 | 08/15/2002 | 22.00 | 4.40 |
| 561786 | 05/16/2003 | 706.50 | 706.50 |
| 566106 | 06/12/2003 | 4,354.27 | 4,354.27 |
| 573763 | 08/01/2003 | 16,707.73 | 16,707.73 |
| | | A/R BALANCE | $21,772.90 |

GRAND TOTAL.......................................................................................... **$53,202.82**

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
### NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-1070
TELEPHONE (803) 799-2000

For Services Through 07/31/03

Our Matter # 02399/06031
LI Tungsten

| | | |
|---|---|---|
| Fees for Professional Services | $31,381.00 | |
| Charges for Other Services Provided/Expenses Incurred | 48.92 | |
| Net current billing for this invoice ................................................................. | | **$31,429.92** |

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 518009 | 08/15/2002 | 22.00 | 4.40 |
| 561786 | 05/16/2003 | 706.50 | 706.50 |
| 566106 | 06/12/2003 | 4,354.27 | 4,354.27 |
| 573763 | 08/01/2003 | 16,707.73 | 16,707.73 |
| | TOTAL A/R BALANCE | | $21,772.90 |

GRAND TOTAL ..................................................................................................... **$53,202.82**

### WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

**EXHIBIT D**

# NELSON

Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW
TAX ID No. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

August 19, 2003
Invoice 577208 Page 1

| | | For Services Through 07/31/03 |
|---|---|---|
| Our Matter # | 02399/06032 | |
| WR Grace # | 063-KL-721490-01-0501221 | |
| Name of Matter: | Charleston | |

| | | | | |
|---|---|---|---|---|
| 07/09/03 | Review schedule for activities at Charleston site and discuss with Mr. Bucens. | | | |
| | B.F. HAWKINS, JR. | 0.50 hrs. | 260.00/hr | $130.00 |
| 07/10/03 | Sort mail for filing (0.9); discuss Extranet materials with AA Johnson (0.1); update billing file with fee application information and update correspondence (0.7). | | | |
| | L.J. JENNINGS | 1.70 hrs. | 110.00/hr | $187.00 |

Fees for Legal Services ............................................................................................ **$317.00**

## BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.F. HAWKINS, JR. | 0.50 | 260.00 | 130.00 |
| L.J. JENNINGS | 1.70 | 110.00 | 187.00 |
| TOTAL | 2.20 | $144.09 | $317.00 |

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 07/09/2003 | Telephone 1-978-952-6847 | 0.28 |
| 07/22/2003 | Photocopies 2 Page(s) | 0.10 |
| 07/22/2003 | Photocopies 108 Page(s) | 5.40 |
| 07/22/2003 | Photocopies 84 Page(s) | 4.20 |
| Total Charges for Other Services Provided/Expenses Incurred .................................. | | **$9.98** |

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Photocopies | 9.70 |
| Telephone | 0.28 |

W. R. Grace & Co.

August 19, 2003
Invoice 577208  Page 2

| Description | Dollars |
|---|---|
| TOTAL | $9.98 |

Net current billing for this invoice ........................................................................ $326.98

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 523730 | 09/23/2002 | 4,117.61 | 4,117.61 |
| 528963 | 10/20/2002 | 1,344.55 | 1,344.55 |
| 532720 | 11/12/2002 | 4,527.42 | 898.40 |
| 538208 | 12/13/2002 | 1,553.30 | 303.20 |
| 545000 | 01/24/2003 | 7,344.80 | 7,344.80 |
| 557816 | 04/16/2003 | 861.49 | 440.38 |
| 561787 | 05/16/2003 | 725.30 | 131.95 |
| | | A/R BALANCE | $14,580.89 |

GRAND TOTAL.................................................................................................................... $14,907.87

W. R. Grace & Co.

August 19, 2003
Invoice 577208  Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-1070
TELEPHONE (803) 799-2000

For Services Through 07/31/03

Our Matter # 02399/06032
Charleston

| | | |
|---|---|---|
| Fees for Professional Services | $317.00 | |
| Charges for Other Services Provided/Expenses Incurred | 9.98 | |
| Net current billing for this Invoice ................................................................... | | **$326.98** |

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 523730 | 09/23/2002 | 4,117.61 | 4,117.61 |
| 528963 | 10/20/2002 | 1,344.55 | 1,344.55 |
| 532720 | 11/12/2002 | 4,527.42 | 898.40 |
| 538208 | 12/13/2002 | 1,553.30 | 303.20 |
| 545000 | 01/24/2003 | 7,344.80 | 7,344.80 |
| 557816 | 04/16/2003 | 861.49 | 440.38 |
| 561787 | 05/16/2003 | 725.30 | 131.95 |
| | TOTAL A/R BALANCE | | $14,580.89 |

GRAND TOTAL................................................................................................................ **$14,907.87**

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

**EXHIBIT E**

# NELSON

Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

### NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW
TAX ID NO. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

August 19, 2003
Invoice 577209 Page 1

Our Matter #          02399/06091                    For Services Through 07/31/03
Name of Matter:       Fee Applications

| | | | | |
|---|---|---|---|---|
| 07/08/03 | Review memo from Attorney Hawkins regarding status of Fee Applications, prepare recommendation (0.3); review memorandum regarding recommendation and respond (0.1). | | | |
| | J.M. MELCHERS | 0.40 hrs. | 240.00/hr | $96.00 |
| 07/10/03 | Discuss Extranet materials with AA Johnson and locate materials for review. | | | |
| | L.J. JENNINGS | 0.50 hrs. | 110.00/hr | $55.00 |
| 07/15/03 | Review memo from Attorney Hawkins regarding fee application and respond. | | | |
| | J.M. MELCHERS | 0.10 hrs. | 240.00/hr | $24.00 |
| 07/16/03 | Review of files and documents regarding monthly and quarterly fee applications (3.7); confer with Attorney Hawkins regarding past filings (0.4); prepare memorandum regarding open issues (0.4); telephone conference with Attorney Cauthen regarding fee application filing issues (0.2). | | | |
| | J.M. MELCHERS | 4.70 hrs. | 240.00/hr | $1,128.00 |
| 07/17/03 | Review memo from Ms. Vernon regarding Fee Application meeting. | | | |
| | J.M. MELCHERS | 0.10 hrs. | 240.00/hr | $24.00 |
| 07/18/03 | Review file documents for preparation of fee application. | | | |
| | J.M. MELCHERS | 0.30 hrs. | 240.00/hr | $72.00 |
| 07/22/03 | Review files regarding fee applications, court filings and responses to same (2.4); assignments to Paralegal Jennings regarding organization and review of fee application materials and PACER review (0.3); confer with Attorney Cauthen regarding bankruptcy filing procedures and status (0.6); prepare memo to Attorney Burn regarding assignment on fee applications (0.2); prepare phone message to Mr. Cleary (0.1); review memo from Attorney Burn regarding assignment and reply to same (0.2). | | | |
| | J.M. MELCHERS | 3.80 hrs. | 240.00/hr | $912.00 |
| 07/22/03 | Assist Attorney Melchers in beginning to organize Fee Application materials sent from Charleston office. | | | |
| | L.J. JENNINGS | 0.80 hrs. | 110.00/hr | $88.00 |
| 07/23/03 | Review memo from Paralegal Jennings regarding docket and respond, review reply (0.2), review documents in preparation for meeting with Bankruptcy Attorney Burn (0.7). | | | |

W. R. Grace & Co.

August 19, 2003
Invoice 577209 Page 2

|  |  |  |  |  |
|---|---|---|---|---|
|  | J.M. MELCHERS | 0.90 hrs. | 240.00/hr | $216.00 |

07/23/03    PACER research to print entire docket for case no. 01-01139.
L.J. JENNINGS                    0.70 hrs.    110.00/hr          $77.00

07/24/03    Review court correspondence and invoices for filing (0.6); review edits (0.1); assignment to
Attorney Burn regarding contact with local counsel and fee application work needed (0.4).
J.M. MELCHERS                    1.10 hrs.    240.00/hr          $264.00

07/24/03    Meet with Attorney Melchers to discuss fee application process (0.3); begin review of current
outstanding fee apps and other information to determine status of file (0.5).
B.J. BURN                        0.80 hrs.    180.00/hr          $144.00

07/24/03    Meet with Attorneys Hawkins and Burn regarding status of fee applications file, as well as
strategy to update same.
L.J. JENNINGS                    0.50 hrs.    110.00/hr          $55.00

07/28/03    Review files and court filings for preparation of fee applications (1.9); prepare memo to
Attorney Burn regarding status and work needed (0.3).
J.M. MELCHERS                    2.20 hrs.    240.00/hr          $528.00

07/28/03    Contact local counsel regarding fee application status and process (0.2); review billing for
information needed to complete April fee application (0.3).
B.J. BURN                        0.50 hrs.    180.00/hr          $90.00

07/29/03    Follow up with co-counsel regarding fee application package.
B.J. BURN                        0.10 hrs.    180.00/hr          $18.00

07/30/03    Review database for documentation on monthly applications (0.4); review memo regarding
revisions to same (0.1); review memo from Attorney Burn regarding edits (0.1).
J.M. MELCHERS                    0.60 hrs.    240.00/hr          $144.00

**Fees for Legal Services** ................................................................................................ **$3,935.00**

## BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| J.M. MELCHERS | 14.20 | 240.00 | 3,408.00 |
| B.J. BURN | 1.40 | 180.00 | 252.00 |
| L.J. JENNINGS | 2.50 | 110.00 | 275.00 |
| TOTAL | 18.10 | 217.40 | 3,935.00 |

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 07/02/2003 | Fed Ex | 13.17 |
| 07/02/2003 | VENDOR: Federal Express; INVOICE#: 477617639; DATE: 7/2/2003-06/13/03 | 49.52 |
| 07/02/2003 | Photocopies 1 Page(s) | 0.05 |
| 07/07/2003 | To: Federal Express for shipping charge on 06/13/03 | 39.85 |
| 07/22/2003 | Photocopies 17 Page(s) | 0.85 |
| 07/22/2003 | Photocopies 24 Page(s) | 1.20 |
| 07/22/2003 | Photocopies 10 Page(s) | 0.50 |
| 07/24/2003 | Photocopies 90 Page(s) | 4.50 |

W. R. Grace & Co.

August 19, 2003
Invoice 577209 Page 3

Total Charges for Other Services Provided/Expenses Incurred ..................................... **$109.64**

## DISBURSEMENT SUMMARY

| Description | Dollars |
| --- | --- |
| Photocopies | 7.10 |
| Federal Express | 89.37 |
| Fed Ex | 13.17 |
| TOTAL | $109.64 |

Net current billing for this Invoice ............................................................................... **$4,044.64**

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
| --- | --- | --- | --- |
| 518011 | 08/15/2002 | 8,627.57 | 1,684.10 |
| 523731 | 09/18/2002 | 3,785.51 | 740.40 |
| 528964 | 10/22/2002 | 5,243.32 | 1,029.60 |
| 533401 | 11/18/2002 | 3,562.00 | 705.10 |
| 538209 | 12/18/2002 | 2,804.99 | 2,804.99 |
| 545861 | 01/24/2003 | 1,950.69 | 1,950.69 |
| 549990 | 02/24/2003 | 1,845.08 | 1,845.08 |
| 553420 | 03/18/2003 | 1,021.63 | 1,021.63 |
| 557815 | 04/16/2003 | 1,999.08 | 1,999.08 |
| 561788 | 05/19/2003 | 1,703.26 | 1,703.26 |
| 566107 | 06/09/2003 | 1,645.89 | 1,645.89 |
| 572213 | 07/17/2003 | 792.20 | 792.20 |
| | | A/R BALANCE | $17,922.02 |

GRAND TOTAL.......................................................................................................... **$21,966.66**

W. R. Grace & Co.

August 19, 2003
Invoice 577209  Page 4

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-1070
TELEPHONE (803) 799-2000

For Services Through 07/31/03

Our Matter # 02399/06091
Fee Applications

Fees for Professional Services                                    $3,935.00
Charges for Other Services Provided/Expenses Incurred            $109.64

Net current billing for this invoice ..........................................................            $4,044.64

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 518011 | 08/15/2002 | 8,627.57 | 1,684.10 |
| 523731 | 09/18/2002 | 3,785.51 | 740.40 |
| 528964 | 10/22/2002 | 5,243.32 | 1,029.60 |
| 533401 | 11/18/2002 | 3,562.00 | 705.10 |
| 538209 | 12/18/2002 | 2,804.99 | 2,804.99 |
| 545861 | 01/24/2003 | 1,950.69 | 1,950.69 |
| 549990 | 02/24/2003 | 1,845.08 | 1,845.08 |
| 553420 | 03/18/2003 | 1,021.63 | 1,021.63 |
| 557815 | 04/16/2003 | 1,999.08 | 1,999.08 |
| 561788 | 05/19/2003 | 1,703.26 | 1,703.26 |
| 566107 | 06/09/2003 | 1,645.89 | 1,645.89 |
| 572213 | 07/17/2003 | 792.20 | 792.20 |
| | TOTAL A/R BALANCE | | $17,922.02 |

GRAND TOTAL...................................................................................            $21,966.66

### WIRING INSTRUCTIONS

Account Name: Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
ABA#: 053200666
Account #: 04032 24077 01
Bank: National Bank of South Carolina (NBSC), Sumter, SC

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., <u>et al.</u>,[1] | ) | Case No. 01-01139(JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

## <u>VERIFICATION</u>

Bernard F. Hawkins, Jr., after being duly sworn according to law, deposes and says as follows:

1.    I am a partner with the applicant firm, Nelson Mullins Riley & Scarborough, L.L.P and I am a member in good standing of the bar of the State of South Carolina.

2.    I have personally performed certain of, and overseen the legal services rendered by Nelson Mullins Riley & Scarborough, LLP as special litigation and environmental

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc, (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II.Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

counsel to the Debtors and am thoroughly familiar with all other work performed on behalf of

the Debtors by the lawyers and other persons in the firm.

        3.    The facts set forth in the foregoing Application are true and correct to

the best of my knowledge, information and belief.

                             _____
                             Bernard F. Hawkins, Jr.

SWORN to and subscribed before me

this 29 day of August , 2003

_____(L.S.)

Notary Public for South Carolina

My Commission Expires: 9/3/09