## EXHIBIT B

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objections due: |
| | | Hearing date:  To be scheduled, only if objections are timely filed and served. |

## SUMMARY OF APPLICATION OF NELSON MULLINS RILEY & SCARBOROUGH, L.L.P. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO W. R. GRACE & CO., ET AL., FOR THE FIRST INTERIM PERIOD, FROM AUGUST 1 THROUGH AUGUST 31, 2003, FOR THE QUARTER OF JULY 2003 – SEPTEMBER 2003

Name of Applicant: **Nelson Mullins Riley & Scarborough, L.L.P.**

Authorized to Provide Professional Services to: **W. R. Grace & Co., et al., Debtors and Debtors-in-Possession**

Date of Retention: **July 19, 2001**

Period for which compensation and reimbursement is sought: **August 1, 2003 through August 31, 2003**

Amount of Compensation sought as actual, reasonable, and necessary: **$27,487.00**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Amount of expense reimbursement sought as
actual, reasonable, and necessary: **$932.61 for the period**

This is a __x__ monthly _ interim ___ final application.

The total time expended for the preparation of this application is approximately
(8.9) hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $ (1296.00).

Prior fee applications:

| Date Filed | Period Covered | Requested Fees | Expenses | Approved Fees | Expenses |
|---|---|---|---|---|---|
| October 17, 2001 | July 19, 2001 – July 31, 2001 | $28,316.50 | $234.68 | $22,653.20 | $234.68 |
| October 17, 2001 | August 1, 2001- August 31, 2001 | $69,119.50 | $1,196.84 | $55,295.60 | $1,196.84 |
| October 17, 2001 | May 1, 2001- June 30, 2001 | $113,762.50 | $2,155.05 | $91,010.00 | $2,155.05 |
| December 19, 2001 | October 1, 2001- October 31, 2001 | $67,906.50 | $1,348.82 | $54,325.20 | $1,348.82 |
| January 23, 2002 | November 1, 2001- November 30, 2001 | $26,792.00 | $168.41 | $21,433.60 | $168.41 |
| February 26, 2002 | December 1, 2001- December 31, 2001 | $24,895.00 | $673.51 | $19,916.00 | $673.51 |
| May 1, 2002 | January 1, 2002- January 31, 2002 | $21,009.00 | $147.52 | $16,807.20 | $147.52 |
| June 18, 2002 | February 1, 2002- February 28, 2002 | $24,897.00 | $122.30 | $19,917.60 | $122.30 |
| June 18, 2002 | March 1, 2002 – March 31, 2002 | $17,003.00 | $52.22 | $13,602.40 | $52.22 |
| June 25, 2002 | September 1, 2001- September 30, 2001 | $31,625.50 | $488.83 | $25,300.40 | $488.83 |
| June 25, 2002 | April 1, 2002-April 30, 2002 | $17,827.00 | $345.71 | $14,261.60 | $345.71 |
| June 26, 2002 | January 1, 2002- March 31, 2002 | $62,909.00 | $322.04 | $62,909.00 | $322.04 |
| July 2, 2002 | May 1, 2002-May 31, 2002 | $27,070.00 | $177.64 | $21,656.00 | $177.64 |
| August 14, 2002 | June 1, 2002 – June 30, 2002 | $15,496.50 | $178.39 | $12,397.20 | $178.39 |
| August 29, 2002 | July 1, 2002 – July 31, 2002 | $18,481.50 | $225.82 | $14,785.20 | $225.82 |

2

| September 3, 2002 | July 19, 2001 – September 30, 2001 | $129,061.50 | $1,920.35 | $129,061.50 | $1,920.35 |
|---|---|---|---|---|---|
| September 3, 2002 | October 1, 2001 – December 31, 2001 | $119,593.50 | $2,190.74. | $119,593.50 | $2,190.74 |
| September 20, 2002 | April 1, 2002 – June 30, 2002 | $60,393.50 | $701.74 | $60,393.50 | $701.74 |
| October 8, 2002 | August 1, 2002 – August 31, 2002 | $10,363.00 | $169.79 | $8,290.40 | $169.79 |
| October 30, 2002 | September 1, 2002 – September 30, 2002 | $11,114.00 | $221.89 | $8,891.20 | $221.89 |
| November 27, 2002 | July 1, 2002 – September 30, 2002 | $39,958.50 | $615.50 | $35,771.00 | $615.50 |
| December 11, 2002 | October 1, 2002 – October 31, 2002 | $8,498.50 | $75.28 | $6,798.80 | $75.28 |
| December 26, 2002 | November 1, 2002 – November 30, 2002 | $4,241.00 | $117.29 | $3,392.80 | $117.29 |
| February 6, 2003 | December 1, 2002 – December 31, 2002 | $9,298.50 | $97.20 | $7,438.80 | $97.20 |
| March 4, 2003 | January 1, 2003 – January 31, 2003 | $6,026.50 | $24.91 | $4,821.20 | $24.91 |
| March 27, 2003 | February 1-February 28, 2003 | $5,473.50 | $52.58 . | $4,378.80 | $52.58 |
| April 8, 2003 | October 1, 2002 – December 31, 2002 | $22,038.00 | $289.77 | $22,038.00 | $289.77 |
| May 9, 2003 | March 1, 2003 – March 31, 2003 | $5,424.00 | $64.16 | $4,339.20 | $64.16 |
| September 9, 2003 | January 1, 2003 – March 31, 2003 | $12,407.00 | $141.65 | $16,924.00 | $146.65 |
| August 22, 2003 | April 1, 2003 – April 30, 2003 | $7,868.00 | $64.88 | $6294.40 | $64.88 |
| September 9, 2003 | May 1, 2003 – May 31, 2003 | $8143.50 | $88.14 | $6,514.80 | $88.14 |
| September 5, 2003 | June 1, 2003 – June 30, 2003 | $17,705.00 | $291.20 | $14,164.00 | $291.20 |
| September 9, 2003 | April 1, 2003 – June 30, 2003 | $33,761.05 | $444.22 | Pending | Pending |
| September 6, 2003 | July 1, 2003 – July 31, 2003 | $36,321.00 | $241.39 | $29,056.80 | $241.39 |

3

The Nelson Mullins Riley & Scarborough, L.L.P. attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Rose-Marie T. Carlisle | Of-Counsel | 19 years | Environmental | $240.00 | 21.40 | $5136.00 |
| Bernard F. Hawkins, Jr. | Partner | 13 years | Environmental | $260.00 | 8.70 | $2262.00 |
| Joseph M. Melchers | Partner | 14 years | Environmental | $240.00 | 66.30 | $15912.00 |
| Betsy Burn | Associate | 3 years | Bankruptcy | $180.00 | 5.30 | $954.00 |

Grand Total for Fees: $24,264.00
Blended Rate:          $238.58

The Nelson Mullins Riley & Scarborough, L.L.P. paraprofessionals who rendered professional services in these cases during the Fee Period are:

| | | | | | | |
|---|---|---|---|---|---|---|
| Laurie J. Jennings | Paralegal | 2 years | Environmental | $110.00 | 29.30 | $3223.00 |

Grand Total for Fees:     $3223.00
Blended Rate:             $110.00

| Matter Number | Matter | Total Hours | Total Fees Requested |
|---|---|---|---|
| 02399/06003 | Beaco Road | 2.00 | $384.00 |
| 02399/06011 | Enoree Site Management | 3.70 | $828.00 |
| 02399/06030 | Aiken-Title V Permit App. Issues | 1.30 | $268.00 |
| 02399/06031 | Li Tungsten | 39.70 | $9,564.00 |
| 02399/06032 | Charleston | 15.80 | $3,870.00 |
| 02399/06091 | Fee Applications | 68.50 | $12,573.00 |
| TOTAL | | 131.00 | $27,487.00 |

4

Expense Summary

| Description | Amount |
|---|---|
| Telephone | $ 13.53 |
| Photocopies | $69.25 |
| Outside Services | $ 849.83 |
| Total | $ 932.61 |

**EXHIBIT A**

# NELSON

Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW
TAX ID NO. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.                                                September 18, 2003
ATTN: Lydia Duff, Esq.                                          Invoice 581923  Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

Our Matter #          02399/06003                      For Services Through 08/30/03
WR Grace #            063-KL-721490-01-501270
Name of Matter:       Beaco Road Site

| | | | | |
|---|---|---|---|---|
| 08/26/03 | Discussion and assignment to Attorney Melchers regarding review of claims documents provided from PRP Group. | | | |
| | B.F. HAWKINS, JR. | 0.40 hrs. | 260.00/hr | $104.00 |
| 08/26/03 | Confer with Attorney Hawkins regarding status of site and evaluation needs (0.4); begin review of documents for same (0.4). | | | |
| | J.M. MELCHERS | 0.80 hrs. | 240.00/hr | $192.00 |
| 08/26/03 | Attend conference with Attorneys Melchers and Hawkins regarding claim information update due. | | | |
| | L.J. JENNINGS | 0.30 hrs. | 110.00/hr | $33.00 |
| 08/28/03 | Collate PRP Agreement, most recent Feasibility study and claims file for Attorney Melchers review (0.4); discuss same with Attorney Melchers (0.1). | | | |
| | L.J. JENNINGS | 0.50 hrs. | 110.00/hr | $55.00 |

**Fees for Legal Services** ........................................................................................ **$384.00**

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| J.M. MELCHERS | 0.80 | 240.00 | 192.00 |
| B.F. HAWKINS, JR. | 0.40 | 260.00 | 104.00 |
| L.J. JENNINGS | 0.80 | 110.00 | 88.00 |
| TOTAL | 2.00 | $192.00 | $384.00 |

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

08/28/2003     Photocopies 1 Page(s)                                                           0.05
**Total Charges for Other Services Provided/Expenses Incurred** ..................................... **$0.05**

W. R. Grace & Co.

September 18, 2003
Invoice 581923  Page 2

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Photocopies | 0.05 |
| TOTAL | $0.05 |

**Net current billing for this invoice** .......................................................................... **$384.05**

| ACCOUNTS RECEIVABLE RECAP | | | |
|---|---|---|---|
| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
| 523726 | 09/18/2002 | 116.00 | 116.00 |
| 528960 | 10/20/2002 | 110.00 | 110.00 |
| 532718 | 11/12/2002 | 339.36 | 67.20 |
| 572212 | 07/17/2003 | 79.35 | 79.35 |
| 577207 | 08/19/2003 | 196.00 | 196.00 |
| | | A/R BALANCE | $568.55 |

**GRAND TOTAL**............................................................................................................................ **$952.60**

W. R. Grace & Co.

September 18, 2003
Invoice 581923  Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER I I009
COLUMBIA, SOUTH CAROLINA  2921 I-1070
TELEPHONE (803) 799-2000

For Services Through 08/30/03

Our Matter # 02399/06003
Beaco Road Site

| | |
|---|---|
| Fees for Professional Services | $384.00 |
| Charges for Other Services Provided/Expenses Incurred | 0.05 |
| **Net current billing for this invoice** ................................................................ | **$384.05** |

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 523726 | 09/18/2002 | 116.00 | 116.00 |
| 528960 | 10/20/2002 | 110.00 | 110.00 |
| 532718 | 11/12/2002 | 339.36 | 67.20 |
| 572212 | 07/17/2003 | 79.35 | 79.35 |
| 577207 | 08/19/2003 | 196.00 | 196.00 |
| | TOTAL A/R BALANCE | | $568.55 |

**GRAND TOTAL**........................................................................................................  **$952.60**

## WIRING INSTRUCTIONS

**Account Name:**  Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:**  053200666
**Account #:**  04032 24077 01
**Bank:**  National Bank of South Carolina (NBSC), Sumter, SC

## EXHIBIT B

# NELSON

Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW
TAX ID No. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA  29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.
ATTN: Robert A. Emmett, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

September 22, 2003
Invoice 581868 Page  1

| Our Matter # | 02399/06011 | For Services Through 08/30/03 |
|---|---|---|
| WR Grace # | 001-KL-721200-00-400107 | |
| Name of Matter: | Enoree Site Management | |

| 08/08/03 | Discussion with Mr. O'Connell concerning water conditions at Enoree (0.4); discussion with Mr. O'Connell and Ms. Betterton at DHEC concerning water issues (0.5); follow-up discussions with Mr. O'Connell regarding response from DHEC (0.4); follow-up calls to DHEC (0.9). | | | |
|---|---|---|---|---|
| | B.F. HAWKINS, JR. | 2.20 hrs. | 260.00/hr | $572.00 |
| 08/08/03 | Telephone conversation with Attorney Hawkins and Mr. O'Connell regarding recent Order from DHEC (0.1); receive and review facsimile from Mr. O'Connell for consistency (0.7). | | | |
| | L.J. JENNINGS | 0.80 hrs. | 110.00/hr | $88.00 |
| 08/11/03 | Confer with Attorney Hawkins regarding water issues (0.2); confer with Mr. O'Connell regarding same (0.3); review file on issues (0.2). | | | |
| | R.T. CARLISLE | 0.70 hrs. | 240.00/hr | $168.00 |

**Fees for Legal Services** ............................................................................................... **$828.00**

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.F. HAWKINS, JR. | 2.20 | 260.00 | 572.00 |
| R.T. CARLISLE | 0.70 | 240.00 | 168.00 |
| L.J. JENNINGS | 0.80 | 110.00 | 88.00 |
| TOTAL | 3.70 | $223.78 | $828.00 |

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| 08/11/2003 | Photocopies 40 Page(s) | 2.00 |
|---|---|---|
| 08/26/2003 | Telephone 8036489575, | 0.21 |

**Total Charges for Other Services Provided/Expenses Incurred** ...................................... **$2.21**

W. R. Grace & Co.

September 22, 2003
Invoice 581868  Page 2

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Photocopies | 2.00 |
| Telephone | 0.21 |
| TOTAL | $2.21 |

**Net current billing for this invoice** .......................................................................... **$830.21**

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 528961 | 10/20/2002 | 146.92 | 28.80 |
| 553417 | 03/18/2003 | 3,115.50 | 3,115.50 |
| 561785 | 05/16/2003 | 4,418.99 | 4,418.99 |
| 566105 | 06/12/2003 | 848.77 | 848.77 |
|  |  | A/R BALANCE | $8,412.06 |

**GRAND TOTAL**................................................................................................................... **$9,242.27**

W. R. Grace & Co.

September 22, 2003
Invoice 581868  Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-1070
TELEPHONE (803) 799-2000

For Services Through 08/30/03

Our Matter # 02399/06011
Enoree Site Management

| | | |
|---|---|---|
| Fees for Professional Services | $828.00 | |
| Charges for Other Services Provided/Expenses Incurred | 2.21 | |
| Net current billing for this invoice ................................................................. | | **$830.21** |

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 528961 | 10/20/2002 | 146.92 | 28.80 |
| 553417 | 03/18/2003 | 3,115.50 | 3,115.50 |
| 561785 | 05/16/2003 | 4,418.99 | 4,418.99 |
| 566105 | 06/12/2003 | 848.77 | 848.77 |
| | TOTAL A/R BALANCE | | $8,412.06 |

GRAND TOTAL..................................................................................................................   **$9,242.27**

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

**EXHIBIT C**

# NELSON

Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW
TAX ID No. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

September 22, 2003
Invoice 581866  Page 1

| Our Matter # | 02399/06030 | For Services Through 08/30/03 |
|---|---|---|
| WR Grace # | 032-KL-721400-00-5250472 | |
| Name of Matter: | Aiken-Title V Permit App. Iss | |

| 08/20/03 | Confer with Attorney Hawkins regarding permit issues. | | | |
|---|---|---|---|---|
| | R.T. CARLISLE | 0.20 hrs. | 240.00/hr | $48.00 |
| 08/27/03 | Review Title V permit questions. | | | |
| | B.F. HAWKINS, JR. | 0.40 hrs. | 260.00/hr | $104.00 |
| 08/27/03 | Confer with Mr. Fishel regarding routine reporting requirements and identify issues relating to same for Attorney Hawkins. | | | |
| | R.T. CARLISLE | 0.30 hrs. | 240.00/hr | $72.00 |
| 08/29/03 | Collate materials requested from Attorney Carlisle (0.3); discuss same with her (0.1). | | | |
| | L.J. JENNINGS | 0.40 hrs. | 110.00/hr | $44.00 |

Fees for Legal Services ............................................................................................... **$268.00**

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.F. HAWKINS, JR. | 0.40 | 260.00 | 104.00 |
| R.T. CARLISLE | 0.50 | 240.00 | 120.00 |
| L.J. JENNINGS | 0.40 | 110.00 | 44.00 |
| TOTAL | 1.30 | $206.15 | $268.00 |

W. R. Grace & Co.

September 22, 2003
Invoice 581866  Page 2

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

08/29/2003      Photocopies 92 Page(s)                                                    4.60
**Total Charges for Other Services Provided/Expenses Incurred** ...................................    **$4.60**

### DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Photocopies | 4.60 |
| TOTAL | $4.60 |

**Net current billing for this invoice** ..........................................................................    **$272.60**

| ACCOUNTS RECEIVABLE RECAP | | | |
|---|---|---|---|
| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
| 528962 | 10/20/2002 | 4,258.97 | 1,659.36 |
| | | A/R BALANCE | $1,659.36 |

**GRAND TOTAL**.......................................................................................................................    **$1,931.96**

W. R. Grace & Co.

September 22, 2003
Invoice 581866  Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
### NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-1070
TELEPHONE (803) 799-2000

For Services Through 08/30/03

Our Matter # 02399/06030
Aiken-Title V Permit App. Iss

| | | |
|---|---|---|
| Fees for Professional Services | $268.00 | |
| Charges for Other Services Provided/Expenses Incurred | 4.60 | |
| Net current billing for this invoice .................................................................. | | **$272.60** |

| ACCOUNTS RECEIVABLE RECAP | | | |
|---|---|---|---|
| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
| 528962 | 10/20/2002 | 4,258.97 | 1,659.36 |
| | TOTAL A/R BALANCE | | $1,659.36 |

**GRAND TOTAL**...................................................................................................................    **$1,931.96**

## WIRING INSTRUCTIONS

**Account Name:**  Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:**  053200666
**Account #:**  04032 24077 01
**Bank:**  National Bank of South Carolina (NBSC), Sumter, SC

## EXHIBIT D

# NELSON

Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW

TAX ID NO. 57-0215445

POST OFFICE BOX 11070

COLUMBIA, SOUTH CAROLINA 29211

TELEPHONE (803) 799-2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

September 22, 2003
Invoice 582315 Page 1

| Our Matter # | 02399/06031 | For Services Through 08/30/03 |
| WR Grace # | 001-KL-721490-01-501560 | |
| Name of Matter: | Li Tungsten | |

| | | | | |
|---|---|---|---|---|
| 08/01/03 | Consider impact of developments and changes in case status and provide input on same to Attorney Melchers. | | | |
| | B.F. HAWKINS, JR. | 0.40 hrs. | 260.00/hr | $104.00 |
| 08/01/03 | Review memo from PRP counsel regarding fellow PRP counsel (0.1); discuss impacts of same with Attorney Carlisle (0.3); research information on other PRP counsel (0.8); analyze impact of developments and discuss same with Attorney Hawkins (0.4); prepare memo to Ms. Duff regarding impacts (0.5). | | | |
| | J.M. MELCHERS | 2.10 hrs. | 240.00/hr | $504.00 |
| 08/01/03 | Review research memos from Mr. Stafford regarding several claims analysis issues. | | | |
| | J.M. MELCHERS | 0.70 hrs. | 240.00/hr | $168.00 |
| 08/04/03 | Prepare for (0.8) and conference call with Mesdames Baer and Duff and Mr. Corcoran regarding potential claims issues (0.7); analyze next steps regarding negotiations (1.1); telephone call with Ms. Smith regarding forum issues (0.2). | | | |
| | J.M. MELCHERS | 2.80 hrs. | 240.00/hr | $672.00 |
| 08/05/03 | Extended telephone conference with Ms. Smith regarding forum issues (0.7); notes on same (0.1); research background and prepare memorandum to Ms. Duff regarding forum issues (0.7); prepare memo to Ms. Smith and review response (0.3). | | | |
| | J.M. MELCHERS | 1.80 hrs. | 240.00/hr | $432.00 |
| 08/06/03 | Review response from Ms. Duff regarding forum issues (0.1); review research regarding potential claims analysis issues (1.9); prepare memo to Attorney Carlisle regarding additional research (0.2). | | | |
| | J.M. MELCHERS | 2.20 hrs. | 240.00/hr | $528.00 |
| 08/08/03 | Telephone conference with Ms. Duff regarding PRP issues and impacts of same. | | | |
| | J.M. MELCHERS | 0.20 hrs. | 240.00/hr | $48.00 |
| 08/11/03 | Review site documents in preparation for potential witness interview. | | | |
| | J.M. MELCHERS | 2.80 hrs. | 240.00/hr | $672.00 |

W. R. Grace & Co.

September 22, 2003
Invoice 582315  Page 2

| 08/11/03 | Review notes for PRP conference call and evaluate for negotiation follow-up. | | | |
|---|---|---|---|---|
| | J.M. MELCHERS | 0.80 hrs. | 240.00/hr | $192.00 |

| 08/12/03 | Review, analyze and revise memo regarding claims analysis. | | | |
|---|---|---|---|---|
| | J.M. MELCHERS | 2.70 hrs. | 240.00/hr | $648.00 |

| 08/13/03 | Evaluate documents regarding claims analysis and strategy. | | | |
|---|---|---|---|---|
| | J.M. MELCHERS | 1.30 hrs. | 240.00/hr | $312.00 |

| 08/19/03 | Review documents and prepare draft statement for negotiation (2.3); prepare memo regarding claims and analysis issues (0.4); conference with Attorney Carlisle regarding potential witness issues (0.1). | | | |
|---|---|---|---|---|
| | J.M. MELCHERS | 2.80 hrs. | 240.00/hr | $672.00 |

| 08/20/03 | Evaluation of file materials for claims analysis. | | | |
|---|---|---|---|---|
| | J.M. MELCHERS | 3.20 hrs. | 240.00/hr | $768.00 |

| 08/23/03 | Review and provide input on status of site analysis and actions forward. | | | |
|---|---|---|---|---|
| | B.F. HAWKINS, JR. | 1.10 hrs. | 260.00/hr | $286.00 |

| 08/26/03 | Review documents for claims analysis. | | | |
|---|---|---|---|---|
| | J.M. MELCHERS | 1.30 hrs. | 240.00/hr | $312.00 |

| 08/27/03 | Review of documents for analysis of claims issues. | | | |
|---|---|---|---|---|
| | J.M. MELCHERS | 1.80 hrs. | 240.00/hr | $432.00 |

| 08/27/03 | Additional work on identifying information to be obtained to address potential claims issues. | | | |
|---|---|---|---|---|
| | R.T. CARLISLE | 3.60 hrs. | 240.00/hr | $864.00 |

| 08/28/03 | Continue work on identifying additional information needed to address potential claims issues. | | | |
|---|---|---|---|---|
| | R.T. CARLISLE | 2.00 hrs. | 240.00/hr | $480.00 |

| 08/29/03 | Review status update on activity. | | | |
|---|---|---|---|---|
| | B.F. HAWKINS, JR. | 0.30 hrs. | 260.00/hr | $78.00 |

| 08/29/03 | Confer with Attorney Carlisle regarding issues and documents for claims analysis (0.2); review documents for same (0.7); review memo from her regarding issues to address in claims analysis research and investigation (0.3). | | | |
|---|---|---|---|---|
| | J.M. MELCHERS | 1.20 hrs. | 240.00/hr | $288.00 |

| 08/29/03 | Review files relating to potential claim issues (2.8); revise list of information to be obtained to respond to potential claim issues (1.6); inform Attorney Melchers of approach as to information to be obtained and schedule relating to same (0.2). | | | |
|---|---|---|---|---|
| | R.T. CARLISLE | 4.60 hrs. | 240.00/hr | $1,104.00 |

Fees for Legal Services ...................................................................................................  $9,564.00

W. R. Grace & Co.

September 22, 2003
Invoice 582315 Page 3

## BILLING SUMMARY

|                   | Hours  | Rate/Hr  | Dollars    |
|-------------------|--------|----------|------------|
| J.M. MELCHERS     | 27.70  | 240.00   | 6,648.00   |
| B.F. HAWKINS, JR. | 1.80   | 260.00   | 468.00     |
| R.T. CARLISLE     | 10.20  | 240.00   | 2,448.00   |
| TOTAL             | 39.70  | $240.91  | $9,564.00  |

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 08/01/2003 | Photocopies 515 Page(s) | 25.75 |
| 08/04/2003 | Photocopies 3 Page(s) | 0.15 |
| 08/04/2003 | Photocopies 41 Page(s) | 2.05 |
| 08/08/2003 | Telephone 1-410-531-4210 | 2.09 |
| 08/11/2003 | VENDOR: PACER Service Center; INVOICE#: 070903; DATE: 8/11/2003 - Acct.#NM0003 | 1.12 |
| 08/22/2003 | Photocopies 6 Page(s) | 0.30 |
| 08/26/2003 | VENDOR: LexisNexis CourtLink, Inc.; INVOICE#: EA-113450; DATE: 8/26/2003 | 839.68 |
| 08/28/2003 | Photocopies 15 Page(s) | 0.75 |
| 08/29/2003 | Photocopies 18 Page(s) | 0.90 |
| **Total Charges for Other Services Provided/Expenses Incurred** ................................... | | **$872.79** |

## DISBURSEMENT SUMMARY

| Description       | Dollars  |
|-------------------|----------|
| Photocopies       | 29.90    |
| Outside Services  | 840.80   |
| Telephone         | 2.09     |
| TOTAL             | $872.79  |

Net current billing for this invoice ....................................................................... **$10,436.79**

| ACCOUNTS RECEIVABLE RECAP | | | |
|---|---|---|---|
| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
| 561786 | 05/16/2003 | 706.50 | 706.50 |
| 566106 | 06/12/2003 | 4,354.27 | 4,354.27 |
| 573763 | 08/01/2003 | 16,707.73 | 16,707.73 |
| 578253 | 08/29/2003 | 31,429.92 | 31,429.92 |
| | | A/R BALANCE | $53,198.42 |

GRAND TOTAL................................................................................................................. **$63,635.21**

W. R. Grace & Co.

September 22, 2003
Invoice 582315  Page 4

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
### NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA  29211-1070
TELEPHONE (803) 799-2000

For Services Through 08/30/03

Our Matter # 02399/06031
Li Tungsten

| | | |
|---|---|---|
| Fees for Professional Services | $9,564.00 | |
| Charges for Other Services Provided/Expenses Incurred | 872.79 | |
| Net current billing for this invoice ................................................................ | | **$10,436.79** |

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 561786 | 05/16/2003 | 706.50 | 706.50 |
| 566106 | 06/12/2003 | 4,354.27 | 4,354.27 |
| 573763 | 08/01/2003 | 16,707.73 | 16,707.73 |
| 578253 | 08/29/2003 | 31,429.92 | 31,429.92 |
| | TOTAL A/R BALANCE | | $53,198.42 |

GRAND TOTAL.................................................................................................................   **$63,635.21**

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:**  04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

**EXHIBIT E**

# NELSON
### Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
ATTORNEYS AND COUNSELORS AT LAW
TAX ID NO. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

September 18, 2003
Invoice 581867 Page 1

| | | |
|---|---|---|
| Our Matter # | 02399/06032 | For Services Through 08/30/03 |
| WR Grace # | 063-KL-721490-01-0501221 | |
| Name of Matter: | Charleston | |

08/22/03 Review and comment on draft technical memorandum on wetlands delineation, in consultation with Attorney Smith.
R.T. CARLISLE  3.10 hrs.  240.00/hr  $744.00

08/23/03 Review issues related to response to DHEC on work plan comments.
B.F. HAWKINS, JR.  1.80 hrs.  260.00/hr  $468.00

08/23/03 Review Remedial Design Work Plan and related correspondence (1.2); evaluate same with Attorney Hawkins (0.7); outline for client meeting (0.9).
R.T. CARLISLE  2.80 hrs.  240.00/hr  $672.00

08/25/03 Review information in preparation for conference call on discussion of response to DHEC comments on work plan (1.3); discuss research questions with Attorney Carlisle (0.3); conference call with Ms. Duff, Mr. Bucens, Mr. Obradovic and RMT representatives to review response to DHEC comments on Work Plan (0.5).
B.F. HAWKINS, JR.  2.10 hrs.  260.00/hr  $546.00

08/25/03 Research regarding GIS technologies and provide information to Attorney Carlisle regarding information from previous site.
J.M. MELCHERS  1.90 hrs.  240.00/hr  $456.00

08/25/03 Review related remedial design work plan and confer with client representatives and Attorney Hawkins regarding same.
R.T. CARLISLE  4.10 hrs.  240.00/hr  $984.00

Fees for Legal Services ................................................................................................  $3,870.00

## BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| J.M. MELCHERS | 1.90 | 240.00 | 456.00 |
| B.F. HAWKINS, JR. | 3.90 | 260.00 | 1,014.00 |

W. R. Grace & Co.

September 18, 2003
Invoice 581867  Page 2

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| R.T. CARLISLE | 10.00 | 240.00 | 2,400.00 |
| TOTAL | 15.80 | $244.94 | $3,870.00 |

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| 08/11/2003 | Photocopies 14 Page(s) | 0.70 |
|---|---|---|
| 08/11/2003 | Photocopies 6 Page(s) | 0.30 |
| 08/29/2003 | Photocopies 10 Page(s) | 0.50 |
| **Total Charges for Other Services Provided/Expenses Incurred** ..................................... | | **$1.50** |

### DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Photocopies | 1.50 |
| TOTAL | $1.50 |

Net current billing for this invoice ......................................................................... $3,871.50

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 523730 | 09/23/2002 | 4,117.61 | 4,117.61 |
| 528963 | 10/20/2002 | 1,344.55 | 1,344.55 |
| 532720 | 11/12/2002 | 4,527.42 | 898.40 |
| 538208 | 12/13/2002 | 1,553.30 | 303.20 |
| 545000 | 01/24/2003 | 7,344.80 | 7,344.80 |
| 557816 | 04/16/2003 | 861.49 | 440.38 |
| 561787 | 05/16/2003 | 725.30 | 131.95 |
| 577208 | 08/19/2003 | 326.98 | 326.98 |
|  |  | A/R BALANCE | $14,907.87 |

GRAND TOTAL............................................................................................... **$18,779.37**

W. R. Grace & Co.

September 18, 2003
Invoice 581867  Page 3

**REMITTANCE COPY**

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER I I OO9
COLUMBIA, SOUTH CAROLINA 2921 I-I O70
TELEPHONE (8O3) 799-2OOO

For Services Through 08/30/03

Our Matter # 02399/06032
Charleston

| | | |
|---|---|---|
| Fees for Professional Services | $3,870.00 | |
| Charges for Other Services Provided/Expenses Incurred | 1.50 | |
| Net current billing for this invoice ............................................................... | | **$3,871.50** |

**ACCOUNTS RECEIVABLE RECAP**

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 523730 | 09/23/2002 | 4,117.61 | 4,117.61 |
| 528963 | 10/20/2002 | 1,344.55 | 1,344.55 |
| 532720 | 11/12/2002 | 4,527.42 | 898.40 |
| 538208 | 12/13/2002 | 1,553.30 | 303.20 |
| 545000 | 01/24/2003 | 7,344.80 | 7,344.80 |
| 557816 | 04/16/2003 | 861.49 | 440.38 |
| 561787 | 05/16/2003 | 725.30 | 131.95 |
| 577208 | 08/19/2003 | 326.98 | 326.98 |
| | TOTAL A/R BALANCE | | $14,907.87 |

GRAND TOTAL............................................................................................................... **$18,779.37**

**WIRING INSTRUCTIONS**

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

## EXHIBIT F

# NELSON

Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW
TAX ID NO. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

October 2, 2003
Invoice 582863 Page 1

Our Matter #          02399/06091                    For Services Through 08/30/03
Name of Matter:       Fee Applications

| | | | | |
|---|---|---|---|---|
| 08/01/03 | Review memo and edit attachments for June Fee Application (1.1); prepare memo to Attorney Burn regarding May and June Monthly Fee Applications (0.1). | | | |
| | J.M. MELCHERS | 1.20 hrs. | 240.00/hr | $288.00 |
| 08/04/03 | Review invoices and draft correspondence to Ms. Duff and Mr. Emmett (0.4); edit drafts for privilege issues (0.5); review draft applications (0.8); prepare memo to Attorney Burn regarding status of preparation of various applications (0.2). | | | |
| | J.M. MELCHERS | 1.90 hrs. | 240.00/hr | $456.00 |
| 08/04/03 | File review for April invoices sent to client and discuss same with Attorney Melchers. | | | |
| | L.J. JENNINGS | 0.50 hrs. | 110.00/hr | $55.00 |
| 08/05/03 | Finalize and send out letters and attachments to Ms. Duff and Mr. Emmett (0.7); review memo from Attorney Burn (0.2); review court guidelines regarding questions addressing fee application and invoice procedures (0.9). | | | |
| | J.M. MELCHERS | 1.80 hrs. | 240.00/hr | $432.00 |
| 08/05/03 | Review April Fee Application and update Attorney Melchers on status. | | | |
| | B.J. BURN | 0.20 hrs. | 180.00/hr | $36.00 |
| 08/05/03 | Receive, review and update file with correspondence between counsel regarding April 2003 Fee Application. | | | |
| | L.J. JENNINGS | 0.10 hrs. | 110.00/hr | $11.00 |
| 08/07/03 | Follow up on status of outstanding Fee Applications. | | | |
| | B.J. BURN | 0.10 hrs. | 180.00/hr | $18.00 |
| 08/08/03 | Telephone conference with Ms. Ferdinand regarding Fee Applications and information needed for Summary Chart of Seventh Quarterly Application and notes on same (0.2); prepare action list regarding Fee Application work needed (0.5); research regarding Seventh Quarterly Application status (0.9); assignment to Paralegal Jennings regarding PACER search and file review (0.3); review filing documents with her regarding same (0.4); review memo from her regarding results of investigation (0.2). | | | |
| | J.M. MELCHERS | 2.50 hrs. | 240.00/hr | $600.00 |

W. R. Grace & Co.

| 08/08/03 | Telephone conference with Ms. Duff regarding previously submitted invoices and request for re-organization of same (0.3); discuss Fee Application procedures, review memo from Mr. Port forwarded by Ms. Duff (0.2); review report and draft for March Fee Application and past submittal information needed from Court (0.9). |
|---|---|
| | J.M. MELCHERS 1.40 hrs. 240.00/hr $336.00 |

| 08/09/03 | Review memos from Attorney Burn regarding Fee Application status and PACER search. |
|---|---|
| | J.M. MELCHERS 0.20 hrs. 240.00/hr $48.00 |

| 08/11/03 | Review memo regarding Fee Application documents from Mr. Cleary (0.1); review and respond to request regarding next steps on April and May Monthly Fee Applications (0.2); review and edit draft application for April (0.5); review and respond to memos regarding same (0.2); prepare memo to Attorney Burn regarding information on payment status charts (0.1). |
|---|---|
| | J.M. MELCHERS 1.10 hrs. 240.00/hr $264.00 |

| 08/11/03 | Work on fee application issues regarding April Fee Application, quarterly fee application, research missing fee application and telephone conference with auditor's counsel regarding missing fee application and other issues. |
|---|---|
| | B.J. BURN 1.00 hrs. 180.00/hr $180.00 |

| 08/11/03 | Track filings related to Sixth Quarterly filings of 2002 in order to prepare current fee application and ensure pending amounts are correct and discuss same with Attorney Melchers. |
|---|---|
| | L.J. JENNINGS 0.80 hrs. 110.00/hr $88.00 |

| 08/11/03 | Work with AA Johnson to compile bills to make changes for Fee Application. |
|---|---|
| | L.J. JENNINGS 0.50 hrs. 110.00/hr $55.00 |

| 08/12/03 | Review and respond to several memos regarding partial payments and allocation of same for Fee Application charts (0.5); review documents for April Fee Application (0.7); and follow-up regarding preparation of outstanding Quarterly and Monthly Fee Applications (0.6); several conferences with Paralegal Jennings regarding proper preparation of documents and rules from court (0.4). |
|---|---|
| | J.M. MELCHERS 2.20 hrs. 240.00/hr $528.00 |

| 08/12/03 | Telephone calls to and from Attorney Melchers and staff regarding edits to April Fee Application and other billing issues. |
|---|---|
| | B.J. BURN 0.20 hrs. 180.00/hr $36.00 |

| 08/12/03 | Review bankruptcy docket to create information time line including dates of filings in 2001, 2002 and 2003. |
|---|---|
| | L.J. JENNINGS 3.50 hrs. 110.00/hr $385.00 |

| 08/13/03 | Review and revise April Fee Application and attachments (0.7); phone message to Attorney Burn regarding same and review reply (0.2). |
|---|---|
| | J.M. MELCHERS 0.90 hrs. 240.00/hr $216.00 |

| 08/15/03 | Review memo and attachments from Ms. Ferdinand regarding Project Category Summary Reports for Eighth Quarter (0.6); review memos regarding April Fee Application review and preparation (0.2); prepare memo regarding request for Project Category Summary Reports for Eighth Quarter (0.2); telephone conference with Ms. Ferdinand and follow-up e-mail to her (0.2); telephone conference with Attorney Burn regarding April Fee Application filing and review memos from her regarding same to Ms. Cuniff and Mr. Bossay (0.3); prepare message to Mr. Port (0.1). |
|---|---|
| | J.M. MELCHERS 1.60 hrs. 240.00/hr $384.00 |

W. R. Grace & Co.

October 2, 2003
Invoice 582863 Page 3

08/18/03    Work on documentation for May and June Fee Applications and follow-up regarding previous
filings status.
J.M. MELCHERS                              1.10 hrs.    240.00/hr         $264.00

08/18/03    Begin update of Summary Progress Report for review by auditor and discuss same with AA
Johnson and Attorney Burn.
L.J. JENNINGS                             0.70 hrs.    110.00/hr          $77.00

08/19/03    Telephone conference with Mr. Port regarding Fee Application filings and notes on same
(0.3); prepare memo to Attorney Burn regarding CNOs and Eighth Quarterly Fee Application
(0.2); analysis of documentation on past filings and issues for accurately charting status of
same in present applications (0.9); several conferences with Paralegal Jennings regarding
analysis, filings and next steps (0.6); docket review (0.3).
J.M. MELCHERS                             2.30 hrs.    240.00/hr         $552.00

08/19/03    Review file materials, including previously filed fee applications, as well as previous
summary reports, in order to update Project Summary Report through Cumulative Seventh
Quarterly information for fee auditor.
L.J. JENNINGS                             5.80 hrs.    110.00/hr         $638.00

08/20/03    Review memo from Attorney Burn regarding March CONO and respond to same (0.2);
review memos regarding the Jan.-Mar. Cumulative Report requested by Ms. Ferdinand and
respond to same (0.3); review and revise Eighth Quarterly Fee Application (1.6); review and
revise draft Jan.-Mar. Cumulative Report and prepare memo to Ms. Ferdinand with final draft
(0.5); review memo to local counsel regarding filing of CONOs (0.1); prepare memo
regarding changes and information needed on Eighth Quarterly Fee Application (0.4).
J.M. MELCHERS                             3.10 hrs.    240.00/hr         $744.00

08/20/03    Revise and edit Expense and Fee Chart for Quarterly Fee Report (0.5); research docket for
March CONO and follow up with local counsel on same (0.3).
B.J. BURN                                0.80 hrs.    180.00/hr         $144.00

08/20/03    Discuss Summary Spreadsheet with Attorney Burn, then revise and complete same through
"Seventh Quarterly" in order to send to Auditor.
L.J. JENNINGS                             0.80 hrs.    110.00/hr          $88.00

08/21/03    Review status of filings and prepare memo to Attorney Burn regarding status of the CONO
for March and hearing for the Jan-March Fee Application (0.6); review memo from Ms.
Ferdinand regarding invoice review summary (0.1); inquiries and memos regarding summary
(0.6) and review documentation to determine same (.3).
J.M. MELCHERS                             1.60 hrs.    240.00/hr         $384.00

08/21/03    Prepare memo and review responses regarding preparation of Fee Applications (0.5); review
and revise corrected summary report and documentation for same (0.6); prepare memo to
Ms. Ferdinand regarding revised report and proper titling of applications (0.2); review and
revise Eighth Quarterly Fee Application (0.7); telephone conference with Mr. Port regarding
filing procedures and status and prepare notes regarding same (0.5).
J.M. MELCHERS                             2.50 hrs.    240.00/hr         $600.00

08/21/03    Edit and revise Seventh Quarterly Fee Application (0.7); follow up on status of March CONO
and other billing issues with local counsel (0.3).
B.J. BURN                                1.00 hrs.    180.00/hr         $180.00

08/21/03    Prepare Monthly Fee Application for May 1 through May 31, 2003 and correspond with
Attorney Melchers and Attorney Burn regarding same.
L.J. JENNINGS                             2.50 hrs.    110.00/hr         $275.00

W. R. Grace & Co.

October 2, 2003
Invoice 582863 Page 4

| 08/21/03 | Prepare Monthly Fee Application for June 1 through June 30, 2003 and discuss same with Attorney Melchers. | | | |
| | L.J. JENNINGS | 2.00 hrs. | 110.00/hr | $220.00 |

| 08/21/03 | Prepare Ninth Quarterly Fee Application (covering months April through June 2003) then discuss same with Attorney Melchers. | | | |
| | L.J. JENNINGS | 2.30 hrs. | 110.00/hr | $253.00 |

| 08/22/03 | Review memo from Attorney Burn regarding Seventh Quarterly Fee Application and memos and attachments from Paralegal Jennings regarding same (0.3); review and revise May Fee Application (1.1). | | | |
| | J.M. MELCHERS | 1.40 hrs. | 240.00/hr | $336.00 |

| 08/22/03 | Review and revise June Fee Application and court documents (1.2); review and revise Quarterly Fee Application for April - June and confer with Paralegal Jennings regarding same (1.6); prepare action memo regarding changes and additional steps and data needed for May, June and Quarterly Fee Applications (0.6). | | | |
| | J.M. MELCHERS | 3.40 hrs. | 240.00/hr | $816.00 |

| 08/22/03 | Follow up with local counsel on Quarterly Fee Application that needs to be rescheduled (0.1); review and forward for filing Seventh Quarterly Fee Application (0.2). | | | |
| | B.J. BURN | 0.30 hrs. | 180.00/hr | $54.00 |

| 08/22/03 | Review and revise May 2003 and June 2003 Monthly Fee Applications upon review of Attorneys Melchers and Burn, as well as revise Summary Progress Report with correction of expenses, and cumulative total. | | | |
| | L.J. JENNINGS | 1.20 hrs. | 110.00/hr | $132.00 |

| 08/22/03 | Revise Progress Summary Report with corrected total for travel time and match to May and June Monthly Fee Applications and discuss same with Attorney Melchers. | | | |
| | L.J. JENNINGS | 0.30 hrs. | 110.00/hr | $33.00 |

| 08/24/03 | Edit and review May, June, and Eighth Quarterly Fee Applications and follow up on filing date of April Fee Application and date Seventh Quarterly Fee Application forwarded for filing. | | | |
| | B.J. BURN | 0.60 hrs. | 180.00/hr | $108.00 |

| 08/25/03 | Review memo from Ms. Ferdinand regarding Quarterly filings and memo from Paralegal Jennings regarding Seventh Quarterly filing (0.2); review memo from Attorney Burn regarding communications from Mr. Bossay and status of Quarterly filings (0.1); review draft spreadsheet from Ms. Ferdinand and prepare memo regarding same (0.3); review documents regarding Ninth Quarterly filing and attachments for July Application (0.7); review memos from Attorney Burn regarding Eighth Quarterly Fee Application and prepare memo to her regarding hearing date (0.3). | | | |
| | J.M. MELCHERS | 1.60 hrs. | 240.00/hr | $384.00 |

| 08/25/03 | Telephone call to auditor's office to discuss questions regarding Seventh and Eighth Quarterly Fee Applications (0.1); discussion with Paralegal Jennings regarding corrections needed on same (0.2); review and forward filings to local counsel for filing (0.2) | | | |
| | B.J. BURN | 0.50 hrs. | 180.00/hr | $90.00 |

W. R. Grace & Co.

| 08/25/03 | Make final revisions to June Fee Application per request of Attorney Burn, then discuss same with Attorney Melchers and Attorney Hawkins (0.9); edit quarterly report to be titled Eighth, not Seventh, per request of Attorney Burn (0.2); revise Progress Summary Report to reflect proper titles for Eighth Quarterly Report (0.1); receive correspondence from auditor's office attaching chart for filing, then review dollar amounts for accuracy (0.2); prepare correspondence to Mr. Bossay re-sending electronic version of Eighth Quarterly materials (0.1); then save email onto Grace "Eighth Quarterly" folder (0.1); save correspondence to Ms. Cuniff attaching pdf form of Eighth Quarterly to proper folder (0.1); discuss whether to file Ninth Quarterly now or after return of CNOs with Attorney Melchers and Attorney Burn (0.2). | | | |
|---|---|---|---|---|
| | L.J. JENNINGS | 1.90 hrs. | 110.00/hr | $209.00 |

| 08/26/03 | Begin preparation of July 2003 Fee Application (1.0); discuss email delivery of Eighth quarterly with Attorney Burn (0.1). | | | |
|---|---|---|---|---|
| | L.J. JENNINGS | 1.10 hrs. | 110.00/hr | $121.00 |

| 08/26/03 | Review memo from Attorney Burn regarding court hearing (0.1); review documents for July filing and confer with Paralegal Jennings on preparation of same (0.7). | | | |
|---|---|---|---|---|
| | J.M. MELCHERS | 0.80 hrs. | 240.00/hr | $192.00 |

| 08/27/03 | Complete draft of July 2003 Fee Application (1.1); correspond with Attorneys Melchers and Burn regarding July 2003 Fee Application (0.2); revise July 2003 Fee Application to add Attorney Burn as new timekeeper (0.2); confer with Attorney Melchers regarding review (0.1); revise time used to prepare fee application upon receipt of same from Attorneys Melchers and Burn (0.2). | | | |
|---|---|---|---|---|
| | L.J. JENNINGS | 1.80 hrs. | 110.00/hr | $198.00 |

| 08/28/03 | Review May and June filings memos and confer with Paralegal Jennings regarding same. | | | |
|---|---|---|---|---|
| | J.M. MELCHERS | 0.30 hrs. | 240.00/hr | $72.00 |

| 08/28/03 | Review and edit July Fee Application (0.2); review and reply to email request from auditor (0.1). | | | |
|---|---|---|---|---|
| | B.J. BURN | 0.30 hrs. | 180.00/hr | $54.00 |

| 08/28/03 | Discuss finalized version of July 2003 Fee Application with Attorney Burn. | | | |
|---|---|---|---|---|
| | L.J. JENNINGS | 0.10 hrs. | 110.00/hr | $11.00 |

| 08/28/03 | Discuss May and June 2003 Fee Applications with Attorney Burn (0.2); edit "emailed for filing" dates on both (0.3); prepare documents to be scanned and sent to Mr. Puchalski (0.3). | | | |
|---|---|---|---|---|
| | L.J. JENNINGS | 0.80 hrs. | 110.00/hr | $88.00 |

| 08/29/03 | Review memo from Ms. Galbraith regarding case administration order issues pertaining to Quarterly Fee Applications, review documents and Attorney Burn's response (0.2); review memo regarding May and June Applications (0.1); review and edit July Fee Application (0.8); conference with Attorney Hawkins regarding auditor and payment issues (0.3); review and revise Ninth Quarterly Fee Application and confer with Paralegal Jennings regarding same (1.6). | | | |
|---|---|---|---|---|
| | J.M. MELCHERS | 3.00 hrs. | 240.00/hr | $720.00 |

| 08/29/03 | Edit and review Nineth Quarterly Fee Application (0.2); review and respond to inquiries from local counsel on May, June, and Eighth Quarterly Fee Applications (0.1). | | | |
|---|---|---|---|---|
| | B.J. BURN | 0.30 hrs. | 180.00/hr | $54.00 |

| 08/29/03 | Discuss Ninth Quarterly Fee Application with Attorney Burn (0.3); revise same by adding footnote regarding "missing" Seventh Quarterly Fee Application (0.1); prepare fee application for Attorney Melchers' review (0.2). | | | |
|---|---|---|---|---|
| | L.J. JENNINGS | 0.60 hrs. | 110.00/hr | $66.00 |

W. R. Grace & Co.

October 2, 2003
Invoice 582863  Page 6

**Fees for Legal Services** ............................................................................................. **$12,573.00**

### BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| J.M. MELCHERS | 35.90 | 240.00 | 8,616.00 |
| B.J. BURN | 5.30 | 180.00 | 954.00 |
| L.J. JENNINGS | 27.30 | 110.00 | 3,003.00 |
| TOTAL | 68.50 | 183.55 | 12,573.00 |

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 08/05/2003 | Photocopies 4 Page(s) | 0.20 |
| 08/08/2003 | Telephone 1-214-698-3868 | 0.90 |
| 08/11/2003 | VENDOR: PACER Service Center; INVOICE#: 070903; DATE: 8/11/2003 - Acct.#NM0003 | 9.03 |
| 08/11/2003 | Photocopies 78 Page(s) | 3.90 |
| 08/14/2003 | Photocopies 21 Page(s) | 1.05 |
| 08/19/2003 | Photocopies 18 Page(s) | 0.90 |
| 08/19/2003 | Photocopies 21 Page(s) | 1.05 |
| 08/19/2003 | Photocopies 2 Page(s) | 0.10 |
| 08/20/2003 | Photocopies 91 Page(s) | 4.55 |
| 08/21/2003 | Photocopies 11 Page(s) | 0.55 |
| 08/21/2003 | Photocopies 14 Page(s) | 0.70 |
| 08/21/2003 | Photocopies 16 Page(s) | 0.80 |
| 08/21/2003 | Photocopies 29 Page(s) | 1.45 |
| 08/21/2003 | Photocopies 21 Page(s) | 1.05 |
| 08/21/2003 | Photocopies 1 Page(s) | 0.05 |
| 08/25/2003 | Photocopies 12 Page(s) | 0.60 |
| 08/25/2003 | Telephone 2146983868, | 0.94 |
| 08/25/2003 | Telephone 2146983868, | 9.39 |
| 08/26/2003 | Photocopies 27 Page(s) | 1.35 |
| 08/27/2003 | Photocopies 4 Page(s) | 0.20 |
| 08/28/2003 | Photocopies 51 Page(s) | 2.55 |
| 08/29/2003 | Photocopies 51 Page(s) | 2.55 |
| 08/29/2003 | Photocopies 22 Page(s) | 1.10 |
| 08/29/2003 | Photocopies 130 Page(s) | 6.50 |
| **Total Charges for Other Services Provided/Expenses Incurred** ................................... | | **$51.46** |

### DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Photocopies | 31.20 |
| Outside Services | 9.03 |
| Telephone | 11.23 |
| TOTAL | $51.46 |

**Net current billing for this invoice** .......................................................................... **$12,624.46**

W. R. Grace & Co.

October 2, 2003
Invoice 582863  Page 7

| ACCOUNTS RECEIVABLE RECAP | | | |
|---|---|---|---|
| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
| 518011 | 08/15/2002 | 8,627.57 | 1,684.10 |
| 523731 | 09/18/2002 | 3,785.51 | 740.40 |
| 528964 | 10/22/2002 | 5,243.32 | 1,029.60 |
| 533401 | 11/18/2002 | 3,562.00 | 705.10 |
| 538209 | 12/18/2002 | 2,804.99 | 2,804.99 |
| 545861 | 01/24/2003 | 1,950.69 | 1,950.69 |
| 549990 | 02/24/2003 | 1,845.08 | 1,845.08 |
| 553420 | 03/18/2003 | 1,021.63 | 1,021.63 |
| 557815 | 04/16/2003 | 1,999.08 | 1,999.08 |
| 561788 | 05/19/2003 | 1,703.26 | 1,703.26 |
| 566107 | 06/09/2003 | 1,645.89 | 1,645.89 |
| 572213 | 07/17/2003 | 792.20 | 792.20 |
| 577209 | 08/19/2003 | 4,044.64 | 4,044.64 |
| | | A/R BALANCE | $21,966.66 |

GRAND TOTAL....................................................................................................................... **$34,591.12**

W. R. Grace & Co.

October 2, 2003
Invoice 582863 Page 8

### REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-1070
TELEPHONE (803) 799-2000

For Services Through 08/30/03

Our Matter # 02399/06091
Fee Applications

| | |
|---|---|
| Fees for Professional Services | $12,573.00 |
| Charges for Other Services Provided/Expenses Incurred | $51.46 |
| **Net current billing for this invoice** ................................................................ | **$12,624.46** |

#### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 518011 | 08/15/2002 | 8,627.57 | 1,684.10 |
| 523731 | 09/18/2002 | 3,785.51 | 740.40 |
| 528964 | 10/22/2002 | 5,243.32 | 1,029.60 |
| 533401 | 11/18/2002 | 3,562.00 | 705.10 |
| 538209 | 12/18/2002 | 2,804.99 | 2,804.99 |
| 545861 | 01/24/2003 | 1,950.69 | 1,950.69 |
| 549990 | 02/24/2003 | 1,845.08 | 1,845.08 |
| 553420 | 03/18/2003 | 1,021.63 | 1,021.63 |
| 557815 | 04/16/2003 | 1,999.08 | 1,999.08 |
| 561788 | 05/19/2003 | 1,703.26 | 1,703.26 |
| 566107 | 06/09/2003 | 1,645.89 | 1,645.89 |
| 572213 | 07/17/2003 | 792.20 | 792.20 |
| 577209 | 08/19/2003 | 4,044.64 | 4,044.64 |
| | TOTAL A/R BALANCE | | $21,966.66 |

**GRAND TOTAL**................................................................................................................ **$34,591.12**

### WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139(JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

## VERIFICATION

Bernard F. Hawkins, Jr., after being duly sworn according to law, deposes and says as follows:

1.    I am a partner with the applicant firm, Nelson Mullins Riley & Scarborough, L.L.P and I am a member in good standing of the bar of the State of South Carolina.

2.    I have personally performed certain of, and overseen the legal services rendered by Nelson Mullins Riley & Scarborough, LLP as special litigation and environmental

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

counsel to the Debtors and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

3.     The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

Bernard F. Hawkins, Jr.

SWORN to and subscribed before me

this  3  day of  February  , 2004

_____ (L.S.)
Notary Public for South Carolina

My Commission Expires:  _____   My Commission Expires July 8, 2012