# Exhibit 2

# Bankruptcy Management Corporation
## WR Grace
## MONTHLY SUMMARY OF EXPENSES
### For the Month of July 2003

| EXPENSE CATEGORY | Expense Amount |
| --- | --- |
| Taxi | $8.00 |
| Rental Vehicle | $336.71 |
| Postage/Shipping | $268.61 |
| Parking | $96.00 |
| Misc | $356.00 |
| Lodging | $1,080.88 |
| Gas | $21.08 |
| Document Storage | $406.00 |
| Dinner | $235.73 |
| Breakfast | $29.83 |
| B-Linx/Data Storage | $850.00 |
| Airline | $1,429.98 |
| Monthly Total: | $5,118.82 |

## WR Grace Expense Detail - July 2003

| Invoice # | Client | Vendor | ConsultantID | Amount | Date | Expense Type ID | Description |
|---|---|---|---|---|---|---|---|
| WRG030731 | WR Grace | Quiznos | Archer, Candace | $34.83 | 7/21/2003 | Dinner | working dinner, production staff |
| WRG030731 | WR Grace | Fed Ex | BMC, BMC | $105.49 | 7/25/2003 | Postage/Shipping | Paula Galbraith Tracking ID 790351215189 |
| WRG030731 | WR Grace | Fed Ex | BMC, BMC | $28.33 | 7/29/2003 | Postage/Shipping | patricia Cuniff Tracking ID: 792037301441 |
| WRG030731 | WR Grace | Fed Ex | BMC, BMC | $16.46 | 7/31/2003 | Postage/Shipping | patricel Cuniff Tracking ID 790384526927 |
| WRG030731 | WR Grace | Fed Ex | BMC, BMC | $16.46 | 7/31/2003 | Postage/Shipping | Patricia Cuneo Tracking ID 790384526927 |
| WRG030731 | WR Grace | Fed Ex | BMC, BMC | $101.83 | 7/25/2003 | Postage/Shipping | Christian Lane Tracking ID 792205406133 |
| WRG030731 | WR Grace | BMC | BMC10, bmc10 | $406.00 | 7/31/2003 | Document Storage | 280 boxes |
| WRG030731 | WR Grace | BMC | BMC10, bmc10 | $350.00 | 7/31/2003 | B-Line/Data Storage | B-Line/Data Storage |
| WRG030731 | WR Grace | Taxi Cab | Burnett, Susan | $8.00 | 7/25/2003 | Taxi | Taxi from Washington Union station to home. |
| WRG030731 | WR Grace | Bob's Union 76 | zzCAMEX-Sburnett, sburnett | $16.35 | 7/18/2003 | Gas | Gasoline for rental vehicle. |
| WRG030731 | WR Grace | Delta Airlines | zzCAMEX-Sburnett, sburnett | $50.00 | 7/11/2003 | Airline | itinerary research & booking fee SB IAD-LAX-IAD 7/7 & 7/16/03 |
| WRG030731 | WR Grace | United Airlines/Orbitz | zzCAMEX-Sburnett, sburnett | $844.40 | 7/11/2003 | Airline | SB LAX-SYR-LAX 7/11-14/03 |
| WRG030731 | WR Grace | United Airlines | zzCAMEX-Sburnett, sburnett | $50.00 | 7/11/2003 | Airline | itinerary research & booking fee SB LAX-SYR-LAX 7/11-14/03 |
| WRG030731 | WR Grace | Amtrak | zzCAMEX-Sburnett, sburnett | $178.00 | 7/27/2003 | Misc | - 6/1). |
| WRG030731 | WR Grace | Courtyard Marriott | zzCAMEX-Sburnett, sburnett | $540.44 | 7/18/2003 | Lodging | Lodging from 7/14 - 7/18/03. |
| WRG030731 | WR Grace | Thrifty | zzCAMEX-Sburnett, sburnett | $184.40 | 7/18/2003 | Rental Vehicle | Rental vehicle from 7/14 - 7/18/03. |
| WRG030731 | WR Grace | Panda Express | zzCAMEX-Sburnett, sburnett | $7.89 | 7/14/2003 | Breakfast | Breakfast meal. |
| WRG030731 | WR Grace | El Pollo Loco | zzCAMEX-Sburnett, sburnett | $5.08 | 7/14/2003 | Dinner | Dinner meal. |
| WRG030731 | WR Grace | American Cuisine | zzCAMEX-Sburnett, sburnett | $25.00 | 7/18/2003 | Dinner | Dinner meal. |
| WRG030731 | WR Grace | El Pollo Loco | zzCAMEX-Sburnett, sburnett | $6.16 | 7/17/2003 | Dinner | Dinner meal. |
| WRG030731 | WR Grace | Thrifty | zzCAMEX-Sburnett, sburnett | $152.31 | 7/11/2003 | Rental Vehicle | Rental vehicle from 7/7 - 7/11/03. |
| WRG030731 | WR Grace | Kitchen | zzCAMEX-Sburnett, sburnett | $8.85 | 7/18/2003 | Breakfast | Breakfast meal. |
| WRG030731 | WR Grace | Bob's Union 76 | zzCAMEX-Sburnett, sburnett | $5.73 | 7/11/2003 | Gas | Gas for rental vehicle. |
| WRG030731 | WR Grace | Airport | zzCAMEX-Sburnett, sburnett | $98.00 | 7/18/2003 | Parking | Airport parking from 7/7 - 7/18/03. |
| WRG030731 | WR Grace | Delta Airlines/Orbitz | zzCAMEX-Sburnett, sburnett | $885.50 | 7/7/2003 | Airline | SB IAD-LAX-IAD7/7 & 7/16 |
| WRG030731 | WR Grace | Amtrak | zzCAMEX-Sburnett, sburnett | $178.00 | 7/20/2003 | Misc | - 7/25/03 |
| WRG030731 | WR Grace | Hotdogs / Uno's | zzCAMEX-Sburnett, sburnett | $7.44 | 7/11/2003 | Dinner | Dinner meal. |
| WRG030731 | WR Grace | Marriott Courtyard | zzCAMEX-Sburnett, sburnett | $540.44 | 7/11/2003 | Lodging | Lodging from 7/7 - 7/11/03. |
| WRG030731 | WR Grace | California Pizza Kitchen | zzCAMEX-Sburnett, sburnett | $25.00 | 7/7/2003 | Dinner | Dinner meal. |
| WRG030731 | WR Grace | El Pollo Loco | zzCAMEX-Sburnett, sburnett | $5.08 | 7/8/2003 | Breakfast | Breakfast meal. |
| WRG030731 | WR Grace | Café Pierre | zzCAMEX-Sburnett, sburnett | $62.77 | 7/8/2003 | Dinner | Dinner meal with SB, SH and SA. |
| WRG030731 | WR Grace | Houston's | zzCAMEX-Sburnett, sburnett | $25.00 | 7/9/2003 | Dinner | Dinner meal. |
| WRG030731 | WR Grace | New Orleans Cajun | zzCAMEX-Sburnett, sburnett | $28.12 | 7/10/2003 | Dinner | Dinner meal. |
| WRG030731 | WR Grace | La Salsa | zzCAMEX-Sburnett, sburnett | $8.11 | 7/11/2003 | Breakfast | Breakfast meal. |
| WRG030731 | WR Grace | China Grill | zzCAMEX-Sburnett, sburnett | $18.53 | 7/17/2003 | Dinner | Dinner meal. |

**Bankruptcy Management Corporation**
6096 Upland Terrace S  Seattle, WA 98118
206/725-5405

**Expense Reimbursement  - August 2003**
**WR Grace**
**Invoice #: WRG030831**

| Expense Type | Amount |
|---|---|
| B-Linx/Data Storage | |
| | $850.00 |
| Document Storage | |
| | $406.00 |
| Misc | |
| | $144.00 |
| Postage/Shipping | |
| | $99.70 |
| **Total** | **$1,499.70** |

## WR Grace Expense Detail - August 2003

| Text32 | Combo34 | Vendor | ConsultantID | Amount | Date | Expense Type ID | Description | |
|---|---|---|---|---|---|---|---|---|
| WRG030631 | WR Grace | BMC | BMC, BMC | $850.00 | 31-Aug-03 | B-Lins/Data Storage | B-Lins/Data Storage | |
| WRG030631 | WR Grace | bmc | BMC, BMC | $406.00 | 31-Aug-03 | Document Storage | 280 boxes | |
| WRG030631 | WR Grace | Amtrak | zzCAMEX-Sburnett, sburnett | $144.00 | 11-Aug-03 | Misc | - 8/15). | |
| WRG030631 | WR Grace | Fed Ex | BMC, BMC | $20.09 | 01-Aug-03 | Postage/Shipping | Maggie Heller Tracking ID 790858037561 | |
| WRG030631 | WR Grace | Fed Ex | BMC, BMC | $20.09 | 01-Aug-03 | Postage/Shipping | Maggie Heller Tracking ID 790858037561 | |
| WRG030631 | WR Grace | Fed Ex | BMC, BMC | $31.57 | 11-Aug-03 | Postage/Shipping | Patricia Cuniff Tracking ID 792946721839 | |
| WRG030631 | WR Grace | Fed Ex | BMC, BMC | $27.95 | 08-Aug-03 | Postage/Shipping | Loren Gross Tracking ID 790373720171 | |

**Bankruptcy Management Corporation**
6096 Upland Terrace S  Seattle, WA 98118
206/725-5405

**Expense Reimbursement  - September 2003**
**WR Grace**
**Invoice #: WRG030930**

| Expense Type | Amount |
|---|---|
| B-Linx/Data Storage | |
| | $850.00 |
| Document Storage | |
| | $406.00 |
| Faxing | |
| | $12.75 |
| Postage/Shipping | |
| . | |
| | $27.95 |
| **Total** | **$1,296.70** |

## WR Grace Expense Detail - September 2003

| Test32 | Combo34 | Vendor | ConsultantID | Amount | Date | Expense - TypeID | Description |
|---|---|---|---|---|---|---|---|
| WRG030930 | WR Grace | BMC | BMC, BMC | $850.00 | 30-Sep-03 | B-Linx/Data Storage | B-Linx/Data Storage |
| WRG030930 | WR Grace | BMC | BMC, BMC | $406.00 | 30-Sep-03 | Document Storage | 260 boxes |
| WRG030930 | WR Grace | August Fax Charges | BMC, BMC | $12.75 | 03-Sep-03 | Faxing | August Fax Charges |
| WRG030930 | WR Grace | Fed Ex | BMC, BMC | $27.95 | 30-Sep-03 | Postage/Shipping | Patricia Cuniff Tracking ID 791984051427 |



**Bankruptcy Management Corporation**
6096 Upland Terrace S
Seattle, WA 98118
(206) 725-5405

W/R Grace

INVOICE SUMMARY - Production

| Invoice Number | | Production Date | Total |
|---|---|---|---|
| Invoice # | 021-20030721-1 | 7/21/2003 | $4,601.28 |
| Invoice # | 021-20030725-1 | 7/25/2003 | $131.26 |
| | | **Total** | **$4,732.54** |

Wire payments may be sent to the following account:

Bank: Wells Fargo Bank
Address: 204 W Meeker, Kent, WA 98032
ABA/Routing #: 121000248
Account #: 0033022633 Bankruptcy Management Corporation

*Invoice Due Upon Receipt*

**bmc** ⊕↑↑⊕↑
**Bankruptcy Management Corporation**
6096 Upland Terrace South
Seattle, WA 98118
(206) 725-5405

WR Grace

**Production Date:** 7/21/2003
**Invoice #:** 021-20030721-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | 1st Omnibus Objection to Claims MF 4488 | 14 / 76 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class (at cost) | 76 Pieces @ $.60 each | $45.60 |
| | | | Production | Collate and Stuff | 1064 Pieces @ $.10 each | $106.40 |
| | | | | Copy | 912 Pieces @ $.15 each | $136.80 |
| | | | | Variable Print Black Only | 152 Pieces @ $.25 each | $38.00 |
| | | | Supplies | Envelope/Labeling | 76 Pieces @ $.17 each | $12.92 |
| Noticing Document | 2nd Omnibus Objection to Claims MF 4489 | 13 / 998 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class (at cost) | 998 Pieces @ $.60 each | $598.80 |
| | | | Production | Collate and Stuff | 12974 Pieces @ $.10 each | $1,297.40 |
| | | | | Copy | 10978 Pieces @ $.15 each | $1,646.70 |
| | | | | Variable Print Black Only | 1996 Pieces @ $.25 each | $499.00 |
| | | | Supplies | Envelope/Labeling | 998 Pieces @ $.17 each | $169.66 |

**Total Due:**    **$4,601.28**

*Invoice Due Upon Receipt*

**bmc ⊙⊙⊙⊙**
**Bankruptcy Management Corporation**
6096 Upland Terrace South
Seattle, WA 98118
(206) 725-5405

WR Grace

**Production Date:** 7/25/2003
**Invoice #:** 021-20030725-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Decl of david Siegel re 1st omni Obj MF 4628 | 4 / 69 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class (at cost) | 69 Pieces @ $.37 each | $25.53 |
| | | | Production | Copy | 276 Pieces @ $.15 each | $41.40 |
| | | | | Fold and Stuff | 276 Pieces @ $.10 each | $27.60 |
| | | | Supplies | Envelope/Labeling | 69 Pieces @ $.17 each | $11.73 |

**Total Due:** $131.26

*Invoice Due Upon Receipt*



**bmc ⍓⍓⍓**
**Bankruptcy Management Corporation**
6096 Upland Terrace S
Seattle, WA 98118
(206) 725-5405

WR Grace

INVOICE SUMMARY - Production

| Invoice Number | Production Date | Total |
|---|---|---|
| Invoice #    021-20030806-1 | 8/6/2003 | $1,016.17 |
| | **Total** | $1,016.17 |

Wire payments may be sent to the following account:

Bank: Wells Fargo Bank
Address: 204 W Meeker, Kent, WA 98032
ABA/Routing #: 121000248
Account #: 0033022633 Bankruptcy Management Corporation

*Invoice Due Upon Receipt*

**bmc** ↑↑↑
**Bankruptcy Management Corporation**
6096 Upland Terrace South
Seattle, WA 98118
(206) 725-5405

WR Grace

**Production Date:** 8/6/2003
**Invoice #:** 021-20030806-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | 2nd Omnibus Objection to Claims MF 4807 | 135 / 27 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | Expedited Mail Handling | 27 Pieces @ $2.50 each | $67.50 |
| | | | | FedEx (at cost) | 27 Pieces @ $13.86 each | $374.22 |
| | | | Production | Copy | 3645 Pieces @ $.15 each | $546.75 |
| | | | | Stuff/Mail | 27 Pieces @ $.10 each | $2.70 |

**Total Due:**   **$1,016.17**

*Invoice Due Upon Receipt*



**Bankruptcy Management Corporation**
6096 Upland Terrace S
Seattle, WA 98118
(206) 725-5405

W/R Grace

INVOICE SUMMARY - Production

| Invoice Number | Production Date | Total |
|---|---|---|
| Invoice #    021-20030922-1 | 9/22/2003 | $15,044.64 |
| | Total | $15,044.64 |

Wire payments may be sent to the following account:

Bank: Wells Fargo Bank
Address: 204 W Meeker, Kent, WA 98032
ABA/Routing #: 121000248
Account #: 0033022633 Bankruptcy Management Corporation

*Invoice Due Upon Receipt*



**Bankruptcy Management Corporation**
6096 Upland Terrace South
Seattle, WA 98118
(206) 725-5405

WR Grace

**Production Date:** 9/22/2003
**Invoice #:** 021-20030922-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Omni 1 Order MF 5732 | 12 / 69 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class (at cost) | 69 Pieces @ $.60 each | $41.40 |
| | | | Production | Copy | 828 Pieces @ $.15 each | $124.20 |
| | | | | Stuff/Mail | 69 Pieces @ $.10 each | $6.90 |
| | | | Supplies | InkJet Envelopes | 69 Pieces @ $.10 each | $6.90 |
| Noticing Document | Omni 2 Order MF 5733 | 110 / 772 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class (at cost) | 756 Pieces @ $2.44 each | $1,844.64 |
| | | | | USPS - International (at cost) | 4 Pieces @ $7.55 each | $30.20 |
| | | | | USPS - MX/CA (at cost) | 12 Pieces @ $4.00 each | $48.00 |
| | | | Production | Copy | 84920 Pieces @ $.15 each | $12,738.00 |
| | | | | Stuff/Mail | 772 Pieces @ $.10 each | $77.20 |
| | | | Supplies | InkJet Envelopes | 772 Pieces @ $.10 each | $77.20 |

**Total Due:**    $15,044.64

*Invoice Due Upon Receipt*