# EXHIBIT B

## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| | : | Case No. 01-01139 (JKF) |
| W. R. GRACE and CO., *et al.*[1], | : | (Jointly Administered) |
| | : | |
| Debtors. | : | Objection Deadline: |
| | : | Hearing Date: June 21, 2004 |

## FEE DETAIL FOR PITNEY, HARDIN, KIPP AND SZUCH LLP'S
## ELEVENTH QUARTERLY FEE APPLICATION FOR THE PERIOD
## FROM OCTOBER 1, 2003 THROUGH DECEMBER 31, 2003

---

[1] The Debtors consist of the following 62 entities: W. R. Grace and Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace and Co.-Conn., A-1 Bit and Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., EandC Liquidating Corp., Emerson and Cuming, Inc.), Southern Oil, Resin and Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

1

**EXHIBIT B**

**FEES FOR THE FEE PERIOD**
**OCTOBER 1, 2003 THROUGH OCTOBER 31, 2003**

Client: 082910 W.R. GRACE & CO.
Matter: 102292 Tahari, Ltd.

| | | | |
|---|---|---|---|
| 10/01/03 | E-mails with B. Benjamin regarding update. | | |
| 15 | J. Scordo | 0.1 | 32.00 |
| | | | |
| 10/01/03 | Review/analyze Notice of Entry of Order and Amended Complaint | | |
| 15 | B. Benjamin | 0.1 | 32.00 |
| | | | |
| 10/01/03 | Draft correspondence to A. Nagy and V. Finkelstein regarding Notice of Entry of Order, effect of Notice, and timing of likely appeal. | | |
| 15 | B. Benjamin | 0.2 | 64.00 |
| | | | |
| 10/09/03 | Telephone conference with C. Boubol, counsel for landlord Trizec, regarding Tahari's emergent motion to stay enforcement of Order requiring payment of Use & Occupancy rent. | | |
| 15 | B. Benjamin | 0.1 | 32.00 |
| | | | |
| 10/09/03 | Review/analysis of Tahari's motion for emergency stay of order requiring payment of Use & Occupancy rent. | | |
| 15 | B. Benjamin | 0.4 | 128.00 |
| | | | |
| 10/09/03 | Legal research of case law cited by Tahari in motion for emergency stay of order requiring payment of Use & Occupancy rent. | | |
| 15 | B. Benjamin | 0.6 | 192.00 |
| | | | |
| 10/09/03 | Attendance at Appellate Division on Tahari's motion for emergency stay of order requiring payment of Use & Occupancy rent. | | |
| 15 | B. Benjamin | 3.7 | 1,184.00 |
| | | | |
| 10/20/03 | Telephone conference with A. Mack, counsel for Tahari, regarding service of motion papers. | | |
| 15 | B. Benjamin | 0.2 | 64.00 |
| | | | |
| 10/20/03 | Review/analysis of Trizec/Landlord's papers in opposition to Tahari's motion for a stay of effect of order requiring payment of Use and Occupancy rent. | | |
| 15 | B. Benjamin | 0.2 | 64.00 |
| | | | |
| 10/21/03 | Draft correspondence to A. Nagy and V. Finklestein regarding Tahari | | |

|  |  |  |  |
|---|---|---|---|
|  | payment pursuant to order, interim motion for payment of use and occupancy, and substance of appeal. |  |  |
| 15 | B. Benjamin | 0.3 | 96.00 |
| 10/23/03 | Follow up regarding status. |  |  |
| 4 | A. Marchetta | 0.1 | 45.00 |
| 10/24/03 | Review/analysis Tahari's Answer, Counterclaims and Cross Claims. |  |  |
| 15 | B. Benjamin | 0.1 | 32.00 |
| 10/24/03 | Review/analysis Tahari's Document Demands and Notice of Deposition. |  |  |
| 15 | B. Benjamin | 0.1 | 32.00 |
| 10/24/03 | Draft Memorandum to A. Marchetta and J. Scordo regarding Defendant's Answer, Counterclaim and Cross Claim. |  |  |
| 15 | B. Benjamin | 0.2 | 64.00 |
| 10/24/03 | Review/analysis of Tahari's Reply papers in further support of its appeal seeking to vacate award of Use and Occupancy Rent. |  |  |
| 15 | B. Benjamin | 0.1 | 32.00 |
| 10/27/03 | Telephone calls regarding handling of depositions. |  |  |
| 4 | A. Marchetta | 0.3 | 135.00 |
| 10/28/03 | Follow up with B. Benjamin regarding conversation with landlord and issues regarding same. |  |  |
| 4 | A. Marchetta | 0.2 | 90.00 |
| 10/28/03 | Draft correspondence to A. Nagy and V. Finkelstein regarding Answer with Counterclaims and Cross claims, and Deposition Notices. |  |  |
| 15 | B. Benjamin | 0.2 | 64.00 |
| 10/28/03 | Telephone conference with C. Boubol, counsel for Trizec, regarding motion for summary judgment and cutting off discovery/deposition notices. |  |  |
| 15 | B. Benjamin | 0.2 | 64.00 |

Attorney Summary

| Timekeeper | | Hours | Rate | Dollars |
|---|---|---|---|---|
| A. Marchetta | | 0.60 | 450.00 | 270.00 |
| J. Scordo | | 0.10 | 320.00 | 32.00 |
| B. Benjamin | | 6.70 | 320.00 | 2,144.00 |
| | TOTALS | 7.40 | | 2,446.00 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 4 | 0.6 | 450.00 | 270.00 |
| J. Scordo | 15 | 0.1 | 320.00 | 32.00 |
| B. Benjamin | 15 | 6.7 | 320.00 | 2,144.00 |
| TOTAL | | 7.4 | | 2,446.00 |

Client: 082910 W.R. GRACE & CO.
Matter: 095992 Chapter 11 Administration

| 10/01/03 | Receipt and review of Order approving fees for the 8th Period and attention to forwarding same to R. Rosen, S. Zuber and S. Bruinooge. | | |
|---|---|---|---|
| 11 | K. Jasket | 0.2 | 36.00 |

| 10/01/03 | Review and update of docket. | | |
|---|---|---|---|
| 11 | K. Jasket | 0.3 | 54.00 |

| 10/09/03 | Review and update docket. | | |
|---|---|---|---|
| 11 | K. Jasket | 0.2 | 36.00 |

| 10/09/03 | Revise Quarterly fee application for July 2003. | | |
|---|---|---|---|
| 11 | K. Jasket | 0.5 | 90.00 |

| 10/10/03 | Attention to sending July 2003 fee application to S. McFarland for filing. | | |
|---|---|---|---|
| 11 | K. Jasket | 0.2 | 36.00 |

| 10/10/03 | Receipt and review of final report regarding 10th Interim Period and sent copy of same to A. Marchetta and S. Zuber. | | |
|---|---|---|---|
| 11 | K. Jasket | 0.3 | 54.00 |

| 10/16/03 | Attention to drafting fee application for August 2003. | | |
|---|---|---|---|
| 11 | K. Jasket | 0.5 | 90.00 |

| 10/17/03 | Continued drafting of August 2003 fee application. | | |
|---|---|---|---|
| 11 | K. Jasket | 1.2 | 216.00 |

| 10/28/03 | Review and updated docket. | | |
|---|---|---|---|
| 11 | K. Jasket | 0.3 | 54.00 |

| 10/29/03 | Review and revise PHK&S's August, 2003 Fee Application. | | |
|---|---|---|---|
| 11 | S. Zuber | 0.2 | 68.00 |

Attorney Summary

| Timekeeper | | Hours | Rate | Dollars |
|---|---|---|---|---|
| S. Zuber | | 0.20 | 340.00 | 68.00 |
| K. Jasket | | 3.70 | 180.00 | 666.00 |
| | TOTALS | 3.90 | | 734.00 |

### FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|---|
| S. Zuber | | 11 | 0.2 | 340.00 | 68.00 |
| K. Jasket | | 11 | 3.7 | 180.00 | 666.00 |
| | TOTAL | | 3.9 | | 734.00 |

Client: 082910 W.R. GRACE & CO.
Matter: 072757 Intercat, Inc. et al.

| 10/01/03 | Review file regarding Intercat's request for copies of Escrow Agreement and Warrant. | | |
|---|---|---|---|
| 4 | S. Zuber | 0.3 | 102.00 |

| 10/01/03 | Telephone conversation with D. Posner regarding Escrow Agreement and Warrant. | | |
|---|---|---|---|
| 4 | S. Zuber | 0.2 | 68.00 |

| 10/01/03 | Correspondence to D. Posner regarding Escrow Agreement and Warrant. | | |
|---|---|---|---|
| 4 | S. Zuber | 0.3 | 102.00 |

Attorney Summary

| Timekeeper | | Hours | Rate | Dollars |
|---|---|---|---|---|
| S. Zuber | | 0.80 | 340.00 | 272.00 |
| | TOTALS | 0.80 | | 272.00 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|------------|-----------|-------|------|-----|
| S. Zuber | 4 | 0.8 | 340.00 | 272.00 |
| TOTAL | | 0.8 | | 272.00 |

Client: 082913 W.R. GRACE & CO.\INSURANCE CO
Matter: 000009 NY Superfund Action

| 10/01/03 | Continuing to consider strategy and next steps for case once remanded and drafting additions and revisions to letter to client regarding same. | | |
| 15 | M. Waller | 2.8 | 896.00 |

| 10/01/03 | Work with M. Waller regarding status/strategy memo to client. | | |
| 15 | B. Moffitt | 0.1 | 28.00 |

| 10/02/03 | Telephone conference with J. Posner regarding status of action and strategy in case moving forward. | | |
| 15 | M. Waller | 0.3 | 96.00 |

| 10/02/03 | Review letter to D. Siegel regarding status of case on remand and outlining strategy moving forward | | |
| 15 | M. Waller | 0.8 | 256.00 |

| 10/03/03 | Receive telephone call from J. Posner regarding status of action. | | |
| 15 | M. Waller | 0.2 | 64.00 |

| 10/04/03 | Review letter from client and follow-up regarding same. | | |
| 4 | A. Marchetta | 0.3 | 135.00 |

| 10/06/03 | Review and forward letter to client, including following up with M. Waller regarding same. | | |
| 4 | A. Marchetta | 0.3 | 135.00 |

| 10/10/03 | Telephone call with client and conference with M. Waller and follow up with J. Posner regarding strategy and litigation. | | |
| 4 | A. Marchetta | 0.6 | 270.00 |

| 10/10/03 | Confer with A. Marchetta regarding request by client for estimate regarding |

recovery; factors in estimating same, and need to call J. Posner regarding same.

| | | | |
|---|---|---|---|
| 15 | M. Waller | 0.3 | 96.00 |

10/10/03    Telephone call to J. Posner regarding request by client for estimate regarding recovery, allocation issues, and prior settlement amounts, including sending follow up memo to A. Marchetta regarding same.

| | | | |
|---|---|---|---|
| 15 | M. Waller | 0.3 | 96.00 |

10/13/03    Receive telephone call from J. Posner regarding case issues, possible recoveries, and calculation of defense costs.

| | | | |
|---|---|---|---|
| 15 | M. Waller | 0.4 | 128.00 |

10/14/03    Follow up with A. Marchetta regarding conference call with J. Posner regarding potential recoveries and case moving forward.

| | | | |
|---|---|---|---|
| 15 | M. Waller | 0.3 | 96.00 |

10/14/03    Drafting memorandum following discussions with J. Posner regarding possible recoveries and strategies.

| | | | |
|---|---|---|---|
| 15 | M. Waller | 0.8 | 256.00 |

10/23/03    Reviewing cases regarding allocation for letter to client regarding evaluation of matter.

| | | | |
|---|---|---|---|
| 15 | M. Waller | 1.0 | 320.00 |

10/28/03    Work with M. Waller regarding memo for client.

| | | | |
|---|---|---|---|
| 4 | A. Marchetta | 0.3 | 135.00 |

10/28/03    Confer with A. Marchetta regarding status of analysis regarding allocation of defense costs and memo to client regarding same.

| | | | |
|---|---|---|---|
| 15 | M. Waller | 0.1 | 32.00 |

10/30/03    Reviewing allocation cases to draft letter to client regarding evaluation of possible outcomes.

| | | | |
|---|---|---|---|
| 15 | M. Waller | 0.8 | 256.00 |

10/30/03    Follow up with A. Marchetta regarding status of analysis regarding evaluation of possible outcomes.

| | | | |
|---|---|---|---|
| 15 | M. Waller | 0.1 | 32.00 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| A. Marchetta | 1.50 | 450.00 | 675.00 |
| M. Waller | 8.20 | 320.00 | 2,624.00 |

| | | | |
|---|---|---|---|
| B. Moffitt | 0.10 | 280.00 | 28.00 |
| TOTALS | 9.80 | | 3,327.00 |

## FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 4 | 1.5 | 450.00 | 675.00 |
| M. Waller | 15 | 8.2 | 320.00 | 2,624.00 |
| B. Moffitt | 15 | 0.1 | 280.00 | 28.00 |
| TOTAL | | 9.8 | | 3,327.00 |

### FEES FOR THE FEE PERIOD
### NOVEMBER 1, 2003 THROUGH NOVEMBER 30, 2003

Client: 082910 W.R. GRACE & CO.
Matter: 065656 Weja, Inc.

| | | | |
|---|---|---|---|
| 10/06/03 | Attend to status of site environmental issues. | | |
| 4 | W. Hatfield | 0.3 | 82.50 |
| 10/13/03 | Call to adversary on proposed court conference. | | |
| 4 | W. Hatfield | 0.2 | 55.00 |
| 10/14/03 | Call with adversary; contact court with adversary and memo to A. Marchetta on matter. | | |
| 4 | W. Hatfield | 0.3 | 82.50 |
| 10/17/03 | Calls to adversary Weja counsel regarding proposed court conference. | | |
| 4 | W. Hatfield | 0.2 | 55.00 |
| 10/20/03 | Call to adversary regarding proposed court conference. | | |
| 4 | W. Hatfield | 0.2 | 55.00 |
| 10/21/03 | Communication concerning Court status and Judge vacation period. | | |
| 4 | W. Hatfield | 0.2 | 55.00 |
| 10/21/03 | Prepare letter to Judge McLaughlin requesting status of decision. | | |
| 4 | W. Hatfield | 0.3 | 82.50 |

| 10/23/03 4 | Follow up regarding letter to court for decision. A. Marchetta | 0.3 | 135.00 |
|---|---|---|---|

| 10/30/03 4 | Address case issues and status, including decision from the court. W. Hatfield | 0.2 | 55.00 |
|---|---|---|---|

| 11/03/03 4 | Call to adversary and joint call to court clerk on case status. W. Hatfield | 0.2 | 55.00 |
|---|---|---|---|

| 11/03/03 4 | Memo to R. Rose and A. Marchetta on matter, including status on decision. W. Hatfield | 0.1 | 27.50 |
|---|---|---|---|

| 11/04/03 4 | Follow up with W. Hatfield regarding call to court. A. Marchetta | 0.1 | 45.00 |
|---|---|---|---|

| 11/12/03 4 | Review DEP Hudson chrome NRD press article and forward same to A. Marchetta and R. Rose. W. Hatfield | 0.3 | 82.50 |
|---|---|---|---|

| 11/12/03 4 | Attend to preparations for 12/5/03 hearing. W. Hatfield | 0.3 | 82.50 |
|---|---|---|---|

| 11/12/03 4 | Memos to clients on press release and requesting updates on costs for Weja case. W. Hatfield | 0.3 | 82.50 |
|---|---|---|---|

| 11/12/03 4 | Attend to calendar for court hearing on 12/5; and memo on same. W. Hatfield | 0.2 | 55.00 |
|---|---|---|---|

| 11/12/03 4 | Confer with R. Rose on case issues and preparations for hearing. W. Hatfield | 0.2 | 55.00 |
|---|---|---|---|

| 11/12/03 4 | Prepare confirming letter to Court on hearing. W. Hatfield | 0.2 | 55.00 |
|---|---|---|---|

| 11/12/03 4 | Memo and direct S. Purrington on updating interest calculations for matter. W. Hatfield | 0.2 | 55.00 |
|---|---|---|---|

| 11/12/03 4 | Follow up regarding court decision. A. Marchetta | 0.1 | 45.00 |
|---|---|---|---|

| 11/13/03 4 | Memos with A. Marchetta on matter and pending court decision. W. Hatfield | 0.1 | 27.50 |
|---|---|---|---|

| 11/17/03 | Memo with clients on upcoming hearing in case. | | |
|---|---|---|---|

| 4 | W. Hatfield | 0.2 | 55.00 |

| 11/18/03 | Prepare Pre-judgment interest calculations through December 5, 2003 in preparation for hearing as requested by W. Hatfield. | | |
| 15 | S. Purrington | 1.6 | 176.00 |

| 11/19/03 | Follow up regarding court hearing. | | |
| 4 | A. Marchetta | 0.2 | 90.00 |

| 11/20/03 | Address environmental cleanup status and costs for same from client. | | |
| 4 | W. Hatfield | 0.6 | 165.00 |

| 11/21/03 | Follow up regarding expenses on application and pre-judgment interest calculations. | | |
| 4 | A. Marchetta | 0.3 | 135.00 |

| 11/21/03 | Letter to adversary and review fees, cleanup costs and damages in case. | | |
| 4 | W. Hatfield | 0.4 | 110.00 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| W. Hatfield | 5.20 | 275.00 | 1,430.00 |
| A. Marchetta | 1.00 | 450.00 | 450.00 |
| S. Purrington | 1.60 | 110.00 | 176.00 |
| TOTALS | 7.80 | | 2,056.00 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 4 | 1.0 | 450.00 | 450.00 |
| W. Hatfield | 4 | 5.2 | 275.00 | 1,430.00 |
| S. Purrington | 15 | 1.6 | 110.00 | 176.00 |
| TOTAL | | 7.8 | | 2,056.00 |

Client: 082910 W.R. GRACE & CO.
Matter: 095992 Chapter 11 Administration

| 11/03/03 11 | Revised August 2003 fee application. K. Jasket | 1.0 | 180.00 |

| 11/03/03 11 | Drafted September 2003 fee application. K. Jasket | 0.5 | 90.00 |

| 11/03/03 11 | Review docket. K. Jasket | 0.2 | 36.00 |

| 11/06/03 11 | Drafted September 2003 fee application. K. Jasket | 1.2 | 216.00 |

| 11/07/03 11 | Review and revise September 2003 monthly fee application. S. Zuber | 0.2 | 68.00 |

| 11/12/03 11 | Reviewed docket. K. Jasket | 0.2 | 36.00 |

| 11/12/03 11 | Revised September 2003 fee application. K. Jasket | 0.4 | 72.00 |

| 11/14/03 11 | Attention to drafting Quarterly fee application for the 10th Interim Period. K. Jasket | 0.9 | 162.00 |

| 11/17/03 11 | Drafted Quarterly Fee Application for the 10th Interim Period and forwarded to S. Zuber for review. K. Jasket | 1.3 | 234.00 |

| 11/18/03 11 | Review and revise October 2003 monthly fee application. S. Zuber | 0.2 | 68.00 |

| 11/18/03 11 | Review and revise quarterly fee application for July through September, 2003. S. Zuber | 0.2 | 68.00 |

| 11/18/03 11 | Drafted fee application for October 2003. K. Jasket | 1.5 | 270.00 |

| 11/19/03 11 | Revised Quarterly fee application for the 10th Interim Period (July - September 2003) and attention to forwarding same to S. McFarland for filing. K. Jasket | 0.3 | 54.00 |

| 11/19/03 | Receipt and review of email from S. Bossay regarding fees and expenses for the 9th Interim Period and attention to responding to same. | | |

| 11 | | K. Jasket | 0.2 | 36.00 |

| 11/19/03 | Revised October 2003 fee application to include additional invoice. | | | |
| 11 | | K. Jasket | 0.5 | 90.00 |

| 11/20/03 | Review of email from S. Bossay regarding billing rates and attention to responding to same. | | | |
| 11 | | K. Jasket | 0.2 | 36.00 |

| 11/25/03 | Receipt and review of Fee Auditor's (draft) 9th Interim Spreadsheet. | | | |
| 11 | | S. Zuber | 0.3 | 102.00 |

| 11/26/03 | Respond to auditor's request. | | | |
| 4 | | A. Marchetta | 0.3 | 135.00 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| A. Marchetta | 0.30 | 450.00 | 135.00 |
| S. Zuber | 0.90 | 340.00 | 306.00 |
| K. Jasket | 8.40 | 180.00 | 1,512.00 |
| TOTALS | 9.60 | | 1,953.00 |

## FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 4 | 0.3 | 450.00 | 135.00 |
| S. Zuber | 11 | 0.9 | 340.00 | 306.00 |
| K. Jasket | 11 | 8.4 | 180.00 | 1,512.00 |
| TOTAL | | 9.6 | | 1,953.00 |

Client: 082913 W.R. GRACE & CO.\INSURANCE CO
Matter: 000009 NY Superfund Action

| 10/14/03 | Review proposed language for third-quarter 10Q from J. Posner and respond to same regarding status of matter. | | | |
| 15 | | M. Waller | 0.2 | 64.00 |

| 10/21/03 | Review of files for CNA positions regarding allocation. | | |
|---|---|---|---|
| 15 | M. Waller | 0.3 | 96.00 |

| 10/21/03 | Meeting with B. Moffitt and L. Jordan regarding legal research regarding allocation of defense costs. | | |
|---|---|---|---|
| 15 | M. Waller | 0.6 | 192.00 |

| 10/21/03 | Researching case law in which CNA argued the issue of allocation of liability and/or defense costs. | | |
|---|---|---|---|
| 15 | L. Jordan | 3.2 | 512.00 |

| 10/21/03 | Work with M. Waller and L. Jordan regarding insurance allocation issues and additional research regarding same. | | |
|---|---|---|---|
| 15 | B. Moffitt | 0.8 | 224.00 |

| 10/21/03 | Confer with M. Waller and S. Parker regarding review of prior deposition testimony and other discovery responses in this and related action regarding information relevant to allocation and other coverage issues. | | |
|---|---|---|---|
| 15 | B. Moffitt | 0.3 | 84.00 |

| 10/22/03 | Confer with A. Marchetta regarding preparation of memo regarding alternative outcomes. | | |
|---|---|---|---|
| 15 | M. Waller | 0.3 | 96.00 |

| 10/22/03 | Follow up with L. Jordon regarding research regarding allocation of defense costs. | | |
|---|---|---|---|
| 15 | M. Waller | 0.2 | 64.00 |

| 10/22/03 | Follow up with B. Moffitt regarding location and analysis of CNA and Grace discovery in all insurance coverage action regarding characterization of CNA policies. | | |
|---|---|---|---|
| 15 | M. Waller | 0.3 | 96.00 |

| 10/22/03 | Work with M. Waller regarding information for client regarding outcome of litigation. | | |
|---|---|---|---|
| 4 | A. Marchetta | 0.4 | 180.00 |

| 10/22/03 | Continued researching case law in which CNA argued the issue of allocation of liability and/or defense costs. Began to research and review case law discussing the allocation of defense costs. | | |
|---|---|---|---|
| 15 | L. Jordan | 2.0 | 320.00 |

| 10/22/03 | Work with M. Waller and D. Florence regarding review of deposition testimony in this and related actions regarding testimony relevant to allocation and other coverage issues. | | |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 15 | B. Moffitt | 1.0 | 280.00 |

10/22/03    Review Posner affidavit and transcript regarding allocation and other coverage issues.

| | | | |
|---|---|---|---|
| 15 | B. Moffitt | .9 | 252.00 |

10/23/03    Continued to research and review case law discussing the allocation of defense costs.

| | | | |
|---|---|---|---|
| 15 | L. Jordan | 2.6 | 416.00 |

10/23/03    Review of deposition testimony relevant to allocation and other coverage issues.

| | | | |
|---|---|---|---|
| 15 | B. Moffitt | 3.4 | 952.00 |

10/24/03    Continued to research case law in which CNA argued the issue of allocation of liability and/or defense costs.

| | | | |
|---|---|---|---|
| 15 | L. Jordan | 2.7 | 432.00 |

10/26/03    Reviewed case law in which CNA argued the issue of allocation of liability and/or defense costs.

| | | | |
|---|---|---|---|
| 15 | L. Jordan | 0.8 | 128.00 |

10/27/03    Review and analyze cases from L. Jordon regarding allocation of defense costs for inclusion in memorandum to client regarding same to evaluate claims against CNA.

| | | | |
|---|---|---|---|
| 15 | M. Waller | 0.9 | 288.00 |

10/27/03    Research and review case law in which CNA argued the issue of allocation of liability and/or defense costs.

| | | | |
|---|---|---|---|
| 15 | L. Jordan | 3.4 | 544.00 |

11/03/03    Follow up regarding memo to client; review case issues.

| | | | |
|---|---|---|---|
| 4 | A. Marchetta | 0.2 | 90.00 |

11/03/03    Reviewing legal research memos and drafting additions and revisions to letter to client regarding status and strategy.

| | | | |
|---|---|---|---|
| 15 | M. Waller | 2.3 | 736.00 |

11/04/03    Work on opinion/evaluation letter to client and follow up regarding same.

| | | | |
|---|---|---|---|
| 4 | A. Marchetta | 0.8 | 360.00 |

11/04/03    Draft additions and revisions to evaluation letter.

| | | | |
|---|---|---|---|
| 15 | M. Waller | 0.9 | 288.00 |

11/04/03    Follow up with A. Marchetta regarding letter to client evaluating potential recoveries.

| 15 | M. Waller | 0.3 | 96.00 |

11/05/03 Telephone call with client regarding issues in case and review issues raised by client.

| 4 | A. Marchetta | 0.3 | 135.00 |

11/06/03 Follow up with client regarding scheduling meeting to review options and strategies.

| 4 | A. Marchetta | 0.2 | 90.00 |

11/14/03 Telephone calls and follow up regarding meeting with clients and order from court on remand.

| 4 | A. Marchetta | 0.4 | 180.00 |

11/14/03 Review e-mail from J. Posner regarding status and scheduling Order issued by SDNY, review attached order and follow up with A. Marchetta by e-mail, including replying to e-mail from J. Posner regarding same.

| 15 | M. Waller | 0.4 | 128.00 |

11/16/03 Review regarding Order from court and follow up regarding conference date.

| 4 | A. Marchetta | 0.3 | 135.00 |

11/17/03 Telephone calls regarding court conference.

| 4 | A. Marchetta | 0.3 | 135.00 |

11/17/03 Telephone conference with CNA counsel regarding unsigned Order regarding status conference.

| 15 | M. Waller | 0.3 | 96.00 |

11/17/03 Follow up with A. Marchetta regarding telephone conference with CNA counsel regarding unsigned Order and status conference.

| 15 | M. Waller | 0.3 | 96.00 |

11/17/03 Worked with A. Marchetta regarding case status, including in preparation for litigation status meeting with client, preparation of joint status report and status conference before Judge Kaplan.

| 4 | S. Parker | 0.2 | 21.00 |

11/17/03 Worked with M. Waller regarding case status, including in preparation for litigation status meeting with client, preparation of joint status report and status conference before Judge Kaplan.

| 4 | S. Parker | 0.2 | 21.00 |

11/18/03 Work with M. Waller regarding date for court hearing and strategy discussions regarding same.

| 4 | A. Marchetta | 0.2 | 90.00 |

| 11/18/03 | Work with A. Marchetta regarding call with CNA counsel, adjourning court conference, and meeting with client. | | |
| 15 | M. Waller | 0.2 | 64.00 |

| 11/18/03 | Letter to Judge Kaplan requesting adjournment of status conference schedule. | | |
| 15 | M. Waller | 0.3 | 96.00 |

| 11/18/03 | Telephone conference with E. DeCristofaro regarding adjourning conference with court, joint submission regarding same and scheduling. | | |
| 15 | M. Waller | 0.3 | 96.00 |

| 11/18/03 | Follow up with A. Marchetta regarding telephone conference with E. DeCristofaro regarding adjourning conference with court, joint submission regarding same and scheduling. | | |
| 15 | M. Waller | 0.1 | 32.00 |

| 11/19/03 | Telephone calls and review correspondence to court regarding scheduling and work with M. Waller regarding same. | | |
| 4 | A. Marchetta | 0.3 | 135.00 |

| 11/19/03 | Draft additions and revisions to letter to Judge Kaplan requesting adjournment of status conference. | | |
| 15 | M. Waller | 0.1 | 32.00 |

| 11/19/03 | Work with A. Marchetta to finalize letter to Judge Kaplan requesting adjournment of status conference. | | |
| 15 | M. Waller | 0.1 | 32.00 |

| 11/19/03 | Worked with M. Waller in preparation for upcoming client meeting and status conference before Judge Kaplan | | |
| 4 | S. Parker | 0.3 | 31.50 |

| 11/24/03 | E-mails and follow up regarding court scheduling status conference before Judge Kaplan. | | |
| 4 | A. Marchetta | 0.3 | 135.00 |

| 11/24/03 | Follow up with Judge Kaplan's chambers and clerk's office regarding application to adjourn status conference. | | |
| 15 | M. Waller | 0.2 | 64.00 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |

| | | | |
|---|---|---|---|
| A. Marchetta | 3.70 | 450.00 | 1,665.00 |
| M. Waller | 8.60 | 320.00 | 2,752.00 |
| L. Jordan | 14.70 | 160.00 | 2,352.00 |
| B. Moffitt | 6.40 | 280.00 | 1,792.00 |
| S. Parker | 0.70 | 105.00 | 73.50 |
| TOTALS | 34.10 | | 8,634.50 |

## FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 4 | 3.7 | 450.00 | 1,665.00 |
| M. Waller | 15 | 8.6 | 320.00 | 2,752.00 |
| L. Jordan | 15 | 14.7 | 160.00 | 2,352.00 |
| B. Moffitt | 15 | 6.4 | 280.00 | 1,792.00 |
| S. Parker | 4 | 0.7 | 105.00 | 73.50 |
| TOTAL | | 34.1 | | 8,634.50 |

Client: 082910 W.R. GRACE & CO.
Matter: 102292 Tahari, Ltd.

| | | | |
|---|---|---|---|
| 11/03/03 | Review correspondence from V. Finklestein regarding questions concerning depositions and required document production, and question about reviewing files to determine facts possibly contradicting Tahari's argument concerning alleged fraud. | | |
| 15 | B. Benjamin | 0.3 | 96.00 |
| 11/03/03 | Draft correspondence to V. Finklestein regarding document production and stay of depositions by summary judgment motion, including review of Grace files regarding facts contradicting claim of alleged fraud. | | |
| 15 | B. Benjamin | 0.2 | 64.00 |
| 11/13/03 | E-mails and follow up regarding discovery issues. | | |
| 4 | A. Marchetta | 0.4 | 180.00 |
| 11/13/03 | Obtain service of Notice of Motion by hand, review docket and enter, update Pitney calendar, and inform and forward to B. Benjamin. | | |

| 15 | S. Wattenberg | 0.3 | 37.50 |

11/18/03   Telephone conference with B. Benjamin regarding contingency issue for client concerning reserve.

| 4 | A. Marchetta | 0.3 | 135.00 |

11/19/03   Follow up re e-mail to client on reserves.

| 4 | A. Marchetta | 0.3 | 135.00 |

11/19/03   Draft correspondence to A. Nagy regarding potential claims by landlord, payment of Use and Occupancy rent by Tahari, and possibly reversing reserves set aside to cover potential losses.

| 15 | B. Benjamin | 0.2 | 64.00 |

11/21/03   Review Plaintiff Landlord's Affidavits and Memorandum in Support of Motion for Partial Summary Judgment on Ejectment claim.

| 15 | B. Benjamin | 0.8 | 256.00 |

11/21/03   Legal research regarding case law supporting Contractual Merger clause barring claim of subsequent oral modification, effect of fraud in the inducement factual allegation, Tortious interference claim, Negligent Misrepresentation, and Application of General Business Law section 349.

| 15 | B. Benjamin | 2.1 | 672.00 |

11/21/03   Draft Notice of Motion in Support of Motion for Partial Summary Judgment and Dismissal of Tahari's Counterclaims and Crossclaims.

| 15 | B. Benjamin | 0.2 | 64.00 |

11/21/03   Draft Attorney Affirmation in Support of Motion for Partial Summary Judgment and Dismissal of Tahari's Counterclaims and Crossclaims.

| 15 | B. Benjamin | 1.3 | 416.00 |

11/21/03   Draft Memorandum of Law in Support of Motion for Partial Summary Judgment and Dismissal of Tahari's Counterclaims and Crossclaims.

| 15 | B. Benjamin | 2.2 | 704.00 |

11/24/03   Follow up with B. Benjamin regarding court demand for settlement conference; including review of all outstanding case issues.

| 4 | A. Marchetta | 0.7 | 315.00 |

11/24/03   Obtain, review and arrange to file Notice of Motion to dismiss in Supreme Court, New York County, including conversation with motion support clerk regarding same.

| 15 | S. Wattenberg | 0.3 | 37.50 |

11/25/03   Telephone calls regarding settlement conference with court with co-counsel.

| 4 | A. Marchetta | 0.4 | 180.00 |

| 11/25/03 | Review issues and telephone calls with client regarding court ordered settlement conference. | | |
| 4 | A. Marchetta | 0.4 | 180.00 |

| 11/25/03 | Telephone conference with C. Boubol regarding Court Ordered mediation conference. | | |
| 15 | B. Benjamin | 0.2 | 64.00 |

| 11/25/03 | Review and analysis of letters from and to D. Rosenholc and C. Boubol regarding attempts to sublease space to Tahari, Landlord's refusal to consent to sublease, and Court ordered mediation. | | |
| 15 | B. Benjamin | 0.1 | 32.00 |

| 11/25/03 | Obtain Notice of Motion to Dismiss, including reviewing same and meeting with motion support clerk at Supreme Court, New York and filing and placing on calendar. | | |
| 24 | S. Wattenberg | 1.0 | 125.00 |

| 11/26/03 | Draft letter to A. Mack, counsel for Tahari, regarding adjournment of motion and extension of time to submit opposition papers. | | |
| 15 | B. Benjamin | 0.2 | 64.00 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| A. Marchetta | 2.50 | 450.00 | 1,125.00 |
| B. Benjamin | 7.80 | 320.00 | 2,496.00 |
| S. Wattenberg | 1.60 | 125.00 | 200.00 |
| TOTALS | 11.90 | | 3,821.00 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 4 | 2.5 | 450.00 | 1,125.00 |
| B. Benjamin | 15 | 7.8 | 320.00 | 2,496.00 |
| S. Wattenberg | 15 | 1.6 | 125.00 | 200.00 |

| | | |
|---|---|---|
| TOTAL | 11.9 | 3,821.00 |

## FEES FOR THE FEE PERIOD
## DECEMBER 1, 2003 THROUGH DECEMBER 31, 2003

Client: 082910 W.R. GRACE & CO.
Matter: 065656 Weja, Inc.

| Date | Description | Hours | Amount |
|---|---|---|---|
| 12/01/03 4 | Address case issues for hearing.<br>W. Hatfield | 0.5 | 137.50 |
| 12/02/03 15 | Prepare supplement to attorney fee and cost application to court.<br>W. Hatfield | 1.3 | 357.50 |
| 12/02/03 4 | Conference with W. Hatfield and R. Rose regarding hearing on fees.<br>A. Marchetta | 0.3 | 135.00 |
| 12/03/03 15 | Prepare two supplemental letter briefs on attorneys' fees and costs and prejudgment interest for final hearing before Court, including preparing attachments to same; charts and redact invoices.<br>W. Hatfield | 3.3 | 907.50 |
| 12/03/03 4 | Review court submission and follow up regarding issues.<br>A. Marchetta | 0.3 | 135.00 |
| 12/04/03 4 | Follow up regarding response by Weja on attorneys' fees.<br>A. Marchetta | 0.4 | 180.00 |
| 12/04/03 4 | Attend to hearing preparations, including telephone conference with client on matter, review letter brief from Weja, and address strategy with R. Rose.<br>W. Hatfield | 1.5 | 412.50 |
| 12/05/03 4 | Call with adversary and court, including sending memo to client and case team on rescheduling of hearing.<br>W. Hatfield | 0.3 | 82.50 |
| 12/05/03 4 | Address issues in Weja papers regarding attorney's fee and memo to R. Rose regarding same.<br>W. Hatfield | 0.5 | 137.50 |
| 12/08/03 4 | Attend to case issues, including pending applications regarding attorneys' fees and costs.<br>W. Hatfield | 0.2 | 55.00 |
| 12/09/03 | Address case issues, including pending applications regarding attorneys' | | |

|  |  |  |  |
|---|---|---|---|
|  | fees and costs. |  |  |
| 4 | W. Hatfield | 0.2 | 55.00 |
| 12/11/03 | Review submissions concerning attorney's fees and prejudgment interest in preparation for hearing. |  |  |
| 4 | R. Rose | 0.7 | 269.50 |
| 12/11/03 | Prepare for hearing, including review of letter brief from Weja. |  |  |
| 4 | W. Hatfield | 0.4 | 110.00 |
| 12/11/03 | Update prejudgment interest spreadsheets through 12/31/03 as requested by W. Hatfield in preparation for hearing. |  |  |
| 15 | S. Purrington | 1.3 | 143.00 |
| 12/12/03 | Travel to Hudson County Court House and attend hearing on application for prejudgment interest and attorney's fees. |  |  |
| 4 | R. Rose | 2.8 | 1,078.00 |
| 12/12/03 | Memo to A. Marchetta and R. Rose regarding conference with client, summary of hearing, action items, and strategy. |  |  |
| 15 | W. Hatfield | 0.4 | 110.00 |
| 12/12/03 | Prepare for and attend hearing on matter before Judge McLaughlin regarding application for attorneys' fees and costs, including telephone conference with client regarding same. |  |  |
| 15 | W. Hatfield | 3.4 | 935.00 |
| 12/13/03 | Conference and follow up regarding results of court hearing. |  |  |
| 4 | A. Marchetta | 0.4 | 180.00 |
| 12/14/03 | Attend to case issues, including court hearing on application for attorneys' fees and costs. |  |  |
| 4 | W. Hatfield | 0.1 | 27.50 |
| 12/15/03 | Meetings on case issues and call with client on matter, including drafting memo to A. Marchetta and R. Rose regarding same. |  |  |
| 4 | W. Hatfield | 0.7 | 192.50 |
| 12/15/03 | Review oral opinion and address issues in prior order and begin draft of final order of judgment. |  |  |
| 4 | W. Hatfield | 1.3 | 357.50 |
| 12/15/03 | Conference with R. Rose and W. Hatfield and telephone call with client regarding judgment and appeal. |  |  |
| 4 | A. Marchetta | 0.7 | 315.00 |

| 12/15/03 | Conference call with A. Nagy and A. Marchetta concerning opinion on attorney's fees and prejudgment interest, including appeal issues. | | |
|---|---|---|---|
| 4 | R. Rose | 0.5 | 192.50 |

| 12/16/03 | Attend to case issues, including addressing interest issues for 2004. | | |
|---|---|---|---|
| 4 | W. Hatfield | 0.4 | 110.00 |

| 12/16/03 | Update prejudgment interest calculation spreadsheets through January 30, 2004 as requested by W. Hatfield. | | |
|---|---|---|---|
| 15 | S. Purrington | 1.3 | 143.00 |

| 12/19/03 | Address case issues and draft of final order, including reviewing same with R. Rose. | | |
|---|---|---|---|
| 4 | W. Hatfield | 1.5 | 412.50 |

| 12/19/03 | Follow up regarding judgment. | | |
|---|---|---|---|
| 4 | A. Marchetta | 0.2 | 90.00 |

| 12/22/03 | Review draft of final order. | | |
|---|---|---|---|
| 4 | R. Rose | 0.8 | 308.00 |

| 12/23/03 | Memos with R. Rose on issues in draft final order. | | |
|---|---|---|---|
| 3 | W. Hatfield | 0.3 | 82.50 |

| 12/23/03 | Review draft of final order of judgment, including e-mails to B. Hatfield concerning arbitration procedure. | | |
|---|---|---|---|
| 4 | R. Rose | 0.8 | 308.00 |

| 12/27/03 | Follow up regarding judgment. | | |
|---|---|---|---|
| 4 | A. Marchetta | 0.1 | 45.00 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| W. Hatfield | 16.30 | 275.00 | 4,482.50 |
| A. Marchetta | 2.40 | 450.00 | 1,080.00 |
| R. Rose | 5.60 | 385.00 | 2,156.00 |
| S. Purrington | 2.60 | 110.00 | 286.00 |
| TOTALS | 26.90 | | 8,004.50 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| R. Rose | 4 | 5.6 | 385.00 | 2,156.00 |
| A. Marchetta | 4 | 2.4 | 450.00 | 1,080.00 |
| W. Hatfield | 3 | 0.3 | 275.00 | 82.50 |
| | 4 | 7.6 | 275.00 | 2,090.00 |
| | 15 | 8.4 | 275.00 | 2,310.00 |
| S. Purrington | 15 | 2.6 | 110.00 | 286.00 |
| TOTAL | | 26.9 | | 8,004.50 |

Client: 082910 W.R. GRACE & CO.
Matter: 095992 Chapter 11 Administration

| 12/01/03 | Attention to responding to email from S. Bossay, including reviewing email attachments regarding fees and expenses for the 9th Interim Period. | | |
|---|---|---|---|
| 11 | K. Jasket | 0.3 | 54.00 |

| 12/10/03 | Reviewed docket. | | |
|---|---|---|---|
| 11 | K. Jasket | 0.4 | 72.00 |

| 12/10/03 | Reviewed Order regarding 2004 hearing dates and sent memo to A. Marchetta and S. Zuber regarding same. | | |
|---|---|---|---|
| 11 | K. Jasket | 0.3 | 54.00 |

| 12/17/03 | Receipt and review of CNOs for September and October 2003 and attention to forwarding same to A. Marchetta and S. Zuber. | | |
|---|---|---|---|
| 11 | K. Jasket | 0.2 | 36.00 |

| 12/18/03 | Review docket. | | |
|---|---|---|---|
| 11 | K. Jasket | 0.3 | 54.00 |

| 12/18/03 | Review Order approving fees for the 10th Interim Period and attention to forwarding same to A. Marchetta and S. Zuber. | | |
|---|---|---|---|
| 11 | K. Jasket | 0.2 | 36.00 |

| 12/18/03 | Drafted fee application for November 2003. | | |
|---|---|---|---|
| 11 | K. Jasket | 2.3 | 414.00 |

| 12/29/03 | Review docket. | | |
|---|---|---|---|
| 11 | K. Jasket | 0.2 | 36.00 |

| 12/29/03 | Attention to sending November 2003 fee application to S. McFarland for filing. | | |
|---|---|---|---|
| 11 | K. Jasket | 0.2 | 36.00 |

| 12/29/03 | Revised November 2003 fee application. | | |
|---|---|---|---|
| 11 | K. Jasket | 0.5 | 90.00 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| K. Jasket | 4.90 | 180.00 | 882.00 |
| TOTALS | 4.90 | | 882.00 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| K. Jasket | 11 | 4.9 | 180.00 | 882.00 |
| TOTAL | | 4.9 | | 882.00 |

Client: 082913 W.R. GRACE & CO.\INSURANCE CO
Matter: 000009 NY Superfund Action

| 12/02/03 | Compile information requested by client. | | |
|---|---|---|---|
| 4 | A. Marchetta | 0.3 | 135.00 |

| 12/02/03 | Confer with A. Marchetta regarding settlement amounts obtained to date, including following up with B. Moffitt regarding same. | | |
|---|---|---|---|
| 15 | M. Waller | 0.3 | 96.00 |

| 12/02/03 | Review insurance policies, settlement memos, and defense cost information. | | |
|---|---|---|---|
| 15 | M. Waller | 0.6 | 192.00 |

| 12/02/03 | Work with A. Marchetta regarding settlement amounts obtained to date, including conferring with M. Waller and S. Parker regarding same. | | |
|---|---|---|---|
| 15 | B. Moffitt | 0.3 | 84.00 |

| 12/03/03 | Work with M. Waller regarding information for court submission. | | |
| 4 | A. Marchetta | 0.4 | 180.00 |

| 12/03/03 | Complete reviewing settlement information and agreements and draft memorandum to A. Marchetta regarding same in preparation for meeting with client. | | |
| 15 | M. Waller | 0.5 | 160.00 |

| 12/04/03 | Follow up with S. Parker regarding terms of Hartford settlement to assist A. Marchetta with client strategy meeting. | | |
| 15 | M. Waller | 0.2 | 64.00 |

| 12/04/03 | Work with B. Moffitt to prepare memorandum regarding terms of Hartford settlement to assist A. Marchetta with client strategy meeting. | | |
| 15 | M. Waller | 0.2 | 64.00 |

| 12/04/03 | Review various e-mails from M. Waller regarding earlier settlement agreements reached with carriers, including working with S. Parker regarding same and review correspondence related to Hartford settlement and preparation of e-mail to A. Marchetta regarding same. | | |
| 15 | B. Moffitt | 0.5 | 140.00 |

| 12/08/03 | Telephone calls and follow up regarding client meeting and strategy. | | |
| 4 | A. Marchetta | 0.4 | 180.00 |

| 12/08/03 | Prepare materials for A. Marchetta for meeting with client regarding strategy and potential settlement and work with S. Parker regarding same. | | |
| 15 | M. Waller | 0.6 | 192.00 |

| 12/09/03 | Prepare for meeting with client. | | |
| 4 | A. Marchetta | 0.3 | 135.00 |

| 12/12/03 | Meeting with client regarding issues for court hearing and strategy regarding same. | | |
| 4 | A. Marchetta | 1.5 | 675.00 |

| 12/12/03 | Follow up with A. Marchetta regarding meeting with client regarding status and strategy for matter. | | |
| 15 | M. Waller | 0.3 | 96.00 |

| 12/15/03 | Follow up regarding client meeting regarding information for client and statement for court. | | |
| 4 | A. Marchetta | 0.7 | 315.00 |

| 12/15/03 | Meeting with A. Marchetta and B. Moffitt regarding results of strategy meeting with client and future actions. | | |

| 15 | M. Waller | 0.2 | 64.00 |

| 12/15/03 | Follow up with B. Moffitt and C. Nowicki regarding factual and legal research requested by client regarding defense costs and interest calculations permitted in federal courts in NY. | | |
| 15 | M. Waller | 0.2 | 64.00 |

| 12/15/03 | Work with A. Marchetta and M. Waller regarding scope of potential recovery and interest available with respect to same. | | |
| 15 | B. Moffitt | 0.2 | 56.00 |

| 12/15/03 | Work with M. Waller and L. Jordan regarding research regarding scope of potential recovery and interest available with respect to same, including providing L. Jordan with existing research regarding interest issue. | | |
| 15 | B. Moffitt | 0.4 | 112.00 |

| 12/15/03 | Work with C. Nowicki regarding research regarding scope of potential recovery and interest available with respect to same, including providing her with existing research regarding interest issue. | | |
| 15 | B. Moffitt | 0.2 | 56.00 |

| 12/18/03 | Review memorandum from C. Nowicki regarding calculation of prejudgment interest. | | |
| 15 | M. Waller | 0.3 | 96.00 |

| 12/18/03 | Confer with B. Moffitt regarding memorandum by C. Nowicki regarding calculation of prejudgment interest and additions and revisions needed to same and research regarding prior calculations of defense costs. | | |
| 15 | M. Waller | 0.2 | 64.00 |

| 12/18/03 | Telephone call with A. Marchetta regarding research regarding scope of potential recovery and interest available with respect to same; work with M. Waller and C. Nowicki regarding same. | | |
| 15 | B. Moffitt | 0.3 | 84.00 |

| 12/19/03 | Review items regarding outline for court. | | |
| 4 | A. Marchetta | 0.3 | 135.00 |

| 12/22/03 | Confer with A. Marchetta regarding prior research regarding calculation of defense costs at issue in matter. | | |
| 15 | M. Waller | 0.2 | 64.00 |

| 12/22/03 | Drafting letter to J. Posner regarding prior calculation of defense costs at issue in matter and prejudgment interest. | | |
| 15 | M. Waller | 1.8 | 576.00 |

| 12/22/03 | Review memorandum regarding calculation of prejudgment interest and key cases. | | |
|---|---|---|---|
| 15 | M. Waller | 0.5 | 160.00 |

| 12/22/03 | Work with M. Waller and follow up regarding information for client on claims and judgment interest question. | | |
|---|---|---|---|
| 4 | A. Marchetta | 0.7 | 315.00 |

| 12/23/03 | Review information for client regarding cost and interest issue. | | |
|---|---|---|---|
| 4 | A. Marchetta | 0.5 | 225.00 |

| 12/23/03 | Review CNA policies for provisions regarding prejudgment interest rates. | | |
|---|---|---|---|
| 15 | M. Waller | 0.4 | 128.00 |

| 12/23/03 | Drafting additions and revisions to letter to J. Posner regarding defense costs and calculating pre-judgment interest. | | |
|---|---|---|---|
| 15 | M. Waller | 0.7 | 224.00 |

| 12/24/03 | Confer with A. Marchetta regarding letter to client and calculation of prejudgment interest. | | |
|---|---|---|---|
| 15 | M. Waller | 0.1 | 32.00 |

| 12/24/03 | Review research memorandum regarding calculation of prejudgment interest and direct S. Muhlstock to conduct follow up research. | | |
|---|---|---|---|
| 15 | M. Waller | 0.2 | 64.00 |

| 12/24/03 | Review research by S. Muhlstock regarding calculation of prejudgment interest. | | |
|---|---|---|---|
| 15 | M. Waller | 0.2 | 64.00 |

| 12/24/03 | Follow up conference with A. Marchetta regarding calculation of prejudgment interest and finalizing letter to client. | | |
|---|---|---|---|
| 15 | M. Waller | 0.2 | 64.00 |

| 12/24/03 | Reviewing decision on appeal by Second Circuit and outlining issues remaining to be decided by district court for proposed joint letter to the court regarding outstanding issues. | | |
|---|---|---|---|
| 15 | M. Waller | 0.4 | 128.00 |

| 12/24/03 | Confer with M. Waller regarding rate of prejudgment interest, including research regarding same. | | |
|---|---|---|---|
| 15 | S. Muhlstock | 0.8 | 180.00 |

| 12/29/03 | Conference with M. Waller and follow up regarding letter to client and preparing for court submission. | | |
|---|---|---|---|
| 4 | A. Marchetta | 0.4 | 180.00 |

| 12/29/03 | Confer with A. Marchetta to finalize letter to J. Posner regarding defense cost information and pre-judgment interest rates. | | |
| 15 | M. Waller | 0.1 | 32.00 |

| 12/30/03 | Work with staff regarding court submission. | | |
| 4 | A. Marchetta | 0.5 | 225.00 |

| 12/30/03 | Follow up with A. Marchetta regarding preparation of submission to the Court. | | |
| 15 | M. Waller | 0.2 | 64.00 |

| 12/30/03 | Follow up with CNA counsel regarding going forward with joint submission to the Court and for CNA to propose next steps for settlement discussions, if any. | | |
| 15 | M. Waller | 0.2 | 64.00 |

| 12/30/03 | Reviewed file documents regarding confirmation of deadline for joint submission to the court and for upcoming status conference before Judge Kaplan. | | |
| 24 | S. Parker | 0.2 | 21.00 |

| 12/30/03 | Prepared memo to A. Marchetta, M. Waller and B. Moffitt outlining deadline for joint submission to the court and upcoming status conference before Judge Kaplan. | | |
| 24 | S. Parker | 0.1 | 10.50 |

<u>Attorney Summary</u>

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| A. Marchetta | 6.00 | 450.00 | 2,700.00 |
| M. Waller | 8.80 | 320.00 | 2,816.00 |
| B. Moffitt | 1.90 | 280.00 | 532.00 |
| S. Muhlstock | 0.80 | 225.00 | 180.00 |
| S. Parker | 0.30 | 105.00 | 31.50 |
| TOTALS | 17.80 | | 6,259.50 |

FEE SUMMARY - SORTED BY TIMEKEEPER

TASK

| Timekeeper | CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 4 | 6.0 | 450.00 | 2,700.00 |
| M. Waller | 15 | 8.8 | 320.00 | 2,816.00 |
| B. Moffitt | 15 | 1.9 | 280.00 | 532.00 |
| S. Muhlstock | 15 | 0.8 | 225.00 | 180.00 |
| S. Parker | 24 | 0.3 | 105.00 | 31.50 |
| TOTAL | | 17.8 | | 6,259.50 |

Client: 082910 W.R. GRACE & CO.
Matter: 102292 Tahari, Ltd.


| 12/01/03 | Follow up with B. Benjamin regarding court hearing and review regarding issues for argument. | | |
|---|---|---|---|
| 4 | A. Marchetta | 0.4 | 180.00 |

| 12/02/03 | Follow up regarding court hearing. | | |
|---|---|---|---|
| 4 | A. Marchetta | 0.3 | 135.00 |

| 12/02/03 | Conversation with motion support of Supreme Court, New York County, to confirm motions adjourned from 12/2/03 to 12/22/03. | | |
|---|---|---|---|
| 24 | S. Wattenberg | 0.3 | 37.50 |

| 12/04/03 | Attend court hearing regarding settlement and scheduling of motions, including telephone call with client regarding same. | | |
|---|---|---|---|
| 4 | A. Marchetta | 5.0 | 2,250.00 |

| 12/10/03 | Draft correspondence to A. Mack and C. Boubol regarding executed Stipulation regarding timing of Motions for Summary Judgment. | | |
|---|---|---|---|
| 15 | B. Benjamin | 0.1 | 32.00 |

| 12/10/03 | Review and execute Stipulation regarding timing of Motions for Summary Judgment. | | |
|---|---|---|---|
| 15 | B. Benjamin | 0.1 | 32.00 |

| 12/15/03 | Telephone calls regarding status of Motions for Summary Judgment. | | |
|---|---|---|---|
| 4 | A. Marchetta | 0.3 | 135.00 |

| 12/18/03 | Follow up regarding Motions for Summary Judgment. | | |
|---|---|---|---|
| 4 | A. Marchetta | 0.1 | 45.00 |

| 12/30/03 | Review file and confer with S. Parker on upcoming motion papers. | | |
|---|---|---|---|
| 4 | J. Scordo | 0.3 | 96.00 |

Attorney Summary

| Timekeeper | | Hours | Rate | Dollars |
|---|---|---|---|---|
| A. Marchetta | | 6.10 | 450.00 | 2,745.00 |
| J. Scordo | | 0.30 | 320.00 | 96.00 |
| B. Benjamin | | 0.20 | 320.00 | 64.00 |
| S. Wattenberg | | 0.30 | 125.00 | 37.50 |
| | TOTALS | 6.90 | | 2,942.50 |

## FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|---|
| A. Marchetta | | 4 | 6.1 | 450.00 | 2,745.00 |
| J. Scordo | | 4 | 0.3 | 320.00 | 96.00 |
| B. Benjamin | | 15 | 0.2 | 320.00 | 64.00 |
| S. Wattenberg | | 24 | 0.3 | 125.00 | 37.50 |
| | TOTAL | | 6.9 | | 2,942.50 |