# EXHIBIT C

# EXHIBIT C

## EXPENSES FOR THE FEE PERIOD
## OCTOBER 1, 2003 THROUGH OCTOBER 31, 2003[2]

Engagement Costs – Tahari, Ltd.

| | | |
|---|---|---:|
| 09/10/03 | Pd Travel Expense; bmb; Ck# 253403 | 7.50 |
| 09/10/03 | Pd Travel Expense; bmb; Ck# 253403 | 7.00 |
| 09/10/03 | Pd Travel Expense; bmb; Ck# 253403 | 7.00 |
| 09/12/03 | Pd Travel Expense; bmb; 10-15-03 | 4.00 |
| 09/30/03 | Pd Aetna Central Judicial Services for multiple job request; bmb; Ck# 252685 | 15.00 |
| | Matter Total Engagement Cost | 40.50 |

Engagement Costs – Chapter 11 Administration

| | | |
|---|---|---:|
| 10/13/03 | PD UPS TO WILMINGTON DE; KMJ; CK# 253482 | 7.74 |
| | Duplicating | 35.56 |
| | Matter Total Engagement Cost | 43.30 |

Engagement Costs – Intercat, Inc., et al

| | | |
|---|---|---:|
| | Computer Assisted Research | 19.25 |
| | Matter Total Engagement Cost | 19.25 |

Engagement Costs – NY Superfund Action

| | | |
|---|---|---:|
| 10/31/03 | DOCUMENT ACCESS FACILITY--ANNEX--OCTOBER 2003 | 2148.00 |
| | Computer Assisted Research | 1256.83 |
| | Matter Total Engagement Cost | 3,404.83 |

---

[2] Certain of the expenses set forth below are described in greater detail in the previously filed monthly fee applications.

## EXPENSES FOR THE FEE PERIOD
## NOVEMBER 1, 2003 THROUGH NOVEMBER 30, 2003

Engagement Costs – Weja, Inc.

|  |  |  |
|---|---|---|
| | Duplicating | 9.10 |
| | Telephone | 0.60 |
| | Matter Total Engagement Cost | 9.70 |

Engagement Costs – Chapter 11 Administration

| | | |
|---|---|---|
| 11/03/03 | PD UPS TO WILMINGTON DE; KMJ; CK# 254427 | 7.74 |
| 11/13/03 | PD UPS TO WILMINGTON DE; KMJ; INV # 81207463 | 7.74 |
| | Duplicating | 23.52 |
| | Matter Total Engagement Cost | 39.00 |

Engagement Costs – NY Superfund Action

| | | |
|---|---|---|
| 11/26/03 | DOCUMENT ACCESS FACILITY--ANNEX--NOVEMBER 2003 | 2148.00 |
| | Computer Assisted Research | 47.94 |
| | Duplicating | 158.20 |
| | Matter Total Engagement Cost | 2,354.14 |

Engagement Costs – Tahari, Ltd.

| | | |
|---|---|---|
| 11/26/03 | Paid HCK#152642 to Clerk of the Court for fee to file Motion in Supreme Court, New York County, #10507, S#4989 | 45.00 |
| | Computer Assisted Research | 26.02 |
| | Postage | 4.20 |
| | Matter Total Engagement Cost | 75.22 |

## EXPENSES FOR THE FEE PERIOD
## DECEMBER 1, 2003 THROUGH DECEMBER 31, 2003

Engagement Costs – Weja, Inc.

| | | |
|---|---|---:|
| 12/03/03 | PD UPS TO COLUMBIA MD; WSH; INV. # 81207493 | 7.74 |
| 12/03/03 | PD DELIVERY EXPENSES TO JERSEY CITY, NJ; CK# 255607 | 91.50 |
| 12/16/03 | Payment for trial transcript on 12/12/03 #10501 S#5044 | 200.00 |
| | Duplicating | 59.78 |
| | Postage | 11.45 |
| | Matter Total Engagement Cost | 370.47 |

Engagement Costs – Chapter 11 Administration

| | | |
|---|---|---:|
| 11/19/03 | PD UPS TO WILMINGTON DE; KMJ; INV# 81207473 | 7.74 |
| 11/20/03 | PD UPS TO WILMINGTON DE; KMJ; INV# 81207473 | 7.74 |
| | Duplicating | 16.24 |
| | Matter Total Engagement Cost | 31.72 |

Engagement Costs – NY Superfund Action

| | | |
|---|---|---:|
| 11/19/03 | PD DELIVERY EXPENSES TO NEW YORK, NEW YORK; MEW; CK# 255608 | 122.35 |
| 12/31/03 | DOCUMENT ACCESS FACILITY--ANNEX--DECEMBER 2003 | 2148.00 |
| | Computer Assisted Research | 100.99 |
| | Duplicating | 22.40 |
| | Matter Total Engagement Cost | 2,393.74 |

Engagement Costs – Tahari, Ltd.

| | | |
|---|---|---:|
| 11/24/03 | Pd Travel Expense; bmb;  Ck# 255757 | 7.50 |
| 11/24/03 | Pd Travel Expense; bmb;  Ck# 255757 | 7.00 |
| 11/30/03 | Pd Travel Expense; bmk; Ck# 255031 | 20.45 |
| 12/10/03 | Pd Travel expense; sww; Ck# 255339 | 4.00 |
| | Duplicating | 4.34 |
| | Matter Total Engagement Cost | 43.29 |