UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
----------------------------------------------------------------X
In re:                                                          |
                                                                | Chapter 11
 W.R. GRACE & CO.-CONN.                                         |
                                                                | Case No. 01-01140
                                                                |
                    Debtors.                                    |
----------------------------------------------------------------X


### <u>NOTICE OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001(e)(1)</u>

To: (Transferee)

                    LONGACRE MASTER FUND, LTD.
                    Transferor: Fred Woods Production
                    810 Seventh Avenue, 22nd Floor
                    New York, NY  10019
                    Attn:  Vladimir Jelisavcic


A transfer in the amount of <u>$6,328.30 </u>from:


                    Fred Woods Production
                    304 Pleasant Street
                    Watertown, MA 02172
                    Attn: Fred Woods



is acknowledged.  By filing pursuant to Rule 3001 (e)(1), you affirm that you have searched the
official claims register and that the transferor has not previously filed a proof of claim.

Refer  to  INTERNAL  CONTROL  NUMBER  _____  in  any  further
correspondence relative to this transfer.


                                                        Intake Clerk
-------------------------------------------------------------------------------------------------------------------
FOR CLERK'S OFFICE USE ONLY:
This  notice  was  mailed  to  the  first  named  party,  by  first  class  mail,  post  prepaid  on
_____, 2003.
Copy:  Debtor's Attorney_____



                                    _____
                                    Deputy Clerk

**EVIDENCE OF TRANSFER OF CLAIM**

Exhibit B

TO:         United States Bankruptcy Court ("Bankruptcy Court")
            District of Delaware
            824 Market St., Room 525
            Wilmington, DE 19801
            Attn:    Clerk

AND TO:     W.R. GRACE & CO.-CONN., ("Debtor")
            Case No. 01-01140

Claim #

**FRED WOODS PRODUCTION,** its successors and assigns ("Seller"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**LONGACRE MASTER FUND, LTD.**
810 Seventh Avenue, 22nd Floor
New York, NY 10019
Attn: Vladimir Jelisavcic

its successors and assigns ("Buyer"), all rights, title and interest in and to the claim of Seller, including all rights of stoppage in transit, replevin and reclamation, in the principal amount of $6,328.30 ("Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Assignment of Claim by its duly authorized representative dated June 2, 2003.

**FRED WOODS PRODUCTION**


By:____/s/ Fred Woods_____
Name:  Fred Woods
Title:   President