IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

## CERTIFICATION OF COUNSEL RE: DOCKET NO. 4088

1. On July 21, 2003, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Debtors' First Omnibus Objection to Claims* (the "First Omnibus Objection") (Docket No. 4088) with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801. The deadline to respond to the First Omnibus Objection was August 8, 2003.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

2.       The First Omnibus Objection has been adjudicated with respect to all claimants except Pipeline Services, Inc. ("Pipeline"). Pipeline never filed a response to the First Omnibus Objection with this Court, but it did send a letter to Debtors' counsel.

3.       Despite repeated attempts by Debtors' counsel to reach out to Pipeline in an attempt to understand the basis of its claim and to resolve the matter, Debtors' counsel was unable to reach Pipeline. Accordingly, the Debtors went forward with the First Omnibus Objection as it relates to Pipeline's claim at the February 23, 2004 omnibus hearing (the "Hearing"). At the hearing, the Court disallowed Pipeline's claim and requested that Debtors' counsel prepare an order disallowing the Pipeline claim that provides Pipeline with ten (10) days from the entry of the order to file a motion for reconsideration.

4.  Accordingly, the Debtors respectfully request that the Court enter the proposed form of Order attached hereto as <u>Exhibit A</u> at its earliest convenience, as the Debtors believe such order is consistent with this Court's ruling on the Pipeline claim.

Dated: February 26, 2004

                KIRKLAND & ELLIS LLP
                David M. Bernick, P.C.
                James W. Kapp III
                Janet S. Baer
                Christian J. Lane
                200 East Randolph Drive
                Chicago, Illinois 60601
                Telephone: (312) 861-2000
                Facsimile: (312) 861-2200

                and

                PACHULSKI, STANG, ZIEHL, YOUNG, JONES &
                WEINTRAUB P.C.

                */s/ Laura Davis Jones*
                Laura Davis Jones (Bar No. 2436)
                David W. Carickhoff, Jr. (Bar No. 3715)
                919 North Market Street, 16th Floor
                P.O. Box 8705
                Wilmington, DE 19899-8705 (Courier 19801)
                Telephone: (302) 652-4100
                Facsimile: (302) 652-4400

                Co-counsel for Debtors and Debtors in Possession