IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>W.R. GRACE & CO., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 01-1139 (JKF)<br><br>(Jointly Administered)<br><br>**Objection Deadline: March 18, 2004 @ 4:00 p.m.** |

**THIRTIETH MONTHLY FEE APPLICATION OF KRAMER
LEVIN NAFTALIS & FRANKEL LLP, COUNSEL TO THE
OFFICIAL COMMITTEE OF EQUITY HOLDERS, FOR
COMPENSATION AND REIMBURSEMENT OF DISBURSEMENTS FOR THE
PERIOD FROM JANUARY 1, 2004 THROUGH JANUARY 31, 2004**

Name of Applicant:   *Kramer Levin Naftalis & Frankel LLP*

Authorized to Provide
Professional Services to:   *Official Committee of Equity Holders*

Date of Retention:   *As of July 18, 2001 nunc pro tunc*

Period for which compensation
and reimbursement is sought:   *January 1, 2004 through and
including January 31, 2004*

Amount of Compensation sought as
actual, reasonable and necessary: *$8,979.00*
Amount of Expense Reimbursement sought as
actual, reasonable and necessary: *$436.47*

This is a(n):   **x**   monthly   __   interim application

KL2 2251738 1

**Prior Applications:**

| Date Filed | Period Covered | Requested Fees/ Expenses | Paid Fees/ Expenses |
|---|---|---|---|
| February 28, 2002 | January 1, 2002 - January 31, 2002 | $23,807.50 $1,961.58 | $19,046.00 $1,961.58 |
| April 1, 2002 | February 1, 2002 - February 28, 2002 | $36,382.50 $2,894.44 | $29,106.00 $2,894.44 |
| May 8, 2002 | March 1, 2002 - March 31, 2002 | $32,575.00 $2,107.64 | $26,060.00 $2,107.64 |
| May 15, 2002 (Quarterly) | January 1, 2002 - March 31, 2002 | $92,765.00 $6,963.66 | $92,765.00 $6,963.66 |
| June 17, 2002 | April 1, 2002 - April 30, 2002 | $28,794.00 $2,669.24 | $23,035.20 $2,669.24 |
| August 5, 2002 | May 1, 2002 May 31, 2002 | $24,232.00 $2,299.11 | $19,385.60 $2,299.11 |
| September 4, 2002 | June 1, 2002 June 30, 2002 | $20.392.50 $388.61 | $16,314.00 $388.61 |
| September 18 2002 (Quarterly) | April 1, 2002 June 30, 2002 | $73,418.50 $5,356.96 | $69,340.00[1] $5,356.96 |
| November 4, 2002 | July 1, 2002 July 31, 2002 | $28,083.50 $1,121.59 | $22,466.80 $1,121.59 |
| October 24, 2002 | August 1, 2002 August 31, 2002 | $33,598.50 $7,190.62 | $26,878.80 $7,190.62 |
| November 5, 2002 | September 1, 2002 September 30, 2002 | $25,584.50 $1,761.46 | $20,467.60 $1,761.46 |
| November 21, 2002 (Quarterly) | July 1, 2002 September 30, 2002 | $87,266.50 $10,070.69 | Approved on 3/14/03 Doc. No. 3511, but 20% holdback not yet paid |
| November 25, 2002 | October 1, 2002 October 31, 2002 | $39,887.50 $2,124.93 | $31,910.00 $2,124.93 |

---

[1] The twenty percent holdback ($4,078.50) for the month of June, 2002 is still outstanding.

KL2:2251738.1

- 2 -

| | | | |
|---|---|---|---|
| January 14, 2003 | November 1, 2002<br>November 30, 2002 | $18,704.00<br>$652.12 | $14,963.20<br>$652.12 |
| February 10, 2003 | December 1, 2002<br>December 31, 2002 | $11,853.50<br>$816.82 | $9,482.80<br>$816.82 |
| February 25, 2003 | January 1, 2003<br>January 31, 2003 | $11,100.00<br>$927.47 | $8,880.00<br>$927.47 |
| March 11, 2003 | October 1, 2002<br>December 31, 2002 | $70,445.00<br>$3,575.61 | Approved on 7/28/03 Doc. No. 4157, but 20% hold-back not yet paid |
| April 8, 2003 | February 1, 2003<br>February 28, 2003 | $13,418.00<br>$240.08 | $10,734.40<br>$240.08 |
| May 6, 2003 | March 1, 2002<br>March 31, 2003 | $26,969.00<br>$452.38 | $21,575.20<br>$452.38 |
| May 15, 2003 | January 1, 2003<br>March 31, 2002 | $51,487.00<br>$1,619.93 | Approved on 9/22/03 Doc. No. 3511, but 20% hold-back not yet paid |
| June 4, 2003 | April 1, 2003<br>April 30, 2003 | $7,609.00<br>$1,594.42 | $6,087.20<br>$1,594.42 |
| June 26, 2003 | May 1, 2003<br>May 31, 2003 | $9,411.00<br>$107.57 | $7,528.77<br>$107.57 |
| August 13, 2003 | June 1, 2003<br>June 30, 2003 | $10,427.00<br>$137.09 | $8,341.60<br>$137.09 |
| August 21, 2003 | April 1, 2003<br>June 30, 2003 | $27,447.00<br>$1,839.08 | Approved on 12/15/03 Doc. No. 4827, but 20% hold-back not yet paid |
| September 25, 2003 | July 1, 2003<br>July 31, 2003 | $9,272.50<br>$32.30 | $7,418.00<br>$32.30 |
| October 2, 2003 | August 1, 2003<br>August 31, 2003 | $9,815.50<br>$130.93 | $489.69<br>$130.93 |
| November 26, 2003 | September 1, 2003<br>September 30, 2003 | $15,004.00<br>$334.63 | $12,003.20<br>$334.63 |
| December 19, 2003 | October 1, 2003<br>October 31, 2003 | $13,134.00<br>$171.04 | CNO filed 1/14/2004 |
| January 6, 2004 | November 1, 2003<br>November 30, 2003 | $14,537.00<br>$273.00 | CNO filed 1/28/2004 |

KL2:2251731.1

| | | | |
|---|---|---|---|
| January 29, 2004 | December 1, 2003<br>December 31, 2003 | $17,595.00<br>$1,599.14 | CNO filed<br>2/19/2004 |

## SUMMARY OF TIME FOR BILLING PERIOD
## JANUARY 1, 2004 THROUGH JANUARY 31, 2004

| Name | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|
| Bentley, Philip | 565.00 | 0.90 | $508.50 |
| Becker, Gary M. | 495.00 | 8.50 | $3,712.50 |
| Klein, David | 390.00 | 7.10 | $2,769.00 |
| Mangual, Kathleen | 185.00 | 10.20 | $1,99.00 |
| **Total** | | **26.70** | **$8,979.00** |

## COMPENSATION SUMMARY BY PROJECT CATEGORY

| Project Category | Total Hours for the Period 1/1/04 through 1/31/04 | Total Fees for the Period 1/1/04 through 1/31/04 |
|---|---|---|
| Case Administration | 13.10 | $6,246.50 |
| Claim Analysis Objection & Resolution (Asbestos) | 0.10 | $582.00 |
| Creditor Committee | 4.60 | $2,416.00 |
| Bankruptcy Motion | 0.50 | $3,544.50 |
| Fee Applications, Applicant | 6.40 | $2,080.00 |
| Travel Non-Working | 2.00 | $495.00 |
| **Total** | **26.70** | **8,979.00** |

## EXPENSE SUMMARY

| Expense Category | Total Expenses For the Period 1/1/04 through 1/31/04 |
|---|---|
| Photocopying | $186.75 |
| Messenger | $23.34 |
| Document Retrieval Fees | $226.38 |
| **Total** | **$436.47** |

KL2:2251738 1

- 5 -

KRAMER LEVIN NAFTALIS & FRANKEL LLP

By: _____
Gary M. Becker
919 Third Avenue
New York, New York 10022
(212) 715-9100

Counsel to the Official Committee of
Equity Holders

Dated: February 26, 2004

# SCHEDULE OF TIME CHARGES AND RATES
## FOR THE PERIOD JANUARY 1, 2004 THROUGH JANUARY 31, 2004

### CASE ADMINISTRATION

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BENTLEY, PHILIP | CRED | 0.50 | 565.00 | 282.50 |
| KLEIN DAVID | CRED | 7.10 | 390.00 | 2,769.00 |
| PARAPROFESSIONALS | | | | |
| MANGUAL, KATHLEEN | CRED | 5.50 | 195.00 | 1,072.50 |
| Subtotal | | 13.10 | $ | 4,124.00 |

### CREDITOR COMMITTEE

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BENTLEY, PHILIP | CRED | 0.10 | 565.00 | 56.50 |
| BECKER, GARY M. | CRED | 4.50 | 495.00 | 2,227.50 |
| Subtotal | | 4.60 | $ | 2,284.00 |

### BANKR. MOTIONS

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BENTLEY, PHILIP | CRED | 0.20 | 565.00 | 113.00 |
| BECKER, GARY M. | CRED | 0.30 | 495.00 | 148.50 |
| Subtotal | | 0.50 | $ | 261.50 |

### FEE APPLICATIONS, APPLICANT

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BECKER, GARY M. | CRED | 1.70 | 495.00 | 841.50 |
| PARAPROFESSIONALS | | | | |
| MANGUAL, KATHLEEN | CRED | 4.70 | 195.00 | 916.50 |
| Subtotal | | 6.40 | $ | 1,758.00 |

### CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BENTLEY, PHILIP | CRED | 0.10 | 565.00 | 56.50 |
| Subtotal | | 0.10 | $ | 56.50 |

### TRAVEL\NON-WORKING

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BECKER, GARY M. | CRED | 2.00 | 297.50 | 495.00 |

KL4:209246.1

# SCHEDULE OF TIME CHARGES AND RATES
## FOR THE PERIOD JANUARY 1, 2004 THROUGH JANUARY 31, 2004

|          |       |             |
|----------|-------|-------------|
| Subtotal | 2.00  | $ 495.00    |
| Total    | 26.70 | $ 8,979.00  |

KL4:209246 .1

# SCHEDULE OF TIME CHARGES AND RATES
## FOR THE PERIOD JANUARY 1, 2004 THROUGH JANUARY 31, 2004

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BENTLEY, PHILIP | PARTNER | 0.90 | 565.00 | 508.50 |
| BECKER, GARY M. | SPEC COUNS | 8.50 | 495.00/297.50 | 3,712.50 |
| KLEIN, DAVID | ASSOCIATE | 7.10 | 390.00 | 2,769.00 |
| MANGUAL, KATHLEEN | PARALEGAL | 10.20 | 195.00 | 1,989.00 |
| | Total | 26.70 | | $8,979.00 |

KL4:209246.1

# SCHEDULE OF DISBURSEMENTS
## FOR THE PERIOD JANUARY 1, 2004 THROUGH JANUARY 31, 2004

| DISBURSEMENTS * | AMOUNT |
|---|---|
| PHOTOCOPYING | 186.75 |
| MESSENGER/COURIER | 23.34 |
| DOCUMENT RETRIEVAL FEES | 226.38 |
| Subtotal | $436.47 |

\* Based on the comments of the court at the January 18 interim fee hearing, applicant has determined to reserve its request for reimbursement of telecopy charges pending the establishment of a mechanism to account for the actual out-of-pocket cost of telecopy charges.

KL4:209246.1

## SCHEDULE OF VOLUNTARY DISBURSEMENT REDUCTIONS
## FOR THE PERIOD JANUARY 1, 2004 THROUGH JANUARY 31, 2004
## IN ACCORDANCE WITH THE CASE MANAGEMENT ORDER

| DISBURSEMENTS | AMOUNT |
|---|---|
| PHOTOCOPYING | 99.60 |
| Subtotal | $99.60 |

KL4:2092465.1