Client: 056772 W.R. GRACE & CO. EQUITY COMMITTEE

```
alp_132rc: Client Analysis Sheet                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                        PAGE   1
Run Date & Time: 02/25/04 17:07:01                            *PRIVILEGED AND CONFIDENTIAL*
Client: 056772 W.R. GRACE & CO. EQUITY COMMITTEE                  Work Thru : 01/31/04
```

| Matter Number | Matter Name | Hours | Fees | Disbursements | Total Charges | Resp Partners | Class | Freq | Stat |
|---|---|---|---|---|---|---|---|---|---|
| 00001 | CASE ADMINISTRATION | 13.10 | 4,124.00 | 436.47 | 4,560.47 | BENTLEY PHILIP - 02495 | | M | B |
| 00002 | CREDITOR COMMITTEE | 4.60 | 2,284.00 | 0.00 | 2,284.00 | BENTLEY PHILIP - 02495 | | M | B |
| 00005 | BANKR. MOTIONS | 0.50 | 261.50 | 0.00 | 261.50 | BENTLEY PHILIP - 02495 | | M | B |
| 00008 | FEE APPLICATIONS, APPLIC | 6.40 | 1,758.00 | 0.00 | 1,758.00 | BENTLEY PHILIP - 02495 | | M | B |
| 00011 | ASSET ANALYSIS AND RECOV | 0.00 | 0.00 | 0.00 | 0.00 | BENTLEY PHILIP - 02495 | | M | B |
| 00012 | CLAIM ANALYSIS OBJECTION | 0.10 | 56.50 | 0.00 | 56.50 | BENTLEY PHILIP - 02495 | | M | B |
| 00013 | FRAUDULENT CONVEYANCE AD | 0.00 | 0.00 | 0.00 | 0.00 | BENTLEY PHILIP - 02495 | | M | B |
| 00019 | HEARINGS | 0.00 | 0.00 | 0.00 | 0.00 | BENTLEY PHILIP - 02495 | | M | B |
| 00020 | LITIGATION | 0.00 | 0.00 | 0.00 | 0.00 | BENTLEY PHILIP - 02495 | | M | B |
| 00023 | VALUATION | 0.00 | 0.00 | 0.00 | 0.00 | BENTLEY PHILIP - 02495 | | M | B |
| 00024 | ZAI SCIENCE TRIAL | 0.00 | 0.00 | 0.00 | 0.00 | BENTLEY PHILIP - 02495 | | M | B |
| 00028 | TRAVEL\NON-WORKING | 2.00 | 495.00 | 0.00 | 495.00 | BENTLEY PHILIP - 02495 | | M | B |
| | Client Total | 26.70 | 8,979.00 | 436.47 | 9,415.47 | | | | |

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
*PRIVILEGED AND CONFIDENTIAL*

a1p 132r: Matter Detail                                                                                                                PAGE    1
Run Date & Time: 02/25/2004 17:06:53

Matter No: 056772-00001                              Orig Prtnr : CRED. RGTS - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : CASE ADMINISTRATION                    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                     Status     : ACTIVE

Special Billing Instructions: reduce tele 1.00/photo. 0.15/w/o manu. services

-------------------------------------------- PRE-BILLING SUMMARY REPORT --------------------------------------------

                                                    FEES                                    COSTS

UNBILLED TIME FROM:   01/05/2004            TO:  01/29/2004          TO:
UNBILLED DISB FROM:   12/18/2003            TO:  01/28/2004          TO:  01/28/2004

GROSS BILLABLE AMOUNT:                         4,124.00                       436.47
AMOUNT WRITTEN DOWN:
PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
AMOUNT BILLED:
THRU DATE:                                                             01/28/2004
CLOSE MATTER/FINAL BILLING?    YES    OR    NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:

    BENTLEY PHILIP - 02495                  WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

---------------------------------------------------------------------------------------------------

ACCOUNTS RECEIVABLE TOTALS                                      UNAPPLIED CASH

    FEES:                        13,778.50      UNIDENTIFIED RECEIPTS:           0.00
DISBURSEMENTS:                    1,567.38      PAID FEE RETAINER:               0.00
FEE RETAINER:                         0.00      PAID DISB RETAINER:              0.00
DISB RETAINER:                        0.00      TOTAL AVAILABLE FUNDS:           0.00
TOTAL OUTSTANDING:               15,345.88      TRUST BALANCE:
                                                BILLING HISTORY

DATE OF LAST BILL:     01/29/04                 LAST PAYMENT DATE:           12/26/03
LAST BILL NUMBER:       382765                  FEES BILLED TO DATE:        193,107.50
LAST BILL THRU DATE:   12/31/03                 FEES WRITTEN OFF TO DATE:    79,053.50

FOR ACCTG USE ONLY:                  Write Down/Up Reason Codes:

                                     (1)  Exceeded Fixed Fee
DISBURSEMENTS:                       (2)  Late Time & Costs Posted
    (1) ....... ...                  (3)  Pre-arranged Discount
    (2) Late Time & Costs Posted     (4)  Excessive Legal Time
    (3) Pre-arranged Discount        (5)  Business Development
    (4) Excessive Legal Time         (6)  Summer Associate
    (5) Business Development         (7)  Fixed Fee
                                     (8)  Premium
                                     (9)  Rounding
                                     (10) Client Arrangement

BILL NUMBER: _____    DATE OF BILL: _____    Processed by: _____    FRC: _____    CRC: _____

```
alp_132r: Matter Detail                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    2
Run Date & Time: 02/25/2004 17:06:53                            *PRIVILEGED AND CONFIDENTIAL*
```

Matter No: 056772-00001
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CASE ADMINISTRATION
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975          Proforma Number:
Bill Prtnr : BENTLEY PHILIP 02495        Bill Frequency: M
Supv Prtnr : MAYER THOMAS MOERS - 03976

Status : ACTIVE

## UNBILLED TIME SUMMARY

| Emp Id | Employee Name | Group | Oldest Entry | Latest Entry | Total Unbilled Hours | Total Unbilled Amount |
|--------|---------------|-------|--------------|--------------|----------------------|------------------------|
| 02495 | BENTLEY, PHILIP | CRED | 01/15/04 | 01/20/04 | 0.50 | 282.50 |
| 05646 | KLEIN, DAVID | CRED | 01/05/04 | 01/22/04 | 7.10 | 2,769.00 |
|  | PARAPROFESSIONALS |  |  |  |  |  |
| 05208 | MANGUAL, KATHLEEN | CRED | 01/06/04 | 01/29/04 | 5.50 | 1,072.50 |
|  | **Total:** |  |  |  | 13.10 | 4,124.00 |

Sub-Total Hours :  0.50 Partners   0.00 Counsels   7.10 Associates   5.50 Legal Asts   0.00 Others

## UNBILLED COSTS SUMMARY

| Code | Description | Oldest Entry | Latest Entry | Total Unbilled Amount |
|------|-------------|--------------|--------------|------------------------|
| 0820 | PHOTOCOPYING | 01/05/04 | 01/28/04 | 186.75 |
| 0930 | MESSENGER/COURIER | 12/18/03 | 01/05/04 | 23.34 |
| 0972 | DOCUMENT RETRIEVAL FEES | 12/31/03 | 12/31/03 | 226.38 |
|  | **Total** |  |  | 436.47 |
|  | **Grand Total** |  |  | 4,560.47 |

## BILLING & PAYMENT HISTORY (Reflects Payments As of 02/25/04 17:06:53)

| Bill Date | Thru Date | Bill# | Fee & OA | Disbursement | From OA | Applied | Collections Total | Date | Balance Due |
|-----------|-----------|-------|----------|--------------|---------|---------|-------------------|------|-------------|
| **YEAR 2001** |  |  |  |  |  |  |  |  |  |
| 01/31/03 | 12/31/02 | 344671 | 71,036.50 | 8,160.18 |  |  | 79,196.68 | 03/03/03 |  |
| **YEAR 2002** |  |  |  |  |  |  |  |  |  |
| 02/20/03 | 01/31/03 | 365684 | 63,892.50 | 13,613.26 |  |  | 77,505.76 | 04/11/03 |  |
| 03/19/03 | 02/28/03 | 367178 | 2,961.00 | 933.37 |  |  | 3,168.87 | 05/27/03 |  |
| 04/29/03 | 03/31/03 | 369330 | 2,244.50 | 904.37 |  |  | 6,814.32 | 03/25/03 |  |
| 05/16/03 | 04/30/03 | 370445 | 4,206.50 | 175.30 |  |  | 1,901.80 | 05/27/03 |  |
| 06/17/03 | 05/31/03 | 371897 | 4,020.00 | 435.90 |  |  | 4,635.90 | 10/23/03 |  |
| 07/24/03 | 06/30/03 | 373381 | 4,021.00 | 627.57 |  |  | 4,648.57 | 10/23/03 |  |
| 08/31/03 | 07/31/03 | 375389 | 3,418.50 | 105.57 |  |  | 3,524.07 | 12/26/03 |  |
| 09/30/03 | 08/31/03 | 376533 | 2,578.50 | 135.30 |  |  | 2,713.80 | 10/23/03 |  |
| 10/31/03 | 09/30/03 | 379550 | 3,533.50 | 13.06 |  |  | 3,546.56 | 11/28/03 |  |
| 11/14/03 | 09/30/03 |  | 3,560.00 | 89.89 |  |  | 3,749.89 | 12/08/03 | 3,701.04 |
| 12/31/03 | 11/30/03 | 382424 | 3,721.50 | 225.75 |  |  | 3,947.25 | 12/26/03 | 4,034.00 |
| 01/29/04 | 12/31/03 | 382765 | 6,246.50 | 1,364.34 | .00 | .00 | .00 |  | 7,610.84 |
|  |  | **Total:** | 183,912.50 | 26,786.85 |  |  | 195,353.47 |  | 15,345.88 |
```

alp_132r: Matter Detail

Run Date & Time: 02/25/2004 17:06:53

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE   3

Matter No: 056772-00001
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CASE ADMINISTRATION
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS  - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:
Bill Frequency: M

Status   : ACTIVE

UNBILLED TIME DETAIL

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| BENTLEY, PHILIP | 01/15/04 | Review emails re recusal proceedings | 0.20 | 113.00 | 5003991 | 02/03/04 |
| BENTLEY, PHILIP | 01/20/04 | Review and edit memo to Committee re recusal proceedings and discs GB re recusal | 0.30 | 169.50 | 5003892 | 02/03/04 |
| **Total For BENTLEY P - 02495** | | | **0.50** | **282.50** | | |
| KLEIN, DAVID | 01/05/04 | review pleadings/filings, distr same as necessary | 0.20 | 78.00 | 5007357 | 02/03/04 |
| KLEIN, DAVID | 01/06/04 | review pleadings/filings, distr same as necessary | 0.20 | 78.00 | 5007358 | 02/03/04 |
| KLEIN, DAVID | 01/07/04 | review pleadings/filings, distr same as necessary | 0.30 | 117.00 | 5007356 | 02/03/04 |
| KLEIN, DAVID | 01/08/04 | review pleadings/filings, distr same as necessary | 0.20 | 78.00 | 5007355 | 02/03/04 |
| KLEIN, DAVID | 01/12/04 | review pleadings/filings, distr same as necessary | 0.60 | 234.00 | 5007359 | 02/03/04 |
| KLEIN, DAVID | 01/13/04 | review pleadings/filings (0.6), distr/summarize same as necessary (0.7); | 1.30 | 507.00 | 5007360 | 02/03/04 |
| KLEIN, DAVID | 01/14/04 | review pleadings/filings, distr same as necessary | 0.10 | 39.00 | 5007361 | 02/03/04 |
| KLEIN, DAVID | 01/15/04 | review pleadings/filings, distr same as necessary | 1.10 | 429.00 | 5007362 | 02/03/04 |
| KLEIN, DAVID | 01/20/04 | review pleadings/filings, distr same as necessary | 0.30 | 117.00 | 5007364 | 02/03/04 |
| KLEIN, DAVID | 01/21/04 | review pleadings/filings, distr same as necessary | 0.10 | 39.00 | 5007363 | 02/03/04 |
| KLEIN, DAVID | 01/22/04 | extensive review of pleadings/filings (1.6), discussion w/ GMB re same (0.2), distr same as necessary (0.7); telephone conference w/ K.Mangual re case monitoring (0.2). | 2.70 | 1,053.00 | 5007365 | 02/03/04 |
| **Total For KLEIN D - 05646** | | | **7.10** | **2,769.00** | | |
| MANGUAL, KATHLEEN | 01/06/04 | organization of files, update pleadings index and correspondence (1.8) | 1.80 | 351.00 | 5066811 | 02/03/04 |
| MANGUAL, KATHLEEN | 01/07/04 | review Notice to amended cover sheet from local counsel, disc/w GB and R. Taylor re: same (.80) | 0.80 | 156.00 | 5066812 | 02/03/04 |
| MANGUAL, KATHLEEN | 01/08/04 | disc/w local counsel re: amended of KL fee app cover sheet (.30) | 0.30 | 58.50 | 5066813 | 02/03/04 |
| MANGUAL, KATHLEEN | 01/27/04 | review pacer, print docket (.40) | 0.40 | 78.00 | 5066814 | 02/03/04 |
| MANGUAL, KATHLEEN | 01/27/04 | organization of files, update pleadings index and correspondence (2.2) | 2.20 | 429.00 | 5066815 | 02/03/04 |
| **Total For MANGUAL K - 05208** | | | **5.50** | **1,072.50** | | |

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    4
Run Date & Time: 02/25/2004 17:06:53                   *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00001                          Orig Prtnr : CRED. RGTS - 06975        Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : CASE ADMINISTRATION                Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                              Status    : ACTIVE
```

**UNBILLED TIME DETAIL**

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|---|

**UNBILLED COSTS DETAIL**

| Description/Code | | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|---|
| PHOTOCOPYING | | | | | | | |
| 0820 | | | | | | | |
| PHOTOCOPYING | MANGUAL, K M | 01/05/04 | 15.30 | 6393139 | 109193 | 01/13/04 |
| MANGUAL KATHLEEN | | | | | | | |
| PHOTOCOPYING | KLEIN, D K | 01/22/04 | 4.05 | 6404771 | 109511 | 01/26/04 |
| KLEIN DAVID | | | | | | | |
| PHOTOCOPYING | KLEIN, D K | 01/22/04 | 152.40 | 6404772 | 109511 | 01/26/04 |
| KLEIN DAVID | | | | | | | |
| PHOTOCOPYING | MANGUAL, K M | 01/28/04 | 15.00 | 6416837 | 109740 | 02/02/04 |
| MANGUAL KATHLEEN | | | | | | | |
| | | 0820 PHOTOCOPYING Total : | 186.75 | | | | |
| MESSENGER/COURIER | | | | | | | |
| 0930 | | | | | | | |
| FEDERAL EXPRESS CORPORAT | MANGUAL, K M | 12/18/03 | 15.67 | 6404528 | 109507 | 01/23/04 |
| MESSENGER/COURIER - VENDOR-FEDERAL EXPRESS | | | | | | | |
| CORPORATION | | | | | | | |
| FEDERAL EXPRESS CORPORAT | MANGUAL, K M | 01/05/04 | 7.67 | 6431228 | 111092 | 02/11/04 |
| MESSENGER/COURIER - VENDOR-FEDERAL EXPRESS | | | | | | | |
| CORPORATION | | | | | | | |
| | | 0930 MESSENGER/COURIER Total : | 23.34 | | | | |
| DOCUMENT RETRIEVAL F | PIZZARELLO, C | 12/31/03 | 226.38 | 6414416 | 109700 | 01/30/04 |
| 0972 | | | | | | | |
| DOCUMENT RETRIEVAL F | | 0972 DOCUMENT RETRIEVAL F Total : | 226.38 | | | | |
| | | | | | | | |
| | | | Costs Total : | 436.47 | | | |
```
                                                    Fee Total            13.10

                                                                       4,124.00
```

alp_132r: Matter Detail

Run Date & Time: 02/25/2004 17:06:53

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE     5

Matter No: 056772-00002
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CREDITOR COMMITTEE
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supp Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:
Bill Frequency: M

Status   : ACTIVE

Special Billing Instructions:

PRE-BILLING SUMMARY REPORT

| | | | | | |
|---|---|---|---|---|---|
| UNBILLED TIME FROM: | 01/16/2004 | | TO: | | 01/28/2004 |
| UNBILLED DISB FROM: | | | TO: | | |

| | FEES | | COSTS | |
|---|---|---|---|---|
| GROSS BILLABLE AMOUNT: | 2,284.00 | | 0.00 | |
| AMOUNT WRITTEN DOWN: | | | | |
| PREMIUM: | | | | |
| ON ACCOUNT BILLED: | | | | |
| DEDUCTED FROM PAID RETAINER: | | | | |
| AMOUNT BILLED: | | | | |
| THRU DATE: | | | | |
| CLOSE MATTER/FINAL BILLING?        YES    OR    NO | | | | |
| EXPECTED DATE OF COLLECTION: | 01/28/2004 | | | |

BILLING PARTNER APPROVAL:        BENTLEY PHILIP - 02495        WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

| ACCOUNTS RECEIVABLE TOTALS | | UNIDENTIFIED RECEIPTS: | 0.00 |
|---|---|---|---|
| FEES: | 7,124.00 | PAID FEE RETAINER: | 0.00 |
| DISBURSEMENTS: | 75.00 | PAID DISB RETAINER: | 0.00 |
| FEE RETAINER: | 0.00 | TOTAL AVAILABLE FUNDS: | 0.00 |
| DISB RETAINER: | 0.00 | TRUST BALANCE: | |
| TOTAL OUTSTANDING: | 7,199.00 | UNAPPLIED CASH: | |

BILLING HISTORY

| | | | |
|---|---|---|---|
| DATE OF LAST BILL: | 01/29/04 | LAST PAYMENT DATE: | 12/26/03 |
| LAST BILL NUMBER: | 382765 | FEES BILLED TO DATE: | 70,094.00 |
| LAST BILL THRU DATE: | 12/31/03 | FEES WRITTEN OFF TO DATE: | 21,468.50 |

FOR ACCTG USE ONLY:            Write Down/Up Reason Codes:

(1) Exceeded Fixed Fee          (6) Summer Associate
(2) Late Time & Costs Posted    (7) Fixed Fee
(3) Pre-arranged Discount       (8) Premium
(4) Excessive Legal Time        (9) Rounding
(5) Business Development        (10) Client Arrangement

BILL NUMBER: _____    DATE OF BILL: _____    Processed by: _____    FRC: _____

CRC: _____

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE 6

alp_132z: Matter Detail
Run Date & Time: 02/25/2004 17:06:53

Matter No: 056772-00002
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CREDITOR COMMITTEE
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:
Bill Frequency: M

Status : ACTIVE

## UNBILLED TIME SUMMARY

| Emp Id | Employee Name | Group | Oldest | Latest | Total Unbilled Hours | Amount |
|---|---|---|---|---|---|---|
| 02495 | BENTLEY, PHILIP | CRED | 01/28/04 | 01/28/04 | 0.10 | 56.50 |
| 05292 | BECKER, GARY M. | CRED | 01/16/04 | 01/28/04 | 4.50 | 2,227.50 |
| | Total: | | | | 4.60 | 2,284.00 |

Sub-Total Hours :  0.10 Partners  4.50 Counsels  0.00 Associates  0.00 Legal Assts  0.00 Others

## BILLING & PAYMENT HISTORY (Reflects Payments As of 02/25/04 17:06:53)

| Bill Date | Thru Date | Bill# | Fee & OA Billed | Disbursement | Applied From OA | Collections Total | Collections Date | Balance Due |
|---|---|---|---|---|---|---|---|---|
| YEAR 2001 | | | 11,113.50 | 1,628.57 | | 12,742.07 | | |
| YEAR 2002 | | | 34,996.50 | 2,032.99 | | 37,029.49 | | |
| 01/31/03 | 12/31/02 | 364671 | 1,341.00 | .00 | | 1,341.00 | 03/25/03 | |
| 01/29/03 | 02/28/03 | 367178 | 1,123.50 | 50.00 | | 1,173.50 | 05/27/03 | |
| 04/29/03 | 03/31/03 | 369330 | 2,138.50 | 3.00 | | 2,141.50 | 10/23/03 | |
| 05/16/03 | 04/30/03 | 370445 | 455.00 | 26.55 | | 481.55 | 10/23/03 | |
| 06/27/03 | 05/31/03 | 371897 | .00 | 2.00 | | 2.00 | 08/19/03 | |
| 07/24/03 | 06/30/03 | 373811 | 2,292.50 | .00 | | 2,292.50 | 10/23/03 | |
| 08/31/03 | 07/31/03 | 373389 | 3,567.50 | .00 | | 3,567.50 | 11/28/03 | |
| 09/30/03 | 08/31/03 | 376733 | 1,137.50 | .00 | | 1,137.50 | 12/08/03 | |
| 11/14/03 | 09/30/03 | 379590 | 4,804.50 | 2.00 | | 4,806.50 | 12/26/03 | |
| 11/30/03 | 10/31/03 | 380293 | 3,302.50 | 19.00 | | | | 3,321.50 |
| 12/31/03 | 11/30/03 | 381784 | 1,405.50 | 20.00 | | | | 1,425.50 |
| 01/29/04 | 12/31/03 | 382765 | 2,416.00 | 36.00 | | | | 2,452.00 |
| | | Total: | 70,094.00 | 3,820.11 | | 66,715.11 | | 7,199.00 |

alp_132r: Matter Detail

Run Date & Time: 02/25/2004 17:06:53

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    7

| Matter No: 056772-00002 | Orig Prtnr : CRED. RGTS - 06975 | Proforma Number: |
| Client Name : W.R. GRACE & CO. EQUITY COMMITTEE | Bill Prtnr : BENTLEY PHILIP - 02495 | Bill Frequency: M |
| Matter Name : CREDITOR COMMITTEE | Supv Prtnr : MAYER THOMAS MOERS - 03976 | |
| Matter Opened : 07/27/2001 | | Status    : ACTIVE |

U N B I L L E D   T I M E   D E T A I L

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| BENTLEY, PHILIP | 01/28/04 | Discs GB re Committee issues | 0.10 | 56.50 | 5003895 | 02/03/04 |
| Total For BENTLEY P - 02495 | | | 0.10 | 56.50 | | |
| BECKER, GARY M. | 01/16/04 | Prepare memo to equity committee re recusal | 2.10 | 1,039.50 | 4985189 | 01/30/04 |
| BECKER, GARY M. | 01/20/04 | pleadings (2.1) Revise and send memo to committee re recusal issues and conf. with Bentley re same | 0.90 | 445.50 | 4989305 | 01/30/04 |
| BECKER, GARY M. | 01/28/04 | Conf. with counsel to State Street re equity committee issues (0.5)(; conf. with Committee Chair re same (0.3); conf. with Bentley re same (0.2) review AC&S decision (0.5) | 1.50 | 742.50 | 5005484 | 02/03/04 |
| Total For BECKER G - 05292 | | | 4.50 | 2,227.50 | | |
| | | Fee Total | 4.60 | 2,284.00 | | |

alp_132r: Matter Detail

Run Date & Time: 02/25/2004 17:06:53

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    8

Matter No: 056772-00005
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : BANKR MOTIONS
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:
Bill Frequency: M

Status      : ACTIVE

**Special Billing Instructions:**

PRE-BILLING SUMMARY REPORT

|  | FEES | COSTS |
|---|---|---|
| UNBILLED TIME FROM: | 01/23/2004 | |
| UNBILLED DISB FROM: | | |
| | TO: | 01/23/2004 |
| | TO: | |

GROSS BILLABLE AMOUNT:              261.50            0.00
AMOUNT WRITTEN DOWN:
PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
AMOUNT BILLED:
THRU DATE:
TOTAL OUTSTANDING:

CLOSE MATTER/FINAL BILLING?       YES   OR   NO
EXPECTED DATE OF COLLECTION:                01/23/2004

BILLING PARTNER APPROVAL:

BILLING COMMENTS:                  BENTLEY PHILIP - 02495        WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

ACCOUNTS RECEIVABLE TOTALS                         UNIDENTIFIED RECEIPTS:        0.00
                                                   PAID FEE RETAINER:           0.00
   FEES:                    12,503.00              PAID DISB RETAINER:          0.00
   DISBURSEMENTS:                1.80              TOTAL AVAILABLE FUNDS:       0.00
   FEE RETAINER:                 0.00              TRUST BALANCE:
   DISB RETAINER:                0.00
   TOTAL OUTSTANDING:      12,504.80

                                                   UNAPPLIED CASH

BILLING HISTORY

DATE OF LAST BILL:        01/29/04        LAST PAYMENT DATE:     12/26/03
LAST BILL NUMBER:           382765        FEES BILLED TO DATE:   21,213.00
LAST BILL THRU DATE:      12/31/03        FEES WRITTEN OFF TO DATE:  444.00

FOR ACCTG USE ONLY:          Write Down/Up Reason Codes:

        (1) Exceeded Fixed Fee        (6) Summer Associate
        (2) Late Time & Costs Posted  (7) Fixed Fee
        (3) Pre-arranged Discount     (8) Premium
        (4) Excessive Legal Time      (9) Rounding
        (5) Business Development      (10) Client Arrangement

BILL NUMBER: _____   DATE OF BILL: _____   Processed by: _____   FRC: _____   CRC: _____

alp_132r: Matter Detail
Run Date & Time: 02/25/2004 17:06:53

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    9

Matter No: 056772-00005
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : BANKR. MOTIONS
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:
Bill Frequency: M

Status : ACTIVE

UNBILLED TIME SUMMARY

| Emp Id | Employee Name | Group | Oldest | Latest | Total Unbilled Hours | Amount |
|---|---|---|---|---|---|---|
| 02495 | BENTLEY, PHILIP | CRED | 01/22/04 | 01/23/04 | 0.20 | 113.00 |
| 05292 | BECKER, GARY M. | CRED | 01/23/04 | 01/23/04 | 0.30 | 148.50 |
| | Total: | | | | 0.50 | 261.50 |

Sub-Total Hours : 0.20 Partners    0.30 Counsels    0.00 Associates    0.00 Legal Assts    0.00 Others

BILLING & PAYMENT HISTORY (Reflects Payments As of 02/25/04 17:06:53)

| Bill Date | Thru Date | Bill# | Fee & OA Billed | Disbursement | Applied From OA | Total | Date | Balance Due |
|---|---|---|---|---|---|---|---|---|
| | | | | | --- Collections --- | | | |
| YEAR 2002 | | | | | | | | |
| 06/17/03 | 05/31/03 | 371897 | 1,450.00 | 198.00 | .00 | 1,648.00 | | |
| 08/31/03 | 07/31/03 | 375389 | 2,677.50 | .00 | .00 | 2,677.50 | 12/26/03 | |
| 09/30/03 | 08/31/03 | 376733 | .00 | .00 | | | | |
| 11/14/03 | 09/30/03 | 379590 | 2,138.50 | .00 | .00 | 2,138.50 | 12/08/03 | |
| 11/30/03 | 10/31/03 | 380293 | 2,444.00 | .00 | .00 | 2,444.00 | 12/26/03 | |
| 12/31/03 | 11/30/03 | 381784 | .00 | .00 | | | | 4,425.00 |
| 01/29/04 | 12/31/03 | 382765 | 3,544.50 | 1.80 | .00 | | | 4,533.50 |
| | | | | | | | | 3,546.30 |
| | Total: | | 21,213.00 | 199.80 | | 8,908.00 | | 12,504.80 |

alp_132r: Matter Detail

Run Date & Time: 02/25/2004 17:06:53

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    10

Matter No: 056772-00005
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : BANKR. MOTIONS
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:
Bill Frequency: M

Status    : ACTIVE

U N B I L L E D   T I M E   D E T A I L

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| BENTLEY, PHILIP | 01/22/04 | Discs GB re recusal proceedings | 0.10 | 56.50 | 5003893 | 02/03/04 |
| BENTLEY, PHILIP | 01/23/04 | Trade emails re recusal proceedings | 0.10 | 56.50 | 5003894 | 02/03/04 |
| Total For BENTLEY P - 02495 | | | 0.20 | 113.00 | | |
| BECKER, GARY M. | 01/23/04 | Review agenda for Monday omnibus hearing and email to Bentley re ZAI issue. | 0.30 | 148.50 | 4989306 | 01/30/04 |
| Total For BECKER G - 05292 | | | 0.30 | 148.50 | | |
| | | Fee Total | 0.50 | 261.50 | | |

alp_132r: Matter Detail

Run Date & Time: 02/25/2004 17:06:53

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    11

Matter No: 056772-00008
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : FEE APPLICATIONS, APPLICANT
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:
Bill Frequency: M

Status    : ACTIVE

Special Billing Instructions:

PRE-BILLING SUMMARY REPORT

| | FEES | COSTS |
|---|---|---|
| UNBILLED TIME FROM: | 01/05/2004 | TO: | 01/28/2004 |
| UNBILLED DISB FROM: | | TO: | |

GROSS BILLABLE AMOUNT:       1,758.00                    0.00

AMOUNT WRITTEN DOWN:
PREMIUM:

ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
AMOUNT BILLED:
THRU DATE:
CLOSE MATTER/FINAL BILLING?   YES    OR    NO
EXPECTED DATE OF COLLECTION?        01/28/2004

BILLING PARTNER APPROVAL:

        BENTLEY PHILIP - 02495          WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

ACCOUNTS RECEIVABLE TOTALS:                              UNAPPLIED CASH

| | |
|---|---|
| FEES: | 3,496.00 |
| DISBURSEMENTS: | 0.00 |
| FEE RETAINER: | 0.00 |
| DISB RETAINER: | 0.00 |
| TOTAL OUTSTANDING: | 3,486.00 |

| | |
|---|---|
| UNIDENTIFIED RECEIPTS: | 0.00 |
| PAID FEE RETAINER: | 0.00 |
| PAID DISB RETAINER: | 0.00 |
| TOTAL AVAILABLE FUNDS: | 0.00 |
| TRUST BALANCE: | |

BILLING HISTORY

| | |
|---|---|
| DATE OF LAST BILL: | 01/29/04 |
| LAST BILL NUMBER: | 382765 |
| LAST BILL THRU DATE: | 12/31/03 |

| | |
|---|---|
| LAST PAYMENT DATE: | 12/26/03 |
| FEES BILLED TO DATE: | 55,675.00 |
| FEES WRITTEN OFF TO DATE: | 222.00 |

FOR ACCTG USE ONLY:        Write Down/Up Reason Codes:

        (1) Exceeded Fixed Fee        (6) Summer Associate
        (2) Late Time & Costs Posted  (7) Fixed Fee
        (3) Pre-arranged Discount     (8) Premium
        (4) Excessive Legal Time      (9) Rounding
        (5) Business Development     (10) Client Arrangement

BILL NUMBER: _____        DATE OF BILL: _____    Processed by: _____    FRC: _____

_____    CRC: _____

alp_132r: Matter Detail

Run Date & Time: 02/25/2004 17:06:53

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE   12

Matter No: 056772-00008
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : FEE APPLICATIONS, APPLICANT
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975         Proforma Number:
Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Supv Prtnr : MAYER THOMAS MOERS - 03976

Status : ACTIVE

## UNBILLED TIME SUMMARY

| Emp Id | Employee Name | Group | Oldest | Latest | Total Unbilled Hours | Amount |
|---|---|---|---|---|---|---|
| 05292 | BECKER, GARY M. | CRED | 01/05/04 | 01/20/04 | 1.70 | 841.50 |
| | PARAPROFESSIONALS | | | | | |
| 05208 | MANGUAL, KATHLEEN | CRED | 01/05/04 | 01/28/04 | 4.70 | 916.50 |
| | Total: | | | | 6.40 | 1,758.00 |

Sub-Total Hours :   0.00 Partners   1.70 Counsels   0.00 Associates   4.70 Legal Assts   0.00 Others

## BILLING & PAYMENT HISTORY (Reflects Payments As of 02/25/04 17:06:53)

| Bill Date | Thru Date | Bill# | Fee & OA | Disbursement | Billed Applied From OA | Total | Collections Date | Balance Due |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| YEAR 2001 | | | | | | | | |
| 01/31/03 | 12/31/02 | 364671 | 10,165.00 | 191.48 | | 10,356.48 | | |
| | | | 33,105.00 | 183.14 | | 33,288.14 | | |
| 02/20/03 | 01/31/03 | 365684 | 805.50 | .00 | | 805.50 | 805.50 03/25/03 | |
| 03/19/03 | 02/28/03 | 367178 | 838.00 | .00 | | 838.00 | 838.00 04/11/03 | |
| 04/29/03 | 03/31/03 | 369330 | 2,266.00 | 12.08 | | 2,278.08 | 2,278.08 05/27/03 | |
| 04/29/03 | 03/31/03 | | 670.00 | 13.48 | | 683.48 | 683.48 10/23/03 | |
| 05/16/03 | 04/30/03 | 370445 | 851.00 | .00 | | 851.00 | 851.00 10/23/03 | |
| 06/17/03 | 05/31/03 | 371897 | 1,033.00 | .00 | | 1,033.00 | 1,033.00 10/23/03 | |
| 06/27/03 | 05/31/03 | | 708.50 | .00 | | 708.50 | 708.50 10/23/03 | |
| 07/24/03 | 06/30/03 | 373781 | 708.50 | .00 | | 708.50 | 708.50 10/23/03 | |
| 07/31/03 | 06/30/03 | 375389 | 203.50 | .00 | | 203.50 | | 203.50 |
| 09/30/03 | 08/31/03 | 376733 | 1,059.50 | 28.04 | | 1,087.54 | 1,087.54 12/08/03 | |
| 09/30/03 | 08/31/03 | 379590 | 687.50 | .00 | | 687.50 | 687.50 12/26/03 | |
| 11/14/03 | 09/30/03 | | .00 | .00 | | .00 | | |
| 11/20/03 | 10/31/03 | 380293 | 240.50 | .00 | | 240.50 | | 240.50 |
| 12/31/03 | 11/30/03 | 381784 | 962.00 | .00 | | 962.00 | | 962.00 |
| 01/29/04 | 12/31/03 | 382765 | 2,080.00 | .00 | | 2,080.00 | | 2,080.00 |
| Total: | | | 55,675.00 | 428.22 | | 52,617.22 | | 3,486.00 |

alp_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    13

Run Date & Time: 02/25/2004 17:06:53

Matter No: 056772-00008                                    Orig Prtnr : CRED. RGTS - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                  Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                           Status    : ACTIVE

U N B I L L E D   T I M E   D E T A I L

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| BECKER, GARY M. | 01/05/04 | Review and revise November monthly fee application and conf with Mangual re same (0.6). | 0.60 | 297.00 | 4986481 | 01/30/04 |
| BECKER, GARY M. | 01/06/04 | Review and revise November monthly fee application and conf. with Mangual re same | 0.60 | 297.00 | 4986497 | 01/30/04 |
| BECKER, GARY M. | 01/20/04 | Review and revise monthly invoice | 0.50 | 247.50 | 4989307 | 01/30/04 |
| **Total For BECKER G - 05292** | | | **1.70** | **841.50** | | |
| MANGUAL, KATHLEEN | 01/05/04 | draft November monthly fee application (1.1); revisions of Nov. fee app per GB comments (.80); draft cover ltr and attend to service to local counsel (.40) | 2.30 | 448.50 | 5006816 | 02/03/04 |
| MANGUAL, KATHLEEN | 01/14/04 | review time detail and disc/ w accounting (.40) | 0.40 | 78.00 | 5006817 | 02/03/04 |
| MANGUAL, KATHLEEN | 01/28/04 | draft December monthly fee app; revision to such per GB comments (1.6); attend to service of such (.20); disc/w local counsel re: objections received for CNO (.20) | 2.00 | 390.00 | 5006818 | 02/03/04 |
| **Total For MANGUAL K - 05208** | | | **4.70** | **916.50** | | |

| | Fee Total | | 6.40 | 1,758.00 | | |

```
alp_132r: Matter Detail                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE    14
Run Date & Time: 02/25/2004 17:06:53                            *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00011                              Orig Prtnr : CRED. RGTS - 06975           Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr  : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : ASSET ANALYSIS AND RECOVERY            Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                     Status     : ACTIVE

Special Billing Instructions:

                                            PRE-BILLING SUMMARY REPORT

                                 UNBILLED TIME FROM:                         TO:
                                 UNBILLED DISB FROM: 01/07/2004              TO: 01/07/2004

                                          FEES                         COSTS

GROSS BILLABLE AMOUNT:                        0.00                         0.00
AMOUNT WRITTEN DOWN:
    PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
    AMOUNT BILLED:
    THRU DATE:
CLOSE MATTER/FINAL BILLING?   YES   OR   NO
EXPECTED DATE OF COLLECTION:              01/07/2004

BILLING PARTNER APPROVAL:

BILLING COMMENTS:                         BENTLEY PHILIP - 02495         WRITE OFF APPROVAL (necessary for write downs over $2,000.00)


                                            ACCOUNTS RECEIVABLE TOTALS                      UNAPPLIED CASH

                             FEES:                    0.00     UNIDENTIFIED RECEIPTS:              0.00
    DISBURSEMENTS:                                    0.00          PAID FEE RETAINER:             0.00
    FEE RETAINER:                                     0.00          PAID DISB RETAINER:            0.00
    DISB RETAINER:                                    0.00     TOTAL AVAILABLE FUNDS:              0.00
    TOTAL OUTSTANDING:                                0.00          TRUST BALANCE:

                                                      BILLING HISTORY

    DATE OF LAST BILL:       11/14/03     LAST PAYMENT DATE:        12/26/03
    LAST BILL NUMBER:          379590     FEES BILLED TO DATE:          0.00
    LAST BILL THRU DATE:     09/30/03     FEES WRITTEN OFF TO DATE:   333.00

FOR ACCTG USE ONLY:         Write Down/Up Reason Codes:
                         (1) Exceeded Fixed Fee       (6) Summer Associate
                         (2) Late Time & Costs Posted (7) Fixed Fee
                         (3) Pre-arranged Discount    (8) Premium
                         (4) Excessive Legal Time     (9) Rounding
                         (5) Business Development    (10) Client Arrangement

BILL NUMBER:              DATE OF BILL:                     Processed by:                   FRC:                 CRC:
PARAPROFESSIONALS:
```

alp_132r: Matter Detail

Run Date & Time: 02/25/2004 17:06:53

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    15

Matter No: 056772-00011                         Orig Prtnr : CRED. RGTS - 06975        Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  Bill Prtnr : BENTLEY PHILIP 02495      Bill Frequency: M
Matter Name : ASSET ANALYSIS AND RECOVERY        Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                              Status    : ACTIVE

U N B I L L E D   T I M E   S U M M A R Y                 ----------- Total Unbilled -----------
Emp Id Employee Name              Group          Oldest     Latest       Hours        Amount
                                                 -------    --------    ---------    ----------
05208  MANGUAL, KATHLEEN          CRED          01/07/04   01/07/04        0.00         0.00
                Total:                                                     0.00         0.00

Sub-Total Hours :   0.00 Partners   0.00 Counsels   0.00 Associates   0.00 Legal Assts   0.00 Others

B I L L I N G   &   P A Y M E N T   H I S T O R Y   (Reflects Payments As of 02/25/04 17:06:53)
                       ------- Billed --------    ----- Applied ----- Collections ----
Bill Date Thru Date Bill#     Fee & OA   Disbursement   From OA      Total      Date        Balance
                                                                                             Due
11/14/03 09/30/03 379590         .00         .00                    106.88 12/26/03
              Total:             .00      106.88                    106.88                      .00

alp_132r: Matter Detail

Run Date & Time: 02/25/2004 17:06:53

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    16

Matter No: 056772-00011
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : ASSET ANALYSIS AND RECOVERY
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:
Bill Frequency: M

Status    : ACTIVE

UNBILLED TIME DETAIL

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| MANGUAL, KATHLEEN | 01/07/04 | Research of asset purchase agmts disc/w library re: such. organization and create chart (6.2) | 0.00 | 0.00 | 5006819 | 02/03/04 |
| Total For MANGUAL K - 05208 | | | 0.00 | 0.00 | | |
| | | Fee Total | 0.00 | 0.00 | | |

alp_132r: Matter Detail

Run Date & Time: 02/25/2004 17:06:53

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    17

Master No: 056772-00012                                    Orig Prtnr : CRED. RGTS - 06975              Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr  : BENTLEY PHILIP - 02495         Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION (ASBESTOS)   Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                              Status    : ACTIVE

Special Billing Instructions:

                                    PRE-BILLING SUMMARY REPORT

                UNBILLED TIME FROM: 01/05/2004                           TO:
                UNBILLED DISB FROM:                                      TO: 01/05/2004

                                        FEES                              COSTS

GROSS BILLABLE AMOUNT:                  56.50                             0.00
        AMOUNT WRITTEN DOWN:
                   PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
        AMOUNT BILLED:
              THRU DATE:
    CLOSE MATTER/FINAL BILLING?    YES    OR    NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:

BILLING COMMENTS:

                BENTLEY PHILIP - 02495           WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

                                        ACCOUNTS RECEIVABLE TOTALS                     UNAPPLIED CASH

                FEES:                       7,683.30       UNIDENTIFIED RECEIPTS:             0.00
        DISBURSEMENTS:                          2.69       PAID FEE RETAINER:                 0.00
        FEE RETAINER:                           0.00       PAID DISB RETAINER:                0.00
        DISB RETAINER:                          0.00       TOTAL AVAILABLE FUNDS:             0.00
        TOTAL OUTSTANDING:                  2,685.99       TRUST BALANCE:                     0.00

                                        BILLING HISTORY

        DATE OF LAST BILL:    01/29/04           LAST PAYMENT DATE:      12/26/03
        LAST BILL NUMBER:     382765             FEES BILLED TO DATE:    165,755.00
        LAST BILL THRU DATE:  12/31/03           FEES WRITTEN OFF TO DATE: 4,417.50

                        Write Down/Up Reason Codes:

FOR ACCTG USE ONLY:      (1) Exceeded Fixed Fee          (6) Summer Associate
                         (2) Late Time & Costs Posted    (7) Fixed Fee
                         (3) Pre-arranged Discount        (8) Premium
                         (4) Excessive Legal Time         (9) Rounding
                         (5) Business Development         (10) Client Arrangement

BILL NUMBER: _____                     Processed by: _____        FRC: _____

            DATE OF BILL: _____            DATE OF BILL: _____      CRC: _____

alp_132r: Matter Detail

Run Date & Time: 02/25/2004 17:06:54

```
                                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                          *PRIVILEGED AND CONFIDENTIAL*
```

PAGE    18

Matter No: 056772-00012                                                    Orig Prtnr : CRED. RGTS  - 06975        Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                            Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)              Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                          Status    : ACTIVE

U N B I L L E D   T I M E   S U M M A R Y                         ------------ Total Unbilled ------------
Emp Id Employee Name              Group      Oldest       Latest         Hours         Amount

02495   BENTLEY, PHILIP           CRED      01/05/04    01/05/04          0.10          56.50

                       Total:                                             0.10          56.50

Sub-Total Hours :     0.10 Partners      0.00 Counsels      0.00 Associates     0.00 Legal Assts     0.00 Others

B I L L I N G   &   P A Y M E N T   H I S T O R Y  (Reflects Payments As of 02/25/04 17:06:54)
                                        ------- Billed -------     Applied    ---- Collections ----
Bill Date Thru Date Bill#        Fee & OA      Disbursement        From OA      Total      Date          Balance
                                 ------------  ------------        --------    ---------   -----------   Due
YEAR 2001
  YEAR 2002
01/31/03 12/31/02  364671        44,026.00       5,710.65                      49,736.65
02/20/03 01/31/03  365684        78,495.50       6,087.88                      84,583.38
03/19/03 02/28/03  367178         1,025.00             .00                      1,025.00   03/25/03
04/29/03 03/31/03  369330         6,254.00          23.10                       6,277.10   10/23/03
05/16/03 04/30/03  370445         6,230.00           2.70                       6,232.70   10/23/03
06/17/03 05/31/03  371897        19,960.50             .00                     19,960.50   10/23/03
07/24/03 06/30/03  373811         2,181.50          14.00                       2,195.50   12/26/03
08/31/03 07/31/03  375389         1,659.50             .00                       1,659.50   12/26/03
11/14/03 09/30/03  379590         2,845.50            1.79                       2,847.29   12/26/03
11/30/03 10/31/03  380293           535.50            2.69                                  12/26/03       538.19
01/29/04 12/31/03  382765         1,627.50             .00                                  12/26/03     1,355.80
                                    210.00             .00                                                 210.00
                                    582.00             .00                                                 582.00

                       Total:   165,632.50      11,842.81                     174,789.32                  2,685.99
```

alp_132r: Matter Detail                                                                KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE    19
Run Date & Time: 02/25/2004 17:06:54                                                        *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00012                                               Orig Prtnr : CRED. RGTS  - 06975                    Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                       Bill Prtnr : BENTLEY PHILIP - 02495                 Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION (ASBESTOS)        Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                                Status    : ACTIVE

U N B I L L E D   T I M E   D E T A I L
Employee Name           Work Date      Description                                         Hours        Amount        Index#      Batch Date
----------------------------------------------------------------------------------------------------------------------------------------------

BENTLEY, PHILIP         01/05/04  Discs GB re 2A1                                           0.10          56.50        5003896  02/03/04

    Total For BENTLEY P - 02495                                                            0.10          56.50

                                                      Fee Total                            0.10          56.50

```
alp_132z: Matter Detail                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                          PAGE    20
Run Date & Time: 02/25/2004 17:06:54                          *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00013                         Orig Prtnr : CRED. RGTS - 06975         Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : FRAUDULENT CONVEYANCE ADV. PROCEEDING  Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                               Status     : ACTIVE

Special Billing Instructions:


                              PRE-BILLING SUMMARY REPORT

         UNBILLED TIME FROM:                      TO:
         UNBILLED DISB FROM:                      TO:


                                            FEES              COSTS

    GROSS BILLABLE AMOUNT:                   0.00              0.00
        AMOUNT WRITTEN DOWN:
                   PREMIUM:
        ON ACCOUNT BILLED:
    DEDUCTED FROM PAID RETAINER:
             AMOUNT BILLED:
                 THRU DATE:
    CLOSE MATTER/FINAL BILLING?    YES    OR    NO
    EXPECTED DATE OF COLLECTION:

    BILLING PARTNER APPROVAL:

    BILLING COMMENTS:           BENTLEY PHILIP - 02495    WRITE OFF APPROVAL (necessary for write downs over $2,000.00)



    ACCOUNTS RECEIVABLE TOTALS                        UNIDENTIFIED RECEIPTS:      0.00
                                                            UNAPPLIED CASH
        FEES:                 443.50                  PAID FEE RETAINER:          0.00
    DISBURSEMENTS:              0.00                   PAID DISB RETAINER:         0.00
        FEE RETAINER:          0.00                    TOTAL AVAILABLE FUNDS:     0.00
        DISB RETAINER:         0.00                    TRUST BALANCE:
    TOTAL OUTSTANDING:        443.50


                                          BILLING HISTORY

    DATE OF LAST BILL:        12/31/03      LAST PAYMENT DATE:      12/26/03
    LAST BILL NUMBER:          381784       FEES BILLED TO DATE:   74,177.50
    LAST BILL THRU DATE:      11/30/03      FEES WRITTEN OFF TO DATE: 1,600.00


FOR ACCTG USE ONLY:     Write Down/Up Reason Codes:

                        (1) Exceeded Fixed Fee       (6) Summer Associate
                        (2) Late Time & Costs Posted (7) Fixed Fee
                        (3) Pre-arranged Discount    (8) Premium
                        (4) Excessive Legal Time     (9) Rounding
                        (5) Business Development    (10) Client Arrangement


BILL NUMBER: _____     DATE OF BILL: _____     Processed by: _____     FRC: _____     CRC: _____
```

alp_132r: Matter Detail

Run Date & Time: 02/25/2004 17:06:54

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    21

Matter No: 056772-00013
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : FRAUDULENT CONVEYANCE ADV. PROCEEDING
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:
Bill Frequency: M

Status    : ACTIVE

B I L L I N G   &   P A Y M E N T   H I S T O R Y (Reflects Payments As of 02/25/04 17:06:54)

| Bill Date Thru Date | Bill# | ---- Billed ---- | | ---- Collections ---- | | Balance |
| | | Fee & OA | Disbursement | Applied From OA | Total | Applied | Date | Due |
|---|---|---|---|---|---|---|---|---|
| YEAR: 2001 | | 2,212.50 | 389.75 | | 2,602.25 | | | |
| YEAR: 2002 | | 66,342.00 | 550.91 | | 66,892.91 | | | |
| 01/31/03 12/31/02 | 364671 | 2,601.00 | 83.50 | | 2,684.50 | 08/19/03 | | |
| 02/20/03 01/31/03 | 365684 | 1,638.50 | .00 | | 1,638.50 | 10/23/03 | | |
| 03/19/03 02/28/03 | 367178 | 672.00 | .00 | | 672.00 | 10/23/03 | | |
| 05/16/03 04/30/03 | 370445 | 100.50 | 926.30 | | 1,026.80 | 12/26/03 | | |
| 06/17/03 05/31/03 | 371897 | 167.50 | .00 | | 167.50 | 12/26/03 | | |
| 12/31/03 11/30/03 | 381784 | 443.50 | .00 | | .00 | | | 443.50 |
| Total: | | 74,177.50 | 1,950.46 | | 75,684.46 | | | 443.50 |