```
alp_132r: Matter Detail                                                                                                              PAGE   22
Run Date & Time: 02/25/2004 17:06:54

                                       KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                          *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00019                                       Orig Prtnr : CRED. RGTS    - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE               Bill Prtnr  : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : HEARINGS                                        Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                                 Status     : ACTIVE

Special Billing Instructions:

                              PRE-BILLING SUMMARY REPORT

         UNBILLED TIME FROM:                     TO:
         UNBILLED DISB FROM:                     TO:

                                     FEES                            COSTS
                                     ----                            -----
GROSS BILLABLE AMOUNT:               0.00                            0.00
AMOUNT WRITTEN DOWN:
         PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
         AMOUNT BILLED:
         THRU DATE:
CLOSE MATTER/FINAL BILLING?   YES OR NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:     BENTLEY PHILIP - 02495            WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:


                                   ACCOUNTS RECEIVABLE TOTALS              UNAPPLIED CASH

         FEES:              6,527.48     UNIDENTIFIED RECEIPTS:   0.00
         DISBURSEMENTS:        12.00     PAID FEE RETAINER:       0.00
         FEE RETAINER:          0.00     PAID DISB RETAINER:      0.00
         DISB RETAINER:         0.00     TOTAL AVAILABLE FUNDS:   0.00
         TOTAL OUTSTANDING:  6,539.48    TRUST BALANCE:
                                         BILLING HISTORY
                                         ---------------
DATE OF LAST BILL:         01/29/04     LAST PAYMENT DATE:              12/26/03
LAST BILL NUMBER:          382765       FEES BILLED TO DATE:           55,857.50
LAST BILL THRU DATE:       12/31/03     FEES WRITTEN OFF TO DATE:       5,087.68

FOR ACCTG USE ONLY:        Write Down/Up Reason Codes:

     (1) Exceeded Fixed Fee         (6) Summer Associate
     (2) Late Time & Costs Posted   (7) Fixed Fee
     (3) Pre-arranged Discount      (8) Premium
     (4) Excessive Legal Time       (9) Rounding
     (5) Business Development      (10) Client Arrangement

BILL NUMBER:_____      DATE OF BILL:_____   Processed by:_____    FRC:_____    CRC:_____
```

```
alp_132r: Matter Detail                                                                                                                         PAGE   23
Run Date & Time: 02/25/2004 17:06:54

                                                  KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                      *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00019                                      Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE              Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : HEARINGS                                       Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                              Status     : ACTIVE

B I L L I N G   &   P A Y M E N T   H I S T O R Y  (Reflects Payments As of 02/25/04 17:06:54)
                      -------- Billed --------    -------- Applied ----  ---- Collections ----       Balance
Bill Date Thru Date  Bill#    Fee & OA   Disbursement    From OA    Total                Date          Due
-------------------- ------ -----------  ------------  ----------- -----------        --------      ----------
    YEAR 2002                45,704.82       58.14                   45,762.96
02/20/03 01/31/03    365684     105.00         .00                      105.00        10/23/03
07/24/03 06/30/03    373811     455.00         .00                      455.00        12/26/03
08/31/03 07/31/03    375389         .00       12.00                        .00                          12.00
09/30/03 08/31/03    376733   1,365.00        13.00        490.52                     12/08/03         887.48
11/14/03 09/30/03    379590     940.00         .00                         .00                         940.00
11/30/03 10/31/03    380293     940.00         .00                         .00                         940.00
12/31/03 11/30/03    381784   1,739.00         .00                         .00                       1,739.00
01/29/04 12/31/03    382765   2,021.00         .00                         .00                       2,021.00
                             -----------  ----------  -----------  -----------                      ----------
             Total:          53,269.82       83.14                   46,813.48                       6,539.48
```

```
alp_132r: Matter Detail                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                   PAGE   24
Run Date & Time: 02/25/2004 17:06:54              *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00020                                                  Orig Prtnr : CRED. RGTS   - 06975       Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                          Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : LITIGATION                                                 Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                                       Status     : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15

-------------------------------------------------------------------------------------------------------------
                                              PRE-BILLING SUMMARY REPORT

         UNBILLED TIME FROM:                    TO:
         UNBILLED DISB FROM:                    TO:

                                       FEES              COSTS

         GROSS BILLABLE AMOUNT:         0.00             0.00
         AMOUNT WRITTEN DOWN:
                     PREMIUM:
         ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
               AMOUNT BILLED:
                  THRU DATE:
    CLOSE MATTER/FINAL BILLING?     YES OR NO
    EXPECTED DATE OF COLLECTION:

    BILLING PARTNER APPROVAL:    BENTLEY PHILIP - 02495            WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

    BILLING COMMENTS:

-------------------------------------------------------------------------------------------------------------
                                     ACCOUNTS RECEIVABLE TOTALS           UNAPPLIED CASH

            FEES:                   339.50         UNIDENTIFIED RECEIPTS:     0.00
    DISBURSEMENTS:                    0.00         PAID FEE RETAINER:         0.00
    FEE RETAINER:                     0.00         PAID DISB RETAINER:        0.00
    DISB RETAINER:                    0.00         TOTAL AVAILABLE FUNDS:     0.00
    TOTAL OUTSTANDING:              339.50         TRUST BALANCE:
                                                   BILLING HISTORY

    DATE OF LAST BILL:            01/29/04         LAST PAYMENT DATE:        04/29/03
    LAST BILL NUMBER:              381784         FEES BILLED TO DATE:      2,507.00
    LAST BILL THRU DATE:          11/30/03         FEES WRITTEN OFF TO DATE:    0.00

FOR ACCTG USE ONLY:       Write Down/Up Reason Codes:

    (1) Exceeded Fixed Fee          (6) Summer Associate
    (2) Late Time & Costs Posted    (7) Fixed Fee
    (3) Pre-arranged Discount       (8) Premium
    (4) Excessive Legal Time        (9) Rounding
    (5) Business Development       (10) Client Arrangement

BILL NUMBER:                  DATE OF BILL:                Processed by:                FRC:                 CRC:
```

```
alp_132r: Matter Detail                                                                                                             PAGE    25
Run Date & Time: 02/25/2004 17:06:54

                                                         KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                              *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00020                                              Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                      Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : LITIGATION                                             Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                                     Status     : ACTIVE

B I L L I N G  &  P A Y M E N T   H I S T O R Y  (Reflects Payments As of 02/25/04 17:06:54)
                                  -------- Billed --------        Applied     ---- Collections ----   Balance
Bill Date Thru Date Bill#         Fee & OA     Disbursement        From OA          Total     Date      Due
------------------------          --------     ------------        -------          -----     ----    -------
   YEAR 2002                      2,167.50         4,437.15                      6,604.65
12/31/03  11/30/03  381784          339.50             .00                            .00             339.50
                                  --------     ------------        -------       --------             -------
         Total:                   2,507.00         4,437.15                      6,604.65             339.50
```

```
alp_132r: Matter Detail                                                                                                                PAGE   26
Run Date & Time: 02/25/2004 17:06:54

                                            KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                               *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00023                                            Orig Prtnr : CRED. RGTS    - 06975       Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                    Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : VALUATION                                            Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                                 Status       : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15

                                                    PRE-BILLING SUMMARY REPORT

                UNBILLED TIME FROM:      01/16/2004               TO:    01/16/2004
                UNBILLED DISB FROM:                               TO:

                                                 FEES                                  COSTS

GROSS BILLABLE AMOUNT:                           0.00                                   0.00
AMOUNT WRITTEN DOWN:
               PREMIUM:
     ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
        AMOUNT BILLED:
            THRU DATE:            01/16/2004
CLOSE MATTER/FINAL BILLING?       YES    OR    NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:     BENTLEY PHILIP - 02495                  WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:




                                               ACCOUNTS RECEIVABLE TOTALS                     UNAPPLIED CASH

               FEES:                   0.00         UNIDENTIFIED RECEIPTS:        0.00
       DISBURSEMENTS:                  0.00              PAID FEE RETAINER:       0.00
          FEE RETAINER:                0.00             PAID DISB RETAINER:       0.00
         DISB RETAINER:                0.00            TOTAL AVAILABLE FUNDS:     0.00
       TOTAL OUTSTANDING:              0.00                 TRUST BALANCE:
                                                       BILLING HISTORY
                      DATE OF LAST BILL:                LAST PAYMENT DATE:
                      LAST BILL NUMBER:                FEES BILLED TO DATE:      0.00
                      LAST BILL THRU DATE:          FEES WRITTEN OFF TO DATE:    0.00

FOR ACCTG USE ONLY:          Write Down/Up Reason Codes:

      (1) Exceeded Fixed Fee          (6) Summer Associate
      (2) Late Time & Costs Posted    (7) Fixed Fee
      (3) Pre-arranged Discount       (8) Premium
      (4) Excessive Legal Time        (9) Rounding
      (5) Business Development       (10) Client Arrangement

BILL NUMBER:                   DATE OF BILL:                Processed by:                   FRC:                CRC:
PARAPROFESSIONALS
```

```
alp_132r: Matter Detail                                   KRAMER LEVIN NAFTALIS & FRANKEL LLP                                         PAGE  27
Run Date & Time: 02/25/2004 17:06:54                          *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00023                              Orig Prtnr : CRED. RGTS  - 06975              Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495           Bill Frequency: M
Matter Name : VALUATION                              Supv Prtnr : MAYER THOMAS MOORS - 03976
Matter Opened : 09/06/2002                                                                         Status     : ACTIVE

U N B I L L E D    T I M E    S U M M A R Y  ----------- Total Unbilled -----------
Emp Id  Employee Name           Group           Oldest      Latest          Hours         Amount
                                                -------    --------
05208   MANGUAL, KATHLEEN       CRED            01/16/04   01/16/04          0.00           0.00

                     Total:                                                  0.00           0.00

Sub-Total Hours :   0.00 Partners     0.00 Counsels     0.00 Associates     0.00 Legal Assts     0.00 Others


U N B I L L E D    T I M E    D E T A I L
Employee Name             Work Date    Description                                      Hours       Amount      Index#       Batch Date

MANGUAL, KATHLEEN         01/16/04                                                       0.00        0.00       5006820      02/03/04

    Total For MANGUAL K - 05208                                                          0.00        0.00

                                                              Fee Total                  0.00        0.00
```

alp_132r: Matter Detail                                                                                                              PAGE    28
Run Date & Time: 02/25/2004 17:06:54

                                                KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                     *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00024                                              Orig Prtnr : CRED. RGTS - 06975           Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                      Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : ZAI SCIENCE TRIAL                                      Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                                     Status    : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15

                                              PRE-BILLING SUMMARY REPORT

       UNBILLED TIME FROM:                    TO:
       UNBILLED DISB FROM:                    TO:

                                   FEES                              COSTS
                                   ----                              -----

 GROSS BILLABLE AMOUNT:             0.00                              0.00
 AMOUNT WRITTEN DOWN:
            PREMIUM:
 ON ACCOUNT BILLED:
 DEDUCTED FROM PAID RETAINER:
     AMOUNT BILLED:
            THRU DATE:
 CLOSE MATTER/FINAL BILLING?    YES OR NO
 EXPECTED DATE OF COLLECTION:

 BILLING PARTNER APPROVAL:        BENTLEY PHILIP - 02495         WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

 BILLING COMMENTS:

                                          ACCOUNTS RECEIVABLE TOTALS                              UNAPPLIED CASH

     FEES:                              1,523.61            UNIDENTIFIED RECEIPTS:         0.00
     DISBURSEMENTS:                         0.00            PAID FEE RETAINER:             0.00
     FEE RETAINER:                          0.00            PAID DISB RETAINER:            0.00
     DISB RETAINER:                         0.00            TOTAL AVAILABLE FUNDS:         0.00
     TOTAL OUTSTANDING:                 1,523.61            TRUST BALANCE:
                                                            BILLING HISTORY
     DATE OF LAST BILL:              12/31/03               LAST PAYMENT DATE:          12/26/03
     LAST BILL NUMBER:                 381784               FEES BILLED TO DATE:        2,492.50
     LAST BILL THRU DATE:            11/30/03               FEES WRITTEN OFF TO DATE:       0.00

 FOR ACCTG USE ONLY:         Write Down/Up Reason Codes:

     (1) Exceeded Fixed Fee              (6) Summer Associate
     (2) Late Time & Costs Posted        (7) Fixed Fee
     (3) Pre-arranged Discount           (8) Premium
     (4) Excessive Legal Time            (9) Rounding
     (5) Business Development           (10) Client Arrangement

 BILL NUMBER: _____  DATE OF BILL: _____  Processed by: _____  FRC: _____  CRC: _____

```
alp_132r: Matter Detail                                                                                                    PAGE    29
Run Date & Time: 02/25/2004 17:06:54

                                              KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                 *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00024                                   Orig Prtnr : CRED. RGTS - 06975            Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE           Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : ZAI SCIENCE TRIAL                           Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                           Status     : ACTIVE

B I L L I N G  &  P A Y M E N T   H I S T O R Y  (Reflects Payments As of 02/25/04 17:06:54)
                               ------- Billed -------       ---- Collections ----
Bill Date Thru Date Bill#      Fee & OA     Disbursement    Applied    Total   Date        Balance
                                                            From OA                         Due
07/24/03 06/30/03 373811         637.00         .00                   637.00 12/26/03      1,100.61
08/31/03 07/31/03 375389       1,432.50        4.55                   336.44 11/28/03
12/31/03 11/30/03 381784         423.00         .00                        .00               423.00

               Total:          2,492.50        4.55                   973.44               1,523.61
```

```
alp_132r: Matter Detail                                      KRAMER LEVIN NAFTALIS & FRANKEL LLP                                         PAGE    30
Run Date & Time: 02/25/2004 17:06:54                            *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00028                                                                Orig Prtnr : CRED. RGTS  - 06975    Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                                        Bill Prtnr : BENTLEY PHILIP - 02495 Bill Frequency: M
Matter Name : TRAVEL\NON-WORKING                                                       Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 10/04/2002                                                                                                 Status     : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15

                                            PRE-BILLING SUMMARY REPORT

     UNBILLED TIME FROM:      01/26/2004             TO:  01/26/2004
     UNBILLED DISB FROM:                             TO:

                                      FEES                 COSTS
                                     ------               -------
GROSS BILLABLE AMOUNT:                495.00                0.00
AMOUNT WRITTEN DOWN:
             PREMIUM:
  ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
       AMOUNT BILLED:
           THRU DATE:             01/26/2004
CLOSE MATTER/FINAL BILLING?     YES  OR  NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:      BENTLEY PHILIP - 02495      WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:


                                            ACCOUNTS RECEIVABLE TOTALS                       UNAPPLIED CASH

             FEES:                 3,040.00            UNIDENTIFIED RECEIPTS:    0.00
    DISBURSEMENTS:                   402.00             PAID FEE RETAINER:       0.00
     FEE RETAINER:                     0.00             PAID DISB RETAINER:      0.00
    DISB RETAINER:                     0.00            TOTAL AVAILABLE FUNDS:    0.00
  TOTAL OUTSTANDING:               3,442.00            TRUST BALANCE:
                                                       BILLING HISTORY
                                                       ---------------
     DATE OF LAST BILL:         01/29/04                LAST PAYMENT DATE:       12/26/03
     LAST BILL NUMBER:           382765                 FEES BILLED TO DATE:    10,080.00
     LAST BILL THRU DATE:       12/31/03                FEES WRITTEN OFF TO DATE: 8,170.00

FOR ACCTG USE ONLY:     Write Down/Up Reason Codes:

    (1) Exceeded Fixed Fee             (6) Summer Associate
    (2) Late Time & Costs Posted       (7) Fixed Fee
    (3) Pre-arranged Discount          (8) Premium
    (4) Excessive Legal Time           (9) Rounding
    (5) Business Development          (10) Client Arrangement

BILL NUMBER: _____ DATE OF BILL: _____ Processed by: _____ FRC: _____ CRC: _____
```

```
alp_132r: Matter Detail                                                                                                                              PAGE   31
Run Date & Time: 02/25/2004 17:06:54

                                                            KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                              *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00028                                            Orig Prtnr : CRED. RGTS   - 06975           Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                    Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : TRAVEL\NON-WORKING                                   Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 10/04/2002                                                                                    Status     : ACTIVE

U N B I L L E D   T I M E   S U M M A R Y                 ------------- Total Unbilled -------------
Emp Id Employee Name                    Group              Oldest     Latest        Hours         Amount
---------------------------------------------------------------------------------------------------------
05292 BECKER, GARY M.                   CRED              01/26/04   01/26/04        2.00        495.00

                                        Total:                                       2.00        495.00


Sub-Total Hours :     0.00 Partners    2.00 Counsels    0.00 Associates    0.00 Legal Assts    0.00 Others


B I L L I N G  &  P A Y M E N T   H I S T O R Y (Reflects Payments As of 02/25/04 17:06:54)
                      ------- Billed -------   -------- Applied --------  --- Collections ----
Bill Date Thru Date Bill#    Fee & OA   Disbursement   From OA     Total      Total       Date    Balance Due
--------------------------------------------------------------------------------------------------------------
 YEAR 2002                 2,275.00          .00          .00    2,275.00
06/17/03 05/31/03 371897     455.00          .00          .00      455.00   12/26/03
07/24/03 06/30/03 373811     910.00          .00          .00      910.00   12/26/03
09/30/03 08/31/03 376733     455.00          .00          .00                                      455.00
11/14/03 09/30/03 379590     705.00          .00          .00                                      705.00
11/30/03 10/31/03 380293     470.00          .00          .00                                      470.00
12/31/03 11/30/03 381784     705.00       205.00          .00                                      910.00
01/29/04 12/31/03 382765     705.00       197.00          .00                                      902.00

               Total:      6,680.00       402.00                 3,640.00                        3,442.00
```

```
alp_132r: Matter Detail                                                                                                    PAGE  32
Run Date & Time: 02/25/2004 17:06:54

                                        KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                             *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00028                              Orig Prtnr : CRED. RGTS  - 06975         Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : TRAVEL\NON-WORKING                     Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 10/04/2002                                                                    Status     : ACTIVE

U N B I L L E D    T I M E    D E T A I L
Employee Name              Work Date     Description                                  Hours      Amount      Index#    Batch Date
--------------------------------------------------------------------------------------------------------------------------------
BECKER, GARY M.            01/26/04      Travel to and from Wilmington for court       2.00      495.00     4989308  01/30/04
                                          hearing (bill at 1/2 normal rate)

                                                                   Fee Total          2.00      495.00

 Total For BECKER G - 05292                                                            2.00      495.00
```

```
Report Name: alp_132cs
Filename:[/elite/alp/TEMP.a023401]
Date:02/25/2004
Time:17:07:01
User Id:047411
Service Id:449250
```

```
alp_132c: Client Summary                        KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE   1
Run Date & Time: 02/25/2004 17:06:55                 *PRIVILEGED AND CONFIDENTIAL*

Client No: 056772
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE

Special Billing Instructions:

                                              PRE-BILLING SUMMARY REPORT

       UNBILLED TIME FROM:    01/01/1901                                      TO:    01/29/2004
       UNBILLED DISB FROM:    01/01/1901                                      TO:    01/28/2004

                                              FEES                                  COSTS
                                              ----                                  -----
       GROSS BILLABLE AMOUNT:             8,979.00                                  436.47
       AMOUNT WRITTEN DOWN:
                    PREMIUM:
          ON ACCOUNT BILLED:
       DEDUCTED FROM PAID RETAINER:
              AMOUNT BILLED:
                  THRU DATE:            01/29/2004                                01/28/2004
       CLOSE MATTER/FINAL BILLING?     YES OR NO
       EXPECTED DATE OF COLLECTION:

       BILLING PARTNER APPROVAL:
                                       _____
       BILLING COMMENTS:                WRITE OFF APPROVAL (necessary for write downs over $2,000.00)


                                              ACCOUNTS RECEIVABLE TOTALS              UNAPPLIED CASH

              FEES:                                 51,448.89    UNIDENTIFIED RECEIPTS:    0.00
              DISBURSEMENTS:                         2,060.87    PAID FEE RETAINER:        0.00
              FEE RETAINER:                             0.00     PAID DISB RETAINER:       0.00
              DISB RETAINER:                            0.00     TOTAL AVAILABLE FUNDS:    0.00
              TOTAL OUTSTANDING:                   69,111.94     TRUST BALANCE:

                                                        BILLING HISTORY

              DATE OF LAST BILL:                01/29/04           LAST PAYMENT DATE:        12/26/03
              LAST BILL NUMBER:                  382765            FEES BILLED TO DATE:     663,480.50
              LAST BILL THRU DATE:              12/31/03         FEES WRITTEN OFF TO DATE:  559,588.18

FOR ACCTG USE ONLY:           Write Down/Up Reason Codes:

       (1) Exceeded Fixed Fee          (6) Summer Associate
       (2) Late Time & Costs Posted    (7) Fixed Fee
       (3) Pre-arranged Discount       (8) Premium
       (4) Excessive Legal Time        (9) Rounding
       (5) Business Development        (10) Client Arrangement


BILL NUMBER: _____  DATE OF BILL: _____  Processed by: _____  FRC: _____  CRC: _____
```

```
alp_132c: Client Summary                              KRAMER LEVIN NAFTALIS & FRANKEL LLP                          PAGE   2
Run Date & Time: 02/25/2004 17:07:00                      *PRIVILEGED AND CONFIDENTIAL*

Client No: 056772
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE

U N B I L L E D   T I M E   S U M M A R Y    --------------------  Total Unbilled  --------------------
                                                   Oldest       Latest       Total       Total
Emp Id  Employee Name          Group                Entry        Entry        Hours       Amount
------  -------------          -----               ------       ------       -----       ------
02495   BENTLEY, PHILIP        PARTNER            01/05/04     01/28/04       0.90         508.50
05292   BECKER, GARY M.        SPEC COUNSEL       01/05/04     01/28/04       8.50       3,712.50
05646   KLEIN, DAVID           ASSOCIATE          01/05/04     01/22/04       7.10       2,769.00
        PARAPROFESSIONALS
05208   MANGUAL, KATHLEEN      PARALEGAL          01/05/04     01/29/04      10.20       1,989.00
                                                                            ------       --------
                      Total:                                                 26.70       8,979.00

U N B I L L E D   C O S T S   S U M M A R Y    ---- Total Unbilled ----
Code    Description                                 Oldest       Latest       Total
                                                    Entry        Entry        Amount
                                                   ------       ------       ------
0820    PHOTOCOPYING                               01/05/04     01/28/04      186.75
0930    MESSENGER/COURIER                          12/18/03     01/05/04       23.34
0972    DOCUMENT RETRIEVAL FEES                    12/31/03     12/31/03      226.38
                                                                             ------
                      Total                                                   436.47


              Grand Total                                                   9,415.47
                                                                           =========

B I L L I N G   &   P A Y M E N T   H I S T O R Y  (Reflects Payments As of 02/25/04 17:07:00)
                                                    Billed                 Applied   ---- Collections ----    Balance
Bill Date Thru Date Bill#          Fee & OA      Disbursement    Total     From OA    Total        Date         Due
-------------- -----               --------      ------------    -----     -------    -----        ----         ---
YEAR 2001
YEAR 2002
01/31/03 12/31/02   364671        138,553.50       16,080.63   154,634.13
                                  328,428.82       27,161.47   355,590.29
01/31/03 12/31/02   364671         11,853.50          816.82    12,670.32            03/25/03
02/20/03 01/31/03   365684         11,100.00          927.47    12,027.47            04/11/03
03/19/03 02/28/03   367178         12,018.00          240.08    12,258.08            10/23/03
04/29/03 03/31/03   369330         26,969.00          452.38    27,421.38            10/23/03
05/16/03 04/30/03   370445          7,609.00        1,594.42     9,203.42            12/26/03
06/17/03 05/31/03   371897          9,411.00          107.57     9,518.57            12/26/03
07/24/03 06/30/03   373811         10,427.00          137.09    10,564.09            12/26/03
08/31/03 07/31/03   375389          9,272.50           32.30     7,450.50            11/28/03        1,854.30
09/30/03 08/31/03   376733          9,815.50          130.93     8,603.95            12/08/03        1,342.48
11/14/03 09/30/03   379590         14,930.00          334.63    12,263.83            12/26/03        3,000.80
11/30/03 10/31/03   380293         13,134.00          174.04                   .00                  13,308.04
12/31/03 11/30/03   381784         14,537.00          273.00                   .00                  14,810.00
01/29/04 12/31/03   382765         17,595.00        1,599.14                   .00                  19,194.14
                                  ----------       ---------                                       ----------
                Total:            635,653.82       50,061.97                632,206.03              53,509.76
```