IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| W.R. Grace & Co., et al., | ) Case No. 01-1139 (JKF) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |

## CERTIFICATION OF COUNSEL REGARDING DOCKET NO. 4667

On February 23, 2004 the Court held a hearing on the Motion for Leave to File a Late Proof of Claim ("Motion") (Docket No. 4667) filed by Royal Indemnity Company. The proposed order was circulated to counsel for all parties in interest. Having received no other responses or objections to the proposed order, Royal Indemnity Company respectfully requests that the Court enter the attached order granting the Motion and allowing Royal Indemnity Company to file a proof of claim within thirty (30) days from entry of the attached order.

Dated: February 27 2004
Wilmington, DE

By: /s/ Joseph K. Koury
Ian Connor Bifferato (No. 3273)
Joseph K. Koury (#4272)
Bifferato, Bifferato & Gentilotti
1308 Delaware Avenue
Wilmington, DE 19899-2165
(302) 429-1900 Phone
(302) 429-8600 Fax

and

Mark G. Ledwin, Esq.
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
3 Gannett Drive
White Plains, New York 10604
(914) 323-7000

364251/E/1