## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-1139 (JKF) |
| Debtors. | (Jointly Administered) |

**Objection Deadline:   March 19, 2004 at 4:00 p.m.**

## TWENTY-SEVENTH MONTHLY APPLICATION OF
## KLETT ROONEY LIEBER & SCHORLING,
## CO-COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY HOLDERS, FOR
## COMPENSATION AND REIMBURSEMENT OF EXPENSES
## FOR THE PERIOD DECEMBER 26, 2003 THROUGH JANUARY 31, 2004

| | |
|---|---|
| Name of Applicant: | Klett Rooney Lieber & Schorling, a Professional Corporation |
| Authorized to Provide Professional Services to: | The Official Committee of Equity Holders |
| Date of Retention: | October 26, 2001 *nunc pro tunc* |
| Period for which compensation and reimbursement is sought: | December 26, 2003 through January 31, 2004 |
| Amount of fees to be approved as actual, reasonable and necessary: | $16,269.00 |
| Amount of expenses sought as actual, reasonable and necessary: | $1,034.60 |

This is a(n): ___ interim          ___ final application.          _x_ monthly application.

The total time expended for the preparation of this application will be included in the next interim fee application.

KRLSWI.M: 53261v1

**Prior Monthly Applications:**

| Date Filed and Docket No. | Period Covered | Requested Fees/ Expenses | Approved Fees/ Expenses | CNO/Docket No. |
|---|---|---|---|---|
| 12/28/01 1426 | 10/26/01 through 11/30/01 | $5,518.00/ $2,028.76 | $4,414.40/ $2,028.76 | 1541 |
| 01/25/02 1548 | 12/01/01 through 12/31/01 | $4,119.50/ $940.67 | $3,295.60/ $940.67 | 1689 |
| 02/26/02 1720 | 01/01/02 through 01/31/02 | $11,494.00/ $1,275.80 | $9,195.20/ $1,275.80 | 1836 |
| 04/03/02 1895 | 02/01/02 through 02/28/02 | $7,784.50/ $882.79 | $6,227.60/ $882.79 | 1984 |
| 05/08/02 2025 | 03/01/02 through 03/31/02 | $7,755.00/ $1,565.66 | $6,204.00/ $1,565.66 | 2120 |
| 06/03/02 2145 | 04/01/02 through 04/30/02 | $6,011.50/ $878.55 | $4,809.20/ $878.55 | 2285 |
| 07/02/02 2316 | 05/01/02 through 05/31/02 | $6,957.50/ $688.60 | $5,566.00/ $688.60 | 2436 |
| 08/02/02 2489 | 06/01/02 through 06/30/02 | $5520.00/ $447.36 | $4,416.00/ $447.36 | 2607 |
| 08/28/02 2609 | 07/01/02 through 07/31/02 | $3,597.50/ $879.97 | $2,878.00/ $879.97 | 2701 |
| 09/26/02 2751 | 08/01/02 through 08/31/02 | $9,457.50/ $1,172.93 | $7,566.00/ $1,172.93 | 2829 |
| 10/25/02 2885 | 09/01/02 through 09/30/02 | $14,313.50/ $665.71 | $11,450.80/ $665.71 | 3057 |
| 11/25/02 3069 | 10/01/02 through 10/31/02 | $12,568.50/ $1,343.14 | $10,054.80/ $1,343.14 | 3169 |
| 12/26/02 3188 | 11/01/02 through 11/30/02 | $9,268.50/ $430.93 | $7,414.80/ $430.93 | 3256 |
| 1/27/03 3276 | 12/1/02 through 12/25/02 | $4,071.00/ $160.28 | $3,256.00/ $160.28 | 3417 |
| 2/25/03 3425 | 12/26/02 through 1/31/03 | $6,386.50/ $82.31 | $5,109.00/ $82.31 | 3520 |
| 3/24/05 3545 | 2/1/03 through 2/28/03 | $3,576.50/ $70.72 | $2,861.20/ $70.72 | 3664 |

| 4/28/03 3716 | 3/1/03 through 3/31/03 | $7,177.50/ $481.33 | $5,742.00/ $481.33 | 3827 |
|---|---|---|---|---|
| 5/28/03 3834 | 4/1/03 through 4/30/03 | $4,300.50/ $227.83 | $3,440.40/ $227.83 | 3947 |
| 6/27/03 3968 | 5/1/03 through 5/31/03 | $7,792.50/ $1,024.71 | $6,234.00/ $1,024.71 | 4091 7/22/03 |
| 7/28/03 4113 | 6/1/03 through 6/30/03 | $7,168.50/ $831.98 | $5,734.80/ $831.98 | 4309 8/21/03 |
| 8/28/03 4351 | 7/1/03 through 7/31/03 | $17,663.00/ $1,392.91 | $14,130.40/ $1,392.91 | 4456 9/22/03 |
| 9/29/03 4500 | 8/1/03 through 8/31/03 | $12,893.50/ $244.39 | $10,314.80/ $244.39 | 4521 10/23/03 |
| 10/29/03 4630 | 9/1/03 through 9/30/03 | $14,176.00/ $2,059.35 | $11,340.80/ $2,059.35 | 4725 11/21/03 |
| 11/26/03 4753 | 10/1/03 through 10/31/03 | $13,698.00/ $575.77 | $10,958.40/ $575.77 | 4829 12/18/03 |
| 12/29/03 4877 | 11/1/03 through 11/30/03 | $10,696.50/ $207.22 | $8,557.20/ $207.22 | 4986 1/26/04 |
| 1/28/04 5005 | 12/1/03 through 12/25/03 | $10,843.00/ $543.07 | $8,674.40/ $543.07 | 5135 2/19/04 |

## SUMMARY OF TIME FOR BILLING PERIOD
## DECEMBER 26, 2003 THROUGH JANUARY 31, 2004

| Name | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|
| Teresa K.D. Currier | $465 | 20.2 | $9,393.00 |
| Rhonda L. Thomas | $220 | 16.9 | $3,718.00 |
| Francis A. Panchak | $140 | 0.4 | $56.00 |
| Raelena Y. Taylor | $130 | 23.6 | $3,068.00 |
| Susan J. Brown | $85 | 0.4 | $34.00 |
| **TOTAL** | | **61.5** | **$16,269.00** |

KRLSWI.M: 53261v1

## SUMMARY OF TIME BY PROJECT CATEGORY FOR BILLING PERIOD
## DECEMBER 26, 2003 THROUGH JANUARY 31, 2004

| Project category | Total Hours | Total Fees |
|---|---|---|
| Business Operations | 0.9 | $320.50 |
| Case Administration | 13.5 | $2,960.00 |
| Claims Analysis Obj. & Resolution (Non-Asbestos) | 4.7 | $1,524.00 |
| Fee Applications, Applicant | 9.6 | $1,845.00 |
| Fee Applications, Others | 12.8 | $2,010.00 |
| Financing | 0.4 | $186.00 |
| Hearings | 0.6 | $230.00 |
| Litigation and Litigation Consulting | 18.3 | $6,868.00 |
| Relief From Stay Proceedings | 0.5 | $232.50 |
| ZAI Science Trial | 0.2 | $93.00 |
| **TOTAL** | **61.5** | **$16,269.00** |

KRLSWI.M: 53261v1

## SUMMARY OF EXPENSES BY CATEGORY FOR BILLING PERIOD
### DECEMBER 26, 2003 THROUGH JANUARY 31, 2004

| Expense Category | Total Expenses |
|---|---|
| Reproduction of Documents | $134.70 |
| Duplicating Services | $612.39 |
| Messenger Services | $224.45 |
| Professional Services | $14.63 |
| Federal Express | $48.43 |
| **TOTAL** | **$1,034.60** |

**KLETT ROONEY LIEBER & SCHORLING**
**A Professional Corporation**


By:     /s/ Rhonda Thomas
        Teresa K. D. Currier (No. 3080)
        Rhonda L. Thomas (No. 4053)
        1000 West Street, Suite 1410
        Wilmington, DE 19801
        (302) 552-4200

        Co-Counsel to the Official Committee of
        Equity Holders

Dated: February 27, 2004

KRLSWLM: 53261v1

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   FEBRUARY 20, 2004
MATTER :  W9600-000
INVOICE : 170218

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 01/31/04    T C

RE:  EXPENSES

| DESCRIPTION OF EXPENSE ADVANCES | AMOUNT |
|---|---|
| 12/29/03 REPRODUCTION OF DOCUMENTS | 2.70 |
| 12/29/03 REPRODUCTION OF DOCUMENTS | 6.90 |
| 12/29/03 REPRODUCTION OF DOCUMENTS | 11.70 |
| 12/29/03 REPRODUCTION OF DOCUMENTS | 21.30 |
| 01/06/04 FEDERAL EXPRESS - FEDERAL EXPRESS CORPORATION - #4-983-57887 | 18.53 |
| 01/06/04 REPRODUCTION OF DOCUMENTS | 24.75 |
| 01/07/04 MESSENGER SERVICES - PARCELS, INC. | 7.50 |
| 01/08/04 DUPLICATING SERVICES - DIGITAL LEGAL SERVICES - #21363 | 193.20 |
| 01/08/04 DUPLICATING SERVICES - DIGITAL LEGAL SERVICES | 226.62 |
| 01/22/04 DUPLICATING SERVICES - DIGITAL LEGAL SERVICES | 192.57 |
| 01/22/04 MESSENGER SERVICES - TRISTATE COURIER & CARRIAGE | 216.95 |
| 01/23/04 PROFESSIONAL SERVICES - PACER - FOURTH QUARTER (WILM) | 14.63 |
| 01/25/04 FEDERAL EXPRESS - FEDERAL EXPRESS CORPORATION - #1-530-80565 | 19.17 |
| 01/25/04 FEDERAL EXPRESS - FEDERAL EXPRESS CORPORATION - #1-531-13022 | 10.73 |
| 01/26/04 REPRODUCTION OF DOCUMENTS | 12.90 |
| 01/26/04 REPRODUCTION OF DOCUMENTS | 12.00 |
| 01/28/04 REPRODUCTION OF DOCUMENTS | 1.35 |
| 01/28/04 REPRODUCTION OF DOCUMENTS | 15.75 |
| 01/29/04 REPRODUCTION OF DOCUMENTS | 16.20 |
| 01/29/04 REPRODUCTION OF DOCUMENTS | 7.50 |
| 01/30/04 REPRODUCTION OF DOCUMENTS | 1.65 |

                  TOTAL EXPENSE ADVANCES :      1,034.60

                       TOTAL DUE  :            1,034.60

**PENNSYLVANIA    ●    DELAWARE    ●    NEW JERSEY    ●    WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   FEBRUARY 20, 2004
MATTER :  W9600-003
INVOICE : 170219

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 01/31/04    T C

RE:  BUSINESS OPERATIONS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 01/06/04 | RLT | REVIEWED DEBTORS MONTHLY OPERATING REPORT FOR NOVEMBER 2003 | .40 |
| 01/13/04 | TC | REVIEWED MONTHLY OPERATING REPORTS | .50 |

## T I M E   S U M M A R Y

| | RATE | HOURS | TOTALS |
|--|------|-------|--------|
| R L THOMAS | 220.00 | .40 | 88.00 |
| T CURRIER | 465.00 | .50 | 232.50 |
| TOTALS | | .90 | 320.50 |

TOTAL FEES :                          320.50

TOTAL DUE  :                          320.50

PENNSYLVANIA   •   DELAWARE   •   NEW JERSEY   •   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

OFFICIAL COMMITTEE OF EQUITY HOLDERS         DATE :   FEBRUARY 20, 2004
                                             MATTER : W9600-004
                                             INVOICE : 170220

     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 01/31/04    T C

     RE:  CASE ADMINISTRATION


| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
| ---- | ---- | -------------------------------- | ----- |
| 12/30/03 | RTT | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | .40 |
| 12/30/03 | SB | SCAN AND E-FILE AFFIDAVIT OF SERVICE | .10 |
| 01/05/04 | RTT | REVIEW AND UPDATE DOCKET | .30 |
| 01/05/04 | RTT | REVIEW SEVERAL E-NOTICES | .20 |
| 01/06/04 | RLT | REVIEWED ORDER REGARDING DISCOVERY | .10 |
| 01/06/04 | RTT | REVIEW E-NOTICES | .10 |
| 01/07/04 | RTT | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.10 |
| 01/07/04 | TC | REVIEWED REVISED INTERIM FEE ORDER | .20 |
| 01/08/04 | RTT | REVIEW E-NOTICES | .10 |
| 01/08/04 | RTT | UPDATE AND REVIEW DOCKET | .30 |
| 01/09/04 | RTT | REVIEW E-NOTICES | .10 |
| 01/12/04 | RTT | REVIEW E-NOTICES | .10 |

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : FEBRUARY 20, 2004
MATTER : W9600-004
INVOICE : 170220

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 01/31/04    T C

RE:   CASE ADMINISTRATION

| | | | |
|---|---|---|---|
| 01/13/04 RLT | REVIEWED DEBTOR'S STATEMENT OF AMOUNTS PAID TO ORDINARY COURSE PROFESSIONALS FROM 4/12/01-12/31/03 | | .50 |
| 01/13/04 RTT | REVIEW SEVERAL E-NOTICES | | .20 |
| 01/13/04 TC | REVIEWED DEBTORS' STATEMENT OF AMOUNTS PAID TO ORDINARY COURSE PROFESSIONALS | | .40 |
| 01/14/04 RTT | DOWNLOAD AND REVIEW NOTICE OF APPEARANCE FILED BY STATE STREET GLOBAL ADVISORS; UPDATE 2002 RE SAME | | .30 |
| 01/14/04 RTT | REVIEW SEVERAL E-NOTICES | | .20 |
| 01/14/04 TC | REVIEWED STROOCK RESPONSE TO PRODUCTION OF DOCUMENTS RE JUDGE WOLIN | | .50 |
| 01/15/04 RTT | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | | .60 |
| 01/15/04 RTT | REVIEW E-NOTICES | | .10 |
| 01/16/04 RTT | REVIEW E-NOTICES | | .20 |
| 01/19/04 RLT | REVIEWED NOTICE OF AGENDA FOR HEARING ON 1/26/04 | | .20 |
| 01/19/04 RLT | REVIEWED CERTIFICATION OF COUNSEL RE: RESCHEDULED HEARING DATES | | .20 |
| 01/19/04 RLT | REVIEWED TRANSCRIPT OF PROCEEDINGS BY JUDGE WOLIN ON DECEMBER 23, 2003 | | .60 |

**PENNSYLVANIA    ●    DELAWARE    ●    NEW JERSEY    ●    WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    FEBRUARY 20, 2004
MATTER :  W9600-004
INVOICE : 170220

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 01/31/04    T C

RE:   CASE ADMINISTRATION

| | | | |
|---|---|---|---|
| 01/19/04 RLT | REVIEWED TRANSCRIPT OF TELEPHONE CONFERENCE DATED 12/24/03 | .30 | |
| 01/19/04 RTT | DOWNLOAD, REVIEW AND DISTRIBUTE AGENDA RE 1/26/04 HEARING | .30 | |
| 01/20/04 RTT | REVIEW E-NOTICES | .10 | |
| 01/20/04 RTT | RETRIEVE PLEADINGS RE HEARING FILE FOR 1/26/04 | .40 | |
| 01/20/04 TC | REVIEWED AGENDA NOTICE FOR 1/26/04 HEARING. | .40 | |
| 01/21/04 RTT | DOWNLOAD ADDITIONAL PLEADINGS FOR 1/26/04 HEARING | .60 | |
| 01/21/04 RTT | REVIEW E-NOTICES | .10 | |
| 01/22/04 RTT | PREPARE HEARING FILE RE 1/26/04 HEARING | 1.00 | |
| 01/22/04 RTT | DOWNLOAD, REVIEW AND DISTRIBUTE AMENDED AGENDA RE 1/26/04 HEARING | .30 | |
| 01/22/04 TC | REVIEWED AMENDED AGENDA LETTER | .50 | |
| 01/22/04 TC | COMMUNICATION TO PHIL BENTLEY AND GARY BECKER RE HEARING NEXT WEEK | .20 | |
| 01/23/04 RTT | REVIEW E-NOTICES | .10 | |
| 01/23/04 RTT | DOWNLOAD, REVIEW AND DISTRIBUTE SECOND AMENDED AGENDA RE 1/26/04 HEARING | .30 | |
| 01/23/04 TC | COMMUNICATION WITH KRAMER LEVIN RE HEARING ATTENDANCE | .20 | |
| 01/23/04 TC | REVIEWED SECOND AMENDED AGENDA LETTER | .30 | |

PENNSYLVANIA   •   DELAWARE   •   NEW JERSEY   •   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    FEBRUARY 20, 2004
MATTER :  W9600-004
INVOICE : 170220

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 01/31/04    T C

RE:  CASE ADMINISTRATION

| | | | |
|---|---|---|---|
| 01/26/04 RTT | DISCUSSION WITH T.CURRIER RE ATTENDANCE AT TODAYS HEARING | | .10 |
| 01/26/04 TC | REVIEWED PROCEEDINGS MEMO | | .40 |
| 01/27/04 RTT | DOWNLOAD, REVIEW AND DISTRIBUTE PROCEEDING MEMO RE JUDGE WOLIN RECAUSE MOTION | | .20 |
| 01/27/04 RTT | REVIEW SEVERAL E-NOTICES | | .20 |
| 01/28/04 RTT | REVIEW SEVERAL E-NOTICES | | .20 |
| 01/30/04 RTT | DOWNLOAD AND REVIEW NOTICE OF WITHDRAWAL OF REQUEST FOR NOTICES AND SERVICE FILED BY EDYTHE KELLOGG; UPDATE 2002 SERVICE LIST RE SAME | | .20 |

## T I M E   S U M M A R Y
-----------------------

| | RATE | HOURS | TOTALS |
|---|---|---|---|
| | ---- | ----- | ------ |
| R L THOMAS | 220.00 | 1.90 | 418.00 |
| R T TAYLOR | 130.00 | 8.40 | 1092.00 |
| S BROWN | 85.00 | .10 | 8.50 |
| T CURRIER | 465.00 | 3.10 | 1441.50 |
| TOTALS | | 13.50 | 2960.00 |

TOTAL FEES :                      2,960.00

TOTAL DUE  :                      2,960.00

**PENNSYLVANIA    •    DELAWARE    •    NEW JERSEY    •    WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    FEBRUARY 20, 2004
MATTER :  W9600-006
INVOICE : 170221

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 01/31/04    T C

RE:  CLAIM ANALYSIS OBJ. & RESOLUTION (NON-ASBESTOS)

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 01/06/04 | RLT | REVIEWED DEBTORS BRIEF OUTLINING EXCUSABLE NEGLECT STANDARD | .50 |
| 01/06/04 | RLT | REVIEWED KARL S. BOURDEAU COUNSEL OF BEVERIDGE & DIAMOND, P.C. UNDER 11 U.S.C. 327(E) | .30 |
| 01/06/04 | RLT | REVIEWED OBJECTION OF DEBTORS FOR LIMITED OF DELAWARE BANKRY (R3007-1) | .50 |
| 01/06/04 | RLT | REVIEWED OBJECTION TO DEBTOR'S MOTION REQUESTING AN ORDER (1) FINDING COUNSEL FOR GERARD IN CONTEMPT OF COURT & STAYING APPEAL | .60 |
| 01/06/04 | RLT | JOINDER IN W. R. GRACE MOTION REQUESTING AN ORDER FINDING COUNSEL FOR GERARD IN CONTEMPT | .30 |
| 01/06/04 | TC | REVIEWED DEBTORS' BRIEF RE EXCUSABLE NEGLECT RE ROYAL CLAIM | .90 |
| 01/12/04 | TC | REVIEWED MOTION FOR LIMITED WAIVER OF 3007 TO STREAMLINE THE CLAIMS PROCESS | .60 |
| 01/19/04 | TC | REVIEWED DEBTORS' MOTION FOR LEAVE TO FILE A REPLY TO MOTION FOR WAIVER OF CLAIMS PROCESSES FOR STREAMLINING OF THE PROCESS | .50 |
| 01/23/04 | RLT | REVIEWED RESPONSE TO DK MOTION TO STRIKE CERTAIN EXHIBITS CONTAINED IN THE JOINT APPENDIX | .50 |

PENNSYLVANIA    ●    DELAWARE    ●    NEW JERSEY    ●    WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

OFFICIAL COMMITTEE OF EQUITY HOLDERS
```
                                          DATE :    FEBRUARY 20, 2004
                                          MATTER :  W9600-006
                                          INVOICE : 170221
```

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 01/31/04   T C

RE:  CLAIM ANALYSIS OBJ. & RESOLUTION (NON-ASBESTOS)

## T I M E   S U M M A R Y

| | RATE | HOURS | TOTALS |
|---|---|---|---|
| R L THOMAS | 220.00 | 2.70 | 594.00 |
| T CURRIER | 465.00 | 2.00 | 930.00 |
| TOTALS | | 4.70 | 1524.00 |

TOTAL FEES :                    1,524.00

TOTAL DUE   :                    1,524.00

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

OFFICIAL COMMITTEE OF EQUITY HOLDERS            DATE :    FEBRUARY 20, 2004
                                                MATTER :  W9600-011
                                                INVOICE : 170222

      FOR PROFESSIONAL SERVICES RENDERED THROUGH: 01/31/04    T C

      RE:  FEE APPLICATIONS, APPLICANT

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
| ---- | ---- | -------------------------------- | ----- |
| 12/29/03 | RTT | DISCUSSION WITH T.CURRIER RE KRLS TWENTY-FIFTH FEE APPLICATION | .10 |
| 12/29/03 | RTT | PREPARE SERVICE RE KRLS TWENTY-FIFTH MONTHLY FEE APPLICATION | .30 |
| 12/29/03 | SB | SCAN AND E-FILE 25TH MONTHLY FEE APPLICATION OF KRLS | .30 |
| 12/29/03 | TC | REVIEWED FEE APPLICATION AND PREPARED SAME FOR FILING | .70 |
| 12/30/03 | RTT | PREPARE AFFIDAVIT OF SERVICE AND SERVICE LIST RE KRLS TWENTY-FIFTH MONTHLY FEE APPLICATION | .30 |
| 01/05/04 | RLT | REVIEWED 25TH MONTHLY FEE APPLICATION OF KRLS 11/1/03-11/30/03 | .20 |
| 01/09/04 | RTT | REVIEW PRE-BILLS FOR THE MONTH OF DECEMBER 2003 | 1.00 |
| 01/16/04 | RLT | REVIEWED DECEMBER'S PRE-BILLS | .50 |
| 01/20/04 | RTT | DRAFT NO ORDER REQUIRED CERTIFICATION OF NO OBJECTION TO KRLS TWENTY-FIFTH FEE APPLICATION | .60 |
| 01/21/04 | RTT | DRAFT TWENTY-SIXTH MONTHLY FEE APPLICATION OF KRLS FOR THE PERIOD 12/1/03 THROUGH 12/25/03 | 1.60 |
| 01/21/04 | RTT | REVIEW, EDIT AND COMPARE FINAL BILLS FOR DECEMBER 2003 | .40 |
| 01/22/04 | RLT | REVIEWED DRAFT OF KRLS 26TH MONTHLY FEE APPLICATION | .50 |

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   FEBRUARY 20, 2004
MATTER : W9600-011
INVOICE : 170222

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 01/31/04    T C

RE:  FEE APPLICATIONS, APPLICANT

| | | | |
|---|---|---|---|
| 01/26/04 | RTT | E-FILE AND SERVE NO ORDER REQUIRED CERTIFICATION OF NO OBJECTION TO KRLS TWENTY-FIFTH FEE APPLICATION | .60 |
| 01/27/04 | RTT | EMAIL TO RLT RE KRLS TWENTY-SIXTH MONTHLY FEE APPLICATION | .10 |
| 01/27/04 | RTT | PREPARE AND E-FILE AFFIDAVIT OF SERVICE RE NO ORDER REQUIRED CNO TO KRLS TWENTY-FIFTH FEE APPLICATION | .40 |
| 01/27/04 | TC | REVIEWED KLETT ROONEY FEE APPLICATION | .80 |
| 01/28/04 | RTT | E-FILE AND SERVE KRLS TWENTY-SIXTH MONTHLY FEE APPLICATION FOR THE PERIOD 12/1/03 THROUGH 12/25/03 | .80 |
| 01/28/04 | RTT | CALENDAR OBJECTION DEADLINE RE KRLS TWENTY-SIXTH FEE APPLICATION | .10 |
| 01/28/04 | RTT | EMAIL FROM RLT RE KRLS TWENTY-SIXTH FEE APPLICATION | .10 |
| 01/29/04 | RTT | DOWNLOAD, REVIEW AND DISTRIBUTE FEE AUDITORS REPORT RE KRLS TENTH QUARTERLY FEE APPLICATION | .20 |

**PENNSYLVANIA    •    DELAWARE    •    NEW JERSEY    •    WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : FEBRUARY 20, 2004
MATTER : W9600-011
INVOICE : 170222

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 01/31/04    T C

RE:  FEE APPLICATIONS, APPLICANT

## T I M E   S U M M A R Y

| | RATE | HOURS | TOTALS |
|---|---|---|---|
| R L THOMAS | 220.00 | 1.20 | 264.00 |
| R T TAYLOR | 130.00 | 6.60 | 858.00 |
| S BROWN | 85.00 | .30 | 25.50 |
| T CURRIER | 465.00 | 1.50 | 697.50 |
| TOTALS | | 9.60 | 1845.00 |

TOTAL FEES :            1,845.00

TOTAL DUE  :            1,845.00

PENNSYLVANIA   •   DELAWARE   •   NEW JERSEY   •   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS             DATE :    FEBRUARY 20, 2004
                                                 MATTER :  W9600-012
                                                 INVOICE : 170223


FOR PROFESSIONAL SERVICES RENDERED THROUGH: 01/31/04    T C

RE:  FEE APPLICATIONS, OTHERS


| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
| --- | --- | --- | --- |
| 01/05/04 | RLT | REVIEWED 32ND MONTHLY APPLICATION OF PACHULSKI, STANG ZIEHL YOUNG AND WEINTRAUB FOR NOVEMBER | .10 |
| 01/05/04 | RLT | REVIEWED FEE APPLICATION OF KIRKLAND & ELLIS FOR NOVEMBER AND QUARTER OF OCTOBER-DECEMBER 2003 | .10 |
| 01/05/04 | RLT | REVIEWED 32ND FEE APPLICATION OF PITNEY HARDIN, KIPP & SZUCH, LLP FOR NOVEMBER | .10 |
| 01/05/04 | RTT | COMMUNICATIONS WITH K.MANGUAL FROM KRAMER LEVIN RE FEE APPLICATION TO BE FILED TODAY | .30 |
| 01/06/04 | FAP | ASSIST RT WITH SERVICE OF KRAMER LEVIN'S TWENTY-EIGHTH FEE APPLICATION | .10 |
| 01/06/04 | RLT | REVIEWED 27TH MONTHLY FEE APP OF KRAMER LEVIN | .20 |
| 01/06/04 | RLT | REVIEWED AMENDED ORDER APPROVING PROS FOR NINTH PERIOD AND RESPONDED TO CURRIER RE: SAME | .20 |
| 01/06/04 | RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION FOR DECEMBER 2003 WARREN H. SMITH | .10 |
| 01/06/04 | RTT | E-FILE AND SERVE KRAMER LEVIN'S TWENTY-SEVENTH MONTHLY FEE APPLICATION FOR THE PERIOD NOVEMBER 1, 2003 THROUGH NOVEMBER 30, 2003 | .80 |
| 01/06/04 | RTT | CALENDAR OBJECTION DEADLINE RE KRAMER LEVIN'S TWENTY-SEVENTH MONTHLY FEE APPLICATION | .10 |
| 01/06/04 | RTT | DISTRIBUTE A FILED COPY OF KRAMER LEVIN'S TWENTY-SEVENTH MONTHLY FEE APPLICATION TO FEE AUDITOR IN WORD FORMAT | .10 |

**PENNSYLVANIA    ●    DELAWARE    ●    NEW JERSEY    ●    WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : FEBRUARY 20, 2004
MATTER : W9600-012
INVOICE : 170223

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 01/31/04    T C

RE: FEE APPLICATIONS, OTHERS

| Date | | Description | Hours |
|---|---|---|---|
| 01/07/04 | FAP | CONFERENCES WITH RT REGARDING INCORRECT COVER SHEET FOR KRAMER LEVIN'S TWENTY-EIGHTH FEE APPLICATION (.2); REVIEW/REVISE NOTICE OF CORRECTED COVER SHEET (.1) | .30 |
| 01/07/04 | RTT | DRAFT NOTICE OF FILING OF CORRECTED COVERSHEET RE KRAMER LEVIN'S TWENTY SEVENTH AND TWENTY-EIGHTH FEE APPLICATION | .60 |
| 01/07/04 | RTT | COMMUNICATIONS WITH K.MANGUAL RE NOTICE OF FILING OF CORRECTED COVERSHEET RE KRAMER LEVIN'S TWENTY-SEVENTH AND TWENTY-EIGHTH FEE APPLICATION | .30 |
| 01/07/04 | RTT | DISCUSSION WITH RLT RE NOTICE OF FILING OF CORRECTED COVERSHEET RE KRAMER LEVIN'S TWENTY-SEVENTH AND TWENTY-EIGHTH FEE APPLICATION | .10 |
| 01/07/04 | RTT | DOWNLOAD, REVIEW AND DISTRIBUTE AMENDED ORDER APPROVING QUARTERLY FEE APPLICATIONS FOR THE NINTH INTERIM PERIOD | .30 |
| 01/08/04 | RLT | REVIEWED KRAMER LEVIN'S NOTICE OF CORRECTED COVER SHEET RE: FEE APPLICATION. | .30 |
| 01/08/04 | RTT | E-FILE AND SERVE NOTICE OF FILING OF CORRECTED COVERSHEET RE KRAMER LEVIN'S TWENTY-SEVENTH AND TWENTY-EIGHTH FEE APPLICATION | .60 |
| 01/08/04 | RTT | PREPARE AFFIDAVIT OF SERVICE AND SERVICE LIST RE NOTICE OF FILING OF CORRECTED COVERSHEET RE KRAMER LEVIN'S TWENTY-SEVENTH AND TWENTY-EIGHTH FEE APPLICATION | .20 |
| 01/09/04 | RTT | DRAFT NO ORDER CERTIFICATE OF NO OBJECTION TO KRAMER LEVIN'S TWENTY-SEVENTH MONTHLY FEE APPLICATION | .40 |

**PENNSYLVANIA   •   DELAWARE   •   NEW JERSEY   •   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : FEBRUARY 20, 2004
MATTER : W9600-012
INVOICE : 170223

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 01/31/04    T C

RE:  FEE APPLICATIONS, OTHERS

| | | | |
|---|---|---|---|
| 01/09/04 | RTT | DRAFT CERTIFICATE OF NO OBJECTION TO KRAMER LEVIN'S QUARTERLY FEE APPLICATION FOR THE PERIOD 7/1/03 THROUGH 9/30/03 | .40 |
| 01/12/04 | RTT | REVIEW DOCKET FOR OBJECTIONS TO KRAMER LEVIN'S TWENTY-SEVENTH MONTHLY FEE APPLICATION | .10 |
| 01/12/04 | RTT | REVIEW DOCKET FOR OBJECTIONS TO KRAMER LEVIN'S QUARTERLY FEE APPLICATION FOR THE PERIOD 7/1/03 THROUGH 9/30/03 | .10 |
| 01/12/04 | RTT | PREPARE EMAILS TO RLT RE CNO TO KRAMER LEVINS QUARTERLY FEE APPLICATION AND CNO TO KRAMER LEVIN'S TWENTY-SEVENTH MONTHLY FEE APPLICATIONS | .20 |
| 01/13/04 | RLT | REVIEWED AND COMMENTED ON CNO FOR KRAMER LEVIN FOR OCTOBER MONTHLY FEE APPLICATION AND QUARTERLY FEE APPLICATION FOR 7/1/03-9/30/03 | .40 |
| 01/14/04 | RLT | REVIEWED CNO FOR KRAMER LEVIN'S QUARTERLY FEE APPLICATION | .10 |
| 01/14/04 | RLT | REVIEWED QUARTERLY FEE APPLICATION OF LUKINS AND ANNIS FROM 7/1/03-9/30/03 | .30 |
| 01/14/04 | RTT | E-FILE AND SERVE NO ORDER REQUIRED CERTIFICATE OF NO OBJECTION TO KRAMER LEVIN'S TWENTY-SEVENTH MONTHLY FEE APPLICATION | .60 |
| 01/14/04 | RTT | E-FILE AND SERVE CERTIFICATE OF NO OBJECTION TO KRAMER LEVIN'S QUARTERLY FEE APPLICATION FOR THE PERIOD 7/1/03 THROUGH 9/30/03 | .60 |
| 01/15/04 | RLT | REVIEWED 31ST MONTHLY FEE APPLICATION OF FERRY JOSEPH & PEARCE | .10 |
| 01/19/04 | RLT | REVIEWED APPLICATION OF NOLME ROBERTS & OWEN FOR NOVEMBER | .10 |

PENNSYLVANIA  ●  DELAWARE  ●  NEW JERSEY  ●  WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :    FEBRUARY 20, 2004
                                            MATTER :  W9600-012
                                            INVOICE : 170223

    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 01/31/04    T C

    RE:  FEE APPLICATIONS, OTHERS

| Date | Init | Description | Hours |
|------|------|-------------|-------|
| 01/19/04 | RLT | REVIEWED MONTHLY APPLICATION OF CAPLIN DRYSDALE FOR NOVEMBER AND CAMPBELL & LEVINE FOR NOVEMBER | .20 |
| 01/23/04 | RLT | REVIEWED APPLICATION FOR COMPENSATION OF CASNER & EDWARDS FOR NOVEMBER; STEPTOE & JOHNSON FOR JULY AND SEPTEMBER; AND CARELLA, BYRNE & BAIN FOR DECEMBER; 7TH QUARTERLY LEGAL ANALYSIS; FTI POLICANO'S APPLICATION FOR NOVEMBER; SECOND MONTHLY APPLICATION OF BELOITTE & TOUCH FOR MARCH; STROOCK & STROOCK APPLICATION FOR NOVEMBER; 32ND APPLICATION OF WALLCE KING FOR NOVEMBER; WOODCOCK AND WASHBURN'S APPLICATION FOR NOVEMBER; SARBANES OXLEY COUNSEL'S FEE APPLICATION FOR JULY, SEPTEMBER, AUGUST, OCTOBER | 1.50 |
| 01/27/04 | RTT | DRAFT NO ORDER REQUIRED CERTIFICATION OF NO OBJECTION TO KRAMER LEVIN'S TWENTY-EIGHTH FEE APPLICATION | .60 |
| 01/28/04 | RTT | EMAIL TO AND FROM K.MANGUAL RE INFORMAL OBJECTIONS TO KRAMER'S TWENTY-EIGHTH FEE APPLICATION | .10 |
| 01/28/04 | RTT | EMAIL FROM RLT RE CNO TO KRAMER'S TWENTY-EIGHTH FEE APPLICATION | .10 |
| 01/28/04 | RTT | E-FILE AND SERVE NO ORDER REQUIRED CERTIFICATION OF NO OBJECTION TO KRAMER LEVIN'S TWENTY-EIGHTH FEE APPLICATION | .60 |
| 01/28/04 | RTT | REVIEW DOCKET RE OBJECTIONS TO KRAMER LEVIN'S TWENTY-EIGHTH FEE APPLICATION | .10 |
| 01/29/04 | RTT | PREPARE AND E-FILE AFFIDAVIT OF SERVICE RE CNO TO KRAMER LEVIN'S TWENTY-NINTH FEE APPLICATION | .40 |

PENNSYLVANIA  ●  DELAWARE  ●  NEW JERSEY  ●  WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : FEBRUARY 20, 2004
MATTER : W9600-012
INVOICE : 170223

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 01/31/04    T C

RE:  FEE APPLICATIONS, OTHERS

| | | | |
|---|---|---|---|
| 01/29/04 RTT | E-FILE AND SERVE KRAMER LEVIN'S TWENTY-NINTH MONTHLY FEE APPLICATION FOR THE PERIOD DECEMBER 1, 2003 THROUGH DECEMBER 31, 2003 | | .80 |
| 01/29/04 RTT | CALENDAR OBJECTION DEADLINE RE KRAMER LEVIN'S TWENTY-NINTH FEE APPLICATION | | .10 |

### T I M E   S U M M A R Y

| | RATE | HOURS | TOTALS |
|---|---|---|---|
| F A PANCHAK | 140.00 | .40 | 56.00 |
| R L THOMAS | 220.00 | 3.80 | 836.00 |
| R T TAYLOR | 130.00 | 8.60 | 1118.00 |
| TOTALS | | 12.80 | 2010.00 |

TOTAL FEES :            2,010.00

TOTAL DUE  :            2,010.00

PENNSYLVANIA  •  DELAWARE  •  NEW JERSEY  •  WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : FEBRUARY 20, 2004
MATTER : W9600-013
INVOICE : 170224

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 01/31/04   T C

RE: FINANCING

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 01/23/04 | TC | REVIEWED ORDER AUTHORIZING DEBTOR TO AMEND CREDIT AGREEMENT | .40 |

### T I M E   S U M M A R Y

|  | RATE | HOURS | TOTALS |
|--|------|-------|--------|
| T CURRIER | 465.00 | .40 | 186.00 |
| TOTALS | | .40 | 186.00 |

TOTAL FEES : 186.00

TOTAL DUE : 186.00

**PENNSYLVANIA  ●  DELAWARE  ●  NEW JERSEY  ●  WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : FEBRUARY 20, 2004
MATTER : W9600-014
INVOICE : 170225

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 01/31/04    T C

RE:  HEARINGS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 01/10/04 | RLT | REVIEWED NOTICE OF AGENDA FOR 1/26/04 HEARING | .20 |
| 01/16/04 | TC | REVIEWED NOTICE OF AGENDA | .40 |

### T I M E   S U M M A R Y

|  | RATE | HOURS | TOTALS |
|--|------|-------|--------|
| R L THOMAS | 220.00 | .20 | 44.00 |
| T CURRIER | 465.00 | .40 | 186.00 |
| TOTALS |  | .60 | 230.00 |

TOTAL FEES :                    230.00

TOTAL DUE  :                    230.00

PENNSYLVANIA  •  DELAWARE  •  NEW JERSEY  •  WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    FEBRUARY 20, 2004
MATTER :  W9600-015
INVOICE : 170226

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 01/31/04    T C

RE:  LITIGATION AND LITIGATION CONSULTING

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 01/06/04 | RLT | REVIEWED RESPONSE TO DEBTORS' MOTION REQUESTING AN ORDER (1) FINDING COUNSEL FOR GERARD IN CONTEMPT OF COURT AND (II) STAYING CERTAIN PROCEEDINGS | .50 |
| 01/10/04 | RLT | REVIEWED DEBTOR'S MOTION FOR LEAVE TO FILE DEBTOR'S REPLY TO PROPERTY DAMAGE COMMITTEE'S OBJECTION | .40 |
| 01/10/04 | RLT | REVIEWED MOTION TO STRIKE W. R. GRACE'S OBJECTION TO EXHIBITS CONTAINED IN JOINT APPENDIX | .50 |
| 01/10/04 | RLT | REVIEWED W. R. GRACE'S AMENDED RESPONSE TO MOTION OF D. K. ACQUISITION PARTNERS TO DISQUALIFY JUDGE WOLIN | .40 |
| 01/10/04 | RLT | REVIEWED AMENDED MEMORANDUM OF LAW IN FURTHER SUPPORT OF D. K. ACQUISITION PARTNERS MOTION TO DISQUALIFY JUDGE WOLIN | .30 |
| 01/10/04 | RLT | REVIEWED AMENDED SUBMISSION OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS ON MOTIONS FOR RECUSAL | .40 |
| 01/12/04 | TC | REVIEWED OPPOSITION OF LIBBY COUNSEL TO MOTION RE CONTEMPT FOR GIRARD | .60 |
| 01/12/04 | TC | REVIEWED MARYLAND CASUALTY JOINDER IN MOTION TO FIND GIRARD IN CONTEMPT | .30 |
| 01/13/04 | TC | REVIEWED RESPONSE OF CONTINENTAL CASUALTY TO FIND GIRARD IN CONTEMPT | .30 |

PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    FEBRUARY 20, 2004
MATTER :   W9600-015
INVOICE : 170226

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 01/31/04    T C

RE:  LITIGATION AND LITIGATION CONSULTING

| | | | |
|---|---|---|---|
| 01/14/04 RLT | REVIEWED REQUEST FOR ORAL ARGUMENT FILED BY D. K. ACQUISITION PARTNERS TO JUDGE WOLIN | | .20 |
| 01/14/04 TC | REVIEWED LETTER TO COURT RE ORAL ARGUMENT | | .30 |
| 01/15/04 RLT | REVIEWED MEMORANDUM OF LAW IN FURTHER SUPPORT OF MOTION OF D. K. ACQUISITION PARTNERS AND DEUTSCHE BANK TRUST TO DISQUALIFY JUDGE WOLIN | | .60 |
| 01/15/04 RLT | REVIEWED RESPONSE OF W.R. GRACE TO MOTION TO DISQUALIFY JUDGE WOLIN | | .50 |
| 01/15/04 RLT | REVIEWED EXHIBIT DECLARATION OF JOANNE WILLS IN SUPPORT OF MEMORANDUM FILED BY D.K. ACQUISITION PARTNERS | | .50 |
| 01/15/04 RLT | REVIEWED EXHIBITS N PART III THROUGH BB OF DECLARATION OF JOANNE B. WILLS | | .50 |
| 01/15/04 RLT | REVIEWED EXHIBITS CC THROUGH KK OF DECLARATION OF JOANNE B. WILLS, IN SUPPORT OF MEMO AND DECLARATION OF JENNIFER L. SCOLIARD | | .50 |
| 01/15/04 TC | REVIEWED EXHIBITS TO JOANNE WILLS DECLARATION RE DISQUALIFICATION OF JUDGE WOLIN AND JENNIFER SCOLIARD RE COURT NOTES | | .80 |
| 01/15/04 TC | REVIEWED AFFIDAVIT OF DK ACQUISITION PARTNERS RE DISQUALIFICATION | | .50 |
| 01/15/04 TC | REVIEWED DECLARATION OF JOANNE WILLS AND EXHIBITS IN SUPPORT OF DISQUALIFICATION | | .70 |
| 01/15/04 TC | REVIEWED ORDER DISMISSING WITHOUT PREJUDICE MOTION FOR CONTEMPT | | .30 |

**PENNSYLVANIA**   ●   **DELAWARE**   ●   **NEW JERSEY**   ●   **WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : FEBRUARY 20, 2004
MATTER : W9600-015
INVOICE : 170226

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 01/31/04    T C

RE:  LITIGATION AND LITIGATION CONSULTING

| | | | |
|---|---|---|---|
| 01/19/04 | RLT | REVIEWED APPENDIX TO MEMORANDUM OF LAW OF THE OWENS CORNING DEBTORS, THE ASBESTOS CLAIMANTS' COMMITTEES, ETC. IN OPPOSITION TO THE MOTIONS TO RECUSE JUDGE WOLIN | .70 |
| 01/19/04 | RLT | REVIEWED RECUSAL DISCOVERY ORDER SIGNED ON 12/26/03 | .20 |
| 01/19/04 | RLT | REVIEWED SUPPLEMENTAL APPENDIX OF B.K. ACQUISITION PARTNERS AND ATTACHMENTS TO THE JOINT APPENDIX | .50 |
| 01/19/04 | TC | REVIEWED DEBTORS' RESPONSE IN SUPPORT OF NATIONAL UNION'S SUMMARY JUDGMENT MOTION IN OPPOSITIION TO ENVIRONMENTAL LITIGATION GROUP'S SUMMARY JUDGMENT POSITION | .90 |
| 01/20/04 | TC | REVIEWED COMMITTEE BRIEF ON MOTIONS FOR RECUSAL | .80 |
| 01/20/04 | TC | REVIEWED MEMORANDUM OF LAW OF OWENS CORNING DEBTORS IN RELATED CASES ON RECUSAL MOTION | 1.10 |
| 01/21/04 | TC | REVIEWED WRGRACE'S OBJECTION TO AND MOTION TO STRIKE CERTAIN EXHIBITS IN APPENDIX | .50 |
| 01/21/04 | TC | REVIEWED AMENDED RESPONSE OF WRGRACE TO JOINT OPPOSITION | .70 |
| 01/21/04 | TC | REVIEWED ADDITIONAL MEMORANDUM OF LAW IN SUPPORT OF DK ACQUISITION BRIEF ON JUDGE WOLLIN | 1.30 |
| 01/21/04 | TC | REVIEWED APPENDIX TO RECUSAL MOTIONS | .70 |
| 01/22/04 | TC | REVIEWED SUPPLEMENT OF DK ACQUISITION TO RECUSAL MATERIALS | .70 |
| 01/23/04 | TC | REVIEWED OPPOSITION OF DK AQUISITION TO MOTION TO STRIKE MATERIALS IN APPENDIX | .50 |

**PENNSYLVANIA** ● **DELAWARE** ● **NEW JERSEY** ● **WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : FEBRUARY 20, 2004
MATTER : W9600-015
INVOICE : 170226

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 01/31/04   T C

RE: LITIGATION AND LITIGATION CONSULTING

01/27/04 TC   REVIEWED MOTION FOR LEAVE TO FILE REPLY OF WR           .60
              GRACE IN SUPPORT OF MOTION TO STRIKE

### T I M E   S U M M A R Y

| | RATE | HOURS | TOTALS |
|---|---|---|---|
| R L THOMAS | 220.00 | 6.70 | 1474.00 |
| T CURRIER | 465.00 | 11.60 | 5394.00 |
| TOTALS | | 18.30 | 6868.00 |

TOTAL FEES :                6,868.00

TOTAL DUE  :                6,868.00

PENNSYLVANIA  •  DELAWARE  •  NEW JERSEY  •  WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A Professional Corporation

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : FEBRUARY 20, 2004
MATTER : W9600-017
INVOICE : 170243

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 01/31/04    T C

RE:  RELIEF FROM STAY PROCEEDINGS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 01/09/04 | TC | REVIEWED MOTION OF CATERPILLAR TO COMPEL RELIEF FROM THE AUTOMATIC STAY | .50 |

## TIME SUMMARY

|  | RATE | HOURS | TOTALS |
|--|------|-------|--------|
| T CURRIER | 465.00 | .50 | 232.50 |
| TOTALS | | .50 | 232.50 |

TOTAL FEES :                     232.50

TOTAL DUE  :                     232.50

PENNSYLVANIA  ●  DELAWARE  ●  NEW JERSEY  ●  WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : FEBRUARY 20, 2004
MATTER : W9600-022
INVOICE : 170227

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 01/31/04    T C

RE:  ZAI SCIENCE TRIAL

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
| --- | --- | --- | --- |
| 01/22/04 | TC | REVIEWED ORDER RESCHEDULING HEARING DATE FOR ARGUMENT ON THE ZAI SCIENCE TRIAL | .20 |

## T I M E   S U M M A R Y

| | RATE | HOURS | TOTALS |
| --- | --- | --- | --- |
| T CURRIER | 465.00 | .20 | 93.00 |
| TOTALS | | .20 | 93.00 |

TOTAL FEES :                     93.00

TOTAL DUE  :                     93.00

**PENNSYLVANIA ● DELAWARE ● NEW JERSEY ● WASHINGTON D.C.**