IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-1139 (JKF) |
| Debtors. | (Jointly Administered) |
| | Objection Deadline: March 18, 2004 @ 4:00 p.m.<br>Hearing Date: @ June 21, 2004@ 12:00 p.m. |

## QUARTERLY FEE APPLICATION OF KRAMER LEVIN NAFTALIS & FRANKEL LLP, COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY HOLDERS, FOR COMPENSATION AND REIMBURSEMENT OF DISBURSEMENTS FOR THE PERIOD FROM OCTOBER 1, 2003 THROUGH DECEMBER 31, 2003

Name of Applicant: *Kramer Levin Naftalis & Frankel LLP*

Authorized to Provide
Professional Services to: *Official Committee of Equity Holders*

Date of Retention: *As of July 18, 2001*

Period for which compensation
and reimbursement is sought: *October 1, 2003 through and including December 31, 2003*

Amount of Compensation sought as
actual, reasonable and necessary: *$45,266.00*
Amount of Expense Reimbursement sought as
actual, reasonable and necessary: *$2,046.18*

This is a(n):   _   monthly         X     interim application

KL2:2251356.1

## SUMMARY OF MONTHLY FEE STATEMENTS FOR KRAMER LEVIN NAFTALIS & FRANKEL - OCTOBER 1, 2003 THROUGH DECEMBER 31, 2003

| Fee Application Filing Date Docket No. | Total Fees Requested | Total Expenses Requested | Certification of No Objection Filing Date Docket No. | Amount of Fees Paid (80%) | Amount of Expenses Paid (100%) | Total Amount of Fees and Expenses Requested |
|---|---|---|---|---|---|---|
| 12/19/03 4839 | $13,134.00 | $174.04 | 1/14/04 4930 | $-0- | $-0- | $13,308.04 |
| 1/6/04 4897 | $14,537.00 | $273.00 | 1/28/04 5015 | $-0- | $-0- | $14,810.00 |
| 1/29/04 5019 | $17,595.00 | $1,599.14 | 2/19/04 5136 | $-0- | $-0- | $19,194.14 |
| **Total** | **$45,266.00** | **$2046.18** | | **$-0-** | **$-0-** | **47,312.18** |

Currently Unpaid:    Fees         $ 36,212.80
                     Expenses     $  2,046.18

                     TOTAL        $ 38,258.98

KL2:225135( 1

- 2 -

### SUMMARY OF OUTSTANDING FEES OWED TO KRAMER LEVIN NAFTALIS & FRANKEL - APRIL 1, 2002 - JUNE 30, 2003

| Time Period | Fees and Expenses Requested | Fees and Expenses Approved[1] | Fees and Expenses Paid | Fees and Expenses Owed |
|---|---|---|---|---|
| April 1, 2002 - June 30, 2002 | $73,418.50<br>$5,356.96 | $73,418.50<br>$5,356.96 | $69,340.00<br>$5,356.96 | $4,078.50<br>$0.00 |
| July 1, 2002 - September 30, 2002 | $87,266.50<br>$10,070.69 | $86,576.50<br>$9,737.19 | $69,813.20<br>9,737.19 | $16,763.30<br>$0.00 |
| October 1, 2002 - December 31, 2002 | $70,445.00<br>$3,575.61 | $70,445.00<br>$3,575.61 | $56,356.00<br>$3,575.61 | $14,089.00<br>$0.00 |
| January 1, 2003 - March 31, 2003 | $51,487.00<br>$1,619.93 | $51,487.00<br>$1,619.93 | $41,189.60<br>$1,619.93 | $10,297.40<br>$0.00 |
| April 1, 2003 - June 30, 2003 | $27,447.00<br>$1,839.08 | $27,447.00<br>$1,839.08 | $21,957.57<br>$1,839.08 | $5,489.43<br>$0.00 |
| July 1, 2003 - September 31, 2003 | $34,092.00<br>$497.86 | $34,092.00<br>$497.86 | $19,910.89<br>$497.86 | $34,636.31<br>$0.00 |
| **TOTAL** | **$344,156.00**<br>**$22,626.63** | **$343,466.00**<br>**$22,626.63** | **$278,567.26**<br>**$22,626.63** | **$85,353.94**<br>**$0.00** |

Currently Unpaid:   Fees:       $85,353.94
                    Expenses    $    0.00

TOTAL        $85,353.94

### SUMMARY OF TIME FOR BILLING PERIOD

| Name | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|
| Bentley, Philip | 525.00 | 16.40 | $8,610.00 |
| Horowitz, Gregory A. | 485.00 | 1.90 | $921.00 |
| Becker, Gary | 470.00 | 38.90 | $18,283.00 |
| Klein, David | 365.00 | 33.30 | $12,154.50 |
| Mangual, Kathleen | 185.00 | 26.20 | $4,847.00 |
| Shea, James | 75.00 | 6.00 | $450.00 |
| **Total** |  | **122.70** | **$45,266.00** |

---

[1] July 1-September 30, 2002 Fees and Expenses Order Granted on March 12, 2003 (Docket No. 3511); October 1-December 31, 2002 Order Granted on July 28, 2003 (Docket No. 4157); January 1-March 31, 2003 Order Granted on September 22, 2003 (Docket No. 4480); April 1-June 30, 2003 Order Granted on December 15, 2003 (Docket No. 4827).

## COMPENSATION SUMMARY BY PROJECT CATEGORY

| Project Category | Total Hours for the Period 07/1/03 through 09/30/03 | Total Fees for the Period 07/1/03 through 09/30/03 |
|---|---|---|
| Bankruptcy Motions | 27.50 | $12,503.00 |
| Case Administration | 43.60 | $13,778.50 |
| Claims Analysis Objection | 1.60 | $792.00 |
| Creditor Committee | 14.80 | $7,124.00 |
| Fee Applications, Applicant | 18.50 | $3,282.50 |
| Fraudulent Conveyance Adv. Proc. | 1.10 | $443.50 |
| Hearings | 10.00 | $4,700.00 |
| Litigation | 0.70 | $339.50 |
| Travel/Non-Working | 4.00 | $1,880.00 |
| ZAI Science Trial | 0.90 | $423.00 |
| **Total** | **122.70** | **$45,266.00** |

## EXPENSE SUMMARY

| Expense Category | Total Expenses For the Period 07/1/03 through 09/30/03 |
|---|---|
| Telecopier | $55.00 |
| Tabs | $12.00 |
| Photocopying | $1,417.20 |
| Manuscript Service | $3.00 |
| Document Prep. | $20.00 |
| Long-Distance Tel. | $3.55 |
| Messenger Service | $31.30 |
| Out-of-town Travel | $402.00 |
| Document Retrieval | $102.13 |
| **Total** | **$2,046.18** |

KL2:225135( 1

The foregoing summaries are submitted to the Court pursuant to the Amended Administrative Order under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures For Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members dated April 17, 2002 (the "Amended Administrative Order"). Pursuant to the Amended Administrative Order, Kramer Levin respectfully requests that, for the period October 1, 2003 through December 31, 2003, it be allowed the total amount of fees of $36,212.80 and disbursements $2,046.18, and that the Debtor be directed to pay all unpaid amounts as set forth above.

KRAMER LEVIN NAFTALIS & FRANKEL LLP

By:_____
Gary M. Becker
919 Third Avenue
New York, New York 10022
(212) 715-9100

Counsel to the Official Committee of
Equity Holders

Dated: February 24, 2004

# SCHEDULE OF TIME CHARGES AND RATES
## FOR THE PERIOD OCTOBER 1, 2003 THROUGH DECEMBER 31, 2003

### CASE ADMINISTRATION

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BECKER, GARY M. | CRED | 0.70 | 470.00 | 329.00 |
| KLEIN, DAVID | CRED | 31.30 | 365.00 | 11,424.50 |
| PARAPROFESSIONALS | | | | |
| MANGUAL, KATHLEEN | CRED | 10.50 | 185.00 | 1,942.50 |
| SHEA, JAMES | CRED | 1.10 | 75.00 | 82.50 |
| | Subtotal | 43.60 | $ | 13,778.50 |

### CREDITOR COMMITTEE

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BENTLEY, PHILIP | CRED | 5.70 | 525.00 | 2,992.50 |
| BECKER, GARY M. | CRED | 8.40 | 470.00 | 3,948.00 |
| KLEIN, DAVID | CRED | 0.30 | 365.00 | 109.50 |
| PARAPROFESSIONALS | | | | |
| MANGUAL, KATHLEEN | CRED | 0.40 | 185.00 | 74.00 |
| | Subtotal | 14.80 | $ | 7,124.00 |

### BANKR. MOTIONS

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BENTLEY, PHILIP | CRED | 10.30 | 525.00 | 5,407.50 |
| BECKER, GARY M. | CRED | 13.10 | 470.00 | 6,157.00 |
| KLEIN, DAVID | CRED | 1.00 | 365.00 | 365.00 |
| PARAPROFESSIONALS | | | | |
| MANGUAL, KATHLEEN | CRED | 3.10 | 185.00 | 573.50 |
| | Subtotal | 27.50 | $ | 12,503.00 |

### FEE APPLICATIONS, APPLICANT

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BECKER, GARY M. | CRED | 1.40 | 470.00 | 658.00 |
| PARAPROFESSIONALS | | | | |
| MANGUAL, KATHLEEN | CRED | 12.20 | 185.00 | 2,257.00 |
| SHEA, JAMES | CRED | 4.90 | 75.00 | 367.50 |
| | Subtotal | 18.50 | $ | 3,282.50 |

### CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)

KL4:2091949

# SCHEDULE OF TIME CHARGES AND RATES
## FOR THE PERIOD OCTOBER 1, 2003 THROUGH DECEMBER 31, 2003

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BENTLEY, PHILIP | CRED | 0.40 | 525.00 | 210.00 |
| HOROWITZ, GREGORY A. | LITI | 1.20 | 485.00 | 582.00 |
| | Subtotal | 1.60 | $ | 792.00 |

**FRAUDULENT CONVEYANCE ADV. PROCEEDING**

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BECKER, GARY M. | CRED | 0.40 | 470.00 | 188.00 |
| KLEIN, DAVID | CRED | 0.70 | 365.00 | 255.50 |
| | Subtotal | 1.10 | $ | 443.50 |

**HEARINGS**

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BECKER, GARY M. | CRED | 10.00 | 470.00 | 4,700.00 |
| | Subtotal | 10.00 | $ | 4,700.00 |

**LITIGATION**

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| HOROWITZ, GREGORY A. | LITI | 0.70 | 485.00 | 339.50 |
| | Subtotal | 0.70 | $ | 339.50 |

**ZAI SCIENCE TRIAL**

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BECKER, GARY M. | CRED | 0.90 | 470.00 | 423.00 |
| | Subtotal | 0.90 | $ | 423.00 |

**TRAVEL\NON-WORKING**

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BECKER, GARY M. | CRED | 8.00 | 235.00 | 1,880.00 |
| | Subtotal | 4.00 | $ | 1,880.00 |
| | Total | 122.70 | $ | 45,266.00 |

KL4:2091949.1

# SCHEDULE OF TIME CHARGES AND RATES
## FOR THE PERIOD OCTOBER 1, 2003 THROUGH DECEMBER 31, 2003

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BENTLEY, PHILIP | PARTNER | 16.40 | 525.00 | 8,610.00 |
| HOROWITZ, GREGORY A. | PARTNER | 1.90 | 485.00 | 921.50 |
| BECKER, GARY M. | SPEC COUNS | 38.90 | 470.00 | 18,283.00 |
| KLEIN, DAVID | ASSOCIATE | 33.30 | 365.00 | 12,154.50 |
| MANGUAL, KATHLEEN | PARALEGAL | 26.20 | 185.00 | 4,847.00 |
| SHEA, JAMES | PARALEGAL | 6.00 | 75.00 | 450.00 |
| Total | | 122.70 | | $45,266.00 |

KL4:2091949.

# SCHEDULE OF DISBURSEMENTS
## FOR THE PERIOD OCTOBER 1, 2003 THROUGH DECEMBER 31, 2003

| DISBURSEMENTS * | AMOUNT |
|---|---|
| TELECOPIER | 55.00 |
| TABS | 12.00 |
| PHOTOCOPYING | 1,417.20 |
| MANUSCRIPT SERVICE | 3.00 |
| DOCUMENT PREP. | 20.00 |
| LONG-DISTANCE TEL. | 3.55 |
| MESSENGER/COURIER | 31.30 |
| OUT-OF-TOWN TRAVEL | 402.00 |
| DOCUMENT RETRIEVAL FEES | 102.13 |
| Subtotal | $2,046.18 |

KL4:2091949

# SCHEDULE OF VOLUNTARY DISBURSEMENT REDUCTIONS
## FOR THE PERIOD OCTOBER 1, 2003 THROUGH DECEMBER 31, 2003
## IN ACCORDANCE WITH THE CASE MANAGEMENT ORDER

| DISBURSEMENTS | AMOUNT |
|---|---:|
| TELECOPIER | 27.50 |
| TABS | 0.00 |
| PHOTOCOPYING | 755.84 |
| MANUSCRIPT SERVICE | 6.00 |
| DOCUMENT PREP. | 0.00 |
| LONG-DISTANCE TEL. | 0.00 |
| MESSENGER/COURIER | 0.00 |
| OUT-OF-TOWN TRAVEL | 0.00 |
| DOCUMENT RETRIEVAL FEES | 0.00 |
| Subtotal | $789.34 |

KL4:2091949.

```
alp_132r: Billed Charges Analysis                                                                                            PAGE   2
Run Date & Time: 02/11/2004 10:53:33

                              KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                  *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00001                              Orig Prtnr : CRED. RGTS    - 06975        Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : CASE ADMINISTRATION                    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                     Status     : ACTIVE

B I L L E D   T I M E   S U M M A R Y                       ------- Total Billed -------
Emp Id Employee Name              Group       Oldest         Latest        Hours        Amount
------ -------------------        -----       -------        -------      -------      --------
05292  BECKER, GARY M.            CRED        12/08/03       12/11/03        0.70        329.00
05646  KLEIN, DAVID               CRED        10/01/03       12/31/03       31.30     11,424.50
       PARAPROFESSIONALS
05208  MANGUAL, KATHLEEN          CRED        10/13/03       12/15/03       10.50      1,942.50
05922  SHEA, JAMES                CRED        12/23/03       12/23/03        1.10         82.50

                                   Total:                                   43.60     13,778.50

Sub-Total Hours :    0.00 Partners     0.70 Counsels     31.30 Associates    11.60 Legal Assts    0.00 Others

B I L L E D   T I M E   D E T A I L
Employee Name        Work Date    Description                                          Hours    Amount    Index#   Batch Date
------------------   ---------    ------------------------------------------------    ------   --------   -------  ----------

BECKER, GARY M.      12/08/03     Review agenda for 12/15 hearing, make                0.50     235.00   4947226  12/16/03
                                  arrangements re telephonic participation.

BECKER, GARY M.      12/11/03     Exchange email with local counsel committee          0.20      94.00   4947731  12/16/03
                                  call and re omnibus court hearing

Total For BECKER G - 05292                                                             0.70     329.00

KLEIN, DAVID         10/01/03     review filings.                                      0.10      36.50   4892464  11/04/03
KLEIN, DAVID         10/04/03     review filings.                                      0.20      73.00   4892465  11/04/03
KLEIN, DAVID         10/07/03     review pleadings/filings, distr same as              0.40     146.00   4892466  11/04/03
                                  necessary; email from GMB re State St
                                  retention, review of same.
KLEIN, DAVID         10/08/03     review pleadings/filings, distr same as              0.40     146.00   4892467  11/04/03
                                  necessary;
KLEIN, DAVID         10/09/03     review pleadings/filings, distr same as              0.10      36.50   4892468  11/04/03
                                  necessary;
KLEIN, DAVID         10/15/03     review pleadings/filings, distr same as              0.40     146.00   4892469  11/04/03
                                  necessary (0.2); review filings/docket re 2/19
                                  USG cancer only opinion and Sealed Air
                                  settlement (0.2).
KLEIN, DAVID         10/20/03     review pleadings/filings, distr same as              0.70     255.50   4892470  11/04/03
                                  necessary (0.2); call from GMB re m to employ
                                  J.Hamlin as futures rep, review filings, call
                                  to GMB re same (0.5).
KLEIN, DAVID         10/21/03     call from Del. Bankr. Ct re electronic filings       0.30     109.50   4892471  11/04/03
                                  (0.1), discussion w. M. Phillips re same
                                  (0.2).
```

```
alp_132r: Billed Charges Analysis                                                                                            PAGE    3
Run Date & Time: 02/11/2004 10:53:33

                                        KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                            *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00001                                  Orig Prtnr : CRED. RGTS - 06975           Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE          Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : CASE ADMINISTRATION                        Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                         Status    : ACTIVE

B I L L E D   T I M E   D E T A I L
Employee Name        Work Date    Description                                              Hours    Amount     Index#    Batch Date
-------------        ---------    -----------                                              -----    ------     ------    ----------

KLEIN, DAVID         10/22/03     review pleadings/filings, distr same as                   0.30    109.50     4892472   11/04/03
                                  necessary (0.1); calls to Phillip Jones @ DE
                                  Bankr. ct re failure to receive electronic
                                  notices (0.2).
KLEIN, DAVID         10/23/03     review pleadings/filings, distr same as                   3.80  1,387.00     4892473   11/04/03
                                  necessary (0.2); review motion to appoint legal
                                  representative, research re same, outline
                                  possible issues for GMB, PB (2.2); numerous
                                  calls/email to Phillip Jones at DE Bankr. Ct,
                                  A.Mau at KLN&F re resolving problem with re
                                  electronic notices (0.9); review filings re
                                  state st bank retention motion (0.5).
KLEIN, DAVID         10/24/03     review pleadings/filings, distr same as                   0.20     73.00     4892474   11/04/03
                                  necessary.
KLEIN, DAVID         10/26/03     review pleadings/filings (0.3); email to GMB,             0.50    182.50     4892475   11/04/03
                                  PB re hearing (0.2).
KLEIN, DAVID         10/27/03     receive email from GMB re hearing attendance;             0.30    109.50     4892476   11/04/03
                                  call to L.Cotto re DE docket.
KLEIN, DAVID         10/28/03     review pleadings/filings, distr same as                   0.40    146.00     4892477   11/04/03
                                  necessary.
KLEIN, DAVID         10/31/03     review pleadings/filings, distr same as                   0.50    182.50     4892478   11/04/03
                                  necessary (0.3); email to GMB re objections to
                                  C.J.Hamlin's engagement (0.2).
KLEIN, DAVID         11/03/03     review pleadings/filings, distr same as                   1.60    584.00     4929584   12/02/03
                                  necessary (0.9); emails to/from PB, GMB re same
                                  (0.4); review correspondence (0.3).
KLEIN, DAVID         11/05/03     review pleadings/filings (0.1); email to PB,              0.20     73.00     4929585   12/02/03
                                  GMB re same (0.1).
KLEIN, DAVID         11/06/03     review pleadings/filings, distr same as                   0.10     36.50     4929586   12/02/03
                                  necessary.
KLEIN, DAVID         11/09/03     review pleadings/filings, distr same as                   0.80    292.00     4929587   12/02/03
                                  necessary.
KLEIN, DAVID         11/10/03     review pleadings/filings, distr same as                   0.90    328.50     4929588   12/02/03
                                  necessary (0.3); check dockets/filings re USG
                                  opinion and Sealed Air settlement progress
                                  (0.6).
KLEIN, DAVID         11/11/03     review pleadings/filings, distr same as                   0.60    219.00     4929589   12/02/03
                                  necessary.
KLEIN, DAVID         11/12/03     review pleadings/filings, distr same as                   0.20     73.00     4929590   12/02/03
                                  necessary.
KLEIN, DAVID         11/13/03     Review pleadings/filings, distr same as                   0.20     73.00     4929591   12/02/03
                                  necessary (0.2);
```

```
alp_132r: Billed Charges Analysis                                                                              PAGE    4
Run Date & Time: 02/11/2004 10:53:34

                                           KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                               *PRIVILEGED AND CONFIDENTIAL*

Matter No : 056772-00001                            Orig Prtnr : CRED. RGTS    - 06975        Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE     Bill Prtnr  : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : CASE ADMINISTRATION                   Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                    Status        : ACTIVE

B I L L E D   T I M E   D E T A I L
```

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| KLEIN, DAVID | 11/16/03 | Review pleadings/filings, distr same as necessary (1.6); email to/from GMB, KM re same (0.3); | 1.90 | 693.50 | 4929592 | 12/02/03 |
| KLEIN, DAVID | 11/18/03 | review pleadings/filings, distr same as necessary. | 0.60 | 219.00 | 4929594 | 12/02/03 |
| KLEIN, DAVID | 11/19/03 | review pleadings/filings. | 0.30 | 109.50 | 4929595 | 12/02/03 |
| KLEIN, DAVID | 11/23/03 | review pleadings/filings. | 0.10 | 36.50 | 4929596 | 12/02/03 |
| KLEIN, DAVID | 11/24/03 | review pleadings/filings, distr same as necessary. | 0.30 | 109.50 | 4929597 | 12/02/03 |
| KLEIN, DAVID | 11/25/03 | review pleadings/filings, distr same as necessary. | 0.80 | 292.00 | 4929598 | 12/02/03 |
| KLEIN, DAVID | 11/26/03 | review pleadings/filings, distr same as necessary. | 0.10 | 36.50 | 4929599 | 12/02/03 |
| KLEIN, DAVID | 11/27/03 | Review pleadings/filings, distr same as necessary (0.5); | 0.50 | 182.50 | 4929600 | 12/02/03 |
| KLEIN, DAVID | 11/28/03 | review pleadings/filings, distr same as necessary. | 0.10 | 36.50 | 4929601 | 12/02/03 |
| KLEIN, DAVID | 11/30/03 | review filings. | 0.10 | 36.50 | 4929602 | 12/02/03 |
| KLEIN, DAVID | 12/01/03 | review pleadings/filings, distr same as necessary (0.2); summary of filings, email inquiry to GMB, PB (0.5); file organizations (0.3). | 1.00 | 365.00 | 4973309 | 01/06/04 |
| KLEIN, DAVID | 12/02/03 | review pleadings/filings, distr same as necessary; | 0.30 | 109.50 | 4972869 | 01/06/04 |
| KLEIN, DAVID | 12/03/03 | review numerous pleadings/filings (1.9), email & distr same as necessary (0.7). | 2.30 | 839.50 | 4972870 | 01/06/04 |
| KLEIN, DAVID | 12/04/03 | review pleadings/filings, distr same as necessary (0.6); email to GMB, PB re hearing (0.1), discussion w/ GMB re status of Fresenuis and Sealed Air Settlements (0.2); review filings/dockets re same (0.7). | 1.60 | 584.00 | 4972871 | 01/06/04 |
| KLEIN, DAVID | 12/08/03 | review pleadings/filings, distr same as necessary (1.2); call to P.Kanif @ Pachulski re 12/15 hearing (0.1); disc. w/ GMB re same (0.2), call/emails to/from K.Mangual re same (0.3). | 1.80 | 657.00 | 4972872 | 01/06/04 |
| KLEIN, DAVID | 12/09/03 | review pleadings/filings, disc. w/ GMB re Sealed Air settlement, USG cancer only opinion/bar date necessary (0.1); call to P.Kanif re hearing on 12/15 (0.1); email from K.Mangual re participation in hearing (0.1). | 0.40 | 146.00 | 4972873 | 01/06/04 |

```
alp_132r: Billed Charges Analysis                                                                      PAGE    5
Run Date & Time: 02/11/2004 10:53:34

                                              KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                   *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00001                          Orig Prtnr : CRED. RGTS - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : CASE ADMINISTRATION                Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                Status     : ACTIVE

    B I L L E D    T I M E    D E T A I L
Employee Name          Work Date   Description                                              Hours       Amount    Index#    Batch Date
-------------          ---------   -----------                                              -----       ------    ------    ----------

KLEIN, DAVID           12/10/03    review pleadings/filings, distr same as                   0.10        36.50    4972874   01/06/04
                                   necessary;
KLEIN, DAVID           12/11/03    review pleadings/filings, distr same as                   0.20        73.00    4972875   01/06/04
                                   necessary;
KLEIN, DAVID           12/15/03    review filings (0.2); call to K.Mangual re                0.30       109.50    4972876   01/06/04
                                   distribution of same (0.1).
KLEIN, DAVID           12/17/03    review pleadings/filings, distr same as                   0.10        36.50    4972880   01/06/04
                                   necessary;
KLEIN, DAVID           12/18/03    review pleadings/filings, distr same as                   0.50       182.50    4972881   01/06/04
                                   necessary (0.4); email inquiry re Grace
                                   investment plan to GMB (0.1);
KLEIN, DAVID           12/19/03    receive email from GMB re Investment Plan.                0.10        36.50    4972882   01/06/04
KLEIN, DAVID           12/22/03    review various pleadings/filings (1.2); distr             1.60       584.00    4972883   01/06/04
                                   same as necessary (0.4).
KLEIN, DAVID           12/23/03    review pleadings/filings, distr same as                   0.10        36.50    4972884   01/06/04
                                   necessary;
KLEIN, DAVID           12/28/03    review pleadings/filings, distr same as                   0.70       255.50    4972885   01/06/04
                                   necessary;
KLEIN, DAVID           12/29/03    review pleadings/filings, distr same as                   0.30       109.50    4972877   01/06/04
                                   necessary;
KLEIN, DAVID           12/30/03    review various pleadings/filings (1.1), distr             1.80       657.00    4972878   01/06/04
                                   same as necessary (0.5); calls/emails to
                                   K.Mangual re same (0.2).
KLEIN, DAVID           12/31/03    review filings.                                           0.10        36.50    4972879   01/06/04

                Total For KLEIN D -  05646                                                  31.30    11,424.50

MANGUAL, KATHLEEN      10/13/03    review docket, organization of files,                     2.20       407.00    4892782   11/04/03
                                   correspondence and update of pleadings index
                                   (2.2)
MANGUAL, KATHLEEN      11/04/03    organization of files, pleadings and                      1.40       259.00    4928352   12/01/03
                                   correspondence (1.4)
MANGUAL, KATHLEEN      11/11/03    records (4.1)                                             0.00         0.00    4928353   12/01/03
MANGUAL, KATHLEEN      11/20/03    organization of files, update index and                   1.60       296.00    4920641   11/26/03
                                   correspondence (1.6)
MANGUAL, KATHLEEN      12/01/03    organization of adv. proc files (2.2)                     2.20       407.00    4966815   01/05/04
MANGUAL, KATHLEEN      12/08/03    organization of files, update pleadings index             2.20       407.00    4966817   01/05/04
                                   and correspondence (2.2)
MANGUAL, KATHLEEN      12/15/03    distribution of hearing agenda and forward                0.90       166.50    4966818   01/05/04
                                   call-in information to GB, disc/w local counsel
                                   (.90)

                Total For MANGUAL K -  05208                                                10.50     1,942.50
```

```
alp_132r: Billed Charges Analysis                                                                              PAGE   6
Run Date & Time: 02/11/2004 10:53:34

                                     KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                        *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00001                         Orig Prtnr : CRED. RGTS  - 06975      Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE Bill Prtnr : BENTLEY PHILIP - 02495   Bill Frequency: M
Matter Name : CASE ADMINISTRATION               Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                            Status     : ACTIVE

  B I L L E D   T I M E   D E T A I L
Employee Name         Work Date    Description                                    Hours      Amount   Index#   Batch Date
------------------------------------------------------------------------------------------------------------------------

SHEA, JAMES           12/23/03  Complete files of fee apps. & retention info.      1.10       82.50  4966041  12/31/03
                                for G. Becker (1.1)

                                                                  Fee Total        1.10       82.50

 Total For SHEA J - 05922                                                         43.60    13,778.50
```

```
alp_132r: Billed Charges Analysis                       KRAMER LEVIN NAFTALIS & FRANKEL LLP                                      PAGE    8
Run Date & Time: 02/11/2004 10:53:34                        *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00002                                                     Orig Prtnr : CRED. RGTS - 06975            Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                             Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : CREDITOR COMMITTEE                                            Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                             Status     : ACTIVE
```

B I L L E D   T I M E   S U M M A R Y                     ------- Total Billed -------
| Emp Id | Employee Name | Group | Oldest | Latest | Hours | Amount |
|---|---|---|---|---|---|---|
| 02495 | BENTLEY, PHILIP | CRED | 10/27/03 | 12/16/03 | 5.70 | 2,992.50 |
| 05292 | BECKER, GARY M. | CRED | 10/15/03 | 12/18/03 | 8.40 | 3,948.00 |
| 05646 | KLEIN, DAVID | CRED | 11/17/03 | 11/17/03 | 0.30 | 109.50 |
| | PARAPROFESSIONALS | | | | | |
| 05208 | MANGUAL, KATHLEEN | CRED | 11/12/03 | 12/09/03 | 0.40 | 74.00 |

| | | | Total: | | 14.80 | 7,124.00 |

Sub-Total Hours : 5.70 Partners  8.40 Counsels  0.30 Associates  0.40 Legal Assts  0.00 Others

B I L L E D   T I M E   D E T A I L
| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| BENTLEY, PHILIP | 10/27/03 | Extensive discs TW, MDB, IP, RE and voicemail re Hamlin and related issues (2.9), and memo to committee re same (0.3) | 3.20 | 1,680.00 | 4880673 | 10/31/03 |
| BENTLEY, PHILIP | 10/28/03 | Memo to committee re latest recusal developments and discs GB and voicemail re same | 0.60 | 315.00 | 4880674 | 10/31/03 |
| BENTLEY, PHILIP | 10/30/03 | Discs TW and prepare short memo to committee re third circuit's mandamus order | 0.70 | 367.50 | 4890850 | 11/03/03 |
| BENTLEY, PHILIP | 12/16/03 | Committee conf call (1.0) and discs TW re same (0.2) | 1.20 | 630.00 | 4964514 | 12/31/03 |

Total For BENTLEY P - 02495                                                        5.70        2,992.50

| BECKER, GARY M. | 10/15/03 | Review Debtor's motion to appoint futures representative and prepare memo to committee re same (1.0); conf. with P. Bentley re same (0.2). | 1.20 | 564.00 | 4870865 | 10/22/03 |
| BECKER, GARY M. | 10/22/03 | Multiple conf. with P. Bentley re communication to committee re Hamlin retention and calls to Weschler re same. | 0.80 | 376.00 | 4884400 | 11/03/03 |
| BECKER, GARY M. | 11/13/03 | Compose and send email and fax to Equity Committee re case status | 0.50 | 235.00 | 4903389 | 11/14/03 |
| BECKER, GARY M. | 11/17/03 | Conf. with Bentley and email to Weschler re outcome of omnibus hearing (0.5); review various documents received from Weschler re Grace business performance (0.6). | 1.10 | 517.00 | 4909910 | 11/20/03 |
| BECKER, GARY M. | 11/24/03 | Prepare memo to committee re recent issues in Wo1n recusal | 1.00 | 470.00 | 4916880 | 11/25/03 |
| BECKER, GARY M. | 12/04/03 | Review documents filed with respect to recusal issue and prepare and send memo to equity committee re same | 1.10 | 517.00 | 4936655 | 12/08/03 |

```
alp_132r: Billed Charges Analysis                                                                                    PAGE   9
Run Date & Time: 02/11/2004 10:53:34

                                              KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                   *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-000002                              Orig Prtnr : CRED. RGTS    - 06975        Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE       Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : CREDITOR COMMITTEE                      Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                      Status     : ACTIVE

  B I L L E D   T I M E   D E T A I L
Employee Name        Work Date  Description                                             Hours        Amount   Index#    Batch Date
------------------------------------------------------------------------------------------------------------------------------------

BECKER, GARY M.      12/16/03   Prepare for and participate in equity committee          2.20      1,034.00   4949083   12/17/03
                                conference call
BECKER, GARY M.      12/18/03   Prepare and send memo to committee re third              0.50        235.00   4954059   12/19/03
                                circuit decision on Wolin recusal

 Total For BECKER G - 05292                                                              8.40      3,948.00

KLEIN, DAVID         11/17/03   voice mail from PB re correspondence to                  0.30        109.50   4929593   12/02/03
                                committee re disqualification motion (0.1);
                                disc. w/ K.Mangual re same (0.2).

 Total For KLEIN D - 05646                                                               0.30        109.50

MANGUAL, KATHLEEN    11/12/03   review of expired leases, create chart re: such          0.00          0.00   4928354   12/01/03
                                (6.6)
MANGUAL, KATHLEEN    11/17/03   preparation of materials for distrib. to                 0.40         74.00   4918129   11/25/03
                                committee, disc/w G.Becker & D. Klein re: such
                                (.40)
MANGUAL, KATHLEEN    12/09/03   legal research re: fraudulent conveyance via             0.00          0.00   4966819   01/05/04
                                westlaw, cite-cite Motion (5.7)

 Total For MANGUAL K - 05208                                                             0.40         74.00

                                                        Fee Total                       14.80      7,124.00
```

```
alp_132r: Billed Charges Analysis                                KRAMER LEVIN NAFTALIS & FRANKEL LLP                                               PAGE   11
Run Date & Time: 02/11/2004 10:53:34                                  *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00005                                                                    Orig Prtnr  : CRED. RGTS  - 06975             Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                                            Bill Prtnr  : BENTLEY PHILIP  - 02495         Bill Frequency: M
Matter Name : BANKR. MOTIONS                                                               Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                                               Status     : ACTIVE

       B I L L E D     T I M E     S U M M A R Y      ---------------- Total Billed ----------------
Emp Id Employee Name                     Group                 Oldest        Latest        Hours          Amount

02495  BENTLEY, PHILIP                   CRED                 10/16/03      12/18/03        10.30        5,407.50
05292  BECKER, GARY M.                   CRED                 10/10/03      12/10/03        13.10        6,157.00
05646  KLEIN, DAVID                      CRED                 11/16/03      11/16/03         1.00          365.00
05208  MANGUAL, KATHLEEN                 CRED                 12/02/03      12/02/03         3.10          573.50

                          Total:                                                            27.50       12,503.00

Sub-Total Hours :    10.30 Partners     13.10 Counsels     1.00 Associates     3.10 Legal Assts     0.00 Others

       B I L L E D     T I M E     D E T A I L
Employee Name            Work Date   Description                                                          Hours         Amount     Index#    Batch Date

BENTLEY, PHILIP          10/16/03    Review Debtors' motion to appoint Hamlin, and                         0.30         157.50    4880568    10/31/03
                                     send email re same
BENTLEY, PHILIP          10/22/03    Discs TW, GB and voicemail re Hamlin motion and                       1.10         577.50    4880670    10/31/03
                                     related issues, and review documents re same
BENTLEY, PHILIP          10/23/03    Discs GB and trade emails re motion to appoint                        0.30         157.50    4880671    10/31/03
                                     Hamlin
BENTLEY, PHILIP          10/24/03    Discs T. Weschler, K. Pasquale, GB and                                1.60         840.00    4880672    10/31/03
                                     voicemail re Hamlin motion and related issues,
                                     and review documents re same
BENTLEY, PHILIP          10/29/03    Review Unofficial Committee's response to                             1.10         577.50    4880675    10/31/03
                                     Hamlin motion, prepare memo to committee re
                                     same, and discs TW and voicemail re same
BENTLEY, PHILIP          11/03/03    Review responses to motion to appoint Hamlin                          0.30         157.50    4927613    12/01/03
                                     and trade emails re same
BENTLEY, PHILIP          11/04/03    Review Grace's pleading re Hamlin motion and                          0.20         105.00    4927614    12/01/03
                                     trade emails re same
BENTLEY, PHILIP          11/07/03    Trade voicemails re Hamlin motion                                     0.10          52.50    4927615    12/01/03
BENTLEY, PHILIP          11/10/03    Discs MDB re recusal issues                                           0.30         157.50    4927616    12/01/03
BENTLEY, PHILIP          11/11/03    Trade emails re recusal issues                                        0.10          52.50    4927617    12/01/03
BENTLEY, PHILIP          11/12/03    Trade emails re recusal issues                                        0.10          52.50    4927618    12/01/03
BENTLEY, PHILIP          11/13/03    Discs GB and trade emails re pending matters                          0.30         157.50    4927619    12/01/03
BENTLEY, PHILIP          11/17/03    Memo to committee re recusal motion and discs                         0.40         210.00    4927620    12/01/03
                                     GB re same
BENTLEY, PHILIP          11/21/03    Review Third Circuit's recusal order and discs                        0.40         210.00    4927621    12/01/03
                                     GB and B'ON re same
BENTLEY, PHILIP          11/24/03    Discs GB re recusal issues                                            0.10          52.50    4927622    12/01/03
BENTLEY, PHILIP          12/03/03    Review debtors' recusal response and trade                            0.30         157.50    4964515    12/31/03
                                     voicemails re same
```

```
alp_132r: Billed Charges Analysis                              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE   12
Run Date & Time: 02/11/2004 10:53:34                              *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00005                                  Orig Prtnr  : CRED. RGTS   - 06975              Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE          Bill Prtnr  : BENTLEY PHILIP - 02495            Bill Frequency: M
Matter Name : BANKR. MOTIONS                             Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                               Status  : ACTIVE

                B I L L E D   T I M E   D E T A I L
Employee Name           Work Date   Description                                               Hours       Amount    Index#    Batch Date
```

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| BENTLEY, PHILIP | 12/04/03 | Discs TW and GB, and trade emails, re recusal issues | 0.40 | 210.00 | 4964516 | 12/31/03 |
| BENTLEY, PHILIP | 12/10/03 | Discs GB | 0.10 | 52.50 | 4964517 | 12/31/03 |
| BENTLEY, PHILIP | 12/11/03 | Review recusal proceedings and discs GB re same | 0.30 | 157.50 | 4964518 | 12/31/03 |
| BENTLEY, PHILIP | 12/12/03 | Conf GB re Third Circuit oral argument | 0.80 | 420.00 | 4964519 | 12/31/03 |
| BENTLEY, PHILIP | 12/18/03 | Review Third Circuit's recusal decision, and trade emails and voicemails re same | 1.70 | 892.50 | 4964520 | 12/31/03 |
| | | Total For BENTLEY P - 02495 | 10.30 | 5,407.50 | | |
| BECKER, GARY M. | 10/10/03 | Conf. with Debtor's counsel re futures representative | 0.30 | 141.00 | 4863633 | 10/16/03 |
| BECKER, GARY M. | 10/23/03 | Conf. with Bentley re Hamlin appointment motion and potential committee response (0.4); review hearing agenda for 10/27 hearing (0.3). | 0.70 | 329.00 | 4884398 | 11/03/03 |
| BECKER, GARY M. | 10/24/03 | Prepare for 10/23 hearing (0.4); conf. with Bentley re hearing and re futures rep issues (0.4). | 0.80 | 376.00 | 4884399 | 11/03/03 |
| BECKER, GARY M. | 10/28/03 | Discussion with Bentley re response to Hamlin retention motion. | 0.30 | 141.00 | 4884401 | 11/03/03 |
| BECKER, GARY M. | 10/29/03 | Review pleading of unofficial creditor committee in opposition to motion to appoint futures representative and conf. with Bentley re same (0.9). | 0.90 | 423.00 | 4884402 | 11/03/03 |
| BECKER, GARY M. | 10/30/03 | Conf. with Bentley re issues surrounding futures rep motion and review related Third Circuit order from OWC case. | 0.50 | 235.00 | 4884421 | 11/03/03 |
| BECKER, GARY M. | 10/31/03 | Review objections re motion to appoint Hamlin as Futures Representative and conf. with Bentley re same | 1.00 | 470.00 | 4884422 | 11/03/03 |
| BECKER, GARY M. | 11/03/03 | Review various pleadings related to motion to retain Hamlin and send memo to Equity Committee re same (1.2). | 1.20 | 564.00 | 4894553 | 11/06/03 |
| BECKER, GARY M. | 11/04/03 | Conf. (x2) with Debtor counsel re resolution of motion to employ State Street as pension plan fiduciary (0.6); conf. with T. Weschler re same (0.4) | 1.00 | 470.00 | 4894558 | 11/06/03 |
| BECKER, GARY M. | 11/05/03 | Review new order issued by Judge Wolin staying proceedings and circulate same to Equity Committee. | 0.40 | 188.00 | 4899610 | 11/11/03 |
| BECKER, GARY M. | 11/06/03 | Attention to new order re stay of proceedings | 0.20 | 94.00 | 4898475 | 11/10/03 |
| BECKER, GARY M. | 11/10/03 | Review debtor's response re State Street motion objection and send same to Weschler (0.5) | 0.50 | 235.00 | 4900373 | 11/11/03 |