```
alp_132r: Billed Charges Analysis                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE    13
Run Date & Time: 02/11/2004 10:53:34                      *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00005                                   Orig Prtnr : CRED. RGTS   - 06975           Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE           Bill Prtnr : BENTLEY PHILIP - 02495         Bill Frequency: M
Matter Name : BANKR. MOTIONS                              Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                            Status    : ACTIVE

         B I L L E D   T I M E   D E T A I L
Employee Name               Work Date    Description                                                  Hours    Amount      Index#    Batch Date
---------------             ---------    -----------                                                  -----    ------      ------    ----------

BECKER, GARY M.             11/11/03     Conf. with Creditor Committee counsel (Kreiger               0.50     235.00      4902874   11/14/03
                                         and Sasson) re motion to employ State Street
                                         and objections thereto.
BECKER, GARY M.             11/12/03     Conf. with Creditors Committee counsel and                   0.80     376.00      4902875   11/14/03
                                         Debtor counsel re potential resolution to
                                         motion to employ State Street and objections
                                         thereto.
BECKER, GARY M.             11/13/03     Conf. with debtors' counsel re State Street                  0.70     329.00      4903390   11/14/03
                                         motion (0.3); conf. with Equity Committee chair
                                         re State Street Motion (0.4).
BECKER, GARY M.             11/17/03     Review various new motions filed by debtor                   0.50     235.00      4909911   11/20/03
                                         (0.5).
BECKER, GARY M.             11/20/03     Conf. with Creditors committee counsel re                    0.50     235.00      4916881   11/25/03
                                         motion to appoint Hamlin and re recusal motion
BECKER, GARY M.             12/01/03     Review Third Circuit pleadings re recusal                    0.50     235.00      4936640   12/08/03
                                         motion (0.5).
BECKER, GARY M.             12/03/03     Review various pleadings filed in respect of                 1.00     470.00      4936641   12/08/03
                                         recusal petition (1.0).
BECKER, GARY M.             12/05/03     Attention to communications from Creditors                   0.40     188.00      4936656   12/08/03
                                         Committee re State Street Bank order (0.4)
BECKER, GARY M.             12/10/03     Review revised order re State Street Bank                    0.40     188.00      4941392   12/11/03
                                         employment

 Total For BECKER G - 05292                                                                          13.10    6,157.00

KLEIN, DAVID                11/16/03     Research re 28 USC 455(a) (1.0).                             1.00     365.00      4968273   12/09/03

 Total For KLEIN D - 05646                                                                            1.00     365.00

MANGUAL, KATHLEEN           12/02/03     preparation of NOA to the third circuit per GB               3.10     573.50      4966816   01/05/04
                                         (.90); retrieval of various pleadings and
                                         transcripts re: Sealed Air-Motions to
                                         Intervene(2.2)

 Total For MANGUAL K - 05208                                                                          3.10     573.50

                                                                                 Fee Total           27.50   12,503.00
```

```
alp_132r: Billed Charges Analysis                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE  15
Run Date & Time: 02/11/2004 10:53:34                          *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00008                                                              Orig Prtnr : CRED. RGTS  - 06975           Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                                      Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                                            Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                                      Status     : ACTIVE
```

B I L L E D   T I M E   S U M M A R Y  ----------- Total Billed -----------

| Emp Id | Employee Name | Group | Oldest | Latest | Hours | Amount |
|---|---|---|---|---|---|---|
| 05292 | BECKER, GARY M. | CRED | 12/02/03 | 12/18/03 | 1.40 | 658.00 |
| 05208 | MANGUAL, KATHLEEN | PARAPROFESSIONALS CRED | 10/01/03 | 12/18/03 | 12.20 | 2,257.00 |
| 05922 | SHEA, JAMES | CRED | 12/18/03 | 12/22/03 | 4.90 | 367.50 |

Total: 18.50 3,282.50

Sub-Total Hours : 0.00 Partners 1.40 Counsels 0.00 Associates 17.10 Legal Assts 0.00 Others

B I L L E D   T I M E   D E T A I L

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| BECKER, GARY M. | 12/02/03 | Review and revise November invoice | 0.50 | 235.00 | 4932499 | 12/04/03 |
| BECKER, GARY M. | 12/16/03 | Review and revise monthly and quarterly fee app and conf. with Mangual re same | 0.50 | 235.00 | 4949084 | 12/17/03 |
| BECKER, GARY M. | 12/18/03 | Review and revise fee apps and conf. with K. Mangual re same | 0.40 | 188.00 | 4954060 | 12/19/03 |

Total for BECKER G - 05292   1.40   658.00

| MANGUAL, KATHLEEN | 10/01/03 | service of Aug. monthly fee app to local counsel (.40), draft project category for fee auditor (..90) | 1.30 | 240.50 | 4892874 | 11/04/03 |
| MANGUAL, KATHLEEN | 11/24/03 | draft September monthly fee application (1.1); review time detail for 10th interim, disc/w accounting re: schedules (.80); disc/w local counsel re: interim and filing the monthly (.30) | 2.20 | 407.00 | 4918130 | 11/25/03 |
| MANGUAL, KATHLEEN | 11/25/03 | revision of Monthly fee app per PB comments, attend to service to local counsel of such, draft ltr (1.3); begin drafting KL interim (.50) | 1.80 | 333.00 | 4920642 | 11/26/03 |
| MANGUAL, KATHLEEN | 11/26/03 | draft Interim fee application, disc/w P. Bentley re: issues of allocation of check received (1.2) | 1.20 | 222.00 | 4920643 | 11/26/03 |
| MANGUAL, KATHLEEN | 12/04/03 | review time detail from accounting (.70); revisions to KL interim fee application (.40) | 1.10 | 203.50 | 4945724 | 12/16/03 |
| MANGUAL, KATHLEEN | 12/12/03 | draft October monthly fee application, revisions to interim fee app (1.9) | 1.90 | 351.50 | 4966820 | 01/05/04 |
| MANGUAL, KATHLEEN | 12/17/03 | review time detail (.60) | 0.60 | 111.00 | 4966821 | 01/05/04 |

```
alp_132r: Billed Charges Analysis                                                                              PAGE   16
Run Date & Time: 02/11/2004 10:53:34
                                              KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                  *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00008                                Orig Prtnr : CRED. RGTS    - 06975        Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE        Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT              Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                       Status    : ACTIVE

B I L L E D    T I M E    D E T A I L
Employee Name                Work Date   Description                                  Hours      Amount      Index#   Batch Date
-----------------------------------------------------------------------------------------------------------------------------------

MANGUAL, KATHLEEN            12/18/03    revision to October Monthly and Interim Fee   2.10       388.50   4953279  12/19/03
                                         Application per GB comments, disc/w J.Shea and
                                         draft of charts to be included in fee app
                                         (1.4); review time detail for Nov (.70)

Total For MANGUAL K - 05208                                                           12.20     2,257.00

SHEA, JAMES                  12/18/03    Compile fee and expense information from      3.20       240.00   4960035  12/24/03
                                         previous quarterly applications (0.4); Draft
                                         charts and explanations for quarterly fee
                                         application (1.2); proofread & Make changes to
                                         October Monthly fee application (0.8); Prepare
                                         for filing with local counsel (0.9)

SHEA, JAMES                  12/22/03    Compile files of KL Fee Applications, Retention 1.70     127.50   4966040  12/31/03
                                         Application, Conflict Check, etc. as per G.
                                         Becker (1.7)

Total For SHEA J - 05922                                                               4.90      367.50

                                                       Fee Total                      18.50    3,282.50
```

```
alp_132r: Billed Charges Analysis                                                                                                    PAGE   18
Run Date & Time: 02/11/2004 10:53:34

                                              KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                    *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00012                                              Orig Prtnr : CRED. RGTS  - 06975         Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                      Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)        Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                    Status      : ACTIVE

             B I L L E D   T I M E   S U M M A R Y  -------------- Total --------------
Emp Id  Employee Name                 Group         Oldest      Latest        Billed    Hours  Amount
                                                                              ----      -----  ------
02495   BENTLEY, PHILIP               CRED          10/10/03    10/31/03      0.40      210.00
07850   HOROWITZ, GREGORY A.          LITI          12/05/03    12/05/03      1.20      582.00
                                      Total:                                  1.60      792.00

Sub-Total Hours :   1.60 Partners    0.00 Counsels    0.00 Associates    0.00 Legal Assts    0.00 Others

             B I L L E D   T I M E   D E T A I L
Employee Name              Work Date     Description                                         Hours   Amount    Index#    Batch Date

BENTLEY, PHILIP            10/10/03      Discs GB and voicemail re asbestos.                 0.10    52.50     4880666   10/31/03
BENTLEY, PHILIP            10/15/03      Discs GB re asbestos.                               0.10    52.50     4880667   10/31/03
BENTLEY, PHILIP            10/17/03      Trade emails re asbestos.                           0.10    52.50     4880669   10/31/03
BENTLEY, PHILIP            10/31/03      Trade voicemails re asbestos issues.                0.10    52.50     4890851   11/03/03

Total For BENTLEY P - 02495                                                                  0.40    210.00

HOROWITZ, GREGORY A.       12/05/03      tc Charles Bates, e-mail re same (1.2)              1.20    582.00    4945369   12/15/03

Total For HOROWITZ G - 07850                                                                 1.20    582.00

                                                                              Fee Total      1.60    792.00
```

```
alp_132r: Billed Charges Analysis                              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE   20
Run Date & Time: 02/11/2004 10:53:34                              *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00013                                       Orig Prtnr  : CRED. RGTS    - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE               Bill Prtnr  : BENTLEY PHILIP - 02495         Bill Frequency: M
Matter Name : FRAUDULENT CONVEYANCE ADV. PROCEEDING           Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                 Status       : ACTIVE

   B I L L E D   T I M E   S U M M A R Y  ----------------- Total Billed -----------------
Emp Id  Employee Name           Group           Oldest      Latest        Hours           Amount
-----------------------------------------------------------------------------------------------
05292   BECKER, GARY M.         CRED           11/13/03    11/13/03        0.40           188.00
05646   KLEIN, DAVID            CRED           11/13/03    11/27/03        0.70           255.50

                    Total:                                                 1.10           443.50


Sub-Total Hours :    0.00 Partners      0.40 Counsels    0.70 Associates   0.00 Legal Assts   0.00 Others


   B I L L E D   T I M E   D E T A I L
Employee Name           Work Date    Description                                                  Hours    Amount    Index#    Batch Date
-----------------------------------------------------------------------------------------------------------------------------------------
BECKER, GARY M.         11/13/03     Attention to new information re Sealed Air                    0.40    188.00   4903391   11/14/03
                                     settlement and conf. with bentley and Weschler
                                     re same

     Total For BECKER G - 05292                                                                    0.40    188.00


KLEIN, DAVID            11/13/03     Review news article re Sealed Air settlement                  0.30    109.50   4968272   12/09/03
                                     (0.2) email to PB, GMB re press release re same
                                     (0.1).
KLEIN, DAVID            11/27/03     Email to PB, GMB re settlement in Sealed Air                  0.40    146.00   4968274   12/09/03
                                     (0.4).

     Total For KLEIN D - 05646                                                                     0.70    255.50


                                                              Fee Total                            1.10    443.50
```

```
alp_132r: Billed Charges Analysis                      KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE    22
Run Date & Time: 02/11/2004 10:53:34                        *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00019                                       Orig Prtnr : CRED. RGTS   - 06975        Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE               Bill Prtnr : BENTLEY PHILIP  - 02495     Bill Frequency: M
Matter Name : HEARINGS                                        Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                             Status     : ACTIVE

    B I L L E D    T I M E    S U M M A R Y          ------------- Total Billed ----------------
Emp Id Employee Name              Group          Oldest     Latest            Hours         Amount
05292 BECKER, GARY M.             CRED          10/27/03   12/15/03           10.00       4,700.00

                  Total:                                                      10.00       4,700.00

Sub-Total Hours :    0.00 Partners    10.00 Counsels    0.00 Associates    0.00 Legal Assts    0.00 Others

    B I L L E D    T I M E    D E T A I L
Employee Name                Work Date   Description                                   Hours       Amount    Index#   Batch Date

BECKER, GARY M.              10/27/03    Prepare for and appear at omnibus hearing,    2.00        940.00    4884403  11/03/03
                                         including arguing objection to motion to retain
                                         State Street as plan stock fiduciary.
BECKER, GARY M.              11/14/03    Prepare for 11/17/03 omnibus hearing argument 0.70        329.00    4909912  11/20/03
                                         and conf. with Creditors committee counsel re
                                         same.
BECKER, GARY M.              11/17/03    Prepare for and appear at omnibus hearing to  3.00      1,410.00    4909914  11/20/03
                                         argue opposition to motion to employ State
                                         Street (3.0).
BECKER, GARY M.              12/12/03    Prepare for and attend Third Circuit hearing on 2.00      940.00    4947732  12/16/03
                                         petition for mandamus re Judge Wolin recusal
BECKER, GARY M.              12/15/03    Prepare for and participate by telephone in   2.30      1,081.00    4947733  12/16/03
                                         omnibus court hearing.

       Total For BECKER G - 05292                                                     10.00      4,700.00

                                                                Fee Total             10.00      4,700.00
```

```
alp_132r: Billed Charges Analysis                                                                                    PAGE    24
Run Date & Time: 02/11/2004 10:53:34
                                                    KRAMER NAFTALIS & FRANKEL LLP
                                                     *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00020                                          Orig Prtnr  : CRED. RGTS  - 06975        Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                  Bill Prtnr  : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : LITIGATION                                         Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                                Status  : ACTIVE

B I L L E D    T I M E    S U M M A R Y  -------------- Total Billed --------------
Emp Id Employee Name               Group         Oldest      Latest            Hours           Amount
------------------------------------------------------------------------------------
07850 HOROWITZ, GREGORY A.         LITI          11/20/03    11/20/03           0.70           339.50
                                   Total:                                       0.70           339.50

Sub-Total Hours :    0.70 Partners    0.00 Counsels    0.00 Associates    0.00 Legal Assts    0.00 Others

B I L L E D    T I M E    D E T A I L
Employee Name             Work Date     Description                                    Hours      Amount     Index#   Batch Date
--------------------------------------------------------------------------------------------------------------------------------
HOROWITZ, GREGORY A.      11/20/03      dw PB re Sealed Air settlement (.4); tt Charles  0.70     339.50     4923395  12/01/03
                                        Bates (.3)

                                                               Fee Total                          0.70      339.50

Total For HOROWITZ G - 07850                                                             0.70     339.50
```

```
alp_132r: Billed Charges Analysis                                                                                       PAGE    26
Run Date & Time: 02/11/2004 10:53:34

                                                KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                    *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00024                                      Orig Prtnr : CRED. RGTS  - 06975           Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE              Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : ZAI SCIENCE TRIAL                              Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                              Status     : ACTIVE

B I L L E D   T I M E   S U M M A R Y               ----------- Total Billed -----------
Emp Id Employee Name                    Group           Oldest      Latest         Hours         Amount
05292   BECKER, GARY M.                 CRED           11/11/03    11/13/03         0.90         423.00
                              Total:                                                0.90         423.00

Sub-Total Hours :  0.00 Partners     0.90 Counsels     0.00 Associates     0.00 Legal Assts    0.00 Others

B I L L E D   T I M E   D E T A I L
Employee Name            Work Date  Description                                                   Hours    Amount     Index#   Batch Date

BECKER, GARY M.          11/11/03   Exchange email with Bentley re summary judgment                0.20     94.00   4902876   11/14/03
                                     hearing (0.2).
BECKER, GARY M.          11/12/03   Conf. with Grace special counsel re ZAI                        0.50    235.00   4902877   11/14/03
                                     litigation and email to Bentley re same.
BECKER, GARY M.          11/13/03   Conf. with Weschler re ZAI science trial (0.2)                 0.20     94.00   4903392   11/14/03

      Total For BECKER G - 05292                                                                   0.90    423.00

                                                                        Fee Total                  0.90    423.00
```

```
alp_132r: Billed Charges Analysis                                                                                                PAGE   28
Run Date & Time: 02/11/2004 10:53:34
                                                         KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                            *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00028                                     Orig Prtnr  : CRED. RGTS  - 06975         Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE             Bill Prtnr  : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : TRAVEL\NON-WORKING                            Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 10/04/2002                                                                            Status      : ACTIVE

   B I L L E D   T I M E   S U M M A R Y  ------------------ Total Billed ------------------
Emp Id Employee Name           Group              Oldest       Latest        Hours        Amount

05292  BECKER, GARY M.         CRED               10/27/03    12/12/03        4.00      1,880.00

                          Total:                                              4.00      1,880.00

Sub-Total Hours :   0.00 Partners   4.00 Counsels   0.00 Associates   0.00 Legal Assts   0.00 Others

   B I L L E D   T I M E   D E T A I L
Employee Name            Work Date    Description                                          Hours    Amount      Index#    Batch Date

BECKER, GARY M.          10/27/03     Non working travel relative to omnibus hearing        1.00    470.00     4884404    11/03/03
                                      (bill at one half normal rate) (2.0).
BECKER, GARY M.          11/17/03     Non-working travel during trip to omnibus             1.50    705.00     4909913    11/20/03
                                      hearing in Wilmington (to be billed at half
                                      normal rate) (3.0).
BECKER, GARY M.          12/12/03     Non working travel time to Third Circuit              1.50    705.00     4947734    12/16/03
                                      mandamus argument (3.0)

            Total For BECKER G - 05292                                                      4.00  1,880.00

                                                                     Fee Total              4.00  1,880.00
```