# **EXHIBIT A**
October Fee Application

4805

## IN THE UNITED STATES BANKRUPTCY COURT

### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

Objection Deadline: January 2, 2004 at 4:00 p.m.
Hearing Date: TBD only if necessary

**SUMMARY OF THE TWENTY-FIFTH MONTHLY APPLICATION OF
CASNER & EDWARDS, LLP FOR COMPENSATION FOR SERVICES AND
REIMBURSEMENT OF EXPENSES AS SPECIAL LITIGATION COUNSEL TO DEBTORS
FOR THE PERIOD FROM OCTOBER 1, 2003 THROUGH OCTOBER 31, 2003**

Name of Applicant: 

Casner & Edwards, LLP

Authorized to Provide Professional Services to:

W. R. Grace & Co., et al., Debtors and
Debtors-in-Possession

Date of Retention:

September 18, 2001,
effective as of September 18, 2001

Period for which compensation and
reimbursement is sought:

October 1, 2003 through
October 31, 2003

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Amount of Compensation sought as actual,
reasonable, and necessary:                          $19,884.00   (80% = $15,907.20)

Amount of Expense Reimbursement sought as
actual, reasonable, and necessary:                  $13,458.15

This is an:    X monthly        ___ interim        ___ final application

Prior Applications filed:  Yes.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 12/4/01 | 9/18/01 through 10/31/01 | $25,904.00 | $3,139.72 | No objections served on counsel | No objections served on counsel |
| 1/09/02 | 11/01/01 through 11/30/01 | $117,210.00 | $6,571.15 | No objections served on counsel | No objections served on counsel |
| 1/28/02 | 12/01/01 through 12/31/01 | $146,802.00 | $4,083.28 | No objections served on counsel | No objections served on counsel |
| 3/15/02 | 01/01/02 through 01/31/02 | $201,024.50 | $908.76 | No objections served on counsel | No objections served on counsel |
| 4/11/02 | 02/01/02 through 02/28/02 | $186,585.00 | $2,638.22 | No objections served on counsel | No objections served on counsel |
| 5/9/02 | 03/01/02 through 03/31/02 | $194,087.00 | $92,484.17 | No objections served on counsel | No objections served on counsel |
| 6/4/02 | 04/01/02 through 04/30/02 | $222,932.00 | $29,238.08 | No objections served on counsel | No objections served on counsel |
| 7/12/02 | 05/01/02 through 05/31/02 | $246,778.00 | $14,876.86 | No objections served on counsel | No objections served on counsel |
| 8/6/02 | 06/01/02 through 06/30/02 | $144,857.00 | $15,005.61 | No objections served on counsel | No objections served on counsel |
| 9/17/02 | 07/01/02 through 07/31/02 | $70,348.00 | $17,801.90 | No objections served on counsel | No objections served on counsel |

| 10/18/02 | 08/01/02 through 08/31/02 | $58,072.00 | $14,910.59 | No objections served on counsel | No objections served on counsel |
|---|---|---|---|---|---|
| 11/14/02 | 09/01/02 through 09/30/02 | $40,335.00 | $4,535.47 | No objections served on counsel | No objections served on counsel |
| 12/16/02 | 10/01/02 through 10/31/02 | $36,393.00 | $17,499.87 | No objections served on counsel | No objections served on counsel |
| 1/13/03 | 11/01/02 through 11/30/02 | $43,910.00 | $2,331.21 | No objections served on counsel | No objections served on counsel |
| 2/11/03 | 12/01/02 through 12/31/02 | $39,703.00 | $26,001.22 | No objections served on counsel | No objections served on counsel |
| 3/31/03 | 01/01/03 through 01/31/03 | $36,572.00 | $13,818.89 | No objections served on counsel | No objections served on counsel |
| 5/13/03 | 02/01/03 through 02/28/03 | $37,363.00 | $1,050.11 | No objections served on counsel | No objections served on counsel |
| 5/13/03 | 03/01/03 through 03/31/03 | $35,519.00 | $16,988.05 | No objections served on counsel | No objections served on counsel |
| 7/11/03 | 04/01/03 through 04/30/03 | $30,037.50 | $14,427.54 | No objections served on counsel | No objections served on counsel |
| 8/1/03 | 05/01/03 through 05/31/03 | $11,420.00 | $12,560.93 | No objections served on counsel | No objections served on counsel |
| 8/13/03 | 06/01/03 through 06/30/03 | $9,586.00 | $13,073.04 | No objections served on counsel | No objections served on counsel |
| 9/29/03 | 07/01/03 through 07/31/03 | $8,858.00 | $12,888.56 | No objections served on counsel | No objections served on counsel |
| 11/6/03 | 08/01/03 through 08/31/03 | $10,256.50 | $13,076.13 | No objections served on counsel | No objections served on counsel |
| 11/13/03 | 09/01/03 through 09/30/03 | $14,009.00 | $13,261.68 | Pending | Pending |

| 12/4/03 | 10/01/03 through 10/31/03 | $19,884.00 | $13,458.15 | Pending | Pending |
|---------|---------------------------|------------|------------|---------|---------|

As indicated above, this is the twenty-fifth application for monthly interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases.[2]

The total time expended for the preparation of this application is approximately 4.0 hours, and the corresponding estimated compensation that will be requested in a future application is approximately $880.00.

The Casner attorneys and paraprofessionals who rendered professional services in these cases during the Fee Period are:

Fee Summary
(see Exhibit A to the Fee Detail)

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Robert A. Murphy | Senior Counsel | 37 | Litigation | $220.00 | 13.50 | $2,970.00 |
| Donna B. MacKenna | Partner | 20 ½ | Litigation | $200.00 | 3.60 | $720.00 |
| Matthew T. Murphy | Associate | 16 | Litigation | $190.00 | 37.90 | $7,201.00 |

| Name of Professional Person | Position with the applicant | Number of years in the position | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Angela R. Anderson | Paralegal | 20 | Litigation | $85.00 | 104.70 | $8,899.50 |
| Marci E. VanDerHeide | Paralegal | 3 | Litigation | $85.00 | 1.10 | $93.50 |
| TOTALS | | | | | 160.80 | $19,884.00 |

Total Fees:     $19,884.00

---

[2] Any capitalized terms not defined herein have the meaning ascribed to them in the Verified Application of Casner & Edwards LLP for Compensation for Services and Reimbursement of Expenses as Special Litigation Counsel to Debtors, for the Fifth Monthly Interim Period from February 1, 2002 through February 28, 2002.

4

Expense Summary
(see Exhibit B to the Fee Detail)

| Expense Category | Expenses | ZAI Trial Expenses |
|---|---|---|
| Excess Postage | $1.98 | $0.00 |
| Federal Express | $12.19 | $38.02 |
| Outside Photocopying | $38.22 | $92.00 |
| Photocopying ($0.12/page) | $78.12 | $4.80 |
| Telephone (amount reflects related toll charges only and includes outgoing facsimile transmissions) | $4.80 | $2.97 |
| Rent Reimbursement | $12,719.40 | $0.00 |
| Miscellaneous | $465.65 | $0.00 |
| SUBTOTALS | $13,320.36 | $ 137.79 |

**Total Expenses:    $13,458.15**

Compensation Summary By Project Category

| Project Category | Total Hours for the Interim Period | Total Compensation for the Interim Period |
|---|---|---|
| Litigation and Litigation Consulting | 100.90 | $10,656.50 |
| Fee Applications, Applicant | 3.20 | $704.00 |
| ZAI Science Trial | 56.70 | $8,523.50 |
| Expenses | N/A | $13,320.36 |
| ZAI Science Trial Expenses | N/A | $137.79 |
| TOTALS | 160.80 | $33,342.15 |

Dated:  December 4, 2003

CASNER & EDWARDS, LLP

Robert A. Murphy (BBO #363700)
303 Congress Street, 2nd Floor
Boston, MA  02210
(617) 426-5900

Special Litigation Counsel

52000.57/305844

6

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

Objection Deadline: January 2, 2004 at 4:00 p.m.
Hearing Date: TBD only if necessary

## FEE DETAIL FOR CASNER & EDWARDS, LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM OCTOBER 1, 2003 THROUGH OCTOBER 31, 2003

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:46427.1
12/12/03 10:09 AM

**EXHIBIT A**
(Fee Detail)

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

December 4, 2003

Bill Number  61684
File Number 0052000-0000043

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

## FOR PROFESSIONAL SERVICES

Re: Litigation and Litigation Consulting

## LEGAL SERVICES

Through October 31, 2003

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 10/01/03 | MTM | Receipt and review of additional search results re: documents sent by in-house counsel (.8); review originals at Winthrop Square (1.7) and conference with ARA re: same (.2) | 2.70 Hrs | $513.00 |
| 10/01/03 | ARA | Update master inventory and information binders (3.2). Receipt of documents from MTM (.2). Discussion with MTM re: documents sent by in-house counsel to review (.2). | 3.60 Hrs | $306.00 |
| 10/01/03 | MEV | Update bankruptcy court docket entries for RAM. | 0.10 Hrs | $8.50 |
| 10/02/03 | ARA | Discussion with MTM re: Merrill invoice and binders (.1); review Merrill invoice re: copying of Libby personnel files (.3). | 0.40 Hrs | $34.00 |
| 10/03/03 | ARA | Update master binders (reorganize their contents and add new information). | 7.10 Hrs | $603.50 |
| 10/03/03 | MEV | Download and print selected documents filed in bankruptcy court for RAM. | 0.20 Hrs | $17.00 |
| 10/04/03 | RAM | Read email from N. Tuman requesting documents. | 0.10 Hrs | $22.00 |
| 10/06/03 | ARA | Update master binders (reorganize their contents and add new information). | 0.70 Hrs | $59.50 |

Page 1

David B. Siegel

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 10/08/03 | ARA | Obtain documents tagged by MTM and discuss same with him (3.5). Document control (.9). Review certain documents sent by in-house counsel to confirm they are legal memoranda (1.1). | 5.50 Hrs | $467.50 |
| 10/09/03 | RAM | Telephone call to W. Burns re: his letter requesting documents. Read letter, email and telephone message from J. Pope and N. Tuman requesting documents; telephone call to J. Hughes re: same. | 0.20 Hrs | $44.00 |
| 10/09/03 | MTM | Review copies of potentially responsive documents to determine whether they are the same as those sent by in-house counsel and whether they are in repository (1.2); review additional chronological files found by ARA for 1976, 1985 and 1986 (2.2). | 3.40 Hrs | $646.00 |
| 10/09/03 | ARA | Review documents sent by in-house counsel (1.3). Obtain and discuss chron files with MTM (1.8). Document control (1.3). Quality control Recordkeeper binders/inventories and add new inventories (2.5). | 6.90 Hrs | $586.50 |
| 10/10/03 | ARA | Document control (.3). Continue to update Recordkeeper binders (2.2). Update master information binders (3.0). | 5.50 Hrs | $467.50 |
| 10/14/03 | RAM | Read updated bankruptcy court docket entires to select documents to read (.1). Telephone conference with W. Burns re: when he wants production of documents that Grace will produce (.1). | 0.20 Hrs | $44.00 |
| 10/14/03 | ARA | Document control. | 1.80 Hrs | $153.00 |
| 10/14/03 | MEV | Update bankruptcy court docket entries for RAM (.1); download and print selected documents filed in bankruptcy court for RAM (.3). | 0.40 Hrs | $34.00 |
| 10/15/03 | RAM | Read selected documents filed in bankruptcy court. | 0.80 Hrs | $176.00 |
| 10/15/03 | DBM | Search for documents sent by in-house counsel to determine if they are in the repository. | 1.30 Hrs | $260.00 |
| 10/15/03 | MTM | Receipt and review of list of documents sent by in-house counsel. | 1.40 Hrs | $266.00 |
| 10/15/03 | ARA | Document control (1.4). List what needs to be done at the repository (.5). Prepare copies of production set documents for shipment to Recordkeeper (1.8). | 3.70 Hrs | $314.50 |
| 10/16/03 | RAM | Telephone call from J. Hughes that he is sending original document responsive to J. Pope's letter; we are to copy and return originals; telephone call to Mr. Hughes re: whether all documents should be produced. | 0.10 Hrs | $22.00 |
| 10/16/03 | MTM | Review original documents at Winthrop Square re: documents sent by in-house counsel (1.5); conference with ARA re: review of legal files (.3). | 1.80 Hrs | $342.00 |

David B. Siegel

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 10/16/03 | ARA | Per MTM's request, search for and obtain documents to compare with those sent by in-house counsel (.7). Per MTM, review legal files and tag non-privileged documents (5.1); conference with MTM (.3). | 6.10 Hrs | $518.50 |
| 10/17/03 | ARA | Per MTM, review legal files and tag non-privileged documents. | 6.00 Hrs | $510.00 |
| 10/20/03 | ARA | Per MTM, review legal files and tag non-privileged documents. | 4.70 Hrs | $399.50 |
| 10/21/03 | ARA | Per MTM, review legal files and tag non-privileged documents. | 6.70 Hrs | $569.50 |
| 10/22/03 | RAM | Review documents sent by J. Hughes to be produced to J. Pope (.5); telephone conference with Mr. Hughes to discuss which to produce (.3). Read updated bankruptcy court docket entries to select documents to read (.1). | 0.90 Hrs | $198.00 |
| 10/22/03 | ARA | Per MTM, review legal files and tag non-privileged documents. | 6.10 Hrs | $518.50 |
| 10/23/03 | RAM | Read selected documents filed in bankruptcy court. | 0.10 Hrs | $22.00 |
| 10/23/03 | MEV | Download and print selected documents filed in bankruptcy court for RAM. | 0.10 Hrs | $8.50 |
| 10/24/03 | MTM | Review balance of possibly privileged documents at Winthrop Square. | 2.80 Hrs | $532.00 |
| 10/27/03 | RAM | Draft letter to J. Pope; organize and send documents to him. | 0.40 Hrs | $88.00 |
| 10/27/03 | ARA | Per MTM, review legal files and tag non-privileged documents (4.1). Receipt of letter from Holme Roberts paralegal re: boxes to be sent to Winthrop Square (.1); telephone call to and telephone conference with Holme Roberts paralegal re: same (.4). Document control (.6). | 5.20 Hrs | $442.00 |
| 10/28/03 | MTM | Conference with ARA re: 8 boxes of documents expected from Holme Roberts in Boulder and final review of privileged legal files. | 0.30 Hrs | $57.00 |
| 10/28/03 | ARA | Per MTM, review legal files and tag non-privileged documents (5.7). Receipt of boxes from Holme Roberts (.2). Document control (.4). | 6.30 Hrs | $535.50 |
| 10/29/03 | RAM | Read updated bankruptcy court docket entries to select documents to read. | 0.10 Hrs | $22.00 |
| 10/29/03 | MTM | Review documents for possible privilege (1.4); telephone call from ARA re: receipt of 8 boxes from Holme Roberts (.1); review file re: contents of such boxes (.3); email to Holme Roberts paralegal re: box from Cambridge re: same (.2). | 2.00 Hrs | $380.00 |

David B. Siegel

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 10/29/03 | ARA | Quality control documents that were reviewed re: project to confirm that documents sent by in-house counsel are in the production set and return them to the production set (3.1). Document control (.5). | 3.60 Hrs | $306.00 |
| 10/29/03 | MEV | Update bankruptcy court docket entries for RAM (.1); download and print selected documents filed in bankruptcy court for RAM (.2). | 0.30 Hrs | $25.50 |
| 10/30/03 | RAM | Receive copy of J. Hughes' deposition transcript and send copy to him. | 0.10 Hrs | $22.00 |
| 10/30/03 | ARA | Quality control documents that were reviewed re: project to confirm that documents sent by in-house counsel are in the production set and return them to the production set. | 1.10 Hrs | $93.50 |
| 10/31/03 | RAM | Read selected documents filed in bankruptcy court. | 0.10 Hrs | $22.00 |
|  |  | TOTAL LEGAL SERVICES | | $10,656.50 |

**LEGAL SERVICES SUMMARY**

| | | | |
|---|---|---|---|
| ROBERT A. MURPHY | 3.10 Hrs | 220/hr | $682.00 |
| DONNA B. MACKENNA | 1.30 Hrs | 200/hr | $260.00 |
| MATTHEW T. MURPHY | 14.40 Hrs | 190/hr | $2,736.00 |
| ANGELA R. ANDERSON | 81.00 Hrs | 85/hr | $6,885.00 |
| MARCI E. VANDERHEIDE | 1.10 Hrs | 85/hr | $93.50 |
| | 100.90 Hrs | | $10,656.50 |

TOTAL THIS BILL    $10,656.50

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

December 4, 2003

Bill Number 61685
File Number 0052000-0000057

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Re: Fee Applications, Applicant

**LEGAL SERVICES**

Through October 31, 2003

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 10/07/03 | RAM | Work on August fee application. | 0.50 Hrs | $110.00 |
| 10/14/03 | RAM | Work on August fee application. | 1.40 Hrs | $308.00 |
| 10/15/03 | RAM | Work on August fee application (.2); send it to in-house counsels for review (.1). | 0.30 Hrs | $66.00 |
| 10/22/03 | RAM | Telephone calls from in-house counsels that August fee application may be filed. | 0.10 Hrs | $22.00 |
| 10/23/03 | RAM | Finalize August fee application (.2); send it to Delaware counsel to file (.1) | 0.30 Hrs | $66.00 |
| 10/31/03 | RAM | Work on September fee application. | 0.60 Hrs | $132.00 |
| | | TOTAL LEGAL SERVICES | | $704.00 |

**LEGAL SERVICES SUMMARY**

| | | | |
|---|---|---|---|
| ROBERT A. MURPHY | 3.20 Hrs | 220/hr | $704.00 |
| | 3.20 Hrs | | $704.00 |

David B. Siegel

TOTAL THIS BILL          $704.00

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

December 4, 2003

Bill Number  61686
File Number 0052000-0000058

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Re: ZAI Science Trial

**LEGAL SERVICES**

Through October 31, 2003

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 10/01/03 | MTM | Receipt and review of email from in-house counsel re: ZAI sales information (.2); conference with ARA (.1) and search 25,000 page inventory at Winthrop Square re: same (.4). | 0.70 Hrs | $133.00 |
| 10/01/03 | ARA | Telephone calls from MTM re: 25,000 page inventory re: Canadian sales and request for Canadian plant binders. | 0.20 Hrs | $17.00 |
| 10/02/03 | RAM | Telephone conference with in-house counsel re: what document searches this firm has done recently (.1); conferences with DBM and MTM re: same (.2); advise in-house counsel of searches for any documents re: sales of attic insulation in Canada (.1). | 0.40 Hrs | $88.00 |
| 10/02/03 | DBM | Search for any Canadian invoices re: sales of ZAI. | 0.70 Hrs | $140.00 |
| 10/02/03 | MTM | Conference with DBM re: ZAI Canadian sales documents and results of search for same (.3). Conference with RAM re: same (.2); review licensee binders, etc. at Winthrop Square re: same (1.5). | 2.00 Hrs | $380.00 |
| 10/02/03 | ARA | Search for and locate Canadian plant binders for MTM. | 1.00 Hrs | $85.00 |
| 10/03/03 | MTM | Review plant, office and dead storage boxes in basement in Cambridge for any references to ZAI sales in Canada from 1980's document review. | 5.80 Hrs | $1,102.00 |

David B. Siegel

Re: ZAI Science Trial

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 10/06/03 | RAM | Telephone call from and telephone conference with in-house counsel re: my reviewing S. Ahern's memos of interviews with Zonolite/Grace employees for references to ZAI (.1). Read articles re: vermiculite (.1); telephone conference with in-house re: same (.1); conference with MTM re: same (.1). Read letter from J. Restivo forwarding several documents to E. Westbrook (.1). | 0.50 Hrs | $110.00 |
| 10/06/03 | MTM | Conference with ARA re: search of 25,000 page inventory re: ZAI sales in Canada (.3); review document binders for additional information on possible Canadian plant sweeps in 1980's (2.6); conference with RAM re: vermiculite article and estimates for number of homes with ZAI (.1); conference with DBM re: same (.2). | 3.20 Hrs | $608.00 |
| 10/06/03 | ARA | Per MTM's request, review 25,000 page inventory re: attic insulation sales in Canada. | 6.10 Hrs | $518.50 |
| 10/07/03 | RAM | Conferences with MTM re: Versar and JRB reports on vermiculite. | 0.20 Hrs | $44.00 |
| 10/07/03 | DBM | Search for EPA report on attic fill. | 0.60 Hrs | $120.00 |
| 10/07/03 | MTM | Receipt and review of list of documents in Winthrop Square authored by Versar or JRB re: vermiculite (.2); review original Versar and JRB documents at Winthrop Square (3.2); conference with RAM re: same (.2). | 3.60 Hrs | $684.00 |
| 10/07/03 | ARA | Per MTM's request, review 25,000 page inventory re: attic insulation sales in Canada. | 6.90 Hrs | $586.50 |
| 10/09/03 | MTM | Review files re: what information exists on ZAI sales in Canada re: conference with RAM. | 0.90 Hrs | $171.00 |
| 10/09/03 | ARA | Discussion with MTM re: Robinson Insulation binder. | 0.10 Hrs | $8.50 |
| 10/10/03 | RAM | Review memos re: document review for any reference to Canadian ZAI invoices or documents (.4); conference with MTM re: same (.1). | 0.50 Hrs | $110.00 |
| 10/10/03 | MTM | Gather documents from document binders re: question of Canadian plant sweeps in 1980's re: conference with RAM re: ZAI sales (.3); conference with RAM re: same (.1). | 0.40 Hrs | $76.00 |
| 10/13/03 | RAM | Read correspondence to/from Reed Smith attorney and Westbrook re: ZAI invoices and ZAI removal costs. | 0.10 Hrs | $22.00 |
| 10/14/03 | RAM | Read email from MTM that 25,000 page inventory includes references to expanded vermiculite documents. | 0.10 Hrs | $22.00 |
| 10/14/03 | MTM | Telephone call to ARA re: review of 25,000 page inventory for references to vermiculite products re: Canadian ZAI sales project.. | 0.20 Hrs | $38.00 |

David B. Siegel

Re: ZAI Science Trial

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 10/14/03 | ARA | Per phone call from MTM, search 25,000 page inventory to confirm that documents and invoices re: vermiculite products are included (1.7). Return Canadian plant binders to the repository (.5). | 2.20 Hrs | $187.00 |
| 10/17/03 | RAM | Read letter from J. Restivo forwarding Westbrook's letter re: ZAI removal costs. | 0.10 Hrs | $22.00 |
| 10/28/03 | RAM | Begin review of interview memoranda of Zonolite/Grace employees for references to ZAI. | 0.20 Hrs | $44.00 |
| 10/29/03 | RAM | Continue review of 1984 interview memoranda of Zonolite/Grace employees for references to ZAI (1.7). Conference with MTM re: Material Used and Produced Registers (.2). Send email to in-house counsel and others and telephone calls from/to in-house counsel re: possible Colorado class action (.1). | 2.00 Hrs | $440.00 |
| 10/29/03 | DBM | Search for Materials Used and Produced Registers and conference with MTM re: same. | 0.50 Hrs | $100.00 |
| 10/29/03 | MTM | Conference with RAM re: search for Material Used and Produced Registers re: ZAI sales (.2); conference with DBM re: same (.3); telephone call to ARA re: same (.2); review property damage index (ledgers) re: Material Used and Produced Registers (.2); review document binder re: references to Material Used and Produced Registers (.8). | 1.70 Hrs | $323.00 |
| 10/29/03 | ARA | Discussion with MTM and begin search for Materials Used and Produced Registers. | 1.00 Hrs | $85.00 |
| 10/30/03 | RAM | Complete review of 1984 interview memoranda for references to ZAI (1.2). Review JRB and Versar reports for references to ZAI (.6). Search for Material Used and Produced Registers and conference with MTM re: same (.2). Draft letter to in-house counsel re: results of various searches for ZAI sales information (.3). | 2.30 Hrs | $506.00 |
| 10/30/03 | DBM | Search for Material Used and Produced Registers. | 0.50 Hrs | $100.00 |
| 10/30/03 | MTM | Receipt and review of invoice for transcribing advertising film to videotape at plaintiff's request (.1); letter to Reed Smith counsel re: same (.1). Telephone call from two Grace in-house counsel re: Materials Used and Produced Registers (.2); conference with RAM re: same (.1); meeting with ARA at Winthrop Square re: review of Material Used and Produced Registers (.6) ; review same (1.2); telephone call to in-house counsel at Grace re: same (.2); receipt and review of fax from in-house counsel at Grace re: letter from plaintiff's counsel requesting Material Used and Produced Registers (.3); telephone call to in-house counsel at Grace re: reference to "Colorado documents" in letter from plaintiff's counsel | 3.00 Hrs | $570.00 |

David B. Siegel

Re: ZAI Science Trial

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| | | (.1); begin to review Iron Mountain ledger index re: Material Used and Produced Registers (.1). | | |
| 10/30/03 | ARA | Meeting with MTM re: locating Materials Used and Produced Registers (.6); search for and obtain Registers (3.2). Answer question from MTM re: name of video produced to plaintiffs' counsel (.1). | 3.90 Hrs | $331.50 |
| 10/31/03 | RAM | Read MTM's email re: locating Material Used and Produced ledgers (.1). Revise and send letter to in-house counsel re: results of searches for ZAI sales information (.7). | 0.80 Hrs | $176.00 |
| 10/31/03 | MTM | Complete review of Iron Mountain ledger index re: Material Used and Produced Registers (1.2); email to two in-house counsel re: same (.3); telephone call to paralegal at Holme Roberts re: production of ledgers to plaintiffs in fall of 2002 (.2); letter to in-house counsel re: Material Used and Produced Registers in Iron Mountain ledger boxes (.2); review draft letter from RAM to in-house counsel re: ZAI sales (.1). | 2.00 Hrs | $380.00 |
| 10/31/03 | ARA | Search for and obtain Material Used and Produced Registers. | 2.30 Hrs | $195.50 |
| | | TOTAL LEGAL SERVICES | | $8,523.50 |

**LEGAL SERVICES SUMMARY**

| | | | |
|---|---|---|---|
| ROBERT A. MURPHY | 7.20 Hrs | 220/hr | $1,584.00 |
| DONNA B. MACKENNA | 2.30 Hrs | 200/hr | $460.00 |
| MATTHEW T. MURPHY | 23.50 Hrs | 190/hr | $4,465.00 |
| ANGELA R. ANDERSON | 23.70 Hrs | 85/hr | $2,014.50 |
| | 56.70 Hrs | | $8,523.50 |

TOTAL THIS BILL     $8,523.50

## **EXHIBIT B**
### (Expense Detail)

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

December 4, 2003

Bill Number 61687
File Number 0052000-0000043

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Re: Litigation and Litigation Consulting

**DISBURSEMENTS**

Through October 31, 2003

EXCESS POSTAGE

$1.98

OUTSIDE PHOTOCOPYING

| | | | |
|---|---|---|---|
| 10/08/03 | MERRILL COMM - Copies of personnel files requested by in-house counsel | 38.22 | |
| | | | $38.22 |

PHOTOCOPYING

| | | |
|---|---|---|
| 10/02/03 | 2 copies. | 0.24 |
| 10/02/03 | 12 copies. | 1.44 |
| 10/03/03 | 18 copies. | 2.16 |
| 10/08/03 | 5 copies. | 0.60 |
| 10/09/03 | 3 copies. | 0.36 |
| 10/09/03 | 5 copies. | 0.60 |
| 10/14/03 | 1 copy. | 0.12 |
| 10/23/03 | 244 copies. | 29.28 |
| 10/29/03 | 32 copies. | 3.84 |
| 10/30/03 | 90 copies. | 10.80 |
| 10/30/03 | 18 copies. | 2.16 |

David B. Siegel

Re: Litigation and Litigation Consulting

**DISBURSEMENTS**

Through October 31, 2003

PHOTOCOPYING

| | | | |
|---|---|---|---|
| 10/31/03 | 10 copies. | 1.20 | |
| 10/31/03 | 76 copies. | 9.12 | |
| | | | $61.92 |

RENT REIMBURSEMENT

| | | | |
|---|---|---|---|
| 10/01/03 | Rent & Utilities for document repository at One Winthrop Square - October 2003 | 12,719.40 | |
| | | | $12,719.40 |

MISCELLANEOUS

| | | | |
|---|---|---|---|
| 10/17/03 | RECORDKEEPER ARCHIVE - monthly storage fee (10/03) | 400.65 | |
| 10/17/03 | RECORDKEEPER ARCHIVE - 9/8/03 delivery $27 and pickup $38 of boxes | 65.00 | |
| | | | $465.65 |

| | |
|---|---|
| TOTAL DISBURSEMENTS | $13,287.17 |
| | |
| TOTAL THIS BILL | $13,287.17 |

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

December 4, 2003

Bill Number 61688
File Number 0052000-0000057

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Re: Fee Applications, Applicant

**DISBURSEMENTS**

Through October 31, 2003

FEDERAL EXPRESS

| 10/07/03 | To Scotta McFarland from RAM on 9/24/03 | 12.19 | |
|---|---|---|---|
| | | | $12.19 |

PHOTOCOPYING

| 10/17/03 | 12 copies. | 1.44 | |
| 10/23/03 | 123 copies. | 14.76 | |
| | | | $16.20 |

TELEPHONE

| 10/27/03 | 308 | 6174263501 | 4.80 | |
|---|---|---|---|---|
| | | | | $4.80 |

TOTAL DISBURSEMENTS     $33.19

Page 1

David B. Siegel

TOTAL THIS BILL          $33.19

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

December 4, 2003

Bill Number 61689
File Number 0052000-0000058

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Re: ZAI Science Trial

**DISBURSEMENTS**

Through October 31, 2003

FEDERAL EXPRESS

| | | | |
|---|---|---|---|
| 10/21/03 | To Reed Smith attorney from RAM on 9/29/03 | 38.02 | |
| | | | $38.02 |

OUTSIDE PHOTOCOPYING

| | | | |
|---|---|---|---|
| 10/08/03 | MERRILL COMM - 1 copy set of CPD business plans for Reed Smith attorney - 9/25/03 | 92.00 | |
| | | | $92.00 |

PHOTOCOPYING

| | | |
|---|---|---|
| 10/06/03 | 8 copies. | 0.96 |
| 10/06/03 | 4 copies. | 0.48 |
| 10/07/03 | 2 copies. | 0.24 |
| 10/07/03 | 1 copy. | 0.12 |
| 10/07/03 | 6 copies. | 0.72 |
| 10/30/03 | 4 copies. | 0.48 |
| 10/30/03 | 2 copies. | 0.24 |
| 10/30/03 | 1 copy. | 0.12 |

David B. Siegel

Re: ZAI Science Trial

## DISBURSEMENTS

Through October 31, 2003

PHOTOCOPYING

| 10/30/03 | 2 copies. | 0.24 |
| 10/30/03 | 1 copy. | 0.12 |
| 10/30/03 | 1 copy. | 0.12 |
| 10/30/03 | 5 copies. | 0.60 |
| 10/30/03 | 1 copy. | 0.12 |
| 10/30/03 | 2 copies. | 0.24 |

$4.80

TELEPHONE

| 10/30/03 | 329 | 3026525340 | 2.42 |
| 10/31/03 | 329 | 3034178519 | 0.55 |

$2.97

TOTAL DISBURSEMENTS $137.79

TOTAL THIS BILL $137.79