UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| W.R. GRACE & CO., *et al* | ) | Case No.  01-01139 (JKF) |
|  | ) | (Jointly Administered) |
|  | ) |  |
| Debtors. | ) |  |

## SUMMARY COVER SHEET TO ELEVENTH QUARTERLY INTERIM VERIFIED APPLICATION OF WALLACE KING MARRARO & BRANSON PLLC FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR OCTOBER 1, 2003 THROUGH SEPTEMBER 30, 2003

| | |
|---|---|
| Name of Applicant: | Wallace King Marraro & Branson PLLC. ("WKMB") |
| Authorized to provide professional services to: | Special Litigation and Environmental Counsel to Debtors |
| Date of Retention: | April 2, 2001 |
| Period for which compensation and reimbursement is sought: | October 1, 2003 through December 31, 2003. |
| Amount of compensation sought as actual, reasonable and necessary | $53,388.86 for the quarterly period October 1, 2003 through December 31, 2003 (20% of $266,944.30 after 40% deduction for Matter 6 - Honeywell Litigation, in professional fees). |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $55,730.33 for the period October 1, 2003 through December 31, 2003 |

This is an Eleventh Quarterly Interim Verified Application.

Prior Applications filed: Yes.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 7/5/01 | 4/2/01 through 4/30/01 | $216,471.50 | $25,282.16 | Paid 100% | Paid 100% |
| 7/5/01 | 5/1/01 through 5/31/01 | $244,726.00 | $26,594.89 | Paid 100% | Paid 100% |
| 8/9/01 | 6/1/01 through 6/20/01 | $186,977.91 | $90,104.66 | Paid 100% | Paid 100% |
| 8/28/01 | 7/1/01 through 7/31/01 | $176,930.10 | $52,387.36 | Paid 100% | Paid 100% |
| 10/18/01 | 8/1/01 through 8/31/01 | $107,153.50 | $56,387.04 | Paid 80% | Paid 100% |
| 11/5/01 | 9/1/01 through 9/30/01 | $83,202.70 | $24,668.50 | Paid 100% | Paid 100% |
| 1/13/01 | 10/1/01 through 10/31/01 | $95,842.90 | $10,019.91 | Paid 100% | Paid 100% |
| 1/2/02 | 11/1/01 through 11/30/01 | $76,484.30 | 13,513.96 | Paid 100% | Paid 100% |
| 2/12/02 | 12/1/01 through 12/31/01 | $58,693.50 | $17,510.89 | Paid 100% | Paid 100% |
| 2/21/02 | 1/1/02 through 1/31/02 | $79,379.36 | $2,260.41 | Paid 100% | Paid 100% |
| 3/25/02 | 2/1/02 through 2/28/02 | $67,957.20 | $3,160.68 | Paid 100% | Paid 100% |
| 4/24/02 | 3/1/02 through 3/31/02 | $55,351.04 | $3,155.63 | Paid 100% | Paid 100% |
| 5/12/02 | 4/1/02 through | $63,704.72 | $6,584.60 | Paid 100% | Paid 100% |

| | 4/30/02 | | | | |
|---|---|---|---|---|---|
| 6/27/02 | 5/1/02 through 5/31/02 | $57,060.32 | $4,946.79 | Paid 100% | Paid 100% |
| 7/24/02 | 6/1/02 through 6/30/02 | $66,137.04 | $8,461.57 | Paid 100% | Paid 100% |
| 8/27/02 | 7/1/02 through 7/31/02 | $72,492.64 | $20,490.51 | Paid 100% | Paid 100% |
| 9/24/02 | 8/1/02 through 8/31/02 | $94,828.80 | $23,851.10 | Paid 100% | Paid 100% |
| 10/25/02 | 9/1/02 through 9/30/02 | $124,578.96 | $18,424.27 | Paid 100% | Paid 100% |
| 11/25/02 | 10/1/02 through 10/31/02 | $167,191.12 | $36,979.60 | Paid 100% | Paid 100% |
| 1/2/03 | 11/1/02 through 11/30/02 | $157,634.40 | $25,921.79 | Paid 100% | Paid 100% |
| 2/13/03 | 12/1/02 through 12/31/02 | $178,734.48 | $114,558.29 | Paid 100% | Paid 100% |
| 4/18/03 | 1/1/03 through 1/31/03 | $275,466.40 | $159,839.86 | Paid 100% | Paid 100% |
| 5/6/03 | 2/1/03 through 2/28/03 | $123,758.48 | $25,803.22 | Paid 100% | Paid 100% |
| 5/7/93 | 3/1/03 through 3/31/03 | $88,272.00 | $10,455.86 | Paid 100% | Paid 100% |
| 6/13/03 | 4/1/03 through 4/30/03 | $87,122.40 | $13,144.41 | Paid 100% | Paid 100% |
| 6/26/03 | 5/1/03 through 5/31/03 | $57,138.56 | $12,415.74 | Paid 100% | Paid 100% |
| 7/29/03 | 6/1/03 through 6/30/03 | $105,028.72 | $6,316.82 | Paid 100% | Paid 100% |
| 9/3/03 | 7/1/03 through 7/31/03 | $106,526.72 | $10,206.36 | Paid 80% | Paid 100% |

| 9/23/03 | 8/1/03 through 8/31/03 | $82,045.58 | $16,185.52 | Paid 80% | Paid 100% |
| 10/31/03 | 9/1/03 through 9/30/03 | $84,216.20 | $10,195.00 | No Objections Served on Counsel | No Objections Served on Counsel |
| 12/10/03 | 10/1/03 through 10/31/03 | $117,161.70 | $26,662.70 | No Objections Served on Counsel | No Objections Served on Counsel |
| 12/31/03 | 11/1/03 through 11/30/03 | $80,439.90 | $4,599.05 | No Objections Served on Counsel | No Objections Served on Counsel |
| 1/23/04 | 12/1/03 through 12/31/03 | $69,342.70 | $24,468.58 | No Objections Served on Counsel | No Objections Served on Counsel |

As indicated above, this is the eleventh quarterly interim verified application for interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases

Summary of Compensation Requested

| Name of Professional Individual | Position, year assumed, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Christopher Marraro | Partner | $440 | 262.3 | $115,412.00 |
| William Hughes | Counsel | $350 | 370.3 | $129,605.00 |
| Tamara Parker | Associate | $290 | 112.6 | $32,654.00 |
| Alec C. Zacaroli | Associate | $225 | 9.3 | $2,092.50 |
| Rebecca L. Schuller | Associate | $180 | 124.1 | $22,338.00 |
| Michael L. Williams | Associate | $225 | 79.3 | $17,842.50 |

| Keith A. Kaider | Paralegal | $135 | 1.5 | $202.50 |
|---|---|---|---|---|
| Barbara Banks | Paralegal | $135 | 290.2 | $39,177.00 |
| Natasha Bynum | Legal Clerk | $100 | 4.0 | $400.00 |
| Rebecca M. Ross | Paralegal | $120 | 25.9 | $3,108.00 |
| | | | | |

|  |  |
|---|---|
| Total Fees | $362,831.50 |
| Less 40% Discount on Matter 6 | $(95,887.20) |
| | $266,944.30 |
| Total Hours | 1279.5 |

## EXPENSE SUMMARY

| Expense Category | Total Expenses |
|---|---|
| Car Service | $83.52 |
| Air Fares | $11,094.75 |
| Hotels | $6,218.63 |
| Copies- Internal and Outside | $4,760.59 |
| Facsimile | $165.75 |
| Meals on Trips (broken down on statements) | $4,425.14 |
| Lexis/Westlaw | $22,474.20 |
| Telephone | $1,413.72 |
| FedEx | $425.81 |
| Overtime Transportation | $100.56 |
| Auto Rentals | $2,653.70 |
| Mileage Reimbursement | $114.84 |
| Parking | $577.50 |
| Tolls | $18.00 |
| Outside Delivery | $71.47 |
| Meals - Working Meals in DC | $447.37 |
| Taxis on trips | $233.78 |
| Consultant | $120.00 |
| Amtrak | $331.00 |
|  |  |
| TOTAL DUE | $55,730.33 |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| **W. R. GRACE & CO., et al.,**[1] | ) | **Case No. 01-01139 (JKF)** |
| | ) | **(Jointly Administered)** |
| | ) | |
| **Debtors.** | ) | |
| | ) | |
| | ) | **Objection Deadline:**    To Be Determined |
| | ) | **Hearing Date:**    To Be Determined |

## ELEVENTH QUARTERLY INTERIM VERIFIED APPLICATION OF WALLACE, KING MARRARO & BRANSON, PLLC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL LITIGATION AND ENVIRONMENTAL COUNSEL TO W. R. GRACE & CO., ET AL., FOR THE INTERIM PERIOD FROM OCTOBER 1, 2003 THROUGH DECEMBER 31, 2003

Pursuant to sections 327, 330 and 331 of title 11 of the United States Code (as amended, the "Bankruptcy Code"), Fed. R. Bankr. P. 2016, the Retention Order (as defined below), the Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Compensation and Reimbursement of Professionals and Official Committee Members (the "Interim Compensation Order") and Del.Bankr.LR 2016-2, the law firm of Wallace, King, Marraro & Branson, PLLC ("WKMB"), special litigation and environmental counsel for the above-captioned debtors and debtors in possession (collectively, the "Debtors") in their chapter 11 cases, hereby applies for an order allowing it (i) compensation in the amount of $266,944.30 for the reasonable and necessary legal services WKMB has rendered to the Debtors and (ii) reimbursement for the actual and necessary expenses that WKMB has incurred in the amount of $55,730.33, for the interim quarterly period from October 1, 2003, throughDecember 31, 2003 (the "Fee Period"). In support of this Application, WKMB respectfully states as follows:

### Background

**Retention of Wallace, King. Marraro & Branson, PLLC**

1.      On April 2, 2001 (the "Petition Date"), the Debtors each filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code (collectively, the "Chapter 11 Cases"). On April 2, 2001, the Court entered an order procedurally consolidating the Chapter 11 Cases for administrative purposes only.  Since the Petition Date, the Debtors have continued to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

2.      By this Court's order dated June 21, 2001, the Debtors were authorized to retain WKMB as their special counsel, effective as of the Petition Date, with regard to environmental and litigation matters (the "Retention Order").  The Retention Order authorizes the Debtors to compensate WKMB at hourly rates charged by WKMB for services of this type and to be reimbursed for actual and necessary out-of-pocket expenses that it incurred, subject to

application to this Court in accordance with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, all applicable local rules and orders of this Court.

## Monthly Interim Fee Applications Covered Herein

3.     Pursuant to the procedures set forth in the Interim Compensation Order, professionals may apply for monthly compensation and reimbursement (each such application, a "Monthly Fee Application"), and the notice parties listed in the Interim Compensation Order may object to such request. If no notice party objects to a professional's Monthly Fee Application within twenty (20) days after the date of service of the Monthly Fee Application, the applicable professional may submit to the Court a certification of no objection whereupon the Debtors are authorized to pay interim compensation and reimbursement of 80% of the fees and 100% of the expenses requested.

4.     Furthermore, and also pursuant to the Interim Compensation Order, professionals are to file and serve upon the notice parties a quarterly request (a "Quarterly Fee Application") for interim Court approval and allowance of the Monthly Fee Applications filed during the quarter covered by that Quarterly Fee Application. If the Court grants the relief requested by the Quarterly Fee Application, the Debtors are authorized and directed to pay the professional 100% of the fees and expenses requested in the Monthly Fee Applications covered by that Quarterly Fee Application less any amounts previously paid in connection with the Monthly Fee Applications. Any payment made pursuant to the Monthly Fee Applications or a Quarterly Fee Application is subject to final approval of all fees and expenses at a hearing on the professional's final fee application.

5.     This is the Eleventh Quarterly Fee Application for compensation for services rendered that WKMB has filed with the Bankruptcy Court in connection with the Chapter 11 Cases,

-3-

which covers the Fee Period of the Petition Date through December 31, 2003, encompassing the months of October through December 2003.

      6.     WKMB has filed the following Monthly Fee Applications for interim compensation during this Fee Period:

      1.     Verified application of Wallace, King, Marraro & Branson, PLLC for compensation for services and reimbursement of expenses as bankruptcy counsel to W. R. Grace & Co., et al., for the thirty-first interim period from October 1, 2003, through October 31, 2003, filed December 10, 2003, (the "October 2003 Fee Application") attached hereto as <u>Exhibit A</u>.

      2.     Second verified application of Wallace, King, Marraro & Branson, PLLC for compensation for services and reimbursement of expenses as bankruptcy counsel to W. R. Grace & Co., et al., for the thirty-second interim period from November 1, 2003, through November 30, 2003, filed December 31, 2003, (the "November 2003 Fee Application") attached hereto as <u>Exhibit B</u>.

      3.     Third verified application of Wallace, King, Marraro & Branson, PLLC for compensation for services and reimbursement of expenses as bankruptcy counsel to W. R. Grace & Co., et al., for the thirty-third interim monthly period from December 1, 2003 through December 31, 2003, filed January 23, 2004, (the "December 2003 Fee Application") (collectively, the October Application, the November Application and the December Application are the "Applications") attached hereto as <u>Exhibit C</u>.

      7.     WKMB has filed ten other Quarterly Fee Applications.  The periods for objecting to the fees and expense reimbursement requested in the October, November and December 2003 Fee Applications passed without any objections being filed, whereupon the Debtors filed certificates of no objection with the Court and paid interim compensation and reimbursement of 80% of the fees and 100% of the expenses requested.

8.    Wallace, King, Marraro & Branson, PLLC has advised and represented the Debtors in connection with environmental and litigation matters.

### Requested Relief

9.    By this Eleventh Quarterly Fee Application, WKMB requests that the Court approve the interim allowance of compensation for professional services rendered and the reimbursement of actual and necessary expenses incurred by WKMB for the Fee Period, which is from October 1, 2003, through December 31, 2003, as detailed in the Applications, less any amounts previously paid to WKMB pursuant to the Applications and the procedures set forth in the Interim Compensation Order.[2]  As stated above, the full scope of services provided and the related expenses incurred are fully described in the Applications, which are attached hereto as Exhibits A through C.

10.    WKMB may have in the past represented, may currently represent, and likely in the future will represent parties-in-interest in connection with matters unrelated to the Debtors and the Chapter 11 Cases.  WKMB disclosed in the Affidavits its connections to parties-in-interest that it has been able to ascertain using its reasonable efforts.  WKMB will update the Affidavits when necessary and when WKMB becomes aware of material new information.

### Representations

11.    WKMB believes that the Application is in compliance with the requirements of Del.Bankr.LR 2016-2.

---

[2] WKMB reserves the right to seek at a later date compensation for services rendered and reimbursement for expenses incurred during the October through December 2003 period that are not otherwise included in the relevant Applications.

12.     Wallace, King, Marraro & Branson, PLLC performed the services for which it is seeking compensation on behalf of or for the Debtors and their estates, and not on behalf of any committee, creditor or other person.

13.     WKMB has received no payments for the fee applications for October, November and December 2003.

14.     Pursuant to Fed. R. Bank. P. 2016(b), WKMB has not shared, nor has agreed to share, (a) any compensation it has received or may receive with another party or person other than with the partners, counsel and associates of WKMB, or (b) any compensation another person or party has received or may receive in connection with the Chapter 11 Cases.

WHEREFORE, WKMB respectfully requests that the Court enter an order, substantially in the form attached hereto, providing (a) that, for the Fee Period, October 1, 2003, through December 30, 2003, an administrative allowance be made to Wallace, King, Marraro & Branson, PLLC in the sum of (i) $53,388.86 (20% of $266,944.30 after 40% discount for Allied) as compensation for reasonable and necessary professional services rendered to the Debtors and (ii) in the sum of $55,730.33 for reimbursement of actual and necessary costs and expenses incurred, for a total of $109,119.19, (b) that the Debtors be authorized and directed to pay to WKMB the outstanding amount of such sums less any sums previously paid to WKMB pursuant to the Applications and the procedures set forth in the Interim Compensation Order and (c) that this Court grant such further relief as is equitable and just.

Washington, D.C.
Dated:  February 17, 2004

Respectfully submitted,

WALLACE KING MARRARO & BRANSON, PLLC

_____

Christopher H. Marraro
1050 Thomas Jefferson Street, N. W.
Suite 500
Washington, D.C.  20007
(202) 204-1000

## CUMULATIVE COMPENSATION SUMMARY BY PROJECT CATEGORY

WALLACE KING MARRARO & BRANSON, PLLC
QUARTERLY TOTALS FOR ELEVENTH INTERIM PERIOD OCTOBER 1, 2003
THROUGH DECEMBER 31, 2003

| Project Category | Total Hours for the Interim Period | Total Hours from the Petition Date | Total Fees for the Interim Period | Total Fees from the Petition Date |
|---|---|---|---|---|
| Litigation and Litigation Consulting | 1268.6 | 28525.3 | 358,125.50 | 4,751,069.10 |
| Fee Applications, Applicant | 1.5 | 65.4 | 660.00 | 26,814.50 |
| Non-Working Travel | 9.4 | 151.0 | 4,046.00 | 39,507.00 |

## CUMULATIVE EXPENSE SUMMARY

| Expenses Category | Total Expenses for the Interim Period | Total Expenses from the Petition Date |
|---|---|---|
| Air Fares (See Exhibit A, attached) | 11,094.75 | 75,507.52 |
| Amtrak | 331.00 | 2,401.00 |
| Certified Copy of Docs. | | 51.00 |
| Copies-Internal/Outside | 4,760.59 | 275,528.01 |
| Delivery/Messenger | 71.47 | 11,526.23 |
| Deposition Transcript | | 11,184.67 |
| Facsimile | 165.75 | 4,080.40 |
| FedEx | 425.81 | 28,835.03 |
| Lexis/Westlaw | 22,474.20 | 162,177.42 |
| Long Distance | 1,413.72 | 13,692.51 |
| Meals on Trips and at Trial (see Exhibit A attached) | 4,425.14 | 25,075.43 |
| Parking on Trips and at Trial (see Exhibit A attached) | 577.50 | 3,145.44 |
| Postage | | 179.28 |
| Temporary Services | | 8,262.00 |
| Auto Rental (see Exhibit A attached) | 2,653.70 | 19,545.80 |
| CD Duplication | | 71.91 |
| Hotels (see Exhibit A attached) | 6,218.63 | 98,417.73 |
| Misc. Travel Expenses | | 2,079.58 |
| Consultants/Experts | 120.00 | 50,921.58 |
| Taxis | 233.78 | 1,673.79 |
| Car Service | 83.52 | 1,717.23 |
| Overtime Meals/Secretarial/Paralegal - (see Exhibit A attached) | | 5,837.65 |
| Overtime/Working Meals/Attorneys (see Exhibit A | 447.37 | 1,867.18 |

| | | |
|---|---|---|
| attached) | | |
| Overtime Transportation (see Exhibit A attached) | 100.56 | 16,534.79 |
| Secretarial Overtime | | 47,039.93 |
| Meals for DC Meetings | | 3,189.86 |
| Meals in FL with Counsel/Co-counsel | | 1,447.17 |
| Two Sets of Joint Trial Exhibits | | 4,878.76 |
| Mileage | 114.84 | 481.39 |
| Document Retrieval | | 912.00 |
| Overtime Facilities Mgmt. Personnel | | 3,452.50 |
| Aerial Photography | | 2,270.48 |
| Supplies for Site Visit | | 69.10 |
| Trial Expenses (binders, tabs, etc.) | | 4,069.47 |
| Tips to Hotel Personnel at Trial | | 787.25 |
| Litigation Support Vendors | | 1,485.47 |
| Tolls during Trial and Trips | 18.00 | 182.45 |
| Gas for Rental Cars | | 359.22 |
| Trial Transcripts | | 14,317.70 |
| | | |
| TOTAL | $55,730.33 | $905,255.93 |

**WALLACE KING MARRARO & BRANSON**
**EXHIBIT A TO CUMULATIVE COMPENSATION SUMMARY BY PROJECT**
**CATEGORY FOR THE ELEVENTH INTERIM PERIOD OCTOBER 1, 2003**
**THROUGH DECEMBER 31, 2003**

| | |
|---|---:|
| **Meals on Trips/ at Trial and in DC** | **$4,425.14** |
| M. Williams - Meal in New Jersey at the deposition of William Sheehan on 8/25/03 (1 person) | 8.16 |
| M. Williams - Meal in New Jersey at deposition of William Sheehan on 8/26/03 (1 person) | 11.00 |
| C. Marraro - Meal in Newark on 2/21/03 working on exhibit issues (I person) | 25.00 |
| C. Marraro - Meal with expert E. Anderson in DC on 2/25/03 (2 people) | 223.75 |
| C. Marraro - Meal with S. German in Md. on 2/27/03 (2 people) | 42.49 |
| C. Marraro - Meal with B. Corcoran in Columbia, MD on 3/3/03 (2 people) | 57.04 |
| C. Marraro - Meal with Mr. Nagy in DC on 3/7/03 (2 people) | 196.90 |
| C. Marraro - Meal with Mr. Nagy in NJ on 4/1/03 (2 people) | 69.75 |
| C. Marraro - Meal with P. Goad in DC on 4/4/2003 (2 people) | 32.50 |
| C. Marraro - Meal with Mr. Senftleben and Mr. Agnello in NJ on 4/17/03 (3 people) | 61.55 |
| C. Marraro - Dinner with A. Nagy on 4/25/03 (2 people) | 241.22 |
| C. Marraro - Meal with K. Brown in Houston on 5/02/03 (2 people) | 49.35 |
| C. Marraro - Meal with Messrs. McGuire, B. Bowe and A Nagy in NJ on 5/13/03 (4 people) | 294.30 |
| C. Marraro - Meal with Mr. Hughes and Mr. Goad in D.C. on 5/15/03 (3 people) | 90.08 |
| C. Marraro - - Meal on trip to Newark on 6/04/03 (1 person) | 8.48 |
| C. Marraro - Dinner with Mr, Agnello, Ms. Flax and Mr. Nagy in DC on 5/23/03 (4 people) | 234.21 |
| C. Marraro - Dinner with Mr, Senftleben, Mr. Agnello and K. Brown in NJ on 6/9/03 (4 people) | 212.61 |
| C. Marraro - Meal with Mr. Agnello, Mr. Maxwell and Mr. Butler in NJ on 5/29/03 (4 people) | 165.27 |
| W. Hughes - Meals (breakfast) with Messrs. Emmette and Hogan on 9/13/03 (3 people) | 30.71 |
| John W. Kampman - Meals on trip to New Jersy for meeting with Dr. Brown and NJDEP on 10/28-29/03 (1 person) | 12.00 |
| C. Marraro - Dinner In New York with Mr. Obradovic, Mr. Nagy, Mr. Brown and Mr. Agnello on 7/14/03 (5 people) | 335.20 |
| C. Marraro - Meal on trip to Newark on 6/20/03 (1 person) | 22.79 |
| C. Marraro - Dinner meeting with Mr. Siegal and Mr. Corcoran in Baltimore on 6/18/03 (3 people) | 281.32 |
| C. Marraro - Dinner with Mr. Senftleben in NYC on 6/24/03 (2 people) | 156.98 |

| | |
|---|---:|
| C. Marraro - Dinner meeting with Mr.Senftleben, Mr. Nagy, Mr. Agnello and Mr. Brown on 6/30/03 (5 people) | 303.35 |
| W. Hughes - Meal in New Jersey for meeting with Dr. Brown and NJDEP on 10/28-10/29/03 (1 person) | 21.00 |
| C. Marraro - Dinner in DC with Mr. Agnello and Mr. Nagy on 7/23/03 (3 people) | 84.40 |
| C. Marraro - Lunch with Mr. Agnello on 8/11/03 (2 people) | 53.50 |
| C. Marraro - Dinner with Dr. Anderson on 8/19/03 (2 people) | 141.31 |
| C. Marraro - Dinner in Newark on 10/1/03 with Messers. Nagy, Brown, Amello and Ms. Flax (5 people) | 208.65 |
| C. Marraro - Meal in Newark with K. Brown on 10/6/03 (2 people) | 29.28 |
| C. Marraro - Dinner in Newark with Mr. O'Bradowick and K. Brown, A. Nagy and J. Agnello on 10/6/03 (5 people) | 291.68 |
| C. Marraro - Dinner with M. Daniker in DC on 10/9/03 (2 people) | 55.04 |
| C. Marraro - Dinner in DC with J. Agnello, B. Hughes and M. Flax while working on brief on 9/26/03 (4 people) | 189.50 |
| C. Marraro - Dinner in Newark with K. Brown and A.Nagy on 9/24/03 (3 people) | 112.75 |
| C. Marraro - Lunch in Newark with A. Nagy on 9/25/03 (2 people) | 43.75 |
| C. Marraro - Breakfast with A. Naby on 9/25/03 in Newark (2 people) | 28.27 |

| | |
|---|---:|
| **Car Service** | **$83.52** |
| | |
| Boston Coach - Pick up Mr Marraro in Newark and take to airport on 6/10/03 | 83.52 |

| | |
|---|---:|
| **Overtime Transportation** | **$100.56** |
| | |
| J. Kelley - Overtime Transportation for redacting and copying accounting records on 8/11/03 | 26.16 |
| B. Banks - Overtime Transportation for working on response to Honeywell on 8/12/03 | 24.80 |
| B. Banks - Overtime Transportation for working on response to Honeywell's request on 8/11/03 | 24.80 |
| B. Banks - Overtime Transportation for working on response to Honeywell's request on 8/15/03 | 24.80 |

| | |
|---|---:|
| **Overtime and Working Meals/Attorneys** | **$447.37** |
| | |
| C. Marraro - Working Meal in DC with Mr. Hughes on 3/29/03 (2 people) | 30.30 |
| C. Marraro - Working meal with C. Williams on 3/30/03 (2 people) | 64.33 |
| C. Marraro - Working Lunch with Mr. Hughes on 4/17/03 (2 people) | 39.45 |
| C.Marraro - Working Lunch with Mr. Hughes and Mr. Williams on | |

| | |
|---|---:|
| 4/23/03 (3 people) | 75.80 |
| W. Hughes - Working lunch re reply on RCRA fee petition on 10/15/03 (2 people) | 27.97 |
| C. Marraro - Working meal on 730/03 (2 people) | 30.19 |
| C. Marraro - Working meal with Mr. Hughes on 7/8/03 (2 people) | 59.50 |
| C. Marrro - Working lunch in DC on 10/14/03 (1 person) | 17.49 |
| C. Marraro - Working dinner with Mr. Hughes on 7/18/03 (2 people) | 31.50 |
| C. Marraro - Working dinner with Mr. Hughes on 9/5/03 (2 people) | 40.65 |
| C. Marraro - Working lunch with Mr. Williams in DC on 10/10/03 (2 people) | 30.19 |

## Air Fares                                                  $11,094.75

| | |
|---|---:|
| M. Williams - R/T Coach Air Fare to New Jersey for deposition of William Sheehan on 8/26/2003 | 553.50 |
| C. Marraro - Coach Air Fare to and from Charlston, SC on 3/4/03 | 1,112.50 |
| C. Marraro - Coach Air Fare from Chicago to Newark and then to DC on 4/01/03 | 1,044.50 |
| C. Marraro - Coach Air Fare from Newark to DC on 4/4/03 | 322.50 |
| C. Marraro - Coach Air Fare from DC to Newark on 4/7/03 | 324.00 |
| C. Marraro - Coach Air Fare from Newark to DC on 4/9/03 | 275.00 |
| C. Marraro - Coach Air Fare from NYC to DC on 4/11/03 | 226.50 |
| C. Marraro - R/T Coach Air Fare to and from Newark, NJ on 4/17/03 | 597.50 |
| C. Marraro - R/T Coach Air Fare to and from Newark, NJ on 5/12/03 | 597.50 |
| C. Marraro - Coach Air Fare to Newark on 5/20/03 | 300.00 |
| C. Marraro - Coach Air Fare from Newark, NJ on 5/20/03 | 217.50 |
| C. Marraro - Coach Air Fare from Newark, NJ to DC on 5/27/03 | 324.00 |
| C. Marraro -Coach Air Fare from New York to DC on 6/3/03 | 229.00 |
| C. Marraro - R/T Coach Air Fare Newark, NJ on 6/4/2003 | 602.50 |
| C. Marraro - Round Trip Air Fare to Newark on 2/20/03 to meet with expert | 597.50 |
| W. Hughes - R/T Coach Air Fare to Buffalo, NY re mediation conference on 8/29/03 | 80.00 |
| C. Marraro - R/T Coach Air Fare Newark on 6/30/03 | 553.50 |
| C. Marraro - R/T Coach Air Fare NYC on 7/5/03 | 122.50 |
| C. Marraro - R/T Coach Air Fare NY on 7/6/03 | 278.00 |
| C. Marraro - R/T Coach Air Fare to Newark, NJ on 8/08/03 | 553.50 |
| C. Marraro - R/T Coach Air Fare to Newark on 9/06/03 | 553.50 |
| C. Marraro - R/T Coach Air Fare to Newark on 9/23/03 | 553.50 |
| C. Marraro - R/T Coach Air Fare to Newark on 9/30/03 | 276.25 |
| C. Marraro - R/T Coach Air Fare to Newark on 10/3/03 | 558.50 |
| C. Marraro - R/T Coach Air Fare to Newark on 10/15/03 | 241.50 |

## Parking                                                    $577.50

| | |
|---|---:|
| M. Williams - Parking at airport on trip to New Jersey for deposition of William Sheehan 8/26/2003 | 30.00 |

| | |
|---|---|
| C. Marraro - Parking at airport on trip to Charleston, SC on 3/4/03 | 30.00 |
| C. Marraro - Parking at airport on trip to Newark and DC on 4/1/03 | 27.50 |
| C. Marraro - Parking at airport on trip to Newark 4/4/03 | 15.00 |
| C. Marraro - Parking at airport on trip to Newark on 4/7/03 | 30.00 |
| C. Marraro - Parking at airport on trip to Newark on 4/17/03 | 30.00 |
| C. Marraro - Parking at airport on trip to Newark on 5/20/03 | 30.00 |
| C. Marraro - Parking at airport on trip to Newark on 5/27/03 | 30.00 |
| W. Hughes - Parking on trip to Buffalo for mediation conference | 40.00 |
| John W. Kampman - Parking at airport on trip to New Jersey for meeting with Dr. Brown and NJDEP 10/28-10/29/03 | 15.00 |
| C. Marraro - Parking at airport on trip to Newark on 6/20/03 | 30.00 |
| C. Marraro - Parking at airport on trip to Newark on 6/30/03 | 30.00 |
| C. Marraro - Parking at airport on trip to NYC on 7/5/03 | 30.00 |
| W. Hughes - Metro travel in NJ for meeting on 10.28 | 3.00 |
| W. Hughes - Parking in trip to NJ for meeting with Dr. Brown on 10/28-29/03 | 18.00 |
| C. Marraro - Parking at airport on trip to Newark on 8/8/03 | 14.00 |
| C. Marraro - Parking at airport on trip to Newark on 8/11/03 | 15.00 |
| C. Marraro - Parking at airport on trip to Newark on 9/8/03 | 30.00 |
| C. Marraro - Parking in NY on 10/2/03 meeting | 25.00 |
| C. Marraro - Parking at airport on trip to Newark on 10/2/03 | 30.00 |
| C. Marraro - Parking at airport on trip to Newark on 10/7/03 | 30.00 |
| C. Marraro - Parking at airport on trip to Newark on 10/2/03 | 45.00 |

| **Auto Rentals** | **$2,653.70** |
|---|---|
| M. Williams - Auto Rental in New Jersey for deposition of William Sheehan 8/25-26/03 | 166.31 |
| C. Marraro - Auto Rental in Newark for meeting on 2/20/03 | 77.40 |
| C. Marraro - Auto Rental in Florida on 3/17/03 (3 days) | 192.24 |
| C. Marraro - Auto Rental in Newark 4/1/03 (1 day) | 104.66 |
| C. Marraro - Auto Rental in Newark on 4/8/03 (1 day) | 96.80 |
| C. Marraro - Auto Rental in Newark on 4/10-11/03 (2 days) | 184.33 |
| C. Marraro - Auto Rental in Newark on 4/17-18/03 (1 day) | 84.97 |
| C. Marraro - Auto Rental in Newark on 5/13/03 (1 day) | 91.88 |
| C. Marraro - Auto Rental in Newark on 5/21-22/03 (2 days) | 125.81 |
| C. Marraro - Auto Rental in Newark on 5/28/03 (1 day) | 104.46 |
| C. Marraro - Auto Rental in Newark on 6/9-10/03 (2 days) | 182.87 |
| C. Marraro - Auto Rental in Newark on 6/2-3/03 (2 days) | 154.89 |
| C. Marraro - Auto Rental in Newark on 6/20/03 (1 day) | 87.25 |
| C. Marraro - Auto Rental in Newark on 6/30/03 (2days) | 152.33 |
| C. Marraro - Auto Rental in NY on 7/14/03 (1 day) | 219.00 |
| C. Marraro - Auto Rental in Newark on 9/8/03 (2 days) | 199.91 |
| C. Marraro - Auto Rental in Newark 9/24-25/03 (1 day) | 92.60 |
| C. Marraro - Auto Rental in Newark 10/6-7/03 (1 day) | 118.05 |
| C. Marraro - Auto Rental in Newark 10/1-3/03 (3 days) | 217.94 |

| Hotels | **$6,218.63** |
|---|---|
| M. Williams - Hotel in New Jersey for deposition of William Sheehan on 8/26/03 (1 night) | 284.80 |
| C. Marraro - Hotel in Newark, NJ 4/1/03 (1 night) | 254.10 |
| C. Marraro - Hotel in NJ for meetings on 4/10/03 (1 night) | 318.18 |
| C. Marraro - Hotel in Newark on 4/17/03 (1 night) | 236.53 |
| C. Marraro - Hotel in Newark on 5/27/03 (1 night) | 288.72 |
| C. Marraro - Hotel in New York on 6/4/03 (1 night) | 298.94 |
| C. Marraro - Hotel in Newark on 6/9/03 (1 night | 325.44 |
| C. Marraro - Hotel in Miami, FL on 3/23-25/03 (2 Nights) | 482.24 |
| W. Hughes - Hotel in Buffalo for mediation conference on 9/13/03 (2 nights) | 202.29 |
| C. Marraro - Hotel in Newark on 6/20/03 (2 nights) | 376.69 |
| C. Marraro - Hotel in Newark on 6/30/03 (2 nights) | 290.62 |
| W. Hughes - Hotel in NJ for Meeting with NJDEP on (1 night) | 248.37 |
| C. Marraro - Hotel in Newark on 8/08/03 (2 nights) | 500.87 |
| C. Marraro - Hotel in Newark on 9/8/03 (2 nights) | 408.61 |
| C. Marraro - Hotel in Newark on 10/6-7/03 (2 nights) | 320.45 |
| C. Marraro - Hotel in Newark on 10/2-3/03 (2 nights) | 306.66 |
| C. Marraro - Hotel in Newark on 9/24-25/03 (2 nights) | 460.95 |
| C. Marraro - Hotel in Newark on 9/30-10/2/03 (3 nights) | 614.17 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:                       )    Chapter 11

                              )

W. R. GRACE & CO., et al.,[1]    )    Case No. 01-01139 (JKF)

                              )    (Jointly Administered)

                              )

          Debtors.        )

## **VERIFICATION**

Christopher H. Marraro, after being duly sworn according to law, deposes and says:

1.     I am a partner with the applicant firm, Wallace King Marraro & Branson,

PLLC and I am a member in good standing of the bars of the State of New Jersey and District of

Columbia.

2.     I have personally performed certain of, and overseen the legal services

rendered by Wallace King Marraro & Branson PLLC as special litigation and environmental counsel

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

to the Debtors and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

        3.     The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

Christopher H. Marraro

In the District of Columbia

SWORN TO AND SUBSCRIBED
before me this 17th day of February 2004.

Notary Public

My Commission Expires:

BRENDA SELF
Notary Public
District of Columbia
My Comm. Expires January 1, 2008

-2-