**Exhibit C**
December 2003 Fee Application

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al* | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: March 2, 2004 at 4:00 p.m.** |
| | ) | **Hearing Date: TBD only if necessary** |

**SUMMARY COVER SHEET TO THIRTY-THIRD MONTHLY INTERIM
APPLICATION OF WALLACE KING MARRARO & BRANSON PLLC
FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR
DECEMBER 1, 2003 THROUGH DECEMBER 31, 2003**

| | |
|---|---|
| Name of Applicant: | Wallace King Marraro & Branson PLLC. ("WKMB") |
| Authorized to provide professional services to: | Special Litigation and Environmental Counsel to Debtors |
| Date of Retention: | April 2, 2001 |
| Period for which compensation and reimbursement is sought: | December 1, 2003 through December 31, 2003. |
| Amount of compensation sought as actual, reasonable and necessary | $55,474.16 for the period December 1, 2003 through December 31, 2003 (80% of $69,342.70 after 40% discount for Honeywell matter) in professional fees. |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $24,468.58 for the period December 1, 2003 through December 31, 2003. |

This is a:      Monthly interim application.

DOCKET # 5089
DATE 2-11-04

Prior Applications filed: Yes.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 7/5/01 | 4/2/01 through 4/30/01 | $216,471.50 | $25,282.16 | 100% Paid | 100% Paid |
| 7/5/01 | 5/1/01 through 5/31/01 | $244,726.00 | $26,594.89 | 100% Paid | 100% Paid |
| 8/9/01 | 6/1/01 through 6/20/01 | $186,977.91 | $90,104.66 | 100% Paid | 100% Paid |
| 8/28/01 | 7/1/01 through 7/31/01 | $101,544.08 | $52,387.36 | 100% Paid | 100% Paid |
| 10/18/01 | 8/1/01 through 8/31/01 | $85,722.80 | $56,387.04 | 100% Paid | 100% Paid |
| 11/05/01 | 9/1/01 through 9/30/01 | $66,562.16 | $24,668.50 | 100% Paid | 100% Paid |
| 12/13/01 | 10/1/01 through 10/31/01 | $76,674.32 | $10,019.94 | 100% Paid | 100% Paid |
| 1/02/02 | 11/1/01 through 11/30/01 | $76,484.30 | $13,513.96 | 100% Paid | 100% Paid |
| 2/12/02 | 12/1/01 through 12/31/01 | $46,954.80 | $17,209.63 | 100% Paid | 100% Paid |
| 2/21/02 | 1/1/02 through 1/31/02 | $79,379.36 | $2,260.41 | 100% Paid | 100% Paid |
| 3/25/02 | 2/1/02 through 2/28/02 | $69,957.20 | $3,160.68 | 100% Paid | 100% Paid |
| 4/24/02 | 3/1/02 | $55,351.04 | $3,155.63 | 100% Paid | 100% Paid |

| | through 3/31/02 | | | | |
|---|---|---|---|---|---|
| 5/23/02 | 4/1/02 through 4/30/02 | $63,704.72 | $6,584.06 | 100% Paid | 100% Paid |
| 6/27/02 | 5/1/02 through 5/31/02 | $57,060.32 | $4,946.79 | 100% Paid | 100% Paid |
| 7/24/02 | 6/1/02 through 6/30/02 | $66,137.04 | $8,461.57 | 100% Paid | 100% Paid |
| 8/27/02 | 7/1/02 through 7/31/-2 | $72,492.64 | $20,490.51 | 100% Paid | 100% Paid |
| 9/25/02 | 8/1/02 through 8/31/02 | $94,828.80 | $23,851.10 | 100% Paid | 100% Paid |
| 10/25/02 | 9/1/02 through 9/30/02 | $124,578.27 | $1,424.28 | 100% Paid | 100% Paid |
| 11/25/02 | 10/1/02 through 10/31/02 | $167,191.12 | $36,979.60 | 100% Paid | 100% Paid |
| 1/2/03 | 11/1/02 through 11/30/02 | $157,634.40 | $25,921.79 | 100% Paid | 100% Paid |
| 2/12/03 | 12/1/02 through 12/31/02 | $178,734.48 | $114,558.29 | 80% Paid | 100% Paid |
| 4/18/03 | 1/1/03 through 1/31/03 | $275,466.40 | $159,839.86 | 100% Paid | 100% Paid |
| 5/6/03 | 2/1/03 through 2/28/03 | $123,758.48 | $25,803.22 | 100% Paid | 100% Paid |
| 5/7/03 | 3/1/03 through 3/31/03 | $110,340.00 | $10,455.86 | 100% Paid | 100% Paid |
| 6/13/03 | 4/1/03 through 4/30/03 | $87122.40 | $13,144.41 | 80% Paid | 100% Paid |
| 6/26/03 | 5/1/03 through 5/31/03 | $$57,138.56 | $12,415.74 | 80% Paid | 100% Paid |
| 7/8/03 | 6/1/03 through | $105,028.72 | $,316.82 | 80% Paid | 100% Paid |

| | 6/30/03 | | | | |
|---|---|---|---|---|---|
| 9/3/03 | 7/1/03 through 7/31/03 | $133,158.40 | $10,206.36 | 80% Paid | 100%Paid |
| 9/23/03 | 8/1/03 through 8/31/03 | $82,045.28 | $16,185.52 | 80% Paid | 100% Paid |
| 10/31/03 | 9/1/03 through 9/30/03 | $105,216.20 | $10,195.00 | No Objections Served on Counsel | No Objections Served on Counsel |
| 12/10/03 | 10/1/03 through 10/31/03 | $117,161.70 | $26,662.70 | No Objections Served on Counsel | No Objections Served on Counsel |
| 12/31/03 | 11/1/03 through 11/30/03 | $80,439.90 | $4,599.05 | No Objections Served on Counsel | No Objections Served on Counsel |

As indicated above, this is the thirty-third application for interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases

## Summary of Compensation Requested

| Name of Professional Individual | Position, year assumed, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Christopher Marraro | Partner | $440 | 71.1 | $31,284.00 |
| William Hughes | Counsel | $350 | 73.2 | $25,620.00 |
| Michael L. Williams | Associate | $225 | 21.1 | $4,747.50 |
| Rebecca L. Schuller | Associate | $180 | 10.4 | $1,872.00 |
| Tamara R. Parker | Associate | $290 | 32.4 | $9,396.00 |
| Alec C. Zacaroli | Associate | $225 | 5.5 | $1,237.50 |
| Barbara Banks | Paralegal | $135 | 75.3 | $10,165.50 |
| Rebecca M. Ross | Paralegal | $120 | 5.0 | $600.00 |

Total Fees                         $84,922.50
Less 40% Discount for Allied       $( 15,579.80)

Balance Due                        $ 69,342.70

Total Hours                        294.0

**EXPENSE SUMMARY**

| Expense Category | Total Expenses |
|---|---|
| Copying | $1,215.39 |
| Facsimiles | $96.75 |
| Online Research | $14,014.59 |
| Telephone | $683.67 |
| Federal Express | $289.11 |
| Taxi Service | $65.78 |
| Meals (Travel, Clients and Meetings in DC) | $1,238.13 |
| Air Fares | $2,736.75 |
| Amtrak (train) | $331.00 |
| Hotels | $2,860.08 |
| Auto Rentals | $628.50 |
| Parking on Trips | $189.00 |
| Working Meals in DC (Attorneys) | $119.83 |
| | |
| | |
| Total | $24,468.58 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

## VERIFICATION

Christopher H. Marraro, after being duly sworn according to law, deposes and says:

1.    I am a partner with the applicant firm, Wallace King Marraro & Branson,

PLLC and I am a member in good standing of the bars of the State of New Jersey and District of

Columbia.

2.    I have personally performed certain of, and overseen the legal services

rendered by Wallace King Marraro & Branson PLLC as special litigation and environmental counsel

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

to the Debtors and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

        3.      The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

Christopher H. Marraro

In the District of Columbia

SWORN TO AND SUBSCRIBED
before me this 23rd day of January 2004.

Notary Public

My Commission Expires:

BRENDA SELF
Notary Public
District of Columbia
My Comm. Expires January 1, 2008

-2-

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Deadline: March 2, 2004 at 4:00 p.m.**
**Hearing Date: TBD only if necessary**

## FEE DETAIL FOR WALLACE KING MARRARO & BRANSON PLLC'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM DECEMBER 1, 2003 THROUGH DECEMBER 31, 2003

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Wallace
King
Marraro
Branson

WALLACE KING MARRARO & BRANSON, PLLC
1050 THOMAS JEFFERSON STREET, N.W.
WASHINGTON, DC 20007

Phone 202.204.1000
Fax 202.204.1001

January 22, 2004

Richard Senftleben
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

Invoice#    1509

For Professional Services Rendered in Connection with Honeywell, Inc. - Matter 6

Professional Services:

|  |  |  | Hours |
|---|---|---|---|
| 12/01/2003 | BJB | Continue analysis of U. S. EPA FOIA response (5.4). | 5.40 |
| 12/01/2003 | WFH | Update case law on RCRA injunction issue and confer with Mr. Marraro re same (1.9). | 1.90 |
| 12/01/2003 | MLW | Research regarding evidentiary issues related to Special Master issues (2.4). | 2.40 |
| 12/02/2003 | CHM | Conference with Mr. Hughes re strategy (.5); conference with Mr. Corcoran re strategy meeting (.2). | 0.70 |
| 12/02/2003 | MLW | Research regarding appellate issues (1.6). | 1.60 |
| 12/02/2003 | RMR | Follow-up on FOIA requests from 4 EPA regions (.8). | 0.80 |
| 12/03/2003 | BJB | Continue analysis of U. S. EPA FOIA responses (2.6). | 2.60 |
| 12/03/2003 | CHM | Prepare response to Honeywell motion on Riverkeepers (2.0). | 2.00 |
| 12/03/2003 | RLS | Research evidentiary issues for Mr. Hughes (4.2). | 4.20 |
| 12/03/2003 | MLW | Research regarding special master, work plan, and appellate issues (3.2). | 3.20 |

Page 2

| | | | |
|---|---|---|---|
| 12/04/2003 | BJB | Research Lexis for pertinent case for Mr. Marraro and prepare email same (.3); continue analysis of U. S. EPA FOIA responses (4.7). | 5.00 |
| 12/04/2003 | MLW | Preparation of research memorandum, regarding special master and appellate issues (5.6). | 5.60 |
| 12/05/2003 | BJB | Review, coordinate and organize new correspondence and prepare for incorporation into case files (2.8). | 2.80 |
| 12/05/2003 | ACZ | Research re standards applicable to evidentiary issues supplied in support of Honeywell's briefs (1.3). | 1.30 |
| 12/05/2003 | RLS | Reserach evidentiary issues for Mr. Hughes (2.1). | 2.10 |
| 12/05/2003 | MLW | Continued preparation of research memorandum, regarding special master and appellate issues (5.9). | 5.90 |
| 12/08/2003 | BJB | Prepare email letter response and make telephone call in response to EPA regions 8 and 9 FOIA responses (5.3). | 5.30 |
| 12/08/2003 | CHM | Analyze Mr. Williams' memorandum re evidentiary issues (.8); conference with Mr. Williams re same (.3). | 1.10 |
| 12/08/2003 | RLS | Research evidentiary issues for Mr. Hughes (2.1). | 2.10 |
| 12/08/2003 | MLW | Preparation of research memorandum, regarding special master and appellate issues (2.4). | 2.40 |
| 12/09/2003 | BJB | Incorporate post trial documents into indexed case files and electronic files (5.0). | 5.00 |
| 12/09/2003 | ACZ | Research case law re use of new evidence in reply briefs in connection with fee petition (2.1). | 2.10 |
| 12/10/2003 | BJB | Continue incorporation of post trial documents into indexed case files (2.0); continue analysis of  U. S. EPA FOIA response (1.8). | 3.80 |
| 12/10/2003 | WFH | Review correspondence from Honeywell re motion to strike and confer with Ms. Flax and Mr. Marraro re same (.4). | 0.40 |
| 12/10/2003 | ACZ | Research re standards for motion to strike  on fee petition (1.8). | 1.80 |

| 12/11/2003 | BJB | Process and prepare videotapes of site for Mr. Marraro (.2). | 0.20 |
|---|---|---|---|
| 12/11/2003 | BJB | Incorporate new correspondence and case documents into indexed case files and create new files as appropriate (5.5). | 5.50 |
| 12/11/2003 | CHM | Conference with ICO re various issues (.5); conference with client re update (.5) | 1.00 |
| 12/11/2003 | TRP | Confer with B. Hughes re admissibility of National Law Journal survey (.2); Westlaw research on fee petition reliance on National Law Journal and other evidentiary rules that might apply and email cases to B. Hughes (1.9). | 2.10 |
| 12/11/2003 | RMR | Follow-up on EPA FOIA requests (1.2). | 1.20 |
| 12/12/2003 | BJB | Continue to incorporate new documents into files (3.0). | 3.00 |
| 12/12/2003 | CHM | Conference with Honeywell's counsel re various issues (.5). | 0.50 |
| 12/12/2003 | TRP | Additional research on admissibility issues in in fee petition cases and email to B. Hughes (1.7). | 1.70 |
| 12/12/2003 | RMR | Follow-up on FOIA requests (1.3). | 1.30 |
| 12/15/2003 | BJB | Telephone conference with U.S. EPA Region 8 (1.1); collect pertinent fee petition documents for Mr. Parker (.4); analyze EPA database site printout of FOIA responses (5.8). | 7.30 |
| 12/15/2003 | CHM | Review draft of response on Honeywell motion to strike and comment on response (1.0); analyze Williams' memo re same (.8). | 1.80 |
| 12/15/2003 | TRP | Conference with B. Hughes re declarations (.2); conference with B. Banks re materials needed related to fee petition (.3); begin review of original fee petition, Honeywell's response and ECARG reply for purpose of review to compare specific points covered in each (4.6). | 5.10 |
| 12/15/2003 | ACZ | Conference with Mr. Hughes re motion to strike research (.3). | 0.30 |

| | | | |
|---|---|---|---|
| 12/16/2003 | BJB | Follow up telephone conference with Region re FOIA responses (.5); prepare RCRA FOIA requests to EPA Regions 1, 2 and 3 (3.3); research EPA online databases (2.7); make follow up telephone call to District Court re specific case documents re RCRA 7003 order (.7); conference with Mr. Williams re documents (.3); process request for documents from clerk of court (.4) respond to telephone inquiry re FOIA responses previously received from EPA HQ and prepare email response (.4). | 8.30 |
| 12/16/2003 | TRP | Email with N. Bynum re additional materials needed related to fee petition (.2); continued review of original fee petition, Honeywell's response and ECARG reply for purpose review to compare specific points covered in each and begin preparing chart (6.8). | 7.00 |
| 12/16/2003 | RLS | Research evidentiary issues for Mr. Hughes (2.0). | 2.00 |
| 12/17/2003 | BJB | Respond to telephone inquiry from Mr. Miller (.1); incorporate case documents into indexed case files and create new files (5.9). | 6.00 |
| 12/17/2003 | WFH | Review Honeywell's motion to strike and confer with Ms. Flax re preparing an opposition to same (RCRA fee petition matter) (.8); legal research re evidentiary argument raised by Honeywell (.5); conference with Ms. Parker re research assignment (.3). | 1.60 |
| 12/17/2003 | TRP | Continued review of original fee petition, Honeywell's response and ECARG reply for purpose review to compare specific points covered in each and begin preparing chart (7.1); email and phone conference with B. Hughes re Harris Report from Dr. Brown (.2). | 7.30 |
| 12/18/2003 | BJB | Collect pertinent documents for Mr. Hughes and Mr. Zacaroli (.4); scan and prepare email of Pertinent document for Mr. Hughes (.2); continue incorporating case documents into indexed files and create new files (6.2). | 6.80 |
| 12/18/2003 | WFH | Work on brief in opposition to Honeywell's motion to enter its proposed remedial action work plan (2.0). | 2.00 |
| 12/18/2003 | CHM | Travel to DC (2.1) (Note: Travel time billed at 50%; 10% here or 1.8 and 40% at end of statement). | 1.80 |

Page 5

| 12/18/2003 | TRP | Continued review of original fee petition, Honeywell's response and ECARG reply for purpose review to compare specific points covered in each and begin preparing chart (3.1); Westlaw research re standards for reply (1.9). | 5.00 |
|---|---|---|---|
| 12/18/2003 | RMR | Follow-up on FOIA requests for specific sites in EPA Regions IV, V, VI and VII (.7). | 0.70 |
| 12/19/2003 | BJB | Prepare letter request and FedEx package to Clerk of Court for Mr. Williams (.9); collect pertinent documents for Messrs. Hughes and Zacaroli (.4); incorporate new correspondence into files (.8). | 2.10 |
| 12/19/2003 | WFH | Work on brief in opposition to Honeywell's motion to enter its proposed remedial action work plan (2.5). | 2.50 |
| 12/19/2003 | CHM | Conference with Ms. Flax re Honeywell motion to strike re fee petition (.8); prepare letter to court re Riverkeepers issues (2.0). | 2.80 |
| 12/19/2003 | TRP | Review cases cited by Honeywell and conducted Westlaw searches for additional authority (1.2); began drafting argument in response to Honeywell's motion to strike declarations (1.1). | 2.30 |
| 12/19/2003 | RMR | Follow-up on FOIA requests to EPA Regions IV, V, VI and VII (.3). | 0.30 |
| 12/22/2003 | WFH | Confer with Ms. Flax re opposition to Honeywell's motion to strike (.3); review results of Ms. Parker's research re admissibility of Nat'l Law Journal article (.3); review declarations that are the subject to Honeywell's motion and revise tables in response to arguments raised in Honeywell's opposition brief (2.5); review expert's invoices and supporting docs in connection with preparing opposition to motion to strike (.5). | 3.60 |
| 12/22/2003 | CHM | Conference with Agnello re fee petition issues (.5); conference with client re strategy meeting and other issues (.5); review updated cases (1.0). | 2.00 |
| 12/22/2003 | TRP | Draft and email to Mr. Hughes argument in response to Honeywell's motion to strike declarations (1.9). | 1.90 |

Page 6

| 12/29/2003 | CHM | Conference call with traffic engineer re assignments (1.5); conference with Agnello re strategy issues re Honeywell workplan (1.0). | 2.50 |
|---|---|---|---|
| 12/30/2003 | CHM | Begin to outline points for oral argument re fee petition (1.0). | 1.00 |
| 12/30/2003 | RMR | Follow-up on FOIA requests to EPA Regions IV, V, VI and VII (.7). | 0.70 |

|  |  | **Amount** |
|---|---|---|
| Total fees | 172.70 | 38,949.50 |

Disbursements:

| | |
|---|---|
| Copying | 1,148.19 |
| Facsimile | 92.25 |
| Telephone | 683.67 |
| Online research | 13,216.59 |
| Federal Express | 273.41 |
| C. Marraro - Working Lunch in DC on 10/14/03 (1 person) | 17.49 |
| C. Marraro - Working dinner with Mr, Hughes on 7/18/03 (2 people) | 31.50 |
| C. Marraro -  Dinner in DC with Mr. Agnello and Mr. Nagy on 7/23/03 (3 people) | 84.40 |
| C. Marraro - Lunch with Mr. Agnello on 8/11/03 (2 people) | 53.50 |
| C. Marraro - Train to/from Newark, NJ on 8/11/03 | 223.00 |
| C. Marraro - R/T Coach Air Fare to Newark, NJ on 8/08/03 | 553.50 |
| C. Marraro - Hotel in Newark on 8/08/03 (2 nights) | 500.87 |
| C. Marraro - Parking at aiport on trip to Newark on 8/08/03 | 14.00 |
| C. Marraro - Parking at airport on trip to Newark on 8/11/03 | 15.00 |
| Taxi Service for Dr. Brown for meetings in DC | 65.78 |
| Superintendent of Documents - Copies from GPO on 12/04/04 | 60.00 |
| C. Marraro - Dinner with Dr. Anderson on 8/19/03 (2 people) | 141.31 |
| C. Marraro - Working dinner with Mr. Hughes on 9/05/03 (2 people) | 40.65 |
| C. Marraro - R/T Coach Air Fare to Newark on 9/06/03 | 553.50 |
| C. Marraro - Hotel in Newark on 9/8/03 (2 nights) | 408.61 |
| C. Marraro - Auto Rental in Newark on 9/8/03 (2 days) | 199.91 |
| C. Marraro - Parking at aitport on trip to Newark on 9/8/03 | 30.00 |
| C. Marraro - Dinner in Newark on 10/1/03 with Messers. Nagy, Brown, Agnello and Ms. Flax (5 people) | 208.65 |
| C. Marraro - Meal in Newark with K. Brown on 10/6/03 (2 people) | 29.28 |
| C. Marraro - Dinner in Newark with Mr. O'Bradovic, K. Brown, A. Nagy and J. Agnello on 10/6/03 (5 people) | 291.68 |
| C. Marraro - Dinner with M. Daniker in DC on 10/9/03 (2 people) | 55.04 |

Page 7

| | |
|---|---|
| C. Marraro - Working Lunch with Mr. Williams in DC on 10/10/03 (2 people) | 30.19 |
| C. Marraro - Dinner in DC with J. Agnello, B. Hughes and M. Flax while working on brief on 9/26/03 (4 people) | 189.50 |
| C. Marraro - Dinner in Newark with K. Brown and A.Nagy on 9/24/03 (3 people) | 112.75 |
| C. Marraro - Lunch in Newark with A. Nagy on 9/25/03 (2 people) | 43.75 |
| C. Marraro - Breakfast with A. Naby on 9/25/03 in Newark (2 people) | 28.27 |
| C. Marraro - R/T Coach Air Fare to Newark on 9/23/03 | 553.50 |
| C. Marraro - R/T Coach Air Fare to Newark on 9/30/03 | 276.25 |
| C. Marraro - R/T Coach Air Fare to Newark on 10/3/03 | 558.50 |
| C. Marraro - R/T Coach Air Fare to Newark on 10/15/03 | 241.50 |
| C. Marraro - Hotel in Newark on 10/6-7/03  (2 nights) | 320.45 |
| C. Marraro - Hotel in Newark on 10/2-3/03 (2 nights) | 306.66 |
| C. Marraro - Hotel in Newark on 9/24-25/03 (2 nights) | 460.95 |
| C. Marraro - Hotel in Newark on 9/30-10/2/03 (3 nights) | 614.17 |
| C. Marraro - Auto Rental in Newark 9/24-25/03 (1 day) | 92.60 |
| C. Marraro - Auto Rental in Newark 10/6-7/03 (1 day) | 118.05 |
| C. Marraro - Auto Rental in Newark 10/1-3/03 (3 days) | 217.94 |
| C. Marraro - Parking in NY on 10/2/03 for meeting | 25.00 |
| C. Marraro - Parking at aiport on trip to Newark on 10/2/03 | 30.00 |
| C. Marraro - Parking at airport on trip to Newark on 10/7/03 | 30.00 |
| C. Marraro - Parking at airport on trip to Newark on 10/3/03 | 45.00 |

| | |
|---|---|
| Total disbursements | $23,286.81 |
| Total Amount of This Bill | $62,236.31 |
| Less Deduction of 40% of Fees Per Agreement | $15,579.80 |
| Balance Due | $46,656.51 |

## Timekeeper Summary

| Name | | Hours | Rate |
|---|---|---|---|
| Zacaroli, Alec C. | Associate | 5.50 | $225.00 |
| Banks, Barbara J. | Paralegal | 69.10 | $135.00 |
| Marraro, Christopher H. | Partner | 17.20 | $440.00 |
| Williams, Michael L. | Associate | 21.10 | $225.00 |
| Schuller, Rebecca L. | Associate | 10.40 | $180.00 |
| Ross, Rebecca M. | Paralegal | 5.00 | $120.00 |
| Parker, Tamara R. | Associate | 32.40 | $290.00 |

Page 8

| Hughes, William F. | Counsel | 12.00 | $350.00 |

**WALLACE KING MARRARO & BRANSON, PLLC**
**1050 THOMAS JEFFERSON STREET, N.W.**
**WASHINGTON, DC  20007**

Wallace
King
Marraro
Branson

**Phone 202.204.1000**
**Fax 202.204.1001**

January 22, 2004

Robert Emmett
W. R. Grace & Company
7500 Grace Drive
Columbia, MD  21044

Invoice#    1510

For Professional Services Rendered in Connection with Acton Matter - Matter 13

Professional Services:

|  |  |  | **Hours** |
|---|---|---|---|
| 12/23/2003 | CHM | Meeting with Ms. Duff in Columbia to discuss background and strategy (2.5); review of documents (2.5). | 5.00 |

|  |  | **Amount** |
|---|---|---|
| Total fees | 5.00 | 2,200.00 |
| Total Amount of This Bill | | $2,200.00 |
| Balance Due | | $2,200.00 |

### Timekeeper Summary

| Name | | Hours | Rate |
|---|---|---|---|
| Marraro, Christopher H. | Partner | 5.00 | $440.00 |

Wallace
King
Marraro
Branson

**WALLACE KING MARRARO & BRANSON, PLLC**
**1050 THOMAS JEFFERSON STREET, N.W.**
**WASHINGTON, DC 20007**

**Phone 202.204.1000**
**Fax 202.204.1001**

January 22, 2004

Richard Senftleben
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

Invoice#    1511

For Professional Services Rendered in Connection with Remediation Matters

Professional Services:

|  |  |  | **Hours** |
|---|---|---|---|
| 12/01/2003 | WFH | Conference with Dr. Brown re barging issue (.4); legal and factual research re RCRA transporter issues related to proposed barging option (7.4); calls to EPA and NJDEP re same (.5); prepare file memo re same (.8). | 9.10 |
| 12/02/2003 | WFH | Additional factual and legal research re availability of licensed transporter in NJ to barge COPR from site (7.2); conference with Dr. Brown's staff re same (.4). | 7.60 |
| 12/02/2003 | CHM | Conference with Dr. Brown re wordplan (.8); prepare response to Honeywell's letters re remediation (1.6); review Special Master letters (.5). | 2.90 |
| 12/03/2003 | WFH | Factual and legal research re availability of licensed transporter in NJ capable of barging hazardous waste (2.2); conferences with Messrs. Marraro, Agnello and Brown re same (.5). | 2.70 |
| 12/03/2003 | CHM | Travel from Newark to DC (1.8). (Note: Travel time billed at 50% or .9). | 0.90 |
| 12/03/2003 | CHM | Meet with traffic engineer re trucking issues (3.0); attend strategy meeting with Agnello re trucking vs. barging issues (1.2); attend site visit and truck route meeting (2.2). | 6.40 |

| | | | |
|---|---|---|---|
| 12/04/2003 | BJB | Locate and provide pertinent federal regulations re Transport of hazardous waste permits for Mr. Hughes (.8); research admitted exhibits for pertinent site property information for Mr. Hughes (1.8). | 2.60 |
| 12/04/2003 | WFH | Review Honeywell's proposed work plan and schedule and prepare comments on same (2.7); conferences with Dr. Brown and staff re technical issues raised by same (.5). | 3.20 |
| 12/04/2003 | CHM | Conference call with K. Brown re barging issues (.6). | 0.60 |
| 12/05/2003 | CHM | Analyze ICO's comments to Honeywell's RAWP (.5); review and comment on Honeywell's RAWP (1.5); conference with Agnello re same (.5). | 2.50 |
| 12/08/2003 | CHM | Conference with Hughes re assignment on 500 foot jurisdictional issue (.3); conference with Dr. Brown (.5). | 0.80 |
| 12/09/2003 | CHM | Analyze Special Master's revisions to Honeywell's RAWP (1.8); conference with Dr. Brown re same (.3); conference with Hughes re status of assignments (.2). | 2.30 |
| 12/10/2003 | BJB | Review and organize new correspondence and case documents re comments on site workplan (.4). | 0.40 |
| 12/10/2003 | WFH | Review memo from Dr. Bell re Honeywell work plan and confer with Dr. Brown re issue raised by same (.9); review Special Master's comments on Honeywell's remedial action work plan and confer with Golladay re issue in same (.7); review Langan memo in connection with traffic study (.8); research in connection with work plan (1.2). | 3.60 |
| 12/10/2003 | CHM | Conference with Dr. Brown re Special Master's workplan comments (.6); conference with client re same (.5). | 1.10 |
| 12/11/2003 | WFH | Conference with Mr. Marraro re permitting issue under Waterfront Development Law (.4); legal research re same (7.2). | 7.60 |
| 12/11/2003 | CHM | Conference with Hughes re jurisdictional issues on 500 feet (.3); conference with Agnello re meeting with Special Master's course (.3). | 0.60 |
| 12/12/2003 | BJB | Incorporate new correspondence and site documents into indexed case files (.2). | 0.20 |

Page 3

| 12/12/2003 | WFH | Review Honeywell's comments on the Special Master's revisions to Honeywell's remedial action work plan (.5); finish legal research re Waterfront Development permitting issue (5.9); draft memorandum re same (1.9). | 8.30 |
| 12/12/2003 | CHM | Analyze Honeywell's revised RAWP and compare to Special Master draft (2.5); conference with Agnello re various issues with Special Master (.5); analyze preliminary information from traffic engineer (1.6). | 4.60 |
| 12/15/2003 | BJB | Incorporate new case documents into electronic files (.4). | 0.40 |
| 12/15/2003 | WFH | Review Louis Berger's comments on Honeywell's 6th and 7th Progress Reports (.3); review Connell Foley's 12/11 correspondence to Honeywell re Roned and availability of data (.2); review Connell Foley correspondence re marine docking facility and confer with Dr. Brown's staff re follow-up issue (.5); conduct follow-up research and finish memo re Waterfront Development permit issue and confer with Messrs. Marraro and Agnello re same (7.6). | 8.60 |
| 12/16/2003 | WFH | Review red-line version of Honeywell's proposed remedial action work plan and develop comments on same (1.5); meeting with Messrs. Agnello, Marraro and Brown in New Jersey re developing Grace's comments on work plan (4.0). | 5.50 |
| 12/16/2003 | CHM | Work on response to Special Master re Honeywell Plan (2.0); pre-meeting with Dr. Brown and clients (1.5); dinner meeting with clients and Dr. Brown (1.0) | 4.50 |
| 12/16/2003 | CHM | Travel to New Jersey for Meeting (3.0). (Note: Travel time billed at 50% or 1.5). | 1.50 |
| 12/17/2003 | WFH | Review Honeywell correspondence re weather-related delays and request for additional time (.2); review letter from Daneker to Special Master re Roned and availability of data (.2); conference with Mr. Marraro re assignment (.3). | 0.70 |
| 12/17/2003 | CHM | Attend Special Master meeting (5.0); post-meeting analysis and work on revision to Grace defendant's schedule (2.0). | 7.00 |
| 12/18/2003 | WFH | Review Parsons correspondence to Louis Berger re geotechnical issue and documents referenced therein (.4). | 0.40 |

Page 4

| Date | TK | Description | Hours |
|---|---|---|---|
| 12/18/2003 | CHM | Analyze preliminary video (1.5); meeting with Agnello re strategy re Honeywell submissions (2.5); conference with client (.6). | 4.60 |
| 12/19/2003 | BJB | Review, categorize and organize new correspondence and incorporate into case files and electronic files (2.6). | 2.60 |
| 12/19/2003 | CHM | Conference with Agnello re various issues (.7); review Hughes' analysis of Honeywell letter (.5); review Honeywell letter (.3). | 1.50 |
| 12/22/2003 | CHM | Prepare response to Honeywell letter to Special Master re Grace and other issues (1.8); conference with ICO re joint filing (.3); conference with client (.2); conference with Dr. Brown (.5); re-assess video re trucking issues (.8). | 3.60 |
| 12/23/2003 | WFH | Review letter from Honeywell to Special Master re Grace's proposed RWP (.2); conference with Mr. Marraro re response to same (.3); conference with Mr. Brown re technical issues raised by Honeywell letter (.3); prepare outline of response (1.5). | 2.30 |
| 12/23/2003 | CHM | Conference with Agnello re traffic study (.5). | 0.50 |
| 12/30/2003 | CHM | Teleconference with Agnello re traffic engineer issues (.5); outline motion package (1.0). | 1.50 |

|  |  | **Amount** |
|---|---|---|
| Total fees | 113.20 | 42,553.00 |

Disbursements:

| | Amount |
|---|---|
| Online research | 798.00 |
| W. Hughes - Amtrak to NJ for Meeting with NJDEP on 10/03/03 | 108.00 |
| W. Hughes - Hotel in NJ for Meeting with NJDEP on (1 night) | 248.37 |
| Total disbursements | $1,154.37 |
| Total Amount of This Bill | $43,707.37 |
| Balance Due | $43,707.37 |

## Timekeeper Summary

| Name | | Hours | Rate |
|---|---|---|---|
| Banks, Barbara J. | Paralegal | 6.20 | $135.00 |
| Marraro, Christopher H. | Partner | 47.40 | $440.00 |
| Hughes, William F. | Counsel | 59.60 | $350.00 |

Wallace
King
Marraro
Branson

**WALLACE KING MARRARO & BRANSON, PLLC**
**1050 THOMAS JEFFERSON STREET, N.W.**
**WASHINGTON, DC 20007**

**Phone 202.204.1000**
**Fax 202.204.1001**

January 22, 2004

Robert Emmett
W. R. Grace & Company
7500 Grace Drive
Columbia, MD 21044

Invoice#   1508

For Professional Services Rendered in Connection with Waterloo - Brewer Road Site - Matter 4

Professional Services:

|            |     |                                                                                                                                         | **Hours** |
|------------|-----|-----------------------------------------------------------------------------------------------------------------------------------------|-----------|
| 12/10/2003 | WFH | Review Zotos' reply brief and confer with Mr. Hogan re same (.6); prepare outline of argument points re oral argument on Zotos motion (1.0). | 1.60      |
| 12/18/2003 | CHM | Analyze briefs and prepare for argument on Zotos motion (1.5).                                                                           | 1.50      |

|                |      | **Amount** |
|----------------|------|------------|
| Total fees     | 3.10 | 1,220.00   |

Disbursements:

|                   |         |
|-------------------|---------|
| Copying           | 7.20    |
| Facsimile         | 4.50    |
| Federal Express   | 15.70   |
| Total disbursements | $27.40 |
| Total Amount of This Bill | $1,247.40 |
| Balance Due       | $1,247.40 |

## Timekeeper Summary

| Name                    |         | **Hours** | **Rate**  |
|-------------------------|---------|-----------|-----------|
| Marraro, Christopher H. | Partner | 1.50      | $440.00   |
| Hughes, William F.      | Counsel | 1.60      | $350.00   |