IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

Objection Deadline: March 18, 2004 at 4:00 p.m.
Hearing Date: TBD only if necessary

## FEE DETAIL FOR STEPTOE & JOHNSON LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM OCTOBER 1, 2003 THROUGH OCTOBER 31, 2003

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:46422.2

Exhibit A

Professional Services Provided

**Matter 46**

| Date | Name | Description | Hours |
|---|---|---|---|
| 10/02/03 | A.E. Moran | Review Grassley legislation and possible changes. | 0.50 |
| 10/20/03 | J.W. Johnson | Teleconference to Navigant Consulting regarding IRS subpoena of PWC documents related to Grace; communicate re same to Carol Finke. | 0.50 |
| 10/23/03 | A.E. Moran | Review COLI legislation. | 0.30 |
| 10/24/03 | A.E. Moran | COLI: review Capital Hill COLI testimony, pamphlets and discussions. | 0.80 |

**Matter 32**

| Date | Name | Description | Hours |
|---|---|---|---|
| 10/24/03 | A.E. Moran | Billing: review and complete quarterly bill for April-June 2003. | 1.90 |
| 10/28/03 | A.E. Moran | Followup with auditor on bills. | 0.50 |

| Name | Hours | Rate | Value |
|---|---|---|---|
| J.W. Johnson | 0.50 | 495.00 | 247.50 |
| A.E. Moran  - Matter 46 | 1.60 | 395.00 | 632.00 |
| A. E. Moran  - Matter 32 | 2.40 | 395.00 | 948.00 |
| Total | 4.50 | | 1,827.50 |

Total Fees    $1,827.50

Expenses: Matter 46 unless specified

| | |
|---|---:|
| Overnight Messenger - Matter 32 | 18.02 |
| Duplicating | 13.20 |
| Postage | 0.83 |
| Long Distance Telephone | 0.23 |

|  |  |
|---|---:|
| Total Expenses | $32.28 |
| Total This Statement | $1,859.78 |

*OCTOBER 03*

```
                                                              STEPTOE &
JOHNSON LLP                                          RUN DATE: 01/13/2004
                                                            Detail Cost
Report                                               RUN TIME: 14:48:06
                                                              Proforma:
285840                                                        PAGE:   1

  012046.00001 TAX LITIGATION

  Cost              Timekeeper
  Code     Date     Number    Name                   Quantity   Rate    Amount
Ext.       Phone Number        Description
=========  ========  ============================  ========  ======  ==========
======  ==================    ================================================
DLFD       10/15/03  00206     Moran, Anne E.          1.00    10.31     10.31
Federal Express   FROM:   ANNE E. MORAN   TO:

WARREN H SMITH   ON 09/22/03
DLFD       10/15/03  00206     Moran, Anne E.          1.00     7.71      7.71
Federal Express   FROM:   ANNE E. MORAN   TO:

PAULA A GALBRAITH   ON 09/22/03
DLFD       10/15/03 Total :                                              18.02

DLFD                Total :                                              18.02

DUPLDC     10/24/03  07592     Ward, Brenda A.        45.00     0.15      6.75
   DUPLDC  10/24/03  07592     Ward, Brenda A.        45.00     0.20      9.00
45 PHOTOCOPIES MADE BY 07592
LASR       10/24/03  00206     Moran, Anne E.          1.00     0.15      0.15
   LASR    10/24/03  00206     Moran, Anne E.          1.00     0.20      0.20
PC/Network Printing

PC LASER   1 Pages Moran, Anne
LASR       10/24/03  00206     Moran, Anne E.          1.00     0.15      0.15
   LASR    10/24/03  00206     Moran, Anne E.          1.00     0.20      0.20
PC/Network Printing

PC LASER   1 Pages Moran, Anne
LASR       10/24/03  00206     Moran, Anne E.         11.00     0.15      1.65
   LASR    10/24/03  00206     Moran, Anne E.         11.00     0.20      2.20
PC/Network Printing

PC LASER   11 Pages Moran, Anne
LASR       10/24/03  00206     Moran, Anne E.          1.00     0.15      0.15
   LASR    10/24/03  00206     Moran, Anne E.          1.00     0.20      0.20
PC/Network Printing

PC LASER   1 Pages Moran, Anne
LASR       10/24/03  00206     Moran, Anne E.          1.00     0.15      0.15
   LASR    10/24/03  00206     Moran, Anne E.          1.00     0.20      0.20
PC/Network Printing

PC LASER   1 Pages Moran, Anne
```

Case 01-01139-AMC    Doc 5196-1    Filed 02/27/04    Page 5 of 6

```
LASR       10/24/03 00206      Moran, Anne E.          1.00    0.15        0.15
   LASR    10/24/03 00206      Moran, Anne E.          1.00    0.20        0.20
PC/Network Printing

PC LASER   1 Pages Moran, Anne
LASR       10/24/03 00206      Moran, Anne E.         11.00    0.15        1.65
   LASR    10/24/03 00206      Moran, Anne E.         11.00    0.20        2.20
PC/Network Printing

PC LASER   11 Pages Ward, Brenda
LASR       10/24/03 00206      Moran, Anne E.          1.00    0.15        0.15
   LASR    10/24/03 00206      Moran, Anne E.          1.00    0.20        0.20
PC/Network Printing

PC LASER   1 Pages Ward, Brenda
LASR       10/24/03 00206      Moran, Anne E.          1.00    0.15        0.15
   LASR    10/24/03 00206      Moran, Anne E.          1.00    0.20        0.20
PC/Network Printing

PC LASER   1 Pages Ward, Brenda
LASR       10/24/03 00206      Moran, Anne E.          1.00    0.15        0.15
   LASR    10/24/03 00206      Moran, Anne E.          1.00    0.20        0.20
PC/Network Printing

PC LASER   1 Pages Moran, Anne
LASR       10/24/03 00206      Moran, Anne E.          1.00    0.15        0.15
   LASR    10/24/03 00206      Moran, Anne E.          1.00    0.20        0.20
PC/Network Printing

PC LASER   1 Pages Ward, Brenda
LASR       10/24/03 00206      Moran, Anne E.         11.00    0.15        1.65
```

```
                                                            STEPTOE &
JOHNSON LLP                                           RUN DATE: 01/13/2004
                                                              Detail Cost
Report                                                RUN TIME: 14:48:07
                                                                Proforma:
285840                                                          PAGE:   2

  012046.00001 TAX LITIGATION

  Cost              Timekeeper
  Code     Date     Number   Name                 Quantity  Rate    Amount
Ext.       Phone Number        Description
=========  ========  ==============================  ========  ======  ==========
======  ==================    =============================================
   LASR    10/24/03  00206      Moran, Anne E.         11.00   0.20      2.20
PC/Network Printing

PC LASER  11 Pages Ward, Brenda
LASR      10/24/03  00206      Moran, Anne E.          1.00   0.15      0.15
   LASR   10/24/03  00206      Moran, Anne E.          1.00   0.20      0.20
PC/Network Printing

PC LASER  1 Pages Ward, Brenda
LASR      10/24/03 Total :                                     6.45

LASR               Total :                                     6.45

POST      10/24/03  08174      DEFAULT ATTORNEY,       1.00   0.83      0.83
   POST   10/24/03  08174      DEFAULT ATTORNEY,       1.00            0.83
Postage

Sent by S&J Mailroom via USPS  1 item(s) x
TELEDC    10/20/03  00206      Moran, Anne E.          1.00   0.23      0.23
   TELEDC 10/20/03  00206      Moran, Anne E.          1.00            0.23
X                       DC Telephone TELEDC 3125835740 FROM EXT. 6225
Total : 012046.00001 TAX LITIGATION                           32.28


Report Total :                                                32.28
```