IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

Objection Deadline: March 18, 2004 at 4:00 p.m.
Hearing Date: TBD only if necessary

## FEE DETAIL FOR STEPTOE & JOHNSON LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM NOVEMBER 1, 2003 THROUGH NOVEMBER 30, 2003

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:46422.2

Professional services rendered in November 30, 2003

Exhibit A

**Matter 46**

| 11/06/03 | A.E. Moran | Review COLI settlement activities. | 1.20 |

**Matter 32**

| 11/06/03 | A.E. Moran | Billing - review payment issues with accounting. | 3.70 |
| 11/07/03 | A.E. Moran | Billing: prepare and send reports to auditor. | 0.20 |
| 11/18/03 | A.E. Moran | Work on bills for 10th period. | 0.70 |
| 11/20/03 | A.E. Moran | Respond to emails re confirmation of fees and bankruptcy rules. | 0.10 |
| 11/26/03 | A.E. Moran | Prepare bills for July-September. | 1.70 |

| Name | | Hours | Rate | Value |
|---|---|---|---|---|
| A.E. Moran | Matter 32 | 6.40 | 395.00 | 2,528.00 |
| A. E. Moran | Matter 46 | 1.20 | 395.00 | 474.00 |

Total Fees     $3,002.00

Expenses:  All Matter 46 unless specified

| Duplicating - Matter 46 | 7.35 |
| Duplicating - Matter 32 | 3.00 |
| Facsimile | 16.00 |
| Long Distance Telephone | 1.98 |

Total Expenses     $28.33

Total This Statement     $3,030.33

NOVEMBER 03

```
                                                   STEPTOE & JOHNSON LLP
RUN DATE: 01/13/2004
                                                              Detail Cost
Report                                              RUN TIME: 14:50:08
                                                                Proforma:
285841                                                          PAGE:   1

012046.00102 COLI

   Cost            Timekeeper
   Code    Date    Number      Name                Quantity  Rate   Amount
   Ext.    Phone Number         Description
========= ======== ============================== ========  ====== ==========
======  ==================     =================================================
FAXDC     11/07/03 09066       Merrill,              16.00   1.00    16.00
   FAXDC  11/07/03 09066       Merrill,              16.00   1.15    18.40
DC FAX 16 pages sent to 12147220081
LASR      11/13/03 00206       Moran, Anne E.         7.00   0.15     1.05
   LASR   11/13/03 00206       Moran, Anne E.         7.00   0.20     1.40
PC/Network Printing

PC LASER  7 Pages Kaufman, Brian
LASR      11/13/03 00206       Moran, Anne E.        17.00   0.15     2.55
   LASR   11/13/03 00206       Moran, Anne E.        17.00   0.20     3.40
PC/Network Printing

PC LASER  17 Pages Kaufman, Brian
LASR      11/13/03 Total :                            3.60
LASR      11/18/03 00206       Moran, Anne E.         5.00   0.15     0.75
   LASR   11/18/03 00206       Moran, Anne E.         5.00   0.20     1.00
PC/Network Printing

PC LASER  5 Pages Moran, Anne
LASR      11/18/03 00206       Moran, Anne E.         5.00   0.15     0.75
   LASR   11/18/03 00206       Moran, Anne E.         5.00   0.20     1.00
PC/Network Printing

PC LASER  5 Pages Moran, Anne
LASR      11/18/03 00206       Moran, Anne E.         5.00   0.15     0.75
   LASR   11/18/03 00206       Moran, Anne E.         5.00   0.20     1.00
PC/Network Printing

PC LASER  5 Pages Moran, Anne
LASR      11/18/03 00206       Moran, Anne E.         5.00   0.15     0.75
   LASR   11/18/03 00206       Moran, Anne E.         5.00   0.20     1.00
PC/Network Printing

PC LASER  5 Pages Moran, Anne
LASR      11/18/03 00206       Moran, Anne E.         5.00   0.15     0.75
   LASR   11/18/03 00206       Moran, Anne E.         5.00   0.20     1.00
PC/Network Printing

PC LASER  5 Pages Moran, Anne
LASR      11/18/03 Total :                            3.75
```

```
LASR       11/26/03 00206     Moran, Anne E.           6.00    0.15      0.90
  LASR     11/26/03 00206     Moran, Anne E.           6.00    0.20      1.20
PC/Network Printing

PC LASER   6 Pages Moran, Anne
LASR       11/26/03 00206     Moran, Anne E.           6.00    0.15      0.90
  LASR     11/26/03 00206     Moran, Anne E.           6.00    0.20      1.20
PC/Network Printing

PC LASER   6 Pages Moran, Anne
LASR       11/26/03 00206     Moran, Anne E.           8.00    0.15      1.20
  LASR     11/26/03 00206     Moran, Anne E.           8.00    0.20      1.60
PC/Network Printing

PC LASER   8 Pages Moran, Anne
LASR       11/26/03 Total :                           (3.00) - Matte 32

LASR                Total :                           10.35

TELEDC     11/07/03 00206     Moran, Anne E.           1.00    1.78      1.78
  TELEDC   11/07/03 00206     Moran, Anne E.           1.00              1.78
X                             DC Telephone TELEDC 2147220081 FROM EXT. 5058
TELEDC     11/10/03 00206     Moran, Anne E.           1.00    0.20      0.20
  TELEDC   11/10/03 00206     Moran, Anne E.           1.00              0.20
X                             DC Telephone TELEDC 2146983868 FROM EXT. 3563

TELEDC              Total :                                              1.98
```