# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| | ) |
| W. R. GRACE & CO. et al. | ) Case No. 01-01139 (JKF) |
| | ) (Jointly Administered) |
| Debtors. | ) Objection Deadline: Dec.15, 2003 at 4:00p.m. |
| | Hearing Date:    TDB only if necessary |

## SUMMARY COVERSHEET TO TWENTIETH MONTHLY INTERIM APPLICATION OF CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR OCTOBER 1, 2003 THROUGH OCTOBER 31, 2003

| | |
|---|---|
| Name of Applicant: | Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein ("CBBG") |
| Authorized to provide professional services to: | Special Litigation and Environmental Counsel to Debtors |
| Date of Retention: | February 1, 2002 |
| Period for which compensation and reimbursement is sought | October 1, 2003 through October 31, 2003 |
| Amount of compensation sought as actual, reasonable and necessary | $45,304.00 for the period October 1, 2003 through October 31, 2003 in professional fees |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $1,026.05 for the period of October 1, 2003 through October 31, 2003 |

This is a:                Monthly interim application

Prior Applications filed:       Yes

| Date Filed | Period Covered | Requested Fees (80%) | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 04/30/02 | 03/01/02 through 03/31/02 | $11,914.00 | $1,601.57 | Paid | Paid |
| 05/16/02 | 04/01/02 through 04/30/02 | $18,244.80 | $800.41 | Paid | Paid |
| 06/02 | 05/01/02 through 05/31/02 | $10,476.80 | $1,952.06 | Paid | Paid |
| 07/02 | 06/01/02 through 06/30/02 | $23,778.80 | $124.87 | Paid | Paid |
| 08/02 | 07/01/02 through 07/31/02 | $21,644.40 | $382.71 | Paid | Paid |
| 09/02 | 08/01/02 through 08/31/02 | $34,612.80 | $2,524.85 | Paid | Paid |
| 10/02 | 9/01/02 through 9/30/02 | $29,157.20 | $2,926.37 | Paid | Paid |
| 11/02 | 10/01/02 through 10/31/02 | $25,916.00 | $2,067.73 | Paid | Paid |
| 12/02 | 11/01/02 through 11/30/02 | $27,517.20 | $2,314.21 | Paid | Paid |
| 01/03 | 12/01/02 through 12/31/02 | $56,228.40 | $8,398.02 | Paid | Paid |

| 02/03 | 01/01/03 through 01/31/03 | $144,530.40 | $9,533.27 | Paid | Paid |
|-------|---------------------------|-------------|-----------|------|------|
| 03/03 | 02/01/03 through 02/28/03 | $80,008.09 | $19,621.20 | Paid | Paid |
| 04/03 | 03/01/03 through 03/31/03 | $108,130.40 | $16,983.37 | Paid | Paid |
| 5/03 | 04/01/03 through 04/30/03 | $69,407.60 | $3,684.64 | Paid | Paid |
| 6/03 | 05/01/03 through 05/31/03 | $26,057.93 | $0 | Paid | Paid |
| 7/03 | 06/01/30 through 06/30/03 | $60,407.20 | $2,061.28 | Paid | Paid |
| 8/03 | 07/01/03 through 07/31/03 | $78,271.60 | $9,347.66 | Paid | Paid |
| 9/03 | 08/01/03 through 08/31/03 | $48,996.80 | $1,966.20 | Application Pending | Application Pending |
| 10/03 | 09/01/03 through 09/30/03 | $29,190.80 | $2,057.14 | Application Pending | Application Pending |

As indicated above, this is the twentieth application for interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases.

## Summary of Compensation Requested

| Name of Professional Individual | Position, year assumed, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| John M. Agnello | Partner | $340 | 79.30 | $36,962.00 |
| Melissa E. Flax | Partner | $225 | 69.80 | $15,705.00 |
| Robert C. Scrivo | Associate | $210 | 10.20 | $2,142.00 |
| Laura Florence | Paralegal | $75 | 6.60 | $495.00 |

Total Fees          $45,304.00

Total Hours          165.90

## EXPENSE SUMMARY

| Expense Category | Total Expenses |
|---|---:|
| Copies – Internal and Outside | $101.70 |
| Westlaw/Pacer | $129.91 |
| Telephone | $377.11 |
| Faxes | $142.00 |
| FedEx | $69.64 |
| Travel | $68.10 |
| Messenger | $100.00 |
| Additional Staff Time | |
| Court Reporter (Hearing Transcript) | $23.10 |
| Meals | $17.49 |
| | |
| Total | $1,026.05 |

Dated: November 15, 2003

**ATTACHMENT B**
**TO FEE APPLICATION**
**(October 1, 2003 through October 31, 2003)**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| John M. Agnello | Partner | $340 | 79.30 | $26,962.00 |
| Melissa E. Flax | Partner | $225 | 69.80 | $15,705.00 |
| Robert C. Scrivo | Associate | $210 | 10.20 | $2,142.00 |
| Laura Florence | Paralegal | $75 | 6.60 | $495.00 |

| Grand Total: | | $45,304.00 |
|---|---|---|
| Blended Rate: | | |

## COMPENSATION BY PROJECT CATEGORY[1]

| Project Category (Examples) | Total Hours | Total Fees |
|---|---|---|
| Asset Analysis | | |
| Asset Disposition | | |
| Business Operations | | |
| Case Administration | | |
| Claims Analysis Objection Resolution & Estimation (Asbestos) | | |
| Claims Analysis Objection Resolution & Estimation (Non-Asbestos) | | |
| Committee (All – Creditors', Noteholders', Equity Holders', etc.) | | |
| Employee Benefits/Pensions | | |
| Employment Applications, Applicant | | |
| Employment Applications, Others | | |
| Expenses | | $1,026.05 |
| Fee Applications, Applicant | 15.00 | $3,524.50 |
| Fee Applications, Others | | |
| Financing | | |
| Hearings | | |
| Litigation and Litigation Consulting | 150.90 | $41,779.50 |
| Plan and Disclosure Statement | | |
| Relief from Stay Proceedings | | |
| Tax Issues | | |
| Tax Litigation | | |
| Travel – non-working | | |
| Valuation | | |
| ZAI Science Trial | | |
| ZAI Science Trial – Expenses | | |
| Other (Explain) | | |

---

[1] In accordance with the Court's directive at the August 26, 2002 hearing, the compensation by project category has been revised to reflect the additional project categories required by the Court and the Fee Auditor.

**EXPENSE SUMMARY**

| Expense Category (Examples) | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Computer Assisted Legal Research | WestLaw/Pacer | $126.91 |
| Facsimile (with rates) | | $142.00 ($1.00 per page) |
| Long Distance Telephone | | $377.11 |
| In-House Reproduction | | $101.70 ($0.15 per page) |
| Outside Reproduction | | |
| Outside Research | | |
| Filing/Court Fees | | |
| Court Transcripts | Charles P. McGuire | $23.10 |
| Local Travel | | |
| Out-Of-Town Travel<br><br>airfare<br>car/taxi service | JMA (10/6/03) –from airport | $68.10 |
| Courier & Express Carriers (e.g. Federal Express) | Federal Express | $69.64 |
| Postage | | |
| Other (Explain) - Working meal | Breakfast meeting – JMA, CHM, MEF re:hearing on motion to stay | $17.49 |
| Messenger | | $100.00 |
| Security at Site | SARA Consultants | |
| Additional Staff Time | | |
| | | |

Dated:  November 15, 2003

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:                                          )
                                                )    Chapter 11
                                                )
W. R. GRACE & CO. et al.[1]                     )    Case No. 01-01139 (JKF)
                                                )    (Jointly Administered)
            Debtors.                            )

## VERIFICATION

JOHN M. AGNELLO, after being duly sworn according to law, deposes and says:

1.      I am a partner with the applicant firm, Carella, Byrne, Bain, Gilfillan,

Cecchi, Stewart & Olstein and I am a member in good standing of the bars of the State of New

Jersey, the United States District Court for the District of New Jersey, the United States Court of

Appeals for the Third Circuit, the State of New York, the United States District Courts for the

Southern and Eastern Districts of New York and the Supreme Court of the United States.

---

[1] 'The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. -Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (Ma Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G_ C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners 1, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Curving, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

2.    I have personally performed certain of, and overseen the legal services rendered by Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein as special litigation and environmental counsel to the Debtors and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

3.    The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

John M. Agnello

In the State of New Jersey

SWORN TO AND SUBSCRIBED
before me this 17th day of November, 2003

Notary Public

My Commission Expires:
LOIS ISAACSON
A Notary Public of New Jersey
My Commission Expires 6/19/06

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | )    Chapter 11 |
| | ) |
| W. R. GRACE & CO. et al. [1] | )    Case No. 01-01139 (JKF) |
| | )    (Jointly Administered) |
| Debtors. | ) **Objection Deadline: Dec. , 2003 at 4:00p.m.** |
| | **Hearing Date :   TDB only if necessary** |

## FEE DETAIL FOR CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM OCTOBER 1, 2003 THROUGH OCTOBER 31, 2003

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. -Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food `N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (Ma Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G_C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners 1, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Curving, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

W.R. GRACE & COMPANY                         November 13, 2003
5400 BROKEN SOUND BLVD., N.W.                Invoice No. 21647
BOCA RATON, FL 33487                         Client No.  734680
ATTN: RICHARD A. SENFTLEBEN, ESQ.


For Professional Services Rendered through   10/31/03

Matter #          734680.1          VS. HONEYWELL INTERNATIONAL

## Litigation and Litigation Consulting

| | | | |
|---|---|---|---|
| 10/01/03 JMA | Receipt and review letter from M. Daneker re: Protective Order | .30 | 102.00 |
| 10/01/03 JMA | Receipt and review proposed Protective Order | .50 | 170.00 |
| 10/01/03 JMA | Phone - C. Marraro re: proposed Protective Order | .30 | 102.00 |
| 10/01/03 JMA | Revise letter to counsel for special Master re: Protective Order | .40 | 136.00 |
| 10/01/03 JMA | Letter to counsel for Special Master | .40 | 136.00 |
| 10/01/03 JMA | Phone - counsel for Special Master | .20 | 68.00 |
| 10/01/03 JMA | Receipt and review email from T. Pasuit re: 10/3/03 meeting with Special Master | .10 | 34.00 |
| 10/01/03 JMA | Receipt and review email from C. Marraro to T. Pasuit re: 10/3/03 meeting | .10 | 34.00 |
| 10/01/03 JMA | Receipt and review email from M. Williams with outline for oral argument on Motion to Stay | 1.10 | 374.00 |
| 10/01/03 JMA | Review of and comments to L. Berger Group letter to Parsons re: Special Master proposed COPR removal plan and schedule | 2.20 | 748.00 |
| 10/01/03 JMA | Receipt and review email from T. Pasuit re: attendees and agenda for 10/3 meeting with Special Master | .20 | 68.00 |
| 10/01/03 JMA | Receipt and review email from L. Smith re: address change | .10 | 34.00 |
| 10/01/03 JMA | Receipt and review letter from S. German to Judge Cavanaugh re: Special Master 4th Fee Application | .10 | 34.00 |

W.R. GRACE & COMPANY
Client No.           734680
INVOICE NO.          21647

November 13, 2003
Page      2

| | | | |
|---|---|---|---|
| 10/01/03 MEF | T/c with JMA re: motion to stay | .20 | 45.00 |
| 10/01/03 MEF | T/c with CHM re: motion to stay | .20 | 45.00 |
| 10/02/03 JMA | Receipt and review memo from B. Hughes re: outline of State and Federal permit requirements | .50 | 170.00 |
| 10/02/03 JMA | Conference with C. Marraro and MEF re: preparation for oral argument on motion to stay | 1.30 | 442.00 |
| 10/02/03 JMA | Attend oral argument before Judge Cavanaugh on Honeywell motion to stay injunction | 3.50 | 1190.00 |
| 10/02/03 JMA | Preparation of Grace Defendants' Confidential Mediation Position Paper | 1.60 | 544.00 |
| 10/02/03 JMA | Phone - counsel for Special Master re: results of stay motion | .30 | 102.00 |
| 10/02/03 JMA | Phone - C. Marraro re: meeting with Special Master, DEP and ACOE | .40 | 136.00 |
| 10/02/03 JMA | Phone - C. Marraro re: Grace Defendants' Confidential Mediation Position Paper | .50 | 170.00 |
| 10/02/03 MEF | Conference with JMA and CHM re: preparation for oral argument on Honeywell's motion to stay | 1.20 | 270.00 |
| 10/02/03 MEF | Appeal - T/c with JMA re: Mediation Statement contents | .20 | 45.00 |
| 10/02/03 MEF | Voice mail - C. McGuire re: transcript of 10/2 hearing | .20 | 45.00 |
| 10/02/03 MEF | Tour of DPW, MUA, Incinerator Property at Jersey City with Honeywell, Honeywell's consultants, Special Master representative | 3.80 | 855.00 |
| 10/03/03 JMA | Conference with C. Marraro and K. Brown re: meeting with Special Master and federal agencies | 1.30 | 442.00 |
| 10/03/03 JMA | Attend meeting with Special Master and federal agencies | 2.50 | 850.00 |
| 10/03/03 JMA | Receipt and review revisions to sight draft and letter of credit | .50 | 170.00 |

W.R. GRACE & COMPANY                                    November 13, 2003
Client No.              734680                    Page        3
INVOICE NO.             21647

10/03/03 JMA Phone - counsel for Special Master re: sight        .30    102.00
             draft and letter of credit

10/03/03 JMA Appeal - revisions to Grace Defendants'            1.20    408.00
             Confidential Mediation Position Paper

10/03/03 JMA Appeal - letter to Judge Ackerman                   .20     68.00

10/03/03 JMA Appeal - conference with C. Marraro re: Grace       .60    204.00
             Defendants' Confidential Mediation Position
             Paper

10/03/03 MEF Conference with CHM re: DPW, MUA site visit         .40     90.00

10/04/03 JMA Receipt and review letter from M. Daneker to K.     .30    102.00
             Coakley re: groundwater in test pits

10/04/03 JMA Receipt and review letter from D. Field to          .10     34.00
             Judge Cavanaugh re: Amended Scheduling Order

10/04/03 JMA Receipt and review email from K. Millian to L.      .10     34.00
             Berger Group re: meeting agenda

10/04/03 JMA Receipt and review letter from K. Coakley to        .10     34.00
             district Court Clerk

10/04/03 JMA Receipt and review Second Report of Special         .40    136.00
             Master to Judge Cavanaugh

10/06/03 JMA Review of and comments to L. Berger Group           .70    238.00
             response/comments to Honeywell sediment, etc.,
             sampling plan

10/06/03 JMA Review all parties' work plan submissions for      2.20    748.00
             meeting with Special Master

10/06/03 JMA Conference with C. Marraro re: 10/7 meeting         .50    170.00
             with Special Master

10/06/03 JMA Review of and comments to L. Berger Croup           .50    170.00
             response and comments to Honeywell deep
             groundwater investigation plan

10/06/03 JMA Review of and comments to L. Berger Group           .60    204.00
             response/comments to Honeywell on-site geotech
             and waste sampling plan

10/06/03 JMA Receipt and review email from counsel for          .30    102.00
             Special Master with 10/7/03 meeting agenda

W.R. GRACE & COMPANY                                    November 13, 2003
Client No.              734680                  Page      4
INVOICE NO.             21647


10/06/03 JMA Receipt and review email from S. Falanga to T.      .20    68.00
             Milch with revised sight draft

10/06/03 JMA Phone - M. Golladay of K. Brown's office re:        .30   102.00
             meeting with Special Master

10/06/03 JMA Phone - counsel for Special Master re: 10/7/03      .20    68.00
             agenda

10/06/03 JMA Phone - C. Marraro re: mediation strategy           .30   102.00

10/06/03 JMA Letter to Judge Cavanaugh re: Special Master        .30   102.00
             4th Fee Application

10/06/03 JMA Receipt and review ICO's comments to Honeywell     1.20   408.00
             deep groundwater and sediment plans

10/06/03 JMA Receipt and review letter from C. Marraro to S.     .20    68.00
             Falanga re: Honeywell guarantee

10/06/03 JMA RCRA Fee Petition - receipt and review letter       .30   102.00
             from D. Field to Judge Cavanaugh with Amended
             Scheduling Order

10/06/03 JMA Meeting with C. Marraro, K. Brown and M.           1.50   510.00
             Obradovic re: Grace position on agenda items
             for 10/7 meeting with Special Master

10/07/03 JMA Review COPR removal, sediment and groundwater     1.80   612.00
             plans and reports for meeting with Special
             Master

10/07/03 JMA Conference with C. Marraro and client              .50   170.00
             representatives

10/07/03 JMA Attend meeting with Special Master               5.50  1870.00

10/07/03 JMA Conference with client representatives and C.      .70   238.00
             Marraro

10/07/03 JMA Conference with C. Marraro re: mediation           .80   272.00
             strategy

10/07/03 JMA Appeal - conference with C. Marraro re: effect     .70   238.00
             of appeal on Orders issued pursuant to Final
             Judgment

10/07/03 MEF Conference with JMA re: 10/2/03 site visit         .60   135.00

W.R. GRACE & COMPANY                                    November 13, 2003
Client No.              734680                     Page      5
INVOICE NO.             21647


10/07/03 RCS Four telephone calls with Judge Ackerman's law    .40    84.00
             clerks regarding mediation submissions

10/07/03 RCS Meeting with JMA regarding Aerial Photographs     .20    42.00
             admitted in evidence

10/07/03 RCS Review aerial photographs admitted into           .20    42.00
             evidence

10/08/03 JMA Receipt and review email from S. Falanga to T.    .20    68.00
             Milch re: letter of credit

10/08/03 JMA Receipt and review letter from Parsons to         .10    34.00
             Special Master

10/08/03 JMA Receipt and review Honeywell discharge sampling   .50   170.00
             data and summaries

10/08/03 JMA Phone - C. Marraro re: Jersey City issues         .30   102.00

10/08/03 JMA Receipt and review letter from K. Coakley to      .10    34.00
             Special Master

10/08/03 JMA Receipt and review Honeywell guarantee and        .50   170.00
             Honeywell self guarantee written statement

10/09/03 JMA Phone - C. Marraro re: mediation strategy         .20    68.00

10/09/03 JMA RCRA Fee Petition - phone - C. Marraro re:        .30   102.00
             ECARG response to Honeywell opposition to RCRA
             Fee Petition

10/09/03 JMA RCRA Fee Petition - phone - C. Marraro re:        .40   136.00
             reply to Honeywell opposition to RCRA Fee
             Petition

10/09/03 JMA RCRA Fee Petition - conference with MEF re:       .30   102.00
             reply to Honeywell opposition

10/09/03 JMA Appeal - receipt and review letter from D.        .10    34.00
             Field to Judge Ackerman

10/09/03 JMA Receipt and review email from C. Marraro re:      .20    68.00
             immediate action items

10/09/03 JMA Letter to C. McGuire re: 10/2/03 transcript       .20    68.00

10/09/03 JMA Letter to C. Marraro enclosing transcript         .20    68.00

W.R. GRACE & COMPANY                                November 13, 2003
Client No.                734680           Page      6
INVOICE NO.               21647

10/10/03 JMA Phone - C. Marraro re: mediation strategy          .40    136.00

10/10/03 JMA Phone - T. Milch and C. Marraro re: mediation      .50    170.00
             issues

10/10/03 JMA Phone - C. Marraro re: mediation strategy        1.00    340.00

10/10/03 JMA Phone - counsel for Special Master re:            .40    136.00
             protective order

10/10/03 JMA Appeal - receipt and review letter from M.        .10     34.00
             Schiappa to Judge Ackerman

10/10/03 JMA Review transcript of 10/2/03 hearing              .40    136.00

10/10/03 JMA Receipt and review letter from L.                 .20     68.00
             Cartright-Smith to T. Milch enclosing
             Riverkeeper's opposition to Honeywell standing
             motion

10/10/03 JMA Receipt and review ICO notice of cross motion     .20     68.00
             and proposed Order on standing

10/10/03 JMA Review Riverkeeper's memorandum in opposition    2.40    816.00
             to Honeywell standing motion and in support of
             Riverkeeper's cross motion and cases cited
             therein

10/12/03 MEF RCRA Fee Petition - review Caffrey Declaration   1.50    337.50
             and brief in opposition to ECARG RCRA Fee
             Application

10/12/03 MEF Begin review of case law cited by Honeywell in    .50    112.50
             opposition to ECARG RCRA Fee Petition

10/13/03 JMA RCRA Fee Petition - review of and comments to    2.60    884.00
             Honeywell's brief in opposition to ECARG RCRA
             Fee Petition

10/13/03 JMA RCRA Fee Petition - conference call with C.      2.80    952.00
             Marraro, B. Hughes and MEF re: ECARG reply re:
             RCRA Fee Petition

10/13/03 JMA Phone - C. Marraro re: mediation strategy         .30    102.00

10/13/03 JMA Conference call with C. Marraro, R. Senftleben    .40    136.00
             re: mediation strategy

W.R. GRACE & COMPANY                                    November 13, 2003
Client No.             734680                           Page      7
INVOICE NO.            21647


10/13/03 JMA  Receipt and review letter from C. Anderson to      .20    68.00
              L. Cartright-Smith re: brief schedule -
              Riverkeeper standing motion

10/13/03 JMA  Receipt and review email from Louis Berger         .30   102.00
              Group with T. Lewis letter re: field activities

10/13/03 JMA  Receipt and review letter from K. Coakley to T.    .20    68.00
              Milch

10/13/03 JMA  Receipt and review letter from S. Falanga to       .20    68.00
              Special Master enclosing Letter of Credit

10/13/03 JMA  Receipt and review executed Letter of Credit       .30   102.00

10/13/03 MEF  Continue reviewing caselaw cited by Honeywell      .80   180.00
              in opposition to ECARG RCRA Fee Petition

10/13/03 MEF  Conference call with JMA, CHM, WFH re:            2.80   630.00
              Honeywell's opposition to ECARG RCRA fee
              petition and designation of assignments

10/13/03 MEF  Conference with RCS re: assignment re:             .30    67.50
              Honeywell opposition to ECARG RCRA Fee Petition

10/13/03 MEF  T/c with WFH re: delegation of assignments to      .50   112.50
              respond to Honeywell opposition to ECRA Fee
              Petition

10/13/03 MEF  RCRA Fee Petition - review and analyze portions  3.20   720.00
              of Honeywell's opposition

10/13/03 RCS  RCRA Fee Petition- Meeting with Melissa Flax,      .30    63.00
              Esq. regarding Honeywell's challenge to
              Geomega's Fees and Expenses.

10/14/03 JMA  Phone - C. Marraro re: mediation strategy          .30   102.00

10/14/03 MEF  RCRA Fee Petition - continue review and          1.00   225.00
              analysis of portions of Honeywell's opposition
              to Fee petition

10/14/03 MEF  RCRA Fee Petition - continue review of case law  2.90   652.50
              cited by Honeywell in opposition to RCRA Fee
              Petition

10/14/03 MEF  RCRA Fee Petition - review email from WFH re:      .20    45.00
              response to Honeywell argument on
              reasonableness

W.R. GRACE & COMPANY                                    November 13, 2003
Client No.            734680                    Page      8
INVOICE NO.           21647


10/14/03 MEF RCRA Fee Petition - T/c with WFH re: response        .30      67.50
             to Honeywell argument on reasonableness

10/14/03 RCS RCRA Fee Petition-  Review and analyze             8.50    1785.00
             Honeywell's response to ECARG expert, Geomega's
             professional fees and expenses; calculate time
             entries based upon categories Honeywell
             assigned to tasks.

10/15/03 JMA RCRA Fee Petition - conference with MEF re:         .50     170.00
             Grace reply re: RCRA Fee Petition

10/15/03 MEF RCRA Fee Petition - continue review of caselaw    2.80     630.00
             cited by Honeywell in opposition to Fee
             Petition and review additional case law re:
             expenses

10/15/03 MEF RCRA Fee Petition - Conference with RCS re:         .50     112.50
             review of Honeywell position with respect to
             Dr. Davis expenses

10/15/03 MEF RCRA Fee Petition - phone with WFH re: review       .90     202.50
             of caselaw re: reasonableness, delegation of
             responding to fees vs. expenses

10/15/03 RCS RCRA fee petition- meeting with Melissa Flax,       .20      42.00
             Esq. regarding analysis and calculations
             performed to Honeywell's objections to
             Geomega's expert fees.

10/16/03 JMA Phone - C. Marraro re: mediation strategy           .30     102.00

10/16/03 JMA Receipt and review Honeywell's Fifth Progress       .40     136.00
             Report

10/16/03 JMA Receipt and review Jersey City Journal article      .20      68.00
             re: Roosevelt Drive-In Site

10/16/03 JMA Receipt and review letter from K. Coakley to M.     .20      68.00
             Daneker re: vendor contracts

10/16/03 JMA Receipt and review letter from K. Coakley re:       .20      68.00
             Protective Order

10/16/03 MEF RCRA Fee Petition - continue drafting response    2.50     562.50
             to expense objections

W.R. GRACE & COMPANY                          November 13, 2003
Client No.              734680                Page      9
INVOICE NO.             21647


10/16/03 MEF RCRA Fee Application - research specificity    3.00    675.00
             with objections and review of additional case
             law cited by Honeywell

10/16/03 MEF RCRA Fee Petition - t/c with CHM re: travel     .20     45.00
             expenses

10/16/03 LF  RCRA fee petition - review CBBG expenses.      1.40    105.00

10/17/03 MEF RCRA Fee Petition - review email from WPH re:   .20     45.00
             caselaw and expense/document chart

10/17/03 LF  RCRA fee petition - continue review of CBBG     .70     52.50
             expenses.

10/18/03 JMA Receipt and review letter from Parsons to       .10     34.00
             Special Master

10/18/03 JMA Receipt and review Honeywell river discharge   1.20    408.00
             plan

10/18/03 JMA Receipt and review letter from L. Walsh with    .30    102.00
             Order granting Special Master's Fourth Fee
             Application

10/18/03 JMA Receipt and review letter from T. Pasuit re:    .10     34.00
             meeting with NJDEP

10/18/03 JMA Receipt and review letter from Parsons to Louis .40    136.00
             Berger Group re: waste sampling plan

10/19/03 MEF RCRA Fee Petition - Continue drafting response 2.80    630.00
             to Honeywell's objections to ECARG costs

10/20/03 JMA Receipt and review email from C. Marraro re:    .20     68.00
             Protective Order

10/20/03 MEF RCRA Fee Petition - revise reply portion of    1.70    382.50
             brief re: costs

10/20/03 MEF RCRA Fee Petition - review email and memo from  .30     67.50
             B. Banks re: documents

10/20/03 MEF RCRA Fee Petition - review additional case law 1.50    337.50
             re: specificity of objections

10/20/03 MEF RCRA Fee Petition - emails to/from B. Hughes    .40     90.00
             re: documents

W.R. GRACE & COMPANY                                November 13, 2003
Client No.              734680             Page        10
INVOICE NO.             21647


10/20/03 MEF RCRA Fee Petition - t/c with M. Caffrey re:      .20     45.00
             Honeywell spreadsheet

10/20/03 LF  RCRA fee petition - continue review and prepare 4.00    300.00
             chart of CBBG expenses.

10/22/03 JMA Phone - Parsons re: additional paving           .20     68.00

10/22/03 JMA Receipt and review letter from Parsons to Louis .20     68.00
             Berger Group re: utility remediation plan

10/22/03 JMA Receipt and review letter from Parsons to Louis .50    170.00
             Berger Group re: deep groundwater investigation
             plan

10/22/03 JMA RCRA Fee Petition - conference with MEF re:     .50    170.00
             ECARG reply brief re: RCRA Fee Petition

10/22/03 JMA Phone - C. Marraro re: Special Master meeting    .30    102.00
             with DEP

10/22/03 JMA RCRA Fee petition - phone - C. Marraro, B.       .60    204.00
             Hughes, MEF re: ECARG reply brief RCRA Fee
             Petition

10/22/03 JMA Receipt and review email from P. McKay re:       .10     34.00
             Special Master meeting with DEP

10/22/03 JMA Receipt and review letter from L. Walsh          .10     34.00

10/22/03 JMA Receipt and review Order approving Special       .20     68.00
             Master 4th Fee Application

10/22/03 JMA Phone - Counsel for Special Master re: Order     .10     34.00
             approving Special Master's 4th Fee Application

10/22/03 MEF RCRA Fee Petition - Email from B. Hughes re:     .20     45.00
             status of extension of file reply

10/22/03 MEF RCRA Fee Petition - prepare letter to Judge      .30     67.50
             Cavanaugh re: overlength reply brief

10/22/03 MEF RCRA Fee Petition - prepare order granting       .20     45.00
             overlength reply brief

10/22/03 MEF RCRA Fee Petition - Conference with JMA re:      .50    112.50
             ECARG reply brief

W.R. GRACE & COMPANY                                    November 13, 2003
Client No.                734680               Page      11
INVOICE NO.               21647


10/22/03 MEF RCRA Fee Petition - phone conference with JMA,      .60    135.00
             CHM, WFH re: reply brief

10/23/03 JMA Review and revise letter to Judge Cavanaugh and     .60    204.00
             Order re: overlength reply brief

10/23/03 JMA Phone - C. Marraro re: paving issues                .30    102.00

10/23/03 MEF RCRA Fee Petition - t/c with K. Millian re:         .20     45.00
             overlength reply brief

10/23/03 MEF RCRA Fee Petition - t/c with  M. Caffrey re:        .20     45.00
             overlength reply

10/24/03 JMA Phone - C. Marraro re: meeting with Special         .30    102.00
             Master and DEP

10/24/03 JMA Phone - counsel for Special Master re: PVSC         .30    102.00
             meeting

10/24/03 JMA Phone - counsel for Special Master re: PVSC         .20     68.00
             meeting

10/24/03 JMA Phone - C. Marraro re: meeting with PVSC            .30    102.00

10/24/03 JMA E-mail to K. Brown and C. Marraro re: PVSC          .20     68.00
             meeting

10/24/03 JMA Receipt and review emails re: PVSC meeting          .20     68.00

10/24/03 JMA Receipt and review email re: DEP meeting            .10     34.00

10/24/03 MEF RCRA Fee Application - t/cs with M. Caffrey re:     .20     45.00
             consent to overlength reply brief

10/24/03 MEF RCRA Fee Application - letter to Judge              .20     45.00
             Cavanaugh re: Honeywell consent to overlength
             brief

10/24/03 MEF Appeal - receipt and review letter from Judge       .30     67.50
             Ackerman re: Mediation Conference and LAR 33-0

10/27/03 MEF RCRA Fee Petition - t/c with J. Kelley re:          .20     45.00
             expense charts

10/27/03 MEF RCRA Fee Petition - t/c with CHM re: extension      .20     45.00
             to file reply brief

W.R. GRACE & COMPANY                                    November 13, 2003
Client No.              734680                          Page    12
INVOICE NO.             21647


10/27/03 MEF RCRA Fee Petition - review email re: Wallace      .50    112.50
             King categorical breakdown of expense

10/28/03 MEF RCRA Fee Application - review email from M.       .20     45.00
             Caffrey re: Honeywell spreadsheets

10/28/03 MEF RCRA Fee Application - review Honeywell          3.00    675.00
             spreadsheets re: fees and expenses

10/28/03 MEF RCRA Fee Application - t/c with J. Kelley re:     .20     45.00
             WKMB chart of expenses

10/28/03 MEF RCRA Fee Petition - email from J. Kelley re:      .30     67.50
             revised expense spreadsheet for WKMB

10/28/03 MEF RCRA Fee Petition - revise reply papers re:      3.60    810.00
             expenses and prepare MEF declaration

10/28/03 MEF T/c with CHM re: meeting at MUA                   .20     45.00

10/28/03 MEF Review fax from Special Master re: meetings       .30     67.50

10/29/03 MEF RCRA Fee Petition - email to WFH re: Honeywell    .30     67.50
             objection re: surcharges

10/29/03 MEF RCRA Fee Petition - draft reply declaration of  1.00    225.00
             JMA

10/29/03 MEF RCRA Fee Petition - continue preparing MEF      1.50    337.50
             declaration

10/30/03 JMA Receipt and review ICO comments to Honeywell      .20     68.00
             shallow groundwater control plan

10/30/03 JMA Receipt and review letter from K. Millian to      .30    102.00
             Special Master

10/30/03 JMA Receipt and review letter from Parsons to Louis   .40    136.00
             Berger Group - notice of paving, with paving
             plan

10/30/03 JMA Receipt and review letter from Parsons to Louis   .70    238.00
             Berger Group re: sediment sampling plan

10/30/03 JMA Receipt and review letter from Louis Berger       .20     68.00
             Group to M. Daneker re: investigation derived
             waste (IDW)

W.R. GRACE & COMPANY                                    November 13, 2003
Client No.              734680                    Page      13
INVOICE NO.             21647

10/30/03 JMA Receipt and review letter from K. Millian to      .20      68.00
             Judge Cavanaugh re: ICO reply brief with
             proposed order

10/30/03 JMA Receipt and review email from K. Millian to       .10      34.00
             Special Master re: Honeywell IRM workplan

10/30/03 JMA Receipt and review ICO comments to Honeywell      .40     136.00
             River Discharge Plan

10/30/03 JMA Receipt and review email from Louis Berger        .10      34.00
             Group re: LBG responses to Honeywell
             submissions

10/30/03 JMA Receipt and review letter from Louis Berger       .30     102.00
             Group to M. Daneker re: progress reports

10/30/03 JMA Receipt and review letter from Louis Berger       .30     102.00
             Group to M. Daneker re: discharges to
             Hackensack River

10/30/03 JMA Receipt and review letter from Louis Berger       .20      68.00
             Group to M. Daneker re: waste characterization
             sampling

10/30/03 JMA Conference with MEF re: Special Master meeting    .20      68.00
             with Jersey City Municipal Utilities Authority

10/30/03 MEF RCRA Fee Petition - email from WFH re: status     .20      45.00
             of reply brief re: services

10/30/03 MEF RCRA Fee Application - Review additional          .40      90.00
             expenses backup

10/30/03 RCS Meeting with Melissa Flax, Esq. regarding         .20      42.00
             aerial photographs to be supplied to Special
             Master.

10/30/03 RCS Prepare certain negatives of aerial photographs   .20      42.00
             for development.

10/31/03 JMA Phone - C. Marraro re: remediation issues         .40     136.00

10/31/03 JMA Receipt and review email from L.                  .10      34.00
             Cartright-Smith re: extension for brief

10/31/03 JMA Receipt and review letter from D. Field to        .20      68.00
             Clerk

W.R. GRACE & COMPANY                                      November 13, 2003
Client No.                734680                Page        14
INVOICE NO.               21647


10/31/03 JMA Receipt and review Honeywell summary judgment    1.20    408.00
             reply brief

10/31/03 JMA Receipt and review Honeywell declaration of R.    .80    272.00
             Wenning

10/31/03 JMA Receipt and review Honeywell declaration of D.    .60    204.00
             Field

10/31/03 JMA Receipt and review Honeywell proposed form of     .10     34.00
             order

10/31/03 JMA Receipt and review email re: meeting with         .10     34.00
             Special Master and all parties

10/31/03 JMA Receipt and review letter from C. Marraro to M.   .20     68.00
             Daneker

10/31/03 JMA Receipt and review email from Louis Berger        .10     34.00
             Group to M. Daneker

10/31/03 JMA Receipt and review letter from Louis Berger       .10     34.00
             Group to M. Daneker re: extension of time

10/31/03 JMA Receipt and review letter from Louis Berger       .10     34.00
             Group to M. Daneker re: paving plan

10/31/03 JMA Receipt and review email from T. Pasuit re:       .10     34.00
             submission schedule

10/31/03 JMA Receipt and review memo from Special Master re:   .40    136.00
             work plan

10/31/03 JMA Receipt and review letter from Parsons to         .10     34.00
             Special Master re: fencing

10/31/03 JMA RCRA Fee Petition - receipt and review letter     .30    102.00
             from K. Millian to Judge Cavanaugh with
             proposed order re: extension of time for reply
             briefs

10/31/03 JMA Receipt and review letter from counsel for        .20     68.00
             Special Master to T. Milch re: Connell Foley
             representing plaintiff against Honeywell

10/31/03 JMA Receipt and review letter from Parsons to DEP     .10     34.00

W.R. GRACE & COMPANY                                   November 13, 2003
Client No.              734680                         Page      15
INVOICE NO.             21647

10/31/03 JMA Receipt and review letter from M. Daneker to        .40    136.00
             Louis Berger Group re: Honeywell progress
             report #5

10/31/03 JMA Receipt and review letter from M. Daneker to        .40    136.00
             Louis Berger Group re: river discharge, waste
             characterization and investigation·derived
             waste water

10/31/03 JMA Receipt and review email from D. Schwartz re:       .10     34.00
             Honeywell responses

10/31/03 JMA Receipt and review ICO comments re: Honeywell       .30    102.00
             river discharge plan

10/31/03 JMA Receipt and review email from Louis Berger          .10     34.00
             Group re: comments to Honeywell plans

10/31/03 JMA Receipt and review letter from Louis Berger         .40    136.00
             Group to M. Daneker re: sediment sampling

10/31/03 JMA Receipt and review letter from Louis Berger         .30    102.00
             Group to M. Daneker re: deep groundwater plan

10/31/03 MEF RCRA Fee Petition - Conference with Laura           .50    112.50
             Florence re: RCRA reply - expenses

10/31/03 MEF RCRA Fee Petition - Continue revising MEF          2.80    630.00
             declaration and portion of reply brief

10/31/03 LF  RCRA fee petition - conference with MEF re:         .50     37.50
             RCRA reply - expenses.

                                                       --------------
                        **Subtotal:**                  150.90  41,779.50

**Fee Applications, Applicants**

10/02/03 MEF Fee Application - Begin preparing 10th             3.10    697.50
             Quarterly Fee Application

10/03/03 MEF Fee Application - Continue preparing 10th          1.50    337.50
             Quarterly Fee Application

10/04/03 JMA Fee Application - receipt and review fee            .40    136.00
             auditor's final report - 9th interim period

10/07/03 MEF Fee Application - update status of payments         .20     45.00

W.R. GRACE & COMPANY                                    November 13, 2003
Client No.                734680              Page        16
INVOICE NO.               21647

10/07/03 MEF Fee Application - Pacer search re: status of      .30    67.50
             CNO for August 2003 time

10/07/03 MEF Fee Application - begin preparing 19th Monthly   1.40   315.00
             Fee Application (Sept. 2003)

10/07/03 MEF Fee Application - review September 2003 fee      1.00   225.00
             detail

10/07/03 MEF Fee Application - Continue preparing 10th        .60   135.00
             Quarterly Fee Application

10/08/03 MEF Fee Application - review corrected fee detail    .30    67.50
             for September 2003 time

10/09/03 MEF Continue preparing 18th Monthly Fee Application   .50   112.50

10/09/03 MEF Review CNO re: August 2003 fees and expenses      .20    45.00

10/09/03 MEF Pacer search - CNO for August fees and expenses   .20    45.00

10/10/03 MEF Fee Application - Finalize 19th Monthly Fee       .30    67.50
             Application (Sept. 2003)

10/10/03 MEF Fee Application - Letter to P. Cuniff re: 19th    .20    45.00
             Monthly Fee Application

10/10/03 MEF Fee Application - Continue preparing 10th        1.40   315.00
             Quarterly Fee Application

10/17/03 MEF Fee Application - emails to/from P. Cuniff re:    .30    67.50
             19th Monthly Fee Application

10/18/03 MEF Fee Application - revise and finalize 10th       1.50   337.50
             Quarterly Fee Application

10/18/03 MEF Fee Application - letter to P. Cuniff re: 10th    .20    45.00
             Quarterly Fee Application

10/20/03 JMA Fee Application - review and execute 10th         .60   204.00
             Quarterly Fee Application

10/20/03 JMA Fee Application - conference with MEF re: 10th    .30   102.00
             Quarterly Fee Application

10/21/03 MEF Email to W. Smith re: fee detail for 19th        .20    45.00
             Monthly Fee Application

```
W.R. GRACE & COMPANY                              November 13, 2003
Client No.              734680                    Page      17
INVOICE NO.             21647
```

10/21/03 MEF Conference with JMA re: 10th Quarterly Fee          .30      67.50
            Application

                                                            --------------
                        **Subtotal:**                       **15.00  3,524.50**

                                                            -------------
Total Fees:                                                      45,304.00

```
W.R. GRACE & COMPANY                          November 13, 2003
Client No.              734680                Page      19
INVOICE NO.             21647
```

SUMMARY OF FEES:

```
*-------------------------TIME AND FEE SUMMARY---------------------*
*----------TIMEKEEPER---------*    RATE    HOURS          FEES
J M AGNELLO                       340.00   79.30      26962.00
M E FLAX                          225.00   69.80      15705.00
RC SCRIVO                         210.00   10.20       2142.00
LAURA FLORENCE                     75.00    6.60        495.00
                       TOTALS             165.90      45304.00
```

# EXHIBIT B

W.R. GRACE & COMPANY
Client No.          734680
INVOICE NO.         21647

Disbursements

Travel Expense

10/17/03 Travel Expense JMA (MY LIMO) # 158657 10/6          68.10

                                           SUBTOTAL:   68.10

Meals

10/02/03 Meals MEF CLOUD 9 10/2 #468196                       17.49
         (Breakfast Meeting - JMA, MEF, CHM)

                                           SUBTOTAL:   17.49

Messenger - In House

10/21/03 Messenger - In House 10/3                           50.00
10/31/03 Messenger - In House 10/24                          50.00

                                           SUBTOTAL:  100.00

Costs Advanced

10/09/03 Costs Advanced - MCGUIRE, CHARLES P  10/09/03       23.10

                                           SUBTOTAL:   23.10

10/31/03 Photocopies                                        101.70
10/31/03 Faxes                                              142.00
10/31/03 Telephone                                          377.11
10/31/03 Computer Searches                                  126.91
10/31/03 Federal Express                                     69.64
                                                      -------------
Total Costs                                              1,026.05
                                                      -------------
Total Due this Matter                                   46,330.05
=============