# EXHIBIT B

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) |  |
|  | ) | Chapter 11 |
|  | ) |  |
| W. R. GRACE & CO. et al. | ) | Case No. 01-1139 (JKF) |
|  | ) | (Jointly Administered) |
| Debtors. | ) |  |
|  | ) |  |

Objection Deadline: January 2, 2004 at 4:00 p.m.
Hearing Date: TBD only if necessary

## SUMMARY COVERSHEET TO TWENTY-FIRST MONTHLY INTERIM APPLICATION OF CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR NOVEMBER 1, 2003 THROUGH NOVEMBER 30, 2003

| | |
|---|---|
| Name of Applicant: | Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein ("CBBG") |
| Authorized to provide professional services to: | Special Litigation and Environmental Counsel to Debtors |
| Date of Retention: | February 1, 2002 |
| Period for which compensation and reimbursement is sought | November 1, 2003 through November 30, 2003 |
| Amount of compensation sought as actual, reasonable and necessary | $55,838.50 for the period November 1, 2003 through November 30, 2003 in professional fees |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $1,919.20 for the period of November 1, 2003 through November 30, 2003 |

This is a:                    Monthly interim application

Prior Applications filed:        Yes

| Date Filed | Period Covered | Requested Fees (80%) | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 04/30/02 | 03/01/02 through 03/31/02 | $11,914.00 | $1,601.57 | Paid | Paid |
| 05/16/02 | 04/01/02 through 04/30/02 | $18,244.80 | $800.41 | Paid | Paid |
| 06/02 | 05/01/02 through 05/31/02 | $10,476.80 | $1,952.06 | Paid | Paid |
| 07/02 | 06/01/02 through 06/30/02 | $23,778.80 | $124.87 | Paid | Paid |
| 08/02 | 07/01/02 through 07/31/02 | $21,644.40 | $382.71 | Paid | Paid |
| 09/02 | 08/01/02 through 08/31/02 | $34,612.80 | $2,524.85 | Paid | Paid |
| 10/02 | 9/01/02 through 9/30/02 | $29,157.20 | $2,926.37 | Paid | Paid |
| 11/02 | 10/01/02 through 10/31/02 | $25,916.00 | $2,067.73 | Paid | Paid |
| 12/02 | 11/01/02 through 11/30/02 | $27,517.20 | $2,314.21 | Paid | Paid |
| 01/03 | 12/01/02 through 12/31/02 | $56,228.40 | $8,398.02 | Paid | Paid |

| 02/03 | 01/01/03 through 01/31/03 | $144,530.40 | $9,533.27 | Paid | Paid |
|---|---|---|---|---|---|
| 03/03 | 02/01/03 through 02/28/03 | $80,008.09 | $19,621.20 | Paid | Paid |
| 04/03 | 03/01/03 through 03/31/03 | $108,130.40 | $16,983.37 | Paid | Paid |
| 5/03 | 04/01/03 through 04/30/03 | $69,407.60 | $3,684.64 | Paid | Paid |
| 6/03 | 05/01/03 through 05/31/03 | $26,057.93 | $0 | Paid | Paid |
| 7/03 | 06/01/30 through 06/30/03 | $60,407.20 | $2,061.28 | Paid | Paid |
| 8/03 | 07/01/03 through 07/31/03 | $78,271.60 | $9,347.66 | Paid | Paid |
| 9/03 | 08/01/03 through 08/31/03 | $48,996.80 | $1,966.20 | Paid | Paid |
| 10/03 | 09/01/03 through 09/30/03 | $29,190.80 | $2,057.14 | Application Pending | Application Pending |
| 11/03 | 10/01/03 through 10/31/03 | $36,243.20 | $1,026.05 | Application Pending | Application Pending |

As indicated above, this is the twenty-first application for interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases.

## Summary of Compensation Requested

| Name of Professional Individual | Position, year assumed, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| John M. Agnello | Partner | $340 | 115.50 | $38,080.00 |
| Melissa E. Flax | Partner | $225 | 69.10 | $15,547.50 |
| Robert C. Scrivo | Associate | $210 | 7.10 | $1,491.00 |
| Laura Florence | Paralegal | $75 | 8.90 | $667.50 |
| Jeffrey Falduto | Paralegal | $75 | .70 | $52.50 |

Total Fees        $55,838.50

Total Hours      201.30

## EXPENSE SUMMARY

| Expense Category | Total Expenses |
|---|---|
| Copies – Internal and Outside | $339.29 |
| Westlaw/Pacer | $49.88 |
| Telephone | $703.69 |
| Faxes | $8.00 |
| FedEx | $98.50 |
| Travel | $646.60 |
| Messenger | $52.50 |
| Additional Staff Time | 20.74 |
| Court Reporter (Hearing Transcript) | |
| Meals | |
| | |
| Total | $1,919.20 |

Dated:  December 9, 2003

**ATTACHMENT B**
**TO FEE APPLICATION**
**(November 1, 2003 through November 30, 2003)**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| John M. Agnello | Partner | $340 | 115.50 | $38,080.00 |
| Melissa E. Flax | Partner | $225 | 69.10 | $15,547.50 |
| Robert C. Scrivo | Associate | $210 | 7.10 | $1,491.00 |
| Laura Florence | Paralegal | $75 | 8.90 | $667.50 |
| Jeffrey Falduto | Paralegal | $75 | .70 | $52.50 |

| Grand Total: | | | | $55,838.50 |
|---|---|---|---|---|
| Blended Rate: | | | | |

## COMPENSATION BY PROJECT CATEGORY[1]

| Project Category (Examples) | Total Hours | Total Fees |
|---|---|---|
| Asset Analysis | | |
| Asset Disposition | | |
| Business Operations | | |
| Case Administration | | |
| Claims Analysis Objection Resolution & Estimation (Asbestos) | | |
| Claims Analysis Objection Resolution & Estimation (Non-Asbestos) | | |
| Committee (All – Creditors', Noteholders', Equity Holders', etc.) | | |
| Employee Benefits/Pensions | | |
| Employment Applications, Applicant | | |
| Employment Applications, Others | | |
| Expenses | | |
| Fee Applications, Applicant | | $1,919.20 |
| Fee Applications, Others | 8.90 | $2,025.50 |
| Financing | | |
| Hearings | | |
| Litigation and Litigation Consulting | 185.40 | $52,623.00 |
| Plan and Disclosure Statement | | |
| Relief from Stay Proceedings | | |
| Tax Issues | | |
| Tax Litigation | | |
| Travel – non-working | 7.00 | $1,190.00 |
| Valuation | | |
| ZAI Science Trial | | |
| ZAI Science Trial – Expenses | | |
| Other (Explain) | | |

[1] In accordance with the Court's directive at the August 26, 2002 hearing, the compensation by project category has been revised to reflect the additional project categories required by the Court and the Fee Auditor.

## EXPENSE SUMMARY

| Expense Category (Examples) | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Computer Assisted Legal Research | WestLaw/Pacer | $49.88 |
| Facsimile (with rates) | | $8.00 ($1.00 per page) |
| Long Distance Telephone | | $703.69 |
| In-House Reproduction | | $74.40 ($0.15 per page) |
| Outside Reproduction | Mr. Photo | $264.89 |
| Outside Research | | |
| Filing/Court Fees | | |
| Court Transcripts | Charles P. McGuire | |
| Local Travel | | |
| Out-Of-Town Travel<br><br>    airfare<br>    car/taxi service | <br><br>Continental<br>Car service | <br><br>$578.50<br>$68.10<br>$646.60 |
| Courier & Express Carriers (e.g. Federal Express) | Federal Express | $98.50 |
| Postage | | |
| Other (Explain) - Working meal | | |
| Messenger | | $52.50 |
| Security at Site | SARA Consultants | |
| Additional Staff Time | | 20.74 |

Dated:  December 9, 2003

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:                                    )
                                          )    Chapter 11
                                          )
W. R. GRACE & CO. et al.[1]               )    Case No. 01-01139 (JKF)
                                          )    (Jointly Administered)
                Debtors.                  )

## VERIFICATION

JOHN M. AGNELLO, after being duly sworn according to law, deposes and says:

1.      I am a partner with the applicant firm, Carella, Byrne, Bain, Gilfillan,

Cecchi, Stewart & Olstein and I am a member in good standing of the bars of the State of New

Jersey, the United States District Court for the District of New Jersey, the United States Court of

Appeals for the Third Circuit, the State of New York, the United States District Courts for the

Southern and Eastern Districts of New York and the Supreme Court of the United States.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. -Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Ma Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners 1, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Curving, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

2.    I have personally performed certain of, and overseen the legal services rendered by Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein as special litigation and environmental counsel to the Debtors and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

3.    The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

_____
John M. Agnello

In the State of New Jersey

SWORN TO AND SUBSCRIBED
before me this 9th day of December, 2003

_____
Notary Public

My Commission Expires:

LOIS ISAACSON
A Notary Public of New Jersey
My Commission Expires 6/19/06

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO. et al.[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | Objection Deadline: Jan. , 2003 at 4:00p.m. |
| | | Hearing Date : TDB only if necessary |

**FEE DETAIL FOR CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI,
STEWART & OLSTEIN'S MONTHLY FEE APPLICATION FOR THE PERIOD
FROM NOVEMBER 1, 2003 THROUGH NOVEMBER 30, 2003**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. -Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food `N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (Ma Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G_ C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners 1, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Curving, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

W.R. GRACE & COMPANY                    December 8, 2003
5400 BROKEN SOUND BLVD., N.W.           Invoice No. 21885
BOCA RATON, FL  33487                   Client No.  734680
ATTN: RICHARD A. SENFTLEBEN, ESQ.


For Professional Services Rendered through   11/30/03

Matter #         734680.1       VS. HONEYWELL INTERNATIONAL

## Litigation and Litigation Consulting

| | | | |
|---|---|---:|---:|
| 11/01/03 | JMA | Receipt and review emails from C. Marraro re: issues regarding development of Site | .50 | 170.00 |
| 11/01/03 | JMA | Conference call with C. Marraro re: remediation strategy issues | .80 | 272.00 |
| 11/01/03 | JMA | Conference with RCS re: redevelopment issues | .30 | 102.00 |
| 11/01/03 | JMA | Receipt and review email from Louis Berger Group re: comments to progress report | .10 | 34.00 |
| 11/01/03 | JMA | Receipt and review letter from Louis Berger Group to M. Daneker re: progress report #5 | .30 | 102.00 |
| 11/01/03 | JMA | Receipt and review letter from Louis Berger Group to M. Daneker re: proposed form of progress report | .40 | 136.00 |
| 11/01/03 | JMA | Receipt and review information and analysis re: rail/trucking of COPR | .80 | 272.00 |
| 11/01/03 | JMA | Review of and comments to Honeywell revised work plan | 2.30 | 782.00 |
| 11/01/03 | JMA | Receipt and review emails from Parsons re: Honeywell work plan | .20 | 68.00 |
| 11/01/03 | JMA | Receipt and review email from L. Cartright-Smith re: extension for reply brief (Riverkeeper) | .10 | 34.00 |
| 11/01/03 | JMA | Receipt and review email from C. Marraro to L. Cartright-Smith re: extension of reply brief | .10 | 34.00 |
| 11/01/03 | JMA | Appeal - receipt and review letter from Judge Ackernman re: mediation | .20 | 68.00 |
| 11/01/03 | MEF | Conference call  with JMA and CHM re: remediation strategy issues | .80 | 180.00 |

```
W.R. GRACE & COMPANY                                  December 8, 2003
Client No.            734680                          Page     2
INVOICE NO.           21885
```

| | | |
|---|---|---|
| 11/01/03 RCS Meeting with John Agnello, Esq. regarding recent N.J. Supreme Court cases on condemnation where properties were environmentally contaminated. | .20 | 42.00 |
| 11/01/03 RCS Research regarding impact environmental contamination has on government's declaration of condemnation for re-development purposes. | 1.50 | 315.00 |
| 11/03/03 JMA Phone - C. Marraro and A. Nagy re: Site development issues | .50 | 170.00 |
| 11/03/03 JMA Attend meeting with Special Master at Jersey City Municipal Utilities Authority | 3.50 | 1190.00 |
| 11/03/03 JMA Phone - C. Marraro re: remediation/work plan issues | .50 | 170.00 |
| 11/03/03 JMA Phone - C. Marraro re: remediation issues | .50 | 170.00 |
| 11/03/03 JMA Phone - C. Marraro re: mediation issues | .50 | 170.00 |
| 11/03/03 JMA Receipt and review letter from JCMUA to Honeywell re: waste water discharge | .30 | 102.00 |
| 11/03/03 MEF Meeting at MUA with Jersey City MUA/DPW/IA representatives | 3.50 | 787.50 |
| 11/03/03 LF  RCRA Fee Petition - review CBBG expenses | .30 | 22.50 |
| 11/04/03 JMA Letter to C. Marraro and K. Brown re: waste water discharge | .20 | 68.00 |
| 11/04/03 JMA Prepare summary of meeting with Special Master at JCMUA | 1.00 | 340.00 |
| 11/04/03 JMA Letter to C. Marraro with summary of JCMUA meeting | .20 | 68.00 |
| 11/04/03 JMA Receipt and review letter from Parsons with utility survey report | .10 | 34.00 |
| 11/04/03 JMA Receipt and review Honeywell utility survey report | 1.20 | 408.00 |
| 11/04/03 JMA Receipt and review letter from K. Millian to Judge Cavanaugh with Order extending time-Riverkeeper reply brief | .20 | 68.00 |

```
W.R. GRACE & COMPANY                              December 8, 2003
Client No.              734680                     Page     3
INVOICE NO.             21885
```

| | | | |
|---|---|---|---|
| 11/04/03 JMA | Receipt and review letter from K. Coakley to M. Daneker re: copies of contracts | .20 | 68.00 |
| 11/05/03 JMA | Receipt and review letter from K. Coakley to T. Milch re: Roned | .10 | 34.00 |
| 11/05/03 JMA | Conference with C. Marraro re: work plan and mediation strategy issues | 5.30 | 1802.00 |
| 11/05/03 JMA | Conference with C. Marraro re: motion to strike re:Honeywell post trial submission | .80 | 272.00 |
| 11/05/03 JMA | Phone - C. Marraro and H. McGuire re: site redevelopment issues | .40 | 136.00 |
| 11/05/03 JMA | Phone - C. Marraro and R. Senftleben re: strategy | .40 | 136.00 |
| 11/05/03 JMA | Conference with RCS re: Motion to strike | .50 | 170.00 |
| 11/05/03 JMA | Conference with MEF re: motion to strike | .40 | 136.00 |
| 11/05/03 JMA | Receipt and review Order re: extension for reply brief (Riverkeeper) | .10 | 34.00 |
| 11/05/03 MEF | RCRA Fee Petition - review portions of reply brief re: attorneys' fees | 4.20 | 945.00 |
| 11/05/03 MEF | RCRA Fee Petition - review and revise portions of reply brief re: expenses | 2.00 | 450.00 |
| 11/05/03 MEF | RCRA Fee Petition - phone with WFH re: reply brief | .20 | 45.00 |
| 11/05/03 MEF | RCRA Fee Petition - Email to WFH re: revise reply brief | .30 | 67.50 |
| 11/05/03 MEF | Conference with JMA re: motion to strike (Riverkeeper) | .40 | 90.00 |
| 11/05/03 RCS | Meeting with John Agnello, Esq. and Chris Manaro, Esq. regarding Grace's motion to strike Honeywell's reliance upon documents not admitted in evidence. | .20 | 42.00 |

W.R. GRACE & COMPANY                                    December 8, 2003
Client No.            734680                            Page      4
INVOICE NO.           21885

11/05/03 RCS  Grace's motion to strike Honeywell's reliance    1.40    294.00
              on post trial evidence - review David Field,
              Esq.'s certifications and exhibits in support
              of motion to dismiss Hackensack Riverkeeper
              lawsuit for lack of standing to determine
              exhibits not admitted in evidence by Judge
              Cavanaugh.

11/05/03 RCS  Motion to Strike - prepare list of exhibits       .40     84.00
              annexed to Field certifications not admitted in
              evidence in ICO trial

11/05/03 RCS  Meeting with John Agnello, Esq. regarding         .20     42.00
              review of Andy Davis, Ph.D.'s testimony about
              non-existence of meadow mat.

11/05/03 RCS  Review Andy Davis, Ph.D.'s testimoney regarding  1.00    210.00
              depth of meadow mat.

11/05/03 RCS  Review Andy Davis, Ph.D.'s demonstrative          .30     63.00
              exhibits regarding depicting depth of meadow
              mat.

11/05/03 RCS  Telephone communications with Barbara Banks at    .30     63.00
              Wallace King regarding color copies of Davis
              demonstrative exhibits

11/05/03 LF   RCRA Fee Petition - continue review of CBBG      4.90    367.50
              expenses and prepare revised draft

11/06/03 JMA  Review file and notes re: work plan and          2.00    680.00
              immediate action items for meeting with Special
              Master

11/06/03 JMA  Prepare outline for meeting with Special Master  1.00    340.00

11/06/03 JMA  Conference with C. Marraro, A. Nagy, K. Brown    2.00    680.00
              and M. Obradovich re: meeting with Special
              Master

11/06/03 JMA  Attend meeting with Special Master and all       5.00   1700.00
              parties

11/06/03 JMA  Conference with C. Marraro and A. Nagy re: work  2.00    680.00
              plan submission

11/06/03 MEF  Hackensack Riverkeeper - review Honeywell reply  1.00    225.00
              papers in connection with motion to strike

W.R. GRACE & COMPANY                                     December 8, 2003
Client No.              734680                    Page        5
INVOICE NO.             21885

11/06/03 MEF Hackensack Riverkeeper - review transcripts of        .60     135.00
             post-trial arguments in connection with motion
             to strike

11/06/03 MEF RCRA Fee Application - conference with LF re:        3.30     742.50
             expense calculations by category for inclusion
             in reply brief

11/06/03 RCS Receipt and review of Andy Davis, Ph.D.             1.00     210.00
             Demonstrative Exhibits and compare to Grace
             Exhibits admitted in evidence.

11/06/03 RCS Telephone communications with Barbara Banks at       .40      84.00
             Wallace King regarding Andy Davis Demonstrative
             Exhibits.

11/06/03 LF  RCRA Fee Application - Revise charts re:             .40      30.00
             expense calculations

11/06/03 LF  RCRA Fee Application - Conference with MEF re:      3.30     247.50
             expense calculations by categories for
             inclusion in reply brief

11/07/03 JMA Conference call with C. Marraro, K. Brown re:        .50     170.00
             transportation study and remedial issues

11/07/03 JMA Meeting with C. Marraro, A. Nagy, H. McGuire       3.50    1190.00
             re: development issues

11/07/03 JMA Conference call with C. Marraro, A. Nagy, H.         .50     170.00
             McGuire, B. Bowe re: development issues

11/07/03 JMA RCRA Fee Petition - review of and comments to      3.60    1224.00
             Grace reply brief

11/07/03 MEF RCRA Fee Petition - continue working on reply      4.80    1080.00
             papers (brief and declarations)

11/07/03 MEF RCRA Fee Petition - t/c with WFH re: reply          .20      45.00
             brief

11/07/03 MEF RCRA Fee Petition - emails to CHM/WFH re: draft      .40      90.00
             brief and declaration

11/08/03 JMA Conference call re: revisions to Grace reply       4.30    1462.00
             brief

11/08/03 MEF RCRA Fee Petition - conference call with JMA,      4.50    1012.50
             CHM and WFH re: revisions to reply brief

W.R. GRACE & COMPANY                                    December 8, 2003
Client No.          734680                              Page      6
INVOICE NO.         21885

| 11/08/03 MEF | Hackensack Riverkeeper - work on motion to strike | 1.00 | 225.00 |
| 11/09/03 MEF | RCRA Fee Petition - revise reply brief per comments from 11/8/03 conference | 3.10 | 697.50 |
| 11/09/03 MEF | Hackensack Riverkeeper - continue working on motion to strike | 1.00 | 225.00 |
| 11/09/03 MEF | RCRA Fee Petition - research travel expenses | 1.00 | 225.00 |
| 11/10/03 JMA | Receipt and review letter from Parson to Louis Berger Group re: deep groundwater investigation | .20 | 68.00 |
| 11/10/03 JMA | Receipt and review email from SI Group re: intermodal containers | .20 | 68.00 |
| 11/10/03 JMA | Receipt and review letter from L. Cartright-Smith to M. Schiappa re: Riverkeeper | .10 | 34.00 |
| 11/10/03 JMA | Receipt and review email from Parsons re: sediment sampling plan | .10 | 34.00 |
| 11/10/03 JMA | Receipt and review letter from Parsons to T. Lewis re: Honeywell responses to Louis Berger Group - comments to sediment sampling plan | 1.10 | 374.00 |
| 11/10/03 JMA | Receipt and review letter from T. Pasuit to Clerk | .10 | 34.00 |
| 11/10/03 JMA | Receipt and review notice of motion by Special Master approving Fifth Fee Application | .20 | 68.00 |
| 11/10/03 JMA | Receipt and review Special Master Fifth Fee Application | .40 | 136.00 |
| 11/10/03 JMA | Receipt and review proposed form of Order - Special Master Fifth Fee Application | .20 | 68.00 |
| 11/10/03 JMA | Receipt and review memo from K. Brown re: wall design and alternatives | .40 | 136.00 |
| 11/10/03 MEF | RCRA Fee Petition - review additional caselaw re: travel expenses | 1.80 | 405.00 |
| 11/10/03 MEF | RCRA Fee Petition - t/c with WFH re: reply declarations and revisions to brief | .50 | 112.50 |

```
W.R. GRACE & COMPANY                            December 8, 2003
Client No.              734680                   Page     7
INVOICE NO.             21885
```

| | | | |
|---|---|---|---|
| 11/10/03 MEF | RCRA Fee Petition - revise response re: travel expenses | .50 | 112.50 |
| 11/10/03 MEF | RCRA Fee Petition - review draft reply declaration of CHM | 1.00 | 225.00 |
| 11/10/03 MEF | RCRA Fee Application - revise MEF/JMA reply declarations | .80 | 180.00 |
| 11/10/03 MEF | Hackensack Riverkeeper - continue preparing motion to strike | 1.00 | 225.00 |
| 11/11/03 JMA | RCRA Fee Petition - Review of and comments to Declarations of C. Marraro and JMA | 3.00 | 1020.00 |
| 11/11/03 JMA | Receipt and review letter from L. Cartright-Smith to Clerk | .10 | 34.00 |
| 11/11/03 JMA | Receipt and review ICO reply brief re: summary judgment motion (standing) Riverkeeper case | 1.20 | 408.00 |
| 11/11/03 JMA | Receipt and review letter from M. Daneker to counsel for Special Master re: contracts/progress reports | .20 | 68.00 |
| 11/11/03 JMA | Phone - L. Walsh | .20 | 68.00 |
| 11/11/03 JMA | Phone - J. Dugan re: development issues | .20 | 68.00 |
| 11/11/03 JMA | Phone - L. Walsh | .10 | 34.00 |
| 11/11/03 JMA | Phone - C. Marraro re: development issues | .40 | 136.00 |
| 11/11/03 MEF | RCRA Fee Petition - review and revise reply brief | 2.00 | 450.00 |
| 11/11/03 RCS | Receipt and review of Andy Davis, Ph.D.'s demonstrative exhibits regarding meadow mat. | .20 | 42.00 |
| 11/12/03 JMA | Email to C. Marraro and A. Nagy re: development issues | .20 | 68.00 |
| 11/12/03 JMA | Phone - A. Nagy  re: meeting with regulators and Special Master | .20 | 68.00 |
| 11/12/03 JMA | Fee Petition - Phone - C. Marraro re: Grace Reply - Fee Petition | .40 | 136.00 |

W.R. GRACE & COMPANY                                    December 8, 2003
Client No.            734680                            Page    8
INVOICE NO.           21885


11/12/03 JMA RCRA Fee Petition - review of and comments to      2.70    918.00
             Grace reply brief - Fee Petition

11/12/03 JMA RCRA Fee Petition - Conference with MEF re:        6.50   2210.00
             revisions to Grace reply brief - Fee Petition

11/12/03 MEF RCRA Fee Application - conference with JMA re:     6.50   1462.50
             revisions to reply papers-JMA declaration, MEF
             declaration, summary chart of ICO/ECARG experts
             and reply brief

11/12/03 MEF RCRA Fee Application - revise JMA/MEF             1.00    225.00
             declarations

11/12/03 MEF Emails to/from B. Banks re: declarations          .40     90.00

11/12/03 MEF Emails to/from B. Hughes re: reply papers         .30     67.50

11/13/03 JMA Receipt and review email from H. Hall            .10     34.00

11/13/03 JMA Receipt and review email from C. Anderson re:    .10     34.00
             RAWP

11/13/03 JMA Receipt and review email from K. Millian re:     .10     34.00
             RAWP

11/13/03 JMA Receipt and review ICO comments to Honeywell    1.80    612.00
             revised RAWP

11/13/03 JMA Receipt and review rail transportation analysis  .60    204.00
             re: truck to rail

11/13/03 JMA Receipt and review letter from M. Daneker to    3.20   1088.00
             Special Master - Honeywell comments to revised
             RAWP with exhibits

11/13/03 JMA Receipt and review email from Parsons re:        .10     34.00
             agreement in sediment cores

11/13/03 JMA Receipt and review letter from Parsons to Louis  .30    102.00
             Berger Group re: sediment cores

11/13/03 JMA Receipt and review email from special Master     .10     34.00
             re: meeting with regulators

11/13/03 JMA Receipt and review email from L.                 .10     34.00
             Cartright-Smith re: ICO reply brief -
             Riverkeeper

W.R. GRACE & COMPANY                                     December 8, 2003
Client No.              734680                  Page      9
INVOICE NO.             21885


| | | | |
|---|---|---|---|
| 11/13/03 MEF | RCRA Fee Application - continue revising reply papers | 5.00 | 1125.00 |
| 11/13/03 MEF | RCRA Fee Application - prepare revised chart of fees, costs and expenses | .50 | 112.50 |
| 11/13/03 MEF | RCRA Fee Application - emails to/from WFH re: reply papers (multiple) | .40 | 90.00 |
| 11/14/03 MEF | RCRA Fee Petition - finalize reply papers | 2.70 | 607.50 |
| 11/16/03 MEF | Hackensack Riverkeeper - revise motion to strike | 2.00 | 450.00 |
| 11/17/03 JMA | Letter to R. Senftleben, A. Nagy and C. Marraro | .20 | 68.00 |
| 11/17/03 JMA | Phone - counsel for Special Master re: scheduling | .20 | 68.00 |
| 11/17/03 JMA | Phone - C. Marraro re: scheduling | .30 | 102.00 |
| 11/17/03 JMA | Phone - counsel for Special Master re: scheduling | .20 | 68.00 |
| 11/17/03 JMA | Letter to Judge Cavanaugh re: Special Master Fifth Fee Application | .20 | 68.00 |
| 11/17/03 JMA | Phone - C. Marraro re: remedial work plan | .40 | 136.00 |
| 11/17/03 JMA | Appeal - phone - C. Marraro re: mediation issues | .40 | 136.00 |
| 11/17/03 JMA | Comments to K. Brown memo re: wall design and alternatives | 1.10 | 374.00 |
| 11/18/03 JMA | Fee Petition - Receipt and review letter from C. Pravlik to Clerk | .10 | 34.00 |
| 11/18/03 JMA | Fee Petition - Receipt and review ICO reply brief and exhibits - RCRA Fee Petition | 1.90 | 646.00 |
| 11/18/03 JMA | Receipt and review letter from M. Daneker to Special Master | .10 | 34.00 |
| 11/18/03 JMA | Receipt and review Honeywell 9/30/03 10-Q | .50 | 170.00 |
| 11/18/03 JMA | Receipt and review email from T. Pasuit re: restoration ACO - Natural Resource Damages | .50 | 170.00 |

W.R. GRACE & COMPANY                                    December 8, 2003
Client No.              734680                    Page        10
INVOICE NO.             21885


11/18/03 JMA Review of and comments to Restoration          .60    204.00
             Administrative Consent Order - Natural Resource
             Damages

11/18/03 JMA Phone - counsel for Special Master re: RAWP    .30    102.00

11/18/03 JMA Conference with C. Marraro re: development    1.80    612.00
             issues and issues for meeting with Special
             Master and Regulators

11/18/03 JMA Conference with C. Marraro re: mediation issues  .60  204.00

11/18/03 JMA Conference with C. Marraro re:                1.00    340.00
             comments/revisions to sheet piling vs. slurry
             wall memo

11/18/03 JMA Letter to Senator Torricelli                   .20     68.00

11/18/03 JMA Receipt and review memo from Special Master re:  .30  102.00
             Work Plan submissions to Court

11/18/03 JMA Conference with C. Marraro re: procedure and   .80    272.00
             schedule for submitting Work Plan to Court

11/19/03 JMA Meeting with C. Marraro and K. Brown re: wall 1.40    476.00
             design issues

11/19/03 JMA Attend meeting with Special Master and        4.00   1360.00
             regulators

11/19/03 JMA Conference with counsel for Special Master     .80    272.00

11/19/03 JMA Conference with C. Marraro re: development,    2.30    782.00
             transportation and permitting issues

11/19/03 JMA Appeal - conference with C. Marraro re:       1.00    340.00
             mediation issues and strategy

11/19/03 MEF Hackensack Riverkeeper - review docket re: SJ  .50    112.50
             motion and hearing

11/19/03 MEF Hackensack Riverkeeper - revise brief in      1.00    225.00
             support of motion to strike

11/19/03 MEF Review mediation file re: baseline for         .20     45.00
             discussion

11/20/03 JMA Receipt and review supplemental fee application  .40  136.00
             by Special Master

| | | | |
|---|---|---|---|
| 11/20/03 JMA | Appeal - receipt and review email from C. Marraro re: Spillane vs. Commonwealth Edison Co. | .30 | 102.00 |
| 11/20/03 JMA | Appeal - receipt and review Spillane v. Commonwealth Edison Co. | .50 | 170.00 |
| 11/20/03 JMA | Receipt and review email from T. Milch to/from K. Millian re: mediation schedule | .20 | 68.00 |
| 11/20/03 JMA | Appeal - receipt and review email from K. Millian to T. Milch | .10 | 34.00 |
| 11/20/03 JMA | Receipt and review letter from K. Coakley to Judge Cavanaugh | .20 | 68.00 |
| 11/20/03 JMA | Phone - C. Marraro re: conference call with clients | .30 | 102.00 |
| 11/20/03 JMA | Conference call with C. Marraro, B. Hughes, A. Nagy and R. Senftleben re: status of remedial activities, meeting with Regulators | 1.30 | 442.00 |
| 11/20/03 JMA | Phone - C. Marraro re: results of meeting with Special Master and Regulators | .40 | 136.00 |
| 11/20/03 JMA | Conference call with K. Millian, B. Terris, C. Marraro re: submission of Work Plan to Court | .70 | 238.00 |
| 11/21/03 JMA | Receipt and review email from H. Hall with Special Master's comments to utility survey | .20 | 68.00 |
| 11/21/03 JMA | Receipt and review email from M. Golladay | .10 | 34.00 |
| 11/21/03 JMA | Receipt and review K. Brown evaluation of ground water modeling vs. Honeywell modeling | 1.00 | 340.00 |
| 11/21/03 JMA | Receipt and review Honeywell 6th Progress Report | .60 | 204.00 |
| 11/21/03 JMA | Receipt and review email from Parson re: 6th Progress Report | .10 | 34.00 |
| 11/21/03 JMA | Receipt and review email from T. Pasuit re: meeting with Special Master | .10 | 34.00 |
| 11/21/03 JMA | Receipt and review email from H. Hall with stormwater discharge approval | .20 | 68.00 |

W.R. GRACE & COMPANY                                    December 8, 2003
Client No.              734680                 Page        12
INVOICE NO.             21885


| Date | | Description | Hours | Amount |
|------|---|-------------|-------|--------|
| 11/21/03 | JMA | Phone - C. Marraro re: mediation issues | .30 | 102.00 |
| 11/21/03 | JMA | Phone - counsel for Special Master re: 5th Fee Application | .10 | 34.00 |
| 11/24/03 | JMA | Conference with C. Marraro re: mediation issues | .80 | 272.00 |
| 11/24/03 | JMA | Meeting with T. Milch, M. Daneker, C. Marraro re: mediation and settlement issues | 2.30 | 782.00 |
| 11/24/03 | JMA | Conference with C. Marraro re: mediation, settlement and development issues | 3.00 | 1020.00 |
| 11/24/03 | JF | Meeting with Rob Scrivo re: Davis Demonstrative exhibits in color. | .20 | 15.00 |
| 11/24/03 | JF | Updated Grace Exhibit binders with Davis Demonstrative exhibits in color. | .50 | 37.50 |
| 11/25/03 | JMA | Phone - C. Marraro re: development issues | .40 | 136.00 |
| 11/25/03 | JMA | Conference call with A. Nagy, H. McGuire, C. Marraro and B. Bowe re: development issues | .60 | 204.00 |
| 11/25/03 | JMA | Phone - C. Marraro re: Honeywell RAWP | .30 | 102.00 |
| 11/26/03 | JMA | Receipt and review email from T. Pasuit re: schedule for meeting with Special Master | .10 | 34.00 |
| 11/26/03 | JMA | Receipt and review letter from C. Pravlik to Clerk with executed Affidavit | .20 | 68.00 |

Subtotal:
                                                        -------------
                                                        185.40  52623.00

**Fee Applications, Applicants**

| Date | | Description | Hours | Amount |
|------|---|-------------|-------|--------|
| 11/11/03 | MEF | Fee Application - Pacer Search re: Sept. CNO and Quarterly filing | .30 | 67.50 |
| 11/11/03 | MEF | Fee Application - email to P. Cuniff re: Sept. CNO and Quarterly filing | .20 | 45.00 |
| 11/11/03 | MEF | Fee Application - review October 2003 Fee Detail | 1.00 | 225.00 |
| 11/15/03 | MEF | Fee Application - review revised fee detail for October 2003 | 1.00 | 225.00 |

W.R. GRACE & COMPANY
Client No.          734680                    December 8, 2003
INVOICE NO.         21885                     Page      13

11/15/03 MEF Fee Application - prepare 20th Fee Application    2.00    450.00

11/17/03 MEF Finalize 20th Monthly Fee Application             .50    112.50

11/17/03 MEF Letter to P. Cuniff re: 20th Monthly Fee          .20     45.00
             Application

11/17/03 MEF Email to P. Cuniff re: 10th Quarterly Fee         .20     45.00
             Application

11/17/03 MEF PACER search re: 10th Quarterly Fee Application   .20     45.00

11/19/03 MEF Review CNO for September 2003 Monthly Fee         .20     45.00
             Application

11/19/03 MEF PACER search re: Tenth Quarterly Fee              .20     45.00
             Application

11/19/03 MEF Fee Application - review email from S. Bossay     .30     67.50
             re: 9th Quarterly Project/Expense Category
             Spreadsheet

11/19/03 MEF Fee Application - review 9th Quarterly            .70    157.50
             Spreadsheet and backup

11/19/03 MEF Fee Application - email to S. Bossay re: CBBG     .30     67.50
             figures

11/19/03 MEF Fee Application - phone with S. Bossay re:        .30     67.50
             Quarterly Spreadsheet

11/20/03 MEF Fee Application - review email from S. Bossay     .20     45.00
             re: Amended Final Report 9th Quarter

11/20/03 MEF Fee Application - review Amended Final Report     .30     67.50
             9th Quarter

11/20/03 MEF Fee Application - email to S. Bossay re:          .20     45.00
             Amended Final Report 9th Quarter

11/20/03 MEF Fee Application - email from S. Bossay re:        .20     45.00
             hourly rates

11/23/03 MEF Email to S. Bossay re: billing rates             .20     45.00

11/26/03 JMA Bankruptcy Fee Application - receipt and review   .20     68.00
             Auditor's final Report for Ninth Interim Period

```
W.R. GRACE & COMPANY                          December 8, 2003
Client No.              734680                Page    14
INVOICE NO.             21885
```

Subtotal:

```
                                                   -------------
                                                   8.90  2025.50
```

**Travel Non-Work**

11/24/03 JMA Travel to Washington, DC                3.50    595.00

11/24/03 JMA Travel from Washington, DC              3.50    595.00

Subtotal:

```
                                                   -------------
                                                   7.00  1190.00
```

```
                                                   -------------
Total Fees:                                           55,838.50
```

W.R. GRACE & COMPANY                                December 8, 2003
Client No.              734680                      Page     16
INVOICE NO.             21885


SUMMARY OF FEES:

```
*-------------------------TIME AND FEE SUMMARY---------------------*
*----------TIMEKEEPER---------*    RATE    HOURS           FEES
J M AGNELLO                      340.00   115.50        38080.00
M E FLAX                         225.00    69.10        15547.50
RC SCRIVO                        210.00     7.10         1491.00
LAURA FLORENCE                    75.00     8.90          667.50
J FALDUTO                         75.00      .70           52.50
                    TOTALS                 201.30        55838.50
```

# EXHIBIT B

```
W.R. GRACE & COMPANY                        December 8, 2003
Client No.              734680              Page    15
INVOICE NO.             21885
```

Disbursements

Messenger

| | | |
|---|---|---|
| 11/25/03 Messenger MERCURY 11/14 | | 52.50 |
| | SUBTOTAL: | 52.50 |

Travel Expense

| | | |
|---|---|---|
| 11/20/03 Travel Expense JMA AMEX 11/24 (AIR) | | 578.50 |
| 11/30/03 Travel Expense  My Limo 11/24/03 (JMA) | | 68.10 |
| | SUBTOTAL: | 646.60 |

Costs Advanced

| | | |
|---|---|---|
| 11/03/03 Costs Advanced - MR. PHOTO 11/03/03 | | 264.89 |
| | SUBTOTAL: | 264.89 |

| | |
|---|---|
| 11/30/03 Photocopies | 74.40 |
| 11/30/03 Faxes | 8.00 |
| 11/30/03 Telephone | 703.69 |
| 11/30/03 Additional Staff Time | 20.74 |
| 11/30/03 Computer Searches | 49.88 |
| 11/30/03 Federal Express | 98.50 |

Total Costs                                            1,919.20

Total Due this Matter                               · 57,757.70
=============