# EXHIBIT C

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO. et al. | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | Objection Deadline: Feb. 18 2004 at 4:00p.m. |
| | | Hearing Date:   TDB only if necessary |

**SUMMARY COVERSHEET TO TWENTY-SECOND MONTHLY INTERIM
APPLICATION OF CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART &
OLSTEIN FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR
DECEMBER 1, 2003 THROUGH DECEMBER 31, 2003**

| | |
|---|---|
| Name of Applicant: | Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein ("CBBG") |
| Authorized to provide professional services to: | Special Litigation and Environmental Counsel to Debtors |
| Date of Retention: | February 1, 2002 |
| Period for which compensation and reimbursement is sought | December 1, 2003 through December 31, 2003 |
| Amount of compensation sought as actual, reasonable and necessary | $46,499.00 for the period December 1, 2003 through December 31, 2003 in professional fees |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $839.62 for the period of December 1, 2003 through December 31, 2003 |

This is a:                    Monthly interim application

Prior Applications filed:        Yes

| Date Filed | Period Covered | Requested Fees (80%) | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 04/30/02 | 03/01/02 through 03/31/02 | $11,914.00 | $1,601.57 | Paid | Paid |
| 05/16/02 | 04/01/02 through 04/30/02 | $18,244.80 | $800.41 | Paid | Paid |
| 06/02 | 05/01/02 through 05/31/02 | $10,476.80 | $1,952.06 | Paid | Paid |
| 07/02 | 06/01/02 through 06/30/02 | $23,778.80 | $124.87 | Paid | Paid |
| 08/02 | 07/01/02 through 07/31/02 | $21,644.40 | $382.71 | Paid | Paid |
| 09/02 | 08/01/02 through 08/31/02 | $34,612.80 | $2,524.85 | Paid | Paid |
| 10/02 | 9/01/02 through 9/30/02 | $29,157.20 | $2,926.37 | Paid | Paid |
| 11/02 | 10/01/02 through 10/31/02 | $25,916.00 | $2,067.73 | Paid | Paid |
| 12/02 | 11/01/02 through 11/30/02 | $27,517.20 | $2,314.21 | Paid | Paid |
| 01/03 | 12/01/02 through 12/31/02 | $56,228.40 | $8,398.02 | Paid | Paid |

| 02/03 | 01/01/03 through 01/31/03 | $144,530.40 | $9,533.27 | Paid | Paid |
|---|---|---|---|---|---|
| 03/03 | 02/01/03 through 02/28/03 | $80,008.09 | $19,621.20 | Paid | Paid |
| 04/03 | 03/01/03 through 03/31/03 | $108,130.40 | $16,983.37 | Paid | Paid |
| 5/03 | 04/01/03 through 04/30/03 | $69,407.60 | $3,684.64 | Paid | Paid |
| 6/03 | 05/01/03 through 05/31/03 | $26,057.93 | $0 | Paid | Paid |
| 7/03 | 06/01/30 through 06/30/03 | $60,407.20 | $2,061.28 | Paid | Paid |
| 8/03 | 07/01/03 through 07/31/03 | $78,271.60 | $9,347.66 | Paid | Paid |
| 9/03 | 08/01/03 through 08/31/03 | $48,996.80 | $1,966.20 | Paid | Paid |
| 10/03 | 09/01/03 through 09/30/03 | $29,190.80 | $2,057.14 | Application Pending | Application Pending |
| 11/03 | 10/01/03 through 10/31/03 | $36,243.20 | $1,026.05 | Paid | Paid |
| 12/03 | 11/01/03 through 11/30/03 | $44,670.80 | $1,919.20 | Application Pending | Application Pending |

As indicated above, this is the twenty-second application for interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases.

### Summary of Compensation Requested

| Name of Professional Individual | Position, year assumed, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| John M. Agnello | Partner | $340 | 91.70 | $31,178.00 |
| Melissa E. Flax | Partner | $225 | 66.80 | $15,030.00 |
| Robert C. Scrivo | Associate | $210 | 1.10 | $231.00 |
| Laura Florence | Paralegal | $75 | .80 | $60.00 |

Total Fees        $46,499.00

Total Hours        160.40

## EXPENSE SUMMARY

| Expense Category | Total Expenses |
|---|---|
| Copies – Internal and Outside | $261.60 |
| Westlaw/Pacer | $121.06 |
| Telephone | $74.31 |
| Faxes | $211.00 |
| FedEx | $43.05 |
| Travel | |
| Messenger | $127.50 |
| Additional Staff Time | |
| Court Reporter (Hearing Transcript) | |
| Meals | |
| | |
| Total | $839.62 |

Dated:  January 16, 2004

**ATTACHMENT B**
**TO FEE APPLICATION**
**(December 1, 2003 through December 31, 2003)**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| John M. Agnello | Partner | $340 | 91.70 | $31,178.00 |
| Melissa E. Flax | Partner | $225 | 66.80 | $15,030.00 |
| Robert C. Scrivo | Associate | $210 | 1.10 | $231.00 |
| Laura Florence | Paralegal | $75 | .80 | $60.00 |

| Grand Total: | $46,499.00 |
|---|---|
| Blended Rate: | |

## COMPENSATION BY PROJECT CATEGORY[1]

| Project Category (Examples) | Total Hours | Total Fees |
|---|---|---|
| Asset Analysis | | |
| Asset Disposition | | |
| Business Operations | | |
| Case Administration | | |
| Claims Analysis Objection Resolution & Estimation (Asbestos) | | |
| Claims Analysis Objection Resolution & Estimation (Non-Asbestos) | | |
| Committee (All – Creditors', Noteholders', Equity Holders', etc.) | | |
| Employee Benefits/Pensions | | |
| Employment Applications, Applicant | | |
| Employment Applications, Others | | |
| Expenses | | $839.62 |
| Fee Applications, Applicant | 10.10 | $2,364.50 |
| Fee Applications, Others | | |
| Financing | | |
| Hearings | | |
| Litigation and Litigation Consulting | 150.30 | $44,134.50 |
| Plan and Disclosure Statement | | |
| Relief from Stay Proceedings | | |
| Tax Issues | | |
| Tax Litigation | | |
| Travel – non-working | | |
| Valuation | | |
| ZAI Science Trial | | |
| ZAI Science Trial – Expenses | | |
| Other (Explain) | | |

---

[1] In accordance with the Court's directive at the August 26, 2002 hearing, the compensation by project category has been revised to reflect the additional project categories required by the Court and the Fee Auditor.

**EXPENSE SUMMARY**

| Expense Category (Examples) | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Computer Assisted Legal Research | WestLaw/Pacer | $121.06 |
| Facsimile (with rates) | | $211.00 ($1.00 per page) |
| Long Distance Telephone | | $74.31 |
| In-House Reproduction | | $261.60 ($0.15 per page) |
| Outside Reproduction | | |
| Outside Research | | |
| Filing/Court Fees | | |
| Court Transcripts | Charles P. McGuire | |
| Local Travel | Tolls (MEF 10/2/03) | $1.10 |
| Out-Of-Town Travel<br><br>airfare<br>car/taxi service | | |
| Courier & Express Carriers (e.g. Federal Express) | Federal Express | $43.05 |
| Postage | | |
| Other (Explain) - Working meal | | |
| Messenger | | $127.50 |
| Security at Site | SARA Consultants | |
| Additional Staff Time | | |
| | | |

Dated: January 12, 2004

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:                                          )
                                                )    Chapter 11
                                                )
W. R. GRACE & CO. et al.[1]                     )    Case No. 01-01139 (JKF)
                                                )    (Jointly Administered)
            Debtors.                            )

## VERIFICATION

JOHN M. AGNELLO, after being duly sworn according to law, deposes and says:

1.    I am a partner with the applicant firm, Carella, Byrne, Bain, Gilfillan,

Cecchi, Stewart & Olstein and I am a member in good standing of the bars of the State of New

Jersey, the United States District Court for the District of New Jersey, the United States Court of

Appeals for the Third Circuit, the State of New York, the United States District Courts for the

Southern and Eastern Districts of New York and the Supreme Court of the United States.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. -Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food `N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (Ma Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G_ C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners 1, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Curving, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

2.    I have personally performed certain of, and overseen the legal services rendered by Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein as special litigation and environmental counsel to the Debtors and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

3.    The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

John M. Agnello

In the State of New Jersey

SWORN TO AND SUBSCRIBED
before me this //th day of January, 2004

Notary Public

My Commission Expires:

LOIS ISAACSON
A Notary Public of New Jersey
My Commission Expires 6/19/06

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO. et al. [1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | Objection Deadline: Feb.  , 2004 at 4:00p.m. |
| | | Hearing Date :   TDB only if necessary |

## FEE DETAIL FOR CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM DECEMBER 1, 2003 THROUGH DECEMBER 31, 2003

---

[1] 'The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. -Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food `N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (Ma Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G_ C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Curving, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

W.R. GRACE & COMPANY                     January 12, 2004
5400 BROKEN SOUND BLVD., N.W.            Invoice No. 22098
BOCA RATON, FL  33487                    Client No.  734680
ATTN: RICHARD A. SENFTLEBEN, ESQ.


          For Professional Services Rendered through   12/31/03

Matter #          734680.1          VS. HONEYWELL INTERNATIONAL


## Litigation and Litigation Consulting


| | | | |
|---|---|---|---|
| 12/01/03 | MEF | Riverkeeper - revise brief in support of motion to strike | .50 | 112.50 |
| 12/02/03 | JMA | Phone - C. Marraro re: scheduling | .20 | 68.00 |
| 12/02/03 | JMA | Phone - A. Nagy re: development issues | .20 | 68.00 |
| 12/02/03 | JMA | Phone - C. Marraro re: development issues and transportation issues | .40 | 136.00 |
| 12/03/03 | JMA | Conference with C. Marraro re: redevelopment issues | .70 | 238.00 |
| 12/03/03 | JMA | Attend meeting with C. Marraro and Langan re: transportation issues | 3.00 | 1020.00 |
| 12/03/03 | JMA | Conference with C. Marraro re: transportation issues | 1.50 | 510.00 |
| 12/03/03 | JMA | Inspect transportation alternate routes for truck to rail transportation | 3.00 | 1020.00 |
| 12/03/03 | MEF | Hackensack Riverkeeper - review cross motions for SJ and correspondence re: same | 1.40 | 315.00 |
| 12/03/03 | MEF | Hackensack Riverkeeper - draft letter to Judge Cavanaugh re: SJ | .60 | 135.00 |
| 12/04/03 | JMA | Review notes for conference call with clients | .50 | 170.00 |
| 12/04/03 | JMA | Conference call with C. Marraro and K. Brown re: remediation issues | .60 | 204.00 |
| 12/04/03 | JMA | Conference call with A. Nagy, R. Senftleben, C. Marraro re: remediation and transportation issues | 1.00 | 340.00 |
| 12/04/03 | JMA | Phone - C. Marraro re: development issues | .70 | 238.00 |

W.R. GRACE & COMPANY                                    January 12, 2004
Client No.               734680              Page      2
INVOICE NO.              22098


12/04/03 JMA Phone - C. Marraro re: transportation issues        .20    68.00

12/04/03 JMA Receipt and review email from C. Marraro re:        .10    34.00
             Honeywell 12/3/03 RAWP

12/04/03 JMA Phone - C. Marraro re: Honeywell 12/3/03 RAWP       .30   102.00

12/04/03 MEF T/c with CHM re: letter to Judge Cavanaugh          .20    45.00

12/05/03 JMA Receipt and review letter from T. Pasuit to         .10    34.00
             Clerk

12/05/03 JMA Receipt and review Notice of Motion re: Special     .90   306.00
             Master Sixth Fee Application, Special Master
             Sixth Fee Application and proposed Order

12/05/03 JMA Receipt and review letter from K. Coakley to        .10    34.00
             Clerk

12/05/03 JMA Receipt and review Special Master's Third           .40   136.00
             Progress Report

12/05/03 JMA Phone - C. Marraro re: Honeywell Work Plan          .30   102.00

12/05/03 JMA Review of and comments to Honeywell Summary        2.60   884.00
             RAWP dated 12/3/03

12/05/03 JMA Receipt and review email from C. Marraro            .10    34.00

12/05/03 JMA Appeal - review recent RCRA Decision re:            .80   272.00
             imminent and substantial endangerment issues

12/08/03 JMA Review of and comments to letter to Judge           .40   136.00
             Cavanaugh re: new evidence

12/08/03 JMA Conference with MEF re: revisions to letter to     1.30   442.00
             Judge Cavanaugh re: new evidence

12/08/03 JMA Conference with MEF re: development issues -        .70   238.00
             redevelopment zone

12/08/03 JMA Receipt and review memo from Langan re:            .20    68.00
             transportation

12/08/03 JMA Phone - C. Marraro re: development issues           .40   136.00

12/08/03 JMA Receipt and review letter from K. Millian to        .30   102.00
             special Master re: Honeywell's 12/3/03 RAWP

```
W.R. GRACE & COMPANY                              January 12, 2004
Client No.              734680            Page      3
INVOICE NO.             22098
```

| | | | | |
|---|---|---|---|---|
| 12/08/03 | JMA | Receipt and review letter from K. Millian to Special Master with Dr. Bell comments to Honeywell 12/3/03 RAWP | .30 | 102.00 |
| 12/08/03 | JMA | Receipt and review email from L. Thomas | .10 | 34.00 |
| 12/08/03 | JMA | Receipt and review letter from M. Caffrey to Judge Cavanaugh re: RCRA Fee Petition | .10 | 34.00 |
| 12/08/03 | JMA | Receipt and review memo re: special Master issues under amended Rule 53 | 1.20 | 408.00 |
| 12/08/03 | MEF | Research Rules 59 and 60 re: new evidence | .40 | 90.00 |
| 12/08/03 | MEF | Review email from CHM re: Honeywell proposed work plan and schedule | .20 | 45.00 |
| 12/08/03 | MEF | Review Honeywell's proposed work plan and schedule | .60 | 135.00 |
| 12/08/03 | MEF | Conference with JMA re: revisions to letter to Judge Cavanaugh re: new evidence | 1.30 | 292.50 |
| 12/08/03 | MEF | Conference with JMA re: development issues - redevelopment zone | .70 | 157.50 |
| 12/08/03 | MEF | Revise letter to Judge Cavanaugh re: new evidence | .60 | 135.00 |
| 12/09/03 | MEF | Review case law re: Rule 59 and 60 of FRCP | .40 | 90.00 |
| 12/10/03 | JMA | Phone - C. Marraro re: transportation and remediation issues | .40 | 136.00 |
| 12/10/03 | JMA | RCRA Fee Petition - receipt and review letter from M. Caffrey to Clerk | .10 | 34.00 |
| 12/10/03 | JMA | RCRA Fee Petition - receipt and review letter from M. Caffrey to Judge Cavanaugh | .10 | 34.00 |
| 12/10/03 | JMA | RCRA Fee Petition - receipt and review Honeywell Notice of Motion to Strike Portions of ECARG reply | .20 | 68.00 |
| 12/10/03 | JMA | RCRA Fee Petition - receipt and review Honeywell's two (2) proposed Orders | .20 | 68.00 |
| 12/10/03 | JMA | RCRA Fee Petition - receipt and review second Declaration of M. Caffrey | 1.00 | 340.00 |

W.R. GRACE & COMPANY                              January 12, 2004
Client No.              734680            Page      4
INVOICE NO.             22098


12/10/03 JMA RCRA Fee Petition - receipt and review         .60    204.00
             Honeywell brief in support of Motion to Strike
             ECARG reply

12/10/03 JMA Receipt and review letter from C. Marraro re:  .10     34.00
             transportation issues

12/10/03 JMA Receipt and review letter from B. Lothian re:  .30    102.00
             transportation issues

12/10/03 MEF Receipt and review email from CHM re: Special  .20     45.00
             Master's comments to Honeywell's Proposed
             Summary RAW

12/10/03 MEF Review Special Master's redlined version of    .80    180.00
             Honeywell's Proposed Summary RAW

12/10/03 MEF Review research re: valuation of property     2.30    517.50

12/10/03 MEF T/c with G. Buchanan at Division of Science,   .20     45.00
             Research & Technology

12/10/03 MEF Memo to JMA re: t/c with G. Buchanan           .20     45.00

12/11/03 JMA Review of and initial comments to comments of 2.70    918.00
             Special Master to Honeywell 12/3/03 RAWP

12/11/03 JMA Conference with MEF re: finalize letter to     .40    136.00
             Judge Cavanaugh

12/11/03 JMA Phone - C. Marraro re: letter to Judge         .20     68.00
             Cavanaugh

12/11/03 MEF RCRA Fee Petition - review Honeywell motion to .70    157.50
             strike portions of ECARG's reply brief

12/11/03 MEF Review Honeywell's motion to strike portions of .50   112.50
             ICO's reply brief re: RCRA Fee Petition

12/11/03 MEF Additional research re:                       2.10    472.50
             redevelopment/development issues

12/11/03 MEF RCRA Fee Petition - email to CHM re: Honeywell .20     45.00
             motion to strike

12/11/03 MEF Conference with JMA re: revisions to letter to .40     90.00
             Judge Cavanaugh - Hackensack Riverkeeper
             motions

W.R. GRACE & COMPANY                                           January 12, 2004
Client No.                734680                    Page      5
INVOICE NO.               22098

| | | | |
|---|---|---|---|
| 12/11/03 MEF | Revise letter to Judge Cavanaugh - Hackensack Riverkeeper | .30 | 67.50 |
| 12/11/03 MEF | Review schedule for workplan | .20 | 45.00 |
| 12/12/03 JMA | Phone - L. Walsh re: RAWP | .20 | 68.00 |
| 12/12/03 JMA | Comments to Special Master's revisions to 12/3/03 RAWP | 2.30 | 782.00 |
| 12/12/03 JMA | Conference with C. Marraro re: Grace comments to Special Master's revisions to 12/3/03 RAWP | 4.70 | 1598.00 |
| 12/12/03 MEF | Continue reviewing redevelopment research | 2.30 | 517.50 |
| 12/12/03 MEF | Draft memo to JMA re: redevelopment issues | 2.90 | 652.50 |
| 12/13/03 JMA | Review of and comments to Honeywell 12/12/03 comments to Special Master's version of Work Plan | 1.00 | 340.00 |
| 12/13/03 JMA | RCRA Fee Petition - receipt and review Honeywell brief in support of Motion to Strike ICO reply | .30 | 102.00 |
| 12/13/03 JMA | RCRA Fee Petition - Receipt and review letter from M. Caffrey to Clerk | .10 | 34.00 |
| 12/13/03 JMA | RCRA Fee Petition - Receipt and review letter from M. Caffrey to Judge Cavanaugh | .10 | 34.00 |
| 12/13/03 JMA | RCRA Fee Petition - receipt and review Notice of Motion to Strike Portions of ICO Reply | .20 | 68.00 |
| 12/13/03 JMA | RCRA Fee Petition - receipt and review Honeywell two (2) proposed Orders | .20 | 68.00 |
| 12/13/03 JMA | RCRA Fee Petition - receipt and review second Declaration of M. Caffrey re: ICO reply papers | .80 | 272.00 |
| 12/15/03 JMA | Revisions to Grace version of RAWP for submission to Special Master | 3.50 | 1190.00 |
| 12/15/03 JMA | Email to C. Marraro re: revisions to RAWP | .20 | 68.00 |
| 12/15/03 JMA | Appeal - memo from MEF re: liability, buyout; conference with MEF | .30 | 102.00 |

W.R. GRACE & COMPANY                          January 12, 2004
Client No.              734680        Page       6
INVOICE NO.             22098


12/15/03 JMA Receipt and review letter from Parsons to Louis     .20     68.00
             Berger Group re: vendor contracts

12/15/03 JMA Receipt and review email from Parsons              .10     34.00

12/15/03 JMA Receipt and review letter from Parsons to T.       .20     68.00
             Lewis re: preliminary geotechnical report

12/15/03 JMA Appeal - receipt and review emails re:            .20     68.00
             mediation schedule

12/15/03 JMA Receipt and review letter from K. Coakley to M.   .20     68.00
             Daneker re: contracts

12/15/03 MEF Riverkeeper - receipt and review letter from G.   .20     45.00
             Buchanan re: Fish Consumption Advisories

12/15/03 MEF Riverkeeper - review June 1997 Fish Consumption   .40     90.00
             Advisories

12/15/03 MEF RCRA Fee Petition - t/c with WFH re:             .40     90.00
             Honeywell's motion to strike

12/15/03 MEF RCRA Fee Petition - begin review of case law     1.00    225.00
             cited by Honeywell in motion to strike

12/16/03 JMA Meeting with CHM, B. Hughes, K. Brown, A. Nagy   5.00   1700.00
             and R. Senftleben re: revisions to Grace
             12/16/03 RAWP

12/16/03 JMA Phone - T. Pasuit                                 .10     34.00

12/16/03 JMA Phone - C. Marraro re: remedial action issues    .20     68.00

12/16/03 JMA Revisions to Grace revisions to RAWP             2.00    680.00

12/16/03 JMA Review materials for meeting with counsel for    3.00   1020.00
             Special Master re: RAWP issues; meeting with
             counsel for Special Master

12/16/03 JMA Receipt and review memo re: Waterfront           .50    170.00
             Development Permit issues

12/16/03 JMA Receipt and review letter from K. Coakley to M.   .20     68.00
             Daneker re: data collection, Roned

12/16/03 JMA Receipt and review letter from Louis Berger      .30    102.00
             Group to Parsons re: Honeywell 6th Progress
             Report

W.R. GRACE & COMPANY                                      January 12, 2004
Client No.                    734680                     Page      7
INVOICE NO.                   22098


12/16/03 JMA Receipt and review letter from M. Daneker to        .20    68.00
             Special Master

12/16/03 JMA Receipt and review letter from L. Walsh             .10    34.00

12/16/03 JMA Receipt and review brochure re: Construction        .30   102.00
             and Marine Equipment Company

12/16/03 JMA Appeal - receipt and review letter from T.          .10    34.00
             Milch to Judge Ackerman

12/16/03 JMA Receipt and review letter from M. Daneker to        .30   102.00
             Special Master

12/16/03 MEF RAW - Review block/lot information re               .30    67.50
             ECARG/Roned property

12/16/03 MEF Review Rule 53 and amendments and compare with      .80   180.00
             former Rule 53

12/16/03 MEF Prepare memo to JMA re: revised Rule 53             .80   180.00

12/16/03 MEF RCRA Fee Petition - continue review of case law    3.10   697.50
             cited by Honeywell in motion to strike

12/16/03 MEF RCRA Fee Petition - review Petition and            1.00   225.00
             Honeywell opposition in connection with motion
             to strike

12/16/03 MEF RCRA Fee Petition - begin drafting opposition      1.00   225.00
             to Honeywell's motion to strike

12/17/03 JMA Conference with C. Marraro and R. Senftleben        .40   136.00
             re: transportation issues

12/17/03 JMA Attend meeting with Special Master and all         3.50  1190.00
             parties

12/17/03 JMA Conference with C. Marraro, R. Senftleben, A.      2.00   680.00
             Nagy and K. Brown re: issues raised at all
             parties' meeting

12/17/03 JMA Revisions to Grace 12/16/03 RAWP revisions         1.00   340.00

12/17/03 JMA Review materials for meeting with all parties      1.40   476.00
             and special Master

12/17/03 JMA Meeting with C. Marraro and R. Senftleben re:       .60   204.00
             issues for all parties meeting

W.R. GRACE & COMPANY                                January 12, 2004
Client No.              734680              Page      8
INVOICE NO.             22098

12/17/03 MEF Review Waterfront Development statute          .80     180.00

12/17/03 MEF Review information re: transportation issues   .70     157.50

12/18/03 JMA Review transportation truck/rail study        1.50     510.00
             materials

12/18/03 JMA Conference with C. Marraro re: transportation  2.50    850.00
             and mediation issues

12/18/03 JMA Conference with MEF re: transportation -       1.00    340.00
             traveling issues

12/18/03 MEF Conference with CHM re: motion to strike       .50     112.50

12/18/03 MEF Conference with JMA re: transportation issues  1.00    225.00

12/18/03 MEF Review videos re: transportation issues        .50     112.50

12/19/03 JMA Prepare Grace 12/19/03 RAWP revisions and email 1.70   578.00
             to all parties

12/19/03 JMA Receipt and review email from Parsons re: 7th   .10     34.00
             Progress Report

12/19/03 JMA Receipt and review letter from Parsons to       .10     34.00
             Special Master re: 7th Progress Report

12/19/03 JMA Review of and comments to Honeywell 7th        1.00    340.00
             Progress Report

12/19/03 JMA Email to C. Marraro re: Honeywell 7th Progress  .10     34.00
             Report

12/19/03 JMA Receipt and review letter from Parsons to Louis .10     34.00
             Berger Group

12/19/03 RCS Telephone communication with Judge Cavanaugh's  .30     63.00
             law clerk Alex Granovsky regarding certain
             Grace trial exhibits.

12/22/03 JMA Receipt and review email from C. Marraro re:    .30    102.00
             DEP/conflicts issues

12/22/03 JMA Phone - C. Marraro re: Honeywell position on    .30    102.00
             Grace RAWP

12/22/03 JMA Receipt and review email from Louis Berger      .10     34.00
             Group to Parsons

W.R. GRACE & COMPANY                                    January 12, 2004
Client No.              734680                          Page      9
INVOICE NO.             22098

12/22/03 JMA Receipt and review Louis Berger Group memo re:    .60    204.00
             EFH assessment

12/22/03 JMA Receipt and review letter from K. Coakley to M.   .10     34.00
             Daneker re: extension of time

12/22/03 JMA Receipt and review email from Parsons             .10     34.00

12/22/03 JMA Receipt and review letter from Parsons to Louis   .10     34.00
             Berger Group re: data

12/22/03 JMA Receipt and review email from C. Marraro to K.    .10     34.00
             Brown re: RAWP

12/22/03 JMA Receipt and review letter from M. Daneker to      .30    102.00
             Special Master re: Grace RAWP

12/22/03 MEF Review email from CHM re: Honeywell/DEP           .20     45.00

12/22/03 MEF RCRA Fee Petition - motion to strike - review    2.00    450.00
             caselaw re: standards governing fee petitions

12/22/03 MEF RCRA Fee Petition - motion to strike - revise    1.00    225.00
             brief in opposition

12/22/03 MEF RAWP - review email from CHM to K. Brown re:      .10     22.50
             Honeywell letter

12/22/03 MEF RAWP - review Honeywell letter to Sen.            .20     45.00
             Toricelli

12/22/03 MEF RCRA Fee Petition - motion to strike - review     .30     67.50
             email from WFH re: expert responses to
             Honeywell objections

12/23/03 JMA Receipt and review Order approving Special        .20     68.00
             Master's 6th Fee Application

12/23/03 JMA Receipt and review email from Louis Berger        .80    272.00
             Group to Parsons with sediment contamination
             data

12/23/03 JMA Phone - C. Marraro re: remediation issues         .30    102.00

12/23/03 JMA Phone - C. Marraro and B. Lothian re:             .20     68.00
             transportation issues

12/23/03 MEF Phone with WFH re: brief in opposition to         .20     45.00
             motion to strike

W.R. GRACE & COMPANY                                January 12, 2004
Client No.              734680                      Page      10
INVOICE NO.             22098

| | | | | |
|---|---|---|---|---|
| 12/23/03 | MEF | Continue revising brief in opposition to Honeywell's motion to strike | .80 | 180.00 |
| 12/26/03 | MEF | Continue drafting opposition to Honeywell's motion to strike | 1.50 | 337.50 |
| 12/26/03 | MEF | Research - FRE in connection with motion to strike | .50 | 112.50 |
| 12/27/03 | JMA | Review of and comments to draft brief - Honeywell motion to strike | .80 | 272.00 |
| 12/27/03 | JMA | Conference with MEF re: revisions to ECARG brief - Honeywell motion to strike | 2.00 | 680.00 |
| 12/27/03 | MEF | Conference with JMA re: response to Honeywell motion to strike | 2.00 | 450.00 |
| 12/27/03 | MEF | Revise opposition to motion to strike | 3.60 | 810.00 |
| 12/28/03 | MEF | Review additional case law cited by Honeywell | .60 | 135.00 |
| 12/28/03 | MEF | Review detail in support of original petition | .60 | 135.00 |
| 12/28/03 | MEF | Continue revising brief in opposition to motion to strike | 2.80 | 630.00 |
| 12/29/03 | JMA | Phone - C. Marraro re: transportation issues | .20 | 68.00 |
| 12/29/03 | JMA | RCRA Fee Petition - Conference with MEF re: final revisions to ECARG brief re: Honeywell motion to strike ECARG reply | 2.90 | 986.00 |
| 12/29/03 | JMA | RCRA Fee Petition - Review and execute letter to Clerk and Judge Cavanaugh | .20 | 68.00 |
| 12/29/03 | JMA | RCRA Fee Petition - review and execute ECARG brief re: Honeywell Motion to Strike ECARG reply | .80 | 272.00 |
| 12/29/03 | JMA | Phone conference with C. Marraro and B. Lothian re: transportation issues | .80 | 272.00 |
| 12/29/03 | JMA | Phone conference with C. Marraro and K. Brown re: transportation issues | .40 | 136.00 |
| 12/29/03 | JMA | RCRA Fee Petition - review of and comments to revised ECARG brief re: Honeywell motion to strike | 1.00 | 340.00 |

W.R. GRACE & COMPANY                                January 12, 2004
Client No.                734680              Page      11
INVOICE NO.               22098


12/29/03 JMA Receipt and review letter from C. Pravlik to     .10     34.00
             Clerk

12/29/03 JMA Receipt and review letter from C. Pravlik to     .10     34.00
             Court

12/29/03 JMA Receipt and review ICO proposed Order re:        .20     68.00
             Honeywell motion to strike ICO reply

12/29/03 JMA Receipt and review ICO brief re: Honeywell       .60    204.00
             motion to strike

12/29/03 JMA Review Gr.1104-(10)                              .30    102.00

12/29/03 JMA Letter to K. Coakley re: Grace trial exhibits    .20     68.00
             1104(1)-(10)

12/29/03 MEF Phone with CHM and JMA re: opposition to motion  .20     45.00
             to strike

12/29/03 MEF Conference with JMA re: revisions to opposition 2.90    652.50
             to motion to strike

12/29/03 MEF Revise and finalize opposition to motion to     4.00    900.00
             strike

12/29/03 RCS Meeting with John Agnello, Esq. re: certain      .20     42.00
             Grace trial exhibits being submitted to Special
             Master.

12/30/03 JMA RCRA Fee Petition - receipt and review letter    .10     34.00
             from B. Terris re: oral argument

12/30/03 JMA RCRA Fee Petition - email to C. Marraro re:      .10     34.00
             oral argument 1/12

12/30/03 JMA Phone - B. Lothian re: transportation issues     .20     68.00

12/30/03 MEF Conference with LF re: information re:           .60    135.00
             transportation issues

12/30/03 MEF Prepare order denying Honeywell's motion to      .40     90.00
             strike

12/30/03 MEF Letter to Judge Cavanaugh re: order denying      .30     67.50
             Honeywell's motion to strike

12/30/03 RCS Review truck routes in proximity to site re:     .60    126.00
             transportation issues.

W.R. GRACE & COMPANY                                     January 12, 2004
Client No.                734680                        Page        12
INVOICE NO.               22098


| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 12/30/03 | LF | Conference with MEF re: trucking transportation issues | .60 | 45.00 |
| 12/31/03 | JMA | Review Langan Report re: transportation issues | .70 | 238.00 |
| 12/31/03 | JMA | Meeting with B. Lothian re: inspect transportation routes re: truck to rail | 2.30 | 782.00 |
| 12/31/03 | JMA | Phone - C. Marraro re: transportation issues | .30 | 102.00 |
| 12/31/03 | LF | T/c to Jersey City Tax Assessor re: transportation issues | .20 | 15.00 |

                                    Subtotal:            ------------
                                                          44,134.50


## Fee Applications, Applicant


| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 12/01/03 | MEF | Fee Application - review email from S. Bossay re: 9th Quarterly Spreadsheets and Final Report amounts | .40 | 90.00 |
| 12/01/03 | MEF | Fee Application - Pacer search re: October 2003 fee application | .20 | 45.00 |
| 12/01/03 | MEF | Fee Application - Begin preparing 21st Monthly Fee Application (Nov. 2003) | .50 | 112.50 |
| 12/04/03 | JMA | Receipt and review revised Order re: Special Master's Fifth Fee Petition | .20 | 68.00 |
| 12/04/03 | MEF | Fee Application - review November 2003 fee detail | 1.00 | 225.00 |
| 12/04/03 | MEF | Fee Application - continued preparing 21st monthly fee application | 1.00 | 225.00 |
| 12/05/03 | MEF | Fee Application - review revised/corrected November fee detail | .50 | 112.50 |
| 12/08/03 | MEF | Fee Application - continue preparing 21st monthly fee application | 1.10 | 247.50 |
| 12/09/03 | JMA | Review and execute 21st Fee Application | .60 | 204.00 |
| 12/09/03 | MEF | Fee Application - finalize 21st Monthly Fee Application | .50 | 112.50 |

W.R. GRACE & COMPANY                               January 12, 2004
Client No.              734680              Page      13
INVOICE NO.             22098


12/09/03 MEF Fee Application - letter to P. Cuniff re: 21st    .20    45.00
             fee application

12/15/03 MEF Review email from K. Wright re: CBBG 10th        .20    45.00
             Quarterly Fee Application

12/15/03 MEF Review 9th and 10th Quarterly Fee Applications   .70   157.50
             in response to Fee Auditor inquiry

12/15/03 MEF Voice mail - K. Wright                           .10    22.50

12/15/03 MEF Fee Application - PACER search re: status of     .50   112.50
             pending monthly fee applications and objection
             deadlines

12/15/03 MEF T/c with K. Wright re: 10th Quarterly Fee        .30    67.50
             Application

12/15/03 MEF Emails to/from P. Cuniff re: 10th Quarterly Fee  .40    90.00
             Application

12/15/03 MEF Pacer Search - CBBG 10th Quarterly Fee          .30    67.50
             Application

12/15/03 MEF Emails to K. Wright re: CBBG 10th Quarterly      .20    45.00

12/17/03 MEF PACER search - CNO for October 2003             .20    45.00

12/17/03 MEF Review CNO for October 2003 fees and expenses   .20    45.00

12/23/03 MEF Fee Application - PACER search re: amended       .30    67.50
             notice of filing 10th Quarterly fee application
             and order re: 9th Quarterly

12/23/03 MEF Fee Application - review amended notice of       .20    45.00
             filing 10th Quarterly fee application

12/23/03 MEF Fee Application - voice mail Kevin Wright re:    .10    22.50
             amended notice

12/23/03 MEF Fee Application - review order approving         .20    45.00
             quarterly fee application for the 9th period

                                              -------------
                                Subtotal:        2,364.50

                                              -------------
Total Fees:                                     46,499.00

```
W.R. GRACE & COMPANY                        January 12, 2004
Client No.              734680              Page    15
INVOICE NO.             22098
```

SUMMARY OF FEES:

```
*--------------------------TIME AND FEE SUMMARY--------------------*
*----------TIMEKEEPER---------*    RATE   HOURS          FEES
J M AGNELLO                      340.00   91.70      31178.00
M E FLAX                         225.00   66.80      15030.00
RC SCRIVO                        210.00    1.10        231.00
LAURA FLORENCE                    75.00     .80         60.00
                        TOTALS            160.40      46499.00
```

# EXHIBIT B

```
W.R. GRACE & COMPANY                          January 12, 2004
Client No.              734680                 Page    14
INVOICE NO.             22098
```

Disbursements

Messenger

| | | | |
|---|---|---|---|
| 12/31/03 Messenger MERCURY 12/24 | | | 52.50 |
| | SUBTOTAL: | 52.50 |

Travel Expense

| | | | |
|---|---|---|---|
| 12/05/03 Travel Expense MEF 10/2 | | | 1.10 |
| | SUBTOTAL: | 1.10 |

Messenger - In House

| | | | |
|---|---|---|---|
| 12/18/03 Messenger - In House JMA 11/24 | | | 75.00 |
| | SUBTOTAL: | 75.00 |

| | |
|---|---|
| 12/31/03 Photocopies | 261.60 |
| 12/31/03 Faxes | 211.00 |
| 12/31/03 Telephone | 74.31 |
| 12/31/03 Computer Searches | 121.06 |
| 12/31/03 Federal Express | 43.05 |

| | |
|---|---|
| Total Costs | 839.62 |

| | |
|---|---|
| Total Due this Matter | 47,338.62 |
| ============= | |