IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Deadline: March 18, 2004 at 4:00 p.m.**
Hearing Date: TBD only if necessary

## FEE DETAIL FOR STEPTOE & JOHNSON LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM DECEMBER 1, 2003 THROUGH DECEMBER 31, 2003

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:46422.2

Exhibit A

Professional services rendered in December, 2003

| Date | Person | Description | Hours |
|---|---|---|---|
| 12/05/03 | A.E. Moran | Telephone conference with C. Finke re corporate owned life insurance policies for executives. | 0.70 |
| 12/05/03 | A.E. Moran | Review new regulations and prior notices on corporate-owned or employee-owned split dollar policies. | 1.00 |
| 12/08/03 | A.E. Moran | Review question of treatment of executive life insurance policies under new regulations. | 1.20 |
| 12/08/03 | A.E. Moran | Telephone conference with C. Finke re split-dollar policies. | 0.20 |
| 12/09/03 | A.E. Moran | Research executive life insurance policies and changes in the law. | 4.10 |
| 12/09/03 | E. Kohn | Review and analyze tax treatment of insurance contracts owned by employees and company. | 0.50 |
| 12/10/03 | A.E. Moran | Work on review of new IRS life insurance guidance; particularly third-party articles and discussions. | 2.80 |
| 12/10/03 | E. Kohn | Conference with Ms. Moran re split-dollar insurance contract treatment. | 0.40 |
| 12/10/03 | A.E. Moran | Office communication with E. Kohn re executive split-dollar policies. | 0.40 |
| 12/10/03 | E. Kohn | Review and analyze tax treatment of insurance contracts owned by employees and company. | 1.30 |
| 12/11/03 | A.E. Moran | Telephone conference with C. Finke re executive life insurance policies. | 0.40 |
| 12/11/03 | E. Kohn | Review applicability of death trigger under regulations to contract. | 0.30 |
| 12/11/03 | A.E. Moran | Review preambles to and explanations of regulations regarding executive life insurance policies. | 4.00 |

| Date | Name | Description | Hours |
|---|---|---|---|
| 12/11/03 | A.E. Moran | Telephone conference with E. Kohn interpretation question re new regulations and re tax treatment of executive life insurance policies. | 0.40 |
| 12/11/03 | E. Kohn | Review contract documents and consider application of regulations to same. | 1.40 |
| 12/11/03 | E. Kohn | Conference with Ms. Moran re application of 7872 regulations to loans. | 0.40 |
| 12/12/03 | A.E. Moran | Work on analysis of characterization of executive policies. | 4.70 |
| 12/12/03 | A.E. Moran | Telephone conference with C. Finke re executive policies. | 0.60 |
| 12/15/03 | E. Kohn | Conference with Ms. Moran re taxation of insurance contracts under new regulation. | 0.30 |
| 12/15/03 | E. Kohn | Review Ms. Moran's analysis of taxation of insurance contracts. | 0.50 |
| 12/15/03 | A.E. Moran | Telephone conference with E. Kohn re interpretation of regulations regarding executive life policies. | 0.30 |
| 12/16/03 | A.E. Moran | Telephone conference with C. Finke re executive policies. | 0.40 |
| 12/19/03 | A.E. Moran | Communication with C. Finke re effect of split-dollar policy. | 0.10 |
| 12/19/03 | A.E. Moran | Telephone conference re new split-dollar regulations and effect on Grace. | 0.30 |

**Matter 32**

| Date | Name | Description | Hours |
|---|---|---|---|
| 12/23/03 | A.E. Moran | Billing - work on billing. | 0.50 |
| 12/30/03 | A.E. Moran | Review on bills (July through September 2003). | 2.00 |
| 12/31/03 | A.E. Moran | Review filing to send out; make changes. | 0.80 |

| Name | Hours | Rate | Value |
|---|---|---|---|
| E. Kohn | 5.10 | 395.00 | 2,014.50 |
| A.E. Moran - Matter 46 | 21.60 | 395.00 | 8,532.00 |
| A.E. Moran - Matter 32 | 3.30 | 395.00 | 1,303.50 |
| Total | 30.00 | | 11,850.00 |

Total Fees  $11,850.00

Expenses:

Duplicating - Matter 32  6.75
Duplicating - Matter 46  25.95

Total Disbursements  $32.70

Total This Statement  $11,882.70

DECEMBER 03

```
                                                       STEPTOE & JOHNSON LLP
RUN DATE: 01/13/2004
                                                             Detail Cost
Report                                                  RUN TIME: 14:50:31
                                                              Proforma:
285842                                                        PAGE:  1

 012046.00103 COLI

  Cost           Timekeeper
  Code   Date    Number    Name                    Quantity  Rate    Amount
 Ext.    Phone Number       Description
========= ======= =========================== ======== ====== ==========
====== ====================    ==================================================
DUPLDC    12/09/03 07592     Ward, Brenda A.         141.00  0.15      21.15
  DUPLDC  12/09/03 07592     Ward, Brenda A.         141.00  0.20      28.20
141 PHOTOCOPIES MADE BY 07592
DUPLDC    12/15/03 07592     Ward, Brenda A.           8.00  0.15       1.20
  DUPLDC  12/15/03 07592     Ward, Brenda A.           8.00  0.20       1.60
8 PHOTOCOPIES MADE BY 07592

DUPLDC             Total :                                             22.35

LASR      12/09/03 00206     Moran, Anne E.            3.00  0.15       0.45
  LASR    12/09/03 00206     Moran, Anne E.            3.00  0.20       0.60
PC/Network Printing

PC LASER   3 Pages Ward, Brenda
LASR      12/12/03 00206     Moran, Anne E.            4.00  0.15       0.60
  LASR    12/12/03 00206     Moran, Anne E.            4.00  0.20       0.80
PC/Network Printing

PC LASER   4 Pages Ward, Brenda
LASR      12/12/03 00206     Moran, Anne E.            5.00  0.15       0.75
  LASR    12/12/03 00206     Moran, Anne E.            5.00  0.20       1.00
PC/Network Printing

PC LASER   5 Pages Ward, Brenda
LASR      12/12/03 00206     Moran, Anne E.            5.00  0.15       0.75
  LASR    12/12/03 00206     Moran, Anne E.            5.00  0.20       1.00
PC/Network Printing

PC LASER   5 Pages Moran, Anne
LASR      12/12/03 00206     Moran, Anne E.            6.00  0.15       0.90
  LASR    12/12/03 00206     Moran, Anne E.            6.00  0.20       1.20
PC/Network Printing

PC LASER   6 Pages Moran, Anne
LASR      12/12/03 00206     Moran, Anne E.            1.00  0.15       0.15
  LASR    12/12/03 00206     Moran, Anne E.            1.00  0.20       0.20
PC/Network Printing

PC LASER   1 Pages Moran, Anne
LASR      12/12/03 Total :                                              3.15
```

```
LASR       12/30/03 00206      Moran, Anne E.          1.00    0.15         0.15
   LASR    12/30/03 00206      Moran, Anne E.          1.00    0.20         0.20
PC/Network Printing

PC LASER   1 Pages Ward, Brenda
LASR       12/30/03 00206      Moran, Anne E.          1.00    0.15         0.15
   LASR    12/30/03 00206      Moran, Anne E.          1.00    0.20         0.20
PC/Network Printing

PC LASER   1 Pages Ward, Brenda
LASR       12/30/03 00206      Moran, Anne E.          6.00    0.15         0.90
   LASR    12/30/03 00206      Moran, Anne E.          6.00    0.20         1.20
PC/Network Printing

PC LASER   6 Pages Ward, Brenda
LASR       12/30/03 00206      Moran, Anne E.          6.00    0.15         0.90
   LASR    12/30/03 00206      Moran, Anne E.          6.00    0.20         1.20
PC/Network Printing

PC LASER   6 Pages Ward, Brenda
LASR       12/30/03 00206      Moran, Anne E.          6.00    0.15         0.90
   LASR    12/30/03 00206      Moran, Anne E.          6.00    0.20         1.20
PC/Network Printing

PC LASER   6 Pages Ward, Brenda
LASR       12/30/03 00206      Moran, Anne E.          6.00    0.15         0.90
   LASR    12/30/03 00206      Moran, Anne E.          6.00    0.20         1.20
PC/Network Printing

PC LASER   6 Pages Ward, Brenda
```

```
                                                           STEPTOE &
JOHNSON LLP                                        RUN DATE: 01/13/2004
                                                          Detail Cost
Report                                             RUN TIME: 14:50:32
                                                           Proforma:
285842                                                     PAGE:  2

   012046.00103 COLI

   Cost            Timekeeper
   Code    Date    Number    Name                  Quantity  Rate   Amount
Ext.       Phone Number      Description
========= ======= ======================== ======== ====== ==========
====== ==================    =====================================
LASR      12/30/03 00206     Moran, Anne E.          1.00   0.15     0.15
   LASR   12/30/03 00206     Moran, Anne E.          1.00   0.20     0.20
PC/Network Printing

PC LASER  1 Pages Ward, Brenda
LASR      12/30/03 00206     Moran, Anne E.          1.00   0.15     0.15
   LASR   12/30/03 00206     Moran, Anne E.          1.00   0.20     0.20
PC/Network Printing

PC LASER  1 Pages Moran, Anne
LASR      12/30/03 Total :                          (4.20)  32
LASR      12/31/03 00206     Moran, Anne E.          6.00   0.15     0.90
   LASR   12/31/03 00206     Moran, Anne E.          6.00   0.20     1.20
PC/Network Printing

PC LASER  6 Pages Ward, Brenda
LASR      12/31/03 00206     Moran, Anne E.          9.00   0.15     1.35
   LASR   12/31/03 00206     Moran, Anne E.          9.00   0.20     1.80
PC/Network Printing

PC LASER  9 Pages Ward, Brenda
LASR      12/31/03 00206     Moran, Anne E.          1.00   0.15     0.15
   LASR   12/31/03 00206     Moran, Anne E.          1.00   0.20     0.20
PC/Network Printing

PC LASER  1 Pages Ward, Brenda
LASR      12/31/03 00206     Moran, Anne E.          1.00   0.15     0.15
   LASR   12/31/03 00206     Moran, Anne E.          1.00   0.20     0.20
PC/Network Printing

PC LASER  1 Pages Ward, Brenda
LASR      12/31/03 Total :                          (2.55)  32

LASR               Total :                           10.35

Total : 012046.00103 COLI                            32.70


Report Total :                                       32.70
```