# EXHIBIT B

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors | ) | Objection Deadline: February 12, 2004 at 4:00 p.m. |
| | | Hearing Date: TBD only if necessary |

**SUMMARY APPLICATION OF WOODCOCK WASHBURN FOR
COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES
AS SPECIAL LITIGATION COUNSEL TO W.R. GRACE & CO., ET AL., FOR THE
MONTHLY INTERIM PERIOD OF NOVEMBER 1, 2003, THROUGH NOVEMBER 30, 2003,
FOR THE QUARTERLY FEE PERIOD OF OCTOBER– DECEMBER 2003**

| | |
|---|---|
| Name of Applicant: | **Woodcock Washburn LLP** |
| Authorized to Provide Professional Services to: | **W. R. Grace & Co., et al., Debtors and Debtors-in-Possession** |
| Date of Retention: | **Retention Order entered January 22, 2003** |
| Period for which compensation and reimbursement is sought | **November 1, 2003, through November 30, 2003** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$ 46,329.50** |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | **$ 22.29** |

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn., A-1 Bit &Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-g II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a/ Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc.), Grace JVH, Inc., Asbestos Management, Inc., Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing System, Inc. (f/k/a Environmental Liability Management, Inc.), E&C Liquidating Corp., Emerson & Cuming, Inc., Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Applicant Woodcock Washburn LLP submits this application for fees and expenses for the month of November 2003. This is the eleventh application for interim compensation for services that has been filed with the Bankruptcy Court by Woodcock and the second application for services in the quarter October - December 2003. The following applications have been filed previously with the Court:

| Date Filed | Period Covered | Requested Fees | Requested Disbursements |
| --- | --- | --- | --- |
| June 9, 2003 | 1/1 – 1/31/03 | $11,423.35 | $184.10 |
| June 9, 2003 | 2/1 – 2/28/03 | 29,216.00 | 684.22 |
| June 9, 2003 | 3/1 – 3/31/03 | 14,351.00 | 647.43 |
| June 3, 2003 | 4/1 – 4/30/03 | 14,268.50 | 244.41 |
| July 11, 2003 | 5/1 – 5/31/03 | 20,293.50 | 703.19 |
| August 1, 2003 | 6/1 – 6/30/03 | 24,087.00 | 2,822.23 |
| October 18, 2003 | 7/1 – 7/31/03 | 14,157.50 | 1,834.84 |
| October 17, 2003 | 8/1/ - 8/31/03 | 5,120.00 | 2,346.40 |
| November 6, 2003 | 9/1 – 9/30/03 | 18,536.00 | 2,143.81 |
| December 16, 2003 | 10/1 – 10/31/03 | 26,622.50 | 7,747.17 |
| TOTAL | | $132,916.85 | $9,466.82 |

All fees and expenses for which compensation is sought in the current application were rendered by Applicant in connection with the specific matter for which it was retained as special litigation counsel: Representation of Debtor as intervening defendant in *David B. Bartholic and Intercat, Inc. v. Nol-Tec Systems, Inc.*, civil action 03-CV-4886 (RHK/AJB), pending in the United States District Court for the District of Minnesota. Except for the fees specifically identified as "Fee Application, Applicant," totaling $ 348.00, all fees for which application is made were in the category "Litigation and Litigation Consulting" in the Intercat case.

The attorneys of Applicant who rendered professional services during this Fee Period are:

| Name of Professional Person | Position with the Applicant | Year Admitted to Bar | Department | Hourly Billing Rate | Total Billed Hours | Total Fees Generated |
|---|---|---|---|---|---|---|
| Gary H. Levin | Partner | 1976 | IP Litigation | $435.00 | 7.8 | $3,393.00 |
| David R. Bailey | Partner | 1990 | IP Litigation | $360.00 | 27.1 | $9,756.00 |
| Frank T. Carroll | Associate | 1998 | IP Litigation | $250.00 | 60.6 | $15,150.00 |
| Karen Whitney | Associate | 2001 | IP Litigation | $190.00 | 59.2 | $11,248.00 |
| Angela Verrecchio | Associate | 2002 | IP Litigation | $175.00 | 5.5 | $962.50 |
| Larry Labella | Paralegal | - | IP Litigation | $120.00 | 48.5 | $5,820.00 |

Total Fees: $46,329.50
Blended Rate: $221.99

With respect to disbursements for which compensation is requested, out-going fax charges are billed at no higher than $1/page (with no charge for incoming faxes), charges for outside copy services are billed at actual cost, and charges for standard copying are billed at no more than $0.15/page.

**WHEREFORE**, Applicant respectfully requests (a) that an allowance be made to it, as fully described above for (i) 80% of the amount of $46,329.50 for reasonable and necessary professional services Applicant has rendered to the Debtors during the Fee Period ($37,063.36) and (ii) 100% of the reimbursement of actual and necessary costs and expenses incurred by applicant during the Fee Period ($22.29); and (b) that both fees and expenses are payable as administrative expenses of the Debtors' estates.

Respectfully submitted

*Gary H. L——*

Dated: January 13, 2004

Gary H. Levin
David R. Bailey
Woodcock Washburn LLP
One Liberty Place – 46th Floor
Philadelphia, PA 19103
(215) 568-3100
levin@woodcock.com

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*,[2] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors | ) | Objection Deadline: February 12, 2004 at 4:00 p.m. |
| | | Hearing Date: TBD only if necessary |

### FEE DETAIL FOR WOODCOCK WASHBURN'S MONTHLY FEE APPLICATION FOR THE PERIOD NOVEMBER 1, 2003 THROUGH NOVEMBER 30, 2003

---

[2] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn., A-1 Bit &Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-g II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a/ Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc.), Grace JVH, Inc., Asbestos Management, Inc., Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing System, Inc. (f/k/a Environmental Liability Management, Inc.), E&C Liquidating Corp., Emerson & Cuming, Inc., Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:45785.1
01/22/04 3:03 PM

-1-

*Intercat v. Nol-Tec*
Civil Action No.: 0:03CV4886
United States District Court
District of Minnesota

| Date | Initials | Description | Hours |
|---|---|---|---|
| 11/2/2003 | KMW | Continued preparation of responses to Intercat's Second Set of Rule 34 Requests. | 1.00 |
| 11/3/2003 | GHL | Consideration of defenses of depositions of refineries noticed by Intercat, including review of files for information relating to loaders at those refineries; | .50 |
| 11/3/2003 | DRB | Preparation of and service of responses and objections to document requests | 1.00 |
| 11/3/2003 | LL | Attendance and assistance to the analysis and organization of documents for production. | 3.00 |
| 11/3/2003 | FTC | Review and cataloging of documents collected from Grace files for production to Intercat in response to Rule 34 requests. | 6.50 |
| 11/3/2003 | KMW | Finalize response to Intercat's Third Set of Document Requests; | 1.70 |
| 11/3/2003 | KMW | Review and cataloging of documents collected from Grace files for production to Intercat in response to Rule 34 requests. | 2.00 |
| 11/4/2003 | GHL | Review of information received from Grace relating to placement of the accused Nol-Tec loaders in refineries, correlation against list of loaders earlier received, communication with Grace representative regarding the lists, and preparation of amended and supplemental discovery response to Intercat in view of same | 2.00 |
| 11/4/2003 | LL | Attendance and assistance to the analysis and organization of documents for production. | 5.00 |
| 11/4/2003 | FTC | Document review. | 3.40 |
| 11/4/2003 | KMW | Continued analysis of deficiencies in Intercat's Response to Grace's Second Set of Rule 34 Requests | 2.00 |
| 11/4/2003 | AV | Review of Grace documents for attorney-client privilege, work-product, and non-confidential status prior to production | 3.00 |
| 11/4/2003 | KMW | Continued review of Grace's documents for production. | 2.00 |
| 11/5/2003 | DRB | Preparation of documents for production | 1.00 |
| 11/5/2003 | LL | Attendance and assistance to the analysis and organization of documents for production. | 4.50 |
| 11/5/2003 | FTC | Document review. | .50 |
| 11/5/2003 | AV | Review of Grace documents for attorney-client privilege, work-product, and non-confidential status prior to production | 2.50 |

| Date | Atty | Description | Hours |
|---|---|---|---|
| 11/6/2003 | DRB | Preparation of documents for production to Intercat | 1.00 |
| 11/6/2003 | DRB | Telephone interview of refinery regarding use of Nol-Tec loader | .60 |
| 11/6/2003 | FTC | Document review. | 4.10 |
| 11/6/2003 | KMW | Reviewing Grace's documents for production. | 3.50 |
| 11/9/2003 | KMW | Continued document review. | 3.50 |
| 11/10/2003 | DRB | Preparation of documents for production | 1.00 |
| 11/10/2003 | LL | Attendance and assistance to the analysis and organization of documents for production and performed various searches. | 4.50 |
| 11/10/2003 | FTC | Document review. | 3.30 |
| 11/10/2003 | KMW | Continued document review; conference w/DRB. | 3.00 |
| 11/11/2003 | GHL | Further work on file memorandum and related supplemental discovery responses regarding refinery placement of accused Nol-Tec loaders; communication with Grace regarding same. | .80 |
| 11/11/2003 | DRB | Production of documents to Intercat - review of documents for privilege and relevance | 1.50 |
| 11/11/2003 | KMW | Continued document review. | 4.00 |
| 11/12/2003 | LL | Attendance and assistance to the analysis and organization of documents for production and performed various searches. | 5.50 |
| 11/12/2003 | KMW | Continued document review; conference w/FTC regarding the same. | 5.10 |
| 11/13/2003 | DRB | Preparation of documents for production | 1.00 |
| 11/14/2003 | DRB | Preparation of documents for production | 1.80 |
| 11/14/2003 | LL | Attendance and assistance to the analysis and organization of documents for production and performed various searches through correspondence. | 2.00 |
| 11/15/2003 | DRB | Analysis of Murphy Oil document production | .50 |
| 11/15/2003 | FTC | Document review. | 2.50 |
| 11/16/2003 | FTC | Document review. | 3.50 |
| 11/17/2003 | DRB | Telephone conference with refinery regarding use of Nol-Tec loaders | .40 |
| 11/17/2003 | DRB | Review of documents to be produced to Intercat | 1.00 |
| 11/17/2003 | FTC | Document review. | 4.50 |
| 11/18/2003 | DRB | Preparation of documents for production to Intercat | 3.80 |

| Date | Atty | Description | Hours |
|---|---|---|---|
| 11/18/2003 | DRB | Advice to third party refinery concerning document production | .40 |
| 11/18/2003 | DRB | Discussion with Nol-Tec and Intercat counsel concerning Protective Order | .40 |
| 11/18/2003 | FTC | Document review. | 8.70 |
| 11/18/2003 | KMW | Continued document review. | 5.50 |
| 11/19/2003 | GHL | Fee Application, Applicant -- preparation of Quarterly Summary for Fee period July - September, 2003. | 1.00 |
| 11/19/2003 | DRB | Memorandum drafted regarding how refineries use Nol-Tec loaders in non-infringement manner | 1.00 |
| 11/19/2003 | DRB | Advice to Robert Maggio regarding selection of in-house Grace technical expert | .50 |
| 11/19/2003 | DRB | Preparation of documents for production | .90 |
| 11/19/2003 | DRB | Strategy for third party refinery discovery | .50 |
| 11/19/2003 | LL | Attendance and assistance to the analysis and organization of documents for production. | 2.00 |
| 11/19/2003 | FTC | Document review. | 5.30 |
| 11/19/2003 | KMW | Continued document review. | 3.00 |
| 11/20/2003 | GHL | Fee Application, Applicant -- further preparation of Quarterly Summary for Fee period July - September, 2003. | .80 |
| 11/20/2003 | GHL | Review of information relating to refineries subpoenaed by Intercat and development of strategy for representation fo Grace at the noticed depositions; | .70 |
| 11/20/2003 | DRB | Telephone conference with Intercat's counsel regarding discovery scheduling | .40 |
| 11/20/2003 | DRB | Telephone conference with with Ray Mott of Grace regarding working as corporate expert designee | .50 |
| 11/20/2003 | DRB | Analysis of documents to be produced to Intercat | .60 |
| 11/20/2003 | FTC | Document review. | 1.00 |
| 11/20/2003 | KMW | Continued document review. | 6.50 |
| 11/21/2003 | DRB | Document production to Intercat | 1.00 |
| 11/21/2003 | LL | Attendance and assistance to the analysis and organization of documents for production. | 5.00 |
| 11/21/2003 | FTC | Document review. | 1.00 |
| 11/21/2003 | KMW | Continued document review. | 4.00 |

| Date | Atty | Description | Hours |
|---|---|---|---|
| 11/22/2003 | FTC | Document review. | 1.00 |
| 11/23/2003 | FTC | Document review. | 7.60 |
| 11/24/2003 | DRB | Preparation of documents for production | 1.40 |
| 11/24/2003 | DRB | Analysis of documents Intercat requests for review by Bartholic; letter to Intercat's counsel regarding same | .90 |
| 11/24/2003 | DRB | Coordination of discovery to be sought from refineries. | .50 |
| 11/24/2003 | LL | Attendance and assistance to the analysis and organization of documents for production. | 5.50 |
| 11/24/2003 | FTC | Document review. | 1.00 |
| 11/24/2003 | KMW | Continued document review. | 5.80 |
| 11/25/2003 | LL | Attendance and assistance to the analysis and organization of documents for production. | 4.00 |
| 11/25/2003 | FTC | Document review. | 3.30 |
| 11/26/2003 | GHL | Meeting with trial team on discovery issues, including strategy for defense of refinery depositions as noticed by Intercat and for conduct of depositions of refineries to be noticed by Grace; | 1.00 |
| 11/26/2003 | GHL | Development of information from files for response to Intercat's Interrogatory 8; | 1.00 |
| 11/26/2003 | DRB | Preparation for and attendance to team strategy meeting for discovery issues | 1.00 |
| 11/26/2003 | DRB | Letter to Intercat's counsel concerning document production issues | .50 |
| 11/26/2003 | DRB | Preparation of documents for production | 1.00 |
| 11/26/2003 | DRB | Analysis of discovery responses, documents provided by refinery. | 1.00 |
| 11/26/2003 | LL | Attendance and assistance to the analysis and organization of documents for production. | 3.50 |
| 11/26/2003 | FTC | Document review. | 2.40 |
| 11/26/2003 | FTC | Conference to discuss discovery schedule. | 1.00 |
| 11/26/2003 | KMW | Conference regarding status of case and document production. | 1.00 |
| 11/26/2003 | KMW | Continued document review. | 5.60 |
| 11/28/2003 | LL | Attendance and assistance to the analysis and organization of documents for production and file set up. | 4.00 |

SERVICES                                                           $   47,554.50

| | | | | |
|---|---|---|---|---|
| GHL | GARY H. LEVIN | 7.80 | hours at $ | 435.00 |
| DRB | DAVID R. BAILEY | 27.10 | hours at $ | 360.00 |
| FTC | FRANK T. CARROLL | 60.60 | hours at $ | 250.00 |
| KMW | KAREN MILLANE WHITNEY | 59.20 | hours at $ | 190.00 |
| LL | LARRY LABELLA | 48.50 | hours at $ | 120.00 |
| AV | ANGELA VERRECCHIO | 5.50 | hours at $ | 175.00 |

**DISBURSEMENTS:**

| | |
|---|---|
| FACSIMILE | 2.06 |
| POSTAGE & DELIVERY | 0.67 |
| PHOTOCOPYING | 19.56 |

| | | |
|---|---|---|
| DISBURSEMENT TOTAL | $ | 22.29 |
| SERVICE TOTAL | $ | 46,329.50 |
| **INVOICE TOTAL** | $ | 46,351.79 |