## EXHIBIT A

**Business Operations (.90 Hours; $ 468.50)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .10 | $685 | 68.50 |
| Ronald E. Reinsel | .80 | $500 | 400.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 01/21/04 | RER | 500.00 | 0.40 | Review 3rd quarter report. |
| 01/26/04 | PVL | 685.00 | 0.10 | Review LTC memo re WRG 3d quarter results. |
| 01/26/04 | RER | 500.00 | 0.40 | Review 3rd quarter report. |

**Total Task Code .03**   .90

**Case Administration (18.30 Hours; $ 4,239.50)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 1.70 | $685 | 1,164.50 |
| Albert G. Lauber | .20 | $540 | 108.00 |
| Rita C. Tobin | 1.00 | $375 | 375.00 |
| Robert C. Spohn | 6.40 | $180 | 1,152.00 |
| Andrew D. Katznelson | 9.00 | $160 | 1,440.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 01/05/04 | RCT | 375.00 | 0.20 | Review schedules re: EI update. |
| 01/05/04 | RCS | 180.00 | 0.40 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 12/31/03 (.4). |
| 01/05/04 | ADK | 160.00 | 0.50 | Updated payment schedule with payment received. |
| 01/06/04 | RCS | 180.00 | 0.40 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 1/05/04 (.4). |

{D0019213:1 }

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 01/06/04 | ADK | 160.00 | 0.50 | Updated payment schedule with payment received. |
| 01/07/04 | RCS | 180.00 | 0.40 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 1/06/04 (.4). |
| 01/08/04 | RCT | 375.00 | 0.20 | Review schedules/local counsel report re: EI update. |
| 01/08/04 | RCS | 180.00 | 1.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 1/07/04 (.4); review docket for specific documents cited by attorney (.7). |
| 01/08/04 | ADK | 160.00 | 0.50 | Perform review of court documents to identify relevant documents for EI and RCT. |
| 01/09/04 | RCS | 180.00 | 0.30 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 1/08/04 (.3). |
| 01/12/04 | RCS | 180.00 | 0.30 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 1/09/04 (.3). |
| 01/12/04 | ADK | 160.00 | 1.00 | Review classify and annotate relevant material for EI; review and classify documents in order to create database regarding upcoming hearings and pre-trial status conferences for EI, PVNL and RCT. |
| 01/13/04 | RCS | 180.00 | 0.50 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 01/12/04. (.2) Call to court clerk and Delaware Bankruptcy Court regarding pleading not listed on the docket. (.2) Forward documents in question to Delaware Clerk. (1) |
| 01/13/04 | ADK | 160.00 | 0.50 | Review classify and annotate relevant material for EI; review and classify documents in order to create database regarding upcoming hearings and pre-trial status conferences for EI, PVNL and RCT. |
| 01/14/04 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 01/13/04. (.2) |
| 01/15/04 | PVL | 685.00 | 0.40 | Review DK acq. et al recusal brief. |

{D0019213:1 }

| | | | | |
|---|---|---|---|---|
| 01/15/04 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 1/14/04 (.2). |
| 01/16/04 | AGL | 540.00 | 0.20 | Review pending orders and motions. |
| 01/16/04 | PVL | 685.00 | 0.50 | Review Grace recusal brief. |
| 01/16/04 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 1/15/04 (.2). |
| 01/16/04 | ADK | 160.00 | 1.00 | Perform review of court documents to identify relevant documents for EI and RCT. |
| 01/20/04 | PVL | 685.00 | 0.20 | Review 5 miscellaneous filings (.1); review motion to strike re recusal (.1). |
| 01/20/04 | RCS | 180.00 | 0.30 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 1/16/04 (.3). |
| 01/20/04 | ADK | 160.00 | 1.50 | Performed review and organized Wolin Recusal documents for EI. |
| 01/21/04 | RCS | 180.00 | 0.30 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 1/19/04 thru 1/20/04 (.3). |
| 01/21/04 | ADK | 160.00 | 1.50 | Created table of contents for Wolin Recusal documents for EI. |
| 01/22/04 | PVL | 685.00 | 0.20 | Review CNA resp. re Gerard contempt (.1); review Grace resp. re Nat'l Union SJ motion (.1). |
| 01/22/04 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 1/21/04 (.2). |
| 01/23/04 | PVL | 685.00 | 0.20 | Review agenda letter (.1); review LTC 3d quarter review (.1). |
| 01/23/04 | RCT | 375.00 | 0.20 | Review local counsel recommendations re EI update. |
| 01/23/04 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 1/22/04 (.2). |
| 01/25/04 | PVL | 685.00 | 0.10 | Review DK Acq. oppo. to Grace motion to strike. |

{D0019213:1 }

| Date | Atty | Rate | Hours | Description |
|---|---|---|---|---|
| 01/26/04 | ADK | 160.00 | 0.50 | Review, classify and annotate material for RCT. |
| 01/26/04 | ADK | 160.00 | 0.50 | Updated payment schedule with payment received. |
| 01/27/04 | PVL | 685.00 | 0.10 | Review Grace reply re motion to strike. |
| 01/27/04 | RCS | 180.00 | 0.30 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 1/23/04 thru 1/26/04 (.3). |
| 01/27/04 | ADK | 160.00 | 0.50 | Perform review of court documents to identify relevant documents for EI and RCT. |
| 01/28/04 | RCS | 180.00 | 0.70 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 1/27/04 (.3); search correspondence files for various documents requested by attorney (.4). |
| 01/29/04 | RCT | 375.00 | 0.20 | Review memos submitted re: claim valuation and impact on Trust/Debtor. |
| 01/29/04 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 1/28/04 (.2). |
| 01/29/04 | ADK | 160.00 | 0.50 | Review, classify and annotate relevant material from Wolin Recusal documents for EI. |
| 01/30/04 | RCT | 375.00 | 0.20 | Review recommendations from local counsel re: EI update. |
| 01/30/04 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 1/29/04 (.2). |

**Total Task Code .04        18.30**


**Claim Analysis Objection & Resolution (Asbestos)(.20 Hours; $ 137.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .20 | $685 | 137.00 |

{D0019213:1 }

Case 01-01139-AMC    Doc 5203-1    Filed 03/01/04    Page 5 of 7

- 5 -

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 01/23/04 | PVL | 685.00 | 0.20 | Review Grace reply re PD omni cls. |

**Total Task Code .05        .20**

**Committee, Creditors', Noteholders' or Equity Holders' (.10 Hours; $ 78.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .10 | $780 | 78.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 01/09/04 | EI | 780.00 | 0.10 | Memo to Committee re: status and recusal motion. |

**Total Task Code .07        .10**

**Fee Applications, Applicant (4.80 Hours; $ 1,508.50)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .10 | $685 | 68.50 |
| Rita C. Tobin | 3.20 | $375 | 1,200.00 |
| Andrew D. Katznelson | 1.50 | $160 | 240.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 01/05/04 | RCT | 375.00 | 0.10 | Conference with ADK re: January schedules. |
| 01/12/04 | RCT | 375.00 | 0.50 | Review prebill. |
| 01/22/04 | RCT | 375.00 | 0.30 | Review monthly fee applications. |
| 01/22/04 | ADK | 160.00 | 1.00 | Worked on fee application. |

{D0019213:1 }

| Date | Empl | Rate | Hours | Narrative |
|---|---|---|---|---|
| 01/23/04 | ADK | 160.00 | 0.50 | Worked on fee application. |
| 01/26/04 | RCT | 375.00 | 0.50 | Review initial report (.2); conference with ADK (.2); email fee auditor (.1). |
| 01/26/04 | RCT | 375.00 | 0.50 | Review initial report (.2); conference with ADK (.2); emails fee auditor (.1). |
| 01/27/04 | RCT | 375.00 | 1.10 | Draft reply to fee auditor (1.0), email PVNL re: same (.1). |
| 01/28/04 | RCT | 375.00 | 0.20 | Review fee schedules for 2/04. |
| 01/29/04 | PVL | 685.00 | 0.10 | Review draft response to Smith. |

**Total Task Code .12     4.80**


**Plan & Disclosure Statement (1.80 Hours; $ 936.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Julie W. Davis | 1.80 | $520 | 936.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 01/30/04 | JWD | 520.00 | 1.80 | Locate, e-mail TDPs, Trust Agreements for AWI, B&W, OC, PCC with memo to D. Cohn for Libby claimants |

**Total Task Code .17     1.80**

Other Charges:

| | |
|---|---:|
| Air & Train Transportation | 291.67 |
| Air Freight & Express Mail | 2.33 |
| Court Reporting/Transcript Service | 410.33 |
| Database Research | 605.77 |
| Local Transportation - DC | 16.66 |
| Long Distance-Equitrac In-House | 1.79 |
| Meals Related to Travel | 33.89 |
| Research Material | 13.37 |
| Telecopier/Equitrac | 3.15 |
| Travel Expenses - Ground Transportation | 43.33 |
| Travel Expenses - Hotel Charges | 348.35 |
| Travel Expenses - LD Calls on Hotel Bill | 1.66 |
| Xeroxing | 289.50 |
| Total | $ 2,061.80 |