**EXHIBIT B**

**Business Operations (.9 Hours; $ 468.50)**

   Services rendered in this category pertain to the analysis and monitoring of the Debtors' business operations.

**Total Task Code .03**   .9

**Case Administration (18.3 Hours; $ 4,239.50)**

   Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .04**   18.3

**Claim Analysis Objection & Resolution (Asbestos) (.2 Hours; $ 137.00)**

   Services rendered in this category pertain to the review, analysis of and response to claims filed against the Debtors' estates.

**Total Task Code .05**   .2

**Committee, Creditors', Noteholders' or Equity Holders' (.1 Hours; $ 78.00)**

   Services rendered in this category include Committee meetings and conference calls, general memoranda to Committee and national counsel, telephone inquiries from Committee members and/or his or her counsel.

**Total Task Code .07**   .1

**Fee Applications, Applicant (4.8 Hours; $ 1,508.50)**

   Services rendered in this category pertain to the preparation and review of Caplin & Drysdale's fee applications including the fees and expenses of Caplin & Drysdale's special consultant, Professor Elizabeth Warren.

**Total Task Code .12**   4.8

{D0019214:1 }
DOC#151898

- 2 -

**<u>Plan & Disclosure Statement (1.8 Hours; $ 936.00)</u>**

   Services rendered in this category pertain to efforts to the formulation of a reorganization plan and disclosure statement and selection of a representative for future claimants.

**Total Task Code .17**   **1.8**