## **EXHIBIT C**

Other Charges:

| | |
|---|---:|
| Air & Train Transportation | 291.67 |
| Air Freight & Express Mail | 2.33 |
| Court Reporting/Transcript Service | 410.33 |
| Database Research | 605.77 |
| Local Transportation - DC | 16.66 |
| Long Distance-Equitrac In-House | 1.79 |
| Meals Related to Travel | 33.89 |
| Research Material | 13.37 |
| Telecopier/Equitrac | 3.15 |
| Travel Expenses - Ground Transportation | 43.33 |
| Travel Expenses - Hotel Charges | 348.35 |
| Travel Expenses - LD Calls on Hotel Bill | 1.66 |
| Xeroxing | 289.50 |
| Total | $ 2,061.80 |

{D0019215:1 }