```
Client Number:   4642               Grace Asbestos Personal Injury Claimants                                              Page:     1
Matter     000                      Disbursements                                                                        2/20/2004
                                                                                                                    Print Date/Time:
                                                                                                                         02/20/2004
                                                                                                                         4:54:02PM
Attn:                                                                                                                    Invoice #

                                              PREBILL  / CONTROL  REPORT
                                                 Trans Date Range:   1/1/1950  to: 1/31/2004

Matter     000
Disbursements
Bill Cycle:       Monthly          Style:        i1         Start:    4/16/2001
                                                          Last Billed : 1/23/2004                        13,655
```

Trust Amount Available

Total Expenses Billed To Date        $235,025.72

```
Billing Empl:         0120     Elihu Inselbuch
Responsible Empl:     0120     Elihu Inselbuch
Alternate Empl:       0120     Elihu Inselbuch
Originating Empl:     0120     Elihu Inselbuch
```

**Summary  by Employee**

```
                                          ---------- A C T U A L ----------         ---------- B I L L I N G---------
Empl      Initials    Name                 Hours              Amount                 Hours              Amount

0101      RCS         Robert C. Spohn       0.00               28.05                  0.00               28.05
0120      EI          Elihu Inselbuch       0.00               15.70                  0.00               15.70
0187      NDF         Nathan D. Finch       0.00            1,145.89                  0.00            1,145.89
0232      LK          Lauren  Karastergiou  0.00                1.50                  0.00                1.50
0234      RET         Rita E Tower          0.00              136.50                  0.00              136.50
0238      SLG         Stacey L Gandy        0.00               57.15                  0.00               57.15
0999      C&D         Caplin &. Drysdale    0.00              677.01                  0.00              677.01
                                            0.00            2,061.80                  0.00            2,061.80
Total Fees
```

**Summary  by Employee**

```
                                          ---------- A C T U A L ----------         ---------- B I L L I N G---------
Empl      Initials    Name                 Rate     Hours         Amount     Rate        Hours         Amount

Total Fees
```

**Detail Time / Expense  by  Date**

```
                                                                                  ---------- A C T U A L ----------  ---------- B I L L I N G---------
TransNo.   Description                              TransType  Trans Date   Work Empl    Rate   Hours      Amount    Rate   Hours      Amount  Cumulative

1581155    Equitrac - Long Distance to 8054993572      E       01/02/2004   0999   C&D   0.00              $0.15     0.00              $0.15        0.15
1581171    Equitrac - Long Distance to 8054993572      E       01/02/2004   0999   C&D   0.00              $0.11     0.00              $0.11        0.26
1581172    Equitrac - Long Distance to 8054993572      E       01/02/2004   0999   C&D   0.00              $0.11     0.00              $0.11        0.37
1581758    Photocopy                                   E       01/05/2004   0999   C&D   0.00              $1.50     0.00              $1.50        1.87
1581841    Photocopy                                   E       01/05/2004   0238   SLG   0.00             $12.60     0.00             $12.60       14.47
1582117    Equitrac - Long Distance to 8054993572      E       01/07/2004   0999   C&D   0.00              $0.07     0.00              $0.07       14.54
1581472    NDF expenses to New  York for depositions on E      01/07/2004   0187   NDF   0.00             $26.14     0.00             $26.14       40.68
           12/29-30  for meals (split with 4018 and 2814)
```

```
Client Number:  4642                    Grace Asbestos Personal Injury Claimants                                                           Page:    1
Matter     000                                  Disbursements                                                                            2/20/2004
                                                                                                                                   Print Date/Time:
                                                                                                                                       02/20/2004
                                                                                                                                        4:54:02PM
Attn:                                                                                                                                   Invoice #
1581473    NDF expenses to New  York for depositions on     E  01/07/2004    0187   NDF       0.00       $81.00       0.00      $81.00    121.68
           12/29-30  for Delta shuttle (split with 4018 and
           2814)
1581474    NDF expenses to New  York for depositions on     E  01/07/2004    0187   NDF       0.00       $85.89       0.00      $85.89    207.57
           12/29-30 for Hotel Elysee (split with 4018 and
           2814)
1581475    NDF expenses to New  York for depositions on     E  01/07/2004    0187   NDF       0.00       $23.33       0.00      $23.33    230.90
           12/29-30  for cabs (split with 4018 and 2814)
1581476    NDF expenses to New  York for depositions on     E  01/07/2004    0187   NDF       0.00        $1.33       0.00       $1.33    232.23
           12/29-30 for phone calls on hotel bill (split
           with 4018 and 2814)
1582764    Photocopy                                        E  01/08/2004    0234   RET       0.00        $3.00       0.00       $3.00    235.23
1582771    Photocopy                                        E  01/08/2004    0999   C&D       0.00        $0.45       0.00       $0.45    235.68
1583023    Equitrac - Long Distance to 3128612000           E  01/09/2004    0999   C&D       0.00        $0.14       0.00       $0.14    235.82
1583059    Equitrac - Long Distance to 3128612162           E  01/09/2004    0999   C&D       0.00        $0.08       0.00       $0.08    235.90
1582272    Rizman Rappaport Dillon; Certified copy of       E  01/09/2004    0187   NDF       0.00      $410.33       0.00     $410.33    646.23
           transcript of DAvid Gross (split with 4018 ane
           2814)
1581663    NDF expenses in NY for Wolin deposition on 1/3-5 E  01/09/2004    0187   NDF       0.00        $7.75       0.00       $7.75    653.98
           for meals (split with 4018 and 2814)
1581664    NDF expenses in NY for Wolin deposition on 1/3-5 E  01/09/2004    0187   NDF       0.00       $49.00       0.00      $49.00    702.98
           for train fare (coach fare 72.00)  (split with
           4018 and 2814)
1581665    NDF expenses in NY for Wolin deposition on 1/3-5 E  01/09/2004    0187   NDF       0.00      $246.29       0.00     $246.29    949.27
           for Hotel Elysee (split with 4018 and 2814)
1581666    NDF expenses in NY for Wolin deposition on 1/3-5 E  01/09/2004    0187   NDF       0.00       $20.00       0.00      $20.00    969.27
           for cabs t/f home, Hotel, train station (split
           with 4018 and 2814)
1581667    NDF expenses in NY for Wolin deposition on 1/3-5 E  01/09/2004    0187   NDF       0.00       $16.17       0.00      $16.17    985.44
           for hotel valet service (split with 4018 and
           2814)
1581668    NDF expenses in NY for Wolin deposition on 1/3-5 E  01/09/2004    0187   NDF       0.00        $0.33       0.00       $0.33    985.77
           for phone call on hotel bill (split with 4018
           and 2814)
1581687    Federal Express to Lauren Przybylek from EI on   E  01/09/2004    0120   EI        0.00        $2.33       0.00       $2.33    988.10
           12/24
1583612    Fax Transmission to 17136501400                  E  01/09/2004    0999   C&D       0.00        $0.45       0.00       $0.45    988.55
1583613    Fax Transmission to 14067527124                  E  01/09/2004    0999   C&D       0.00        $0.45       0.00       $0.45    989.00
1583614    Fax Transmission to 13026565875                  E  01/09/2004    0999   C&D       0.00        $0.45       0.00       $0.45    989.45
1583615    Fax Transmission to 16179510679                  E  01/09/2004    0999   C&D       0.00        $0.45       0.00       $0.45    989.90
1583691    Photocopy                                        E  01/09/2004    0234   RET       0.00        $0.45       0.00       $0.45    990.35
1583801    Photocopy                                        E  01/09/2004    0232   LK        0.00        $1.50       0.00       $1.50    991.85
1583805    Photocopy                                        E  01/10/2004    0234   RET       0.00      $132.30       0.00     $132.30  1,124.15
1583072    Equitrac - Long Distance to 3128612000           E  01/10/2004    0999   C&D       0.00        $0.15       0.00       $0.15  1,124.30
1582938    DNF expenses to New York on 12/29 and 1/3 for    E  01/12/2004    0187   NDF       0.00      $112.67       0.00     $112.67  1,236.97
           Wolin deposition (split 3 ways between   for
           coach airfare
1583892    Photocopy                                        E  01/12/2004    0999   C&D       0.00        $2.10       0.00       $2.10  1,239.07
1583916    Photocopy                                        E  01/12/2004    0999   C&D       0.00        $0.15       0.00       $0.15  1,239.22
1583983    Photocopy                                        E  01/12/2004    0238   SLG       0.00        $2.40       0.00       $2.40  1,241.62
1584009    Photocopy                                        E  01/12/2004    0101   RCS       0.00        $0.75       0.00       $0.75  1,242.37
1584574    Equitrac - Long Distance to 9736454764           E  01/13/2004    0999   C&D       0.00        $0.21       0.00       $0.21  1,242.58
1584575    Equitrac - Long Distance to 3022522900           E  01/13/2004    0999   C&D       0.00        $0.38       0.00       $0.38  1,242.96
1584595    Equitrac - Long Distance to 2123108000           E  01/13/2004    0999   C&D       0.00        $0.06       0.00       $0.06  1,243.02
1584644    Equitrac - Long Distance to 8054993572           E  01/13/2004    0999   C&D       0.00        $0.14       0.00       $0.14  1,243.16
1585076    Photocopy                                        E  01/13/2004    0101   RCS       0.00       $27.30       0.00      $27.30  1,270.46
1585095    Photocopy                                        E  01/13/2004    0234   RET       0.00        $0.75       0.00       $0.75  1,271.21
1585103    Photocopy                                        E  01/13/2004    0999   C&D       0.00        $5.10       0.00       $5.10  1,276.31
1585124    Photocopy                                        E  01/13/2004    0999   C&D       0.00        $4.80       0.00       $4.80  1,281.11
1585158    Photocopy                                        E  01/13/2004    0238   SLG       0.00        $3.15       0.00       $3.15  1,284.26
1586062    Photocopy                                        E  01/14/2004    0238   SLG       0.00        $1.80       0.00       $1.80  1,286.06
1586851    Photocopy                                        E  01/15/2004    0999   C&D       0.00        $3.00       0.00       $3.00  1,289.06
1586863    Photocopy                                        E  01/15/2004    0999   C&D       0.00        $0.30       0.00       $0.30  1,289.36
1586867    Photocopy                                        E  01/15/2004    0999   C&D       0.00        $2.40       0.00       $2.40  1,291.76
1586871    Photocopy                                        E  01/15/2004    0999   C&D       0.00        $1.50       0.00       $1.50  1,293.26
1586872    Photocopy                                        E  01/15/2004    0999   C&D       0.00        $0.60       0.00       $0.60  1,293.86
1586873    Photocopy                                        E  01/15/2004    0999   C&D       0.00        $4.50       0.00       $4.50  1,298.36
1586875    Photocopy                                        E  01/15/2004    0999   C&D       0.00        $0.30       0.00       $0.30  1,298.66
1584979    Petty Cash  Cab to office and home for NDF on    E  01/15/2004    0187   NDF       0.00       $16.66       0.00      $16.66  1,315.32
           1/7,8,9 &10 (split with 4017 and 2814)
1590237    Fax Transmission to 14067527124                  E  01/16/2004    0999   C&D       0.00        $0.45       0.00       $0.45  1,315.77
1590240    Fax Transmission to 16179510679                  E  01/16/2004    0999   C&D       0.00        $0.45       0.00       $0.45  1,316.22
1590244    Fax Transmission to 17136501400                  E  01/16/2004    0999   C&D       0.00        $0.45       0.00       $0.45  1,316.67
```

```
Client Number:   4642             Grace Asbestos Personal Injury Claimants                                                   Page:    1
Matter      000                   Disbursements                                                                              2/20/2004
                                                                                                                     Print Date/Time:
                                                                                                                          02/20/2004
                                                                                                                           4:54:02PM
Attn:                                                                                                                        Invoice #
1590263    Photocopy                                      E   01/16/2004   0238   SLG      0.00      $4.20     0.00      $4.20   1,320.87
1590356    Photocopy                                      E   01/16/2004   0238   SLG      0.00      $2.70     0.00      $2.70   1,323.57
1590358    Photocopy                                      E   01/16/2004   0238   SLG      0.00      $2.10     0.00      $2.10   1,325.67
1590522    Photocopy                                      E   01/20/2004   0238   SLG      0.00      $4.05     0.00      $4.05   1,329.72
1590659    Photocopy                                      E   01/20/2004   0238   SLG      0.00     $14.70     0.00     $14.70   1,344.42
1590872    Photocopy                                      E   01/21/2004   0999   C&D      0.00     $18.30     0.00     $18.30   1,362.72
1590880    Photocopy                                      E   01/21/2004   0999   C&D      0.00      $5.10     0.00      $5.10   1,367.82
1588669    Equitrac - Long Distance to 9736452580         E   01/21/2004   0999   C&D      0.00      $0.06     0.00      $0.06   1,367.88
1588674    Equitrac - Long Distance to 9736452580         E   01/21/2004   0999   C&D      0.00      $0.13     0.00      $0.13   1,368.01
1591048    Photocopy                                      E   01/22/2004   0238   SLG      0.00      $2.70     0.00      $2.70   1,370.71
1591221    Photocopy                                      E   01/23/2004   0999   C&D      0.00      $0.45     0.00      $0.45   1,371.16
1591253    Photocopy                                      E   01/23/2004   0999   C&D      0.00      $4.05     0.00      $4.05   1,375.21
1591314    Photocopy                                      E   01/23/2004   0999   C&D      0.00      $8.10     0.00      $8.10   1,383.31
1586156    Pacer Service  used in New York office October E   01/23/2004   0120   EI       0.00     $13.37     0.00     $13.37   1,396.68
           thru December
1591404    Photocopy                                      E   01/26/2004   0999   C&D      0.00      $0.75     0.00      $0.75   1,397.43
1591662    Photocopy                                      E   01/28/2004   0999   C&D      0.00      $1.35     0.00      $1.35   1,398.78
1592238    Photocopy                                      E   01/29/2004   0999   C&D      0.00      $1.50     0.00      $1.50   1,400.28
1592286    Photocopy                                      E   01/29/2004   0238   SLG      0.00      $2.25     0.00      $2.25   1,402.53
1587681    NDF return  business class train fare from NY on E 01/29/2004   0187   NDF      0.00     $49.00     0.00     $49.00   1,451.53
           12/30.  (split with 4018 and 2814)
1592458    Photocopy                                      E   01/30/2004   0238   SLG      0.00      $4.50     0.00      $4.50   1,456.03
1592674    Database Research-Westlaw research by NDF on 1/9 E 01/30/2004   0999   C&D      0.00    $564.85     0.00    $564.85   2,020.88
1593748    Database Research-Westlaw research by NDF on 1/15 E 01/30/2004  0999   C&D      0.00     $40.92     0.00     $40.92   2,061.80
Total Expenses                                                                             0.00  $2,061.80     0.00  $2,061.80
```

|   |   |   |   |
|---|---|---|---|
| Matter Total Fees |  | 0.00 | 0.00 |
| Matter Total Expenses |  | 2,061.80 | 2,061.80 |
| Matter Total | 0.00   2,061.80 | 0.00 | 2,061.80 |
| Prebill Total Fees |  |  |  |
| Prebill Total Expenses |  | $2,061.80 | $2,061.80 |
| Prebill Total | 0.00   $2,061.80 | 0.00 | $2,061.80 |

**Previous Billings**

| InvoiceNo | InvoiceDate | InvoiceTotal | OpenTotal |
|---|---|---|---|
| 36,593 | 07/26/2002 | 121,163.25 | 13,975.99 |
| 36,950 | 08/22/2002 | 231,722.75 | 24,660.40 |
| 37,197 | 09/25/2002 | 246,726.25 | 35,891.10 |
| 37,665 | 10/31/2002 | 153,308.00 | 30,661.60 |
| 37,961 | 11/30/2002 |  36,076.50 |    542.50 |
| 37,962 | 11/30/2002 | 137,754.50 | 27,550.90 |
| 38,223 | 12/26/2002 | 155,061.50 | 31,012.30 |
| 40,965 | 03/11/2003 |  31,418.00 |  6,283.60 |
| 40,966 | 03/11/2003 |  43,961.50 |  8,792.30 |
| 41,071 | 03/20/2003 |  27,076.50 |  5,415.30 |

```
Client Number:   4642              Grace Asbestos Personal Injury Claimants                            Page:    1
Matter       000                   Disbursements                                                       2/20/2004
                                                                                              Print Date/Time:
                                                                                                    02/20/2004
                                                                                                     4:54:02PM
Attn:                                                                                                Invoice #
41,429           04/24/2003                  12,991.50              12,991.50
41,745           05/22/2003                   4,425.50                 885.10
42,071           06/27/2003                   3,191.00                 638.20
42,258           07/25/2003                   8,561.00               1,712.20
42,259           07/25/2003                   3,420.50                 684.10
42,620           08/28/2003                   9,498.50                 365.00
42,639           08/28/2003                   1,935.50                 387.10
42,905           09/29/2003                   6,967.25               1,393.45
42,954           09/29/2003                   3,733.00                 746.60
43,207           10/28/2003                   9,661.00               1,932.20
43,234           10/14/2003                   1,845.50                 369.10
43,556           11/20/2003                  22,649.50               4,529.90
43,557           11/20/2003                   5,865.50               5,865.50
43,916           12/29/2003                   1,191.00               1,191.00
43,917           12/29/2003                  28,792.17              28,792.17
44,174           01/23/2004                  17,778.20              17,778.20
44,175           01/23/2004                     476.00                 476.00
                                          1,327,251.37             265,523.31
```