```
Date: 02/26/04               Legal Analysis Systems, Inc.
Time: 8:00pm                                                              Page 1


                      W. R. Grace, Inc. % Elihu Inselbuch
                      Caplin & Drysdale
                      399 Park Avenue, 27th Floor
                      New York, New York 10022


Date/Slip#  Description                                       HOURS/RATE   AMOUNT
--------------------------------------------------------------------------------
01/07/04    Peterson   / (28) Data Analysis                        0.2     120.00
#3101       review data on amounts of tort payments              600.00

01/08/04    Peterson   / (28) Data Analysis                        0.4     240.00
#3102       review data on amounts of payments by asbestos       600.00
            trusts

01/08/04    Peterson   / (28) Data Analysis                        0.1      60.00
#3103       telephone Relles re: analysis of tort and trust      600.00
            payments

01/08/04    Relles     / (28) Data Analysis                        0.1      37.50
#3301       telephone Peterson re: status and work plans         375.00

01/08/04    Relles     / (28) Data Analysis                        0.1      37.50
#3302       find old information on current trust payments      375.00

01/09/04    Peterson   / (28) Data Analysis                        0.2     120.00
#3104       review and respond to materials describing current   600.00
            legislation and effects

01/09/04    Peterson   / (28) Data Analysis                        0.1      60.00
#3105       telephone Relles re: analysis of trust and tort      600.00
            liability

01/09/04    Peterson   / (28) Data Analysis                        0.3     180.00
#3106       draft memo to Inselbuch re: trust and tort payments  600.00

01/09/04    Relles     / (28) Data Analysis                        0.3     112.50
#3303       organize data on trust payouts; estimate liabilities 375.00
            for existing and proposed trusts

01/09/04    Relles     / (28) Data Analysis                        0.1      37.50
#3304       telephone Peterson re: review liability estimates,   375.00
            discuss methods, plan revisions

01/10/04    Peterson   / (28) Data Analysis                        0.2     120.00
#3107       work on analysis and memo re: trust and tort         600.00
            payments
```

{D0019189:1 }

```
Date: 02/26/04              Legal Analysis Systems, Inc.
Time: 8:00pm                                                              Page 2

                     W. R. Grace (continued)


Date/Slip# Description                                     HOURS/RATE    AMOUNT
-------------------------------------------------------------------------------
 01/10/04  Relles   / (28) Data Analysis                         0.2      75.00
 #3305     develop methods for allocating national claims      375.00
           forecasts across TDP payment categories

 01/10/04  Relles   / (28) Data Analysis                         0.2      75.00
 #3306     allocate national claims forecasts across payment   375.00
           categories and prepare summaries for Peterson review

 01/11/04  Peterson / (28) Data Analysis                         0.5     300.00
 #3108     draft memo to Inselbuch re: trust and tort payments 600.00

 01/11/04  Peterson / (28) Data Analysis                         0.1      60.00
 #3109     telephone Relles re: estimates of trust and tort    600.00
           payments

 01/11/04  Peterson / (28) Data Analysis                         0.3     180.00
 #3110     work on analysis and memo re: trust and tort        600.00
           payments

 01/11/04  Relles   / (28) Data Analysis                         0.1      37.50
 #3307     telephone Peterson re: results of national claims   375.00
           forecasts and allocations, determine final payment
           category definitions, memo

 01/11/04  Relles   / (28) Data Analysis                         0.1      37.50
 #3308     produce additional summaries by new payment category 375.00

 01/11/04  Relles   / (28) Data Analysis                         0.1      37.50
 #3309     revise and send memo to Inselbuch                   375.00

 01/16/04  Relles   / (28) Data Analysis                         0.2      75.00
 #3310     attend talk by Steve Carroll (RAND ICJ) re: costs   375.00
           and compensation in asbestos litigation

 01/17/04  Peterson / (28) Data Analysis                         0.1      60.00
 #3111     telephone Relles re: Carroll talk on asbestos       600.00
           litigation

 01/17/04  Relles   / (28) Data Analysis                         0.1      37.50
 #3311     telephone Peterson re: Carroll talk on asbestos     375.00
           litigation

 01/19/04  Peterson / (28) Data Analysis                         0.1      60.00
 #3112     review Relles notes on Carroll talk; telephone      600.00
           Inselbuch; forward materials to Inselbuch
```

{D0019189:1 }

```
Date: 02/26/04              Legal Analysis Systems, Inc.
Time: 8:00pm                                                              Page 3

                    W. R. Grace (continued)


Date/Slip# Description                                      HOURS/RATE    AMOUNT
-------------------------------------------------------------------------------
 01/19/04  Relles    / (28) Data Analysis                         0.2     75.00
 #3312     write memo summarizing Steve Carroll (RAND ICJ) talk 375.00

 01/23/04  Peterson  / (28) Data Analysis                         0.1     60.00
 #3113     telephone Relles re: Rand report on asbestos and     600.00
           economic issues; re: revisions to trust and tort
           payments

 01/23/04  Peterson  / (28) Data Analysis                         0.3    180.00
 #3114     work on revisions to analysis of current payments    600.00

 01/23/04  Relles    / (28) Data Analysis                         0.1     37.50
 #3313     telephone Peterson re: revisions to trust and tort   375.00
           payments

 01/23/04  Relles    / (28) Data Analysis                         0.2     75.00
 #3314     download and read old RAND ICJ report, characterize  375.00
           economics argument that needs review

 01/23/04  Relles    / (28) Data Analysis                         0.1     37.50
 #3315     prepare tabulations for Inselbuch on average payout  375.00
           to claims under SB1125

 01/23/04  Relles    / (28) Data Analysis                         0.1     37.50
 #3316     update Peterson memo, format, and send to Inselbuch  375.00

 01/28/04  Relles    / (28) Data Analysis                         0.2     75.00
 #3317     update SEER time series, develop graphic displays,   375.00
           send to Peterson

 01/29/04  Peterson  / (28) Data Analysis                         0.1     60.00
 #3115     telephone Relles re: trust payments                  600.00

 01/29/04  Peterson  / (28) Data Analysis                         0.1     60.00
 #3116     review summary of data on trust payments            600.00

 01/29/04  Relles    / (28) Data Analysis                         0.1     37.50
 #3318     summarize dollar values for current trusts; send to  375.00
           Davis and Peterson

 01/29/04  Relles    / (28) Data Analysis                         0.1     37.50
 #3319     telephone Peterson re: information about trust       375.00
           payments
```

{D0019189:1 }

```
Date: 02/26/04              Legal Analysis Systems, Inc.
Time: 8:00pm                                                            Page 4

                     W. R. Grace (continued)


Date/Slip# Description                                    HOURS/RATE    AMOUNT
-------------------------------------------------------------------------------
 01/30/04  Peterson   / (28) Data Analysis                       0.4    240.00
 #3117     obtain information and review TDPs for proposed and 600.00
           existing trusts

 01/30/04  Relles     / (28) Data Analysis                       0.3    112.50
 #3320     summarize LAS projections done for all defendants,  375.00
           figure out what fraction of Manville cases various
           trusts will see

 01/31/04  Peterson   / (28) Data Analysis                       0.2    120.00
 #3118     review summaries and analysis of payments by various 600.00
           trust

 01/31/04  Peterson   / (28) Data Analysis                       0.3    180.00
 #3119     collate information on claims forecasts for various 600.00
           trusts

 01/31/04  Relles     / (28) Data Analysis                       0.2     75.00
 #3321     summarize tort payments for defendants whose trusts 375.00
           have not yet been set up

-------------------------------------------------------------------------------
```

{D0019189:1 }

```
Date: 02/26/04              Legal Analysis Systems, Inc.
Time: 8:00pm                                                          Page 5

                       W. R. Grace (continued)

             Summary Of Time Charges, By Month and Activity
                      January 2004 - January 2004

   MONTH      ACTIVITY                                         HOURS    AMOUNT
   ------------------------------------------------------------------------
   January  - (28) Data Analysis                                  7.3   3660.00
   January  - (99) Total                                          7.3   3660.00

   Total    - (28) Data Analysis                                  7.3   3660.00
   Total    - (99) Total                                          7.3   3660.00


   -----------------------------------------------------------------------------
```

{D0019189:1 }

```
Date: 02/26/04              Legal Analysis Systems, Inc.
Time: 8:00pm                                                          Page 6

                      W. R. Grace (continued)

              Summary Of Time Charges, By Month and Person
                      January 2004 - January 2004

   MONTH      PERSON                                        HOURS     AMOUNT
   ---------------------------------------------------------------------------
   January  - Relles                                          3.2    1200.00
   January  - Peterson                                        4.1    2460.00
   January  - Total                                           7.3    3660.00

   Total    - Relles                                          3.2    1200.00
   Total    - Peterson                                        4.1    2460.00
   Total    - Total                                           7.3    3660.00


   ---------------------------------------------------------------------------
```

{D0019189:1 }

```
Date: 02/26/04            Legal Analysis Systems, Inc.
Time: 8:00pm                                                         Page 7

                   W. R. Grace (continued)

         Summary Of Time Charges, By Activity, Month, and Person
                    January 2004 - January 2004

 MONTH      PERSON                                 HOURS    RATE    AMOUNT
 -------------------------------------------------------------------------
 (28) Data Analysis

 January   - Relles                                  3.2    375.   1200.00
 January   - Peterson                                4.1    600.   2460.00

 -------------------------------------------------------------------------
```

{D0019189:1 }

```
Date: 02/26/04            Legal Analysis Systems, Inc.
Time: 8:00pm                                                       Page 8
```

## Notice of Rate Increase

Legal Analysis Systems (LAS) has adjusted its rates for professional compensation as of January 1, 2004.  LAS has maintained its prior rates without change for two and one half years.  During this period our professionals have continued to add to their professional and technical skills further increasing the value of services that we provide to our clients and we have continued to add efficiencies that allow us to provide our professional services at reduced expenditures of time and charges to our clients.

The table below shows our previous and current hourly rates for key professionals, along with the annualized rates of increase.

|                   | July 2001 Rates | January 2004 Rates | Annualized Increase |
|-------------------|-----------------|--------------------|---------------------|
| Marygail Brauner  | $185            | $210               | 5.2%                |
| Patricia Ebener   | 240             | 275                | 5.6                 |
| Mark Peterson     | 500             | 600                | 7.6                 |
| Daniel Relles     | 330             | 375                | 5.2                 |

---

{D0019189:1 }