Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                          Page: 1
W.R. Grace                                              01/31/2004
Wilmington  DE                         ACCOUNT NO: 3000-00D
                                       STATEMENT NO:      28

Costs and Expenses



        PREVIOUS BALANCE                              -$542.81


        CREDIT BALANCE                                -$542.81
                                                      ========



Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                        Page: 1
W.R. Grace                                          01/31/2004
Wilmington  DE                      ACCOUNT NO: 3000-01D
                                    STATEMENT NO:      32

Asset Analysis and Recovery



        PREVIOUS BALANCE                            $1,068.20



01/02/04 Payment - Thank you. (April, 2003 - 20%)        -825.90
01/02/04 Payment - Thank you. (May, 2003 - 20%)          -236.80
01/02/04 Payment - Thank you. (June, 2003 - 20%)           -5.50
                                                      ---------
        TOTAL PAYMENTS                                -1,068.20

        BALANCE DUE                                       $0.00
                                                         =====



Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                        Page: 1
W.R. Grace                                          01/31/2004
Wilmington  DE                          ACCOUNT NO: 3000-02D
                                        STATEMENT NO:      32

Asset Disposition



    PREVIOUS BALANCE                                $403.50



01/02/04 Payment - Thank you. (April, 2003 - 20%)        -15.90
01/02/04 Payment - Thank you. (May, 2003 - 20%)          -47.20
01/02/04 Payment - Thank you. (June, 2003 - 20%)         -42.40
01/02/04 Payment - Thank you. (September, 2003 - 80%)    -84.80
                                                     -------
    TOTAL PAYMENTS                                  -190.30

    BALANCE DUE                                      $213.20
                                                     =======


    Any payments received after the statement date will be
    applied to next month's statement.  Please note your
    account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA 15219
412-261-0310

Page: 1
W.R. Grace                                                  01/31/2004
Wilmington  DE                          ACCOUNT NO: 3000-03D
                                        STATEMENT NO:      27

Business Operations

PREVIOUS BALANCE                                          $466.00

                                              HOURS
01/08/04
      MTH telephone conference with M. Berkin re
          Subsidiary Restructuring Motion and
          thoughts and opinions re same.            0.30     82.50

01/09/04
      MTH Telephone conference with M. Berkin re:
          analysis of Debtors'  Motion re ART       0.10     27.50

01/21/04
      MRE Review of memo regarding 3rd quarter
          results                                   0.30     87.00
      PEM Review 3d quarter report from financial
          advisor and correspondence re: same       0.30     94.50

01/22/04
      DAC Review Tersigni's 3Review docket qiarter
          operating review                          0.20     75.00

01/27/04
      MTH Reviewing correspondence from A. Prills
          re Grace financials.                      0.30     82.50

01/30/04
      MRE Review of memo regarding 3rd quarter
          review                                    0.20     58.00
                                                    ----   ------
          FOR CURRENT SERVICES RENDERED             1.70    507.00

                       RECAPITULATION
      TIMEKEEPER                  HOURS HOURLY RATE      TOTAL
      Douglas A. Campbell          0.20    $375.00     $75.00

W.R. Grace                                        01/31/2004
                                        ACCOUNT NO: 3000-03D
                                        STATEMENT NO:      27

Business Operations


```
Philip E. Milch              0.30    315.00     94.50
Mark T. Hurford              0.70    275.00    192.50
Marla R. Eskin               0.50    290.00    145.00


    TOTAL CURRENT WORK                          507.00


01/02/04 Payment - Thank you. (April, 2003 - 20%)         -1.90
01/02/04 Payment - Thank you. (June, 2003 - 20%)         -65.60
01/02/04 Payment - Thank you. (September, 2003 - 80%)    -42.40
                                                       -------
    TOTAL PAYMENTS                               -109.90

    BALANCE DUE                                  $863.10
                                                 =======
```


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                            Page: 1
W.R. Grace                                                01/31/2004
Wilmington  DE                              ACCOUNT NO: 3000-04D
                                            STATEMENT NO:      32


Case Administration



        PREVIOUS BALANCE                              $1,556.10


                                              HOURS
01/16/04
        MTH Reviewing Debtors' Statement of Amount
            Paid to Ordinary Course Professionals for
            April through December 2003              0.20     55.00
                                                     ----     -----
        FOR CURRENT SERVICES RENDERED                0.20     55.00

                        RECAPITULATION
    TIMEKEEPER                  HOURS HOURLY RATE     TOTAL
    Mark T. Hurford              0.20    $275.00    $55.00


        TOTAL CURRENT WORK                             55.00


01/02/04 Payment - Thank you. (April, 2003 - 20%)        -106.60
01/02/04 Payment - Thank you. (May, 2003 - 20%)            -5.50
01/02/04 Payment - Thank you. (June, 2003 - 20%)          -74.90
01/02/04 Payment - Thank you. (September, 2003 - 80%)    -358.00
01/27/04 Payment - Thank you. (October, 2003 - 80%)     -253.20
                                                        -------
        TOTAL PAYMENTS                                  -798.20

        BALANCE DUE                                     $812.90
                                                        =======



        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                              01/31/2004
Wilmington  DE                          ACCOUNT NO: 3000-05D
                                        STATEMENT NO:      32


Claims Analysis Objection & Resolution (Asbestos)



PREVIOUS BALANCE                                     $3,484.00


                                            HOURS
01/16/04
     MTH Reviewing Asbestos PD Comm's Objection to
         Debtors Rule 3007 Relief Motion.            0.30     82.50

01/19/04
     MTH Reviewing correspondence from J. Kapp re
         Rule 3007 Motion                            0.10     27.50
                                                     ----   ------
         FOR CURRENT SERVICES RENDERED               0.40   110.00

                        RECAPITULATION
     TIMEKEEPER              HOURS HOURLY RATE      TOTAL
     Mark T. Hurford         0.40    $275.00    $110.00


     TOTAL CURRENT WORK                              110.00


     BALANCE DUE                                   $3,594.00
                                                   =========




Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                          Page: 1
W.R. Grace                                              01/31/2004
Wilmington  DE                          ACCOUNT NO: 3000-06D
                                        STATEMENT NO:      32


Claims Analysis Objection & Resol. (Non-Asbestos)




      PREVIOUS BALANCE                              $576.60



                                            HOURS
01/06/04
      MTH Additional review of and work on Debtors'
          Motion relating to Omnibus Claims
          Objections (.2); Call to Jan Baer re same
          (.1) and discussion with LMP re same (.1)     0.40    110.00

01/08/04
      MTH Call from J. Kapp re Local Rule 3007-1
          Motion (.1); review of Debtors Motion for
          Case Management Order and Bar Date and
          revised Motion for Case Management Order
          and Bar Date and related Claims Bar Date
          Notice and Order entered re same (1.8);
          discussion with MRE re same (.1) and call
          to J. Kapp re position re same (.1)           2.10    577.50
      MRE Meeting with MTH regarding Debtors motion
          to exceed local rule relating objections
          to proofs of claim                            0.10     29.00
      MRE Review of Debtors brief relating to Royal
          Proof of Claim                                0.20     58.00

01/09/04
      MTH Telephone call to Sam at Kirkland and
          Ellis re 3007 Relief Motion.                  0.10     27.50
      MTH Reviewing Grace's Brief re Excusable
          Neglect and Royal Indemnity's Motion to
          File a Late Proof of Claim.                   0.50    137.50
      MTH telephone conference with J. Kapp re Rule
          3007 Motion.                                  0.10     27.50

01/13/04
      MRE Review of PD Committee's objection to

```
                                                        Page: 2
        W.R. Grace                                    01/31/2004
                                        ACCOUNT NO: 3000-06D
                                        STATEMENT NO:       32
        Claims Analysis Objection & Resol. (Non-Asbestos)
```

```
                                                HOURS
        motion for waiver of claims objection
        procedure                               0.20    58.00

01/16/04
    MTH Correspondence to J. Kapp re Rule 3007
        Motion.                                 0.20    55.00

01/19/04
    MRE Review of Debtors motion for leave and
        attached reply brief for motion regarding
        claims objection process               0.30    87.00
                                                ----  --------
        FOR CURRENT SERVICES RENDERED           4.20  1,167.00
```

```
                        RECAPITULATION
    TIMEKEEPER                  HOURS HOURLY RATE      TOTAL
    Mark T. Hurford              3.40   $275.00    $935.00
    Marla R. Eskin               0.80    290.00     232.00


        TOTAL CURRENT WORK                         1,167.00


01/02/04 Payment - Thank you. (April, 2003 - 20%)          -31.80
01/02/04 Payment - Thank you. (September, 2003 - 80%)      -21.20
01/27/04 Payment - Thank you. (October, 2003 - 80%)       -191.60
                                                         -------
        TOTAL PAYMENTS                                   -244.60

        BALANCE DUE                                    $1,499.00
                                                       =========
```

```
        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.
```

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                    Page: 1
W.R. Grace                                          01/31/2004
Wilmington  DE                      ACCOUNT NO: 3000-07D
                                    STATEMENT NO:      32


Committee, Creditors, Noteholders, Equity Holders



        PREVIOUS BALANCE                        $25,462.90


                                        HOURS
01/03/04
      MRE Review of memorandum summarizing
          pleadings filed on 12/30/03          0.10      29.00
      MRE Review of memorandum summarizing
          pleadings filed on 12/29/03          0.10      29.00

01/05/04
      MTH Reviewing correspondence from Y. Thomas
          re committee correspondence  (.1) and
          Correspondence to DEM re same (.1)   0.20      55.00
      DEM Review Pleadings and electronic filing
          notices; preparation, retrieval and
          distribution of documents relating to
          daily memo                           0.30      28.50
      DEM Review Pleadings and electronic filing
          notices filed in adversary proceedings;
          preparation, retrieval and distribution
          of documents relating to adversary
          proceeding memo                      0.30      28.50
      DEM Update Attorney Binder               0.20      19.00
      MRE Review of memorandum summarizing
          pleadings filed from December 31, 2003
          through January 4, 2004              0.10      29.00
      MTH Meeting with MRE re status of motions and
          various matters and pending deadlines.  0.20   55.00
      PEM Review daily memo re: pleadings filed   0.10   31.50
      MTH Review of memorandum summarizing
          pleadings filed on 12/30/03          0.10      27.50

01/06/04
      DEM Review Pleadings and electronic filing
          notices; preparation, retrieval and

|     |                                                                 | HOURS |       |
|-----|-----------------------------------------------------------------|-------|-------|
|     | distribution of documents relating to daily memo                | 0.30  | 28.50 |
| MTH | Review of memorandum summarizing pleadings filed on 1/5/04       | 0.10  | 27.50 |
| MTH | Review of memorandum summarizing pleadings filed from 12/31/03 through 1/4/04 | 0.10 | 27.50 |
| MTH | Review of memorandum summarizing adversary case pleadings filed between 12/22/03 through 1/4/04 | 0.10 | 27.50 |

**01/08/04**

|     |                                                                 | HOURS |       |
|-----|-----------------------------------------------------------------|-------|-------|
| MRE | Review of memorandum summarizing pleadings filed on January 6, 2004 | 0.10 | 29.00 |
| DEM | Distribution of documents relating to daily memo from January 7, 2004. | 0.20 | 19.00 |
| DEM | Review Pleadings and electronic filing notices; preparation, retrieval and distribution of documents relating to daily memo | 0.30 | 28.50 |
| DEM | Revision of Weekly Recommendation Memo (adding new motions and orders) | 0.10 | 9.50 |
| MTH | Prepare weekly recommendation memo      | 0.20 | 55.00 |
| MRE | Review of memorandum summarizing pleadings filed on January 7, 2004 | 0.10 | 29.00 |
| MTH | Review of memorandum summarizing pleadings filed on 1/6/04 | 0.10 | 27.50 |
| MTH | Review of memorandum summarizing pleadings filed on 1/7/04 | 0.10 | 27.50 |

**01/09/04**

|     |                                                                 | HOURS |       |
|-----|-----------------------------------------------------------------|-------|-------|
| DEM | Review Pleadings and electronic filing notices; preparation, retrieval and distribution of documents relating to daily memo | 0.30 | 28.50 |
| MTH | Review of memorandum summarizing pleadings filed on 1/8/04 | 0.10 | 27.50 |
| DEM | Revision of Weekly Recommendation Memo (adding new motions and orders) | 0.10 | 9.50 |
| MTH | Correspondence to Committee re weekly recommendation memoranda. | 0.20 | 55.00 |
| MTH | Reviewing correspondence from EI re recusal motion, case status. | 0.10 | 27.50 |
| MTH | Prepare weekly recommendation memo (fee applications) | 0.20 | 55.00 |

```
                                                        Page: 3
W.R. Grace                                            01/31/2004
                                         ACCOUNT NO: 3000-07D
                                         STATEMENT NO:      32
Committee, Creditors, Noteholders, Equity Holders
```

```
                                            HOURS
    MTH Prepare weekly recommendation memo
        (motions)                            0.50      137.50
    MRE Review of memorandum summarizing
        pleadings filed on January 8, 2003   0.10       29.00
    DAC Review counsel's recommendation memo 0.20       75.00

01/11/04
    PEM Review weekly recommendation memo re:
        pending motions and matters (.3); and fee
        memo (.1)                            0.40      126.00

01/12/04
    DEM Update Attorney Binder               0.20       19.00
    DEM Review Pleadings and electronic filing
        notices; preparation, retrieval and
        distribution of documents relating to
        daily memo                           0.30       28.50
    DEM Review Pleadings and electronic filing
        notices filed in adversary proceedings;
        preparation, retrieval and distribution
        of documents relating to adversary
        proceeding memo                      0.30       28.50
    MAL Updating Service List                0.10        9.50
    MRE Review of memorandum summarizing
        pleadings filed from January 9, 2004
        through January 11, 2004             0.10       29.00
    PEM Review daily memo re: pleadings filed 0.10      31.50
    MTH Review of memorandum summarizing
        pleadings filed from 1/9/04 through
        1/11/04                              0.10       27.50

01/13/04
    DEM Review Pleadings and electronic filing
        notices; preparation, retrieval and
        distribution of documents relating to
        daily memo                           0.30       28.50
    DEM Revision of Weekly Recommendation Memo
        (adding new motions and orders)      0.10        9.50
    MRE Review of memorandum summarizing
        pleadings filed on January 12, 2004  0.10       29.00
    MRE Review of letter from Debtor to Judge
        Fitzgerald                           0.10       29.00
    MRE Review of 2019 filed by Motley Rice  0.10       29.00
    MK  Update committee members notification
        documents                            0.20       20.00
```

```
                                                   Page: 4
W.R. Grace                                       01/31/2004
                                     ACCOUNT NO: 3000-07D
                                     STATEMENT NO:      32
Committee, Creditors, Noteholders, Equity Holders
```

|     |                                                                                                           | HOURS |        |
|-----|-----------------------------------------------------------------------------------------------------------|-------|--------|
| MTH | Reviewing Affidavit of Bourdeau re ordinary course professionals.                                         | 0.10  | 27.50  |
| MTH | Review of memorandum summarizing pleadings filed on 1/12/04                                                | 0.10  | 27.50  |

**01/14/04**

|     |                                                                                                           | HOURS |        |
|-----|-----------------------------------------------------------------------------------------------------------|-------|--------|
| DEM | Review Pleadings and electronic filing notices; preparation, retrieval and distribution of documents relating to daily memo | 0.40  | 38.00  |
| DEM | Revision of Weekly Recommendation Memo (adding new motions and orders)                                    | 0.20  | 19.00  |
| MRE | Review of memorandum summarizing pleadings filed on January 13, 2004                                      | 0.10  | 29.00  |
| PEM | Review memo re: daily pleadings filed                                                                     | 0.10  | 31.50  |
| MTH | Review of memorandum summarizing pleadings filed on 1/13/04                                               | 0.10  | 27.50  |

**01/15/04**

|     |                                                                                                           | HOURS |        |
|-----|-----------------------------------------------------------------------------------------------------------|-------|--------|
| DEM | Revision of Weekly Recommendation Memo (adding new motions and orders)                                    | 0.20  | 19.00  |
| DEM | Review Pleadings and electronic filing notices; preparation, retrieval and distribution of documents relating to daily memo | 0.30  | 28.50  |
| MAL | Updating Service List                                                                                     | 0.10  | 9.50   |
| MTH | Reviewing correspondence from LMP to Committee re reimbursement of expenses                               | 0.10  | 27.50  |
| MTH | Reviewing correspondence from DEM re weekly memoranda                                                     | 0.10  | 27.50  |
| MRE | Review of memorandum summarizing pleadings filed on January 14, 2004                                      | 0.10  | 29.00  |
| MTH | Review of memorandum summarizing pleadings filed on 1/14/04                                               | 0.10  | 27.50  |

**01/16/04**

|     |                                                                                                           | HOURS |        |
|-----|-----------------------------------------------------------------------------------------------------------|-------|--------|
| DEM | Review Pleadings and electronic filing notices; preparation, retrieval and distribution of documents relating to daily memo | 1.00  | 95.00  |
| MTH | Correspondence to Committee re weekly recommendation memos                                                | 0.20  | 55.00  |
| MTH | Prepare weekly recommendation memo (motions)                                                              | 0.50  | 137.50 |
| MTH | Prepare weekly recommendation memo                                                                        |       |        |

```
                                                   Page: 5
       W.R. Grace                                01/31/2004
                                     ACCOUNT NO: 3000-07D
                                     STATEMENT NO:      32
       Committee, Creditors, Noteholders, Equity Holders
```

|  |  | HOURS |  |
|---|---|---|---|
| | (motions) | 0.20 | 55.00 |
| PEM | Review weekly recommendation memo re: pending matters (.2); fee memo (.1) | 0.30 | 94.50 |
| DAC | Review counsel's weekly recommendation memo | 0.20 | 75.00 |
| MTH | Review of memorandum summarizing pleadings filed on 1/15/04 | 0.10 | 27.50 |

01/18/04

| | | | |
|---|---|---|---|
| MRE | Review of memorandum summarizing pleadings filed on January 15, 2004 | 0.10 | 29.00 |

01/19/04

| | | | |
|---|---|---|---|
| DEM | Update Attorney Binder - Weekly Recommendation Memo | 0.20 | 19.00 |
| DEM | Review Pleadings and electronic filing notices; preparation, retrieval and distribution of documents relating to daily memo | 0.30 | 28.50 |
| MRE | Review of memorandum summarizing pleadings filed on January 16, 2004 | 0.10 | 29.00 |
| PEM | Review daily memo re: pleadings filed | 0.10 | 31.50 |
| PEM | Review limited recusal pleadings | 0.50 | 157.50 |
| MTH | Review of memorandum summarizing pleadings filed from 1/16/04 through 1/18/04 | 0.10 | 27.50 |

01/20/04

| | | | |
|---|---|---|---|
| MAL | Attention to document management | 0.20 | 19.00 |
| MRE | Review of weekly recommendation memorandum | 0.20 | 58.00 |
| MRE | Meeting with MTH regarding upcoming motions and deadlines | 0.20 | 58.00 |
| MTH | Preparation for meeting with MRE (.1); meeting with MRE re pending issues and motions and upcoming deadlines (.2) | 0.30 | 82.50 |
| DEM | Review Pleadings and electronic filing notices; preparation, retrieval and distribution of documents relating to daily memo | 0.30 | 28.50 |
| DEM | Review Pleadings and electronic filing notices filed in adversary proceedings; preparation, retrieval and distribution of documents relating to adversary proceeding memo | 0.30 | 28.50 |

```
                                                    Page: 6
W.R. Grace                                       01/31/2004
                                        ACCOUNT NO: 3000-07D
                                        STATEMENT NO:      32
Committee, Creditors, Noteholders, Equity Holders
```

```
                                        HOURS
01/21/04
    DEM Review Pleadings and electronic filing
        notices; preparation, retrieval and
        distribution of documents relating to
        daily memo                           0.40      38.00
    DEM Revision of Weekly Recommendation Memo
        (adding new motions and orders)      0.60      57.00
    MRE Review of memorandum summarizing
        pleadings filed on January 20, 2004  0.10      29.00
    MK  Attention to document organization   0.20      20.00

01/22/04
    DEM Revision of Weekly Recommendation Memo
        (adding new motions and orders)      0.10       9.50
    DEM Review Pleadings and electronic filing
        notices; preparation, retrieval and
        distribution of documents relating to
        daily memo                           0.30      28.50
    MTH Reviewing correspondence from PVNL re
        January Omnibus Hearing              0.10      27.50
    MTH Reviewing correspondence from D. Cohn re
        response to EI memorandum            0.10      27.50
    MRE Review of memorandum summarizing
        pleadings filed on January 21, 2004  0.10      29.00
    PEM Review daily memo of pleadings filed  0.10      31.50

01/23/04
    PEM Review weekly recommendation memo re:
        pending motions and matters (.2); fee
        memo (.1)                            0.30      94.50
    DAC Review counsel's recommendation memo  0.20      75.00
    DEM Review Pleadings and electronic filing
        notices; preparation, retrieval and
        distribution of documents relating to
        daily memo                           0.30      28.50
    MTH Correspondence to Committee re weekly
        recommendation memoranda             0.20      55.00
    MTH Prepare weekly recommendation memo (Fee
        Applications).                       0.30      82.50
    MTH Prepare weekly recommendation memo
        (Motions).                           0.40     110.00
    MTH Review of memorandum summarizing
        pleadings filed on 1/22/04           0.10      27.50
```

W.R. Grace
Committee, Creditors, Noteholders, Equity Holders

|  | | HOURS | |
|---|---|---|---|
| **01/26/04** | | | |
| DEM | Review Pleadings and electronic filing notices; preparation, retrieval and distribution of documents relating to daily memo | 0.50 | 47.50 |
| DEM | Update Attorney Binder - Weekly Recommendation Memo | 0.20 | 19.00 |
| MRE | Review of memorandum summarizing pleadings filed on 1/23/04 through 1/25/04 | 0.10 | 29.00 |
| MRE | Review of memorandum summarizing pleadings filed on 1/22/04 | 0.10 | 29.00 |
| MTH | Review of memorandum summarizing pleadings filed from 1/23/04 through 1/25/04 | 0.10 | 27.50 |
| MTH | Reviewing two Orders signed 1/22/04 | 0.10 | 27.50 |
| **01/27/04** | | | |
| MTH | Review of memorandum summarizing pleadings filed on 1/26/04 | 0.10 | 27.50 |
| DEM | Review Pleadings and electronic filing notices; preparation, retrieval and distribution of documents relating to daily memo | 0.30 | 28.50 |
| MAL | Attention to document management | 0.10 | 9.50 |
| MRE | Review of memorandum summarizing pleadings filed on January 27, 2004 | 0.10 | 29.00 |
| DEM | Revision of Weekly Recommendation Memo (adding new motions and orders) | 0.20 | 19.00 |
| PEM | Review memo re: daily pleadings filed | 0.10 | 31.50 |
| MTH | Review of memorandum summarizing pleadings filed on 1/26/04 | 0.10 | 27.50 |
| **01/28/04** | | | |
| MRE | Telephone conference with B. Spohn regarding committee member request | 0.10 | 29.00 |
| DEM | Revision of Weekly Recommendation Memo (adding new motions and orders) | 0.10 | 9.50 |
| DEM | Review Pleadings and electronic filing notices; preparation, retrieval and distribution of documents relating to daily memo | 0.40 | 38.00 |
| MRE | Review of memorandum summarizing pleadings filed on 1/27/04 | 0.10 | 29.00 |
| MTH | Review of memorandum summarizing | | |

```
                                                      Page: 8
    W.R. Grace                                     01/31/2004
                                          ACCOUNT NO: 3000-07D
                                          STATEMENT NO:      32
    Committee, Creditors, Noteholders, Equity Holders
```

|  |  | HOURS |  |
|---|---|---|---|
| | pleadings filed on 1/27/04 | 0.10 | 27.50 |
| **01/29/04** | | | |
| DEM | Review Pleadings and electronic filing notices; preparation, retrieval and distribution of documents relating to daily memo | 0.40 | 38.00 |
| MRE | Review of memorandum summarizing pleadings filed on January 28, 2004 | 0.10 | 29.00 |
| **01/30/04** | | | |
| DEM | Revision of Weekly Recommendation Memo (adding new motions and orders) | 0.10 | 9.50 |
| DEM | Review Pleadings and electronic filing notices; preparation, retrieval and distribution of documents relating to daily memo | 0.40 | 38.00 |
| PEM | Review weekly recommendation memo re: pending motions and matters (.2); fee memo (.1) | 0.30 | 94.50 |
| MTH | Correspondence to Committee re weekly recommendation memoranda. | 0.20 | 55.00 |
| MTH | Prepare weekly recommendation memo (motion) (.3) and Prepare weekly recommendation memo (fee applications) (.2) | 0.50 | 137.50 |
| DAC | Review counsel's recommendation memo | 0.20 | 75.00 |
| | | ----- | -------- |
| | FOR CURRENT SERVICES RENDERED | 24.30 | 4,793.50 |

```
                      RECAPITULATION
TIMEKEEPER                   HOURS HOURLY RATE       TOTAL
Douglas A. Campbell           0.80    $375.00     $300.00
Philip E. Milch               2.40     315.00      756.00
Michele Kennedy               0.40     100.00       40.00
Mark T. Hurford               6.80     275.00    1,870.00
Marla R. Eskin                2.60     290.00      754.00
Margaret A. Landis            0.50      95.00       47.50
Diane E. Massey              10.80      95.00    1,026.00


    TOTAL CURRENT WORK                             4,793.50
```

W.R. Grace                                                01/31/2004
                                            ACCOUNT NO: 3000-07D
                                            STATEMENT NO:      32
Committee, Creditors, Noteholders, Equity Holders

```
01/02/04 Payment - Thank you. (April, 2003 - 20%)            -923.40
01/02/04 Payment - Thank you. (May, 2003 - 20%)             -892.10
01/02/04 Payment - Thank you. (June, 2003 - 20%) (Amount
         of payment should be $974.90 but a reduction of
         $83.50 occurred pursuant to Fee Auditor's Report
         dated 9/26/03)                                     -891.40
01/02/04 Payment - Thank you. (September, 2003 - 80%)      -4,904.80
01/27/04 Payment - Thank you. (October, 2003 - 80%)       -5,617.60
                                                          ----------
         TOTAL PAYMENTS                                   -13,229.30

         BALANCE DUE                                      $17,027.10
                                                          ==========
```

        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                        Page: 1
W.R. Grace                                          01/31/2004
Wilmington  DE                      ACCOUNT NO: 3000-08D
                                    STATEMENT NO:      31

Employee Benefits/Pension




    PREVIOUS BALANCE                          $1,256.40




01/02/04 Payment - Thank you. (June, 2003 - 20%)        -310.40
01/27/04 Payment - Thank you. (October, 2003 - 80%)     -424.80
                                                        -------
    TOTAL PAYMENTS                                      -735.20

    BALANCE DUE                                  $521.20
                                                 =======




    Any payments received after the statement date will be
    applied to next month's statement.  Please note your
    account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                        Page: 1
W.R. Grace                                              01/31/2004
Wilmington  DE                      ACCOUNT NO: 3000-10D
                                    STATEMENT NO:      32

Employment Applications, Others



        PREVIOUS BALANCE                         $2,678.40



01/02/04 Payment - Thank you. (April, 2003 - 20%)           -9.10
01/02/04 Payment - Thank you. (May, 2003 - 20%)            -98.50
01/02/04 Payment - Thank you. (September, 2003 - 80%)   -1,189.60
01/27/04 Payment - Thank you. (October, 2003 - 80%)       -278.00
                                                        ---------
        TOTAL PAYMENTS                          -1,575.20

        BALANCE DUE                              $1,103.20
                                                =========


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                    Page: 1
W.R. Grace                                        01/31/2004
Wilmington  DE                        ACCOUNT NO: 3000-11D
                                      STATEMENT NO:     30


Expenses



PREVIOUS BALANCE                                  $8,962.81



01/06/04 Ikon Office Solutions- Photocopying, Envelopes,
         Postage, Hand Deliveries on 1/05/04 (C&D and C&L
         Nov. fee application)                      175.17
01/06/04 FAX to Peter Lockwood - Daily Memo - 3 pages     3.00
01/06/04 FAX to Robert Spohn - Daily Memo - 3 pages       3.00
01/06/04 FAX to Andrew Katznelson - Daily Memo - 3 pages  3.00
01/07/04 Ikon Office Solutions- Photocopying, Envelopes,
         Postage, Hand Deliveries on 1/06/04 (LTC Nov. fee
         application)                                88.11
01/07/04 FAX to Andrew Katznelson - Daily Memo - 4 pages  4.00
01/07/04 FAX to Robert Spohn - Daily Memo - 4 pages       4.00
01/07/04 FAX to Peter Lockwood - Daily Memo - 4 pages     4.00
01/13/04 Postage - LTC Oct. CNO - 3 @ .37            1.11
01/14/04 MTH - Omni William Penn Hotel, Pittsburgh, PA on
         12/15/03 (Split 1/3 with Owens Corning and
         Kaiser)                                     40.77
01/16/04 FAX to Peter Lockwood - Daily Memo - 10 pages   10.00
01/16/04 FAX to Robert Spohn - Daily Memo - 10 pages     10.00
01/16/04 FAX to Andrew Katznelson - Daily Memo - 10 pages 10.00
01/16/04 AT&T Long Distance Phone Calls              4.24
01/26/04 Ikon Office Solutions- Photocopying, Envelopes,
         Postage, Hand Deliveries on 1/23/04 (LAS amended
         7th interim fee application)               61.47
01/27/04 FAX to Peter Lockwood - Daily Memo - 3 pages     3.00
01/27/04 FAX to Robert Spohn - Daily Memo - 3 pages       3.00
01/27/04 FAX to Andrew Katznelson - Daily Memo - 3 pages  3.00
01/29/04 Ikon Office Solutions- Photocopying, Envelopes,
         Postage, Hand Deliveries on 1/28/04 (C&D November
         CNO)                                        57.00
01/30/04 Ikon Office Solutions- Photocopying, Envelopes,
         Postage, Hand Deliveries on 1/29/04 (C&D and C&L
         December fee applications)                 178.17

```
                                                    Page: 2
          W.R. Grace                              01/31/2004
                                        ACCOUNT NO: 3000-11D
                                        STATEMENT NO:      30

          Expenses




01/31/04 Pacer Charges for the Month of December         510.30
                                                        --------
          TOTAL EXPENSES                                1,176.34

          TOTAL CURRENT WORK                            1,176.34


01/02/04 Payment - Thank you. (September, 2003 - 100%)  -371.95
01/27/04 Payment - Thank you. (October, 2003 - 100%)    -488.45
                                                        -------
          TOTAL PAYMENTS                                -860.40

          BALANCE DUE                                 $9,278.75
                                                      =========
```

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA 15219
412-261-0310


Page: 1
W.R. Grace                                                01/31/2004
Wilmington   DE                          ACCOUNT NO: 3000-12D
                                         STATEMENT NO:      30


Fee Applications, Applicant



PREVIOUS BALANCE                                   $4,783.00



                                            HOURS
01/05/04
     KJC Review and sign C&L November monthly fee
         application                           0.30     52.50

01/12/04
     MTH Begin reviewing pre-bill.             0.40    110.00

01/21/04
     MTH Reviewing pre-bill.                   1.30    357.50
     MRE Review and revisions to December pre-bill  0.70    203.00

01/22/04
     MRE Meeting with MTH regarding pre-bill   0.10     29.00
     MRE Meeting with MTH regarding December
         pre-bill                              0.10     29.00
     MRE Additional revisions to December pre-bill  0.10     29.00
     MTH discussion with MRE re pre-bills (.1);
         additional review re same (.3)        0.40    110.00

01/28/04
     LMP Review case docket for Objections to C&L
         November 2003 Fee Application (.1);
         Prepare CNO re same (.2)              0.30     28.50
     MRE Review of final fee auditors report for
         C&L                                   0.10     29.00
     KJC Review fee auditor's final report re C&L
         10th interim                          0.10     17.50
     KJC Review and sign CNO re C&L November fee
         application                           0.20     35.00
     LMP Electronic filing and service of Campbell
         & Levine's November CNO               0.30     28.50

```
                                                         Page: 2
        W.R. Grace                                   01/31/2004
                                          ACCOUNT NO: 3000-12D
                                          STATEMENT NO:      30

        Fee Applications, Applicant
```

```
                                                       HOURS
01/29/04
        LMP Electronic filing and service of Campbell
            & Levine's December Monthly Application
            for Compensation                      0.30     28.50
        KJC Review and sign C&L December monthly fee
            application                            0.30     52.50
                                                  ----  --------
            FOR CURRENT SERVICES RENDERED         5.00  1,139.50

                        RECAPITULATION
        TIMEKEEPER                      HOURS HOURLY RATE      TOTAL
        Mark T. Hurford                  2.10    $275.00    $577.50
        Marla R. Eskin                   1.10     290.00     319.00
        Kathleen J. Campbell             0.90     175.00     157.50
        Lauren M. Przybylek              0.90      95.00      85.50


            TOTAL CURRENT WORK                             1,139.50



01/02/04 Payment - Thank you. (April, 2003 - 20%)            -168.20
01/02/04 Payment - Thank you. (May, 2003 - 20%)             -145.60
01/02/04 Payment - Thank you. (June, 2003 - 20%) (Amount
            of payment should be $163.50 but a reduction of
            $120.00 occurred pursuant to Fee Auditor's Report
            dated 9/26/03)                                    -43.50
01/02/04 Payment - Thank you. (September, 2003 - 80%)      -1,021.20
01/27/04 Payment - Thank you. (October, 2003 - 80%)         -637.20
                                                          ---------
            TOTAL PAYMENTS                                -2,015.70

            BALANCE DUE                                   $3,906.80
                                                          =========
```

```
        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.
```

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1
W.R. Grace                                                      01/31/2004
Wilmington  DE                                       ACCOUNT NO: 3000-13D
                                                     STATEMENT NO:      17

Fee Applications, Others

PREVIOUS BALANCE                                                $6,513.70

                                                     HOURS
01/05/04
    LMP Prepared Caplin & Drysdale's November Fee
        Application for filing (.3); Electronic
        filing and service of Application (.2)         0.20      19.00
    KJC Review C&D November monthly and sign COS
        re same                                        0.30      52.50
    LMP Review November Fee Application of
        Pitney, Hardin, Kipp & Szuch (.1); Update
        WR Grace Weekly Recommendation Memo (.1)       0.20      19.00
    LMP Review November Fee Application of Reed
        Smith (.1); Update Wr Grace Weekly
        Recommendation Memo (.1)                       0.20      19.00
    LMP Review November Fee Application of
        PSZYJ&W (.1); Update Wr Grace Weekly
        Recommendation Memo (.1)                       0.20      19.00
    LMP Review November Fee Application of
        Kirkland & Ellis (.1); Update Wr Grace
        Weekly Recommendation Memo (.1)                0.20      19.00
    LMP Review November Fee Application of Klett
        Rooney (.1); Update WRG Weekly
        Recommendation Memo (.1)                       0.20      19.00

01/06/04
    LMP Review email from D. Collins re: L
        Tersigni's November 2003 Bill (.1);
        Prepare LTC Nov Fee App for filing (.2);
        Electronic filing and service of
        Application (.2)                               0.50      47.50
    KJC Review LTC November Monthly fee
        application and sign COS re same               0.30      52.50

```
                                                   Page: 2
W.R. Grace                                       01/31/2004
                                      ACCOUNT NO: 3000-13D
                                      STATEMENT NO:      17

Fee Applications, Others




                                        HOURS
01/08/04
     KJC Review LTC November monthly fee
         application and sign COS re same      0.30      52.50
     MTH Reviewing Amended Order re 9th Interim.  0.10      27.50

01/09/04
     LMP Review November Fee Application of Holme,
         Roberts & Owen (.1); Update WrGrace
         Weekly Recommendation Memo (.1)        0.20      19.00
     LMP Review November Fee Application of
         Kramer, Levin, Naftalis & Frankel (.1);
         Update WrGrace Weekly Recommendation Memo
         (.1)                                   0.20      19.00

01/13/04
     KJC Review and sign CNO for LTC October
         monthly fee application               0.20      35.00
     LMP Search docket for Objections to LTC Oct
         2003 Fee App (.1); Prepare Certification
         of No Objection to re: Oct Fee App(.2);
         Electronic filing and service of CNO (.2)  0.50      47.50

01/15/04
     MRE Review of e-mail from LMP regarding
         committee expenses                    0.10      29.00
     LMP Review November Fee Application of
         PricewaterhouseCoopers (.1); Update Wr
         Grace Weekly Recommendation Memo (.1)  0.20      19.00
     LMP Review December Fee Application of WHS &
         Associates (.1); Update Wr Grace Weekly
         Recommendation Memo (.1)               0.20      19.00

01/20/04
     LMP Review November Fee Application of Ferry,
         Joseph & Pearce (.1); Update Wr Grace
         Weekly Recommendation Memo (.1)        0.20      19.00
     LMP Review July through September Interim Fee
         Application of Lukins & Annis(.1); Update
         Wr Grace Weekly Recommendation Memo (.1)  0.20      19.00

01/21/04
     LMP Review November Sealed Air Fee
         Application of Ferry, Joseph & Pearce
         (.1); Update Wr Grace Weekly
         Recommendation Memo (.1)               0.20      19.00
```

W.R. Grace

Fee Applications, Others

|  |  | HOURS |  |
|---|---|---|---|
| 01/27/04 |  |  |  |
| LMP | Review July through October Monthly Fee Applications of Protivit Inc (.2); Update Wr Grace Weekly Recommendation Memo (.1) | 0.30 | 28.50 |
| LMP | Review November Fee Application of Stroock & Stroock & Lavan (.1); Update Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Review November Fee Application of FTI Policano & Manzo (.1); Update Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Review July through September Monthly Fee Applications of Steptoe & Johnson(.2); Update Wr Grace Weekly Recommendation Memo (.1) | 0.30 | 28.50 |
| LMP | Review November Fee Application of Casner & Edwards (.1); Update Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Review December Fee Application of Carella, Bryne, Bain, Gilfillan, Cecchi, Stewart & Olstein (.1); Update Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Review November Fee Application of Woodcock Washburn (.1); Update Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Review March Fee Application of Deloitte & Touche (.1); Update Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Review December Fee Application of PSZYJ&W (.1); Update Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| 01/28/04 |  |  |  |
| LMP | Review case docket for Objections to C&D November 2003 Fee Application (.1); Prepare CNO re same (.2) | 0.30 | 28.50 |
| KJC | Review and sign CNO re C&D November monthly fee application | 0.20 | 35.00 |
| KJC | Review and sign CNO re C&D November Sealed Air fee application | 0.20 | 35.00 |
| LMP | Electronic filing and service of Caplin & Drysdale's November CNO | 0.30 | 28.50 |
| 01/29/04 |  |  |  |
| LMP | Electronic filing and service of Caplin & Drysdale's December Monthly Application |  |  |

```
                                                           Page: 4
W.R. Grace                                               01/31/2004
                                          ACCOUNT NO: 3000-13D
                                          STATEMENT NO:      17

Fee Applications, Others
```

|  |  | HOURS |  |
|---|---|---|---|
| | for Compensation | 0.30 | 28.50 |
| KJC | Review C&D December monthly fee application and sign COS re same | 0.30 | 52.50 |
| LMP | Electronic filing of Campbell & Levine's October through December Monthly Application for Compensation | 0.20 | 19.00 |
| LMP | Electronic filing of Caplin & Drysdale's December Monthly Application for Compensation | 0.20 | 19.00 |

01/30/04

| | | | |
|---|---|---|---|
| LMP | Review December Fee Application of Klett Rooney Leiber & Schorling (.1); Update Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Review November Fee Application of Bilzin Sumberg Baena Price & Axelrod (.1); Update Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |

```
                                              ----  --------
       FOR CURRENT SERVICES RENDERED           9.30  1,065.00
```

                          RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 0.10 | $275.00 | $27.50 |
| Marla R. Eskin | 0.10 | 290.00 | 29.00 |
| Kathleen J. Campbell | 1.80 | 175.00 | 315.00 |
| Lauren M. Przybylek | 7.30 | 95.00 | 693.50 |

```
       TOTAL CURRENT WORK                             1,065.00


01/02/04 Payment - Thank you. (April, 2003 - 20%)      -256.50
01/02/04 Payment - Thank you. (May, 2003 - 20%)        -343.40
01/02/04 Payment - Thank you. (June, 2003 - 20%)       -347.30
01/02/04 Payment - Thank you. (September, 2003 - 80%) -1,642.40
01/27/04 Payment - Thank you. (October, 2003 - 80%)   -1,033.20
                                                      ---------
       TOTAL PAYMENTS                                 -3,622.80

       BALANCE DUE                                    $3,955.90
                                                      =========
```

                                                        Page: 5
W.R. Grace                                            01/31/2004
                                        ACCOUNT NO: 3000-13D
                                        STATEMENT NO:      17

Fee Applications, Others

          Any payments received after the statement date will be
          applied to next month's statement.  Please note your
          account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                            01/31/2004
Wilmington   DE                         ACCOUNT NO: 3000-15D
                                        STATEMENT NO:      32


Hearings



PREVIOUS BALANCE                                      $8,049.90



                                             HOURS
01/15/04
     MRE Review of letter from J. Scoliard
         regarding argument                   0.10      29.00
     MRE Drafting e-mail to MTH regarding Wolin
         hearing                              0.10      29.00

01/19/04
     MTH Discussion with MRE re January Omnibus
         Hearing.                             0.10      27.50
     MRE Review of agenda meeting with MTH
         regarding hearing                    0.20      58.00

01/21/04
     MTH Reviewing Amended Agenda and reviewing
         and revising memorandum re same (.4);
         Correspondence to PVNL and JWD re same
         (.1)                                 0.50     137.50

01/22/04
     MAL Preparation of draft Omnibus Hearing Memo  0.30      28.50
     MRE Review of e-mail from MTH regarding
         omnibus hearing                      0.10      29.00
     MRE Review of e-mail from PVNL regarding
         omnibus hearing                      0.10      29.00

01/23/04
     DEM Preparation of attorney binder for
         omnibus hearing                      0.60      57.00

01/27/04
     MTH Reviewing proceeding minutes re 1/16/04   0.10      27.50
                                             ----    ------

```
                                                      Page: 2
          W.R. Grace                                01/31/2004
                                        ACCOUNT NO: 3000-15D
                                        STATEMENT NO:      32
          Hearings




     FOR CURRENT SERVICES RENDERED                2.20    452.00

                        RECAPITULATION
     TIMEKEEPER                     HOURS HOURLY RATE     TOTAL
     Mark T. Hurford                0.70   $275.00     $192.50
     Marla R. Eskin                 0.60    290.00      174.00
     Margaret A. Landis             0.30     95.00       28.50
     Diane E. Massey                0.60     95.00       57.00


     TOTAL CURRENT WORK                                 452.00


01/02/04 Payment - Thank you. (April, 2003 - 20%)       -59.70
01/02/04 Payment - Thank you. (May, 2003 - 20%)        -330.90
01/02/04 Payment - Thank you. (June, 2003 - 20%)        -94.60
01/02/04 Payment - Thank you. (September, 2003 - 80%)  -935.20
01/27/04 Payment - Thank you. (October, 2003 - 80%)    -780.80
                                                     ---------
     TOTAL PAYMENTS                                 -2,201.20

     BALANCE DUE                                    $6,300.70
                                                     =========




          Any payments received after the statement date will be
          applied to next month's statement.  Please note your
          account number on your payment.  Thank you.
```

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                    Page: 1
W.R. Grace                                        01/31/2004
Wilmington  DE                       ACCOUNT NO: 3000-16D
                                     STATEMENT NO:      17

Litigation and Litigation Consulting



    PREVIOUS BALANCE                           $15,772.60



                                          HOURS
01/05/04
    MTH Reviewing correspondence from MRE and
        Nate Finch re various creditors in
        recusal motion                         0.10     27.50
    MTH telephone conference with MRE re
        information needed by Nate Finch (.1) and
        review of documents re same (.2)       0.30     82.50
    MTH Discussion with LMP re creditor
        information re recusal motion.         0.10     27.50

01/06/04
    MTH Reviewing supplemental affidavit of G.
        Morgan re Reaud Morgan Adversary matter. 0.10   27.50

01/08/04
    MRE Review of Wolin Order and e-mail to
        attorneys regarding same               0.10     29.00

01/09/04
    MRE Telephone conference with M. Berkin
        regarding bank/bond debt               0.10     29.00
    MRE Project for N. Finch regarding creditors
        committee                              0.50    145.00
    MRE Telephone conference with N. Finch
        regarding discovery                    0.10     29.00
    DAC Review Caplin memo re: Wolin discovery 0.10     37.50

01/11/04
    PEM Review memo from counsel re: recusal
        proceedings                            0.10     31.50

```
                                              Page: 2
W.R. Grace                                    01/31/2004
                                ACCOUNT NO: 3000-16D
                                STATEMENT NO:      17
Litigation and Litigation Consulting
```

```
                                              HOURS
01/15/04
     MRE  Review of Opposition of Libby Counsel to
          Contempt motion                       0.30    87.00
     MRE  Joinder in motion for contempt        0.20    58.00
     MRE  Continental Response to Contempt motion 0.20  58.00
     MRE  Review of Order dismissing contempt
          motion                                0.10    29.00

01/16/04
     MTH  Reviewing correspondence from EI re oral
          argument on recusal motions.          0.10    27.50
     DAC  Review memo re: recusal briefs and
          argument                              0.10    37.50
     DAC  Review joint brief re: recusal motion 0.30   112.50

01/18/04
     MRE  Review of Memo of law by the Debtor,
          Committee and FR (split with other cases) 0.40 116.00
     MRE  Review of Grace's Response to Motion of
          DK to disqualify                      0.70   203.00
     MRE  Review of memo in support of DK motion
          for recusal                           0.70   203.00
     MRE  Review of declaration of J. Wills     0.10    29.00

01/20/04
     MRE  Review of SJ Motion in Transcontinental 0.10  29.00
     MRE  Review of Response of Continental
          Casualty Company regarding Gerard     0.20    58.00
     MRE  Review of Debtors' Motion for Gerard  0.20    58.00

01/21/04
     MRE  Review of Grace's Motion to Strike
          Certain Exhibits                      0.10    29.00

01/26/04
     MRE  Review of D.K. Acquisition Opposition to
          Motion to Strike Exhibits             0.20    58.00
     MTH  Reviewing Opposition of DK Acquisition to
          Grace Objection to and Motion to Strike
          Exhibits (with attachments)           1.50   412.50
     MTH  Reviewing Opposition of DK Acquisition to
          Grace's Objection to Motion to Strike and
          Exhibits thereto.                     1.50   412.50
                                                ----  --------
          FOR CURRENT SERVICES RENDERED         8.60  2,483.50
```

```
                                                      Page: 3
    W.R. Grace                                       01/31/2004
                                        ACCOUNT NO: 3000-16D
                                        STATEMENT NO:      17
    Litigation and Litigation Consulting
```

```
                        RECAPITULATION
    TIMEKEEPER                      HOURS HOURLY RATE       TOTAL
    Douglas A. Campbell              0.50    $375.00     $187.50
    Philip E. Milch                  0.10     315.00       31.50
    Mark T. Hurford                  3.70     275.00    1,017.50
    Marla R. Eskin                   4.30     290.00    1,247.00


        TOTAL CURRENT WORK                              2,483.50


01/02/04 Payment - Thank you. (April, 2003 - 20%)        -74.20
01/02/04 Payment - Thank you. (June, 2003 - 20%)        -322.20
01/02/04 Payment - Thank you. (September, 2003 - 80%)   -836.40
01/27/04 Payment - Thank you. (October, 2003 - 80%)   -1,775.20
                                                      ---------
        TOTAL PAYMENTS                                -3,008.00

        BALANCE DUE                                  $15,248.10
                                                     ==========
```

```
    Any payments received after the statement date will be
    applied to next month's statement.  Please note your
    account number on your payment.  Thank you.
```

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                                    Page: 1
W.R. Grace                                                       01/31/2004
Wilmington  DE                               ACCOUNT NO: 3000-17D
                                             STATEMENT NO:      17

Plan and Disclosure Statement



        PREVIOUS BALANCE                                        $951.70


                                                  HOURS
01/03/04
        MRE Review of Debtor's Motion for Order
            Further Extending Exclusivity          0.10     29.00
                                                   ----     -----
            FOR CURRENT SERVICES RENDERED          0.10     29.00
                            RECAPITULATION
        TIMEKEEPER                 HOURS HOURLY RATE      TOTAL
        Marla R. Eskin              0.10    $290.00     $29.00


        TOTAL CURRENT WORK                                      29.00


01/02/04 Payment - Thank you. (September, 2003 - 80%)          -254.00


        BALANCE DUE                                            $726.70
                                                               =======




        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                              01/31/2004
Wilmington  DE                           ACCOUNT NO: 3000-18D
                                         STATEMENT NO:      17


Relief from Stay Proceedings




PREVIOUS BALANCE                                        $292.60



                                              HOURS
01/13/04
    MTH Reviewing Debtors' Objection to
        Caterpillar Motion for Relief from Stay.     0.20     55.00

01/19/04
    MTH Reviewing Order Dismissing without
        prejudice the Debtors' Motion Finding
        Counsel for Gerard in Contempt.               0.10     27.50
                                                      ----    -----
    FOR CURRENT SERVICES RENDERED                     0.30     82.50

                        RECAPITULATION
   TIMEKEEPER                     HOURS HOURLY RATE     TOTAL
   Mark T. Hurford                 0.30   $275.00     $82.50


   TOTAL CURRENT WORK                                        82.50


01/02/04 Payment - Thank you. (April, 2003 - 20%)           -10.60
01/02/04 Payment - Thank you. (May, 2003 - 20%)             -96.00
01/02/04 Payment - Thank you. (June, 2003 - 20%)            -26.70
01/02/04 Payment - Thank you. (September, 2003 - 80%)       -78.40
01/27/04 Payment - Thank you. (October, 2003 - 80%)        -106.80
                                                           -------
    TOTAL PAYMENTS                                         -318.50

    BALANCE DUE                                             $56.60
                                                           ======

W.R. Grace

01/31/2004
ACCOUNT NO: 3000-18D
STATEMENT NO:      17

Relief from Stay Proceedings

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                                01/31/2004
Wilmington  DE                         ACCOUNT NO: 3000-19D
                                       STATEMENT NO:        7


Tax Issues



PREVIOUS BALANCE                                          $369.60



01/02/04 Payment - Thank you. (September, 2003 - 80%)       -96.00
01/27/04 Payment - Thank you. (October, 2003 - 80%)        -118.80
                                                          -------
        TOTAL PAYMENTS                                    -214.80

        BALANCE DUE                                       $154.80
                                                          =======


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                      Page: 1
W.R. Grace                                         01/31/2004
Wilmington  DE                          ACCOUNT NO: 3000-20D
                                        STATEMENT NO:      16

Tax Litigation



    PREVIOUS BALANCE                              $468.80


    BALANCE DUE                                   $468.80
                                                  =======




Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                    Page: 1
W.R. Grace                                       01/31/2004
Wilmington  DE                        ACCOUNT NO: 3000-22D
                                      STATEMENT NO:      21


Valuation



PREVIOUS BALANCE                            $1,512.00



01/27/04 Payment - Thank you. (October, 2003 - 80%)        -261.60


BALANCE DUE                                 $1,250.40
                                            =========



Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                              Page: 1
W.R. Grace                                                01/31/2004
Wilmington  DE                          ACCOUNT NO: 3000-23D
                                        STATEMENT NO:      21


ZAI Science Trial




        PREVIOUS BALANCE                              $2,082.40



                                            HOURS
01/26/04
     MRE Review of Certificate of Counsel,
         regarding ZAI Trial                    0.10      29.00

01/27/04
     MRE Review of e-mail from MTH regarding
         continuation of ZAI trial              0.10      29.00
     MRE Review of e-mail from PVNL regarding ZAI
         trial                                  0.10      29.00
     MRE Review of additional e-mail from MTH
         regarding ZAI trial                    0.10      29.00
     MRE Review of e-mail from M. Berkin regarding
         ZAI trial                              0.10      29.00
     MTH Reviewing notice re rescheduling of ZAI
         Science Trial.                         0.10      27.50
     MTH Reviewing correspondence from PVNL re
         Science Trial.                         0.10      27.50
     MTH Reviewing correspondence from MEB re
         science trial.                         0.10      27.50
     MTH Correspondence to EI and PVNL re science
         trial.                                 0.30      82.50
     MTH Telephone call to J. Baer re status of
         ZAI                                    0.10      27.50
     MTH telephone call to J. Kapp re status of
         ZAI                                    0.10      27.50

01/28/04
     MTH telephone call from J. Baer re ZAI status
         (.1) and Correspondence to PVNL and EI re
         same (.1)                              0.20      55.00

```
                                                      Page: 2
       W.R. Grace                                 01/31/2004
                                    ACCOUNT NO: 3000-23D
                                    STATEMENT NO:      21

       ZAI Science Trial




                                         HOURS
01/29/04
     MRE Review of e-mail from MTH regarding ZAI
         continuance                        0.10      29.00
     MRE Review of e-mail from PVNL regarding ZAI
         trial continuance                  0.10      29.00
                                            ----     ------
         FOR CURRENT SERVICES RENDERED      1.70     478.00
                        RECAPITULATION
     TIMEKEEPER                    HOURS HOURLY RATE      TOTAL
     Mark T. Hurford                1.00    $275.00    $275.00
     Marla R. Eskin                 0.70     290.00     203.00


        TOTAL CURRENT WORK                            478.00


01/02/04 Payment - Thank you. (June, 2003 - 20%)      -74.60
01/02/04 Payment - Thank you. (September, 2003 - 80%) -342.40
                                                     -------
        TOTAL PAYMENTS                               -417.00

        BALANCE DUE                              $2,143.40
                                                 =========
```

       Any payments received after the statement date will be
       applied to next month's statement.  Please note your
       account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                          Page: 1
W.R. Grace                                              01/31/2004
Wilmington  DE                        ACCOUNT NO     3000D




PREVIOUS BALANCE      FEES   EXPENSES   ADVANCES    PAYMENTS     BALANCE

    3000-00 Costs and Expenses
        -542.81      0.00       0.00       0.00        0.00    -$542.81

    3000-01 Asset Analysis and Recovery
       1,068.20      0.00       0.00       0.00   -1,068.20      $0.00

    3000-02 Asset Disposition
         403.50      0.00       0.00       0.00     -190.30    $213.20

    3000-03 Business Operations
         466.00    507.00       0.00       0.00     -109.90    $863.10

    3000-04 Case Administration
       1,556.10     55.00       0.00       0.00     -798.20    $812.90

    3000-05 Claims Analysis Objection & Resolution (Asbestos)
       3,484.00    110.00       0.00       0.00        0.00  $3,594.00

    3000-06 Claims Analysis Objection & Resol. (Non-Asbestos)
         576.60  1,167.00       0.00       0.00     -244.60  $1,499.00

    3000-07 Committee, Creditors, Noteholders, Equity Holders
      25,462.90  4,793.50       0.00       0.00  -13,229.30 $17,027.10

    3000-08 Employee Benefits/Pension
       1,256.40      0.00       0.00       0.00     -735.20    $521.20

    3000-10 Employment Applications, Others
       2,678.40      0.00       0.00       0.00   -1,575.20  $1,103.20

    3000-11 Expenses
       8,962.81      0.00   1,176.34       0.00     -860.40  $9,278.75

    3000-12 Fee Applications, Applicant
       4,783.00  1,139.50       0.00       0.00   -2,015.70  $3,906.80

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-13 Fee Applications, Others | | | | | |
| 6,513.70 | 1,065.00 | 0.00 | 0.00 | -3,622.80 | $3,955.90 |
| 3000-15 Hearings | | | | | |
| 8,049.90 | 452.00 | 0.00 | 0.00 | -2,201.20 | $6,300.70 |
| 3000-16 Litigation and Litigation Consulting | | | | | |
| 15,772.60 | 2,483.50 | 0.00 | 0.00 | -3,008.00 | $15,248.10 |
| 3000-17 Plan and Disclosure Statement | | | | | |
| 951.70 | 29.00 | 0.00 | 0.00 | -254.00 | $726.70 |
| 3000-18 Relief from Stay Proceedings | | | | | |
| 292.60 | 82.50 | 0.00 | 0.00 | -318.50 | $56.60 |
| 3000-19 Tax Issues | | | | | |
| 369.60 | 0.00 | 0.00 | 0.00 | -214.80 | $154.80 |
| 3000-20 Tax Litigation | | | | | |
| 468.80 | 0.00 | 0.00 | 0.00 | 0.00 | $468.80 |
| 3000-22 Valuation | | | | | |
| 1,512.00 | 0.00 | 0.00 | 0.00 | -261.60 | $1,250.40 |
| 3000-23 ZAI Science Trial | | | | | |
| 2,082.40 | 478.00 | 0.00 | 0.00 | -417.00 | $2,143.40 |
| --------- | --------- | -------- | ---- | ---------- | ---------- |
| 86,168.40 | 12,362.00 | 1,176.34 | 0.00 | -31,124.90 | $68,581.84 |
| | | | | | ========== |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.