# EXHIBIT C

SSL-DOCS1 1427519v2

**WR GRACE & CO**
**ATTACHMENT B**
**OCTOBER 1, 2003 - DECEMBER 31, 2003**

| | Hours | Rate | Amount | No. of Years In Position |
|---|---|---|---|---|
| **Partners** | | | | |
| Greenberg, Mayer | 12.1 | $550 | $ 6,655.00 | 6 |
| Kruger, Lewis | 31.1 | 725 | 22,547.50 | 42 |
| Kulman, Bradley | 0.3 | 625 | 187.50 | 12 |
| Pasquale, Kenneth | 37.9 | 550 | 20,845.00 | 14 |
| Wintner, Mark | 4.9 | 625 | 3,062.50 | 32 |
| **Associates** | | | | |
| Eichler, Mark | 1.5 | 440 | 660.00 | 5 |
| Gross, Jonathan E. | 6.0 | 255 | 1,530.00 | 2 |
| Healy, Francis C. | 42.1 | 205 | 8,630.50 | 1 |
| Krieger, Arlene | 231.8 | 495 | 114,741.00 | 20 |
| Sasson, Moshe | 47.5 | 445 | 21,137.50 | 10 |
| Taruschio Anna | 2.5 | 320 | 800.00 | 4 |
| Wildes, Denise | 0.2 | 495 | 99.00 | 14 |
| **Paraprofessionals** | | | | |
| Calvo, Fernando | 2.9 | 180 | 522.00 | 3 |
| Caskadon, Alexandra | 57.5 | 180 | 10,350.00 | 2 |
| Defreitas, Vaughn | 37.8 | 115 | 4,347.00 | 16 |
| Mohamed, David | 4.9 | 115 | 563.50 | 15 |
| Peters, Angelina | 1.8 | 85 | 153.00 | 4 |
| **Subtotal** | 522.8 | | $ 216,831.00 | |
| **Less 50% Travel** | (2.5) | | (1,112.50) | |
| **Total** | 520.3 | | $ 215,718.50 | |