**EXHIBIT D**

**WR GRACE & CO**
**DISBURSEMENT SUMMARY**
**OCTOBER 1, 2003 - DECEMBER 31, 2003**

| | | |
|---|---|---|
| Outside Messenger Service | $ | 151.71 |
| Meals | | 122.82 |
| Local Transportation | | 273.01 |
| Long Distance Telephone | | 1,640.98 |
| Duplicating Costs-in House | | 514.30 |
| Process Service & Calendar Watch | | 382.27 |
| Postage | | 8.86 |
| Lexis/Nexis | | 467.45 |
| Facsimile Charges | | 54.00 |
| Travel Expenses - Transportation | | 12.00 |
| Westlaw | | 2,167.42 |
| Word Processing - Logit | | 156.00 |
| | **TOTAL** | **$5,950.82** |