**Exhibit B**

**Summary Schedules of Fees for the Quarter**

**Exhibit B**

W.R. GRACE & CO. ET. AL.
Summary of Fees by Project Category by Month
For the Period October 1, 2003 through December 31, 2003

| TASK CODE | TASK | October | November | December | TOTAL |
|---|---|---|---|---|---|
| 2 | Business Analysis | $ - | $ - | $ - | $ - |
| 3 | Corporate Finance | 10,570.00 | - | - | 10,570.00 |
| 4 | Data Analysis | 53,547.00 | 60,041.00 | 88,654.00 | 202,242.00 |
| 8 | Case Administration | 690.00 | 127.50 | 172.50 | 990.00 |
| 9 | Claims Analysis (asbestos) | 714.00 | 572.50 | 12,098.50 | 13,385.00 |
| 11 | Creditors Committee | 2,381.50 | 5,593.00 | 1,520.00 | 9,494.50 |
| 12 | Employee Benefits/Pension | 3,304.00 | - | - | 3,304.00 |
| 16 | Fee Applications, Applicant | 3,829.50 | 675.00 | 3,164.00 | 7,668.50 |
| | TOTAL | $ 75,036.00 | $ 67,009.00 | $ 105,609.00 | $ 247,654.00 |

1 of 6

**Exhibit B**
**W.R. GRACE & CO. ET. AL.**
Summary of Hours by Project Category by Month
For the Period October 1, 2003 through December 31, 2003

| TASK CODE | TASK | October | November | December | TOTAL |
|---|---|---|---|---|---|
| 2 | Business Analysis | - | - | - | - |
| 3 | Corporate Finance | 23.8 | - | - | 23.8 |
| 4 | Data Analysis | 132.4 | 144.0 | 201.0 | 477.4 |
| 8 | Case Administration | 9.2 | 1.7 | 2.3 | 13.2 |
| 9 | Claims Analysis (asbestos) | 1.2 | 1.2 | 28.3 | 30.7 |
| 11 | Creditors Committee | 5.3 | 10.0 | 3.6 | 18.9 |
| 12 | Employee Benefits/Pension | 8.4 | - | - | 8.4 |
| 16 | Fee Applications, Applicant | 15.3 | 3.8 | 16.4 | 35.5 |
|  | TOTAL | 195.6 | 160.7 | 251.6 | 607.9 |

2 of 6

**Exhibit B**

## GRACE & CO. ET. AL.
Summary of Hours and Fees by Professional
For the Period October 1, 2003 through December 31, 2003

| Task Code | Business Analysis 2 | Corporate Finance 3 | Data Analysis 4 | Case Administration 8 | Claims Analysis/Objections/Administration (asbestos) 9 | Creditors Committee 11 | Employee Benefits/Pension 12 | Fee Applications, Applicant 16 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| S. Joffe | 0.0 | 0.0 | 11.1 | 0.0 | 0.0 | 2.5 | 0.0 | 0.0 | 13.6 |
| E. Ordway | 0.0 | 0.0 | 22.1 | 0.0 | 2.0 | 3.6 | 0.7 | 0.8 | 29.2 |
| S. Cunningham | 0.0 | 9.4 | 106.2 | 0.0 | 1.3 | 5.0 | 0.0 | 0.0 | 121.9 |
| C. Whitney | 0.0 | 0.0 | 28.3 | 0.0 | 24.1 | 2.3 | 0.0 | 0.0 | 54.7 |
| L. Hamilton | 0.0 | 14.4 | 277.2 | 0.0 | 3.3 | 5.5 | 7.7 | 15.3 | 323.4 |
| J. Schwendeman | 0.0 | 0.0 | 13.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 13.0 |
| M. Hakoun | 0.0 | 0.0 | 19.5 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 19.5 |
| N. Backer | 0.0 | 0.0 | 0.0 | 13.2 | 0.0 | 0.0 | 0.0 | 19.4 | 32.6 |
| Totals | 0.0 | 23.8 | 477.4 | 13.2 | 30.7 | 18.9 | 8.4 | 35.5 | 607.9 |

| Rate | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| $ 625 | S. Joffe | $ - | $ - | $ 6,937.50 | $ - | $ - | $ 1,562.50 | $ - | $ - | $ 8,500.00 |
| $ 595 | E. Ordway | - | - | 13,149.50 | - | 1,190.00 | 2,142.00 | 416.50 | 476.00 | 17,374.00 |
| $ 550 | S. Cunningham | - | 5,170.00 | 58,410.00 | - | 715.00 | 2,750.00 | - | - | 67,045.00 |
| $ 425 | C. Whitney | - | - | 12,027.50 | - | 10,242.50 | 977.50 | - | - | 23,247.50 |
| $ 375 | L. Hamilton | - | 5,400.00 | 103,950.00 | - | 1,237.50 | 2,062.50 | 2,887.50 | 5,737.50 | 121,275.00 |
| $ 350 | J. Schwendeman | - | - | 4,550.00 | - | - | - | - | - | 4,550.00 |
| $ 165 | M. Hakoun | - | - | 3,217.50 | - | - | - | - | - | 3,217.50 |
| $ 75 | N. Backer | - | - | - | 990.00 | - | - | - | 1,455.00 | 2,445.00 |
| | Totals | $ - | $ 10,570.00 | $ 202,242.00 | $ 990.00 | $ 13,385.00 | $ 9,494.50 | $ 3,304.00 | $ 7,668.50 | $ 247,654.00 |

**Exhibit B**
W.R. GRACE & CO. ET AL.
Summary of Hours by Category
For the period October 1, 2003 through October 31, 2003

| Rate | Fees Per Professional | | Task Code | Business Analysis (Business Plan) 2 | Corporate Finance (Acquisitions) 3 | Data Analysis 4 | Case Administration 8 | Claims Analysis/Objections/ Administration (asbestos) 9 | Creditors Committee 11 | Employee Benefits/ Pension 12 | Fee Applications, Applicant 16 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $ 625 | $ 2,187.50 | S. Joffe | | 0.0 | 0.0 | 3.5 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 3.5 |
| $ 595 | $ 5,057.50 | E. Ordway | | 0.0 | 0.0 | 5.8 | 0.0 | 1.2 | 0.2 | 0.7 | 0.6 | 8.5 |
| $ 550 | $ 19,690.00 | S. Cunningham | | 0.0 | 9.4 | 24.4 | 0.0 | 0.0 | 2.0 | 0.0 | 0.0 | 35.8 |
| $ 425 | $ 850.00 | C. Whitney | | 0.0 | 0.0 | 2.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 2.0 |
| $ 375 | $ 42,337.50 | L. Hamilton | | 0.0 | 14.4 | 79.8 | 0.0 | 0.0 | 3.1 | 7.7 | 7.9 | 112.9 |
| $ 350 | $ 1,750.00 | J. Schwendeman | | 0.0 | 0.0 | 5.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 5.0 |
| $ 165 | $ 1,963.50 | M. Hakoun | | 0.0 | 0.0 | 11.9 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 11.9 |
| $ 75 | $ 1,200.00 | N. Backer | | 0.0 | 0.0 | 0.0 | 9.2 | 0.0 | 0.0 | 0.0 | 6.8 | 16.0 |
| | $ 75,036.00 | Totals | | 0.0 | 23.8 | 132.4 | 9.2 | 1.2 | 5.3 | 8.4 | 15.3 | 195.6 |

**Exhibit B**
**W.R. GRACE & CO. ET. AL.**
Summary of Hours by Category
For the period November 1, 2003 through November 30, 2003

| Rate | Fees Per Professional | | Task Code | Business Analysis (Business Plan) 2 | Corporate Finance (Acquisitions) 3 | Data Analysis 4 | Case Administration 8 | Claims Analysis/Objections/ Administration (asbestos) 9 | Creditors Committee 11 | Employee Benefits/ Pension 12 | Fee Applications, Applicant 16 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $ 625 | $ | 4,062.50 | S. Joffe | 0.0 | 0.0 | 4.0 | 0.0 | 0.0 | 2.5 | 0.0 | 0.0 | 6.5 |
| $ 595 | $ | 6,664.00 | E. Ordway | 0.0 | 0.0 | 8.3 | 0.0 | 0.0 | 2.9 | 0.0 | 0.0 | 11.2 |
| $ 550 | $ | 12,265.00 | S. Cunningham | 0.0 | 0.0 | 18.6 | 0.0 | 0.7 | 3.0 | 0.0 | 0.0 | 22.3 |
| $ 425 | $ | 2,975.00 | C. Whitney | 0.0 | 0.0 | 5.9 | 0.0 | 0.0 | 1.1 | 0.0 | 0.0 | 7.0 |
| $ 375 | $ | 38,812.50 | L. Hamilton | 0.0 | 0.0 | 101.2 | 0.0 | 0.5 | 0.5 | 0.0 | 1.3 | 103.5 |
| $ 350 | $ | 1,750.00 | J. Schwendeman | 0.0 | 0.0 | 5.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 5.0 |
| $ 165 | $ | 165.00 | M. Hakoun | 0.0 | 0.0 | 1.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 1.0 |
| $ 75 | $ | 315.00 | N. Backer | 0.0 | 0.0 | 0.0 | 1.7 | 0.0 | 0.0 | 0.0 | 2.5 | 4.2 |
| | $ | 67,009.00 | Totals | 0.0 | 0.0 | 144.0 | 1.7 | 1.2 | 10.0 | 0.0 | 3.8 | 160.7 |

5 of 6

Exhibit B

W.R. GRACE & CO. ET AL.
Summary of Hours by Category
For the period December 1, 2003 through December 31, 2003

| Rate | Fees Per Professional | | | Task Code | Business Analysis (Business Plan) 2 | Corporate Finance (Acquisitions) 3 | Data Analysis 4 | Case Administration 8 | Claims Analysis/Objections/ Administration (asbestos) 9 | Creditors Committee 11 | Employee Benefits/ Pension 12 | Fee Applications, Applicant 16 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $ 625 | $ | 2,250.00 | S. Joffe | | 0.0 | 0.0 | 3.6 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 3.6 |
| $ 595 | $ | 5,652.50 | E. Ordway | | 0.0 | 0.0 | 8.0 | 0.0 | 0.8 | 0.5 | 0.0 | 0.2 | 9.5 |
| $ 550 | $ | 35,090.00 | S. Cunningham | | 0.0 | 0.0 | 63.2 | 0.0 | 0.6 | 0.0 | 0.0 | 0.0 | 63.8 |
| $ 425 | $ | 19,422.50 | C. Whitney | | 0.0 | 0.0 | 20.4 | 0.0 | 24.1 | 1.2 | 0.0 | 0.0 | 45.7 |
| $ 375 | $ | 40,125.00 | L. Hamilton | | 0.0 | 0.0 | 96.2 | 0.0 | 2.8 | 1.9 | 0.0 | 6.1 | 107.0 |
| $ 350 | $ | 1,050.00 | J. Schwendeman | | 0.0 | 0.0 | 3.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 3.0 |
| $ 165 | $ | 1,089.00 | M. Hakoun | | 0.0 | 0.0 | 6.6 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 6.6 |
| $ 75 | $ | 930.00 | N. Backer | | 0.0 | 0.0 | 0.0 | 2.3 | 0.0 | 0.0 | 0.0 | 10.1 | 12.4 |
| | $ | 105,609.00 | Totals | | 0.0 | 0.0 | 201.0 | 2.3 | 28.3 | 3.6 | 0.0 | 16.4 | 251.6 |