**Exhibit C**

**Summary Schedule of Expenses for the Quarter**

**Exhibit C**

W.R. GRACE & CO. ET. AL.
Summary of Expenses by Type of Expense
For the Period October 1, 2003 through December 31, 2003

|  | October | November | December | TOTAL |
|---|---|---|---|---|
| Copies: |  |  |  |  |
| Internal | $ 438.15 | $ 378.15 | $ - | $ 816.30 |
| External | - | - | - | - |
| Facsimile Charges | 1.00 | 15.00 | - | 16.00 |
| Telecommunications: |  |  |  | - |
| Telephone | 219.03 | 218.31 | 212.03 | 649.37 |
| Toll Charges | 579.86 | - | - | 579.86 |
| Postage, Federal Express | - | 19.45 | 10.02 | 29.47 |
| Travel Expenses: |  |  |  |  |
| Transportation, lodging, tolls and parking | 44.53 | 185.00 | - | 229.58 |
| Meals |  |  |  | - |
| Total Expenses | $ 1,282.62 | $ 815.91 | $ 222.05 | $ 2,320.58 |

**Exhibit C**

W.R. GRACE & CO. <u>ET. AL.</u>
Summary of Expenses by Type of Expense
For the period October 1, 2003 through October 31, 2003

| | | |
|---|---|---:|
| Copies: | | |
| Internal | $ | 438.15 |
| External | | |
| Telecommunications: | | |
| Telephone | | 219.03 |
| Toll Charges | | 579.86 |
| Facsimile | | 1.00 |
| Postage, Federal Express, Airborne Express | | 44.58 |
| Travel Expenses: | | |
| Transportation, lodging, tolls, parking, mileage | | - |
| Total Expenses | $ | 1,282.62 |

**Exhibit C**

W.R. GRACE & CO. ET. AL.
Summary of Expenses by Type of Expense
For the period November 1, 2003 through November 30, 2003

| | | |
|---|---|---|
| Copies: | | |
| Internal | $ | 378.15 |
| External | | |
| Telecommunications: | | |
| Telephone | | 218.31 |
| Toll Charges | | |
| Facsimile | | 15.00 |
| Postage, Federal Express, Airborne Express | | 19.45 |
| Travel Expenses: | | |
| Transportation, lodging, tolls, parking, mileage | | 185.00 |
| Total Expenses | $ | 815.91 |

**Exhibit C**

W.R. GRACE & CO. ET. AL.
Summary of Expenses by Type of Expense
For the period December 1, 2003 through December 31, 2003

| | | |
|---|---|---:|
| Copies: | | |
| Internal | $ | - |
| External | | |
| Telecommunications: | | |
| Telephone | | 212.03 |
| Toll Charges | | |
| Facsimile | | - |
| Postage, Federal Express, Airborne Express | | 10.02 |
| Travel Expenses: | | |
| Transportation, lodging, tolls, parking, mileage | | - |
| Total Expenses | $ | 222.05 |