**Exhibit D**

**Fee Application for the period**

**October 1 – October 31, 2003**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-------------------------x

In re:                                          Chapter 11

W.R. GRACE & Co., et al.,                       Case No. 01-01139 (JKF)
                                                (Jointly Administered)

                    Debtors

THIRTY-FIRST INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM OCTOBER 1, 2003 THROUGH OCTOBER 31, 2003)

Name of Applicant:                              FTI Policano & Manzo

Authorized to Provide Professional Services to: The Official Committee of
                                                Unsecured Creditors
Date of Retention:                              June 21, 2001

Period for which compensation and               October 1, 2003 through
reimbursement is sought:                        October 31, 2003

Amount of Compensation sought
as actual, reasonable and necessary (80% of $75,036.00):   $60,028.80
Amount of Expense Reimbursement sought
as actual, reasonable and necessary (100%):     $1,282.62
This is an: _X____ interim  _____ final application

The total time expended for fee application preparation activities is approximately 15.3
hours and corresponding compensation requested is approximately $3,063.60 (80% of
the fees incurred of $3,829.50).  The time expended totaled approximately 8.5 hours
spent on preparation of the thirtieth monthly interim fee application and the quarterly fee
application, including 6.8 hours spent by a paraprofessional assisting in preparation of the
applications.

This is the THIRTY-FIRST application filed.  Disclosure for prior periods and current
period is as follows:

THIRTY-FIRST INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
<u>(FOR THE PERIOD FROM OCTOBER 1, 2003 THROUGH OCTOBER 31, 2003)</u>
**ATTACHMENT A**
**TO FEE APPLICATION**

| Date Filed (on or about) | Period Covered | Requested | | | |
| --- | --- | --- | --- | --- | --- |
| | | Fees (100%) | Expenses (100%) | Fees | Expenses |
| June 28, 2001 | April 20, 2001 through April 30, 2001 | $16,008.00 | $667.95 | $12,806.40 (80% of requested fees) | $667.95 |
| June 28, 2001 | May 1, 2001 through May 31, 2001 | $104,081.50 | $2,513.09 | $83,265.20 (80% of requested fees) | $2,513.09 |
| July 28, 2001 | June 1, 2001 through June 30, 2001 | $75,916.00 | $3,913.13 | $60,732.80 (80% of requested fees) | $3,913.13 |
| August 28, 2001 | July 1, 2001 through July 31,2001 | $71,989.50 | $3,871.54 | $57,591.60 (80% of requested fees) | $3,871.54 |
| September 28, 2001 | August 1, 2001 through August 31, 2001 | $70,425.00 | $1,092.45 | $56,340.00 (80% of requested fees) | $1,092.45 |
| October 30, 2001 | September 1, 2001 through September 30, 2001 | $104,816.50 | $3,028.40 | $83,853.20 (80% of requested fees) | $3,028.40 |
| November 29, 2001 | October 1, 2001 through October 31, 2001 | $42, 643.00 | $ 3,670.86 | $34,114.40 (80% of requested fees) | $3,670.86 |
| December 28, 2001 | November 1, 2001 through November 30, 2001 | $50,048.50 | $1,864.72 | $40,038.80 (80% of requested fees) | $1,864.72 |
| January 28, 2002 | December 1, 2001 through December 31, 2001 | $53,986.50 | $1,005.29 | $43,189.20 (80% of requested fees) | $1,005.29 |
| February 28, 2002 | January 1, 2002 through January 31, 2002 | $63,207.00 | $2,549.70 | $50,565.60 (80% of requested fees) | $2,549.70 |
| March 28, 2002 | February 1, 2002 through February 28, 2002 | $27,249.50 | $1,874.43 | $21,799.60 (80% of requested fees) | $1,874.43 |

2

THIRTY-FIRST INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM OCTOBER 1, 2003 THROUGH OCTOBER 31, 2003)

## ATTACHMENT A
## TO FEE APPLICATION

| Date Filed (on or about) | Period Covered | Requested Fees (100%) | Expenses (100%) | Fees | Expenses |
|---|---|---|---|---|---|
| April 28, 2002 | March 1, 2002 through March 31, 2002 | $106,680.50 | $1,919.09 | $85,344.40 (80% of requested fees) | $1,919.09 |
| May 29, 2002 | April 1, 2002 through April 30, 2002 | $102,314.00 | $4,657.40 | $81,851.20 (80% of requested fees) | $4,657.40 |
| June 28, 2002 | May 1, 2002 through May 31, 2002 | $50,027.00 | $2,207.14 | $40,021.60 (80% of requested fees) | $2,207.14 |
| July 29, 2002 | June 1, 2002 through June 30, 2002 | $43,359.00 | $1,381.59 | $34,687.20 (80% of requested fees) | $1,381.59 |
| August 31, 2002 | July 1, 2002 through July 31, 2002 | $23,895.50 | $473.91 | $19,116.40 (80% of requested fees) | $473.91 |
| September 30, 2002 | August 1, 2002 through August 31, 2002 | $76,092.50 | $1,264.23 | $60,874.00 (80% of requested fees) | $1,264.23 |
| October 31, 2002 | September 1, 2002 through September 30, 2002 | $45,079.00 | $43.14 | $36,063.20 (80% of requested fees) | $43.14 |
| November 30, 2002 | October 1, 2002 through October 31, 2002 | $46,633.50 | $256.76 | $37,306.80 (80% of requested fees) | $256.76 |
| December 31, 2002 | November 1, 2002 through November 30, 2002 | $44,622.50 | $824.96 | $35,698.00 (80% of requested fees) | $824.96 |
| January 31, 2003 | December 1, 2002 through December 31, 2002 | $42,335.00 | $34.69 | $33,868.00 (80% of requested fees) | $34.69 |
| February 28, 2003 | January 1, 2003 through January 31, 2003 | $71,517.00 | $831.54 | $57,213.60 (80% of requested fees) | $831.54 |

THIRTY-FIRST INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM OCTOBER 1, 2003 THROUGH OCTOBER 31, 2003)

**ATTACHMENT A**
**TO FEE APPLICATION**

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Requested Fees | Expenses |
|---|---|---|---|---|---|
| March 28, 2003 | February 1, 2003 through February 28, 2003 | $131,416.50 | $2,264.79 | $105,133.20 (80% of requested fees) | $2,264.79 |
| April 30, 2003 | March 1, 2003 through March 31, 2003 | $94,355.00 | $769.04 | $75,484.00 (80% of requested fees) | $769.04 |
| May 31, 2003 | April 1, 2003 through April 30, 2003 | $39,810.00 | $133.70 | $31,848.00 (80% of requested fees) | $133.70 |
| June 30, 2003 | May 1, 2003 through May 31, 2003 | $70,371.00 | $847.39 | $56,296.80 (80% of requested fees) | $847.39 |
| July 31, 2003 | June 1, 2003 through June 30, 2003 | $62,684.00 | $408.81 | $50,147.20 (80% of requested fees) | $408.81 |
| August 31, 2003 | July 1, 2003 through July 31, 2003 | $61,294.00 | $780.87 | $49,035.20 (80% of requested fees) | $780.87 |
| September 26, 2003 | August 1, 2003 through August 31, 2003 | $90,447.50 | $1,312.37 | $72,358.00 (80% of requested fees) | $1,312.37 |
| October 24, 2003 | September 1, 2003 through September 30, 2003 | $97,227.50 | $1,464.59 | $77,782.00 (80% of requested fees) | $1,464.59 |
| December 1, 2003 | October 1, 2003 through October 31, 2003 | $75,036.00 | $1,282.62 | $60,028.80 (80% of requested fees) | $1,282.62 |

THIRTY-FIRST INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM OCTOBER 1, 2003 THROUGH OCTOBER 31, 2003)

### ATTACHMENT B
### TO FEE APPLICATION

| Name of Professional Person | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|
| S. Joffe | $625 | 3.5 | $2,187.50 |
| E. Ordway | $595 | 8.5 | $5,057.50 |
| S. Cunningham | $550 | 35.8 | $19,690.00 |
| C. Whitney | $425 | 2.0 | $850.00 |
| L. Hamilton | $375 | 112.9 | $42,337.50 |
| J. Schwendeman | $350 | 5.0 | $1,750.00 |
| M. Hakoun | $165 | 11.9 | $1,963.50 |
| N. Backer | $ 75 | 16.0 | $1,200.00 |
|  |  |  |  |
| Grand Total: |  |  |  |
| Blended Rate: | $384 | 195.6 | $75,036.00 |

### COMPENSATION BY PROJECT CATEGORY

| Task Code | Project Category | Total Hours | Total Fees |
|---|---|---|---|
| 2 | Business Analysis | 0.0 | $0.00 |
| 3 | Corporate Finance | 23.8 | $10,570.00 |
| 4 | Data Analysis | 128.9 | $51,350.50 |
| 8 | Case Administration | 9.2 | $690.00 |
| 9 | Claims Analysis (Asbestos) | 1.2 | $714.00 |
| 11 | Creditors Committee | 5.3 | $2,381.50 |
| 12 | Employee Benefits/Pension | 8.4 | $3,304.00 |
| 16 | Fee Applications, Applicant | 15.3 | $3,829.50 |
|  |  |  |  |
|  | Total | 195.6 | $75,036.00 |

THIRTY-FIRST INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM OCTOBER 1, 2003 THROUGH OCTOBER 31, 2003)

**EXPENSE SUMMARY**

| Expense Category | Total Expenses |
|---|---|
| Copies | $438.15 |
| Facsimiles | $1.00 |
| Telecommunications | $219.03 |
| Postage, Express Delivery | $44.58 |
| Travel Expenses | $0.00 |
| Tolling Charges | $579.86 |
|  |  |
| Total | $1,282.62 |

**Invoice**

W.R. GRACE & CO. ET. AL.
Summary of Fees by Professional
For the period October 1, 2003 through October 31, 2003

|  | Total Hours | Billing Rate | | Amount |
|---|---|---|---|---|
| S. Joffe | 3.5 | $ | 625 | 2,187.50 |
| E. Ordway | 8.5 | $ | 595 | 5,057.50 |
| S. Cunningham | 35.8 | $ | 550 | 19,690.00 |
| C. Whitney | 2.0 | $ | 425 | 850.00 |
| L. Hamilton | 112.9 | $ | 375 | 42,337.50 |
| J. Schwendeman | 5.0 | $ | 350 | 1,750.00 |
| M. Hakoun | 11.9 | $ | 165 | 1,963.50 |
| N. Backer | 16.0 | $ | 75 | 1,200.00 |
| TOTAL | 195.6 | | $ | 75,036.00 |

Invoice

W.R. GRACE & CO. ET. AL.
Summary of Hours by Category
For the period October 1, 2003 through October 31, 2003

| Rate | Fees Per Professional | | Business Analysis | Corporate Finance | Data Analysis | Case Administration | Claims Analysis/Objections/ Administration (asbestos) | Creditors Committee | Employee Benefits/ Pension | Fee Applications, Applicant | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Task Code | | | 2 | 3 | 4 | 8 | 9 | 11 | 12 | 16 | |
| $ 625 | 2,187.50 | S. Joffe | $ - | $ - | $ 2,187.50 | $ - | $ - | $ - | $ - | $ - | $ 2,187.50 |
| $ 595 | 5,057.50 | E. Ordway | - | - | 3,451.00 | - | - | - | - | - | 5,057.50 |
| $ 550 | 19,690.00 | S. Cunningham | - | 5,170.00 | 13,420.00 | - | 714.00 | 119.00 | 416.50 | 357.00 | 19,690.00 |
| $ 425 | 850.00 | C. Whitney | - | - | 850.00 | - | - | 1,100.00 | - | - | 850.00 |
| $ 375 | 42,337.50 | L. Hamilton | - | 5,400.00 | 29,925.00 | - | - | 1,162.50 | 2,887.50 | 2,962.50 | 42,337.50 |
| $ 350 | 1,750.00 | J. Schwendeman | - | - | 1,750.00 | - | - | - | - | - | 1,750.00 |
| $ 165 | 1,963.50 | M. Hakoun | - | - | 1,963.50 | - | - | - | - | - | 1,963.50 |
| $ 75 | 1,200.00 | N. Backer | - | - | - | 690.00 | - | - | - | 510.00 | 1,200.00 |
| $ | 75,036.00 | Totals | $ - | $ 10,570.00 | $ 51,359.50 | $ 690.00 | $ 714.00 | $ 2,381.50 | $ 3,304.00 | $ 3,829.50 | $ 75,036.00 |

**Invoice**

W.R. GRACE & CO. ET AL.
Summary of Hours by Category
For the period October 1, 2003 through October 31, 2003

| Rate | Fees Per Professional | | Business Analysis (Business Plan) | Corporate Finance (Acquisitions) | Data Analysis | Case Administration | Claims Analysis/Objections/ Administration (asbestos) | Creditors Committee | Employee Benefits/ Pension | Fee Applications, Applicant | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Task Code | 2 | 3 | 4 | 8 | 9 | 11 | 12 | 16 | |
| $ 625 | $ 2,187.50 | S. Joffe | 0.0 | 0.0 | 3.5 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 3.5 |
| $ 595 | $ 5,057.50 | E. Ordway | 0.0 | 0.0 | 5.8 | 0.0 | 1.2 | 0.2 | 0.7 | 0.6 | 8.5 |
| $ 550 | $ 19,690.00 | S. Cunningham | 0.0 | 9.4 | 24.4 | 0.0 | 0.0 | 2.0 | 0.0 | 0.0 | 35.8 |
| $ 425 | $ 850.00 | C. Whitney | 0.0 | 0.0 | 2.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 2.0 |
| $ 375 | $ 42,337.50 | L. Hamilton | 0.0 | 14.4 | 79.8 | 0.0 | 0.0 | 3.1 | 7.7 | 7.9 | 112.9 |
| $ 350 | $ 1,750.00 | J. Schwendeman | 0.0 | 0.0 | 5.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 5.0 |
| $ 165 | $ 1,963.50 | M. Hakoun | 0.0 | 0.0 | 11.9 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 11.9 |
| $ 75 | $ 1,200.00 | N. Backer | 0.0 | 0.0 | 0.0 | 9.2 | 0.0 | 0.0 | 0.0 | 6.8 | 16.0 |
| | $ 75,036.00 | Totals | 0.0 | 23.8 | 132.4 | 9.2 | 1.2 | 5.3 | 8.4 | 15.3 | 195.6 |

3 of 20

**Invoice**

W.R. GRACE & CO. ET. AL.
Summary Descriptions of Tasks by Category*
For the period October 1, 2003 through October 31, 2003

| | Task Code | Total Hours | |
|---|---|---|---|
| **Business Analysis** | 2 | 0.0 | No activities were performed in this category during this period. |
| Corporate Finance | 3 | 23.8 | During the Fee Period we continued to read and analyzed the Debtors' original and revised presentation materials regarding the proposed Galeras acquisition. We prepared a revised draft report thereon, which was discussed with the Committee chair and counsel. We also read and analyzed updated data concerning the Tricosal acquisition and prepared a report to the Committee thereon. |
| **Data Analysis** | 4 | 132.4 | During the Fee Period we read and analyze the Debtors' August operating report and related documents and prepared a report to the Committee thereon. We also prepared an analysis of the Fresenius settlement and related tax issues. We read and analyzed information concerning the KWELMB insurance settlement and prepared a report to the Committee thereon. We read and analyzed information regarding various other issues including the retention of a Sarbanes-Oxley advisor, hiring of a COO, and the Grace Italiana settlement, and prepared various summaries and reports thereon. Additionally, we read and analyzed information concerning the retention of C. Judson Hamlin as the future asbestos claimants representative and the possible recusal of Judge Wolin. We read and analyzed various news releases, court docket items and industry information regarding peer performance, taxes and other issues. |
| **Case Administration** | 8 | 9.2 | During the Fee Period a paraprofessional organized and distributed materials to the Committee, as well as downloaded and distributed various court docket items to case team members for further review. In addition, the paraprofessional continued to maintain our case-specific database of reports and court docket items. |
| **Claims Analysis (asbestos)** | 9 | 1.2 | During the Fee Period, we read and analyzed various news articles and reports concerning case asbestos issues. |
| Creditors Committee | 11 | 5.3 | During the Fee Period we discussed the status of various case issues with members of the Committee and counsel, including the Tricosal acquisition, the proposed Galeras acquisition, hypothetical recovery scenarios, the retention of a Sarbanes-Oxley advisor, the recusal of Judge Wolin and the proposed retention of C. Judson Hamlin as a futures representative. |
| **Employee Benefits/Pension** | 12 | 8.4 | During the Fee Period, we updated LTIP summary information and analyzed information in connection with the hiring of a COO. |
| Fee Applications, Applicant | 16 | 15.3 | During the Fee Period timekeeper Hamilton spent approximately 8.5 hours preparing the September and quarterly fee applications. A paraprofessional spent approximately 6.8 hours assisting in preparation of the fee applications. |
| **Total** | | 195.6 | |

* These descriptions are not intended to be all-inclusive. Please see individual professional time summaries for complete descriptions.

4 of 20

# Invoice

## W.R. GRACE & CO. ET.AL.
Professional Services Rendered by Edwin N. Ordway, Jr.
For the period October 1, 2003 through October 31, 2003

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 1-Oct | 9 | Read memorandum from Navigant regarding status of asbestos litigation. | 0.3 |
| 7-Oct | 4 | Read and analyzed memorandum regarding pending litigation in Italy. | 0.2 |
| 10-Oct | 4 | Read and analyzed financial reporting package for August and prepared list of items for further review and investigation by staff. | 0.9 |
| 14-Oct | 4 | Read motion regarding Owens Corning case seeking recusal of Judge. | 0.3 |
| 17-Oct | 9 | Read and analyzed Navigant update report on asbestos reform. | 0.2 |
| 17-Oct | 9 | Read and analyzed newspaper article addressing asbestos reform. | 0.1 |
| 20-Oct | 9 | Read update memorandum from Navigant regarding negotiations regarding asbestos reform. | 0.2 |
| 20-Oct | 9 | Read and analyzed memorandum from counsel regarding ZAI claimants summary judgment issues. | 0.4 |
| 21-Oct | 4 | Read and analyzed summary of compensation for other Grace senior executives for comparison purposes. | 0.5 |
| 21-Oct | 4 | Read COO compensation term sheet. | 0.2 |
| 22-Oct | 4 | Prepared and edited memorandum regarding analysis of COO compensation arrangement and Committee recommendation. | 0.7 |
| 23-Oct | 4 | Read counsel's memorandum regarding appointment of legal representative for future claimants. | 0.2 |
| 23-Oct | 4 | Read resume for new COO. | 0.1 |
| 24-Oct | 4 | Prepared near-term work plan and disseminated to staff. | 0.4 |
| 27-Oct | 4 | Read and analyzed data regarding arrangements for new COO and advised colleague of comments to make on Committee call. | 0.3 |
| 28-Oct | 16 | Read and edited fee data for auditor. | 0.6 |

| 29-Oct | 4 | Prepared and edited list of tax issues prepared by staff. | 0.5 |
| 29-Oct | 11 | Called Committee member to discuss new COO issues. | 0.2 |
| 30-Oct | 4 | Read 3rd Quarter earnings release and prepared list of items for staff to further investigate. | 0.5 |
| 30-Oct | 4 | Read memorandum from counsel regarding further future claims representative. | 0.3 |
| 31-Oct | 4 | Read counsel memorandum regarding appointment of State Street as Trustee for stock on 401K. | 0.2 |
| 31-Oct | 4 | Prepared and edited assumptions used in recovery analysis. | 0.5 |
| 31-Oct | 12 | Prepared and edited summary of LTIP plan for distribution to the Committee. | 0.7 |
| | | **Total Hours for October** | 8.5 |

## Invoice

### W.R. GRACE & CO. ET.AL.
Professional Services Rendered by Sean Cunningham
For the period October 1, 2003 through October 31, 2003

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 2-Oct | 3 | Read and analyzed update to Tricosal acquisition analysis. | 0.4 |
| 2-Oct | 4 | Read and analyzed Fresenius tax issue memorandum. | 0.6 |
| 3-Oct | 4 | Read and analyzed August operational update. | 0.9 |
| 3-Oct | 3 | Read and analyzed draft Tricosal report to the Committee. | 0.6 |
| 6-Oct | 4 | Prepared analysis for Committee update regarding August results versus plan. | 1.5 |
| 8-Oct | 4 | Read and analyzed information related to appointment of C. Judson Hamlin as Futures representative. | 0.4 |
| 8-Oct | 4 | Read and analyzed information regarding silicosis issues. | 0.6 |
| 8-Oct | 4 | Read and analyzed Grace Italiana settlement. | 1.5 |
| 9-Oct | 4 | Continued to analyze August financial results. | 2.1 |
| 13-Oct | 3 | Read and analyzed updated information regarding proposed Galeras acquisition. | 2.4 |
| 14-Oct | 3 | Analyzed updated information regarding proposed Galeras acquisition. | 1.6 |
| 15-Oct | 3 | Analyzed updated information regarding proposed Galeras acquisition. | 3.4 |
| 17-Oct | 3 | Analyzed updated information regarding proposed Galeras acquisition. | 1.0 |
| 20-Oct | 4 | Read and analyzed LTIP and other Grace contract provisions regarding COO. | 1.1 |
| 21-Oct | 4 | Prepared analysis of competitor salary and benefit structures for COO/President positions. | 2.4 |
| 22-Oct | 4 | Continued to prepare analysis of competitor salary and benefit structures for COO/President positions. | 2.3 |

| 23-Oct | 11 | Discussed COO position with counsel. | 0.2 |
| 23-Oct | 4 | Finalized COO comparative pay structures analysis. | 2.3 |
| 27-Oct | 4 | Read and analyzed update regarding asbestos settlements. | 0.9 |
| 27-Oct | 11 | Participated in call with Committee regarding COO position and other case issues. | 0.6 |
| 28-Oct | 4 | Read and analyzed Debtors' earnings release for Q3. | 1.3 |
| 29-Oct | 4 | Read and analyzed tax information and files in preparation for tax meeting with counsel. | 2.5 |
| 30-Oct | 11 | Participated in Committee calls regarding objection to future claims representative. | 1.2 |
| 30-Oct | 4 | Read and analyzed objection draft and update memorandum regarding future claims representative. | 1.3 |
| 31-Oct | 4 | Prepared analysis of Q3 results versus Plan. | 1.8 |
| 31-Oct | 4 | Updated hypothetical recovery assumptions. | 1.0 |
| | | **Total Hours** | 35.8 |

## Invoice

### W.R. GRACE & CO. ET.AL.
Professional Services Rendered by Steven Joffe
For the period October 1, 2003 through October 31, 2003

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 1-Oct | 4 | Read and analyzed case materials in preparation for meeting with counsel and Debtors. | 1.0 |
| 3-Oct | 4 | Read and analyzed case materials in preparation for meeting with counsel and Debtors. | 1.0 |
| 15-Oct | 4 | Read and analyzed case materials in preparation for meeting with counsel and Debtors. | 0.5 |
| 23-Oct | 4 | Read and analyzed case materials in preparation for meeting with counsel and Debtors. | 1.0 |
| | | **Total Hours** | 3.5 |

**Invoice**

W.R. GRACE & CO. ET. AL.
Professional Services Rendered by Christina Whitney
For the period October 1, 2003 through October 31, 2003

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 28-Oct | 4 | Read and analyzed the Debtors' third quarter press release. | 2.0 |
| | | **Total Hours** | 2.0 |

## Invoice

### W.R. GRACE & CO. ET. AL.
Professional Services Rendered by Libby Hamilton
For the period October 1, 2003 through October 31, 2003

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 1-Oct | 4 | Analyzed and prepared summary of Fresenius settlement tax issues. | 2.6 |
| 1-Oct | 3 | Read and analyzed updated information provided by Debtors regarding Tricosal acquisition. | 1.1 |
| 1-Oct | 4 | Prepared update to tax issues memorandum. | 1.9 |
| 1-Oct | 16 | Prepared September fee application. | 1.1 |
| 1-Oct | 4 | Read and analyzed August monthly operating report provided by Debtors. | 1.3 |
| 2-Oct | 4 | Continued to read and analyze August monthly operating report. | 4.2 |
| 2-Oct | 4 | Prepared report regarding August operations for distribution to the Committee. | 3.8 |
| 2-Oct | 11 | Discussed state taxes, retention of Protiviti as Sarbanes-Oxley advisors, and other issues with counsel. | 0.3 |
| 2-Oct | 3 | Discussed Tricosal acquisition updates with Debtors. | 0.2 |
| 2-Oct | 3 | Prepared updated Tricosal acquisition memorandum and distributed to counsel. | 0.9 |
| 2-Oct | 4 | Read and analyzed various court docket items. | 0.6 |
| 3-Oct | 4 | Prepared report regarding KWELMB settlement and distributed to counsel. | 3.6 |
| 3-Oct | 11 | Discussed state tax issues with counsel. | 0.3 |
| 3-Oct | 4 | Read and analyzed Debtors' motion regarding retention of Sarbanes-Oxley advisor. | 2.1 |
| 3-Oct | 4 | Read and discussed KWELMB motion with counsel. | 0.4 |
| 3-Oct | 4 | Updated KWELMB memorandum to reflect counsel's comments. | 0.6 |

| 6-Oct | 4 | Read and analyzed counsel's memorandum regarding KWELMB settlement. | 1.1 |
| 6-Oct | 4 | Prepared update to August monitoring report. | 4.3 |
| 6-Oct | 3 | Read and analyzed updated information provided by Debtors regarding Tricosal acquisition. | 2.1 |
| 7-Oct | 4 | Prepared EBITDA trends chart for August monitoring report. | 3.5 |
| 7-Oct | 4 | Prepared gross margin schedule for August monitoring report. | 2.1 |
| 7-Oct | 11 | Discussed status of various case issues with counsel. | 0.2 |
| 7-Oct | 4 | Read and analyzed counsel's memorandum regarding Grace Italiana proposed settlement. | 0.6 |
| 7-Oct | 4 | Prepared year-to-date summary of sales, EBITDA and gross margin. | 1.6 |
| 8-Oct | 4 | Finalized August monitoring report and prepared distribution to Committee. | 3.6 |
| 8-Oct | 11 | Discussed various case issues with counsel. | 0.2 |
| 8-Oct | 4 | Read and analyzed information pertaining to proposed appointment of C. Judson Hamlin as futures representative. | 1.8 |
| 8-Oct | 4 | Read and analyzed information regarding silicas litigation issues. | 1.4 |
| 8-Oct | 11 | Discussed Hamlin appointment with counsel. | 0.1 |
| 8-Oct | 4 | Read and analyzed various court docket items. | 0.4 |
| 8-Oct | 16 | Prepared quarterly fee application schedules. | 0.5 |
| 9-Oct | 4 | Read and analyzed Fresenius settlement issues. | 1.6 |
| 10-Oct | 3 | Analyzed updated Galeras acquisition information. | 0.9 |
| 13-Oct | 3 | Read and analyzed updated Galeras acquisition model and related information provided by Debtors. | 9.0 |
| 14-Oct | 3 | Prepared and distributed information to Committee regarding cancellation of Galeras acquisition. | 0.2 |
| 15-Oct | 4 | Prepared information for report to Committee regarding proposed hiring of a COO by Debtors. | 0.3 |
| 16-Oct | 4 | Read and analyzed various court docket items including items related to Hamlin and COO issues. | 2.1 |

| 16-Oct | 4 | Read and analyzed information regarding possible recusal of Wolin in Owens-Corning case. | 1.7 |
| 16-Oct | 4 | Read and analyzed hypothetical valuation model. | 1.4 |
| 17-Oct | 11 | Participated in conference call with counsel regarding potential hiring of a COO by Debtors. | 0.2 |
| 17-Oct | 4 | Read and analyzed information regarding hiring of COO. | 1.0 |
| 20-Oct | 4 | Continued to read and analyze information regarding hiring of COO. | 2.3 |
| 20-Oct | 4 | Prepared information request to Debtors regarding hiring of COO. | 1.2 |
| 20-Oct | 16 | Prepared September fee application. | 1.7 |
| 20-Oct | 4 | Read and analyzed recent court docket items. | 0.4 |
| 20-Oct | 4 | Read and analyzed information regarding LTIP provisions for COO. | 1.0 |
| 21-Oct | 4 | Continued to prepare September fee application. | 2.1 |
| 21-Oct | 4 | Prepared update to tax information summary. | 0.6 |
| 21-Oct | 4 | Discussed COO information request with Blackstone. | 0.5 |
| 21-Oct | 4 | Prepared update to COO report to reflect conversation with Blackstone. | 2.3 |
| 22-Oct | 4 | Read and analyzed current docket items including hearing agenda items. | 0.4 |
| 22-Oct | 4 | Continued to update COO report. | 0.6 |
| 23-Oct | 4 | Continued to update COO report. | 1.0 |
| 23-Oct | 11 | Discussed updated COO report with counsel. | 0.2 |
| 23-Oct | 4 | Analyzed potential tax effects of various transactions by Debtors. | 1.6 |
| 23-Oct | 4 | Analyzed hypothetical recovery scenarios. | 1.1 |
| 24-Oct | 16 | Prepared quarterly fee application. | 3.5 |
| 27-Oct | 4 | Prepared for conference call with Committee regarding proposed hiring of a COO. | 1.3 |
| 27-Oct | 16 | Continued to prepare quarterly fee application. | 1.1 |
| 27-Oct | 11 | Participated in conference call with Committee regarding hiring of COO. | 0.6 |

| | | | |
|---|---|---|---|
| 27-Oct | 4 | Prepared update to COO information to reflect conference call with Committee. | 1.1 |
| 27-Oct | 12 | Updated LTIP information summary. | 1.9 |
| 28-Oct | 4 | Read and analyzed EBITDA results reflected in Debtors' Q3 press release. | 2.2 |
| 28-Oct | 4 | Prepared quarterly fee summary for fee auditor. | 2.8 |
| 29-Oct | 12 | Continued to update LTIP summary. | 5.8 |
| 29-Oct | 4 | Prepared summary tax information. | 1.7 |
| 30-Oct | 4 | Read and analyzed objection filed by Committee regarding Hamlin appointment. | 2.4 |
| 30-Oct | 4 | Prepared memorandum regarding Committee's objection. | 1.8 |
| 30-Oct | 11 | Participated in Committee conference call regarding Hamlin objection. | 1.0 |
| 30-Oct | 4 | Read and analyzed case disclosure information. | 1.8 |
| | | **Total Hours** | 112.9 |

# Invoice

## W.R. GRACE & CO. ET. AL.
Professional Services Rendered by Jeffrey E. Schwendeman
For the period October 1, 2003 through October 31, 2003

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 2-Oct | 4 | Prepared analysis of recent news and industry trade reports relating to recent asbestos litigation negotiations for the Debtors and competitors. | 1.1 |
| 2-Oct | 4 | Prepared analysis of recent operating results, economic releases and heavy construction/asbestos related industry releases for peer group comparison. | 1.2 |
| 9-Oct | 4 | Prepared analysis of recent operating results, economic releases and heavy construction/asbestos related industry releases for peer group comparison. | 0.9 |
| 9-Oct | 4 | Prepared analysis of recent operating results, economic releases and heavy construction/asbestos related industry releases for peer group comparison. | 0.7 |
| 28-Oct | 4 | Prepared analysis of recent news and industry trade reports relating to recent asbestos and silicone litigation regarding the Debtors. | 1.1 |
| | | **Total Hours** | 5.0 |

## Invoice

### W.R.GRACE & CO. ET AL.
Professional Services Rendered by Matt Hakoun
For the period October 1, 2003 through October 31, 2003

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 3-Oct | 4 | Researched top consulting firms that specialize in Sarbanes Oxley consulting. | 1.2 |
| 3-Oct | 4 | Researched and analyzed fee structure of Sarbanes Oxley consulting firms as disclosed in engagement letters filed with bankruptcy court. | 2.0 |
| 13-Oct | 4 | Researched peer group companies that identify Chief Operating Officer (COO) title in their Proxy Statements. | 1.5 |
| 13-Oct | 4 | Prepared financial summary of compensation package, options bonus and LTIP. | 2.1 |
| 14-Oct | 4 | Expanded COO compensation analysis to include other chemical companies that identify COO in their Proxy. | 0.8 |
| 14-Oct | 4 | Prepared financial summary of compensation package, options bonus and LTIP. | 2.1 |
| 14-Oct | 4 | Added average and median calculations to each item, excluded W.R. Grace from calculation but compared averages to W.R. Grace totals. | 0.7 |
| 23-Oct | 4 | Researched services and experience for identified management consulting firms. | 1.5 |
| **Total Hours** | | | 11.9 |

## Invoice

### W.R.GRACE & CO. ET AL.
#### Professional Services Rendered by Nancy Backer (Paraprofessional)
#### For the period October 1, 2003 through October 31, 2003

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 1-Oct | 8 | Downloaded and printed selected court docket items at the request of team members. | 0.3 |
| 2-Oct | 16 | Processed professional fee application for September. | 0.5 |
| 3-Oct | 16 | Processed professional fee application for September. | 1.2 |
| 3-Oct | 8 | Prepared monthly distribution to Committee. | 0.5 |
| 6-Oct | 16 | Prepared monthly distribution to Committee. | 1.0 |
| 7-Oct | 8 | Updated docket database of most recent filings through Bankruptcy Court website. | 0.2 |
| 7-Oct | 8 | Filed case documents received by team members. | 0.3 |
| 8-Oct | 8 | Prepared monthly distribution to Committee. | 2.5 |
| 9-Oct | 8 | Downloaded and printed selected court docket items at the request of team members. | 0.7 |
| 10-Oct | 8 | Updated docket database of most recent filings through Bankruptcy Court website. | 2.0 |
| 17-Oct | 8 | Prepared presentation of Debtors' organizational chart for team member. | 0.5 |
| 17-Oct | 16 | Processed professional fee application for September. | 1.3 |
| 21-Oct | 8 | Updated docket database of most recent filings through Bankruptcy Court website. | 0.7 |
| 23-Oct | 8 | Downloaded and printed selected court docket items at the request of team members. | 0.5 |
| 24-Oct | 16 | Processed professional fee application for September. | 0.5 |
| 27-Oct | 16 | Prepared Quarterly Fee Application. | 1.2 |
| 28-Oct | 16 | Processed professional fee application for September. | 0.3 |

| | | | |
|---|---|---|---|
| 29-Oct | 8 | Photocopied and printed various case documents at the request of team member. | 0.5 |
| 30-Oct | 16 | Proofread professional fee application. | 0.8 |
| 31-Oct | 8 | Downloaded and printed selected court docket items at the request of team members. | 0.5 |
| | | **Total Hours** | 16.0 |

**Invoice**

W.R. GRACE & CO. ET. AL.
Summary of Expenses by Type of Expense
For the period October 1, 2003 through October 31, 2003

| | | |
|---|---|---|
| Copies: | | |
| Internal | $ | 438.15 |
| External | | |
| Telecommunications: | | |
| Telephone | | 219.03 |
| Toll Charges | | 579.86 |
| Facsimile | | 1.00 |
| Postage, Federal Express, Airborne Express | | 44.58 |
| Travel Expenses: | | |
| Transportation, lodging, tolls, parking, mileage | | - |
| | | |
| Total Expenses | $ | 1,282.62 |

**Invoice**

W.R. GRACE & CO. ET. AL.
Detail of Expenses by Type of Expense
For the period October 1, 2003 through October 31, 2003

| | | | |
|---|---|---|---|
| Copies, Internal | 2,921 pp. @ .15 ea. | | $ 438.15 |
| Facsimile Charges: | 1 pages @ $1.00/page: | | 1.00 |
| Telephone Charges: | Telephone | 164.01 | |
| | E. Ordway    AT & T | 31.60 | |
| | E. Ordway | 23.42 | |
| | | | 219.03 |
| Toll Charges: | Online research fees and subscriptions | 579.86 | |
| | | | 579.86 |
| Postage, Federal Express: | Airborne Express 10/22/03 | 8.66 | |
| | Airborne Express 10/22/03 | 35.92 | |
| | | | 44.58 |
| Transportation, lodging, tolls, parking and mileage: | | - | - |
| | | | - |
| Total | | | $  1,282.62 |