**Exhibit E**

**Fee Application for the period**

**November 1 – November 30, 2003**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------x

In re:                                      Chapter 11

W.R. GRACE & Co., et al.,                   Case No. 01-01139 (JKF)
                                            (Jointly Administered)

           Debtors

**THIRTY-SECOND INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM NOVEMBER 1, 2003 THROUGH NOVEMBER 30, 2003)**

Name of Applicant:                          FTI Policano & Manzo

Authorized to Provide Professional Services to:   The Official Committee of
                                                  Unsecured Creditors
Date of Retention:                          June 21, 2001

Period for which compensation and           November 1, 2003 through
reimbursement is sought:                    November 31, 2003

Amount of Compensation sought
as actual, reasonable and necessary (80% of $67,009.00):   $53,607.20
Amount of Expense Reimbursement sought
as actual, reasonable and necessary (100%):                $815.91
This is an: __X___ interim _____ final application

The total time expended for fee application preparation activities is approximately 3.8 hours and corresponding compensation requested is approximately $540.00 (80% of the fees incurred of $675.00). The time expended totaled approximately 3.8 hours spent on preparation of the thirty-first monthly interim fee application and the quarterly fee application, including 2.5 hours spent by a paraprofessional assisting in preparation of the applications.

This is the THIRTY-SECOND application filed. Disclosure for prior periods and current period is as follows:

THIRTY-SECOND INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM NOVEMBER 1, 2003 THROUGH NOVEMBER 30, 2003)

## ATTACHMENT A
## TO FEE APPLICATION

| Date Filed (on or about) | Period Covered | Requested Fees (100%) | Expenses (100%) | Fees | Expenses |
|---|---|---|---|---|---|
| June 28, 2001 | April 20, 2001 through April 30, 2001 | $16,008.00 | $667.95 | $12,806.40 (80% of requested fees) | $667.95 |
| June 28, 2001 | May 1, 2001 through May 31, 2001 | $104,081.50 | $2,513.09 | $83,265.20 (80% of requested fees) | $2,513.09 |
| July 28, 2001 | June 1, 2001 through June 30, 2001 | $75,916.00 | $3,913.13 | $60,732.80 (80% of requested fees) | $3,913.13 |
| August 28, 2001 | July 1, 2001 through July 31, 2001 | $71,989.50 | $3,871.54 | $57,591.60 (80% of requested fees) | $3,871.54 |
| September 28, 2001 | August 1, 2001 through August 31, 2001 | $70,425.00 | $1,092.45 | $56,340.00 (80% of requested fees) | $1,092.45 |
| October 30, 2001 | September 1, 2001 through September 30, 2001 | $104,816.50 | $3,028.40 | $83,853.20 (80% of requested fees) | $3,028.40 |
| November 29, 2001 | October 1, 2001 through October 31, 2001 | $42,643.00 | $3,670.86 | $34,114.40 (80% of requested fees) | $3,670.86 |
| December 28, 2001 | November 1, 2001 through November 30, 2001 | $50,048.50 | $1,864.72 | $40,038.80 (80% of requested fees) | $1,864.72 |
| January 28, 2002 | December 1, 2001 through December 31, 2001 | $53,986.50 | $1,005.29 | $43,189.20 (80% of requested fees) | $1,005.29 |
| February 28, 2002 | January 1, 2002 through January 31, 2002 | $63,207.00 | $2,549.70 | $50,565.60 (80% of requested fees) | $2,549.70 |
| March 28, 2002 | February 1, 2002 through February 28, 2002 | $27,249.50 | $1,374.43 | $21,799.60 (80% of requested fees) | $1,874.43 |

THIRTY-SECOND INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM NOVEMBER 1, 2003 THROUGH NOVEMBER 30, 2003)

**ATTACHMENT A**
**TO FEE APPLICATION**

| Date Filed (on or about) | Period Covered | Requested Fees (100%) | Expenses (100%) | Fees | Expenses |
|---|---|---|---|---|---|
| April 28, 2002 | March 1, 2002 through March 31, 2002 | $106,680.50 | $1,919.09 | $85,344.40 (80% of requested fees) | $1,919.09 |
| May 29, 2002 | April 1, 2002 through April 30, 2002 | $102,314.00 | $4,657.40 | $81,851.20 (80% of requested fees) | $4,657.40 |
| June 28, 2002 | May 1, 2002 through May 31, 2002 | $50,027.00 | $2,207.14 | $40,021.60 (80% of requested fees) | $2,207.14 |
| July 29, 2002 | June 1, 2002 through June 30, 2002 | $43,359.00 | $1,381.59 | $34,687.20 (80% of requested fees) | $1,381.59 |
| August 31, 2002 | July 1, 2002 through July 31, 2002 | $23,895.50 | $473.91 | $19,116.40 (80% of requested fees) | $473.91 |
| September 30, 2002 | August 1, 2002 through August 31, 2002 | $76,092.50 | $1,264.23 | $60,874.00 (80% of requested fees) | $1,264.23 |
| October 31, 2002 | September 1, 2002 through September 30, 2002 | $45,079.00 | $43.14 | $36,063.20 (80% of requested fees) | $43.14 |
| November 30, 2002 | October 1, 2002 through October 31, 2002 | $46,633.50 | $256.76 | $37,306.80 (80% of requested fees) | $256.76 |
| December 31, 2002 | November 1, 2002 through November 30, 2002 | $44,622.50 | $824.96 | $35,698.00 (80% of requested fees) | $824.96 |
| January 31, 2003 | December 1, 2002 through December 31, 2002 | $42,335.00 | $34.69 | $33,868.00 (80% of requested fees) | $34.69 |
| February 28, 2003 | January 1, 2003 through January 31, 2003 | $71,517.00 | $831.54 | $57,213.60 (80% of requested fees) | $831.54 |

THIRTY-SECOND INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM NOVEMBER 1, 2003 THROUGH NOVEMBER 30, 2003)

**ATTACHMENT A
TO FEE APPLICATION**

| Date Filed (on or about) | Period Covered | Requested | | Fees | Expenses |
|---|---|---|---|---|---|
| | | Fees (100%) | Expenses (100%) | | |
| March 28, 2003 | February 1, 2003 through February 28, 2003 | $131,416.50 | $2,264.79 | $105,133.20 (80% of requested fees) | $2,264.79 |
| April 30, 2003 | March 1, 2003 through March 31, 2003 | $94,355.00 | $769.04 | $75,484.00 (80% of requested fees) | $769.04 |
| May 31, 2003 | April 1, 2003 through April 30, 2003 | $39,810.00 | $133.70 | $31,848.00 (80% of requested fees) | $133.70 |
| June 30, 2003 | May 1, 2003 through May 31, 2003 | $70,371.00 | $847.39 | $56,296.80 (80% of requested fees) | $847.39 |
| July 31, 2003 | June 1, 2003 through June 30, 2003 | $62,684.00 | $408.81 | $50,147.20 (80% of requested fees) | $408.81 |
| August 31, 2003 | July 1, 2003 through July 31, 2003 | $61,294.00 | $780.87 | $49,035.20 (80% of requested fees) | $780.87 |
| September 26, 2003 | August 1, 2003 through August 31, 2003 | $90,447.50 | $1,312.37 | $72,358.00 (80% of requested fees) | $1,312.37 |
| October 24, 2003 | September 1, 2003 through September 30, 2003 | $97,227.50 | $1,464.59 | $77,782.00 (80% of requested fees) | $1,464.59 |
| December 1, 2003 | October 1, 2003 through October 31, 2003 | $75,036.00 | $1,282.62 | $60,028.80 (80% of requested fees) | $1,282.62 |
| January 5, 2004 | November 1, 2003 through November 31, 2003 | $67,009.00 | $815.91 | $53,607.20 (80% of requested fees) | $815.91 |

THIRTY-SECOND INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM NOVEMBER 1, 2003 THROUGH NOVEMBER 30, 2003)

## ATTACHMENT B
## TO FEE APPLICATION

| Name of Professional Person | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|
| S. Joffe | $625 | 6.5 | $4,062.50 |
| E. Ordway | $595 | 11.2 | $6,664.00 |
| S. Cunningham | $550 | 22.3 | $12,265.00 |
| C. Whitney | $425 | 7.0 | $2,975.00 |
| L. Hamilton | $375 | 103.5 | $38,812.50 |
| J. Schwendeman | $350 | 5.0 | $1,750.00 |
| M. Hakoun | $165 | 1.0 | $165.00 |
| N. Backer | $ 75 | 4.2 | $315.00 |
| | | | |
| Grand Total: | | 160.7 | $67,009.00 |
| Blended Rate: | $417 | | |

## COMPENSATION BY PROJECT CATEGORY

| Task Code | Project Category | Total Hours | Total Fees |
|---|---|---|---|
| 2 | Business Analysis | 0.0 | $0.00 |
| 3 | Corporate Finance | 0.0 | $0.00 |
| 4 | Data Analysis | 144.0 | $60,041.00 |
| 8 | Case Administration | 1.7 | $127.50 |
| 9 | Claims Analysis (Asbestos) | 1.2 | $572.50 |
| 11 | Creditors Committee | 10.0 | $5,593.00 |
| 12 | Employee Benefits/Pension | 0.0 | $0.00 |
| 16 | Fee Applications, Applicant | 3.8 | $675.00 |
| | | | |
| | Total | 160.7 | $67,009.00 |

THIRTY-SECOND INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM NOVEMBER 1, 2003 THROUGH NOVEMBER 30, 2003)

## EXPENSE SUMMARY

| Expense Category | Total Expenses |
|---|---|
| Copies | $378.15 |
| Facsimiles | $15.00 |
| Telecommunications | $218.31 |
| Postage, Express Delivery | $19.45 |
| Travel Expenses | $185.00 |
| Tolling Charges | $0.00 |
| | |
| Total | $815.91 |

**Invoice**

W.R. GRACE & CO. ET. AL.
Summary of Fees by Professional
For the period November 1, 2003 through November 30, 2003

| | Total Hours | Billing Rate | Amount |
|---|---|---|---|
| S. Joffe | 6.5 | $ 625 | 4,062.50 |
| E. Ordway | 11.2 | $ 595 | 6,664.00 |
| S. Cunningham | 22.3 | $ 550 | 12,265.00 |
| C. Whitney | 7.0 | $ 425 | 2,975.00 |
| L. Hamilton | 103.5 | $ 375 | 38,812.50 |
| J. Schwendeman | 5.0 | $ 350 | 1,750.00 |
| M. Hakoun | 1.0 | $ 165 | 165.00 |
| N. Backer | 4.2 | $ 75 | 315.00 |
| TOTAL | 160.7 | | $ 67,009.00 |

**Invoice**

W.R. GRACE & CO. ET AL.
Summary of Hours by Category
For the period November 1, 2003 through November 30, 2003

| Rate | Fees Per Professional | | Task Code | Business Analysis 2 | Corporate Finance 3 | Data Analysis 4 | Case Administration 8 | Claims Analysis/Objections/Administration (asbestos) 9 | Creditors Committee 11 | Employee Benefits/Pension 12 | Fee Applications, Applicant 16 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $ 625 | $ 4,062.50 | S. Joffe | | $ - | $ - | $ 2,500.00 | $ - | $ - | $ 1,562.50 | $ - | $ - | $ 4,062.50 |
| $ 595 | 6,664.00 | E. Ordway | | - | - | 4,938.50 | - | - | 1,725.50 | - | - | 6,664.00 |
| $ 550 | 12,265.00 | S. Cunningham | | - | - | 10,230.00 | - | 385.00 | 1,650.00 | - | - | 12,265.00 |
| $ 425 | 2,975.00 | C. Whitney | | - | - | 2,507.50 | - | - | 467.50 | - | - | 2,975.00 |
| $ 375 | 38,812.50 | L. Hamilton | | - | - | 37,950.00 | - | 187.50 | 187.50 | - | 487.50 | 38,812.50 |
| $ 350 | 1,750.00 | J. Schwenderman | | - | - | 1,750.00 | - | - | - | - | - | 1,750.00 |
| $ 165 | 165.00 | M. Hakoun | | - | - | 165.00 | - | - | - | - | - | 165.00 |
| $ 75 | 315.00 | N. Backer | | - | - | - | 127.50 | - | - | - | 187.50 | 315.00 |
| $ | 67,009.00 | Totals | | $ - | $ - | $ 60,041.00 | $ 127.50 | $ 572.50 | $ 5,593.00 | $ - | $ 675.00 | $ 67,009.00 |

Invoice

**W.R. GRACE & CO. ET AL.**
Summary of Hours by Category
For the period November 1, 2003 through November 30, 2003

| Rate | Fees Per Professional | | Task Code | Business Analysis (Business Plan) 2 | Corporate Finance (Acquisitions) 3 | Data Analysis 4 | Case Administration 8 | Claims Analysis/Objections/Administration (asbestos) 9 | Creditors Committee 11 | Employee Benefits/Pension 12 | Fee Applications, Applicant 16 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $ 625 | $ | 4,002.50 | S. Joffe | 0.0 | 0.0 | 4.0 | 0.0 | 0.0 | 2.5 | 0.0 | 0.0 | 6.5 |
| $ 595 | $ | 6,664.00 | E. Ordway | 0.0 | 0.0 | 8.3 | 0.0 | 0.0 | 2.9 | 0.0 | 0.0 | 11.2 |
| $ 550 | $ | 12,265.00 | S. Cunningham | 0.0 | 0.0 | 18.6 | 0.0 | 0.7 | 3.0 | 0.0 | 0.0 | 22.3 |
| $ 425 | $ | 2,975.00 | C. Whitney | 0.0 | 0.0 | 5.9 | 0.0 | 0.0 | 1.1 | 0.0 | 0.0 | 7.0 |
| $ 375 | $ | 38,812.50 | L. Hamilton | 0.0 | 0.0 | 101.2 | 0.0 | 0.5 | 0.5 | 0.0 | 1.3 | 103.5 |
| $ 350 | $ | 1,750.00 | J. Schwendeman | 0.0 | 0.0 | 5.0 | 0.0 | 0.0 | 0.5 | 0.0 | 0.0 | 5.0 |
| $ 165 | $ | 165.00 | M. Hakoun | 0.0 | 0.0 | 1.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 1.0 |
| $ 75 | $ | 315.00 | N. Backer | 0.0 | 0.0 | 0.0 | 1.7 | 0.0 | 0.0 | 0.0 | 2.5 | 4.2 |
| | $ | 67,009.00 | Totals | 0.0 | 0.0 | 144.0 | 1.7 | 1.2 | 10.0 | 0.0 | 3.8 | 160.7 |

3 of 16

**Invoice**

W.R. GRACE & CO. ET AL.

Summary Descriptions of Tasks by Category*

For the period November 1, 2003 through November 30, 2003

| | Task Code | Total Hours | |
|---|---|---|---|
| Business Analysis | 2 | 0.0 | No activities were performed in this category during this period. |
| Corporate Finance | 3 | 0.0 | No activities were performed in this category during this period. |
| Data Analysis | 4 | 144.0 | During the Fee Period we read and analyze the Debtors' third quarter operating report and related documents and prepared a report to the Committee thereon. We also prepared an analysis of the Debtors' tax issues. We read and analyzed information regarding various other issues including the retention of C. Judson Hamlin as the future asbestos claimants representative and the possible recusal of Judge Wolin. We read and analyzed various news releases, court docket items and industry information regarding peer performance and other issues. |
| Case Administration | 8 | 1.7 | During the Fee Period a paraprofessional organized and distributed materials to the Committee, as well as downloaded and distributed various court docket items to case team members for further review. In addition, the paraprofessional continued to maintain our case-specific database of reports and court docket items. |
| Claims Analysis (asbestos) | 9 | 1.2 | During the Fee Period, we read and analyzed various news articles and reports concerning case asbestos issues. |
| Creditors Committee | 11 | 10.0 | During the Fee Period we discussed the status of various case issues with members of the Committee and counsel, including meeting with counsel regarding the Debtors' tax issues, hypothetical recovery scenarios, and the potential recusal of Judge Wolin. |
| Employee Benefits/Pension | 12 | 0.0 | No activities were performed in this category during this period. |
| Fee Applications, Applicant | 16 | 3.8 | During the Fee Period timekeeper Hamilton spent approximately 1.3 hours preparing the October fee application. A paraprofessional spent approximately 2.5 hours assisting in preparation of the fee application. |
| Total | | 160.7 | |

* These descriptions are not intended to be all-inclusive. Please see individual professional time summaries for complete descriptions.

**Invoice**

W.R. GRACE & CO. ET.AL.
Professional Services Rendered by Edwin N. Ordway, Jr.
For the period November 1, 2003 through November 30, 2003

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 3-Nov | 4 | Read e-mail from counsel regarding recusal situation. | 0.1 |
| 3-Nov | 4 | Read correspondence regarding appointment of State Street as Trustee for 401K stock. | 0.2 |
| 4-Nov | 4 | Read court orders related to recusal issues. | 0.2 |
| 4-Nov | 4 | Read and analyzed Debtors' 3rd quarter financial report and prepared list of items for staff to further investigate. | 0.7 |
| 5-Nov | 4 | Continued to read and analyze 3rd quarter financial report. | 0.3 |
| 5-Nov | 11 | Called Committee member to discuss current operating performance and significance regarding valuation. | 0.4 |
| 11-Nov | 4 | Directed staff in organization and preparation of report to the Committee regarding 3rd quarter. | 0.6 |
| 12-Nov | 4 | Prepared outline format for 3rd quarter report. | 0.3 |
| 13-Nov | 4 | Prepared list of questions for staff to use on conference call with Debtors. | 0.4 |
| 18-Nov | 4 | Reviewed summary of tax data received and open item list. | 0.3 |
| 19-Nov | 4 | Identified agenda items for tax meeting. | 0.6 |
| 19-Nov | 4 | Prepared and edited preliminary draft report regarding 3rd quarter performance. | 1.3 |
| 19-Nov | 4 | Reviewed data regarding DIP arrangements and compared to liquidity forecasts. | 0.4 |
| 20-Nov | 4 | Prepared for meeting with counsel to discuss taxes by reviewing data regarding repatriation issues, COLI issues, tax return history, and other items. | 2.1 |
| 20-Nov | 11 | Participated in meeting with counsel to discuss tax issues. | 2.5 |
| 24-Nov | 4 | Directed tax staff in regards to researching tax attributes related to asbestos claims. | 0.4 |
| 26-Nov | 4 | Continued to prepare and edit 3rd quarter report. | 0.4 |
| | | **Total Hours** | 11.2 |

## Invoice

### W.R. GRACE & CO. ET.AL.
Professional Services Rendered by Sean Cunningham
For the period November 1, 2003 through November 30, 2003

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 3-Nov | 4 | Read and analyzed counsel memo regarding Wolin recusal and Hamlin appointment. | 0.4 |
| 3-Nov | 4 | Read and analyzed Wolin response. | 0.5 |
| 3-Nov | 4 | Read Q3 Earning s release prepared by Debtors. | 0.6 |
| 5-Nov | 4 | Read and analyzed Wolin Stay Order. | 0.3 |
| 5-Nov | 4 | Read and analyzed Q3 financial performance information. | 1.0 |
| 10-Nov | 4 | Prepared analysis of Q3 results versus plan, Peer Group and prior year. | 2.0 |
| 11-Nov | 4 | Read and analyzed update counsel memo regarding ZAI science trial. | 0.2 |
| 11-Nov | 4 | Prepared analysis of Q3 results versus plan, Peer Group and prior year. | 1.8 |
| 12-Nov | 4 | Prepared questions and analysis for Q3 conference call with Debtors. | 2.0 |
| 13-Nov | 4 | Prepared analysis of Q3 results versus plan, Peer Group and prior year. | 2.5 |
| 14-Nov | 4 | Read recusal motions filed by Fernwood, DB and DK Acquisition. | 1.5 |
| 17-Nov | 9 | Read and analyzed Navigant update regarding national asbestos trust legislation. | 0.2 |
| 17-Nov | 4 | Prepared information for tax meeting with counsel. | 1.0 |
| 17-Nov | 4 | Prepared Q3 financial analysis. | 0.8 |
| 18-Nov | 4 | Prepared agenda and information request checklist for meeting with counsel. | 1.0 |
| 19-Nov | 4 | Read and analyzed tax files and tax information in preparation for tax meeting with counsel. | 2.0 |
| 20-Nov | 11 | Participated in meeting with counsel regarding tax data and issues. | 3.0 |
| 25-Nov | 4 | Read and analyzed DK Acquisition's Mandamas filing. | 0.3 |

| | | | |
|---|---|---|---|
| 25-Nov | 9 | Read Senator First remarks regarding status of asbestos legislation. | 0.5 |
| 25-Nov | 4 | Prepared update to Q3 analysis. | 0.7 |
| | | **Total Hours** | 22.3 |

**Invoice**

W.R. GRACE & CO. ET.AL.
Professional Services Rendered by Steven Joffe
For the period November 1, 2003 through November 30, 2003

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 18-Nov | 4 | Read and analzyed Sealed Air settlement agreement. | 1.5 |
| 19-Nov | 4 | Discussion issues regarding tax meeting with case team member. | 0.5 |
| 20-Nov | 11 | Participated in meeting with Stroock, Stroock & Lavan to discuss Debtors' tax issues. | 2.5 |
| 24-Nov | 4 | Researched qualified settlement funds, asbestos claims and whether such claims qualify as "qualified debt" for Section 382 (l)(5). | 1.5 |
| 25-Nov | 4 | Researched qualified settlement trust and litigation trusts. | 0.5 |
| | | **Total Hours** | 6.5 |

## Invoice

### W.R. GRACE & CO. ET. AL.
Professional Services Rendered by Christina Whitney
For the period November 1, 2003 through November 30, 2003

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 10-Nov | 4 | Read and analyzed the Debtors' third quarter 10Q and September 2003 monthly financial report. | 5.9 |
| 13-Nov | 11 | Participated in a conference call with the Debtors to discuss 3rd quarter performance. | 1.1 |
| | | **Total Hours** | 7.0 |

Invoice

## W.R. GRACE & CO. ET. AL.
Professional Services Rendered by Libby Hamilton
For the period November 1, 2003 through November 30, 2003

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 3-Nov | 4 | Read and analyzed various court filings concerning recusal of Wolin and appointment of Hamlin, including objection of US trustee. | 1.1 |
| 3-Nov | 4 | Distributed Q3 Report provided by Debtors. | 1.1 |
| 3-Nov | 4 | Read and analyzed Q3 report provided by Debtors. | 4.9 |
| 3-Nov | 4 | Read and summarized information regarding progress in the Wolin/Hamlin matters. | 3.8 |
| 3-Nov | 4 | Read and analyzed recent court docket items. | 0.2 |
| 3-Nov | 4 | Prepared Q3 questions for conference call with Debtors. | 1.1 |
| 5-Nov | 4 | Prepared preliminary Q3 analyses. | 6.5 |
| 5-Nov | 4 | Read and analyzed recent court docket items. | 0.5 |
| 6-Nov | 4 | Prepared analyses for quarterly report. | 3.6 |
| 6-Nov | 11 | Discussed Judge Wolin's stay of actions in case, change of control language and other issues with counsel. | 0.5 |
| 7-Nov | 4 | Continued to prepare Q3 analyses. | 2.4 |
| 7-Nov | 4 | Read and analyzed BOD Q3 report provided by Debtors. | 2.7 |
| 7-Nov | 9 | Read Chambers report regarding KPMG study. | 0.5 |
| 10-Nov | 4 | Prepared Q3 cash flow analyses. | 1.5 |
| 11-Nov | 4 | Prepared EBITDA schedules and gross margin analysis. | 8.0 |
| 12-Nov | 4 | Read and analyzed ZAI trial update information. | 0.4 |
| 12-Nov | 4 | Prepared schedules analyzing Q3 results including SG&A, Non-core | 4.4 |
| 12-Nov | 4 | Prepared cash flow analyses for Q3 report. | 2.1 |
| 13-Nov | 4 | Prepared for and participated in conference call regarding Q3 results with Debtors. | 1.0 |

| Date | | Description | Hours |
|------|---|-------------|-------|
| 13-Nov | 4 | Prepare cash schedules for Q3 report. | 2.7 |
| 13-Nov | 4 | Discussed Q3 results with Debtors. | 0.5 |
| 14-Nov | 4 | Prepared trend analysis for Q3 report. | 2.6 |
| 14-Nov | 4 | Prepared "Project Homecoming" report and circulated to counsel. | 1.3 |
| 17-Nov | 4 | Read and analyzed Debtors' Q3 10Q report | 2.7 |
| 17-Nov | 4 | Prepared trend charts for inclusion in Q3 report. | 2.9 |
| 17-Nov | 4 | Analyzed gross margin variances for Q3 report. | 2.1 |
| 17-Nov | 4 | Analyzed sales variances for Q3 report. | 1.3 |
| 18-Nov | 4 | Analyzed year-to-date cash variances for Q3 report. | 3.2 |
| 18-Nov | 4 | Analyzed forecasted cash variances for Q3 report. | 3.6 |
| 18-Nov | 4 | Prepared cash flow commentary for Q3 report. | 1.7 |
| 19-Nov | 4 | Researched tax issues and prepared agenda for tax meeting with counsel. | 2.4 |
| 19-Nov | 4 | Prepared workplan for tax issues. | 3.4 |
| 21-Nov | 4 | Read and analyzed recent news articles. | 2.1 |
| 21-Nov | 4 | Prepared Peer group analysis. | 2.9 |
| 21-Nov | 4 | Prepared cash flow analyses | 3.0 |
| 24-Nov | 4 | Prepared cash sensitivity analysis. | 3.1 |
| 24-Nov | 4 | Prepared 4th quarter cash flow analysis | 3.9 |
| 25-Nov | 4 | Discussed Q3 questions with Debtors. | 0.3 |
| 25-Nov | 4 | Updated case issues commentary section of Q3 report. | 2.3 |
| 25-Nov | 4 | Revised cash flow analyses based on further discussions with | 3.3 |
| 25-Nov | 4 | Updated cash flow section of report. | 2.1 |
| 26-Nov | 4 | Updated Q3 report commentary based on discussion with Debtors. | 2.5 |
| 28-Nov | 16 | Prepared October fee application. | 1.3 |
| | | **Total Hours** | 103.5 |

**Invoice**

W.R. GRACE & CO. ET. AL.
Professional Services Rendered by Jeffrey E. Schwendeman
For the period November 1, 2003 through November 30, 2003

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 4-Nov | 4 | Prepared peer group comparison on asbestos industry. | 1.8 |
| 11-Nov | 4 | Prepared asbestos industry litigation status and peer group comparison. | 2.1 |
| 19-Nov | 4 | Prepared summary of asbestos and silicon litigation in industry. | 1.1 |
| | | **Total Hours** | 5.0 |

## Invoice

### W.R.GRACE & CO. ET AL.
Professional Services Rendered by Matt Hakoun
For the period November 1, 2003 through November 30, 2003

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 11-Nov | 4 | Gathered news and commentary on Judge Wolin's role in asbestos related cases and possible recusal. | 1.0 |
| | | **Total Hours** | 1.0 |

**Invoice**

W.R.GRACE & CO. ET AL.

Professional Services Rendered by Nancy Backer (Paraprofessional)

For the period November 1, 2003 through November 30, 2003

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 5-Nov | 8 | Prepared monthly fee application distribution. | 0.5 |
| 19-Nov | 8 | Downloaded dockets for case team member. | 0.5 |
| 24-Nov | 16 | Processed professional fee application. | 1.0 |
| 25-Nov | 16 | Processed professional fee application. | 1.5 |
| 25-Nov | 8 | Downloaded dockets for case team member | 0.7 |
| | | **Total Hours** | 4.2 |

**Invoice**

W.R. GRACE & CO. ET. AL.
Summary of Expenses by Type of Expense
For the period November 1, 2003 through November 30, 2003

| | | |
|---|---|---:|
| Copies: | | |
| Internal | $ | 378.15 |
| External | | |
| Telecommunications: | | |
| Telephone | | 218.31 |
| Toll Charges | | |
| Facsimile | | 15.00 |
| Postage, Federal Express, Airborne Express | | 19.45 |
| Travel Expenses: | | |
| Transportation, lodging, tolls, parking, mileage | | 185.00 |
| | | |
| Total Expenses | $ | 815.91 |

**Invoice**

W.R. GRACE & CO. ET. AL.
Detail of Expenses by Type of Expense
For the period November 1, 2003 through November 30, 2003

| | | | |
|---|---|---|---|
| <u>Copies, Internal</u> | 2,521  pp. @ .15 ea. | | $   378.15 |
| <u>Facsimile Charges:</u> | 15 pages @ $1.00/page: | | 15.00 |
| <u>Telephone Charges:</u> | Telephone | 118.79 | |
| | E. Ordway, 9/30/03 through 10/29/03 | 36.56 | |
| | E. Ordway, Airfone | 6.08 | |
| | E. Ordway, At&t Wireless 10/5/03 through 11/4/03 | 20.20 | |
| | E. Ordway, 11/01/03 through 1 /30/03 | 36.68 | |
| | | | 218.31 |
| <u>Toll Charges:</u> | Online research fees and subscriptions | | |
| <u>Postage, Federal Express:</u> | Airborne Express 11/30/03 | 10.75 | |
| | Airborne Express 11/22/03 | 8.70 | |
| | | | 19.45 |
| <u>Transportation, lodging, tolls, parking and mileage:</u> | | | |
| | Parking 11/19/03 | E. Ordway | 47.00 | |
| | Parking 11/20/03 | S. Joffe | 50.00 | |
| | Tolls 11/20/03 | S. Joffe | 6.00 | |
| | Parking 11/20/03 | S. Cunningham | 27.00 | |
| | Tolls 11/20/03 | S. Cunningham | 6.00 | |
| | Mileage 11/20/03 | S. Cunningham | 10.00 | |
| | Parking/Tolls 11/20/03 | E. Ordway | 39.00 | |
| | | | 185.00 |
| <u>Total</u> | | | $   815.91 |