IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:                                )   Chapter 11
                                      )
W. R. GRACE & CO., et al.,            )   Case No. 01-01139 (JKF)
                                      )   (Jointly Administered)
            Debtors.                  )
                                      )

## NOTICE OF CHANGE OF ADDRESS

THE FURTH FIRM LLP hereby advises the Court and all parties in this matter that as of November 24, 2003, the firm's new address is:

**225 Bush Street, 15th Floor**
**San Francisco, California 94104**

The telephone and facsimile numbers will remain the same.

Please use this new address on all pleadings, correspondence and other documents.

Dated: February 26, 2004

THE FURTH FIRM LLP

By: _____
FREDERICK P. FURTH
MICHAEL P. LEHMANN
CHRISTOPHER L. LEBSOCK
THE FURTH FIRM LLP
225 Bush Street, 15th Floor
San Francisco, California 94104
Telephone: (415) 433-2070
Facsimile: (415) 982-2076

36719.1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I, Christopher L. Lebsock, certify that I am over 18 years of age and that on this 26th day of February 2004, I caused a true and correct copy of the **NOTICE OF CHANGE OF ADDRESS** to be served upon the parties on the attached Service List by First Class Mail.

By _____
Christopher L. Lebsock

36719.1

## SERVICE LIST

Mark D. Collins, Esq.
Deborah E. Spivack, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

Hamid R. Rafatjoo, Esq.
Pachulski, Stang, Ziehl, Young Jones & Weintraub
10100 Santa Monica Boulevard; Suite 1100
Los Angeles, CA 90067-4100

Jeffrey C. Wisler, Esq.
Michelle McMahon, Esq.
Connolly Bove Lodge & Hutz LLP
1220 Market Street, 10th Floor
Wilmington, DE 19899

Steven M. Yoder, Esq.
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

Francis A. Monaco, Jr., Esq.
Frederick B. Rosner, Esq.
Rachel B. Mersky, Esq.
Monzack and Monaco, P.A.
1201 N. Orange Street, Suite 400
P.O. Box 2031
Wilmington, DE 19801

Aileen F. Maguire, Esq.
Campbell & Levine, LLC
800 N. King Street, Suite 300
Wilmington, DE 19801

Laura Davis Jones, Esq.
David Carickhoff, Esq.
Pachulski, Stang, Ziehl, Young Jones & Weintraub
P.O. Box 8705
Wilmington, DE 19899-8705

Michael B. Joseph, Esq.
Theodore J. Tacconelli, Esq.
Ferry Joseph & Pearce, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

Judith Greenspan, Esq., Associate Counsel
The Amalgamated Industries and Service Workers Benefit Fund
730 Broadway, Tenth Floor
New York, NY 10003-9511

Mark S. Chehi, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636

Joseph Grey, Esq.
Stevens & Lee
300 Delaware Avenue, Suite 800
Wilmington, DE 19801

Michael R. Lastowski, Esq.
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246

Laurie Selber Silverstein, Esq.
Monica Leigh Loftin, Esq.
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
P.O. Box 951
Wilmington, DE 19899

Mary M. Maloney-Huss
Wolf, Block, Schorr and Solis-Cohen
    LLP
920 King Street, Suite 300
One Rodney Square
Wilmington, DE 19801

Selinda A. Melnik, Esq.
Smith, Katzenstein & Furlow LLP
800 Delaware Avenue
P.O. Box 410
Wilmington, DE 19899

John D. Demmy, Esq.
Stevens & Lee, P.C.
300 Delaware Avenue
8th Floor, Suite 800
Wilmington, DE 19801

Aaron A. Garber, Esq.
Hercules Plaza, Suite 5100
1313 Market Street
P.O. Box 1709
Wilmington, DE 19899-1709

Eric Lopez Schnabel, Esq.
James H. Joseph, Esq.
Klett Rooney Lieber & Schorling
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801

William D. Sullivan, Esq.
Eluzon Austin Reardon Tarlov &
    Mondell, P.A.
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE 19899

James H.M. Sprayregen, Esq.
James Kapp, III, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Curtis Crowther, Esq.
White and Williams LLP
824 North Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19801

Adam G. Landis, Esq.
Klett Rooney Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801

Derrick Tay, Esq.
Meighen Demers
Suite 1100, Box 11
Merrill Lynch Canada Tower
200 King Street West
Toronto, Ontario
Canada M5H 3T4

David B. Siegel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

Elihu Inselbuch, Esq.
Rita Tobin, Esq.
Caplin & Drysdale, Chartered
399 Park Avenue, 36th Floor
New York, NY 10022

Lewis Kruger, Esq.
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

Scott L. Baena, Esq.
Bilzin Sumberg Dunn Baena Price &
  Axelrod LLP
First Union Financial Center
200 South Biscayne Blvd, Suite 2500
Miami, FL 33131

Thomas Moers Mayer, Esq.
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY 10022

D. J. Baker, Esq.
Skadden, Arps, Slate, Meagher & Flom
  LLP
Four Times Square
New York, NY 10036

J. Douglas Bacon, Esq.:
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

Nancy Worth Davis, Esq.
Motley Rice LLC
28 Bridgeside Boulevard
P.O. Box 1792
Mount Pleasant, SC 29465

Todd Meyer, Esq.
Kilpatrick Stockton
1100 Peachtree Street
Atlanta, GA 30309

Office of Reorganization
Securities & Exchange Commission
Suite 1000
3475 Lenox Road, N.E.
Atlanta, GA 30326-1232

Internal Revenue Service:
31 Hopkins Plaza - Room 1150
Baltimore, MD 21201

Michael A. Berman, Esq.
Securities and Exchange Commission
450 Fifth Street, N.W. (Mail Stop 6-6)
Washington, D.C. 20549

Secretary of Treasurer
P.O. Box 7040
Dover, DE 19903

Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 7040
Dover, DE 19903

James B. Freeman, Esq.
U.S. Department of Justice
Environmental Enforcement Section
999 18th Street
Suite 945-North Tower
Denver, CO 80202

Jon L. Heberling, Esq.
McGarvey, Heberling, Sullivan &
  McGarvey PC
745 South Main Street
Kalispel, MT 59901

Patrick L. Hughes, Esq.
Haynes & Boone LLP
1000 Louisiana Street, Suite 4300
Houston, TX 77002-5012

David S. Heller, Esq.
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

Charles F. Boulbol, Esq.
26 Broadway, 17th Floor
New York, NY 10004

Ira S. Greene, Esq.
Squadron, Ellenoff, Plesent &
   Sheinfeld, LLP
551 Fifth Avenue
New York, NY 10176

James A. Sylvester, Esq.
Intercat, Inc.
104 Union Avenue
Manasquan, NJ 08736

Steven J. Johnson, Esq.
Gibson, Dunn & Crutcher LLP
1530 Page Mill Road
Palo Alto, CA 94304-1125

Charlotte Klenke, Esq.
Schneider National, Inc.
P.O. Box 2545
3101 S. Packerland
Green Bay, WI 54306

David S. Rosenbloom, Esq.
Jeffiey E. Stone, Esq.
Lewis S. Rosenbloom, Esq.
McDermott, Will & Emery
227 West Monroe Street
Chicago, IL 60606-5096

Brad Rogers, Esq.
Office of the General Counsel
Pension Benefit Guaranty Corp
1200 K. Street, N.W.
Washington, D.C. 20005-4026

Pamela Zilly
Richard Shinder
David Blechman
Michael Alexander
The Blackstone Group
345 Park Avenue
New York, NY 10154

Missouri Department of Revenue
Bankruptcy Unit
Gary L. Barnhart
P.O. Box 475
Jefferson City, MO 65105-0475

Stephen H. Case, Esq.
Nancy L. Lazar, Esq.
David D. Tawil, Esq.
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

Randall A. Rios
Floyd, Isgur, Rios & Wahrlich, PC
700 Louisiana, Suite 4600
Houston, TX 77002

Joseph F. Rice
Ness, Motley, Loadholt, Richardson &
   Poole
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465

Christopher R. Momjian
Senior Deputy Attorney General
I.D. No. 057482
Office of Attorney General
21 S. 12th Street, 3rd Floor
Philadelphia, PA 19107-3603

Steven T. Baron, Esq.  
Member  
Silber Pearlman, LLP  
2711 North Haskell Avenue, 5th Floor, LLP  
Dallas, TX 75204  

Margery N. Reed, Esq.  
Duane Morris LLP  
4200 One Liberty Place  
Philadelphia, PA 19103-7396  

W.J. Winterstein, Jr., Esq.  
John J. Winter, Esq.  
William M. Aukamp, Esq.  
Eleven Penn Center, 29th Floor  
1835 Market Street  
Philadelphia, PA 19103  

Gary M. Becker, Esq.  
Kramer Levin Naftalis & Frankel LLP  
919 Third Avenue  
New York, NY 10022  

Alan R Brayton, Esq.  
Brayton & Purcell  
222 Rush Landing Road  
Novato, CA 94945  

Scott Barker  
Credit Manager  
Climax Molybdenum Marketing Corporation  
2600 N. Central Avenue  
Phoenix, AZ 85004  

Russell W. Budd  
Alan B. Rich  
Baron & Budd, P.C.  
3102 Oak Lawn Avenue  
P.O. Box 8705  
Dallas, TX 75219  

Elizabeth J. Cabraser, Esq.  
Lieff Cabraser Heimann & Bernstein, LLP  
Embacadero Center West, 30th Floor  
275 Battery Street  
San Francisco, CA 94111  

Courtney M. Labson, Esq.  
The Mills Corporation  
Legal Department  
1300 Wilson Boulevard, Suite 400  
Arlington, VA 22209  

Thomas M. Sobol, Esq.  
Hagens Berman LLP  
225 Franklin Street, 26th Floor  
Boston, MA 02110  

Cindy Schultz  
Ingersoll-Rand Fluid Products  
One Aro Center  
P.O. Box 151  
Bryan, OH 43506  

Mr. Charles C. Trascher III, Esq.  
Snellings, Breard, Sartor, Inabnett & Trascher, LLP  
P.O Box 2055  
Monroe, LA 71207  

Mr. Thomas Moskie  
Bankers Trust Company  
Four Albany Street, Fourth Floor  
New York, NY 10006  

Glen W. Morgan  
Reaud, Morgan & Quinn, Inc.  
801 Laurel  
Beaumont, TX 77701  

Charles E. Gibson, III  
Attorney at Law  
620 North Street, Suite 100  
Jackson, MS 39202

William F. Taylor, Jr., Esq.
Elzufon Austin Reardon Tarlov &
    Mondell, PA
300 Delaware Avenue, 17th Floor
P.O Box 1630
Wilmington, DE 19899

Kevin D. McDonald
Wilshire Scott & Dyer, P.C.
One Houston Center
1221 McKinney, Suite 4550
Houston, Texas 77010

Alan H. Katz, Esq.
Entergy Services, Inc.
693 Loyola Avenue, Suite 2600
New Orleans, LA 70113

Bernice Conn, Esq.
Robins, Kaplan, Miller & Ciresi LLP
2049 Century Park East, Suite 3700
Los Angeles, CA 90067

Darrell W. Scott
Lukins & Annis, P.S.
1600 Washington Trust Financial
    Center
717 West Sprague Avenue
Spokane, WA 99201-0466

Josiah Rotenberg
Lazard Freres & Co. LLC
30 Rockefeller Plaza, 60th Floor
New York, NY 10020

Donna J. Petrone, Esq.
ExxonMobil Chemical Company
Law Department - Bankruptcy
13501 Katy Freeway, Room WI-562
Houston, TX 77079-1398

Jan M. Hayden
William H. Patrick
Heller, Draper, Hayden, Patrick &
    Horn, L.L.C.
650 Poydras Street, Suite 2500
New Orleans, LA 70130-6103

Coudert Brothers
Attn: Joseph D. Farrell, Esq. and
Edward H. Tillinghast, III, Esq.
1114 Avenue of the Americas
New York, NY 10036

Mark Browning, Esq., Asst Attorney
    General
c/o Sherri K. Simpson, Legal Assistant
Office of the Attorney General
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX 78711-2548

General Motors Acceptance
    Corporation
P.O. Box 5055
Troy, MI 48007-5055

David W. Wirt, Esq.
Winston & Strawn
35 West Wacker Drive
Chicago, IL 60601

Robert M. Fishman, Esq.
Shaw Gussis Domanskis Fishman &
    Glantz
1144 West Fulton Street, Suite 200
Chicago, IL 60607

R. Scott Williams
PMG Capital Corp.
Four Falls Corporate Center
West Conshohocken, PA 19428-2961

| | |
|---|---|
| Daniel A. Speights, Esq.<br>Speights & Runyan<br>200 Jackson Avenue, East<br>P.O. Box 685<br>Hampton, SC 29924 | Paul M. Baisier, Esq.<br>Seyfarth Shaw<br>1545 Peachtree Street, Suite 700<br>Atlanta, Georgia 30309 |
| Jonathan W. Young<br>Wildman, Harrold, Allen & Dixon<br>225 West Wacker Drive, Suite 3000<br>Chicago, IL 60606-1229 | Peter A. Chapman<br>24 Perdicaris Place<br>Trenton, NJ 08618 |
| Shelby A. Jordan, Esq.<br>Nathaniel Peter Holzer. Esq.<br>Jordan, Hyden, Womble & Culbreth, P.C.<br>500 N. Shoreline Blvd., Suite 900<br>Corpus Christi, TX 78471 | Christopher Beard, Esq.<br>Beard & Beard<br>306 N. Market Street<br>Frederick, MD 21701 |
| Kay D. Brock, Esq.<br>Bankruptcy & Collections Division<br>P.O. Box 12548<br>Austin, TX 78711-2548 | Michael J. Urbis<br>Jordan, Hyden, Womble & Culbreth, P.C.<br>2390 Central Blvd, Suite G<br>Brownsville, TX 78520 |
| T. Kellan Grant<br>Wildman, Harrold, Allen & Dixon<br>225 West Wacker Drive, Suite 3000<br>Chicago, IL 60606-1229 | Steven R. Schlesinger, Esq.<br>Jaspan Schlesinger Hoffman LLP<br>300 Garden City Plaza<br>Garden City, NY 11530 |
| Steven J. Kherkher, Esq.<br>Laurence G. Tien, Esq.<br>Williams Bailey Law Firm, L.L.P.<br>8441 Gulf Freeway, Suite #600<br>Houston, Texas 77017 | John M. Klamann<br>Klamann & Hubbard<br>7101 College Blvd., Suite 120<br>Overland Park, KS 66210 |
| John P. Dillman, Esq.<br>Linebarger Heard Goggan Blair Graham Pena & Sampson, LLP<br>P.O. Box 3064<br>Houston, TX 77253-3064 | Kimberly W. Osenbaugh<br>Preston Gates & Ellis LLP<br>925 Fourth Avenue, Suite 2900<br>Seattle, WA 98104 |
| Steven T. Hoort, Esq.<br>Ropes & Gray<br>One International Place<br>Boston, MA 02110-2624 | Joseph T. Kremer, Esq.<br>Lipsiptz, Green, Fahringer, Roll, Salisbury & Cambria, LLP<br>42 Delaware Avenue, Suite 300<br>Buffalo, NY 14202 |
| | Delta Chemical Corporation<br>2601 Cannery Avenue<br>Baltimore, MD 21226-1595 |

Robert Jacobs, Esq.
Maria Rosoff Eskin
Jacobs & Crumplar, P.A.
2 East 7th Street
P.O. Box 1271
Wilmington, DE 19899

Peter Van N. Lockwood, Esq.
Julie W. Davis, Esq.
Trevor W. Swett, III, Esq.
Nathan D. Finch, Esq.
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC 20005

Thomas J. Noonan, Jr.
c/o R & S Liquidation Company
5 Lyons Mall PMB #530
Basking Ridge, NJ 07920-1928
Paul M. Matheny
The Law Offices of Peter G. Angelos, P.C.
5905 Harford Rd.
Baltimore, MD 21214

William E. Frese, Esq.
Attn: Sheree L. Kelly, Esq.
80 Park Plaza, T5D
P.O. Box 570
Newark, NJ 07101

Mary A. Coventry
Sealed Air Corporation
Park 80 East
Saddle Brook, NJ 07663

Paul G. Sumers, Esq.
Tennessee Attorney General's Office, Bankr. Unit
P.O. Box 20207
Nashville, TN 37202-0207

Farallon Capital Management, L.L.C.
Attn: Meridee Moore and Kirsten Lynch
One Maritime Plaza, Suite 1325
San Francisco, CA 94111

C. Randall Bupp, Esq.
Plastiras & Terrizzi
24 Professional Center Parkway, Suite 150
San Rafael, CA 94903

Paul D. Henderson, Esq.
Dies, Dies & Henderson
1009 W. Green Avenue
Orange, TX 77630

Peter S. Goodman, Esq.
Andrews & Kurth L.L.P.
450 Lexington Ave., 15th Floor
New York, NY 10017
Elizabeth S. Kardos, Esq.
Gibbons, Del Deo, Dolan Griffinger & Vecchione, PC
One Riverfront Plaza
Newark, NJ 07102-5497

Credit Lyonnais
1301 Avenue of the Americas
New York, NY 19019-0602

Harry Lee, Esq.
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, DC 20036

Rosa Dominy
Bankruptcy Administration
IOS Capital, Inc.
1738 Bass Road
P.O. Box 13708
Macon, GA 31208-3708

William S. Katchen, Esq.
Duane Morris LLP
1 Riverfront Plaza, 2°d Floor
Newark, NJ 07102

Greif Bros. Corp.
250 East Wilson Bridge Rd.
Suite 175
Worthington, OH 43085-2323

Damon J. Chargois, Esq.
Foster & Sear, L.L.P.
360 Place Office Park
1201 N. Watson Road, Suite 145
Arlington, TX 76006

Barbara M. Cook, County Solicitor
Katherine L. Taylor, Senior Assistant
    County Solicitor
Howard County Office of Law
George Howard Building
3430 Courthouse Drive
Ellicott City, MD 21043

Anton Volovsek
Rt. 2 - Box 200 #42
Kamiah, Idaho 83536-9229

Dechert Price & Rhoads
Matthew A. Porter, Esq.
Bernard J. Bonn III, Esq.
Ten Post Office Square South
Boston, MA 02109

Jonathan H. Alden, Esq.
Assistant General Counsel
3900 Commonwealth Boulevard, MS 35
Tallahassee, FL 32399-3000

Janet Napolitano
Robert R. Hall
Russell W. Savory
1275 West Washington Street
Phoenix, AZ 85007-1278

State Library of Ohio
c/o Michelle T. Sutter
Revenue Recovery
101 E. Town Street, Second Floor
Columbus, OR 43215

Credit Manager
Belz Enterprises
100 Peabody Place, Suite 1400
Memphis, TN 38103

Robert Jacobs, Esq.
Jacobs & Crumplar, P.A.
2 East 7th Street
P.O. Box 1271
Wilmington, DE 19899

Steven R. Bourne, Esq.
Nutter, McClennen & Fish, LLP
One International Place
Boston, MA 02110-2699

Stephanie Nolan Deviney
Brown & Connery, LLP
360 Haddon Avenue
P.O. Box 539
Westmont, NJ 08108

Daniel H. Slate, Esq.
Hughes Hubbard & Reed LLP
350 South Grand Avenue
Los Angeles, CA 90071-3442

Danice Sims
P.O. Box 66658
Baton Rouge, LA 70896

Mr. James A. Bane
KMCC 204029
P.O. Box 710
Keen Mountain, VA 24624

M. Diane Jasinski, Esq.
Michael D. Hess
Corporation Counsel of the City of New York
100 Church Street, Room 6-127
New York, NY 1.0007

Robert H. Rosenbaum, Esq.
M. Evan Meyers, Esq.
Meyers, Rodbell & Rosenbaum, P.A.
Berkshire Building
6801 Kenilworth Avenue, Suite 400
Riverdale, MD 20737-1385

Russell W. Savory
Gotten, Wilson & Savory, PLLC
200 Jefferson Avenue, Suite 900
Memphis, TN 38103

Anne Marie P. Kelley, Esq.
Dilworth Paxson, LLP
LibertyView - Suite 700
457 Haddonfield Road
P.O. Box 2570
Cherry Hill, NJ 08034

James P. Ruggeri
Scott A. Shail
Hogan & Harton L.L.P.
555 Thirteenth Street, N. W.
Washington, D.C. 20004-1109

Kevin James
Deputy Attorney General
1515 Clay Street, 20th Floor
Oakland, CA 94612-1413

Judy D. Thompson, Esq.
S. Andrew Jurs, Esq.
Poyner & Spruill, L.L.P.
100 North Tryon Street, Suite 4000
Charlotte, NC 28202-4010

Suexirda Prayaga
7365 MacLeod Lane
Ofallon, Missouri 63366

Andrea L. Hazzard, Esq.
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004-1482

Mary Wurtz
Trustee of the Living Trust
P.O. Box 27
Apache Junction, AZ 85218

Authur Stein, Esq.
1041 W. Lacey Road
P.O. Box 1070
Forked River, NJ 08731-6070

Robert Cimino, Esq.
Suffolk County Attorney
Attn: Diane Leonardo Beckmann, Asst. County Atty.
H. Lee Dennison Building
100 Veterans Memorial Highway
P.O. Box 6100
Hauppauge, NY 11788-0099

Maggie De La Rosa
Provost & Umphrey Law Firm, L.L.P.
490 Park Street
Beaumont, TX 77701

Robert T. Aulgur, Jr., Esq.
P.O. Box 617
Odessa, DE 19730

Richard M. Meth, Esq.
Herrick, Feinstein LLP
2 Penn Plaza, 11 th Floor
Newark, NJ 07105

Michael T. Kay, Esq.
Nancy Draves, Esq.
The Dow Chemical Company
2030 Dow Center
Midland, MI 48674

Dorine Vork, Esq.
Stibbe, P.C.
350 Park Avenue
New York, NY 10022

Ronald S. Beacher, Esq.
Pitney, Hardin, Kipp & Szuch LLP
711 Third Avenue, 20th Floor
New York, NY 10017-4014

Bart Hartman
Treasurer - Tax Collector
Attn: Elizabeth Molina
1600 Pacific Highway, Room 162
San Diego, CA 92101

Michael B. Willey, Esq.
Legal Services, 27th Floor
312 8th Avenue North
Nashville, TN 37243

David Aelvoet, Esq.
Linebargerheard Goggan Blair Graham
    Pena & Sampson LLP
1000 Tower Life Building
San Antonio, TX 78205

Thomas V. Askounis, Esq.
Askounis & Borst, P.C.
303 East Wacker Drive, Suite 1000
Chicago, IL 60601

James S. Carr, Esq.
Christena A. Lambrianakos, Esq.
101 Park Avenue
New York, NY 10178

Michael H. Pinkerson, Esq.
James M. Garner, Esq.
Sher Garner Cahill Richter Klein
    McAlister & Hilbert, L.L.C.
909 Poydras Street, Suite 2800
New Orleans, LA 70112

Steven B. Flancher, Esq.
Assistant Attorney General
Department of Attorney General
Revenue Division
First Floor Treasury Building
Lansing, MI 49992

Lynn M. Ryan, Esq.
Pillsbury Winthrop LLP
One Battery Park Plaza
New York, NY 10004-1490

Peoples First Community Bank
Attn: Diane Stewart
P.O. Box 59950
Panama City, FL 32412-0950

Jonathan C. Hantke, Esq.
Pamela H. Walters, Esq.
Aldine Independent School District
14910 Aldine-Westfield Road
Houston, TX 77032

Jeffrey L. Glatzer, Esq.
Anderson, Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY 10020-1182

Hertz, Schram & Saretsky, P.C.
Robert S. Hertzberg, Esq.
Michael I. Zousmer, Esq.
1760 South Telegraph Road, Suite 300
Bloomfield Hills, MI 483102-0183

Peninsula Capital Advisors, L.L.C.
Attn: Ted Weschler
404 East Main Street, Second Floor
Charlottesville, VA 22902

Wilentz, Goldman & Spitzer
Deirdre Woulfe Pacheco, Esq.
90 Woodbridge Center Drive
P.O. Box 10
Woodbridge, NJ 07095

Jeffrey Kaufman, Esq.
Gerald F. Ellesdorfer, Esq.
Kaufman & Logan LLP
111 Pine Street, Suite 1300
San Francisco, CA 94111

Burt Barr Havins & O'Dea, L.L.P.
John W. Havins, Esq.
1001 McKinney, Suite 500
Houston, TX 77002

William H. Johnson, Esq.
Norfolk Southern Corporation
Law Department
Three Commercial Place
Norfolk, VA 23510-9242

Leonard P. Goldberger, Esq.
White & Williams LLP
1800 One Liberty Place
Philadelphia, PA 19103-7395

Craig Barbarosh, Esq.
Pillsbury Winthrop LLP
650 Town Center Drive, 7th Floor
Costa Mesa, CA 92626-7122

Cynthia C. Hemme, Esq.
Senior Counsel
Nortel Networks, Inc.
4010 E. Chapel Hill-Nelson Hwy.
Research Triangle Park, NC 27709

DAP Products, Inc.
c/o Julien A. Hecht, Esq.
2400 Boston Street, Suite 200
Baltimore, MD 21224

Julie Quagliano
Quagliano & Seeger
3242 P Street, NW
Washington, DC 20007

Douglas Gordon, Esq.
Linebarger, Goggan, Blair, Pena &
    Sampson, LLP
P.O. Box 460
Knoxville, TN 37901-0460

Brian L. Hanson, Esq.
Frank W. DeBorde, Esq.
Morris, Manningk Martin
1600 Atlanta Financial Center
3343 Peachtree Road, N.E.
Atlanta, GA 30326

Deborah L. Thorne, Esq.
Fagel Haber LLC
55 East Monroe Street, 40th Floor
Chicago, IL 60603

Lori Gruver Robertson, Esq.
Linebarger Goggan Blair Pena &
    Sampson, LLP
1949 South I.H. 35 (78741)
P.O. Box 17428
Austin, TX 87860

Andrea Sheehan, Esq.
Law Offices of Robert E. Luna, P.C.
4411 North Central Expressway
Dallas, TX 75205

Scott Estelle, Pres.
Crossroads Industrial Park, Inc.
P.O. Box 220
Weedsport, NY 13166

Warren H. Smith, Esq.
Warren H. Smith and Assoc.
325 N. St. Paul
Suite 4080
Dallas, TX 75201

Anthony F. Parise, Esq.
Cornell University
Office of University Counsel
300 CCC Building, Garden Avenue
Ithaca, NY 14853

S. Jay Novatney
Citadel Investment Group, L.L.C.
131 South Dearborn Street, 36th Floor
Chicago, IL 60603

Neil Berger, Esq.
Togut Segal & Segal LLP
One Penn Plaza, Suite 3335
New York, NY 10119

General Counsel
Enron Energy Services
1400 Smith Street
EB 0889
Houston, TX 770022

Longacre Master Fund
810 Seventh Avenue, 22od Floor
New York, NY 10019
Attn: Maurie Shalmone

David B. Madoff, Esq.
Daniel C. Cohn, Esq.
Cohn Khoury Madoff & Whitesell LLP
101 Arch Street
Boston, MA 02110

Steven K. Kortanek, Esq.
Klehr, Harrison, Harvery, Branzburge
   & Ellers, LLP
919 Market Street, Suite 1000
Wilmington, DE 19801

Afshin Miraly, Esq.
The City of Somerville
Law Department - City Hall
93 Highland Avenue.
Somerville, MA 02143

John V. Fiorella, Esq.
Archer & Greiner, P.C.
1300 N. Market Street, Suite 700
Wilmington, DE 19801

Jacob C. Cohn, Esq.
Cozen O'Connor
1900 Market Street
Philadelphia, P A 19103

Marc Abrams, Esq.
Willkie, Farr & Gallagher
787 Seventh Avenue
New York, NY 10019-6099

Joanne B. Wills, Esq.
Klehr, Harrison, Harvery, Branzburge
   & Ellers, LLP
919 Market Street, Suite 1000
Wilmington, DE 19801

Thomas O. Bean, Esq.
Nutter, McClennen & Fish, LLP
World Trade Center West
155 Seaport Blvd.
Boston, MA 02210

James E. Wimberley, Esq.
McPherson, Monk, Hughes, Bradley &
   Wimberley, L.L.P.
3120 Central Mall Drive
Port Arthur, TX 77642

Alan Kolod, Esq.
Moses & Singer LLP
1301 Avenue of the Americas, 40th
   Floor
New York, NY 10019-6076

Edward B. Cottingham, Jr., Esq.
Motley Rice LLP
28 Bridgeside Boulevard
P.O. Box 1792
Mt. Pleasant, SC 29465

Daniel M. Glosbank, Esq.
Peter D. Bilowz, Esq.
Goodwin Proctor LLP
Exchange Place
Boston, MA 02109

Theresa K. D. Currier, Esq.
Kathleen P. Makowski, Esq.
Klett Rooney Lieber & Schorling
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801

E. Katherine Wells, Esq.
South Carolina Department of Health
    and
Environmental Control
2600 Bull Street
Columbia, SC 29201-1708

Kirk A. Patrick, III, Esq.
Crawford Lewis, PLLC
450 Laurel Street, Suite 1600
P.O. Box 3656
Baton Rouge, LA 70821-3656