UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| In re:<br><br>W.R. GRACE & COMPANY<br>et al.,<br><br><br>*Debtors* | In Proceedings For A Reorganization<br>Under Chapter 11<br><br>Case No. 01-01139(PJW)<br><br>Claim # Unknown |

## NOTICE: OF TRANSFER OF CLAIM PURSUANT TO **FRBP RULE 3001 (e) (1)**

To transferor:   MCLAREN MED MANAGEMENT INCH
Attn DEPARTMENT 77672
PO BOX 7700
DETROIT ME 48277-0672

The transfer of your claim as shown above, in the amount of $144.15 as been transferred *(unless previously expunged by court order)* to:

Trade-Debt.Net
P.O. Box 1487
West Babylon, NY 11704

No action is required if you do not object to the transfer of your claim.   However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**

   **FILE A WRITTEN OBJECTION TO THE TRANSFER** with:

   United States Bankruptcy Clerk
   District of Delaware
   824 Market Street, 5th Fl
   Wilmington, DE 19801

   **SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.**

Refer to INTERNAL CONTROL NO. _____ in your objection.   If you file an objection, a hearing will be scheduled.
**IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT**

-----

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 200 ___.
INTERNAL CONTROL NO. _____
Copy: (check) Claims Agent ____   Transferee ____   Debtor's Attorney ___

Deputy Clerk

Trade-Debt.net
PO Box 1487
West Babylon, NY 11704

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF DELAWARE

In re.

W.R. Grace & Company
et al.,

Debtors.

)
)
)
)
)
)
)
)
)
)
)
)

Case No. 01-01139(PJW)

Chapter 11

**NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY AND WAIVER OF NOTICE.**
RULE 3001 (e)

Please take notice that your unsecured claim of **MCLAREN MED MGMT** in the amount of **$144.15** and all Proofs of Claim have been transferred and assigned other than for security to Trade-Debt.net, Inc. The signature of the Assignor on this form is evidence of transfer of the claims, proofs and all rights thereunder. Assignor does hereby agree to waive notice as described by Bankruptcy Rule 3001 (e)(1)

I, the undersigned assignor of the above described claims, or proofs of claim hereby assign and transfer my claims and all rights thereunder to Trade-Debt.net Inc. upon the terms as set forth in the offer letter received. I assert that the claim of **MCLAREN MED MGMT** has not been previously transferred, and that the debtor has not objected to or satisfied this claim. The clerk of the court is authorized to change the address regarding the claim of the assignor to that of the assignee listed below.

**ASSIGNOR:**
MCLAREN MED MGMT
DEPT 77672 PO BOX 77000 DETROIT MI, 48277

Please print your name: Ellen Coppler    Signature: Ellen Coppler
Title: Billing Manager    Date: 2-27-04
Address: 401 S. Ballenger Hwy Flint MI 48532
(city,state,zip)
Telephone: 810 342-1200    Fax: 810 342-1245    Email: _____
Federal Taxpayer ID / Social Security Number: 38-2988086
**ASSIGNEE:**
TRADE-DEBT.NET
P.O. BOX 1487 West Babylon, NY 11704
By: _____

WR Grace04

Timothy McGuire

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| In re:<br><br>W.R. GRACE & COMPANY<br>et al.,<br><br>*Debtors* | In Proceedings For A Reorganization Under Chapter 11<br><br>Case No. 01-01139(PJW)<br><br>Claim # Unknown |
|---|---|

## NOTICE: OF TRANSFER OF CLAIM PURSUANT TO **FRBP RULE 3001 (e) (1)**

To transferor:   RESPOND SYSTEMS
Attn TOTAL HEALTH & SAFETY INC
6808 HOBSON VALLEY DR.
WOODRIDGE IL 60517

The transfer of your claim as shown above, in the amount of $1,014.14 as been transferred *(unless previously expunged by court order)* to:

Trade-Debt.Net
P.O. Box 1487
West Babylon, NY 11704

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**

**FILE A WRITTEN OBJECTION TO THE TRANSFER** with:

United States Bankruptcy Clerk
District of Delaware
824 Market Street, 5th Fl
Wilmington, DE 19801

**SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.**

Refer to INTERNAL CONTROL NO. _____ in your objection. If you file an objection, a hearing will be scheduled.
**IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT**

---
FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid
on _____ , 200 ___ .
INTERNAL CONTROL NO. _____
Copy: (check) Claims Agent ____   Transferee ____   Debtor's Attorney ____

_____
Deputy Clerk

Trade-Debt.net
PO Box 1487
West Babylon, NY 11704

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF DELAWARE

In re.                              )
                                    )   Case No.01-01139(PJW)
W.R. Grace & Company                )
et al.,                             )
                                    )   Chapter 11
                                    )
                                    )   NOTICE OF TRANSFER OF CLAIM
             Debtors.               )   OTHER THAN FOR SECURITY AND
                                    )   WAIVER OF NOTICE.
                                    )   RULE 3001 (e)

Please take notice that your unsecured claim of **RESPOND SYSTEMS** in the amount of **$1,014.14** and all Proofs of Claim have been transferred and assigned other than for security to Trade-Debt.net, Inc. The signature of the Assignor on this form is evidence of transfer of the claims, proofs and all rights thereunder. Assignor does hereby agree to waive notice as described by Bankruptcy Rule 3001 (e) (1).

I, the undersigned assignor of the above described claims, or proofs of claim hereby assign and transfer my claims and all rights thereunder to Trade-Debt.net Inc. upon the terms as set forth in the offer letter received. I assert that the claim of **RESPOND SYSTEMS** has not been previously transferred, and that the debtor has not objected to or satisfied this claim. The clerk of the court is authorized to change the address regarding the claim of the assignor to that of the assignee listed below.

✱ ASSIGNOR:
~~RESPOND SYSTEMS~~ *Total Health + Safety, Total Fire + Safety, Inc.*
6808 HOBSON VALLEY DR WOODRIDGE IL, 60517

Please print your name: *Mary D. Schultz*  Signature *Mary D. Schultz*
Title: *V.P.*            Date: *3-1-04*
Address: *☒ 6808 Hobson Valley Dr.*
(city,state,zip)
Telephone: *630 960 5040*  Fax: *630 960 4823*  Email: *maryd schultz @ juno.com*
Federal Taxpayer ID / Social Security Number *36 340 4832*
ASSIGNEE:
TRADE-DEBT.NET
P.O. BOX 1487 West Babylon, NY 11704
By: _____                           WR Grace04

Timothy McGuire

✱ *Respond is an old DBA*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| In re:<br><br>W.R. GRACE & COMPANY<br>et al.,<br><br>*Debtors* | In Proceedings For A Reorganization<br>Under Chapter 11<br><br>Case No. 01-01139(PJW)<br><br>Claim # Unknown |
|---|---|

## NOTICE: OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001 (e) (1)

To transferor:   P M & S INC.
                 Attn DBA PERSONAL MOVERS
                 7 REPUBLIC ROAD
                 NORTH BILLERICA MA 01862-2503

The transfer of your claim as shown above, in the amount of $ 759.00 has been transferred *(unless previously expunged by court order)* to:

Trade-Debt.Net
P.O. Box 1487
West Babylon, NY 11704

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**

**FILE A WRITTEN OBJECTION TO THE TRANSFER** with:

United States Bankruptcy Clerk
District of Delaware
824 Market Street, 5th Fl
Wilmington, DE 19801

**SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.**

Refer to **INTERNAL CONTROL NO.** _____ in your objection. If you file an objection, a hearing will be scheduled.
**IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT**

---

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on _____ , 200 ___ .
INTERNAL CONTROL No. _____
Copy: (check)  Claims Agent ____   Transferee ____   Debtor's Attorney ___

_____
Deputy Clerk

Trade-Debt.net
PO Box 1487
West Babylon, NY 11704

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

In re.                                )
                                      )    Case No.01-01139(PJW)
W.R. Grace & Company                  )
et al.,                               )
                                      )    Chapter 11
                                      )
                                      )    NOTICE OF TRANSFER OF CLAIM
            Debtors.                  )    OTHER THAN FOR SECURITY AND
                                      )    WAIVER OF NOTICE.
                                      )    RULE 3001 (e)

Please take notice that your unsecured claim of PM&S in the amount of $759.00 and all Proofs of Claim have been transferred and assigned other than for security to Trade-Debt.net, Inc. The signature of the Assignor on this form is evidence of transfer of the claims, proofs and all rights thereunder. Assignor does hereby agree to waive notice as described by Bankruptcy Rule 3001 (e) (1).

I, the undersigned assignor of the above described claims, or proofs of claim hereby assign and transfer my claims and all rights thereunder to Trade-Debt.net Inc. upon the terms as set forth in the offer letter received. I assert that the claim of PM&S has not been previously transferred, and that the debtor has not objected to or satisfied this claim. The clerk of the court is authorized to change the address regarding the claim of the assignor to that of the assignee listed below.

ASSIGNOR:
PM&S
7 REPUBLIC RD  NORTH BILLERICA MA, 01862

Please print your name: _Michael F Mooney_  Signature: _Michael F Mooney_
Title: _President_                    Date: _1/26/04_
Address: _7 Republic Road Billerica, MA. 01862_
(city,state,zip)
Telephone: _978-670-6050_ Fax: _978-663-8313_ Email: _____
Federal Taxpayer ID / Social Security Number _04-3159146_

ASSIGNEE:
TRADE-DEBT.NET
P.O. BOX 1487 West Babylon, NY 11704
By: _____
Timothy McGuire

WR Grace04

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| In re:<br><br>W.R. GRACE & COMPANY<br>et al.,<br><br><br>*Debtors* | In Proceedings For A Reorganization<br>Under Chapter 11<br><br>Case No. 01-01139(PJW)<br><br>Claim # Unknown |
|---|---|

### NOTICE: OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001 (e) (1)

To transferor:   COMMUNITY COLLEGE OF BALT. COUNTY
800 S ROLLING RD, BLDG.V-CONT.EDUC.
BALTIMORE MD 21228-5317

The transfer of your claim as shown above, in the amount of $ 2,280.00 has been transferred *(unless previously expunged by court order)* to:

Trade-Debt.Net
P.O. Box 1487
West Babylon, NY 11704

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**

**FILE A WRITTEN OBJECTION TO THE TRANSFER** with:

United States Bankruptcy Clerk
District of Delaware
824 Market Street, 5th Fl
Wilmington, DE 19801

**SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.**

Refer to INTERNAL CONTROL NO. _____ in your objection. If you file an objection, a hearing will be scheduled.

**IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT**

---

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 200___.
INTERNAL CONTROL NO. _____
Copy: (check) Claims Agent ____ Transferee ____ Debtor's Attorney ____

Deputy Clerk

Trade-Debt.net
PO Box 1487
West Babylon, NY 11704

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

In re.                                        )
                                              )    Case No.01-01139(PJW)
W.R. Grace & Company                          )
et al.,                                       )
                                              )    Chapter 11
                                              )
                                              )    **NOTICE OF TRANSFER OF CLAIM**
           Debtors.                           )    **OTHER THAN FOR SECURITY AND**
                                              )    **WAIVER OF NOTICE.**
                                              )    RULE 3001 (e)

Please take notice that your unsecured claim of **COMMUNITY COLLEGE OF BALTIMORE COUNTY** in the amount of **$2,280.00** and all Proofs of Claim have been transferred and assigned other than for security to Trade-Debt.net, Inc. The signature of the Assignor on this form is evidence of transfer of the claims, proofs and all rights thereunder. Assignor does hereby agree to waive notice as described by Bankruptcy Rule 3001 (e) (1).

I, the undersigned assignor of the above described claims, or proofs of claim hereby assign and transfer my claims and all rights thereunder to Trade-Debt.net Inc. upon the terms as set forth in the offer letter received. I assert that the claim of **COMMUNITY COLLEGE OF BALTIMORE COUNTY** has not been previously transferred, and that the debtor has not objected to or satisfied this claim. The clerk of the court is authorized to change the address regarding the claim of the assignor to that of the assignee listed below.

ASSIGNOR:
COMMUNITY COLLEGE OF BALTIMORE COUNTY
800 S ROLLING RD, BLDG V-COVT EDUC BALTIMORE MD, 21228

Please print your name: Tracey A. Duggan   Signature: Tracey A. Duggan
Title: Accounts Receivable Specialist   Date: February 23, 2004
Address: 7200 Sollers Point Road
(city,state,zip)
Telephone: 410-285-9764   Fax: 410-285-6012   Email: tduggan@ccbcmd.edu
Federal Taxpayer ID / Social Security Number  52-1977-456
ASSIGNEE:
TRADE-DEBT.NET
P.O. BOX 1487 West Babylon, NY 11704
By: _____

WR Grace04

Timothy McGuire

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| In re: | In Proceedings For A Reorganization Under Chapter 11 |
| --- | --- |
| W.R. GRACE & COMPANY et al., | |
| | Case No. 01-01139(PJW) |
| | Claim # Unknown |
| *Debtors* | |

## NOTICE: OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001 (e) (1)

To transferor:   MAY COATING TECHNOLOGIES INC.
P.O. BOX 9894
NORTH SAINT PAUL MN 55109-0894

The transfer of your claim as shown above, in the amount of $ 428.84 has been transferred *(unless previously expunged by court order)* to:

Trade-Debt.Net
P.O. Box 1487
West Babylon, NY 11704

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**

**FILE A WRITTEN OBJECTION TO THE TRANSFER** with:

United States Bankruptcy Clerk
District of Delaware
824 Market Street, 5th Fl
Wilmington, DE 19801

**SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.**

Refer to **INTERNAL CONTROL NO.** _____ in your objection. If you file an objection, a hearing will be scheduled.
**IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT**

--------------------------------------------------------------------------------
FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid
on _____ , 200 ___ .
INTERNAL CONTROL NO. _____
Copy: (check)  Claims Agent ____   Transferee ____   Debtor's Attorney ___

_____
Deputy Clerk

Trade-Debt.net
PO Box 1487
West Babylon, NY 11704

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

In re.

W.R. Grace & Company ) Case No.01-01139(PJW)
et al., )
 )
 ) Chapter 11
 )
 ) **NOTICE OF TRANSFER OF CLAIM**
 Debtors. ) **OTHER THAN FOR SECURITY AND**
 ) **WAIVER OF NOTICE.**
 ) RULE 3001 (e)

Please take notice that your unsecured claim of **MAY COATING TECHNOLOGIES** in the amount of **$428.84** and all Proofs of Claim have been transferred and assigned other than for security to Trade-Debt.net, Inc. The signature of the Assignor on this form is evidence of transfer of the claims, proofs and all rights thereunder. Assignor does hereby agree to waive notice as described by Bankruptcy Rule 3001 (e) (1).

I, the undersigned assignor of the above described claims, or proofs of claim hereby assign and transfer my claims and all rights thereunder to Trade-Debt.net Inc. upon the terms as set forth in the offer letter received. I assert that the claim of **MAY COATING TECHNOLOGIES** has not been previously transferred, and that the debtor has not objected to or satisfied this claim. The clerk of the court is authorized to change the address regarding the claim of the assignor to that of the assignee listed below.

ASSIGNOR:
MAY COATING TECHNOLOGIES
PO BOX 9894 NORTH SAINT PAUL MN, 55109

Please print your name: _Mark Westin_   Signature _[signature]_

Title: _Corp. Sec._   Date: _2/25/04_

Address: _1120 Red Fox Rd   St. Paul, MN 55112_
(city,state,zip)
Telephone: _Same_   Fax: _651-765-9687_   Email: _____
Federal Taxpayer ID / Social Security Number _41-1456229_
ASSIGNEE:
TRADE-DEBT.NET
P.O. BOX 1487 West Babylon, NY 11704
By: _____

WR Grace04

Timothy McGuire

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| In re:<br><br>W.R. GRACE & COMPANY<br>et al.,<br><br>*Debtors* | In Proceedings For A Reorganization Under Chapter 11<br><br>Case No. 01-01139(PJW)<br><br>Claim # Unknown |
|---|---|

## NOTICE: OF TRANSFER OF CLAIM PURSUANT TO **FRBP RULE 3001 (e) (1)**

To transferor:  BANJO CORPORTIONN
150 BANJO DRIVE
CRAWFORDSVILLE IN 47933

The transfer of your claim as shown above, in the amount of 1,585.46 has been transferred *(unless previously expunged by court order)* to:

Trade-Debt.Net
P.O. Box 1487
West Babylon, NY 11704

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**

**FILE A WRITTEN OBJECTION TO THE TRANSFER** with:

United States Bankruptcy Clerk
District of Delaware
824 Market Street, 5th Fl
Wilmington, DE 19801

**SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.**

Refer to INTERNAL CONTROL NO. _____ in your objection. If you file an objection, a hearing will be scheduled.
**IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT**

---

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid
on _____, 200 ___.
INTERNAL CONTROL NO. _____
Copy: (check) Claims Agent ____ Transferee ____ Debtor's Attorney ____

_____
Deputy Clerk

Trade-Debt.net
PO Box 1487
West Babylon, NY 11704

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF DELAWARE

In re.                              )
                                    )    Case No.01-01139(PJW)
W.R. Grace & Company                )
et al.,                             )
                                    )    Chapter 11
                                    )
                                    )    **NOTICE OF TRANSFER OF CLAIM**
            Debtors.                )    **OTHER THAN FOR SECURITY AND**
                                    )    **WAIVER OF NOTICE.**
                                    )    RULE 3001 (e)

Please take notice that your unsecured claim of **BANJO CORP.** in the amount of **$1,585.46** and all Proofs of Claim have been transferred and assigned other than for security to Trade-Debt.net, Inc. The signature of the Assignor on this form is evidence of transfer of the claims, proofs and all rights thereunder. Assignor does hereby agree to waive notice as described by Bankruptcy Rule 3001 (e) (1).

I, the undersigned assignor of the above described claims, or proofs of claim hereby assign and transfer my claims and all rights thereunder to Trade-Debt.net Inc. upon the terms as set forth in the offer letter received. I assert that the claim of **BANJO CORP.** has not been previously transferred, and that the debtor has not objected to or satisfied this claim. The clerk of the court is authorized to change the address regarding the claim of the assignor to that of the assignee listed below.

ASSIGNOR:
BANJO CORP.
150 BANJO DRIVE CRAWFORDSVILLE IN, 47933

Please print your name: Michael Bowman  Signature: Michael Bowman
Title: Pres.                            Date: 2/27/04
Address: 150 Banjo Dr. Crawfordsville In 47933
(city,state,zip)
Telephone: 765-362-7367  Fax: 765-362-0744  Email: —
Federal Taxpayer ID / Social Security Number   35-1115775
ASSIGNEE:
TRADE-DEBT.NET
P.O. BOX 1487 West Babylon, NY 11704
By: _____

Timothy McGuire

WR Grace04

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| In re:<br><br>W.R. GRACE & COMPANY<br>et al.,<br><br>*Debtors* | In Proceedings For A Reorganization Under Chapter 11<br><br>Case No. 01-01139(PJW)<br><br>Claim # Unknown |
|---|---|

## NOTICE: OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001 (e) (1)

To transferor:   KALAHARI RESORT
    Attn 1305 KALAHARI DRIVE
    PO BOX 590
    WISCONSIN DELLS WI 53965-0590

The transfer of your claim as shown above, in the amount of $1,346.59 as been transferred *(unless previously expunged by court order)* to:

Trade-Debt.Net
P.O. Box 1487
West Babylon, NY 11704

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**

**FILE A WRITTEN OBJECTION TO THE TRANSFER** with:

United States Bankruptcy Clerk
District of Delaware
824 Market Street, 5th Fl
Wilmington, DE 19801

**SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.**

Refer to INTERNAL CONTROL NO. _____ in your objection. If you file an objection, a hearing will be scheduled.
**IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT**

---

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid
on _____ , 200 ___ .
INTERNAL CONTROL NO. _____
Copy: (check)  Claims Agent ____  Transferee ____  Debtor's Attorney ____

_____
Deputy Clerk

Trade-Debt.net
PO Box 1487
West Babylon, NY 11704

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF DELAWARE

In re.

W.R. Grace & Company et al.,

Debtors.

Case No. 01-01139(PJW)

Chapter 11

NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY AND WAIVER OF NOTICE.
RULE 3001 (e)

Please take notice that your unsecured claim of **KALAHARI RESORT** in the amount of **$1,346.59** and all Proofs of Claim have been transferred and assigned other than for security to Trade-Debt.net, Inc. The signature of the Assignor on this form is evidence of transfer of the claims, proofs and all rights thereunder. Assignor does hereby agree to waive notice as described by Bankruptcy Rule 3001 (e) (1).

I, the undersigned assignor of the above described claims, or proofs of claim hereby assign and transfer my claims and all rights thereunder to Trade-Debt.net Inc. upon the terms as set forth in the offer letter received. I assert that the claim of **KALAHARI RESORT** has not been previously transferred, and that the debtor has not objected to or satisfied this claim. The clerk of the court is authorized to change the address regarding the claim of the assignor to that of the assignee listed below.

ASSIGNOR:
KALAHARI RESORT
1305 KALAHARI DR PO BOX 590 WISCONSIN DELLS WI, 53965

Please print your name: Lisha Mathis  Signature: Lisha Mathis
Title: Accounts Receivable    Date: 2/25/04
Address: 1305 Kalahari Dr., WI Dells, WI. 53965
(city,state,zip)                  ext.1024
Telephone: 608-254-5466  Fax: 608-254-4460  Email: lmathis@kalahariresort.com
Federal Taxpayer ID / Social Security Number 39-1939222

ASSIGNEE:
TRADE-DEBT.NET
P.O. BOX 1487 West Babylon, NY 11704
By: _____

Timothy McGuire

WR Grace04