## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | § | **Chapter 11** |
| | § | |
| **W.R. GRACE & CO., et al.,** | § | **Jointly Administered** |
| | § | **Case No. 01-01139 (JKF)** |
| Debtors. | § | |
| | § | |

## FEE AUDITOR'S FINAL REPORT REGARDING
## FEE APPLICATION OF RICHARDSON PATRICK WESTBROOK &
## BRICKMAN, LLC FOR THE TENTH INTERIM PERIOD

This is the final report of Warren H. Smith & Associates, P.C., acting in its capacity as fee auditor in the above-captioned bankruptcy proceedings, regarding the <u>Fee Application of Richardson Patrick Westbrook & Brickman, LLC for the Tenth Interim Period</u> (the "Application").

## BACKGROUND

1.    Richardson Patrick Westbrook & Brickman LLC ("RPWB") was appointed as lead special counsel to ZAI Claimants.  In the Application RPWB seeks approval of fees totaling $317,476.75 and costs totaling $72,160.55 for its services from July 1, 2003, through September 30, 2003.

2.    In conducting this audit and reaching the conclusions and recommendations contained herein, we reviewed in detail the Application in its entirety, including each of the time entries included in the exhibits to the Application, for compliance with 11 U.S.C. § 330, Local Rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, Amended Effective February 1, 2001, and the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. 330, Issued January 30,

1996, (the "Guidelines"), as well as for consistency with precedent established in the United States Bankruptcy Court for the District of Delaware, the United States District Court for the District of Delaware, and the Third Circuit Court of Appeals.  We served on RPWB an initial report based on our review, and received a response from RPWB, portions of which response are quoted herein.

**DISCUSSION**

3.      In our initial report, we noted that per RPWB's Appointment Order, the Court set a total budget for ZAI counsel of $1.5 million in fees and $500,000 in expenses for prosecuting the Science Trial.  On July 28, 2003, the Court entered an Order increasing the budget by $950,000 per side for additional attorney fees and expenses.  RPWB's submitted fees from July 1, 2002, through September 30, 2003, are $1,958,194.75, and its submitted expenses for the same period are $626,700.50, for a total of $2,584,895.25.  Lukins & Annis, P.S. ("Lukins") also represents The ZAI Claimants, and thus falls under the same combined budget limitations prescribed by the Court.  Through September 30, 2003, submitted fees for Lukins are $460,499.00 and submitted expenses are $38,124.85 for a total of $498,619.85.  Elzufon Austin Reardon Tarlov & Mondell, P.A. ("Elzufon") also represents the ZAI Claimants, and is subject to the same cap.  Elzufon's submitted fees from July 23, 2002, through September 30, 2003, are $37,710.50 and its submitted expenses are $11,788.87, for a total of $49,499.37.  The combined submitted totals for RPWB , Lukins and Elzufon through September 30, 2003, are $3,133,014.47.  This figure is $183,014.47 over the total budget figure set by the Court.  We find no language in RPWB's application  referencing a subsequent order from the Court increasing the budget for prosecuting the Science Trial.  We asked RPWB to explain this apparent budget overrun.  RPWB responded as follows:

You are correct that there has been no additional increase in the Science Trial budget

since the July 28, 2003 Order.   We are currently in discussions with Grace concerning the budget situation, but agree that under the current Order, bills in excess of the existing cap are not authorized to be paid.  We have continued to perform the activities we believe necessary to prepare the ZAI Claimants' case and understand we will need to deal with the administrative payment matters.

We appreciate the response.  With no authorization under the existing Order for budget exceptions, we see no choice but to recommend that RPWB's percentage of the present overrun be disallowed.  By our calculations, RPBP's portion of the total ZAI Claimants' budget is 82.51%.   Applied to the present total overage of $183,014.47, that percentage translates to $151,005.24.   Therefore, we recommend a reduction of $151,005.24 in fees.

## CONCLUSION

4.    Thus we recommend approval of fees totaling $166,471.51 ($317,476.75 minus $151,005.24) and costs totaling $72,160.55 for RPWB's services from July 1, 2003, through September 30, 2003.

Respectfully submitted,

**WARREN H. SMITH & ASSOCIATES, P.C.**

By: _____
Warren H. Smith
Texas State Bar No. 18757050

Republic Center
325 N. St. Paul, Suite 4080
Dallas, Texas  75201
214-698-3868
214-722-0081 (fax)
whsmith@whsmithlaw.com

**FEE AUDITOR**

## CERTIFICATE OF SERVICE

I  hereby certify that a true and correct copy of the foregoing document has been served First Class United States mail to the attached service list on this 4th day of February, 2004.

_____
Warren H. Smith

**SERVICE LIST**
Notice Parties

**The Applicant**

Edward J. Westbrook, Esq.
Robert M. Turkewitz, Esq.
Robert S. Wood, Esq.
Richardson Patrick Westbrook & Brickman
174 East Bay Street
Charleston, South Carolina 29401

**Co-Counsel for ZAI Claimants**

William D. Sullivan, Esq.
Charles J. Brown, III, Esq.
Elzufon, Austin, Reardon, Tarlov & Mondell, PA
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE 19899-1630

**The Debtors**

David B. Siegel, Esq.
Sr. V.P. and Gen. Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**Counsel for the Debtors**

James H.M. Sprayregen, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Laura Davis Jones, Esq.
Pachulski, Stang, Ziehl, Young & Jones, P.C.
919 North Market Street, Suite 1600
P.O. Box 8705
Wilmington, DE 19899-8705

**Counsel for the Official Committee of Unsecured Creditors**

Lewis Kruger, Esq
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski, Esq.
Duane Morris & Heckscher
1100 N. Market Street, Suite 1200
Wilmington, De 19801-1246

**Counsel to the Official Committee of Property Damage Claimants**

Scott L. Baena, Esq
Bilzin, Sumberg, Dunn, Baena, Price & Axelrod
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

Michael B. Joseph,Esq.
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

**Counsel to the Official Committee of Personal Injury Claimants**

Elihu Inselbuch, Esq.
Caplin & Drysdale
399 Park Avenue, 36th Floor
New York, NY 10022

Marla R. Eskin
Campbell & Levine, LLC
Suite 300
800 N. King Street
Wilmington, DE  19801

**Official Committee of Equity Holders**

Thomas M. Mayer, Esq.
Kramer Levin Naftalis & Frankel
919 Third Avenue
New York, NY 10022

Teresa K.D. Currier, Esq.
Klett Rooney Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801

**United States Trustee**

Office of the United States Trustee
Frank J. Perch, Esq.
844 King Street, Suite 2311
Wilmington, DE 19801