**EXHIBIT B**

# NELSON
### Nelson Mullins Riley & Scarborough, L.L.P.
# MULLINS

NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
ATTORNEYS AND COUNSELORS AT LAW
TAX ID No. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.  
ATTN: Robert A. Emmett, Esq.  
Senior Environmental Counsel  
7500 Grace Drive  
Columbia, MD 21044  

September 22, 2003  
Invoice 581868  Page 1

| | | |
|---|---|---|
| Our Matter # | 02399/06011 | For Services Through 08/30/03 |
| WR Grace # | 001-KL-721200-00-400107 | |
| Name of Matter: | Enoree Site Management | |

08/08/03  Discussion with Mr. O'Connell concerning water conditions at Enoree (0.4); discussion with Mr. O'Connell and Ms. Betterton at DHEC concerning water issues (0.5); follow-up discussions with Mr. O'Connell regarding response from DHEC (0.4); follow-up calls to DHEC (0.9).
B.F. HAWKINS, JR.                2.20 hrs.    260.00/hr             $572.00

08/08/03  Telephone conversation with Attorney Hawkins and Mr. O'Connell regarding recent Order from DHEC (0.1); receive and review facsimile from Mr. O'Connell for consistency (0.7).
L.J. JENNINGS                     0.80 hrs.    110.00/hr              $88.00

08/11/03  Confer with Attorney Hawkins regarding water issues (0.2); confer with Mr. O'Connell regarding same (0.3); review file on issues (0.2).
R.T. CARLISLE                     0.70 hrs.    240.00/hr             $168.00

**Fees for Legal Services** .................................................................................. **$828.00**

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.F. HAWKINS, JR. | 2.20 | 260.00 | 572.00 |
| R.T. CARLISLE | 0.70 | 240.00 | 168.00 |
| L.J. JENNINGS | 0.80 | 110.00 | 88.00 |
| TOTAL | 3.70 | $223.78 | $828.00 |

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 08/11/2003 | Photocopies 40 Page(s) | 2.00 |
| 08/26/2003 | Telephone 8036489575, | 0.21 |
| **Total Charges for Other Services Provided/Expenses Incurred** ........................ | | **$2.21** |

W. R. Grace & Co.

September 22, 2003
Invoice 581868  Page 2

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Photocopies | 2.00 |
| Telephone | 0.21 |
| TOTAL | $2.21 |

**Net current billing for this invoice** ................................................................. **$830.21**

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 528961 | 10/20/2002 | 146.92 | 28.80 |
| 553417 | 03/18/2003 | 3,115.50 | 3,115.50 |
| 561785 | 05/16/2003 | 4,418.99 | 4,418.99 |
| 566105 | 06/12/2003 | 848.77 | 848.77 |
|  |  | A/R BALANCE | $8,412.06 |

**GRAND TOTAL**................................................................................................. **$9,242.27**

W. R. Grace & Co.

September 22, 2003
Invoice 581868  Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
### NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-1070
TELEPHONE (803) 799-2000

For Services Through 08/30/03

Our Matter # 02399/06011
Enoree Site Management

| | |
|---|---|
| Fees for Professional Services | $828.00 |
| Charges for Other Services Provided/Expenses Incurred | 2.21 |
| **Net current billing for this invoice** | **$830.21** |

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 528961 | 10/20/2002 | 146.92 | 28.80 |
| 553417 | 03/18/2003 | 3,115.50 | 3,115.50 |
| 561785 | 05/16/2003 | 4,418.99 | 4,418.99 |
| 566105 | 06/12/2003 | 848.77 | 848.77 |
| | TOTAL A/R BALANCE | | $8,412.06 |

**GRAND TOTAL** ................................................................................................. **$9,242.27**

### WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC