**EXHIBIT C**

# NELSON

Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
ATTORNEYS AND COUNSELORS AT LAW
TAX ID No. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.                                              September 22, 2003
ATTN: Lydia Duff, Esq.                                         Invoice 581866 Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

Our Matter #           02399/06030                    For Services Through 08/30/03
WR Grace #             032-KL-721400-00-5250472
Name of Matter:        Aiken-Title V Permit App. Iss

| | | | | |
|---|---|---|---|---|
| 08/20/03 | Confer with Attorney Hawkins regarding permit issues. | | | |
| | R.T. CARLISLE | 0.20 hrs. | 240.00/hr | $48.00 |
| 08/27/03 | Review Title V permit questions. | | | |
| | B.F. HAWKINS, JR. | 0.40 hrs. | 260.00/hr | $104.00 |
| 08/27/03 | Confer with Mr. Fishel regarding routine reporting requirements and identify issues relating to same for Attorney Hawkins. | | | |
| | R.T. CARLISLE | 0.30 hrs. | 240.00/hr | $72.00 |
| 08/29/03 | Collate materials requested from Attorney Carlisle (0.3); discuss same with her (0.1). | | | |
| | L.J. JENNINGS | 0.40 hrs. | 110.00/hr | $44.00 |

**Fees for Legal Services** ...................................................................................    **$268.00**

## BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.F. HAWKINS, JR. | 0.40 | 260.00 | 104.00 |
| R.T. CARLISLE | 0.50 | 240.00 | 120.00 |
| L.J. JENNINGS | 0.40 | 110.00 | 44.00 |
| TOTAL | 1.30 | $206.15 | $268.00 |

W. R. Grace & Co.

September 22, 2003
Invoice 581866  Page 2

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 08/29/2003    Photocopies 92 Page(s) | | 4.60 |
| **Total Charges for Other Services Provided/Expenses Incurred** ..................................... | | **$4.60** |

### DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Photocopies | 4.60 |
| TOTAL | $4.60 |

**Net current billing for this invoice** .......................................................................    **$272.60**

| ACCOUNTS RECEIVABLE RECAP | | | |
|---|---|---|---|
| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
| 528962 | 10/20/2002 | 4,258.97 | 1,659.36 |
| | | A/R BALANCE | $1,659.36 |

**GRAND TOTAL**...........................................................................................................    **$1,931.96**

W. R. Grace & Co.

September 22, 2003
Invoice 581866  Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-1070
TELEPHONE (803) 799-2000

For Services Through 08/30/03

Our Matter # 02399/06030
Aiken-Title V Permit App. Iss

---

| | |
|---|---|
| Fees for Professional Services | $268.00 |
| Charges for Other Services Provided/Expenses Incurred | 4.60 |
| **Net current billing for this invoice** .................................................................. | **$272.60** |

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 528962 | 10/20/2002 | 4,258.97 | 1,659.36 |
| | TOTAL A/R BALANCE | | $1,659.36 |

**GRAND TOTAL**............................................................................................................... **$1,931.96**

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC