**EXHIBIT D**

# NELSON MULLINS



Nelson Mullins Riley & Scarborough, L.L.P.

NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW
TAX ID No. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.  
ATTN: Lydia Duff, Esq.  
Senior Environmental Counsel  
7500 Grace Drive  
Columbia, MD 21044

September 22, 2003  
Invoice 582315  Page 1

| Our Matter # | 02399/06031 | For Services Through 08/30/03 |
|---|---|---|
| WR Grace # | 001-KL-721490-01-501560 | |
| Name of Matter: | Li Tungsten | |

| | | | | |
|---|---|---|---|---|
| 08/01/03 | Consider impact of developments and changes in case status and provide input on same to Attorney Melchers. | | | |
| | B.F. HAWKINS, JR. | 0.40 hrs. | 260.00/hr | $104.00 |
| 08/01/03 | Review memo from PRP counsel regarding fellow PRP counsel (0.1); discuss impacts of same with Attorney Carlisle (0.3); research information on other PRP counsel (0.8); analyze impact of developments and discuss same with Attorney Hawkins (0.4); prepare memo to Ms. Duff regarding impacts (0.5). | | | |
| | J.M. MELCHERS | 2.10 hrs. | 240.00/hr | $504.00 |
| 08/01/03 | Review research memos from Mr. Stafford regarding several claims analysis issues. | | | |
| | J.M. MELCHERS | 0.70 hrs. | 240.00/hr | $168.00 |
| 08/04/03 | Prepare for (0.8) and conference call with Mesdames Baer and Duff and Mr. Corcoran regarding potential claims issues (0.7); analyze next steps regarding negotiations (1.1); telephone call with Ms. Smith regarding forum issues (0.2). | | | |
| | J.M. MELCHERS | 2.80 hrs. | 240.00/hr | $672.00 |
| 08/05/03 | Extended telephone conference with Ms. Smith regarding forum issues (0.7); notes on same (0.1); research background and prepare memorandum to Ms. Duff regarding forum issues (0.7); prepare memo to Ms. Smith and review response (0.3). | | | |
| | J.M. MELCHERS | 1.80 hrs. | 240.00/hr | $432.00 |
| 08/06/03 | Review response from Ms. Duff regarding forum issues (0.1); review research regarding potential claims analysis issues (1.9); prepare memo to Attorney Carlisle regarding additional research (0.2). | | | |
| | J.M. MELCHERS | 2.20 hrs. | 240.00/hr | $528.00 |
| 08/08/03 | Telephone conference with Ms. Duff regarding PRP issues and impacts of same. | | | |
| | J.M. MELCHERS | 0.20 hrs. | 240.00/hr | $48.00 |
| 08/11/03 | Review site documents in preparation for potential witness interview. | | | |
| | J.M. MELCHERS | 2.80 hrs. | 240.00/hr | $672.00 |

W. R. Grace & Co.

September 22, 2003
Invoice 582315  Page 2

| Date | Description | | | Amount |
|---|---|---|---|---|
| 08/11/03 | Review notes for PRP conference call and evaluate for negotiation follow-up.<br>J.M. MELCHERS | 0.80 hrs. | 240.00/hr | $192.00 |
| 08/12/03 | Review, analyze and revise memo regarding claims analysis.<br>J.M. MELCHERS | 2.70 hrs. | 240.00/hr | $648.00 |
| 08/13/03 | Evaluate documents regarding claims analysis and strategy.<br>J.M. MELCHERS | 1.30 hrs. | 240.00/hr | $312.00 |
| 08/19/03 | Review documents and prepare draft statement for negotiation (2.3); prepare memo regarding claims and analysis issues (0.4); conference with Attorney Carlisle regarding potential witness issues (0.1).<br>J.M. MELCHERS | 2.80 hrs. | 240.00/hr | $672.00 |
| 08/20/03 | Evaluation of file materials for claims analysis.<br>J.M. MELCHERS | 3.20 hrs. | 240.00/hr | $768.00 |
| 08/23/03 | Review and provide input on status of site analysis and actions forward.<br>B.F. HAWKINS, JR. | 1.10 hrs. | 260.00/hr | $286.00 |
| 08/26/03 | Review documents for claims analysis.<br>J.M. MELCHERS | 1.30 hrs. | 240.00/hr | $312.00 |
| 08/27/03 | Review of documents for analysis of claims issues.<br>J.M. MELCHERS | 1.80 hrs. | 240.00/hr | $432.00 |
| 08/27/03 | Additional work on identifying information to be obtained to address potential claims issues.<br>R.T. CARLISLE | 3.60 hrs. | 240.00/hr | $864.00 |
| 08/28/03 | Continue work on identifying additional information needed to address potential claims issues.<br>R.T. CARLISLE | 2.00 hrs. | 240.00/hr | $480.00 |
| 08/29/03 | Review status update on activity.<br>B.F. HAWKINS, JR. | 0.30 hrs. | 260.00/hr | $78.00 |
| 08/29/03 | Confer with Attorney Carlisle regarding issues and documents for claims analysis (0.2); review documents for same (0.7); review memo from her regarding issues to address in claims analysis research and investigation (0.3).<br>J.M. MELCHERS | 1.20 hrs. | 240.00/hr | $288.00 |
| 08/29/03 | Review files relating to potential claim issues (2.8); revise list of information to be obtained to respond to potential claim issues (1.6); inform Attorney Melchers of approach as to information to be obtained and schedule relating to same (0.2).<br>R.T. CARLISLE | 4.60 hrs. | 240.00/hr | $1,104.00 |

**Fees for Legal Services** ................................................................................................ **$9,564.00**

W. R. Grace & Co.

September 22, 2003
Invoice 582315  Page 3

## BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| J.M. MELCHERS | 27.70 | 240.00 | 6,648.00 |
| B.F. HAWKINS, JR. | 1.80 | 260.00 | 468.00 |
| R.T. CARLISLE | 10.20 | 240.00 | 2,448.00 |
| TOTAL | 39.70 | $240.91 | $9,564.00 |

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| 08/01/2003 | Photocopies 515 Page(s) | 25.75 |
|---|---|---|
| 08/04/2003 | Photocopies 3 Page(s) | 0.15 |
| 08/04/2003 | Photocopies 41 Page(s) | 2.05 |
| 08/08/2003 | Telephone 1-410-531-4210 | 2.09 |
| 08/11/2003 | VENDOR: PACER Service Center; INVOICE#: 070903; DATE: 8/11/2003 - Acct.#NM0003 | 1.12 |
| 08/22/2003 | Photocopies 6 Page(s) | 0.30 |
| 08/26/2003 | VENDOR: LexisNexis CourtLink, Inc.; INVOICE#: EA-113450; DATE: 8/26/2003 | 839.68 |
| 08/28/2003 | Photocopies 15 Page(s) | 0.75 |
| 08/29/2003 | Photocopies 18 Page(s) | 0.90 |
| **Total Charges for Other Services Provided/Expenses Incurred** | | **$872.79** |

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Photocopies | 29.90 |
| Outside Services | 840.80 |
| Telephone | 2.09 |
| TOTAL | $872.79 |

Net current billing for this invoice ........................................................................ $10,436.79

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 561786 | 05/16/2003 | 706.50 | 706.50 |
| 566106 | 06/12/2003 | 4,354.27 | 4,354.27 |
| 573763 | 08/01/2003 | 16,707.73 | 16,707.73 |
| 578253 | 08/29/2003 | 31,429.92 | 31,429.92 |
|  |  | A/R BALANCE | $53,198.42 |

**GRAND TOTAL** ........................................................................................... **$63,635.21**

W. R. Grace & Co.

September 22, 2003
Invoice 582315  Page 4

### REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
**NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.**
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-1070
TELEPHONE (803) 799-2000

For Services Through 08/30/03

Our Matter # 02399/06031
Li Tungsten

| | |
|---|---|
| Fees for Professional Services | $9,564.00 |
| Charges for Other Services Provided/Expenses Incurred | 872.79 |
| **Net current billing for this invoice** | **$10,436.79** |

| ACCOUNTS RECEIVABLE RECAP | | | |
|---|---|---|---|
| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
| 561786 | 05/16/2003 | 706.50 | 706.50 |
| 566106 | 06/12/2003 | 4,354.27 | 4,354.27 |
| 573763 | 08/01/2003 | 16,707.73 | 16,707.73 |
| 578253 | 08/29/2003 | 31,429.92 | 31,429.92 |
| | TOTAL A/R BALANCE | | $53,198.42 |

**GRAND TOTAL** ......................................................................................................... **$63,635.21**

### WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC