**EXHIBIT E**

# NELSON
### Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
ATTORNEYS AND COUNSELORS AT LAW
TAX ID No. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.                                             September 18, 2003
ATTN: Lydia Duff, Esq.                                        Invoice 581867 Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

Our Matter #         02399/06032                    For Services Through 08/30/03
WR Grace #           063-KL-721490-01-0501221
Name of Matter:      Charleston

| | | | | |
|---|---|---|---|---|
| 08/22/03 | Review and comment on draft technical memorandum on wetlands delineation, in consultation with Attorney Smith. | | | |
| | R.T. CARLISLE | 3.10 hrs. | 240.00/hr | $744.00 |
| 08/23/03 | Review issues related to response to DHEC on work plan comments. | | | |
| | B.F. HAWKINS, JR. | 1.80 hrs. | 260.00/hr | $468.00 |
| 08/23/03 | Review Remedial Design Work Plan and related correspondence (1.2); evaluate same with Attorney Hawkins (0.7); outline for client meeting (0.9). | | | |
| | R.T. CARLISLE | 2.80 hrs. | 240.00/hr | $672.00 |
| 08/25/03 | Review information in preparation for conference call on discussion of response to DHEC comments on work plan (1.3); discuss research questions with Attorney Carlisle (0.3); conference call with Ms. Duff, Mr. Bucens, Mr. Obradovic and RMT representatives to review response to DHEC comments on Work Plan (0.5). | | | |
| | B.F. HAWKINS, JR. | 2.10 hrs. | 260.00/hr | $546.00 |
| 08/25/03 | Research regarding GIS technologies and provide information to Attorney Carlisle regarding information from previous site. | | | |
| | J.M. MELCHERS | 1.90 hrs. | 240.00/hr | $456.00 |
| 08/25/03 | Review related remedial design work plan and confer with client representatives and Attorney Hawkins regarding same. | | | |
| | R.T. CARLISLE | 4.10 hrs. | 240.00/hr | $984.00 |

**Fees for Legal Services** ......................................................................................... **$3,870.00**

## BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| J.M. MELCHERS | 1.90 | 240.00 | 456.00 |
| B.F. HAWKINS, JR. | 3.90 | 260.00 | 1,014.00 |

W. R. Grace & Co.

September 18, 2003
Invoice 581867  Page 2

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| R.T. CARLISLE | 10.00 | 240.00 | 2,400.00 |
| TOTAL | 15.80 | $244.94 | $3,870.00 |

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| 08/11/2003 | Photocopies 14 Page(s) | 0.70 |
|---|---|---|
| 08/11/2003 | Photocopies 6 Page(s) | 0.30 |
| 08/29/2003 | Photocopies 10 Page(s) | 0.50 |
| **Total Charges for Other Services Provided/Expenses Incurred** ..................................... | | **$1.50** |

### DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Photocopies | 1.50 |
| TOTAL | $1.50 |

**Net current billing for this invoice** ....................................................................... **$3,871.50**

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 523730 | 09/23/2002 | 4,117.61 | 4,117.61 |
| 528963 | 10/20/2002 | 1,344.55 | 1,344.55 |
| 532720 | 11/12/2002 | 4,527.42 | 898.40 |
| 538208 | 12/13/2002 | 1,553.30 | 303.20 |
| 545000 | 01/24/2003 | 7,344.80 | 7,344.80 |
| 557816 | 04/16/2003 | 861.49 | 440.38 |
| 561787 | 05/16/2003 | 725.30 | 131.95 |
| 577208 | 08/19/2003 | 326.98 | 326.98 |
|  | A/R BALANCE | | $14,907.87 |

**GRAND TOTAL**.................................................................................................... **$18,779.37**

W. R. Grace & Co.

September 18, 2003
Invoice 581867  Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-1070
TELEPHONE (803) 799-2000

For Services Through 08/30/03

Our Matter # 02399/06032
Charleston

---

| | | |
|---|---|---|
| Fees for Professional Services | $3,870.00 | |
| Charges for Other Services Provided/Expenses Incurred | 1.50 | |
| Net current billing for this invoice ................................................................ | | **$3,871.50** |

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 523730 | 09/23/2002 | 4,117.61 | 4,117.61 |
| 528963 | 10/20/2002 | 1,344.55 | 1,344.55 |
| 532720 | 11/12/2002 | 4,527.42 | 898.40 |
| 538208 | 12/13/2002 | 1,553.30 | 303.20 |
| 545000 | 01/24/2003 | 7,344.80 | 7,344.80 |
| 557816 | 04/16/2003 | 861.49 | 440.38 |
| 561787 | 05/16/2003 | 725.30 | 131.95 |
| 577208 | 08/19/2003 | 326.98 | 326.98 |
| | TOTAL A/R BALANCE | | $14,907.87 |

**GRAND TOTAL**.................................................................................................................. **$18,779.37**

### WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC