**EXHIBIT F**

# NELSON
### Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
ATTORNEYS AND COUNSELORS AT LAW
TAX ID NO. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.  
ATTN: Lydia Duff, Esq.  
Senior Environmental Counsel  
7500 Grace Drive  
Columbia, MD 21044

October 2, 2003  
Invoice 582863 Page 1

Our Matter #         02399/06091                                For Services Through 08/30/03  
Name of Matter:     Fee Applications

| Date | Description | | | |
|---|---|---|---|---|
| 08/01/03 | Review memo and edit attachments for June Fee Application (1.1); prepare memo to Attorney Burn regarding May and June Monthly Fee Applications (0.1). | | | |
| | J.M. MELCHERS | 1.20 hrs. | 240.00/hr | $288.00 |
| 08/04/03 | Review invoices and draft correspondence to Ms. Duff and Mr. Emmett (0.4); edit drafts for privilege issues (0.5); review draft applications (0.8); prepare memo to Attorney Burn regarding status of preparation of various applications (0.2). | | | |
| | J.M. MELCHERS | 1.90 hrs. | 240.00/hr | $456.00 |
| 08/04/03 | File review for April invoices sent to client and discuss same with Attorney Melchers. | | | |
| | L.J. JENNINGS | 0.50 hrs. | 110.00/hr | $55.00 |
| 08/05/03 | Finalize and send out letters and attachments to Ms. Duff and Mr. Emmett (0.7); review memo from Attorney Burn (0.2); review court guidelines regarding questions addressing fee application and invoice procedures (0.9). | | | |
| | J.M. MELCHERS | 1.80 hrs. | 240.00/hr | $432.00 |
| 08/05/03 | Review April Fee Application and update Attorney Melchers on status. | | | |
| | B.J. BURN | 0.20 hrs. | 180.00/hr | $36.00 |
| 08/05/03 | Receive, review and update file with correspondence between counsel regarding April 2003 Fee Application. | | | |
| | L.J. JENNINGS | 0.10 hrs. | 110.00/hr | $11.00 |
| 08/07/03 | Follow up on status of outstanding Fee Applications. | | | |
| | B.J. BURN | 0.10 hrs. | 180.00/hr | $18.00 |
| 08/08/03 | Telephone conference with Ms. Ferdinand regarding Fee Applications and information needed for Summary Chart of Seventh Quarterly Application and notes on same (0.2); prepare action list regarding Fee Application work needed (0.5); research regarding Seventh Quarterly Application status (0.9); assignment to Paralegal Jennings regarding PACER search and file review (0.3); review filing documents with her regarding same (0.4); review memo from her regarding results of investigation (0.2). | | | |
| | J.M. MELCHERS | 2.50 hrs. | 240.00/hr | $600.00 |

W. R. Grace & Co.
October 2, 2003
Invoice 582863  Page 2

| Date | Description | | | |
|---|---|---|---|---|
| 08/08/03 | Telephone conference with Ms. Duff regarding previously submitted invoices and request for re-organization of same (0.3); discuss Fee Application procedures, review memo from Mr. Port forwarded by Ms. Duff (0.2); review report and draft for March Fee Application and past submittal information needed from Court (0.9). | | | |
| | J.M. MELCHERS | 1.40 hrs. | 240.00/hr | $336.00 |
| 08/09/03 | Review memos from Attorney Burn regarding Fee Application status and PACER search. | | | |
| | J.M. MELCHERS | 0.20 hrs. | 240.00/hr | $48.00 |
| 08/11/03 | Review memo regarding Fee Application documents from Mr. Cleary (0.1); review and respond to request regarding next steps on April and May Monthly Fee Applications (0.2); review and edit draft application for April (0.5); review and respond to memos regarding same (0.2); prepare memo to Attorney Burn regarding information on payment status charts (0.1). | | | |
| | J.M. MELCHERS | 1.10 hrs. | 240.00/hr | $264.00 |
| 08/11/03 | Work on fee application issues regarding April Fee Application, quarterly fee application, research missing fee application and telephone conference with auditor's counsel regarding missing fee application and other issues. | | | |
| | B.J. BURN | 1.00 hrs. | 180.00/hr | $180.00 |
| 08/11/03 | Track filings related to Sixth Quarterly filings of 2002 in order to prepare current fee application and ensure pending amounts are correct and discuss same with Attorney Melchers. | | | |
| | L.J. JENNINGS | 0.80 hrs. | 110.00/hr | $88.00 |
| 08/11/03 | Work with AA Johnson to compile bills to make changes for Fee Application. | | | |
| | L.J. JENNINGS | 0.50 hrs. | 110.00/hr | $55.00 |
| 08/12/03 | Review and respond to several memos regarding partial payments and allocation of same for Fee Application charts (0.5); review documents for April Fee Application (0.7); and follow-up regarding preparation of outstanding Quarterly and Monthly Fee Applications (0.6); several conferences with Paralegal Jennings regarding proper preparation of documents and rules from court (0.4). | | | |
| | J.M. MELCHERS | 2.20 hrs. | 240.00/hr | $528.00 |
| 08/12/03 | Telephone calls to and from Attorney Melchers and staff regarding edits to April Fee Application and other billing issues. | | | |
| | B.J. BURN | 0.20 hrs. | 180.00/hr | $36.00 |
| 08/12/03 | Review bankruptcy docket to create information time line including dates of filings in 2001, 2002 and 2003. | | | |
| | L.J. JENNINGS | 3.50 hrs. | 110.00/hr | $385.00 |
| 08/13/03 | Review and revise April Fee Application and attachments (0.7); phone message to Attorney Burn regarding same and review reply (0.2). | | | |
| | J.M. MELCHERS | 0.90 hrs. | 240.00/hr | $216.00 |
| 08/15/03 | Review memo and attachments from Ms. Ferdinand regarding Project Category Summary Reports for Eighth Quarter (0.6); review memos regarding April Fee Application review and preparation (0.2); prepare memo regarding request for Project Category Summary Reports for Eighth Quarter (0.2); telephone conference with Ms. Ferdinand and follow-up e-mail to her (0.2); telephone conference with Attorney Burn regarding April Fee Application filing and review memos from her regarding same to Ms. Cuniff and Mr. Bossay (0.3); prepare message to Mr. Port (0.1). | | | |
| | J.M. MELCHERS | 1.60 hrs. | 240.00/hr | $384.00 |

W. R. Grace & Co.

October 2, 2003
Invoice 582863  Page 3

| Date | Description | | | |
|---|---|---|---|---|
| 08/18/03 | Work on documentation for May and June Fee Applications and follow-up regarding previous filings status. | | | |
| | J.M. MELCHERS | 1.10 hrs. | 240.00/hr | $264.00 |
| 08/18/03 | Begin update of Summary Progress Report for review by auditor and discuss same with AA Johnson and Attorney Burn. | | | |
| | L.J. JENNINGS | 0.70 hrs. | 110.00/hr | $77.00 |
| 08/19/03 | Telephone conference with Mr. Port regarding Fee Application filings and notes on same (0.3); prepare memo to Attorney Burn regarding CNOs and Eighth Quarterly Fee Application (0.2); analysis of documentation on past filings and issues for accurately charting status of same in present applications (0.9); several conferences with Paralegal Jennings regarding analysis, filings and next steps (0.6); docket review (0.3). | | | |
| | J.M. MELCHERS | 2.30 hrs. | 240.00/hr | $552.00 |
| 08/19/03 | Review file materials, including previously filed fee applications, as well as previous summary reports, in order to update Project Summary Report through Cumulative Seventh Quarterly information for fee auditor. | | | |
| | L.J. JENNINGS | 5.80 hrs. | 110.00/hr | $638.00 |
| 08/20/03 | Review memo from Attorney Burn regarding March CONO and respond to same (0.2); review memos regarding the Jan.-Mar. Cumulative Report requested by Ms. Ferdinand and respond to same (0.3); review and revise Eighth Quarterly Fee Application (1.6); review and revise draft Jan.-Mar. Cumulative Report and prepare memo to Ms. Ferdinand with final draft (0.5); review memo to local counsel regarding filing of CONOs (0.1); prepare memo regarding changes and information needed on Eighth Quarterly Fee Application (0.4). | | | |
| | J.M. MELCHERS | 3.10 hrs. | 240.00/hr | $744.00 |
| 08/20/03 | Revise and edit Expense and Fee Chart for Quarterly Fee Report (0.5); research docket for March CONO and follow up with local counsel on same (0.3). | | | |
| | B.J. BURN | 0.80 hrs. | 180.00/hr | $144.00 |
| 08/20/03 | Discuss Summary Spreadsheet with Attorney Burn, then revise and complete same through "Seventh Quarterly" in order to send to Auditor. | | | |
| | L.J. JENNINGS | 0.80 hrs. | 110.00/hr | $88.00 |
| 08/21/03 | Review status of filings and prepare memo to Attorney Burn regarding status of the CONO for March and hearing for the Jan-March Fee Application (0.6); review memo from Ms. Ferdinand regarding invoice review summary (0.1); inquiries and memos regarding summary (0.6) and review documentation to determine same (.3). | | | |
| | J.M. MELCHERS | 1.60 hrs. | 240.00/hr | $384.00 |
| 08/21/03 | Prepare memo and review responses regarding preparation of Fee Applications (0.5); review and revise corrected summary report and documentation for same (0.6); prepare memo to Ms. Ferdinand regarding revised report and proper titling of applications (0.2); review and revise Eighth Quarterly Fee Application (0.7); telephone conference with Mr. Port regarding filing procedures and status and prepare notes regarding same (0.5). | | | |
| | J.M. MELCHERS | 2.50 hrs. | 240.00/hr | $600.00 |
| 08/21/03 | Edit and revise Seventh Quarterly Fee Application (0.7); follow up on status of March CONO and other billing issues with local counsel (0.3). | | | |
| | B.J. BURN | 1.00 hrs. | 180.00/hr | $180.00 |
| 08/21/03 | Prepare Monthly Fee Application for May 1 through May 31, 2003 and correspond with Attorney Melchers and Attorney Burn regarding same. | | | |
| | L.J. JENNINGS | 2.50 hrs. | 110.00/hr | $275.00 |

W. R. Grace & Co.

October 2, 2003
Invoice 582863  Page 4

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/21/03 | Prepare Monthly Fee Application for June 1 through June 30, 2003 and discuss same with Attorney Melchers. | L.J. JENNINGS | 2.00 hrs. | 110.00/hr | $220.00 |
| 08/21/03 | Prepare Ninth Quarterly Fee Application (covering months April through June 2003) then discuss same with Attorney Melchers. | L.J. JENNINGS | 2.30 hrs. | 110.00/hr | $253.00 |
| 08/22/03 | Review memo from Attorney Burn regarding Seventh Quarterly Fee Application and memos and attachments from Paralegal Jennings regarding same (0.3); review and revise May Fee Application (1.1). | J.M. MELCHERS | 1.40 hrs. | 240.00/hr | $336.00 |
| 08/22/03 | Review and revise June Fee Application and court documents (1.2); review and revise Quarterly Fee Application for April - June and confer with Paralegal Jennings regarding same (1.6); prepare action memo regarding changes and additional steps and data needed for May, June and Quarterly Fee Applications (0.6). | J.M. MELCHERS | 3.40 hrs. | 240.00/hr | $816.00 |
| 08/22/03 | Follow up with local counsel on Quarterly Fee Application that needs to be rescheduled (0.1); review and forward for filing Seventh Quarterly Fee Application (0.2). | B.J. BURN | 0.30 hrs. | 180.00/hr | $54.00 |
| 08/22/03 | Review and revise May 2003 and June 2003 Monthly Fee Applications upon review of Attorneys Melchers and Burn, as well as revise Summary Progress Report with correction of expenses, and cumulative total. | L.J. JENNINGS | 1.20 hrs. | 110.00/hr | $132.00 |
| 08/22/03 | Revise Progress Summary Report with corrected total for travel time and match to May and June Monthly Fee Applications and discuss same with Attorney Melchers. | L.J. JENNINGS | 0.30 hrs. | 110.00/hr | $33.00 |
| 08/24/03 | Edit and review May, June, and Eighth Quarterly Fee Applications and follow up on filing date of April Fee Application and date Seventh Quarterly Fee Application forwarded for filing. | B.J. BURN | 0.60 hrs. | 180.00/hr | $108.00 |
| 08/25/03 | Review memo from Ms. Ferdinand regarding Quarterly filings and memo from Paralegal Jennings regarding Seventh Quarterly filing (0.2); review memo from Attorney Burn regarding communications from Mr. Bossay and status of Quarterly filings (0.1); review draft spreadsheet from Ms. Ferdinand and prepare memo regarding same (0.3); review documents regarding Ninth Quarterly filing and attachments for July Application (0.7); review memos from Attorney Burn regarding Eighth Quarterly Fee Application and prepare memo to her regarding hearing date (0.3). | J.M. MELCHERS | 1.60 hrs. | 240.00/hr | $384.00 |
| 08/25/03 | Telephone call to auditor's office to discuss questions regarding Seventh and Eighth Quarterly Fee Applications (0.1); discussion with Paralegal Jennings regarding corrections needed on same (0.2); review and forward filings to local counsel for filing (0.2) | B.J. BURN | 0.50 hrs. | 180.00/hr | $90.00 |

W. R. Grace & Co.

October 2, 2003
Invoice 582863  Page 5

| Date | Description | | | |
|---|---|---|---|---|
| 08/25/03 | Make final revisions to June Fee Application per request of Attorney Burn, then discuss same with Attorney Melchers and Attorney Hawkins (0.9); edit quarterly report to be titled Eighth, not Seventh, per request of Attorney Burn (0.2); revise Progress Summary Report to reflect proper titles for Eighth Quarterly Report (0.1); receive correspondence from auditor's office attaching chart for filing, then review dollar amounts for accuracy (0.2); prepare correspondence to Mr. Bossay re-sending electronic version of Eighth Quarterly materials (0.1); then save email onto Grace "Eighth Quarterly" folder (0.1); save correspondence to Ms. Cuniff attaching pdf form of Eighth Quarterly to proper folder (0.1); discuss whether to file Ninth Quarterly now or after return of CNOs with Attorney Melchers and Attorney Burn (0.2).  L.J. JENNINGS | 1.90 hrs. | 110.00/hr | $209.00 |
| 08/26/03 | Begin preparation of July 2003 Fee Application (1.0); discuss email delivery of Eighth quarterly with Attorney Burn (0.1).  L.J. JENNINGS | 1.10 hrs. | 110.00/hr | $121.00 |
| 08/26/03 | Review memo from Attorney Burn regarding court hearing (0.1); review documents for July filing and confer with Paralegal Jennings on preparation of same (0.7).  J.M. MELCHERS | 0.80 hrs. | 240.00/hr | $192.00 |
| 08/27/03 | Complete draft of July 2003 Fee Application (1.1); correspond with Attorneys Melchers and Burn regarding July 2003 Fee Application (0.2); revise July 2003 Fee Application to add Attorney Burn as new timekeeper (0.2); confer with Attorney Melchers regarding review (0.1); revise time used to prepare fee application upon receipt of same from Attorneys Melchers and Burn (0.2).  L.J. JENNINGS | 1.80 hrs. | 110.00/hr | $198.00 |
| 08/28/03 | Review May and June filings memos and confer with Paralegal Jennings regarding same.  J.M. MELCHERS | 0.30 hrs. | 240.00/hr | $72.00 |
| 08/28/03 | Review and edit July Fee Application (0.2); review and reply to email request from auditor (0.1).  B.J. BURN | 0.30 hrs. | 180.00/hr | $54.00 |
| 08/28/03 | Discuss finalized version of July 2003 Fee Application with Attorney Burn.  L.J. JENNINGS | 0.10 hrs. | 110.00/hr | $11.00 |
| 08/28/03 | Discuss May and June 2003 Fee Applications with Attorney Burn (0.2); edit "emailed for filing" dates on both (0.3); prepare documents to be scanned and sent to Mr. Puchalski (0.3).  L.J. JENNINGS | 0.80 hrs. | 110.00/hr | $88.00 |
| 08/29/03 | Review memo from Ms. Galbraith regarding case administration order issues pertaining to Quarterly Fee Applications, review documents and Attorney Burn's response (0.2); review memo regarding May and June Applications (0.1); review and edit July Fee Application (0.8); conference with Attorney Hawkins regarding auditor and payment issues (0.3); review and revise Ninth Quarterly Fee Application and confer with Paralegal Jennings regarding same (1.6).  J.M. MELCHERS | 3.00 hrs. | 240.00/hr | $720.00 |
| 08/29/03 | Edit and review Nineth Quarterly Fee Application (0.2); review and respond to inquiries from local counsel on May, June, and Eighth Quarterly Fee Applications (0.1).  B.J. BURN | 0.30 hrs. | 180.00/hr | $54.00 |
| 08/29/03 | Discuss Ninth Quarterly Fee Application with Attorney Burn (0.3); revise same by adding footnote regarding "missing" Seventh Quarterly Fee Application (0.1); prepare fee application for Attorney Melchers' review (0.2).  L.J. JENNINGS | 0.60 hrs. | 110.00/hr | $66.00 |

W. R. Grace & Co.

October 2, 2003
Invoice 582863   Page 6

**Fees for Legal Services** ......................................................................................... **$12,573.00**

### BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| J.M. MELCHERS | 35.90 | 240.00 | 8,616.00 |
| B.J. BURN | 5.30 | 180.00 | 954.00 |
| L.J. JENNINGS | 27.30 | 110.00 | 3,003.00 |
| TOTAL | 68.50 | 183.55 | 12,573.00 |

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| Date | Description | Amount |
|---|---|---|
| 08/05/2003 | Photocopies 4 Page(s) | 0.20 |
| 08/08/2003 | Telephone 1-214-698-3868 | 0.90 |
| 08/11/2003 | VENDOR: PACER Service Center; INVOICE#: 070903; DATE: 8/11/2003 - Acct.#NM0003 | 9.03 |
| 08/11/2003 | Photocopies 78 Page(s) | 3.90 |
| 08/14/2003 | Photocopies 21 Page(s) | 1.05 |
| 08/19/2003 | Photocopies 18 Page(s) | 0.90 |
| 08/19/2003 | Photocopies 21 Page(s) | 1.05 |
| 08/19/2003 | Photocopies 2 Page(s) | 0.10 |
| 08/20/2003 | Photocopies 91 Page(s) | 4.55 |
| 08/21/2003 | Photocopies 11 Page(s) | 0.55 |
| 08/21/2003 | Photocopies 14 Page(s) | 0.70 |
| 08/21/2003 | Photocopies 16 Page(s) | 0.80 |
| 08/21/2003 | Photocopies 29 Page(s) | 1.45 |
| 08/21/2003 | Photocopies 21 Page(s) | 1.05 |
| 08/21/2003 | Photocopies 1 Page(s) | 0.05 |
| 08/25/2003 | Photocopies 12 Page(s) | 0.60 |
| 08/25/2003 | Telephone 2146983868, | 0.94 |
| 08/25/2003 | Telephone 2146983868, | 9.39 |
| 08/26/2003 | Photocopies 27 Page(s) | 1.35 |
| 08/27/2003 | Photocopies 4 Page(s) | 0.20 |
| 08/28/2003 | Photocopies 51 Page(s) | 2.55 |
| 08/29/2003 | Photocopies 51 Page(s) | 2.55 |
| 08/29/2003 | Photocopies 22 Page(s) | 1.10 |
| 08/29/2003 | Photocopies 130 Page(s) | 6.50 |

**Total Charges for Other Services Provided/Expenses Incurred** ....................... **$51.46**

### DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Photocopies | 31.20 |
| Outside Services | 9.03 |
| Telephone | 11.23 |
| TOTAL | $51.46 |

**Net current billing for this invoice** ....................................................................... **$12,624.46**

W. R. Grace & Co.

October 2, 2003
Invoice 582863  Page 7

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 518011 | 08/15/2002 | 8,627.57 | 1,684.10 |
| 523731 | 09/18/2002 | 3,785.51 | 740.40 |
| 528964 | 10/22/2002 | 5,243.32 | 1,029.60 |
| 533401 | 11/18/2002 | 3,562.00 | 705.10 |
| 538209 | 12/18/2002 | 2,804.99 | 2,804.99 |
| 545861 | 01/24/2003 | 1,950.69 | 1,950.69 |
| 549990 | 02/24/2003 | 1,845.08 | 1,845.08 |
| 553420 | 03/18/2003 | 1,021.63 | 1,021.63 |
| 557815 | 04/16/2003 | 1,999.08 | 1,999.08 |
| 561788 | 05/19/2003 | 1,703.26 | 1,703.26 |
| 566107 | 06/09/2003 | 1,645.89 | 1,645.89 |
| 572213 | 07/17/2003 | 792.20 | 792.20 |
| 577209 | 08/19/2003 | 4,044.64 | 4,044.64 |
|  |  | A/R BALANCE | $21,966.66 |

**GRAND TOTAL**................................................................................................................. **$34,591.12**

W. R. Grace & Co.

October 2, 2003
Invoice 582863  Page 8

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-1070
TELEPHONE (803) 799-2000

For Services Through 08/30/03

Our Matter # 02399/06091
Fee Applications

| | |
|---|---|
| Fees for Professional Services | $12,573.00 |
| Charges for Other Services Provided/Expenses Incurred | $51.46 |
| **Net current billing for this invoice** | **$12,624.46** |

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 518011 | 08/15/2002 | 8,627.57 | 1,684.10 |
| 523731 | 09/18/2002 | 3,785.51 | 740.40 |
| 528964 | 10/22/2002 | 5,243.32 | 1,029.60 |
| 533401 | 11/18/2002 | 3,562.00 | 705.10 |
| 538209 | 12/18/2002 | 2,804.99 | 2,804.99 |
| 545861 | 01/24/2003 | 1,950.69 | 1,950.69 |
| 549990 | 02/24/2003 | 1,845.08 | 1,845.08 |
| 553420 | 03/18/2003 | 1,021.63 | 1,021.63 |
| 557815 | 04/16/2003 | 1,999.08 | 1,999.08 |
| 561788 | 05/19/2003 | 1,703.26 | 1,703.26 |
| 566107 | 06/09/2003 | 1,645.89 | 1,645.89 |
| 572213 | 07/17/2003 | 792.20 | 792.20 |
| 577209 | 08/19/2003 | 4,044.64 | 4,044.64 |
| | TOTAL A/R BALANCE | | $21,966.66 |

**GRAND TOTAL** ................................................................................................ **$34,591.12**

### WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139(JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

## VERIFICATION

Bernard F. Hawkins, Jr., after being duly sworn according to law, deposes and says as follows:

1. I am a partner with the applicant firm, Nelson Mullins Riley & Scarborough, L.L.P and I am a member in good standing of the bar of the State of South Carolina.

2. I have personally performed certain of, and overseen the legal services rendered by Nelson Mullins Riley & Scarborough, LLP as special litigation and environmental

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

counsel to the Debtors and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

       3.    The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

_____
Bernard F. Hawkins, Jr.

SWORN to and subscribed before me
this 3 day of February, 2004

_____ (L.S.)
Notary Public for South Carolina

My Commission Expires: My Commission Expires July 8, 2013