IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Deadline: March 24, 2004 at 4:00 p.m.**
**Hearing Date: TBD only if necessary**

## FEE DETAIL FOR NELSON MULLINS RILEY
## & SCARBOROUGH, L.L.P.'S MONTHLY FEE APPLICATION FOR
## THE PERIOD FROM SEPTEMBER 1, 2004 THROUGH SEPTEMBER 30, 2004

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:45797.5

## EXHIBIT A

# NELSON

Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

### NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW
TAX ID No. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.                                              October 24, 2003
ATTN: Lydia Duff, Esq.                          Invoice 587710  Page  1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

Our Matter #            02399/06000                For Services Through 09/30/03
WR Grace #             063-KL-721490-01-501251
Name of Matter:        General

| | | | | |
|---|---|---|---|---|
| 09/08/03 | Review and respond to email from Mr. Bucens regarding responsibility for closing wells at Owensboro. | | | |
| | B.F. HAWKINS, JR. | 0.30 hrs. | 260.00/hr | $78.00 |

**Fees for Legal Services** .................................................................................................... **$78.00**

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.F. HAWKINS, JR. | 0.30 | 260.00 | 78.00 |
| TOTAL | 0.30 | $260.00 | $78.00 |

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 08/29/2003 | Photocopies 6 Page(s) | 0.30 |
| 09/15/2003 | Telephone 1-561-362-1506 | 0.10 |
| **Total Charges for Other Services Provided/Expenses Incurred** ................................... | | **$0.40** |

### DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Photocopies | 0.30 |
| Telephone | 0.10 |
| TOTAL | $0.40 |

**Net current billing for this invoice** .................................................................... **$78.40**

W. R. Grace & Co.

October 24, 2003
Invoice 587710  Page 2

| ACCOUNTS RECEIVABLE RECAP | | | |
|---|---|---|---|
| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
| 523725 | 09/23/2002 | 356.00 | 356.00 |
| 528959 | 10/20/2002 | 232.13 | 232.13 |
| 561784 | 05/16/2003 | 378.83 | 75.30 |
| 572211 | 07/17/2003 | 416.92 | 416.92 |
| 575616 | 08/13/2003 | 1,382.71 | 1,382.71 |
| 577206 | 08/19/2003 | 564.85 | 564.85 |
| | | A/R BALANCE | $3,027.91 |

**GRAND TOTAL**.................................................................................................................................... **$3,106.31**

W. R. Grace & Co.

October 24, 2003
Invoice 587710  Page 3

### REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON  MULLINS  RILEY  &  SCARBOROUGH,  L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA  29211-1070
TELEPHONE (803) 799-2000

For Services Through 09/30/03

Our Matter # 02399/06000
General

---

| | | |
|---|---|---|
| Fees for Professional Services | $78.00 | |
| Charges for Other Services Provided/Expenses Incurred | 0.40 | |
| **Net current billing for this invoice** ............................................................... | | **$78.40** |

| ACCOUNTS RECEIVABLE RECAP | | | |
|---|---|---|---|
| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
| 523725 | 09/23/2002 | 356.00 | 356.00 |
| 528959 | 10/20/2002 | 232.13 | 232.13 |
| 561784 | 05/16/2003 | 378.83 | 75.30 |
| 572211 | 07/17/2003 | 416.92 | 416.92 |
| 575616 | 08/13/2003 | 1,382.71 | 1,382.71 |
| 577206 | 08/19/2003 | 564.85 | 564.85 |
| | TOTAL A/R BALANCE | | $3,027.91 |

**GRAND TOTAL**..................................................................................................................... **$3,106.31**

### WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC