**<u>EXHIBIT B</u>**

# NELSON

Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW
TAX ID NO. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.                                          October 29, 2003
ATTN: Lydia Duff, Esq.                          Invoice 587974  Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

Our Matter #          02399/06003                    For Services Through 09/30/03
WR Grace #            063-KL-721490-01-501270
Name of Matter:       Beaco Road Site

| 09/08/03 | Review memo from Mr. English regarding PRP conference call. | | | |
|---|---|---|---|---|
| | J.M. MELCHERS | 0.10 hrs. | 240.00/hr | $24.00 |
| 09/09/03 | Review and analyze documents on Beaco Road claim (1.1); review incoming memo from PRP group regarding agenda for upcoming conference call (0.1). | | | |
| | J.M. MELCHERS | 1.20 hrs. | 240.00/hr | $288.00 |
| 09/16/03 | Begin review of technical documents for determination and analysis of claim. | | | |
| | J.M. MELCHERS | 0.70 hrs. | 240.00/hr | $168.00 |
| 09/17/03 | Review and analysis of technical documents for determination and analysis of claim (3.2); telephone conference with PRP Group counsel Mr. Greg English regarding questions on Opinion of Probable Costs (0.3); prepare for PRP conference call (0.6). | | | |
| | J.M. MELCHERS | 4.10 hrs. | 240.00/hr | $984.00 |
| 09/18/03 | Prepare for and participate in PRP Group conference call (1.7); prepare memo on same (0.5). | | | |
| | J.M. MELCHERS | 2.20 hrs. | 240.00/hr | $528.00 |
| 09/22/03 | Review follow-up site material from Mr. English. | | | |
| | J.M. MELCHERS | 0.80 hrs. | 240.00/hr | $192.00 |
| 09/25/03 | Evaluate additional site materials provided by PRP group for analysis of claim. | | | |
| | J.M. MELCHERS | 2.00 hrs. | 240.00/hr | $480.00 |
| 09/26/03 | Confer with Attorney Hawkins regarding environmental engineer assistance on analysis of site documents (0.2), review memo from Mr. English regarding PRP group conference call (0.1). | | | |
| | J.M. MELCHERS | 0.30 hrs. | 240.00/hr | $72.00 |

**Fees for Legal Services** ................................................................................................. **$2,736.00**

W. R. Grace & Co.

October 29, 2003
Invoice 587974 Page 2

## BILLING SUMMARY.

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| J.M. MELCHERS | 11.40 | 240.00 | 2,736.00 |
| TOTAL | 11.40 | $240.00 | $2,736.00 |

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| 09/19/2003 | Photocopies 100 Page(s) | 5.00 |
|---|---|---|
| **Total Charges for Other Services Provided/Expenses Incurred** ................................... | | **$5.00** |

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Photocopies | 5.00 |
| TOTAL | $5.00 |

**Net current billing for this invoice** ....................................................................... **$2,741.00**

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 523726 | 09/18/2002 | 116.00 | 116.00 |
| 528960 | 10/20/2002 | 110.00 | 110.00 |
| 572212 | 07/17/2003 | 79.35 | 79.35 |
| 577207 | 08/19/2003 | 196.00 | 196.00 |
| 581923 | 09/18/2003 | 384.05 | 384.05 |
| | | A/R BALANCE | $885.40 |

**GRAND TOTAL**................................................................................................................. **$3,626.40**

W. R. Grace & Co.

October 29, 2003
Invoice 587974  Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-1070
TELEPHONE (803) 799-2000

For Services Through 09/30/03

Our Matter # 02399/06003
Beaco Road Site

| | | |
|---|---|---|
| Fees for Professional Services | $2,736.00 | |
| Charges for Other Services Provided/Expenses Incurred | 5.00 | |
| **Net current billing for this Invoice** ................................................................ | | **$2,741.00** |

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 523726 | 09/18/2002 | 116.00 | 116.00 |
| 528960 | 10/20/2002 | 110.00 | 110.00 |
| 572212 | 07/17/2003 | 79.35 | 79.35 |
| 577207 | 08/19/2003 | 196.00 | 196.00 |
| 581923 | 09/18/2003 | 384.05 | 384.05 |
| | TOTAL A/R BALANCE | | $885.40 |

**GRAND TOTAL** ...................................................................................................................... **$3,626.40**

### WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC