**EXHIBIT C**

# NELSON
### Nelson Mullins Riley & Scarborough, L.L.P.
# MULLINS

NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW
TAX ID NO. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.  
ATTN: Lydia Duff, Esq.  
Senior Environmental Counsel  
7500 Grace Drive  
Columbia, MD 21044

October 22, 2003  
Invoice 587471  Page 1

| | | |
|---|---|---|
| Our Matter # | 02399/06030 | For Services Through 09/30/03 |
| WR Grace # | 032-KL-721400-00-5250472 | |
| Name of Matter: | Aiken-Title V Permit App. Iss | |

09/03/03   Review permit and information related to certification to be filed.
           R.T. CARLISLE                  0.30 hrs.   240.00/hr            $72.00

09/05/03   Receive and review correspondence regarding telephone conversation with Mr. Fishel (0.1);
           discuss same with Attorney Carlisle (0.1); update docket with deadline for filing Title V
           Compliance Schedule (0.1).
           L.J. JENNINGS                  0.30 hrs.   110.00/hr            $33.00

09/09/03   Review Title V compliance certification issues with Attorney Carlisle.
           B.F. HAWKINS, JR.              0.60 hrs.   260.00/hr           $156.00

09/09/03   Review of information relevant to annual certification (0.9); identify with Attorney Hawkins
           approach to same (0.5); review last years' certification (0.3).
           R.T. CARLISLE                  1.70 hrs.   240.00/hr           $408.00

09/10/03   Review compliance certification issues with Attorney Carlisle.
           B.F. HAWKINS, JR.              0.70 hrs.   260.00/hr           $182.00

09/10/03   Review regulations and guidance pertinent to certification issues (3.8); confer with Mr. Fishel
           regarding certification issues (0.6); analyze permit terms compared to quarterly reports (2.2);
           draft attachment to certification and identify issues to be discussed with Mr. Fishel (3.1);
           review same with Attorney Hawkins (0.3).
           R.T. CARLISLE                 10.00 hrs.   240.00/hr         $2,400.00

09/11/03   Review issues with Attorney Carlisle to evaluate annual Title V compliance certification (1.1);
           review permit provisions (0.4); review and comment on qualification language for certification
           (0.3).
           B.F. HAWKINS, JR.              1.80 hrs.   260.00/hr           $468.00

09/11/03   Review permit terms and conditions as well as draft attachment to certification with Attorney
           Hawkins (0.4); revise draft attachment (0.1); electronic mail memorandum to Mr. Fishel
           transmitting draft attachment and posing questions relating to same (0.3); research
           regarding certain standards (1.9); evaluate implications of standards with Attorney Hawkins
           (0.3); confer with Mr. Fishel regarding same (0.4); revise draft attachments and transmit
           same to Mr. Fishel (1.4).

W. R. Grace & Co.

October 22, 2003
Invoice 587471  Page 2

|  |  |  |  |
|---|---|---|---|
| R.T. CARLISLE | 4.80 hrs. | 240.00/hr | $1,152.00 |

09/12/03  Confer with Mr. Fishel regarding certification issues.
R.T. CARLISLE                      0.20 hrs.   240.00/hr        $48.00

09/30/03  Review pleadings in other cases relevant to claims issues.
R.T. CARLISLE                      0.80 hrs.   240.00/hr       $192.00

**Fees for Legal Services** ................................................................... **$5,111.00**

## BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.F. HAWKINS, JR. | 3.10 | 260.00 | 806.00 |
| R.T. CARLISLE | 17.80 | 240.00 | 4,272.00 |
| L.J. JENNINGS | 0.30 | 110.00 | 33.00 |
| TOTAL | 21.20 | $241.08 | $5,111.00 |

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 09/09/2003 | Telephone 1-803-648-9575 | 0.15 |
| 09/10/2003 | Telephone 1-803-648-9575 | 1.40 |
| 09/11/2003 | Photocopies 9 Page(s) | 0.45 |
| 09/11/2003 | Photocopies 13 Page(s) | 0.65 |
| 09/11/2003 | Photocopies 78 Page(s) | 3.90 |

**Total Charges for Other Services Provided/Expenses Incurred** ................... **$6.55**

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Photocopies | 5.00 |
| Telephone | 1.55 |
| TOTAL | $6.55 |

**Net current billing for this invoice** ................................................. **$5,117.55**

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 528962 | 10/20/2002 | 4,258.97 | 1,659.36 |
| 581866 | 09/22/2003 | 272.60 | 272.60 |
|  |  | A/R BALANCE | $1,931.96 |

**GRAND TOTAL** ........................................................................... **$7,049.51**

W. R. Grace & Co.

October 22, 2003
Invoice 587471  Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-1070
TELEPHONE (803) 799-2000

For Services Through 09/30/03

Our Matter # 02399/06030
Aiken-Title V Permit App. Iss

| | |
|---|---:|
| Fees for Professional Services | $5,111.00 |
| Charges for Other Services Provided/Expenses Incurred | 6.55 |
| **Net current billing for this invoice** | **$5,117.55** |

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---:|---:|
| 528962 | 10/20/2002 | 4,258.97 | 1,659.36 |
| 581866 | 09/22/2003 | 272.60 | 272.60 |
| | TOTAL A/R BALANCE | | $1,931.96 |

**GRAND TOTAL** .................................................................................. **$7,049.51**

### WIRING INSTRUCTIONS

**Account Name:**  Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:**  053200666
**Account #:**  04032 24077 01
**Bank:**  National Bank of South Carolina (NBSC), Sumter, SC