## EXHIBIT D

# NELSON

Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW
TAX ID NO. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

October 29, 2003
Invoice 588007 Page 1

| Our Matter # | 02399/06031 | For Services Through 09/30/03 |
| WR Grace # | 001-KL-721490-01-501560 | |
| Name of Matter: | Li Tungsten | |

| | | | | |
|---|---|---|---|---|
| 09/02/03 | Review case strategy issues with Attorney Melchers and potential impact from proposed courses of action. | | | |
| | B.F. HAWKINS, JR. | 1.20 hrs. | 260.00/hr | $312.00 |
| 09/02/03 | Review, analyze and edit memo regarding claims analysis, and conference with Attorney Carlisle regarding additional issues to address. | | | |
| | J.M. MELCHERS | 1.70 hrs. | 240.00/hr | $408.00 |
| 09/02/03 | Review and analyze documents concerning source and activities (1.3); review case strategy issues with Attorney Hawkins and potential impact from proposed courses of action (1.2). | | | |
| | J.M. MELCHERS | 2.50 hrs. | 240.00/hr | $600.00 |
| 09/02/03 | Review EPA letter and prepare memo regarding same. | | | |
| | J.M. MELCHERS | 0.30 hrs. | 240.00/hr | $72.00 |
| 09/03/03 | Review memo and documents on PRP responses (0.7); conference with Attorney Carlisle regarding memo conclusions, document needs and development of strategy for additional information needed on evaluation issues (1.8). | | | |
| | J.M. MELCHERS | 2.50 hrs. | 240.00/hr | $600.00 |
| 09/03/03 | Telephone conference with Attorney Hawkins regarding PRP document review and assign same to Paralegal Jennings. | | | |
| | J.M. MELCHERS | 0.20 hrs. | 240.00/hr | $48.00 |
| 09/03/03 | Review additional documents from PRPs (0.9); prepare notes for possible interview (1.2). | | | |
| | J.M. MELCHERS | 2.10 hrs. | 240.00/hr | $504.00 |
| 09/03/03 | Evaluate document issues with Attorney Hawkins (0.6); review information relating to same (1.3); follow-up analysis with Attorney Hawkins (0.3); develop strategy for developing additional information on claims issues with Attorney Melchers (1.8); identify additional information relevant to claims issues for further tracking (0.3). | | | |
| | R.T. CARLISLE | 4.30 hrs. | 240.00/hr | $1,032.00 |
| 09/03/03 | File review for R.O.D. per request of Attorney Carlisle and discuss same with her (0.4); arrange access for Attorney Carlisle for review of various materials on database (0.2). | | | |

W. R. Grace & Co.

October 29, 2003
Invoice 588007 Page 2

|  | L.J. JENNINGS | 0.60 hrs. | 110.00/hr | $66.00 |

**09/03/03**   File review to identify various individuals per request of Attorney Melchers (1.1); discuss same with Attorney Melchers (0.1).

|  | L.J. JENNINGS | 1.20 hrs. | 110.00/hr | $132.00 |

**09/04/03**   Review status of potential witness search with Attorneys Carlisle and Melchers.

|  | B.F. HAWKINS, JR. | 0.30 hrs. | 260.00/hr | $78.00 |

**09/04/03**   Prepare for and telephone conference with potential interviewee (1.3); notes on and analysis of same (1.7); conference with Attorney Carlisle regarding elements and issues (0.2); conference with Attorneys Hawkins and Carlisle to evaluate issues for Ms. Duff's consideration, follow up (0.4).

|  | J.M. MELCHERS | 3.60 hrs. | 240.00/hr | $864.00 |

**09/04/03**   Telephone conference with Attorney Hawkins regarding documents requested under FOIA.

|  | J.M. MELCHERS | 0.20 hrs. | 240.00/hr | $48.00 |

**09/04/03**   Evaluate documents in light of information obtained.

|  | J.M. MELCHERS | 0.80 hrs. | 240.00/hr | $192.00 |

**09/04/03**   Review memo to Paralegal Jennings regarding UAO's and related documents (0.2); prepare strategy regarding FOIA issue and prepare memo to team regarding EPA correspondence (0.5).

|  | J.M. MELCHERS | 0.70 hrs. | 240.00/hr | $168.00 |

**09/04/03**   Amend list of information to be obtained relating to potential claims issues (0.4); obtain information developed by Attorney Melchers relating to same (0.2); work with Attorneys Melchers and Hawkins to develop additional items to discuss with Ms. Duff relating to same (0.4); review and analyze documents relating to same (0.7); identify additional information for Paralegal Jennings to obtain for analysis (0.2).

|  | R.T. CARLISLE | 1.90 hrs. | 240.00/hr | $456.00 |

**09/04/03**   Receive and review request from Attorney Carlisle for review of Li Tungsten file to collate various materials for her review.

|  | L.J. JENNINGS | 0.20 hrs. | 110.00/hr | $22.00 |

**09/04/03**   Receive and review Amended R.O.D. for date of amendment (0.1); update file with amendment information for Attorney Carlisle's review (0.2); discuss same with Attorney Carlisle (0.1).

|  | L.J. JENNINGS | 0.40 hrs. | 110.00/hr | $44.00 |

**09/05/03**   Review status of defense issues with Attorney Melchers.

|  | B.F. HAWKINS, JR. | 0.40 hrs. | 260.00/hr | $104.00 |

**09/05/03**   Analyze issues raised by memo from Paralegal Jennings regarding FOIA request and memo from Attorney Carlisle regarding actions to take regarding FOIA documents (0.5); follow-up telephone conference with potential interviewee and prepare notes on same (0.7); analyze issues raised by requests made and impacts of same (1.3).

|  | J.M. MELCHERS | 2.50 hrs. | 240.00/hr | $600.00 |

**09/05/03**   Review and analyze memos regarding document issues (1.8); review memo on same from Attorney Hawkins and respond (0.2); conference with Attorney Carlisle regarding document issues, strategy and further analysis needed (0.2); analyze open issues and new developments (0.9); telephone conference with Ms. Duff and Attorney Carlisle regarding these claims issues (1.2).

|  | J.M. MELCHERS | 4.30 hrs. | 240.00/hr | $1,032.00 |

W. R. Grace & Co.

| | | | | |
|---|---|---|---|---|
| 09/05/03 | Analysis of documents relevant to claims issues (1.4); draft memorandum regarding results of analysis (1.1); confer with Attorney Melchers regarding legal research into points raised in analysis (0.2); legal research (2.3); confer with Ms. Duff and Attorney Melchers regarding these claims issues (1.2). | | | |
| | R.T. CARLISLE | 6.20 hrs. | 240.00/hr | $1,488.00 |
| 09/05/03 | Discuss request from Attorney Carlisle for review of Li Tungsten file to collate various materials for her review (0.2); as well as review correspondence regarding follow-up information to discuss with Ms. Duff (0.1). | | | |
| | L.J. JENNINGS | 0.30 hrs. | 110.00/hr | $33.00 |
| 09/05/03 | File review to pull the Unilateral Administrative Orders (0.4); review Orders to create list of all the entities named as respondents in orders (0.3). | | | |
| | L.J. JENNINGS | 0.70 hrs. | 110.00/hr | $77.00 |
| 09/05/03 | Receive and review correspondence from Attorney Melchers requesting copy of letter regarding FOIA request from May 2000 (0.1); review file to confirm receipt of letter, as well as confirm method of response (0.2). | | | |
| | L.J. JENNINGS | 0.30 hrs. | 110.00/hr | $33.00 |
| 09/06/03 | Review cases relating to resolution of matters relevant to claims issues (1.4); analyze with Attorney Hawkins various duties related to allegations of claims (0.6); review of additional cases relating to resolution of matters relevant to claims issues (3.1). | | | |
| | R.T. CARLISLE | 5.10 hrs. | 240.00/hr | $1,224.00 |
| 09/07/03 | Create chart comparing lists of Respondents named in the 106 Orders. | | | |
| | L.J. JENNINGS | 0.60 hrs. | 110.00/hr | $66.00 |
| 09/08/03 | Review memos from Paralegal Jennings regarding PRP's and FOIA issues and respond (0.4); review and analyze memo regarding document issues and strategy and edit same (1.6); review and analyze case history notebook and develop strategy on document analysis (1.3); conference with Attorneys Hawkins and Carlisle regarding strategy and document issues (0.6). | | | |
| | J.M. MELCHERS | 3.90 hrs. | 240.00/hr | $936.00 |
| 09/08/03 | Complete review of cases relevant to claims issues and compliance issues and complete draft memorandum summarizing analysis (6.9); review considerations and additional analysis needed with Attorney Melchers and Attorney Hawkins (0.6). | | | |
| | R.T. CARLISLE | 7.50 hrs. | 240.00/hr | $1,800.00 |
| 09/08/03 | Revise list of all the entities named as respondents in orders for Attorneys Melchers' and Carlisle's review. | | | |
| | L.J. JENNINGS | 0.70 hrs. | 110.00/hr | $77.00 |
| 09/08/03 | Correspond with Attorney Carlisle regarding various communications to be pulled from file for review. | | | |
| | L.J. JENNINGS | 0.20 hrs. | 110.00/hr | $22.00 |
| 09/09/03 | Review documents regarding EPA FOIA and non-response (0.6); series of memos with Attorney Carlisle regarding previous contact (0.2); review notes and prepare memo on issues to address with EPA and prepare phone message to Mr. Als (0.5). | | | |
| | J.M. MELCHERS | 1.30 hrs. | 240.00/hr | $312.00 |
| 09/09/03 | Review memo regarding analysis of 106 Orders and analyze documents regarding document issues. | | | |
| | J.M. MELCHERS | 1.20 hrs. | 240.00/hr | $288.00 |

W. R. Grace & Co.

October 29, 2003
Invoice 588007 Page 4

| | | | | |
|---|---|---|---|---|
| 09/09/03 | Review information pertinent to claims issues (1.9); assign Paralegal Jennings the task of following up with further review of files to obtain information pertinent to claims issues (0.1); review strategies for information gathering with Attorney Melchers (0.3); additional assignment to Paralegal Jennings relating to same (0.1). | | | |
| | R.T. CARLISLE | 2.40 hrs. | 240.00/hr | $576.00 |
| 09/09/03 | Per request of Attorney Carlisle, file review in order to collate information regarding agreement (0.7); file review for the agreement (0.3); pull and review agreement to locate all relevant references (0.7). | | | |
| | L.J. JENNINGS | 1.70 hrs. | 110.00/hr | $187.00 |
| 09/09/03 | Various communications with Attorney Carlisle regarding additional correspondence and documents to be pulled from file for review. | | | |
| | L.J. JENNINGS | 0.30 hrs. | 110.00/hr | $33.00 |
| 09/09/03 | Begin review of complete correspondence file to tab references to items identified by Attorneys Carlisle and Melchers. | | | |
| | L.J. JENNINGS | 4.00 hrs. | 110.00/hr | $440.00 |
| 09/10/03 | Complete review of documents referenced by Attorney Carlisle. | | | |
| | L.J. JENNINGS | 2.60 hrs. | 110.00/hr | $286.00 |
| 09/12/03 | Review documents in preparation for telephone conference with Mr. Als (EPA Project Manager) and attempt contact with him. | | | |
| | J.M. MELCHERS | 0.30 hrs. | 240.00/hr | $72.00 |
| 09/16/03 | Review documents and prepare correspondence to Mr. Als  (EPA) regarding history of FOIA request and non-response from EPA (0.7); review and analysis of document issues memo and edits to same (1.7). | | | |
| | J.M. MELCHERS | 2.40 hrs. | 240.00/hr | $576.00 |
| 09/16/03 | Prepare draft of written follow-up correspondence to Mr. Als of US EPA regarding July 18, 2003 correspondence requesting information relating to May 2000 FOIA request, per instruction of Attorney Melchers (0.2); on-line research for fax number for US EPA for Attorney Melchers (0.1). | | | |
| | L.J. JENNINGS | 0.30 hrs. | 110.00/hr | $33.00 |
| 09/17/03 | Analysis on document and strategy issues and interaction with bankruptcy (2.8); work on analysis of potential relevant facts and review of documents for same (1.9). | | | |
| | J.M. MELCHERS | 4.70 hrs. | 240.00/hr | $1,128.00 |
| 09/17/03 | Review with Attorney Melchers analysis related to claims issues. | | | |
| | R.T. CARLISLE | 1.20 hrs. | 240.00/hr | $288.00 |
| 09/17/03 | Evaluate with Attorneys Burns and Melchers law pertinent to possible claims issues (0.2); revise draft memorandum to client based on review of information with Attorneys Melchers and Burns (0.9). | | | |
| | R.T. CARLISLE | 1.10 hrs. | 240.00/hr | $264.00 |
| 09/17/03 | Telephone conference with Attorneys Melchers and Carlisle regarding bankruptcy and administrative agency actions. | | | |
| | B.J. BURN | 0.20 hrs. | 180.00/hr | $36.00 |
| 09/18/03 | Review document issues and research analysis with Attorney Carlisle. | | | |
| | J.M. MELCHERS | 0.80 hrs. | 240.00/hr | $192.00 |

W. R. Grace & Co.

October 29, 2003
Invoice 588007 Page 5

| | | | | |
|---|---|---|---|---|
| 09/18/03 | Carry out research and analysis relevant to claims issues (1.3); analyze issues and results of research with Attorney Carlisle (0.8); edit draft memorandum on claims issues (0.5); prepare for telephone conference and prepare phone message to Ms. Duff (0.6). | | | |
| | J.M. MELCHERS | 3.20 hrs. | 240.00/hr | $768.00 |
| 09/18/03 | Revise draft memorandum on claims issues (1.2); additional research relevant to claims issues (2.5); review issues and results of research with Attorney Melchers (0.8); additional revisions to draft memorandum on claims issues (0.3). | | | |
| | R.T. CARLISLE | 4.80 hrs. | 240.00/hr | $1,152.00 |
| 09/19/03 | Review case law evaluation on document issues (1.2); review and edit memo regarding analysis and recommendations for Ms. Duff (0.8); provide assignments to Attorney Carlisle regarding follow-up research (0.3). | | | |
| | J.M. MELCHERS | 2.30 hrs. | 240.00/hr | $552.00 |
| 09/19/03 | Edit draft memorandum to Ms. Duff relating to claims issues (0.7); evaluate with Attorney Melchers items to highlight in draft memorandum (0.6). | | | |
| | R.T. CARLISLE | 1.30 hrs. | 240.00/hr | $312.00 |
| 09/22/03 | Evaluate and revise memorandum on document issues (1.3); telephone conference with Ms. Duff regarding document and interview issues (0.3); telephone message to interviewee (0.1); preparation for same (1.7). | | | |
| | J.M. MELCHERS | 3.40 hrs. | 240.00/hr | $816.00 |
| 09/22/03 | Revise draft memoranda to Ms. Duff regarding legal analyses relating to certain potential claims issues. | | | |
| | R.T. CARLISLE | 2.30 hrs. | 240.00/hr | $552.00 |
| 09/23/03 | Telephone conferences with interviewee (0.6); telephone conference with Ms. Duff regarding same (0.2); telephone conference with Ms. Marks regarding interviewee issues (0.2); conference with Attorney Carlisle regarding document issues (0.4); prepare for interview (2.5). | | | |
| | J.M. MELCHERS | 3.90 hrs. | 240.00/hr | $936.00 |
| 09/24/03 | Review of documents in preparation for interview (4.2); prepare analysis memo of documents (1.9). | | | |
| | J.M. MELCHERS | 6.10 hrs. | 240.00/hr | $1,464.00 |
| 09/24/03 | Prepare questions for interview. | | | |
| | J.M. MELCHERS | 1.30 hrs. | 240.00/hr | $312.00 |
| 09/24/03 | Review with Attorney Melchers information and documents relating to obtaining answers to additional questions on claims issues (0.9); review of documents and revision of lists of details relating to claims issues (0.6); review of same with Attorney Melchers (0.4). | | | |
| | R.T. CARLISLE | 1.90 hrs. | 240.00/hr | $456.00 |
| 09/25/03 | Travel for conference with interviewee with preparation in route, carry out interview and return, several telephone conferences regarding same (non-working travel billed at 1/2 actual time). | | | |
| | J.M. MELCHERS | 10.20 hrs. | 240.00/hr | $2,448.00 |
| 09/25/03 | File review for contact information on interviewee. | | | |
| | L.J. JENNINGS | 0.20 hrs. | 110.00/hr | $22.00 |
| 09/26/03 | Update from Attorney Melchers concerning develeopment of information for claims defense. | | | |
| | B.F. HAWKINS, JR. | 0.30 hrs. | 260.00/hr | $78.00 |

W. R. Grace & Co.

October 29, 2003
Invoice 588007 Page 6

| 09/26/03 | Prepare follow-up phone message to Mr. Als (EPA) regarding FOIA request (0.1); follow-up on information from interview (0.4); confer with Attorney Carlisle regarding interview (0.2); confer with Attorney Hawkins regarding progress of claim investigation (0.3). | | | |
|---|---|---|---|---|
| | J.M. MELCHERS | 1.00 hrs. | 240.00/hr | $240.00 |
| 09/29/03 | Review memo from Attorney Carlisle regarding issues discussed with Ms. Duff. | | | |
| | J.M. MELCHERS | 0.10 hrs. | 240.00/hr | $24.00 |
| 09/29/03 | Confer with Ms. Duff regarding information relevant to claims issues (0.2); electronic mail memorandum to Attorney Melchers regarding Ms. Duff's inquiry (0.1). | | | |
| | R.T. CARLISLE | 0.30 hrs. | 240.00/hr | $72.00 |

**Fees for Legal Services** ............................................................................................... **$28,053.00**

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.F. HAWKINS, JR. | 2.20 | 260.00 | 572.00 |
| J.M. MELCHERS | 67.50 | 240.00 | 16,200.00 |
| R.T. CARLISLE | 40.30 | 240.00 | 9,672.00 |
| B.J. BURN | 0.20 | 180.00 | 36.00 |
| L.J. JENNINGS | 14.30 | 110.00 | 1,573.00 |
| TOTAL | 124.50 | $225.33 | $28,053.00 |

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| 09/03/2003 | Photocopies 9 Page(s) | 0.45 |
|---|---|---|
| 09/05/2003 | Service: LEXIS LEGAL SERVICES; Charge Type: DOCUMENT PRINTING; Quantity: 8.00 | 4.28 |
| 09/05/2003 | Service: LEXIS LEGAL SERVICES; Charge Type: SEARCHES; Quantity: 1.00 | 9.21 |
| 09/05/2003 | Photocopies 5 Page(s) | 0.25 |
| 09/05/2003 | Photocopies 8 Page(s) | 0.40 |
| 09/07/2003 | Photocopies 3 Page(s) | 0.15 |
| 09/08/2003 | Photocopies 3 Page(s) | 0.15 |
| 09/10/2003 | Photocopies 3 Page(s) | 0.15 |
| 09/16/2003 | Photocopies 11 Page(s) | 0.55 |
| 09/17/2003 | Photocopies 7 Page(s) | 0.35 |
| 09/18/2003 | Service: LEXIS LEGAL SERVICES; Charge Type: SEARCHES; Quantity: 3.00 | 27.49 |
| 09/18/2003 | Telephone 1-410-531-4210 | 0.05 |
| 09/22/2003 | Telephone 1-410-531-4210 | 0.70 |
| 09/23/2003 | Telephone 1-410-531-4210 | 0.25 |
| 09/23/2003 | Telephone 1-410-230-3850 | 0.40 |
| 09/24/2003 | Photocopies 9 Page(s) | 0.45 |
| 09/26/2003 | Photocopies 3 Page(s) | 0.15 |
| 09/30/2003 | Photocopies 853 Page(s) | 42.65 |
| **Total Charges for Other Services Provided/Expenses Incurred** ................................... | | **$88.08** |

W. R. Grace & Co.

October 29, 2003
Invoice 588007  Page 7

### DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Photocopies | 45.70 |
| Lexis | 40.98 |
| Telephone | 1.40 |
| TOTAL | $88.08 |

**Net current billing for this invoice** ........................................................................ **$28,141.08**

| ACCOUNTS RECEIVABLE RECAP | | | |
|---|---|---|---|
| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
| 561786 | 05/16/2003 | 706.50 | 141.30 |
| 566106 | 06/12/2003 | 4,354.27 | 867.60 |
| 573763 | 08/01/2003 | 16,707.73 | 3,283.80 |
| 578253 | 08/29/2003 | 31,429.92 | 6,276.20 |
| 582315 | 09/22/2003 | 10,436.79 | 10,436.79 |
| | | A/R BALANCE | $21,005.69 |

**GRAND TOTAL**............................................................................................................. **$49,146.77**

W. R. Grace & Co.

October 29, 2003
Invoice 588007  Page 8

### REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-1070
TELEPHONE (803) 799-2000

For Services Through 09/30/03

Our Matter # 02399/06031
Li Tungsten

| | | |
|---|---|---|
| Fees for Professional Services | $28,053.00 | |
| Charges for Other Services Provided/Expenses Incurred | 88.08 | |
| **Net current billing for this invoice** ................................................................ | | **$28,141.08** |

| ACCOUNTS RECEIVABLE RECAP | | | |
|---|---|---|---|
| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
| 561786 | 05/16/2003 | 706.50 | 141.30 |
| 566106 | 06/12/2003 | 4,354.27 | 867.60 |
| 573763 | 08/01/2003 | 16,707.73 | 3,283.80 |
| 578253 | 08/29/2003 | 31,429.92 | 6,276.20 |
| 582315 | 09/22/2003 | 10,436.79 | 10,436.79 |
| | TOTAL A/R BALANCE | | $21,005.69 |

**GRAND TOTAL**.................................................................................................................... **$49,146.77**

### WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC