**EXHIBIT E**

# NELSON
Nelson Mullins Riley & Scarborough, L.L.P.
# MULLINS

NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
ATTORNEYS AND COUNSELORS AT LAW
TAX ID No. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.  
ATTN: Lydia Duff, Esq.  
Senior Environmental Counsel  
7500 Grace Drive  
Columbia, MD 21044  

October 24, 2003  
Invoice 587472 Page 1

Our Matter #       02399/06032                     For Services Through 09/30/03  
WR Grace #         063-KL-721490-01-0501221  
Name of Matter:    Charleston

| Date | Description | | | Amount |
|---|---|---|---|---|
| 09/03/03 | Review wetlands technical memorandum and convey comments to Mr. Bucens.<br>R.T. CARLISLE | 0.40 hrs. | 240.00/hr | $96.00 |
| 09/04/03 | Discussion with Mr. Bucens regarding comments to DHEC on Work Plan (0.3); review document and obtain comments from Attorney Carlisle on specific points based on her prior review of research issues (0.4); provide comments to Mr. Bucens (0.2).<br>B.F. HAWKINS, JR. | 0.90 hrs. | 260.00/hr | $234.00 |
| 09/04/03 | Review materials to be submitted to DHEC and evaluate with Attorney Hawkins.<br>R.T. CARLISLE | 0.20 hrs. | 240.00/hr | $48.00 |
| 09/04/03 | Arrange various file materials in order to have easier access to all file materials for Attorneys Hawkins' and Carlisle's review.<br>L.J. JENNINGS | 0.10 hrs. | 110.00/hr | $11.00 |

**Fees for Legal Services** .................................................................................................. **$389.00**

### BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.F. HAWKINS, JR. | 0.90 | 260.00 | 234.00 |
| R.T. CARLISLE | 0.60 | 240.00 | 144.00 |
| L.J. JENNINGS | 0.10 | 110.00 | 11.00 |
| TOTAL | 1.60 | $243.13 | $389.00 |

W. R. Grace & Co.

October 24, 2003
Invoice 587472  Page 2

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---:|
| 09/02/2003 | VENDOR: Kane Office Technologies, Inc.; INVOICE#: 073103; DATE: 9/2/2003 | 25.20 |
| 09/02/2003 | VENDOR: Kane Office Technologies, Inc.; INVOICE#: 073103; DATE: 9/2/2003 | 9.00 |
| 09/02/2003 | VENDOR: Kane Office Technologies, Inc.; INVOICE#: 073103; DATE: 9/2/2003 | 1.20 |

**Total Charges for Other Services Provided/Expenses Incurred ......................................** **$35.40**

### DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---:|
| CopyOut | 35.40 |
| TOTAL | $35.40 |

**Net current billing for this invoice .........................................................................** **$424.40**

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---:|---:|
| 523730 | 09/23/2002 | 4,117.61 | 4,117.61 |
| 528963 | 10/20/2002 | 1,344.55 | 1,344.55 |
| 561787 | 05/16/2003 | 725.30 | 145.00 |
| 577208 | 08/19/2003 | 326.98 | 326.98 |
| 581867 | 09/18/2003 | 3,871.50 | 3,871.50 |
| | A/R BALANCE | | $9,805.64 |

**GRAND TOTAL............................................................................................................** **$10,230.04**

W. R. Grace & Co.

October 24, 2003
Invoice 587472  Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-1070
TELEPHONE (803) 799-2000

For Services Through 09/30/03

Our Matter # 02399/06032
Charleston

| | |
|---|---|
| Fees for Professional Services | $389.00 |
| Charges for Other Services Provided/Expenses Incurred | 35.40 |
| **Net current billing for this invoice** | **$424.40** |

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 523730 | 09/23/2002 | 4,117.61 | 4,117.61 |
| 528963 | 10/20/2002 | 1,344.55 | 1,344.55 |
| 561787 | 05/16/2003 | 725.30 | 145.00 |
| 577208 | 08/19/2003 | 326.98 | 326.98 |
| 581867 | 09/18/2003 | 3,871.50 | 3,871.50 |
| | TOTAL A/R BALANCE | | $9,805.64 |

**GRAND TOTAL** ............................................................................................... **$10,230.04**

### WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC