**<u>EXHIBIT F</u>**

# NELSON

Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW
TAX ID NO. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.                                      October 29, 2003
ATTN: Lydia Duff, Esq.                          Invoice 587975  Page  1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

Our Matter #            02399/06091              For Services Through 09/30/03
Name of Matter:         Fee Applications

09/02/03    Review memo from Ms. Ferdinand regarding Eighth Quarterly Fee Application (0.1); prepare
            memo assigning actions needed to respond and requesting needed information (0.2); review
            responses (0.2); phone message to local counsel (0.1); telephone conference with Ms.
            Ferdinand and prepare memo regarding same (0.2); prepare follow-up memos regarding
            court docket information needed and review responses and PACER results (0.4); prepare
            edits to August fee application attachments (0.3).
            J.M. MELCHERS                    1.50 hrs.    240.00/hr              $360.00

09/02/03    Receive and review various correspondence between Ms. Ferdinand and Attorney Melchers
            regarding filing date of Eighth Quarterly Report (0.1); check Pacer docket for the status of
            various flings, then summarize same to Attorney Melchers (0.5).
            L.J. JENNINGS                    0.60 hrs.    110.00/hr               $66.00

09/02/03    Correspond with Attorney Melchers regarding contact information for Ms. Patricia Cuniff.
            L.J. JENNINGS                    0.10 hrs.    110.00/hr               $11.00

09/04/03    Review memo from Paralegal Jennings regarding PACER report.
            J.M. MELCHERS                    0.10 hrs.    240.00/hr               $24.00

09/04/03    Telephone conversation with Attorney Melchers requesting new docketed filings for NMRS
            (0.1); on-line review for new filings (0.1); prepare correspondence to Attorney Melchers
            relating same (0.1).
            L.J. JENNINGS                    0.30 hrs.    110.00/hr               $33.00

09/05/03    Review memo regarding organization of Grace payments in response to fee applications.
            J.M. MELCHERS                    0.20 hrs.    240.00/hr               $48.00

09/08/03    Review and reply to memo to Ms. Cuniff regarding various fee applications and their status
            (0.3); review memo regarding CONO's (0.1); review memo from Ms. Cuniff (0.1).
            J.M. MELCHERS                    0.50 hrs.    240.00/hr              $120.00

09/08/03    Review and respond to voice mail from auditor regarding Eighth Quarterly Fee Application;
            research pacer for filing information; follow up with co-counsel on filing status.
            B.J. BURN                        0.40 hrs.    180.00/hr               $72.00

W. R. Grace & Co.

October 29, 2003
Invoice 587975 Page 2

| | | | | |
|---|---|---|---|---|
| 09/08/03 | Review and update index of correspondence regarding fee applications for Attorney Melchers. | | | |
| | L.J. JENNINGS | 0.40 hrs. | 110.00/hr | $44.00 |
| 09/09/03 | Review memos and attachments to local counsel regarding several fee applications that were not filed (0.2); telephone conference with Attorney Burn regarding system for follow-up regarding filing of same (0.2); review memo from Ms. Ferdinand and draft Order Allowing Fees for the Eighth Quarterly and REVISED Eighth Quarterly spreadsheet (0.3); prepare memo to Attorney Burn and Paralegal Jennings regarding follow-up (0.1). | | | |
| | J.M. MELCHERS | 0.80 hrs. | 240.00/hr | $192.00 |
| 09/09/03 | Telephone call from local counsel regarding Order on quarterly fee application and other issues (0.3); follow up on same in-house (0.1). | | | |
| | B.J. BURN | 0.40 hrs. | 180.00/hr | $72.00 |
| 09/09/03 | Receive and review various correspondence between counsel regarding status of recent applications sent to be filed (0.4);  telephone conversation with Attorney Burn regarding additional information be reflected in earlier prepared status chart (0.2). | | | |
| | L.J. JENNINGS | 0.60 hrs. | 110.00/hr | $66.00 |
| 09/09/03 | Receive and review correspondence from Attorney Melchers attaching draft Omnibus report, then check numbers to see if they match as recorded, per request of Attorney Melchers. | | | |
| | L.J. JENNINGS | 0.30 hrs. | 110.00/hr | $33.00 |
| 09/10/03 | Review memo from Attorney Burn and respond. | | | |
| | J.M. MELCHERS | 0.20 hrs. | 240.00/hr | $48.00 |
| 09/10/03 | Organize correspondence between counsel regarding Eighth Quarterly Fee Application for Attorney Melchers. | | | |
| | L.J. JENNINGS | 0.30 hrs. | 110.00/hr | $33.00 |
| 09/11/03 | Review memo from Attorney Burn regarding hearing schedule for outstanding 2002 Quarterly Application. | | | |
| | J.M. MELCHERS | 0.10 hrs. | 240.00/hr | $24.00 |
| 09/11/03 | Telephone call to follow-up on status of previously sent fee applications. | | | |
| | B.J. BURN | 0.10 hrs. | 180.00/hr | $18.00 |
| 09/15/03 | Review and edit Fee Application attachments for August regarding attorney/client privilege issues. | | | |
| | J.M. MELCHERS | 0.40 hrs. | 240.00/hr | $96.00 |
| 09/15/03 | Follow up on status of May, June and July Monthly Fee Applications and Eighth and Ninth Quarterly Fee Applications. | | | |
| | B.J. BURN | 0.10 hrs. | 180.00/hr | $18.00 |
| 09/16/03 | Review incoming Eighth Quarterly Project Category Summary certification and follow-up regarding same. | | | |
| | J.M. MELCHERS | 0.30 hrs. | 240.00/hr | $72.00 |
| 09/16/03 | Prepare memo to Attorney Burn regarding filing of forwarded fee applications. | | | |
| | J.M. MELCHERS | 0.10 hrs. | 240.00/hr | $24.00 |
| 09/17/03 | Review memo and attachments regarding Ninth Quarterly filing. | | | |
| | J.M. MELCHERS | 0.20 hrs. | 240.00/hr | $48.00 |

W. R. Grace & Co.

October 29, 2003
Invoice 587975 Page 3

| 09/17/03 | Respond to email request from auditor (0.2); follow up with paralegal on status of filings and information requested by auditor (0.1). | | | |
|---|---|---|---|---|
| | B.J. BURN | 0.30 hrs. | 180.00/hr | $54.00 |

| 09/17/03 | Receive correspondence from Attorney Burn requesting Ninth Quarterly package be emailed to Mr. Steve Bossay (0.2); PACER review to obtain filing dates and hearing dates for multiple recent filings (0.5); discuss revisions and updates to tracking chart with Attorney Burn (0.1). | | | |
|---|---|---|---|---|
| | L.J. JENNINGS | 0.80 hrs. | 110.00/hr | $88.00 |

| 09/19/03 | Review notices regarding recent filings. | | | |
|---|---|---|---|---|
| | J.M. MELCHERS | 0.20 hrs. | 240.00/hr | $48.00 |

| 09/23/03 | Review auditor's report and prepare memo to team (0.4); review status on various filings (0.2) | | | |
|---|---|---|---|---|
| | J.M. MELCHERS | 0.60 hrs. | 240.00/hr | $144.00 |

| 09/24/03 | Review chart regarding fee application payments and telephone conference with Ms. Johnson regarding same. | | | |
|---|---|---|---|---|
| | J.M. MELCHERS | 0.20 hrs. | 240.00/hr | $48.00 |

| 09/26/03 | Review and respond to memo from Mr. Bossay (0.1); review memo from Paralegal Jennings regarding status of CONOs (0.2). | | | |
|---|---|---|---|---|
| | J.M. MELCHERS | 0.30 hrs. | 240.00/hr | $72.00 |

| 09/26/03 | Review PACER docket to compare new filings to what we already have (0.4); update hard copy docket notebook (0.2); summarize new filings and dates for hearings to Attorneys Melchers, Hawkins and Burn (0.3). | | | |
|---|---|---|---|---|
| | L.J. JENNINGS | 0.90 hrs. | 110.00/hr | $99.00 |

**Fees for Legal Services** ....................................................................................................... **$2,075.00**

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| J.M. MELCHERS | 5.70 | 240.00 | 1,368.00 |
| B.J. BURN | 1.30 | 180.00 | 234.00 |
| L.J. JENNINGS | 4.30 | 110.00 | 473.00 |
| TOTAL | 11.30 | 183.63 | 2,075.00 |

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| 09/02/2003 | Telephone 1-302-652-4100 | 0.94 |
|---|---|---|
| 09/04/2003 | Telephone 1-302-652-4100 | 0.05 |
| 09/16/2003 | Photocopies 52 Page(s) | 2.60 |
| 09/16/2003 | Telephone 1-302-652-4100 | 0.05 |
| 09/23/2003 | Photocopies 8 Page(s) | 0.40 |
| **Total Charges for Other Services Provided/Expenses Incurred** .................................. | | **$4.04** |

W. R. Grace & Co.

October 29, 2003
Invoice 587975 Page 4

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Photocopies | 3.00 |
| Telephone | 1.04 |
| TOTAL | $4.04 |

**Net current billing for this invoice** ...................................................................... **$2,079.04**

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 518011 | 08/15/2002 | 8,627.57 | 1,684.10 |
| 523731 | 09/18/2002 | 3,785.51 | 740.40 |
| 528964 | 10/22/2002 | 5,243.32 | 1,029.60 |
| 538209 | 12/18/2002 | 2,804.99 | 2.00 |
| 553420 | 03/18/2003 | 1,021.63 | 196.00 |
| 557815 | 04/16/2003 | 1,999.08 | 1,999.08 |
| 561788 | 05/19/2003 | 1,703.26 | 1,703.26 |
| 566107 | 06/09/2003 | 1,645.89 | 1,645.89 |
| 572213 | 07/17/2003 | 792.20 | 792.20 |
| 577209 | 08/19/2003 | 4,044.64 | 4,044.64 |
| 582863 | 10/02/2003 | 12,624.46 | 12,624.46 |
| | | A/R BALANCE | $26,461.63 |

**GRAND TOTAL**.................................................................................................................... **$28,540.67**

W. R. Grace & Co.

October 29, 2003<br>
Invoice 587975  Page 5

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
### NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-1070
TELEPHONE (803) 799-2000

For Services Through 09/30/03

Our Matter # 02399/06091
Fee Applications

---

| | |
|---|---|
| Fees for Professional Services | $2,075.00 |
| Charges for Other Services Provided/Expenses Incurred | $4.04 |

**Net current billing for this invoice** ................................................................. **$2,079.04**

| ACCOUNTS RECEIVABLE RECAP | | | |
|---|---|---|---|
| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
| 518011 | 08/15/2002 | 8,627.57 | 1,684.10 |
| 523731 | 09/18/2002 | 3,785.51 | 740.40 |
| 528964 | 10/22/2002 | 5,243.32 | 1,029.60 |
| 538209 | 12/18/2002 | 2,804.99 | 2.00 |
| 553420 | 03/18/2003 | 1,021.63 | 196.00 |
| 557815 | 04/16/2003 | 1,999.08 | 1,999.08 |
| 561788 | 05/19/2003 | 1,703.26 | 1,703.26 |
| 566107 | 06/09/2003 | 1,645.89 | 1,645.89 |
| 572213 | 07/17/2003 | 792.20 | 792.20 |
| 577209 | 08/19/2003 | 4,044.64 | 4,044.64 |
| 582863 | 10/02/2003 | 12,624.46 | 12,624.46 |
| | TOTAL A/R BALANCE | | $26,461.63 |

**GRAND TOTAL**................................................................................................... **$28,540.67**

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., <u>et al.</u>,[1] | ) | Case No. 01-01139(JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

## **VERIFICATION**

Bernard F. Hawkins, Jr., after being duly sworn according to law, deposes and says as follows:

1.     I am a partner with the applicant firm, Nelson Mullins Riley & Scarborough, L.L.P and I am a member in good standing of the bar of the State of South Carolina.

2.     I have personally performed certain of, and overseen the legal services rendered by Nelson Mullins Riley & Scarborough, LLP as special litigation and environmental

---

[1]  The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

counsel to the Debtors and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

       3.      The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

_____
Bernard F. Hawkins, Jr.

SWORN to and subscribed before me

this __3__ day of __February__ , 2004

_____ (L.S.)
Notary Public for South Carolina

My Commission Expires: _____   My Commission Expires July 9, 2012