IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| USG CORPORATION, | ) | |
| a Delaware corporation, et al.,[1] | ) | Case No. 01-2094 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | Re: Docket No. 5150-5156 |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| OWENS CORNING, a Delaware | ) | Case No. 00-3837 (JKF) |
| Corporation, et al., | ) | Jointly Administered |
| | ) | Re: Docket No. 10501-10507 |
| Debtors. | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & COMPANY, a | ) | Case No. 01-1139 (JKF) |
| Delaware Corporation, et al., | ) | Jointly Administered |
| | ) | Re: Docket No. 4862-4868 |
| Debtors. | ) | |
| | ) | |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE    :
                     :
NEW CASTLE COUNTY    :

      Ann Jerominski, RP, being duly sworn according to law, deposes and says that she is employed as a Registered Paralegal for the law firm of Richards, Layton & Finger, P.A.,

---

[1]     The Debtors are the following 11 entities: USG Corporation, United States Gypsum Company, USG Interiors, Inc., USG Interiors International, Inc., L&W Supply Corporation, Beadex Manufacturing, LLC, B-R Pipeline Company, La Mirada Products Co., Inc., USG Industries, Inc., USG Pipeline Company and Stocking Specialists, Inc.

and that on the 23rd day of December, 2003 she caused a copy of the following documents to be served via e-mail upon the parties included on the attached service list:

- Notice of Deposition of Elizabeth W. Magner
- Notice of Deposition of Caplin & Drysdale
- Notice of Deposition of James J. McMonagle
- Notice of Deposition of Motley Rice LLC
- Notice of Deposition of Dean M. Trafelet
- Notice of Deposition of Kaye Scholer
- Request for Disclosure

Dated: March 4, 2004
Wilmington, Delaware

*Ann Jerominski*
Ann Jerominski, RP
Registered Paralegal
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700

SWORN TO AND SUBSCRIBED before me this 4th day of March, 2004.

*Barbara J. Witters*
Notary Public

BARBARA J. WITTERS
Notary Public - State of Delaware
My Comm. Expires Mar 13, 2005

RLF1-2713406-1

E-mail Service List

'npernick@saul.com'
'kstickles@saul.com'
'debank@skadden.com'
'astraus@skadden.com'
'wsudell@mnat.com'
'meskin@del.camlev.com'
'mhurford@del.camlev.com'
'fmonaco@monlaw.com'
'frank.j.perch@usdoj.com'
'jschlerf@bayardfirm.com'
'nlevitsky@frof.com'

'debankruptcy@whiteandwilliams.com'
'ckunz@morrisjames.com'
'asinger@ctlaw.com'
'debankruptcy@wolfblock.com'
'kcb@cblhlaw.com'
'ac3@cblhlaw.com'
'jcw@cblhlaw.com'
'mlastowski@duanemorris.com'
'ttacconelli@ferryjoseph.com'
'rmiller@ferryjoseph.com'
'ellen.slights@usdoj.gov'
'jwills@klehr.com'
'rbeck@klehr.com'
'nglassman@bayardfirm.com'
'mtaylor@mccarter.com'
'currier@klettrooney.com'
'fatell@blankrome.com'
'kgross@rmgglaw.com'
'bfallon@morrisjames.com'
'rjacobs@dca.net'
'twalsh@mccarter.com'
'pdoughtery@mccarter.com'
'samelnick@bipc.com'
'jkurtman@klehr.com'
'jhuggett@klehr.com'

'pbradley@mccarter.com'
'wlbank@pepperlaw.com'
'fournierd@pepperlaw.com'
'rwriley@duanemorris.com'
'kgwynne@reedsmith.com'
'Sbellew@cozen.com'
'jspadaro@msllaw.com'
'lsilverstein@potteranderson.com'
'dbaldwin@potteranderson.com'
'cloizides@cdlpc.com'
'bleonard@casselsbrock.com'
'bbisson@wilmingtontrust.com'
'sws@pgslaw.com'
'John.w.christy@owenscorning.com'
'djbaker@skadden.com'
'rarditi@skadden.com'
'stephen.case@dpw.com'
'james.mcclammy@dpw.com'
'ei@capdale.com'
'rct@capdale.com'
'arahl@andersonkill.com'
'Jmcmonagle@webtv.net'
'mcrames@kayescholer.com'
'akress@kayescholer.com'
'eemrich@kayescholer.com'
'keckstein@kramerlevin.com'
'bfeder@sherman.com'
'gordon.harriss@dpw.com'
'pvnl@capdale.com'
'kcollins@dhlhz.com'
'dburns@hlhz.com'
'bankruptcy@clm.com'
'isiegel@bankofny.com'
'wisej@sec.gov'
'm.shapiro@sherman.com'
'g.wade@sherman.com'
'eric.statman@lovells.com'
'schoenbeck@schoenbeck.com'

RLF1-2713429-1

'jhbaldiga@modl.com'
'pwcarey@modl.com'
'mkilgore@up.com'
'dwright@sirote.com'
'sporterfield@sirote.com'
'barry.ridings@lazard.com'
'jrice@motleyrice.com'
'ndavis@motleyrice.com'
'svkelley@mbf-law.com'
'gailwash@paulhasting.com'
'hcb@rbhs-llp.com'
'margaret.holland@dol.lps.state.nj.us'
'hharden@maupintaylor.com'
'mvk@ferrarolaw.com'
'mdavis@zeklaw.com'
'jeff.st.onge@dowjones.com'
'alevine@amroc.com'
'dleinwand@amroc.com'
'mmerklin@brouse.com'
'mgall@gebsmith.com'
'mmeyer@gpjw.com'
'smertz@faegre.com'
'wellsek@dhec.sc.gov'
'pnh@lanierlawfirm.com'
'hughesp@haynesboone.com'
'jknapp@prestongates.com'
'marcb@prestongates.com'
'michael.hopkins@bracepatt.com'
'trey.wood@bracepatt.com'
'ekarisik@stutman.com'
'denise.mondell@po.state.ct.us'
'bborrus@riddellwilliams.com'
'houston_bankruptcy@publicans.com'
'j.berman@zeislaw.com'
'goldbergl@whiteandwilliams.com'
'rlhagen@ober.com'
'bonnie.white@enron.com'
'msutter@ag.state.oh.us'

'msmith-meachamlaw@sbcglobal.net'
'snelsen@werner.com'
'cherbert@bsmlaw.com'
'montetravis@pacbell.net'
'mfmcgrath@ravichmeyer.com'
'richardg@glasserlaw.com'
'melinz@glasserlaw.com'
'dhaley@hbk.com'
'lisa@kcinjurylaw.com'
'btucker@legalmgt.com'
'ameaheriii@earthlink.net'
'robert_d_luss@oxy.com'
'mmoody@ommlaw.com'
'jwarren@bushross.com'
'davis@tanhelp.com'
'jlf@ferrarowlaw.com'

'gary_barnhart@mail.dor.state.mo.us'
'rblumling@blumlinggusky.com'
'ker@bowersharrison.com'
'cfriedmanesq@bellsouth.net'
'dlipke@bedderprice.com'
'bshort@hsblawfirm.com'
'seth.shapiro@usdoj.gov'
'jenniferhuffman@csfb.com'
'eastern.taxcivil@usdoj.gov'
'twalsh@btmacapital.com'
'mreed@mvbalaw.com'
'cgillarde@warrickandboyn.com'
'joseph_faricielli@scotiacapital.com'
'roy.andersen@fortiscapitalusa.com'
'johanna.minaya@kbc.be'
'Jd28@ntrs.com'
'william.rockett@barcap.com'
'kennmorec@wellsfargo.com'
'vanessche@clamericas.com'
'christine_rueff@bankone.com'
'kevin.c.kelley@jpmchase.com'

'michael_axel@keybank.com'
'jenniferhuffman@csfb.com'
'mjallman@allmanspry.com'
'tlallier@foleymansfield.com'
'esnyder@sillerwilk.com'
'jwdassco@flashnet.com'
'lfreeman@irvingisd.net'
'dstolper@staffordlaw.com'
'atritt@atritt.com'
'sgrego@dkwlaw.com'
'agrochal@tydingslaw.com'
'sreisman@cm-p.com'
'wharvey@klehr.com'
'jbs@evans-mullinix.com'
'adondro@placer.ca.gov'
'ahammer@mayerbrownrowe.com'
'mark.castillo@bakerbotts.com'
'sblakeley@bandblaw.com'
'gbarnstorf@aol.com'
'kwalsh@riggsabney.com'
'dgooding@choate.com'

'jwalters@markowitzandrichman.com'
'grp-infoctr@paulweiss.com'
'sal.a.boscia@key.com'
'mikeelee@bellsouth.com'
'sirwoodalot@aol.com'
'japeca@climacolaw.com'
'smithar@bright.net'
'rap@pbandg.com'
'lmarlow@ci.irving.tx.us'
'mail@obryanlawoffices.com'
'cneville@pryorcashman.com'
'wsilverman@oshr.com'
'ateneba@enrd.usdoj.gov'
'jsenslein@gallas-schultz.com'
'david.powlen@btlaw.com'
'matt.hohman@btlaw.com'

'jcarr@kelleydrye.com'
'mhogston@royalmoaldings.com'
'Janet.fitzpatrick@unisys.com'
'npritchett@ncdoj.com'
'cmomjian@attorneygeneral.gov'
'contactcenter@taxcollector.com'
'dretter@kelleydrye.com'
'mwright2@wvbep.org'
'rdaversa@mayerbrown.com'
'jwatson@alston.com'
'rkomitor@pklaw.com'
'wangelow@kekcapital.com'
'gtoering@wnj.com'
'smcnew@weitzlux.com'
'mjolley@lawpga.com'
'tfuller@angelogordon.com'
'dquaid@fagelhaber.com'
'rparks@macdonaldillig.com'
'michael_coletta@peoplesoft.com'
'drmelin@mapllc.com'
'cadefino@bear.com'
'ladmiralty@aol.com'
'tmalik@winston.com'
'lxf@cpmlaw.com'
'slerner@ssd.com'
'jcmcdermott@bemis.com'
'cchiu@pitneyhardin.com'
'djury@uswa.org'
'rpalmer@lindsayhart.com'
'jmcarbino@klettrooney.com'
'jjplaw@aol.com'
'Wisnm1@kitch.com'
'jperry@vandeburghgov.org'

'mblackburn@blackburnandassociates.net'
'wgw.efn@farrlawnet.com'
'redi@mbt-law.com'

'coellermann@jonesday.com'
'stuart.phillips@oag.state.tx.us'
'kay.brock@oag.state.tx.us'
'jay.hurst@oag.state.tx.us'
'djunek@gwinnroby.com'
'donna.dabney@alcoa.com'
'doucet-law@att.net'
'jonathan.alden@dep.state.fl.us'
'tgaa@bbslaw.com'
'broberts@slk-law.com'
'william.johnson@nscorp.com'
'anthony.smits@bingham.com'
'aengh@cov.com'
'hkim@debevoise.com'
'smack@debevoise.com'
'mbhogan@debevoise.com'
'Jeffrey.welch@db.com'
'amathes@bakerdonelson.com'
'fbaron@baronbudd.com'
'rbudd@baronbudd.com'
'rhagen@ober.com'

'Pieter_vanschaick@scotiacapital.com'

'jfollosco@bankofny.com'
'mpatterson@bankofny.com'
'nhotchkiss@tranorrobertson.com'
'mail@braytonlaw.com'
'jcooney@cooneyconway.com'
'dom@domcc.com'
'mlw@cchmlawyers.com'
'mthorton@tenlaw.com'
'dhartley@hartleyobrien.com'
'rkeller@stroock.com'
'info@kuminlaw.com'
'grant@wildmanharrold.com'
'gcsleeper@jdolaw.com'
'ssgdmgc@aol.com'

'william.kovacs@4086.com'
'adplawfirm@msn.com'
'aickowitz@nossman.com'
'flanchers@michigan.gov'
'sean.haas@citidelgroup.com'
'lisa.diem@thompasonhine.com'
'jgottlieb@brownraysman.com'
'drpj@accesstoledo.com'
'poleary@sheppardmullin.com'
'thomas.tansor@ge.com'
'mdboutell@comerica.com'
'dkmayer@wlrk.com'
'pweykamp@weykamplaw.com'
'ghmyshrall@heymansizemore.com'
'cbeason@l-law.com'
'gdowlen@pbfcm.com'
'wbloom@ngn-orlando.com'
'tlflynn@belinlaw.com'
'panderson@lordbissell.com'
'tmcfadden@lordbissell.com'
'plevine@lemerygreisler.com'
'bcook@co.ho.md.us'
'ktaylor@co.ho.md.us'
'rhawkins@hunton.com'
'jdkrek@ks-lawfirm.com'
'jhayden@hellendnaper.com'
'kmksc@kmklawfirm.com'
'nclark@barnesgroupinc.ocm'
'gmascitti@nixonpeabody.com'
'phillip.anker@wilmer.com'
'ppinnw@foleylaw.com'
'klynch@farcap.com'
'phaskel@rsko.com'
'dotero@akerman.com'
'Reed.sato@doj.ca.gov'
'jschwartz@hahnhessen.com'
'Bo.fears@law.state.ga.us'
'cei@cimlaw.com'

'ads@cimlaw.com'
'phohnson@bakerlaw.com'
'sfuertes@bakerlaw.com'
'sheree.kelly@pseg.com'
'dkneipp@kneipplaw.com'
'dtyson@lemerygreisler.com'
'robert@kleinlaw.com'
'jdberger@bm.net'
'bobabney@bellsouth.net'
'jmaffitt@milesstockbridge.com'
'mmunley@munley.com'
'ebanda@pbfcm.com'
'rod.anderson@hklaw.com'
'rainach@msn.com'
'sgoodwin@ccsb.com'
'savoryg@bellsouth.net'
'bbabitt@wbklaw.net'
'gquijano@avenuecapital.com'
'pigginsj@mjsc.com'

'jennifer.e.bennett@bankofamerica.com'
'richard.smith@fultonpaper.com'
'kweaver@wcsr.com'
'esserman@stutzman-bromberg.com'
'sakatzoo@aol.com'
'ayudkowsky@stroock.com'
'rheil@martinbrowne.com'
'jricciardi@gibsondunn.com'
'linsch@voyager.net'
'webmaster@fwlegal.com'
'aji@kesslercollins.com'
'nlafleur@stutsman-thames.com'
'dford@ozcap.com'
'ian@aulgur.com'
'dwalter@andrewskurth.com'
'pached@wilentz.com'
'pitkow@aol.com'

'sroyer@state.pa.us'
'nmccullagh@cantorarkema.com'
'mcantor@kirkland.com'
'rbwiipa@aol.com'
'cjadege@mayerbrownrowe.com'
'wdarnold@arnoldcaruso.com'
'soroza@comcast.net'
'alderman@sonnenschein.com'
'rmillner@sonnenschein.com'
'skhastoo@prodigy.com'
'dworkman@foley.com'
'tt@tewlaw.com'
'2llaw@bellsouth.net'
'bberliner@centralstatesfunds.org'
'jdweinberg@hhlaw.com'
'skhastoo@prodigy.com'

'jennifer.killoughherrera@dol.lps.state.nj.us'
'srutsky@proskauer.com'
'bwhite@pattonboggs.com'
'nramsey@mmwr.com'
'jwimberley@mclaw.net'
'Duane.morse@wilmer.com'
'James.shepherd@wilmer.com'
'rsimon@simonandsimonftw.com'
'kwbeall@loomislaw.com'
'dunn@boleslawfirm.com'
'schristianson@buchalter.com'
'pmatthews@hrblaw.com'
'wamiller@hrblaw.com'
'ipachulski@stutman.com'
'kjshaffer@stutman.com'
'dparker@kkwc.com'
'dholler@vbp.biz'
'lvergara@wkalaw.com'
'dpacheco@wilentz.com'
'jefdelaw@aol.com'

'jpinckney@bmf-law.com'
'lrobbins@robbinsrussel.com'
'rennglert@robbinsrussel.com'
'asiegel@robbinsrussel.com'
'jgibbons@gibbonslaw.com'
'rmckelvie@fishneave.com'
'Bankruptcy.crw@dol.net'
'bsullivan@werbsullivan.com'
'dwerb@werbsullivan.com'
'tgw@stevenslee.com'
'kwhitson@schnader.com'
'rick.becker@delanet.com'
'wbowden@ashby-geddes.com'
'bankruptcyemal@elzufon.com'
'bankruptcydel@gtlaw.com'
'jdd@stevenslee.com'
'delbkr@obermayer.com'
'dfinger@delawgroup.com'
'jg@stevenslee.com'
'khill@svglaw.com'
'bkrjameson@prickett.com'
'nolbro@aol.com'
'robert.kost@lazard.com'
'repodesta@debevoise.com'
'jbodnar@monlaw.com'
'astraus@skadden.com'
'dkhogan@dkhogan.com'
'nburnham@mmwr.com'
'emagner@magnerlaw.com'
'jgregory@garlic.com'
'jdeaver@wemed.com'
'rsamp@wlf.org'
'rjeff@delbay.com'
'jmr@m-j.com'
'ekay@dbllp.com'
'swarren@ycst.com'

Yoder Steven (syoder@bayardfirm.com); Aileen F. Maguire; L Baena Scott (sbaena@bilzin.com); J. Crames Michael (mcrames@kayescholer.com); Currier Teresa (currier@klettrooney.com); Daniel B Prieto (dbprieto@JonesDay.com); B. Erens Brad (bberens@jonesday.com); Inselbuch Elihu (ei@capdale.com); Lastowski Michael (MLastowski@duanemorris.com); Lockwood Peter Van N. (pvnl@capdale.com); Patton James (jpatton@ycst.com); J. Perch Frank (frank.j.perch@usdoj.gov); Sakalo Jay (JSakalo@bilzin.com); Wildes Denise (dwildes@stroock.com); D. Willard Gregory (gdwillard@bryancave.com)

William S. Katchen; Aileen Maguire ; Andrew Rosenberg ; Dean M. Trafelet; Debra Dandeneau ; Denise Wildes ; Elihu Inselbuch ; Frank J. Perch ; James L. Patton ; Joanne B. Wills ; Kennth L. Jacobs ; Lewis Kruger ; Collins, Mark; Mark E. Felger ; Marla R. Eskin ; Mary J. Huwaldt ; Michael R Lastowski ; Nicholas Cremona ; Peter Van N. Lockwood ; Booth, Rebecca; Richard C. Toder ; Robert Scheibe; Scott Talmadge ; Stephen Karotkin; Terry Currier; Walter T. Gangl