## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| **USG CORPORATION,** | ) | |
| a Delaware corporation, <u>et al.</u>,[1] | ) | **Case No. 01-2094 (JKF)** |
| | ) | **Jointly Administered** |
| Debtors. | ) | **Re:  Docket No. 5150-5155** |
| | ) | |
| In re: | ) | **Chapter 11** |
| | ) | |
| **OWENS CORNING, a Delaware** | ) | **Case No. 00-3837 (JKF)** |
| **Corporation,** <u>et al.</u>, | ) | **Jointly Administered** |
| | ) | **Re:  Docket No. 10501-10506** |
| Debtors. | ) | |
| | ) | |
| In re: | ) | **Chapter 11** |
| | ) | |
| **W.R. GRACE & COMPANY, a** | ) | **Case No. 01-1139 (JKF)** |
| **Delaware Corporation,** <u>et al.</u>, | ) | **Jointly Administered** |
| | ) | **Re:  Docket No. 4862-4867** |
| Debtors. | ) | |
| | ) | |

### <u>AFFIDAVIT OF SERVICE</u>

STATE OF DELAWARE    :

NEW CASTLE COUNTY    :

      Ann Jerominski, RP, being duly sworn according to law, deposes and says that

she is employed as a Registered Paralegal for the law firm of Richards, Layton & Finger, P.A.,

---

[1]      The Debtors are the following 11 entities:  USG Corporation, United States Gypsum Company, USG Interiors, Inc., USG Interiors International, Inc., L&W Supply Corporation, Beadex Manufacturing, LLC, B-R Pipeline Company, La Mirada Products Co., Inc., USG Industries, Inc., USG Pipeline Company and Stocking Specialists, Inc.

and that on the 22nd day of December, 2003 she caused a copy of the following documents to be

served as indicated upon the parties included on the attached service list:

- Notice of Deposition of Elizabeth W. Magner

- Notice of Deposition of Caplin & Drysdale

- Notice of Deposition of James J. McMonagle

- Notice of Deposition of Motley Rice LLC

- Notice of Deposition of Dean M. Trafelet

- Notice of Deposition of Kaye Scholer

Dated: March 4, 2004
       Wilmington, Delaware

Ann Jeromnski, RP
Registered Paralegal
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware  19899
(302) 651-7700

SWORN TO AND SUBSCRIBED before me this 4th day of March, 2004.

Notary Public

BARBARA J. WITTERS
Notary Public - State of Delaware
My Comm. Expires Mar. 13, 2005