*In re: USG Corporation, et al.*
*Bankruptcy Rule 2002 Service List as of December 22, 2003*

*Local Via Hand Delivery  -  Non-Local Via First Class Mail & Fed Ex*

*Representing HP Financial Services*
Derek C. Abbott
James C. Carignan
Morris, Nichols, Arsht & Tunnell
P.O. Box 1347
1201 Market Street
Wilmington, DE 19899

*Representing Caterpillar Financial Services*
Ian Connor Bifferato
Bifferato, Bifferato & Gentilotti
P.O. Box 2165
1308 Delaware Avenue
Wilmington, DE 19899

*Representing National City Bank*
Karen C. Bifferato
Connolly, Bove, Lodge & Hutz LLP
P.O. Box 2207
1220 Market Street
Wilmington, DE 19899

*Representing Chase Manhattan Bank*
Teresa K.D. Currier
Klett, Rooney, Lieber & Schorling
P.O. Box 1397
1000 West Street, Suite 1410
Wilmington, DE 19899-1397

*Representing Marathon Ashland Petroleum and Coral Energy Canada*
John D. Demmy
Stevens & Lee, P.C.
300 Delaware Avenue, Suite 800
Wilmington, DE 19801

*Representing Atlas Roofing Corporation*
Paul J. Dougherty
McCarter & English, LLP
P.O. Box 111
919 N. Market Street, Suite 950
Wilmington, DE 19899

*Representing Lonnie Baylark, Paul Bordieri, Jr.*
James E. Huggett
Victoria E. Varrasse
Flaster/Greenberg P.C.
913 North Market Street, Suite 702
Wilmington, DE 19801

*Representing Edward Wally*
Robert Jacobs
Jacobs & Crumplar, P.A.
P.O. Box 1271
2 East 7th Street
Wilmington, DE 19899

*Representing Official Committee of Unsecured Creditors*
Michael R. Lastowski
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246

*Representing Official Committee of Asbestos Personal Injury Claimants*
Aileen F. Maguire
Campbell & Levine, LLC
800 King Street, Suite 300
Wilmington, DE 19801

*Representing Port of St. Helens, Oregon*
Rachel B. Mersky
Monzack and Monaco, P.A.
1201 N. Orange St., Ste. 400
Wilmington, DE 19801

*Representing Airgas, Inc.*
Kathleen M. Miller
Smith Katzenstein & Furlow, LLP
P.O. Box 410
800 Delaware Avenue, 7th Floor
Wilmington, DE 19899

*Representing Lexington Insurance*
*Company, Clark Steel Framing Systems*
Francis A. Monaco
Rachel B. Mersky
Monzack and Monaco, P.A.
1201 North Market Street, Suite 400
Wilmington, DE 19801

The Honorable Randall J. Newsome
Attn: Nancy Hunt
United States District Court, Visiting
Judge's Chambers
844 King Street, Room 2124
Wilmington, DE 19801

*Representing Dean M. Trafelet, Futures*
*Representative*
James L. Patton
Edwin J. Harron
Young Conaway Stargatt & Taylor, LLP
P.O. Box 391
1000 West Street, 17th Floor
Wilmington, DE 19899

*Representing US Trustee*
Frank Perch
Office of the United States Trustee
J. Caleb Boggs Federal Building, 844 King
Street, Room 2313 Lockbox 35
Wilmington, DE 19801-3519

*Representing Worthington Armstrong*
*Ventures*
Bradford J. Sandler
Adelman Lavine Gold & Levin
919 Market Street, Suite 710
Wilmington, DE 19801

Victor Schwaiger
Bridget Connell
Parcels/DDR
200 West 9th Street
Wilmington, DE 19801

*Representing The Chase Manhattan Bank*
Eric D. Schwartz
Morris, Nichols, Arsht & Tunnell
P.O. Box 1347
1201 N. Market Street
Wilmington, DE 19899

*Representing Terry Hunt Construction*
*Company, Inc.*
Jennifer L. Scoliard
Klehr Harrison Harvey Brazenburg & Ellers
LLP
919 Market Street, Suite 1000
Wilmington, DE 19801

Laurie Selber Silverstein
Monica Leigh Loftin
Potter Anderson & Corroon LLP
P.O. Box 951
1313 N. Market Street, 6th Floor
Wilmington, DE 19899

*Representing Environmental Protection*
*Agency*
Ellen W. Slights
U.S. Department of Justice
P.O. Box 2046
1201 Market Street, Suite 1100
Wilmington, DE 19899-2046

*Representing Archiped Classics, Inc.; Banc*
*One Leasing Corp*
Christopher S. Sontchi
William P. Bowden
Gregory A. Taylor
Ashby & Geddes
P.O. Box 1150
222 Delaware Avenue, 17th Floor
Wilmington, DE 19899

*Representing F. Dale Lumpkin, OII Steering Committee*
William D. Sullivan
Elzufon Austin Reardon Tarlov & Mondell, P.A.
P.O. Box 1630
300 Delaware Avenue, 17th Floor
Wilmington, DE 19899

*Representing Richard L. VanSon*
William F. Taylor
McCarter & English, LLP
P.O. Box 111
919 North Market Street, Suite 1800
Wilmington, DE 19899

*Representing Catherine M. Jernagen*
Timothy J. Weiler
727-B North Market Street
Wilmington, DE 19801

*Representing Official Committee of Asbestos Property Damage Claimants*
Steven M. Yoder
Neal B. Glassman
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

Lazard Freres & Co. LLC
30 Rockefeller Plaza, 60th Floor
New York, NY 10020

Bankruptcy Administration
IOS Capital, Inc.
P.O. Box 13708
1738 Bass Road
Macon, GA 31208

*Representing Airgas, Inc.*
Joseph Alban
Airgas, Inc.
P.O. Box 6675
259 Radnor-Chester Road, Suite 100
Radnor, PA 19087

*Representing ONDEO Nalco Company*
R. Scott Alsterda
Greeg E. Szilagyi
Chiropher L. Rexroat
James M. McArdle
Ungaretti & Harris
3500 Three First National Plaza
Chicago, IL 60602

Judith Archer
James Grudus
AT&T Corp.
900 US Highway 202/206
Bedminster, NJ 07921-2691

*Representing Various Asbestos Claimants*
Scott Baldwin Jr.
Baldwin & Baldwin, LLP
400 W. Houston Street
Marshall, TX 75670

Gary L. Barnhart
Missouri Dept. of Revenue
P.O. Box 475
301 West High Street, Room 670
Jefferson City, MO 65105-0475

*Representing Vergie Lee Toliver*
Steven T. Baron
Silber Pearlman, LLP
2711 N. Haskell Avenue, 5th Floor - LB 32
Dallas, TX 75204

*Representing Representing Gerald Voght*
Frederick M. Baron
Russell W. Budd
Alan B. Rich
Budd & Budd
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219-1181

David M. Barse
Third Avenue Trust
767 Third Avenue, 5th Floor
New York, NY 10017-2023

*Representing NASCAR*
Laurence H. Bartlett
Crotty& Bartlett, P.A.
P.O. Box 9547
1800 W. International Speedway Blvd.,
Suite 201
Daytona, FL 32120-9547

*Representing Atlas Architectural Metals, I,*
*Inc.*
Larry W. Bass
Law Offices of Jacky B. Franklin
9800 Richmond Ave., Suite 560
Houston, TX 77042

*Representing Enron Corp, et al.*
Neil Berger
Togut Segal & Segal LLP
One Penn Plaza, Suite 3335
New York, NY 10119

*Representing General Electric Capital*
*Corporation*
Leslie Ann Berkoff
Moritt, Hock, Hamroff & Horowitz, LLP
400 Garden City Plaza, Suite 202
Garden City, NY 11530

*Representing T.A. Robinson Asphalt Paving,*
*Inc.*
Robert J. Blumling
Brian W. Ashbaugh
Paul H. Minton
Bluming & Gusky, LP
1200 Koppers Building
Pittsburgh, PA 15219

*Representing Madison Gas & Electric*
*Company*
Lynn J. Bodi
Stafford Rosenbaum LLP
P.O. Box 1784
3 South Pickney Street, Suite 1000
Madison, WI 53701-1784

*Representing Cherokee Building Materials*
*of OKC, Inc , et al.*
Russell S. Bogue, III
Amy K. Alcoke
Hunton & Williams
600 Peachtree Street, N.E., Suite 4100
Atlanta, GA 30308-2216

*Representing Machinists Health & Welfare*
*Trust*
Robert A. Bohrer
Ekman, Bohrer & Thulin, P.S.
Queen Anne Square, 220 West Merecer St.,
Suite 400
Seattle, WA 98119

Robert W. Bollar
Southern Counties Old Co.
P.O. Box 4159
1800 West Katella Avenue, Suite 400
Orange, CA 92863-4159

Sal Boscia
StorageTek Financial Services Corporation
1000 So. McCaslin Boulevard
Superior, CO 80027

*Representing West Coast Estates*
Thomas J. Brandi
Terrence Edwards
Law Offices of Thomas J. Brandi
44 Montgomery Street, #1050
San Fancisco, CA 94104

*Representing Various Asbestos Claimants*
Alan R Brayton
Brayton & Purcell
222 Rush Landing Road
Novato, CA 94945

*Representing Various Asbestos Claimants*
Russell Budd
Alan B. Rich
Baron & Budd, P.C
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219

*Representing Asbestos Claimants*
Michael P. Cascino
Cascino Vaughan Law Offices, Ltd.
220 South Ashland Avenue
Chicago, IL 60607-5309

Peter A. Chapman
572 Fernwood Lane
Fairless Hills, PA 19030

*Representing Central States, Southeast and
Southwest Areas Pension Fund*
Rathna Chikkalingaiah
Central States, Southeast and Southwest
Areas Pension Fund
Legal Department 9377 West Higgins Road
Rosemont, IL 60018-4938

*Representing Worthington Armstrong
Ventures*
Joseph E. Chovanes
Piper Rudnick
3400 Two Logan Square 18th and Arch
Streets
Philadelphia, PA 19103-2762

*Representing U.S. Specialty Packaging*
Eddirland D. Christel
Palmer & Dodge LLP
111 Huntington Avenue, 19th Floor
Boston, MA 02199-7613

*Representing Oracle Corporation and
Oracle Credit Corporation*
Shawn M. Christianson
Buchalter, Nemer, Fields & Younger
333 Market Street, 25th Floor
San Francisco, CA 94105-2130

Yvonne Clemence
Caterpillar Financial Services, Senior
Litigation Paralegal
P.O. Box 340001
2120 W.End Avenue
Nashville, TN 37203-0001

*Representing Tennessee Dept. of Treasury -
Unclaimed Property*
Marvin E. Clements, Jr.
C/O TN Attorney General's Office, Bankr.
Unit
P.O. Box 20207
Nashville, TN 37202-0207

*Representing Barbara G. Billet, Esq.,
Deputy Commissioner and Counsel*
Elaine Z. Cole
New York State Department of Taxation and
Finance
340 E. Main St.
Rochester, NY 14604

*Representing Committee Member*
Newberry College
c/o Edward J. Westbrook, Esquire
Richardson Patrick Westbrook & Brickman
LLC
P.O. Box 1007
1037 Chuck Dawley Blvd, Building A
Mount Pleasant, SC 29465

*Representing Judith Williams*
John D. Cooney
Cooney & Conway
120 N. LaSalle Street, 30th Floor
Chicago, IL 60602

General Counsel
Enron Energy Services
1400 Smith Street, EB 0889
Houston, TX 770022

*Representing Self-Insurers' Security Fund
and Funds Administrator for the State of
Michigan*
Mike Cox
Rose A. Houk
Office of the Attorney General
P.O. Box 30217
Labor Division, Workers' Compensation
Section
Lansing, MI 48909

*Representing Ker McGee*
Myron K. Cunningham
Kerr McGee Center
Oklahoma City, OK 73125

*Representing Oracle Corporation, Oracle
Credit Corporation*
Dorian Daley
Associate General Counsel
Oracle Corporation
500 Oracle Parkway, Mail Stop 5op7
Redwood City, CA 94065

*Representing Gebr. Knauf
Verwaltungsgesellschaft KG*
Patrick Darby
Bradley Arant Rose & White, LLP
2001 Park Place, Suite 1400
Birmingham, AL 35203-3208

M. Catharine Davis
Great Lakes Gas Transmission Company
5250 Corporate Drive
Troy, MI 48098

*Representing Reliant Energy Services, Inc.*
Tony M. Davis
Baker Botts LLP
One Shell Plaza, 910 Louisiana
Houston, TX 77002

*Representing Unoffical Committee of Select
Asbestos Claimants*
Steven T. Davis
Edmond M. George
Obermayer Rebmann Maxwell & Hippel,
LLP
One Penn Center, Suite 1900 1617 John F.
Kennedy Boulevard
Philadelphia, PA 19103

*Representing Asbestos Claimants*
John M. Deakle
Deakle Law Firm
P.O. Box 2072
802 North Main Street
Hattiesburg, MS 39403

Jose Louis DelRosario
c/o Alan Kellman, Esquire
Jacques Admiralty Law Firm
1530 Chestnut Street, Suite 604
Philadelphia, PA 19102

Stacy Dezi
Jones Day
77 West Wacker Drive, Suite 3500
Chicago, IL 60601-1692

Julie Dien LeDoux
Avenue Capital Management
535 Madison Avenue, 15th Floor
New York, NY 10022

*Representing Catholic Archdiocese of New
Orleans*
Martin Dies
1009 Green Avenue
Orange, TX 77630

*Representing Harris County, City of
Houston, Humble ISD*
John P. Dillman
Linebarger, Heard, Goggan, Blair Graham,
Pena & Sampson, LLP
P.O. Box 3064
Houston, Tx 77253-3064

Ellen R. Doherty
UGI Utilities, Inc.
P.O. Box 25148
2121 City Line Road
Lehigh Valley, PA 18002-5148

John Dorans
Citibank
599 Lexington Avenue, 21st Floor
New York, NY 10043

*Representing Winchester Homes, Inc.*
Mary Joanne Dowd
Christopher J. Giaimo, Jr.
Arent Fox Kintner Plotkin & Kahn, PLLC
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5339

*Representing Ceilings Plus*
John M. Drews
Drews & Associates, P.C.
1410 Bradley Court
Downers Grove, IL 60516

*Representing Donald R. Boyer*
James F. Early
Early, Ludwick & Sweeney, LLC
265 Church Street, 11th Floor
New Haven, CT 06510

*Representing Port St. Helens, Oregon*
Charles R. Ekberg
Lane Powell Sears Lubersky LLP
1420 Fifth Avenue, Suite 4100
Seattle, WA 98101-2338

Donna Ellison
Air Products and Chemicals, Inc.
7201 Hamilton BLVD.
Alentown, PA 18195-1501

Reid D. Evensky
850 Ridge Lake Blvd., Suite 200
Memphis, TN 38120

Securities & Exchange Commission
15th & Pennsylvania Ave., N.W.
Washington, DC 20020

*Representing Georgia Department of Revenue*
Oscar B. Fears, III
Georgia Department of Revenue
40 Capitol Square, S.W.
Atlanta, GA 30334

*Representing Georgia-Pacific Corporation*
Larry A. Feind
Georgia-Pacific Corporation
P.O. Box 105605
133 Peachtree Street, NE 7th Floor
Atlanta, GA 30348-5605

Matthew J. Ferko
USB Warburg LLC
677 Washington Blvd.
Stanford, CT 06901

*Representing Pan-Alberta Gas (U.S.) Inc.*
David L. Field
Mirant Americas Energy Marketing Canada, Ltd.
300, 440 - 2nd Avenue SW
Calgary, Alberta, CA T2P 5E9

*Representing Federal Express Corp.*
Charles J. Filardi, Jr.
Pepe & Hazard LLP
30 Jelliff Lane
Southport, CT 06890-1436

*Representing Automotive Rentals, Inc.*
John V. Fiorella
Archer & Greiner, P.C.
P.O. Box 3000
One Centennial Square, East Euclid Avenue
Haddonfield, NJ 08033-0968

Jeffrey Fischer
Weirton Steel Corp.
400 Three Springs Drive
Weirton, WV 26062

*Representing State of Michigan*
Steven B. Flancher
Assistant Attorney General
Revenue & Collections Division, First
Floor, Treasury Building
Lansing, MI 48922

Ryan A. Foster
The Foster Law Firm, PLLC
440 Louisiana, Suite 2100
Houston, TX 77002

Charles O. Freedgood
Chase Manhattan Bank
270 Park Avenue Floor 12
New York, NY 10017-2036

*Representing Innovative Gas Services, Inc.*
Craig E. Freeman
Thelen, Reid & Priest LLP
875 Third Avenue
New York, NY 10022

*Representing Public Service Electric and
Gas Company*
William E. Frese
Attn: Sheree L. Kelly
P.O. Box 570
80 Park Plaza, T5D
Newark, NJ 07101

*Representing Environmental Protection
Agency*
Henry S. Friedman
John C. Cruden
U.S. Department of Justice
P.O. Box 7611
Washington, DC 20044

*Representing The Valleycrest Landfill Site
Group*
Neal A. Frink
Dinsmore & Shohl
1900 Chemed Center 255 East Fifth Street
Cincinnati, OH 45202

*Representing Bear, Stearns & Co. Inc.*
James G. Gereghty, Jr.
Bear, Stearns & Co. Inc.
383 Madison Avenue
New York, NY 10179

Joseph A. Giampapa
Banc One Corporation
100 East Broad Street, 18th Floor
Columbus, OH 43271

*Representing Certain Plaintiffs & Claimants*
Charles E. Gibson, III
620 North Street, Suite 100
Jackson, MS 39202

Ken Glassman
Goldman Sachs
85 Broad Street
New York, NY 10005

*Representing Verizon New York, Inc.*
Henry Gluckstern
Kreindler & Kreindler
100 Park Avenue
New York, NY 10017

*Representing Clark Steel Framing Systems;
Unimast, Inc.*
Ronald E. Gold
Frost Brown Todd LLC
2500 PNC Center 201 East Fifth Street
Cincinnatti, OH 45202-4182

*Representing Betty Bise as Executrix for
William Bise*
Theodore Goldberg
Mark C. Meyer
Goldberg, Persky, Jennings & White, P.C.
1030 Fifth Avenue
Pittsburgh, PA 15219

*Representing California Union Insurance
Company*
Leonard P. Goldberger
White and Williams LLP
1800 One Liberty Place
Philadelphia, PA 19103-7395

*Representing Compaq Financial Services*
Gary E. Green
COSTON & LICHTMAN
407 South Dearborn St., Suite 600
Chicago, IL 60605

Sean Haas
Citadel Investment Group L.L.C.
131 South Dearborn Street, 36th Floor
Chicago, IL 60606

*Representing Fox Valley Steel and Wire
Company*
Daniel J. Habeck
Cramer, Multhauf & Hammes, LLP
P.O. Box 558
Suite 200, 1601 East Racine Avenue
Waukesha, WI 53187

*Representing CIT Technology Financing
Services, CIT Group, Inc /Specialty Finance
Division*
Alan D. Halperin
Ethan D. Ganc
Halperin & Associates
1775 Broadway, Suite 515
New York, NY 10019-1903

*Representing Commissioner of Revenue for
the State of Tennessee*
Gina Baker Hantel
Commissioner of Revenue
Legal Services, 27th Floor 318 8th Avenue
North
Nashville, TN 37243

Jonathan C. Hantke
Pamela Walters
Aldine Independent School District
14910 Aldine-Westfield Road
Houston, TX 77032

*Representing Debtor*
Paul Harner
Jones Day
77 West Wacker Drive, Suite 3500
Chicago, Il 60601-1692

*Representing prologis Trust*
Andrea S. Hartley
Akerman, Senterfitt & Eidson, P.A.
Sun Trust International Center, One
Southeast Third Avenue, 28th Floor
Miami, FL 33131-1704

*Representing Debtors*
David Heiman
Jones Day
North Point, 901 Lakeside Avenue
Cleveland, OH 44114

Andrew Herenstein
Quadrangle Group LLC
375 Park Avenue, 14th Floor
New York, NY 10152

*Representing Regen Capital I, Inc.*
Elliot H. Herskowitz
Regen Capital I, Inc.
P.O. Box 626
Planetarium Station
New York, NY 10024-0540

*Representing New Jersey Resources*
Robert L. Heugle, Jr.
Lomurro, Davison, Eastman & Munoz, P.A.
Monmouth Executive Center, 100
Willowbrook Road, Building 1
Freehold, NJ 07728-2879

*Representing Coral Energy Canada, Inc.*
John F. Higgins
James Matthew Vaughn
Porter & Hedges, LLP
700 Louisiana, 35th Floor
Houston, TX 77002

Shepard A. Hoffman
Law Offices of Shepard A. Hoffman
Highland Park Place, 4514 Cole Avenue,
Suite 806
Dallas, TX 75205

*Representing Texas Comptroller of Public Accounts*
Jay W. Hurst
Assistant Attorney General, Bankruptcy &
Collections Division
P.O. Box 12548
Austin, TX 78711-2548

*Representing OII Steering Committee*
Allan H. Ickowitz
Kathy K. Emanuel
Nossaman, Guthner, Knox & Elliott, LLP
445 South Figueroa Street, 31st Floor
Los Angeles, CA 90071

Daily Insights
JAF Box 3127
New York, NY 10116

Michael Itallie
U.S. Environmental Protection Agency
290 Broadway, 17th Floor
New York, NY 10007-1866

*Representing Michigan Unemployment Agency*
Thomas C. Johnson
Assistant Attorney General
350 Ottawa NW, Suite 4-C
Grand Rapids, MI 49503

Danni L. Jorenby
Department of Workforce Development,
Division of Unemployment Insurance
P.O. Box 8914
201 East Washington Avenue
Madison, WI 53708-8914

*Representing Insulated Building Systems, Inc.*
Joseph H. Kasimer
Paul H. Teague
Kasimer & Annino, P.C.
7653 Leesburg Pike
Falls Church, VA 22043

William S. Katchen
Duane Morris, LLP
1 Riverfront Plaza, 2nd Floor
Newark, NJ 07102

*Representing Fireman's Fund Insurance Company*
Jeffrey Kaufman
Gerald F. Ellersdorfer
Kaufman & Logan, LLP
111 Pine Street, Suite 1300
San Francisco, CA 94111

Michael T. Kay
Attn: Nancy Draves
The Dow Chemical Company
2030 Dow Center
Midland, MI 48674

*Representing Mike Abbott*
Steven L. Kazan
Kazan, McClain, Edises, Simon & Abrams
171 Twelfth Street, 3rd Floor
Oakland, CA 94607

*Representing Central States, Southeast and
Southwest Areas Pension Fund*
Harry E. Keil
Central States, Southeast and Southwest
Areas Pension Fund
Deliquent Accounts 9377 West Higgins
Road
Rosemont, IL 60018-4938

*Representing Various Asbestos Claimants*
Michael V. Kelley
Thomas M. Wilson
Kelley & Ferraro, L.L.P.
1901 Penton Media Building, 1300 East
Ninth Street
Cleveland, OH 44114

*Representing The Dow Chemical Company,
Hampshire Chemical Corp.; Union Carbide
Corp., and Angus Chemical Company*
Anne Marie Kelley
Dilworth Paxson LLP
Liberty View-Suite 700, 457 Haddonfield
Road
Cherry Hill, NJ 08002

Allan Kellman
The Jaques Admiralty Law Firm
1370 Penobscot Building
Detroit, MI 48226

*Representing Asbestos Claimants*
Steven J. Kherkher
Laurence G. Tien
Williams Bailey Law Firm, L.L.P.
8441 Gulf Freeway, Suite #600
Houston, TX 77017

Mary Ann Kilgore
Union Pacific Railroad Company
1416 Dodge Street, Room 830
Omaha, NE 68179

*Representing City and County of Denver*
Eugene J. Kottenstette
Assistant City Attorney
Land Use & Revenue Section
201 West Colfax Avenue, Dept 1207
Denver, CO 80202-3275

Catherine S. Krug
National City Bank of Indiana
101 West Washington Street, Suite 655
South
Indianapolis, IN 46255

Steve Krull
Owens Corning World Headquarters, One
Owens Corning Parkway
Toledo, OH 43659

*Representing Jacksonville Electric Authority*
Nina M. LaFleur
Stutsman & Thames, P.A.
121 W. Forsyth Street, Suite 600
Jacksonville, FL 32202

Lawrence F. Landgraff
Pension Benefit Guaranty Corporation,
Office of the General Counsel
1200 K Street, N.W., Suite 340
Washington, DC 20005-4026

*Representing Hanson Roof Tile/Pioneer
Concrete Tile, Inc.*
Joseph W. Lawrence, II
Dan Matlow
Vezina, Lawrence & Piscitelli, P.A.
350 East Olas Blvd., Suite 1130
Fort Lauderdale, FL 33301

*Representing Sun Company, Inc.*
Thomas A. Lee III
Becket & Lee, LLP
P.O. Box 3001
Malvern, PA 19355-0701

*Representing F Dale Lumpkin*
Jack Levy
Smith, Freed, Chock & Eberhard, P.C.
1001 S.W. Fifth Avenue, Suite 1700
Portland, OR 97204

*Representing CenturyTel*
Janessa Lewing
CenturyTel
885 Bert Kouns
Shreveport, LA 71118

*Representing Trucklease Corporation d/b/a
AMI Leasing, sucessor in interest to Biddle
Co., Inc.*
Gary P. Lightman
Glenn A. Manochi
LIGHTMAN, MANOCHI &
CHRISTENSEN
1520 Locust Street, 12th Floor
Philadelphia, PA 19102

*Representing Charles Bruncat*
Moshe Maimon
Levy Phiilips & Konigsberg, LLP
520 Madison Avenue
New York, NY 10022

*Representing Tarmac America, Inc*
Daniel S. Mandel
Mandel, Weisman & Brodie, P.A.
2101 Corporate Boulevard, Suite 300
Boca Raton, FL 33431

*Representing USG Corporation*
Mary A. Martin
USG Corporation
125 South Franklin Street
Chicago, IL 60606

*Representing Asbestos Claimants*
Paul M Matheny
Anthony J. Covacevich
Law Offices of Peter G. Angelos
5905 Harford Road
Baltimore, MD 21214-1846

Lisa A. Miller
Wells Fargo Bank Northwest, N.A.
608 2nd Avenue South, MAC N9303-120,
Sixth & Marquette
Minneapolis, MN 55402

*Representing Lexington Insurance Company*
Robert B. Millner
Sonnenschein, Nath & Rosenthal
8000 Sears Tower, 233 South Wacker Drive
Chicago, IL 60606

*Representing National City Bank*
Alan K. Mills
Alan B. Feldbaum
Barnes & Thornburg
11 South Meridian Street
Indianapolis, IN 46204

*Representing Portland General Electric*
David B. Mills
Hammons & Mills
115 W. 8th Avenue, Suite 280
Eugene, OR 97401

*Representing Commonwealth of
Pennsylvania, Pennsylvania Department of
Revenue*
Christopher R. Momjian
Office of the Attorney General
21 S. 12th Street, 3rd Floor
Philadelphia, PA 19107-3603

*Representing Ameritech Credit Corporation*
Michael C. Moody
O'Rourke McCLoskey & Moody
161 North Clark Street, Suite 2230
Chicago, IL 60601

*Representing Office of the Attorney General
- Washington*
Zachary Mosner
Office of the Attorney General - Bankruptcy
& Collections Unit
900 Fourth Avenue, Suite 2000
Seattle, WA 98164-1012

*Representing Sales and Sales
Associates/I.G.M., d/b/a Interior Gypsum
Materials*
Timothy J. Murphy
Murphy & Tobin
4240 Blue Ridge Boulevard, Suite 410
Kansas City, MO 64133

Steven K. Myers
Unimast, Inc.
4825 N. Scott, # 300
Schiller Park, IL 60176

*Representing Arizona Department of
Revenue*
Janet Napolitano
Lisa Perry Banen
Terry Goddord
Robert P. Hall
Arizona Attorney General's Office,
Bankruptcy & Collection Enforcement
Section
1275 West Washington Street
Phoenix, AZ 85007-1298

Lisa B. Neimark
E&Y Capital Advisors LLC
233 S. Wacker Drive
Chicago, IL 60606

*Representing Joseph Koslosky, Wendy
Frzser, Clayton King, Billy Meyers and
Mike Jones & Represented Parties*
Robert J. Nelson
Lieff, Cabraser, Heimann & Bernstein
Embarcadero Center West 275 Battery
Street, Suite 3000
San Francisco, CA 94111-3339

*Representing Chase Manhattan, as Pre-
Petition Bank Agent*
Larry J. Nyhan
Sidley, Austin, Brown & Wood
Bank One Plaza
Chicago, IL 60603

*Representing Hunter Douglas Architectural
Products, Inc.*
Christopher G. Outlaw
Hunter Douglas Inc.
One Duette Way
Broomfield, CO 80020

Lance Palmer
Ted Willhite
Levinson Friedman, P.S.
Pacific Building, 720 - 3rd Avenue, Suite
1800
Seattle, WA 98104-1845

Raju N. Patel
Bank of America, N.A.
231 South LaSalle Street
Chicago, IL 60697

*Representing The State of Louisiana*
L. Scott Patton
Walter C. Dunn
The Boles Law Firm
P.O. Box 2065
1818 Avenue of America
Monroe, LA 71207-2065

*Representing The Texas Natural Resource
Conservation Commission (TNRCC)*
Edith Stuart Phillips
Office of the Texas Attorney General,
Bankruptcy & Collections Division
P.O. Box 12548 MC-008
Austin, TX 78711-2548

*Representing Columbus Greenville Railway (CGR)*
D. Andrew Phillips
Melanie T. Vardaman
Mitchell, McNutt & Sams, P.A.
P.O. Box 947
1216 Van Buren
Oxford, MS 38655-0947

*Representing State of Connecticut, Dept. of Labor and Revenue Services*
Joan E. Pilver
Assistant Attorney General
P.O. Box 120
55 Elm Street, Fifth Floor
Hartford, CT 06141-0120

*Representing Gannett NJ Newspaper*
W. Peter Ragan, Jr.
Ragan & Ragan
3100 Route 138 West, Brinley Plaza, Building One
Wall, NJ 07719

*Representing Century Tel Wireless, Inc d/b/a Century Tel*
Rex D. Rainach
Rex D. Rainach, A Professional Law Corporation
3622 Government Street
Baton Rouge, LA 70806-5720

*Representing Peachtree North Associates II, LP*
James S Rankin
Parker Hudson Rainer & Dobbs LLP
1500 Marquis Two Towers 285 Peachtree Center Avenue, N.E.
Atlanta, GA 30303

*Representing Phoenix Cement Company*
Peter J. Rathwell
Snell & Wilmer LLP
One Arizona Center
Phoenix, AZ 85004-2202

*Representing County of Brazos, City of Bryan, Bryan Independent School District*
Michael Reed
McCreary, Veselka, Bragg & Allen, P.C.
P.O. Box 26990
Austin, TX 78755

*Representing J.M. Huber Corporation; GE Supply Company*
Glenn M. Reisman
P.O. Box 861
Two Corporate Drive
Shelton, CT 06484-0861

*Representing Allfirst Bank*
Thomas D. Renda
Miles & Stockbridge, P.C.
10 Light Street
Baltimore, MD 21202

*Representing Shirly Rink; Freida Sparks; Nadine Austin*
Joseph F Rice
Nancy Worth Davis
Ness, Motley, Loadholt, Richardson & Poole
P.O. Box 1792
28 Bridgeside Blvd.
Mt. Pleasant, SC 29465

*Representing Center for Claims Resolution*
Michael P. Richman
Jean Marie L. Atamian
Anthony J. Diana
Leslie Chebli
Mayer, Brown, Rowe & Maw LLP
1675 Broadway
New York, NY 10019

*Representing Owens-Corning*
H. Buswell Roberts, Jr.
Shumaker, Loop & Kendrick, LLP
1000 Jackson Street
Toledo, OH 43624-1573

*Representing Hard Work Construction*
Sherwin P. Robin
Robin and Weiss, P.A.
P.O. Box 9541
Savannah, GA 31412-9541

*Representing County of Imperial, California*
Martha E. Romero
Law Offices of Martha E. Romero &
Associates
7743 S. Painter Avenue, Suite E
Whittier, CA 90602

*Representing Prince Georges County*
Robert H. Rosenbaum
M. Evan Meyers
Meyers, Rodbell & Rosenbaum, P.A.
Berkshire Building, 6801 Kenilworth
Avenue, Suite 400
Riverdale, MD 20737-1385

Jeffrey Rosenkranz
The Delaware Bay Company, Inc.
680 Fifth Avenue, 22nd Floor
New York, NY 10019

*Representing The Asbestos Claims
Management Corporation*
Michael A. Rosenthal
Keith D. Ross
Gibson, Dunn & Crutcher LLP
2100 McKinney Avenue, Suite 1100
Dallas, TX 75201

*Representing Monroe & Adams Delaware,
Inc.; Tower Realty Management
Corporation*
Douglas B. Rosner
Goulston & Storrs, P.C.
400 Atlantic Avenue
Boston, MA 02110-3333

*Representing Commonweath of PA*
Sharon L. Royer
Harrisburg Bankruptcy and Compliance
1171 South Cameron Street, Room 312
Harrisburg, PA 17104-2513

*Representing Parkway, Ltd.*
Howard C. Rubin
Kessler & Collins
5950 Sherry Lane, Suite 222
Dallas, TX 75225

*Representing Doris Saiger, as Personal
Representative of the Estate of William
Saiger, and Dawn Saiger*
Peter D. Russin
Meland Russin Hellinger & Budwick, P.A.
3000 Wachovia Financial Center 200 S.
Biscayne Boulevard
Miami, FL 33131

*Representing Debtor*
Ray C. Schrock
Jones Day
77 West Wacker Drive
Chicago, IL 60601-1692

*Representing Associates Leasing, Inc.*
Sergio I. Scuteri
Farr Burke Gambacorta & Wright, P.C.
P.O. Box 788
Suite 201, Eastern International Executive
Office Center, 211 Benigno Boulevard
Bellmawr, NJ 08099-9811

Susan R. Sherrill
E. Gordon Robinson
Securities and Exchange Commission
Suite 1000, 3475 Lenox Road, N.E.
Atlanta, GA 30326-1232

*Representing IBM Corporation*
Beverly H. Shideler
IBM Corporation
2707 Butterfield Road
Oakbrook, IL 60523

*Representing Columbia Wholesale*
William H. Short, Jr.
Haynsworth Sinkler Boyd, P.A.
P.O. Box 11889
Columbia, SC 29211-1899

*Representing Various Asbestos Claimants*
Charles S. Siegel
Waters & Kraus, LLP
3219 McKinney Avenue, Suite 3000
Dallas, TX 75204

*Representing Chase Manhattan Bank*
Andrew Silverstein
Seward & Kissell, LLP
One Battery Park Plaza
New York, NY 10004

*Representing Fee Auditor*
Warren H. Smith
Warren H. Smith & Associates
Republic Center, 325 N. St. Paul Suite 4080
Dallas, TX 75201

*Representing General Marine Services, Inc.*
Craig A. Smith
Suelthaus & Walsh, P.C.
7733 Forsyth, Twelfth Floor
St. Louis, MO 63105

*Representing Harry and Jan Jukes, Lonnie
and Tammy Baylark, Jay A. Benfield and
Peggy J. Benfield*
Maggie S. Soboleski
Klehr, Harrison, Harvey, Branzburg &
Ellers
260 South Broadstreet
Philadelphia, PA 19102

*Representing Buell Door Company*
Robert B. Somers
Robert B. Somers, Attorney At Law
801 East Campbell Road, Suite 140
Richardson, TX 75081

Erich Spangenberg
74-785 Highway 111, Suite 103
Indian Wells, CA 92210

*Representing Anderson Memorial Hospital*
Daniel A. Speights
Speights & Runyan
P.O. Box 685
200 Jackson Avenue East
Hampton, SC 29924

*Representing Archiped Classics, Inc.*
Stephen C. Stapleton
Cowles & Thompson
901 Main Street, Suite 4000
Dallas, TX 75202

Secretary of State
Division of Corporations, Franchise Tax
P.O. Box 898
Dover, DE 19903

*Representing Bank of Blue Valley*
Sharon L. Stolte
Morrison & Hecker LLP
9 Corporate Woods, Suite 450, 9200 Indian
Creek Parkway
Overland Park, KS 66210 USA

*Representing Dell Financial Services, L.P.*
Sabrina L. Streusand
Hughes & Luce, LLP
111 Congress, Suite 900
Austin, TX 78701

*Representing State of Ohio, Department of
Taxation*
Michelle T. Sutter
Assistant Attorney General, Revenue
Recovery
101 E. Town Street, Second Floor
Columbus, OH 43215

J.W. Taylor
Coastal Transport, Inc.
P.O. Drawer 67
Auburndale, FL 33823

*Representing Court Appointed Inventory*
*Attorneys for Certain Asbestos Creditors*
Thomas Tew
Jeffrey Tew
Tew Cardenas Rebank Kellogg Lehman
DeMaria Tague Raymond & Levine, LLP
201 South Biscayne Boulevard Suite 2600
Miami, FL 33131

*Representing USG Corporation*
Suzanne K. Torrey
USG Corporation
125 S. Franklin Street
Chicago, IL 60606

Secretary of Treasury
P.O. Box 7040
Dover, DE 19903

Vicki Trogdon
Perot Systems Corporation
P.O. Box 269005
Plano, TX 75026

Michael Van Itallie
United States Envrionmental Protection
Agency
290 Broadway, 17th Floor
New York, NY 10007-1866

Wen Wang
Chase Manhattan
450 W. 33rd Street
New York, NY 10001

*Representing New Jersey Self-Insurers*
*Guaranty Association*
Michael S. Waters
Jeffrey Bernstein, Esquire
Carpenter Bennett & Morrissey
Three Gateway Center 100 Mulberry St.
Newark, NJ 07102

*Representing Blue Cross & Blue Shield of*
*Florida, Inc.*
Richard Blackstone Webber II
Richard Blackstone Webber II, PA
320 Maitland Avenue
Altamonte Springs, FL 32701

*Representing Nick Ferrante*
Perry Weitz
C. Sanders McNew
Weit & Luxenborg
180 Maiden Lane
New York, NY 10038-4925

Edward J. Westbrook
Robert S. Wood
Richardson, Patrick, Westbrook &
Brickman, LLC
P.O. Box 1007
1037 Chuck Dawley Blvd., Building A
Mount Pleasant, SC 29464

*Representing Home Box Office*
Kate Wies
Litigation Administrator - Home Box Office
1100 Avenue of the Americas, 9th Floor
New York, NY 10036-6737

*Representing Chase Manhattan Bank*
Gregory D. Willard
Bryan Cave, LLP
211 N. Broadway, Suite 3600
St. Louis, MO 63102-2733

*Representing Estate of John E. Acuff, Sr.*
Tracy C. Wooden
Wooden, Ray, Fulton & Scarborough, P.C.
737 Market Street, Suite 620
Chattanooga, TN 37402

*Representing United States Steel LLC*
Greg Yochum
United States Steel LLC - Treasury
Department
Room 1945, 600 Grant Street
Pittsburgh, PA 15219

*Representing Transcontinential Insurance
Company (CNA)*
Jonathan W. Young
T. Kellan Grant
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive, Suite 3000
Chicago, IL 60606-1229

Vicky L. Zartman
c/o Ken Burton
Manatee County Tax Collector
P.O. Box 25300
Bradenton, FL 34205

*Representing Arthur Andersen LLP*
Richard G. Ziegler
Mayer, Brown, Rowe & Maw LLP
190 South LaSalle Street
Chicago, IL 60603

*Via Fed Ex*
*Representing Debtors*
Brad Erens
Jones Day
77 West Wacker Drive, Suite 3500
Chicago, IL 60601-1692

*Representing Official Committee of
Unsecured Creditors*
Denise K. Wildes
Stroock & Stroock & Lavan, LLP
180 Maiden Lane
New York, NY 10038-4982

*Representing Asbestos Property Damage
Committee*
Scott L. Baena
Bilzin Sumberg Baena Price & Axelrod LLP
2500 First Union Financial Center, 200
South Biscayne Blvd.
Miami, FL 33131-2336

*Representing Official Committee of Asbestos
Personal Injury Claimants*
Elihu Inselbuch
Caplin & Drysdale, Chartered
399 Park Ave.
New York, NY 10022-4614

*Representing Official Committee of Asbestos
Personal Injury Claimants*
Peter Van N. Lockwood
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC 20005-5802

*Representing Future Claimants*
Dean M. Trafelet
P.O. Box 518
9130 Wild Lane
Baileys Harbor, WI 54202

*Representing Dean M. Trafelet, Futures
Representative*
Michael J. Crames
Andress A. Kress
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022

*In re: Armstrong World Industries*
*Bankruptcy Rule 2002 Service List as of December, 22, 2003*

### Local & Non Local Via First Class Mail

*Representing Attorney for the Maertin*
*Plaintiffs*
Ian Connor Bifferato
Bifferato, Bifferato & Gentilotti
P.O. Box 2165
1308 Delaware Avenue
Wilmington, DE 19899

*Representing Counsel for Unofficial*
*Committee of Select Asbestos Claimants*
Noel C. Burnham
Montgomery, McCracken, Walker &
Rhoads, LLP
300 Delaware Avenue Suite 750
Wilmington, DE 19801

*Representing ACE USA*
Linda M. Carmichael, Esquire
White & Williams LLP
P.O. Box 709
824 North Market Street, Suite 902
Wilmington, DE 19899-0709

*Representing Counsel for Exxon Mobil*
*Chemical Company*
Scott D. Cousins
William E. Chipman, Jr.
Greenberg Traurig, LLP
The Brandywine Building, 1000 West Street
Suite 1540
Wilmington, DE 19801

Michael Crimi
Parcels/DDR
200 W. North Street, Lower Level
Wilmington, DE 19801

*Representing Attys for the Companies*
Curtis J. Crowther
Linda Carmichael
White & Williams LLP
P.O. Box 709
824 N. Market Street, Suite 902
Wilmington, DE 19899-0709

*Representing Counsel for Chase Manhattan*
*Bank as agent for Post-Petition Lenders*
Terry Currier
Eric L. Schnabel
Klett Rooney Lieber & Schorling, PC
P.O. Box 1397
The Brandywine Building, 1000 West Street
Suite 1410
Wilmington, DE 19899-1397

*Representing Counsel for Liberty Mutual*
*Group*
Charlene D. Davis
Michael L. Vild
The Bayard Firm
222 Delaware Avenue Suite 900
Wilmington, DE 19801

*Representing Counsel for Travelers*
*Casualty & Surety Co. and The Travelers*
*Indemnity Co.*
Robert Dehney
Michael G. Busenkell
Morris, Nichols Arsht & Tunnell
P.O. Box 1347
1201 N. Market Street
Wilmington, DE 19899

*Representing Atty for Carlino Development*
*Group and Lumsden Corp., Inc.*
John D. Demmy
Stevens & Lee, PC
300 Delaware Avenue Suite 800
Wilmington, DE 19801

*Representing Counsel for Unsecured*
*Creditors Committee*
Mark E. Felger
David W. Carickhoff, Jr.
Cozen & O'Conner, PC
Chase Mahattan Centre, 1201 North Market
Street Suite 1400
Wilmington, DE 19801

*Representing Counsel for PPL Electric*
*Utilities Corporation*
Aaron A. Garber
Pepper Hamilton LLP
1201 Market Street Suite 1600
Wilmington, DE 19899-1709

*Representing Attys for Wells Fargo Bank*
*Minnesota, National Association*
Kevin Gross
Rosenthal, Monhait, Gross & Goddess, P.A.
P.O. Box 1070
Mellon Bank Center, Suite 1401
Wilmington, DE 19899-1070

*Representing United Steelworkers of*
*America*
Henry A. Heiman
Heiman, Aber, Goldlust & Baker
P.O. Box 1675
702 King Street, Suite 600
Wilmington, DE 19899

*Representing E. I. du Pont de Nemours and*
*Company*
Susan F. Herr
Dupont Legal, D-7156
1007 Market Street
Wilmington, DE 19898

*Representing Attorneys for Defendant*
*SAFECO Insurance Co.*
R. Karl Hill
Seitz, Van Ogtrop & Green, P.A.
P.O. Box 68
222 Delaware Avenue, Suite 1500
Wilmington, DE 19899

*Representing Attorney for Plaintiff*
Robert Jacobs
Hacobs & Crumplar, P.A.
P.O. Box 1271
2 East 7th Street
Wilmington, DE 19899

*Representing Attys for ACandS, Inc.*
J. Michael Johnson
Gollatz, Griffin & Ewing, PC
1901 Superfine Lane Suite 2
Wilmington, DE 19802

*Representing Counsel for the Chase*
*Manhattan Bank as Agent to the Pre-*
*Petition Lenders*
Michael R. Lastowski
Duane, Morris & Heckscher LLP
1100 North Market Street Suite 1200
Wilmington, DE 19801-0124

*Representing Atty for Creditor, Allfirst Bank*
Neal J. Levitsky
Agostini, Levitsky, Isaacs & Kulesza
P.O. Box 2323
824 Market Street
Wilmington, DE 19899-2323

*Representing Asbestos Claimants Committee*
Aileen Maguire
Marla R. Eskin
Campbell & Levine
800 King Street Suite 300
Wilmington, DE 19801

*Representing Attorneys for Airgas, Inc.*
Kathleen M. Miller
Smith, Katzenstein & Furlow, LLP
P.O. Box 410
800 Delaware Avenue, 7th Floor
Wilmington, DE 19899

*Representing Attorneys for Prior Energy
Corporation*
Mark Minuti
Saul Ewing LLP
P.O. Box 1266
222 Delaware Avenue, Suite 1200
Wilmington, DE 19899

*Representing Counsel for Dean M. Trafelet*
James L. Patton, Jr.
Edwin J. Harron
Young, Conway, Stargatt & Taylor, LLP
The Brandywine Building, 1000 West Street
17th Floor
Wilmington, DE 19801

*Representing United States Trustee*
Frank J. Perch III
Office of the United States Trustee
844 King Street, Room 2313 Lockbox 35
Wilmington, DE 19801

*Representing Local Counsel for Scana
Energy Marketing*
Frederick B. Rosner
Walsh, Monzack & Monaco, PA
1201 N. Orange Street Suite 400
Wilmington, DE 19801

*Representing Counsel for Center for Claims
Resolution, Inc.*
Laurie Selber Silverstein
Potter, Anderson & Corroon LLP
P.O. Box 951
1313 North Market Street, 6th Floor
Wilmington, DE 19899-0951

*Representing Sysco Corporation et al.; &
ElderTrust*
Laurie Selber Silverstein, Esquire
Potter Anderson & Corroon LLP
P.O. Box 951
1313 N. Market St.
Wilmington, DE 19899-0951

Ellen W. Slights
Assistant United States Attorney
P.O. Box 2046
1201 Market Street, Suite 1100
Wilmington, DE 19899

*Representing Attys for Premier Label
Solutions, Inc.*
Stephen W. Spence
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806

*Representing Attorneys for Certain AWI
Retirees*
William D. Sullivan
Elzufon Austin Reardon Tarlvo & Mondell,
P.A.
P.O. Box 1630
300 Delaware Avenue, Suite 1700
Wilmington, DE 19899

*Representing Attorney for L.A. Unified
School District*
William F. Taylor, Jr.
Elzufon Austin Reardon Tarlov & Mondell,
P.A.
300 Delaware Avenue Suite 1700
Wilmington, DE 19899

Joanne B Wills
Klehr, Harrison, Harvey, Branzburg &
Ellers, LLP
919 Market Street Suite 1000
Wilmington, DE 19801

*Representing Airgas, Inc.*
Joseph Alban
Airgas, Inc.
P.O. Box 100
259 Radnor-Chester Road, Suite 100
Radnor, PA 19087-8675

*Representing Counsel to the Department of
Environmental Protection for the State of
Delaware*
Jonathan H. Alden
Assistant General Counsel
3900 Commonwealth Boulevard
Tallahassee, FL 32399-3000

*Representing Suntrust Bank*
Kristina L. Anderson
Suntrust Bank, Director, CRM, Special
Assests Group
303 Peachtree Street 4th Floor
Atlanta, GA 30308

Bill Angelowitz
Daily Insights
JAF Box 3127
New York, NY 10116

*Representing Attys for Sears, Roebuck &
Co.*
Philip D. Anker
Wilmer, Cutler & Pickering
2445 M Street, NW
Washington, DC 20037-1420

*Representing Attorney for Toyota Motor
Credit*
Robert T. Aulgur, Jr.
P.O. Box 617
313 N. DuPont Highway, Suite 120
Odessa, DE 19730

*Representing Counsel to asbestos claimants
creditors*
Scott Baldwin Jr.
Baldwin & Baldwin, LLP
400 W. Houston Street
Marshall, TX 75670

*Representing Attorney for GMI Insulation*
Paul C. Bametzreider
Reilly, Wolfson, Sheffey, Schrum &
Lundberg
1601 Cornwall Road
Lebanon, PA 17042

*Representing Attys for Wells Fargo Bank
Minnesota, National Association*
Craig A. Barbarosh
Pillsbury Winthrop LLP
650 Town Center Drive 7th Floor
Costa Mesa, CA 92626-7122

*Representing Atty for Department of
Revenue*
Gary L. Barnhart
Missouri Department of Revenue, General
Counsel's Office
P.O. Box 475
301 W. High Street, Room 670
Jefferson City, MO 65105-0475

*Representing Attys for Certain Asbestos
Plaintiffs*
Steven T. Baron
Silber Pearlman, LLP
2711 N. Haskell Avenue Fifth Floor, LB 32
Dallas, TX 75204

*Representing Counsel for Simkins
Industries, Inc.*
Leslie Beth Baskin, Esquire
Robert H. Kwait, Esquire
Spector Gadon & Rosen, P.C.
1635 Market Street 7th Floor
Philadelphia, PA 19103-3913

Kenneth N. Bass
Kirkland & Ellis
655 Fifteeth Street, NW Suite 1200
Washington, DC 20005

*Representing Attys for J.M. Huber
Corporation*
Brett J. Berlin, Esquire
Jones, Day, Reavis & Pogue
3500 SunTrust Plaza 303 Peachtree Street,
NE
Atlanta, GA 30308-3242

*Representing Counsel for Kelly Clark,
Christina Ciarametaro, Josephine
Margiotta, Therese C. Milton, John
O'Maley, Amber Palazola, Vicki Jean
Pinkstein and Jason Rowe*
Mark N. Berman, Esquire
Robert P. Sherman, Esquire
Nixon Peabody LLP
101 Federal Street
Boston, MA 02110

*Representing Counsel for Rohm & Haas Co.*
Scott E. Blakeley
Blakeley & BlakeleyLLP
2030 Main Street Suite 540
Irvine, CA 92614

*Representing Counsel for Bank one, N.A.*
Thomas F. Blakemore
David A. Agay
Winston & Strawn
35 West Wacker Drive
Chicago, IL 60601

*Representing Attorney for the Pension
Benefit Guaranty Corporation*
Jean Marie Breen
Pension Benefit Guaranty Corporation
Office of the General Counsel
1200 K Street, NW
Washington, DC 20005-4026

*Representing Counsel for Georgia Self
Insurers Guaranty Trust Fund*
Herbert C. Broadfoot II, Esquire
Ragsdale, Beals, Hooper & Seigler, LLP
2400 International Tower 229 Peachtree
Street, NE
Atlanta, GA 30303-1629

Mark D. Brodsky
Elliott Associates, LP
712 Fifth Avenue 36th Floor
New York, NY 10019

Stuart M. Brown
Buchanan Ingersoll, PC
Eleven Penn Center, 14th Floor 1835
Market Street
Philadelphia, PA 19103-2985

*Representing Counsel to Furniture Brands*
Jeffrey M. Carbino
Klett Rooney Lieber & Schorling, P.C.
Two Logan Square, 12th Floor
Philadelphia, PA 19103

Jane Castle
Lehman High Yield Research
745 7th Avenue, 3rd Floor
New York, NY 10022

Peter A. Chapman
572 Fernwood Lane
Fairless Hills, PA 19030

*Representing Attorneys for Certain Asbestos
Plaintiffs*
David E. Cherry
Campbell, Cherry, Harrison, Davis & Dove,
PC
P.O. Box 21387
5 Ritchie Road
Waco, TX 76702-1387

*Representing Counsel for GE Capital*
*Modular Space*
Conrad K. Chiu
Pitney, Hardin, Kipp & Szuch LLP
685 Third Avenue
New York, NY 10017-4024

Conrad K. Chiu
Oppenheimer Wolff & Donnelly LLP
The Chrysler East Building 666 Third
Avenue, Suite 1900
New York, NY 10017

*Representing Counsel to Unilin Beheer BV*
*and Unilin Décor N.V.*
Art C. Cody
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019-6099

*Representing Attorneys for LAUSD*
Bernice Conn
Robins, Kaplan, Miller & Ciresi LLP
2049 Century Park East Suite 3700
Los Angeles, CA 90067

Rebecca B. Connelly
P.O. Box 1001
36 Church Avenue, Suite 400
Roanoke, VA 24011

General Counsel
Enron Energy Services
1400 Smith Street EB 0889
Houston, TX 770022

Janet Cradeur
Department of Revenue & Taxation
P.O. Box 66658
Baton Rouge, LA 70896

*Representing Counsel for Dean M. Trafelet*
Michael J. Crames
Andrew A. Kress
Kaye Scholler LLP
425 park Avenue
New York, NY 10022

*Representing Counsel for Ajion Services,*
*Inc.*
Gregory A. Cross
Venable, Baetjer and Howard, LLP
Two Hopkins Plaza Suite 1800
Baltimore, MD 21201

*Representing Debtor*
Debra Dandeneau
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153

Stephen B. Darr
KPMG LLP
99 High Street
Boston, MA 02110-2371

*Representing Attys for Creditor*
Nancy Davis
Joseph F. Rice
Ness, Motely, Loadholt, Richardson &
Poole
P.O. Box 1792
28 Bridgeside Boulevard
Mount Pleasant, SC 29465

*Representing Attys for IOS Captial, Inc.*
Rosa Dominy
Bankruptcy Adminstration
P.O. Box 13708
1738 Bass Road
Macon, GA 31208-3708

*Representing Attys for Florida Self-Insurers
Guaranty Association, Inc.*
James M. Donohue
McCord, Bubsey, Ketchum & Donohue,
LLP
210 South Monroe Street
Tallahassee, FL 32301

*Representing Attorney for W. Martin Poyner*
Lynn Drysdale
126 West Adams Street Suite 502
Jacksonville, FL 32232

*Representing Counsel to Furniture Brands*
Peter J. Duhig
Klett Rooney Lieber & Schorling, P.C.
The Brandywine Building, 1000 West
Street, Suite 1410
Wilmington, DE 19801

*Representing Counsel for General Electric
Company*
Michael R. Enright
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103

Securities & Exchange Comm
Susan R. Sherrill
Atlanta Regional Office, Branch/Office of
Reorganization
3475 Lenox Rd, NE Suite 100
Atlanta, GA 30326-1232

Securities & Exchange Comm
15th & Pennsylvania Avenue, NW
Washington, DC 20020

*Representing Georgia Department of
Natural Resources*
Oscar B. Fears, III
Assistant Attorney General
40 Capital Square, S.W.
Atlanta, GA 30334

*Representing Atty for Carlino Development
Group and Lumsden Corp., Inc.*
Richard E. Fehling, Esquire
P.O. Box 679
111 N. Sixth Street
Reading, PA 19603-0670

Matt Ferko
UBS Warburg
677 Washington Blvd.
Stamford, CT 06901

Traci Fette
Debt Acquisition Company of America V,
LLC
2120 W. Washington Street
San Diego, CA 92110

*Representing Attorneys for Certain AWI
Retirees*
Arlene Fickler
Hoyle, Morris & Kerr LLP
One Liberty Place, Suite 4900 1650 Market
Street
Philadelphia, PA 19103

*Representing Attys for Automotive Rentals,
Inc.*
John V. Fiorella
Archer & Greiner
One Centennial Square
Haddonfield, NJ 08033-0968

*Representing Counsel for Travelers
Casualty and Surety Co. and The Travelers
Indemnity Co.*
Mary Beth Forshaw
Elisa Alcabes
Bryce Friedman
Simpson Thacher & Bartlett LLP
425 Lexinggton Avenue
New York, NY 10017-3954

Ryan A. Foster
The Foster Law Firm PLLC
440 Louisiana Suite 2100
Houston, TX 77002

Thomas M. Fuller
Angelo, Gordon & Co.
245 Park Avenue 26th Floor
New York, NY 10167

*Representing Debtor*
Walter T. Gangl
Kenneth Jacobs
Mary Huwalt
Armstrong World Industries, Inc.
2500 Columbia Avenue Building 701
Lancaster, PA 17603

*Representing Counsel for Safeco Surety Co*
Chad H. Gettleman
Brad A. Berish
Aldelman, Gettleman, Merens, Berish &
Carter, LTD
53 West Jackson Blvd. Suite 1050
Chicago, IL 60604

*Representing Counsel of record for certain*
*Plaintiffs/Claimants*
Charles E. Gibson
620 North Street Suite 100
Jackson, MS 39202

*Representing Attys for the Companies*
Leonard P. Goldberger
White & Williams LLP
1800 One Liberty Place
Philadelphia, PA 19103-7395

*Representing Co-Counsel to First State*
*Insurance Co. & Nutmeg Insurance Co.*
Craig Goldblatt
Wilmer, Cutler & Pickering
2445 M Street, N.W.
Washington, DC 20037-1420

*Representing Counsel for Liberty Mutual*
*Group*
Douglas R. Gooding
A. Hugh Scott
John A. Nadas
Choate, Hall & Stewart
Exchange Place 53 State Street
Boston, MA 02109-2819

*Representing Crompton & Knowles*
*Corporation*
Jay L. Gottlieb
Brown Raysman Millstein Felder & Steiner
LLP
900 Third Avenue 23rd Floor
New York, NY 10022

*Representing Counsel for the State*
*Treasurer of the State of Michigan*
Terrence P. Grady
Assistant Attorney General, Finance
Division
P.O. Box 30217
One Michigan Avenue Building, 120 N.
Washington Square, Suite 400
Lansing, MI 48909

*Representing Counsel for State Treasurer of*
*the State of Michigan*
Jonathan S. Green
Miller, Canfield, Paddock & Stone, PLC
150 West Jefferson Suite 2500
Detroit, MI 48226

Deborah E. Greenspan
The Feinberg Group, LLP
1120 20th Street, N.W. Suite 740 South
Washington, DC 20036-3437

*Representing Attys for ACandS, Inc.*
Frank H. Griffin, III
Amy Donohue-Babiak
Gollatz, Griffin & Ewing, PC
Two Penn Center Plaza 16th Floor
Philadelphia, PA 19102

*Representing Atty for Creditor The
Lancaster Airport Authority*
Jon M. Gruber
Russell, Krafft & Gruber, LLP
930 Red Rose Court Suite 300
Lancaster, PA 17601

*Representing Attorneys for Creditors, State
Water Resources Control Board, Los
Angeles Regional Water Quality Control
Board, State of California*
Peter E. von Haam
Deputy Attorney General
300 S. Spring Street Suit 500
Los Angeles, CA 90013

*Representing Citadel Investment Group LLC*
Sean Haas
Citadel Investment Group LLC
131 South Dearborn Street, 36th Floor
Chicago, IL 60603

*Representing Atty for Creditors, Allfirst
Bank*
William L. Hallam
Gebhardt & Smith LLP
9th Floor The World Trade Center
Baltimore, MD 21202-3064

*Representing Behalf of the Babcock &
Wilcox Company, Diamond Power
International, Inc.; Babcock & Wilcox
Construction Co., Inc.; & Americon, Inc.*
Jan M. Hayden
William H. Patrick
Heller, Draper, Hayden, Patrick & Horn,
LLC
650 Poydras Street Suite 2500
New Orleans, LA 70130-6103

*Representing Agent for Creditor, IXOS
Software, Inc*
Phyllis A. Hayes
c/o D&B/RMS Bankrutpcy Services
P.O. Box 5126
Timonium, MD 21094

*Representing Counsel for Expeditors
International of Washington, Inc*
Thomas S. Hemmendinger
Brennan, Recupero, Cascione, Scungio &
McAllister, LLP
362 Broadway
Providence, RI 02909

Anthony Herrling
Burson-Marsteller
230 Park Avenue South
New York, NY 10003

James Hintzen
Restructing Group - MD NC317, IBM
Credit Corporation
North Castle Drive
Armonk, NY 10504

*Representing Atty for State of Michigan*
Peggy A. Housner
Department of Attorney General, Assistant
Attorney General, Revenue Division
First Floor Treasury Building
Lansing, MI 48922

*Representing Unisys Corporation creditor*
John D. Huige
695 Blairmoor Court
Grosse Pointe Woods, MI 48236

John Huige
Unisys Corporation, Assistant General
Counsel
695 Blairmoor Court
Grosse Pointe, MI 48202-3099

*Representing Robert Caldwell & George
Lorch*
Stephen C. Hunt
Adorno & Yoss
350 E. Las Olas Boulevard, Suite 1700
Fort Lauderdale, FL 33301

*Representing Attys for the OII Steering Committee*
Allan H. Ickowitz
Nossman, Guthner, Knox & Elliott, LLP
445 South Figueroa Street 31st Floor
Los Angeles, CA 90071

*Representing Counsel for Asbestos Claimants Committee*
Elihu Inselbuch
Rita C. Tobin
Caplin & Drysdale, Chartered
399 Park Avenue, 27th Floor
New York, NY 10022-4614

*Representing United Steelworkers of America*
David R. Jury
Legal Department
5 Gateway Center Suite 807
Pittsburgh, PA 15222

*Representing Counsel for Bank One Trust Co., NA, as successor Indenture Trustee*
Harold L. Kaplan
Emily S. Gottlieb
Gardner, Carton & Douglas
191 North Wacker Drive Suite 3700
Chicago, IL 60606-1698

*Representing Debtor*
Stephen Karotkin
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153

Marc E. Kasowitz
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, NY 10019

*Representing Counsel for the Chase Manhattan Bank as Agent to the Pre-Petition Lenders*
William S. Katchen
Duane, Morris & Heckscher LLP
1 Riverfront Plaza 2nd Floor
Newark, NJ 07102

*Representing Fireman's Fund Insurance Company*
Jeffrey Kaufman
Gerald F. Ellersdorfer
Kaufman & Logan LLP
100 Spear Street 12th Floor
San Francisco, CA 94105

Michael T. Kay
The Dow Chemical Company, Legal Department
2030 Dow Center
Midland, MI 48674

*Representing Atttorney for Defendants*
Steven Kazan
James L. Oberman
171 Twelfth Street Suite 300
Oakland, CA 94607

*Representing Attys for W. W. Henry Co. and Ardex, Inc. and their affiliates*
William E. Kelleher
Tina L. Campo
Cohen & Grigsby, PC
11 Stanwix Street 15th Floor
Pittsburgh, PA 15222

*Representing Attys for Asbestosis Claimants*
Alan Kellman
Maritime Asbestosis Legal Clinic, division of The Jaques Admiralty Law Firm, PC
1570 Penobscot Building
Detroit, MI 48226

*Representing Attys for Southwest
Recreational Industries, Inc. d/b/a Martin
Surfacing*
Lester M. Kirshenbaum
Kaye, Scholer, Fierman, Hays & Handler,
LLP
425 Park Avenue
New York, NY 10022-3598

*Representing Attys for Saint-Gobain
Containers*
Paul Kizel
Lowenstein Sandler, PC
65 Livingston Avenue
Roseland, NJ 07068

Alfred C. Knight
Westvaco Corporation
1 High Ridge Park
Stamford, CT

*Representing Attorneys for Asbestos
Claimants*
Joseph T. Kremer
Lipsitz, Green, Fahringer, Roll, Salisbury
& Cambria, LLP
42 Delaware Avenue Suite 300
Buffalo, NY 14202

*Representing Wells Fargo Bank Minnesota,
N.A. as Indenture Trustee*
Caryn Lasky
Pillsbury Winthrop LLP
One Battery Park Plaza
New York, NY 10004-1490

*Representing Counsel for Liberty Mutual
Insurance Company*
Andrew P. Lederman
Sonnenschein Nath & Rosenthal
1221 Avenue of the Americas
New York, NY 10020-1089 USA

*Representing Counsel for Asbestos
Claimants Committee*
Peter Van N. Lockwood
Caplin & Drysdale, Chartered
One Thomas Circle Suite 1100
Washington, DC 20005

*Representing Attys for Wells Fargo Bank
Minnesota, National Association*
Daniel A. Lowenthal, III
Pillsbury Winthrop LLP
One Battery Park Plaza
New York, NY 10004-1490

*Representing Attys for Creditor, SAP
America, Inc.*
Paul Mainardi
Stephanie Nolan Deviney
Brown & Conneery, LLP
P.O. Box 539
360 Haddon Avenue
Westmont, NJ 08108

Leslie E. Maldonado
Sheri Levine
Amroc Investments, Inc.
535 Madison Avenue 15th Floor
New York, NY 10022

*Representing Counsel to UBS, A.G.*
Alan E. Marder
Scarcella Rosen & Slome LLP
333 Earle Ovington Blvd. Ninth Floor
Uniondale, NY 11533-3622

Paul M. Matheny
Law Offices of Peter G. Angelos, PC
505 Harford Road
Baltimore, MD 21214

*Representing Attys for Premier Label*
*Solutions, Inc.*
Jacob A. Maurer
Robert D. Wildstein
Bodker, Ramsey & Andrews PC
1800 Peachtree Street, N.W. Suite 615
Atlanta, GA 30309-2507

*Representing Attorney for Southern Natural*
*Gas Company*
Michael J. McGinnis
1001 Louisiana Suite N1823A
Houston, TX 77002

*Representing SunGard Planning Solution's*
Maureen A. McGreevey
Corporate Counsel
680 E. Swedesford Road
Wayne, PA 19087

*Representing Counsel for certain former*
*employees*
Michael G. Menkowitz
Fox, Rothschild, O'Brien & Frankel, LLP
2000 Market Street 10th Floor
Philadelphia, PA 19103-3291

*Representing Counsel for Liberty Mutual*
*Insurance Company*
Robert B. Millner
Sonnenschein Nath & Rosenthal
Sears Tower, Suite 8000, 233 South Wacker
Drive
Chicago, IL 60606 USA

*Representing Counsel for Commonwealth of*
*Pennsylvania, Penna. Dept of Revenue,*
*Bureau of Accts Settlement*
Carol E. Momjian
Office of Attorney General
21 S. 12th Street 3rd Floor
Philadelphia, PA 19107-2128

*Representing Pension Benefit Guaranty*
*Corporation*
Karen L. Morris
Office of the General Counsel
1200 K. Street, NW Suite 340
Washington, DC 20005

*Representing Counsel to the Commissioner*
*of the Masschusetts Department of Revenue*
Stephen G. Murphy
Counsel to the Commissioner Massachusetts
Department of Revenue, Litigation Bureau
P.O. Box 55486
51 Sleeper Street
Boston, MA 02205

Catherine Oliver Murphy
U.S. Department of Labor
170 S. Independence Mall West Suite 630E,
The Curtis Center
Philadelphia, PA 19106-3306

*Representing Attorneys for Pima County*
Alison K. North
Barbara LaWall
Pima County Attorney Civil Division
32 N. Stone Suite 2100
Tucson, AZ 85701-1412

*Representing Counsel for the City of*
*Gloucester, Massachusetts*
Paul F. O'Donnell, III
Christopher W. Morog
Hinckley, Allen & Snyder LLP
28 State Street
Boston, MA 02109-1775

Joseph Ollock
Queen Anne's County Board of Education
202 Chesterfield Avenue
Centerville, MD 21617

*Representing ACE USA*
Steven E. Ostrow, Esquire
White & Williams LLP
1800 One Liberty Place
Philadelphia, PA 19103-7395

*Representing Counsel for Gardner Denver,
Inc.*
Lloyd A. Palans
Bryan Cave LLP
One Metroplitan Square, 211 North
Broadway Suite 3600
St. Louis, MO 63102-2750

*Representing Attorney for Duquesne Light
Company*
Mark S. Palmer
P.O. Box 2045
Pittsburgh, PA 15230-2045

Anthony F. Parise
Associate University Counsel
Office of the University Counsel
Cornell University
300 CCC Building Garden Avenue
Ithaca, NY 14853-2601

*Representing Attorneys for Creditor Cotton
World, Inc.*
Dale J. Park
Law Offices of Dale J. Park
3345 Wilshire Boulevard Suite 810
Los Angeles, CA 90010

*Representing Behalf of Certain Asbestos
Claimants*
John A. Peca
Climaco, Lefkowitz, Peca, Wilcox &
Garofoli Co., LPA
1228 Euclid Avenue The Halle Building, 9th
Floor
Cleveland, OH 44115-1891

*Representing Counsel for Sloss Industries
Corp.*
Lloyd C. Peeples, Esquire
Bradley Arant Rose & White LLP
2001 Park Place Tower Suite 1400
Birmingham, AL 35203

Jason D. Perry
Vanderburgh County Treasurer
1 NW Martin Luther King Jr. Blvd. Room
210, Civic Center Complex
Evansville, IN 47708-1882

*Representing Counsel for Creditor
Suburban Roofing Company, Inc.*
Albert N. Peterlin
Gates & Associates, PC
1013 Mumma Road Suite 100
Lemoyne, PA 17043

William A. Piatak
Unemployment Compensation, Tax Office
Manager, Bureau of Employer Tax
Operations
1171 South Cameron Street Room 312
Harrisburg, PA 17104-2513

*Representing The Creditor, State of
Connecticut Department of Revenue
Services*
Joan E. Pilver
Assistant Attorney General, Office of the
Attorney General
P.O. Box 120
55 Elm Street, Fifth Floor
Hartford, CT 06141-0120

*Representing Atty for White Oak Display &
Design, Inc.*
Robert W. Pontz, Esquire
Lapp & Pontz, LLP
255 Butler Avenue Suite 101
Lancaster, PA 17601

*Representing Atty for Creditor Margaret E.*
*Stanley, Individually & as Executrix for*
*Estate of Thomas J. Stanley, Deceased*
Antonio D. Pyle
Antonio D. Pyle, P.C.
227 Commerical Avenue 2nd Floor
Pittsburgh, PA 15215

*Representing Attorneys for Certain*
*Underwriters at Lloyd's London Subscribing*
*to Policies of Insurance in Favor of AWI*
Thomas J. Quinn
Mendes & Mount, LLP
750 Seventh Avenue
New York, NY 10019-6829

*Representing Counsel for the Unofficial*
*Committee of Select Asbestos Claimants*
*(SAC)*
Natalie D. Ramsey
Jennifer Taylor
Natalie Grill Einsig
Montgomery, McCracken, Walker &
Rhoads LLP
123 South Broad Street Avenue of the Arts
Philadelphia, PA 19109

Andrew Rebak
Credit Suisse First Boston
11 Madison Avenue 5th Floor
New York, NY 10010

*Representing Counsel for Carlino/Arcadia*
*Associates, L.P. and Carlino Development*
*Group, Inc.*
Michael H. Reed
Henry DeWerth-Jaffe
Sandra H. Young
Pepper Hamilton LLP
3000 Two Logan Square 8th & Arch Streets
Philadelphia, PA 19103-2799

*Representing Atty for Reich & Binstock as*
*Counsel for over 1,000 Asbestos Claimants*
Dennis Reich, Esquire
Bedorah Hayes, Esquire
Reich & Binstick
4265 San Felipe Suite 1000
Houston, TX 77027

*Representing Atty for GE Aircraft Engines,*
*GE International and Garrett Aviation*
Glenn M. Reisman
P.O. Box 861
Two Corporate Drive
Shelton, CT 06484-0861

*Representing Attys for Certain Asbestos*
*Plantiffs*
Alan B. Rich
Baron & Budd, PC
3102 Oak Lawn Avenue Suite 1100
Dallas, TX 75219

*Representing Center for Claims Resolution,*
*Inc.*
Michael P. Richman
Jean Marie L. Atamian
Anthony J. Diana
Leslie Chebli
Mayer, Brown, Rowe & Maw
1675 Broadway
New York, NY 10019

*Representing Attys for Creditor*
J. Michael Riley
Jones, Martin, Parris & Tessener, Law
Offices, PLLC
410 Glenwood Avenue Suite 200
Raleigh, NC 27603

*Representing Attys for Central National*
*Bank, Canajoharie*
Richard L. Rodgers
P.O. Box 330
42 Church Street
Canajoharie, NY 13317

*Representing Counsel for Prince George's County*
Robert H. Rosenbaum
M. Evan Meyers
Meyers, Rodbell & Rosenbaum, P.A.
Berkshire Building, 6801 Kenilworth
Avenue Suite 400
Riverdale, MD 20737-1385

*Representing Counsel for Unsecured Creditors Committee*
Andrew N. Rosenberg
Paul, Weiss, Rifkind, Wharton & Garrison
1285 Avenue of the Americas
New York, NY 10019-6064

*Representing Counsel for Wachovia Bank, N.A.*
Paul M. Rosenblatt
Kilpatrick Stockton LLP
1100 Peachtree Street, NE Suite 2800
Atlanta, GA 30309-4530

Lewis Rosenblum
McDermott, Will & Emery
227 West Monroe Street
Chicago, IL 60606-5096

Thomas Roy
24731 Bay Bean Court
Bonita Springs, FL 34134

*Representing Attys for First State Insurance Company*
James P. Ruggeri
Hogan & Hartson LLP
555 Thirteenth Street, NW
Washington, DC 20004

*Representing Attorneys for Saiger*
Peter D. Russin
Meland Russin Hellinger & Budwick, P.A.
3000 Wachovia Financial Center 200 S.
Biscayne Blvd.
Miami, FL 33131

*Representing Attorneys for Saiger*
Peter D. Russin
Meland Russin Hellinger & Budwick, P.A.
3000 Wachovia Financial Center
Miami, FL 33131

*Representing Counsel for Liberty Mutual Group*
Stanley J. Samorajczyk
Mark D. Taylor
Akin, Gump., Strauss, Hauer & Feld, LLP
1333 New Hampshire Avenue, NW
Washington, DC 20036

*Representing Attorneys for Creditors, State Water Resources Control Board, Los Angeles Regional Water Quality Control Board, State of California*
Robert Sams
State Water Resources Control Board
320 4th Street Suite 200
Los Angeles, CA 90013

Frank A. Savage
Lazard Freres & Co.
30 Rockfeller Plaza
New York, NY 10020

*Representing Counsel for Chase Manhattan Bank as agent for Post-Petition Lenders*
Robert Scheibe
Richard Toder
Scott Talmadge
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178-0060

Internal Revenue Service
Insolvency Section
31 Hopkins Plaza Room 1150
Baltimore, MD 21201

Maurie Shalmone
Longacre Master Fund, Ltd.
810 Seventh Avenue 22nd Floor
New York, NY 10019

Byran A. Shapiro
Bear, Stearns & Co. Inc.
245 Park Avenue
New York, NY 10167

*Representing Counsel for Carrollton-
Farmers Branch Independent School
District*
Andrea Sheehan
Law Offices of Robert E. Luna, PC
4411 North Central Expressway
Dallas, TX 75205

*Representing Counsel for Exxon Mobil
Chemical Company*
Patricia F. Shenfelt, Esquire
Exxon Mobil Chemical Company
13501 Katy Freeway
Houston, TX 77079-1398

Andrew E. Shirley
Avenue Capital Mangement, LLC
535 Madison Avenue
New York, NY 10022

William P. Skinner
Covington & Burling
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401

Warren H. Smith
Warren H. Smith & Associates
900 Jackson Street 120 Founders Square
Dallas, TX 75202

*Representing Attys for Grom Associates,
Inc.*
Michael W. Sozansky
Archer & Greiner, PC
80 Main Street
Flemington, NJ 08822

*Representing Atty for G.E. Financial
Assurance*
James E. Spiotto
Ann E. Archer
Chapman and Cutler
111 W. Monroe Street
Chicago, IL 60603

Robert J. Stark
David H. Botter
Akin, Gump, Strauss, Hauer & Feld, LLP
590 Madison Avenue
New York, NY 10022

Secretary of State
Division of Corporations, Franchise Tax
P.O. Box 7040
Dover, DE 19903

*Representing Attys for HWA Friedrick*
William Steven Steele
Davis & Davis
P.O. Box 3610
3000 Briarcrest Drive, Suite 602
Bryan, TX 77805-3610

*Representing Attys for the Texas
Comptroller of Public Accounts*
John Mark Stern
Assistant Attorney General
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX 78711-2548

William Sullivan
Mark N. Poovey
Womble, Carlyle, Sandridge & Rice PLLC
200 West Second Street Drawer 84
Winston-Salem, NC 27102

Mark V. Swirsky
Catherine Oliver Murphy
U.S. Department of Labor
170 S. Independence Mall West Suite 630E,
The Curtis Center
Philadelphia, PA 19106-3306

*Representing Robert Caldwell & George Lorch*
Charles M. Tatelbaum
Stephen C. Hunt
Adorno & Yoss, P.A.
350 E. Las Olas Blvd, Ste. 1700
Fort Lauderdale, FL 33301 USA

*Representing Attorneys for Improvenet.com*
Laura S. Taylor
Sheppard, Mullin, Richter & Hampton LLP
501 West Broadway 19th Floor
Sna Diego, CA 92101

*Representing Inventory Attorneys of the Robles Law Firms*
Thomas Tew
Jeffrey Tew
Tew Cardenas Rebank Kellogg Lehman DeMaria Tague Raymond & Levine, LLP
201 South Biscayne Blvd. Suite 2600, 26th Floor
Miami, FL 33131-4336

*Representing Atty for UAI Group, Inc. and UAI Engineering And Architecture, Inc.*
Lisa A. Thompson
Kozloff Stoudt
P.O. Box 6286
2640 Westview Drive
Wyomissing, PA 19610

*Representing Legal Representative for Future Claimants*
Dean M. Trafelet
P.O. Box 518
9130 Wild Lane
Baileys Harbor, WI 54202

Secretary of Treasury
P.O. Box 7040
Dover, DE 19903

Department of the Treasury
Internal Revenue Service
Office of Chief Counsel
Small Business/Self-Employed Division Counsel
Mellon Independence Center 701 Market Street, Suite 2200
Philadelphia, PA 19106

*Representing Attys for NCM Nederlandse Creditverzekering Maatschappij, NV*
Raymond L. Vandenberg
Vandenberg, Feliu & Peters, LLP
110 East 42nd Street
New York, NY 10017

*Representing Counsel for Travelers Casualty & Surety Co. of America*
Eric G. Waxman, III
Phillips, Nizer, Benjamin, Krim & Ballon LLP
600 Old Country Road
Garden City, NY 11530

*Representing Atty for Blue Cross & Blue Shield of Florida, Inc.*
Richard Blackstone Webber II
Richard Blackstone Webber II, PA
320 Maitland Avenue
Altamonte Springs, FL 32701

*Representing Atty for Creditor, Scana Energy Marketing, Inc.*
David B. Wheeler, Esquire
Moore & Van Allen PLLC
P.O. Box 22828
40 Calhoun Street, Suite 300
Charleston, SC 29413-2828

*Representing Counsel for Bank OneTrust Co., NA, as successor Indenture Trustee*
Stephanie Wickouski
Gardner Carton & Douglas LLC
1301 K Street, NW East Tower 900
Washington, DC 20005

*Representing Prepetition Lenders*
Denise Wildes
Lewis Kruger
Stroock, Stroock & Lavin LLP
180 Maiden Lane
New York, NY 10038-4982

*Representing Counsel for Creditors*
Jim Wimberley
McPherson, Monk, Hughes, Bradley &
Wimberley
3120 Central Mall Drive
Port Arthur, TX 77642

Jan Wray
Old Dominion Frieght Line, Inc.
500 Old Dominion Way
Thomasville, NC 27360

*Federal Mogul Global, Inc., et al.*
2002 Service List
Case No. 01-10578 (AMW)

(Counsel for Debtors)
James E. O'Neill, Esquire
Laura Davis Jones, Esquire
Pachulski, Stang, Ziehl, Young & Jones P.C.
919 Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

*First Class Mail*
(Parcels)
Vito I. DiMiao
Parcels, Inc.
4 East Seventh Street
Wilmington, DE 19801

*First Class Mail*
(U.S. Trustee)
Frank Perch, Esq.
Office of the United States Trustee
844 King Street, Ste 2313
Wilmington, DE 19801

*First Class Mail*
*(Pension Benefit*
*Guaranty Corporation)*
Michele C. Gott, Esquire
Smith, Katzenstein & Furlow LLP
800 Delaware Avenue
P.O. Box 410
Wilmington, DE 19899

*First Class Mail*
*(Co-Counsel to Creditors' Committee)*
Charlene D. Davis, Esquire
The Bayard Firm
222 Delaware Avenue, Ste 900
Wilmington, DE 19801

*First Class Mail*
*(Safeco Insurance Company)*
R. Karl Hill, Esquire
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
Wilmington, DE 19801

*First Class Mail*
*(Morris, Nichols)*
Greg Werkheiser, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19801

*First Class Mail*
*(National Fire Ins. Co. of Hartford)*
*(Continental Casualty Company)*
Frederick B. Rosner, Esquire
Jaspan Schlesinger Hoffman LLP
1201 N. Orange St. Street, Ste 1001
Wilmington, DE 19801

*First Class Mail*
*(Counsel for Dana Commercial*
*Credit Corporation; Rolls Royce, et al.)*
David E. Wilks, Esquire
White and Williams LLP
824 N. Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19899

*First Class Mail*
*(Counsel for Pneumo Abex Corp.)*
Mary M. Maloney Huss, Esquire
Wolf, Block, Schorr and Solis-Cohen LLP
920 King Street. Suite 300
One Rodney Square
Wilmington, DE 19801

*First Class Mail*
*(Collateral Trustee)*
Wilmington Trust Company
Rodney Square North
1100 North Market Street
Wilmington, DE 19890
Attn: Corporate Trust Division

*First Class Mail*
*(SCM Metal Products)*
Regina A. Iorii, Esquire
Ashby & Geddes
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19801

*First Class Mail*
*(Center for Claims Resolution)*
Laurie Selber Silverstein, Esquire
Monica Leigh Lofton, Esquire
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
P.O. Box 951
Wilmington, DE  19801

*First Class Mail*
*(United Steel Technologies Inc.; Honeywell*
*International, Inc.)*
Sherry Ruggiero Fallon, Esquire
Tybout Redfearn & Pell
300 Delaware Avenue, Ste 1100
P.O. Box 2092
Wilmington, DE  19801

*First Class Mail*
*(Internal Revenue Service)*
Ellen W. Slights, Esquire
Assistant United State Attorney
Chase Manhattan Centre
1201 Market Street, Suite 1100
P.O. Box 2046
Wilmington, DE  19899-2046

*First Class Mail*
*(Co-Counsel for State Street Bank and Trust*
*Company and Eaton Corporation)*
Francis A. Monaco, Jr., Esquire
Walsh, Monzack and Monaco, P.A.
1201 N. Orange Street, Ste 400
P.O. Box 2031
Wilmington, DE  19801

*First Class Mail*
*(Co-Counsel for Official Committee of Asbestos*
*Claimants)*
Aileen Maguire, Esquire
Campbell& Levine, LLC
800 King Street, Ste 300
Wilmington, DE  19801

*First Class Mail*
*(Counsel for Caterpillar Financial Services)*
Kathleen P. Makowski, Esquire
Klett Rooney Lieber & Schorling
1000 West Street, Ste 1410
Wilmington, DE  19801

*First Class Mail*
*(Co-Counsel for Wells Fargo Bank Minesota, N.A.)*
Scott D. Cousins, Esquire
William E. Chipman, Esquire
Greenberg Traurig, LLP
1000 West Street, Ste 1540
Wilmington, DE  19801

*First Class Mail*
*(Counsel for U.S. Bank Trust N.A.)*
Eric Lopez Schnabel, Esquire
Klett Rooney Lieber & Schorling
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE  19801

*First Class Mail*
*(Counsel for Forrest Wishcorp)*
*(Counsel for TCF Leasing, Inc.)*
William F. Taylor, Jr., Esquire
Katherine L. Myer, Esquire
McCarter & English, LLP
919 Market Street, Ste 950
P.O. Box 111
Wilmington, DE  19801

*First Class Mail*
*(Counsel for ABCO Diecasters, Inc.)*
John C. Phillips, Jr., Esquire
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE  19806

*First Class Mail*
*(Counsel for Kasper Industries)*
Carl N. Kunz, III, Esquire
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE  19801

*First Class Mail*
*(Counsel for DaimlerChrysler Corporation, Ford*
*Motor Corporation and GMC and Liberty Mutual)*
Teresa K.D. Currier, Esquire
Daniel B. Rath, Esquire
Jeffrey R. Waxman, Esquire
Klett Rooney Lieer & Schorling, P.C.
The Brandywine Building
1000 West Street, Ste 1410
Wilmington, DE  19801

*First Class Mail*
*(Counsel for Travelers Casualty and Surety Company)*
Michael G. Busenkell, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19801

*First Class Mail*
*(Counsel for Eric D. Green, Futures Representative)*
James L. Patton, Jr., Esquire
Edwin J. Harron, Esquire
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE  19801

*First Class Mail*
*(Counsel for Travelers Casualty & Surety Company of America)*
Neal J. Levitsky, Esquire
Agostini, Levitsky, Isaacs & Kulesza
824 N. Market Street
Suite 810
P.O. Box 2323
Wilmington, DE  19899

*First Class Mail*
*(counsel for Waupaca Foundry, Inc.)*
Noel C. Burnham, Esquire
Montgomery, McCracken, Walker & Rhoads, LLP
300 Delaware Ave
Suite 750
Wilmington, DE  19801

*First Class Mail*
*(Counsel of Citicorp Vendor Finance)*
Richard M. Beck, Esquire
Klehr, Harrison, Harvey, Branzburg & Ellers LLP
919 Market Street
Suite 1000
Wilmington, DE  19801

*First Class Mail*
*(Counsel for William Jewell College)*
William K. Harrington, Esquire
Duane Morris LLP
1100 North Market Street
Suite 1200
Wilmington, DE  19801

*First Class Mail*
*(counsel for National Union Fire Insurance Company)*
Richard W. Riley, Esquire
Duane Morris LLP
1100 North Market Street
Suite 1200
Wilmington, DE  19801

*First Class Mail*
*(Counsel of Carquest Corporation)*
Katherine L. Mayer
McCarter & English, LLP
919 North Market Street, Ste 950
P.O. Box 111
Wilmington, DE  19899

*First Class Mail*
*(counsel of North Star Reinsurance Corporation)*
Kevin F. Brady, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE  19801

*First Class Mail*
)
Daniel K. Hogan, Esquire
1701 Shallcross Avenue
Suite C
Wilmington, DE  19806

*First Class Mail*
)
Thomas D. Walsh, Esquire
McCarter & English, LLP
919 North Market Street
P.O. Box 111
Wilmington, DE  19899

*First Class Mail*
)
Ms. Nancy Hunt
United States District Court
District of Delaware
844 N. King Street
Wilmington, DE  19801

*First Class Mail*
)
Kathleen M. Miller, Esquire
Smith, Katzenstein & Furlow LLP
800 Delaware Avenue
P.O. Box 410
Courier 19801
Wilmington, DE  19899

*First Class Mail*
)
Stuart M. Brown, Esquire
Buchanan Ingersoll, P.C.
1201 North Market Street
Suite 1501
Wilmington, DE  19801

*First Class Mail*
)
Mary M. MaloneyHuss, Esquire
Wolf, Block, Schorr and Solis-Cohen, LLP
Wilmington Trust Center
1100 N. Market Street
Suite 1001
Wilmington, DE  19801

*First Class Mail*
)
Christopher S. Sontchi, Esquire
Ashby & Geddes
222 Delaware Avenue
17th Floor
Wilmington, DE  19899

*First Class Mail*
*(Co-Counsel to U.S. Bancorp Equipment Finance, Inc.)*
James E. Huggett, Esquire
Klehr, Harrison, Harvey, Branzburg & Ellers LLP
919 Market Street
Suite 1000
Wilmington, DE  19801

*First Class Mail*
*(Co-Counsel to Official Committee of Equity Security Holders)*
Ian Connor Bifferato, Esquire
Megan N. Harper, Esquire
Bifferato, Bifferato & Gentilotti
1308 Delaware Avenue
Wilmington, DE  19801

*First Class Mail*
*(Counsel for Defendants Hartford Accident and Indemnity Company, First State Insurance Company, and New England Insurance Company)*
John S. Spadaro, Esquire
Murphy Spadaro & Landon
824 Market Street
Suite 700
Wilimington, DE  19899

*First Class Mail*
*(Century Indemnity Company, et al.)*
Brian L. Kasprzak, Esquire
Marks, O'Neill, O'Brien & Courtney, P.C.
913 N. Market Street, Ste 800
Wilmington, DE  19801

*First Class Mail*
*(Counsel for Debtors)*
Larry J. Nyhan, Esquire
James F. Conlan, Esquire
Kenneth P. Kansa, Esquire
SIDLEY AUSTIN BROWN & WOOD
10 South Dearborn Street
Chicago, IL  60603

*First Class Mail*
*(Debtors)*
David M. Sherbin, Esquire
James L. Zamoyski, Esquire
Deputy General Counsel and Secretary
Federal Mogul Corporation
26555 Northwestern Highway
Southfield, MI  48034

*First Class Mail*
*(Co-Counsel to Debtors)*
Karen A. Giannelli, Esquire
Gibbons, Del Deo, Dolan, Griffinger & Vecchione
One Riverfront Plaza
Newark, NJ  07102

*First Class Mail*
*(Agent)*
Ann C. Kurinkas
Chase Manhattan Bank
20th Floor
270 Park Avenue
New York, NY  10017

*First Class Mail*
*(DIP Counsel to Chase)*
Gregory Willard, Esquire
Bryan Cave LLP
Suite 3600
One Metropolitan Square
St. Louis, MO  63102

*First Class Mail*
*(Special Asbestos Litigation Counsel)*
Paul J. Hanly, Jr., Esquire
Hanley & Conroy
415 Madison Avenue, 17th Floor
New York, NY 10017

*First Class Mail*
*(Surety)*
National Fire Insurance Company of Hartford
Attn: Surety Claims
Continental Casualty Company
CNA Plaza
Chicago, IL  60685

*First Class Mail*
*(Indenture Trustee)*
The Bank of New York
Attn: Corporate Trust Administration
101 Barclay Street
Floor 21 West
New York, NY  10286

*First Class Mail*
*(Collateral Trustee)*
First Union National Bank
Attn: Paul Anatrella
Corporate Trust Department
230 South Tryon Street, 9th Floor
Charlotte, NC  28288-1179

*First Class Mail*
*(Surety)*
Travelers Casualty & Surety Company of America
Attn: Mr. David M. Sasportas,
Vice President, Commercial Surety Claims One Tower
Square, Bond Claims – 3PB
Hartford, CT  06183-6014

*First Class Mail*
*(Surety)*
SAFECO Insurance Company of America
Attn: Surety Claims
4333 Brooklyn Avenue, NE
Seattle, WA  98185

*First Class Mail*
*(Co-Counsel to Creditors' Committee)*
Peter D. Wolfson, Esquire
Art Ruegger, Esquire
Carole Neville, Esquire
Sonnenschein, Nath, & Rosenthal
1221 Ave. of the Americas
24th Floor
New York, NY  10020

*First Class Mail*
*(Co-Counsel to Asbestos Committee)*
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue
New York, NY  10022

*First Class Mail*
*(Co-Counsel to Asbestos Committee)*
Peter Van N. Lockwood Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC  20005

*First Class Mail*
*(Co-Counsel to Wells Fargo Bank Minnesota, N.A.)*
Craig A. Barbarosh, Esquire
Pillsbury Winthrop LLP
650 Town Center Drive, 7th Floor
Costa Mesa, CA  92626

*First Class Mail*
*(Co-Counsel to Wells Fargo Bank Minnesota, N.A.)*
Leo T. Crowley, Esquire
Pillsbury Winthrop LLP
One Battery Park Plaza
New York, NY  10004

*First Class Mail*
*(General Counsel for Debtors)*
William Hedden, Jr.
811 Knollwood Terrace
Westfield, NJ  07090

*First Class Mail*
*(Counsel to Certain Insurers)*
John H. Bae, Esquire
Cadwalader, Wickersham & Taft
100 Maiden Lane
New York, NY 10038

*First Class Mail*
*(Counsel for Claimants – Estate of Roy Wilson)*
Joseph F. Rice, Esquire
Nancy Worth Davis, Esquire
Ness, Motley, Loadholt, Richardson & Poole
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465

*First Class Mail*
*(Futures Representative)*
Eric D. Green
755 Commonwealth Ave.
Boston, MA 02110

*First Class Mail*
)
Cornell University
Office of University Counsel
300 CCC Building, Garden Avenue
Ithaca, NY 14853

*First Class Mail*
)
David Barrett, Comptroller
Marine Pollution Control Corp.
8631 W. Jefferson
Detroit, MI 48209

*First Class Mail*
*(Counsel to Robert Bosch GmbH)*
Coudert Brothers LLP
Attn: Malani J. Sternstein, Esquire
The Grace Building
1114 Avenue of the Americas
New York, NY 10036

*First Class Mail*
*(Counsel for Ahlstrom Altenkirchen GmbH)*
David T. Pluta
Ahlstrom U.S. Operations
c/o Ahlstrom Windsor Locks LLC
Two Elm Street
Windsor Locks, CT 06096

*First Class Mail*
*(Counsel for Vierson Boiler & Repair Co.)*
Robert D. Wolford
Miller, Johnson, Snell & Cummiskey, P.L.C.
250 Monroe Avenue N. W.,
Suite 800
Gran Rapids, MI 49501

*Foreign First Class Mail*
*(Collateral Trustee)*
ABN AMRO Trust Company
Attn: Managing Director
8 Hill Street
St. Helier, Jersey JE48TB

*Foreign First Class Mail*
*(Counsel to Administrator)*
Jamie Gleave, Esquire
1 Oxford Court
Bishopsgate
Manchester M2 3WR
UNITED KINGDOM

*Foreign First Class Mail*
*(Counsel to Administrator)*
Mark Andrews, Esquire
Denton Wilde Stpte
Five Chancery Lane
Clifford's Inn
London EC4A 1BU
UNITED KINGDOM

*Foreign First Class Mail*
*(Counsel to Curzon Insurance Limited)*
Mr. Kevin Poole
Curzon Insurance Ltd.
P.O. Box 34
Albert House, South Esplanade
St. Peter Port
GUERNSEY GY1 4AU

*Foreign First Class Mail*
*(Special Counsel for Overseas Insurance)*
Paul Hadow, Esquire
Penningtons
Bucklesbury House
83 Cannon Street
London EC4N 8PE
ENGLAND

*Foreign First Class Mail*
*(IBM Credit Corporation)*
IBM Corporation

Attn: John Mazzilli
275 Viger East
4th Floor
Montreal, CANADA H2X 3R7

*First Class Mail*
*(Special Corporate Counsel)*
Aleksandra A. Miziolek, Esquire
Dykema Gossett PLLC
400 Renaissance Center
Detroit, MI 48243

*First Class Mail*
*(Special Counsel)*
Scott D. Gilbert, Esquire
Gilbert Heintz & Randolph LLP
1100 New York Avenue, N.W., Ste 700
Washington, DC 20005

*First Class Mail*
*(Financial Advisors to Debtors)*
Jeffrey J. Stegenga
FTI Consulting
2001 Ross Avenue, Ste 400
Dallas, TX 75201

*First Class Mail*
*(Financial Advisor and Investment Banker)*
Todd R. Snyder
Rothschild Inc.
1251 Avenue of the Americas
New York, NY 10020

*First Class Mail*
*(Corporate Communications Consultants)*
Ann Julsen, Esquire
Sitrick and Company, Inc.
Suite 800
1840 Century Park East
Los Angeles, CA 90067

*First Class Mail*
*(Safeco Insurance Company)*
Brad A. Berish, Esquire
Chad H. Gottleman, Esquire
Adelman, Gettleman, Merens, Berish
& Carter, Ltd.
53 West Jackson Blvd., Ste 1050
Chicago, IL 60604

*First Class Mail*
*(General Motors Corporation)*
Robert B. Weiss, Esquire
Sheldon S. Toll, Esquire
Honigman Miller Schwartz and Cohn LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226

*First Class Mail*
*(Center for Claims Resolution)*
Michael P. Richman, Esquire
David M. Hillman, Esquire
Mayer, Brown, Rowe & Maw
1675 Broadway
New York, NY 10019

*First Class Mail*
*(Eagle-Picher Industries, Inc.)*
Stgephen D. Lerner, Esquire
Squire, Sanders & Dempsey L.L.P.
312 Walnut Street, Ste 3500
Cincinnati, OH 45202

*First Class Mail*
*(Counsel for Flexitallic Group)*
Judith Elkin, Esquire
Haynes and Boone, LLP
901 Main Street, Ste 3100
Dallas, TX 75202

*First Class Mail*
*(National Fire Ins. Co. of Hartford)*
*(Continental Casualty Company)*
Neal D. Colton, Esquire
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103

*First Class Mail*
*(Counsel for Claimant Creditors)*
Alan R. Brayton, Esquire
Brayton Purcell
222 Rush Landing Road
Novato, CA 94945

*First Class Mail*
*(Counsel for Asbestos Tort Claimants)*
Michael V. Kelley, Esquire
Robert A. Marcis Thomas
Kelley & Ferraro, LLP
1901 Penton Media Building
1300 East Ninth Street
Cleveland, OH 44114

*First Class Mail*
*(Counsel for Halliburton Energy*
*Services, Inc.)*
Rhett G. Campbell, Esquire
Morris & Campbell, P.C.
600 Jefferson
Suite 800
Houston, TX 77002

*First Class Mail*
*(Counsel for Leggett &*
*Platt, Incorporated)*
John Lyckman, Esquire
Legett & Platt, Incorporated
No. 1 Leggett Road
Cathage, MO 64836

*First Class Mail*
*(Counsel for Leggett &*
*Platt, Incorporated)*
Larry E. Parres, Esquire
Lewis, Rice & Fingersh, L.C.
500 North Broadway
Suite 2000
St. Louis, MO 63102

*First Class Mail*
*(Counsel for Dana Commercial*
*Credit Corporation)*
Monique D. Almy, Esquire
Randall L. Hagen, Esquire
Smantha Bishop, Esquire
Ober, Kaler, Grimes, & Shriver
A Professional Corporation
120 East Baltimore Street
Baltimore, MD 21202-1643

*First Class Mail*
*(Counsel for Leggett &*
*Platt, Incorporated)*
Judy Eyster, Esquire
John Getchey, Esquire
Dana Commercial Credit Corp.
1801 Richards Road
Toledo, OH 43607

*First Class Mail*
*(Glencore LTD)*
Steven J. Reisman, Esquire
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY 10178-0061

*First Class Mail*
*(Portman Equipment Company)*
J. Michael Debbeler, Esquire
Graydon Head & Ritchey LLP
1900 Fifth Third Center
511 Walnut Street
Cincinnati, OH 45202

*First Class Mail*
*(The Chase Manhattan Bank)*
Gregory D. Willard, Esquire
Bryan Cave LLP
One Metropolitan Square
211 North Broadway
St. Louis, MO 63102

*First Class Mail*
*(Chase Manhattan Bank)*
Steven M. Fuhrman, Esquire
Simpson Thacher & Bartlett
425 Lexington Avenue
New York, NY 10017

*First Class Mail*
*(Counsel to numerous*
*asbestos claimants)*
Russell W. Budd, Esquire
Alan B. Rich, Esquire
Baron & Budd, P.C.
3102 Oak Lawn Avenue
Suite 1100
Dallas, TX 75219

*First Class Mail*
*(counsel to numerous*
*asbestos claimants)*
Steven T. Baron, Esquire
Silber Pearlman, LLP
2711 North Haskell Avenue
Cityplace Center East-5th Floor
L.B. 32
Dallas, TX 75204

*First Class Mail*
*(Aspen Advisors LLC)*
Neil Subin, Esquire
8 Palm Court
Sewalls Point, FL 34996

*First Class Mail*
*(Aspen Advisors LLC)*
Richard Baumfield, Esquire
Andrews & Kurth LLP
Attorneys for Aspen Advisors LLC
805 Third Avenue
7th Floor
New York, NY 10022

*First Class Mail*
*(counsel for Strickland Paper*
*Company, Inc.)*
Clark R. Hammond, Esquire
Johnston Barton Proctor & Powell LLP
1901 Sixth Avenue North
Suite 2900
Birmingham, AL 35203

*First Class Mail*
*(The Travelers)*
The Travelers Insurance Company
National Accounts
1 Tower Square-5MN
Hartford, CT 06183

*First Class Mail*
*(Counsel for numerous asbestos*
*claimants)*
Alan B. Rich, Esquire
3102 Oak Lawn Avenue
Suite 1100
Dallas, TX 75219

*First Class Mail*
*(Counsel for Pension*
*Benefit Guaranty Corporation)*
Kenneth J. Cooper, Esquire
Pension Benefit Guaranty Corporation
Office of the General Counsel
1200 K Street, N.W.
Washington, D.C. 20005-4026

*First Class Mail*
*(Counsel for Teachers and*
*Annuity Association of America)*
Clifford S. Haye, Esquire
Teachers Insurance and Annuiy
Association of America
730 Third Avenue
New York, NY 10017

*First Class Mail*
*(Counsel for Ford Motor*
*Company)*
Stephen S. LaPlante, Esquire
Miller, Canfield Paddock & Stone, PLC
150 W. Jefferson, Ave.
Suite 2500
Detroit, MI 48226

*First Class Mail*
*(GW Plastics Tucson, Inc.)*
Paul A. Peters, Esquire
Saperston & Day, P.C.
1100 M&T Center
Three Fountain Plaza
Buffalo, NY 14203

*First Class Mail*
*(counsel for Etco Incorporated)*
Paul F. O'Donnell, III, Esquire
Hinckley, Allen & Snyder LLP
28 State Street
Boston, MA 02109

*First Class Mail*
*(Century Indemnity Company, et al.)*
Mark D. Plevin, Esquire
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

*First Class Mail*
*(Century Indemnity Company, et al.)*
Paul R. Koepff, Esquire
O'Melveny & Myers LLP
153 East 53rd Street
New York, NY  10022

*First Class Mail*
*(Houghton International, Inc.*
Gary P. Lightman, Esquire
Glenn A. Manochi, Esquire
Lightman, Manochi & Christensen
1520 Locust Street
Twelfth Floor
Philadelphia, PA  19102

*First Class Mail*
*(Asbestos Claimants)*
Eilentz, Goldman & Spitzer
Attn: Eric W. Sleeper, Esquire
90 Woodbridge Center Drive
P.O. Box 10
Woodbridge, NJ  07095

*First Class Mail*
*(Counsel for Pneumo Abex Corp.)*
Robert D. Drain, Esquire
Paul, Weiss, Rifkind, Wharton & Garrison
1285 Avenue of the Americas
New York, NY 10019-6064

*First Class Mail*
*(counsel for Associated Packaging, Inc.)*
John Tishler, Esquire
Waller Lansden Dortch & Davis
511 Union Street
Suite 2100
P.O. Box 198966
Nashville, TN  37219-8966

*First Class Mail*
*(Castrol Industrial North America)*
James S. Carr, Esquire
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY  10178

*First Class Mail*
*(Fleet National)*
Honor S. Heath, Esquire
Senior Counsel
FleetBoston Financial
777 Main Street
Mail Stop CT EH 40220A
Hartford, CT  06115

*First Class Mail*
*(Wabash Alloys L.L.C.)*
Philip D. Anker, Esquire
Andrew J. Currie, Esquire
Wilmer, Cutler & Pickering
2445 M Street, N.W.
Washington, D.C.  20037-1420

*First Class Mail*
*(counsel for Palmer International, Inc)*
Charles J. Weiss, Esquire
Timoney, Knox, Hasson & Weand
400 Maryland Drive
P.O. Box 7544
Ft. Washington, PA  19034-7544

*First Class Mail*
*(counsel for Aetna US Healthcare, Inc)*
Aetna US Healthcare
Sherry Marrone/National Collections Dept.
930 Harvest Drive
Blue Bell, PA  19422

*First Class Mail*
*(counsel for The Delaware Bay Co., Inc)*
Jeffrey Rosenkranz, Esquire
The Delaware Bay Company, Inc.
680 Fifth Avenue
22nd Floor
New York, NY  10019

*First Class Mail*
*(Dresdner Kleinwort Wasserstein)*
Dresdner Kleinwort Wasserstein
Troubled Assets Department
Attn: James M. Gallagher
First Vice President
1177 Avenue of the Americas
Manhattan, NY  10036

*First Class Mail*
*(counsel for Mitch Murch's*
*Maintenance Management Co.)*
David M. Dare, Esquire
Herren, Dare & Streett
1051 N. Harrison Ave.
St. Louis, MO  63122

*First Class Mail*
*(counsel for General Electric Co.)*
Michael R. Enright, Esquire
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT  06103

*First Class Mail*
*(Numerous Asbestos Claimants)*
Damon J. Chargois, Esquire
Foster & Sear, LLP
1201 N. Watson Road
Suite 145
Arlington, TX  76006

*First Class Mail*
*(counsel for Volkswagen*
*Of America Inc.)*
Herzfeld & Rubin, P.C.
Attn: David Cohen, Esquire
40 Wall Street
54th Floor
New York, NY  10005

*First Class Mail*
*(Internal Revenue Service)*
Christopher R. Zaetta, Esquire
Tax Division
U.S. Department of Justice
Judiciary Center Bldg.
555 4th Street, N.W.
Washington, DC  20001

*First Class Mail*
*(Internal Revenue Service)*
J. Craig Young, Esquire
Internal Revenue Service
Area 2
320 Federal Place
Room 509
Greensboro, NC  27401

*First Class Mail*
*(counsel to South Trust Bank)*
Erich N. Durlacher, Esquire
Burr & Forman LLP
Suite 1200, One Georgia Center
600 West Peachtree Street, N.W.
Atlanta, GA  30308

*First Class Mail*
*(SAP AMERICA, INC)*
Russell W. Savory, Esquire
Gotten, Wilson & Savory, PLLC
200 Jefferson Avenue
Suite 900
Memphis, TN  38103

*First Class Mail*
*(South Carolina Department of*
*Health and Environmental Control)*
E. Katherine Wells, Esquire
Staff Counsel
South Carolina Department of
Health and Environmental Control
2600 Bull Street
Columbia, SC  29201-1708

*First Class Mail*
*(Conseco Captal Management Inc.)*
William P. Kovacs. Esquire
General Counsel
Conseco Capital Management, Inc.
11825 North Pennsylvania Street
Carmel, IN  46032

*First Class Mail*
*(Citadel Investment Group LLC)*
Attn: Sean Haas
Citadel Investment Gropu LLC
225 W. Washington Street
9th Floor
Chicago, IL  60606

*First Class Mail*
*(counsel to Cooper Industries, Inc)*
*(counsel to NGC Settlement Trust*
*and The Asbestos Claims Management Corporation)*
Michael A. Rosenthal, Esquire
Aron G. York, Esquire
Gibson, Dunn & Crutcher LLP
2100 McKinney Avenue
Suite 1100
Dallas, TX 75201

*First Class Mail*
*(IBM Corporation)*
Beverly H. Shideler, Esquire
BS8399
2707 Butterfield Road
Oakbrook, IL 60523

*First Class Mail*
*(ERGSTE Westig South Carolina Inc.)*
Michael L. Martell, Esquire
Abberley Kooiman LLP
666 5th Ave #28
New York, NY 10175

*First Class Mail*
*(Quaker City Castings, Inc)*
Jonathon M. Yarger, Esquire
Ellen M. Kramer, Esquire
Kohrman Jackson & Krantz P.L.L.
1375 East Ninth Street
One Cleveland Center
20th Floor
Cleveland, OH 44114

*First Class Mail*
*(counsel to Asbestos Torts Claimants)*
Theodore Goldberg, Esquire
Mark C. Meyer, Esquire
Goldberg, Persky, Jennings & White, P.C.
1030 Fifth Avenue
Pittsburgh, PA 15219

*First Class Mail*
*(counsel to P. Schoenfeld Asset*
*Management LLC)*
P. Schoenfeld Asset Management, LLC
1330 Avenue of the Americas
34th Floor
New York, NY 10019

*First Class Mail*
*(Bank One)*
Andrew D. MacIver, Esquire
Bank One Managed Assets
1 Bank One Plaza
Mail Code IL1-0631
Chicago, IL 60670

*First Class Mail*
Ric H. Huttenlocher, Esquire
Bank One
Mail Suite MI1-8074
611 Woodward Avenue
Detroit, MI 48226-8074

*First Class Mail*
Joseph M. Russell, Esquire
Bank One
1 Bank One Plaza
Mail Suite IL1-0286
Chicago, IL 60070-0286

*First Class Mail*
*(counsel for Garlock Inc.)*
Shelby A. Jordan, Esquire
Harlin C. Womble, Jr.. Esquire
Nathaniel Peter Holzer, Esquire
Jordan, Hyden, Womble & Culbreth, P.C.
500 N. Shoreline Blvd.
Suite 900
Corpus Christi, TX 78471

*First Class Mail*
*(counsel to Hollingsworth & Vose Company)*
Deirdre M. Murphy, Esquire
Vice President and General Counsel
Hollingsworth & Vose Company
112 Washington Street
E. Walpole, MA 02083

*First Class Mail*
*(counsel for Waupaca Foundry, Inc.)*
David I. Cisar, Esquire
von Briesen, Purtell & Roper, s.c.
735 North Water Street
Suite 1000
Milwaukee, WI 53202

*First Class Mail*
*(counsel for Cushion Cut, a Division of Boart Longyear*
*Company, GDM, Inc., Norton Company, Penhall Diamond*
*Products Co.)*
Charles W. Hurd
Johnathan C. Bolton
Fulbright & Jaworski LLP
1301 McKinney
Suite 5100
Houston, TX  77010

*First Class Mail*
*(Icahn Associates Corp.)*
Mr. Vince Antrieri Icahn Associates Corp.
767 Fifth Avenue
47th Floor
New York, NY  10153

*First Class Mail*
Rebeca Pacholder, Esquire
R2 Investmens, LDC
c/o Amalgamted Gadget, L.P.
301 Commerce Street
Suite 2975
Fort Worth, TX  76102

*First Class Mail*
*(counsel to Vellumoid, Inc.)*
Mark W. Powers, Esquire
Bowditch & Dewey, LLP
311 Main Street
Worcester, MA  01608-1552

*First Class Mail*
*(counsel to Anderson Memorial Hospital)*
Daniel A. Speights, Esquire
Speights & Runyan
200 Jackson Avenue, East
Post Office Box 685
Hampton, SC  29924

*First Class Mail*
Valerie DePiro, Esquire
FTI Policano & Manzo
Park 80 West
Plaza One 3rd Floor
Saddle Brook, NJ  07663

*First Class Mail*
*(counsel to numerous asbestos claimants)*
J. David Cecil, Esquire
James F. Humphreys & Associates, L.C.
800 United Center
500 Virginia St., East
Charleston, WV  25301

*First Class Mail*
*(Societe Generale)*
Luskin, Stern & Eisler LLP
330 Madison Avenue
34th Floor
New York, NY  10017

*First Class Mail*
*(Societe Generale)*
Societe Generale
1221 Avenue of the Americas
New York, NY  10020

*First Class Mail*
*(Counsel for Belz Enterprises)*
Russell W. Savory, Esquire
Gotten, Wilson & Savory, PLLC
200 Jefferson Avenue
Suite 900
Memphis, TN  38103

*First Class Mail*
*(Counsel for Contrarian Capital Management, LLC)*
Mr. Jon Bauer
Contrarian Capital Management
411 West Putnam Avenue
Suite 225
Greenwich, CT  06830

*First Class Mail*
Donald N. Patten, Esquire
Patten, Wornom, Hatten & Diamonstein, L.C.
Suite 360
12350 Jefferson Avenue
Newport News, VA  23602

*First Class Mail*
*(counsel to First Union National Bank)*
Attn: Irena M. Goldstein, Esquire
LeBouf, Lamb, Greene & MacRae, LLP
125 West 55th Street
New York, NY  10019

*First Class Mail*
*(counsel for Carfel, Inc.)*
Sarah Steinbaum, Esquire
44 W. Flagler Street
Suite 2175
Miami, FL 33130

*First Class Mail*
*(counsel for State Street Bank and Trust Company)*
Amanda D. Darwin, Esquire
Frank S. Hamblett, Esquire
Nixon Peabody LLP
101 Federal Street
Boston, MA 02110

*First Class Mail*
*(counsel to Prickettk, Jones & Elliott and McDermott)*
Michael L. Boykins, Esquire
McDermott, Will & Emery
227 W. Monroe Street
Suite 5400
Chicago, IL 60606

*First Class Mail*
*(counsel of Industrial Recovery Capital Company of Ohio II, LLC)*
Monica Y. Kim
McCutchen, Doyle, Brown & Enersen, LLP
355 S. Grand Ave.
Suite 4400
Los Angeles, CA 90071-3106

*First Class Mail*
*(counsel to Missouri Department of Revenue)*
Gary L. Barnhart, Esquire
Missouri Department of Revenue
General Counsel's Office
301 W. High Street
Room 670
P.O. Box 475
Jefferson City, MO 65105-0475

*First Class Mail*
*(counsel for Jefferson Pilot Financial)*
Christine L. Myatt, Esquire
Adams Kleemeier Hagan Hannah & Fouts PLLC
701 Green Valley Road, Suite 100
Post Office Box 3463
Greensboro, NC 27402

*First Class Mail*
*(Counsel for Nissan North America, Inc.)*
M. Kimberly Stagg, Esquire
983 Nissan Drive
Bin 17U
Smyrna, TN 37167

*First Class Mail*
*(counsel to numerous asbestos claimants)*
Steven J. Kherkher
Williams Bailey Law Firm, LLP
8441 Gulf Freeway, Suite 600
Houston, TX 77017

*First Class Mail*
*(State of New York)*
Christopher O'Brien, Esquire
District Tax Attorney
Office of Counsel
Building 9, Room 100
W A Harriman Campus
Albany, NY 12227

*First Class Mail*
*(counsel for Trotwood-Madison School District)*
Alan B. Schaeffer
Pickrel, Schaeffer & Ebeling
2700 Kettering Tower
Dayton, OH 45423

*First Class Mail*
*(Sevier County Utility)*
William L. Cooper, Esquire
Attorney for Sevier County Utility
District
700 Sevier Avenue
Knoxville, TN 37920

*First Class Mail*
*(Counsel for U.S. Bank Trust N.A.)*
Michael B. Fisco, Esquire
Mark G. Rabogliatti, Esquire
Faegre & Benson LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901

*First Class Mail*
*Select Asbestos Claimants*)
Steven T. Davis, Esquire
Edmond M. George, Esquire
Obermayer Rebmann Maxwell & Hippel, LLP
One Penn Center, Ste 1900
1617 John F. Kennedy Boulevard
Philadelphia, PA 19103

*First Class Mail*
*(Counsel for Time Warner Telecom)*
Linda Boyle, Esquire
Time Warner Telecom Inc.
10475 Park Meadows Drive, #400
Littleton, CO 80124

*First Class Mail*
*(Counsel for NTN USA)*
Donald A. Workman, Esquire
Foley & Lardner
3000 K Street, N.W., Ste 500
Washington, DC 20007

*First Class Mail*
*(Counsel for Numerous Asbestos Claimants)*
Michael P. Cascino, Esquire
Cascino Vaughan Law Offices, Ltd.
220 S. Ashland Avenue
Chicago, IL 60607

*First Class Mail*
*(Counsel for City of El Paso)*
David G. Aelvoet, Esquire
Linebarger Goggan Blair Pena & Sampson, LLP
711 Navarro, Suite 300
San Antonio, TX 78205

*First Class Mail*
*(Counsel for DaimlerChrysler Corporatio, Ford*
*Motor Company & General Motors Corporation)*
David M. Bernick, Esquire
Thomas E. Dutton, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

*First Class Mail*
*(Counsel for Glass, Molders, Pottery, Plastics*
*& Allied Workers Int'l Union, AFL-CIO)*
R. Matthew Pettigrew, Jr., Esquire
Markowitz & Richman
1100 North American Building
121 South Broad Street
Philadelphia, PA 19107

*First Class Mail*
*(Counsel for Lipsiptz, Green, et al.)*
Joseph T. Kremer, Esquire
Lipsiptz, Green, Fahringer, Roll, et al.
42 Delaware Avenue, Ste 300
Buffalo, NY 14202

*First Class Mail*
*(Counsel for Key Equipment Finance)*
Sal Boscia, Esquire
Key Equipment Finance
1000 S. McCaslin Boulevard
Superior, CO 80027

*First Class Mail*
*(Counsel for Numerous Asbestos Claimants)*
David A. Jagolinzer, Esquire
Ferraro & Associates, P.A.
4000 Ponce de Leon Blvd., Ste 700
Miami, FL 33146

*First Class Mail*
*(Counsel for IOS Capital, Inc.)*
Bankruptcy Administration
IOS Capital, Inc.
1738 Bass Road
P.O. Box 13708
Macon, GA 31208

*First Class Mail*
*(Counsel for Numerous Merchant Mariners)*
Alan Kellman, Esquire
Maritime Asbestosis Legal Clinic, a division
of The Jazques Admiralty Law Firm, P.C.
1570 Penobscot Building
Detroit, MI 48226

*First Class Mail*
*(Counsel for Dow Chemical Company)*
Michael T. Kay, Esquire
The Dow Chemical Company
Legal Department
2030Dow Center
Midland, MI  48674

*First Class Mail*
*(PA Dept. of Labor)*
Bureau of Employer Tax Operation
Harrisburg Bankruptcy and Compliance
Attn:  Sharon Royer
1171 South Cameron Street, Room 312
Harrisburg, PA  17104

*First Class Mail*
*(Counsel for UAW)*
Niraj R. Ganatra, Esquire
International Union, UAW
8000 E. Jefferson Avenue
Detroit, MI  48214

*First Class Mail*
*(Counsel for GEEC)*
Adam M. Spence, Esquire
K. Donald Proctor, P.A.
105 W. Chesapeake Avenue
Suite 400
Towson, MD  21204

*First Class Mail*
*(Counsel for Travelers Casualty and Surety Company)*
Robert F. Cusumano, Esquire
Patricia A. Taylor, Esquire
Simpson Thacher & Bartlett
425 Lexington Avenue
New York, NY  10017

*First Class Mail*
*(Counsel for Reichhold, Inc.)*
Keith F. Millhouse, Esquire
Shane, Digiuseppe & Millhouse LLP
200 North Westlake Boulevard, Ste 104
Westlake Village, CA  91362

*First Class Mail*
*(Counsel for South Central Communications Corporation)*
John C. Hess, Esquire
John C. Hess, P.C.
105 Bonnabrook Drive, Ste 105
Hermitage, TN  37076

*First Class Mail*
*(Counsel for Computer Sales Int'I, Inc.)*
Jeffrey L. Rousseau, Esquire
Computer Sales Int'l, Inc.
9990 Old Olive Street Road
Ste 101
St. Louis, MO  63141

*First Class Mail*
*(Counsel for Trayer Products Inc.)*
Lawrence LeClair, Esquire
Sayles & Evans
One West Church Street
Elmira, NY  14901

*First Class Mail*
Russell D. Pollock, Esquire
Greene Radovsky Maloney & Share LLP
Four Embarcadero Center
Suite 4000
San Francisco, CA  94111

*First Class Mail*
*(Dresser, Inc.)*
Walter F. McArdle, Esquire
Spain & Gillon, LLC
The Zinszer Building
2117 Second Avenue North
Birmingham, AL  35203

*First Class Mail*
*(Rothschild Inc.)*
Noah Roy, Esquire
Rothschild Inc.
1251 Avenue of the Americas
New York, NY  10020

*First Class Mail*
*(Rothschild Inc.)*
Richard F. Hahn, Esquire
Debevoise & Plimpton
919 Third Avenue
New York, NY  10022

*First Class Mail*
*(Lone Star Industries, Inc.)*
James L. Ware
Sheehy, Serpe & Ware
2500 Two Houston Center
909 Fannin Street
Houston, TX  77010

*First Class Mail*
*(Honeywell International, Inc.)*
A. Dennis Terrell, Esqire
Drinker, Biddle & Shanley, LLP
500 Campus Drive
Florham Park, NJ  07932-1047

*First Class Mail*
*(Counsel for GE Supply Company)*
Glenn M. Reisman, Esquire
Two Corporate Drive, Ste 636
P.O. Box 861
Shelton, CT  06484

*First Class Mail*
*(Counsel for SKF USA Inc.)*
Henry DeWerth Jaffe, Esquire
Linda J. Casey, Esquire
Pepper Hamilton LLP
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA  19103

*First Class Mail*
*(Counsel for New York Dept. of Taxation)*
Barbara G. Billet, Esquire
State of New York
Department of Taxation
Building 9, Room 100
WA Harriman Campus
Albany, NY  12227

*First Class Mail*
*(Counsel for ProLogis California I, LLC)*
Russel D. Pollock
Greene Radovsky Maloney & Share LLP
Four Embarcadcro Center
Suite 4000
San Francisco, CA  94111

*First Class Mail*
*(Counsel for Allor Manufacturing, Inc.)*
Alicia S. Schehr, Esquire
Jaffe, Raitt, Heuer & Weiss, Professional Corporation
One Woodward Avenue
Suite 2400
Detroit, MI  48226

*First Class Mail*
*(Counsel for Duquesne Light Company)*
S. James Wallace
Griffith McCague & Fernsler
Suite 3626 Gulf Tower
707 Grant Street
Pittsburgh, PA  15219

*First Class Mail*
*(Counsel of West Group)*
Michael S. Sandberg, Esquire
Hellmuth & Johnson, PLLC
10400 Viking Drive
Suite 560
Eden Prairie, MN  55344

*First Class Mail*
*(Marget Barnett)*
The Law Offices of Peter g. Angelos, P.C.
Attn: Paul M. Matheny, Esquire
5905 Harford Road
Baltimore, MD  21214

*First Class Mail*
*(Counsel for Travelers Casualty & Surety Company of America)*
Jonathan B. Alter, Esquire
Bingham, Dana
1 State Street
Hartford, CT  06013

*First Class Mail*
*(Counsel for Commissioner of Revenue for the State of Tennessee)*
Gina Baker Hantel
Attorney for Commissioner of Revenue
Legal Services
27th Floor
312 8th Avenue North
Nashville, TN  37243

*First Class Mail*
*(Counsel for JPMorgan Chase Bank)*
Donald A. Robinson, Esquire
Robinson & Livelli
Two Penn Plaza East
Suite 1100
Newark, NJ 07105

*First Class Mail*
*(Counsel Regen Capital I, Inc.)*
Elliot H. Herskowitz
Regen Captial I, Inc.
P.O. Box 626
Planetarium Station
New York, NY 10024

*First Class Mail*
*(Counsel for Comdisco, Inc.)*
Michael J. Venditto
Ira R. Abel
Kensington & Ressler LLC
400 Madison Avenue
New York, NY 10017

*First Class Mail*
*(Counel of Carquest Corporation)*
Nathan A. Schachtman
McCarter & English, LLP
Mellon Bank Center
1735 Market Street
Suite 700
Philadelphia, PA 19103

*First Class Mail*
*(Counsel of Carquest Corporation)*
Mary A. Wells
Wells, Anderson, & Race, LLC
1700 Broadway
Suite 1020
Denver, CO 80290

*First Class Mail*
*(Counsel for William Jewell College)*
Gary D. Barnes, Esquire
Husch & Eppenberger, LLC
1200 Main Street
Suite 1700
Kansas City, MO 64105

*First Class Mail*
*(counsel for Uniroyal, Inc.)*
Matthew A. Hamermesh, Esquire
Hangley Aronchick Segal & Pudlin
One Logan Square
27th Floor
Philadelphia, PA 19103

*First Class Mail*
*(counsel for Georgia Department of Revenue)*
Oscar B. Fears, III
Assistant Attorneys General
40 Capitol Square, S.W.
Atlanta, GA 30334

*First Class Mail*
*(Tenneco Automotive Operating Company)*
Tenneco Automotive Operating Company Inc.
Anne E. Frueh, Esquire
500 North Field Drive
Lake Forest, IL 60045

*First Class Mail*
*(Century of Northwest Arkansas, LLC)*
Rex D. Rainach
A Professional Law Corporation
3622 Government Street
Baton Rouge, LA 70806-5720

*First Class Mail*
*(Century of Northwest Arkansa, LLC)*
Linda Bonner
CenturyTel
100 Century Park Drive
Monroe, LA 71203

*First Class Mail*
*(counsel for Mahle Companies)*
Rod Kubat, Esquire
Nyemaster, Goode, Voigts,West, Hansell
& O'Brien, P.C.
700 Walnut, Suite 1600
Des Moines, IA 50309