IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | Re: Docket No. 4458 and |
| | | 2/23/04 Agenda Item 6 |

## CERTIFICATION OF COUNSEL RE: DOCKET NO. 4458

1.  On September 22, 2003, Oldcastle APG Northeast, Inc. d/b/a Foster-Southeastern ("Oldcastle") filed its *Motion of Oldcastle APG Northeast, Inc. d/b/a Foster-Southeastern for Relief from Stay Under Section 362 of the Bankruptcy Code* (the "Motion") (Docket No. 4458) with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801. Pursuant to the Motion, Oldcastle seeks relief to file a fifth-party complaint against the above-captioned debtors and debtors in possession

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

(collectively, the "Debtors") in a case captioned *City of Everett v. Barletta Engineering Corporation et al,* C.A. No. 00-4884, presently pending in the Superior Court of the Commonwealth of Massachusetts, Middlesex County (the "Massachusetts Action"), in which Oldcastle is a fourth party defendant

2.  On October 10, 2003, the Debtors filed their objection to the Motion (Docket No. 4570).

3.  Discovery in the Massachusetts Action is ongoing. Oldcastle delivered preliminary discovery requests relating to the Massachusetts Action to the Debtors and the Debtors responded.

4.  The parties wish to resolve the Motion by continuing to cooperate informally with the respect to Oldcastle's defense of claims asserted against it in the Massachusetts Action. The terms of this resolution are more fully set forth in the Stipulation Resolving Motion of Oldcastle APG Northeast, Inc. d/b/a Foster-Southeastern for Relief from Stay Under Section 362 of the Bankruptcy Code (the "Stipulation") attached hereto as **Exhibit A.**

5.  It should be noted that the Stipulation is not a final resolution of the Motion, as the Debtors reserve the right to terminate the agreement to cooperate informally, in which case, Oldcastle reserves the right to renew the Motion.

Dated: March 5, 2004

          KIRKLAND & ELLIS LLP
          David M. Bernick, P.C.
          James W. Kapp III
          Janet S. Baer
          Christian J. Lane
          200 East Randolph Drive
          Chicago, Illinois 60601
          Telephone: (312) 861-2000
          Facsimile: (312) 861-2200

          and

          PACHULSKI, STANG, ZIEHL, YOUNG, JONES &
          WEINTRAUB P.C.

          *[signature]*
          Laura Davis Jones (Bar No. 2436)
          David W. Carickhoff, Jr. (Bar No. 3715)
          919 North Market Street, 16th Floor
          P.O. Box 8705
          Wilmington, DE 19899-8705 (Courier 19801)
          Telephone: (302) 652-4100
          Facsimile: (302) 652-4400

          Co-counsel for Debtors and Debtors in Possession