IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.* | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I, Marla Rosoff Eskin, of Campbell & Levine, LLC, hereby certify that on March 5, 2004, I caused a copy of the foregoing *Objection Of The Official Committee Of Asbestos Personal Injury Claimants To The Debtors' Sixth Motion For An Order Pursuant To 11 U.S.C. §1121(D) Extending Debtors' Exclusive Periods In Which To File A Chapter 11 Plan And To Solicit Votes Thereon [Related Docket No. 5027]* to be served upon the individuals on the attached service list via first-class mail unless otherwise indicated.

/S/ Marla Eskin
Marla Rosoff Eskin (#2989)

Dated: March 5, 2004

{D0016317:1 }