# EXHIBIT 1

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | | Re: Docket No. 4089 and |
| | | 2/23/04 Agenda Item No. 11 |

## FOURTH ORDER GRANTING THE RELIEF SOUGHT IN DEBTORS' SECOND OMNIBUS OBJECTION TO CLAIMS (NON-SUBSTANTIVE)

Upon the second omnibus objection of the above captioned debtors and debtors in possession (the "Debtors"), seeking entry of an order expunging and disallowing certain Claims[2] (the "Second Omnibus Objection"); and no previous application having been made; and upon consideration of the Second Omnibus Objection and all responses thereto; and due and proper notice of the Second Omnibus Objection having been given, it is hereby

ORDERED that, except as hereinafter stated, the relief sought in the Second Omnibus Objection is granted to the extent not inconsistent with the language herein, with the Orders

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., GC Limited Partners I, Inc., (f/k/a Grace Cocoa Limited Partners I, Inc.), GC Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc. GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation., W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

[2] Capitalized terms used but not defined herein are as defined in the Debtors' Second Omnibus Objection.


previously entered with respect to the Second Omnibus Objection, and with the Exhibits attached hereto;[3] and it is further

ORDERED that, to the extent that the relief granted in this Order differs from the relief granted with respect to the Second Omnibus Objection by the Orders previously entered with respect to Second Omnibus Objection, this Order shall control; and it is further

ORDERED that the Objection to each of the Claims listed on Exhibits A to this Order is withdrawn; and it is further

ORDERED that the Objection to each Claim listed on Exhibit B to this Order is sustained, and the claims are expunged and disallowed for all purposes as set forth on Exhibit B; and it is further

ORDERED that the Objection to the Claim listed on Exhibit C to this Order is sustained, and the claim is expunged and disallowed for all purposes; and it is further

ORDERED that the rights of the Debtors to object to any claim listed on any exhibit to this Order for any reason are expressly preserved, except as provided for herein; and it is further

ORDERED that, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, made applicable in the contested matter by Rules 7054 and 9014 of the Federal Rules of Bankruptcy Procedure, the Court hereby directs entry of a final judgment with respect to the claims objections as to which relief is entered by this Order, the Court having determined that there is no just reason for delay in the entry of judgment on these matters; and it is further

---

[3] To the extent that any claim that is the subject of the Second Omnibus Objection has been or is otherwise addressed by an approved stipulation between the Debtors and the claimant, that stipulation shall control the disposition of that claim.

DOCS_DE:79199.1                                2                                *page 5 of 11*

DOCS_DE:79199.1

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated: February 23, 2004

_____
Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

Hearing Date: January 26, 2004

## In re: W.R. GRACE & CO.
## OMNIBUS 2 - EXHIBIT A - WITHDRAWN

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Relief Requested | Order Status |
|---|---|---|---|---|---|---|---|
| 1 | ALLEGHENY CENTER ASSOCIATES<br>ALLEGHENY CENTER ASSOCIATES,<br>MALL MGMT<br>PITTSBURGH PA 15212 | 01-01140<br>W.R. GRACE & CO.-CONN. | 9778 | | | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | WITHDRAWN |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured    (T) - Total
(P) - Priority    (U) - Unsecured

Page 1 of 1

Hearing Date: January 26, 2004

# In re: W.R. GRACE & CO.

## OMNIBUS 2 - EXHIBIT B - SUSTAINED BY AGREEMENT - SURVIVING CLAIMS

### Claims to Be Expunged

| | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** |
|---|---|---|---|---|---|
| 1 | ESTATE OF ROSARIO RAPISARDI<br>RD 2 BOX 107<br>SWEDESBORO NJ 000008085<br>Relief Requested: EXPUNGE | 01-01160 | 2802 | $2,000,000.00 | (U) |
| 2 | ROWE, RICHARD C<br>PO BOX 27184<br>MEMPHIS TN 38127<br>Relief Requested: EXPUNGE | 01-01140 | 1642 | UNKNOWN | (S) |
| 3 | ROWE, RICHARD C<br>PO BOX 27184<br>MEMPHIS TN 38127<br>Relief Requested: EXPUNGE | 01-01140 | 1643 | UNKNOWN | (S) |
| 4 | ROWE, RICHARD C<br>PO BOX 27184<br>MEMPHIS TN 38127<br>Relief Requested: EXPUNGE | 01-01140 | 1644 | UNKNOWN | (S) |
| 5 | ROWE, RICHARD C<br>PO BOX 27184<br>MEMPHIS TN 38127<br>Relief Requested: EXPUNGE | 01-01140 | 1645 | UNKNOWN | (S) |

### Surviving Claims

| Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** |
|---|---|---|---|---|
| ESTATE OF ROSARIO RAPISARDI<br>C/O JAMES RAPISARDI<br>2251 TOWNSHIP LINE RD<br>LOGAN TWP NJ 000008085 | 01-01160 | 15073 | $680,060.44 | (U) |
| ROWE, RICHARD C<br>PO BOX 27184<br>MEMPHIS TN 38127 | 01-01140 | 1641 | UNKNOWN | (S) |
| ROWE, RICHARD C<br>PO BOX 27184<br>MEMPHIS TN 38127 | 01-01140 | 1641 | UNKNOWN | (S) |
| ROWE, RICHARD C<br>PO BOX 27184<br>MEMPHIS TN 38127 | 01-01140 | 1641 | UNKNOWN | (S) |
| ROWE, RICHARD C<br>PO BOX 27184<br>MEMPHIS TN 38127 | 01-01140 | 1641 | UNKNOWN | (S) |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

**(A) - Administrative    (S) - Secured    (T) - Total
(P) - Priority    (U) - Unsecured

Hearing Date: January 26, 2004

## In re: W.R. GRACE & CO.
## OMNIBUS 2 - EXHIBIT C - SUSTAINED BY AGREEMENT - EXPUNGE

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Relief Requested | Order Status |
|---|---|---|---|---|---|---|---|
| 1 | BARR, CHESTER A<br>11722 31ST DR SE<br>EVERETT  WA  98208-6117 | 01-01139<br>W.R. GRACE & CO. | 2230 | $5,434.00 | (S) | SHAREHOLDER - STOCK<br>EXPUNGE | SUSTAINED |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative   (S) - Secured   (T) - Total
(P) - Priority   (U) - Unsecured

Page 1 of 1                                 1/22/2004 4:56:24 PM