# EXHIBIT 2

# Omni 2 Order
# for WR Grace

Total number of parties: 4
Mode of Service: US Mail (1st Class)

### Exhibit 2 - WR Grace Mailing

| Svc Lst | Name and Address of Served Party |
|---|---|
| 8028 | ALLEGHENY CENTER ASSOCIATES, ALLEGHENY CENTER ASSOCIATES, MALL MGMT, PITTSBURGH, PA 15212 |
| 8028 | BARR, CHESTER A, 11722 31ST DR SE, EVERETT, WA 98208-6117 |
| 8028 | ESTATE OF ROSARIO RAPISARDI, RD 2 BOX 107, SWEDESBORO, NJ 000008085 |
| 8028 | ROWE, RICHARD C, PO BOX 27184, MEMPHIS, TN 38127 |

Subtotal for this group: 4