IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: March 5, 2004 at 4:00 p.m.** |
| | ) | **Hearing Date: March 22, 2004 @ 12:00 p.m.** |

**CERTIFICATION OF NO OBJECTION**
**REGARDING DOCKET NO.  4825**

The undersigned hereby certifies that, as of the date hereof, he has received no answer,

objection or other responsive pleading to the Tenth Quarterly Fee Application Request of Ferry,

Joseph & Pearce, P.A. (the "Applicant") for Approval and Allowance of Compensation for

Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of

Asbestos Property Damage Claimants for the Period of July 1, 2003 through September 30, 2003

(the "Application").   The undersigned further certifies that the Court's docket in this case

reflects that no answer, objection or other responsive pleading to the Application has been filed.

Pursuant to the Notice of Application, objections to the Application were to be filed and served

no later than March 5, 2004.

FERRY, JOSEPH & PEARCE, P.A.


 /s/ Theodore J. Tacconelli
Michael B. Joseph (#392)
Theodore J. Tacconelli (#2678)
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE. 19899
(302) 575-1555

Local Counsel to the Official Committee of
Dated: March 8, 2004          Asbestos Property Damage Claimants