IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: March 5, 2004 at 4:00 p.m.** |
| | ) | **Hearing Date: March 22, 2004 @ 12:00 p.m.** |

## CERTIFICATION OF NO OBJECTION
## REGARDING DOCKET NO. 5087

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the Tenth Quarterly Fee Application Request of Conway, Del Genio, Gries & Co., LLC (the "Applicant") for Approval and Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Financial Advisor to the Official Committee of Asbestos Property Damage Claimants for the Period of July 1, 2003 through September 30, 2003 (the "Application").  The undersigned further certifies that the Court's docket in this case reflects that no answer, objection or other responsive pleading to the Application has been filed.  Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than March 5, 2004.

                              FERRY, JOSEPH & PEARCE, P.A.

                              /s/ Theodore J. Tacconelli
                              Michael B. Joseph (#392)
                              Theodore J. Tacconelli (#2678)
                              824 Market Street, Suite 904
                              P.O. Box 1351
                              Wilmington, DE 19899
                              (302) 575-1555

                              Local Counsel to the Official Committee of
Dated: March 8, 2004             Asbestos Property Damage Claimants