**EXHIBIT A**



# NELSON
### Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
ATTORNEYS AND COUNSELORS AT LAW
TAX ID NO. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.                                             November 19, 2003
ATTN: Lydia Duff, Esq.                                        Invoice 592228  Page  1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

Our Matter #          02399/06003                     For Services Through 10/31/03
WR Grace #            063-KL-721490-01-501270
Name of Matter:       Beaco Road Site


| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 10/01/03 | Prepare for PRP conference call.<br>J.M. MELCHERS | 0.20 hrs. | 250.00/hr | $50.00 |
| 10/02/03 | Prepare for (0.3) and participate in Technical Committee conference call (0.9); prepare notes on same (0.2).<br>J.M. MELCHERS | 1.40 hrs. | 250.00/hr | $350.00 |
| 10/02/03 | Finalize memo regarding September 18 PRP group call.<br>J.M. MELCHERS | 0.20 hrs. | 250.00/hr | $50.00 |
| 10/03/03 | Telephone conference with Ms. Duff regarding developments in case and technical analysis needed.<br>J.M. MELCHERS | 0.20 hrs. | 250.00/hr | $50.00 |
| 10/07/03 | Review memo from Mr. English regarding PRP group conference call.<br>J.M. MELCHERS | 0.10 hrs. | 250.00/hr | $25.00 |
| 10/16/03 | Participate in PRP Group conference call (0.8); prepare notes on same (0.2); review incoming site materials (0.2).<br>J.M. MELCHERS | 1.20 hrs. | 250.00/hr | $300.00 |
| 10/17/03 | Review and categorize incoming correspondence, studies, attorney's notes and other file materials (0.9); chronologize and create subfiles for same for Attorney Melchers' review (0.6).<br>E. FLEMMING | 1.50 hrs. | 60.00/hr | $90.00 |
| 10/20/03 | Review memo from Mr. English regarding proposed response to motion for summary judgment.<br>J.M. MELCHERS | 0.10 hrs. | 250.00/hr | $25.00 |
| 10/21/03 | Review and analyze draft Reply to State Auto Memo Opposing Summary Judgment from PRP Group's counsel, Mr. English (1.1); prepare memo regarding Reply (0.2).<br>J.M. MELCHERS | 1.30 hrs. | 250.00/hr | $325.00 |
| 10/23/03 | Review memo from Mr. English regarding comments to brief.<br>J.M. MELCHERS | 0.10 hrs. | 250.00/hr | $25.00 |

**Fees for Legal Services** ..............................................................................................  **$1,290.00**

## BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| J.M. MELCHERS | 4.80 | 250.00 | 1,200.00 |
| E. FLEMMING | 1.50 | 60.00 | 90.00 |
| TOTAL | 6.30 | $204.76 | $1,290.00 |

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| 10/20/2003 | Photocopies 24 Page(s) | 1.20 |
|---|---|---|

**Total Charges for Other Services Provided/Expenses Incurred** .................................... **$1.20**

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Photocopies | 1.20 |
| TOTAL | $1.20 |

**Net current billing for this invoice** ........................................................................ **$1,291.20**

**GRAND TOTAL**............................................................................................................ **$1,291.20**

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
### NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-1070
TELEPHONE (803) 799-2000

For Services Through 10/31/03

Our Matter # 02399/06003
Beaco Road Site

| | | |
|---|---|---|
| Fees for Professional Services | $1,290.00 | |
| Charges for Other Services Provided/Expenses Incurred | 1.20 | |
| **Net current billing for this invoice** ................................................................... | | **$1,291.20** |
| | | |
| **GRAND TOTAL**.................................................................................................................. | | **$1,291.20** |

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC