**EXHIBIT B**



# NELSON MULLINS

NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
ATTORNEYS AND COUNSELORS AT LAW
TAX ID No. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.  
ATTN: Lydia Duff, Esq.  
Senior Environmental Counsel  
7500 Grace Drive  
Columbia, MD 21044

November 19, 2003  
Invoice 592230  Page 1

Our Matter #           02399/06012                      For Services Through 10/31/03
WR Grace #             001-KL-721200-00-100128
Name of Matter:        Owensboro Site Management

10/14/03  Discussion with Ms. Duff concerning identification of consultants for air quality analysis of control equipment (0.3); review and obtain information for recommendations (1.1); forward information to Ms. Duff (0.2).
B.F. HAWKINS, JR.                           1.60 hrs.    280.00/hr             $448.00

**Fees for Legal Services** ................................................................................................... $448.00

### BILLING SUMMARY

|                      | Hours | Rate/Hr | Dollars |
|----------------------|-------|---------|---------|
| B.F. HAWKINS, JR.    | 1.60  | 280.00  | 448.00  |
| TOTAL                | 1.60  | $280.00 | $448.00 |

**Net current billing for this invoice** .................................................................... $448.00

**GRAND TOTAL** ........................................................................................................ $448.00

## **REMITTANCE COPY**

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-1070
TELEPHONE (803) 799-2000

For Services Through 10/31/03

Our Matter # 02399/06012
Owensboro Site Management

| | | |
|---|---:|---:|
| Fees for Professional Services | $448.00 | |
| Charges for Other Services Provided/Expenses Incurred | 0.00 | |
| Net current billing for this invoice | | $448.00 |
| **GRAND TOTAL** | | **$448.00** |

## **WIRING INSTRUCTIONS**

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC