**EXHIBIT C**

# NELSON MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.

NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
ATTORNEYS AND COUNSELORS AT LAW
TAX ID No. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.  
ATTN: Lydia Duff, Esq.  
Senior Environmental Counsel  
7500 Grace Drive  
Columbia, MD 21044

November 19, 2003  
Invoice 592231  Page 1

| | | |
|---|---|---|
| Our Matter # | 02399/06030 | For Services Through 10/31/03 |
| WR Grace # | 032-KL-721400-00-5250472 | |
| Name of Matter: | Aiken-Title V Permit App. | |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 10/15/03 | Review and categorize incoming correspondence, pleadings, attorney's notes and other file materials (1.0); chronologize and create subfiles for same for Attorney Carlisle (0.3).<br>E. FLEMMING | 1.30 hrs. | 60.00/hr | $78.00 |
| 10/16/03 | Complete creation of subfiles (0.3); and integration of subfiles for incoming file materials for Attorney Carlisle's review (0.3).<br>E. FLEMMING | 0.60 hrs. | 60.00/hr | $36.00 |
| 10/30/03 | Confer with Mr. Fishel regarding air permit issue.<br>R.T. CARLISLE | 0.20 hrs. | 250.00/hr | $50.00 |

**Fees for Legal Services** .................................................................................. **$164.00**

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| R.T. CARLISLE | 0.20 | 250.00 | 50.00 |
| E. FLEMMING | 1.90 | 60.00 | 114.00 |
| TOTAL | 2.10 | $78.10 | $164.00 |

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 10/03/2003 | Photocopies 1 Page(s) | 0.05 |

**Total Charges for Other Services Provided/Expenses Incurred** .................................. **$0.05**

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Photocopies | 0.05 |
| TOTAL | $0.05 |

Net current billing for this invoice ................................................................... $164.05

**GRAND TOTAL**................................................................................................ **$164.05**

## **REMITTANCE COPY**

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-1070
TELEPHONE (803) 799-2000

For Services Through 10/31/03

Our Matter # 02399/06030
Aiken-Title V Permit App.

| | |
|---|---|
| Fees for Professional Services | $164.00 |
| Charges for Other Services Provided/Expenses Incurred | 0.05 |
| **Net current billing for this invoice** | **$164.05** |

**GRAND TOTAL** ................................................................................................. $**164.05**

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC