**EXHIBIT D**

# NELSON

Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW
TAX ID No. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

November 19, 2003
Invoice 592232  Page  1

| | | |
|---|---|---|
| Our Matter # | 02399/06031 | For Services Through 10/31/03 |
| WR Grace # | 001-KL-721490-01-501560 | |
| Name of Matter: | LI Tungsten | |

| 10/01/03 | Review items of correspondence with Mr. Ed Als (0.2); telephone conference with him regarding FOIA request status and organization of EPA documents (0.2); prepare notes on same (0.1).<br>J.M. MELCHERS | 0.50 hrs. | 250.00/hr | $125.00 |
|---|---|---|---|---|
| 10/01/03 | Telephone conference with Mr. Englert regarding results of status conference and next steps (0.2); prepare notes on same and analyze impacts (0.4); review memo from him regarding PRP conference call and response to same (0.1).<br>J.M. MELCHERS | 0.70 hrs. | 250.00/hr | $175.00 |
| 10/02/03 | Telephone conference with Mr. Als regarding documents needed (0.2); prepare for (0.3) and participate in  Li Tungsten PRP Group conference call (1.6).<br>J.M. MELCHERS | 2.10 hrs. | 250.00/hr | $525.00 |
| 10/02/03 | Participate in conference call relating to site status.<br>R.T. CARLISLE | 1.30 hrs. | 250.00/hr | $325.00 |
| 10/03/03 | Telephone conference with Ms. Duff regarding developments in case (0.3); telephone conference with Mr. Als regarding EPA documents (0.2); review and analysis of DOJ statement regarding proposed settlement and evaluate impacts of same (1.1).<br>J.M. MELCHERS | 1.60 hrs. | 250.00/hr | $400.00 |
| 10/03/03 | Review incoming administrative index from Mr. Als (0.2); review memo from Mr. Englert regarding EPA statement on proposed settlement (0.1); prepare analysis and action item memo for discussion with Ms. Duff (0.6).<br>J.M. MELCHERS | 0.90 hrs. | 250.00/hr | $225.00 |
| 10/08/03 | Review faxed site documents from Mr. Als (0.3); review memo from Attorney Carlisle regarding briefs (0.1).<br>J.M. MELCHERS | 0.40 hrs. | 250.00/hr | $100.00 |
| 10/08/03 | Review and summarize relevant briefs (1.3); identify documents for transmitting to other counsel (0.2); review letter to other counsel and edit same (0.2).<br>R.T. CARLISLE | 1.70 hrs. | 250.00/hr | $425.00 |

| | | | |
|---|---|---|---|
| 10/09/03 | Review memo from Attorney Carlisle and respond regarding briefs (0.1); review incoming fax from Mr. Als (0.2); and plan for next steps on document issues (0.2). | | |
| | J.M. MELCHERS | 0.50 hrs.    250.00/hr | $125.00 |
| 10/14/03 | Participate in PRP conference call (1.0); prepare notes on same (0.2); review documents and confer with Attorney Carlisle regarding impacts of same and need for additional information from other counsel (0.3). | | |
| | J.M. MELCHERS | 1.50 hrs.    250.00/hr | $375.00 |
| 10/14/03 | Participate in conference call regarding claims issues. | | |
| | R.T. CARLISLE | 1.10 hrs.    250.00/hr | $275.00 |
| 10/15/03 | Telephone conference with other PRP counsel regarding issues on proposed settlement. | | |
| | J.M. MELCHERS | 0.40 hrs.    250.00/hr | $100.00 |
| 10/17/03 | Review package of documents from Mr. Englert regarding case and government's notice of proposed consent judgment. | | |
| | J.M. MELCHERS | 1.60 hrs.    250.00/hr | $400.00 |
| 10/17/03 | Conference with Attorney Carlisle regarding summary of PRP conference call issues and prepare memo to her regarding same. | | |
| | J.M. MELCHERS | 0.20 hrs.    250.00/hr | $50.00 |
| 10/17/03 | Analyze EPA FR notice of proposed settlement (0.4); review memo from Mr. Englert regarding documents available and prepare memo regarding same (0.2). | | |
| | J.M. MELCHERS | 0.60 hrs.    250.00/hr | $150.00 |
| 10/17/03 | Confer with individuals familiar with litigation pertinent to claims issues. | | |
| | R.T. CARLISLE | 0.20 hrs.    250.00/hr | $50.00 |
| 10/17/03 | Review and categorize incoming correspondence, pleadings, and attorney's notes (0.9); chronologize and create subfiles for same for Attorney Melchers' review (0.6). | | |
| | E. FLEMMING | 1.50 hrs.    60.00/hr | $90.00 |
| 10/20/03 | Review memo from Mr. Fein regarding Verizon participation. | | |
| | J.M. MELCHERS | 0.10 hrs.    250.00/hr | $25.00 |
| 10/21/03 | Review draft memo from Attorney Carlisle regarding settlement (0.2); review documents for discussion with Mr. Doyle (0.5). | | |
| | J.M. MELCHERS | 0.70 hrs.    250.00/hr | $175.00 |
| 10/21/03 | Draft memorandum regarding conferences relating to claims issues. | | |
| | R.T. CARLISLE | 0.70 hrs.    250.00/hr | $175.00 |
| 10/24/03 | Review and edit memo regarding claims issues and developments and recommendations (0.6); evaluate additional issues to address (0.3). | | |
| | J.M. MELCHERS | 0.90 hrs.    250.00/hr | $225.00 |
| 10/24/03 | Review documents for claims issues and issues regarding proposed settlement. | | |
| | J.M. MELCHERS | 0.70 hrs.    250.00/hr | $175.00 |
| 10/24/03 | Confer with Attorney Melchers regarding claims issues and communications with client regarding same. | | |
| | R.T. CARLISLE | 0.30 hrs.    250.00/hr | $75.00 |
| 10/27/03 | Review documents and revise updated memorandum regarding claims analysis (0.7); prepare memo to Attorney Carlisle regarding changes (0.1). | | |
| | J.M. MELCHERS | 0.80 hrs.    250.00/hr | $200.00 |
| 10/27/03 | Revise electronic mail memorandum to Ms. Duff regarding claims issues and transmit same. | | |
| | R.T. CARLISLE | 0.20 hrs.    250.00/hr | $50.00 |

| 10/29/03 | Review article from Ms. Duff (0.2); review memo from Attorney Carlisle and carry out follow-up research on Glen Cove notice (0.2). | | | |
| | J.M. MELCHERS | 0.40 hrs. | 250.00/hr | $100.00 |
| 10/30/03 | Review and analyze impacts from recent case impacting on case analysis and prepare memo to Attorney Carlisle regarding same. | | | |
| | J.M. MELCHERS | 0.60 hrs. | 250.00/hr | $150.00 |
| 10/31/03 | Review information from Mr. Als regarding inquiries on format of response to FOIA request and determine response to same (0.6); prepare for conference call with Mr. Doyle (0.7). | | | |
| | J.M. MELCHERS | 1.30 hrs. | 250.00/hr | $325.00 |

**Fees for Legal Services** ................................................................................................ **$5,590.00**

## BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| J.M. MELCHERS | 16.50 | 250.00 | 4,125.00 |
| R.T. CARLISLE | 5.50 | 250.00 | 1,375.00 |
| E. FLEMMING | 1.50 | 60.00 | 90.00 |
| TOTAL | 23.50 | $237.87 | $5,590.00 |

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 10/01/2003 | Telephone 1-412-355-8331 | 0.30 |
| 10/02/2003 | Telephone 1-410-531-4210 | 0.05 |
| 10/08/2003 | Fed Ex | 27.04 |
| 10/08/2003 | Photocopies 4 Page(s) | 0.20 |
| 10/08/2003 | Photocopies 6 Page(s) | 0.30 |
| 10/14/2003 | Telephone 1-203-373-3512 | 0.80 |
| 10/17/2003 | Photocopies 72 Page(s) | 3.60 |
| 10/23/2003 | Photocopies 186 Page(s) | 9.30 |
| 10/29/2003 | Photocopies 4 Page(s) | 0.20 |
| 10/30/2003 | VENDOR: Joseph M. Melchers; INVOICE#: 102903D; DATE: 10/30/2003 - Travel reimbursement for interview | 101.92 |

**Total Charges for Other Services Provided/Expenses Incurred** ................................... **$143.71**

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Photocopies | 13.60 |
| Fed Ex | 27.04 |
| Telephone | 1.15 |
| Travel | 101.92 |
| TOTAL | $143.71 |

**Net current billing for this invoice** ........................................................................... **$5,733.71**

**GRAND TOTAL**........................................................................................................... **$5,733.71**

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-1070
TELEPHONE (803) 799-2000

For Services Through 10/31/03

Our Matter # 02399/06031
LI Tungsten

| | | |
|---|---|---|
| Fees for Professional Services | $5,590.00 | |
| Charges for Other Services Provided/Expenses Incurred | 143.71 | |
| **Net current billing for this Invoice** ............................................................... | | **$5,733.71** |

**GRAND TOTAL**................................................................................................... **$5,733.71**

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC