**EXHIBIT E**

# NELSON MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.

NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
ATTORNEYS AND COUNSELORS AT LAW
TAX ID No. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

November 19, 2003
Invoice 592233  Page 1

Our Matter #        02399/06032                         For Services Through 10/31/03
WR Grace #          063-KL-721490-01-0501221
Name of Matter:     Charleston

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 10/14/03 | Review and categorize incoming correspondence, pleadings, remedial design documents, and attorney's notes (1.2); chronologize and create subfiles for same for Attorney Hawkins' review (0.6).<br>E. FLEMMING | 1.80 hrs. | 60.00/hr | $108.00 |
| 10/24/03 | Review correspondence from Mr. Bucens to DHEC addressing Remedial Action Access.<br>B.F. HAWKINS, JR. | 0.20 hrs. | 280.00/hr | $56.00 |

**Fees for Legal Services** ............................................................................... **$164.00**

## BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.F. HAWKINS, JR. | 0.20 | 280.00 | 56.00 |
| E. FLEMMING | 1.80 | 60.00 | 108.00 |
| TOTAL | 2.00 | $82.00 | $164.00 |

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

10/30/2003    Photocopies 88 Page(s)                                                        4.40
Total Charges for Other Services Provided/Expenses Incurred .....................    $4.40

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Photocopies | 4.40 |
| TOTAL | $4.40 |

Net current billing for this invoice ............................................................... **$168.40**

**GRAND TOTAL**............................................................................................ **$ 168.40**

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-1070
TELEPHONE (803) 799-2000

For Services Through 10/31/03

Our Matter # 02399/06032
Charleston

| | |
|---|---|
| Fees for Professional Services | $164.00 |
| Charges for Other Services Provided/Expenses Incurred | 4.40 |
| **Net current billing for this invoice** | **$168.40** |

**GRAND TOTAL** ........ **$168.40**

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC