## **EXHIBIT F**



# NELSON MULLINS

NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
ATTORNEYS AND COUNSELORS AT LAW
TAX ID NO. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

October 31, 2003
Invoice 592225 Page 1

Our Matter #     02399/06091                         For Services Through 10/31/03
Name of Matter:  Fee Applications

| Date | Description | | | |
|---|---|---|---|---|
| 10/02/03 | Review memo from Attorney Burn regarding status of several Fee Application filings and prepare follow-up request concerning same.<br>J.M. MELCHERS | 0.20 hrs. | 250.00/hr | $50.00 |
| 10/02/03 | Review Pacer for entry of Certificates of No Objection on March, April, May, June, July and Eighth Quarterly Fee Application and update attorneys on filing for same.<br>B.J. BURN | 0.50 hrs. | 190.00/hr | $95.00 |
| 10/02/03 | Update status from memo from Attorney Burn regarding recent filings.<br>L.J. JENNINGS | 0.10 hrs. | 115.00/hr | $11.50 |
| 10/03/03 | Respond to in-house questions regarding payment on fee applications upon approval by court.<br>B.J. BURN | 0.10 hrs. | 190.00/hr | $19.00 |
| 10/09/03 | Review Fee Application allocation memos.<br>J.M. MELCHERS | 0.20 hrs. | 250.00/hr | $50.00 |
| 10/10/03 | Review Fee Application attachments for August and memo from Attorney Burn regarding status of same (0.6); determine status of filing and prepare response (0.2).<br>J.M. MELCHERS | 0.80 hrs. | 250.00/hr | $200.00 |
| 10/10/03 | Review Pacer for update on all pending fee applications and check for filings (0.2); draft chart to track status of fee applications and follow up with firm attorneys on status of August and September Fee Applications (0.1).<br>B.J. BURN | 0.30 hrs. | 190.00/hr | $57.00 |
| 10/10/03 | Begin work on Fee Application for August 2003 bills and discuss same with Attorney Melchers.<br>L.J. JENNINGS | 0.70 hrs. | 115.00/hr | $80.50 |
| 10/13/03 | Prepare draft of August 2003 Fee Application for Attorney Melchers' review.<br>L.J. JENNINGS | 0.50 hrs. | 115.00/hr | $57.50 |

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/14/03 | Review and categorize incoming correspondence, billing, and fee applications (0.9); chronologize and create subfiles for Fee Applications for Attorney Melchers (0.7). | E. FLEMMING | 1.60 hrs. | 60.00/hr | $96.00 |
| 10/16/03 | Continue work on August 2003 Fee Application. | L.J. JENNINGS | 0.80 hrs. | 115.00/hr | $92.00 |
| 10/20/03 | Prepare edits to Fee Application attachments for privilege considerations. | J.M. MELCHERS | 0.40 hrs. | 250.00/hr | $100.00 |
| 10/21/03 | Check status on several Fee Application filings. | J.M. MELCHERS | 0.20 hrs. | 250.00/hr | $50.00 |
| 10/22/03 | PACER review for recent filings, especially CONO's (0.3); collate CONO's and prepare for Attorney Melchers' review (0.2). | L.J. JENNINGS | 0.50 hrs. | 115.00/hr | $57.50 |
| 10/23/03 | Complete first draft of August 2003 Fee Application for review and edits by Attorney Melchers (1.4); PACER research for additional dates, etc., to update Fee Application status chart for filings and approval for payments (1.0). | L.J. JENNINGS | 2.40 hrs. | 115.00/hr | $276.00 |
| 10/28/03 | Review series of memos regarding August Fee Application (0.2); review and edit draft August Fee Application (0.7). | J.M. MELCHERS | 0.90 hrs. | 250.00/hr | $225.00 |
| 10/28/03 | Follow up on status of August and September Fee Applications. | B.J. BURN | 0.10 hrs. | 190.00/hr | $19.00 |
| 10/28/03 | Correspond with Attorney Melchers and Attorney Burn regarding status of August Fee Application. | L.J. JENNINGS | 0.20 hrs. | 115.00/hr | $23.00 |
| 10/29/03 | Review edited copy of August Fee Application and make recommended changes per Attorney Melchers and return for his follow-up review. | L.J. JENNINGS | 2.10 hrs. | 115.00/hr | $241.50 |
| 10/29/03 | Review and edit revised draft August Fee Application. | J.M. MELCHERS | 0.20 hrs. | 250.00/hr | $50.00 |
| 10/30/03 | Review memo from Attorney Burn regarding CONO's and filing issues (0.1); review documents and respond (0.2). | J.M. MELCHERS | 0.30 hrs. | 250.00/hr | $75.00 |
| 10/30/03 | Edit and review August 2003 Fee Application and review chart to update approval of prior fee applications. | B.J. BURN | 0.40 hrs. | 190.00/hr | $76.00 |

**Fees for Legal Services** ........................................................................................... **$2,001.50**

<tt><tt><tt><tt><tt><tt><tt><tt>Running header</tt></tt></tt></tt></tt></tt></tt></tt>

## BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| J.M. MELCHERS | 3.20 | 250.00 | 800.00 |
| B.J. BURN | 1.40 | 190.00 | 266.00 |
| L.J. JENNINGS | 7.30 | 115.00 | 839.50 |
| E. FLEMMING | 1.60 | 60.00 | 96.00 |
| TOTAL | 13.50 | 148.26 | 2,001.50 |

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 10/02/2003 | Photocopies 24 Page(s) | 1.20 |
| 10/02/2003 | Telephone 1-302-652-4100 | 0.15 |
| 10/03/2003 | Photocopies 25 Page(s) | 1.25 |
| 10/03/2003 | Photocopies 1 Page(s) | 0.05 |
| 10/29/2003 | Photocopies 25 Page(s) | 1.25 |
| 10/29/2003 | Photocopies 1 Page(s) | 0.05 |
| 10/29/2003 | Photocopies 8 Page(s) | 0.40 |
| 10/30/2003 | Photocopies 12 Page(s) | 0.60 |
| **Total Charges for Other Services Provided/Expenses Incurred** | | **$4.95** |

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Photocopies | 4.80 |
| Telephone | 0.15 |
| TOTAL | $4.95 |

Net current billing for this invoice ................................................................. $2,006.45

**GRAND TOTAL** ................................................................. **$2,006.45**

## **REMITTANCE COPY**

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-1070
TELEPHONE (803) 799-2000

For Services Through 10/31/03

Our Matter # 02399/06091
Fee Applications

| | |
|---|---:|
| Fees for Professional Services | $2,001.50 |
| Charges for Other Services Provided/Expenses Incurred | $4.95 |
| **Net current billing for this invoice** | **$2,006.45** |
| **GRAND TOTAL** | **$2,006.45** |

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139(JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

## VERIFICATION

Bernard F. Hawkins, Jr., after being duly sworn according to law, deposes and says as follows:

1. I am a partner with the applicant firm, Nelson Mullins Riley & Scarborough, L.L.P and I am a member in good standing of the bar of the State of South Carolina.

2. I have personally performed certain of, and overseen the legal services rendered by Nelson Mullins Riley & Scarborough, LLP as special litigation and environmental

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

counsel to the Debtors and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

3. The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

_Bernard F. Hawkins, Jr._ (signature)
Bernard F. Hawkins, Jr.

SWORN to and subscribed before me
this 2 day of March, 2004

_Laurie A. Fenning_ (L.S.)
Notary Public for South Carolina

My Commission Expires: My Commission Expires July 8, 2012