## **EXHIBIT A**



# NELSON
Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
ATTORNEYS AND COUNSELORS AT LAW
TAX ID No. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

January 9, 2004
Invoice 601422  Page  1

| | | |
|---|---|---|
| Our Matter # | 02399/06003 | For Services Through 11/30/03 |
| WR Grace # | 063-KL-721490-01-501270 | |
| Name of Matter: | Beaco Road Site | |

| | | | | |
|---|---|---|---|---|
| 11/11/03 | Review memo and attached notice from Mr. English regarding Technical Committee report and PRP conference call (0.1); review memo from Mr. Patel regarding same (0.1). | | | |
| | J.M. MELCHERS | 0.20 hrs. | 250.00/hr | $50.00 |
| 11/20/03 | Prepare for and participate in PRP group conference call regarding progress at Beaco Road site and prepare notes on same. | | | |
| | J.M. MELCHERS | 1.00 hrs. | 250.00/hr | $250.00 |
| 11/24/03 | Receive and provide information for Attorney Melchers on site status. | | | |
| | K. LUCAS | 0.20 hrs. | 65.00/hr | $13.00 |

**Fees for Legal Services** ........................................................................................... **$313.00**

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| J.M. MELCHERS | 1.20 | 250.00 | 300.00 |
| K. LUCAS | 0.20 | 65.00 | 13.00 |
| TOTAL | 1.40 | $223.57 | $313.00 |

**Net current billing for this invoice** ........................................................................ **$313.00**

**GRAND TOTAL**............................................................................................................ **$313.00**

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA  29211-1070
TELEPHONE (803) 799-2000

For Services Through 11/30/03

Our Matter # 02399/06003
Beaco Road Site

| | | |
|---|---|---|
| Fees for Professional Services | $313.00 | |
| Charges for Other Services Provided/Expenses Incurred | 0.00 | |
| Net current billing for this invoice ..................................................................... | | $313.00 |
| | | |
| GRAND TOTAL........................................................................................................... | | $313.00 |

## WIRING INSTRUCTIONS

**Account Name:**  Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:**  053200666
**Account #:**  04032 24077 01
**Bank:**  National Bank of South Carolina (NBSC), Sumter, SC