**EXHIBIT B**



# NELSON
### Nelson Mullins Riley & Scarborough, L.L.P.
# MULLINS

NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
ATTORNEYS AND COUNSELORS AT LAW
TAX ID No. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.  
ATTN: Robert A. Emmett, Esq.  
Senior Environmental Counsel  
7500 Grace Drive  
Columbia, MD 21044

December 24, 2003  
Invoice 597926  Page 1

Our Matter #     02399/06011                       For Services Through 11/30/03  
WR Grace #       001-KL-721200-00-400107  
Name of Matter:  Enoree Site Management

| Date | Description | | | |
|---|---|---|---|---|
| 11/24/03 | Receive and review various correspondence and update information to assist Attorney Hawkins.<br>K. LUCAS | 0.40 hrs. | 65.00/hr | $26.00 |
| 11/25/03 | Review testing data with Mr. O'Connell in light of request on emissions data and request that information be pulled for review.<br>B.F. HAWKINS, JR. | 0.40 hrs. | 280.00/hr | $112.00 |
| 11/25/03 | Provide information on 2000 testing report to Attorney Hawkins' and review same with Attorneys Hawkins and Carlisle.<br>L.J. JENNINGS | 0.80 hrs. | 115.00/hr | $92.00 |
| 11/26/03 | Review information concerning stack testing in 2000 and review issues with Attorney Carlisle for communication to Mr. O'Connell.<br>B.F. HAWKINS, JR. | 0.40 hrs. | 280.00/hr | $112.00 |
| 11/26/03 | Review test report (0.4); confer with Attorney Hawkins regarding same (0.1); detailed voice mail message to Mr. O'Connell regarding data from report (0.1).<br>R.T. CARLISLE | 0.60 hrs. | 250.00/hr | $150.00 |
| 11/26/03 | Continue locating information on data and review and discuss same with Attorney Carlisle.<br>L.J. JENNINGS | 0.40 hrs. | 115.00/hr | $46.00 |

**Fees for Legal Services** ............................................................................................... **$538.00**

## BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.F. HAWKINS, JR. | 0.80 | 280.00 | 224.00 |
| R.T. CARLISLE | 0.60 | 250.00 | 150.00 |
| L.J. JENNINGS | 1.20 | 115.00 | 138.00 |
| K. LUCAS | 0.40 | 65.00 | 26.00 |
| TOTAL | 3.00 | $179.33 | $538.00 |

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| 11/12/2003 | VENDOR: Kane Office Technologies, Inc.; INVOICE#: 103103; DATE: 11/12/2003 | 25.20 |
|---|---|---|
| 11/26/2003 | Telephone 1-617-498-4594 | 0.15 |

**Total Charges for Other Services Provided/Expenses Incurred** ......... **$25.35**

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| CopyOut | 25.20 |
| Telephone | 0.15 |
| TOTAL | $25.35 |

**Net current billing for this invoice** ......... **$563.35**

**GRAND TOTAL** ......... **$563.35**

## **REMITTANCE COPY**

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-1070
TELEPHONE (803) 799-2000

For Services Through 11/30/03

Our Matter # 02399/06011
Enoree Site Management

| | |
|---|---|
| Fees for Professional Services | $538.00 |
| Charges for Other Services Provided/Expenses Incurred | 25.35 |
| **Net current billing for this Invoice** | **$563.35** |
| **GRAND TOTAL** | **$563.35** |

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC