# EXHIBIT C



# NELSON
### Nelson Mullins Riley & Scarborough, L.L.P.
# MULLINS

### NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
ATTORNEYS AND COUNSELORS AT LAW
TAX ID NO. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

December 24, 2003
Invoice 597927 Page 1

Our Matter #          02399/06031                    For Services Through 11/30/03
WR Grace #           001-KL-721490-01-501560
Name of Matter:      LI Tungsten

| Date | Description | Timekeeper | Hours | Rate | Amount |
|------|-------------|-----------|-------|------|--------|
| 11/05/03 | Review of agency documents (0.9); prepare for and telephone conference with Mr. Doyle and prepare memo regarding same (1.1); review and annotate draft slides from Ms. Duff (0.6); prepare comments on same and message to her (0.5). | J.M. MELCHERS | 3.10 hrs. | 250.00/hr | $775.00 |
| 11/05/03 | Review of agency documents from Messrs. Doyle and Als. | J.M. MELCHERS | 0.70 hrs. | 250.00/hr | $175.00 |
| 11/06/03 | Per Attorney Melchers' request, review faxed lists received from Mr. Als in order to compare lists against file materials (1.3); discuss same with Attorney Carlisle (0.2); summarize document status for Attorney Melchers (0.1). | L.J. JENNINGS | 1.60 hrs. | 115.00/hr | $184.00 |
| 11/06/03 | Review memo from Paralegal Jennings regarding site documents (0.1); review site documents (0.4). | J.M. MELCHERS | 0.50 hrs. | 250.00/hr | $125.00 |
| 11/07/03 | Review documents and prepare summary for discussion with Ms. Duff. | J.M. MELCHERS | 1.20 hrs. | 250.00/hr | $300.00 |
| 11/11/03 | Review memos from PRP group counsel regarding extension of time for comment period (0.1); prepare memo to Ms. Duff regarding extension and review and reply to response from her (0.3); telephone conference with her regarding communications with EPA and DOJ (0.3). | J.M. MELCHERS | 0.70 hrs. | 250.00/hr | $175.00 |
| 11/11/03 | Prepare memo to PRP counsel (0.1); prepare memo regarding issues to discuss and review with Ms. Duff (0.7). | J.M. MELCHERS | 0.80 hrs. | 250.00/hr | $200.00 |
| 11/12/03 | Review documentation regarding claims analysis (0.7); prepare for (0.5) and telephone conference with Ms. Duff and Attorney Carlisle regarding agency communications and proposed consent decree (0.6); telephone conference with Ms. Duff regarding presentation materials (0.2). | J.M. MELCHERS | 2.00 hrs. | 250.00/hr | $500.00 |

| 11/24/03 | Review series of memos and correspondence from PRP regarding proposed consent decree and respond (0.7); prepare memo to Attorney Carlisle regarding correspondence (0.1). | | | |
| | J.M. MELCHERS | 0.80 hrs. | 250.00/hr | $200.00 |
| 11/24/03 | Review outline of arguments from PRP. | | | |
| | J.M. MELCHERS | 0.30 hrs. | 250.00/hr | $75.00 |
| 11/24/03 | Review updates to information on request for comment on proposed settlement between EPA and federal agencies. | | | |
| | R.T. CARLISLE | 0.30 hrs. | 250.00/hr | $75.00 |
| 11/24/03 | Receive and review various correspondence to client then update information to help assist Attorney Melchers. | | | |
| | K. LUCAS | 0.50 hrs. | 65.00/hr | $32.50 |
| 11/25/03 | Review and analyze PRP's proposed submission and research on same. | | | |
| | J.M. MELCHERS | 2.90 hrs. | 250.00/hr | $725.00 |

**Fees for Legal Services** .......................................................................................................... **$3,541.50**

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| J.M. MELCHERS | 13.00 | 250.00 | 3,250.00 |
| R.T. CARLISLE | 0.30 | 250.00 | 75.00 |
| L.J. JENNINGS | 1.60 | 115.00 | 184.00 |
| K. LUCAS | 0.50 | 65.00 | 32.50 |
| TOTAL | 15.40 | $229.97 | $3,541.50 |

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| 11/05/2003 | Photocopies 13 Page(s) | 0.65 |
|---|---|---|
| 11/05/2003 | Photocopies 3 Page(s) | 0.15 |
| 11/05/2003 | Telephone 1-212-637-3165 | 1.55 |
| 11/05/2003 | Telephone 1-410-531-4210 | 0.05 |
| 11/06/2003 | VENDOR: PACER Service Center; INVOICE#: 100803; DATE: 11/6/2003 | 1.89 |
| 11/06/2003 | VENDOR: PACER Service Center; INVOICE#: 100803; DATE: 11/6/2003 | 49.21 |
| 11/12/2003 | Telephone 1-212-637-4272 | 0.10 |
| 11/17/2003 | Photocopies 36 Page(s) | 1.80 |

**Total Charges for Other Services Provided/Expenses Incurred** ...................................... **$55.40**

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Photocopies | 2.60 |
| Outside Services | 51.10 |
| Telephone | 1.70 |
| TOTAL | $55.40 |

**Net current billing for this invoice** ........................................................................ **$3,596.90**

**GRAND TOTAL**.................................................................................................................. **$3,596.90**

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-1070
TELEPHONE (803) 799-2000

For Services Through 11/30/03

Our Matter # 02399/06031
Li Tungsten

| | |
|---|---|
| Fees for Professional Services | $3,541.50 |
| Charges for Other Services Provided/Expenses Incurred | 55.40 |
| Net current billing for this invoice ................................................................. | **$3,596.90** |

| | |
|---|---|
| **GRAND TOTAL**........................................................................................................ | **$3,596.90** |

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC