**EXHIBIT D**



# NELSON MULLINS

### NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
ATTORNEYS AND COUNSELORS AT LAW
TAX ID No. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.  
ATTN: Lydia Duff, Esq.  
Senior Environmental Counsel  
7500 Grace Drive  
Columbia, MD 21044  

December 24, 2003  
Invoice 597928  Page 1

| | | |
|---|---|---|
| Our Matter # | 02399/06091 | For Services Through 11/30/03 |
| Name of Matter: | Fee Applications | |

| Date | Description | | | |
|---|---|---|---|---|
| 11/11/03 | Review memo from Mr. Bossay regarding 9th Quarterly filing (0.1); review memo from Attorney Burn regarding report and memo from Paralegal Jennings in response (0.2). | | | |
| | J.M. MELCHERS | 0.30 hrs. | 250.00/hr | $75.00 |
| 11/11/03 | Follow up with paralegal on fee spreadsheets requested by auditor. | | | |
| | B.J. BURN | 0.10 hrs. | 190.00/hr | $19.00 |
| 11/11/03 | Correspond with Attorney Burn and Mr. Bossay regarding Project Category Summary Report, then review same for revisions (0.3); expand tracking chart for bankruptcy filings with 3 new categories (0.2); begin review of docket to obtain docket/document numbers in order to continue update of chart (1.3). | | | |
| | L.J. JENNINGS | 1.80 hrs. | 115.00/hr | $207.00 |
| 11/12/03 | Review memo with 9th Quarterly Period Project Category Summary Report and follow-up. | | | |
| | J.M. MELCHERS | 0.30 hrs. | 250.00/hr | $75.00 |
| 11/12/03 | Continue review of PACER for entries to include with filings tracking chart. | | | |
| | L.J. JENNINGS | 0.80 hrs. | 115.00/hr | $92.00 |
| 11/12/03 | Update Project Category Summary Report and forward to Mr. Bossay, per request of Attorney Burn. | | | |
| | L.J. JENNINGS | 0.40 hrs. | 115.00/hr | $46.00 |
| 11/19/03 | Review incoming memo and attached draft 9th Interim Project Category Spreadsheet from Mr. Bossay (0.5); review memos from Paralegal Jennings regarding same (0.1). | | | |
| | J.M. MELCHERS | 0.60 hrs. | 250.00/hr | $150.00 |
| 11/20/03 | Review memo from Mr. Bossay regarding rate verification request from Judge Fitzgerald (0.1); verify information on same and prepare memo in response (0.4); review file materials and prepare outline of Fee Application chart for tracking filings and status (0.7). | | | |
| | J.M. MELCHERS | 1.20 hrs. | 250.00/hr | $300.00 |
| 11/20/03 | File review and on-line research to continue update of tracking chart for filings and monies due for Attorney Melchers' review. | | | |
| | L.J. JENNINGS | 0.70 hrs. | 115.00/hr | $80.50 |

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/21/03 | Receive and review correspondence from Attorney Burn regarding project summary report updated through 9th quarterly to provide information to Attorney Melchers. | L.J. JENNINGS | 0.10 hrs. | 115.00/hr | $11.50 |
| 11/24/03 | Review draft 9th Quarterly Fee Application Spreadsheet and prepare memo to auditor Mr. Bossay. | J.M. MELCHERS | 0.60 hrs. | 250.00/hr | $150.00 |
| 11/24/03 | Meet with Attorney Melchers regarding 9th Quarterly Project Summary Chart, in order to respond to Mr. Bossay by requested deadline. | L.J. JENNINGS | 0.30 hrs. | 115.00/hr | $34.50 |
| 11/24/03 | Assist Paralegal Jennings in organizing fee applications for 2003, then update index regarding same for attorneys' use in preparing future applications. | K. LUCAS | 2.20 hrs. | 65.00/hr | $143.00 |
| 11/25/03 | Review memo from Mr. Bossay regarding 9th Interim Spreadsheet and Final Report amounts and assignment to Paralegal Jennings. | J.M. MELCHERS | 0.20 hrs. | 250.00/hr | $50.00 |
| 11/25/03 | Follow up with paralegal on status of outstanding fee applications for August and September. | B.J. BURN | 0.10 hrs. | 190.00/hr | $19.00 |

**Fees for Legal Services** .................................................................................................. **$1,452.50**

## BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| J.M. MELCHERS | 3.20 | 250.00 | 800.00 |
| B.J. BURN | 0.20 | 190.00 | 38.00 |
| L.J. JENNINGS | 4.10 | 115.00 | 471.50 |
| K. LUCAS | 2.20 | 65.00 | 143.00 |
| TOTAL | 9.70 | 149.74 | 1,452.50 |

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| Date | Description | Amount |
|---|---|---|
| 11/06/2003 | VENDOR: PACER Service Center; INVOICE#: 100803; DATE: 11/6/2003 | 3.15 |
| 11/06/2003 | VENDOR: PACER Service Center; INVOICE#: 100803; DATE: 11/6/2003 | 34.86 |
| 11/24/2003 | Telephone 1-561-362-1506 | 0.05 |
| 11/24/2003 | Telephone 1-214-698-3868 | 0.05 |
| 11/25/2003 | Telephone 1-561-362-1506 | 0.05 |
| 11/26/2003 | Photocopies 2 Page(s) | 0.10 |

**Total Charges for Other Services Provided/Expenses Incurred** ........................... **$38.26**

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Photocopies | 0.10 |
| Outside Services | 38.01 |
| Telephone | 0.15 |
| TOTAL | $38.26 |

**Net current billing for this invoice** .................................................................... **$1,490.76**

**GRAND TOTAL**............................................................................................................ **$1,490.76**

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-1070
TELEPHONE (803) 799-2000

For Services Through 11/30/03

Our Matter # 02399/06091
Fee Applications

| | |
|---|---:|
| Fees for Professional Services | $1,452.50 |
| Charges for Other Services Provided/Expenses Incurred | $38.26 |
| **Net current billing for this invoice** | **$1,490.76** |
| **GRAND TOTAL** | **$1,490.76** |

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139(JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

## VERIFICATION

Bernard F. Hawkins, Jr., after being duly sworn according to law, deposes and says as follows:

1. I am a partner with the applicant firm, Nelson Mullins Riley & Scarborough, L.L.P and I am a member in good standing of the bar of the State of South Carolina.

2. I have personally performed certain of, and overseen the legal services rendered by Nelson Mullins Riley & Scarborough, LLP as special litigation and environmental

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

counsel to the Debtors and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

3. The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

_____
Bernard F. Hawkins, Jr.

SWORN to and subscribed before me

this 2 day of March, 2004

_____(L.S.)
Notary Public for South Carolina

My Commission Expires: My Commission Expires July 8, 2012