# EXHIBIT A

# NELSON MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.

NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
ATTORNEYS AND COUNSELORS AT LAW
TAX ID No. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.  
ATTN: Lydia Duff, Esq.  
Senior Environmental Counsel  
7500 Grace Drive  
Columbia, MD 21044  

January 16, 2004  
Invoice 602818 Page 1

Our Matter #        02399/06003                     For Services Through 12/31/03
WR Grace #          063-KL-721490-01-501270
Name of Matter:     Beaco Road Site

| | | | |
|---|---|---|---|
| 12/15/03 | Review notice regarding PRP group conference call.<br>J.M. MELCHERS | 0.10 hrs.   250.00/hr | $25.00 |
| 12/18/03 | Prepare for and participate in PRP conference call and prepare notes on same.<br>J.M. MELCHERS | 1.20 hrs.   250.00/hr | $300.00 |

Fees for Legal Services ............................................................................................ $325.00

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| J.M. MELCHERS | 1.30 | 250.00 | 325.00 |
| TOTAL | 1.30 | $250.00 | $325.00 |

Net current billing for this invoice ......................................................................... $325.00

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-1070
TELEPHONE (803) 799-2000

For Services Through 12/31/03

Our Matter # 02399/06003
Beaco Road Site

| | |
|---|---|
| Fees for Professional Services | $325.00 |
| Charges for Other Services Provided/Expenses Incurred | 0.00 |
| **Net current billing for this invoice** | **$325.00** |

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC