## EXHIBIT B

# NELSON
### Nelson Mullins Riley & Scarborough, L.L.P.
# MULLINS

NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
ATTORNEYS AND COUNSELORS AT LAW
TAX ID No. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.  
ATTN: Robert A. Emmett, Esq.  
Senior Environmental Counsel  
7500 Grace Drive  
Columbia, MD 21044

January 22, 2004  
Invoice 604427  Page 1

Our Matter #     02399/06011     For Services Through 12/31/03  
WR Grace #     001-KL-721200-00-400107  
Name of Matter:     Enoree Site Management

12/01/03    Review information related to prior stack test results (1.4); review information with Mr. O'Connell (0.5); review information provided in Title V process (0.7); follow-up with Mr. O'Connell (0.2).  
          B.F. HAWKINS, JR.      2.80 hrs.    280.00/hr      $784.00

12/02/03    Locate and provide information on stack test and Title V for review by Attorney Hawkins.  
          K. LUCAS      1.00 hrs.    65.00/hr      $65.00

**Fees for Legal Services** .................................................................................. **$849.00**

### BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.F. HAWKINS, JR. | 2.80 | 280.00 | 784.00 |
| K. LUCAS | 1.00 | 65.00 | 65.00 |
| TOTAL | 3.80 | $223.42 | $849.00 |

**Net current billing for this invoice** .................................................................. **$849.00**

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-1070
TELEPHONE (803) 799-2000

For Services Through 12/31/03

Our Matter # 02399/06011
Enoree Site Management

| | |
|---|---|
| Fees for Professional Services | $849.00 |
| Charges for Other Services Provided/Expenses Incurred | 0.00 |
| **Net current billing for this invoice** ................................................................. | **$849.00** |

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC