**EXHIBIT C**

# NELSON

Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
ATTORNEYS AND COUNSELORS AT LAW
TAX ID NO. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

February 2, 2004
Invoice 604772  Page  1

| | |
|---|---|
| Our Matter # | 02399/06031 |
| WR Grace # | 001-KL-721490-01-501560 |
| Name of Matter: | Li Tungsten |

For Services Through 12/31/03

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 12/03/03 | Review memos from Ms. Duff regarding various open issues (0.2); prepare responses regarding comments and documents (0.4).<br>J.M. MELCHERS | 0.60 hrs. | 250.00/hr | $150.00 |
| 12/04/03 | Review article from Ms. Duff and prepare response regarding same.<br>J.M. MELCHERS | 0.30 hrs. | 250.00/hr | $75.00 |
| 12/04/03 | Review article forwarded by Ms. Duff regarding site.<br>R.T. CARLISLE | 0.10 hrs. | 250.00/hr | $25.00 |
| 12/05/03 | Review memo from other PRP counsel regarding comments on proposed settlement.<br>J.M. MELCHERS | 0.10 hrs. | 250.00/hr | $25.00 |
| 12/15/03 | Prepare memo to Ms. Duff regarding budget request and review memo from her regarding same.<br>J.M. MELCHERS | 0.20 hrs. | 250.00/hr | $50.00 |
| 12/18/03 | Prepare preliminary analysis in response to Ms. Duff's budget request and leave message for her regarding same.<br>J.M. MELCHERS | 0.60 hrs. | 250.00/hr | $150.00 |
| 12/22/03 | Initial review of incoming documents from Mr. Doyle and preparation of analysis memo to Ms. Duff.<br>J.M. MELCHERS | 4.20 hrs. | 250.00/hr | $1,050.00 |
| 12/23/03 | Telephone conference with Ms. Duff regarding documents, budget and meeting (0.2); telephone conference with Attorney Carlisle regarding meeting and memos to Ms. Duff regarding documents and meeting (0.2); assignment to Paralegal Jennings regarding analysis of documents (0.2).<br>J.M. MELCHERS | 0.60 hrs. | 250.00/hr | $150.00 |
| 12/23/03 | Confer with Attorney Melchers regarding new documents received from Mr. Doyle at EPA and how to index same.<br>L.J. JENNINGS | 0.20 hrs. | 115.00/hr | $23.00 |

| | | | |
|---|---|---|---|
| 12/26/03 | Brief review of documents provided by Mr. Doyle (EPA attorney) (0.9); compare selected documents with file documents (0.2); electronic mail memorandum to Attorney Melchers regarding same (0.1). | | |
| | R.T. CARLISLE | 1.20 hrs.  250.00/hr | $300.00 |
| 12/29/03 | Per Attorney Melchers' instructions, begin indexing and organizing documents recently received from Mr. Jim Doyle (0.5); summarize first set of documents, bates range 36979-36982 (0.3). | | |
| | L.J. JENNINGS | 0.80 hrs.  115.00/hr | $92.00 |
| 12/30/03 | Continue review and summary of documents recently received from Mr. Doyle (0.3); create chart reflecting information (0.2). | | |
| | L.J. JENNINGS | 0.50 hrs.  115.00/hr | $57.50 |

**Fees for Legal Services** ........................................................................................................ **$2,147.50**

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| J.M. MELCHERS | 6.60 | 250.00 | 1,650.00 |
| R.T. CARLISLE | 1.30 | 250.00 | 325.00 |
| L.J. JENNINGS | 1.50 | 115.00 | 172.50 |
| TOTAL | 9.40 | $228.46 | $2,147.50 |

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 12/18/2003 | Telephone 1-410-531-4210 | 0.05 |
| 12/22/2003 | Photocopies 4 Page(s) | 0.20 |
| 12/23/2003 | Telephone 1-410-531-4210 | 0.05 |
| 12/24/2003 | Photocopies 2 Page(s) | 0.10 |
| 12/24/2003 | Postage | 0.83 |
| **Total Charges for Other Services Provided/Expenses Incurred** ................................... | | **$1.23** |

### DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Photocopies | 0.30 |
| Postage | 0.83 |
| Telephone | 0.10 |
| TOTAL | $1.23 |

**Net current billing for this invoice** ........................................................................ **$2,148.73**

**REMITTANCE COPY**

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-1070
TELEPHONE (803) 799-2000

For Services Through 12/31/03

Our Matter # 02399/06031
Li Tungsten

| | | |
|---|---|---|
| Fees for Professional Services | $2,147.50 | |
| Charges for Other Services Provided/Expenses Incurred | 1.23 | |
| Net current billing for this invoice ................................................................ | | **$2,148.73** |

**WIRING INSTRUCTIONS**

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC