UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

FILED

2004 MAR -9  AM 10: 47

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| W.R. Grace & Co., et al., | ) | Case No.: 01-01139 (JKF) |
| Debtors. | ) | Jointly Administered |

## NOTICE OF WITHDRAWAL OF CLAIM

Pursuant to Bankruptcy Rule 3006, **Judith K. Crisp** provides this notice of withdrawal of claim number **700** by the clerk of this court.

No objection to the claim has been filed, no adversary proceeding has been filed against this creditor, and the creditor has not otherwise participated significantly in this case; thus, the creditor may and does withdraw its previously filed claim "as of right."

Dated March 5, 2004.

_____
Kelley B. Gelb, Attorney for Creditor
Florida Bar Number: 492132
Krupnick Campbell Malone Buser
Slama Hancock Liberman & McKee, P.A.
700 Southeast Third Avenue, Suite 100
Fort Lauderdale, Florida 33316-1186
954-763-8181

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent by U.S. mail on March 5, 2004, to:

**Laura Davis Jones**, Esquire, **David W. Carickhoff, Jr.**, Esquire, **Paula Ann Galbraith**, Esquire, **Rachel Lowy Werkheiser**, Esquire, and **Scotta Edelen McFarland**, Esquire, of Pachulski, Stang, Ziehl, Young & Jones, 919 North Market Street, 16th Floor, Wilmington, DE 19899-8705; telephone 302-652-4100; facsimile 302-652-4400; E-mail ljones@pszyj.com; E-mail dcarickhoff@pszyj.com; E-mail pgalbraith@pszyj.com; E-mail rwerkheiser@pszyj.com; and E-mail smcfarland@pszyj.com.

**James H. M. Sprayregen**, Esquire, of Kirkland & Ellis, 200 East Randolph Drive, Chicago, IL 60601; telephone 312-861-2000.

**Michael E. Lastowski**, Esquire, of Duane Morris L.L.P., 1100 North Market Street, Suite 1200, Wilmington, DE 19801-1246; telephone 302-657-4900; facsimile 302-657-4901; E-mail rcorg@duanemorris.com.

**Richard Allen Keuler, Jr.**, Esquire, of Reed Smith L.L.P., 1201 Market Street, Suite 1500, Wilmington, DC 19801; telephone 302-778-7500; facsimile 302-778-7575; E-mail rkeuler@reedsmith.com.

**Rosalie L. Spelman**, Esquire, of Potter Anderson & Corroon L.L.P., Hercules Plaza, 1313 North Market Street, Wilmington, DE 19801; telephone 302-984-6134; facsimile 302-984-6134; E-mail rspelman@potteranderson.com.

Docketing Agent: Rust Consulting, Inc., Post Office Box 1620, Fairbault, MN 55021-1620.

Attorney for Debtors: James H.M. Sprayregen, Esquire, Kirland and Ellis, 200 East Randolph Drive, Chicago, IL 60601.

Attorneys for Unsecured Creditors Committee: Lewis Kruger, Esquire, and Robert A. Raskin, Esquire, of Arlene Krieger, Esquire, 180 Maiden Lane, New York, NY 10038-4982.

Attorneys for Official Equity Security Committee: Thomas Moers Mayer, Esquire, of Kramer Levin Naftalis & Frankel, LLP, 919 Third Avenue, New York, NY 10022.

Attorney for Official Committee of Personal Injury Claimants: Elihu Inselbuch, Esquire, of Caplin & Drysdale, 399 Park Avenue, 36th Floor, New York, NY 10022.

Attorneys for Official Committee of Personal Injury Claimants: Mathew G. Zaleski, Esquire, of Campbell & Levine, Chase Manhattan Centre, 18th Floor, 1201 North Market Street, Wilmington, DE 19801.

Attorneys for Official Committee of Personal Injury Claimants: Scott L. Baena, Esquire, Mindy A. Mora, Esquire, of Bilzin Sumberg Dunn Baena Price & Axelrod LLP, 2500 First Union Financial Center, 200 South Biscayne Boulevard, Miami, FL 33131-2336.

Kelley B. Gelb, Attorney for Creditor
Florida Bar Number: 492132
Krupnick Campbell Malone Buser
Slama Hancock Liberman & McKee, P.A.
700 Southeast Third Avenue, Suite 100
Fort Lauderdale, Florida 33316-1186
954-763-8181

2