# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objection Deadline: March 30, 2004 |
| | ) | Hearing Date: TBD only if necessary |

## SUMMARY OF THE VERIFIED APPLICATION OF LUKINS & ANNIS, P.S. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI ADDITIONAL SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM OCTOBER 1, 2003 THROUGH OCTOBER 31, 2003

Name of Applicant: Lukins & Annis, P.S.

Authorized to Provide Professional Services to: Zonolite Attic Insulation Claimants

Date of Appointment: July 22, 2002

Period for which compensation and Reimbursement is sought: October 1, 2003 through October 31, 2003

Amount of Compensation sought as actual, Reasonable, and necessary: $ 13,755.00

Amount of Expenses Reimbursement: $ 335.38

This is a: X monthly __ interim _ final application

Prior Application filed: Yes

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/15/02 | 7/21/02 – 9/30/02 | $37,691.00 | $3,422.38 | No Objections served on counsel | No Objections served on counsel |
| 12/05/02 | 10/1/02 – 10/31/02 | $24,143.00 | $728.96 | No Objections served on counsel | No Objections served on counsel |
| 02/10/03 | 11/1/02 – 11/30/02 | $32,033.00 | $629.26 | No Objections served on counsel | No Objections served on counsel |
| 02/27/03 | 12/1/02 – 12/31/02 | $32,330.00 | $1,262.74 | No Objections served on counsel | No Objections served on counsel |
| 04/09/03 | 01/1/03 – 01/31/03 | $41,977.00 | $2,033.90 | No Objections served on counsel | No Objections served on counsel |
| 05/06/03 | 02/1/03 – 02/28/03 | $22,950.00 | $3,192.89 | No Objections served on counsel | No Objections served on counsel |
| 06/02/03 | 03/1/03 – 03/31/03 | $40,463.00 | $7,696.91 | No Objections served on counsel | No Objections served on counsel |
| 07/21/03 | 04/1/03 – 04/30/03 | $35,032.00 | $3,697.08 | No Objections served on counsel | No Objections served on counsel |
| 07/31/03 | 05/1/03 – 05/31/03 | $30,578.00 | $2,063.15 | No Objections served on counsel | No Objections served on counsel |
| 08/15/03 | 06/1/03 – 06/30/03 | $40,623.00 | $1,480.01 | No Objections served on counsel | No Objections served on counsel |
| 10/9/03 | 07/1/03 – 07/31/03 | $56,280.00 | $5,564.54 | No Objections served on counsel | No Objections served on counsel |
| 12/8/03 | 08/1/03 – 08/31/03 | $37,790.00 | $3,851.92 | No Objections served on counsel | No Objections served on counsel |
| 12/23/03 | 09/1/03 – 09/30/03 | $28,605.00 | $2,501.11 | No Objections served on counsel | No Objections served on counsel |

This is the fourteenth Lukins & Annis application for monthly interim compensation of services filed with the Bankruptcy Court in this Chapter 11 case.

The total expended for the preparation of this application is approximately 6 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $565.00.

The Lukins & Annis attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Darrell W. Scott | Partner | 14 | Litigation | $390 | 6.3 | $2,457.00 |
| Kelly E. Konkright | Associate | 2 | Litigation | $130 | 9.7 | $819.00 |
| TOTALS | | | | | 16.0 | $3,276.00 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Kristy L. Bergland | Paralegal | 24 | Litigation | $160 | 40.6 | $6,496.00 |
| Elizabeth I. Rutherford | Legal Asst. | 8 | Litigation | $70 | 56.9 | $3,983.00 |
| TOTALS | | | | | 97.5 | $10,479.00 |

## Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 20-Travel–Non-working | 6.8 Hours | $ 442.00 |
| 22-ZAI Science Trial | 106.7 Hours | $13,313.00 |
| TOTALS | 113.5 Hours | $13,755.00 |

### 23-ZAI Science Trial Expenses

| Description | Amount |
|---|---|
| Computer Assisted Legal Research | |
| Telephone Expense | $ 41.30 |
| Telephone Expense – Outside | |
| Facsimile ($1.00 per page) | |
| Postage Expense | |
| Courier & Express Carriers | |
| In-House Duplicating / Printing ($.15 per page) | $ 149.70 |
| Outside Duplicating / Printing | |
| Lodging | |
| Transportation | |
| Air Travel Expense | |
| Taxi Expense | |
| Mileage Expense | $ 110.88 |
| Travel Meals | $ 8.50 |
| Parking | |
| General Expense | |
| Expert Services | $ 25.00 |
| Books/Videos | |
| Other (Explain): | |
| Total: | $ 335.38 |

Dated: March 10, 2004

ELZUFON AUSTIN REARDON
TARLOV & MONDELL, P.A.

*/s/ William D. Sullivan*
William D. Sullivan (Bar No. 2820)
Charlie Brown, III (Bar No. 3368)
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE 19899
Phone: (302) 428-3181
FAX: (302) 777-7244

-and-

Darrell W. Scott, Esq.
Lukins & Annis, P.S.
717 W. Sprague Avenue, Suite 1600
Spokane, WA 99201
Phone: (509) 455-9555
FAX: (509) 747-2323

ADDITIONAL SPECIAL COUNSEL
FOR ZAI CLAIMANTS

## VERIFICATION

STATE OF WASHINGTON        )
                           )
COUNTY OF SPOKANE          )

Darrell W. Scott, after being duly sworn according to law, deposes and says:

a) I am counsel with the applicant law firm Lukins & Annis, P.S. and have been admitted to appear before this Court.

b) I have personally performed many of the legal services rendered by Lukins & Annis, P.S. and am thoroughly familiar with the other work performed on behalf of the ZAI Claimants by the lawyers and paraprofessionals of Lukins & Annis, P.S.

c) I have reviewed the foregoing application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del.Bankr.LR 2016-2 and the 'Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members', signed April 17, 2002, and submit that the Application substantially complies with such Rule and Order.

DARRELL W. SCOTT, ESQ.

SWORN AND SUBSCRIBED
Before me this _____ day of February 2003.

Notary Public for Washington
Residing at Spokane
My Commission Expires: 9/10/06



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objection Deadline: March 30, 2004 |
| | ) | Hearing Date: TBD only if necessary |

**FEE DETAIL OF THE VERIFIED APPLICATION OF LUKINS & ANNIS, P.S. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI ADDITIONAL SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM OCTOBER 1, 2003 THROUGH OCTOBER 31, 2003**

# TIME REPORT
Lukins & Annis, P.S.
Time Period 10/01/2003 - 10/31/2003

## CATEGORY 20: TRAVEL-Non-Working

| Date | Timekeeper | Description | Hours | Hourly Rate | Total |
|---|---|---|---|---|---|
| 10/09/03 | KEK | Travel to and from Libby, Montana for investigative work (billed at half rate). | 6.80 | $ 65.00 | 442.00 |
| | | SUBTOTAL | 6.80 | | $ 442.00 |

## CATEGORY 22: ZAI SCIENCE TRIAL

| Date | Timekeeper | Description | Hours | Hourly Rate | Total |
|---|---|---|---|---|---|
| 10/02/03 | KLB | Review and revise letter to go to Zonolite Attic Insulation homeowners regarding assessment study (.7); instructions regarding database work to facilitate mail merge (.3) | 1.00 | $ 160.00 | $ 160.00 |
| 10/03/03 | KLB | Final revisions to letter and query for mail merge to be sent to ZAI homeowners regarding assessment information for science trial. | 0.80 | $ 160.00 | $ 128.00 |
| 10/07/03 | DWS | Preparation work regarding fee and cost request for July 2003. | 0.20 | $ 390.00 | $ 78.00 |
| 10/07/03 | DWS | Phone conference with consultant regarding science trial issues (.4); phone conference with co-counsel regarding science trial developments (.4); follow-up phone conference with consultant regarding preparation for science trial and damages analyses (.4); meeting with Marco Barbanti regarding status of science trial and strategic issues regarding future claims (.5); review Order regarding expunging and survival of science trial claims of Barbanti and Busch (.3); review supplemental report of Kilpatrick regarding renovation issues (.4); review correspondence from Busch regarding science trial case status (.2). | 2.60 | $ 390.00 | $ 1,014.00 |
| 10/07/03 | KLB | Office conference with partner regarding preparation for science trial (.2); email from homeowner with ZAI and update to database regarding same (.3). | 0.50 | $ 160.00 | $ 80.00 |

| Date | Timekeeper | Description | Hours | Hourly Rate | Total |
|---|---|---|---|---|---|
| 10/08/03 | DWS | Final review for signature of monthly fee and cost request. | 0.10 | $ 390.00 | $ 39.00 |
| 10/08/03 | KLB | Internet research regarding ATSDR plant health consultations and fact sheets prepared as a result of Phase 1 study of national asbestos exposure from Zonolite. | 1.50 | $ 160.00 | $ 240.00 |
| 10/09/03 | DWS | Phone conference with ZAI counsel regarding case status issues. | 0.50 | $ 390.00 | $ 195.00 |
| 10/09/03 | KEK | Investigative work in Libby, Montana. | 2.70 | $ 130.00 | $ 351.00 |
| 10/09/03 | KLB | Review database conversation notes of Zonolite homeowners and update fields needed for Zonolite Assessment in preparation for science trial. | 3.00 | $ 160.00 | $ 480.00 |
| 10/10/03 | DWS | Phone call from co-counsel regarding settlement issues. | 0.20 | $ 390.00 | $ 78.00 |
| 10/10/03 | KLB | Internet research regarding exhibits to download for science trial relating to health studies and government advisories on Zonolite Attic Insulation. | 1.50 | $ 160.00 | $ 240.00 |
| 10/10/03 | KLB | Review database conversation notes of Zonolite homeowners and update fields needed for Zonolite Assessment in preparation for science trial (1.5); notes regarding follow-up needed with certain individuals for additional information (2.0). | 3.50 | $ 160.00 | $ 560.00 |
| 10/13/03 | KLB | Prepare ZAI homeowner assessment form for use by individuals calling ZAI homeowners for additional information in preparation for science trial (1.0); Prepare protocol/instructions regarding calls to ZAI homeowners (.5); Begin review of ZAI homeowner database and compilation of homeowners to contact further science trial assessment information (4.0). | 5.50 | $ 160.00 | $ 880.00 |
| 10/14/03 | DWS | Phone call from Marco Barbanti regarding case status (.2); review additional exhibits regarding ZAI production/sales (.5); research potential impact of recusal motion of science trial proceedings (.4); review exhibits regarding asbestos testing of South African, | 1.30 | $ 390.00 | $ 507.00 |

| Date | Timekeeper | Description | Hours | Hourly Rate | Total |
|---|---|---|---|---|---|
| | | China vermiculite (.2). | | | |
| 10/14/03 | KLB | Review of ZAI homeowner database and compilation of homeowners to contact further science trial assessment information. | 3.00 | $160.00 | $480.00 |
| 10/15/03 | DWS | Meeting with litigation team regarding case assignments and preparations for November hearing. | 0.40 | $390.00 | $156.00 |
| 10/15/03 | KLB | Telephone call from claimant Ralph Busch requesting update regarding status of science trial. | 0.20 | $160.00 | $32.00 |
| 10/15/03 | KLB | Continue review of ZAI homeowner database and compilation of homeowners to contact further science trial assessment information (2.5); supervision of calls (.5); Meeting with partner and legal assistant regarding preparation for science trial (.5); initial review of sales information provided by debtor (.5). | 4.00 | $160.00 | $640.00 |
| 10/15/03 | EIR | Call homeowners to obtain information for the upcoming Science Trial and update the database accordingly. | 4.00 | $70.00 | $280.00 |
| 10/16/03 | KLB | Continue review of ZAI homeowner database and compilation of homeowners to contact regarding further science trial assessment information. | 4.50 | $160.00 | $720.00 |
| 10/17/03 | EIR | Call homeowners to obtain information for the upcoming Science Trial and update database accordingly. | 4.50 | $70.00 | $315.00 |
| 10/20/03 | DWS | Meeting with litigation team regarding case assignments. | 0.30 | $390.00 | $117.00 |
| 10/20/03 | KLB | Meeting with partner and legal assistant regarding preparation for science trial (.3); complete review of ZAI homeowner database and compilation of homeowners to contact regarding further science trial assessment information (2.0). | 2.30 | $160.00 | $368.00 |
| 10/20/03 | KLB | Telephone call from Denver Reporter regarding status of Zonolite Science Trial/Bankruptcy proceedings. | 0.20 | $160.00 | $32.00 |
| 10/20/03 | EIR | Email survey to Zonolite Attic Insulation homeowners and updated database with | 5.00 | $70.00 | $350.00 |

| Date | Timekeeper | Description | Hours | Hourly Rate | Total |
|---|---|---|---|---|---|
| | | information returned. | | | |
| 10/21/03 | KEK | Wrote summary of investigative work in Libby, MT. | 0.20 | $130.00 | $26.00 |
| 10/21/03 | KLB | Begin review and summary of sales documents produced by WR Grace. | 3.00 | $160.00 | $480.00 |
| 10/21/03 | EIR | Email survey to Zonolite Attic Insulation homeowners and updated database with information returned. | 5.50 | $70.00 | $385.00 |
| 10/22/03 | KLB | Continue review and summary of Sales documents produced by Grace. | 1.50 | $160.00 | $240.00 |
| 10/22/03 | EIR | Email survey to Zonolite Attic Insulation homeowners and updated database with information returned. | 7.00 | $70.00 | $490.00 |
| 10/23/03 | KLB | Meeting with partner regarding issues relating to Zonolite (.5); legal research regarding disqualification issues (1.0). | 1.50 | $160.00 | $240.00 |
| 10/23/03 | KLB | Supervision of calls to homeowners regarding ZAI assessment information and responding to questions from homeowners. | 0.30 | $160.00 | $48.00 |
| 10/23/03 | EIR | Update the database with email responses to homeowner survey (2.0); call homeowners' with survey questions and update the database with information obtained. (3.0) | 5.00 | $70.00 | $350.00 |
| 10/24/03 | KLB | Supervision of and answer questions regarding calls to ZAI homeowners to obtain additional assessment information for use in science trial. | 0.30 | $160.00 | $48.00 |
| 10/24/03 | EIR | Call homeowners with survey questions and update database with information obtained. | 4.00 | $70.00 | $280.00 |
| 10/27/03 | DWS | Phone call to and from co-counsel regarding Science Trial hearing preparation issues (.2); meeting with litigation team regarding assignment in preparation for November hearing (.5). | 0.70 | $390.00 | $273.00 |
| 10/27/03 | KLB | Meeting with partner and legal assistant regarding status of motions in bankruptcy and science trial and preparation for same. | 0.50 | $160.00 | $80.00 |

| Date | Timekeeper | Description | Hours | Hourly Rate | Total |
|---|---|---|---|---|---|
| 10/27/03 | KLB | Supervision of calls to ZAI homeowners to obtain additional assessment information for science trial (.2); updates to database (.2). | 0.40 | $ 160.00 | $ 64.00 |
| 10/27/03 | EIR | Update the database with information obtained through response email to the survey previously sent out (1.0); Call homeowners to obtain information for the upcoming Science Trial and update the database accordingly (3.0). | 4.00 | $ 70.00 | $ 280.00 |
| 10/28/03 | KLB | Troubleshoot questions and supervision of calls to ZAI homeowners regarding additional assessment information needed for science trial (.5); office conference regarding calls from homeowners reviewing recent Colorado news and just discovering problems with ZAI (.3); telephone call from reporter requesting information on status of bankruptcy (.2) | 1.00 | $ 160.00 | $ 160.00 |
| 10/28/03 | EIR | Update the database with information obtained through response email to the survey previously sent out (.4); Call homeowners to obtain information for the upcoming Science Trial and update the database accordingly (4.0). | 4.40 | $ 70.00 | $ 308.00 |
| 10/29/03 | KLB | Supervision of calls to and from ZAI homeowners regarding science trial assessment. | 0.30 | $ 160.00 | $ 48.00 |
| 10/29/03 | EIR | Update the database with information obtained through response email to the survey previously sent out (.1); Call homeowners to obtain information for the upcoming Science Trial and update the database accordingly (5.4). | 5.50 | $ 70.00 | $ 385.00 |
| 10/30/03 | KLB | Supervision of calls to homeowners with ZAI to obtain additional assessment information. | 0.30 | $ 160.00 | $ 48.00 |
| 10/30/03 | EIR | Call homeowners to obtain information for the upcoming Science Trial and update the database accordingly. | 4.50 | $ 70.00 | $ 315.00 |
| 10/31/03 | EIR | Call homeowners to obtain information for the upcoming Science Trial and update the database accordingly. | 3.50 | $ 70.00 | $ 245.00 |
| | | SUBTOTAL | 106.70 | | $ 13,313.00 |
| | | TIME TOTAL: | 113.50 | | $ 13,755.00 |

# COST REPORT
## Lukins & Annis, P.S.
### Time Period 10/01/2003 - 10/31/2003

| DATE | DESCRIPTION | CHARGE |
|---|---|---:|
| 10/03/03 | Photocopies | 3.00 |
| 10/07/03 | Photocopies | 0.15 |
| 10/07/03 | Photocopies | 0.30 |
| 10/07/03 | Long Distance Charges | 3.49 |
| 10/07/03 | Long Distance Charges | 5.39 |
| 10/07/03 | Long Distance Charges | 1.35 |
| 10/07/03 | Long Distance Charges | 10.14 |
| 10/08/03 | Photocopies | 3.75 |
| 10/08/03 | Photocopies | 0.75 |
| 10/08/03 | Photocopies | 0.30 |
| 10/08/03 | Long Distance Charges | 8.11 |
| 10/09/03 | Mileage - Kelly E. Konkright roundtrip to Libby, Montana for investigative work | 110.88 |
| 10/09/03 | Meal - Kelly E. Konkright at Becks in Libby, Montana for investigative work | 8.50 |
| 10/09/03 | Photocopies | 1.05 |
| 10/09/03 | Long Distance Charges | 0.67 |
| 10/10/03 | Photocopies | 4.50 |
| 10/10/03 | Photocopies | 95.25 |
| 10/10/03 | Long Distance Charges | 1.35 |
| 10/14/03 | Long Distance Charges | 9.46 |
| 10/15/03 | Photocopies | 3.00 |
| 10/20/03 | Photocopies | 0.90 |
| 10/21/03 | Photocopies | 7.20 |

| DATE | DESCRIPTION | CHARGE |
|---|---|---|
| 10/21/03 | Photocopies | 4.20 |
| 10/23/03 | Photocopies | 0.75 |
| 10/23/03 | Photocopies | 4.50 |
| 10/23/03 | Long Distance Charges | 0.67 |
| 10/24/03 | Video Tape | 25.00 |
| 10/24/03 | Photocopies | 2.55 |
| 10/24/03 | Photocopies | 2.10 |
| 10/24/03 | Photocopies | 15.15 |
| 10/27/03 | Photocopies | 0.30 |
| 10/27/03 | Long Distance Charges | 0.67 |
| | Total | $ 335.38 |

## CERTIFICATE OF SERVICE

I, William D. Sullivan, Esquire, hereby certify that on March 10, 2004, service of the foregoing the *Verified Application of Lukins & Annis, P.S. for Compensation for Services and Reimbursement of Expenses as ZAI Additional Special Counsel for the Interim Period from October 1, 2003 through October 31, 2003* was made upon the attached Service List via hand delivery and first class mail.

Dated: March 10, 2004
      Wilmington, Delaware

/s/ *William D. Sullivan*
William D. Sullivan

## SERVICE LIST

Laura David Jones, Esquire
David Carickoff, Esquire
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
Wilmington, DE 19899-8705

Frank J. Perch, Esquire
Office of the U.S. Trustee
844 King Street, Room 2313
Wilmington, DE 19801

Matthew G. Zaleski, III, Esquire
Campbell & Levine
800 King Street, Suite 300
Wilmington, DE 19801

Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 27th Floor
New York, NY 10022

Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

David Bernick, Esquire
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Theodore Tacconelli, Esquire
Michael B. Joseph, Esquire
Ferry & Joseph
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

Michael R. Lastowski, Esquire
Duane Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246

Teresa K.D. Currier, Esquire
Klett, Rooney, Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena
   Price & Axelrod, LLP
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY 1002

William S. Katchen, Esquire
Duane, Morris & Heckcher, LLP
One Riverfront Plaza, 2nd Floor
Newark, NJ 07102

Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones
10100 Santa Monica Boulevard
Los Angeles, CA 90067-4100

David B. Seigel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

Peter Van N. Lockwood, Esquire
Julie W. Davis, Esquire
Trevor W. Swett, III, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, NW
Washington, DC 20005

James J. Restivo, Jr., Esquire
Reed Smith, LLP
435 Sixth Avenue
Pittsburgh, PA 15219-1886

Mark D. Collins, Esquire
Deborah E. Spivack, Esquire
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

William J.A. Sparks, Esquire
W.R. Grace & Company
919 N. Market, Suite 460
Wilmington, DE 19899