# Attachment B
# To Fee Application

## Summary of PwC's Fees By Professional

## January 2004

**Professional Profiles**
**WR Grace Time Tracking-Audit**
**For the Month Ended January 31, 2004**

| Name of Professional | Position with the Firm | Number of Years in Profession | Hourly Bill Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Larry Farmer | Audit Partner | 34 | 743 | 48.9 | 36,333 |
| Raymond Bromark | Audit Concurring Partner | 30+ | 1550 | 6.2 | 9,610 |
| Brett Cohen | Audit Partner | 20+ | 1213 | 3.2 | 3,882 |
| Joseph Divito | SPA Partner | 20+ | 821 | 3.0 | 2,463 |
| Peter Woolf | Tax Partner | 20+ | 762 | 55.5 | 42,291 |
| William Bishop | Audit Partner | 15+ | 743 | 11.5 | 8,545 |
| Tom Kalinosky | Audit Specialist | 5+ | 723 | 14.5 | 10,484 |
| Dale Jensen | FAS Partner | 20+ | 710 | 5.5 | 3,905 |
| Kevin Hassan | GHRS | 7 | 674 | 1.0 | 674 |
| Marc Schwartz | Tax Senior Manager | 10 | 608 | 48.0 | 29,184 |
| Michelle Gerety | Tax Senior Manager | 10 | 608 | 52.5 | 31,920 |
| Todd Hutcherson | Audit Manager | 11 | 569 | 92.8 | 52,803 |
| Christof Letzgus | Tax Manager | 6 | 565 | 1.0 | 565 |
| Craig Cleaver | SPA Manager | 5 | 541 | 4.8 | 2,597 |
| John McKey | SPA Manager | 7 | 541 | 0.6 | 325 |
| Maria Lopez | Tax Senior Associate | 4 | 520 | 34.5 | 17,940 |
| Lee Hillard | FAS Manager | 6 | 510 | 3.0 | 1,530 |
| Sandra David | Audit Manager | 6 | 487 | 68.2 | 33,213 |
| Will Choi | Audit Manager | 6 | 487 | 104.7 | 50,989 |
| Maureen Driscoll | SPA Senior Associate | 4 | 416 | 36.9 | 15,350 |
| James Heiberg | SPA Senior Associate | 3 | 416 | 39.0 | 16,224 |
| Jason Roeder | FAS Senior Associate | 4 | 375 | 6.5 | 2,438 |
| Cynthia Unger | FAS Senior Associate | 4 | 375 | 1.0 | 375 |
| Jean Qi | Audit Senior Associate | 4 | 349 | 106.4 | 37,134 |
| Brian Krisch | SPA Senior Associate | 4 | 348 | 27.0 | 9,396 |
| Kenneth Feinstein | SPA Senior Associate | 4 | 348 | 1.0 | 348 |
| Cheryl Frick | Audit Senior Associate | 4 | 342 | 122.3 | 41,827 |
| Nina Govic | Audit Senior Associate | 3 | 342 | 175.8 | 60,124 |
| Elena Diaz-Pou | Tax Senior Associate | 4 | 321 | 2.0 | 642 |
| Joseph Meenan | SPA Associate | 1 | 279 | 8.0 | 2,232 |
| Aimee Stickley | Audit Associate | 2 | 270 | 189.3 | 51,111 |
| Jeffrey Zartman | Audit Associate | 2 | 270 | 185.6 | 50,112 |
| Bethanie Lydon | Audit Associate | 2 | 232 | 16.5 | 3,828 |
| Young Lee | Tax Associate | 1 | 228 | 56.0 | 12,768 |
| M Tierney Bravo | Tax Associate | 1 | 201 | 1.0 | 201 |
| Bianca Rodriguez | Audit Associate | 1 | 197 | 106.5 | 20,981 |
| Scott Tremble | Audit Associate | 2 | 197 | 113.3 | 22,320 |
| Nicholas Stromann | Audit Associate | <1 | 197 | 124.6 | 24,546 |
| Lauren Misler | Audit Associate | <1 | 197 | 115.4 | 22,734 |

{MCM8934.DOC}

| Name | Position | Years | Rate | Hours | Compensation |
|---|---|---|---|---|---|
| **Michael McDonnell** | Audit Associate | <1 | 174 | 114.7 | 19,958 |
| **Douglas Tanner** | National Audit Partner | 15+ | 1213 | 2.3 | 2,790 |
| **Carina Markel** | National Audit Partner | 15 | 1213 | 4.6 | 5,580 |
| **Pam Schlosser** | National Audit Sr. Manager | 10+ | 1079 | 5.1 | 5,503 |
| **David Ryan** | Sr. Audit Manager | 10 | 569 | 15.0 | 8,535 |
| **Tom Hayes** | Audit Sr. Manager | 10+ | 522 | 38.0 | 19,836 |
| **Jason Natt** | Audit Manager | 5 | 487 | 3.5 | 1,705 |
| **Henry Miyares** | National Tax partner | 10+ | 843 | 15.0 | 12,645 |
| **Carrie Parker** | National Tax partner | 10+ | 843 | 7.8 | 6,575 |
| | | TOTAL | | 2108.2 | $ 753,898 |

| | | |
|---|---|---|
| Total at Standard Rate | $ | 753,898.30 |
| 55 % Accrual Rate Adjustment | $ | (414,644.07) |
| Total at 45% Accrual Rate | $ | 339,254.24 |
| Total Hours | | 2,108.20 |

**Professional Profiles**
**WR Grace Time Tracking-Sarbanes-Oxley**
**For the Month Ended January 31, 2004**

| Name of Professional | Position with the Firm | Number of Years in Profession | Hourly Bill Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| **Larry Farmer** | Audit Partner | 34 | 743 | 1.2 | 892 |
| **James Schumaker** | Audit Partner | 10+ | 743 | 1.0 | 743 |
| **William Choi** | Audit Manager | 6 | 487 | 9.9 | 4,821 |
| **Craig Cleaver** | SPA Manager | 6 | 541 | 3.2 | 1,731 |
| **Cheryl Frick** | Audit Senior Associate | 4 | 342 | 6.9 | 2,360 |
| **Nina Govic** | Audit Senior Associate | 4 | 342 | 9.7 | 3,317 |
| **Todd Hutcherson** | Audit Senior Manager | 11 | 569 | 2.0 | 1,138 |
| | | TOTAL | | 33.9 | 15,002 |

| | | |
|---|---|---|
| Total at Standard Rate | $ | 15,002.30 |
| 35 % Accrual Rate Adjustment | $ | (8,251.27) |
| Total at 65% Accrual Rate | $ | 6,751.04 |
| Total Hours | | 33.90 |
| | | |
| Total Fees Requested January 2004 | $ | 346,005.27 |
| Total Hours January 2004 | | 2,142.10 |

**Time Spent Tracking Time for Reporting to the U.S. Bankruptcy Court (refer to attached file)**

| | |
|---|---|
| **Total Cost of Time Tracking** | $14,180.70 |
| **Less 55% rate reduction** | $7,799.39 |
| **Total Cost of Tracking Time Billed to Grace** | $6,381.32 |
| **Total Hours Spent** | |
| | 55.8 |

{MCM8934.DOC}

**Summary of PwC's Fees By Project Category:**
**December 2003**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 01-Assets Analysis and Recovery | | |
| 02-Asset Disposition | | |
| 03-Business Operations | | |
| 04-Case Administration | | |
| 05-Claim Analysis Objection & Resolution (Asbestos) | | |
| 06-Claim Analysis Objection & Resolution (Non-asbestos) | | |
| 07-Committee, Creditors', Noteholders', or Equity Holders' | | |
| 08-Employee Benefits/Pension | | |
| 09-Employee Applications, Applicant | | |
| 10-Employment Applications, Others | | |
| 11-Financing | | |
| 12-Fee Applications, Others | 55.8 | $6,381.32 |
| 13-Financing | | |
| 14-Hearings | | |
| 15-Litigation and Litigation Consulting | | |
| 16-Plan and Disclosure Statement | | |
| 17-Relief from Stay Proceedings | | |
| 18-Tax Issues | | |
| 19-Tax Litigation | | |
| 20-Travel- Non-working | | |
| 21-Valuation | | |
| 22-ZAI Science Trial | | |
| 23-ZAI Science Trial- Expenses | | |
| 24-Other | | |
| 25-Accounting/Auditing | 2,142.10 | $346,005.27 |
| 26-Business Analysis | | |

{MCM8934.DOC}

| 27-Corporate Finance | | |
|---|---|---|
| 28-Data Analysis | | |
| **TOTAL:** | **2,197.9** | **$352,386.59** |

## Expense Summary
## January 2004

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| **Transportation** | **N/A** | **$6,268.42** |
| **Lodging** | **N/A** | **1,154.63** |
| **Sundry** | **N/A** | **33.70** |
| **Business Meals** | **N/A** | **2,774.73** |
| **TOTAL:** | | **$10,231.48** |

{MCM8934.DOC}