**W. R. Grace & Co.**
**Time Summary Report-Time Tracking**
**Month Ended December 31, 2003**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|---|---|---|---|---|
| **Sandra David** | | | | |
| 01/14/2004 | 0.5 | Tracking time spent for the past 3 days | 487 | $244 |
| 01/16/2004 | 0.5 | Tracking time spent | 487 | $244 |
| 01/19/2004 | 0.5 | Tracking time spent | 487 | $244 |
| 01/20/2004 | 0.3 | Tracking time spent | 487 | $146 |
| **M. Driscoll** | | | | |
| 01/16/04 | 1.2 | Prepare time reporting for December | 416 | $499 |
| **Jean Qi** | | | | |
| 01/12/2004 | 0.3 | Review audit time tracking requirements and template | 307 | $92 |
| 01/12/2004 | 0.3 | Tracking time spent for the day | 307 | $92 |
| 01/13/2004 | 0.5 | Tracking time spent for the day | 307 | $154 |
| 01/14/2004 | 0.5 | Tracking time spent for the day | 307 | $154 |
| 01/15/2004 | 0.5 | Tracking time spent for the day | 307 | $154 |
| 01/16/2004 | 0.5 | Tracking time spent for the day | 307 | $154 |
| 01/19/2004 | 0.5 | Tracking time spent for the day | 307 | $154 |
| **Cheryl Frick** | | | | |
| 01/05/2004 | 1.0 | Completion of my time for December 2003 for purposes of Bankruptcy Reporting. | 342 | $342 |
| 01/10/2004 | 1.0 | Documentation of time for Bankruptcy Reporting for the first week of January. | 342 | $342 |
| 01/17/2004 | 1.2 | Updating of my January 2004 time for purposes of Bankruptcy reporting (for the 2nd week of January). | 342 | $410 |
| 01/24/2004 | 2.0 | Working on time tracking for January for Bankruptcy reporting. | 342 | $684 |
| 01/27/2004 | 1.3 | Documentation of January time for Bankruptcy reporting purposes. | 342 | $445 |
| **Nina Govic** | | | | |
| 01/07/2004 | 0.9 | Time Tracking with Nicholas Stromann (PwC) | 342 | $308 |
| 01/08/2004 | 0.3 | Time tracking for December 2003 | 342 | $103 |
| 01/12/2004 | 1.1 | November 2003 T&E filing - review times and create application and attachment B | 342 | $376 |
| 01/13/2004 | 0.3 | Aid Lauren Misler (PwC) in adjusting the Nov. 2003 Expense reporting for Grace | 342 | $103 |
| 01/21/2004 | 0.3 | Work on my December 2003 time for Sarbanes time tracking. | 342 | $103 |
| 01/31/2003 | 1.5 | Work on Grace December 2003 Time and Expense Filing doucment | 342 | $513 |
| **Aimee Stickley** | | | | |
| 1/5/2004 | 1.3 | December T&E complete my own | 270 | $351 |
| | 0.3 | november expenses detail reported to Nick Stromann (JPwC) | 270 | $81 |
| | 1.6 | bankruptcy time for 1st week in January | 270 | $432 |
| 1/16/2004 | 0.5 | Bankruptcy time reporting for December 2003 | 270 | $135 |
| 1/18/2004 | 1.1 | Bankruptcy reporting for January 2004 | 270 | $297 |
| **Jeff Zartman** | | | | |
| 01/12/2004 | 1.8 | Time and expense reporting - record my personal time for December 2003 | 270 | $486 |
| **Scott Tremble** | | | | |
| 01/05/2004 | 0.5 | December time tracking | 197 | $99 |
| 01/13/2004 | 0.5 | Prepare time tracking for 1/12/04 | 197 | $99 |
| 01/14/2004 | 0.5 | Prepare time tracking for 1/13/04 | 197 | $99 |
| 01/15/2004 | 0.4 | Prepare time tracking for 1/14/04 | 197 | $79 |
| 01/16/2004 | 0.2 | Preparing time tracking for 1/15/04 | 197 | $39 |
| 01/17/2004 | 0.3 | Preparing time tracking for 1/16/04 | 197 | $59 |
| 01/18/2004 | 0.2 | Preparing time tracking for 1/17/04 | 197 | $39 |
| 01/21/2004 | 0.5 | Preparation of 1/19/04 time tracking | 197 | $99 |
| 01/22/2004 | 0.6 | Preparation of 1/20/04 and 1/21/04 time tracking | 197 | $118 |
| 01/23/2004 | 1.0 | Time tracking 1/22/04 and 1/23/04 | 197 | $197 |
| 01/29/2004 | 0.5 | Updating time tracking sheet | 197 | $99 |
| **Nick Stromann** | | | | |
| 01/05/2004 | 0.5 | Update November Bankruptcy Reporting | 197 | $99 |
| 01/06/2004 | 1.0 | Continue updating November, December Bankruptcy Reporting for e-mails received from other Grace teams | 197 | $197 |
| 01/07/2004 | 0.5 | Continue updating November, December Bankruptcy Reporting for e-mails received from other Grace teams | 197 | $99 |
| 01/08/2004 | 0.8 | Continued to compile December Bankruptcy Time and Expense information; e-mail to N. Govic | 197 | $158 |
| | 0.5 | Udate December Bankruptcy reporting | 197 | $99 |
| 01/09/2004 | 0.9 | Update December Bankruptcy reporting | 197 | $177 |
| | 1.0 | More Updating of November and December Bankruptcy Time and Expense Reporting | 197 | $197 |
| 01/12/2004 | 1.1 | Begin January Bankruptcy Reporting | 197 | $217 |
| 01/14/2004 | 0.3 | Update December Bankruptcy time as received from other team members | 197 | $59 |
| | 0.5 | Update December Bankruptcy time as received from other team members | 197 | $99 |
| 01/15/2004 | 1.5 | Update December Bankruptcy time as received from other team members | 197 | $296 |
| 01/16/2004 | 2.2 | Finish December and continue December Bankruptcy Time and Expense Reporting; formatting spreadsheets | 197 | $433 |
| 01/19/2004 | 1.6 | December Time and Expense | 197 | $315 |
| **Lauren Misler** | | | | |
| 01/13/2004 | 1.0 | Updated time tracking for November 2003 | 197 | $197 |
| | 0.6 | Time tracking for Week of 1/12/04 | 197 | $118 |
| 01/15/2004 | 0.6 | Updated January 2004 Time tracking for Grace bankruptcy | 197 | $118 |
| 01/19/2004 | 1.0 | Update January Bankruptcy time as received from other team members | 197 | $197 |
| 01/20/2004 | 1.1 | Update January Bankruptcy time as received from other team members | 197 | $217 |
| 01/21/2004 | 0.6 | Update January Bankruptcy time as received from other team members | 197 | $118 |
| 01/23/2004 | 0.5 | Sent reminder emails for Bankruptcy reporting | 197 | $99 |
| 01/24/2004 | 1.7 | Updating Bankruptcy Expense reporting for all team members | 197 | $335 |
| 01/26/2004 | 0.5 | Update January Bankruptcy time as received from other team members | 197 | $99 |
| 01/27/2004 | 0.7 | Bankruptcy reporting for all team members for January | 197 | $138 |
| 01/28/2004 | 2.2 | Bankruptcy reporting for January | 197 | $433 |
| 01/29/2004 | 3.5 | Bankruptcy Reporting for the Grace Team for January; reformatting Time and Expense reporting to comply with Bankruptcy Court standards | 197 | $690 |
| 01/30/2004 | 0.6 | Updated Time and Expense for January | 197 | $118 |
| **Total Hours Spent** | **55.8** | | | **$14,181** |

| | | Total Cost of Time Tracking | $14,180.70 |
| | | Less 55% rate reduction | $7,799.39 |
| | | **Total Cost of Tracking Time Billed to Grace** | **$6,381.32** |
| | | Total Hours Spent | 55.8 |