**EXHIBIT B**

| Date | Title | Total | Description |
|---|---|---|---|

**CONSOLIDATED AUDIT-EXPENSE DETAIL**
**For the Month Ended January 31, 2004**

| Name | Date | Title | Total | Description |
|---|---|---|---|---|
| Lauren Misler | 01/12/2004 | Audit Associate | $ 24.19 | Personal Car mileage in excess of daily commute (52 miles *.375 = 24.19) |
| | 01/13/2004 | Audit Associate | $ 20.63 | Personal Car mileage in excess of daily commute (85-25)*.375 = 20.63 |
| | 01/14/2004 | Audit Associate | $ 20.63 | Personal Car mileage in excess of daily commute (85-25)*.375 = 20.63 |
| | 01/15/2004 | Audit Associate | $ 20.63 | Personal Car mileage in excess of daily commute (85-25)*.375 = 20.63 |
| | 01/16/2004 | Audit Associate | $ 20.63 | Personal Car mileage in excess of daily commute (85-25)*.375 = 20.63 |
| | 01/19/2004 | Audit Associate | $ 20.63 | Personal Car mileage in excess of daily commute (85-25)*.375 = 20.63 |
| | 01/20/2004 | Audit Associate | $ 26.25 | Personal Car mileage in excess of daily commute (95-25)*.375 = 26.25 |
| | 01/21/2004 | Audit Associate | $ 26.25 | Personal Car mileage in excess of daily commute (95-25)*.375 = 26.25 |
| | 01/22/2004 | Audit Associate | $ 26.25 | Personal Car mileage in excess of daily commute (95-25)*.375 = 26.25 |
| | 01/23/2004 | Audit Associate | $ 20.63 | Personal Car mileage in excess of daily commute (85-25)*.375 = 20.63 |
| | 01/24/2004 | Audit Associate | $ 31.88 | Personal Car mileage on weekend (85)*.375 = 31.88 |
| | 01/25/2004 | Audit Associate | $ 15.75 | Personal Car mileage on weekend to hotel (42*.375 = 15.75) |
| | 01/27/2004 | Audit Associate | $ 11.25 | Personal Car mileage one way  (42-12)*.375 = 11.25 |
| | 01/28/2004 | Audit Associate | $ 20.63 | Personal Car mileage in excess of daily commute (85-25)*.375 = 20.63 |
| | 01/29/2004 | Audit Associate | $ 20.63 | Personal Car mileage in excess of daily commute (85-25)*.375 = 20.63 |
| | 01/26/2004 | Audit Associate | $ 51.00 | Lunch for PwC Grace Engagement Team |
| | 01/27/2004 | Audit Associate | $ 37.00 | Lunch for PwC Grace Engagement Team |
| | | | **$ 414.86** | |
| Jeff Zartman | 01/12/2004 | Audit Associate | $ 18.68 | Overtime dinner WR Grace Audit team |
| | 01/14/2004 | Audit Associate | $ 8.00 | Overtime dinner |
| | 01/05/2004 | Audit Associate | $ 29.25 | Personal Car Mileage in excess of daily commute (78 *.375) |
| | 01/06/2004 | Audit Associate | $ 29.25 | Personal Car Mileage in excess of daily commute (78 *.375) |
| | 01/07/2004 | Audit Associate | $ 29.25 | Personal Car Mileage in excess of daily commute (78 *.375) |
| | 01/08/2004 | Audit Associate | $ 29.25 | Personal Car Mileage in excess of daily commute (78 *.375) |
| | 01/09/2004 | Audit Associate | $ 29.25 | Personal Car Mileage in excess of daily commute (78 *.375) |
| | 01/10/2004 | Audit Associate | $ 30.75 | Personal Car Mileage in excess of daily commute (82 *.375) |
| | 01/12/2004 | Audit Associate | $ 29.25 | Personal Car Mileage in excess of daily commute (78 *.375) |
| | 01/13/2004 | Audit Associate | $ 29.25 | Personal Car Mileage in excess of daily commute (78 *.375) |
| | 01/14/2004 | Audit Associate | $ 29.25 | Personal Car Mileage in excess of daily commute (78 *.375) |
| | 01/15/2004 | Audit Associate | $ 29.25 | Personal Car Mileage in excess of daily commute (78 *.375) |
| | 01/16/2004 | Audit Associate | $ 29.25 | Personal Car Mileage in excess of daily commute (78 *.375) |
| | 01/17/2004 | Audit Associate | $ 29.25 | Personal Car Mileage in excess of daily commute (78 *.375) |
| | 01/19/2004 | Audit Associate | $ 16.50 | Personal Car Mileage in excess of daily commute (44 *.375) |
| | 01/22/2004 | Audit Associate | $ 15.00 | Personal Car Mileage in excess of daily commute (40 *.375) |
| | 01/23/2004 | Audit Associate | $ 29.25 | Personal Car Mileage in excess of daily commute (78 *.375) |
| | 01/24/2004 | Audit Associate | $ 33.00 | Personal Car Mileage in excess of daily commute (78 *.375) |
| | 01/25/2004 | Audit Associate | $ 16.50 | Personal Car Mileage in excess of daily commute (88 *.375) |
| | 01/27/2004 | Audit Associate | $ 15.00 | Personal Car Mileage in excess of daily commute (44 *.375) |
| | 01/28/2004 | Audit Associate | $ 29.25 | Personal Car Mileage in excess of daily commute (40 *.375) |
| | 01/29/2004 | Audit Associate | $ 29.25 | Personal Car Mileage in excess of daily commute (78 *.375) |
| | 01/30/2004 | Audit Associate | $ 29.25 | Personal Car Mileage in excess of daily commute (78 *.375) |
| | 01/17/2004 | Audit Associate | $ 39.00 | Overtime meal with Grace Audit Team |
| | 01/21/2004 | Audit Associate | $ 6.75 | Overtime Dinner |
| | 01/26/2004 | Audit Associate | $ 52.12 | Overtime meal with Grace Audit Team |
| | | | **$ 690.05** | |
| Cheryl Frick | 01/05/2004 | Senior Audit Associate | $ 28.34 | Overtime Meal for C. Frick, N. Stromann, J. Zartman |
| | 01/06/2004 | Senior Audit Associate | $ 40.71 | Overtime Meal for N. Govic, C. Frick, A. Stickley |
| | | | **$ 69.05** | |
| Nina Govic | 01/05/2004 | Senior Audit Associate | $ 20.51 | Overtime Meal for C. Frick, A. Stickley, N. Govic |
| | 01/05/2004 | Senior Audit Associate | $ 32.25 | Personal Car Mileage in Excess of Daily commute (93-7) *.375 =32.25 |
| | 01/06/2004 | Senior Audit Associate | $ 32.25 | Personal Car Mileage in Excess of Daily commute (93-7) *.375 =32.25 |
| | 01/07/2004 | Senior Audit Associate | $ 32.25 | Personal Car Mileage in Excess of Daily commute (93-7) *.375 =32.25 |
| | 01/08/2004 | Senior Audit Associate | $ 32.25 | Personal Car Mileage in Excess of Daily commute (93-7) *.375 =32.25 |
| | 01/09/2004 | Senior Audit Associate | $ 6.44 | Breakfast for Engagement team and client staff |
| | 01/09/2004 | Senior Audit Associate | $ 32.25 | Personal Car Mileage in Excess of Daily commute (93-7) *.375 =32.25 |
| | 01/10/2004 | Senior Audit Associate | $ 32.25 | Personal Car Mileage in Excess of Daily commute (93-7) *.375 =32.25 |
| | 01/12/2004 | Senior Audit Associate | $ 53.05 | Working lunch for Engagement team C. Frick, A. Stickley, N. Govic, J. Zartman |
| | 01/12/2004 | Senior Audit Associate | $ 32.25 | Personal Car Mileage in Excess of Daily commute (93-7) *.375 =32.25 |
| | 01/13/2004 | Senior Audit Associate | $ 62.33 | Overtime Meal for C. Frick, A. Stickley, N. Govic |
| | 01/13/2004 | Senior Audit Associate | $ 19.42 | Water and soda for engagement team dinner while working for C. Frick, A. Stickly, N. Govic, and J. Zartman |
| | 01/13/2004 | Senior Audit Associate | $ 32.25 | Personal Car Mileage in Excess of Daily commute (93-7) *.375 =32.25 |
| | 01/14/2004 | Senior Audit Associate | $ 125.00 | Overtime Meal for C. Frick, A. Stickley, N. Govic, J. Zartman |
| | 01/15/2004 | Senior Audit Associate | $ 78.00 | Overtime Meal for C. Frick, A. Stickley, N. Govic, J. Zartman |
| | 01/15/2004 | Senior Audit Associate | $ 32.25 | Personal Car Mileage in Excess of Daily commute (93-7) *.375 =32.25 |
| | 01/16/2004 | Senior Audit Associate | $ 32.25 | Personal Car Mileage in Excess of Daily commute (93-7) *.375 =32.25 |
| | 01/17/2004 | Senior Audit Associate | $ 34.88 | Personal Car Mileage in Excess of Daily commute (93) *.375 =32.25 |
| | 01/19/2004 | Senior Audit Associate | $ 101.77 | Overtime dinner for entire engagement team while working late (6 people) |
| | 01/19/2004 | Senior Audit Associate | $ 16.13 | Personal Car Mileage in Excess of Daily commute (46.5-3.5) *.375 =32.25 |
| | 01/20/2004 | Senior Audit Associate | $ 149.58 | Overtime dinner for entire engagement team while working late (6 people) |
| | 01/20/2004 | Senior Audit Associate | $ 14.71 | Water and soda with overtime dinner for entire engagement team while working late (6 people) |
| | 01/21/2004 | Senior Audit Associate | $ 100.38 | Overtime dinner for entire engagement team while working late (6 people) |
| | 01/22/2004 | Senior Audit Associate | $ 94.78 | Overtime dinner for entire engagement team while working late (6 people) |
| | 01/23/2004 | Senior Audit Associate | $ 16.13 | Personal Car Mileage in Excess of Daily commute (46.5-3.5) *.375 =32.25 |
| | 01/24/2004 | Senior Audit Associate | $ 34.88 | Personal Car Mileage in Excess of Daily commute (93) *.375 =32.25 |
| | 01/25/2004 | Senior Audit Associate | $ 16.13 | Personal Car Mileage in Excess of Daily commute (46.5-3.5) *.375 =32.25 |
| | 01/26/2004 | Senior Audit Associate | $ 58.53 | Overtime dinner for entire engagement team while working late (3 people) |
| | 01/26/2004 | Senior Audit Associate | $ 22.78 | Overtime dinner for entire engagement team while working late (3 people) |
| | 01/27/2004 | Senior Audit Associate | $ 16.13 | Personal Car Mileage in Excess of Daily commute (46.5-3.5) *.375 =32.25 |
| | | | **$ 1,364.06** | |
| Aimee Stickley | 01/10/2004 | Audit Associate | $ 42.00 | Saturday lunch for WR Grace Engagement team; C.Frick, N. Stromann, A. Stickley |
| | 01/10/2004 | Audit Associate | $ 16.08 | Breakfast for engagement team; C.Frick, N. Stromann, J. Zartman, A. Stickley |
| | 01/05/2004 | Audit Associate | $ 222.00 | Personal car mileage in excess of daily commute (27.75*8 days) |
| | 01/10/2004 | Audit Associate | $ 32.25 | Personal car mileage for weekend work (43 miles*2)*.375 = 32.25 |
| | 01/26/2004 | Audit Associate | $ 9.40 | Out of town breakfast |
| | 01/16/2004 | Audit Associate | $ 166.50 | Personal car mileage in excess of daily commute (27.75*6 days) |
| | 01/17/2004 | Audit Associate | $ 64.50 | Personal car mileage for weekend work (43 miles*2)*.86= 64.50 |
| | | | **$ 552.73** | |

| Name | Date | Title | Amount | Description |
|---|---|---|---|---|
| W. L Farmer | 12/22/2003 | Audit Partner | $ 23.40 | Personal Car Mileage in Excess of Daily commute (65) *.36 |
| | 01/13/2004 | Audit Partner | $ 24.38 | Personal Car Mileage in Excess of Daily commute (65) *.375 |
| | 01/15/2004 | Audit Partner | $ 22.00 | Parking at the audit committee meeting at the Hay Adams Hotel |
| | 01/20/2004 | Audit Partner | $ 24.38 | Personal Car Mileage in Excess of Daily commute (65) *.375 |
| | 01/21/2004 | Audit Partner | $ 376.80 | Dinner with B. Tarola (Grace) R. Bromark and W. Bishop (PwC) |
| | 01/22/2004 | Audit Partner | $ 24.38 | Personal Car Mileage in Excess of Daily commute (65) *.375 |
| | 01/24/2004 | Audit Partner | $ 24.38 | Personal Car Mileage in Excess of Daily commute (65) *.375 |
| | | | **$ 519.72** | |
| Jean Qi | 01/08/2004 | Audit Senior Associate | $ 30.00 | Parking at Boston office to pick up audit files for WR Grace and meet with mangager |
| | 01/12/2004 | Audit Senior Associate | $ 15.50 | Personal Car Mileage in Excess of Daily commute (60) *.375 |
| | 01/13/2004 | Audit Senior Associate | $ 15.50 | Personal Car Mileage in Excess of Daily commute (60) *.375 |
| | 01/14/2004 | Audit Senior Associate | $ 15.50 | Personal Car Mileage in Excess of Daily commute (60) *.375 |
| | 01/15/2004 | Audit Senior Associate | $ 15.50 | Personal Car Mileage in Excess of Daily commute (60) *.375 |
| | 01/15/2004 | Audit Senior Associate | $ 32.89 | Overtime meal for entire audit team while working late |
| | | | **$ 124.89** | |
| William Bishop | 01/15/2004 | Audit Partner | $ 11.00 | Parking at Grace audit committee meeting in Washington, DC |
| | | | **$ 11.00** | |
| Bianca Rodriguez | 01/12/2004 | Audit Associate | $ 8.12 | Personal Car Mileage in excess of daily commute |
| | 01/13/2004 | Audit Associate | $ 7.74 | Personal Car Mileage in excess of daily commute |
| | 01/13/2004 | Audit Associate | $ 21.00 | Parking |
| | 01/14/2004 | Audit Associate | $ 8.12 | Personal Car Mileage in excess of daily commute |
| | 01/15/2004 | Audit Associate | $ 8.12 | Personal Car Mileage in excess of daily commute |
| | 01/17/2004 | Audit Associate | $ 48.35 | Overtime dinner for engagement team |
| | 01/16/2004 | Audit Associate | $ 8.13 | Personal Car Mileage in Excess of Daily commute (27) *.375- $2 train fare |
| | 01/17/2004 | Audit Associate | $ 10.13 | Personal Car Mileage in Excess of Daily commute (27) *.375 on Saturday |
| | 01/19/2004 | Audit Associate | $ 8.13 | Personal Car Mileage in Excess of Daily commute (27) *.375- $2 train fare |
| | 01/20/2004 | Audit Associate | $ 8.13 | Personal Car Mileage in Excess of Daily commute (27) *.375- $2 train fare |
| | 01/21/2004 | Audit Associate | $ 8.13 | Personal Car Mileage in Excess of Daily commute (27) *.375- $2 train fare |
| | 01/22/2004 | Audit Associate | $ 8.13 | Personal Car Mileage in Excess of Daily commute (27) *.375- $2 train fare |
| | 01/23/2004 | Audit Associate | $ 8.13 | Personal Car Mileage in Excess of Daily commute (27) *.375- $2 train fare |
| | | | **$ 160.36** | |
| Maria Lopez | 01/20/2004 | Tax Manager | $ 52.50 | Personal Car Mileage in Excess of Daily commute (140) *.375 |
| | 01/21/2004 | Tax Manager | $ 52.50 | Personal Car Mileage in Excess of Daily commute (140) *.375 |
| | 01/22/2004 | Tax Manager | $ 52.50 | Personal Car Mileage in Excess of Daily commute (140) *.375 |
| | 01/23/2004 | Tax Manager | $ 52.50 | Personal Car Mileage in Excess of Daily commute (140) *.375 |
| | | | **$ 210.00** | |
| Raymond Bromark | 01/22/2004 | Audit Concurring Partner | $ 5.00 | Breakfast while travelling from NJ to Washington, DC for Grace audit committee meeting |
| | 01/21/2004 | Audit Concurring Partner | $ 144.00 | Round trip AmTrack fare from Wilimington, DE to Washington, DC |
| | 01/22/2004 | Audit Concurring Partner | $ 6.00 | Taxi fare in Washington, DC from train station to meeting |
| | 01/22/2004 | Audit Concurring Partner | $ 87.84 | Car service from AmTrack station to client site |
| | 01/22/2004 | Audit Concurring Partner | $ 224.00 | Round trip AmTrack fare from NYC to Baltimore, MD |
| | 01/22/2004 | Audit Concurring Partner | $ 152.90 | Hotel stay in Columbia, MD |
| | 01/22/2004 | Audit Concurring Partner | $ 7.00 | Tips while in Washington, DC |
| | | | **$ 626.74** | |
| Maureen Driscoll | 01/16/2004 | SPA Senior Associate | $ 98.26 | Personal Car Mileage in Excess of Daily commute (265-3) *.375 |
| | 01/16/2004 | SPA Senior Associate | $ 11.50 | Tolls from Philadelphia, PA to Columbia, MD |
| | | | **$ 109.76** | |
| Nick Stromann | 01/05/2004 | Audit Associate | $ 10.25 | Mileage in excess of daily commute (38 miles*.375)-$4 metro |
| | 01/06/2004 | Audit Associate | $ 10.25 | Mileage in excess of daily commute (38 miles*.375)-$4 metro |
| | 01/07/2004 | Audit Associate | $ 10.25 | Mileage in excess of daily commute (38 miles*.375)-$4 metro |
| | 01/08/2004 | Audit Associate | $ 10.25 | Mileage in excess of daily commute (38 miles*.375)-$4 metro |
| | 01/09/2004 | Audit Associate | $ 10.25 | Mileage in excess of daily commute (38 miles*.375)-$4 metro |
| | 01/10/2004 | Audit Associate | $ 10.25 | Mileage in excess of daily commute (38 miles*.375)-$4 metro |
| | 01/12/2004 | Audit Associate | $ 10.25 | Mileage in excess of daily commute (38 miles*.375)-$4 metro |
| | 01/13/2004 | Audit Associate | $ 10.25 | Mileage in excess of daily commute (38 miles*.375)-$4 metro |
| | 01/14/2004 | Audit Associate | $ 10.25 | Mileage in excess of daily commute (38 miles*.375)-$4 metro |
| | 01/15/2004 | Audit Associate | $ 10.25 | Mileage in excess of daily commute (38 miles*.375)-$4 metro |
| | 01/19/04 | Audit Associate | $ 7.06 | Donuts for Grace Team |
| | 01/23/04 | Audit Associate | $ 3.39 | Juice for Breakfast for Grace Team |
| | 01/24/04 | Audit Associate | $ 22.37 | Coffee, Donuts, and Bagels for Grace Team |
| | 01/16/04 | Audit Associate | $ 10.25 | Mileage in excess of daily commute (38 miles*.375)-$4 metro |
| | 01/17/04 | Audit Associate | $ 14.25 | Mileage to client site on Saturday (38 miles*.375) |
| | 01/19/04 | Audit Associate | $ 10.25 | Mileage in excess of daily commute (38 miles*.375)-$4 metro |
| | 01/20/04 | Audit Associate | $ 10.25 | Mileage in excess of daily commute (38 miles*.375)-$4 metro |
| | 01/21/04 | Audit Associate | $ 10.25 | Mileage in excess of daily commute (38 miles*.375)-$4 metro |
| | 01/22/04 | Audit Associate | $ 10.25 | Mileage in excess of daily commute (38 miles*.375)-$4 metro |
| | 01/23/04 | Audit Associate | $ 10.25 | Mileage in excess of daily commute (38 miles*.375)-$4 metro |
| | 01/24/04 | Audit Associate | $ 14.25 | Mileage to client site on Saturday (38 miles*.375) |
| | 01/26/04 | Audit Associate | $ 10.25 | Mileage in excess of daily commute (38 miles*.375)-$4 metro |
| | 01/27/04 | Audit Associate | $ 10.25 | Mileage in excess of daily commute (38 miles*.375)-$4 metro |
| | 01/28/04 | Audit Associate | $ 10.25 | Mileage in excess of daily commute (38 miles*.375)-$4 metro |
| | 01/29/04 | Audit Associate | $ 10.25 | Mileage in excess of daily commute (38 miles*.375)-$4 metro |
| | | | **$ 266.32** | |
| William Choi | 01/16/2004 | Audit Manager | $ 14.15 | over time meal |
| | 01/17/2004 | Audit Manager | $ 15.00 | over time meal |
| | 01/17/2004 | Audit Manager | $ 13.88 | working breakfast - saturday morning - engagement team/client |
| | 01/23/2004 | Audit Manager | $ 9.98 | over time meal |
| | 01/19/2004 | Audit Manager | $ 28.12 | Mileage in excess of daily commute (75 miles x 37.5) = 28.12 |
| | 01/17/2004 | Audit Manager | $ 28.12 | Mileage in excess of daily commute (75 miles x 37.5) = 28.12 |
| | 01/16/2004 | Audit Manager | $ 28.12 | Mileage in excess of daily commute (75 miles x 37.5) = 28.12 |
| | 01/21/2004 | Audit Manager | $ 28.12 | Mileage in excess of daily commute (75 miles x 37.5) = 28.12 |
| | 01/24/2004 | Audit Manager | $ 28.12 | Mileage in excess of daily commute (75 miles x 37.5) = 28.12 |
| | | | **$ 193.61** | |
| Michael McDonnell | 01/12/2004 | Audit Associate | $ 9.50 | Mileage in Excess of Daily Commute 24 miles less 4 miles @ $ 0.37.5, $2.00 Mass pike tolls |
| | 01/13/2004 | Audit Associate | $ 9.50 | Mileage in Excess of Daily Commute 24 miles less 4 miles @ $ 0.37.5, $2.00 Mass pike tolls |
| | 01/14/2004 | Audit Associate | $ 9.50 | Mileage in Excess of Daily Commute 24 miles less 4 miles @ $ 0.37.5, $2.00 Mass pike tolls |
| | 01/15/2004 | Audit Associate | $ 9.50 | Mileage in Excess of Daily Commute 24 miles less 4 miles @ $ 0.37.5, $2.00 Mass pike tolls |

| | | | | | |
|---|---|---|---|---|---|
| | 01/16/2004 | Audit Associate | $ | 9.50 | Mileage in Excess of Daily Commute 24 miles less 4 miles @ $ 0.37.5, $2.00 Mass pike tolls |
| | 01/16/2004 | Audit Associate | $ | 7.00 | Overtime Meals |
| | 01/19/2004 | Audit Associate | $ | 9.50 | Mileage in Excess of Daily Commute 24 miles less 4 miles @ $ 0.37.5, $2.00 Mass pike tolls |
| | 01/20/2004 | Audit Associate | $ | 11.50 | 24 miles less 4 commuting miles @ $.375 and $1.00 Tolls $ 3. Parking |
| | 01/21/2004 | Audit Associate | $ | 9.50 | Mileage in Excess of Daily Commute 24 miles less 4 miles @ $ 0.37.5, $2.00 Mass pike tolls |
| | 01/22/2004 | Audit Associate | $ | 9.50 | Mileage in Excess of Daily Commute 24 miles less 4 miles @ $ 0.37.5, $2.00 Mass pike tolls |
| | 01/22/2004 | Audit Associate | $ | 8.15 | Overtime Meals |
| | 01/23/2004 | Audit Associate | $ | 9.50 | Mileage in Excess of Daily Commute 24 miles less 4 miles @ $ 0.37.5, $2.00 Mass pike tolls |
| | 01/24/2004 | Audit Associate | $ | 9.50 | Mileage in Excess of Daily Commute 24 miles less 4 miles @ $ 0.37.5, $2.00 Mass pike tolls |
| | | | $ | 121.65 | |
| **Michelle Gerety** | 1/19/2004 | Tax Senior Manager | $ | 31.87 | Mileage to Grace 85 miles @ .375 |
| | 1/20/2004 | Tax Senior Manager | $ | 31.87 | Mileage to Grace 85 miles @ .375 |
| | 1/21/2004 | Tax Senior Manager | $ | 31.87 | Mileage to Grace 85 miles @ .375 |
| | 1/22/2004 | Tax Senior Manager | $ | 31.87 | Mileage to Grace 85 miles @ .375 |
| | 1/23/2004 | Tax Senior Manager | $ | 31.87 | Mileage to Grace 85 miles @ .375 |
| | 1/26/2004 | Tax Senior Manager | $ | 31.87 | Mileage to Grace 85 miles @ .375 |
| | | | $ | 191.22 | |
| **Sandra David** | 01/12/2004 | Audit Manager | $ | 4.50 | Mileage in excess of daily commute (12 miles *.375) |
| | 01/13/2004 | Audit Manager | $ | 4.50 | Mileage in excess of daily commute (12 miles *.375) |
| | 01/14/2004 | Audit Manager | $ | 7.88 | Mileage in excess of daily commute (12 miles *.375) |
| | 01/15/2004 | Audit Manager | $ | 4.50 | Mileage in excess of daily commute (12 miles *.375) |
| | | | $ | 21.38 | |
| **Mark Schwartz** | 01/21/2004 | Tax Senior Manager | $ | 106.63 | Dinner with German Jimenez-Grace Tax Provision |
| | 01/21/2004 | Tax Senior Manager | $ | 28.65 | Lunch with Young Lee working on Grace tax provision |
| | 01/22/2004 | Tax Senior Manager | $ | 7.63 | Working lunch |
| | 01/19/2004 | Tax Senior Manager | $ | 38.44 | Mileage in excess of daily commute (102.5 miles * .375) |
| | 01/20/2004 | Tax Senior Manager | $ | 38.44 | Mileage in excess of daily commute (102.5 miles * .375) |
| | 01/22/2004 | Tax Senior Manager | $ | 38.44 | Mileage in excess of daily commute (102.5 miles * .375) |
| | 01/23/2004 | Tax Senior Manager | $ | 38.44 | Mileage in excess of daily commute (102.5 miles * .375) |
| | | | $ | 296.66 | |
| **Young Lee** | 01/20/2004 | Tax Associate | $ | 24.38 | Mileage in excess of daily commute (65 miles * .375) |
| | 01/21/2004 | Tax Associate | $ | 24.38 | Mileage in excess of daily commute (65 miles * .375) |
| | 01/22/2004 | Tax Associate | $ | 24.38 | Mileage in excess of daily commute (65 miles * .375) |
| | 01/23/2004 | Tax Associate | $ | 24.38 | Mileage in excess of daily commute (65 miles * .375) |
| | 01/26/2004 | Tax Associate | $ | 24.38 | Mileage in excess of daily commute (65 miles * .375) |
| | 01/27/2004 | Tax Associate | $ | 24.38 | Mileage in excess of daily commute (65 miles * .375) |
| | | | $ | 146.28 | |
| **Tom Kalinosky** | 01/23/2004 | Audit Specialist | $ | 5.85 | Meal while Traveling |
| | 01/23/2004 | Audit Specialist | $ | 10.72 | Meal while Traveling |
| | 01/23/2004 | Audit Specialist | $ | 1,214.40 | Airfare from CT to Boca Raton, FL |
| | 01/23/2004 | Audit Specialist | $ | 26.00 | Airport Parking |
| | 01/23/2004 | Audit Specialist | $ | 50.88 | Rental Car - 2 days |
| | 01/23/2004 | Audit Specialist | $ | 184.85 | One night hotel lodging while traveling in Boca Raton, FL |
| | 01/10/2004 | Audit Specialist | $ | 6.80 | Cell phone Charges while Traveling |
| | | | $ | 1,499.50 | |
| **Scott Tremble** | 01/16/2004 | Audit Associate | $ | 10.67 | Breakfast for Audit Team |
| | 01/23/2004 | Audit Associate | $ | 10.67 | Breakfast for Audit Team |
| | 01/14/2004 | Audit Associate | $ | 47.31 | Overtime Dinner for S. David, J Qi, M. McDonell, B. Rodriguez, and S. Tremble |
| | | | $ | 68.65 | |
| **Todd Hutcherson** | 01/13/2004 | Audit Manager | $ | 18.12 | Breakfast on Travel in Cambridge, MA |
| | 01/14/2004 | Audit Manager | $ | 51.95 | Dinner on Travel in Cambridge, MA |
| | 01/15/2004 | Audit Manager | $ | 17.51 | Breakfast on Travel in Cambridge, MA |
| | 01/06/2004 | Audit Manager | $ | 37.00 | Mileage in excess of daily commute (101*.375) |
| | 01/12/2004 | Audit Manager | $ | 176.70 | Airfare to Boca Raton from Virginia |
| | 01/12/2004 | Audit Manager | $ | 247.83 | Airfare to Boston from Virginia |
| | 01/13/2004 | Audit Manager | $ | 37.00 | Mileage in excess of daily commute (101*.375) |
| | 01/14/2004 | Audit Manager | $ | 28.00 | Parking at audit committee meeting |
| | 01/15/2004 | Audit Manager | $ | 19.00 | Parking at airport |
| | 01/13/2004 | Audit Manager | $ | 130.90 | One night hotel in Cambridge, MA |
| | 01/14/2004 | Audit Manager | $ | 162.28 | One night hotel in |
| | 01/16/2004 | Audit Manager | $ | 151.21 | Working lunch w/ GRMS and ABAS teams - total 8 people |
| | 01/19/2004 | Audit Manager | $ | 10.41 | Lunch on Travel |
| | 01/19/2004 | Audit Manager | $ | 321.65 | Overtime dinner in boston for 6 staff and the client |
| | 01/20/2004 | Audit Manager | $ | 16.24 | Breakfast on Travel |
| | 01/20/2004 | Audit Manager | $ | 35.14 | Dinner on Travel |
| | 01/22/2004 | Audit Manager | $ | 19.28 | Dinner on Travel |
| | 01/23/2004 | Audit Manager | $ | 26.86 | Dinner on Travel |
| | 01/23/2004 | Audit Manager | $ | 30.53 | Dinner while travelling |
| | 01/23/2004 | Audit Manager | $ | 29.34 | Breakfast w/ T. Kalinowsky in Boca Raton |
| | 01/24/2004 | Audit Manager | $ | 12.58 | Breakfast in Boca Raton |
| | 01/24/2004 | Audit Manager | $ | 22.15 | Dinner while in Boca Raton |
| | 01/24/2004 | Audit Manager | $ | 106.16 | Lunch at client w/ client and team - five people |
| | 01/16/2004 | Audit Manager | $ | 37.00 | Mileage in excess of daily commute (101*.375) |
| | 01/19/2004 | Audit Manager | $ | 44.35 | Cab from airport |
| | 01/20/2004 | Audit Manager | $ | 51.20 | Cab to airport |
| | 01/20/2004 | Audit Manager | $ | 27.75 | Cab to client |
| | 01/20/2004 | Audit Manager | $ | 30.00 | airport parking |
| | 01/24/2004 | Audit Manager | $ | 24.00 | airport parking |
| | 01/24/2004 | Audit Manager | $ | 86.25 | Rental Car |
| | 01/20/2004 | Audit Manager | $ | 156.30 | One night hotel in Boston |
| | 01/22/2004 | Audit Manager | $ | 183.70 | One night hotel in Florida |
| | 01/23/2004 | Audit Manager | $ | 183.70 | One night hotel in Florida |
| | 01/19/2004 | Audit Manager | $ | 9.95 | Telecommunications phone charges in the hotel room |
| | 01/23/2004 | Audit Manager | $ | 9.95 | Telecommunications phone charges in the hotel room |
| | | | $ | 2,551.99 | |
| **Bethanie Lydon** | 01/12/2004 | Audit Associate | $ | 21.00 | Parking at the Boston Office |
| | | | $ | 21.00 | |
| | | **Total** | $ | 10,231.48 | |

**CONSOLIDATED AUDIT**
**EXPENSE DETAIL**
**For the Month Ended January 31, 2004**

| Personnel | Date | Transportation | Lodging | Sundry | Business Meals and Entertainment | | Description |
|---|---|---|---|---|---|---|---|
| **Lauren Misler** | 01/12/2004 | $ 24.19 | | | | | Personal Car mileage in excess of daily commute (52 miles *.375 = 24.19) |
| **Lauren Misler** | 01/13/2004 | $ 20.63 | | | | | Personal Car mileage in excess of daily commute (85-25)*.375 = 20.63 |
| **Lauren Misler** | 01/14/2004 | $ 20.63 | | | | | Personal Car mileage in excess of daily commute (85-25)*.375 = 20.63 |
| **Lauren Misler** | 01/15/2004 | $ 20.63 | | | | | Personal Car mileage in excess of daily commute (85-25)*.375 = 20.63 |
| **Lauren Misler** | 01/16/2004 | $ 20.63 | | | | | Personal Car mileage in excess of daily commute (85-25)*.375 = 20.63 |
| **Lauren Misler** | 01/19/2004 | $ 20.63 | | | | | Personal Car mileage in excess of daily commute (85-25)*.375 = 20.63 |
| **Lauren Misler** | 01/20/2004 | $ 26.25 | | | | | Personal Car mileage in excess of daily commute (95-25)*.375 = 26.25 |
| **Lauren Misler** | 01/21/2004 | $ 26.25 | | | | | Personal Car mileage in excess of daily commute (95-25)*.375 = 26.25 |
| **Lauren Misler** | 01/22/2004 | $ 26.25 | | | | | Personal Car mileage in excess of daily commute (95-25)*.375 = 26.25 |
| **Lauren Misler** | 01/23/2004 | $ 20.63 | | | | | Personal Car mileage in excess of daily commute (85-25)*.375 = 20.63 |
| **Lauren Misler** | 01/24/2004 | $ 31.88 | | | | | Personal Car mileage on weekend (85)*.375 = 31.88 |
| **Lauren Misler** | 01/25/2004 | $ 15.75 | | | | | Personal Car mileage on weekend to hotel (42*.375 = 15.75) |
| **Lauren Misler** | 01/27/2004 | $ 11.25 | | | | | Personal Car mileage one way  (42-12)*.375 = 11.25 |
| **Lauren Misler** | 01/28/2004 | $ 20.63 | | | | | Personal Car mileage in excess of daily commute (85-25)*.375 = 20.63 |
| **Lauren Misler** | 01/29/2004 | $ 20.63 | | | | | Personal Car mileage in excess of daily commute (85-25)*.375 = 20.63 |
| **Lauren Misler** | 01/26/2004 | | | | $ | 51.00 | Lunch for PwC Grace Engagement Team |
| **Lauren Misler** | 01/27/2004 | | | | $ | 37.00 | Lunch for PwC Grace Engagement Team |
| | | | | | | | |
| **Jeff Zartman** | 01/12/2004 | | | | $ | 18.68 | Overtime dinner WR Grace Audit team |
| **Jeff Zartman** | 01/14/2004 | | | | $ | 8.00 | Overtime dinner |
| **Jeff Zartman** | 01/05/2004 | $ 29.25 | | | | | Personal Car Mileage in excess of daily commute (78 *.375) |
| **Jeff Zartman** | 01/06/2004 | $ 29.25 | | | | | Personal Car Mileage in excess of daily commute (78 *.375) |
| **Jeff Zartman** | 01/07/2004 | $ 29.25 | | | | | Personal Car Mileage in excess of daily commute (78 *.375) |
| **Jeff Zartman** | 01/08/2004 | $ 29.25 | | | | | Personal Car Mileage in excess of daily commute (78 *.375) |
| **Jeff Zartman** | 01/09/2004 | $ 29.25 | | | | | Personal Car Mileage in excess of daily commute (78 *.375) |
| **Jeff Zartman** | 01/10/2004 | $ 30.75 | | | | | Personal Car Mileage in excess of daily commute (82 *.375) |
| **Jeff Zartman** | 01/12/2004 | $ 29.25 | | | | | Personal Car Mileage in excess of daily commute (78 *.375) |
| **Jeff Zartman** | 01/13/2004 | $ 29.25 | | | | | Personal Car Mileage in excess of daily commute (78 *.375) |
| **Jeff Zartman** | 01/14/2004 | $ 29.25 | | | | | Personal Car Mileage in excess of daily commute (78 *.375) |
| **Jeff Zartman** | 01/15/2004 | $ 29.25 | | | | | Personal Car Mileage in excess of daily commute (78 *.375) |
| **Jeff Zartman** | 01/16/2004 | $ 29.25 | | | | | Personal Car Mileage in excess of daily commute (78 *.375) |
| **Jeff Zartman** | 01/17/2004 | $ 29.25 | | | | | Personal Car Mileage in excess of daily commute (78 *.375) |
| **Jeff Zartman** | 01/19/2004 | $ 16.50 | | | | | Personal Car Mileage in excess of daily commute (44 *.375) |
| **Jeff Zartman** | 01/22/2004 | $ 15.00 | | | | | Personal Car Mileage in excess of daily commute (40 *.375) |
| **Jeff Zartman** | 01/23/2004 | $ 29.25 | | | | | Personal Car Mileage in excess of daily commute (78 *.375) |
| **Jeff Zartman** | 01/24/2004 | $ 33.00 | | | | | Personal Car Mileage in excess of daily commute (78 *.375) |
| **Jeff Zartman** | 01/25/2004 | $ 16.50 | | | | | Personal Car Mileage in excess of daily commute (88 *.375) |
| **Jeff Zartman** | 01/27/2004 | $ 15.00 | | | | | Personal Car Mileage in excess of daily commute (44 *.375) |
| **Jeff Zartman** | 01/28/2004 | $ 29.25 | | | | | Personal Car Mileage in excess of daily commute (40 *.375) |
| **Jeff Zartman** | 01/29/2004 | $ 29.25 | | | | | Personal Car Mileage in excess of daily commute (78 *.375) |
| **Jeff Zartman** | 01/30/2004 | $ 29.25 | | | | | Personal Car Mileage in excess of daily commute (78 *.375) |
| **Jeff Zartman** | 01/17/2004 | | | | $ | 39.00 | Overtime meal with Grace Audit Team |
| **Jeff Zartman** | 01/21/2004 | | | | $ | 6.75 | Overtime Dinner |
| **Jeff Zartman** | 01/26/2004 | | | | $ | 52.12 | Overtime meal with Grace Audit Team |
| | | | | | | | |
| **Cheryl Frick** | 01/05/2004 | | | | $ | 28.34 | Overtime Meal for C. Frick, N. Stromann, J. Zartman |
| **Cheryl Frick** | 01/06/2004 | | | | $ | 40.71 | Overtime Meal for N. Govic, C. Frick, A. Stickley |
| | | | | | | | |
| **Nina Govic** | 01/05/2004 | | | | $ | 20.51 | Overtime dinner for engagement team |
| **Nina Govic** | 01/09/2004 | | | | $ | 6.44 | Breakfast for Engagement team and client staff |
| **Nina Govic** | 01/12/2004 | | | | $ | 53.05 | Overtime meal for engagment team |
| **Nina Govic** | 01/13/2004 | | | | $ | 62.33 | Overtime dinner for engagment team |
| **Nina Govic** | 01/13/2004 | | | | $ | 19.42 | Overtime dinner for engagment team |
| **Nina Govic** | 01/14/2004 | | | | $ | 125.00 | Overtime dinner for engagment team |
| **Nina Govic** | 01/15/2004 | | | | $ | 78.00 | Overtime dinner for engagment team |
| **Nina Govic** | 01/05/2004 | $ 32.25 | | | | | Personal car mileage |
| **Nina Govic** | 01/06/2004 | $ 32.25 | | | | | Personal car mileage |
| **Nina Govic** | 01/07/2004 | $ 32.25 | | | | | Personal car mileage |
| **Nina Govic** | 01/08/2004 | $ 32.25 | | | | | Personal car mileage |
| **Nina Govic** | 01/09/2004 | $ 32.25 | | | | | Personal car mileage |
| **Nina Govic** | 01/10/2004 | $ 32.25 | | | | | Personal car mileage |
| **Nina Govic** | 01/12/2004 | $ 32.25 | | | | | Personal car mileage |
| **Nina Govic** | 01/13/2004 | $ 32.25 | | | | | Personal car mileage |
| **Nina Govic** | 01/15/2004 | $ 32.25 | | | | | Personal car mileage |
| **Nina Govic** | 01/16/2004 | $ 32.25 | | | | | Personal car mileage |
| **Nina Govic** | 01/17/2004 | $ 34.88 | | | | | Personal car mileage |
| **Nina Govic** | 01/19/2004 | | | | $ | 101.77 | Overtime dinner for engagment team |
| **Nina Govic** | 01/19/2004 | $ 16.13 | | | | | Personal car mileage |
| **Nina Govic** | 01/20/2004 | | | | $ | 149.58 | Overtime dinner for engagment team |
| **Nina Govic** | 01/20/2004 | | | | $ | 14.71 | Overtime dinner for engagment team |
| **Nina Govic** | 01/21/2004 | | | | $ | 100.38 | Overtime dinner for engagment team |
| **Nina Govic** | 01/22/2004 | | | | $ | 94.78 | Overtime dinner for engagment team |
| **Nina Govic** | 01/23/2004 | $ 16.13 | | | | | Personal car mileage |
| **Nina Govic** | 01/24/2004 | $ 34.88 | | | | | Personal car mileage |
| **Nina Govic** | 01/25/2004 | $ 16.13 | | | | | Personal car mileage |
| **Nina Govic** | 01/26/2004 | | | | $ | 58.53 | Overtime dinner for engagment team |
| **Nina Govic** | 01/26/2004 | | | | $ | 22.78 | Overtime dinner for engagment team |
| **Nina Govic** | 01/27/2004 | $ 16.13 | | | | | Personal car mileage |
| | | | | | | | |
| **Aimee Stickley** | 01/10/2004 | | | | $ | 42.00 | Saturday lunch for WR Grace Engagement team; C.Frick, N. Stromann, A. Stickley |
| **Aimee Stickley** | 01/10/2004 | | | | $ | 16.08 | Breakfast for engagement team; C.Frick, N. Stromann, J. Zartman, A. Stickley |
| **Aimee Stickley** | 01/05/2004 | $ 222.00 | | | | | Personal car mileage in excess of daily commute (27.75*8 days) |
| **Aimee Stickley** | 01/10/2004 | $ 32.25 | | | | | Personal car mileage for weekend work (43 miles*2)*.375 = 32.25 |
| **Aimee Stickley** | 01/26/2004 | | | | $ | 9.40 | Out of town breakfast |
| **Aimee Stickley** | 01/16/2004 | $ 166.50 | | | | | Personal Car mileage in excess of daily commute (27.75*6 days) |
| **Aimee Stickley** | 01/17/2004 | $ 64.50 | | | | | Personal car mileage for weekend work (43 miles*2)*.86= 64.50 |
| | | | | | | | |
| **W. L Farmer** | 12/22/2003 | $ 23.40 | | | | | Personal car mileage |

| Name | Date | Amount | Amount | Description |
|---|---|---|---|---|
| **W. L Farmer** | 01/13/2004 | $ 24.38 | | Personal car mileage |
| **W. L Farmer** | 01/15/2004 | $ 22.00 | | Parking |
| **W. L Farmer** | 01/20/2004 | $ 24.38 | | Personal car mileage |
| **W. L Farmer** | 01/21/2004 | | $ 376.80 | Dinner with client |
| **W. L Farmer** | 01/22/2004 | $ 24.38 | | Personal car mileage |
| **W. L Farmer** | 01/24/2004 | $ 24.38 | | Personal car mileage |
| | | | | |
| **Jean Qi** | 01/08/2004 | $ 30.00 | | Parking |
| **Jean Qi** | 01/12/2004 | $ 15.50 | | Personal car mileage |
| **Jean Qi** | 01/13/2004 | $ 15.50 | | Personal car mileage |
| **Jean Qi** | 01/14/2004 | $ 15.50 | | Personal car mileage |
| **Jean Qi** | 01/15/2004 | $ 15.50 | | Personal car mileage |
| **Jean Qi** | 01/15/2004 | | $ 32.89 | Overtime meal |
| | | | | |
| **Bill Bishop** | 01/15/2004 | $ 11.00 | | Parking |
| | | | | |
| **Bianca Rodriguez** | 01/12/2004 | $ 8.12 | | Personal Car Mileage |
| **Bianca Rodriguez** | 01/13/2004 | $ 7.74 | | Personal Car Mileage |
| **Bianca Rodriguez** | 01/13/2004 | $ 21.00 | | Parking |
| **Bianca Rodriguez** | 01/14/2004 | $ 8.12 | | Personal Car Mileage |
| **Bianca Rodriguez** | 01/15/2004 | $ 8.12 | | Personal Car Mileage |
| **Bianca Rodriguez** | 01/17/2004 | | $ 48.35 | Overtime meal |
| **Bianca Rodriguez** | 01/16/2004 | $ 8.13 | | Personal Car Mileage |
| **Bianca Rodriguez** | 01/17/2004 | $ 10.13 | | Personal Car Mileage |
| **Bianca Rodriguez** | 01/19/2004 | $ 8.13 | | Personal Car Mileage |
| **Bianca Rodriguez** | 01/20/2004 | $ 8.13 | | Personal Car Mileage |
| **Bianca Rodriguez** | 01/21/2004 | $ 8.13 | | Personal Car Mileage |
| **Bianca Rodriguez** | 01/22/2004 | $ 8.13 | | Personal Car Mileage |
| **Bianca Rodriguez** | 01/23/2004 | $ 8.13 | | Personal Car Mileage |
| | | | | |
| **Maria Lopez** | 01/20/2004 | $ 52.50 | | Personal Car Mileage |
| **Maria Lopez** | 01/21/2004 | $ 52.50 | | Personal Car Mileage |
| **Maria Lopez** | 01/22/2004 | $ 52.50 | | Personal Car Mileage |
| **Maria Lopez** | 01/23/2004 | $ 52.50 | | Personal Car Mileage |
| | | | | |
| **Ray Bromark** | 01/22/2004 | | $ 5.00 | Breakfast while travelling |
| **Ray Bromark** | 01/21/2004 | $ 144.00 | | Train fare |
| **Ray Bromark** | 01/22/2004 | $ 6.00 | | Taxi fare |
| **Ray Bromark** | 01/22/2004 | $ 87.84 | | Car service |
| **Ray Bromark** | 01/22/2004 | $ 224.00 | | Train fare |
| **Ray Bromark** | 01/22/2004 | $ 152.90 | | Hotel for one night |
| **Ray Bromark** | 01/22/2004 | | $ 7.00 | Tips while travelling |
| | | | | |
| **Maureen Driscoll** | 01/16/2004 | $ 98.26 | | Mileage in excess of daily commute |
| **Maureen Driscoll** | 01/16/2004 | $ 11.50 | | Tolls paid to client site |
| | | | | |
| **Nicholas Stromann** | 01/05/2004 | $ 10.25 | | Mileage in excess of daily commute (38 miles*.375)-$4 metro |
| **Nicholas Stromann** | 01/06/2004 | $ 10.25 | | Mileage in excess of daily commute (38 miles*.375)-$4 metro |
| **Nicholas Stromann** | 01/07/2004 | $ 10.25 | | Mileage in excess of daily commute (38 miles*.375)-$4 metro |
| **Nicholas Stromann** | 01/08/2004 | $ 10.25 | | Mileage in excess of daily commute (38 miles*.375)-$4 metro |
| **Nicholas Stromann** | 01/09/2004 | $ 10.25 | | Mileage in excess of daily commute (38 miles*.375)-$4 metro |
| **Nicholas Stromann** | 01/10/2004 | $ 10.25 | | Mileage in excess of daily commute (38 miles*.375)-$4 metro |
| **Nicholas Stromann** | 01/12/2004 | $ 10.25 | | Mileage in excess of daily commute (38 miles*.375)-$4 metro |
| **Nicholas Stromann** | 01/13/2004 | $ 10.25 | | Mileage in excess of daily commute (38 miles*.375)-$4 metro |
| **Nicholas Stromann** | 01/14/2004 | $ 10.25 | | Mileage in excess of daily commute (38 miles*.375)-$4 metro |
| **Nicholas Stromann** | 01/15/2004 | $ 10.25 | | Mileage in excess of daily commute (38 miles*.375)-$4 metro |
| **Nicholas Stromann** | 01/19/04 | | $ 7.06 | Donuts for Grace Team |
| **Nicholas Stromann** | 01/23/04 | | $ 3.39 | Juice for Breakfast for Grace Team |
| **Nicholas Stromann** | 01/24/04 | | $ 22.37 | Coffee, Donuts, and Bagels for Grace Team |
| **Nicholas Stromann** | 01/16/04 | $ 10.25 | | Mileage in excess of daily commute (38 miles*.375)-$4 metro |
| **Nicholas Stromann** | 01/17/04 | $ 14.25 | | Mileage to client site on Saturday (38 miles*.375) |
| **Nicholas Stromann** | 01/19/04 | $ 10.25 | | Mileage in excess of daily commute (38 miles*.375)-$4 metro |
| **Nicholas Stromann** | 01/20/04 | $ 10.25 | | Mileage in excess of daily commute (38 miles*.375)-$4 metro |
| **Nicholas Stromann** | 01/21/04 | $ 10.25 | | Mileage in excess of daily commute (38 miles*.375)-$4 metro |
| **Nicholas Stromann** | 01/22/04 | $ 10.25 | | Mileage in excess of daily commute (38 miles*.375)-$4 metro |
| **Nicholas Stromann** | 01/23/04 | $ 10.25 | | Mileage in excess of daily commute (38 miles*.375)-$4 metro |
| **Nicholas Stromann** | 01/24/04 | $ 14.25 | | Mileage to client site on Saturday (38 miles*.375) |
| **Nicholas Stromann** | 01/26/04 | $ 10.25 | | Mileage in excess of daily commute (38 miles*.375)-$4 metro |
| **Nicholas Stromann** | 01/27/04 | $ 10.25 | | Mileage in excess of daily commute (38 miles*.375)-$4 metro |
| **Nicholas Stromann** | 01/28/04 | $ 10.25 | | Mileage in excess of daily commute (38 miles*.375)-$4 metro |
| **Nicholas Stromann** | 01/29/04 | $ 10.25 | | Mileage in excess of daily commute (38 miles*.375)-$4 metro |
| | | | | |
| **William Choi** | 01/16/2004 | | $ 14.15 | over time meal |
| **William Choi** | 01/17/2004 | | $ 15.00 | over time meal |
| **William Choi** | 01/17/2004 | | $ 13.88 | working breakfast - saturday morning - engagement team/client |
| **William Choi** | 01/23/2004 | | $ 9.98 | over time meal |
| **William Choi** | 01/19/2004 | $ 28.12 | | Mileage in excess of daily commute (75 miles x 37.5) = 28.12 |
| **William Choi** | 01/17/2004 | $ 28.12 | | Mileage in excess of daily commute (75 miles x 37.5) = 28.12 |
| **William Choi** | 01/16/2004 | $ 28.12 | | Mileage in excess of daily commute (75 miles x 37.5) = 28.12 |
| **William Choi** | 01/21/2004 | $ 28.12 | | Mileage in excess of daily commute (75 miles x 37.5) = 28.12 |
| **William Choi** | 01/24/2004 | $ 28.12 | | Mileage in excess of daily commute (75 miles x 37.5) = 28.12 |
| | | | | |
| **Michael McDonnell** | 01/12/2004 | $ 9.50 | | Mileage in Excess of Daily Commute 24 miles less 4 miles @ $ 0.37.5, $2.00 Mass pike tolls |
| **Michael McDonnell** | 01/13/2004 | $ 9.50 | | Mileage in Excess of Daily Commute 24 miles less 4 miles @ $ 0.37.5, $2.00 Mass pike tolls |
| **Michael McDonnell** | 01/14/2004 | $ 9.50 | | Mileage in Excess of Daily Commute 24 miles less 4 miles @ $ 0.37.5, $2.00 Mass pike tolls |
| **Michael McDonnell** | 01/15/2004 | $ 9.50 | | Mileage in Excess of Daily Commute 24 miles less 4 miles @ $ 0.37.5, $2.00 Mass pike tolls |
| **Michael McDonnell** | 01/16/2004 | $ 9.50 | | Mileage in Excess of Daily Commute 24 miles less 4 miles @ $ 0.37.5, $2.00 Mass pike tolls |
| **Michael McDonnell** | 01/16/2004 | | $ 7.00 | Overtime Meals |
| **Michael McDonnell** | 01/19/2004 | $ 9.50 | | Mileage in Excess of Daily Commute 24 miles less 4 miles @ $ 0.37.5, $2.00 Mass pike tolls |
| **Michael McDonnell** | 01/20/2004 | $ 11.50 | | Mileage in excess of Daily Commute 24 miles less 4 miles @ $.375 and $1.00 Tolls $ 3.00 Parking |
| **Michael McDonnell** | 01/21/2004 | $ 9.50 | | Mileage in Excess of Daily Commute 24 miles less 4 miles @ $ 0.37.5, $2.00 Mass pike tolls |
| **Michael McDonnell** | 01/22/2004 | $ 9.50 | | Mileage in Excess of Daily Commute 24 miles less 4 miles @ $ 0.37.5, $2.00 Mass pike tolls |
| **Michael McDonnell** | 01/22/2004 | | $ 8.15 | Overtime Meals |
| **Michael McDonnell** | 01/23/2004 | $ 9.50 | | Mileage in Excess of Daily Commute 24 miles less 4 miles @ $ 0.37.5, $2.00 Mass pike tolls |
| **Michael McDonnell** | 01/24/2004 | $ 9.50 | | Mileage in Excess of Daily Commute 24 miles less 4 miles @ $ 0.37.5, $2.00 Mass pike tolls |

| Name | Date | Transportation | Lodging | Sundry | Business Meals | Description |
|---|---|---|---|---|---|---|
| **Michelle Gerety** | 1/19/2004 | $ 31.87 | | | | Mileage in excess of daily commute (85 miles @ .375) |
| **Michelle Gerety** | 1/20/2004 | $ 31.87 | | | | Mileage in excess of daily commute (85 miles @ .375) |
| **Michelle Gerety** | 1/21/2004 | $ 31.87 | | | | Mileage in excess of daily commute (85 miles @ .375) |
| **Michelle Gerety** | 1/22/2004 | $ 31.87 | | | | Mileage in excess of daily commute (85 miles @ .375) |
| **Michelle Gerety** | 1/23/2004 | $ 31.87 | | | | Mileage in excess of daily commute (85 miles @ .375) |
| **Michelle Gerety** | 1/26/2004 | $ 31.87 | | | | Mileage in excess of daily commute (85 miles @ .375) |
| | | | | | | |
| **Sandra David** | 01/12/2004 | $ 4.50 | | | | Mileage in excess of daily commute (12 miles *.375) |
| **Sandra David** | 01/13/2004 | $ 4.50 | | | | Mileage in excess of daily commute (12 miles *.375) |
| **Sandra David** | 01/14/2004 | $ 7.88 | | | | Mileage in excess of daily commute (12 miles *.375) |
| **Sandra David** | 01/15/2004 | $ 4.50 | | | | Mileage in excess of daily commute (12 miles *.375) |
| | | | | | | |
| **Marc Schwartz** | 01/21/2004 | | | | $ 106.63 | Dinner with German Jimenez-Grace Tax Provision |
| **Marc Schwartz** | 01/21/2004 | | | | $ 28.65 | Lunch with Young Lee working on Grace tax provision |
| **Marc Schwartz** | 01/22/2004 | | | | $ 7.63 | Lunch |
| **Marc Schwartz** | 01/19/2004 | $ 38.44 | | | | Mileage in excess of daily commute (102.5 miles * .375) |
| **Marc Schwartz** | 01/20/2004 | $ 38.44 | | | | Mileage in excess of daily commute (102.5 miles * .375) |
| **Marc Schwartz** | 01/22/2004 | $ 38.44 | | | | Mileage in excess of daily commute (102.5 miles * .375) |
| **Marc Schwartz** | 01/23/2004 | $ 38.44 | | | | Mileage in excess of daily commute (102.5 miles * .375) |
| | | | | | | |
| **Young Lee** | 01/20/2004 | $ 24.38 | | | | Mileage in excess of daily commute (65 miles * .375) |
| **Young Lee** | 01/21/2004 | $ 24.38 | | | | Mileage in excess of daily commute (65 miles * .375) |
| **Young Lee** | 01/22/2004 | $ 24.38 | | | | Mileage in excess of daily commute (65 miles * .375) |
| **Young Lee** | 01/23/2004 | $ 24.38 | | | | Mileage in excess of daily commute (65 miles * .375) |
| **Young Lee** | 01/26/2004 | $ 24.38 | | | | Mileage in excess of daily commute (65 miles * .375) |
| **Young Lee** | 01/27/2004 | $ 24.38 | | | | Mileage in excess of daily commute (65 miles * .375) |
| | | | | | | |
| **Scott Tremble** | 01/16/2004 | | | | $ 10.67 | Breakfast for Audit Team |
| **Scott Tremble** | 01/23/2004 | | | | $ 10.67 | Breakfast for Audit Team |
| **Scott Tremble** | 01/14/2004 | | | | $ 47.31 | Overtime Dinner for S. David, J Qi, M. McDonell, B. Rodriguez, and S. Tremble |
| | | | | | | |
| **Tom Kalinosky** | 01/23/2004 | | | | $ 5.85 | Meal while Traveling |
| **Tom Kalinosky** | 01/23/2004 | | | | $ 10.72 | Meal while Traveling |
| **Tom Kalinosky** | 01/23/2004 | $ 1,214.40 | | | | Airfare |
| **Tom Kalinosky** | 01/23/2004 | $ 26.00 | | | | Airport Parking |
| **Tom Kalinosky** | 01/23/2004 | $ 50.88 | | | | Rental Car |
| **Tom Kalinosky** | 01/23/2004 | | $ 184.85 | | | One night hotel lodging while traveling |
| **Tom Kalinosky** | 01/10/2004 | | | $ 6.80 | | Cell phone Charges while Traveling |
| | | | | | | |
| **Todd Hutcherson** | 01/13/2004 | | | | $ 18.12 | Breakfast on Travel |
| **Todd Hutcherson** | 01/14/2004 | | | | $ 51.95 | Dinner on Travel |
| **Todd Hutcherson** | 01/15/2004 | | | | $ 17.51 | Breakfast on Travel |
| **Todd Hutcherson** | 01/06/2004 | $ 37.00 | | | | Mileage in excess of daily commute (101*.375) |
| **Todd Hutcherson** | 01/12/2004 | $ 176.70 | | | | Airfare to Boca |
| **Todd Hutcherson** | 01/12/2004 | $ 247.83 | | | | Airfare to Boston |
| **Todd Hutcherson** | 01/13/2004 | $ 37.00 | | | | Mileage in excess of daily commute (101*.375) |
| **Todd Hutcherson** | 01/14/2004 | $ 28.00 | | | | Parking |
| **Todd Hutcherson** | 1/1/504 | $ 19.00 | | | | Parking |
| **Todd Hutcherson** | 01/13/2004 | | $ 130.90 | | | One night hotel |
| **Todd Hutcherson** | 01/14/2004 | | $ 162.28 | | | One night hotel |
| **Todd Hutcherson** | 01/16/2004 | | | | $ 151.21 | Working lunch w/ GRMS and ABAS teams |
| **Todd Hutcherson** | 01/19/2004 | | | | $ 10.41 | Lunch on Travel |
| **Todd Hutcherson** | 01/19/2004 | | | | $ 321.65 | Team building dinner in boston |
| **Todd Hutcherson** | 01/20/2004 | | | | $ 16.24 | Breakfast on Travel |
| **Todd Hutcherson** | 01/20/2004 | | | | $ 35.14 | Dinner on Travel |
| **Todd Hutcherson** | 01/22/2004 | | | | $ 19.28 | Dinner on Travel |
| **Todd Hutcherson** | 01/23/2004 | | | | $ 26.86 | Dinner on Travel |
| **Todd Hutcherson** | 01/23/2004 | | | | $ 30.53 | Dinner |
| **Todd Hutcherson** | 01/23/2004 | | | | $ 29.34 | Breakfast w/ T. Kalinowsky |
| **Todd Hutcherson** | 01/24/2004 | | | | $ 12.58 | Breakfast |
| **Todd Hutcherson** | 01/24/2004 | | | | $ 22.15 | Dinner |
| **Todd Hutcherson** | 01/24/2004 | | | | $ 106.16 | Lunch at client w/ client and team |
| **Todd Hutcherson** | 01/16/2004 | $ 37.00 | | | | Mileage in excess of daily commute (101*.375) |
| **Todd Hutcherson** | 01/19/2004 | $ 44.35 | | | | Cab from airport |
| **Todd Hutcherson** | 01/20/2004 | $ 51.20 | | | | Cab to airport |
| **Todd Hutcherson** | 01/20/2004 | $ 27.75 | | | | Cab to client |
| **Todd Hutcherson** | 01/20/2004 | $ 30.00 | | | | airport parking |
| **Todd Hutcherson** | 01/24/2004 | $ 24.00 | | | | airport parking |
| **Todd Hutcherson** | 01/24/2004 | $ 86.25 | | | | Rental Car |
| **Todd Hutcherson** | 01/20/2004 | | $ 156.30 | | | One night hotel in Boston |
| **Todd Hutcherson** | 01/22/2004 | | $ 183.70 | | | One night hotel in Florida |
| **Todd Hutcherson** | 01/23/2004 | | $ 183.70 | | | One night hotel in Florida |
| **Todd Hutcherson** | 01/19/2004 | | | $ 9.95 | | Telecommunications |
| **Todd Hutcherson** | 01/23/2004 | | | $ 9.95 | | Telecommunications |
| | | | | | | |
| **Bethanie Lydon** | 01/12/2004 | $ 21.00 | | | | Parking at the Boston Office |

| **Summary** | **Total** | **Transportation** | **Lodging** | **Sundry** | **Business Meals** |
|---|---|---|---|---|---|
| | $ 10,231.48 | $ 6,268.42 | $ 1,154.63 | $ 33.70 | $ 2,774.73 |