EXHIBIT B

**W.R. Grace & Co.**
**Hours Spent by Each Person**
July 1 through July 31, 2003

| Name of Professional | Hours | Billing Rate | Total Fees | Expenses |
|---|---|---|---|---|
| Nick Bubnovich | 9.0 | $575 | $5,175 | $1,197 |
| Jane Zeis | 18.6 | $425 | $7,905 | 342 |
| Allison Prybylo | 35.3 | $230 | $8,119 | 448 |
| Sarah Mangi | 41.1 | $180 | $7,398 | 56 |
| Justin Casazza | 4.4 | $150 | $660 | 15 |
| Zachary Georgeson | 6.8 | $150 | $1,020 | 0 |
| Kara McClain | 5.0 | $100 | $500 | 0 |
| Darla Yager | 1.2 | $67 | $80 | 79 |
| **Total Human Capital Service Fees** | **121.4** | | **$30,857** | **$2,137** |
| Melissa Stephanou | 30 | $580 | $17,400 | $0 |
| Matthew Frank | 6 | $370 | $2,220 | 0 |
| Robin Raley | 13.5 | $250 | $3,375 | 0 |
| **Total Customs & International Services Fees** | **49.5** | | **$22,995** | **$0** |
| Bryan Collins | 5 | $600 | $3,000 | $0 |
| Sara Mahn | 1 | $475 | $475 | $290 |
| Darwin Broenen | 10 | $230 | $2,300 | 0 |
| **Total National Tax Services Fees** | **16** | | **$5,775** | **$290** |
| Allison Prybylo | 14.7 | $230 | $3,381 | $0 |
| Jennifer Chaikin | 11.4 | $150 | $1,710 | 0 |
| Joshua Outlaw | 14.5 | $100 | $1,450 | 0 |
| **Total Monthly Statement and Fee Application Preparation Fees** | **40.6** | | **$6,541** | **$0** |
| **TOTAL FEES DUE** | **227.5** | | **$66,168** | **$2,427** |

Invoice #: 08802307
Billing Group: BRG20469

**W.R. Grace Co.**
*Daily Summary of Fees and Expenses*

Invoice #: 08802307
Billing Group: BRG20469

| Date | Person | Project Category | Description | Hours | Billing Rate | Professional Fees | Expenses |
|---|---|---|---|---|---|---|---|
| 7/1/2003 | BC | IRS Controversy Issues | Conference call with client. | 2 | 600 | 1200 | |
| 7/15/2003 | DB | IRS Controversy Issues | Research related to spin off of medical systems in preparation for Fresenius AG organization under | 2 | 230 | 460 | |
| 7/16/2003 | DB | IRS Controversy Issues | Continual research on spin off treatment of WRGrace medical as common parent of affiliated group under § 1504 regulations | 2.5 | 230 | 575 | |
| 7/17/2003 | DB | IRS Controversy Issues | Examination of Rev. Rule. 82-152 and retention of old affiliated group; lonely parent rule and impact on separate return limitation year and NOL carry back. | 2.5 | 230 | 575 | |
| 7/21/2003 | DB | IRS Controversy Issues | Analysis of the separate return limitation, year and the carry back of the net operating loss. | 1 | 230 | 230 | |
| 7/23/2003 | DB | IRS Controversy Issues | Conference call with Bryan Collins and Elyse Napoli Filon regarding NOL carry back. | 2 | 230 | 460 | |
| 7/1/2003 | JZ | Benchmarking Analysis | Met with Nick Bubnovich to discuss graphs relating to Top 500 Benchmarking report. | 0.5 | 425 | 213 | |
| 7/1/2003 | NB | Benchmarking Analysis | Met with Jane Zeis to discuss graphs relating to Top 500 Benchmarking report. | 0.5 | 575 | 288 | |
| 7/1/2003 | NB | Benchmarking Analysis | Spoke with Brian McGowan (W.R. Grace) to discuss Top 500 Benchmarking report. | 0.5 | 575 | 288 | |
| 7/2/2003 | AP | Benchmarking Analysis | Analyzed trends in the data and gathered the statistical data for all groups, divisions and functions. | 4 | 230 | 920 | |
| 7/2/2003 | BC | IRS Controversy Issues | Conference call with Dar Broenen. | 1 | 600 | 600 | |
| 7/2/2003 | DJY | Benchmarking Analysis | Made travel arrangements for Nick Bubnovich. | 0.4 | 67 | 26.8 | |
| 7/2/2003 | DJY | Benchmarking Analysis | Travel arrangements fees for Nick Bubnovich. | | | | 28 |
| 7/2/2003 | JZ | Benchmarking Analysis | Prepared for July 10th Compensation Committee meeting. | 0.5 | 425 | 213 | |
| 7/2/2003 | MS | Customs Audit | Review of client documents re: FA | 1 | 580 | 580 | |
| 7/2/2003 | SJM | Benchmarking Analysis | Analyzed trends in the data and gathered the statistical data for all groups, divisions and functions. | 2.5 | 180 | 450 | |
| 7/3/2003 | AP | Benchmarking Analysis | Met with Sarah Mangi and Jane Zeis to discuss benchmarking data for July 10th Compensation Committee meeting. | 1 | 230 | 230 | |
| 7/3/2003 | JZ | Benchmarking Analysis | Met with Sarah Mangi and Allison Prybylo to discuss benchmarking data for July 10th Compensation Committee meeting. | 1 | 425 | 425 | |
| 7/3/2003 | SJM | Benchmarking Analysis | Met with Jane Zeis and Allison Prybylo to discuss benchmarking data for July 10th Compensation Committee meeting. | 1 | 180 | 180 | |
| 7/3/2003 | SJM | Benchmarking Analysis | Revised data and charts based on items discussed during meeting. | 1.6 | 180 | 288 | |
| 7/7/2003 | AP | Benchmarking Analysis | Cab fare home after working late. | | | | 14 |
| 7/7/2003 | AP | Benchmarking Analysis | Worked on Top 500 Benchmarking report. | 3.2 | 230 | 736 | |
| 7/7/2003 | JZ | Benchmarking Analysis | Reviewed Top 500 Benchmarking report. | 1 | 425 | 425 | |
| 7/7/2003 | SJM | Benchmarking Analysis | Added pre-shift TCC charts and leadership charts Top 500 benchmarking report. | 1 | 180 | 180 | |
| 7/7/2003 | SJM | Benchmarking Analysis | Analyzed data for individuals above and below 20% of the median. | 1 | 180 | 180 | |
| 7/8/2003 | AP | Benchmarking Analysis | Met with Jane Zeis to discuss Top 500 Benchmarking report. | 0.5 | 230 | 115 | |
| 7/8/2003 | DJY | Benchmarking Analysis | Made travel arrangements for Nick Bubnovich. | 0.3 | 67 | 20.1 | |
| 7/8/2003 | DJY | Benchmarking Analysis | Travel arrangement fees for Nick Bubnovich. | | | | 20 |
| 7/8/2003 | JC | Detailed Billing | Began separating the detail for Grace billing by month. | 1.5 | 150 | 225 | |
| 7/8/2003 | JZ | Benchmarking Analysis | Met with Allison Prybylo to discuss Top 500 Benchmarking report. | 0.5 | 425 | 213 | |
| 7/8/2003 | MS | Customs Audit | Review of client documents re: FA | 1 | 580 | 580 | |
| 7/8/2003 | MS | Customs Audit | Revised meeting notes from on-site interviews with key process owners re: FA | 1 | 580 | 580 | |
| 7/8/2003 | MS | Customs Audit | Revised meeting notes from on-site interviews with key process owners re: FA | 2 | 580 | 1160 | |

**W.R. Grace Co.**
*Daily Summary of Fees and Expenses*

Invoice #: 08802307
Billing Group: BRG20469

| Date | Person | Project Category | Description | Hours | Billing Rate | Professional Fees | Expenses |
|---|---|---|---|---|---|---|---|
| 7/8/2003 | SJM | Benchmarking Analysis | Cab fare home after working late. | | | | 15 |
| 7/8/2003 | SJM | Benchmarking Analysis | Worked on Top 500 Benchmarking report with Jane Zeis and Allison Prybylo, including creating summary of the number of individuals in each division, group & function and adding executive summary and recommendations to the report. | 3.5 | 180 | 630 | |
| 7/9/2003 | AP | Benchmarking Analysis | Cab fare home after working late. | | | | 14 |
| 7/9/2003 | AP | Benchmarking Analysis | Worked on Top 500 Benchmarking report with Jane Zeis and Sarah Mangl, including preparing a list of appendices and finalizing the graph appendices. | 3.5 | 230 | 805 | |
| 7/9/2003 | AP | Benchmarking Analysis | Dinner while working late on the report analyses | | | | 18 |
| 7/9/2003 | JZ | Benchmarking Analysis | Worked on Top 500 Benchmarking report with Sarah Mangl and Allison Prybylo. | 1.2 | 425 | 510 | |
| 7/9/2003 | MS | Customs Audit | Reviewed meeting notes from interviews with key process owners re: FA that were returned from the client | 1 | 580 | 580 | |
| 7/9/2003 | MS | Customs Audit | Communicated with DT staff on status of project | 1 | 580 | 580 | |
| 7/9/2003 | NB | Benchmarking Analysis | Airfare to Baltimore | | | | 391 |
| 7/9/2003 | NB | Benchmarking Analysis | Cab fare from W.R. Grace headquarters in Columbia, MD to BWI airport. | | | | 36 |
| 7/9/2003 | NB | Benchmarking Analysis | Cab fare from BWI airport to Columbia, MD. | | | | 37 |
| 7/9/2003 | NB | Benchmarking Analysis | Parking fee at O'Hare during trip to Columbia, MD. | | | | 25 |
| 7/9/2003 | NB | Benchmarking Analysis | Hotel in Columbia, MD for meeting. | | | | 196 |
| 7/9/2003 | SJM | Benchmarking Analysis | Cab fare home after working late. | | | | 15 |
| 7/9/2003 | SJM | Benchmarking Analysis | Worked on Top 500 Benchmarking report with Jane Zeis and Allison Prybylo, including preparing a list of appendices and finalizing the graph appendices. | 5 | 180 | 900 | |
| 7/10/2003 | DJY | Benchmarking Analysis | Made travel arrangements for Nick Bubnovich. | 0.3 | 67 | 20.1 | |
| 7/10/2003 | DJY | Benchmarking Analysis | Travel arrangement fees for Nick Bubnovich. | | | | 20 |
| 7/10/2003 | JC | Detailed Billing | Worked on preparing spreadsheets and dividing the data for J. Outlaw to perform the detailed billing. | 2 | 150 | 300 | |
| 7/10/2003 | JO | Detailed Billing | Finished first draft of bills and gave to Jennifer Chaltkin for review. | 3.5 | 100 | 350 | |
| 7/10/2003 | JZ | Benchmarking Analysis | Worked on Top 500 Benchmarking report with Sarah Mangl and Allison Prybylo. | 1.5 | 425 | 638 | |
| 7/10/2003 | MS | Customs Audit | Reviewed meeting notes from interviews with key process owners re: FA that were returned from the client | 1 | 580 | 580 | |
| 7/10/2003 | MS | Customs Audit | Communicated with DT staff on status of project | 1 | 580 | 580 | |
| 7/10/2003 | NB | Benchmarking Analysis | Preparation for and attendance at W.R. Grace Board meeting on July 10th. | 1 | 575 | 575 | |
| 7/11/2003 | AP | Benchmarking Analysis | Worked on Top 500 Benchmarking report with Jane Zeis and Sarah Mangl for Jane Zeis's review. | 3 | 230 | 690 | |
| 7/11/2003 | JO | Detailed Billing | Began working on March, April and May's detailed bill for Grace | 3.5 | 100 | 350 | |
| 7/11/2003 | JZ | Benchmarking Analysis | Worked on Top 500 Benchmarking report with Sarah Mangl and Allison Prybylo for my review. | 1 | 425 | 425 | |
| 7/11/2003 | MS | Customs Audit | Reviewed meeting notes from interviews with key process owners re: FA that were returned from the client | 1 | 580 | 580 | |
| 7/11/2003 | MS | Customs Audit | Communicated with DT staff on status of project | 1 | 580 | 580 | |
| 7/11/2003 | SJM | Benchmarking Analysis | Worked on and revised data for Top 500 Benchmarking report with Jane Zeis and Allison Prybylo for Jane Zeis's review, including finalizing the appendices. | 1.5 | 180 | 270 | |
| 7/13/2003 | AP | Benchmarking Analysis | Cab fare home after working late. | | | | 14 |

W.R. Grace Co.
*Daily Summary of Fees and Expenses*

Invoice #: 06802307
Billing Group: BRG20469

| Date | Person | Project Category | Description | Hours | Billing Rate | Professional Fees | Expenses |
|---|---|---|---|---|---|---|---|
| 7/13/2003 | AP | Benchmarking Analysis | Cellular phone charges while at Deloitte training in Texas, including calling Ginny Carol and other W.R. Grace Executives. | | | | 18 |
| 7/13/2003 | NB | Benchmarking Analysis | Cab from Columbia, MD to BWI airport with Jane Zels and Allison Prybylo. | | | | 35 |
| 7/13/2003 | NB | Benchmarking Analysis | Cab from BWI to WRGrace in Columbia, MD with Jane Zels and Allison Prybylo. | | | | 37 |
| 7/13/2003 | NB | Benchmarking Analysis | Airfare to Baltimore, MD. | | | | 291 |
| 7/13/2003 | NB | Benchmarking Analysis | Transaction fee for trip to W.R. Grace in Columbia, MD on July 24th. | | | | 62 |
| 7/13/2003 | NB | Benchmarking Analysis | Parking fee at O'Hare during trip to Columbia, MD. | | | | 25 |
| 7/13/2003 | NB | Benchmarking Analysis | Transaction fee for trip to W.R. Grace in Columbia, MD on July 9th. | | | | 62 |
| 7/14/2003 | AP | Benchmarking Analysis | Worked on finalizing Top 500 Benchmarking report and reviewed all formulas and numbers in the report. | 3 | 230 | 690 | |
| 7/14/2003 | DJY | Benchmarking Analysis | Made travel arrangements for Nick Bubnovich. | 0.2 | 67 | 13.4 | 13 |
| 7/14/2003 | JZ | Benchmarking Analysis | Cab | | | | 13 |
| 7/14/2003 | JZ | Benchmarking Analysis | Worked on Top 500 Benchmarking report. | 1 | 425 | 425 | |
| 7/14/2003 | SJM | Benchmarking Analysis | Cab fare home after working late. | | | | 15 |
| 7/14/2003 | SJM | Benchmarking Analysis | Revised Top 500 Benchmarking report, including making changes to graphs, adding annual incentive graphs and report pages summarizing our findings. | 4 | 180 | 720 | |
| 7/15/2003 | AP | Benchmarking Analysis | Worked on finalizing Top 500 Benchmarking report, including reviewing the Top 500 Benchmarking report and appendices and reconfirming all numbers corresponding to the analyses. | 2.1 | 230 | 483 | |
| 7/15/2003 | JC | Detailed Billing | Reviewed the first drafts of the March, April and May bill. | 3.2 | 150 | 480 | |
| 7/15/2003 | JZ | Benchmarking Analysis | Travel arrangement fees. | | | | 13 |
| 7/15/2003 | JZ | Benchmarking Analysis | Parking at O'Hare Airport while traveling to Baltimore. | | | | 25 |
| 7/15/2003 | JZ | Benchmarking Analysis | Airfare to Baltimore, MD. | | | | 291 |
| 7/15/2003 | JZ | Benchmarking Analysis | Worked on Top 500 Benchmarking report. | 1.2 | 425 | 510 | |
| 7/15/2003 | NB | Benchmarking Analysis | Reviewed and revised Top 500 Benchmarking report. | 1 | 575 | 575 | |
| 7/16/2003 | AP | Benchmarking Analysis | Cab fare home after working late. | | | | 13 |
| 7/16/2003 | AP | Benchmarking Analysis | Revised and finalized Top 500 Benchmarking report with Sarah Mangi and Jane Zels to be sent to Mike Piergrossi (W.R. Grace) for review. | 2.5 | 230 | 575 | |
| 7/16/2003 | JC | Detailed Billing | Continued reviewing the first draft of the bills and gave to J. Outlaw to make the corrections. | 1.5 | 150 | 225 | |
| 7/16/2003 | JO | Detailed Billing | Made revisions to bills per Jennifer's request. | 2.5 | 100 | 250 | |
| 7/16/2003 | JZ | Benchmarking Analysis | Revised and finalized Top 500 Benchmarking report with Sarah Mangi and Allison Prybylo to be sent to Mike Piergrossi (W.R. Grace) for review. | 1 | 425 | 425 | |
| 7/16/2003 | MF | Customs Audit | Met with R.Raley and M. Stephanou to discuss report-writing (import compliance review) | 0.5 | 370 | 185 | |
| 7/16/2003 | MS | Customs Audit | Met with R.Raley and M.Frank to discuss report-writing (import compliance review) | 2 | 580 | 1160 | |
| 7/16/2003 | MS | Customs Audit | Review of draft import compliance review report | 1 | 580 | 580 | |
| 7/16/2003 | RR | Customs Audit | Met with M. Frank and M. Stephanou to discuss report-writing (import compliance review) | 0.5 | 250 | 125 | |
| 7/16/2003 | SJM | Benchmarking Analysis | Revised and finalized Top 500 Benchmarking report with Jane Zels and Allison Prybylo to be sent to Mike Piergrossi (W.R. Grace) for review, including making changes to the graphs and re-reading the report for last minute changes. | 3.5 | 180 | 630 | |
| 7/16/2003 | ZG | Benchmarking Analysis | Organized and revised benchmarked data within multiple spreadsheets of benchmarks, included updating the name field for over 200 positions. | 1 | 150 | 150 | |

**W.R. Grace Co.**
*Daily Summary of Fees and Expenses*

Invoice #: 08802307
Billing Group: BRG20469

| Date | Person | Project Category | Description | Hours | Billing Rate | Professional Fees | Expenses |
|---|---|---|---|---|---|---|---|
| 7/17/2003 | AP | Benchmarking Analysis | Revised the report per Mike Piergrossi and Nick Bubnovich's request, including changes to the appendices. | 1.5 | 230 | 345 | |
| 7/17/2003 | JC | Detailed Billing | Final review of the March, April and May bills before give to Allison Prybylo. | 1.5 | 150 | 225 | |
| 7/17/2003 | NB | Benchmarking Analysis | Reviewed and revised Top 500 Benchmarking report, including meeting with Sarah Mangi regarding revisions to report, graphs and appendices. | 1 | 575 | 575 | |
| 7/17/2003 | SJM | Benchmarking Analysis | Revised Top 500 Benchmarking report, including finalizing benchmark sheets. | 1.5 | 180 | 270 | |
| 7/17/2003 | SJM | Benchmarking Analysis | Revised Top 500 Benchmarking report, including, meeting with Nick Bubnovich regarding revisions to report, graphs and appendices. | 1.1 | 180 | 198 | |
| 7/17/2003 | ZG | Benchmarking Analysis | Finalized changes in benchmarking data. | 1.5 | 150 | 225 | |
| 7/18/2003 | RR | Customs Audit | Drafted import compliance review report for Davison | 2.5 | 250 | 625 | |
| 7/21/2003 | AP | Benchmarking Analysis | Revised the report per Jane Zeis and Nick Bubnovich's request, including changes to the appendices. | 0.8 | 230 | 184 | |
| 7/21/2003 | AP | Benchmarking Analysis | Worked with Zach Georgeson to determine how to sort benchmarking data and began to sort GPC and Catalyst data. | 1 | 230 | 230 | |
| 7/21/2003 | AP | Detailed Billing | Reviewed the detailed March, April and May bills for Grace. | 4 | 230 | 920 | |
| 7/21/2003 | JO | Detailed Billing | Began preparing June's detailed Grace bill. | 2 | 100 | 200 | |
| 7/21/2003 | KSM | Benchmarking Analysis | Met with Zach Georgeson and revised the format for benchmark spreadsheets for Top 100 positions. | 2.5 | 100 | 250 | |
| 7/21/2003 | MS | Customs Audit | Review of draft of import compliance review report and other supporting documents | 4 | 580 | 2320 | |
| 7/21/2003 | RR | Customs Audit | Reviewed and revised action lists for GPC and Davison re: FA | 0.5 | 250 | 125 | |
| 7/21/2003 | SJM | Benchmarking Analysis | Revised Top 500 Benchmarking report, including making changes to the appendices and finalizing corporate and silicas benchmarking sheets and summary pages. | 2.2 | 180 | 396 | |
| 7/21/2003 | ZG | Benchmarking Analysis | Met with Kara McClain to explain how to format benchmark spreadsheets for Top 100 positions and reviewed her work. | 1 | 150 | 150 | |
| 7/21/2003 | ZG | Benchmarking Analysis | Worked with Allison Prybylo to determine how to sort benchmarking data and began to sort GPC and Catalyst data. | 1 | 150 | 150 | |
| 7/22/2003 | AP | Benchmarking Analysis | Met with Nick Bubnovich, Jane Zeis, and Sarah Mangi to prepare for July 24th meeting at W.R. Grace. | 1 | 230 | 230 | |
| 7/22/2003 | AP | Detailed Billing | Spoke with Melissa Stephanou regarding their detailed bills; began re-doing the detailed bills for Tim Tuerff's office because they did not format their data correctly. | 5.7 | 230 | 1,311 | |
| 7/22/2003 | JC | Detailed Billing | Made revisions to the April and May bills per Allison Prybylo. | 1.7 | 150 | 255 | |
| 7/22/2003 | JO | Detailed Billing | Worked on June's detailed bill and made final revisions to the March, April and May bills. | 1.5 | 100 | 150 | |
| 7/22/2003 | JZ | Benchmarking Analysis | Met with Nick Bubnovich, Allison Prybylo, and Sarah Mangi to prepare for July 24th meeting at W.R. Grace. | 1 | 425 | 425 | |
| 7/22/2003 | KSM | Benchmarking Analysis | Met with Zach Georgeson and revised the format for benchmark spreadsheets for Top 100 positions. | 1 | 100 | 100 | |
| 7/22/2003 | MS | Customs Audit | Call with client, Steve Ahern re: status of FA | 1.5 | 580 | 870 | |
| 7/22/2003 | MS | Customs Audit | Preparation for call with S. Ahern re: status of FA | 0.5 | 580 | 290 | |
| 7/22/2003 | NB | Benchmarking Analysis | Met with Jane Zeis, Allison Prybylo and Sarah Mangi to discuss July 24th presentation and meeting with W.R. Grace executives. | 1 | 575 | 575 | |
| 7/22/2003 | SJM | Benchmarking Analysis | Met with Nick Bubnovich, Jane Zeis, and Allison Prybylo to prepare for July 24th meeting at W.R. Grace. | 1 | 180 | 180 | |
| 7/22/2003 | ZG | Benchmarking Analysis | Met with Kara McClain to explain how to format for benchmark spreadsheets for Top 100 positions and reviewed her work. | 0.5 | 150 | 75 | |

**W.R. Grace Co.**
*Daily Summary of Fees and Expenses*

Invoice #: 08802307
Billing Group: BRG20469

| Date | Person | Project Category | Description | Hours | Billing Rate | Professional Fees | Expenses |
|---|---|---|---|---|---|---|---|
| 7/23/2003 | AP | Benchmarking Analysis | Cab fare home after working late. | | | | 14 |
| 7/23/2003 | AP | Benchmarking Analysis | Airline ticket from Chicago to Columbia, MD for July 24th meeting at W.R. Grace. | | | | 291 |
| 7/23/2003 | AP | Benchmarking Analysis | Parking fee at O'Hare during trip to Columbia, MD. | | | | 25 |
| 7/23/2003 | AP | Benchmarking Analysis | Met Jane Zeis to prepare for July 24th meeting at W.R. Grace. | 1.5 | 230 | 345 | |
| 7/23/2003 | BC | IRS Controversy Issues | Conference call with Elyse Filon, Dar Broenen, Joe Gibbs, Carol M. and Sara Mahn regarding IRS presentation and meeting on Aug. 7, 2003 | 1 | 600 | 600 | |
| 7/23/2003 | JZ | Benchmarking Analysis | Met Allison Prybylo to prepare for July 24th meeting at W.R. Grace. | 1.5 | 425 | 638 | |
| 7/23/2003 | MF | Customs Audit | Review of draft import compliance review report with R. Raley and M. Stephanou | 1.5 | 370 | 555 | |
| 7/23/2003 | MF | Customs Audit | Review of FOIA data (shows all of Grace's import activity of goods into the U.S.) | 1.5 | 370 | 555 | |
| 7/23/2003 | MS | Customs Audit | Preparation and follow up for meeting with S. Ahern re: FA | 1.5 | 580 | 870 | |
| 7/23/2003 | MS | Customs Audit | Met with R.Raley and M.Frank re status of project | 1.5 | 580 | 870 | |
| 7/23/2003 | RR | Customs Audit | Review of draft import compliance review report with M.Frank and M. Stephanou | 0.5 | 250 | 125 | |
| 7/23/2003 | SM | IRS Controversy Issues | Conference call with Elyse Filon, Dar Broenen, Joe Gibbs, Carol M. and Bryan Collins regarding IRS presentation and meeting on Aug. 7, 2003 | 1 | 475 | 475 | |
| 7/23/2003 | ZG | Benchmarking Analysis | Reviewed final benchmarking numbers for the Catalyst and Silicas groups. | 1.8 | 150 | 270 | |
| 7/24/2003 | AP | Benchmarking Analysis | Client meeting at W.R. Grace in Columbia, MD with Paul Norris, Brian McGowan, Mike Piergrossi, (W.R. Grace) and Deloitte team to review and discuss Top 500 Benchmarking report. | 3 | 230 | 690 | |
| 7/24/2003 | BC | IRS Controversy Issues | Airline ticket to Baltimore, on August 4th. | | | | 290 |
| 7/24/2003 | BC | IRS Controversy Issues | Meeting with Elyse Filon to discuss strategy for upcoming meeting with IRS. | 1 | 600 | 600 | |
| 7/24/2003 | JO | Detailed Billing | Worked on June's detailed bill and made final revisions to the March, April and May bills. | 1.5 | 100 | 150 | |
| 7/24/2003 | JZ | Benchmarking Analysis | Client meeting in Columbia, MD with Paul Norris, Brian McGowan, Mike Piergrossi (W.R. Grace) and Deloitte team to review and discuss Top 500 Benchmarking report. | 3 | 425 | 1,275 | |
| 7/24/2003 | MS | Customs Audit | Communications(e-mail and verbal) with both divisions of Grace and Steve Ahern regarding status of project | 1.5 | 580 | 870 | |
| 7/24/2003 | MS | Customs Audit | E-mails re weekly status meetings to both teams and e-mail responses to questions posed by D. Lyons | 0.5 | 580 | 290 | |
| 7/24/2003 | NB | Benchmarking Analysis | Client meeting at W.R. Grace in Columbia, MD with Paul Norris, Brian McGowan, Mike Piergrossi (W.R. Grace) and Deloitte team to review and discuss Top 500 Benchmarking report. | 3 | 575 | 1725 | |
| 7/24/2003 | RR | Detailed Billing | Revised Grace billing report | 2 | 250 | 500 | |
| 7/25/2003 | JZ | Benchmarking Analysis | Debriefed with Sarah Mangi regarding July 24th meeting and discussed next steps. | 0.9 | 425 | 363 | |
| 7/25/2003 | SJM | Benchmarking Analysis | Revised benchmarking sheets, including adding actual 2002 bonuses to the data sheets in order to create actual bonus vs. competitive survey data graphs and looking in surveys for target bonus data. | 1.8 | 180 | 324 | |
| 7/25/2003 | SJM | Benchmarking Analysis | Debriefed with Jane Zeis regarding July 24th meeting and discussed next steps. | 0.9 | 180 | 162 | |
| 7/28/2003 | AP | Detailed Billing | Worked on finaling March, April, and May bills for all of the offices involved on the engagement. Began to review the June bill that was prepared by J. Chaitkin. | 2 | 230 | 460 | |
| 7/28/2003 | MF | Customs Audit | Review of FOIA data | 2 | 370 | 740 | |
| 7/28/2003 | MS | Customs Audit | Review draft of import compliance review report | 2 | 580 | 1160 | |
| 7/28/2003 | RR | Customs Audit | Drafted import compliance review report for Davison | 2.5 | 250 | 625 | |

**W.R. Grace Co.**
*Daily Summary of Fees and Expenses*

Invoice #: 08802307
Billing Group: BRG20469

| Date | Person | Project Category | Description | Hours | Billing Rate | Professional Fees | Expenses |
|---|---|---|---|---|---|---|---|
| 7/28/2003 | SJM | Benchmarking Analysis | Revised benchmarking sheets, including creating a list of all the individuals for whom we are missing actual bonus data, adding actual TCC data to the report in order to create actual TCC graphs, and adding actual bonus and actual TCC data to the final da | 3 | 180 | 540 | |
| 7/29/2003 | AP | Benchmarking Analysis | Cab fare home after working late. | | | | 14 |
| 7/29/2003 | AP | Benchmarking Analysis | Late night meal while working late | | | | 13 |
| 7/29/2003 | AP | Benchmarking Analysis | Conference call with Nick Bubnovich, Jane Zels and Sarah Mangi to discuss next steps in regards to pulling bonus data and the analysis of annual incentive plan data. | 1 | 230 | 230 | |
| 7/29/2003 | JZ | Benchmarking Analysis | Conference call with Nick Bubnovich, Allison Prybylo, and Sarah Mangi to discuss next steps in regards to pulling bonus data and the analysis of annual incentive plan data. | 1 | 425 | 425 | |
| 7/29/2003 | NB | Benchmarking Analysis | Conference call with Jane Zels, Allison Prybylo and Sarah Mangi to discuss next steps in regards to pulling bonus data and the analysis of annual incentive plan data. | 1 | 575 | 575 | |
| 7/29/2003 | SJM | Benchmarking Analysis | Conference call with Nick Bubnovich, Jane Zels and Allison Prybylo to discuss next steps in regards to pulling bonus data and the analysis of annual incentive plan data. | 1 | 180 | 180 | |
| 7/30/2003 | AP | Detailed Billing | Worked on finalizing the June billing and tried to collect data from other offices. | 3 | 230 | 690 | |
| 7/30/2003 | AP | Benchmarking Analysis | Continued to pull bonus data for each individual and reviewed bonus data prepared by the interns and first years. | 1.5 | 230 | 345 | |
| 7/30/2003 | JCC | Benchmarking Analysis | Collected bonus data from compensation surveys to conduct benchmarking. | 4.4 | 150 | 660 | |
| 7/30/2003 | JCC | Benchmarking Analysis | Cab fare home after working late. | | | | 15 |
| 7/30/2003 | JZ | Benchmarking Analysis | Revised competitive practice section of Top 500 Benchmarking report. | 0.8 | 425 | 340 | |
| 7/30/2003 | KSM | Benchmarking Analysis | Entered competitive bonus data from Watson Wyatt, Hewitt and Mercer surveys into benchmarking spreadsheet. | 1.5 | 100 | 150 | |
| 7/30/2003 | RR | Customs Audit | Organizing files and updating action lists re: FA | 3 | 250 | 750 | |
| 7/30/2003 | SJM | Benchmarking Analysis | Cab fare home after working late. | | | | 11 |
| 7/30/2003 | SJM | Benchmarking Analysis | Revised benchmarking sheets, including pulling bonus data, inputting it into spreadsheets and checking the data input by the interns. | 2.5 | 180 | 450 | |
| 7/31/2003 | AP | Benchmarking Analysis | Reviewed final round of bonus data and finalized the data for all employees. | 1.2 | 230 | 276 | |
| 7/31/2003 | MF | Customs Audit | Conference call with M.Stephanou, R. Raley, D.Lyons, and R. Brown | 0.5 | 370 | 185 | |
| 7/31/2003 | MS | Customs Audit | Status call with R. Raley, M.Frank, D. Lyons (Grace - GPC), and R. Brown (Grace - GPC) | 0.5 | 580 | 290 | |
| 7/31/2003 | MS | Customs Audit | Preparation for Status call with R. Raley, M.Frank, D. Lyons (Grace - GPC), and R. Brown (Grace - GPC). | 2.5 | 580 | 1450 | |
| 7/31/2003 | RR | Customs Audit | Drafted import compliance review report for Davison | 1.5 | 250 | 375 | |
| 7/31/2003 | RR | Customs Audit | Status call with M.Stephanou, M.Frank, D. Lyons (Grace - GPC), and R. Brown (Grace - GPC) | 0.5 | 250 | 125 | |
| 7/31/2003 | SJM | Benchmarking Analysis | Revised benchmarking sheets, including checking over bonus data input by the interns, analyzing the bonus data, making example base salary graphs and figuring out target TCC (competitive vs. W.R. Grace) and analyzing the data. | 1.5 | 180 | 270 | |
| | | | Totals | 227.5 | | $98,168 | $2,427 |