IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Related Docket Nos. 5027 and 5229** |

**NOTICE OF FILING OF EXHIBIT B TO THE
OBJECTION OF THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL
INJURY CLAIMANTS TO THE DEBTORS' SIXTH MOTION FOR AN ORDER
PURSUANT TO 11 U.S.C. §1121(d) EXTENDING DEBTORS' EXCLUSIVE
PERIODS IN WHICH TO FILE A CHAPTER 11 PLAN AND TO SOLICIT
VOTES THEREON [Related Docket Nos. 5027 and 5229]**

On March 5, 2004, the Official Committee of Asbestos Personal Injury Claimants (the "P. I. Committee"), by and through its undersigned counsel, filed its objection ("Objection") to the motion of W. R. Grace & Co. ("Debtors") for the entry of an order pursuant to 11 U.S.C. §1121(d) extending the exclusive periods during which the Debtors have the exclusive right to file a Chapter 11 plan and solicit acceptances thereto (Docket No. 5229). At the time of the filing of the Objection, the transcript of the February 23, 2004 hearing, referenced in the Objection as Exhibit B, was unavailable.

The P.I. Committee hereby submits portions of the February 23, 2004 transcript as Exhibit B to the Objection. The transcript was cited in the following portions of the Objection:

- Page 2, paragraph 3 of the Objection - *See*, Transcript of Hearing of February 23, 2004, *In re W.R. Grace & Co. Inc.,* Case No. 01-11139 (JKF), Tr. 16-18, annexed as Exhibit B.

{D0019575:1 }

- Page 9, paragraph 28, sentence 6 of the Objection - *See*, Transcript of Hearing of February 23, 2004, *In re W.R. Grace & Co. Inc.,* Case No. 01-11139 (JKF), Tr. 17-18, annexed as Exhibit B.

- Page 9, paragraph 28, sentence 13 of the Objection - *See*, Transcript of Hearing of February 23, 2004, *In re W.R. Grace & Co. Inc.,* Case No. 01-11139 (JKF), Tr. 17, annexed as Exhibit B.

Date: March 10, 2004

          CAMPBELL & LEVINE, LLC

    /S/ Marla Eskin
Marla Rosoff Eskin (No. 2989)
800 King Street
Suite 300
Wilmington, DE  19801
(302) 426-1900

  -and-

CAPLIN & DRYSDALE, CHARTERED
Elihu Inselbuch
399 Park Avenue, 27th Floor
New York, NY  10022-4614
(212) 319-7125

  -and-

CAPLIN & DRYSDALE, CHARTERED
Peter Van N. Lockwood
Julie W. Davis
One Thomas Circle, N.W.
Washington, D.C.  20005
(202) 862-5000

Counsel to the Official Committee of
   Asbestos Personal Injury Claimants

{D0019575:1 }