IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.* | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |

## <u>CERTIFICATE OF SERVICE</u>

I, Marla Rosoff Eskin, of Campbell & Levine, LLC, hereby certify that on March 10, 2004, I caused a copy of the foregoing *Notice Of Filing Of Exhibit B To The Objection Of The Official Committee Of Asbestos Personal Injury Claimants To The Debtors' Sixth Motion For An Order Pursuant To 11 U.S.C. §1121(D) Extending Debtors' Exclusive Periods In Which To File A Chapter 11 Plan And To Solicit Votes Thereon [Related Docket Nos. 5027 And 5229]* to be served upon the individuals on the attached service list via first-class mail unless otherwise indicated.


*/S/ Marla Eskin*
Marla Rosoff Eskin (#2989)

Dated: March 10, 2004