## EXHIBIT A

### VERIFICATION

WASHINGTON                    :

DISTRICT OF COLUMBIA    :

Tim Tuerff, after being duly sworn according to law, deposes and says:

a)    I am a partner with the applicant accounting firm of Deloitte & Touche, LLP.

b)    I have personal knowledge of Deloitte & Touche's retention as customs services providers, and tax and compensation advisors to the Debtors in these chapter 11 cases.

c)    I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del.Bankr.LR 2016-2 and the 'Amended Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members', signed April 17, 2002, and submit that the Application substantially complies with such Rule and Order.

_____
Tim Tuerff

SWORN AND SUBSCRIBED
before me this 4ou day of March 2004.

_____
Notary Public
My Commission Expires:  3/14/2005

91100-001\DOCS_DE:79005.1

-8-