EXHIBIT B

**W.R. Grace & Co.**
**Hours Spent by Each Person**
**August 1 through August 31, 2003**

| Name of Professional | Hours | Billing Rate | Total Fees | Expenses |
|---|---|---|---|---|
| Nick Bubnovich | 3.6 | $575 | $2,070 | $0 |
| Jane Zeis | 13.9 | $425 | $5,908 | 71 |
| Allison Prybylo | 37.0 | $230 | $8,510 | 20 |
| Sarah Mangi | 18.1 | $180 | $3,258 | 15 |
| Jennifer Chaitkin | 1.5 | $150 | $225 | 0 |
| *Total Human Capital Services Fees* | 74.1 | | $19,971 | $106 |
| Melissa Stephanou | 21.5 | $580 | $12,470 | $0 |
| Matthew Frank | 18.5 | $370 | $6,845 | 0 |
| Robin Raley | 28.1 | $250 | $7,025 | 0 |
| *Total Customs & International Services Fees* | 68.1 | | $26,340 | $0 |
| Bryan Collins | 9 | $600 | $5,400 | $0 |
| Ed Sair | 1 | $600 | $600 | 0 |
| *Total National Tax Services Fees* | 10 | | $6,000 | $0 |
| Jane Zeis | 4.5 | $425 | $1,912 | $0 |
| Allison Prybylo | 16.5 | $230 | $3,795 | $0 |
| Sarah Mangi | 3 | $180 | $540 | $0 |
| Jennifer Chaitkin | 6.9 | $150 | $1,035 | $0 |
| *Total Monthly Statement and Fee Application Preparation Fees* | 30.9 | | $7,282 | $0 |
| **TOTAL FEES DUE** | 183.1 | | $59,593 | $106 |

Invoice #: 08802308
Billing Group: BG20469

Invoice #: 08802308
Billing Group: BG20469

| Date | Person | Project Categories | Description | Hours | Billing Rate | Professional Fees | Expenses |
|---|---|---|---|---|---|---|---|
| 8/1/2003 | AP | Benchmarking Analysis | Met with Nick Bubnovich, Jane Zeis, and Sarah Mangi to discuss the annual Incentive plan and TCC data and what it all means and how it should be presented in Board report. | 1 | 230 | 230 | |
| 8/1/2003 | AP | Benchmarking Analysis | Reorganized, reviewed and revised the bonus data with Sarah Mangi. | 1 | 230 | 230 | |
| 8/1/2003 | AP | Benchmarking Analysis | Worked on billing for the 4 groups. Had phone conversation with other groups and discuss the billing process. | 4.5 | 230 | 1,035 | |
| 8/1/2003 | JC | Detailed Billing | Worked on preparing the June Bill for Allison Prybylo's review. | 1 | 150 | 150 | |
| 8/1/2003 | JZ | Benchmarking Analysis | Meet with Nick Bubnovich, Allison Prybylo, and Sarah Mangi to discuss the annual incentive plan and TCC data and what it all means and how it should be presented in Board report. | 1 | 425 | 425 | |
| 8/1/2003 | JZ | Benchmarking Analysis | Parking while working late | | | | 19 |
| 8/1/2003 | MF | Customs Audit | Review of FOIA data | 1 | 370 | 370 | |
| 8/1/2003 | MF | Customs Audit | Review of interview narratives from on-site visit with key process owners re: FA | 1 | 370 | 370 | |
| 8/1/2003 | NB | Benchmarking Analysis | Meet with Jane Zeis, Allison Prybylo, and Sarah Mangi to discuss the annual incentive plan and TCC data and what it all means and how it should be presented in Board report. | 0.5 | 575 | 287.5 | |
| 8/4/2003 | AP | Detailed Billing | Billing for Grace and other administrative work. | 3.6 | 230 | 828 | |
| 8/4/2003 | AP | Benchmarking Analysis | Assisted Sarah Mangi in preparing the revised data for the report. | 1.5 | 230 | 345 | |
| 8/4/2003 | SJM | Benchmarking Analysis | Checked, revised and reorganized the data and graphs based on the revised data. | 2 | 180 | 360 | |
| 8/5/2003 | AP | Benchmarking Analysis | Met with Jane Zeis and Sarah Mangi to decide on which TCC data to use for the report and what structure it should take on. | 0.5 | 230 | 115 | |
| 8/5/2003 | AP | Benchmarking Analysis | Worked on finalizing the legal data from Sony and Paula. | 4 | 230 | 920 | |
| 8/5/2003 | JZ | Benchmarking Analysis | Met with Allison Prybylo and Sarah Mangi to decide on which TCC data to use for the report and what structure it should take on. | 0.5 | 425 | 212.5 | |
| 8/5/2003 | SJM | Benchmarking Analysis | Met with Jane Zeis and Sarah Mangi to decide on which TCC data to use for the report and what structure it should take on. | 0.5 | 180 | 90 | |
| 8/6/2003 | AP | Benchmarking Analysis | Cab ride home from work | | | | 14 |
| 8/6/2003 | AP | Benchmarking Analysis | Finalized the legal data from Sonya and Paula and needed to input data into final data analysis. Also began revising the report and structuring the data to include. | 3.5 | 230 | 805 | |
| 8/6/2003 | BC | IRS Controversy Issues | Meeting with Elyse Filon, David Friedel, etc. to prepare for 8/7 meeting with IRS | 3 | 600 | 1,800 | |
| 8/6/2003 | SJM | Benchmarking Analysis | Late night cab home | | | | 15 |
| 8/6/2003 | SJM | Benchmarking Analysis | Fixed the bonus and TCC graphs and data sheets to include the new data we want to show in the report. | 2 | 180 | 360 | |
| 8/7/2003 | AP | Benchmarking Analysis | Worked on finalizing the report. | 2.5 | 230 | 575 | |
| 8/7/2003 | BC | IRS Controversy Issues | Meeting with IRS and client | 5 | 600 | 3,000 | |
| 8/7/2003 | JZ | Benchmarking Analysis | Drafted memo regarding final results and discussed with Mike Piergrossi. | 1 | 425 | 425 | |
| 8/7/2003 | MS | Customs Audit | Review of Grace documents re: FA | 1 | 580 | 580 | 0 |
| 8/7/2003 | RR | Customs Audit | Telephone call to T.Lascola re: Davison FA | 0.3 | 250 | 75 | |
| 8/8/2003 | AP | Detailed Billing | Spoke with Dani Campbell regarding the Grace billing. | 0.3 | 230 | 69 | |
| 8/8/2003 | JZ | Benchmarking Analysis | Conference call with Brian McGowan to discuss final results. | 0.5 | 425 | 212.5 | |

Invoice #: 08802308
Billing Group: BG20469

| Date | Person | Project Categories | Description | Hours | Billing Rate | Professional Fees | Expenses |
|---|---|---|---|---|---|---|---|
| 8/9/2003 | AP | Benchmarking Analysis | Re-read the revised Grace report and made comments on what needed to be changed, ie., wording, text, graphs, etc. | 0.8 | 230 | 184 | |
| 8/9/2003 | MF | Customs Audit | Analysis of MID data from FOIA | 1 | 370 | 370 | |
| 8/10/2003 | AP | Benchmarking Analysis | Phone charges while calling in from W.R. Grace meeting in July | | | | 6 |
| 8/10/2003 | SJM | Benchmarking Analysis | Read through report and made revisions on paper. | 1.5 | 180 | 270 | |
| 8/11/2003 | AP | Benchmarking Analysis | Met with Jane Zeis and Sarah Mangi to discuss the Compensation Committee Report. | 1 | 230 | 230 | |
| 8/11/2003 | AP | Benchmarking Analysis | Worked on revising the data and the graphs for the report. | 3 | 230 | 690 | |
| 8/11/2003 | JZ | Benchmarking Analysis | Met with Allison Prybylo and Sarah Mangi to discuss the Compensation Committee Report. | 1 | 425 | 425 | |
| 8/11/2003 | MF | Customs Audit | Analysis of MID data from FOIA | 2 | 370 | 740 | |
| 8/11/2003 | MS | Customs Audit | Grace Review of documents re: FA | 2.5 | 580 | 1,450 | 0 |
| 8/11/2003 | SJM | Benchmarking Analysis | Met with Jane Zeis and Allison Prybylo to discuss the Compensation Committee Report. | 1 | 180 | 180 | |
| 8/12/2003 | AP | Benchmarking Analysis | Sent Mike the GPC data and spoke with him regarding the data. Worked on revising the reports. | 5 | 230 | 1,150 | |
| 8/12/2003 | MF | Customs Audit | Review of interview narratives from on-site visit with key process owners re: FA, as revised by client. | 2 | 370 | 740 | |
| 8/12/2003 | MS | Customs Audit | Preparation of audit checklist for FA | 0.5 | 580 | 290 | 0 |
| 8/12/2003 | MS | Customs Audit | Follow up activity re: FA | 0.5 | 580 | 290 | 0 |
| 8/12/2003 | MS | Customs Audit | Team meeting (R. Raley, M.Frank) | 1 | 580 | 580 | 0 |
| 8/12/2003 | RR | Customs Audit | Team meeting (M.Stephanou, M.Frank) re: status of FA | 1 | 250 | 250 | |
| 8/12/2003 | SJM | Benchmarking Analysis | Put together the Comp Committee report; talked to Allison Prybylo about Comp Committee report, next steps and Mike's decision to rebenchmark sales & marketing GPC positions. | 2 | 180 | 360 | |
| 8/13/2003 | AP | Benchmarking Analysis | Met with Jane Zeis and Sarah Mangi to discuss next steps and the rebenchmarking of the GPC sales & marketing positions. | 1 | 230 | 230 | |
| 8/13/2003 | AP | Benchmarking Analysis | Worked on the revisions to the Compensation Committee Report and the benchmarking report. | 2.9 | 230 | 667 | |
| 8/13/2003 | JZ | Benchmarking Analysis | Met with Allison Prybylo and Sarah Mangi to discuss next steps and the rebenchmarking of the GPC sales & marketing positions. | 1 | 425 | 425 | |
| 8/13/2003 | MF | Customs Audit | Review of interview narratives from on-site visit with key process owners re: FA, as revised by client. | 1 | 370 | 370 | |
| 8/13/2003 | MS | Customs Audit | Preparation of audit checklist for FA | 1 | 580 | 580 | 0 |
| 8/13/2003 | MS | Customs Audit | Follow up activity re: FA | 1 | 580 | 580 | 0 |
| 8/13/2003 | RR | Customs Audit | Drafted Davison import compliance review Report | 1.5 | 250 | 375 | |
| 8/13/2003 | SJM | Benchmarking Analysis | Met with Jane Zeis and Allison Prybylo to discuss next steps and the rebenchmarking of the GPC sales & marketing positions. | 1 | 180 | 180 | |
| 8/14/2003 | AP | Benchmarking Analysis | Made report changes and also incorporated Sonya and Paula's changes into the data as well as the report. | 2.5 | 230 | 575 | |
| 8/14/2003 | AP | Detailed Billing | Made phone calls to Dani Campbell and Tony Scoles regaridng billing. | 0.5 | 230 | 115 | |
| 8/14/2003 | MF | Customs Audit | GPC conf. call w/ R.Brown, D. Lyons, R.Raley, and M. Stephanou re: FA | 0.5 | 370 | 185 | |
| 8/14/2003 | MF | Customs Audit | Review of client documents re: FA | 1 | 370 | 370 | |
| 8/14/2003 | MS | Customs Audit | GPC conf. call w/ R.Brown, D. Lyons, R.Raley, and M.Frank re: FA | 1 | 580 | 580 | 0 |
| 8/14/2003 | MS | Customs Audit | Team meeting (R.Raley, M.Frank) re: FA | 0.5 | 580 | 290 | 0 |
| 8/14/2003 | MS | Customs Audit | Davison conf. call w/ T. Lascola, R.Raley re: FA + post-call discussions | 0.5 | 580 | 290 | 0 |

Invoice #: 08802308
Billing Group: BG20469

| Date | Person | Project Categories | Description | Hours | Billing Rate | Professional Fees | Expenses |
|---|---|---|---|---|---|---|---|
| 8/14/2003 | MS | Customs Audit | Discussions post-Davison conf. call w/ T. Lascola, R.Raley re: FA | 0.5 | 580 | 290 | 0 |
| 8/14/2003 | RR | Customs Audit | GPC conf. call w/ R.Brown, D. Lyoons, M.Stephanou, and M.Frank re: FA | 1 | 250 | 250 | |
| 8/14/2003 | RR | Customs Audit | Team meeting (M.Stephanou, M.Frank) re: FA | 0.5 | 250 | 125 | |
| 8/14/2003 | RR | Customs Audit | Performed GPC Transaction Testing for FA | 3 | 250 | 750 | |
| 8/14/2003 | RR | Customs Audit | Davison conf. call w/ T. Lascola, M.Stephanou + post-call discussions | 1 | 250 | 250 | |
| 8/14/2003 | SJM | Benchmarking Analysis | Made Jane Zeis's changes to Comp Committee report; fixed Leadership Team graphs; read through main report for Allison Prybylo and went over changes with her. | 2 | 180 | 360 | |
| 8/15/2003 | AP | Benchmarking Analysis | Imported Ginny's data into the report. Revised all the Annual Incentive data for 75 people. Revised the two reports to incorporate the new data and sent to Nick | 1.5 | 230 | 345 | |
| 8/15/2003 | JZ | Benchmarking Analysis | Parking while working late | | | | 13 |
| 8/15/2003 | JZ | Benchmarking Analysis | Finalized report and sent to Nick Bubnovich for his review. | 2 | 425 | 850 | |
| 8/15/2003 | MS | Customs Audit | Review of Grace documents re: FA | 2 | 580 | 1,160 | 0 |
| 8/15/2003 | RR | Customs Audit | Performed GPC Transaction Testing for FA | 4.5 | 250 | 1125 | |
| 8/15/2003 | RR | Customs Audit | Performed Davison Transaction Testing for FA | 2 | 250 | 500 | |
| 8/15/2003 | SJM | Benchmarking Analysis | Met with Ali to look over the new GPC benchmark data. | 1.3 | 180 | 234 | |
| 8/18/2003 | AP | Benchmarking Analysis | Finalized the benchmarking report and appendices. Made changes to the Compensation Committee Report and graphs. | 0.8 | 230 | 184 | |
| 8/18/2003 | JC | Benchmarking Analysis | Helped Sarah with appendices; checked all target and actual bonus data on benchmarked sheets | 0.5 | 150 | 75 | |
| 8/18/2003 | JZ | Benchmarking Analysis | Cab ride when working late | | | | 13 |
| 8/18/2003 | JZ | Benchmarking Analysis | Met with Nick Bubnovich to discuss timing and issues related to report distribution. | 0.5 | 425 | 212.5 | |
| 8/18/2003 | JZ | Benchmarking Analysis | Reviewed draft report. | 1 | 425 | 425 | |
| 8/18/2003 | MF | Customs Audit | Review of interview narratives from on-site visit with key process owners re: FA | 0.5 | 370 | 185 | |
| 8/18/2003 | MF | Customs Audit | Drafted recommendations for import compliance and FA | 1 | 370 | 370 | |
| 8/18/2003 | MS | Customs Audit | Update on status of FA project | 2 | 580 | 1,160 | 0 |
| 8/18/2003 | NB | Benchmarking Analysis | Meet with Jane Zeis to discuss timing and issues related to report distribution. Also, review draft report over the weekend. | 0.5 | 575 | 287.5 | |
| 8/18/2003 | SJM | Benchmarking Analysis | Made Nick Bubnovich's changes to the report; finalized appendices; read through Compensation Committee report and made changes; sent appendices to printing & binding; worked on benchmarking summary sheets | 1.5 | 180 | 270 | |
| 8/19/2003 | JC | Benchmarking Analysis | Revised all benchmarking and made changes to target and actual bonus data | 1 | 150 | 150 | |
| 8/19/2003 | MF | Customs Audit | Conf. call w/ S. Ahern, M.Stephanou re: update on FA | 1 | 370 | 370 | |
| 8/19/2003 | MF | Customs Audit | Review of client docs and narratives for draft recommendations for FA | 1.5 | 370 | 555 | |
| 8/19/2003 | MS | Customs Audit | Review of Grace FA documents and import compliance review report | 2 | 580 | 1,160 | 0 |
| 8/19/2003 | NB | Benchmarking Analysis | Review and revised the report. Also prepared a cover letter to John Akers. | 0.8 | 575 | 460 | |
| 8/19/2003 | RR | Customs Audit | Performed GPC Transaction Testing for FA | 4.5 | 250 | 1125 | |
| 8/19/2003 | SJM | Benchmarking Analysis | Talked to Allison Prybylo about next steps; looked through appendices binders; looked through reports; fixed appendices and sent them back to the document center to get 4 more copies made. | 1 | 180 | 180 | |

Invoice #: 08802308
Billing Group: BG20489

| Date | Person | Project Categories | Description | Hours | Billing Rate | Professional Fees | Expenses |
|---|---|---|---|---|---|---|---|
| 8/20/2003 | AP | Detailed Billing | Worked on Billing for June (Chicago office and Washington office) and July (Washington office). | 4.5 | 230 | 1,035 | |
| 8/20/2003 | NB | Benchmarking Analysis | Spoke with Brian McGowan regarding his review of the reprot.Meet w/ Allison to address B's issues. | 0.5 | 575 | 287.5 | |
| 8/20/2003 | NB | Benchmarking Analysis | Met with Allison Prybylo to address Brian's issues and concerns. | 0.3 | 575 | 172.5 | |
| 8/20/2003 | RR | Customs Audit | Drafted Davison Import compliance review Report | 1 | 250 | 250 | |
| 8/20/2003 | RR | Customs Audit | Performed Davison Transaction Testing for FA | 1 | 250 | 250 | |
| 8/20/2003 | SJM | Benchmarking Analysis | Fixed Leadership Team summary page for benchmarking binders; looked into GPC target AI opportunity data for Allison Prybylo; talked to Allison Prybylo about various issues | 0.8 | 180 | 144 | |
| 8/21/2003 | JC | Detailed Billing | Worked on preparing the July Bill for Allison Prybylo's review. | 2.3 | 150 | 345 | |
| 8/21/2003 | JZ | Benchmarking Analysis | Reviewed the revised GPC data and discussed with Mike Piergrossi and Brian McGowan. | 1.5 | 425 | 637.5 | |
| 8/21/2003 | MF | Customs Audit | GPC conf. call w/ R.Brown, D. Lyons, R.Raley, and M. Stephanou re: FA | 0.5 | 370 | 185 | |
| 8/21/2003 | MF | Customs Audit | Review of client documents re: FA | 0.5 | 370 | 185 | |
| 8/21/2003 | MS | Customs Audit | Update on status of FA project | 2.5 | 580 | 1,450 | 0 |
| 8/21/2003 | RR | Customs Audit | GPC conf. call w/ R.Brown, D. Lyons, R.Raley, and M.Frank re: FA | 0.5 | 580 | 290 | 0 |
| 8/21/2003 | RR | Customs Audit | GPC conf. call w/ R.Brown, D. Lyoons, M.Stephanou, and M.Frank re: FA | 0.5 | 250 | 125 | |
| 8/21/2003 | RR | Customs Audit | Davison entry inventory for transaction tesing | 4 | 250 | 1000 | |
| 8/21/2003 | RR | Customs Audit | Conf. call w/ Davison: T. Lascola, L. Zaruba re: FA | 0.3 | 250 | 75 | |
| 8/21/2003 | RR | Customs Audit | GPC entry inventory for transaction testing | 1.5 | 250 | 375 | |
| 8/22/2003 | AP | Detailed Billing | Worked on July and August Bill for Washington office. | 3.5 | 230 | 805 | |
| 8/22/2003 | JZ | Benchmarking Analysis | Conference call with Brian McGowan and Mike Piergrossi regarding the final report. | 1 | 425 | 425 | |
| 8/22/2003 | MS | Customs Audit | Review of Grace action list and documents re: FA | 2 | 580 | 1,160 | |
| 8/22/2003 | NB | Benchmarking Analysis | Conference call with Brian McGowan and Mike Piergross regarding our Board report. Also, spoke with John Akers regarding the report as well. | 1 | 575 | 575 | 0 |
| 8/23/2003 | JZ | Detailed Billing | Reviewed and made revisions to the bills for the Chicago office and the three other offices. | 2 | 425 | 850 | |
| 8/23/2003 | JZ | Benchmarking Analysis | Cab ride when working late | | | | 13 |
| 8/25/2003 | JZ | Benchmarking Analysis | Met with Allison Prybylo regarding final report and John Akers comments. | 0.6 | 425 | 255 | |
| 8/25/2003 | JZ | Benchmarking Analysis | Spoke with Mike Piergrossi regarding the final bonus data and final changes. Then reviewed the final report and sent out | 1 | 425 | 425 | |
| 8/25/2003 | MF | Customs Audit | Review of FA internal contral questionaire responses | 1 | 370 | 370 | |
| 8/25/2003 | SJM | Benchmarking Analysis | Read through Comp Committee report for Allison Prybylo; added variance formulas to Appendix V to be sent to Mike Piergrossi; added competitive LTI data for Leadership Team. | 1.5 | 180 | 270 | |
| 8/27/2003 | AP | Detailed Billing | Met with Sarah Mangi regarding billing; separated all of our time since March into tasks that were performed for the client, including out of scope activities. | 4.1 | 230 | 943 | |
| 8/27/2003 | JC | Detailed Billing | Worked on preparing the July Bill for Allison Prybylo's review. | 0.8 | 150 | 120 | |
| 8/27/2003 | JZ | Detailed Billing | Reviewed all the montly the bills prepared by Allison Prybylo. | 2.5 | 425 | 1062.5 | |
| 8/27/2003 | JZ | Benchmarking Analysis | Cab ride | | | | 13 |

Invoice #: 08802308
Billing Group: BG20469

| Date | Person | Project Categories | Description | Hours | Billing Rate | Professional Fees | Expenses |
|---|---|---|---|---|---|---|---|
| 8/27/2003 | MF | Customs Audit | Review of client documents and draft recommendations for FA | 1.5 | 370 | 555 | |
| 8/27/2003 | SJM | Detailed Billing | Met Allison Prybylo regarding billing; prepared a summary of the work we did in each step of the engagement, including out of scope work | 3 | 180 | 540 | |
| 8/28/2003 | BC | IRS Controversy Issues | Discussion with Ed Sair regarding pre-1990 tax law relating to Alternative Minimum Tax and minimum tax credits. | 1 | 600 | 600 | |
| 8/28/2003 | ES | IRS Controversy Issues | Discussion with Bryan Collins regarding pre-1990 tax law relating to Alternative Minimum Tax and minimum tax credits. | 1 | 600 | 600 | |
| 8/28/2003 | JC | Detailed Billing | Worked on preparing the July Bill for Allison Prybylo's review. | 2.8 | 150 | 420 | |
| 8/28/2003 | JZ | Benchmarking Analysis | Finaled the report and spoke with Mike Piergrossi and Brian McGowan. | 1.3 | 425 | 552.5 | |
| 8/28/2003 | MF | Customs Audit | Call with D. Lyons re: FA | 0.5 | 370 | 185 | |
| 8/28/2003 | MF | Customs Audit | Review of client documents and draft recommendations for FA | 1 | 370 | 370 | |
| 8/28/2003 | MS | Customs Audit | Call w/ R.Raley, L. Zaruba re: FA | 0.25 | 580 | 145 | 0 |
| 8/28/2003 | MS | Customs Audit | Discussion w/ R. Raley post-call re: FA | 0.25 | 580 | 145 | 0 |
| 8/28/2003 | RR | Customs Audit | Call w/ M.Stephanou, L. Zaruba re: Davison FA | 0.25 | 250 | 62.5 | |
| 8/28/2003 | RR | Customs Audit | Discussion w/ M.Stephanou post-call re: Davison FA | 0.25 | 250 | 62.5 | |

Totals  183.1    $59,593   $106