EXHIBIT B

Invoice #:
08925947- SA WRG0007
08925950- SA WRG0012
08925951- SA WRG0004

**W.R. Grace & Co.**
**Hours Spent by Each Person**
September 1 through September 30, 2003

| Name of Professional | Hours | Billing Rate | Total Fees | Expenses |
|---|---|---|---|---|
| Nick Bubnovich | 9.5 | $575 | $5,463 | $318 |
| Jane Zeis | 19 | $390 | $7,410 | $392 |
| Allison Prybylo | 4.2 | $230 | $966 | 0 |
| *Total Human Capital Services Fees* | 32.7 | | $13,839 | $710 |
| | | | | |
| Michele McGuire | 5 | $660 | $3,300 | $0 |
| Melissa Stephanou | 36.5 | $480 | $17,520 | 0 |
| Matthew Frank | 66.5 | $350 | $23,275 | $777 |
| Fred Levitan | 1 | $290 | $290 | 0 |
| Robin Raley | 76.2 | $240 | $18,288 | 0 |
| Guillermo del Nogal | 12 | $210 | $2,520 | 0 |
| *Total Customs & International Services Fees* | 197.2 | | $65,193 | $777 |
| | | | | |
| Bryan Collins | 4.0 | $600 | $2,400 | $0 |
| Ed Salr | 1.0 | $600 | $600 | $0 |
| *Total National Tax Services Fees* | 5 | | $3,000 | $0 |
| | | | | |
| Allison Prybylo | 9.3 | $230 | $2,139 | $0 |
| Jennifer Chaitkin | 0.6 | $150 | $90 | $0 |
| *Total Monthly Statement and Fee Application Preparation Fees* | 9.9 | | $2,229 | $0 |
| | | | | |
| **TOTAL FEES DUE** | **244.8** | | **$84,261** | **$1,487** |

**W.R. Grace & Co.**
*Daily Summary of Fees and Expenses*

Invoice #:
08925947- SA WRG0007
08925950- SA WRG0012
08925951- SA WRG0004

| Date | Person | Project Category | Description | Hours | Billing Rate | Professional Fees | Expenses |
|---|---|---|---|---|---|---|---|
| 9/2/2003 | AP | Fee Application/Billing | Made changes to the detailed bill for July and gave to Jennifer Chaitkin to make revisions. | 1.0 | 230 | 230 | |
| 9/2/2003 | BC | IRS Controversy Issues | Conference call with Elyse Napoli Filon and Tim Tuerff regarding the carryback of NOLs. | 1.5 | 600 | 900 | |
| 9/2/2003 | JZ | Sales Compensation Review | Met with Nick Bubnovich to review schedules and other materials for the Compensation Committee Meeting. | 0.5 | 390 | 195 | |
| 9/2/2003 | NB | Compensation Committee Meeting | Met with Jane Zeis to review schedules and other materials for the Compensation Committee Meeting. | 0.5 | 575 | 288 | |
| 9/2/2003 | RR | Customs Audit | Drafted Davison Import Compliance Review report | 0.5 | 240 | 120 | |
| 9/3/2003 | AP | Fee Application/Billing | Reviewed Jennifer Chaitkin's revisions and finalized the detailed bill for July. | 1.0 | 230 | 230 | |
| 9/3/2003 | JC | Fee Application/Billing | Worked on the revisions to the detailed bill for July per Allison Prybylo. | 0.6 | 150 | 90 | |
| 9/3/2003 | JZ | Compensation Committee Meeting | Preparation and travel time to Columbia for the Compensation Committee meeting. | 4.0 | 390 | 1,560 | |
| 9/4/2003 | BC | IRS Controversy Issues | Conference Call with David Nakashige and Ed Sair regarding pre-1990 tax law relating to Alternative Minimum Tax and minimum tax credits. | 1.5 | 600 | 900 | |
| 9/4/2003 | ES | IRS Controversy Issues | Conference Call with David Nakashige and Bryan Collins regarding pre-1990 tax law relating to Alternative Minimum Tax and minimum tax credits. | 1.0 | 600 | 600 | |
| 9/4/2003 | JZ | Compensation Committee Meeting | Airfare to Columbia | | | | 251 |
| 9/4/2003 | JZ | Compensation Committee Meeting | Parking at O'Hare | | | | 28 |
| 9/4/2003 | JZ | Compensation Committee Meeting | Hotel Room in Columbia | | | | 86 |
| 9/4/2003 | JZ | Compensation Committee Meeting | Dinner at hotel restaurant | | | | 27 |
| 9/4/2003 | JZ | Compensation Committee Meeting | Prepared for and presented our findings at the Compensation Committee Meeting. | 8.0 | 390 | 3,120 | |
| 9/4/2003 | MF | Customs Audit | Grace conference call with D. Lyons, M. Stephanou, re: FA | 1.5 | 350 | 525 | |
| 9/4/2003 | NB | Compensation Committee Meeting | Airfare to Columbia | | | | 160 |
| 9/4/2003 | NB | Compensation Committee Meeting | Hotel Room in Columbia | | | | 86 |
| 9/4/2003 | NB | Compensation Committee Meeting | Dinner at Sushi Sono in Columbia | | | | 44 |
| 9/4/2003 | NB | Compensation Committee Meeting | Parking at O'Hare | | | | 28 |
| 9/4/2003 | NB | Compensation Committee Meeting | Prepared for and presented our findings at the Compensation Committee Meeting. | 8.0 | 575 | 4,600 | |
| 9/5/2003 | MF | Customs Audit | Review outstanding issues for GPC re: FA | 1.0 | 350 | 350 | |
| 9/5/2003 | MS | Customs Audit | Call with Tony Lascola re: FA | 1.0 | 480 | 480 | |
| 9/5/2003 | RR | Customs Audit | Call with T. Lascola re: FA | 1.5 | 240 | 360 | |

**W.R. Grace & Co.**
*Daily Summary of Fees and Expenses*

Invoice #:
08925947- SA WRG0007
08925950- SA WRG0012
08925951- SA WRG0004

| Date | Person | Project Category | Description | Hours | Billing Rate | Professional Fees | Expenses |
|---|---|---|---|---|---|---|---|
| 9/7/2003 | MF | Customs Audit | Taxi while working late | | 350 | 0 | 16 |
| 9/8/2003 | JZ | COO Agreement | Worked on the COO term sheet per Nick's request. | 1.0 | 390 | 390 | |
| 9/8/2003 | MF | Customs Audit | Review action items for GPC re: FA | 1.5 | 350 | 525 | |
| 9/8/2003 | MS | Customs Audit | meeting with M. Frank and R. Raley re: Fa | 1.5 | 480 | 720 | |
| 9/8/2003 | RR | Customs Audit | Team meeting re: Status of FA | 5.0 | 240 | 1,200 | |
| 9/9/2003 | AP | Fee Application/Billing | Worked on the detailed billing for Tim Tuerff's group. | 1.8 | 230 | 414 | |
| 9/9/2003 | AP | COO Agreement | Worked on the reformatting the COO term sheet per Jane Zeis and adding in additonal competitive information. | 2.2 | 230 | 506 | |
| 9/9/2003 | AP | Fee Application/Billing | Worked on combining the detailed billing for all of the groups and reformatting the data. | 3.3 | 230 | 759 | |
| 9/9/2003 | MF | Customs Audit | Review client documentation re: FA | 1.0 | 350 | 350 | |
| 9/9/2003 | MS | Customs Audit | Timeline review of FA documents | 8.0 | 480 | 3,840 | |
| 9/9/2003 | NB | COO Agreement | Reviewed and revised the COO term sheet. | 0.5 | 575 | 288 | |
| 9/9/2003 | RR | Customs Audit | Davison documentation inventory for transaction testing | 6.3 | 240 | 1,512 | |
| 9/10/2003 | JZ | COO Agreement | Reviewed the competitive data that Allison Prybylo had pulled for the COO term sheet and made revisions. | 2.0 | 390 | 780 | |
| 9/10/2003 | MF | Customs Audit | Draft findings & recs for GPC FA | 5.0 | 350 | 1,750 | |
| 9/10/2003 | RR | Customs Audit | Transaction testing | 0.8 | 240 | 192 | |
| 9/10/2003 | RR | Customs Audit | Planning | 2.3 | 240 | 552 | |
| 9/10/2003 | RR | Customs Audit | GPC quantity analysis for transaction testing | 0.8 | 240 | 192 | |
| 9/10/2003 | RR | Customs Audit | Meet with M. Stephanou re: Davison/GPC's FA | 0.8 | 240 | 192 | |
| 9/10/2003 | RR | Customs Audit | all with M.L. Harding & M. Stephanou re: A/P issues in relation to FA | 0.5 | 240 | 120 | |
| 9/10/2003 | RR | Customs Audit | Call with T. Lascola re: FA | 0.5 | 240 | 120 | |
| 9/11/2003 | NB | COO Agreement | Worked more on the proposed COO employement agreement affidavit. | 0.5 | 575 | 288 | |
| 9/11/2003 | RR | Customs Audit | Davison documentation inventory for transaction testing | 1.0 | 240 | 240 | |
| 9/11/2003 | RR | Customs Audit | Worked and prepared detailed billing summary | 1.0 | 240 | 240 | |
| 9/15/2003 | AP | Fee Application/Billing | Spoke with Tony Scoles regarding billing and reformatting all of other months bills. | 2.2 | 230 | 506 | |
| 9/15/2003 | JZ | COO Agreement | Worked on finalizing the COO term sheet and exhibits for Nick Bubnovich. | 1.5 | 390 | 585 | |
| 9/15/2003 | MF | Customs Audit | Draft of responses to Customs FA questionnaire for GPC | 2.0 | 350 | 700 | |
| 9/15/2003 | RR | Customs Audit | GPC action list re: FA | 0.5 | 240 | 120 | |
| 9/15/2003 | RR | Customs Audit | Transaction testing | 8.0 | 240 | 1,920 | |
| 9/15/2003 | RR | Customs Audit | File organization | 2.0 | 240 | 480 | |
| 9/16/2003 | AP | COO Agreement | Worked on the COO term sheet for Nick Bubnovich. | 1.0 | 230 | 230 | |
| 9/16/2003 | MF | Customs Audit | Draft of FA questionnaire for GPC | 8.0 | 350 | 2,800 | |
| 9/16/2003 | RR | Customs Audit | Classification review for GPC's transaction testing | 8.0 | 240 | 1,920 | |
| 9/16/2003 | RR | Customs Audit | 9801 memo for GPC | 7.0 | 240 | 1,680 | |
| 9/16/2003 | RR | Customs Audit | Classification review for GPC's transaction testing | 2.5 | 240 | 600 | |
| 9/16/2003 | RR | Customs Audit | Team meeting-classification review for GPC's FA | 0.5 | 240 | 120 | |
| 9/16/2003 | RR | Customs Audit | Call with G. Del Nogal and S. Blum re: GPC's classification transaction testing | 0.5 | 240 | 120 | |

**W.R. Grace & Co.**
*Daily Summary of Fees and Expenses*

Invoice #:
08925947- SA WRG0007
08925950- SA WRG0012
08925951- SA WRG0004

| Date | Person | Project Category | Description | Hours | Billing Rate | Professional Fees | Expenses |
|---|---|---|---|---|---|---|---|
| 9/16/2003 | RR | Customs Audit | Call with Debbie Fern Ray re: GPC's classification/transaction testing | 2.0 | 240 | 480 | |
| 9/16/2003 | RR | Customs Audit | GPC documentation | 3.3 | 240 | 792 | |
| 9/16/2003 | RR | Customs Audit | Team meeting re: Status of FA | 0.5 | 240 | 120 | |
| 9/16/2003 | RR | Customs Audit | Davison document inventory/review for FA | 1.3 | 240 | 312 | |
| 9/16/2003 | RR | Customs Audit | Ruling search and finalizing transaction testing for GPC's FA | 7.2 | 240 | 1,728 | |
| 9/16/2003 | RR | Customs Audit | Davison Transactrion testing | 7.8 | 240 | 1,872 | |
| 9/17/2003 | AP | COO Agreement | Made revisions to the COO term sheet per Nick Bubnovich. | 1.0 | 230 | 230 | |
| 9/17/2003 | GN | Customs Audit | Classification research for GPC's transaction testing | 4.0 | 210 | 840 | |
| 9/17/2003 | GN | Customs Audit | Team meeting with R. Raley, M. Stephanou to review classifications for GPC's transaction testing | 3.5 | 210 | 735 | |
| 9/17/2003 | JZ | COO Agreement | Finalized the COO term sheet and exhibits for Nick Bubnovich. | 2.0 | 390 | 780 | |
| 9/17/2003 | MF | Customs Audit | Revision of FA questionnaire for GPC | 6.0 | 350 | 2,100 | |
| 9/18/2003 | GN | Customs Audit | Team meeting with R. Raley, M. Stephanou to review classifications for GPC's transaction testing | 3.5 | 210 | 735 | |
| 9/18/2003 | MF | Customs Audit | Revision of FA questionnaire responses for GPC | 6.0 | 350 | 2,100 | |
| 9/18/2003 | RR | Customs Audit | Admin for GPC project | 0.8 | 240 | 192 | |
| 9/19/2003 | MF | Customs Audit | Revision of FA questionnaire responses for GPC | 4.0 | 350 | 1,400 | |
| 9/19/2003 | MF | Customs Audit | Edit of FA questionnairfe responses for GPC | 0.5 | 350 | 175 | |
| 9/22/2003 | GN | Customs Audit | Classification research for GPC's transaction testing | 1.0 | 210 | 210 | |
| 9/23/2003 | MF | Customs Audit | Taxi to client site in Cambridge | | | | 16 |
| 9/23/2003 | MF | Customs Audit | Airfare to/from Grace client site in Cambridge MA | | | | 619 |
| 9/23/2003 | MF | Customs Audit | Rental car during on-site visit in Cambridge MA | | | | 126 |
| 9/23/2003 | MF | Customs Audit | Preparation for on-site visit with GPC re: FA | 3.0 | 350 | 1,050 | |
| 9/23/2003 | MS | Customs Audit | Preparation for on-site meeting at GPC re: FA | 2.0 | 480 | 960 | |
| 9/24/2003 | FL | Customs Audit | Team meeting to review classifications for GPC transaction testing. | 0.5 | 290 | 145 | |
| 9/24/2003 | MF | Customs Audit | On-site meetings in Cambridge re: Focused Assessment for GPC | 9.0 | 350 | 3,150 | |
| 9/24/2003 | MM | Customs Audit | Meeting with GPC team on-site re: FA | 5.0 | 660 | 3,300 | |
| 9/24/2003 | MS | Customs Audit | Grace on-site meeting at GPC re: FA | 9.0 | 480 | 4,320 | |
| 9/25/2003 | FL | Customs Audit | Assisted R. Raley in transaction sampling. | 0.5 | 290 | 145 | |
| 9/25/2003 | MF | Customs Audit | On-site meetings at GPC re: Focused Assessment | 6.0 | 350 | 2,100 | |
| 9/25/2003 | MS | Customs Audit | Grace on-site meeting at GPC re: FA | 9.0 | 480 | 4,320 | |
| 9/26/2003 | MF | Customs Audit | Edit of questionnaire of Focused Assessment for GPC | 2.0 | 350 | 700 | |
| 9/26/2003 | MS | Customs Audit | Worked on Grace action items re: FA | 1.0 | 480 | 480 | |
| 9/28/2003 | RR | Customs Audit | GPC/Davison general FA work | 1.0 | 240 | 240 | |
| 9/29/2003 | MF | Customs Audit | Revision of FA questionnaire responses for GPC | 5.5 | 350 | 1,925 | |
| 9/29/2003 | MS | Customs Audit | Worked on Grace action items re: FA | 2.0 | 480 | 960 | |
| 9/30/2003 | BC | IRS Controversy Issues | Conference call with Elyse Napoli Filon regarding the 10-year carryback of NOLs. | 1.0 | 600 | 600 | |
| 9/30/2003 | MF | Customs Audit | Revision of FA questionnaire responses for GPC | 4.5 | 350 | 1575 | |
| 9/30/2003 | MS | Customs Audit | Update meeting with Robin Raley re: royalty | 3.0 | 480 | 1,440 | |

**W.R. Grace & Co.**
*Daily Summary of Fees and Expenses*

Invoice #:
08925947- SA WRG0007
08925950- SA WRG0012
08925951- SA WRG0004

| Date | Person | Project Category | Description | Hours | Billing Rate | Professional Fees | Expenses |
|---|---|---|---|---|---|---|---|
| 9/30/2003 | RR | Customs Audit | Davison transaction testing for FA | 2.3 | 240 | 552 | |
| | | | Totals | 244.8 | | $84,261 | $1,487 |