# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objections due: |

Hearing date: To be scheduled, only if objections are
timely filed and served.

**SUMMARY OF APPLICATION OF NELSON MULLINS RILEY & SCARBOROUGH,
L.L.P. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
EXPENSES AS SPECIAL COUNSEL TO W. R. GRACE & CO., ET AL., FOR THE
FIRST INTERIM PERIOD, FROM OCTOBER 1 THROUGH OCTOBER 31, 2003,
FOR THE QUARTER OF OCTOBER 2003 – DECEMBER 2003**

| | |
|---|---|
| Name of Applicant: | **Nelson Mullins Riley & Scarborough, L.L.P.** |
| Authorized to Provide Professional Services to: | **W. R. Grace & Co., et al., Debtors and Debtors-in-Possession** |
| Date of Retention: | **July 19, 2001** |
| Period for which compensation and reimbursement is sought: | **October 1, 2003 through October 31, 2003** |
| Amount of Compensation sought as actual, reasonable, and necessary: | **$9,657.50** |

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Amount of expense reimbursement sought as
actual, reasonable, and necessary:                    **$154.31 for the period**

This is a __x__ monthly _ interim ___ final application.

The total time expended for the preparation of this application is approximately
(4.6) hours, and the corresponding estimated compensation *that will be requested in a
future application* is approximately $ (611.50) .

Prior fee applications:

| Date Filed | Period Covered | Requested Fees | Expenses | Approved Fees | Expenses |
|---|---|---|---|---|---|
| October 17, 2001 | July 19, 2001 – July 31, 2001 | $28,316.50 | $234.68 | $22,653.20 | $234.68 |
| October 17, 2001 | August 1, 2001-August 31, 2001 | $69,119.50 | $1,196.84 | $55,295.60 | $1,196.84 |
| October 17, 2001 | May 1, 2001- June 30, 2001 | $113,762.50 | $2,155.05 | $91,010.00 | $2,155.05 |
| December 19, 2001 | October 1, 2001-October 31, 2001 | $67,906.50 | $1,348.82 | $54,325.20 | $1,348.82 |
| January 23, 2002 | November 1, 2001-November 30, 2001 | $26, 792.00 | $168.41 | $21,433.60 | $168.41 |
| February 26, 2002 | December 1, 2001-December 31, 2001 | $24,895.00 | $673.51 | $19,916.00 | $673.51 |
| May 1, 2002 | January 1, 2002-January 31, 2002 | $21,009.00 | $147.52 | $16,807.20 | $147.52 |
| June 18, 2002 | February 1, 2002-February 28, 2002 | $24,897.00 | $122.30 | $19,917.60 | $122.30 |
| June 18, 2002 | March 1, 2002 – March 31, 2002 | $17,003.00 | $52.22 | $13,602.40 | $52.22 |
| June 25, 2002 | September 1, 2001-September 30, 2001 | $31,625.50 | $488.83 | $25,300.40 | $488.83 |
| June 25, 2002 | April 1, 2002-April 30, 2002 | $17,827.00 | $345.71 | $14,261.60 | $345.71 |
| June 26, 2002 | January 1, 2002-March 31, 2002 | $62,909.00 | $322.04 | $62,909.00 | $322.04 |
| July 2, 2002 | May 1, 2002-May 31, 2002 | $27,070.00 | $177.64 | $21,656.00 | $177.64 |
| August 14, 2002 | June 1, 2002 – June 30, 2002 | $15,496.50 | $178.39 | $12,397.20 | $178.39 |
| August 29, 2002 | July 1, 2002 – July 31, 2002 | $18,481.50 | $225.82 | $14,785.20 | $225.82 |

2

| September 3, 2002 | July 19, 2001 – September 30, 2001 | $129,061.50 | $1,920.35 | $129,061.50 | $1,920.35 |
|---|---|---|---|---|---|
| September 3, 2002 | October 1, 2001 – December 31, 2001 | $119,593.50 | $2,190.74 | $119,593.50 | $2,190.74 |
| September 20, 2002 | April 1, 2002 – June 30, 2002 | $60,393.50 | $701.74 | $60,393.50 | $701.74 |
| October 8, 2002 | August 1, 2002 – August 31, 2002 | $10,363.00 | $169.79 | $8,290.40 | $169.79 |
| October 30, 2002 | September 1, 2002- September 30, 2002 | $11,114.00 | $221.89 | $8,891.20 | $221.89 |
| November 27, 2002 | July 1, 2002 – September 30, 2002 | $39,958.50 | $615.50 | $35,771.00 | $615.50 |
| December 11, 2002 | October 1, 2002- October 31, 2002 | $8,498.50 | $75.28 | $6,798.80 | $75.28 |
| December 26, 2002 | November 1, 2002- November 30, 2002 | $4,241.00 | $117.29 | $3,392.80 | $117.29 |
| February 6, 2003 | December 1, 2002 – December 31, 2002 | $9,298.50 | $97.20 | $7,438.80 | $97.20 |
| March 4, 2003 | January 1, 2003- January 31, 2003 | $6,026.50 | $24.91 | $4,821.20 | $24.91 |
| March 27, 2003 | February 1-February 28, 2003 | $5,473.50 | $52.58 | $4,378.80 | $52.58 |
| April 8, 2003 | October 1, 2002- December 31, 2002 | $22,038.00 | $289.77 | $22,038.00 | $289.77 |
| May 9, 2003 | March 1, 2003- March 31, 2003 | $5,424.00 | $64.16 | $4,339.20 | $64.16 |
| September 9, 2003 | January 1, 2003 – March 31, 2003 | $12,407.00 | $141.65 | $16,924.00 | $146.65 |
| August 22, 2003 | April 1, 2003- April 30, 2003 | $7,868.00 | $64.88 | $6294.40 | $64.88 |
| September 9, 2003 | May 1, 2003 – May 31, 2003 | $8143.50 | $88.14 | $6,514.80 | $88.14 |
| September 5, 2003 | June 1, 2003 – June 30, 2003 | $17,705.00 | $291.20 | $14,164.00 | $291.20 |
| September 9, 2003 | April 1, 2003 – June 30, 2003 | $33,761.05 | $444.22 | Pending | Pending |
| September 6, 2003 | July 1, 2003 – July 31, 2003 | $36,321.00 | $241.39 | $29,056.80 | $241.39 |
| Emailed for filing on 2/4/04[2] | August 1, 2003 – August 31, 2003 | $27,487.00 | $932.61 | Pending | Pending |
| Emailed for filing on 2/4/04[3] | September 1, 2003 – September 31, 2003 | $38,442.00 | $139.47 | Pending | Pending |
| February 25, 2004[4] | July 1, 2003 – September 31, 2003 | $102,250.00 | $1,313.47 | Pending | Pending |

[2] The Summary Application for the period from August 1 to August 31, 2003 was emailed to local counsel on 2/4/04. It has not been filed with the court as of the date of this Application. The objection time has not begun to run.

[3] The Summary Application for the period from September 1, 2003 to September 30, 2003 was emailed to local counsel on 2/4/04. It has not been filed with the court as of the date of this Application. The objection time has not begun to run.

[4] The Tenth Quarterly Application was filed February 25, 2004. Objections are due by March 16, 2004.

The Nelson Mullins Riley & Scarborough, L.L.P. attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Rose-Marie T. Carlisle | Of-Counsel | 19 years | Environmental | $250.00 | 5.7 | $1425.00 |
| Bernard F. Hawkins, Jr. | Partner | 13 years | Environmental | $280.00 | 1.8 | $504.00 |
| Joseph M. Melchers | Partner | 14 years | Environmental | $250.00 | 24.5 | $6125.00 |
| Betsy Burn | Associate | 3 years | Bankruptcy | $190.00 | 1.4 | $266.00 |

Grand Total for Fees: $8320.00
Blended Rate:          $249.10

The Nelson Mullins Riley & Scarborough, L.L.P. paraprofessionals who rendered professional services in these cases during the Fee Period are:

| | | | | | | |
|---|---|---|---|---|---|---|
| Laurie J. Jennings | Paralegal | 2 years | Environmental | $115.00 | 7.30 | $839.50 |
| Emily Flemming | Project Assistant | 3 Years | Litigation | $60.00 | 8.3 | $498.00 |

Grand Total for Fees:  $ 1337.50
Blended Rate:          $ 85.74

| Matter Number | Matter | Total Hours | Total Fees Requested |
|---|---|---|---|
| 02399/06003 | Beaco Road | 6.30 | $1,290.00 |
| 02399/06012 | Owensboro Site Management | 1.60 | $448.00 |
| 02399/06030 | Aiken-Title V Permit App. Issues | 2.10 | $164.00 |
| 02399/06031 | Li Tungsten | 23.50 | $5,590.00 |
| 02399/06032 | Charleston | 2.00 | $164.00 |
| 02399/06091 | Fee Applications | 13.50 | $2001.50 |
| TOTAL | | 49.00 | $9657.50 |

4

## Expense Summary

| Description | Amount |
|---|---|
| Telephone | $1.30 |
| Photocopies | $24.05 |
| FedEx | $27.04 |
| Travel | $101.92 |
| Total | $154.31 |

One new timekeeper appeared during this interim period.  Emily Flemming, Project Assistant, billing at $60.00 per hour.

5

## EXHIBIT A

# NELSON

Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW
TAX ID NO. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

November 19, 2003
Invoice 592228  Page 1

| | | For Services Through 10/31/03 |
|---|---|---|
| Our Matter # | 02399/06003 | |
| WR Grace # | 063-KL-721490-01-501270 | |
| Name of Matter: | Beaco Road Site | |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 10/01/03 | Prepare for PRP conference call.<br>J.M. MELCHERS | 0.20 hrs. | 250.00/hr | $50.00 |
| 10/02/03 | Prepare for (0.3) and participate in Technical Committee conference call (0.9); prepare notes on same (0.2).<br>J.M. MELCHERS | 1.40 hrs. | 250.00/hr | $350.00 |
| 10/02/03 | Finalize memo regarding September 18 PRP group call.<br>J.M. MELCHERS | 0.20 hrs. | 250.00/hr | $50.00 |
| 10/03/03 | Telephone conference with Ms. Duff regarding developments in case and technical analysis needed.<br>J.M. MELCHERS | 0.20 hrs. | 250.00/hr | $50.00 |
| 10/07/03 | Review memo from Mr. English regarding PRP group conference call.<br>J.M. MELCHERS | 0.10 hrs. | 250.00/hr | $25.00 |
| 10/16/03 | Participate in PRP Group conference call (0.8); prepare notes on same (0.2); review incoming site materials (0.2).<br>J.M. MELCHERS | 1.20 hrs. | 250.00/hr | $300.00 |
| 10/17/03 | Review and categorize incoming correspondence, studies, attorney's notes and other file materials (0.9); chronologize and create subfiles for same for Attorney Melchers' review (0.6).<br>E. FLEMMING | 1.50 hrs. | 60.00/hr | $90.00 |
| 10/20/03 | Review memo from Mr. English regarding proposed response to motion for summary judgment.<br>J.M. MELCHERS | 0.10 hrs. | 250.00/hr | $25.00 |
| 10/21/03 | Review and analyze draft Reply to State Auto Memo Opposing Summary Judgment from PRP Group's counsel, Mr. English (1.1); prepare memo regarding Reply (0.2).<br>J.M. MELCHERS | 1.30 hrs. | 250.00/hr | $325.00 |
| 10/23/03 | Review memo from Mr. English regarding comments to brief.<br>J.M. MELCHERS | 0.10 hrs. | 250.00/hr | $25.00 |

Fees for Legal Services ...................................................................................................  $1,290.00

## BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| J.M. MELCHERS | 4.80 | 250.00 | 1,200.00 |
| E. FLEMMING | 1.50 | 60.00 | 90.00 |
| TOTAL | 6.30 | $204.76 | $1,290.00 |

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 10/20/2003 | Photocopies 24 Page(s) | 1.20 |

**Total Charges for Other Services Provided/Expenses Incurred** ..................................... **$1.20**

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Photocopies | 1.20 |
| TOTAL | $1.20 |

**Net current billing for this Invoice** .......................................................................... **$1,291.20**

**GRAND TOTAL**.......................................................................................................... **$1,291.20**

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-1070
TELEPHONE (803) 799-2000

For Services Through 10/31/03

Our Matter # 02399/06003
Beaco Road Site

| | | |
|---|---|---|
| Fees for Professional Services | $1,290.00 | |
| Charges for Other Services Provided/Expenses Incurred | 1.20 | |
| Net current billing for this invoice ................................................................ | | $1,291.20 |
| | | |
| GRAND TOTAL................................................................................................ | | $1,291.20 |

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

## EXHIBIT B



# NELSON
###### Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
ATTORNEYS AND COUNSELORS AT LAW
TAX ID NO. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA  29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.                                          November 19, 2003
ATTN: Lydia Duff, Esq.                              Invoice 592230 Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

Our Matter #          02399/06012                    For Services Through 10/31/03
WR Grace #           001-KL-721200-00-100128
Name of Matter:    Owensboro Site Management

10/14/03    Discussion with Ms. Duff concerning identification of consultants for air quality analysis of
control equipment (0.3); review and obtain information for recommendations (1.1); forward
information to Ms. Duff (0.2).
B.F. HAWKINS, JR.                            1.60 hrs.    280.00/hr              $448.00

Fees for Legal Services ................................................................................................    $448.00

### BILLING SUMMARY

|                        | Hours | Rate/Hr  | Dollars  |
|------------------------|-------|----------|----------|
| B.F. HAWKINS, JR.      | 1.60  | 280.00   | 448.00   |
| TOTAL                  | 1.60  | $280.00  | $448.00  |

Net current billing for this invoice ...........................................................    $448.00

GRAND TOTAL...................................................................................................    $448.00

### REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA  29211-1070
TELEPHONE (803) 799-2000

For Services Through 10/31/03

Our Matter # 02399/06012
Owensboro Site Management

| | | |
|---|---|---|
| Fees for Professional Services | $448.00 | |
| Charges for Other Services Provided/Expenses Incurred | 0.00 | |
| Net current billing for this invoice ................................................................ | | **$448.00** |
| GRAND TOTAL .......................................................................................................... | | **$448.00** |

### WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

## EXHIBIT C



# NELSON
Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
ATTORNEYS AND COUNSELORS AT LAW
TAX ID No. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

November 19, 2003
Invoice 592231 Page 1

Our Matter #            02399/06030
WR Grace #            032-KL-721400-00-5250472
Name of Matter:      Aiken-Title V Permit App.

For Services Through 10/31/03

| Date | Description | Hrs | Rate | Amount |
|---|---|---|---|---|
| 10/15/03 | Review and categorize incoming correspondence, pleadings, attorney's notes and other file materials (1.0); chronologize and create subfiles for same for Attorney Carlisle (0.3).<br>E. FLEMMING | 1.30 hrs. | 60.00/hr | $78.00 |
| 10/16/03 | Complete creation of subfiles (0.3); and integration of subfiles for incoming file materials for Attorney Carlisle's review (0.3).<br>E. FLEMMING | 0.60 hrs. | 60.00/hr | $36.00 |
| 10/30/03 | Confer with Mr. Fishel regarding air permit issue.<br>R.T. CARLISLE | 0.20 hrs. | 250.00/hr | $50.00 |

**Fees for Legal Services** .................................................................................................... **$164.00**

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| R.T. CARLISLE | 0.20 | 250.00 | 50.00 |
| E. FLEMMING | 1.90 | 60.00 | 114.00 |
| TOTAL | 2.10 | $78.10 | $164.00 |

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 10/03/2003 | Photocopies 1 Page(s) | 0.05 |

**Total Charges for Other Services Provided/Expenses Incurred** ...................................... **$0.05**

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Photocopies | 0.05 |
| TOTAL | $0.05 |

**Net current billing for this invoice** ................................................................ **$164.05**

**GRAND TOTAL**.................................................................................................... **$164.05**

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-1070
TELEPHONE (803) 799-2000

For Services Through 10/31/03

Our Matter # 02399/06030
Aiken-Title V Permit App.

| | | |
|---|---|---|
| Fees for Professional Services | $164.00 | |
| Charges for Other Services Provided/Expenses Incurred | 0.05 | |
| Net current billing for this invoice ................................................................. | | $164.05 |
| | | |
| GRAND TOTAL.................................................................................................... | | $ 164.05 |

## WIRING INSTRUCTIONS

Account Name:  Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
ABA#:  053200666
Account #:  04032 24077 01
Bank:  National Bank of South Carolina (NBSC), Sumter, SC

## EXHIBIT D



# NELSON
Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
ATTORNEYS AND COUNSELORS AT LAW
TAX ID NO. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.                                           November 19, 2003
ATTN: Lydia Duff, Esq.                                  Invoice 592232  Page  1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

Our Matter #          02399/06031                    For Services Through 10/31/03
WR Grace #            001-KL-721490-01-501560
Name of Matter:       Li Tungsten

| | | | | |
|---|---|---|---|---|
| 10/01/03 | Review Items of correspondence with Mr. Ed Als (0.2); telephone conference with him regarding FOIA request status and organization of EPA documents (0.2); prepare notes on same (0.1). | | | |
| | J.M. MELCHERS | 0.50 hrs. | 250.00/hr | $125.00 |
| 10/01/03 | Telephone conference with Mr. Englert regarding results of status conference and next steps (0.2); prepare notes on same and analyze impacts (0.4); review memo from him regarding PRP conference call and response to same (0.1). | | | |
| | J.M. MELCHERS | 0.70 hrs. | 250.00/hr | $175.00 |
| 10/02/03 | Telephone conference with Mr. Als regarding documents needed (0.2); prepare for (0.3) and participate in  Li Tungsten PRP Group conference call (1.6). | | | |
| | J.M. MELCHERS | 2.10 hrs. | 250.00/hr | $525.00 |
| 10/02/03 | Participate in conference call relating to site status. | | | |
| | R.T. CARLISLE | 1.30 hrs. | 250.00/hr | $325.00 |
| 10/03/03 | Telephone conference with Ms. Duff regarding developments in case (0.3); telephone conference with Mr. Als regarding EPA documents (0.2); review and analysis of DOJ statement regarding proposed settlement and evaluate impacts of same (1.1). | | | |
| | J.M. MELCHERS | 1.60 hrs. | 250.00/hr | $400.00 |
| 10/03/03 | Review incoming administrative index from Mr. Als (0.2); review memo from Mr. Englert regarding EPA statement on proposed settlement (0.1); prepare analysis and action item memo for discussion with Ms. Duff (0.6). | | | |
| | J.M. MELCHERS | 0.90 hrs. | 250.00/hr | $225.00 |
| 10/08/03 | Review faxed site documents from Mr. Als (0.3); review memo from Attorney Carlisle regarding briefs (0.1). | | | |
| | J.M. MELCHERS | 0.40 hrs. | 250.00/hr | $100.00 |
| 10/08/03 | Review and summarize relevant briefs (1.3); identify documents for transmitting to other counsel (0.2); review letter to other counsel and edit same (0.2). | | | |
| | R.T. CARLISLE | 1.70 hrs. | 250.00/hr | $425.00 |

| 10/09/03 | Review memo from Attorney Carlisle and respond regarding briefs (0.1); review incoming fax from Mr. Als (0.2); and plan for next steps on document issues (0.2). | | | |
| | J.M. MELCHERS | 0.50 hrs. | 250.00/hr | $125.00 |

| 10/14/03 | Participate in PRP conference call (1.0); prepare notes on same (0.2); review documents and confer with Attorney Carlisle regarding impacts of same and need for additional information from other counsel (0.3). | | | |
| | J.M. MELCHERS | 1.50 hrs. | 250.00/hr | $375.00 |

| 10/14/03 | Participate in conference call regarding claims issues. | | | |
| | R.T. CARLISLE | 1.10 hrs. | 250.00/hr | $275.00 |

| 10/15/03 | Telephone conference with other PRP counsel regarding issues on proposed settlement. | | | |
| | J.M. MELCHERS | 0.40 hrs. | 250.00/hr | $100.00 |

| 10/17/03 | Review package of documents from Mr. Englert regarding case and government's notice of proposed consent judgment. | | | |
| | J.M. MELCHERS | 1.60 hrs. | 250.00/hr | $400.00 |

| 10/17/03 | Conference with Attorney Carlisle regarding summary of PRP conference call issues and prepare memo to her regarding same. | | | |
| | J.M. MELCHERS | 0.20 hrs. | 250.00/hr | $50.00 |

| 10/17/03 | Analyze EPA FR notice of proposed settlement (0.4); review memo from Mr. Englert regarding documents available and prepare memo regarding same (0.2). | | | |
| | J.M. MELCHERS | 0.60 hrs. | 250.00/hr | $150.00 |

| 10/17/03 | Confer with individuals familiar with litigation pertinent to claims issues. | | | |
| | R.T. CARLISLE | 0.20 hrs. | 250.00/hr | $50.00 |

| 10/17/03 | Review and categorize incoming correspondence, pleadings, and attorney's notes (0.9); chronologize and create subfiles for same for Attorney Melchers' review (0.6). | | | |
| | E. FLEMMING | 1.50 hrs. | 60.00/hr | $90.00 |

| 10/20/03 | Review memo from Mr. Fein regarding Verizon participation. | | | |
| | J.M. MELCHERS | 0.10 hrs. | 250.00/hr | $25.00 |

| 10/21/03 | Review draft memo from Attorney Carlisle regarding settlement (0.2); review documents for discussion with Mr. Doyle (0.5). | | | |
| | J.M. MELCHERS | 0.70 hrs. | 250.00/hr | $175.00 |

| 10/21/03 | Draft memorandum regarding conferences relating to claims issues. | | | |
| | R.T. CARLISLE | 0.70 hrs. | 250.00/hr | $175.00 |

| 10/24/03 | Review and edit memo regarding claims issues and developments and recommendations (0.6); evaluate additional issues to address (0.3). | | | |
| | J.M. MELCHERS | 0.90 hrs. | 250.00/hr | $225.00 |

| 10/24/03 | Review documents for claims issues and issues regarding proposed settlement. | | | |
| | J.M. MELCHERS | 0.70 hrs. | 250.00/hr | $175.00 |

| 10/24/03 | Confer with Attorney Melchers regarding claims issues and communications with client regarding same. | | | |
| | R.T. CARLISLE | 0.30 hrs. | 250.00/hr | $75.00 |

| 10/27/03 | Review documents and revise updated memorandum regarding claims analysis (0.7); prepare memo to Attorney Carlisle regarding changes (0.1). | | | |
| | J.M. MELCHERS | 0.80 hrs. | 250.00/hr | $200.00 |

| 10/27/03 | Revise electronic mail memorandum to Ms. Duff regarding claims issues and transmit same. | | | |
| | R.T. CARLISLE | 0.20 hrs. | 250.00/hr | $50.00 |

| 10/29/03 | Review article from Ms. Duff (0.2); review memo from Attorney Carlisle and carry out follow-up research on Glen Cove notice (0.2). | | | |
| | J.M. MELCHERS | 0.40 hrs. | 250.00/hr | $100.00 |
| 10/30/03 | Review and analyze impacts from recent case impacting on case analysis and prepare memo to Attorney Carlisle regarding same. | | | |
| | J.M. MELCHERS | 0.60 hrs. | 250.00/hr | $150.00 |
| 10/31/03 | Review information from Mr. Als regarding inquiries on format of response to FOIA request and determine response to same (0.6); prepare for conference call with Mr. Doyle (0.7). | | | |
| | J.M. MELCHERS | 1.30 hrs. | 250.00/hr | $325.00 |

**Fees for Legal Services** ................................................................................................... **$5,590.00**

## BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| J.M. MELCHERS | 16.50 | 250.00 | 4,125.00 |
| R.T. CARLISLE | 5.50 | 250.00 | 1,375.00 |
| E. FLEMMING | 1.50 | 60.00 | 90.00 |
| TOTAL | 23.50 | $237.87 | $5,590.00 |

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 10/01/2003 | Telephone 1-412-355-8331 | 0.30 |
| 10/02/2003 | Telephone 1-410-531-4210 | 0.05 |
| 10/08/2003 | Fed Ex | 27.04 |
| 10/08/2003 | Photocopies 4 Page(s) | 0.20 |
| 10/08/2003 | Photocopies 6 Page(s) | 0.30 |
| 10/14/2003 | Telephone 1-203-373-3512 | 0.80 |
| 10/17/2003 | Photocopies 72 Page(s) | 3.60 |
| 10/23/2003 | Photocopies 186 Page(s) | 9.30 |
| 10/29/2003 | Photocopies 4 Page(s) | 0.20 |
| 10/30/2003 | VENDOR: Joseph M. Melchers; INVOICE#: 102903D; DATE: 10/30/2003 - Travel reimbursement for interview | 101.92 |

**Total Charges for Other Services Provided/Expenses Incurred** ...................................... **$143.71**

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Photocopies | 13.60 |
| Fed Ex | 27.04 |
| Telephone | 1.15 |
| Travel | 101.92 |
| TOTAL | $143.71 |

Net current billing for this invoice ......................................................................... **$5,733.71**

GRAND TOTAL................................................................................................................. **$5,733.71**

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-1070
TELEPHONE (803) 799-2000

For Services Through 10/31/03

Our Matter # 02399/06031
Li Tungsten

| | | |
|---|---|---|
| Fees for Professional Services | $5,590.00 | |
| Charges for Other Services Provided/Expenses Incurred | 143.71 | |
| Net current billing for this invoice ..................................................................... | | $5,733.71 |

GRAND TOTAL........................................................................................................................   **$5,733.71**

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

**EXHIBIT E**

# NELSON

Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW
TAX ID NO. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

November 19, 2003
Invoice 592233 Page 1

Our Matter #     02399/06032
WR Grace #       063-KL-721490-01-0501221
Name of Matter:  Charleston

For Services Through 10/31/03

| 10/14/03 | Review and categorize incoming correspondence, pleadings, remedial design documents, and attorney's notes (1.2); chronologize and create subfiles for same for Attorney Hawkins' review (0.6). | | | |
|---|---|---|---|---|
| | E. FLEMMING | 1.80 hrs. | 60.00/hr | $108.00 |
| 10/24/03 | Review correspondence from Mr. Bucens to DHEC addressing Remedial Action Access. | | | |
| | B.F. HAWKINS, JR. | 0.20 hrs. | 280.00/hr | $56.00 |

**Fees for Legal Services** ................................................................................... **$164.00**

## BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.F. HAWKINS, JR. | 0.20 | 280.00 | 56.00 |
| E. FLEMMING | 1.80 | 60.00 | 108.00 |
| TOTAL | 2.00 | . $82.00 | $164.00 |

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| 10/30/2003 | Photocopies 88 Page(s) | 4.40 |
|---|---|---|

**Total Charges for Other Services Provided/Expenses Incurred** ...................................... **$4.40**

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Photocopies | 4.40 |
| TOTAL | $4.40 |

**Net current billing for this Invoice** ........................................................................ **$168.40**

**GRAND TOTAL** ................................................................................................. **$ 168.40**

**REMITTANCE COPY**

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-1070
TELEPHONE (803) 799-2000

For Services Through 10/31/03

Our Matter # 02399/06032
Charleston

| | |
|---|---|
| Fees for Professional Services | $164.00 |
| Charges for Other Services Provided/Expenses Incurred | 4.40 |
| **Net current billing for this invoice** .................................................................. | **$168.40** |

**GRAND TOTAL**............................................................................................................. **$168.40**

**WIRING INSTRUCTIONS**

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

**EXHIBIT F**



# NELSON
### Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
ATTORNEYS AND COUNSELORS AT LAW
TAX ID No. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

October 31, 2003
Invoice 592225 Page 1

Our Matter #         02399/06091                    For Services Through 10/31/03
Name of Matter:      Fee Applications

| Date | Description | | | Amount |
|---|---|---|---|---|
| 10/02/03 | Review memo from Attorney Burn regarding status of several Fee Application filings and prepare follow-up request concerning same.<br>J.M. MELCHERS | 0.20 hrs. | 250.00/hr | $50.00 |
| 10/02/03 | Review Pacer for entry of Certificates of No Objection on March, April, May, June, July and Eighth Quarterly Fee Application and update attorneys on filing for same.<br>B.J. BURN | 0.50 hrs. | 190.00/hr | $95.00 |
| 10/02/03 | Update status from memo from Attorney Burn regarding recent filings.<br>L.J. JENNINGS | 0.10 hrs. | 115.00/hr | $11.50 |
| 10/03/03 | Respond to in-house questions regarding payment on fee applications upon approval by court.<br>B.J. BURN | 0.10 hrs. | 190.00/hr | $19.00 |
| 10/09/03 | Review Fee Application allocation memos.<br>J.M. MELCHERS | 0.20 hrs. | 250.00/hr | $50.00 |
| 10/10/03 | Review Fee Application attachments for August and memo from Attorney Burn regarding status of same (0.6); determine status of filing and prepare response (0.2).<br>J.M. MELCHERS | 0.80 hrs. | 250.00/hr | $200.00 |
| 10/10/03 | Review Pacer for update on all pending fee applications and check for filings (0.2); draft chart to track status of fee applications and follow up with firm attorneys on status of August and September Fee Applications (0.1).<br>B.J. BURN | 0.30 hrs. | 190.00/hr | $57.00 |
| 10/10/03 | Begin work on Fee Application for August 2003 bills and discuss same with Attorney Melchers.<br>L.J. JENNINGS | 0.70 hrs. | 115.00/hr | $80.50 |
| 10/13/03 | Prepare draft of August 2003 Fee Application for Attorney Melchers' review.<br>L.J. JENNINGS | 0.50 hrs. | 115.00/hr | $57.50 |

| 10/14/03 | Review and categorize incoming correspondence, billing, and fee applications (0.9); chronologize and create subfiles for Fee Applications for Attorney Melchers (0.7). | | | |
| | E. FLEMMING | 1.60 hrs. | 60.00/hr | $96.00 |

| 10/16/03 | Continue work on August 2003 Fee Application. | | | |
| | L.J. JENNINGS | 0.80 hrs. | 115.00/hr | $92.00 |

| 10/20/03 | Prepare edits to Fee Application attachments for privilege considerations. | | | |
| | J.M. MELCHERS | 0.40 hrs. | 250.00/hr | $100.00 |

| 10/21/03 | Check status on several Fee Application filings. | | | |
| | J.M. MELCHERS | 0.20 hrs. | 250.00/hr | $50.00 |

| 10/22/03 | PACER review for recent filings, especially CONO's (0.3); collate CONO's and prepare for Attorney Melchers' review (0.2). | | | |
| | L.J. JENNINGS | 0.50 hrs. | 115.00/hr | $57.50 |

| 10/23/03 | Complete first draft of August 2003 Fee Application for review and edits by Attorney Melchers (1.4); PACER research for additional dates, etc., to update Fee Application status chart for filings and approval for payments (1.0). | | | |
| | L.J. JENNINGS | 2.40 hrs. | 115.00/hr | $276.00 |

| 10/28/03 | Review series of memos regarding August Fee Application (0.2); review and edit draft August Fee Application (0.7). | | | |
| | J.M. MELCHERS | 0.90 hrs. | 250.00/hr | $225.00 |

| 10/28/03 | Follow up on status of August and September Fee Applications. | | | |
| | B.J. BURN | 0.10 hrs. | 190.00/hr | $19.00 |

| 10/28/03 | Correspond with Attorney Melchers and Attorney Burn regarding status of August Fee Application. | | | |
| | L.J. JENNINGS | 0.20 hrs. | 115.00/hr | $23.00 |

| 10/29/03 | Review edited copy of August Fee Application and make recommended changes per Attorney Melchers and return for his follow-up review. | | | |
| | L.J. JENNINGS | 2.10 hrs. | 115.00/hr | $241.50 |

| 10/29/03 | Review and edit revised draft August Fee Application. | | | |
| | J.M. MELCHERS | 0.20 hrs. | 250.00/hr | $50.00 |

| 10/30/03 | Review memo from Attorney Burn regarding CONO's and filing issues (0.1); review documents and respond (0.2). | | | |
| | J.M. MELCHERS | 0.30 hrs. | 250.00/hr | $75.00 |

| 10/30/03 | Edit and review August 2003 Fee Application and review chart to update approval of prior fee applications. | | | |
| | B.J. BURN | 0.40 hrs. | 190.00/hr | $76.00 |

**Fees for Legal Services** .................................................................................................... **$2,001.50**

## BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| J.M. MELCHERS | 3.20 | 250.00 | 800.00 |
| B.J. BURN | 1.40 | 190.00 | 266.00 |
| L.J. JENNINGS | 7.30 | 115.00 | 839.50 |
| E. FLEMMING | 1.60 | 60.00 | 96.00 |
| TOTAL | 13.50 | 148.26 | 2,001.50 |

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 10/02/2003 | Photocopies 24 Page(s) | 1.20 |
| 10/02/2003 | Telephone 1-302-652-4100 | 0.15 |
| 10/03/2003 | Photocopies 25 Page(s) | 1.25 |
| 10/03/2003 | Photocopies 1 Page(s) | 0.05 |
| 10/29/2003 | Photocopies 25 Page(s) | 1.25 |
| 10/29/2003 | Photocopies 1 Page(s) | 0.05 |
| 10/29/2003 | Photocopies 8 Page(s) | 0.40 |
| 10/30/2003 | Photocopies 12 Page(s) | 0.60 |

**Total Charges for Other Services Provided/Expenses Incurred** ..................................... **$4.95**

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Photocopies | 4.80 |
| Telephone | 0.15 |
| TOTAL | $4.95 |

**Net current billing for this invoice** ............................................................................. **$2,006.45**

**GRAND TOTAL**.................................................................................................................. **$2,006.45**

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-1070
TELEPHONE (803) 799-2000

For Services Through 10/31/03

Our Matter # 02399/06091
Fee Applications

| | | |
|---|---|---|
| Fees for Professional Services | $2,001.50 | |
| Charges for Other Services Provided/Expenses Incurred | $4.95 | |
| Net current billing for this invoice ............................................................ | | $2,006.45 |
| GRAND TOTAL.............................................................................................. | | $2,006.45 |

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139(JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

## VERIFICATION

Bernard F. Hawkins, Jr., after being duly sworn according to law, deposes and says as follows:

1.      I am a partner with the applicant firm, Nelson Mullins Riley & Scarborough, L.L.P and I am a member in good standing of the bar of the State of South Carolina.

2.      I have personally performed certain of, and overseen the legal services rendered by Nelson Mullins Riley & Scarborough, LLP as special litigation and environmental

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

counsel to the Debtors and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

3.     The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

_____
Bernard F. Hawkins, Jr.

SWORN to and subscribed before me

this 2 day of March , 2004

_____ (L.S.)
Notary Public for South Carolina

My Commission Expires: _____     My Commission Expires July 8, 2012