# EXHIBIT B

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objections due: |

Hearing date: To be scheduled, only if objections are timely filed and served.

## SUMMARY OF APPLICATION OF NELSON MULLINS RILEY & SCARBOROUGH, L.L.P. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO W. R. GRACE & CO., ET AL., FOR THE SECOND INTERIM PERIOD, FROM NOVEMBER 1 THROUGH NOVEMBER 30, 2003, FOR THE QUARTER OF OCTOBER 2003 – DECEMBER 2003

| | |
|---|---|
| Name of Applicant: | **Nelson Mullins Riley & Scarborough, L.L.P.** |
| Authorized to Provide Professional Services to: | **W. R. Grace & Co., et al., Debtors and Debtors-in-Possession** |
| Date of Retention: | **July 19, 2001** |
| Period for which compensation and reimbursement is sought: | **November 1, 2003 through November 30, 2003** |
| Amount of Compensation sought as actual, reasonable, and necessary: | **$5,845.00** |

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Amount of expense reimbursement sought as
actual, reasonable, and necessary:          **$119.01 for the period**

This is a _x_ monthly _ interim  ___  final application.

The total time expended for the preparation of this application is approximately
_3.1_ hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $_425.50_.

Prior fee applications:

| Date Filed | Period Covered | Requested Fees | Expenses | Approved Fees | Expenses |
|---|---|---|---|---|---|
| October 17, 2001 | July 19, 2001 – July 31, 2001 | $28,316.50 | $234.68 | $22,653.20 | $234.68 |
| October 17, 2001 | August 1, 2001- August 31, 2001 | $69,119.50 | $1,196.84 | $55,295.60 | $1,196.84 |
| October 17, 2001 | May 1, 2001- June 30, 2001 | $113,762.50 | $2,155.05 | $91,010.00 | $2,155.05 |
| December 19, 2001 | October 1, 2001- October 31, 2001 | $67,906.50 | $1,348.82 | $54,325.20 | $1,348.82 |
| January 23, 2002 | November 1, 2001- November 30, 2001 | $26,792.00 | $168.41 | $21,433.60 | $168.41 |
| February 26, 2002 | December 1, 2001- December 31, 2001 | $24,895.00 | $673.51 | $19,916.00 | $673.51 |
| May 1, 2002 | January 1, 2002- January 31, 2002 | $21,009.00 | $147.52 | $16,807.20 | $147.52 |
| June 18, 2002 | February 1, 2002- February 28, 2002 | $24,897.00 | $122.30 | $19,917.60 | $122.30 |
| June 18, 2002 | March 1, 2002 – March 31, 2002 | $17,003.00 | $52.22 | $13,602.40 | $52.22 |
| June 25, 2002 | September 1, 2001- September 30, 2001 | $31,625.50 | $488.83 | $25,300.40 | $488.83 |
| June 25, 2002 | April 1, 2002-April 30, 2002 | $17,827.00 | $345.71 | $14,261.60 | $345.71 |
| June 26, 2002 | January 1, 2002- March 31, 2002 | $62,909.00 | $322.04 | $62,909.00 | $322.04 |
| July 2, 2002 | May 1, 2002-May 31, 2002 | $27,070.00 | $177.64 | $21,656.00 | $177.64 |
| August 14, 2002 | June 1, 2002 – June 30, 2002 | $15,496.50 | $178.39 | $12,397.20 | $178.39 |
| August 29, 2002 | July 1, 2002 – July 31, 2002 | $18,481.50 | $225.82 | $14,785.20 | $225.82 |

| September 3, 2002 | July 19, 2001 – September 30, 2001 | $129,061.50 | $1,920.35 | $129,061.50 | $1,920.35 |
|---|---|---|---|---|---|
| September 3, 2002 | October 1, 2001 – December 31, 2001 | $119,593.50 | $2,190.74 | $119,593.50 | $2,190.74 |
| September 20, 2002 | April 1, 2002 – June 30, 2002 | $60,393.50 | $701.74 | $60,393.50 | $701.74 |
| October 8, 2002 | August 1, 2002 – August 31, 2002 | $10,363.00 | $169.79 | $8,290.40 | $169.79 |
| October 30, 2002 | September 1, 2002- September 30, 2002 | $11,114.00 | $221.89 | $8,891.20 | $221.89 |
| November 27, 2002 | July 1, 2002 – September 30, 2002 | $39,958.50 | $615.50 | $35,771.00 | $615.50 |
| December 11, 2002 | October 1, 2002- October 31, 2002 | $8,498.50 | $75.28 | $6,798.80 | $75.28 |
| December 26, 2002 | November 1, 2002- November 30, 2002 | $4,241.00 | $117.29 | $3,392.80 | $117.29 |
| February 6, 2003 | December 1, 2002 – December 31, 2002 | $9,298.50 | $97.20 | $7,438.80 | $97.20 |
| March 4, 2003 | January 1, 2003- January 31, 2003 | $6,026.50 | $24.91 | $4,821.20 | $24.91 |
| March 27, 2003 | February 1-February 28, 2003 | $5,473.50 | $52.58 | $4,378.80 | $52.58 |
| April 8, 2003 | October 1, 2002- December 31, 2002 | $22,038.00 | $289.77 | $22,038.00 | $289.77 |
| May 9, 2003 | March 1, 2003- March 31, 2003 | $5,424.00 | $64.16 | $4,339.20 | $64.16 |
| September 9, 2003 | January 1, 2003 – March 31, 2003 | $12,407.00 | $141.65 | $16,924.00 | $146.65 |
| August 22, 2003 | April 1, 2003- April 30, 2003 | $7,868.00 | $64.88 | $6294.40 | $64.88 |
| September 9, 2003 | May 1, 2003 – May 31, 2003 | $8143.50 | $88.14 | $6,514.80 | $88.14 |
| September 5, 2003 | June 1, 2003 – June 30, 2003 | $17,705.00 | $291.20 | $14,164.00 | $291.20 |
| September 9, 2003 | April 1, 2003 – June 30, 2003 | $33,761.05 | $444.22 | Pending | Pending |
| September 6, 2003 | July 1, 2003 – July 31, 2003 | $36,321.00 | $241.39 | $29,056.80 | $241.39 |
| Emailed for filing on 2/4/04[2] | August 1, 2003 – August 31, 2003 | $27,487.00 | $932.61 | Pending | Pending |
| Emailed for filing on 2/4/04[3] | September 1, 2003 – September 31, 2003 | $38,442.00 | $139.47 | Pending | Pending |
| February 25, 2004[4] | July 1, 2003 – September 31, 2003 | $102,250.00 | $1,313.47 | Pending | Pending |
| March 2, 2004[5] | October 1, 2003 – | $9,723.50 | $154.31 | Pending | Pending |

[2] The Summary Application for the period from August 1 to August 31, 2003 was emailed to local counsel on 2/4/04. It has not been filed with the court as of the date of this Application. The objection time has not begun to run.

[3] The Summary Application for the period from September 1, 2003 to September 30, 2003 was emailed to local counsel on 2/4/04. It has not been filed with the court as of the date of this Application. The objection time has not begun to run.

[4] The Tenth Quarterly Application was filed February 25, 2004. Objections are due March 16, 2004.

3

| October 31, 2003 | | | | | |
|---|---|---|---|---|---|

The Nelson Mullins Riley & Scarborough, L.L.P. attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Rose-Marie T. Carlisle | Of-Counsel | 19 years | Environmental | $250.00 | .9 | $225.00 |
| Bernard F. Hawkins, Jr. | Partner | 13 years | Environmental | $280.00 | .8 | $224.00 |
| Joseph M. Melchers | Partner | 14 years | Environmental | $250.00 | 17.4 | $4,350.00 |
| Betsy Burn | Associate | 3 years | Bankruptcy | $190.00 | .2 | $38.00 |

Grand Total for Fees: $4837.00
Blended Rate:      $250.62

The Nelson Mullins Riley & Scarborough, L.L.P. paraprofessionals who rendered professional services in these cases during the Fee Period are:

| Laurie J. Jennings | Paralegal | 2 years | Environmental | $115.00 | 6.9 | $793.50 |
|---|---|---|---|---|---|---|
| Karla Lucas | Project Assistant | 3 months | Environmental | $65.00 | 3.3 | $214.50 |

Grand Total for Fees:   $1008.00
Blended Rate:       $98.82

| Matter Number | Matter | Total Hours | Total Fees Requested |
|---|---|---|---|
| 02399/06003 | Beaco Road | 1.4 | $313.00 |
| 02399/06011 | Enoree Site Management | 3.0 | $538.00 |
| 02399/06031 | Li Tungsten | 15.4 | $3,541.50 |
| 02399/06091 | Fee Applications | 9.7 | $1,452.50 |
| TOTAL | | 29.5 | $5,845.00 |

---

[5] The Summary Application for the period from October 1 to October 31, 2003 was emailed to local counsel on March 2, 2004. It has not been filed with the court as of the date of this Application. The objection time has not begun to run.

**Expense Summary**

| Description | Amount |
|-------------|--------|
| Telephone | $2.00 |
| Photocopies | $2.70 |
| CopyOut | $25.20 |
| Outside Svcs | $89.11 |
| Total | $119.01 |

One new timekeeper appeared during this interim period.  Karla Lucas, Project Assistant, billing at $65.00 per hour.

5

**EXHIBIT A**

# NELSON

Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW
TAX ID NO. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA  29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

January 9, 2004
Invoice 601422  Page 1

Our Matter #          02399/06003
WR Grace #          063-KL-721490-01-501270
Name of Matter:     Beaco Road Site

For Services Through 11/30/03

| | | | | |
|---|---|---|---|---|
| 11/11/03 | Review memo and attached notice from Mr. English regarding Technical Committee report and PRP conference call (0.1); review memo from Mr. Patel regarding same (0.1). | | | |
| | J.M. MELCHERS | 0.20 hrs. | 250.00/hr | $50.00 |
| 11/20/03 | Prepare for and participate in PRP group conference call regarding progress at Beaco Road site and prepare notes on same. | | | |
| | J.M. MELCHERS | 1.00 hrs. | 250.00/hr | $250.00 |
| 11/24/03 | Receive and provide information for Attorney Melchers on site status. | | | |
| | K. LUCAS | 0.20 hrs. | 65.00/hr | $13.00 |

Fees for Legal Services ................................................................................. **$313.00**

## BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| J.M. MELCHERS | 1.20 | 250.00 | 300.00 |
| K. LUCAS | 0.20 | 65.00 | 13.00 |
| TOTAL | 1.40 | $223.57 | $313.00 |

Net current billing for this invoice ....................................................... **$313.00**

GRAND TOTAL.................................................................................... **$313.00**

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
### NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-1070
TELEPHONE (803) 799-2000

For Services Through 11/30/03

Our Matter # 02399/06003
Beaco Road Site

| | | |
|---|---|---|
| Fees for Professional Services | $313.00 | |
| Charges for Other Services Provided/Expenses Incurred | 0.00 | |
| Net current billing for this invoice ................................................................. | | $313.00 |
| | | |
| GRAND TOTAL................................................................................................................. | | **$313.00** |

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

## EXHIBIT B

# NELSON
Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW
TAX ID No. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.
ATTN: Robert A. Emmett, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

December 24, 2003
Invoice 597926 Page 1

Our Matter #          02399/06011
WR Grace #            001-KL-721200-00-400107
Name of Matter:       Enoree Site Management

For Services Through 11/30/03

| Date | Description | | | |
|------|-------------|---|---|---|
| 11/24/03 | Receive and review various correspondence and update information to assist Attorney Hawkins. | | | |
| | K. LUCAS | 0.40 hrs. | 65.00/hr | $26.00 |
| 11/25/03 | Review testing data with Mr. O'Connell in light of request on emissions data and request that information be pulled for review. | | | |
| | B.F. HAWKINS, JR. | 0.40 hrs. | 280.00/hr | $112.00 |
| 11/25/03 | Provide information on 2000 testing report to Attorney Hawkins' and review same with Attorneys Hawkins and Carlisle. | | | |
| | L.J. JENNINGS | 0.80 hrs. | 115.00/hr | $92.00 |
| 11/26/03 | Review information concerning stack testing in 2000 and review issues with Attorney Carlisle for communication to Mr. O'Connell. | | | |
| | B.F. HAWKINS, JR. | 0.40 hrs. | 280.00/hr | $112.00 |
| 11/26/03 | Review test report (0.4); confer with Attorney Hawkins regarding same (0.1); detailed voice mail message to Mr. O'Connell regarding data from report (0.1). | | | |
| | R.T. CARLISLE | 0.60 hrs. | 250.00/hr | $150.00 |
| 11/26/03 | Continue locating information on data and review and discuss same with Attorney Carlisle. | | | |
| | L.J. JENNINGS | 0.40 hrs. | 115.00/hr | $46.00 |

**Fees for Legal Services** ................................................................................................. **$538.00**

## BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.F. HAWKINS, JR. | 0.80 | 280.00 | 224.00 |
| R.T. CARLISLE | 0.60 | 250.00 | 150.00 |
| L.J. JENNINGS | 1.20 | 115.00 | 138.00 |
| K. LUCAS | 0.40 | 65.00 | 26.00 |
| TOTAL | 3.00 | $179.33 | $538.00 |

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| 11/12/2003 | VENDOR: Kane Office Technologies, Inc.; INVOICE#: 103103; DATE: 11/12/2003 | 25.20 |
|---|---|---|
| 11/26/2003 | Telephone 1-617-498-4594 | 0.15 |

**Total Charges for Other Services Provided/Expenses Incurred** ..................................... **$25.35**

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| CopyOut | 25.20 |
| Telephone | 0.15 |
| TOTAL | $25.35 |

**Net current billing for this invoice** ......................................................................... **$563.35**

**GRAND TOTAL**.......................................................................................................... **$563.35**

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-1070
TELEPHONE (803) 799-2000

For Services Through 11/30/03

Our Matter # 02399/06011
Enoree Site Management

| | | |
|---|---|---|
| Fees for Professional Services | $538.00 | |
| Charges for Other Services Provided/Expenses Incurred | 25.35 | |
| Net current billing for this invoice ................................................................... | | $563.35 |

GRAND TOTAL.................................................................................................... **$563.35**

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

**EXHIBIT C**

# NELSON

Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW
TAX ID No. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

December 24, 2003
Invoice 597927 Page 1

| | | |
|---|---|---|
| Our Matter # | 02399/06031 | For Services Through 11/30/03 |
| WR Grace # | 001-KL-721490-01-501560 | |
| Name of Matter: | Li Tungsten | |

| | | | | |
|---|---|---|---|---|
| 11/05/03 | Review of agency documents (0.9); prepare for and telephone conference with Mr. Doyle and prepare memo regarding same (1.1); review and annotate draft slides from Ms. Duff (0.6); prepare comments on same and message to her (0.5). | | | |
| | J.M. MELCHERS | 3.10 hrs. | 250.00/hr | $775.00 |
| 11/05/03 | Review of agency documents from Messrs. Doyle and Als. | | | |
| | J.M. MELCHERS | 0.70 hrs. | 250.00/hr | $175.00 |
| 11/06/03 | Per Attorney Melchers' request, review faxed lists received from Mr. Als in order to compare lists against file materials (1.3); discuss same with Attorney Carlisle (0.2); summarize document status for Attorney Melchers (0.1). | | | |
| | L.J. JENNINGS | 1.60 hrs. | 115.00/hr | $184.00 |
| 11/06/03 | Review memo from Paralegal Jennings regarding site documents (0.1); review site documents (0.4). | | | |
| | J.M. MELCHERS | 0.50 hrs. | 250.00/hr | $125.00 |
| 11/07/03 | Review documents and prepare summary for discussion with Ms. Duff. | | | |
| | J.M. MELCHERS | 1.20 hrs. | 250.00/hr | $300.00 |
| 11/11/03 | Review memos from PRP group counsel regarding extension of time for comment period (0.1); prepare memo to Ms. Duff regarding extension and review and reply to response from her (0.3); telephone conference with her regarding communications with EPA and DOJ (0.3). | | | |
| | J.M. MELCHERS | 0.70 hrs. | 250.00/hr | $175.00 |
| 11/11/03 | Prepare memo to PRP counsel (0.1); prepare memo regarding issues to discuss and review with Ms. Duff (0.7). | | | |
| | J.M. MELCHERS | 0.80 hrs. | 250.00/hr | $200.00 |
| 11/12/03 | Review documentation regarding claims analysis (0.7); prepare for (0.5) and telephone conference with Ms. Duff and Attorney Carlisle regarding agency communications and proposed consent decree (0.6); telephone conference with Ms. Duff regarding presentation materials (0.2). | | | |
| | J.M. MELCHERS | 2.00 hrs. | 250.00/hr | $500.00 |

| | | | | |
|---|---|---|---|---|
| 11/24/03 | Review series of memos and correspondence from PRP regarding proposed consent decree and respond (0.7); prepare memo to Attorney Carlisle regarding correspondence (0.1). | | | |
| | J.M. MELCHERS | 0.80 hrs. | 250.00/hr | $200.00 |
| 11/24/03 | Review outline of arguments from PRP. | | | |
| | J.M. MELCHERS | 0.30 hrs. | 250.00/hr | $75.00 |
| 11/24/03 | Review updates to information on request for comment on proposed settlement between EPA and federal agencies. | | | |
| | R.T. CARLISLE | 0.30 hrs. | 250.00/hr | $75.00 |
| 11/24/03 | Receive and review various correspondence to client then update information to help assist Attorney Melchers. | | | |
| | K. LUCAS | 0.50 hrs. | 65.00/hr | $32.50 |
| 11/25/03 | Review and analyze PRP's proposed submission and research on same. | | | |
| | J.M. MELCHERS | 2.90 hrs. | 250.00/hr | $725.00 |

**Fees for Legal Services** ............................................................................................... **$3,541.50**

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| J.M. MELCHERS | 13.00 | 250.00 | 3,250.00 |
| R.T. CARLISLE | 0.30 | 250.00 | 75.00 |
| L.J. JENNINGS | 1.60 | 115.00 | 184.00 |
| K. LUCAS | 0.50 | 65.00 | 32.50 |
| TOTAL | 15.40 | $229.97 | $3,541.50 |

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 11/05/2003 | Photocopies 13 Page(s) | 0.65 |
| 11/05/2003 | Photocopies 3 Page(s) | 0.15 |
| 11/05/2003 | Telephone 1-212-637-3165 | 1.55 |
| 11/05/2003 | Telephone 1-410-531-4210 | 0.05 |
| 11/06/2003 | VENDOR: PACER Service Center; INVOICE#: 100803; DATE: 11/6/2003 | 1.89 |
| 11/06/2003 | VENDOR: PACER Service Center; INVOICE#: 100803; DATE: 11/6/2003 | 49.21 |
| 11/12/2003 | Telephone 1-212-637-4272 | 0.10 |
| 11/17/2003 | Photocopies 36 Page(s) | 1.80 |

**Total Charges for Other Services Provided/Expenses Incurred** ..................................... **$55.40**

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Photocopies | 2.60 |
| Outside Services | 51.10 |
| Telephone | 1.70 |
| TOTAL | $55.40 |

**Net current billing for this invoice** ................................................................................... **$3,596.90**

**GRAND TOTAL**................................................................................................................. **$3,596.90**

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
### NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA  29211-1070
TELEPHONE (803) 799-2000

For Services Through 11/30/03

Our Matter # 02399/06031
Li Tungsten

| | | |
|---|---|---|
| Fees for Professional Services | $3,541.50 | |
| Charges for Other Services Provided/Expenses Incurred | 55.40 | |
| Net current billing for this invoice ........................................................................... | | $3,596.90 |

GRAND TOTAL........................................................................................................................... **$3,596.90**

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

**EXHIBIT D**



# NELSON

Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

### NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW
TAX ID NO. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

December 24, 2003
Invoice 597928 Page 1

Our Matter #        02399/06091                    For Services Through 11/30/03
Name of Matter:     Fee Applications

| | | | | |
|---|---|---|---|---|
| 11/11/03 | Review memo from Mr. Bossay regarding 9th Quarterly filing (0.1); review memo from Attorney Burn regarding report and memo from Paralegal Jennings in response (0.2). | | | |
| | J.M. MELCHERS | 0.30 hrs. | 250.00/hr | $75.00 |
| 11/11/03 | Follow up with paralegal on fee spreadsheets requested by auditor. | | | |
| | B.J. BURN | 0.10 hrs. | 190.00/hr | $19.00 |
| 11/11/03 | Correspond with Attorney Burn and Mr. Bossay regarding Project Category Summary Report, then review same for revisions (0.3); expand tracking chart for bankruptcy filings with 3 new categories (0.2); begin review of docket to obtain docket/document numbers in order to continue update of chart (1.3). | | | |
| | L.J. JENNINGS | 1.80 hrs. | 115.00/hr | $207.00 |
| 11/12/03 | Review memo with 9th Quarterly Period Project Category Summary Report and follow-up. | | | |
| | J.M. MELCHERS | 0.30 hrs. | 250.00/hr | $75.00 |
| 11/12/03 | Continue review of PACER for entries to include with filings tracking chart. | | | |
| | L.J. JENNINGS | 0.80 hrs. | 115.00/hr | $92.00 |
| 11/12/03 | Update Project Category Summary Report and forward to Mr. Bossay, per request of Attorney Burn. | | | |
| | L.J. JENNINGS | 0.40 hrs. | 115.00/hr | $46.00 |
| 11/19/03 | Review incoming memo and attached draft 9th Interim Project Category Spreadsheet from Mr. Bossay (0.5); review memos from Paralegal Jennings regarding same (0.1). | | | |
| | J.M. MELCHERS | 0.60 hrs. | 250.00/hr | $150.00 |
| 11/20/03 | Review memo from Mr. Bossay regarding rate verification request from Judge Fitzgerald (0.1); verify information on same and prepare memo in response (0.4); review file materials and prepare outline of Fee Application chart for tracking filings and status (0.7). | | | |
| | J.M. MELCHERS | 1.20 hrs. | 250.00/hr | $300.00 |
| 11/20/03 | File review and on-line research to continue update of tracking chart for filings and monies due for Attorney Melchers' review. | | | |
| | L.J. JENNINGS | 0.70 hrs. | 115.00/hr | $80.50 |

| 11/21/03 | Receive and review correspondence from Attorney Burn regarding project summary report updated through 9th quarterly to provide information to Attorney Melchers. | | | |
| | L.J. JENNINGS | 0.10 hrs. | 115.00/hr | $11.50 |
| 11/24/03 | Review draft 9th Quarterly Fee Application Spreadsheet and prepare memo to auditor Mr. Bossay. | | | |
| | J.M. MELCHERS | 0.60 hrs. | 250.00/hr | $150.00 |
| 11/24/03 | Meet with Attorney Melchers regarding 9th Quarterly Project Summary Chart, in order to respond to Mr. Bossay by requested deadline. | | | |
| | L.J. JENNINGS | 0.30 hrs. | 115.00/hr | $34.50 |
| 11/24/03 | Assist Paralegal Jennings in organizing fee applications for 2003, then update index regarding same for attorneys' use in preparing future applications. | | | |
| | K. LUCAS | 2.20 hrs. | 65.00/hr | $143.00 |
| 11/25/03 | Review memo from Mr. Bossay regarding 9th Interim Spreadsheet and Final Report amounts and assignment to Paralegal Jennings. | | | |
| | J.M. MELCHERS | 0.20 hrs. | 250.00/hr | $50.00 |
| 11/25/03 | Follow up with paralegal on status of outstanding fee applications for August and September. | | | |
| | B.J. BURN | 0.10 hrs. | 190.00/hr | $19.00 |

**Fees for Legal Services** ........................................................................................................ **$1,452.50**

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| J.M. MELCHERS | 3.20 | 250.00 | 800.00 |
| B.J. BURN | 0.20 | 190.00 | 38.00 |
| L.J. JENNINGS | 4.10 | 115.00 | 471.50 |
| K. LUCAS | 2.20 | 65.00 | 143.00 |
| TOTAL | 9.70 | 149.74 | 1,452.50 |

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 11/06/2003 | VENDOR: PACER Service Center; INVOICE#: 100803; DATE: 11/6/2003 | 3.15 |
| 11/06/2003 | VENDOR: PACER Service Center; INVOICE#: 100803; DATE: 11/6/2003 | 34.86 |
| 11/24/2003 | Telephone 1-561-362-1506 | 0.05 |
| 11/24/2003 | Telephone 1-214-698-3868 | 0.05 |
| 11/25/2003 | Telephone 1-561-362-1506 | 0.05 |
| 11/26/2003 | Photocopies 2 Page(s) | 0.10 |

**Total Charges for Other Services Provided/Expenses Incurred** ...................................... **$38.26**

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Photocopies | 0.10 |
| Outside Services | 38.01 |
| Telephone | 0.15 |
| TOTAL | $38.26 |

Net current billing for this invoice ......................................................................... **$1,490.76**

**GRAND TOTAL**.................................................................................................................... **$1,490.76**

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
### NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-1070
TELEPHONE (803) 799-2000

For Services Through 11/30/03

Our Matter # 02399/06091
Fee Applications

| | | |
|---|---|---|
| Fees for Professional Services | $1,452.50 | |
| Charges for Other Services Provided/Expenses Incurred | $38.26 | |
| **Net current billing for this invoice** ................................................................ | | **$1,490.76** |

**GRAND TOTAL**................................................................................................................ **$1,490.76**

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139(JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

## VERIFICATION

Bernard F. Hawkins, Jr., after being duly sworn according to law, deposes and says as follows:

1.      I am a partner with the applicant firm, Nelson Mullins Riley & Scarborough, L.L.P and I am a member in good standing of the bar of the State of South Carolina.

2.      I have personally performed certain of, and overseen the legal services rendered by Nelson Mullins Riley & Scarborough, LLP as special litigation and environmental

---

[1]  The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

counsel to the Debtors and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

      3.     The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

_____
Bernard F. Hawkins, Jr.

SWORN to and subscribed before me

this __2__ day of __March__, 2004

_____(L.S.)
Notary Public for South Carolina

My Commission Expires: _____    My Commission Expires July 9, 2012