# EXHIBIT C

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objections due: |

Hearing date: To be scheduled, only if objections are timely filed and served.

## SUMMARY OF APPLICATION OF NELSON MULLINS RILEY & SCARBOROUGH, L.L.P. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO W. R. GRACE & CO., ET AL., FOR THE THIRD INTERIM PERIOD, FROM DECEMBER 1 THROUGH DECEMBER 31, 2003, FOR THE QUARTER OF OCTOBER 2003 – DECEMBER 2003

Name of Applicant: **Nelson Mullins Riley & Scarborough, L.L.P.**

Authorized to Provide Professional Services to: **W. R. Grace & Co., et al., Debtors and Debtors-in-Possession**

Date of Retention: **July 19, 2001**

Period for which compensation and reimbursement is sought: **December 1, 2003 through December 31, 2003**

Amount of Compensation sought as actual, reasonable, and necessary: **$4465.50**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Amount of expense reimbursement sought as
actual, reasonable, and necessary:                **$4.08 for the period**

This is a _x_ . monthly _ interim  _ _ _   final application.

The total time expended for the preparation of this application is approximately
(3.2) hours, and the corresponding estimated compensation *that will be requested in a
future application* is approximately $_(437.00)_ .

Prior fee applications:

| Date Filed | Period Covered | Requested | | Approved | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| October 17, 2001 | July 19, 2001 – July 31, 2001 | $28,316.50 | $234.68 | $22,653.20 | $234.68 |
| October 17, 2001 | August 1, 2001- August 31, 2001 | $69,119.50 | $1,196.84 | $55,295.60 | $1,196.84 |
| October 17, 2001 | May 1, 2001- June 30, 2001 | $113,762.50 | $2,155.05 | $91,010.00 | $2,155.05 |
| December 19, 2001 | October 1, 2001- October 31, 2001 | $67,906.50 | $1,348.82 | $54,325.20 | $1,348.82 |
| January 23, 2002 | November 1, 2001- November 30, 2001 | $26,792.00 | $168.41 | $21,433.60 | $168.41 |
| February 26, 2002 | December 1, 2001- December 31, 2001 | $24,895.00 | $673.51 | $19,916.00 | $673.51 |
| May 1, 2002 | January 1, 2002- January 31, 2002 | $21,009.00 | $147.52 | $16,807.20 | $147.52 |
| June 18, 2002 | February 1, 2002- February 28, 2002 | $24,897.00 | $122.30 | $19,917.60 | $122.30 |
| June 18, 2002 | March 1, 2002 – March 31, 2002 | $17,003.00 | $52.22 | $13,602.40 | $52.22 |
| June 25, 2002 | September 1, 2001- September 30, 2001 | $31,625.50 | $488.83 | $25,300.40 | $488.83 |
| June 25, 2002 | April 1, 2002-April 30, 2002 | $17,827.00 | $345.71 | $14,261.60 | $345.71 |
| June 26, 2002 | January 1, 2002- March 31, 2002 | $62,909.00 | $322.04 | $62,909.00 | $322.04 |
| July 2, 2002 | May 1, 2002-May 31, 2002 | $27,070.00 | $177.64 | $21,656.00 | $177.64 |
| August 14, 2002 | June 1, 2002 – June 30, 2002 | $15,496.50 | $178.39 | $12,397.20 | $178.39 |
| August 29, 2002 | July 1, 2002 – July 31, 2002 | $18,481.50 | $225.82 | $14,785.20 | $225.82 |

| | | | | | |
|---|---|---|---|---|---|
| September 3, 2002 | July 19, 2001 – September 30, 2001 | $129,061.50 | $1,920.35 | $129,061.50 | $1,920.35 |
| September 3, 2002 | October 1, 2001 – December 31, 2001 | $119,593.50 | $2,190.74 | $119,593.50 | $2,190.74 |
| September 20, 2002 | April 1, 2002 – June 30, 2002 | $60,393.50 | $701.74 | $60,393.50 | $701.74 |
| October 8, 2002 | August 1, 2002 – August 31, 2002 | $10,363.00 | $169.79 | $8,290.40 | $169.79 |
| October 30, 2002 | September 1, 2002- September 30, 2002 | $11,114.00 | $221.89 | $8,891.20 | $221.89 |
| November 27, 2002 | July 1, 2002 – September 30, 2002 | $39,958.50 | $615.50 | $35,771.00 | $615.50 |
| December 11, 2002 | October 1, 2002- October 31, 2002 | $8,498.50 | $75.28 | $6,798.80 | $75.28 |
| December 26, 2002 | November 1, 2002- November 30, 2002 | $4,241.00 | $117.29 | $3,392.80 | $117.29 |
| February 6, 2003 | December 1, 2002 – December 31, 2002 | $9,298.50 | $97.20 | $7,438.80 | $97.20 |
| March 4, 2003 | January 1, 2003- January 31, 2003 | $6,026.50 | $24.91 | $4,821.20 | $24.91 |
| March 27, 2003 | February 1-February 28, 2003 | $5,473.50 | $52.58 | $4,378.80 | $52.58 |
| April 8, 2003 | October 1, 2002- December 31, 2002 | $22,038.00 | $289.77 | $22,038.00 | $289.77 |
| May 9, 2003 | March 1, 2003- March 31, 2003 | $5,424.00 | $64.16 | $4,339.20 | $64.16 |
| September 9, 2003 | January 1, 2003 – March 31, 2003 | $12,407.00 | $141.65 | $16,924.00 | $146.65 |
| August 22, 2003 | April 1, 2003- April 30, 2003 | $7,868.00 | $64.88 | $6294.40 | $64.88 |
| September 9, 2003 | May 1, 2003 – May 31, 2003 | $8143.50 | $88.14 | $6,514.80 | $88.14 |
| September 5, 2003 | June 1, 2003 – June 30, 2003 | $17,705.00 | $291.20 | $14,164.00 | $291.20 |
| September 9, 2003 | April 1, 2003 – June 30, 2003 | $33,761.05 | $444.22 | Pending | Pending |
| September 6, 2003 | July 1, 2003 – July 31, 2003 | $36,321.00 | $241.39 | $29,056.80 | $241.39 |
| Emailed for filing on 2/4/04[2] | August 1, 2003 – August 31, 2003 | $27,487.00 | $932.61 | Pending | Pending |
| Emailed for filing on 2/4/04[3] | September 1, 2003 – September 31, 2003 | $38,442.00 | $139.47 | Pending | Pending |
| February 25, 2004[4] | July 1, 2003 – September 31, 2003 | $102,250.00 | $1,313.47 | Pending | Pending |
| March 2, 2004[5] | October 1, 2003 – | $9,723.50 | $154.31 | Pending | Pending |

[2] The Summary Application for the period from August 1 to August 31, 2003 was emailed to local counsel on 2/4/04. It has not been filed with the court as of the date of this Application. The objection time has not begun to run.

[3] The Summary Application for the period from September 1, 2003 to September 30, 2003 was emailed to local counsel on 2/4/04. It has not been filed with the court as of the date of this Application. The objection time has not begun to run.

[4] The Tenth Quarterly Application was filed February 25, 2004. Objections are due March 16, 2004.

3

|  | October 31, 2003 |  |  |  |  |
|---|---|---|---|---|---|
| March 4, 2004[6] | November 1, 2003 – November 30, 2003 | $5,845.00 | $119.01 |  | Pending | Pending |

The Nelson Mullins Riley & Scarborough, L.L.P. attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Rose-Marie T. Carlisle | Of-Counsel | 19 years | Environmental | $250.00 | 1.3 | $325.00 |
| Bernard F. Hawkins, Jr. | Partner | 13 years | Environmental | $280.00 | 2.8 | $784.00 |
| Joseph M. Melchers | Partner | 14 years | Environmental | $250.00 | 9.9 | $2,475.00 |

Grand Total for Fees: $3,584.00
Blended Rate:      $256.00

The Nelson Mullins Riley & Scarborough, L.L.P. paraprofessionals who rendered professional services in these cases during the Fee Period are:

| Laurie J. Jennings | Paralegal | 2 years | Environmental | $115.00 | 7.1 | $816.50 |
|---|---|---|---|---|---|---|
| Karla Lucas | Project Assistant | 3 months | Environmental | $65.00 | 1.0 | $65.00 |

Grand Total for Fees:    $881.50
Blended Rate:      $108.83

| Matter Number | Matter | Total Hours | Total Fees Requested |
|---|---|---|---|
| 02399/06003 | Beaco Road | 1.3 | $325.00 |
| 02399/06011 | Enoree Site Management | 3.8 | $849.00 |
| 02399/06031 | Li Tungsten | 9.4 | $2147.50 |
| 02399/06091 | Fee Applications | 7.6 | $1144.00 |
| TOTAL |  | 22.1 | $4465.50 |

---

[5] The Summary Application for the period from October 1 to October 31, 2003 was emailed to local counsel on March 2, 2004. It has not been filed with the court as of the date of this Application. The objection time has not begun to run.

[6] The Summary Application for the period from November 1, 2003 to November 30, 2003 was emailed to local counsel on March 4, 2004. It has not been filed with the court as of the date of this Application. The objection time has not begun to run.

4

## Expense Summary

| Description | Amount |
|---|---|
| Telephone | $.10 |
| Photocopies | $3.15 |
| Postage | $.83 |
| Total | $4.08 |

## EXHIBIT A

# NELSON

Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW
TAX ID No. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

January 16, 2004
Invoice 602818  Page 1

| | | |
|---|---|---|
| Our Matter # | 02399/06003 | For Services Through 12/31/03 |
| WR Grace # | 063-KL-721490-01-501270 | |
| Name of Matter: | Beaco Road Site | |

| Date | Description | | | | Amount |
|---|---|---|---|---|---|
| 12/15/03 | Review notice regarding PRP group conference call. | | | | |
| | J.M. MELCHERS | | 0.10 hrs. | 250.00/hr | $25.00 |
| 12/18/03 | Prepare for and participate in PRP conference call and prepare notes on same. | | | | |
| | J.M. MELCHERS | | 1.20 hrs. | 250.00/hr | $300.00 |

**Fees for Legal Services** ...........................................................................................  **$325.00**

## BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| J.M. MELCHERS | 1.30 | 250.00 | 325.00 |
| TOTAL | 1.30 | $250.00 | $325.00 |

**Net current billing for this invoice** ...........................................................  **$325.00**

**REMITTANCE COPY**

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-1070
TELEPHONE (803) 799-2000

For Services Through 12/31/03

Our Matter # 02399/06003
Beaco Road Site

| | | |
|---|---|---|
| Fees for Professional Services | $325.00 | |
| Charges for Other Services Provided/Expenses Incurred | 0.00 | |
| Net current billing for this invoice ................................................................... | | **$325.00** |

**WIRING INSTRUCTIONS**

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

## EXHIBIT B

# NELSON
Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
ATTORNEYS AND COUNSELORS AT LAW
TAX ID No. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.
ATTN: Robert A. Emmett, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

January 22, 2004
Invoice 604427 Page 1

| | | |
|---|---|---|
| Our Matter # | 02399/06011 | For Services Through 12/31/03 |
| WR Grace # | 001-KL-721200-00-400107 | |
| Name of Matter: | Enoree Site Management | |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 12/01/03 | Review information related to prior stack test results (1.4); review information with Mr. O'Connell (0.5); review information provided in Title V process (0.7); follow-up with Mr. O'Connell (0.2). | | | |
| | B.F. HAWKINS, JR. | 2.80 hrs. | 280.00/hr | $784.00 |
| 12/02/03 | Locate and provide information on stack test and Title V for review by Attorney Hawkins. | | | |
| | K. LUCAS | 1.00 hrs. | 65.00/hr | $65.00 |

**Fees for Legal Services** ..................................................................................................... **$849.00**

## BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.F. HAWKINS, JR. | 2.80 | 280.00 | 784.00 |
| K. LUCAS | 1.00 | 65.00 | 65.00 |
| TOTAL | 3.80 | $223.42 | $849.00 |

**Net current billing for this invoice** ..................................................................................... **$849.00**

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
### NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-1070
TELEPHONE (803) 799-2000

For Services Through 12/31/03

Our Matter # 02399/06011
Enoree Site Management

| | |
|---|---|
| Fees for Professional Services | $849.00 |
| Charges for Other Services Provided/Expenses Incurred | 0.00 |
| **Net current billing for this invoice** ............................................................... | **$849.00** |

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

**EXHIBIT C**

# NELSON

Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW
TAX ID NO. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

February 2, 2004
Invoice 604772  Page 1

Our Matter #          02399/06031
WR Grace #            001-KL-721490-01-501560
Name of Matter:       Li Tungsten

For Services Through 12/31/03

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 12/03/03 | Review memos from Ms. Duff regarding various open issues (0.2); prepare responses regarding comments and documents (0.4).<br>J.M. MELCHERS | 0.60 hrs. | 250.00/hr | $150.00 |
| 12/04/03 | Review article from Ms. Duff and prepare response regarding same.<br>J.M. MELCHERS | 0.30 hrs. | 250.00/hr | $75.00 |
| 12/04/03 | Review article forwarded by Ms. Duff regarding site.<br>R.T. CARLISLE | 0.10 hrs. | 250.00/hr | $25.00 |
| 12/05/03 | Review memo from other PRP counsel regarding comments on proposed settlement.<br>J.M. MELCHERS | 0.10 hrs. | 250.00/hr | $25.00 |
| 12/15/03 | Prepare memo to Ms. Duff regarding budget request and review memo from her regarding same.<br>J.M. MELCHERS | 0.20 hrs. | 250.00/hr | $50.00 |
| 12/18/03 | Prepare preliminary analysis in response to Ms. Duff's budget request and leave message for her regarding same.<br>J.M. MELCHERS | 0.60 hrs. | 250.00/hr | $150.00 |
| 12/22/03 | Initial review of incoming documents from Mr. Doyle and preparation of analysis memo to Ms. Duff.<br>J.M. MELCHERS | 4.20 hrs. | 250.00/hr | $1,050.00 |
| 12/23/03 | Telephone conference with Ms. Duff regarding documents, budget and meeting (0.2); telephone conference with Attorney Carlisle regarding meeting and memos to Ms. Duff regarding documents and meeting (0.2); assignment to Paralegal Jennings regarding analysis of documents (0.2).<br>J.M. MELCHERS | 0.60 hrs. | 250.00/hr | $150.00 |
| 12/23/03 | Confer with Attorney Melchers regarding new documents received from Mr. Doyle at EPA and how to index same.<br>L.J. JENNINGS | 0.20 hrs. | 115.00/hr | $23.00 |

| 12/26/03 | Brief review of documents provided by Mr. Doyle (EPA attorney) (0.9); compare selected documents with file documents (0.2); electronic mail memorandum to Attorney Melchers regarding same (0.1). | | | |
|---|---|---|---|---|
| | R.T. CARLISLE | 1.20 hrs. | 250.00/hr | $300.00 |
| 12/29/03 | Per Attorney Melchers' instructions, begin indexing and organizing documents recently received from Mr. Jim Doyle (0.5); summarize first set of documents, bates range 36979-36982 (0.3). | | | |
| | L.J. JENNINGS | 0.80 hrs. | 115.00/hr | $92.00 |
| 12/30/03 | Continue review and summary of documents recently received from Mr. Doyle (0.3); create chart reflecting information (0.2). | | | |
| | L.J. JENNINGS | 0.50 hrs. | 115.00/hr | $57.50 |

**Fees for Legal Services** ............................................................................................................... **$2,147.50**

## BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| J.M. MELCHERS | 6.60 | 250.00 | 1,650.00 |
| R.T. CARLISLE | 1.30 | 250.00 | 325.00 |
| L.J. JENNINGS | 1.50 | 115.00 | 172.50 |
| TOTAL | 9.40 | $228.46 | $2,147.50 |

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 12/18/2003 | Telephone 1-410-531-4210 | 0.05 |
| 12/22/2003 | Photocopies 4 Page(s) | 0.20 |
| 12/23/2003 | Telephone 1-410-531-4210 | 0.05 |
| 12/24/2003 | Photocopies 2 Page(s) | 0.10 |
| 12/24/2003 | Postage | 0.83 |
| **Total Charges for Other Services Provided/Expenses Incurred** ...................................... | | **$1.23** |

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Photocopies | 0.30 |
| Postage | 0.83 |
| Telephone | 0.10 |
| TOTAL | $1.23 |

**Net current billing for this invoice** .......................................................................... **$2,148.73**

**REMITTANCE COPY**

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
**NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.**
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-1070
TELEPHONE (803) 799-2000

For Services Through 12/31/03

Our Matter # 02399/06031
Li Tungsten

| | |
|---|---|
| Fees for Professional Services | $2,147.50 |
| Charges for Other Services Provided/Expenses Incurred | 1.23 |
| **Net current billing for this invoice** ...................................................................... | **$2,148.73** |

**WIRING INSTRUCTIONS**

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

**EXHIBIT D**



# NELSON

Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW
TAX ID No. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

February 2, 2004
Invoice 604771 Page 1

Our Matter #          02399/06091               For Services Through 12/31/03
Name of Matter:       Fee Applications

| | | | | |
|---|---|---|---|---|
| 12/15/03 | Review status of draft Fee Applications.<br>J.M. MELCHERS | 0.30 hrs. | 250.00/hr | $75.00 |
| 12/16/03 | Calculate fees and expenses numbers in order to prepare draft of September 2003 fee application.<br>L.J. JENNINGS | 1.50 hrs. | 115.00/hr | $172.50 |
| 12/17/03 | On-line research to update status of pending and approved fee applications for August 2003 fee application and print most recent docket for attorney review.<br>L.J. JENNINGS | 1.00 hrs. | 115.00/hr | $115.00 |
| 12/17/03 | Begin draft of September 2003 fee application.<br>L.J. JENNINGS | 0.80 hrs. | 115.00/hr | $92.00 |
| 12/18/03 | Complete draft of September 2003 fee application.<br>L.J. JENNINGS | 0.50 hrs. | 115.00/hr | $57.50 |
| 12/18/03 | Complete calculation of fees and expenses in order to prepare draft October 2003 fee application (0.7);  prepare draft of October 2003 fee application and submit to Attorney Melchers for review (1.1).<br>L.J. JENNINGS | 1.80 hrs. | 115.00/hr | $207.00 |
| 12/19/03 | Review and edit draft Fee Applications for August, September and October.<br>J.M. MELCHERS | 1.40 hrs. | 250.00/hr | $350.00 |
| 12/22/03 | Review drafts and confer with Paralegal Jennings regarding August, September and October Fee Applications.<br>J.M. MELCHERS | 0.30 hrs. | 250.00/hr | $75.00 |

**Fees for Legal Services** .................................................................................................. **$1,144.00**

## BILLING SUMMARY

|              | Hours | Rate/Hr | Dollars  |
|--------------|-------|---------|----------|
| J.M. MELCHERS | 2.00  | 250.00  | 500.00   |
| L.J. JENNINGS | 5.60  | 115.00  | 644.00   |
| TOTAL        | 7.60  | 150.53  | 1,144.00 |

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| 12/01/2003 | Photocopies 28 Page(s) | 1.40 |
|------------|------------------------|------|
| 12/12/2003 | Photocopies 29 Page(s) | 1.45 |
| **Total Charges for Other Services Provided/Expenses Incurred** ................................... | | **$2.85** |

## DISBURSEMENT SUMMARY

| Description  | Dollars |
|--------------|---------|
| Photocopies  | 2.85    |
| TOTAL        | $2.85   |

**Net current billing for this invoice** ........................................................................... **$1,146.85**

**REMITTANCE COPY**

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-1070
TELEPHONE (803) 799-2000

For Services Through 12/31/03

Our Matter # 02399/06091
Fee Applications

| | |
|---|---:|
| Fees for Professional Services | $1,144.00 |
| Charges for Other Services Provided/Expenses Incurred | $2.85 |
| **Net current billing for this invoice** ................................................................ | **$1,146.85** |

**WIRING INSTRUCTIONS**

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139(JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

## VERIFICATION

Bernard F. Hawkins, Jr., after being duly sworn according to law, deposes and says as follows:

1.     I am a partner with the applicant firm, Nelson Mullins Riley & Scarborough, L.L.P and I am a member in good standing of the bar of the State of South Carolina.

2.     I have personally performed certain of, and overseen the legal services rendered by Nelson Mullins Riley & Scarborough, LLP as special litigation and environmental

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

counsel to the Debtors and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

3.     The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

_Bernard J. Hawkins, Jr._

Bernard F. Hawkins, Jr.

SWORN to and subscribed before me

this 2 day of _March_ , 2004

_Laurie J. Jenn_ (L.S.)

Notary Public for South Carolina

My Commission Expires: _My Commission Expires July 8, 2012_

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W. R. GRACE & CO., et al.,[1] | ) Case No. 01-01139(JKF) |
| | ) (Jointly Administered) |
| | ) |
| Debtors. | ) |

### VERIFICATION

Bernard F. Hawkins, Jr., after being duly sworn according to law, deposes and says as follows:

1.   I am a partner with the applicant firm, Nelson Mullins Riley & Scarborough, L.L.P and I am a member in good standing of the bar of the State of South Carolina.

2.   I have personally performed certain of, and oversee the legal services rendered by Nelson Mullins Riley & Scarborough, LLP as special litigation and environmental

---

[1]   The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

counsel to the Debtors and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

      3.    The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

_Bernard F. Hawkins, Jr._
Bernard F. Hawkins, Jr.

SWORN to and subscribed before me

this ___2___ day of ___March___, 2004

_(L.S.)_
Notary Public for South Carolina

My Commission Expires: _____    My Commission Expires July 8, 2012.