REED SMITH LLP
PO Box 360074M
Pittsburgh, PA 15251-6074
Tax ID# 25-0749630

W.R Grace & Co.
One Town Center Road
Boca Raton, FL 33486

| | |
|---|---|
| Invoice Number | 1121499 |
| Invoice Date | 03/09/04 |
| Client Number | 172573 |

================================================================================

Re: W. R. Grace & Co.

(60026) Litigation and Litigation Consulting

| | | |
|---|---|---|
| Fees | 15,098.50 | |
| TOTAL BALANCE DUE UPON RECEIPT | | $15,098.50 |

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA 15251-6074
Tax ID# 25-0749630

W.R Grace & Co.
One Town Center Road
Boca Raton, FL 33486

Invoice Number 1121499
Invoice Date 03/09/04
Client Number 172573
Matter Number 60026

===========================================================================

Re: (60026) Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JANUARY 31, 2004

| Date | Name | | Hours |
|---|---|---|---|
| 01/05/04 | Bentz | Conferences with R. Finke and counsel for third-party asbestos defendant regarding Grace documents. | .90 |
| 01/13/04 | Bentz | Review of third-party asbestos defendant's letter and document request (1.6); conference with R. Finke regarding same (.3); corresponding with M. Murphy regarding document request (.7). | 2.60 |
| 01/13/04 | Cameron | Review materials from R. Finke regarding Libby. | .90 |
| 01/14/04 | Bentz | Conference with J. Baer regarding request for documents from third-party asbestos defendant (.3); review of third-party asbestos defendant's request for Grace documents (.5). | .80 |
| 01/15/04 | Bentz | Conference with W. Sparks regarding Grace historical documents issue (.3); review of historical documents relating to third-party defendant's request for documents (1.0). | 1.30 |
| 01/15/04 | Cameron | E-mails with R. Finke regarding property damage issues (0.3); review e-mails regarding materials for Libby (0.2). | .50 |

| Date | Name | | Hours |
|---|---|---|---|
| 01/16/04 | Bentz | Conference call with R. Finke and M. Murphy regarding response to third-party asbestos defendant's request for documents. | 1.20 |
| 01/19/04 | Atkinson | E-mail to Matthew Murphy (Casner & Edwards) and electronic database searches for images on electronic databases relating to historic products. | .60 |
| 01/19/04 | Bentz | Conference with R. Finke regarding response to third-party asbestos defendants' request (.4); review of third-party asbestos defendant's request (.6). | 1.00 |
| 01/20/04 | Bentz | Conference with counsel for third-party asbestos defendant and R. Finke regarding requests for documents, affidavit and other information (.7); review of documents and affidavit from counsel for third-party asbestos defendant (2.5). | 3.20 |
| 01/20/04 | Restivo | Draft response to audit letter. | 1.20 |
| 01/21/04 | Atkinson | E-mail to K. Hindman (Litigation Support) re: electronic database searches: scanned images relating to historic products. | .20 |
| 01/21/04 | Bentz | Review of request for affidavit (.3); conference with R. Finke (.4) and corresponding with M. Murphy (.4) regarding same. | 1.10 |
| 01/21/04 | Lord | Update 2002 Service List. | .10 |
| 01/22/04 | Bentz | Conference with R. Finke regarding third-party defendant's document requests (1.1); negotiations with counsel for same regarding documents (1.8) and call to J. Baer (0.7). | 3.60 |

| Date | Name | | Hours |
|---|---|---|---|
| 01/23/04 | Bentz | Review of subpoena from third-party asbestos defendant (1.3) and corresponding with R. Finke regarding same (0.4); review of options for responding to subpoena (1.2). | 2.90 |
| 01/23/04 | Cameron | E-mails and meeting regarding possible discovery issues relating to asbestos/vermiculite. | .60 |
| 01/26/04 | Bentz | Work on response to third-party defendant's subpoenas (1.3); conferences with J. Baer (0.3) and R. Finke (0.5) regarding subpoenas. | 2.10 |
| 01/26/04 | Cameron | Continued review of materials relating to discovery issues. | .90 |
| 01/26/04 | Hindman | Work on devising method to report size and scope of images and documents in Grace document electronic database. | 1.00 |
| 01/27/04 | Atkinson | Summation searches for universe of agricultural/horticultural documents identified through document reviews in Boston. | 1.10 |
| 01/27/04 | Bentz | Corresponding with M. Murphy and counsel for third-party asbestos defendant regarding affidavit (1.1); preparation of affidavit (.7); conferences with counsel for third-party asbestos defendant regarding affidavit and subpoena (.7); review of legal research regarding automatic stay (.8). | 3.30 |
| 01/27/04 | Muha | Review materials and meet with J. Bentz re: third-party discovery against debtor in litigation in which debtor is not a party. | .50 |
| 01/28/04 | Bentz | Work on affidavit for third-party asbestos defendant's request for documents (1.4); corresponding with R. Finke (1.1) and M. Murphy (0.5) regarding J. Yang interview and affidavit. | 3.00 |

172573 W. R. Grace & Co.
60026 Litigation and Litigation Consulting
March 9, 2004

Invoice Number 1121499
Page 4

| Date | Name | | Hours |
|---|---|---|---|
| 01/28/04 | Cameron | Review multiple e-mails and draft affidavit regarding discovery requests. | 1.10 |
| 01/29/04 | Bentz | Calls with R. Finke, counsel for third-party asbestos defendant and M. Murphy regarding affidavit and J. Yang interview (1.2); review of proposed affidavits (.8); conference with W. Sparks and research regarding seller disclosures (1.4). | 3.40 |
| 01/30/04 | Bentz | Formulating response to subpoenas for production of documents (.5); review of PA disclosure laws (1.3). | 1.80 |
| 01/30/04 | Muha | Revise memorandum re: counsel responsibilities in Grace bankruptcy case. | .90 |
| | | TOTAL HOURS | 41.80 |

| TIME SUMMARY | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| James J. Restivo Jr. | 1.20 | at | $ 495.00 | = | 594.00 |
| Douglas E. Cameron | 4.00 | at | $ 465.00 | = | 1,860.00 |
| James W Bentz | 32.20 | at | $ 370.00 | = | 11,914.00 |
| Andrew J. Muha | 1.40 | at | $ 235.00 | = | 329.00 |
| John B. Lord | 0.10 | at | $ 160.00 | = | 16.00 |
| Maureen L. Atkinson | 1.90 | at | $ 145.00 | = | 275.50 |
| Karen L. Hindman | 1.00 | at | $ 110.00 | = | 110.00 |

CURRENT FEES 15,098.50

TOTAL BALANCE DUE UPON RECEIPT $15,098.50

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA 15251-6074
Tax ID# 25-0749630

W. R. Grace
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

| | |
|---|---|
| Invoice Number | 1121500 |
| Invoice Date | 03/09/04 |
| Client Number | 172573 |

Re: W. R. Grace & Co.

(60028) ZAI Science Trial

| | | |
|---|---|---|
| Fees | 5,958.50 | |
| TOTAL BALANCE DUE UPON RECEIPT | | $5,958.50 |

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA 15251-6074
Tax ID# 25-0749630

W. R. Grace
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

| | |
|---|---|
| Invoice Number | 1121500 |
| Invoice Date | 03/09/04 |
| Client Number | 172573 |
| Matter Number | 60028 |

Re: (60028) ZAI Science Trial

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JANUARY 31, 2004

| Date | Name | | Hours |
|---|---|---|---|
| 01/05/04 | Cameron | Participate in conference call with W. Sparks and R. Finke regarding removal cost issues (.4); follow-up review of notes and materials from prior calls regarding removal cost issues (.5). | .90 |
| 01/06/04 | Flatley | E-mail message to E. Ilgren. | .20 |
| 01/07/04 | Cameron | Review materials relating to ZAI Science Trial for report to Court (.4); review summary judgment papers (.7). | 1.10 |
| 01/07/04 | Flatley | Meet with J. Bentz re: plans for oral argument. | .40 |
| 01/08/04 | Flatley | E-mails from J. Bentz, et al. re: scheduling issues (.10); messages to/from Dr. Ilgren (.10). | .20 |
| 01/10/04 | Cameron | Review various summary judgment materials and schedule relating to same. | 1.40 |
| 01/14/04 | Cameron | Additional review of summary judgment materials and argument schedule issues. | .80 |
| 01/16/04 | Cameron | Review materials relating to summary judgment papers for ZAI Science Trial argument/status report. | 1.40 |

172573 W. R. Grace & Co.
60028 ZAI Science Trial
March 9, 2004

Invoice Number 1121500
Page 2

| Date | Name | | Hours |
|---|---|---|---|
| 01/20/04 | Bentz | Corresponding with J. Restivo, L. Flatley and D. Cameron regarding Science Trial hearing. | .60 |
| 01/20/04 | Cameron | Review e-mails and materials for summary judgment argument. | .90 |
| 01/21/04 | Cameron | E-mails regarding summary judgment argument. | .40 |
| 01/21/04 | Restivo | Conference call with R. Finke and R. Senftleben regarding hearing on ZAI. | .80 |
| 01/22/04 | Cameron | Meet with J. Restivo and e-mails regarding Science Trial summary judgment argument. | .70 |
| 01/22/04 | Flatley | Call with J. Restivo (.10); meet with J. Restivo re: scheduling (.10). | .20 |
| 01/22/04 | Restivo | Telephone calls to Beber (0.9) and Westbrook re: ZAI hearing (0.6). | 1.50 |
| 01/26/04 | Restivo | Telephone call with R. Finke er: ZAI hearing. | .50 |
| 01/27/04 | Restivo | Telephone call with W. Sparks (0.4); telephone call with E. Westbrook (0.3). | .70 |
| | | TOTAL HOURS | 12.70 |

| TIME SUMMARY | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| James J. Restivo Jr. | 3.50 | at | $ 495.00 | = | 1,732.50 |
| Lawrence E. Flatley | 1.00 | at | $ 470.00 | = | 470.00 |
| Douglas E. Cameron | 7.60 | at | $ 465.00 | = | 3,534.00 |
| James W Bentz | 0.60 | at | $ 370.00 | = | 222.00 |

CURRENT FEES 5,958.50

TOTAL BALANCE DUE UPON RECEIPT $5,958.50

172573 W. R. Grace & Co.
60029 Fee Applications-Applicant
March 9, 2004

Invoice Number 1121674
Page 2

| | |
|---|---|
| TOTAL BALANCE DUE UPON RECEIPT | $474.00 |