REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

| | |
|---|---|
| W.R Grace & Co.<br>One Town Center Road<br>Boca Raton, FL  33486 | Invoice Number    1121503<br>Invoice Date      03/09/04<br>Client Number     172573 |

===========================================================================

Re: W. R. Grace & Co.

(60026)   Litigation and Litigation Consulting

       Expenses                                          79.12

               TOTAL BALANCE DUE UPON RECEIPT              $79.12
                                                                          ==============

```
                          REED SMITH LLP
                          PO Box 360074M
                      Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630
```

```
W.R Grace & Co.                          Invoice Number      1121503
One Town Center Road                     Invoice Date        03/09/04
Boca Raton, FL   33486                   Client Number        172573
                                         Matter Number         60026
```

==========================================================================

Re: Litigation and Litigation Consulting

FOR COSTS ADVANCED AND EXPENSES INCURRED:

```
    Telephone Expense                         0.39
    Duplicating/Printing                     29.85
    Postage Expense                          13.55
    Courier Service - Outside                 7.56
    Outside Duplicating                      27.77

              CURRENT EXPENSES                                 79.12
                                                         --------------

              TOTAL BALANCE DUE UPON RECEIPT                  $79.12
                                                         ==============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA 15251-6074
Tax ID# 25-0749630

| | |
|---|---|
| W.R Grace & Co.<br>One Town Center Road<br>Boca Raton, FL  33486 | Invoice Number   1121503<br>Invoice Date   03/09/04<br>Client Number   172573<br>Matter Number   60026 |

==============================================================================

Re: (60026)  Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | | |
|---|---|---:|
| 10/02/03 | Postage Expense | 7.10 |
| 11/28/03 | Postage Expense | 5.25 |
| 01/05/04 | ATTY # 0349: 18 COPIES | 2.70 |
| 01/06/04 | ATTY # 0349: 11 COPIES | 1.65 |
| 01/12/04 | ATTY # 0559: 2 COPIES | .30 |
| 01/20/04 | Postage Expense | 1.20 |
| 01/20/04 | ATTY # 0349; 5 COPIES | .75 |
| 01/20/04 | ATTY # 0349; 49 COPIES | 7.35 |
| 01/20/04 | 410-531-4545/COLUMBIA, MD/2 | .11 |
| 01/20/04 | 410-531-4545/COLUMBIA, MD/2 | .11 |
| 01/20/04 | 410-531-4711/COLUMBIA, MD/2 | .17 |
| 01/20/04 | ATTY # 0349: 6 COPIES | .90 |
| 01/20/04 | ATTY # 0349: 6 COPIES | .90 |
| 01/20/04 | ATTY # 0349: 1 COPIES | .15 |
| 01/20/04 | ATTY # 0349: 1 COPIES | .15 |
| 01/21/04 | ATTY # 0349: 27 COPIES | 4.05 |
| 01/22/04 | Outside Duplicating- -VENDOR:CORPORATE EXPRESS DELIVERY BOX OF LABELS | 27.77 |

```
172573  W. R. Grace & Co.                        Invoice Number   1121503
60026   Litigation and Litigation Consulting     Page     2
        March 9, 2004
```

| Date | Description | Amount |
|---|---|---:|
| 01/22/04 | ATTY # 0885: 1 COPIES | .15 |
| 01/28/04 | ATTY # 0856: 1 COPIES | .15 |
| 01/28/04 | ATTY # 0559: 5 COPIES | .75 |
| 01/28/04 | ATTY # 0559: 5 COPIES | .75 |
| 01/28/04 | ATTY # 0559: 12 COPIES | 1.80 |
| 01/29/04 | ATTY # 0885; 11 COPIES | 1.65 |
| 01/29/04 | ATTY # 0559: 12 COPIES | 1.80 |
| 01/30/04 | ATTY # 0885; 12 COPIES | 1.80 |
| 01/30/04 | ATTY # 0885; 6 COPIES | .90 |
| 01/30/04 | ATTY # 0885; 1 COPIES | .15 |
| 01/30/04 | ATTY # 0559: 2 COPIES | .30 |
| 01/30/04 | ATTY # 0559: 2 COPIES | .30 |
| 01/30/04 | ATTY # 0885: 1 COPIES | .15 |
| 01/30/04 | ATTY # 0885: 2 COPIES | .30 |
| 01/30/04 | Courier Service - 00843 UPS - Shipped from James Bentz, Reed Smith LLP - Pittsburgh to William J.A. Sparks, W.R. Grace & Company (WILMINGTON DE 19801). | 7.56 |

```
                        CURRENT EXPENSES                  79.12
                                                     -------------
                        TOTAL BALANCE DUE UPON RECEIPT    $79.12
                                                     =============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

| | |
|---|---|
| W. R. Grace | Invoice Number    1121504 |
| 5400 Broken Sound Blvd., N.W. | Invoice Date      03/09/04 |
| Boca Raton, FL 33487 | Client Number     172573 |

==========================================================================

Re: W. R. Grace & Co.

(60028)   ZAI Science Trial

    Expenses                                   6.59

                TOTAL BALANCE DUE UPON RECEIPT        $6.59
                                                            ==============

```
                         REED SMITH LLP
                        PO Box 360074M
                    Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630
```

```
W. R. Grace                                Invoice Number      1121504
5400 Broken Sound Blvd., N.W.              Invoice Date        03/09/04
Boca Raton, FL 33487                       Client Number       172573
                                           Matter Number        60028
```

===========================================================================

Re: ZAI Science Trial

FOR COSTS ADVANCED AND EXPENSES INCURRED:

```
    Telephone Expense                          1.94
    Duplicating/Printing                       4.65

              CURRENT EXPENSES                                      6.59
                                                             --------------

              TOTAL BALANCE DUE UPON RECEIPT                       $6.59
                                                             ==============
```

```
                          REED SMITH LLP
                          PO Box 360074M
                    Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630
```

| | |
|---|---|
| W. R. Grace | Invoice Number   1121504 |
| 5400 Broken Sound Blvd., N.W. | Invoice Date     03/09/04 |
| Boca Raton, FL 33487 | Client Number    172573 |
| | Matter Number     60028 |

======================================================================

Re: (60028)  ZAI Science Trial

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | | |
|---|---|---|
| 12/16/03 | 561-362-1533/BOCA RATON, FL/11 | .63 |
| 12/17/03 | 561-362-1533/BOCA RATON, FL/13 | .74 |
| 12/22/03 | 561-362-1959/BOCA RATON, FL/1  | .11 |
| 12/23/03 | 561-362-1533/BOCA RATON, FL/8  | .46 |
| 01/05/04 | ATTY # 0559: 1 COPIES          | .15 |
| 01/05/04 | ATTY # 0559: 6 COPIES          | .90 |
| 01/05/04 | ATTY # 0559: 12 COPIES         | 1.80 |
| 01/20/04 | ATTY # 0349: 1 COPIES          | .15 |
| 01/20/04 | ATTY # 0349: 2 COPIES          | .30 |
| 01/20/04 | ATTY # 0349: 1 COPIES          | .15 |
| 01/20/04 | ATTY # 0349: 1 COPIES          | .15 |
| 01/20/04 | ATTY # 0349: 1 COPIES          | .15 |
| 01/20/04 | ATTY # 0349: 1 COPIES          | .15 |
| 01/20/04 | ATTY # 0349: 1 COPIES          | .15 |
| 01/28/04 | ATTY # 0559: 1 COPIES          | .15 |
| 01/29/04 | ATTY # 0349; 3 COPIES          | .45 |

                          CURRENT EXPENSES                    6.59
                                                        ------------

```
172573  W. R. Grace & Co.                          Invoice Number    1121504
 60028  ZAI Science Trial                          Page     2
        March 9, 2004


                            TOTAL BALANCE DUE UPON RECEIPT              $6.59
                                                                  =============
```