**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**
-----------------------------------X
In re

**W.R. GRACE & CO.,**                                  Case No. 01-1139 (JKF)

                                                       Chapter 11
          Debtors.
-----------------------------------X

**NOTICE RE TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001(e)(1)**

To:

Portia Partners, LLC
One Sound Shore Drive Suite 100
Greenwich, CT 06830

A transfer of your claim from:

MARATHON ENGINEERING & ENVIRONMENTA
ATTN SERVICES INC
510 HERON DR SUITE 11
SWEDESBORO, NJ  08085


is acknowledged. *By filing pursuant to Rule 3001 (e)(1), you affirm that you have searched the official claims register and that the transferor has not previously filed a proof of claim.* Refer to INTERNAL CONTROL NUMBER _____ in any further correspondence relative to this transfer.

                                             David Bird, Clerk
---------------------------------------------------------------
FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2004.

Copy(check): Debtor's Attorney _____ Claims Agent_____


                                        _____
                                             Deputy Clerk



File No: 1007407

**59**

Claim No: 1007407

Claim Amount: $360.00

# SALE AND ASSIGNMENT OF CLAIM

MARATHON ENGINEERING & ENVIRONMENTA having offices at, ATTN SERVICES INC, 510 HERON DR SUITE 11, SWEDESBORO, NJ 08085 (the "Assignor,") in consideration of the sum of (the "Purchase Price") does hereby transfer to Portia Partners, LLC, (the "Assignee,") all of the Assignor's right, title, and interest in and to the claim or claims of the Assignor, (the "Claim,") against W R Grace & Co, (the "Debtor,") in the United States Bankruptcy Court for the District of Delaware (the "Court"), Case No 01-1139 (PJW) (the "Case") in the currently outstanding amount as set forth above and all rights and benefits of the Assignor relating to the Claim The Claim is based on amounts owed to the Assignor by the Debtor and this assignment shall be deemed an absolute, unconditional, and irrevocable assignment of the Claim for purpose of collection and shall not be deemed to create any security interest

**Assignor represents and warrants that:**

☐ A Proof of Claim has been filed        ☒ A Proof of Claim has not been filed

The Assignor represents and warrants that the amount of the Claim is not less than the amount as set forth above and that the amount is a valid claim and that no objection to the Claim exists The Assignor further represents and warrants that no payment has been received by the Assignor, or by any third party claiming through the Assignor, in full or partial satisfaction of the Claim, that the Assignor has not previously assigned, sold or pledged the Claim to any third party, in whole or in part, that the Assignor owns and has title to the Claim free and clear of any and all liens, security interests or encumbrances of any kind or nature whatsoever, and that there are no offsets or defenses or preferential payment demands that have been or may be asserted by or on behalf of the Debtor or any other party to reduce the amount of the Claim or to impair its value

The Assignor is aware that the Purchase Price may differ from the amount ultimately distributed in the Case with respect to the Claim and that such amount may not be absolutely determined until entry of a final order confirming a plan of reorganization The Assignor acknowledges that neither the Assignee nor any agent or representative of the Assignee has made any representation whatsoever regarding the status of the Case, the condition of the Debtor (financial or otherwise) or any other matter relating to the Case, the Debtor or the Claim The Assignor represents that it has adequate information regarding this Sale and Assignment of the Claim, and that it has independently and without any reliance on the Assignee made its own determination to voluntarily enter into this Sale and Assignment of Claim

**CONSENT AND WAIVER**

The Assignor hereby acknowledges and consents to all of the terms set forth in this Sale and Assignment of Claim and hereby waives its rights to raise any objection thereto and its right to receive notice pursuant to Rule 3001(e) of the Rules of Bankruptcy Procedure

The undersigned Assignor hereby agrees and sets his hand this _31_ day of _December_ 2003

**MARATHON ENGINEERING & ENVIRONMENTA**

By _[signature]_                     _Daniel J Martin, Treasurer_
Signature                             Print Name and Title

_856-___ 241-9705_          _856-___ 241-9701_
Telephone Number                    Fax Number

The undersigned Assignee hereby agrees and sets his hand this _____ day of _____, 2003

**PORTIA PARTNERS, LLC**

By _____
Name  Robert Gold
Title  Managing Director

JAN 13 2004

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**
----------------------------------X
In re

**W.R. GRACE & CO.,**                                  Case No. 01-1139 (JKF)

                                                                                              Chapter 11

            Debtors.
----------------------------------X

**NOTICE RE TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001(e)(1)**

To:

Portia Partners, LLC
One Sound Shore Drive Suite 100
Greenwich, CT 06830

A transfer of your claim from:

BENNER COMPANY
PO BOX 632268
CINCINNATI, OH  45263


is acknowledged. *By filing pursuant to Rule 3001 (e)(1), you affirm that you have searched the official claims register and that the transferor has not previously filed a proof of claim.* Refer to INTERNAL CONTROL NUMBER _____ in any further correspondence relative to this transfer.

                                                        David Bird, Clerk
-----------------------------------------------------------------
FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2004.

Copy(check): Debtor's Attorney _____ Claims Agent_____

                                                   _____
                                                 Deputy Clerk


File No: 1014097



**56**   Claim No: 1014097



Claim Amount: $3,638.41

## SALE AND ASSIGNMENT OF CLAIM

BENNER COMPANY having offices at, PO BOX 632268, CINCINNATI, OH 45263 (the "Assignor,") in consideration of the sum of (the "Purchase Price") does hereby transfer to Portia Partners, LLC, (the "Assignee,") all of the Assignor's right, title, and interest in and to the claim or claims of the Assignor, (the "Claim,") against W R Grace & Co, (the "Debtor,") in the United States Bankruptcy Court for the District of Delaware (the "Court"), Case No 01-1139 (PJW) (the "Case") in the currently outstanding amount as set forth above and all rights and benefits of the Assignor relating to the Claim The Claim is based on amounts owed to the Assignor by the Debtor and this assignment shall be deemed an absolute, unconditional, and irrevocable assignment of the Claim for purpose of collection and shall not be deemed to create any security interest

**Assignor represents and warrants that:**

☐ A Proof of Claim has been filed        ☐ A Proof of Claim has not been filed

The Assignor represents and warrants that the amount of the Claim is not less than the amount as set forth above and that the amount is a valid claim and that no objection to the Claim exists The Assignor further represents and warrants that no payment has been received by the Assignor, or by any third party claiming through the Assignor, in full or partial satisfaction of the Claim, that the Assignor has not previously assigned, sold or pledged the Claim to any third party, in whole or in part, that the Assignor owns and has title to the Claim free and clear of any and all liens, security interests or encumbrances of any kind or nature whatsoever, and that there are no offsets or defenses or preferential payment demands that have been or may be asserted by or on behalf of the Debtor or any other party to reduce the amount of the Claim or to impair its value

The Assignor is aware that the Purchase Price may differ from the amount ultimately distributed in the Case with respect to the Claim and that such amount may not be absolutely determined until entry of a final order confirming a plan of reorganization The Assignor acknowledges that neither the Assignee nor any agent or representative of the Assignee has made any representation whatsoever regarding the status of the Case, the condition of the Debtor (financial or otherwise) or any other matter relating to the Case, the Debtor or the Claim The Assignor represents that it has adequate information regarding this Sale and Assignment of the Claim, and that it has independently and without any reliance on the Assignee made its own determination to voluntarily enter into this Sale and Assignment of Claim

### CONSENT AND WAIVER

The Assignor hereby acknowledges and consents to all of the terms set forth in this Sale and Assignment of Claim and hereby waives its rights to raise any objection thereto and its right to receive notice pursuant to Rule 3001(e) of the Rules of Bankruptcy Procedure

The undersigned Assignor hereby agrees and sets his hand this 6 day of Jan, 2004

**BENNER COMPANY**

By _Kenneth R Weart_     _KENNETH P. WEHRLE_, Controller
Signature                               Print Name and Title

513-351-1000            513-351-0025
Telephone Number        Fax Number

The undersigned Assignee hereby agrees and sets his hand this 6 day of Jan, 2004

**PORTIA PARTNERS, LLC**

By _____
Name  Robert Gold
Title  Managing Director

(JAN 12 2004)

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**
---------------------------------X
In re

**W.R. GRACE & CO.,**                           Case No. 01-1139 (JKF)

                                                        Chapter 11

        Debtors.
---------------------------------X

**NOTICE RE TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001(e)(1)**

To:

Portia Partners, LLC
One Sound Shore Drive Suite 100
Greenwich, CT 06830

A transfer of your claim from:

ACI-ALAMEDA COUNTY INDUSTRIES
610 ALADDIN AVENUE
SAN LEANDRO, CA  94577


is acknowledged. *By filing pursuant to Rule 3001 (e)(1), you affirm that you have searched the official claims register and that the transferor has not previously filed a proof of claim.* Refer to INTERNAL CONTROL NUMBER _____ in any further correspondence relative to this transfer.

                                                  David Bird, Clerk
-----------------------------------------------------------------
FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2004.

Copy(check): Debtor's Attorney _____ Claims Agent_____


                                                  _____
                                                Deputy Clerk


File No: 1000150





**52**

Claim No: 1000150

Claim Amount: $1,008.38

# SALE AND ASSIGNMENT OF CLAIM

ACI-ALAMEDA COUNTY INDUSTRIES having offices at, 610 ALADDIN AVENUE, SAN LEANDRO, CA 94577 (the "Assignor,") in consideration of the sum of (the "Purchase Price") does hereby transfer to Portia Partners, LLC, (the "Assignee,") all of the Assignor's right, title, and interest in and to the claim or claims of the Assignor, (the "Claim,") against W R Grace & Co, (the "Debtor,") in the United States Bankruptcy Court for the District of Delaware (the "Court"), Case No 01-1139 (PJW) (the "Case") in the currently outstanding amount as set forth above and all rights and benefits of the Assignor relating to the Claim The Claim is based on amounts owed to the Assignor by the Debtor and this assignment shall be deemed an absolute, unconditional, and irrevocable assignment of the Claim for purpose of collection and shall not be deemed to create any security interest

**Assignor represents and warrants that:**

☐ A Proof of Claim has been filed      ☐ A Proof of Claim has not been filed

The Assignor represents and warrants that the amount of the Claim is not less than the amount as set forth above and that the amount is a valid claim and that no objection to the Claim exists  The Assignor further represents and warrants that no payment has been received by the Assignor, or by any third party claiming through the Assignor, in full or partial satisfaction of the Claim, that the Assignor has not previously assigned, sold or pledged the Claim to any third party, in whole or in part, that the Assignor owns and has title to the Claim free and clear of any and all liens, security interests or encumbrances of any kind or nature whatsoever, and that there are no offsets or defenses or preferential payment demands that have been or may be asserted by or on behalf of the Debtor or any other party to reduce the amount of the Claim or to impair its value

The Assignor is aware that the Purchase Price may differ from the amount ultimately distributed in the Case with respect to the Claim and that such amount may not be absolutely determined until entry of a final order confirming a plan of reorganization  The Assignor acknowledges that neither the Assignee nor any agent or representative of the Assignee has made any representation whatsoever regarding the status of the Case, the condition of the Debtor (financial or otherwise) or any other matter relating to the Case, the Debtor or the Claim  The Assignor represents that it has adequate information regarding this Sale and Assignment of the Claim, and that it has independently and without any reliance on the Assignee made its own determination to voluntarily enter into this Sale and Assignment of Claim

## CONSENT AND WAIVER

The Assignor hereby acknowledges and consents to all of the terms set forth in this Sale and Assignment of Claim and hereby waives its rights to raise any objection thereto and its right to receive notice pursuant to Rule 3001(e) of the Rules of Bankruptcy Procedure

The undersigned Assignor hereby agrees and sets his hand this ____ day of _____, 2003

**ACI-ALAMEDA COUNTY INDUSTRIES**

By _____     KENT Kenney  Controller
   Signature                                                          Print Name and Title

510-357-7282 _____        _____
Telephone Number                              Fax Number

The undersigned Assignee hereby agrees and sets his hand this _____ day of _____, 2003

**PORTIA PARTNERS, LLC**

By _____
Name  Robert Gold
Title  Managing Director

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**
----------------------------------X
In re

**W.R. GRACE & CO.,**                             Case No. 01-1139 (JKF)

                                                                Chapter 11

        Debtors.
----------------------------------X

**NOTICE RE TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001(e)(1)**

To:

Portia Partners, LLC
One Sound Shore Drive Suite 100
Greenwich, CT 06830

A transfer of your claim from:

PETER COVENEY
ATTN 10 PARK AVENUE
WOODFORD GREEN
ESSEX ES IG8 0EU
UNITED KINGDOM


is acknowledged. ***By filing pursuant to Rule 3001 (e)(1), you affirm that you have searched the official claims register and that the transferor has not previously filed a proof of claim.*** Refer to INTERNAL CONTROL NUMBER _____ in any further correspondence relative to this transfer.

                                        David Bird, Clerk
---------------------------------------------------------------
FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2004.

Copy(check): Debtor's Attorney _____ Claims Agent_____


                                           Deputy Clerk

File No: 1009307





50

Claim No: 1009307

Claim Amount: $3,000.00

## SALE AND ASSIGNMENT OF CLAIM

PETER COVENEY having offices at, ATTN 10 PARK AVENUE, WOODFORD GREEN, ESSEX ES IG8 0EU, UNITED KINGDOM (the "Assignor,") in consideration of the sum of (the "Purchase Price") does hereby transfer to Portia Partners, LLC, (the "Assignee,") all of the Assignor's right, title, and interest in and to the claim or claims of the Assignor, (the "Claim,") against W R Grace & Co , (the "Debtor,") in the United States Bankruptcy Court for the District of Delaware (the "Court"), Case No 01-1139 (PJW) (the "Case") in the currently outstanding amount as set forth above and all rights and benefits of the Assignor relating to the Claim The Claim is based on amounts owed to the Assignor by the Debtor and this assignment shall be deemed an absolute, unconditional, and irrevocable assignment of the Claim for purpose of collection and shall not be deemed to create any security interest

**Assignor represents and warrants that:**

☐ A Proof of Claim has been filed        ☐ A Proof of Claim has not been filed

The Assignor represents and warrants that the amount of the Claim is not less than the amount as set forth above and that the amount is a valid claim and that no objection to the Claim exists   The Assignor further represents and warrants that no payment has been received by the Assignor, or by any third party claiming through the Assignor, in full or partial satisfaction of the Claim, that the Assignor has not previously assigned, sold or pledged the Claim to any third party, in whole or in part, that the Assignor owns and has title to the Claim free and clear of any and all liens, security interests or encumbrances of any kind or nature whatsoever, and that there are no offsets or defenses or preferential payment demands that have been or may be asserted by or on behalf of the Debtor or any other party to reduce the amount of the Claim or to impair its value

The Assignor is aware that the Purchase Price may differ from the amount ultimately distributed in the Case with respect to the Claim and that such amount may not be absolutely determined until entry of a final order confirming a plan of reorganization   The Assignor acknowledges that neither the Assignee nor any agent or representative of the Assignee has made any representation whatsoever regarding the status of the Case, the condition of the Debtor (financial or otherwise) or any other matter relating to the Case, the Debtor or the Claim   The Assignor represents that it has adequate information regarding this Sale and Assignment of the Claim, and that it has independently and without any reliance on the Assignee made its own determination to voluntarily enter into this Sale and Assignment of Claim

### CONSENT AND WAIVER

The Assignor hereby acknowledges and consents to all of the terms set forth in this Sale and Assignment of Claim and hereby waives its rights to raise any objection thereto and its right to receive notice pursuant to Rule 3001(e) of the Rules of Bankruptcy Procedure

The undersigned Assignor hereby agrees and sets his hand this ___15___ day of __December__ 2003

**PETER COVENEY**

By __P.V. Coveney__        __Professor Peter Vivian Coveney__
   Signature                     Print Name and Title

+44 20 7679 4560        +44 20 7679 7463
Telephone Number          Fax Number

The undersigned Assignee hereby agrees and sets his hand this _____ day of _____, 2003

**PORTIA PARTNERS, LLC**

By _____
Name  Robert Gold
Title   Managing Director

JAN 8 2004

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**
----------------------------------X
In re

**W.R. GRACE & CO.,**                    Case No. 01-1139 (JKF)

                          Chapter 11

        Debtors.
----------------------------------X

**NOTICE RE TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001(e)(1)**

To:

Portia Partners, LLC
One Sound Shore Drive Suite 100
Greenwich, CT 06830

A transfer of your claim from:

P&M LOCKSMITH SERVICE INC.
463 MAIN ST
WOBURN, MA  01801


is acknowledged. ***By filing pursuant to Rule 3001 (e)(1), you affirm that you have searched the official claims register and that the transferor has not previously filed a proof of claim.*** Refer to INTERNAL CONTROL NUMBER _____ in any further correspondence relative to this transfer.

                                        David Bird, Clerk
-----------------------------------------------------------------
FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2004.

Copy(check): Debtor's Attorney _____ Claims Agent_____

                                        _____
                                        Deputy Clerk

File No: 1015565





**47**   Claim No: 1015565

Claim Amount: $119.91

# SALE AND ASSIGNMENT OF CLAIM

P&M LOCKSMITH SERVICE INC having offices at, 463 MAIN ST, WOBURN, MA 01801 (the "Assignor,") in consideration of the sum of (the "Purchase Price") does hereby transfer to Portia Partners, LLC, (the "Assignee,") all of the Assignor's right, title, and interest in and to the claim or claims of the Assignor, (the "Claim,") against W R Grace & Co, (the "Debtor,") in the United States Bankruptcy Court for the District of Delaware (the "Court"), Case No 01-1139 (PJW) (the "Case") in the currently outstanding amount as set forth above and all rights and benefits of the Assignor relating to the Claim  The Claim is based on amounts owed to the Assignor by the Debtor and this assignment shall be deemed an absolute, unconditional, and irrevocable assignment of the Claim for purpose of collection and shall not be deemed to create any security interest

**Assignor represents and warrants that**

☐ A Proof of Claim has been filed       ☐ A Proof of Claim has not been filed

The Assignor represents and warrants that the amount of the Claim is not less than the amount as set forth above and that the amount is a valid claim and that no objection to the Claim exists  The Assignor further represents and warrants that no payment has been received by the Assignor, or by any third party claiming through the Assignor, in full or partial satisfaction of the Claim, that the Assignor has not previously assigned, sold or pledged the Claim to any third party, in whole or in part, that the Assignor owns and has title to the Claim free and clear of any and all liens, security interests or encumbrances of any kind or nature whatsoever, and that there are no offsets or defenses or preferential payment demands that have been or may be asserted by or on behalf of the Debtor or any other party to reduce the amount of the Claim or to impair its value

The Assignor is aware that the Purchase Price may differ from the amount ultimately distributed in the Case with respect to the Claim and that such amount may not be absolutely determined until entry of a final order confirming a plan of reorganization  The Assignor acknowledges that neither the Assignee nor any agent or representative of the Assignee has made any representation whatsoever regarding the status of the Case, the condition of the Debtor (financial or otherwise) or any other matter relating to the Case, the Debtor or the Claim  The Assignor represents that it has adequate information regarding this Sale and Assignment of the Claim, and that it has independently and without any reliance on the Assignee made its own determination to voluntarily enter into this Sale and Assignment of Claim

## CONSENT AND WAIVER

The Assignor hereby acknowledges and consents to all of the terms set forth in this Sale and Assignment of Claim and hereby waives its rights to raise any objection thereto and its right to receive notice pursuant to Rule 3001(e) of the Rules of Bankruptcy Procedure

The undersigned Assignor hereby agrees and sets his hand this __9__ day of __Dec__, 2003

**P&M LOCKSMITH SERVICE INC**

By ___[signature]___   __Philip V Minghella__  President
   Signature                Print Name and Title

__781 935 6850__              __781 933 1757__
Telephone Number              Fax Number

The undersigned Assignee hereby agrees and sets his hand this __9__ day of __Dec__, 2003

**PORTIA PARTNERS, LLC**

By _____
Name  Robert Gold
Title   Managing Director

JAN 8 2004