# Exhibit A

W.R. Grace
10th Interim
Project Category Spreadsheet

| Category | Bankruptcy Management Corporation | | Bilzin Sumberg | |
|---|---|---|---|---|
| | 10th Quarter | Cumulative thru 10th Quarter | 10th Quarter | Cumulative thru 10th Quarter |
| 01 - Asset Analysis and Recovery | 0.00 | 0.00 | 0.00 | 0.00 |
| 02 - Asset Disposition | 0.00 | 0.00 | 0.00 | 4,527.50 |
| 03 - Business Operations | 0.00 | 0.00 | 0.00 | 21,515.50 |
| 04 - Case Administration | 81,517.00 | 476,940.00 | 23,716.50 | 396,651.90 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | 48,789.00 | 129,807.00 | 1,886.00 | 43,647.50 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | 96,950.00 | 387,145.50 | 54.00 | 658.50 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | 0.00 | 0.00 | 1,685.00 | 119,371.50 |
| 08 - Employee Benefits/Pension | 0.00 | 0.00 | 0.00 | 24,882.50 |
| 09 - Employment Applications, Applicant | 0.00 | 0.00 | 2,357.00 | 4,604.50 |
| 10 - Employment Applications, Others | 0.00 | 0.00 | 0.00 | 40,649.50 |
| 11 - Fee Applications, Applicant | 20,899.00 | 76,105.50 | 0.00 | 65,098.70 |
| 12 - Fee Applications, Others | 0.00 | 0.00 | 1,729.00 | 41,998.80 |
| 13 - Financing | 0.00 | 0.00 | 0.00 | 9,402.50 |
| 14 - Hearings | 0.00 | 0.00 | 1,296.00 | 47,055.50 |
| 15 - Litigation and Litigation Consulting | 0.00 | 0.00 | 270.00 | 770,735.00 |
| 16 - Plan and Disclosure Statement | 0.00 | 0.00 | 2,086.00 | 3,536.00 |
| 17 - Relief from Stay Proceedings | 0.00 | 0.00 | 432.00 | 4,361.00 |
| 18 - Tax Issues | 0.00 | 0.00 | 0.00 | 0.00 |
| 19 - Tax Litigation | 0.00 | 0.00 | 0.00 | 0.00 |
| 20 - Travel - Non-working | 2,550.00 | 29,928.75 | 1,328.00 | 70,933.50 |
| 21 - Valuation | 0.00 | 0.00 | 0.00 | 0.00 |
| 22 - Hearings | 0.00 | 0.00 | 8,289.00 | 33,422.00 |
| 23 - ZAI Science Trial - Expenses | 0.00 | 0.00 | 0.00 | 369.45 |
| 24 - Other | 0.00 | 0.00 | 13,636.00 | 13,736.00 |
| 25 - Accounting/Auditing | 0.00 | 0.00 | 0.00 | 0.00 |
| 26 - Business Analysis | 0.00 | 0.00 | 0.00 | 0.00 |
| 27 - Corporate Finance | 0.00 | 0.00 | 0.00 | 0.00 |
| 28 - Data Analysis | 10,221.00 | 196,450.00 | 0.00 | 0.00 |
| 30 - Fraudulent Conveyance (Adv. Proceeding) | | 0.00 | 0.00 | 0.00 |
| PROJECT CATEGORY - TOTAL FEES | 260,926.00 | 1,296,376.75 | 58,764.50 | 1,716,787.90 |
| PROJECT CATEGORY - TOTAL EXPENSES | 28,708.57 | 84,086.81 | 5,645.82 | 614,265.72 |
| PROJECT CATEGORY - TOTAL FEES AND EXPENSES[1] | 289,634.57 | 1,380,463.56 | 64,410.32 | 2,331,053.62 |
| FEE APPLICATION - TOTAL FEES | 260,926.00 | 1,296,376.75 | 58,764.50 | 1,716,787.90 |
| FEE APPLICATION - TOTAL EXPENSES | 28,708.57 | 84,086.81 | 5,645.82 | 614,265.72 |
| FEE APPLICATION - TOTAL FEES AND EXPENSES[2] | 289,634.57 | 1,380,463.56 | 64,410.32 | 2,331,053.62 |

W.R. Grace
10th Interim
Project Category Spreadsheet

| Category | Campbell & Levine 10th Quarter | Campbell & Levine Cumulative thru 10th Quarter | Caplin & Drysdale 10th Quarter | Caplin & Drysdale Cumulative thru 10th Quarter |
|---|---|---|---|---|
| 01 - Asset Analysis and Recovery | 0.00 | 18,088.00 | 62.50 | 109.50 |
| 02 - Asset Disposition | 747.00 | 6,540.00 | 0.00 | 1,250.00 |
| 03 - Business Operations | 53.00 | 2,152.00 | 0.00 | 4,914.00 |
| 04 - Case Administration | 1,261.00 | 43,427.50 | 8,669.00 | 333,568.00 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | 1,487.00 | 26,250.00 | 4,045.50 | 343,600.50 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | 2,054.50 | 5,320.50 | 437.50 | 2,106.50 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | 17,188.00 | 108,541.00 | 0.00 | 38,757.50 |
| 08 - Employee Benefits/Pension | 2,602.50 | 16,668.00 | 125.00 | 4,067.00 |
| 09 - Employment Applications, Applicant | 1,832.50 | 5,062.00 | 0.00 | 8,214.00 |
| 10 - Employment Applications, Others | 0.00 | 9,142.00 | 125.00 | 15,055.00 |
| 11 - Fee Applications, Applicant | 2,628.00 | 30,267.00 | 2,913.50 | 57,860.50 |
| 12 - Fee Applications, Others | 3,098.50 | 5,062.00 | 3,014.00 | 8,049.00 |
| 13 - Financing | 5,023.50 | 54,729.00 | 250.00 | 5,779.00 |
| 14 - Hearings | 0.00 | 1,014.50 | 0.00 | 62.50 |
| 15 - Litigation and Litigation Consulting | 2,939.50 | 33,714.50 | 875.00 | 30,973.50 |
| 16 - Plan and Disclosure Statement | 1,234.50 | 26,356.50 | 1,683.00 | 386,202.50 |
| 17 - Relief from Stay Proceedings | 628.00 | 4,058.00 | 125.00 | 125.00 |
| 18 - Tax Issues | 228.00 | 2,572.00 | 750.50 | 19,831.50 |
| 19 - Tax Litigation | 0.00 | 0.00 | 196.00 | 8,733.50 |
| 20 - Travel - Non-working | 0.00 | 1,827.00 | 1,031.25 | 56,843.25 |
| 21 - Valuation | 0.00 | 365.00 | 0.00 | 0.00 |
| 22 - ZAI Science Trial | 1,913.00 | 14,255.00 | 1,688.00 | 1,688.00 |
| 23 - ZAI Science Trial - Expenses | 0.00 | 0.00 | 0.00 | 0.00 |
| 24 - Other | 0.00 | 0.00 | 136.00 | 136.00 |
| 25 - Accounting/Auditing | 0.00 | 0.00 | 0.00 | 0.00 |
| 26 - Business Analysis | 0.00 | 0.00 | 0.00 | 0.00 |
| 27 - Corporate Finance | 0.00 | 0.00 | 0.00 | 0.00 |
| 28 - Data Analysis | 0.00 | 0.00 | 0.00 | 0.00 |
| 30 - Fraudulent Conveyance (Adv. Proceeding) | | | | 170.00 |
| PROJECT CATEGORY - TOTAL FEES | 44,918.50 | 415,411.50 | 26,126.75 | 1,328,096.25 |
| PROJECT CATEGORY - TOTAL EXPENSES | 2,388.68 | 67,792.30 | 1,346.97 | 226,777.24 |
| PROJECT CATEGORY - TOTAL FEES AND EXPENSES[1] | 47,307.18 | 483,203.80 | 27,473.72 | 1,554,873.49 |
| FEE APPLICATION - TOTAL FEES | 44,918.50 | 415,408.50 | 26,126.75 | 1,333,096.25 |
| FEE APPLICATION - TOTAL EXPENSES | 2,388.68 | 63,691.89 | 1,346.97 | 226,777.24 |
| FEE APPLICATION - TOTAL FEES AND EXPENSES[2] | 47,307.18 | 479,100.39 | 27,473.72 | 1,559,873.49 |

W.R. Grace
10th Interim
Project Category Spreadsheet

| Category | Carella Byrne 10th Quarter | Carella Byrne Cumulative thru 10th Quarter | Casner & Edwards 10th Quarter | Casner & Edwards Cumulative thru 10th Quarter | Committee: Asbestos Property Damage 10th Quarter | Committee: Asbestos Property Damage Cumulative thru 10th Quarter |
|---|---|---|---|---|---|---|
| 01 - Asset Analysis and Recovery | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 02 - Asset Disposition | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 03 - Business Operations | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 04 - Case Administration | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 08 - Employee Benefits/Pension | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 09 - Employment Applications, Applicant | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 10 - Employment Applications, Others | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11 - Fee Applications, Applicant | 11,503.50 | 51,718.00 | 2,376.00 | 37,681.00 | 0.00 | 0.00 |
| 12 - Fee Applications, Others | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 13 - Financing | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 14 - Hearings | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 15 - Litigation and Litigation Consulting | 181,684.50 | 1,083,939.50 | 24,146.00 | 1,786,718.50 | 0.00 | 0.00 |
| 16 - Plan and Disclosure Statement | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 17 - Relief from Stay Proceedings | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 18 - Tax Issues | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 19 - Tax Litigation | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 20 - Travel - Non-working | 2,386.00 | 12,915.25 | 0.00 | 0.00 | 0.00 | 0.00 |
| 21 - Valuation | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 22 - ZAI Science Trial | 0.00 | 0.00 | 6,601.50 | 144,162.00 | 0.00 | 0.00 |
| 23 - ZAI Science Trial - Expenses | 0.00 | 0.00 | 114.35 | 8,717.54 | 0.00 | 0.00 |
| 24 - Other | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 25 - Accounting/Auditing | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 26 - Business Analysis | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 27 - Corporate Finance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 28 - Data Analysis | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 30 - Fraudulent Conveyance (Adv. Proceeding) | | | | | | |
| PROJECT CATEGORY - TOTAL FEES | 195,574.00 | 1,148,572.75 | 33,123.50 | 1,968,561.50 | 0.00 | 0.00 |
| PROJECT CATEGORY - TOTAL EXPENSES | 13,638.05 | 57,830.80 | 39,226.37 | 363,171.03 | 0.00 | 112,131.69 |
| PROJECT CATEGORY - TOTAL FEES AND EXPENSES[1] | 209,212.05 | 1,206,403.55 | 72,349.87 | 2,331,732.53 | 0.00 | 112,131.69 |
| FEE APPLICATION - TOTAL FEES | 195,574.00 | 1,124,986.26 | 33,123.50 | 1,968,561.50 | 0.00 | 0.00 |
| FEE APPLICATION - TOTAL EXPENSES | 13,638.05 | 57,465.49 | 39,226.37 | 363,171.04 | 0.00 | 112,131.27 |
| FEE APPLICATION - TOTAL FEES AND EXPENSES[2] | 209,212.05 | 1,182,451.75 | 72,349.87 | 2,331,732.54 | 0.00 | 112,131.27 |

W.R. Grace
10th Interim
Project Category Spreadsheet

| Category | Conway Del Genio [3] 10th Quarter | Conway Del Genio [3] Cumulative thru 10th Quarter | Duane Morris 10th Quarter | Duane Morris Cumulative thru 10th Quarter | Elzufon Austin 10th Quarter | Elzufon Austin Cumulative thru 10th Quarter |
|---|---|---|---|---|---|---|
| 01 - Asset Analysis and Recovery | 0.0 | 0.00 | 0.00 | 83.00 | 0.00 | 0.00 |
| 02 - Asset Disposition | 0.0 | 0.00 | 133.50 | 1,297.00 | 0.00 | 0.00 |
| 03 - Business Operations | 0.0 | 0.00 | 1,602.00 | 5,784.00 | 0.00 | 0.00 |
| 04 - Case Administration | 0.0 | 0.00 | 2,118.00 | 72,183.50 | 0.00 | 0.00 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | 0.0 | 0.00 | 17,493.00 | 76,603.00 | 0.00 | 0.00 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | 0.0 | 0.00 | 369.00 | 4,029.00 | 0.00 | 0.00 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | 7.4 | 353.30 | 44.50 | 18,173.50 | 0.00 | 0.00 |
| 08 - Employee Benefits/Pension | 0.0 | 0.00 | 0.00 | 3,090.00 | 0.00 | 0.00 |
| 09 - Employment Applications, Applicant | 0.0 | 0.00 | 0.00 | 13,398.00 | 0.00 | 0.00 |
| 10 - Employment Applications, Others | 0.0 | 0.00 | 1,510.50 | 13,728.00 | 0.00 | 0.00 |
| 11 - Fee Applications, Applicant | 35.1 | 553.60 | 2,428.50 | 31,077.00 | 0.00 | 0.00 |
| 12 - Fee Applications, Others | 0.0 | 0.00 | 1,844.00 | 36,884.50 | 5,648.50 | 11,388.00 |
| 13 - Financing | 0.0 | 0.00 | 0.00 | 5,524.00 | 0.00 | 0.00 |
| 14 - Hearings | 6.1 | 34.00 | 3,519.50 | 37,765.50 | 0.00 | 0.00 |
| 15 - Litigation and Litigation Consulting | 0.0 | 0.00 | 7,832.00 | 98,760.00 | 0.00 | 0.00 |
| 16 - Plan and Disclosure Statement | 0.0 | 0.00 | 267.00 | 640.80 | 0.00 | 0.00 |
| 17 - Relief from Stay Proceedings | 0.0 | 0.00 | 267.00 | 1,673.00 | 0.00 | 0.00 |
| 18 - Tax Issues | 0.0 | 0.00 | 369.00 | 582.50 | 0.00 | 0.00 |
| 19 - Tax Litigation | 0.0 | 0.00 | 0.00 | 95.00 | 0.00 | 0.00 |
| 20 - Travel - Non-working | 6.0 | 121.10 | 0.00 | 0.00 | 0.00 | 0.00 |
| 21 - Valuation | 0.0 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 22 - Hearings | 0.0 | 0.00 | 204.00 | 293.00 | 5,260.50 | 26,312.50 |
| 23 - ZAI Science Trial - Expenses | 0.0 | 0.00 | 0.00 | 0.00 | 0.00 | 5,116.85 |
| 24 - Other | 0.0 | 88.00 | 39.00 | 2,167.50 | 0.00 | 0.00 |
| 25 - Accounting/Auditing | 0.0 | 0.00 | 0.00 | 578.50 | 0.00 | 0.00 |
| 26 - Business Analysis | 17.8 | 781.50 | 0.00 | 2,439.50 | 0.00 | 0.00 |
| 27 - Corporate Finance | 98.6 | 1,362.20 | 0.00 | 0.00 | 0.00 | 0.00 |
| 28 - Data Analysis | 0.0 | 494.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 30 - Fraudulent Conveyance (Adv. Proceeding) | | | 0.00 | 0.00 | | 0.00 |
| PROJECT CATEGORY - TOTAL FEES | 300,000.00 | 2,298,216.87 | 40,040.50 | 426,849.80 | 10,909.00 | 37,700.50 |
| PROJECT CATEGORY - TOTAL EXPENSES | 1,689.24 | 32,957.71 | 351.60 | 43,224.61 | 2,387.21 | 11,788.87 |
| PROJECT CATEGORY - TOTAL FEES AND EXPENSES [1] | 301,689.24 | 2,331,174.58 | 40,392.10 | 470,074.41 | 13,296.21 | 49,449.37 |
| FEE APPLICATION - TOTAL FEES | 300,000.00 | 2,298,216.87 | 40,040.50 | 427,760.40 | 10,919.00 | 37,710.50 |
| FEE APPLICATION - TOTAL EXPENSES | 1,689.24 | 32,957.71 | 351.60 | 43,224.61 | 2,387.21 | 11,788.87 |
| FEE APPLICATION - TOTAL FEES AND EXPENSES [2] | 301,689.24 | 2,331,174.58 | 40,392.10 | 470,985.01 | 13,306.21 | 49,499.37 |

W.R. Grace
10th Interim
Project Category Spreadsheet

| Category | Ferry & Joseph 10th Quarter | Ferry & Joseph Cumulative thru 10th Quarter | FTI Policano & Manzo 10th Quarter | FTI Policano & Manzo Cumulative thru 10th Quarter | Hamilton Rabinovitz 10th Quarter | Hamilton Rabinovitz Cumulative thru 10th Quarter |
|---|---|---|---|---|---|---|
| 01 - Asset Analysis and Recovery | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 02 - Asset Disposition | 20.00 | 20.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 03 - Business Operations | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 04 - Case Administration | 3,868.00 | 53,913.75 | 1,740.00 | 17,342.50 | 0.00 | 59,972.50 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | 1,060.00 | 1,060.00 | 5,467.50 | 114,128.50 | 0.00 | 101,937.50 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | 790.00 | 22,185.00 | 10,545.00 | 110,045.00 | 0.00 | 0.00 |
| 08 - Employee Benefits/Pension | 0.00 | 0.00 | 10,919.50 | 160,471.00 | 0.00 | 0.00 |
| 09 - Employment Applications, Applicant | 0.00 | 444.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 10 - Employment Applications, Others | 0.00 | 4,691.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11 - Fee Applications, Applicant | 2,201.00 | 25,442.00 | 11,886.00 | 185,951.00 | 0.00 | 1,785.00 |
| 12 - Fee Applications, Others | 2,147.00 | 19,252.00 | 0.00 | 0.00 | 0.00 | 2,390.00 |
| 13 - Financing | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 14 - Hearings | 1,080.00 | 11,334.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| 15 - Litigation and Litigation Consulting | 1,060.00 | 41,177.75 | 0.00 | 0.00 | 0.00 | 0.00 |
| 16 - Plan and Disclosure Statement | 40.00 | 40.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 17 - Relief from Stay Proceedings | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 18 - Tax Issues | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 19 - Tax Litigation | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 20 - Travel - Non-working | 0.00 | 2,752.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| 21 - Valuation | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 22 - ZAI Science Trial | 3,020.00 | 3,648.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 23 - ZAI Science Trial - Expenses | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 24 - Other | 200.00 | 200.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 25 - Accounting/Auditing | 0.00 | 0.00 | 0.00 | 750,279.00 | 0.00 | 0.00 |
| 26 - Business Analysis | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 27 - Corporate Finance | 0.00 | 0.00 | 40,566.50 | 104,975.50 | 0.00 | 0.00 |
| 28 - Data Analysis | 0.00 | 0.00 | 167,844.50 | 537,339.50 | 0.00 | 0.00 |
| 30 - Fraudulent Conveyance (Adv. Proceeding) | | | | 0.00 | | 0.00 |
| PROJECT CATEGORY - TOTAL FEES | 15,486.00 | 186,161.00 | 248,969.00 | 1,980,532.00 | 0.00 | 166,085.00 |
| PROJECT CATEGORY - TOTAL EXPENSES | 2,747.01 | 57,939.82 | 3,557.83 | 46,052.72 | 0.00 | 10,570.28 |
| PROJECT CATEGORY - TOTAL FEES AND EXPENSES[1] | 18,233.01 | 244,100.82 | 252,526.83 | 2,026,584.72 | 0.00 | 176,655.28 |
| FEE APPLICATION - TOTAL FEES | 15,486.00 | 186,161.00 | 248,969.00 | 1,980,532.00 | 0.00 | 166,385.00 |
| FEE APPLICATION - TOTAL EXPENSES | 2,747.01 | 57,939.82 | 3,557.83 | 47,801.02 | 0.00 | 10,570.28 |
| FEE APPLICATION - TOTAL FEES AND EXPENSES[2] | 18,233.01 | 244,100.82 | 252,526.83 | 2,028,333.02 | 0.00 | 176,955.28 |

W.R. Grace
10th Interim
Project Category Spreadsheet

| Category | Holme Roberts 10th Quarter | Holme Roberts Cumulative thru 10th Quarter | Kirkland & Ellis 10th Quarter | Kirkland & Ellis Cumulative thru 10th Quarter | Klett Rooney 10th Quarter | Klett Rooney Cumulative thru 10th Quarter |
|---|---|---|---|---|---|---|
| 01 - Asset Analysis and Recovery | 0.00 | 0.00 | 0.00 | 215,009.50 | 0.00 | 276.50 |
| 02 - Asset Disposition | 0.00 | 0.00 | 0.00 | 190,770.00 | 903.50 | 5,114.00 |
| 03 - Business Operations | 0.00 | 0.00 | 26,250.50 | 77,555.50 | 1,364.50 | 6,818.50 |
| 04 - Case Administration | 0.00 | 0.00 | 113,321.00 | 1,299,995.00 | 0.00 | 36,776.50 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | 0.00 | 0.00 | 6,755.00 | 920,346.50 | 256.00 | 3,500.50 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | 0.00 | 0.00 | 92,078.00 | 247,601.50 | 5,777.50 | 6,894.00 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | 0.00 | 0.00 | 0.00 | 157,756.50 | 0.00 | 5,629.00 |
| 08 - Employee Benefits/Pension | 0.00 | 0.00 | 15,131.00 | 274,496.50 | 1,128.50 | 3,568.50 |
| 09 - Employment Applications, Applicant | 0.00 | 0.00 | 0.00 | 117.00 | 0.00 | 3,356.50 |
| 10 - Employment Applications, Others | 0.00 | 0.00 | 21,023.00 | 296,828.50 | 977.50 | 4,330.50 |
| 11 - Fee Applications, Applicant | 1,911.15 | 83,489.15 | 14,705.50 | 314,120.00 | 4,789.00 | 29,669.00 |
| 12 - Fee Applications, Others | 0.00 | 0.00 | 0.00 | 44,296.00 | 8,319.00 | 22,438.00 |
| 13 - Financing | 0.00 | 0.00 | 0.00 | 161,939.00 | 0.00 | 0.00 |
| 14 - Hearings | 0.00 | 0.00 | 18,538.00 | 483,216.00 | 1,332.00 | 12,015.50 |
| 15 - Litigation and Litigation Consulting | 109,780.85 | 7,831,993.10 | 130,322.00 | 3,651,033.00 | 309.00 | 23,011.00 |
| 16 - Plan and Disclosure Statement | 0.00 | 0.00 | 23,121.00 | 43,341.00 | 2,150.50 | 3,827.50 |
| 17 - Relief from Stay Proceedings | 0.00 | 0.00 | 41,614.00 | 247,090.50 | 1,472.00 | 2,723.00 |
| 18 - Tax Issues | 0.00 | 0.00 | 9,405.50 | 135,800.50 | 0.00 | 0.00 |
| 19 - Tax Litigation | 0.00 | 0.00 | 0.00 | 434,906.00 | 0.00 | 0.00 |
| 20 - Travel - Non-working | 0.00 | 141,793.50 | 9,084.00 | 207,038.00 | 630.00 | 630.00 |
| 21 - Valuation | 0.00 | 0.00 | 0.00 | 2,310.00 | 0.00 | 0.00 |
| 22 - ZAI Science Trial | 0.00 | 0.00 | 12,257.50 | 79,124.50 | 8,727.00 | 10,041.00 |
| 23 - ZAI Science Trial - Expenses | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 24 - Other | 0.00 | 0.00 | 0.00 | 151,243.50 | 0.00 | 1,035.50 |
| 25 - Accounting/Auditing | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 26 - Business Analysis | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 27 - Corporate Finance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 28 - Data Analysis | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 30 - Fraudulent Conveyance (Adv. Proceeding) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PROJECT CATEGORY - TOTAL FEES | 111,692.00 | 8,057,275.75 | 533,606.00 | 9,635,934.50 | 38,136.00 | 163,713.00 |
| PROJECT CATEGORY - TOTAL EXPENSES | 5,179.63 | 773,969.09 | 20,062.56 | 693,472.03 | 2,084.52 | 18,164.55 |
| PROJECT CATEGORY - TOTAL FEES AND EXPENSES[1] | 116,871.63 | 8,831,244.84 | 553,668.56 | 10,329,406.53 | 40,220.52 | 181,877.55 |
| FEE APPLICATION - TOTAL FEES | 111,692.00 | 8,059,458.25 | 533,606.00 | 9,635,934.50 | 44,732.50 | 189,571.00 |
| FEE APPLICATION - TOTAL EXPENSES | 5,179.63 | 777,014.71 | 20,062.56 | 693,471.93 | 3,696.65 | 19,776.68 |
| FEE APPLICATION - TOTAL FEES AND EXPENSES[2] | 116,871.63 | 8,836,472.96 | 553,668.56 | 10,329,406.43 | 48,429.15 | 209,347.68 |

W.R. Grace
10th Interim
Project Category Spreadsheet

| Category | Kramer Levin 10th Quarter | Kramer Levin Cumulative thru 10th Quarter | Legal Analysis Systems 10th Quarter | Legal Analysis Systems Cumulative thru 10th Quarter | Lukins & Annis 10th Quarter | Lukins & Annis Cumulative thru 10th Quarter |
|---|---|---|---|---|---|---|
| 01 - Asset Analysis and Recovery | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 02 - Asset Disposition | 0.00 | 1,975.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 03 - Business Operations | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 04 - Case Administration | 10,915.00 | 180,779.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | 2,163.00 | 158,276.50 | 333.00 | 78,172.50 | 0.00 | 0.00 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | 0.00 | 7,756.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | 9,509.50 | 62,970.00 | 466.00 | 21,063.00 | 0.00 | 0.00 |
| 08 - Employee Benefits/Pension | 0.00 | 1,310.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 09 - Employment Applications, Applicant | 0.00 | 5,432.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| 10 - Employment Applications, Others | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11 - Fee Applications, Applicant | 1,950.50 | 52,392.50 | 0.00 | 4,061.00 | 0.00 | 0.00 |
| 12 - Fee Applications, Others | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 13 - Financing | 74.00 | 179.00 | 0.00 | 350.00 | 0.00 | 0.00 |
| 14 - Hearings | 2,305.00 | 44,357.50 | 0.00 | 131,010.00 | 0.00 | 0.00 |
| 15 - Litigation and Litigation Consulting | 0.00 | 75,633.50 | 0.00 | 286,384.00 | 0.00 | 0.00 |
| 16 - Plan and Disclosure Statement | 0.00 | 1,295.00 | 0.00 | 57,755.00 | 0.00 | 0.00 |
| 17 - Relief from Stay Proceedings | 0.00 | 370.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 18 - Tax Issues | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 19 - Tax Litigation | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 20 - Travel - Non-working | 1,160.00 | 6,000.00 | 0.00 | 19,540.00 | 4,331.00 | 8,996.00 |
| 21 - Valuation | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 22 - ZAI Science Trial | 1,432.50 | 2,069.50 | 0.00 | 0.00 | 118,344.00 | 451,499.00 |
| 23 - ZAI Science Trial - Expenses | 0.00 | 0.00 | 0.00 | 0.00 | 11,917.57 | 30,883.91 |
| 24 - Other | 4,582.50 | 8,150.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 25 - Accounting/Auditing | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 26 - Business Analysis | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 27 - Corporate Finance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 28 - Data Analysis | 0.00 | 0.00 | 20,959.50 | 212,445.50 | 0.00 | 0.00 |
| 30 - Fraudulent Conveyance (Adv. Proceeding) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PROJECT CATEGORY - TOTAL FEES | 34,092.00 | 580,722.50 | 21,758.50 | 810,781.00 | 122,675.00 | 460,495.00 |
| PROJECT CATEGORY - TOTAL EXPENSES | 497.86 | 48,122.23 | 0.00 | 28,429.40 | 11,917.57 | 38,124.15 |
| PROJECT CATEGORY - TOTAL FEES AND EXPENSES[1] | 34,589.86 | 628,844.73 | 21,758.50 | 839,210.40 | 134,592.57 | 498,619.15 |
| FEE APPLICATION - TOTAL FEES | 34,092.00 | 614,814.50 | 21,758.50 | 843,966.50 | 122,675.00 | 460,495.00 |
| FEE APPLICATION - TOTAL EXPENSES | 497.86 | 48,122.23 | 0.00 | 29,058.66 | 11,917.57 | 38,124.85 |
| FEE APPLICATION - TOTAL FEES AND EXPENSES[2] | 34,589.86 | 662,936.73 | 21,758.50 | 873,025.16 | 134,592.57 | 498,619.85 |

W.R. Grace
10th Interim
Project Category Spreadsheet

| Category | Nelson Mullins[4] 10th Quarter | Nelson Mullins[4] Cumulative thru 10th Quarter | Pachulski Stang 10th Quarter | Pachulski Stang Cumulative thru 10th Quarter | Pitney Hardin 10th Quarter | Pitney Hardin Cumulative thru 10th Quarter |
|---|---|---|---|---|---|---|
| 01 - Asset Analysis and Recovery | 0.00 | 0.00 | 0.00 | 4,518.00 | 0.00 | 3,888.50 |
| 02 - Asset Disposition | 0.00 | 0.00 | 736.00 | 12,348.00 | 0.00 | 13,881.00 |
| 03 - Business Operations | 0.00 | 0.00 | 0.00 | 18,748.00 | 0.00 | 88,658.50 |
| 04 - Case Administration | 0.00 | 0.00 | 12,251.50 | 142,759.00 | 10,336.00 | 202,134.60 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | 0.00 | 0.00 | 106.50 | 6,265.50 | 0.00 | 6,449.00 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | 0.00 | 0.00 | 6,768.50 | 13,532.50 | 0.00 | 0.00 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | 0.00 | 0.00 | 94.00 | 27,443.50 | 0.00 | 0.00 |
| 08 - Employee Benefits/Pension | 0.00 | 0.00 | 905.50 | 9,597.00 | 0.00 | 1,830.00 |
| 09 - Employment Applications, Applicant | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 10 - Employment Applications, Others | 0.00 | 0.00 | 1,287.00 | 34,778.00 | 0.00 | 0.00 |
| 11 - Fee Applications, Applicant | 18,583.00 | 85,222.50 | 8,341.00 | 90,546.00 | 4,012.00 | 60,952.50 |
| 12 - Fee Applications, Others | 0.00 | 0.00 | 8,207.00 | 112,810.75 | 0.00 | 1,179.00 |
| 13 - Financing | 0.00 | 0.00 | 0.00 | 6,908.50 | 0.00 | 201.00 |
| 14 - Hearings | 0.00 | 0.00 | 8,603.00 | 168,689.00 | 0.00 | 72,325.50 |
| 15 - Litigation and Litigation Consulting | 0.00 | 0.00 | 8,177.50 | 99,562.50 | 9,914.00 | 899,991.60 |
| 16 - Plan and Disclosure Statement | 0.00 | 0.00 | 754.50 | 4,299.00 | 0.00 | 41,393.00 |
| 17 - Relief from Stay Proceedings | 0.00 | 0.00 | 1,222.00 | 22,400.50 | 0.00 | 185.50 |
| 18 - Tax Issues | 0.00 | 0.00 | 0.00 | 209.50 | 0.00 | 4,247.00 |
| 19 - Tax Litigation | 0.00 | 0.00 | 0.00 | 1,819.00 | 0.00 | 0.00 |
| 20 - Travel - Non-working | 0.00 | 241.40 | 0.00 | 3,667.75 | 0.00 | 0.00 |
| 21 - Valuation | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 22 - ZAI Science Trial | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 23 - ZAI Science Trial - Expenses | 0.00 | 0.00 | 5,524.50 | 21,609.50 | 0.00 | 0.00 |
| 24 - Other | 83,667.00 | 501,622.00 | 0.00 | 420.00 | 0.00 | 0.00 |
| 25 - Accounting/Auditing | 0.00 | 0.00 | 377.50 | 21,286.00 | 182.00 | 5,672.00 |
| 26 - Business Analysis | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 27 - Corporate Finance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 28 - Data Analysis | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 30 - Fraudulent Conveyance (Adv. Proceeding) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PROJECT CATEGORY - TOTAL FEES | 102,250.00 | 587,085.90 | 63,356.00 | 823,896.00 | 24,444.00 | 1,402,988.70 |
| PROJECT CATEGORY - TOTAL EXPENSES | 1,313.47 | 7,698.08 | 81,484.14 | 697,643.60 | 7,370.04 | 199,958.32 |
| PROJECT CATEGORY - TOTAL FEES AND EXPENSES[1] | 103,563.47 | 594,783.98 | 144,840.14 | 1,521,539.60 | 31,814.04 | 1,602,947.02 |
| FEE APPLICATION - TOTAL FEES | 102,250.00 | 586,844.50 | 63,356.00 | 826,172.50 | 24,444.00 | 1,409,528.70 |
| FEE APPLICATION - TOTAL EXPENSES | 1,313.47 | 7,939.48 | 81,484.14 | 696,803.60 | 7,370.04 | 199,958.32 |
| FEE APPLICATION - TOTAL FEES AND EXPENSES[2] | 103,563.47 | 594,783.98 | 144,840.14 | 1,522,976.10 | 31,814.04 | 1,609,487.02 |

W.R. Grace
10th Interim
Project Category Spreadsheet

| Category | PricewaterhouseCoopers LLP[5] 10th Quarter | PricewaterhouseCoopers LLP[5] Cumulative thru 109th Quarter | Protiviti 10th Quarter | Protiviti Cumulative thru 109th Quarter | Reed Smith 10th Quarter | Reed Smith Cumulative thru 10th Quarter | Richardson Patrick 10th Quarter | Richardson Patrick Cumulative thru 10th Quarter |
|---|---|---|---|---|---|---|---|---|
| 01 - Asset Analysis and Recovery | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 02 - Asset Disposition | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 03 - Business Operations | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 04 - Case Administration | 0.00 | 0.00 | 0.00 | 0.00 | 430.00 | 46,419.50 | 0.00 | 0.00 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 46,419.50 | 0.00 | 0.00 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 08 - Employee Benefits/Pension | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 09 - Employment Applications, Applicant | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,890.00 | 0.00 | 0.00 |
| 10 - Employment Applications, Others | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11 - Fee Applications, Applicant | 5,456.59 | 10,542.81 | 0.00 | 0.00 | 10,107.50 | 78,108.00 | 2,925.00 | 7,232.50 |
| 12 - Fee Applications, Others | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 13 - Financing | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 14 - Hearings | 0.00 | 0.00 | 0.00 | 0.00 | 1,619.00 | 41,105.00 | 0.00 | 0.00 |
| 15 - Litigation and Litigation Consulting | 0.00 | 0.00 | 0.00 | 0.00 | 7,094.00 | 1,981,981.50 | 0.00 | 0.00 |
| 16 - Plan and Disclosure Statement | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 17 - Relief from Stay Proceedings | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 18 - Tax Issues | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 19 - Tax Litigation | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 20 - Travel - Non-working | 0.00 | 0.00 | 0.00 | 0.00 | 38,999.75 | 5,377.75 | 15,299.75 |  |
| 21 - Valuation | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 22 - ZAI Science Trial | 0.00 | 0.00 | 0.00 | 0.00 | 371,365.50 | 1,827,504.50 | 309,174.00 | 1,935,662.50 |
| 23 - ZAI Science Trial - Expenses | 0.00 | 0.00 | 0.00 | 0.00 | 22,281.34 | 192,071.67 | 0.00 | 284,614.90 |
| 24 - Other | 0.00 | 0.00 | 167,495.00 | 167,495.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 25 - Accounting/Auditing | 112,016.95 | 1,495,857.39 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 26 - Business Analysis | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 27 - Corporate Finance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 28 - Data Analysis | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 30 - Fraudulent Conveyance (Adv. Proceeding) | | | | | | | | |
| PROJECT CATEGORY - TOTAL FEES | 117,473.54 | 1,506,400.20 | 167,495.00 | 167,495.00 | 390,186.00 | 4,019,438.25 | 317,476.75 | 1,958,194.75 |
| PROJECT CATEGORY - TOTAL EXPENSES | 2,224.09 | 36,828.52 | 0.00 | 0.00 | 24,495.64 | 568,872.80 | 72,160.55 | 626,700.50 |
| PROJECT CATEGORY - TOTAL FEES AND EXPENSES[1] | 119,697.63 | 1,543,228.72 | 167,495.00 | 167,495.00 | 414,681.64 | 4,588,311.05 | 389,637.30 | 2,584,895.25 |
| FEE APPLICATION - TOTAL FEES | 112,016.95 | 1,500,943.61 | 167,495.00 | 167,495.00 | 390,186.00 | 4,015,491.25 | 317,476.75 | 1,958,194.75 |
| FEE APPLICATION - TOTAL EXPENSES | 2,224.09 | 46,265.62 | 7,174.13 | 7,174.13 | 24,495.64 | 624,265.06 | 72,160.55 | 626,700.50 |
| FEE APPLICATION - TOTAL FEES AND EXPENSES[2] | 114,241.04 | 1,547,209.23 | 174,669.13 | 174,669.13 | 414,681.64 | 4,639,756.31 | 389,637.30 | 2,584,895.25 |

W.R. Grace
10th Interim
Project Category Spreadsheet

| Category | Warren Smith & Assoc., P.C. 10th Quarter | Warren Smith & Assoc., P.C. Cumulative thru 10th Quarter | Steptoe & Johnson 10th Quarter | Steptoe & Johnson Cumulative thru 10th Quarter | Stroock & Stroock 10th Quarter | Stroock & Stroock Cumulative thru 10th Quarter |
|---|---|---|---|---|---|---|
| 01 - Asset Analysis and Recovery | 0.00 | 0.00 | 0.00 | 0.00 | 2,686.00 | 44,300.02 |
| 02 - Asset Disposition | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 20,554.50 |
| 03 - Business Operations | 0.00 | 0.00 | 0.00 | 0.00 | 15,442.50 | 80,862.50 |
| 04 - Case Administration | 0.00 | 0.00 | 0.00 | 0.00 | 13,701.00 | 281,271.50 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | 0.00 | 0.00 | 0.00 | 0.00 | 48,574.00 | 371,906.50 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | 0.00 | 0.00 | 0.00 | 0.00 | 4,153.00 | 27,610.50 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | 0.00 | 0.00 | 0.00 | 0.00 | 58,802.00 | 414,198.50 |
| 08 - Employee Benefits/Pension | 0.00 | 0.00 | 0.00 | 0.00 | 16,043.00 | 160,174.50 |
| 09 - Employment Applications, Applicant | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 10 - Employment Applications, Others | 0.00 | 0.00 | 0.00 | 0.00 | 10,166.00 | 80,114.50 |
| 11 - Fee Applications, Applicant | 1,040.00 | 3,125.50 | 6,289.50 | 52,084.50 | 26,311.50 | 187,531.00 |
| 12 - Fee Applications, Others | 0.00 | 0.00 | 0.00 | 0.00 | 2,250.00 | 24,886.50 |
| 13 - Financing | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8,157.50 |
| 14 - Hearings | 0.00 | 0.00 | 0.00 | 0.00 | 4,921.50 | 143,282.50 |
| 15 - Litigation and Litigation Consulting | 0.00 | 0.00 | 0.00 | 0.00 | 49.50 | 401,764.50 |
| 16 - Plan and Disclosure Statement | 0.00 | 0.00 | 0.00 | 0.00 | 5,443.00 | 5,443.00 |
| 17 - Relief from Stay Proceedings | 0.00 | 0.00 | 0.00 | 0.00 | 1,336.50 | 11,282.00 |
| 18 - Tax Issues | 0.00 | 0.00 | 0.00 | 0.00 | 8,342.50 | 228,308.50 |
| 19 - Tax Litigation | 0.00 | 0.00 | 13,680.50 | 615,933.50 | 0.00 | 0.00 |
| 20 - Travel - Non-working | 0.00 | 0.00 | 0.00 | 19,425.00 | 0.00 | 23,715.00 |
| 21 - Valuation | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 22 - ZAI Science Trial | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 23 - ZAI Science Trial - Expenses | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 24 - Other | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 12,237.50 |
| 25 - Accounting/Auditing | 50,066.50 | 581,534.02 | 0.00 | 0.00 | 0.00 | 0.00 |
| 26 - Business Analysis | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 27 - Corporate Finance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 28 - Data Analysis | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 30 - Fraudulent Conveyance (Adv. Proceeding) | | | | | | |
| PROJECT CATEGORY - TOTAL FEES | 51,106.50 | 584,659.52 | 19,970.00 | 687,443.00 | 218,222.00 | 2,527,601.02 |
| PROJECT CATEGORY - TOTAL EXPENSES | 1,097.54 | 8,944.06 | 247.19 | 37,158.05 | 41,204.65 | 57,240.62 |
| PROJECT CATEGORY - TOTAL FEES AND EXPENSES[1] | 52,204.04 | 593,603.58 | 20,217.19 | 724,601.05 | 259,426.65 | 2,584,841.64 |
| FEE APPLICATION - TOTAL FEES | 51,106.50 | 584,659.52 | 19,970.00 | 690,116.00 | 218,222.00 | 2,527,132.27 |
| FEE APPLICATION - TOTAL EXPENSES | 1,097.54 | 8,944.06 | 247.19 | 37,158.05 | 41,204.65 | 390,746.09 |
| FEE APPLICATION - TOTAL FEES AND EXPENSES[2] | 52,204.04 | 593,603.58 | 20,217.19 | 727,274.05 | 259,426.65 | 2,917,878.36 |

W.R. Grace
10th Interim
Project Category Spreadsheet

| Category | L. Tersigni 10th Quarter | L. Tersigni Cumulative thru 10th Quarter | Wachtell Lipton 10th Quarter | Wachtell Lipton Cumulative thru 10th Quarter | Wallace King[6] 10th Quarter | Wallace King[6] Cumulative thru 10th Quarter |
|---|---|---|---|---|---|---|
| 01 - Asset Analysis and Recovery | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 02 - Asset Disposition | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 03 - Business Operations | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 04 - Case Administration | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | 16,712.50 | 95,931.75 | 0.00 | 0.00 | 0.00 | 0.00 |
| 08 - Employee Benefits/Pension | 12,992.50 | 47,320.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| 09 - Employment Applications, Applicant | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 10 - Employment Applications, Others | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11 - Fee Applications, Applicant | 6,477.50 | 27,367.25 | 0.00 | 3,006.25 | 2,728.00 | 26,154.50 |
| 12 - Fee Applications, Others | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 13 - Financing | 0.00 | 0.00 | 0.00 | 1,120.00 | 0.00 | 0.00 |
| 14 - Hearings | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 15 - Litigation and Litigation Consulting | 0.00 | 374,409.25 | 0.00 | 129,940.50 | 306,004.00 | 3,992,399.20 |
| 16 - Plan and Disclosure Statement | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 17 - Relief from Stay Proceedings | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 18 - Tax Issues | 0.00 | 0.00 | 0.00 | 54,579.50 | 0.00 | 0.00 |
| 19 - Tax Litigation | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 20 - Travel - Non-working | 2,340.00 | 19,330.00 | 0.00 | 0.00 | 3,806.00 | 35,461.00 |
| 21 - Valuation | 184,995.00 | 248,647.75 | 0.00 | 0.00 | 0.00 | 0.00 |
| 22 - ZAI Science Trial | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 23 - ZAI Science Trial - Expenses | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 24 - Other | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 25 - Accounting/Auditing | 0.00 | 3,316.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 26 - Business Analysis | 45,757.00 | 197,146.25 | 0.00 | 0.00 | 0.00 | 0.00 |
| 27 - Corporate Finance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 28 - Data Analysis | 6,662.50 | 89,093.25 | 0.00 | 0.00 | 0.00 | 0.00 |
| 30 - Fraudulent Conveyance (Adv. Proceeding) | | | | | | |
| PROJECT CATEGORY - TOTAL FEES | 275,937.00 | 1,102,562.00 | 0.00 | 188,646.25 | 312,538.00 | 4,054,014.70 |
| PROJECT CATEGORY - TOTAL EXPENSES | 1,213.41 | 14,677.33 | 0.00 | 1,515.75 | 36,586.88 | 849,525.60 |
| PROJECT CATEGORY - TOTAL FEES AND EXPENSES[1] | 277,150.41 | 1,117,239.33 | 0.00 | 190,162.00 | 349,124.88 | 4,903,540.30 |
| FEE APPLICATION - TOTAL FEES | 275,937.00 | 1,105,577.00 | 0.00 | 188,646.25 | 312,538.00 | 4,055,984.70 |
| FEE APPLICATION - TOTAL EXPENSES | 1,213.41 | 14,704.33 | 0.00 | 26,683.05 | 36,586.88 | 849,686.23 |
| FEE APPLICATION - TOTAL FEES AND EXPENSES[2] | 277,150.41 | 1,120,281.33 | 0.00 | 215,329.30 | 349,124.88 | 4,905,670.93 |

W.R. Grace
10th Interim
Project Category Spreadsheet

| Category | Woodcock Washburn 10th Quarter | Cumulative thru 10th Quarter | TOTAL 10th Quarter | TOTAL Cumulative thru 10th Quarter (10),(11),(12),(13),(14) |
|---|---|---|---|---|
| 01 - Asset Analysis and Recovery | 0.00 | 0.00 | $ 2,748.50 | $ 286,273.02 |
| 02 - Asset Disposition | 0.00 | 0.00 | $ 2,540.00 | $ 258,277.00 |
| 03 - Business Operations | 0.00 | 0.00 | $ 44,712.50 | $ 307,008.50 |
| 04 - Case Administration | 0.00 | 0.00 | $ 283,414.00 | $ 3,598,145.75 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | 0.00 | 0.00 | $ 138,415.50 | $ 2,428,370.50 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | 0.00 | 0.00 | $ 208,642.00 | $ 702,655.00 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | 0.00 | 0.00 | $ 115,836.50 | $ 1,203,895.75 |
| 08 - Employee Benefits/Pension | 0.00 | 0.00 | $ 59,847.50 | $ 705,645.50 |
| 09 - Employment Applications, Applicant | 0.00 | 0.00 | $ 4,189.50 | $ 46,737.00 |
| 10 - Employment Applications, Others | 0.00 | 0.00 | $ 35,089.00 | $ 499,317.50 |
| 11 - Fee Applications, Applicant | 1,131.00 | 4,132.50 | $ 173,594.24 | $ 1,682,723.16 |
| 12 - Fee Applications, Others | 0.00 | 0.00 | $ 35,418.00 | $ 378,031.55 |
| 13 - Financing | 0.00 | 0.00 | $ 74.00 | $ 193,738.50 |
| 14 - Hearings | 0.00 | 0.00 | $ 47,028.50 | $ 1,256,844.50 |
| 15 - Litigation and Litigation Consulting | 34,210.50 | 143,190.75 | $ 823,771.35 | $ 24,085,184.15 |
| 16 - Plan and Disclosure Statement | 0.00 | 0.00 | $ 39,974.50 | $ 174,681.30 |
| 17 - Relief from Stay Proceedings | 0.00 | 0.00 | $ 47,096.50 | $ 294,268.50 |
| 18 - Tax Issues | 0.00 | 0.00 | $ 19,095.50 | $ 446,131.00 |
| 19 - Tax Litigation | 0.00 | 0.00 | $ 13,876.50 | $ 1,061,487.00 |
| 20 - Travel - Non-working | 2,472.00 | 4,129.50 | $ 36,496.00 | $ 719,466.90 |
| 21 - Valuation | 0.00 | 0.00 | $ 184,995.00 | $ 251,322.75 |
| 22 - ZAI Science Trial | 0.00 | 0.00 | $ 853,801.00 | $ 4,551,291.00 |
| 23 - ZAI Science Trial - Expenses | 0.00 | 0.00 | $ 34,313.26 | $ 522,194.32 |
| 24 - Other | 0.00 | 0.00 | $ 102,820.00 | $ 717,486.00 |
| 25 - Accounting/Auditing | 0.00 | 0.00 | $ 162,083.45 | $ 2,081,285.91 |
| 26 - Business Analysis | 0.00 | 0.00 | $ 45,757.00 | $ 949,864.75 |
| 27 - Corporate Finance | 0.00 | 0.00 | $ 40,566.50 | $ 104,975.50 |
| 28 - Data Analysis | 0.00 | 0.00 | $ 205,687.50 | $ 1,035,328.25 |
| 30 - Fraudulent Conveyance (Adv. Proceeding) | | | | |
| PROJECT CATEGORY - TOTAL FEES | 37,813.50 | 151,452.75 | $ 4,027,570.54 | $ 52,272,656.61 |
| PROJECT CATEGORY - TOTAL EXPENSES | 6,325.05 | 11,610.63 | $ 417,152.14 | $ 6,447,244.91 |
| PROJECT CATEGORY - TOTAL FEES AND EXPENSES[1] | 44,138.55 | 163,063.38 | $ 4,444,722.68 | $ 58,719,901.52 |
| FEE APPLICATION - TOTAL FEES | 37,813.50 | 151,452.75 | $ 4,028,720.45 | $ 57,015,463.80 |
| FEE APPLICATION - TOTAL EXPENSES | 6,325.05 | 11,610.63 | $ 418,764.27 | $ 6,972,174.92 |
| FEE APPLICATION - TOTAL FEES AND EXPENSES[2] | 44,138.55 | 163,063.38 | $ 4,447,484.72 | $ 63,987,638.72 |

W.R. Grace
10th Interim
Project Category Spreadsheet

[1] Amounts represent the total fees and expenses by Project Category reported to us. Due to some Project Category discrepancies Project Category totals do not always match fee application totals.

[2] Amounts represent the total fees and expenses requested as set forth in the fee application.

[3] Category amounts are measured in hours; totals are dollar values for the flat fees requested for the quarter.

[4] Category amounts in "OTHER" for Nelson Mullins represent fees for environmental projects.

[5] Amounts for PricewaterhouseCoopers reflect a 55% reduction in standard fees billed with regard to general audit work performed. PricewaterhouseCoopers bills 65% of its standard fees for those activities related to the federally required portion of the audit under the Sarbanes Oxley Act.

[6] Amounts for Wallace King reflect a 40% reduction for time spent with regard to the Honeywell litigation.