**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**
-----------------------------------X
In re

**W.R. GRACE & CO.,**                          Case No. 01-1139 (JKF)

                                                                                             Chapter 11

            Debtors.
-----------------------------------X

**NOTICE RE TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001(e)(1)**

To:

Portia Partners, LLC
One Sound Shore Drive Suite 100
Greenwich, CT 06830

A transfer of your claim from:

MCKENZIE EQUIPMENT, INC.
PO BOX 34427
HOUSTON, TX  77234


is acknowledged. ***By filing pursuant to Rule 3001 (e)(1), you affirm that you have searched the official claims register and that the transferor has not previously filed a proof of claim.*** Refer to INTERNAL CONTROL NUMBER _____ in any further correspondence relative to this transfer.

                                                      David Bird, Clerk
-----------------------------------------------------------------
FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2004.

Copy(check): Debtor's Attorney _____ Claims Agent_____

                                                      _____
                                                      Deputy Clerk

File No: 1015351

**63**   Claim No: 1015351

Claim Amount: $964 34

## SALE AND ASSIGNMENT OF CLAIM

MCKENZIE EQUIPMENT, INC having offices at, PO BOX 34427, HOUSTON, TX 77234 (the "Assignor,") in consideration of the sum of (the "Purchase Price") does hereby transfer to Portia Partners, LLC, (the "Assignee,") all of the Assignor's right, title, and interest in and to the claim or claims of the Assignor, (the "Claim,") against W R Grace & Co, (the "Debtor,") in the United States Bankruptcy Court for the District of Delaware (the "Court"), Case No 01-1139 (PJW) (the "Case") in the currently outstanding amount as set forth above and all rights and benefits of the Assignor relating to the Claim The Claim is based on amounts owed to the Assignor by the Debtor and this assignment shall be deemed an absolute, unconditional, and irrevocable assignment of the Claim for purpose of collection and shall not be deemed to create any security interest

**Assignor represents and warrants that:**

☐ A Proof of Claim has been filed          ☐ A Proof of Claim has not been filed

The Assignor represents and warrants that the amount of the Claim is not less than the amount as set forth above and that the amount is a valid claim and that no objection to the Claim exists The Assignor further represents and warrants that no payment has been received by the Assignor, or by any third party claiming through the Assignor, in full or partial satisfaction of the Claim, that the Assignor has not previously assigned, sold or pledged the Claim to any third party, in whole or in part, that the Assignor owns and has title to the Claim free and clear of any and all liens, security interests or encumbrances of any kind or nature whatsoever and that there are no offsets or defenses or preferential payment demands that have been or may be asserted by or on behalf of the Debtor or any other party to reduce the amount of the Claim or to impair its value

The Assignor is aware that the Purchase Price may differ from the amount ultimately distributed in the Case with respect to the Claim and that such amount may not be absolutely determined until entry of a final order confirming a plan of reorganization The Assignor acknowledges that neither the Assignee nor any agent or representative of the Assignee has made any representation whatsoever regarding the status of the Case, the condition of the Debtor (financial or otherwise) or any other matter relating to the Case, the Debtor or the Claim The Assignor represents that it has adequate information regarding this Sale and Assignment of the Claim, and that it has independently and without any reliance on the Assignee made its own determination to voluntarily enter into this Sale and Assignment of Claim

### CONSENT AND WAIVER

The Assignor hereby acknowledges and consents to all of the terms set forth in this Sale and Assignment of Claim and hereby waives its rights to raise any objection thereto and its right to receive notice pursuant to Rule 3001(e) of the Rules of Bankruptcy Procedure

The undersigned Assignor hereby agrees and sets his hand this _____ day of _____, 2003

MCKENZIE EQUIPMENT, INC

By _____   Mary Ann Goode
   Signature                      Print Name and Title

713-946-1413                       (713)946-1413
Telephone Number                   Fax Number

The undersigned Assignee hereby agrees and sets his hand this _____ day of _____, 2003

**PORTIA PARTNERS, LLC**

By _____
Name  Robert Gold
Title  Managing Director

JAN 20 2004

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**
----------------------------------X
In re

**W.R. GRACE & CO.,**                           Case No. 01-1139 (JKF)

                                                Chapter 11

           Debtors.
----------------------------------X

**NOTICE RE TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001(e)(1)**

To:

Portia Partners, LLC
One Sound Shore Drive Suite 100
Greenwich, CT 06830

A transfer of your claim from:

DETROIT COIL COMPANY
P O BOX 77923
DETROIT, MI  48277


is acknowledged. *By filing pursuant to Rule 3001 (e)(1), you affirm that you have searched the official claims register and that the transferor has not previously filed a proof of claim.* Refer to INTERNAL CONTROL NUMBER _____ in any further correspondence relative to this transfer.

                                        David Bird, Clerk
-----------------------------------------------------------------
FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2004.

Copy(check): Debtor's Attorney _____ Claims Agent_____

                                        _____
                                        Deputy Clerk

File No: 1003367



15    Claim No: 1003367



Claim Amount: $136.80

# SALE AND ASSIGNMENT OF CLAIM

DETROIT COIL COMPANY having offices at, P O BOX 77923, DETROIT, MI 48277 (the "Assignor,") in consideration of the sum of (the "Purchase Price") does hereby transfer to Portia Partners, LLC, (the "Assignee,") all of the Assignor's right, title, and interest in and to the claim or claims of the Assignor, (the "Claim,") against W R Grace & Co, (the "Debtor,") in the United States Bankruptcy Court for the District of Delaware (the "Court"), Case No 01-1139 (PJW) (the "Case") in the currently outstanding amount as set forth above and all rights and benefits of the Assignor relating to the Claim The Claim is based on amounts owed to the Assignor by the Debtor and this assignment shall be deemed an absolute, unconditional, and irrevocable assignment of the Claim for purpose of collection and shall not be deemed to create any security interest

**Assignor represents and warrants that:**

☒ **A Proof of Claim has been filed**   ☐ **A Proof of Claim has not been filed**

The Assignor represents and warrants that the amount of the Claim is not less than the amount as set forth above and that the amount is a valid claim and that no objection to the Claim exists  The Assignor further represents and warrants that no payment has been received by the Assignor, or by any third party claiming through the Assignor, in full or partial satisfaction of the Claim, that the Assignor has not previously assigned, sold or pledged the Claim to any third party, in whole or in part, that the Assignor owns and has title to the Claim free and clear of any and all liens, security interests or encumbrances of any kind or nature whatsoever, and that there are no offsets or defenses or preferential payment demands that have been or may be asserted by or on behalf of the Debtor or any other party to reduce the amount of the Claim or to impair its value

The Assignor is aware that the Purchase Price may differ from the amount ultimately distributed in the Case with respect to the Claim and that such amount may not be absolutely determined until entry of a final order confirming a plan of reorganization  The Assignor acknowledges that neither the Assignee nor any agent or representative of the Assignee has made any representation whatsoever regarding the status of the Case, the condition of the Debtor (financial or otherwise) or any other matter relating to the Case, the Debtor or the Claim  The Assignor represents that it has adequate information regarding this Sale and Assignment of the Claim, and that it has independently and without any reliance on the Assignee made its own determination to voluntarily enter into this Sale and Assignment of Claim

## CONSENT AND WAIVER

The Assignor hereby acknowledges and consents to all of the terms set forth in this Sale and Assignment of Claim and hereby waives its rights to raise any objection thereto and its right to receive notice pursuant to Rule 3001(e) of the Rules of Bankruptcy Procedure

The undersigned Assignor hereby agrees and sets his hand this _19_ day of _December_ 2003

**DETROIT COIL COMPANY**

By __David G. Dwell__      __David A. Goekke - Controller__
    Signature                    Print Name and Title

_(248) 398 5600_           _(248) 398-0481_
Telephone Number          Fax Number

[Stamp: DEC 23 2003]

The undersigned Assignee hereby agrees and sets his hand this _____ day of _____, 2003

**PORTIA PARTNERS, LLC**

By _____
Name  Robert Gold
Title  Managing Director

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**
----------------------------------X
In re

**W.R. GRACE & CO.,**                              Case No. 01-1139 (JKF)

                                            Chapter 11
         Debtors.
----------------------------------X

**NOTICE RE TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001(e)(1)**

To:

Portia Partners, LLC
One Sound Shore Drive Suite 100
Greenwich, CT 06830

A transfer of your claim from:

MARYLAND MECHANICAL SYSTEMS, INC.
300 S. HAVEN ST.
BALTIMORE, MD  21224


is acknowledged. *By filing pursuant to Rule 3001 (e)(1), you affirm that you have searched the official claims register and that the transferor has not previously filed a proof of claim.* Refer to INTERNAL CONTROL NUMBER _____ in any further correspondence relative to this transfer.

                                                David Bird, Clerk
---------------------------------------------------------------
FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2004.

Copy(check): Debtor's Attorney _____  Claims Agent_____

                                               _____
                                               Deputy Clerk

File No: 1015324

**2 1**

Claim No: 1015324

Claim Amount: $1,396.48

## SALE AND ASSIGNMENT OF CLAIM

MARYLAND MECHANICAL SYSTEMS, INC having offices at, 300 S HAVEN ST, BALTIMORE, MD 21224 (the "Assignor,") in consideration of the sum of (the "Purchase Price") does hereby transfer to Portia Partners, LLC, (the "Assignee,") all of the Assignor's right, title, and interest in and to the claim or claims of the Assignor, (the "Claim,") against W R Grace & Co, (the "Debtor,") in the United States Bankruptcy Court for the District of Delaware (the "Court"), Case No 01-1139 (PJW) (the "Case") in the currently outstanding amount as set forth above and all rights and benefits of the Assignor relating to the Claim The Claim is based on amounts owed to the Assignor by the Debtor and this assignment shall be deemed an absolute, unconditional, and irrevocable assignment of the Claim for purpose of collection and shall not be deemed to create any security interest

**Assignor represents and warrants that:**

☑ **A Proof of Claim has been filed**       ☐ **A Proof of Claim has not been filed**

The Assignor represents and warrants that the amount of the Claim is not less than the amount as set forth above and that the amount is a valid claim and that no objection to the Claim exists The Assignor further represents and warrants that no payment has been received by the Assignor, or by any third party claiming through the Assignor, in full or partial satisfaction of the Claim, that the Assignor has not previously assigned, sold or pledged the Claim to any third party, in whole or in part, that the Assignor owns and has title to the Claim free and clear of any and all liens, security interests or encumbrances of any kind or nature whatsoever, and that there are no offsets or defenses or preferential payment demands that have been or may be asserted by or on behalf of the Debtor or any other party to reduce the amount of the Claim or to impair its value

The Assignor is aware that the Purchase Price may differ from the amount ultimately distributed in the Case with respect to the Claim and that such amount may not be absolutely determined until entry of a final order confirming a plan of reorganization The Assignor acknowledges that neither the Assignee nor any agent or representative of the Assignee has made any representation whatsoever regarding the status of the Case, the condition of the Debtor (financial or otherwise) or any other matter relating to the Case, the Debtor or the Claim The Assignor represents that it has adequate information regarding this Sale and Assignment of the Claim, and that it has independently and without any reliance on the Assignee made its own determination to voluntarily enter into this Sale and Assignment of Claim

### CONSENT AND WAIVER

The Assignor hereby acknowledges and consents to all of the terms set forth in this Sale and Assignment of Claim and hereby waives its rights to raise any objection thereto and its right to receive notice pursuant to Rule 3001(e) of the Rules of Bankruptcy Procedure

The undersigned Assignor hereby agrees and sets his hand this 22 day of December, 2003

**MARYLAND MECHANICAL SYSTEMS, INC.**

By _Elizabeth C Crothers_          _Elizabeth A Crothers, Secretary_
  Signature                                   Print Name and Title

_(410) 327-4750_                       _(410) 563-1611_
Telephone Number                        Fax Number

The undersigned Assignee hereby agrees and sets his hand this _____ day of _____, 2003

**PORTIA PARTNERS, LLC**

By _____
Name  Robert Gold
Title  Managing Director

DEC 29 2003

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**
---------------------------------X
In re

**W.R. GRACE & CO.,**                    Case No. 01-1139 (JKF)

                                        Chapter 11
          Debtors.
---------------------------------X

**NOTICE RE TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001(e)(1)**

To:

Portia Partners, LLC
One Sound Shore Drive Suite 100
Greenwich, CT 06830

A transfer of your claim from:

SMART & BIGGAR
PO BOX 2999 STATION D
OTTAWA, ON K1P 5Y6
CANADA

is acknowledged. *By filing pursuant to Rule 3001 (e)(1), you affirm that you have searched the official claims register and that the transferor has not previously filed a proof of claim.* Refer to INTERNAL CONTROL NUMBER _____ in any further correspondence relative to this transfer.

                              David Bird, Clerk
-----------------------------------------------------------------
FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2004.

Copy(check): Debtor's Attorney _____ Claims Agent_____

                              _____
                              Deputy Clerk

File No: 1015948



C2

Claim No: 1015948



Claim Amount: $783.00

# SALE AND ASSIGNMENT OF CLAIM

SMART & BIGGAR having offices at, PO BOX 2999 STATION D, OTTAWA, ON K1P 5Y6, CANADA (the "Assignor,") in consideration of the sum of (the "Purchase Price") does hereby transfer to Portia Partners, LLC, (the "Assignee,") all of the Assignor's right, title, and interest in and to the claim or claims of the Assignor, (the "Claim,") against W R Grace & Co, (the "Debtor,") in the United States Bankruptcy Court for the District of Delaware (the "Court"), Case No 01-1139 (PJW) (the "Case") in the currently outstanding amount as set forth above and all rights and benefits of the Assignor relating to the Claim The Claim is based on amounts owed to the Assignor by the Debtor and this assignment shall be deemed an absolute, unconditional, and irrevocable assignment of the Claim for purpose of collection and shall not be deemed to create any security interest

**Assignor represents and warrants that:**

☒ **A Proof of Claim has been filed**    ☐ **A Proof of Claim has not been filed**

The Assignor represents and warrants that the amount of the Claim is not less than the amount as set forth above and that the amount is a valid claim and that no objection to the Claim exists The Assignor further represents and warrants that no payment has been received by the Assignor, or by any third party claiming through the Assignor, in full or partial satisfaction of the Claim, that the Assignor has not previously assigned, sold or pledged the Claim to any third party, in whole or in part, that the Assignor owns and has title to the Claim free and clear of any and all liens, security interests or encumbrances of any kind or nature whatsoever, and that there are no offsets or defenses or preferential payment demands that have been or may be asserted by or on behalf of the Debtor or any other party to reduce the amount of the Claim or to impair its value

The Assignor is aware that the Purchase Price may differ from the amount ultimately distributed in the Case with respect to the Claim and that such amount may not be absolutely determined until entry of a final order confirming a plan of reorganization The Assignor acknowledges that neither the Assignee nor any agent or representative of the Assignee has made any representation whatsoever regarding the status of the Case, the condition of the Debtor (financial or otherwise) or any other matter relating to the Case, the Debtor or the Claim The Assignor represents that it has adequate information regarding this Sale and Assignment of the Claim, and that it has independently and without any reliance on the Assignee made its own determination to voluntarily enter into this Sale and Assignment of Claim

## CONSENT AND WAIVER

The Assignor hereby acknowledges and consents to all of the terms set forth in this Sale and Assignment of Claim and hereby waives its rights to raise any objection thereto and its right to receive notice pursuant to Rule 3001(e) of the Rules of Bankruptcy Procedure

The undersigned Assignor hereby agrees and sets his hand this __12__ day of __Dec.__, 2003

**SMART & BIGGAR**

By _____    _Marc Gonsaus, Assistant Director of Finance_
Signature                          Print Name and Title

__613-232-2486__              __613-232-8440__
Telephone Number              Fax Number

The undersigned Assignee hereby agrees and sets his hand this _____ day of _____, 2003

**PORTIA PARTNERS, LLC**

By _____
Name  Robert Gold
Title  Managing Director

DEC 29 2003

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**
---------------------------------X
In re

**W.R. GRACE & CO.,**                              Case No. 01-1139 (JKF)

                                           Chapter 11

        Debtors.
---------------------------------X

**NOTICE RE TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001(e)(1)**

To:

Portia Partners, LLC
One Sound Shore Drive Suite 100
Greenwich, CT 06830

A transfer of your claim from:

INTERNATIONAL FILLER
P.O. BOX 784
BUFFALO, NY  14240


is acknowledged. *By filing pursuant to Rule 3001 (e)(1), you affirm that you have searched the official claims register and that the transferor has not previously filed a proof of claim.* Refer to INTERNAL CONTROL NUMBER _____ in any further correspondence relative to this transfer.

                                                David Bird, Clerk
------------------------------------------------------------------
FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2004.

Copy(check): Debtor's Attorney _____ Claims Agent_____


                                                _____
                                                Deputy Clerk

File No: 1005948





25

Claim No: 1005948

Claim Amount: $2,370.75

# SALE AND ASSIGNMENT OF CLAIM

INTERNATIONAL FILLER having offices at, P O BOX 784, BUFFALO, NY 14240 (the "Assignor,") in consideration of the sum of (the "Purchase Price") does hereby transfer to Portia Partners, LLC, (the "Assignee,") all of the Assignor's right, title, and interest in and to the claim or claims of the Assignor, (the "Claim,") against W R Grace & Co , (the "Debtor,") in the United States Bankruptcy Court for the District of Delaware (the "Court"), Case No 01-1139 (PJW) (the "Case") in the currently outstanding amount as set forth above and all rights and benefits of the Assignor relating to the Claim The Claim is based on amounts owed to the Assignor by the Debtor and this assignment shall be deemed an absolute, unconditional, and irrevocable assignment of the Claim for purpose of collection and shall not be deemed to create any security interest

**Assignor represents and warrants that:**

☒ **A Proof of Claim has been filed**        ☐ **A Proof of Claim has not been filed**

The Assignor represents and warrants that the amount of the Claim is not less than the amount as set forth above and that the amount is a valid claim and that no objection to the Claim exists   The Assignor further represents and warrants that no payment has been received by the Assignor, or by any third party claiming through the Assignor, in full or partial satisfaction of the Claim, that the Assignor has not previously assigned, sold or pledged the Claim to any third party, in whole or in part, that the Assignor owns and has title to the Claim free and clear of any and all liens, security interests or encumbrances of any kind or nature whatsoever, and that there are no offsets or defenses or preferential payment demands that have been or may be asserted by or on behalf of the Debtor or any other party to reduce the amount of the Claim or to impair its value

The Assignor is aware that the Purchase Price may differ from the amount ultimately distributed in the Case with respect to the Claim and that such amount may not be absolutely determined until entry of a final order confirming a plan of reorganization  The Assignor acknowledges that neither the Assignee nor any agent or representative of the Assignee has made any representation whatsoever regarding the status of the Case, the condition of the Debtor (financial or otherwise) or any other matter relating to the Case, the Debtor or the Claim  The Assignor represents that it has adequate information regarding this Sale and Assignment of the Claim, and that it has independently and without any reliance on the Assignee made its own determination to voluntarily enter into this Sale and Assignment of Claim

## CONSENT AND WAIVER

The Assignor hereby acknowledges and consents to all of the terms set forth in this Sale and Assignment of Claim and hereby waives its rights to raise any objection thereto and its right to receive notice pursuant to Rule 3001(e) of the Rules of Bankruptcy Procedure

The undersigned Assignor hereby agrees and sets his hand this 23 day of DEC , 2003

**INTERNATIONAL FILLER**

By _Annette Seitz_                    ANNETTE SEITZ / ACCTS REC.
Signature                              Print Name and Title  GENERAL LEDGER ACCT

716-693-4040                           716-693-3528
Telephone Number                       Fax Number

The undersigned Assignee hereby agrees and sets his hand this _____ day of _____, 2003

**PORTIA PARTNERS, LLC**

By _____
Name  Robert Gold
Title   Managing Director

DEC 29 2003

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**
---------------------------------X
In re

**W.R. GRACE & CO.,**                    Case No. 01-1139 (JKF)

                                         Chapter 11

        Debtors.
---------------------------------X

**NOTICE RE TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001(e)(1)**

To:

Portia Partners, LLC
One Sound Shore Drive Suite 100
Greenwich, CT 06830

A transfer of your claim from:

CLEAN AIR AMERICA, INC
7 SUPERIOR BLVD SE
ROME, GA  30161


is acknowledged. *By filing pursuant to Rule 3001 (e)(1), you affirm that you have searched the official claims register and that the transferor has not previously filed a proof of claim.* Refer to INTERNAL CONTROL NUMBER _____ in any further correspondence relative to this transfer.

                                                     David Bird, Clerk
------------------------------------------------------------
FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2004.

Copy(check): Debtor's Attorney _____ Claims Agent_____


                                                    _____
                                                   Deputy Clerk

File No: 1014343



**36**

Claim No: 1014343

Claim Amount. $1,716.13



# SALE AND ASSIGNMENT OF CLAIM

CLEAN AIR AMERICA, INC having offices at, 7 SUPERIOR BLVD SE, ROME, GA 30161 (the "Assignor,") in consideration of the sum of (the "Purchase Price") does hereby transfer to Portia Partners, LLC, (the "Assignee") all of the Assignor's right, title, and interest in and to the claim or claims of the Assignor, (the "Claim,") against W R Grace & Co , (the "Debtor,") in the United States Bankruptcy Court for the District of Delaware (the "Court"), Case No 01-1139 (PJW) (the "Case") in the currently outstanding amount as set forth above and all rights and benefits of the Assignor relating to the Claim The Claim is based on amounts owed to the Assignor by the Debtor and this assignment shall be deemed an absolute, unconditional, and irrevocable assignment of the Claim for purpose of collection and shall not be deemed to create any security interest

**Assignor represents and warrants that.**

☒ A Proof of Claim has been filed            ☐ A Proof of Claim has not been filed

The Assignor represents and warrants that the amount of the Claim is not less than the amount as set forth above and that the amount is a valid claim and that no objection to the Claim exists The Assignor further represents and warrants that no payment has been received by the Assignor, or by any third party claiming through the Assignor, in full or partial satisfaction of the Claim, that the Assignor has not previously assigned, sold or pledged the Claim to any third party, in whole or in part, that the Assignor owns and has title to the Claim free and clear of any and all liens, security interests or encumbrances of any kind or nature whatsoever, and that there are no offsets or defenses or preferential payment demands that have been or may be asserted by or on behalf of the Debtor or any other party to reduce the amount of the Claim or to impair its value

The Assignor is aware that the Purchase Price may differ from the amount ultimately distributed in the Case with respect to the Claim and that such amount may not be absolutely determined until entry of a final order confirming a plan of reorganization The Assignor acknowledges that neither the Assignee nor any agent or representative of the Assignee has made any representation whatsoever regarding the status of the Case the condition of the Debtor (financial or otherwise) or any other matter relating to the Case, the Debtor or the Claim The Assignor represents that it has adequate information regarding this Sale and Assignment of the Claim, and that it has independently and without any reliance on the Assignee made its own determination to voluntarily enter into this Sale and Assignment of Claim

## CONSENT AND WAIVER

The Assignor hereby acknowledges and consents to all of the terms set forth in this Sale and Assignment of Claim and hereby waives its rights to raise any objection thereto and its right to receive notice pursuant to Rule 3001(e) of the Rules of Bankruptcy Procedure

The undersigned Assignor hereby agrees and sets his hand this 31st day of DEC , 2003

**CLEAN AIR AMERICA, INC**

By _Floyd Koegler Jr_       _FLOYD S, KOEGLER, JR, CONTROLLER_
   Signature                                            Print Name and Title

_706-291-1700_               _706-291-1747_
Telephone Number             Fax Number

The undersigned Assignee hereby agrees and sets his hand this _____ day of _____, 2003

**PORTIA PARTNERS, LLC**

By _____
Name  Robert Gold
Title  Managing Director



**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**
---------------------------------X
In re

**W.R. GRACE & CO.,**                    Case No. 01-1139 (JKF)

                                         Chapter 11
          Debtors.
---------------------------------X

**NOTICE RE TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001(e)(1)**

To:

Portia Partners, LLC
One Sound Shore Drive Suite 100
Greenwich, CT 06830

A transfer of your claim from:

A.G. PARROTT CO.
6421 LOUDON AVE.
ELKRIDGE, MD  21075


is acknowledged. *By filing pursuant to Rule 3001 (e)(1), you affirm that you have searched the official claims register and that the transferor has not previously filed a proof of claim.* Refer to INTERNAL CONTROL NUMBER _____ in any further correspondence relative to this transfer.

                                         David Bird, Clerk
-----------------------------------------------------------------
FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2004.

Copy(check): Debtor's Attorney _____ Claims Agent_____

                                         _____
                                         Deputy Clerk

File No: 1013752



Claim No: 1013752

**48**

Claim Amount. $675.00



# SALE AND ASSIGNMENT OF CLAIM

A G PARROTT CO having offices at, 6421 LOUDON AVE, ELKRIDGE, MD 21075 (the "Assignor,") in consideration of the sum of (the "Purchase Price") does hereby transfer to Portia Partners, LLC, (the "Assignee,") all of the Assignor's right, title, and interest in and to the claim or claims of the Assignor, (the "Claim,") against W R Grace & Co, (the "Debtor,") in the United States Bankruptcy Court for the District of Delaware (the "Court"), Case No 01-1139 (PJW) (the "Case") in the currently outstanding amount as set forth above and all rights and benefits of the Assignor relating to the Claim The Claim is based on amounts owed to the Assignor by the Debtor and this assignment shall be deemed an absolute, unconditional, and irrevocable assignment of the Claim for purpose of collection and shall not be deemed to create any security interest

**Assignor represents and warrants that:**

☒ **A Proof of Claim has been filed**      ☐ **A Proof of Claim has not been filed**

The Assignor represents and warrants that the amount of the Claim is not less than the amount as set forth above and that the amount is a valid claim and that no objection to the Claim exists The Assignor further represents and warrants that no payment has been received by the Assignor, or by any third party claiming through the Assignor, in full or partial satisfaction of the Claim, that the Assignor has not previously assigned, sold or pledged the Claim to any third party, in whole or in part, that the Assignor owns and has title to the Claim free and clear of any and all liens, security interests or encumbrances of any kind or nature whatsoever and that there are no offsets or defenses or preferential payment demands that have been or may be asserted by or on behalf of the Debtor or any other party to reduce the amount of the Claim or to impair its value

The Assignor is aware that the Purchase Price may differ from the amount ultimately distributed in the Case with respect to the Claim and that such amount may not be absolutely determined until entry of a final order confirming a plan of reorganization The Assignor acknowledges that neither the Assignee nor any agent or representative of the Assignee has made any representation whatsoever regarding the status of the Case, the condition of the Debtor (financial or otherwise) or any other matter relating to the Case, the Debtor or the Claim The Assignor represents that it has adequate information regarding this Sale and Assignment of the Claim, and that it has independently and without any reliance on the Assignee made its own determination to voluntarily enter into this Sale and Assignment of Claim

**CONSENT AND WAIVER**

The Assignor hereby acknowledges and consents to all of the terms set forth in this Sale and Assignment of Claim and hereby waives its rights to raise any objection thereto and its right to receive notice pursuant to Rule 3001(e) of the Rules of Bankruptcy Procedure

The undersigned Assignor hereby agrees and sets his hand this **31st** day of **December** 2003

**A.G. PARROTT CO.**

By _/s/ George A. Parrott/_         George A. Parrott, President
   Signature                        Print Name and Title

_410/796-2480_                      _410/379-6661_
Telephone Number                    Fax Number

The undersigned Assignee hereby agrees and sets his hand this _____ day of _____, 2003

**PORTIA PARTNERS, LLC**

By _____
Name Robert Gold
Title Managing Director

JAN 8 2004