# **EXHIBIT A**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.[1], | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objection Deadline: April 12, 2004 at 4:00 |
| | ) | p.m.  Hearing Date: TBD only if necessary |
| | ) | |

## FEE DETAIL FOR HOLME ROBERTS & OWEN, LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD OF JANUARY 1, 2004 THROUGH JANUARY 31, 2004

---

[1] The Debtors consist of the following 62 entities:  W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

#994310 v1

**Matter 00000 - General**

| Name | Position | Hourly Rate | January | Total  Comp |
|------|----------|-------------|---------|-------------|
| Lund, Kenneth | Partner | $   395.00 | 3.60 | $   1,422.00 |
| Coggon, Katheryn | Special Counsel | $   280.00 | 0.50 | $   140.00 |
| | | | | |
| **Total** | | | **3.60** | **1,562.00** |

Expenses

**Matter 00000 - General**

| Description | TOTAL |
|---|---|
| Photocopies | $        4.65 |
| Facsimiles | $        7.00 |
| Long Distance Telephone | $          - |
| Outside Courier | $          - |
| Travel Expense | $          - |
| Lexis | $          - |
| Westlaw | $          - |
| Meal Expenses | $          - |
| Temporary Staffing | $          - |
| Velo Binding | $          - |
| **Total** | **$      11.65** |

Holme Roberts & Owen LLP

February 16, 2004

W.R. Grace

| | |
|---|---|
| Page | 5 |
| Invoice No.: | 658429 |
| Client  No.: | 04339 |
| Matter  No.: | 00000 |

**Regarding: GENERAL**

### Itemized Services

| Date | Tkpr | Description | Hours | | Value |
|---|---|---|---|---|---|
| 01/22/04 | KWL | Draft response to auditor request (2.00); telephone conference with Price Waterhouse Coopers contact re same (.60); finalize response letter (1.00). | 3.60 | $ | 1,422.00 |
| 01/22/04 | KJC | Review and revise audit letter (0.50). | 0.50 | | 140.00 |
| | | **Total Fees Through January 31, 2004:** | **4.10** | **$** | **1,562.00** |

### Timekeeper Rate Summary

| Initials | Name | Position | Rate | Hours | | Value |
|---|---|---|---|---|---|---|
| KWL | Kenneth W. Lund | Partner | $ 395.00 | 3.60 | $ | 1,422.00 |
| KJC | Katheryn J. Coggon | Special Counsel | 280.00 | 0.50 | | 140.00 |
| | | **Total Fees:** | | **4.10** | **$** | **1,562.00** |

### Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 01/22/04 | 7 | Facsimile | $ | 7.00 |
| 01/22/04 | 31 | Photocopy | | 4.65 |
| | | **Total Disbursements:** | **$** | **11.65** |

Holme Roberts & Owen LLP

February 16, 2004

W.R. Grace

| | |
|---|---|
| Page | 6 |
| Invoice No.: | 658429 |
| Client  No.: | 04339 |
| Matter  No.: | 00000 |

## Disbursement Summary

| | | |
|---|---|---|
| Photocopy | $ | 4.65 |
| Facsimile | | 7.00 |
| **Total Disbursements:** | **$** | **11.65** |

## Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 612649 | 10/30/02 | Bill | 111,074.09 |
| | 12/16/02 | Cash Receipt | -90,460.59 |
| | 12/23/02 | Cash Receipt | -2,044.60 |
| | 04/14/03 | Cash Receipt Cancellation | 2,044.60 |
| | *Outstanding Balance on Invoice 612649:* | | $   20,613.50 |
| 620923 | 01/24/03 | Bill | 648.00 |
| | 04/11/03 | Cash Receipt | -518.40 |
| | 04/14/03 | Cash Receipt Cancellation | 518.40 |
| | *Outstanding Balance on Invoice 620923:* | | $      648.00 |
| 652391 | 12/10/03 | Bill | 429.70 |
| | *Outstanding Balance on Invoice 652391:* | | $      429.70 |
| 656750 | 01/27/04 | Bill | 3.15 |
| | *Outstanding Balance on Invoice 656750:* | | $        3.15 |
| **Total Outstanding Invoices:** | | | **$   21,694.35** |

Expenses

**Matter 00300 - Libby, Montana Asbestos Litigation**

| Description | TOTAL |
|---|---|
| Parking | $ - |
| Photocopies | $ 24.30 |
| Facsimiles | $ - |
| Long Distance Telephone | $ 4.10 |
| Outside Courier | $ - |
| Lexis | $ - |
| Travel Expense | $ - |
| Outside Reporduction | $ - |
| Federal Express | $ - |
| Research Service | $ - |
| Velo Binding | $ - |
| Other Expense | $ 196.80 |
| Color Copies | $ - |
| **Total** | **$ 225.20** |

Holme Roberts & Owen LLP

February 16, 2004

W.R. Grace

| | |
|---|---|
| Page | 10 |
| Invoice No.: | 658429 |
| Client  No.: | 04339 |
| Matter  No.: | 00300 |

**Regarding: Libby, Montana Asbestos**

### Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 12/31/03 | | Other Expense: VENDOR: Iron Mountain; INVOICE#: K394789; DATE: 12/31/2003  -  Document Storage December 2003 | $ | 196.80 |
| 01/12/04 | 78 | Photocopy | | 11.70 |
| 01/12/04 | 84 | Photocopy | | 12.60 |
| 01/16/04 | | Long Distance Telephone: 6174982668, 14 Mins., TranTime:8:48 | | 1.40 |
| 01/21/04 | | Long Distance Telephone: 6174982668, 9 Mins., TranTime:11:47 | | 0.90 |
| 01/23/04 | | Long Distance Telephone: 4105314000, 16 Mins., TranTime:10:37 | | 1.60 |
| 01/30/04 | | Long Distance Telephone: 4105314203, 2 Mins., TranTime:12:51 | | 0.20 |
| | | **Total Disbursements:** | $ | **225.20** |

### Disbursement Summary

| | | |
|---|---|---|
| Photocopy | $ | 24.30 |
| Long Distance Telephone | | 4.10 |
| Other Expense | | 196.80 |
| **Total Disbursements:** | **$** | **225.20** |

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 612649 | 10/30/02 | Bill | 7,504.74 |
| | 12/16/02 | Cash Receipt | -6,409.54 |

**Matter 00302 - Defense of Cost Recovery Action**

| Name | Position | Hourly Rate | January | Total | Comp |
|------|----------|-------------|---------|-------|------|
| Lund, Kenneth | Partner | $ 395.00 | 4.2 | $ | 1,659.00 |
| | | | | | |
| Total | | | **4.20** | **$** | **1,659.00** |

Holme Roberts & Owen LLP

February 16, 2004

W.R. Grace

| | |
|---|---|
| Page | 16 |
| Invoice No.: | 658429 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

**Regarding: Libby - Cost Recovery Case**

## Itemized Services

| Date | Tkpr | Description | Hours | | Value |
|------|------|-------------|-------|---|-------|
| 01/09/04 | KWL | Telephone conferences with W. Corcoran and Bob Tarolo re Libby cost estimates (.50 ) telephone conference with Dale Jensen re same (.50); review EPA cost documentation for purposes of determining Libby cost estimate (2.00). | 3.00 | $ | 1,185.00 |
| 01/14/04 | KWL | Review cost analysis materials provided by Dale Jensen (.60);  telephone conference with client re same (.60). | 1.20 | | 474.00 |

**Total Fees Through January 31, 2004:**  **4.20**  **$**  **1,659.00**

## Timekeeper Rate Summary

| Initials | Name | Position | Rate | Hours | | Value |
|----------|------|----------|------|-------|---|-------|
| KWL | Kenneth W. Lund | Partner | $ 395.00 | 4.20 | $ | 1,659.00 |

**Total Fees:**  **4.20**  **$**  **1,659.00**

## Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---------|------|-------------|--------|
| 612649 | 10/30/02 | Bill | 612,312.75 |
| | 12/16/02 | Cash Receipt | -497,942.35 |
| | 12/23/02 | Cash Receipt | -11,344.12 |
| | 04/14/03 | Cash Receipt Cancellation | 11,344.12 |

**Matter 00370 - Boulder Document Production, Attic Insulation Defense**

| Name | Position | Hourly Rate | January | Total  Comp |
|------|----------|-------------|---------|-------------|
| Coggon, Katheryn | Special Counsel | $      280.00 | 0.90 | $       252.00 |
|  |  |  |  |  |
| **Total** |  |  | **0.90** | **$       252.00** |

Holme Roberts & Owen LLP

February 16, 2004

W.R. Grace

| | |
|---|---|
| Page | 25 |
| Invoice No.: | 658429 |
| Client No.: | 04339 |
| Matter No.: | 00370 |

**Regarding: Boulder Document Production re Attic Insulation**

### Itemized Services

| Date | Tkpr | Description | Hours | | Value |
|---|---|---|---|---|---|
| 01/12/04 | KJC | Review, respond and follow up re email from R. Finke re attic insulation in cost recovery case (0.90). | 0.90 | $ | 252.00 |
| | | **Total Fees Through January 31, 2004:** | **0.90** | **$** | **252.00** |

### Timekeeper Rate Summary

| Initials | Name | Position | Rate | Hours | | Value |
|---|---|---|---|---|---|---|
| KJC | Katheryn J. Coggon | Special Counsel | $ 280.00 | 0.90 | $ | 252.00 |
| | | **Total Fees:** | | **0.90** | **$** | **252.00** |

### Accounts Receivable Detail

| Invoice | Date | Description | | Amount |
|---|---|---|---|---|
| 612649 | 10/30/02 | Bill | | 3,416.86 |
| | 12/16/02 | Cash Receipt | | -2,753.96 |
| | 12/23/02 | Cash Receipt | | -65.75 |
| | 04/14/03 | Cash Receipt Cancellation | | 65.75 |
| | | *Outstanding Balance on Invoice 612649:* | $ | *662.90* |
| 620923 | 01/24/03 | Bill | | 43,258.45 |

**Matter 00390 - Bankruptcy Matters**

| Name | Position | Hourly Rate | January | Total  Comp |
|------|----------|-------------|---------|-------------|
| Flaagan, Elizabeth K. | Partner | $      300.00 | 1.5 | $      450.00 |
| | | | | |
| **Total** | | | **1.50** | **$      450.00** |

Expenses

**Matter 00390 - Bankruptcy Matters**

| Description | TOTAL |
|---|---:|
| Photocopies | $       15.45 |
| Facsimiles | $          - |
| Long Distance Telephone | $          - |
| Federal Express | $       10.16 |
| Tab Stock | $          - |
| Lexis | $          - |
| Consulting Fee | $          - |
| Postage | $          - |
| Research Services | $          - |
| Professional Services | |
| **Total** | **$       25.61** |

Holme Roberts & Owen LLP

February 16, 2004

W.R. Grace

| | |
|---|---|
| Page | 29 |
| Invoice No.: | 658429 |
| Client  No.: | 04339 |
| Matter  No.: | 00390 |

**Regarding: Bankruptcy Matters**

### Itemized Services

| Date | Tkpr | Description | Hours | | Value |
|---|---|---|---|---|---|
| 01/23/04 | EKF | Review and revise December 2004 invoices [prebills] (.40). | 0.40 | $ | 120.00 |
| 01/26/04 | EKF | Review fee auditor's tenth interim report (.20); review documents for and draft response to fee auditor's report on HRO's Tenth Interim Fee Application (.60). | 0.80 | | 240.00 |
| 01/27/04 | EKF | Review, revise and finalize response to tenth interim report, including service on the fee auditor (.30). | 0.30 | | 90.00 |
| | | **Total Fees Through January 31, 2004:** | **1.50** | **$** | **450.00** |

### Timekeeper Rate Summary

| Initials | Name | Position | Rate | Hours | | Value |
|---|---|---|---|---|---|---|
| EKF | Elizabeth Flaagan | Partner | $ 300.00 | 1.50 | $ | 450.00 |
| | | **Total Fees:** | | **1.50** | **$** | **450.00** |

### Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 01/02/04 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 1-511-42185; DATE: 1/2/2004  -  Courier, Acct. 0802-0410-8. 12-30; William Weller Wilmington, De | $ | 10.16 |
| 01/27/04 | 7 | Photocopy | | 1.05 |

Holme Roberts & Owen LLP

February 16, 2004

W.R. Grace

| | |
|---|---|
| Page | 30 |
| Invoice No.: | 658429 |
| Client  No.: | 04339 |
| Matter  No.: | 00390 |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 01/30/04 | 51 | Photocopy | 7.65 |
| 01/30/04 | 12 | Photocopy | 1.80 |
| 01/30/04 | 33 | Photocopy | 4.95 |
| | | **Total Disbursements:** | **$ 25.61** |

### Disbursement Summary

| | | |
|---|---|---|
| Photocopy | $ | 15.45 |
| Federal Express | | 10.16 |
| **Total Disbursements:** | **$** | **25.61** |

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 612649 | 10/30/02 | Bill | 6,832.32 |
| | 12/16/02 | Cash Receipt | -5,498.82 |
| | 12/23/02 | Cash Receipt | -132.27 |
| | 04/14/03 | Cash Receipt Cancellation | 132.27 |
| | *Outstanding Balance on Invoice 612649:* | | *$ 1,333.50* |
| | | | |
| 621058 | 01/31/03 | Bill | 3,749.68 |
| | 04/11/03 | Cash Receipt | -3,425.88 |
| | 04/14/03 | Cash Receipt | -3,425.88 |
| | 04/14/03 | Cash Receipt Cancellation | 3,425.88 |
| | 09/05/03 | Cash Receipt | -316.51 |

**Matter 00420 - Ninth Circuit Appeal**

| Name | Position | Hourly Rate | | January | Total | Comp |
|---|---|---|---|---|---|---|
| Lund, Kenneth | Partner | $ | 395.00 | 8.2 | $ | 3,239.00 |
| McCarthy, Jay | Partner | $ | 325.00 | 19.7 | $ | 6,402.50 |
| Coggon, Katheryn | Special Counsel | $ | 280.00 | 58.2 | $ | 16,296.00 |
| Stevenson, Edward | Senior Counsel | $ | 280.00 | 49.8 | $ | 13,944.00 |
| Tognetti, Natalie | Paralegal | $ | 125.00 | 16.6 | $ | 2,075.00 |
| | | | | | | |
| **Total** | | | | **152.50** | **$** | **41,956.50** |

Expenses

**Matter 00420 - Ninth Circuit Appeal**

| Description | TOTAL |
|---|---|
| Parking | $          57.00 |
| Photocopies | $          84.00 |
| Facsimile | $             - |
| Long Distance Telephone | $          46.90 |
| Federal Express | $         217.13 |
| Outside Courier | $          21.45 |
| Lexis | $             - |
| Travel Expense | $         862.73 |
| Meal Expenses | $         125.29 |
| Other Expenses | $          65.00 |
| Tab Stock | $             - |
| Velo Binding | $           1.00 |
| **Total** | **$       1,480.50** |

Holme Roberts & Owen LLP

February 16, 2004

W.R. Grace

| | |
|---|---|
| Page | 36 |
| Invoice No.: | 658429 |
| Client   No.: | 04339 |
| Matter  No.: | 00420 |

**Regarding: Ninth Circuit Appeal**

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 01/05/04 | KJC | Prepare for conference with Kirkland & Ellis appeal team. | 2.60 | $    728.00 |
| 01/06/04 | KJC | Travel to Washington D.C. for conference with Kirkland & Ellis appeal team (2.50) (1.25 N/C) (50% NWT); preparation for conference with Kirkland & Ellis appeal team (2.50); conference with Kirkland & Ellis appeal team re strategy and content of brief (7.40). | 12.40 | 3,472.00 |
| 01/07/04 | KJC | Conferences with Kirkland & Ellis appeal team, W. Corcoran, and R. Emmett re appeal strategy and content of brief (9.30); prepare for conference with Kirkland & Ellis appeal team including telephone conference with KWLund re status and strategies (0.80). | 10.10 | 2,828.00 |
| 01/07/04 | EES | Begin review of trial transcript re testimony re ATSDR cost payment issues for use in appellate brief (3.80); telephone conferences with Dale Jensen and Jason Roeder (PricewaterhouseCoopers) re cost appellate issues (1.70). | 5.50 | 1,540.00 |
| 01/07/04 | NKT | Prepare Cost Recovery Trial transcript for EEStevenson review. | 0.80 | 100.00 |
| 01/08/04 | KJC | Conference with Kirkland & Ellis appeal team re strategy and content of brief (7.40); review Orders and other materials re appeal (2.10). | 9.50 | 2,660.00 |
| 01/08/04 | EES | Review trial testimony of various government witnesses (Peronard, Campolucci, Jones and Nocera) re cost issues relevant to appeal. | 4.80 | 1,344.00 |
| 01/09/04 | KJC | Return travel from Washington D.C. re meeting with Kirkland & Ellis appeal team (2.50) (1.25 N/C) (50% NWT); review notes and follow up on action items from same (3.70). | 6.20 | 1,736.00 |

Holme Roberts & Owen LLP

February 16, 2004

W.R. Grace

Page          37
Invoice No.:  658429
Client  No.:  04339
Matter  No.:  00420

## Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 01/09/04 | EES | Complete review of trial transcript and identification of cost issue testimony relevant for the appellate brief. | 6.80 | 1,904.00 |
| 01/12/04 | JDM | Meet with KJCoggon and EEStevenson re appellate issues. | 0.90 | 292.50 |
| 01/12/04 | KJC | Follow up re meeting with Kirkland & Ellis appeal team (1.80); conferences with JDMcCarthy and EEStevenson re specific tasks for appeal (.90); address transcript issues (0.60). | 3.30 | 924.00 |
| 01/12/04 | EES | Review ATSDR and vendor cost documentation for use in appellate brief (3.60); attend appeal strategy meeting with KJCoggon and JDMcCarthy (.90); review testimony and documentation relevant to EPA's new indirect cost accounting system (1.90); review findings of fact re cost issues (2.30). | 8.70 | 2,436.00 |
| 01/13/04 | JDM | Review and analyze transcript and exhibits re indirect cost issues. | 1.00 | 325.00 |
| 01/13/04 | KJC | Follow up re meeting with Kirkland & Ellis appeal team (0.40); review closing argument transcript (0.60). | 1.00 | 280.00 |
| 01/13/04 | EES | Complete review of cost trial testimony, proposed findings of fact, and Order (3.90); draft summary of ATSDR and vendor appellate cost issues (4.40). | 8.30 | 2,324.00 |
| 01/14/04 | JDM | Research and outline indirect cost arguments. | 3.00 | 975.00 |
| 01/14/04 | EES | Revise and expand analysis of ATSDR cost evidence for use in appeal. | 7.90 | 2,212.00 |
| 01/15/04 | JDM | Review and analyze trial transcript and exhibits re indirect cost arguments. | 6.10 | 1,982.50 |
| 01/15/04 | KJC | Address issues re damages section of brief (0.30). | 0.30 | 84.00 |
| 01/16/04 | JDM | Begin drafting indirect cost argument. | 2.40 | 780.00 |

Holme Roberts & Owen LLP

February 16, 2004

W.R. Grace

| | |
|---|---|
| Page | 38 |
| Invoice No.: | 658429 |
| Client  No.: | 04339 |
| Matter  No.: | 00420 |

## Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 01/16/04 | KJC | Telephone conference with JDMcCarthy re status of cost issues and issues re same (0.30). | 0.30 | 84.00 |
| 01/16/04 | NKT | Conference with KJCoggon re follow-up items to research for Grace Cost Recovery Appeal Brief. | 0.50 | 62.50 |
| 01/19/04 | JDM | Draft and revise cost argument. | 1.30 | 422.50 |
| 01/19/04 | KJC | Review record materials for citation in brief (0.60); review and revise outlines re damages issues (1.40); address scheduling (0.20). | 2.20 | 616.00 |
| 01/19/04 | EES | Complete review and summary of evidence re ATSDR and vendor cost documentation issues for appellate use. | 7.80 | 2,184.00 |
| 01/19/04 | NKT | Research Grace databases for various documents and information to be used in Grace Appeal Brief, as requested by KJCoggon. | 1.00 | 125.00 |
| 01/20/04 | KWL | Review documentation and indirect cost outlines (2.5); review district court transcript for use in appeal (.50). | 3.00 | 1,185.00 |
| 01/20/04 | JDM | Research, draft, and revise brief insert re indirect costs. | 3.90 | 1,267.50 |
| 01/20/04 | KJC | Review record materials for citation in brief (0.90); review and revise outlines re damages issues (1.70); telephone conference with W. Corcoran and follow up re same (0.70). | 3.30 | 924.00 |
| 01/20/04 | NKT | Research Grace databases for documents and information requested by KJCoggon for use in Cost Recovery Appeal Brief. | 4.60 | 575.00 |
| 01/21/04 | JDM | Revise indirect cost insert (.90); telephone conference with KJCoggon re indirect cost issue (.20). | 1.10 | 357.50 |
| 01/21/04 | KJC | Review record materials for citation in brief (0.80); review, revise and send outlines re damages issues (0.90); conference with KWLund re status and issues (0.20). | 1.90 | 532.00 |

Holme Roberts & Owen LLP

February 16, 2004

W.R. Grace

| | |
|---|---|
| Page | 39 |
| Invoice No.: | 658429 |
| Client   No.: | 04339 |
| Matter  No.: | 00420 |

## Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 01/21/04 | NKT | Research Lotus Notes databases for various documents and information re EPA knowledge prior to May 2000 Action Memorandum per KJCoggon request. | 1.80 | 225.00 |
| 01/22/04 | KJC | Review record materials for citation in brief (0.40). | 0.40 | 112.00 |
| 01/22/04 | NKT | Continue research re ambient air levels in Libby prior to May 2000 Action Memo and conference with KJCoggon re same (1.80); research Cost Recovery production documents and Certified Administrative Record for information and data re air concentration levels at various locations prior to May 2000 Action Memo (2.00). | 3.80 | 475.00 |
| 01/23/04 | KJC | Telephone conference with C. Landau and J. O'Quinn re content of brief and schedule (1.00); research re damages issues including telephone conferences with J. O'Quinn (1.50). | 2.50 | 700.00 |
| 01/23/04 | NKT | Electronic review of WR Grace federal inspection documents (3.30); review electronic records and images from WR Grace Historical Lotus Notes database and WR Grace Consolidated database, per KJCoggon request (.80). | 4.10 | 512.50 |
| 01/26/04 | KJC | Coordinate schedule and deadlines (0.50); follow up re amicus (0.30). | 0.80 | 224.00 |
| 01/27/04 | KJC | Coordinate schedules and arrange meeting re brief (0.20). | 0.20 | 56.00 |
| 01/28/04 | KWL | Telephone conferences with W. Corcoran re status of appeal (1.60); telephone conference with Kirkland & Ellis lawyers re same (1.00). | 2.60 | 1,027.00 |
| 01/28/04 | KJC | Email exchange re February meetings re brief (0.50). | 0.50 | 140.00 |
| 01/30/04 | KWL | Telephone conferences with W. Corcoran re status of appeal (.50); telephone conference with Kirkland & Ellis lawyers re same (1.00); review appellate arguments (1.10). | 2.60 | 1,027.00 |

Holme Roberts & Owen LLP

February 16, 2004

W.R. Grace

| | |
|---|---|
| Page | 40 |
| Invoice No.: | 658429 |
| Client No.: | 04339 |
| Matter No.: | 00420 |

## Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 01/30/04 | KJC | Address options re amicus (0.70). | 0.70 | 196.00 |

**Total Fees Through January 31, 2004:** **152.50** **$ 41,956.50**

## Timekeeper Rate Summary

| Initials | Name | Position | Rate | Hours | Value |
|---|---|---|---|---|---|
| KWL | Kenneth W. Lund | Partner | $ 395.00 | 8.20 | $ 3,239.00 |
| JDM | John D. McCarthy | Partner | 325.00 | 19.70 | 6,402.50 |
| KJC | Katheryn J. Coggon | Special Counsel | 280.00 | 58.20 | 16,296.00 |
| EES | Edward E. Stevenson | Senior Counsel | 280.00 | 49.80 | 13,944.00 |
| NKT | Natalie Tognetti | Paralegal | 125.00 | 16.60 | 2,075.00 |

**Total Fees:** **152.50** **$ 41,956.50**

## Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 12/08/03 | | Other Expense: VENDOR: Iron Mountain; INVOICE#: K393094; DATE: 12/31/2003 - Account CR001/Document Retrieval December 2003 | $ 21.00 |
| 12/09/03 | | Other Expense: VENDOR: Iron Mountain; INVOICE#: K393094; DATE: 12/31/2003 - Account CR001/Document Retrieval December 2003 | 22.00 |
| 12/12/03 | | Other Expense: VENDOR: Iron Mountain; INVOICE#: K393094; DATE: 12/31/2003 - Account CR001/Document Retrieval December 2003 | 22.00 |

Holme Roberts & Owen LLP

February 16, 2004

W.R. Grace

| | |
|---|---|
| Page | 41 |
| Invoice No.: | 658429 |
| Client No.: | 04339 |
| Matter No.: | 00420 |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 12/26/03 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 1-511-07752; DATE: 12/26/2003 - Courier, Acct. 0802-0410-8. 12-12; Chris Landau Washington, DC | 46.31 |
| 12/26/03 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 1-511-07752; DATE: 12/26/2003 - Courier, Acct. 0802-0410-8. 12-12; Chris Landau Washington, DC | 37.96 |
| 12/26/03 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 1-511-07752; DATE: 12/26/2003 - Courier, Acct. 0802-0410-8. 12-12; Chris Landau Washington, DC | 56.94 |
| 12/26/03 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 1-511-07752; DATE: 12/26/2003 - Courier, Acct. 0802-0410-8. 12-12; Chris Landau Washington, DC | 37.96 |
| 12/26/03 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 1-511-07752; DATE: 12/26/2003 - Courier, Acct. 0802-0410-8. 12-12; Chris Landau Washington, DC | 37.96 |
| 12/31/03 | | Long Distance Telephone: arOne Communications; INVOICE#: 211710-000; DATE: 12/31/2003 - Monthly phone charges Conf. Call 12/16/03 | 40.60 |
| 01/05/04 | | Long Distance Telephone: 2028795943, 2 Mins., TranTime:10:27 | 0.20 |
| 01/05/04 | | Long Distance Telephone: 2027308800, 2 Mins., TranTime:13:44 | 0.20 |
| 01/06/04 | | Long Distance Telephone: 2028795943, 1 Mins., TranTime:9:5 | 0.10 |
| 01/07/04 | | Long Distance Telephone: 4065427260, 8 Mins., TranTime:10:54 | 0.80 |
| 01/07/04 | | Long Distance Telephone: 4068297123, 2 Mins., TranTime:11:2 | 0.20 |
| 01/07/04 | | Outside Courier: VENDOR: Western Messenger Service, Inc.; INVOICE#: 842450; DATE: 1/7/2004 - From HRO SFO to Appeals 9th Circuit Court | 21.45 |
| 01/07/04 | 132 | Photocopy | 19.80 |
| 01/07/04 | 165 | Photocopy | 24.75 |
| 01/08/04 | 151 | Photocopy | 22.65 |

Holme Roberts & Owen LLP

February 16, 2004

W.R. Grace

Page          42
Invoice No.:  658429
Client  No.:  04339
Matter  No.:  00420

## Itemized Disbursements

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 01/09/04 | | Other Meal Expense: VENDOR: Coggon, Katheryn J; INVOICE#: 011504; DATE: 1/15/2004 - 1/6-9/04; Washington, D.C.; Meeting with Kirkland & Ellis appellate attorneys re strategy and content of appeal brief - Meals (1/6/04 - total $72.62 - breakfast $3.42 (one person), dinner $69.20 (one person); 1/7/04 - total $24.68 - breakfast $24.68 (one person); 1/8/04 - total $19.40 - breakfast $19.40 (one person); 1/9/04 - total $7.87 - breakfast $7.87 (one person)). | 125.29 |
| 01/09/04 | | Parking: VENDOR: Coggon, Katheryn J; INVOICE#: 011504; DATE: 1/15/2004 - 1/6-9/04; Washington, D.C.; Meeting with Kirkland & Ellis appeallate attorneys re strategy and content of appeal brief - Parking (Denver International Airport) | 57.00 |
| 01/09/04 | | Travel Expense: VENDOR: Coggon, Katheryn J; INVOICE#: 011504; DATE: 1/15/2004 - 1/6-9/04; Washington, D.C.; Meeting with Kirkland & Ellis appellate attorneys re strategy and content of appeal brief - Hotel (3 nights at $239.31 per night) | 717.93 |
| 01/09/04 | | Travel Expense: VENDOR: Coggon, Katheryn J; INVOICE#: 011504; DATE: 1/15/2004 - 1/6-9/04; Washington, D.C.; Meeting with Kirkland & Ellis appellate attorneys re strategy and content of appeal brief - Taxis (1/6/04 $55.00 and 1/9/04 $75.00). | 130.00 |
| 01/09/04 | | Travel Expense: VENDOR: Coggon, Katheryn J; INVOICE#: 011504; DATE: 1/15/2004 - 1/6-9/04; Washington, D.C.; Meeting with Kirkland & Ellis appellate attorneys re strategy and content of appeal brief - Mileage (Round trip home to Denver International Airport, 40 miles @ .37/per mile). | 14.80 |
| 01/12/04 | 99 | Photocopy | 14.85 |
| 01/12/04 | 9 | Photocopy | 1.35 |
| 01/12/04 | 1 | Velo Binding | 1.00 |
| 01/15/04 | 4 | Photocopy | 0.60 |
| 01/23/04 | | Long Distance Telephone: 2028795087, 47 Mins., TranTime:13:6 | 4.70 |
| 01/28/04 | | Long Distance Telephone: 2028795087, 1 Mins., TranTime:8:58 | 0.10 |

Holme Roberts & Owen LLP

February 16, 2004

W.R. Grace

| | |
|---|---|
| Page | 43 |
| Invoice No.: | 658429 |
| Client  No.: | 04339 |
| Matter  No.: | 00420 |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| | | **Total Disbursements:** | **$   1,480.50** |

## Disbursement Summary

| | | |
|---|---|---|
| Parking | $ | 57.00 |
| Photocopy | | 84.00 |
| Long Distance Telephone | | 46.90 |
| Outside Courier | | 21.45 |
| Travel Expense | | 862.73 |
| Federal Express | | 217.13 |
| Other Meal Expense | | 125.29 |
| Other Expense | | 65.00 |
| Velo Binding | | 1.00 |
| **Total Disbursements:** | **$** | **1,480.50** |

## Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 641124 | 08/18/03 | Bill | 21,356.50 |
| | 11/03/03 | Cash Receipt | -17,085.20 |
| | *Outstanding Balance on Invoice 641124:* | | *$    4,271.30* |
| 644977 | 09/25/03 | Bill | 28,438.91 |
| | 12/09/03 | Cash Receipt | -22,930.11 |

**Matter 00430 - New Englad States 104(e) Requests**

| Name | Position | Hourly Rate | January | Total Comp |
|------|----------|-------------|---------|------------|
| Coggon, Katheryn | Special Counsel | $   280.00 | 2.9 | $   812.00 |
| Latuda, Carla | Paralegal | $   125.00 | 27.3 | $   3,412.50 |
| | | | | |
| **Total** | | | **30.20** | **$   4,224.50** |

Holme Roberts & Owen LLP

February 16, 2004

W.R. Grace

| | |
|---|---|
| Page | 45 |
| Invoice No.: | 658429 |
| Client  No.: | 04339 |
| Matter  No.: | 00430 |

**Regarding: New England  States 104(e) Requests**

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 01/16/04 | KJC | Telephone conference with M. Johns re 104(e) request in New England states and follow up re same (0.90). | 0.90 | $   252.00 |
| 01/16/04 | MCL | Conference with KJCoggon re research of database for documents concerning Easthampton, North Billerica and Cambridge. | 0.30 | 37.50 |
| 01/19/04 | KJC | Telephone conferences with MCLatuda re North Billerica and Easthampton documents (0.40). | 0.40 | 112.00 |
| 01/19/04 | MCL | Review historical database to locate documents re waste disposal at Easthampton, North Billerica and Cambridge. | 7.00 | 875.00 |
| 01/20/04 | MCL | Review Historical database to locate documents re waste disposal at Easthampton, North Billerica and Cambridge. | 4.00 | 500.00 |
| 01/21/04 | KJC | Telephone conferences with MCLatuda and database review re New England states 104(e) (0.60); telephone conference with M. Johns re status of document review for New England states 104(e) (0.30); conference with KWLund re New England states 104(e) (0.20). | 1.10 | 308.00 |
| 01/21/04 | MCL | Review Historical database to locate documents re waste disposal at Easthampton, North Billerica and Cambridge. | 7.00 | 875.00 |
| 01/22/04 | MCL | Review Historical database to locate documents re waste disposal at Easthampton, North Billerica and Cambridge. | 6.50 | 812.50 |
| 01/23/04 | KJC | Telephone conference with L. Duff re scope of 104(e) request and HRO assistance on the matter (0.30); follow up re same (0.20). | 0.50 | 140.00 |
| 01/23/04 | MCL | Review Historical database to locate documents re waste disposal at Easthampton, North Billerica and Cambridge. | 2.50 | 312.50 |

Holme Roberts & Owen LLP

February 16, 2004

W.R. Grace

| | |
|---|---|
| Page | 46 |
| Invoice No.: | 658429 |
| Client  No.: | 04339 |
| Matter  No.: | 00430 |

## Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| | | **Total Fees Through January 31, 2004:** | **30.20** | **$   4,224.50** |

## Timekeeper Rate Summary

| Initials | Name | Position | Rate | Hours | Value |
|----------|------|----------|------|-------|-------|
| KJC | Katheryn J. Coggon | Special Counsel | $ 280.00 | 2.90 | $    812.00 |
| MCL | Carla M. Latuda | Paralegal | 125.00 | 27.30 | 3,412.50 |
| | | **Total Fees:** | | **30.20** | **$   4,224.50** |

| | | |
|---|---|---|
| **Trust Applied to Matter** | $ | **0.00** |
| **Current Fees and Disbursements** | $ | **4,224.50** |
| **Total Balance Due This Matter** | $ | **4,224.50** |