IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

Objection Deadline: April 5, 2004 at 4:00 p.m.
Hearing Date: TBD only if necessary

# FEE DETAIL FOR CASNER & EDWARDS, LLP'S
# TWENTY-EIGHTH MONTHLY FEE APPLICATION
# FOR THE PERIOD FROM JANUARY 1, 2004 THROUGH JANUARY 31, 2004

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

**EXHIBIT A**
(Fee Detail)

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

March 8, 2004

Bill Number 64689
File Number 0052000-0000043

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Re: Litigation and Litigation Consulting

**LEGAL SERVICES**

Through January 31, 2004

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 01/05/04 | ARA | Review relocation of a portion of the documents in the repository to update repository map (.9). Receive documents pulled for J. Heberling from MTM to return to the repository (.1). | 1.00 Hrs | $85.00 |
| 01/05/04 | MEV | Update bankruptcy court docket entries for RAM. | 0.10 Hrs | $8.50 |
| 01/06/04 | ARA | Quality control original documents pulled for Heberling and return them to the production set (.8). Update repository map after relocation of documents (.5). Review reference materials used for EPA review and arrange for disposal of extra copies of same (2.8). | 4.10 Hrs | $348.50 |
| 01/07/04 | ARA | Search for and locate binders for use in updating document retention information (1.3). Review and update document location list (1.0). | 2.30 Hrs | $195.50 |
| 01/08/04 | ARA | Inventory a portion of the repository (1.2); add information to Winthrop Square information binders (4.4). | 5.60 Hrs | $476.00 |
| 01/09/04 | ARA | Add information to Winthrop Square location list and map (4.1). Review basement repository for information re: documents for location list (1.1). | 5.20 Hrs | $442.00 |

David B. Siegel

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 01/12/04 | RAM | Telephone conference with MTM re: what to do about 18 boxes of journals from CPD library. I said to call in-house counsel to discuss. | 0.10 Hrs | $22.00 |
| 01/12/04 | MTM | Telephone call from Grace librarian re: annual review of library materials; telephone conference with RAM re: same (.1); telephone call to in-house counsel re: same (.1). | 0.20 Hrs | $38.00 |
| 01/12/04 | MEV | Update bankruptcy court docket entries for RAM. | 0.10 Hrs | $8.50 |
| 01/13/04 | MTM | Telephone call to ARA re: new map of document locations at Winthrop Square and other issues related to relocation (.2); review trade secret documents found by ARA at Winthrop Square in connection with relocation of repository at Winthrop Square (1.0); review inventory re: location to store same (.9). Receipt and review of fax from Reed Smith counsel re: O.M. Scott attorneys seeking access to Winthrop Square (.4); review file re: previous requests and possible location of responsive documents (.7). | 3.20 Hrs | $608.00 |
| 01/13/04 | ARA | Determine if documents found in the basement repository are from production set (2.7); discussion with MTM re: these documents and determine that documents are trade secret and will be sent to Cambridge for storage with other trade secret documents (.2). Edit document location list to reflect relocation of documents in the repository (2.1). Retrieve document inventory for MTM's use (.3) and discuss with MTM (.2). | 5.50 Hrs | $467.50 |
| 01/14/04 | RAM | Telephone conference with MTM re: in-house counsel authorizing review of CPD library materials (.1). Telephone conference with MTM re: Reed Smith attorney receiving subpoena for O.M. Scott documents; discuss earlier review with MTM (.2). | 0.30 Hrs | $66.00 |
| 01/14/04 | MTM | Telephone call from in-house counsel re: review of library materials (.1) ; conference with ARA re: same (.1). Telephone call to ARA re: locating review guidelines and target sheets re: O.M. Scott's document request (.3); continue review of draft subpoena from O.M. Scott (.7); conference with RAM re: prior search for O.M. Scott documents (.2); telephone call from ARA re: results of prior search for O.M. Scott documents (.2) | 1.60 Hrs | $304.00 |
| 01/14/04 | ARA | Per telephone call from MTM, search for and review quick reference guide and binder used during the EPA project (1.8). Prepare trade secret documents to return to Cambridge (.7) Discussion with MTM re: review of W. R. Grace's library review materials (.1); make arrangements to do this project (.5). Put together a more detailed | 6.90 Hrs | $586.50 |

David B. Siegel

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| | | information/location list for the upstairs repository (1.3). Telephone call from MTM to look for O.M. Scott documents reviewed previously (.3) per MTM's telephone call, locate and review O.M. Scott's documents (2.0); telephone call to MTM to advise him of locating results of earlier search (.2). | | |
| 01/15/04 | RAM | Read updated bankruptcy court docket entries to select documents to read (.1). Read email from Ohio attorney wanting expert witness; telephone call to her and leave message (.1). | 0.20 Hrs | $44.00 |
| 01/15/04 | MTM | Begin review of library materials at Grace in Cambridge with ARA (1.4). Receipt and review of Lason proof of claim (.3); review bills and files re: same to look for emails on issue of which boxes were scanned but not finished (2.7). Telephone call from in-house counsel requesting new Libby personnel files (.2); review list and telephone call to ARA re: same (.1) Telephone call to in-house counsel re: 2001 request for O.M. Scott documents. (.1). | 4.80 Hrs | $912.00 |
| 01/15/04 | ARA | Review library materials in Cambridge for any asbestos-related information that should be kept in the repository. | 6.90 Hrs | $586.50 |
| 01/16/04 | RAM | Telephone call from MTM re: locating O.M. Scott documents. | 0.10 Hrs | $22.00 |
| 01/16/04 | MTM | Conference with Reed Smith counsel and in-house counsel at Grace re: O.M. Scott's request to review documents at Winthrop Square (.4); telephone call to RAM re: same (.1). Review emails re: boxes scanned but not finished re: Lason proof of claim (.3); email to in-house counsel re: same (.3); email from in-house counsel re: same (.2); review invoices attached to Lason proof of claim (1.0). Receipt and review of email from in-house counsel re: restarting O.M. Scott document review project (.2). | 2.50 Hrs | $475.00 |
| 01/16/04 | ARA | Review Cambridge library materials for any asbestos-related information that should be kept in the repository. | 6.80 Hrs | $578.00 |
| 01/16/04 | MEV | Update bankruptcy court docket entries for RAM (.3); download and print selected documents filed in bankruptcy court for RAM (.4). | 0.70 Hrs | $59.50 |

Page 3

David B. Siegel

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 01/19/04 | RAM | Telephone call from and to Ohio attorney re: identifying expert witness. | 0.10 Hrs | $22.00 |
| 01/20/04 | RAM | Telephone call from Ohio attorney to discuss facts in case for which she needs expert witness. | 0.10 Hrs | $22.00 |
| 01/20/04 | ARA | Review Cambridge library materials for any asbestos-related information that should be kept in the repository. | 5.90 Hrs | $501.50 |
| 01/21/04 | MTM | Respond to email from paralegal at Reed Smith confirming total number of images received on disc from Lason re: their proof of claim (.2); email to in-house counsel re: same (.1); review and respond to email from Reed Smith paralegal re: same (.1). Receipt and review of email from Reed Smith attorney re: O.M. Scott's request for me to authenticate documents, with draft affidavit and copies of subject documents (.5) | 0.90 Hrs | $171.00 |
| 01/21/04 | ARA | Review Cambridge library materials for any asbestos-related information that should be kept in the repository (7.3). Telephone call to MTM re: O.M. Scott documents (.1). | 7.40 Hrs | $629.00 |
| 01/22/04 | RAM | Telephone conference with in-house counsel and conference with MTM re: collecting product brochures (.1) and telephone conference with in-house counsel re: request from Ohio attorney for expert witness (.1). Prepare response to annual auditor's letter (.1). Read updated bankruptcy court docket entries to select documents to read (.1). | 0.40 Hrs | $88.00 |
| 01/22/04 | MTM | Conference with RAM re: request from in-house counsel to review product binders (.1). Review O.M. Scott boxes at Winthrop Square (.8); respond to email from Reed Smith counsel re: request from O.M. Scott to authenticate documents (.3). | 1.20 Hrs | $228.00 |
| 01/22/04 | ARA | Review Cambridge library materials for any asbestos-related information that should be kept in the repository. | 7.00 Hrs | $595.00 |
| 01/23/04 | MTM | Conference with ARA re: status of library review project and product binder project at Winthrop Square (.3). Receipt and review of email from Reed Smith counsel re: O.M. Scott documents and document subpoena from O.M. Scott (.4). | 0.70 Hrs | $133.00 |
| 01/23/04 | ARA | Review Cambridge library materials for any asbestos-related information that should be kept in the repository (5.3) and conference with MTM re: same (.2). Prepare product binders and O.M. Scott materials at the repository for delivery to the firm, per MTM's request (.8). Oversee pick-up of materials by City Express (.3); | 7.10 Hrs | $603.50 |

David B. Siegel

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
|  |  | telephone call to MTM re: number of boxes picked up (.1). Telephone call/message to Holme Roberts paralegal re: her email about N. Billerica documents (.4). |  |  |
| 01/24/04 | RAM | Read emails from and to Reed Smith attorney and attorney for O.M. Scott re: producing documents. | 0.10 Hrs | $22.00 |
| 01/26/04 | RAM | Conference with MTM re: reviewing O.M. Scott documents (.1). Read selected documents filed in bankruptcy court (.5). Read updated bankruptcy court docket entries to select documents to read (.1). | 0.70 Hrs | $154.00 |
| 01/26/04 | DBM | Search for O.M. Scott documents. | 1.00 Hrs | $200.00 |
| 01/26/04 | MTM | Review document search results for O.M. Scott document authentication and email to Reed Smith counsel re: same (.2); telephone conference with RAM re: same (.1); telephone call from in-house counsel re: status of O.M. Scott document review and possible authentication (.2); conference with DBM re: search for documents requested to be authenticated by O.M. Scott (.2); email to Reed Smith attorney re: form of affidavit used in prior Montana cases (.2). Receipt and review of email from Reed Smith paralegal re: confirmation of number of images received from Lason re: their proof of claim and telephone call to Reed Smith paralegal re: same (.2) | 1.10 Hrs | $209.00 |
| 01/26/04 | ARA | Review Cambridge library materials for any asbestos-related information that should be kept in the repository (7.1). Telephone call to Holme Roberts paralegal re: N. Billerica expanding plant information (.2). | 7.30 Hrs | $620.50 |
| 01/27/04 | RAM | Read updated bankruptcy court docket entries to select documents to read (.1). Read selected documents filed in bankruptcy court (.1). Telephone conference with in-house counsel re: whether Egilman reviewed AgHort documents at Winthrop Square (.1). Telephone call from and to Ohio attorney re: expert witness; leave message (.1). | 0.40 Hrs | $88.00 |
| 01/27/04 | MTM | Draft memo to ARA re: finding O.M. Scott original documents for possible authentication (.2); email from Reed Smith counsel re: same (.1). | 0.30 Hrs | $57.00 |
| 01/27/04 | ARA | Review Cambridge library materials for any asbestos-related information that should be kept in the repository. | 6.30 Hrs | $535.50 |

David B. Siegel

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 01/27/04 | MEV | Download and print selected documents filed in bankruptcy court for RAM (.5); update bankruptcy court docket entries for RAM (.1). | 0.60 Hrs | $51.00 |
| 01/28/04 | MTM | Review product binders for representative samples, per in-house counsel (.7). Receipt and review of email re: new request from O.M. Scott and draft email in response to same (.2); conference with ARA re: O.M. Scott document search (.3); telephone call from in-house counsel re: review of O.M. Scott documents (.2); receipt and review of email from Reed Smith counsel re: MTM affidavit and possible substitution of one document for another (.2); receipt and review of email and new proposed affidavit re: O.M. Scott documents (.5); email response to same (.2). Email to Reed Smith attorney re: overdue bill from copy center for transferring old film to video for production to creditor's committee last fall (.2). | 2.50 Hrs | $475.00 |
| 01/28/04 | ARA | Review Cambridge library materials for any asbestos-related information that should be kept in the repository (2.4). Meet with MTM re: O.M. Scott project (.2); search for documents (3.7). | 6.30 Hrs | $535.50 |
| 01/28/04 | MEV | Review documents and tag all advertising and product brochure materials for in-house counsel. | 2.10 Hrs | $178.50 |
| 01/29/04 | MTM | Receipt and review of draft affidavit re: O.M. Scott documents (.3); conference with ARA re: locating Winthrop Square versions of documents to be authenticated (.2); telephone call to Reed Smith attorney re: same (.1); conference call with Reed Smith attorney and O.M. Scott attorney re: changes to affidavit(.2); revise affidavit for O.M. Scott (.2). Continue review of product binders, per in-house counsel's request (.9). | 1.90 Hrs | $361.00 |
| 01/29/04 | ARA | Search for O.M. Scott documents (6.8); meeting with MTM to review and discuss documents found (.2). | 7.00 Hrs | $595.00 |
| 01/30/04 | RAM | Telephone conference with MB re: MTM has reviewed product binders to select those to send to in-house counsel and re: O.M. Scott document affidavit. | 0.05 Hrs | No charge |
| 01/30/04 | ARA | Per MTM's request, search for and locate Libby personnel files (1.4); make arrangements to have them copied (.3); oversee pick-up and return of files (.5); quality control files and return them to the production set (.5). Quality control O.M. Scott documents and return them to the production set (1.8). | 4.50 Hrs | $382.50 |

David B. Siegel

|  |  | TOTAL LEGAL SERVICES | $13,790.50 |

**LEGAL SERVICES SUMMARY**

| | | | |
|---|---:|---:|---:|
| ROBERT A. MURPHY | 2.50 Hrs | 220/hr | $550.00 |
| ROBERT A. MURPHY | 0.05 Hrs | 220/hr | No charge |
| DONNA B. MACKENNA | 1.00 Hrs | 200/hr | $200.00 |
| MATTHEW T. MURPHY | 20.90 Hrs | 190/hr | $3,971.00 |
| ANGELA R. ANDERSON | 103.10 Hrs | 85/hr | $8,763.50 |
| MARCI E. VANDERHEIDE | 3.60 Hrs | 85/hr | $306.00 |
| | 131.15 Hrs | | $13,790.50 |

|  | TOTAL THIS BILL | $13,790.50 |

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

March 8, 2004

Bill Number 64690
File Number 0052000-0000057

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Re: Fee Applications, Applicant

**LEGAL SERVICES**

Through January 31, 2004

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 01/02/04 | RAM | Send November fee application to in-house counsels for review. | 0.10 Hrs | $22.00 |
| 01/06/04 | RAM | Telephone calls from in-house counsels that fee application may be filed. | 0.10 Hrs | $22.00 |
| 01/09/04 | RAM | Finalize November fee application and send it to Delaware counsel to file. | 0.10 Hrs | $22.00 |
| 01/24/04 | RAM | Work on December fee application. | 0.40 Hrs | $88.00 |
| 01/25/04 | RAM | Work on December fee application. | 1.00 Hrs | $220.00 |
| 01/26/04 | RAM | Work on December fee application. | 0.30 Hrs | $66.00 |
| 01/27/04 | RAM | Send December fee application to in-house counsels for review (.1); telephone calls from in-house counsels that fee application may be filed (.1). | 0.20 Hrs | $44.00 |
| | | TOTAL LEGAL SERVICES | | $484.00 |

David B. Siegel

Re: Fee Applications, Applicant

**LEGAL SERVICES SUMMARY**

| | | | |
|---|---|---|---|
| ROBERT A. MURPHY | 2.20 Hrs | 220/hr | $484.00 |
| | 2.20 Hrs | | $484.00 |
| | | TOTAL THIS BILL | $484.00 |