**EXHIBIT B**
(Expense Detail)

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

March 8, 2004

Bill Number 64691
File Number 0052000-0000043

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Re: Litigation and Litigation Consulting

**DISBURSEMENTS**

Through January 31, 2004

| | |
|---|---:|
| EXCESS POSTAGE | $6.89 |

FEDERAL EXPRESS

| | | |
|---|---:|---:|
| 01/23/04   To Willard R Burns from RAM on 12/4/03 | 27.84 | |
| | | $27.84 |

PACER ONLINE SEARCH

| | |
|---|---:|
| 01/12/04   Access and print bankruptcy court docket entries on 12/3/03 | 0.56 |
| 01/12/04   Access and print bankruptcy court docket entries on 12/3/03 | 1.68 |
| 01/12/04   Access and print bankruptcy court docket entries on 12/3/03 | 0.28 |
| 01/12/04   Access and print bankruptcy court docket entries on 12/3/03 | 1.61 |
| 01/12/04   Access and print bankruptcy court docket entries on 12/3/03 | 2.10 |
| 01/12/04   Access and print bankruptcy court docket entries on 12/3/03 | 0.91 |
| 01/12/04   Access and print bankruptcy court docket entries on 12/3/03 | 0.84 |
| 01/12/04   Access and print bankruptcy court docket entries on 12/3/03 | 0.21 |
| 01/12/04   Access and print bankruptcy court docket entries on 12/3/03 | 1.61 |
| 01/12/04   Access and print bankruptcy court docket entries on 12/3/03 | 0.14 |
| 01/12/04   Access and print bankruptcy court docket entries on 12/3/03 | 0.42 |
| 01/12/04   Access and print bankruptcy court docket entries on 12/3/03 | 0.77 |

David B. Siegel

Re: Litigation and Litigation Consulting

**DISBURSEMENTS**

Through January 31, 2004

PACER ONLINE SEARCH

| | | |
|---|---|---|
| 01/12/04 | Access and print bankruptcy court docket entries on 11/19/03 | 0.42 |
| 01/12/04 | Access and print bankruptcy court docket entries on 11/19/03 | 0.42 |
| 01/12/04 | Access and print bankruptcy court docket entries on 11/19/03 | 0.77 |
| 01/12/04 | Access and print bankruptcy court docket entries on 11/19/03 | 0.28 |
| 01/12/04 | Access and print bankruptcy court docket entries on 12/9/03 | 0.21 |
| 01/12/04 | Access and print bankruptcy court docket entries on 11/13/03 | 0.28 |
| 01/12/04 | Access and print bankruptcy court docket entries on 11/19/03 | 0.14 |
| 01/12/04 | Access and print bankruptcy court docket entries on 11/19/03 | 0.14 |
| 01/12/04 | Access and print bankruptcy court docket entries on 12/2/03 | 0.42 |
| 01/12/04 | Access and print bankruptcy court docket entries on 12/3/03 | 0.28 |
| 01/12/04 | Access and print bankruptcy court docket entries on 11/19/03 | 0.14 |
| 01/12/04 | Access and print bankruptcy court docket entries on 12/3/03 | 0.91 |
| 01/12/04 | Access and print bankruptcy court docket entries on 11/19/03 | 1.61 |
| 01/12/04 | Access and print bankruptcy court docket entries on 12/15/03 | 0.14 |
| 01/12/04 | Access and print bankruptcy court docket entries on 12/23/03 | 0.42 |
| 01/12/04 | Access and print bankruptcy court docket entries on 12/23/03 | 0.21 |
| 01/12/04 | Access and print bankruptcy court docket entries on 12/15/03 | 0.21 |
| 01/12/04 | Access and print bankruptcy court docket entries on 12/23/03 | 0.21 |
| 01/12/04 | Access and print bankruptcy court docket entries on 12/15/03 | 0.14 |
| 01/12/04 | Access and print bankruptcy court docket entries on 12/23/03 | 2.10 |
| 01/12/04 | Access and print bankruptcy court docket entries on 12/23/03 | 0.14 |
| 01/12/04 | Access and print bankruptcy court docket entries on 11/19/03. | 0.35 |
| 01/12/04 | Access and print bankruptcy court docket entries on 12/15/03 | 0.21 |
| 01/12/04 | Access and print bankruptcy court docket entries on 12/23/03 | 0.56 |
| 01/12/04 | Access and print bankruptcy court docket entries on 12/15/03 | 0.14 |
| 01/12/04 | Access and print bankruptcy court docket entries on 12/23/03 | 0.35 |
| 01/12/04 | Access and print bankruptcy court docket entries on 12/15/03 | 0.49 |
| 01/12/04 | Access and print bankruptcy court docket entries on 12/9/03 | 0.56 |
| 01/12/04 | Access and print bankruptcy court docket entries on 12/9/03 | 0.14 |
| 01/12/04 | Access and print bankruptcy court docket entries on 12/9/03 | 1.12 |
| 01/12/04 | Access and print bankruptcy court docket entries on 12/15/03 | 0.21 |
| 01/12/04 | Access and print bankruptcy court docket entries on 12/9/03 | 0.28 |
| 01/12/04 | Access and print bankruptcy court docket entries on 11/13/03 | 0.49 |
| 01/12/04 | Access and print bankruptcy court docket entries on 12/15/03 | 0.14 |
| 01/12/04 | Access and print bankruptcy court docket entries on 12/15/03 | 0.42 |

David B. Siegel

Re: Litigation and Litigation Consulting

**DISBURSEMENTS**

Through January 31, 2004

PACER ONLINE SEARCH

| Date | Description | Amount |
|---|---|---|
| 01/12/04 | Access and print bankruptcy court docket entries on 12/15/03 | 0.84 |
| 01/12/04 | Access and print bankruptcy court docket entries on 12/15/03 | 0.14 |
| 01/12/04 | Access and print bankruptcy court docket entries on 12/9/03 | 0.21 |
| 01/12/04 | Access and print bankruptcy court docket entries on 12/15/03 | 0.56 |
| 01/12/04 | Access and print bankruptcy court docket entries on 11/13/03 | 0.56 |
| 01/12/04 | Access and print bankruptcy court docket entries on 11/13/03 | 0.56 |
| 01/12/04 | Access and print bankruptcy court docket entries on 10/14/03 | 1.82 |
| 01/12/04 | Access and print bankruptcy court docket entries on 10/14/03 | 2.10 |
| 01/12/04 | Access and print bankruptcy court docket entries on 10/14/03 | 0.42 |
| 01/12/04 | Access and print bankruptcy court docket entries on 10/14/03 | 0.56 |
| 01/12/04 | Access and print bankruptcy court docket entries on 10/14/03 | 0.35 |
| 01/12/04 | Access and print bankruptcy court docket entries on 10/14/03 | 2.10 |
| 01/12/04 | Access and print bankruptcy court docket entries on 10/14/03 | 1.47 |
| 01/12/04 | Access and print bankruptcy court docket entries on 10/14/03 | 0.70 |
| 01/12/04 | Access and print bankruptcy court docket entries on 10/14/03 | 0.35 |
| 01/12/04 | Access and print bankruptcy court docket entries on 10/14/03 | 0.42 |
| 01/12/04 | Access and print bankruptcy court docket entries on 10/14/03 | 0.91 |
| 01/12/04 | Access and print bankruptcy court docket entries on 10/3/03 | 0.14 |
| 01/12/04 | Access and print bankruptcy court docket entries on 10/14/03 | 1.68 |
| 01/12/04 | Access and print bankruptcy court docket entries on 10/3/03 | 0.14 |
| 01/12/04 | Access and print bankruptcy court docket entries on 10/3/03 | 0.07 |
| 01/12/04 | Access and print bankruptcy court docket entries on 10/3/03 | 0.28 |
| 01/12/04 | Access and print bankruptcy court docket entries on 10/3/03 | 0.14 |
| 01/12/04 | Access and print bankruptcy court docket entries on 10/1/03 | 0.42 |
| 01/12/04 | Access and print bankruptcy court docket entries on 10/3/03 | 0.42 |
| 01/12/04 | Access and print bankruptcy court docket entries on 10/3/03 | 0.42 |
| 01/12/04 | Access and print bankruptcy court docket entries on 10/3/03 | 0.14 |
| 01/12/04 | Access and print bankruptcy court docket entries on 10/3/03 | 0.70 |
| 01/12/04 | Access and print bankruptcy court docket entries on 10/22/03 | 0.21 |
| 01/12/04 | Access and print bankruptcy court docket entries on 10/3/03 | 0.42 |
| 01/12/04 | Access and print bankruptcy court docket entries on 10/23/03 | 0.14 |
| 01/12/04 | Access and print bankruptcy court docket entries on 11/13/03 | 0.14 |
| 01/12/04 | Access and print bankruptcy court docket entries on 11/13/03 | 0.28 |
| 01/12/04 | Access and print bankruptcy court docket entries on 11/13/03 | 0.28 |
| 01/12/04 | Access and print bankruptcy court docket entries on 11/13/03 | 0.21 |
| 01/12/04 | Access and print bankruptcy court docket entries on 11/13/03 | 1.96 |

David B. Siegel

Re: Litigation and Litigation Consulting

**DISBURSEMENTS**

Through January 31, 2004

PACER ONLINE SEARCH

| | | |
|---|---|---:|
| 01/12/04 | Access and print bankruptcy court docket entries on 11/13/03 | 0.21 |
| 01/12/04 | Access and print bankruptcy court docket entries on 11/13/03 | 1.05 |
| 01/12/04 | Access and print bankruptcy court docket entries on 11/13/03 | 0.35 |
| 01/12/04 | Access and print bankruptcy court docket entries on 11/13/03 | 0.14 |
| 01/12/04 | Access and print bankruptcy court docket entries on 11/13/03 | 0.77 |
| 01/12/04 | Access and print bankruptcy court docket entries on 10/23/03 | 0.49 |
| 01/12/04 | Access and print bankruptcy court docket entries on 11/13/03 | 0.42 |
| 01/12/04 | Access and print bankruptcy court docket entries on 11/12/03 | 0.07 |
| 01/12/04 | Access and print bankruptcy court docket entries on 10/29/03 | 0.21 |
| 01/12/04 | Access and print bankruptcy court docket entries on 10/29/03 | 0.49 |
| 01/12/04 | Access and print bankruptcy court docket entries on 10/29/03 | 0.14 |
| 01/12/04 | Access and print bankruptcy court docket entries on 10/29/03 | 0.35 |
| 01/12/04 | Access and print bankruptcy court docket entries on 10/29/03 | 0.21 |
| 01/12/04 | Access and print bankruptcy court docket entries on 10/29/03 | 2.10 |
| 01/12/04 | Access and print bankruptcy court docket entries on 11/6/03 | 0.91 |
| 01/12/04 | Access and print bankruptcy court docket entries on 11/6/03 | 0.42 |
| 01/12/04 | Access and print bankruptcy court docket entries on 11/6/03 | 0.98 |
| 01/12/04 | Access and print bankruptcy court docket entries on 11/6/03 | 0.28 |
| 01/12/04 | Access and print bankruptcy court docket entries on 11/5/03 | 0.28 |

    $58.31

OTHER DELIVERY SERVICES

01/28/04   CITY EXPRESS - 1/23/04 - delivery from Winthrop Square to      76.40
Casner & Edwards (6 boxes of product binders and 5 boxes
of O.M. Scott documents), per MTM.

    $76.40

PHOTOCOPYING

| | | |
|---|---|---:|
| 01/12/04 | 20 copies. | 2.40 |
| 01/22/04 | 4 copies. | 0.48 |
| 01/23/04 | 2 copies. | 0.24 |
| 01/29/04 | 311 copies. | 37.32 |
| 01/29/04 | 29 copies. | 3.48 |
| 01/29/04 | 116 copies. | 13.92 |
| 01/30/04 | 1 copy. | 0.12 |

    $57.96

Page 4

David B. Siegel

Re: Litigation and Litigation Consulting

**DISBURSEMENTS**

Through January 31, 2004

TELEPHONE

| | | | | |
|---|---|---|---|---|
| 01/16/04 | 329 | 5613621533 | 0.55 | |
| 01/26/04 | 329 | 4122883094 | 0.55 | |
| | | | | $1.10 |

RENT REIMBURSEMENT

| | | | |
|---|---|---|---|
| 01/01/04 | BOSTON CAPITAL INSTI - Rent and utilities for document repository at One Winthrop Square - December 2003 | 12,473.60 | |
| 01/07/04 | BOSTON CAPITAL INSTI - Rent and utilities for document repository at One Winthrop Square - January 2004 | 12,532.21 | |
| | | | $25,005.81 |

MISCELLANEOUS

| | | | |
|---|---|---|---|
| 01/14/04 | RECORDKEEPER ARCHIVE - monthly storage fee (12/3) | 395.10 | |
| | | | $395.10 |

|  |  |
|---|---|
| TOTAL DISBURSEMENTS | $25,629.41 |
| TOTAL THIS BILL | $25,629.41 |

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

March 8, 2004

Bill Number 64692
File Number 0052000-0000057

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

## FOR PROFESSIONAL SERVICES

Re: Fee Applications, Applicant

## DISBURSEMENTS

Through January 31, 2004

| | | |
|---|---:|---:|
| EXCESS POSTAGE | | $0.60 |
| **FEDERAL EXPRESS** | | |
| 01/23/04  To Scotta McFarland from RAM on 12/4/03 | 12.25 | |
| 01/23/04  To Scotta McFarland from RAM on 1/12/04 | 12.39 | |
| | | $24.64 |
| **PHOTOCOPYING** | | |
| 01/12/04  99 copies. | 11.88 | |
| | | $11.88 |
| TOTAL DISBURSEMENTS | | $37.12 |

David B. Siegel

|  |  |
|---|---|
| TOTAL THIS BILL | $37.12 |