## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | **Chapter 11** |
| | ) | |
| **W. R. Grace & Co. et al.;** | ) | **Case No. 01-01139(JKF)** |
| | ) | **Jointly Administered** |
| **Debtors.** | ) | |

**Objection Deadline:**
**April 5, 2004 at 4:00 p.m.**
**Hearing date:  To be scheduled only**
**if objections are timely filed and served.**

## THIRTY-FOURTH MONTHLY FEE APPLICATION OF STROOCK & STROOCK & LAVAN LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM JANUARY 1, 2004 THROUGH JANUARY 31, 2004

| | |
|---|---|
| Name of Applicant | **Stroock & Stroock & Lavan LLP** |
| Authorized to Provide Professional Services to: | **Official Committee of Unsecured Creditors** |
| Date of Retention: | **April 12, 2001** |
| Period for which compensation and reimbursement is sought | **January 1, 2004 – January 31, 2004** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$65,980.50 (80% - $52,784.40)** |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | **$1,917.93 (Stroock)**<br>**$47,654.57 (Navigant (f/k/a Chambers))** |

This is an: ☒ interim ☐ final application

*The total time expended for the preparation of the Thirty-Third and Thirty Fourth Monthly Fee Statements is approximately 9.5 hours and the corresponding compensation requested is approximately $2,655.00.*

SSL-DOCS1 1438573v1

## Attachment A

**Monthly Interim Fee Applications**

| Date Filed | Period Covered | Payment Requested: | | CNO Filed Approving: | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| May 30, 2001 D.I.339 | 4/12/01-4/30/01 | $138,926.00 | $1,975.13 | $111,140.80 | $1,975.13 |
| July 2, 2001 D.I.613 | 5/1/01 – 5/31/01 | $139,928.75 | $6,884.73 | $111.943.00 | $6,884.73 |
| July 30, 2001 D.I.772 | 6/1/01 – 6/30/01 | $91,019.00 | $10,458.14 | $72,815.20 | $10,458.14 |
| September 5, 2001 D.I.889 | 7/1/01-7/31/01 | $92,308.00 | $5,144.37 | $73,846.40 | $5,144.37 |
| October 2, 2001 D.I.983 | 8/1/01 8/31/01 | $53,873.50 | $3,069.88 | $43,098.80 | $3,069.88 |
| October 31, 2001 D.I.1058 | 9/1/01 – 9/30/01 | $58,742.00 | $6,801.32 | $46,993.60 | $6,801.32 |
| November 26, 2001 D.I.1239 | 10/1/01 – 10/31/01 | $101,069.00 | $3,562.09 | $80,855.20 | $3,562.09 |
| January 8, 2002 D.I.1470 | 11/1/01 – 11/30/01 | $136,368.50 | $8,847.34 | $109,094.80 | $8,847.34 |
| February 1, 2002 D.I.1608 | 12/01/01 – 12/31/01 | $92,064.50 | $9,471.47 | $73,651.60 | $9,471.47 |
| March 14, 2002 D.I.1812 | 01/01/02 – 01/31/02 | $100,231.50 | $14,675.58 | $80,185.20 | $14,675.58 |
| April 22, 2002 D.I.1951 | 02/01/02 – 02/28/02 | $88,974.50 | $16,863.97 | $71,179.60 | $16,863.97 |
| May 8, 2002 D.I.2029 | 03/01/02 – 03/31/02 | $77,964.25 | $1,190.44 | $62,371.40 | $1,190.44 |
| June 3, 2002 D.I.2156 | 04/01/02-04/30/02 | $97,251.50 | $1,816.40 (Stroock) $9,772.37 (Chambers) | $77,801.20 | $11,588.86 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1438573v1

| July 2, 2002<br>D.I.2324 | 05/01/02 –<br>05/31/02 | $74,910.75 | $2,9154.43 (Stroock)<br>$43,190.69 (Chambers) | $59,928.60 | $46,105.12 |
|---|---|---|---|---|---|
| August 5, 2002<br>D.I.2495 | 06/01/02 –<br>06/30/02 | $73,096.75 | $2,054.05 (Stroock)<br>$114,666.72 (Chambers) | $58,477.4011 | $116,720.77 |
| September 20, 2002<br>D.I.2720 | 07/01/02 –<br>07/31/02 | $90,903.27 | $1,250.79 (Stroock)<br>$11,996.25 (Chambers) | $72,722.61 | $13,274.04 |
| October 29, 2002<br>D.I.2898 | 08/01/02 –<br>08/31/02 | $93,151.25 | $11,539.51 (Stroock)<br>$5,046.70 (Chambers) | $74,521.00 | $16,586.21 |
| November 14, 2002<br>D.I.2981 | 09/01/02 –<br>09/30/02 | $96,613.25 | $15,567.77 (Stroock)<br>$771.50 (Chambers) | $77,290.60 | $16,339.27 |
| December 10, 2002<br>D.I.3129 | 10/1/02 –<br>10/31/02 | $68,404.00 | $2,956.54 (Stroock)<br>$1,780.75 (Chambers) | $54,723.20 | $4,737.29 |
| January 28, 2003<br>D.I.3286 | 11/1/02 –<br>11/30/02 | $75,345.50 | $8,712.16 (Stroock) | $60,276.40 | $8,712.16 |
| February 7, 2003<br>D.I.3349 | 12/1/02 –<br>12/31/02 | $27,683.50 | $13,332.14 (Stroock) | $22,146.80 | $13,332.14 |
| March 26, 2003<br>D.I.3552 | 1/1/03 –<br>1/31/03 | $88,139.00 | $1,210.11 (Stroock) | $70,511.20 | $1,210.11 |
| April 7, 2003<br>D.I.3626 | 2/1/03 –<br>2/28/03 | $76,313.00 | $2,022.78 (Stroock)<br>$1,077.80 (Chambers) | $61,050.40 | $3,100.58 |
| April 29, 2003<br>D.I. 3718 | 3/1/03 –<br>3/31/03 | $60,163.50 | $6,191.15 (Stroock) | $48,130.80 | $6,191.15 |
| June 2, 2003<br>D.I. 3850 | 4/1/03 –<br>4/30/03 | $60,269.00 | $814.02 (Stroock)<br>$2,043.00 (Chambers) | $48,215.20 | $2,857.02 |
| July 1, 2003<br>D.I. 3983 | 5/1/03 –<br>5/31/03 | $111,990.50 | $691.84 (Stroock)<br>$9,830.50 (Chambers) | $89,592.40 | $10,522.34 |
| August 5, 2003<br>D.I. 4152 | 6/1/03 –<br>6/30/03 | $43,824.00 | $1,220.42 (Stroock)<br>$61,755.00 (Chambers) | $35,059.20 | $62,975.42 |
| September 4, 2003<br>D.I. 4381 | 7/1/03 –<br>7/31/03 | $79,090.50 | $2,301.33 (Stroock)<br>$14,274.25 (Chambers) | $55,941.60 | $16,575.58 |
| September 30, 2003<br>D.I. 4512 | 8/1/03 –<br>8/31/03 | $69,927.00 | $1,164.19 (Stroock)<br>$12,488.94 (Chambers) | $55,941.60 | $13,653.13 |

| | | | | | |
|---|---|---|---|---|---|
| October 29, 2003<br>D.I. 4625 | 9/1/03 –<br>9/30/03 | $69,409.50 | $1,076.94 (Stroock)<br>$10,102.00 (Chambers) | $55,527.60 | $11,178.94 |
| December 19, 2002<br>D.I. 4843 | 10/1/03 –<br>10/31/03 | $96,980.50 | $3,800.45 (Stroock)<br>$42,881.50 (Chambers) | $77,584.40 | $46,681.95 |
| January 23, 2003<br>D.I. 4976 | 11/1/03 –<br>11/30/03 | $66,428.50 | $1,225.38 (Stroock)<br>$30,463.00 (Navigant<br>f/k/a Chambers) | $53,142.80 | $31,688.38 |
| February 4, 2004<br>D.I. 5056 | 12/1/03 –<br>12/31/03 | $52,321.50 | $924.99 (Stroock)<br>$27,005.00 (Navigant<br>f/k/a Chambers) | | |

**WR GRACE & CO**
**ATTACHMENT B**
**JANUARY 1, 2004 - JANUARY 31, 2004**

| | Hours | Rate | Amount | No. of Years In Position |
|---|---|---|---|---|
| **Partners** | | | | |
| Greenberg, Mayer | 22.1 | $ 550 | $   12,155.00 | 5 |
| Kruger, Lewis | 9.9 | 725 | 7,177.50 | 33 |
| Pasquale, Kenneth | 0.8 | 550 | 440.00 | 4 |
| | | | | |
| **Associates** | | | | |
| Eichler, Mark | 26.0 | 440 | 11,440.00 | 6 |
| Krieger, Arlene | 64.4 | 495 | 31,878.00 | 19 |
| | | | | |
| **Paraprofessionals** | | | | |
| Caskadon, Alexandra | 10.9 | 180 | 1,962.00 | 2 |
| Defreitas, Vaughn | 7.6 | 115 | 874.00 | 15 |
| Mariano, Christine | 0.3 | 180 | 54.00 | 8 |
| | | | | |
| **TOTAL** | **142.0** | | **$ 65,980.50** | |

STROOCK & STROOCK & LAVAN LLP • NEW YORK • LOS ANGELES • MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1438573v1

**WR GRACE & CO**
**COMPENSATION BY PROJECT CATEGORY**
**JANUARY 1, 2004 - JANUARY 31, 2004**

| MATTER CODE | PROJECT CATEGORY | HOURS | TOTAL FEES |
|---|---|---|---|
| 0003 | Claim Analysis Objection, Resolution & Estimation (Asbestos) | 7.8 | $ 4,022.00 |
| 0013 | Business Operations | 6.7 | 3,385.50 |
| 0014 | Case Administration | 38.2 | 16,934.50 |
| 0015 | Claims Analysis/Objections/Administration (Non-Asbestos) | 1.3 | 643.50 |
| 0017 | Committee, Creditors', Noteholders', or Equity Holders' | 15.7 | 7,815.50 |
| 0018 | Fee Application, Applicant | 9.5 | 2,655.00 |
| 0020 | Fee Application, Others | 4.0 | 1,035.00 |
| 0037 | Hearings | 2.6 | 1,885.00 |
| 0047 | Tax Issues | 56.2 | 27,604.50 |
| | | | |
| | **TOTAL** | **142.0** | **$ 65,980.50** |

# STROOCK

## INVOICE

| | |
|---|---|
| DATE | March 11, 2004 |
| INVOICE NO. | 312924 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR PROFESSIONAL SERVICES RENDERED in the captioned matter for the period through January 31, 2004, including:

| | |
|---|---|
| RE | Claim Analysis Objection, Resolution & Estimation (Asbestos) |
| | 699843 0003 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 01/06/2004 | Attend to estimation related pleading in another asbestos-related chapter 11 case (1.4). | Krieger, A. | 1.4 |
| 01/06/2004 | Review discovery requests regarding Hamlin appointment in G-I memos to Committee (.4). | Kruger, L. | 0.4 |
| 01/07/2004 | Attend to pleadings addressing estimation of asbestos claims in other chapter 11 cases (1.6). | Krieger, A. | 1.6 |
| 01/12/2004 | Review G-I Holdings material (.3). | Kruger, L. | 0.3 |
| 01/21/2004 | Grace Maryland Casualty, Continental Casualty -- attend to pleadings relating to Gerard motions to prosecute actions in Baltimore, including pleading to hold Gerard in contempt (.8). | Krieger, A. | 0.8 |
| 01/26/2004 | Attend to L. Chamber's supplemental affidavit in the Armstrong case (.1); exchanged memoranda with W. Katchen re: same (.1); | Krieger, A. | 1.1 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1438573v1

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | attend to recent article re: Libby, Montana asbestos issues (.2); telephone conference W. Katchen re: Newsome decision blocking confirmation and finding violation of 524(g) provisions (.1); attend to Newsome opinion in AC&S (.6). | | |
| 01/27/2004 | Memo to LK, KP re: Judge Newsome's decision in the AC and S case denying plan confirmation because of failure to comply with section 524(g) (.2); memo from KP re: same (.1); office conference LK re: same and application to Grace cases (.1). | Krieger, A. | 0.4 |
| 01/28/2004 | Attend to transcript of 1/16/04 argument before Judge Wolin (.6); attend to memorandum from R. Farrel (Navigant) re: asbestos reform legislation (.1); attend to memoranda from W. Katchen re: transcript (.1). | Krieger, A. | 0.8 |
| 01/30/2004 | Review Section 524(g) (1.0). | Krieger, A. | 1.0 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene | 7.1 | $ 495 | $ 3,514.50 |
| Kruger, Lewis | 0.7 | 725 | 507.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 4,022.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 4,022.00 |
|---|---|

| RE | Business Operations |
|----|---------------------|
|    | 699843  0013        |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 01/02/2004 | Attend to review of Debtors' motion re: ART credit facility modifications (.5). | Krieger, A. | 0.5 |
| 01/05/2004 | Attend to exchange of memoranda with M. Greenberg, S. Joffee re: 1/6/04 conference call to discuss tax related aspects of foreign subsidiary restructuring motion and the Massachusetts tax refund motion (.3); exchange of memoranda with S. Cunningham re: discussion with Pam Zilly re: the ART motion (.1); telephone conference S. Cunningham re: same (.2); telephone conference C. Lane re: pending motions (.1). | Krieger, A. | 0.7 |
| 01/05/2004 | Review of memorandum regarding financial restructuring. | Kruger, L. | 0.3 |
| 01/06/2004 | Extended conference call  M. Greenberg, E. Filon re: foreign restructuring, Massachusetts refund motions (1.5); exchanged  memoranda with L. Hamilton re: ART refinancing motion (.1); attend to ART credit agreements (.8); attend to FTI report of Grace's October 2003 operations (.5); office conference S. Cunningham re: ART motion (.3). | Krieger, A. | 3.2 |
| 01/12/2004 | Exchanged memoranda with M. Greenberg re: preparation of memorandum for the Committee discussing the restructuring motion (.2). | Krieger, A. | 0.2 |
| 01/20/2004 | Attend to FTI report on Grace's November 2003 operating results (.2); memo to L. Hamilton re: same (.1). | Krieger, A. | 0.3 |
| 01/22/2004 | Exchanged emails with M. Greenberg and L. Hamilton re: Committee position on restructuring motion (.3); conference call MG, L. Hamilton with E. Filon's office re: Committee position on restructuring motion (.1); telephone conference Jan Baer re: same | Krieger, A. | 1.5 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|------------|------|-------|
| | (.1); attend to review of proposed form of order approving the foreign restructuring (.1); exchanged memoranda with MG, L. Hamilton re: same (.2); further telephone conference L. Hamilton re: proposed form of order (.2); telephone conference C. Lane re: same and modifications (.1); conference call L. Hamilton, E. Filon, P. Zilly re: Committee's position on restructuring motion and request for continued information flow (.3); memoranda to MG re: same (.1). | | |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene | 6.4 | $ 495 | $ 3,168.00 |
| Kruger, Lewis | 0.3 | 725 | 217.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 3,385.50 |
|-------------------------------------------|-----------|

| TOTAL FOR THIS MATTER | $ 3,385.50 |
|-----------------------|-----------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1438573v1

| RE | Case Administration |
|----|---------------------|
|    | 699843 0014         |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 01/02/2004 | Researched court site docket for recently docketed pleadings. | Defreitas, V. | 0.4 |
| 01/05/2004 | Monitored ECF on line court docket for recently docketed pleadings and distribute same. | Defreitas, V. | 0.4 |
| 01/06/2004 | Review online court docket for recently docketed pleadings and distribute same. | Defreitas, V. | 0.4 |
| 01/06/2004 | Attend to discovery related matters (1.8); exchange of memoranda with KP, others re: discovery (.3); attend to 1/6/04 order issued by Judge Wolin (.1); memorandum to KP, LK re: same (.1). | Krieger, A. | 2.3 |
| 01/07/2004 | Researched courtsite docket for recently docketed pleadings and distribute same. | Defreitas, V. | 0.4 |
| 01/07/2004 | Numerous office conferences KP, LK and memoranda re: discovery related issues (1.0); attend to review of proposed stipulation and interrogatories (.1); memo to KP re: same (.1); telephone conference Jay Kapp re: requested extension on time to respond to pending motions (.1). | Krieger, A. | 1.3 |
| 01/07/2004 | Review of time records; office conference with K. Pasquale regarding discovery issues (.8). | Kruger, L. | 0.8 |
| 01/08/2004 | Review ECF Bankruptcy Court docket for recently docketed pleadings. | Defreitas, V. | 0.4 |
| 01/08/2004 | Attend to memoranda from KP re: draft stipulation and other discovery-related items (.2); office conference KP re: discovery-related matters (.1); review files for additional documents (1.5); telephone conference C. Lane re: extension on Committee's time to respond to pending motions (.1); telephone conference | Krieger, A. | 2.6 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1438573v1

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | J. Kapp re: extension on Committee's time to respond to pending motions (.1); telephone conference Jan Baer re: same (.3); attend to memo to the Committee re: discovery of Stroock (.1); attend to stipulation by Stroock (.1); attend to 1/8/04 Order of the Court re: discovery (.1). | | |
| 01/08/2004 | Office conference with K. Pasquale regarding discovery response (.3); telephone call with T. Maher regarding discovery issues (.2). | Kruger, L. | 0.5 |
| 01/09/2004 | Researched courtsite docket for recently docketed pleadings and distribute same. | Defreitas, V. | 0.4 |
| 01/09/2004 | Attend to review of Stroock declaration, recusal, motion, discovery (.2); memo to KP re: same (.1). | Krieger, A. | 0.3 |
| 01/09/2004 | Review of discovery response (.4); telephone call with T. Maher regarding discovery and Bernick's role in recusal matters (.3); review of memo to Committee and other issues regarding restructuring for non-debtors (.4). | Kruger, L. | 1.1 |
| 01/12/2004 | Review ECF Bankruptcy Court docket for recently docketed pleadings. | Defreitas, V. | 0.4 |
| 01/12/2004 | Memoranda from D. Sifre re: recusal pleadings (.1). | Krieger, A. | 0.1 |
| 01/13/2004 | Review of docket for 2004 Omni Gus Hearings order per A. Krieger. | Caskadon, A. | 0.2 |
| 01/13/2004 | Review online court docket for recently docketed pleadings and distribute same. | Defreitas, V. | 0.4 |
| 01/13/2004 | Attend to recusal related pleadings including exchanged memoranda with D. Sifre re: SSL recusal declaration (.1); telephone conference C. Lane re: Committee position on motion authorizing Massachusetts refund claims, motion with respect to Advanced Refining Technologies and the Local Rule Waiver motion (.1); office conference LK re: exclusivity request (.1); telephone conference C. Lane re: exclusivity extension motion (.1). | Krieger, A. | 0.4 |
| 01/14/2004 | Organization follow up of litigation review | Caskadon, A. | 1.0 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | project re: Fee Applications. | | |
| 01/14/2004 | Attend to recently filed pleadings including various compensation application notices, certificates of no objection; recusal related correspondence, other (.5). | Krieger, A. | 0.5 |
| 01/14/2004 | Office conference with K. Pasquale regarding preparation for hearing on recusal (.2); review of briefs (.3). | Kruger, L. | 0.5 |
| 01/15/2004 | Review ECF Bankruptcy Court docket for recently docketed pleadings. | Defreitas, V. | 0.4 |
| 01/15/2004 | Review of recusal briefs, pro and con from Grace, USG, and Owens Corning, et al. | Kruger, L. | 1.3 |
| 01/16/2004 | Researched court site docket for recently docketed pleadings and distribute same. | Defreitas, V. | 0.4 |
| 01/16/2004 | Attend to Committee memoranda re: recusal pleadings (.4); attend to review of Grace pleadings in opposition to recusal (1.3); attend to review of other recusal pleadings filed with the court, including DK Acquisition's brief in further support of recusal (2.8). | Krieger, A. | 4.5 |
| 01/20/2004 | Set up Committee conference call. | Caskadon, A. | 0.2 |
| 01/20/2004 | Review ECF Bankruptcy Court docket for recently docketed pleadings. | Defreitas, V. | 0.4 |
| 01/20/2004 | Exchanged memoranda with LK, MG re: Committee conference call to discuss foreign restructuring motion (.3); telephone conferences L. Hamilton re: same (.2); exchanged memoranda with LK re: Committee conference call to discuss 1/16/04 recusal motions' argument (.1); attend to review of 1/26/04 hearing agenda (.1); exchanged memoranda with M. Lastowski re: hearing and Committee's position on pending matters (.2); attend to Debtors' statement of amounts paid to ordinary course of professionals (.2); attend to updated docket (.1); attend to review of recusal pleadings filed re: 1/16/04 argument (1.1). | Krieger, A. | 2.3 |
| 01/21/2004 | Researched courtsite docket for recently docketed pleadings and distribute same. | Defreitas, V. | 0.4 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 01/21/2004 | Attend to review of Grace brief in further opposition to DK Acquisition and other recusal motions (2.6); memorandum to MG, LK , S. Cunningham re: materials reflecting valuation and plan-related services (.5). | Krieger, A. | 3.1 |
| 01/21/2004 | Review of memo to Committee regarding corporate restructuring (.2); telephone conference with Committee regarding recusal and corporate restructuring and exclusivity (.6); review of new Grace brief on recusal in opposition to DK (.3). | Kruger, L. | 1.1 |
| 01/22/2004 | Review online court docket for recently docketed pleadings and distribute same. | Defreitas, V. | 0.4 |
| 01/22/2004 | Telephone call with D. Siegel regarding Grace's approach to recusal, D. Bernick's memo of law and court presentation. | Kruger, L. | 0.4 |
| 01/23/2004 | Review ECF Bankruptcy Court docket for recently docketed pleadings. | Defreitas, V. | 0.4 |
| 01/23/2004 | Exchanged memoranda with KP re: January 26, 2004 hearing (.1); attend to second amended agenda notice (.1); attend to newly filed pleadings including response to claims transfer, order rescheduling ZAI pre-trial conference, other (.6); exchanged memoranda with C. Lane re: ZAI trial (.1). | Krieger, A. | 0.9 |
| 01/23/2004 | Office conference with A. Krieger and K. Pasquale and by phone with T. Maher regarding my telephone call with D. Siegel regarding recusal issues (.3). | Kruger, L. | 0.3 |
| 01/24/2004 | Attend to further amended agenda (.1). | Krieger, A. | 0.1 |
| 01/24/2004 | Exchanged memoranda with M. Lastowski re: amended agenda for 1/26/04 hearings. | Krieger, A. | 0.1 |
| 01/26/2004 | Monitored ECF on line court docket for recently docketed pleadings and distribute same. | Defreitas, V. | 0.4 |
| 01/26/2004 | Exchanged memoranda with M. Lastowski re: hearings cancelled; attended to recently filed pleadings including various fee applications | Krieger, A. | 0.3 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | (.2); attend to updated docket (.1). | | |
| 01/27/2004 | Review online court docket for recently docketed pleadings and distribute same. | Defreitas, V. | 0.4 |
| 01/27/2004 | Attend to transcript of 1/16/04 argument before Judge Wolin (1.9); office conference LK re: same (.1); attend to newly docketed pleadings (.3). | Krieger, A. | 2.3 |
| 01/28/2004 | Monitored ECF on line court docket for recently docketed pleadings and distribute same. | Defreitas, V. | 0.4 |
| 01/28/2004 | Attend to new pleadings filed, including various fee-related matters (.3). | Krieger, A. | 0.3 |
| 01/28/2004 | Telephone call with D. Bernick regarding recusal motion and D. Bernick's view. | Kruger, L. | 0.3 |
| 01/28/2004 | Review e-mails from Vaughn Defreitas and file. | Mariano, C. | 0.3 |
| 01/29/2004 | Monitored ECF on line court docket for recently docketed pleadings and distribute same. | Defreitas, V. | 0.4 |
| 01/29/2004 | Attend to Examiner's Final Report on SSL's Tenth Fee Application (.1); telephone conference L. Hamilton re: meeting with Company's management in March (.1); exchanged memoranda with LK, KP re: proposed meeting with the Committee (.1); attend to newly field pleadings (.1). | Krieger, A. | 0.4 |
| 01/30/2004 | Monitored ECF on line court docket for recently docketed pleadings and distribute same. | Defreitas, V. | 0.4 |
| 01/30/2004 | Attend to exclusivity motion (.2); memoranda to LK re: exclusivity (.1); exchanged memoranda with L. Hamilton (.1) and with L. Kruger re Committee meeting with the Debtors for March 30, 2004 (.1); office conference L. Hamilton re: March Committee meeting and business plan meeting (.1); attend to review of Royal's response re: excusable neglect determination (.2). | Krieger, A. | 0.8 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Caskadon, Alexandra | 1.4 | $ 180 | $ 252.00 |
| Defreitas, Vaughn | 7.6 | 115 | 874.00 |
| Krieger, Arlene | 22.6 | 495 | 11,187.00 |
| Kruger, Lewis | 6.3 | 725 | 4,567.50 |
| Mariano, Christine | 0.3 | 180 | 54.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 16,934.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 16,934.50 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5200 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1438573v1

| RE | Claims Analysis/Objections/Administration (Non-Asbestos)<br>699843  0015 | | |
|---|---|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 01/03/2004 | Attend to Debtors' motion to waive compliance with certain requirements of Local Rule 3007-1 (.2). | Krieger, A. | 0.2 |
| 01/20/2004 | Attend to review of Debtor's reply to PD Committee objection to motion to waive certain provisions of 3007 (.3); attend to review of PD Committee's objection thereto (.2); attend to Debtors' reply re: applicability of the excusable neglect standard to mistakes of fact and/or law regarding Royal Insurance matter (.6). | Krieger, A. | 1.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene | 1.3 | $ 495 | $ 643.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 643.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 643.50 |
|---|---|

| RE | Committee, Creditors', Noteholders', or Equity Holders' |
|----|---------------------------------------------------------|
|    | 699843  0017 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 01/02/2004 | Attend to memoranda to the Committee restructuring motion (.3); attend to preparation of memoranda re: Debtors' motion seeking to amend credit agreement with ART (1.2); attend to preparation of memoranda re: Debtors' motion wavering compliance with Local Rule 3007-1 (.5). | Krieger, A. | 2.0 |
| 01/05/2004 | Review and revise memorandum to the Committee re: pending motions (1.8); memo to L. Hamilton re: draft pending motion memorandum (.2). | Krieger, A. | 2.0 |
| 01/06/2004 | Memo to M. Greenberg, M. Eichler re: memo to Committee discussing Massachusetts tax settlement (.2). | Krieger, A. | 0.2 |
| 01/06/2004 | Review, revise memorandum to the Committee re: Massachusetts Refund matter (1.1); review memorandum from FTI re: Massachusetts tax claim motion (.5). | Krieger, A. | 1.6 |
| 01/07/2004 | Memo to John Rooney re: memorandum discussing Massachusetts tax refund motion (.1); review further memorandum to the Committee re: motion to waive Local Rule 3007-1 (.4); telephone conference John Rooney re: memo regarding ART Motion (.4); further revision of ART memorandum (.1). | Krieger, A. | 1.0 |
| 01/08/2004 | Exchanged memoranda with M. Greenberg, M. Eichler re: memorandum to the Committee re: Massachusetts tax refund motion (.1); revise memo to reflect M. Eichler's comments (.1); memo to T. Maher re: memorandum discussing pending motions and discussion with Grace on foreign restructuring matter (.4). | Krieger, A. | 0.6 |
| 01/09/2004 | Memorandum to the Committee re pending motions (.3). | Krieger, A. | 0.3 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 01/13/2004 | Exchange of memorandum with Committee member re: exclusivity and plan-related discussions (.3); telephone conference C. Lane re: exclusivity motion (.1); memoranda LK re: same (.1). | Krieger, A. | 0.5 |
| 01/15/2004 | Attend to review of revised memo to the Committee re: restructuring motion (.3); office conference LK re: same (.1); exchanged memoranda with ME, MG re: above (.6); memo to T. Maher re: memorandum discussing restructuring (.4); memoranda to the Committee re: recusal pleadings (.8). | Krieger, A. | 2.2 |
| 01/16/2004 | Exchanged memoranda with T. Maher re: Committee memorandum discussing restructuring motion (.2); memo to LK re: same (.1). | Krieger, A. | 0.3 |
| 01/20/2004 | Memorandum to the Committee re: foreign restructuring motion (.4); exchanged memoranda with T. Maher regarding Committee conference call to discuss the restructuring motion (.2); office conference LK re: Committee conference call (.1); memorandum to the Committee re: conference call and agenda (.3); exchanged memoranda with Committee members re: conference call (.3). | Krieger, A. | 1.3 |
| 01/21/2004 | Telephone conference G. Hellerman re: Committee memoranda (.1); memoranda to G. Hellerman (.2); telephone conference L. Hamilton re: restructuring motion and discussion thereof (.2); memo to L. Hamilton re: Committee contact information (.1); reviewed memoranda for Committee call (.5); Committee conference call re: Debtors' restructuring motion, argument on recusal motions, exclusivity, other (.7); follow-up office conferences M. Greenberg re: monitoring of process between approval and implementation, additional valuation information, refinements (.3); telephone conference L. Hamilton re: restructuring motion and cash position (.2). | Krieger, A. | 2.3 |
| 01/21/2004 | Participated in creditors Committee telephonic meeting (.8). | Pasquale, K. | 0.8 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 01/27/2004 | Memo to K. Kelly re: Committee By-Laws (.2); office conference LK re: same (.1); memorandum to the Committee re: transcript of 1/16/04 argument on recusal motions (.3). | Krieger, A. | 0.6 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene | 14.9 | $ 495 | $ 7,375.50 |
| Pasquale, Kenneth | 0.8 | 550 | 440.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 7,815.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 7,815.50 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1438573v1

| RE | Fee Application, Applicant<br>699843  0018 | | |
| --- | --- | --- | --- |

| DATE | DESCRIPTION | NAME | HOURS |
| --- | --- | --- | --- |
| 01/06/2004 | Complete review of time detail for November and part of December (1.1). | Krieger, A. | 1.1 |
| 01/13/2004 | Review November bill per accounting and A. Krieger changes. | Caskadon, A. | 2.3 |
| 01/21/2004 | Further November detail review (.7); office conference AC re: same (.1). | Krieger, A. | 0.8 |
| 01/22/2004 | Review Grace per accounting changes. | Caskadon, A. | 1.0 |
| 01/23/2004 | Prepare serve and cause to have filed November fee statement. | Caskadon, A. | 2.0 |
| 01/26/2004 | Attend to review of December time detail for preparation of fee application (1.1). | Krieger, A. | 1.1 |
| 01/29/2004 | Revise and re-serve notice of November fee app per Court's instructions. | Caskadon, A. | 1.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
| --- | --- | --- | --- |
| Caskadon, Alexandra | 6.5 | $ 180 | $ 1,170.00 |
| Krieger, Arlene | 3.0 | 495 | 1,485.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 2,655.00 |
| --- | --- |

| TOTAL FOR THIS MATTER | $ 2,655.00 |
| --- | --- |

| RE | Fee Application, Others<br>699843  0020 | |
|---|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 01/06/2004 | Attend to various recently filed fee applications including Tsergui, Caplin & Drysdale, other. | Krieger, A. | 0.8 |
| 01/20/2004 | Attend to review of numerous fee applications including Caplin & Drysdale, Ferry & Joseph (.2). | Krieger, A. | 0.2 |
| 01/23/2004 | Prepare, serve and cause to have filed November fee statement. | Caskadon, A. | 1.8 |
| 01/29/2004 | Revise and re-serve notice of November fee app per Court's instructions. | Caskadon, A. | 1.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Caskadon, Alexandra | 3.0 | $ 180 | $ 540.00 |
| Krieger, Arlene | 1.0 | 495 | 495.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,035.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 1,035.00 |
|---|---|

| RE | Expenses 699843  0024 |
|----|------|

**MATTER DISBURSEMENT SUMMARY**

| | |
|---|---|
| Outside Messenger Service | $ 25.18 |
| Meals | 23.62 |
| Local Transportation | 157.72 |
| Long Distance Telephone | 660.93 |
| Duplicating Costs-in House | 123.40 |
| Process Service & Calendar Watch | 675.72 |
| In House Messenger Service | 21.95 |
| Lexis/Nexis | 154.75 |
| Travel Expenses - Transportation | 74.66 |

| TOTAL DISBURSEMENTS/CHARGES | $ 1,917.93 |
|---|---|

| TOTAL FOR THIS MATTER | $ 1,917.93 |
|---|---|

| RE | Hearings |
|---|---|
| | 699843  0037 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 01/16/2004 | Attended recusal court hearing before Judge Wolin (2.1); telephone call with T. Maher regarding Bernick's brief, court preparation and his call with WR Grace's CEO (.3). | Kruger, L. | 2.4 |
| 01/23/2004 | Review revised court agenda (.2). | Kruger, L. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Kruger, Lewis | 2.6 | $ 725 | $ 1,885.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,885.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 1,885.00 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1438573v1

| RE | Tax Issues |
|----|-----------|
|    | 699843  0047 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 01/02/2004 | E-mails and calls re: Tuesday call; review motion and review memorandum. | Greenberg, M. | 0.3 |
| 01/02/2004 | Exchanged memoranda with M. Greenberg re: 1/6/03 conference call with E. Fallon to address restructuring and other tax-related matters (.1); office conference MG re: same (.1). | Krieger, A. | 0.2 |
| 01/05/2004 | Reviewing motion re: foreign restructuring (.5); research re: Section 956 treatment of repatriated cash as a dividend (2.4). | Eichler, M. | 2.9 |
| 01/05/2004 | Review materials and tax authorities (3.0); discussions with ME re: same (1.0). | Greenberg, M. | 4.0 |
| 01/05/2004 | Attend to memorandum and schedules re: foreign restructuring (1.6); memorandum to LK re: financial restructuring materials (.3). | Krieger, A. | 1.9 |
| 01/06/2004 | Conference call with Grace and FTI re: tax issues with foreign restructuring and Massachusetts motion (1.6); reviewing memo prepared by A. Krieger re: Massachusetts motion (.3). | Eichler, M. | 1.9 |
| 01/06/2004 | Call with Elyse Napoli et al re: foreign restructuring and motion for Mass settlement (1.4); discussion with A Krieger and M Eichler and analysis re: 956 issues and alternative structures for foreign restructuring (.9). | Greenberg, M. | 2.3 |
| 01/08/2004 | Reviewing memos and schedules provided by Grace relating to foreign restructuring in preparation for conference call (1.8); conference call with Grace re: foreign restructuring (1.4); follow-up call with FTI re: foreign restructuring (1.0); providing A Krieger with comments on her memo on the Massachusetts motion (.3). | Eichler, M. | 4.5 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 01/08/2004 | Call with Eichler, Krieger, FTI and discussion of new chart (1.0); call with FTI and Elyse Fallon et al re: foreign restructuring (1.0); call with Krieger and Joffe and discussion with Eichler re: memorandum to the Committee (.6). | Greenberg, M. | 2.6 |
| 01/08/2004 | Conference call with ME, M. Eichler and representative of FTI re: outstanding issues for restructuring foreign subsidiaries matter (.8); extended conference with Grace representative re: restructuring motion (1.3); follow-up conference call with MG, ME and representative of FTI re: preparation of Committee memorandum discussing restructuring (.2). | Krieger, A. | 2.3 |
| 01/09/2004 | Review motions (.2); analysis re: foreign restructuring (.2) ; review materials forwarded re: valuation (.3). | Greenberg, M. | 0.7 |
| 01/12/2004 | Drafting memo re: issues with respect to foreign restructuring (7.5); conference call with F.T.I. re: same (.5). | Eichler, M. | 8.0 |
| 01/12/2004 | Review and analysis of memo re: foreign restructuring (2.0); call with FTI re: same (.6). | Greenberg, M. | 2.6 |
| 01/13/2004 | Drafting memo re: issues with respect to foreign restructuring (1.7); reviewing changes made to memo by M. Greenberg (.3). | Eichler, M. | 2.0 |
| 01/13/2004 | Review memo re: foreign restructuring and comments re: same (1.1); discussion with ME re: same (.3); call with Elyse and e-mails re: valuations (.4). | Greenberg, M. | 1.8 |
| 01/14/2004 | Meeting with A. Krieger re: comments on foreign restructuring memo (.5); revising memo to reflect comments (2.8). | Eichler, M. | 3.3 |
| 01/14/2004 | Review and comment re: memo (.7); discussion with MAL and AK re: same (.6). | Greenberg, M. | 1.3 |
| 01/14/2004 | Exchanged memoranda with M. Eichler re: memoranda to the Committee discussing the proposed restructuring motion (.2); attend to draft memorandum (.7); office conference M. Eichler re comments to draft restructuring memorandum (.5); reviewed revised | Krieger, A. | 1.6 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
|  | Committee memorandum (.1); attend to further memoranda with M. Greenberg, M. Eichler re: same (.1). |  |  |
| 01/15/2004 | T/c with FTI re: comments on foreign restructuring memo. | Eichler, M. | 0.5 |
| 01/15/2004 | Review memorandum re: foreign structure (.6); discussion with ME re: same (.3). | Greenberg, M. | 0.9 |
| 01/21/2004 | Conference call with Creditors Committee re: foreign restructuring. | Eichler, M. | 0.7 |
| 01/21/2004 | Prepare for and call with Committee re: foreign restructuring; follow up e-mails. | Greenberg, M. | 1.1 |
| 01/22/2004 | E-mails re: tax meeting and review materials re: proposing agenda. | Greenberg, M. | 0.4 |
| 01/26/2004 | Discussion with M. Greenberg re: tax issues in restructuring (.5); t/c with FTI, review of tax issues - agenda for February meeting with Grace (.8). | Eichler, M. | 1.3 |
| 01/26/2004 | Conf w/Eichler re: tax issues and review materials re: possible agenda items (.9); call with FTI re: agenda for tax meeting (.7). | Greenberg, M. | 1.6 |
| 01/29/2004 | Review and comment re proposed agenda and analysis of questions asked. | Greenberg, M. | 0.8 |
| 01/30/2004 | Meeting with M. Greenberg and A. Krieger re: agenda for tax meeting (.4); conference call with FTI re: same (.5). | Eichler, M. | 0.9 |
| 01/30/2004 | Review materials re: possible agenda (.5); meeting with Krieger and Eichler (.6); call with FTI re: same (.6). | Greenberg, M. | 1.7 |
| 01/30/2004 | Exchanged memoranda with M. Greenberg re: conference to discuss tax-related issues (.1); review proposed agenda items for 2/18/04 meeting with Grace, other materials (.3); office conference MG, M. Eichler re: agenda for meeting with Grace and conference call FTI personnel (1.4); office conference LK re: tax-related meeting with Grace (.2); follow-up telephone conference M. Greenberg re: 2/18/04 meeting (.1). | Krieger, A. | 2.1 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Eichler, Mark | 26.0 | $ 440 | $ 11,440.00 |
| Greenberg, Mayer | 22.1 | 550 | 12,155.00 |
| Krieger, Arlene | 8.1 | 495 | 4,009.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 27,604.50 |
|------------------------------------------|-------------|

| TOTAL FOR THIS MATTER | $ 27,604.50 |
|-----------------------|-------------|

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 65,980.50 |
|------------------------------------------|-------------|
| TOTAL DISBURSEMENTS/CHARGES | $ 1,917.93 |
| TOTAL BILL | $ 67,898.43 |

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown. Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1438573v1

**WR GRACE & CO**
**DISBURSEMENT SUMMARY**
**JANUARY 1, 2004 - JANUARY 31, 2004**

| | |
|---|---|
| Outside Messenger Service | $    25.18 |
| Meals | 23.62 |
| Local Transportation | 157.72 |
| Long Distance Telephone | 660.93 |
| Duplicating Costs-in House | 123.4 |
| Process Service & Calendar Watch | 675.72 |
| In House Messenger Service | 21.95 |
| Lexis/Nexis | 154.75 |
| Travel Expenses - Transportation | 74.66 |
| | |
| **TOTAL** | **$1,917.93** |

# STROOCK

## Disbursement Register

| CLIENT | W R Grace & Co | |
|--------|----------------|---|
| | 7500 Grace Drive | |
| | Columbia,  MD  21044-4098 | |

FOR EXPENSES INCURRED in the captioned matter for the period through January 31, 2004, including:

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| **Outside Messenger Service** | | |
| 01/23/2004 | VENDOR: UPS; INVOICE#: 0000010X827044; DATE: 01/24/04 FROM 844 N King Street 180 Maiden Lane, New York, NY TO Frank J. Perch, Esq. Office of the US Trustee (D, , WILMINGTON, DE 19801 | 5.70 |
| 01/23/2004 | VENDOR: UPS; INVOICE#: 0000010X827044; DATE: 01/24/04 FROM 1100 North Market Street 180 Maiden Lane, New York, NY TO Shelley A. Caban Duane Morris LLP, , WILMINGTON, DE 19801 | 5.70 |
| 01/23/2004 | VENDOR: UPS; INVOICE#: 0000010X827044; DATE: 01/24/04 FROM 7500 Grace Drive 180 Maiden Lane, New York, NY TO David B. Siegal WR Grace & Co., , COLUMBIA, MD 21044 | 5.70 |
| 01/23/2004 | VENDOR: UPS; INVOICE#: 0000010X827044; DATE: 01/24/04 FROM Republic Center 180 Maiden Lane, New York, NY TO Warren H. Smith Warren H. Smith & Associate, , DALLAS, TX 75201 | 8.08 |
| **Outside Messenger Service Total** | | **25.18** |
| **Meals** | | |
| 01/23/2004 | VENDOR: Seamless Web; INVOICE#: 35561; DATE: 01/28/04 - Go Sushi (Downtown) | 23.62 |
| **Meals Total** | | **23.62** |
| **Local Transportation** | | |
| 01/07/2004 | VENDOR: Lewis Kruger; INVOICE#: 12/31/03; DATE: 1/7/2004  - 11/09/03     MTG. WITH L.CHAMBERS - PARKING CHARGES | 9.00 |
| 01/08/2004 | Elite Limousine KRUGER 12/11/03 11:55 from 180 MAIDEN LN to | 38.25 |

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| | 200 E. 54 ST | |
| 01/08/2004 | Elite Limousine KRUGER 12/11/03 16:38 from 767 3 AVE to PIERRE HOTEL | 100.47 |
| 01/28/2004 | VENDOR: Petty Cash; INVOICE#: 01/27/04; DATE: 1/28/2004 - 01/26/04    NY PETTY CASH   M.GREENBERG | 10.00 |
| | **Local Transportation Total** | **157.72** |

**Long Distance Telephone**

| | | |
|---|---|---|
| 01/05/2004 | EXTN.5544, TEL.201-556-4040, S.T.11:33, DUR.00:36 | 0.38 |
| 01/05/2004 | EXTN.5544, TEL.312-861-3268, S.T.11:37, DUR.04:12 | 1.92 |
| 01/05/2004 | EXTN.5544, TEL.312-861-2124, S.T.17:08, DUR.00:54 | 0.38 |
| 01/06/2004 | EXTN.6286, TEL.201-556-4077, S.T.09:37, DUR.1:10:12 | 27.19 |
| 01/06/2004 | EXTN.6286, TEL.561-362-1302, S.T.09:41, DUR.1:07:00 | 25.66 |
| 01/06/2004 | EXTN.6286, TEL.410-531-4185, S.T.09:42, DUR.17:42 | 6.89 |
| 01/07/2004 | EXTN.5544, TEL.312-861-2124, S.T.18:56, DUR.03:24 | 1.53 |
| 01/08/2004 | EXTN.5544, TEL.312-861-3268, S.T.10:52, DUR.02:48 | 1.15 |
| 01/08/2004 | EXTN.5544, TEL.312-861-2162, S.T.12:27, DUR.01:24 | 0.77 |
| 01/08/2004 | EXTN.5544, TEL.304-345-7506, S.T.15:04, DUR.57:54 | 22.21 |
| 01/08/2004 | EXTN.5544, TEL.312-861-2162, S.T.16:24, DUR.05:00 | 1.92 |
| 01/08/2004 | EXTN.6286, TEL.304-345-7506, S.T.15:04, DUR.57:54 | 22.21 |
| 01/13/2004 | EXTN.3544, TEL.312-861-3268, S.T.17:48, DUR.01:06 | 0.77 |
| 01/13/2004 | EXTN.6286, TEL.561-361-1302, S.T.13:42, DUR.00:06 | 0.38 |
| 01/13/2004 | EXTN.6286, TEL.561-362-1302, S.T.13:43, DUR.03:42 | 1.53 |
| 01/15/2004 | VENDOR: Deraventures, Inc.; INVOICE#: 01040-02201-04; DATE: 1/5/2004  -  Telecommunication charges | 533.03 |
| 01/21/2004 | EXTN.5544, TEL.301-596-0053, S.T.10:10, DUR.00:36 | 0.38 |
| 01/21/2004 | EXTN.5544, TEL.201-556-4021, S.T.16:48, DUR.13:36 | 5.36 |
| 01/22/2004 | EXTN.5431, TEL.801-320-6721, S.T.16:35, DUR.01:00 | 0.38 |
| 01/22/2004 | EXTN.5544, TEL.312-861-2162, S.T.15:12, DUR.02:54 | 1.15 |
| 01/22/2004 | EXTN.6286, TEL.201-556-4021, S.T.10:09, DUR.04:36 | 1.92 |
| 01/22/2004 | EXTN.6286, TEL.561-362-1312, S.T.10:11, DUR.03:06 | 1.53 |
| 01/23/2004 | EXTN.5430, TEL.908-507-1632, S.T.15:58, DUR.00:12 | 0.38 |
| 01/23/2004 | EXTN.5430, TEL.908-507-1632, S.T.15:59, DUR.01:18 | 0.77 |
| 01/28/2004 | EXTN.2006, TEL.847-722-2589, S.T.16:45, DUR.01:00 | 0.38 |
| 01/29/2004 | EXTN.5431, TEL.201-556-4003, S.T.12:05, DUR.00:24 | 0.38 |
| 01/29/2004 | EXTN.5431, TEL.410-531-4170, S.T.15:24, DUR.00:30 | 0.38 |
| | **Long Distance Telephone Total** | **660.93** |

**Duplicating Costs-in House**

| | |
|---|---|
| 01/02/2004 | 0.40 |
| 01/02/2004 | 4.50 |
| 01/05/2004 | 0.10 |
| 01/05/2004 | 3.60 |
| 01/06/2004 | 49.80 |
| 01/07/2004 | 12.40 |
| 01/07/2004 | 0.30 |
| 01/08/2004 | 0.70 |
| 01/09/2004 | 0.90 |
| 01/16/2004 | 8.60 |

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/23/2004 | | 28.20 |
| 01/26/2004 | | 0.10 |
| 01/27/2004 | | 1.20 |
| 01/27/2004 | | 8.00 |
| 01/27/2004 | | 4.60 |
| | **Duplicating Costs-in House Total** | **123.40** |

**Process Service & Calendar Watch**

| | | |
|---|---|---|
| 01/07/2004 | VENDOR: U.S. Document Retrieval Service, Inc.; INVOICE#: 36002; DATE: 1/7/2004  -  Research & Document Retrieval | 93.53 |
| 01/08/2004 | VENDOR: U.S. Document Retrieval Service, Inc.; INVOICE#: 35995; DATE: 1/8/2004  -  Research & Document Retrieval | 578.97 |
| 01/21/2004 | Pacer search service | 0.07 |
| 01/21/2004 | Pacer search service | 0.07 |
| 01/21/2004 | Pacer search service | 0.07 |
| 01/21/2004 | Pacer search service | 0.07 |
| 01/21/2004 | Pacer search service | 0.07 |
| 01/21/2004 | Pacer search service | 1.26 |
| 01/21/2004 | Pacer search service | 0.07 |
| 01/21/2004 | Pacer search service | 1.26 |
| 01/21/2004 | Pacer search service | 0.07 |
| 01/21/2004 | Pacer search service | 0.07 |
| 01/21/2004 | Pacer search service | 0.07 |
| 01/21/2004 | Pacer search service | 0.07 |
| | **Process Service & Calendar Watch Total** | **675.72** |

**In House Messenger Service**

| | | |
|---|---|---|
| 01/20/2004 | Early Bird Messenger 1/9/04 Paul Weiss Rifkind 1285 6th Ave | 21.95 |
| | **In House Messenger Service Total** | **21.95** |

**Lexis/Nexis**

| | | |
|---|---|---|
| 01/05/2004 | | 154.75 |
| | **Lexis/Nexis Total** | **154.75** |

**Travel Expenses - Transportation**

| | | |
|---|---|---|
| 01/14/2004 | VENDOR: CHASE Business Credit Card; INVOICE#: 010204; DATE: 1/2/2004  -  Visa charge 12/02/03  L Kruger Penn NY to Philadelphia | 74.66 |
| | **Travel Expenses - Transportation Total** | **74.66** |

## BILL DISBURSEMENT SUMMARY

| | |
|---|---|
| Outside Messenger Service | $ 25.18 |
| Meals | 23.62 |
| Local Transportation | 157.72 |
| Long Distance Telephone | 660.93 |
| Duplicating Costs-in House | 123.40 |
| Process Service & Calendar Watch | 675.72 |
| In House Messenger Service | 21.95 |
| Lexis/Nexis | 154.75 |
| Travel Expenses - Transportation | 74.66 |

| | |
|---|---|
| **TOTAL DISBURSEMENTS/CHARGES** | $ 1,917.93 |

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown.
Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.



805 15th Street NW, Suite 500
Washington, DC 20005
202.371.9770   phone
202.371.6601   fax

February 17, 2004

Stroock, Stroock & Lavan, LLP
180 Maiden Lane
New York, New York   10038

Attention:      Kenneth Pasquale

---

### *For Services Rendered For*
### *W. R. Grace Creditor's Committee - January 2004*

---

**Professional Fees:**

| | | |
|---|---|---|
| LC | 15.50 hrs. @ $510 | $7,905.00 |
| LG | 1.00 hrs. @ $450 | 450.00 |
| DC | .80 hrs. @ $450 | 360.00 |
| PM | 9.00 hrs. @ $400 | 3,600.00 |
| BN | 44.50 hrs. @ $290 | 12,905.00 |
| MA | 21.70 hrs. @ $280 | 6,076.00 |
| BLB | 6.10 hrs. @ $275 | 1,677.50 |
| JLM | 2.50 hrs. @ $260 | 650.00 |
| KZ | 1.00 hrs. @ $210 | 210.00 |
| CE | 60.60 hrs. @ $170 | 10,302.00 |
| RJ | 12.00 hrs. @ $120 | 1,440.00 |
| AJ | 3.00 hrs. @ $120 | 360.00 |
| TJ | 2.10 hrs. @ $ 85 | <u>178.50</u> |

**Total Professional Fees** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$46,114.00**

**Expenses:**

| | | |
|---|---|---|
| Travel - Letitia Chambers to Florida | | |
| | Airfare | $650.97 |
| | Ground Transportation | 45.00 |
| | Hotel | 273.90 |
| Travel - Bernadette Nye to Florida | | |
| | Airfare | 182.70 |
| | Ground Transportation | 181.00 |
| | Hotel | <u>207.00</u> |

**Total Expenses** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **<u>$1,540.57</u>**

**Total Amount Due for January Services and Expenses** . . . . . . . . . . . . . . . . . . . . . . . . . **$47,654.57**

**Outstanding Invoices:**

| | |
|---|---|
| December 15, 2003 | $30,463.00 |
| January 15, 2004 | <u>27,005.00</u> |

**Total Outstanding Invoices** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$57,468.00**

**Total Amount Due for January Services, Expenses and Outstanding Invoices** . . . . . . . . $105,122.57