IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

--------------------------x

In re:                                        Chapter 11

W.R. GRACE & Co., et al.,                     Case No. 01-01139 (JKF)
                                              (Jointly Administered)

                    Debtors

THIRTY-FOURTH INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM JANUARY 1, 2004 THROUGH FEBRUARY 3, 2004)

| | |
|---|---|
| Name of Applicant: | FTI Policano & Manzo |
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors |
| Date of Retention: | June 21, 2001 |
| Period for which compensation and reimbursement is sought: | January 1, 2004 through February 3, 2004 |
| Amount of Compensation sought as actual, reasonable and necessary (80% of $92,750.50): | $74,200.40 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary (100%): | $1,138.73 |

This is the final monthly fee application for FTI in these cases.  FTI was replaced by
Capstone Corporate Recovery, LLC as financial advisors to the Official Committee of
Unsecured Creditors, nunc pro tunc to February 4, 2004, subject to order by the Court.
A final quarterly fee application will be filed by FTI in due course.

The total time expended for fee application preparation activities is approximately 25.9
hours and corresponding compensation requested is approximately $5,902.80  (80% of
the fees incurred of $7,378.50).  The time expended totaled approximately 17.9 hours
spent on preparation of the thirty-second and thirty-third monthly interim fee applications
and the quarterly fee application, and includes 8.0 hours spent by a paraprofessional
assisting in preparation of the applications.

This is the Thirty-fourth application filed.  Disclosure for prior periods and current period
is as follows:

THIRTY-FOURTH INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM JANUARY 1, 2004 THROUGH FEBRUARY 3, 2004)

**ATTACHMENT A**
**TO FEE APPLICATION**

| Date Filed (on or about) | Period Covered | Requested Fees (100%) | Requested Expenses (100%) | Fees | Expenses |
|---|---|---|---|---|---|
| June 28, 2001 | April 20, 2001 through April 30, 2001 | $16,008.00 | $667.95 | $12,806.40 (80% of requested fees) | $667.95 |
| June 28, 2001 | May 1, 2001 through May 31, 2001 | $104,081.50 | $2,513.09 | $83,265.20 (80% of requested fees) | $2,513.09 |
| July 28, 2001 | June 1, 2001 through June 30, 2001 | $75,916.00 | $3,913.13 | $60,732.80 (80% of requested fees) | $3,913.13 |
| August 28, 2001 | July 1, 2001 through July 31,2001 | $71,989.50 | $3,871.54 | $57,591.60 (80% of requested fees) | $3,871.54 |
| September 28, 2001 | August 1, 2001 through August 31, 2001 | $70,425.00 | $1,092.45 | $56,340.00 (80% of requested fees) | $1,092.45 |
| October 30, 2001 | September 1, 2001 through September 30, 2001 | $104,816.50 | $3,028.40 | $83,853.20 (80% of requested fees) | $3,028.40 |
| November 29, 2001 | October 1, 2001 through October 31, 2001 | $42,643.00 | $3,670.86 | $34,114.40 (80% of requested fees) | $3,670.86 |
| December 28, 2001 | November 1, 2001 through November 30, 2001 | $50,048.50 | $1,864.72 | $40,038.80 (80% of requested fees) | $1,864.72 |
| January 28, 2002 | December 1, 2001 through December 31, 2001 | $53,986.50 | $1,005.29 | $43,189.20 (80% of requested fees) | $1,005.29 |
| February 28, 2002 | January 1, 2002 through January 31, 2002 | $63,207.00 | $2,549.70 | $50,565.60 (80% of requested fees) | $2,549.70 |
| March 28, 2002 | February 1, 2002 through February 28, 2002 | $27,249.50 | $1,874.43 | $21,799.60 (80% of requested fees) | $1,874.43 |

THIRTY-FOURTH INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM JANUARY 1, 2004 THROUGH FEBRUARY 3, 2004)

**ATTACHMENT A**
**TO FEE APPLICATION**

| Date Filed (on or about) | Period Covered | Requested Fees (100%) | Expenses (100%) | Fees | Expenses |
|---|---|---|---|---|---|
| April 28, 2002 | March 1, 2002 through March 31, 2002 | $106,680.50 | $1,919.09 | $85,344.40 (80% of requested fees) | $1,919.09 |
| May 29, 2002 | April 1, 2002 through April 30, 2002 | $102,314.00 | $4,657.40 | $81,851.20 (80% of requested fees) | $4,657.40 |
| June 28, 2002 | May 1, 2002 through May 31, 2002 | $50,027.00 | $2,207.14 | $40,021.60 (80% of requested fees) | $2,207.14 |
| July 29, 2002 | June 1, 2002 through June 30, 2002 | $43,359.00 | $1,381.59 | $34,687.20 (80% of requested fees) | $1,381.59 |
| August 31, 2002 | July 1, 2002 through July 31, 2002 | $23,895.50 | $473.91 | $19,116.40 (80% of requested fees) | $473.91 |
| September 30, 2002 | August 1, 2002 through August 31, 2002 | $76,092.50 | $1,264.23 | $60,874.00 (80% of requested fees) | $1,264.23 |
| October 31, 2002 | September 1, 2002 through September 30, 2002 | $45,079.00 | $43.14 | $36,063.20 (80% of requested fees) | $43.14 |
| November 30, 2002 | October 1, 2002 through October 31, 2002 | $46,633.50 | $256.76 | $37,306.80 (80% of requested fees) | $256.76 |
| December 31, 2002 | November 1, 2002 through November 30, 2002 | $44,622.50 | $824.96 | $35,698.00 (80% of requested fees) | $824.96 |
| January 31, 2003 | December 1, 2002 through December 31, 2002 | $42,335.00 | $34.69 | $33,868.00 (80% of requested fees) | $34.69 |
| February 28, 2003 | January 1, 2003 through January 31, 2003 | $71,517.00 | $831.54 | $57,213.60 (80% of requested fees) | $831.54 |

THIRTY-FOURTH INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM JANUARY 1, 2004 THROUGH FEBRUARY 3, 2004)

**ATTACHMENT A**
**TO FEE APPLICATION**

| Date Filed (on or about) | Period Covered | Requested Fees (100%) | Requested Expenses (100%) | Fees | Expenses |
|---|---|---|---|---|---|
| March 28, 2003 | February 1, 2003 through February 28, 2003 | $131,416.50 | $2,264.79 | $105,133.20 (80% of requested fees) | $2,264.79 |
| April 30, 2003 | March 1, 2003 through March 31, 2003 | $94,355.00 | $769.04 | $75,484.00 (80% of requested fees) | $769.04 |
| May 31, 2003 | April 1, 2003 through April 30, 2003 | $39,810.00 | $133.70 | $31,848.00 (80% of requested fees) | $133.70 |
| June 30, 2003 | May 1, 2003 through May 31, 2003 | $70,371.00 | $847.39 | $56,296.80 (80% of requested fees) | $847.39 |
| July 31, 2003 | June 1, 2003 through June 30, 2003 | $62,684.00 | $408.81 | $50,147.20 (80% of requested fees) | $408.81 |
| August 31, 2003 | July 1, 2003 through July 31, 2003 | $61,294.00 | $780.87 | $49,035.20 (80% of requested fees) | $780.87 |
| September 26, 2003 | August 1, 2003 through August 31, 2003 | $90,447.50 | $1,312.37 | $72,358.00 (80% of requested fees) | $1,312.37 |
| October 24, 2003 | September 1, 2003 through September 30, 2003 | $97,227.50 | $1,464.59 | $77,782.00 (80% of requested fees) | $1,464.59 |
| December 1, 2003 | October 1, 2003 through October 31, 2003 | $75,036.00 | $1,282.62 | $60,028.80 (80% of requested fees) | $1,282.62 |
| January 5, 2004 | November 1, 2003 through November 31, 2003 | $67,009.00 | $815.91 | $53,607.20 (80% of requested fees) | $815.91 |

4

| | | Requested | | | |
|---|---|---|---|---|---|
| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees | Expenses |
| January 26, 2004 | December 1, 2003 through December 31, 2003 | $105,609.00 | $222.05 | $84,487.20 (80% of requested fees) | $222.05 |
| February 29, 2004 | January 1, 2004 through February 3, 2004 | $92,750.50 | $1,138.73 | $74,200.40 (80% of requested fees) | $1,138.73 |

THIRTY-FOURTH INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM JANUARY 1, 2004 THROUGH FEBRUARY 3, 2004)

**ATTACHMENT B**
**TO FEE APPLICATION**

| Name of Professional Person | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|
| S. Joffe | $625 | 15.3 | $9,562.50 |
| E. Ordway | $595 | 7.8 | $4,641.00 |
| S. Cunningham | $550 | 31.5 | $17,325.00 |
| J. Schwartzman | $525 | 9.0 | $4,725.00 |
| C. Whitney | $425 | 4.0 | $1,700.00 |
| J. Rooney | $425 | 14.9 | $6,332.50 |
| L. Hamilton | $375 | 124.6 | $46,725.00 |
| J. Schwendeman | $350 | 2.0 | $700.00 |
| M. Hakoun | $165 | 2.3 | $379.50 |
| N. Backer | $ 75 | 8.8 | $660.00 |
|  |  |  |  |
| Grand Total: |  | 220.2 | $92,750.50 |
| Blended Rate: | $421 |  |  |

**COMPENSATION BY PROJECT CATEGORY**

| Task Code | Project Category | Total Hours | Total Fees |
|---|---|---|---|
| 2 | Business Analysis | 0.0 | $0.00 |
| 3 | Corporate Finance | 0.0 | $0.00 |
| 4 | Data Analysis | 165.0 | $70,880.00 |
| 8 | Case Administration | 0.8 | $60.00 |
| 9 | Claims Analysis (Asbestos) | 2.7 | $1,144.50 |
| 11 | Creditors Committee | 25.8 | $13,287.50 |
| 12 | Employee Benefits/Pension | 0.0 | $0.00 |
| 16 | Fee Applications, Applicant | 25.9 | $7,378.50 |
|  |  |  |  |
|  | Total | 220.2 | $92,750.50 |

THIRTY-FOURTH INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM JANUARY 1, 2004 THROUGH FEBRUARY 3, 2004)

**EXPENSE SUMMARY**

| Expense Category | Total Expenses |
|---|---|
| Copies | $126.38 |
| Facsimiles | $156.00 |
| Telecommunications | $126.71 |
| Postage, Express Delivery | $18.77 |
| Travel Expenses | $0.00 |
| Tolling Charges | $710.87 |
| | |
| Total | $1,138.73 |

**Invoice**

### W.R. GRACE & CO. ET. AL.
Summary of Fees by Professional
For the period January 1, 2004 through February 3, 2004

| | Total Hours | | Billing Rate | Amount |
|---|---|---|---|---|
| S. Joffe | 15.3 | $ | 625 | 9,562.50 |
| E. Ordway | 7.8 | $ | 595 | 4,641.00 |
| S. Cunningham | 31.5 | $ | 550 | 17,325.00 |
| J. Schwartzman | 9.0 | $ | 525 | 4,725.00 |
| C. Whitney | 4.0 | $ | 425 | 1,700.00 |
| J. Rooney | 14.9 | $ | 425 | 6,332.50 |
| L. Hamilton | 124.6 | $ | 375 | 46,725.00 |
| J. Schwendeman | 2.0 | $ | 350 | 700.00 |
| M. Hakoun | 2.3 | $ | 165 | 379.50 |
| N. Backer | 8.8 | $ | 75 | 660.00 |
| TOTAL | 220.2 | | | $ 92,750.50 |

Note: Fees and expenses are reported for the period January 1, 2004 through February 3, 2004.
The Official Committee of Unsecured Creditors replaced FTI with Capstone Corporate Recovery, LLC
as its financial advisor, nunc pro tunc to February 4, 2004 (subject to order of the Court).

**Invoice**

W.R. GRACE & CO. ET. AL.
Summary of Hours by Category
For the period January 1, 2004 through February 3, 2004

| Rate | Fees Per Professional | | Task Code | Business Analysis 2 | Corporate Finance 3 | Data Analysis 4 | Case Administration 8 | Claims Analysis/Objections/Administration (asbestos) 9 | Creditors Committee 11 | Employee Benefits/ Pension 12 | Fee Applications, Applicant 16 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $ 625 | $ 9,562.50 | S. Joffe | | $ - | $ - | $ 3,937.50 | $ - | $ - | $ 5,625.00 | $ - | $ - | $ 9,562.50 |
| $ 595 | 4,641.00 | E. Ordway | | - | - | 3,510.50 | - | 357.00 | 595.00 | - | 178.50 | 4,641.00 |
| $ 550 | 17,325.00 | S. Cunningham | | - | - | 15,950.00 | - | - | 1,375.00 | - | - | 17,325.00 |
| $ 525 | 4,725.00 | J. Schwartzman | | - | - | 2,887.50 | - | - | 1,837.50 | - | - | 4,725.00 |
| $ 425 | 1,700.00 | C. Whitney | | - | - | 1,275.00 | - | - | 425.00 | - | - | 1,700.00 |
| $ 425 | 6,332.50 | J. Rooney | | - | - | 5,227.50 | - | - | 1,105.00 | - | - | 6,332.50 |
| $ 375 | 46,725.00 | L. Hamilton | | - | - | 37,012.50 | - | 787.50 | 2,325.00 | - | 6,600.00 | 46,725.00 |
| $ 350 | 700.00 | J. Schwendeman | | - | - | 700.00 | - | - | - | - | - | 700.00 |
| $ 165 | 379.50 | M. Hakoun | | - | - | 379.50 | - | - | - | - | - | 379.50 |
| $ 75 | 660.00 | N. Backer | | - | - | - | 60.00 | - | - | - | 600.00 | 660.00 |
| | $ 92,750.50 | Totals | | $ - | $ - | $ 70,880.00 | $ 60.00 | $ 1,144.50 | $ 13,287.50 | $ - | $ 7,378.50 | $ 92,750.50 |

Note: Fees and expenses are reported for the period January 1, 2004 through February 3, 2004
The Official Committee of Unsecured Creditors replaced FTI with Capstone Corporate Recovery, LLC
as its financial advisor, nunc pro tunc to February 4, 2004 (subject to order of the Court).

**Invoice**

W.R. GRACE & CO. ET AL.
Summary of Hours by Category
For the period January 1, 2004 through February 3, 2004

| Rate | Fees Per Professional | | Task Code | Business Analysis (Business Plan) 2 | Corporate Finance (Acquisitions) 3 | Data Analysis 4 | Case Administration 8 | Claims Analysis/Objections/Administration (asbestos) 9 | Creditors Committee 11 | Employee Benefits/Pension 12 | Fee Applications, Applicant 16 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $ 625 | $ | 9,562.50 | S. Joffe | 0.0 | 0.0 | 6.3 | 0.0 | 0.0 | 9.0 | 0.0 | 0.0 | 15.3 |
| $ 595 | $ | 4,641.00 | E. Ordway | 0.0 | 0.0 | 5.9 | 0.0 | 0.6 | 1.0 | 0.0 | 0.3 | 7.8 |
| $ 550 | $ | 17,325.00 | S. Cunningham | 0.0 | 0.0 | 29.0 | 0.0 | 0.0 | 2.5 | 0.0 | 0.0 | 31.5 |
| $ 525 | $ | 4,725.00 | J. Schwartzman | 0.0 | 0.0 | 5.5 | 0.0 | 0.0 | 3.5 | 0.0 | 0.0 | 9.0 |
| $ 425 | $ | 1,700.00 | C. Whitney | 0.0 | 0.0 | 3.0 | 0.0 | 0.0 | 1.0 | 0.0 | 0.0 | 4.0 |
| $ 425 | $ | 6,332.50 | J. Rooney | 0.0 | 0.0 | 12.3 | 0.0 | 0.0 | 2.6 | 0.0 | 0.0 | 14.9 |
| $ 375 | $ | 46,725.00 | L. Hamilton | 0.0 | 0.0 | 98.7 | 0.0 | 2.1 | 6.2 | 0.0 | 17.6 | 124.6 |
| $ 350 | $ | 700.00 | J. Schwendeman | 0.0 | 0.0 | 2.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 2.0 |
| $ 165 | $ | 379.50 | M. Hakoun | 0.0 | 0.0 | 2.3 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 2.3 |
| $ 75 | $ | 660.00 | N. Backer | 0.0 | 0.0 | 0.0 | 0.8 | 0.0 | 0.0 | 0.0 | 8.0 | 8.8 |
| | $ | 92,750.50 | Totals | 0.0 | 0.0 | 165.0 | 0.8 | 2.7 | 25.8 | 0.0 | 25.9 | 220.2 |

Note: Fees and expenses are reported for the period January 1, 2004 through February 3, 2004
The Official Committee of Unsecured Creditors replaced FTI with Capstone Corporate Recovery, LLC
as its financial advisor, nunc pro tunc to February 4, 2004 (subject to order of the Court).

**Invoice**

W.R. GRACE & CO. ET AL.
Summary Descriptions of Tasks by Category*
For the period January 1, 2004 through February 3, 2004

| | Task Code | Total Hours | |
|---|---|---|---|
| Business Analysis | 2 | 0.0 | No activities were performed in this category during this period. |
| Corporate Finance | 3 | 0.0 | No activities were performed in this category during this period. |
| Data Analysis | 4 | 165.0 | During the Fee Period, we read and analyzed information provided by the Debtors regarding November financial results and prepared a report to the Committee thereon. We read and analyzed memos and other information provided by the Debtors regarding a proposed tax restructuring of foreign subsidiaries and reported the results of our analyses to counsel and the Committee. We also analyzed the ART refinancing and Massachusetts excise tax motions and related materials. |
| Case Administration | 8 | 0.8 | During the Fee Period a paraprofessional organized and distributed materials to the Committee, as well as downloaded and distributed various court docket items to case team members for further review. |
| Claims Analysis (asbestos) | 9 | 2.7 | During the Fee Period, we read and analyzed various news articles and reports concerning case asbestos issues. |
| Creditors Committee | 11 | 25.8 | During the Fee Period we discussed the status of various case issues with members of the Committee and counsel, including refinancing of the ART joint venture, proposed restructuring of the foreign subsidiaries, November results of operations and other matters. |
| Employee Benefits/Pension | 12 | 0.0 | No activities were performed in this category during this period. |
| Fee Applications, Applicant | 16 | 25.9 | During the Fee Period timekeeper Hamilton and another professional spent approximately 17.9 hours preparing the November, December and quarterly fee applications. A paraprofessional spent approximately 8 hours assisting in preparation of the fee applications. |
| Total | | 220.2 | |

* These descriptions are not intended to be all-inclusive. Please see individual professional time summaries for complete descriptions.

Note: Fees and expenses are reported for the period January 1, 2004 through February 3, 2004.
The Official Committee of Unsecured Creditors replaced FTI with Capstone Corporate Recovery, LLC
as its financial advisor, nunc pro tunc to February 4, 2004 (subject to order of the Court).

# Invoice

## W.R. GRACE & CO. ET.AL.
Professional Services Rendered by Steven Joffe
For the period January 1, 2004 through February 3, 2004

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 6-Jan | 11 | Prepared for and participated in conference call with Debtors' tax counsel and Stroock regarding international restructuring. | 2.0 |
| 7-Jan | 4 | Read and analyzed materials regarding tax restructuring. | 2.5 |
| 8-Jan | 11 | Prepared for and participated in conference call regarding tax restructuring. | 3.5 |
| 12-Jan | 11 | Prepared for and participated in conference call with Stroock regarding restructuring of foreign debts. | 1.0 |
| 14-Jan | 4 | Read and analyzed valuation of Chilean subsidiary provided by Debtors. | 1.0 |
| 15-Jan | 4 | Prepared memo regarding foreign restructuring. | 0.8 |
| 15-Jan | 11 | Discussed foreign restructuring with counsel. | 0.2 |
| 21-Jan | 11 | Participated in conference call with Committee regarding foreign restructuring. | 0.8 |
| 22-Jan | 4 | Prepared workplan regarding tax due diligence. | 0.5 |
| 26-Jan | 11 | Participated in conference call with counsel regarding agenda for tax due diligence meeting with Debtors. | 1.0 |
| 27-Jan | 4 | Prepared agenda for tax due diligence meeting with Debtors. | 0.5 |
| 30-Jan | 11 | Discussed tax meeting agenda with counsel. | 0.5 |
| 30-Jan | 4 | Updated agenda for tax meeting to reflect comments from counsel. | 0.5 |
| 3-Feb | 4 | Prepared communications regarding upcoming tax meeting. | 0.5 |
| | | **Total Hours** | 15.3 |

# Invoice

## W.R. GRACE & CO. ET.AL.
### Professional Services Rendered by Edwin N. Ordway, Jr.
### For the period January 1, 2004 through February 3, 2004

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 2-Jan | 4 | Read correspondence from counsel regarding case status and recusal issues. | 0.4 |
| 2-Jan | 4 | Read November financial reporting package and prepared list of items for staff to further analyze/investigate. | 0.4 |
| 5-Jan | 11 | Called chairman to discuss work plan and next steps regarding tax issues, ART joint venture and liquidity. | 0.3 |
| 5-Jan | 4 | Continued to read and analyze November financial data. | 0.6 |
| 5-Jan | 16 | Prepared fee application. | 0.3 |
| 6-Jan | 4 | Analyzed intercompany loans/advances issues and Debtor's proposal to restructure same. | 1.1 |
| 8-Jan | 4 | Directed staff in analyzing intercompany loan/advance issues. | 0.3 |
| 8-Jan | 4 | Prepared and edited report to committee regarding proposed amendment of ART credit agreement. | 0.5 |
| 9-Jan | 4 | Updated near-term work plan and disseminated to staff. | 0.5 |
| 9-Jan | 4 | Read and commented on report to Committee regarding restructuring of intercompany loans/advances. | 0.9 |
| 13-Jan | 4 | Prepared and edited report on tax issues. | 0.3 |
| 20-Jan | 9 | Read latest Navigant report regarding asbestos litigation. | 0.6 |
| 20-Jan | 4 | Updated work plan/agenda for tax meeting. | 0.5 |
| 22-Jan | 11 | Participated in conference call with Committee. | 0.7 |
| 3-Feb | 4 | Read and analyzed information pertaining to Debtor's forecasted liquidity requirements; domestic and foreign. | 0.4 |
| | | Total Hours | 7.8 |

# Invoice

## W.R. GRACE & CO. ET.AL.
### Professional Services Rendered by Sean Cunningham
### For the period January 1, 2004 through February 3, 2004

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 2-Jan | 4 | Read and analyzed November financial statements prepared by Debtors. | 1.0 |
| 2-Jan | 4 | Read and analyzed information regarding tax restructuring. | 1.5 |
| 2-Jan | 11 | Discussed tax motion with Debtors' advisors. | 0.5 |
| 5-Jan | 4 | Prepared analysis of tax issues with respect to tax restructuring. | 3.0 |
| 5-Jan | 11 | Discuss tax issues with counsel. | 0.5 |
| 6-Jan | 4 | Finalized report regarding Massachusetts excise tax refund. | 0.5 |
| 6-Jan | 11 | Participated in conference call with tax advisor and Debtors. | 1.5 |
| 6-Jan | 4 | Read and analyzed information regarding refinancing of ART JV. | 1.5 |
| 8-Jan | 4 | Prepared analysis of funds flow in tax restructuring. | 2.0 |
| 8-Jan | 4 | Prepared analysis of non-filed entity cash on a pre- and post-repatriation basis. | 1.0 |
| 9-Jan | 4 | Finalized analysis of tax restructuring and cash repatriation issues. | 1.2 |
| 9-Jan | 4 | Read and analyzed information regarding refinancing of ART JV. | 1.3 |
| 12-Jan | 4 | Read and analyzed summary of Debtors' valuation of it's Brazil subsidiary. | 3.0 |
| 12-Jan | 4 | Continued to read and analyze information regarding Debtors' tax restructuring issues. | 1.0 |
| 13-Jan | 4 | Read and analyzed summary of Debtors' valuation of it's Chile subsidiary. | 3.0 |
| 13-Jan | 4 | Analyzed tax restructuring issues with respect to Chile subsidiary. | 1.0 |
| 14-Jan | 4 | Read and edited draft report to Committee regarding tax restructuring and cash repatriation issues. | 1.5 |

| | | | |
|---|---|---|---|
| 14-Jan | 4 | Prepared schedules for report to Committee regarding tax restructuring. | 0.5 |
| 15-Jan | 4 | Read and analyzed November financial statements prepared by Debtors. | 2.5 |
| 16-Jan | 4 | Read and analyzed information regarding ART restructuring and finalized report to the Committee thereon. | 1.5 |
| 16-Jan | 4 | Finalized analysis of tax restructuring isses and prepared report to Committee thereon. | 2.0 |
| | | **Total Hours** | 31.5 |

# Invoice

## W.R. GRACE & CO. ET. AL.

Professional Services Rendered by Jerome Schwartzman
For the period January 1, 2004 through February 3, 2004

| Date | Task Code | Description | Hours |
|---|---|---|---|
| 6-Jan | 4 | Read and analyzed materials provided by Debtors regarding tax restructuring. | 2.0 |
| 7-Jan | 4 | Read and analyzed memo prepared by Debtors in support of tax restructuring. | 2.5 |
| 8-Jan | 11 | Participated in conference call with counsel to discuss upcoming due diligence meeting. | 2.5 |
| 15-Jan | 4 | Read and analyzed materials provided by Debtors regarding tax restructuring. | 0.5 |
| 21-Jan | 11 | Participated in conference call with Committee to discuss response to tax restructuring motion. | 0.5 |
| 26-Jan | 11 | Participated in conference call with counsel to discuss due diligence. | 0.5 |
| 27-Jan | 4 | Updated agenda for tax due diligence meeting with Debtors. | 0.5 |
| **Total Hours** | | | 9.0 |

**Invoice**

## W.R. GRACE & CO. ET. AL.
Professional Services Rendered by Christina Whitney
For the period January 1, 2004 through February 3, 2004

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 21-Jan | 11 | Participated in a Committee conference call to discuss the Debtors' proposed organizational restructuring. | 1.0 |
| 3-Feb | 4 | Read and analyzed the Debtors' fourth quarter 2003 press release. | 1.3 |
| 3-Feb | 4 | Analyzed actual fourth quarter 2003 performance in preparation for the meeting with the Debtors on February 12, 2004. | 1.7 |
| **Total Hours** | | | 4.0 |

Invoice

## W.R. GRACE & CO. ET. AL.
Professional Services Rendered by John Rooney
For the period January 1, 2004 through February 3, 2004

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 5-Jan | 4 | Read and analyzed motion to amend ART credit agreements. | 3.6 |
| 5-Jan | 11 | Participated in conference call with the Debtors to discuss motion to amend ART credit agreement and ART business projections. | 0.6 |
| 5-Jan | 4 | Read and analyzed motion related to tax restructuring and related repatriation of funds to the Debtors. | 2.7 |
| 6-Jan | 4 | Prepared summary memo regarding proposed amendment of ART credit agreements. | 5.1 |
| 6-Jan | 11 | Participated in call with the Debtors regarding tax restructuring and related repatriation of funds to the Debtors. | 1.0 |
| 7-Jan | 4 | Read and analyzed summary memo regarding proposed amendment of ART credit agreements and discussed comments with counsel. | 0.9 |
| 21-Jan | 11 | Participated in conference call with the Committee. | 1.0 |
| | | Total Hours | 14.9 |

Invoice

W.R. GRACE & CO. ET. AL.
Professional Services Rendered by Libby Hamilton
For the period January 1, 2004 through February 3, 2004

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 4-Jan | 16 | Prepared November fee application. | 1.6 |
| 4-Jan | 4 | Read and analyzed foreign subsidiary restructuring motion. | 1.9 |
| 4-Jan | 4 | Prepared summary schedule of restructuring motion points. | 0.6 |
| 4-Jan | 4 | Read and analyzed ART refinancing motion. | 1.1 |
| 4-Jan | 4 | Read and analyzed MA tax settlement motion. | 0.9 |
| 4-Jan | 4 | Prepared report to Committee concerning MA tax settlement motion. | 1.5 |
| 5-Jan | 4 | Updated MA tax memo and prepared questions for Debtors. | 2.4 |
| 5-Jan | 4 | Read and summarized November 2003 results of operations. | 1.1 |
| 5-Jan | 16 | Prepared November fee application. | 0.3 |
| 5-Jan | 4 | Read and analyzed ART JV forecasts and other information provided by Debtors. | 3.3 |
| 5-Jan | 11 | Participated in conference call with Debtors regarding ART | 0.5 |
| 5-Jan | 4 | Read and analyzed foreign subsidiary restructuring motion. | 1.0 |
| 5-Jan | 4 | Prepared draft report to Committee regarding ART refinancing motion. | 1.2 |
| 6-Jan | 4 | Prepared draft report to Committee regarding ART refinancing motion. | 3.2 |
| 6-Jan | 4 | Read and analyzed foreign subsidiary restructuring information | 2.4 |
| 6-Jan | 4 | Prepared summary analyses of foreign restructuring data. | 2.9 |
| 6-Jan | 16 | Prepared December fee application. | 1.5 |
| 7-Jan | 4 | Read and analyzed motion to streamline objections to claims. | 1.9 |
| 7-Jan | 4 | Read and analyzed SOFA files relative to motion to streamline objections to claims. | 1.3 |
| 7-Jan | 4 | Prepared summary analyses of foreign restructuring data. | 5.8 |

| | | | |
|---|---|---|---|
| 8-Jan | 4 | Read and analyzed new information provided by Debtors regarding foreign subsidiary restructuring. | 5.4 |
| 8-Jan | 11 | Participated in conference calls with Debtors and counsel regarding foreign debt restructuring. | 2.5 |
| 8-Jan | 4 | Prepared flow diagram of cash equity/loan payment transactions regarding foreign debt restructuring. | 2.1 |
| 9-Jan | 4 | Prepared flow diagram of cash equity/loan payment transactions regarding foreign debt restructuring. | 5.3 |
| 9-Jan | 11 | Discuss transaction flows with Debtors. | 0.6 |
| 9-Jan | 4 | Read and analyzed Stroock memo regarding recent motions filed by Debtors. | 0.9 |
| 9-Jan | 4 | Read and analyzed recent docket items. | 0.5 |
| 9-Jan | 4 | Read and analyzed SOFA files relative to motion to streamline objections to claims. | 0.7 |
| 12-Jan | 4 | Read and analyzed November financial statements. | 1.7 |
| 12-Jan | 16 | Prepared December fee application. | 2.1 |
| 12-Jan | 4 | Analyzed November gross margins. | 2.7 |
| 12-Jan | 11 | Participated in conference call with counsel regarding tax restructuring. | 0.4 |
| 12-Jan | 4 | Read and analyzed Brazil valuation information provided by Debtors. | 1.6 |
| 13-Jan | 4 | Read and analyzed November financial statements. | 1.5 |
| 13-Jan | 4 | Prepared hypothetical liquidation analysis of Brazil based on valuation by Debtors. | 4.1 |
| 13-Jan | 16 | Prepared December fee application. | 1.6 |
| 14-Jan | 4 | Prepared analysis of Grace reserve. | 0.6 |
| 14-Jan | 4 | Prepared gross margin analysis for monthly monitoring report to Committee. | 2.1 |
| 14-Jan | 11 | Discussed valuation analyses with B. Kenny (WR. Grace). | 0.5 |

| Date | | Description | Hours |
|------|------|-------------|-------|
| 14-Jan | 4 | Prepared analysis of Chile valuation by Debtors for tax restructuring. | 4.2 |
| 15-Jan | 4 | Prepared transactions cash flow analysis for tax restructuring. | 3.2 |
| 15-Jan | 4 | Updated transactions flow chart of tax restructuring transaction. | 2.9 |
| 15-Jan | 4 | Read and analyzed November financial statements. | 0.9 |
| 16-Jan | 4 | Read and analyzed November financial statements. | 3.4 |
| 16-Jan | 16 | Prepared December fee application. | 0.6 |
| 16-Jan | 4 | Prepared November monitoring report to Committee. | 3.0 |
| 19-Jan | 4 | Prepared November monitoring report to Committee. | 3.4 |
| 20-Jan | 11 | Discussed Stroock memo regarding tax restructuring with counsel. | 0.2 |
| 20-Jan | 4 | Read and analyzed SOFA files relative to motion to streamline objections to claims. | 0.6 |
| 21-Jan | 4 | Finalized November monitoring report for distribution to Committee. | 1.3 |
| 21-Jan | 4 | Read and analyzed various memos and reports in preparation for call with Committee. | 2.2 |
| 21-Jan | 11 | Participated in conference call with the Committee. | 0.4 |
| 22-Jan | 11 | Participated in conference calls with Debtors and counsel regarding tax restructuring. | 0.2 |
| 26-Jan | 11 | Participated in conference call with counsel regarding planning for meeting with Debtors' tax managers. | 0.4 |
| 26-Jan | 9 | Read and analyzed asbestos liability valuation information. | 2.1 |
| 27-Jan | 4 | Prepared draft agenda for tax meeting with Debtors. | 2.1 |
| 28-Jan | 4 | Read and analyzed various court docket items including motion regarding streamlining objections to claims | 1.6 |
| 28-Jan | 4 | Read and analyzed information regarding future asbestos claims valuation. | 2.9 |
| 29-Jan | 16 | Prepared quarterly fee application. | 4.2 |
| 29-Jan | 16 | Prepared quarterly auditor spreadsheet. | 1.7 |
| 30-Jan | 16 | Prepared quarterly fee application. | 1.7 |
| 30-Jan | 11 | Participated in conference call with Stroock regarding tax issues. | 0.5 |
| 30-Jan | 4 | Prepared updated agenda for February meeting. | 0.2 |

| | | | |
|---|---|---|---|
| 2-Feb | 16 | Finalized Quarterly fee application. | 2.3 |
| 3-Feb | 4 | Prepared schedules summarizing comparative December sales and EBITDA results. | 3.5 |
| 3-Feb | 4 | Prepared schedules for inclusion in monthly monitoring report. | 1.6 |
| | | Total Hours | 124.6 |

# Invoice

## W.R. GRACE & CO. ET. AL.
Professional Services Rendered by Jeffrey E. Schwendeman
For the period January 1, 2004 through February 3, 2004

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 2-Jan | 4 | Prepared heavy construction industry peer comparison. | 2.0 |
| | | **Total Hours** | 2.0 |

**Invoice**

## W.R.GRACE & CO. ET AL.
Professional Services Rendered by Matt Hakoun
For the period January 1, 2004 through February 3, 2004

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 30-Jan | 4 | Analyzed  fourth quarter and full-year earnings reports issued by peer group chemical companies | 1.0 |
| 30-Jan | 4 | Gathered related information and commentary  from analysts and news publications | 0.5 |
| 30-Jan | 4 | Prepared a summary of revenues and distributed to team member. | 0.8 |
| | | **Total Hours** | 2.3 |

**Invoice**

W.R.GRACE & CO. ET AL.
Professional Services Rendered by Nancy Backer (Paraprofessional)
For the period January 1, 2004 through February 3, 2004

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 7-Jan | 16 | Processed professional fee application. | 3.0 |
| 9-Jan | 16 | Processed professional fee application. | 1.3 |
| 15-Jan | 8 | Downloaded particular court dockets for team member from court website. | 0.3 |
| 26-Jan | 16 | Processed professional fee application. | 1.5 |
| 26-Jan | 8 | Downloaded particular court dockets for team member from court website. | 0.5 |
| 29-Jan | 16 | Processed professional fee application. | 0.5 |
| 29-Jan | 16 | Processed professional fee application. | 0.7 |
| 30-Jan | 16 | Processed professional fee application. | 1.0 |
| | | **Total Hours** | **8.8** |

**Invoice**

W.R. GRACE & CO. ET. AL.
Summary of Expenses by Type of Expense
For the period January 1, 2004 through February 3, 2004

| | | |
|---|---|---|
| Copies: | | |
| Internal | $ | 126.38 |
| External | | |
| Telecommunications: | | |
| Telephone | | 126.71 |
| Toll Charges | | 710.87 |
| Facsimile | | 156.00 |
| Postage, Federal Express, Airborne Express | | 18.77 |
| Travel Expenses: | | |
| Transportation, lodging, tolls, parking, mileage | | - |
| Total Expenses | $ | 1,138.73 |

**Note: Fees and expenses are reported for the period January 1, 2004 through February 3, 2004.
The Official Committee of Unsecured Creditors replaced FTI with Capstone Corporate Recovery, LLC
as its financial advisor, nunc pro tunc to February 4, 2004 (subject to order of the Court).**

**Invoice**

W.R. GRACE & CO. ET. AL.
Detail of Expenses by Type of Expense
For the period January 1, 2004 through February 3, 2004

| | | | |
|---|---|---|---|
| Copies, Internal | 842 pp. @ .15 ea. | | $ 126.38 |
| Facsimile Charges: | 156 pages @ $1.00/page: | | 156.00 |
| Telephone Charges: | | | |
| | Saddle Brook | 98.03 | |
| | E. Ordway - cellular | 28.68 | |
| | | | 126.71 |
| Toll Charges: | Online research fees and subscriptions | | 710.87 |
| Postage, Federal Express: | | | |
| | Airborne Express | | 18.77 |
| Transportation, lodging, tolls, parking and mileage: | | | |
| | | | - |
| Total | | | $ 1,138.73 |