# ORIGINAL

## IN THE UNITED STATES BANKRUPTCY COURT

### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

## DEBTORS' STATUS REPORT ON THEIR CLAIMS RECONCILIATION AND OBJECTION PROCESS

The above-captioned debtors and debtors in possession (collectively, the "Debtors") for their Status Report on their Claims Reconciliation and Objection Process ("Status Report") respectfully state as follows:

## I.    Background

On April 2, 2001, the Debtors commenced the above-captioned cases by filing petitions under chapter 11 of title 11 of the United States Code (as amended, the "Bankruptcy Code"). These chapter 11 cases were filed primarily as a result of mounting asbestos-related litigation liabilities.

---

[1]    The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

On April 22, 2002, this Court entered an order (the "Bar Date Order) setting March 31, 2003 (the "Bar Date") as the deadline for filing pre-petition Asbestos Property Damage Claims, Medical Monitoring Claims, and Non-Asbestos Claims (as defined in the Bar Date Order) (collectively, the "Claims"). No claims bar date has been set for the filing of pre-petition asbestos personal injury claims or Zonolite Attic Insulation claims.

To date, approximately **15,350** Claims have been filed against the Debtors. The Debtors are currently in the process of reviewing the Claims and filing appropriate objections. To date, the Debtors have filed two (2) Omnibus Objections, one asserting substantive objections and the second asserting non-substantive objections, which led to **815** claims being expunged from the record and **51** claims reconciled.

Currently, there are **14,496** Claims to be resolved. At the February 23, 2004 omnibus hearing, the Court inquired as to the status of the Claims reconciliation and objection process. This Status Report addresses the following information as to all Claims filed in the Debtors' bankruptcy cases:[2]

- Number of claims filed by claim type;
- Number of claims resolved as of the filing of this report;
- Proposed course of action the Debtors intend to take with each type of claim; and
- Proposed schedule for dealing with each category of claims.

Attached please find a one-page summary of the number of Claims filed by category, which includes the number of Claims resolved and remaining to be reconciled. See Exhibit A, Summary of Claims, attached hereto and incorporated herein.

---

[2]    This Status Report includes all filed claims except those that appear to relate to asbestos personal injury or Zonolite Attic Insulation. While no claims bar date as been set for those claims, a total of 161 asbestos personal injury claims and 32 zonolite claims have been filed.

2

## II.    TYPES OF CLAIMS AND PROPOSED TREATMENT

### A.    Claim Type - Asbestos Property Damage

| | |
|---|---|
| Total Claims Filed | 4,286 |
| Claims Expunged | 318 |
| Open Claims | 3,968 |

Asbestos Property Damage Claims were required to be completed on the specialized Proof of Claim Form approved by this Court. Because of the number of Claims filed in this category, the Debtors filed a motion (the "3007-1 Motion") requesting that the Court waive the provisions of Local Rule of Bankruptcy Practice and Procedure 3007-1 that limits to 150 the number of Claims that properly may be subject to a substantive omnibus objection with respect to certain substantive deficiencies (the "Gateway Objections" as outlined in the 3007-1 Motion), and that the Debtors be permitted to file multiple omnibus objections with regard to separate Gateway Objections without waiving any other substantive objections with respect to such claims.

The 3007-1 Motion is set for hearing by this Court on March 22, 2004. Once this Motion has been determined, the Debtors will begin the objection process with respect to this category of Claims.

### B.    Claim Type - Contract/Lease

| | |
|---|---|
| Total Claims Filed | 526 |
| Claims Expunged | 48 |
| Open Claims | 478 |

The Claims in this category are allegedly based upon agreements, contracts, leases, and indemnifications and warranties. Many of these Claims are subject to routine objections, which the Debtors will file pursuant to Local Rule 3007-1 as described in more detail in Section IV.

91100-001\DOCS_DE:90757.1

The Debtors have also identified numerous Claims in this category that either relate to litigation that was pending at the time the Debtors' cases were filed or, although not related to pending litigation, assert a cause or causes of action in the Claim. Claims included in this category are as follows:

1.    <u>Sealed Air.</u>  Approximately 34 Claims have been filed by Sealed Air Corporation, Cryovac, Inc. (on behalf of itself and certain non-US affiliates), Sealed Air Corporation US and 14 other Sealed Air subsidiaries in regards to the March 1998 transaction by which the Debtors' Cryovac packaging business became part of Sealed Air. These claims are allegedly for liabilities under the agreements governing the transaction and can be divided into three (3) general categories: (i) asbestos and tax liability; (ii) unliquidated amounts related to contractual issues; and (iii) reimbursement in connection with the payment by Sealed Air of public debt under a guaranty (see discussion below in Section E - Money Loaned). The Claims filed by Sealed Air are in large part indemnity type claims and can only be addressed once the underlying issues with respect to asbestos personal injury and certain tax litigation is resolved. Thus, these Claims are on hold at the present time.

2.    <u>Fresenius.</u>  Approximately 210 Claims were filed relating to the 1996 transaction by which the Debtors' National Medical Care business became a part of the Fresenius group. Fresenius National Medical Care, Inc. ("NMC"), Fresenius Medical Care Holdings Inc. ("FMCH") and Fresenius USA Inc. each filed Claims against all 62 of the Debtors, while six (6) direct subsidiaries of NMC filed 12 additional Claims. The Claims are allegedly for liabilities arising under the agreements governing the 1996 transaction, including Claims for the indemnification of NMC and FMCH for liabilities not related to the NMC business. None of the claims are liquidated. These claims are also primarily related to the asbestos personal injury litigation. Thus, like the Sealed Air Claims, these Claims are on hold at this time.

3.    <u>Insurance Companies.</u>  Two of the Debtors' insurance companies each filed one Claim in each of the Debtors' 62 cases. These Claims allegedly cover any and all liabilities under the insurance policies issued by the Claimant without specifying a liquidated amount. Other insurers and surety bond issuers filed approximately 17 claims for liquidated and/or contingent claims in connection with settlements, policies or amounts outstanding on bonds. All of these Claims will be dealt with in connection with the resolution of the liability of the underlying Claim or as part of the general strategy for addressing the Claims in this category.

.

4

4.  <u>Motions for Relief from the Automatic Stay.</u>   The following three Claimants from this category have moved for relief from the automatic stay: (1) Caterpillar Financial Services Corporation ("Caterpillar"); (2) Oldcastle APG Northeast, Inc. d/b/a Foster-Southeastern ("Oldcastle"); and (3) Neutocrete Products, Inc. ("Neutocrete").

a.  **Caterpillar:**  Caterpillar filed a Motion to Compel Payment of Administrative Expenses and for Relief from the Automatic Stay or in the Alternative for Adequate Protection.  The Debtors and Caterpillar entered into a Stipulation and Agreed Order which fully resolved and deemed satisfied all Claims for amounts due through February 29, 2004.

b.  **Oldcastle:**  Oldcastle filed two proofs of Claims against the Debtors totaling $8,200,000, to allegedly preserve all claims which it could assert against the Debtors in a cause of action pending in Massachusetts, including rights of indemnification and contribution.  Oldcastle filed a motion for relief from stay by which it sought to file a fifth-party action against the Debtors.  Pursuant to a stipulation, the parties have agreed to cooperate in discovery and stay the motion for the present time as set forth in the court - approved stipulation.

c.  **Neutocrete**:  Neutocrete recently filed a motion for relief from the stay.  Neutocrete and related entities filed three (3) proofs of Claims against the Debtors, which were filed in response to the Debtors' action to collect unpaid invoices in the Superior Court of the State of Connecticut, Judicial District of Litchfield.  The Debtors filed an objection to Neutocrete's motion, which is set for hearing on March 22, 2004.  The Debtors have withdrawn the collection action and have proposed to address Neutocrete's Claims through the Claims process.

For the Claims in this category with non-routine objections, the Debtors will proceed as set forth in Section III of this Status Report.  For the Claims subject to routine omnibus objections, the Debtors will proceed according to the schedule set for in more detail in Section IV of this Status Report.

91100-001\DOCS_DE:90757.1

**C.    Claim Type - Litigation**

| | |
|---|---|
| Total Claims | 242 |
| Claims Expunged | 44 |
| Open Claims | 198 |

Litigation Claims consist of Claims for employment discrimination, indemnification as a result of a lawsuit (as opposed to a specific indemnification agreement), non- asbestos personal injury, product liability and settlements of lawsuits. Many of the Claims in this category are related to asbestos liability. For example, G-I Holdings, Inc., GAF Corporation and their affiliated entities (collectively, "G-I Holdings") filed 62 claims, one against each of the Debtors, with no liquidated amount. G-I Holdings is a co-defendant with various Debtors in litigation relating to asbestos liability. Some of these claims appear to be based upon alleged indemnification, contribution, reimbursement or other payments for all known and unknown asbestos claims, including alleged personal injury claims and alleged property damage claims against G-I Holdings. Other claims are filed pursuant to 11 U.S.C. § 501(b) by G-I Holdings on behalf of individuals who are plaintiffs in litigation where G-I Holdings and the Debtors are co-defendants and such plaintiffs failed to file a claim. In addition, the Debtors have identified eleven other Claims (four Claimants) with specific reference to asbestos litigation. Like the Sealed Air and Fresenius Claims, the resolution of the Claims relating to asbestos personal injury can only be reconciled in connection with the global resolution of asbestos personal injury claims yet to be addressed by the Court. As to the Claims relating to asbestos property damage, the Debtors will follow the procedures set forth in Section II.A. to the extent possible.

The Debtors are reviewing the product liability Claims in preparation for filing objections and recommending settlements, where appropriate. Insurance may be available to cover certain of these Claims and the Debtors are optimistic that settlements will be negotiated in

6

the coming months as to certain Claims. However, there are numerous other Claims in which the Debtors either dispute the liability or the damages asserted in the Claims and, thus, objections will be filed as described in Section III.

Approximately nine (9) motions for relief from the automatic stay have been filed by Claimants that filed Litigation Claims. These motions for relief relate predominantly to non-asbestos personal injury litigation, but not exclusively. The Debtors have resolved several of the motions and are in various stages of resolution/objection as to others. The Debtors believe that the Claims filed by these Claimants will not be resolved by the routine Claim objection process. For the Claims in this category with non-routine objections, the Debtors will proceed as set forth in Section III of this Status Report.

### D.    Claim Type - Environmental

| | |
|---|---:|
| Total Claims | 182 |
| Claims Expunged | 33 |
| Open Claims | 149 |

The United States has filed a proof of Claim on behalf of the United States Environmental Protection Agency ("EPA"), United States Department of Agriculture ("USDA") and United States Army Corps of Engineers ("ACE"). The United States has also filed a separate proof of Claim solely on behalf of the EPA. These Claims are based upon alleged contribution Claims for clean-up and response costs as "potentially responsible parties" for certain identified and potentially contaminated land sites. The Debtors are currently in negotiations with the EPA, USDA, ACE and other parties to enter into a Consent Decree to resolve their differences and settle these Claims and others.

In addition to the Claims described above, 29 other governmental agencies such as state, regional, and city authorities have filed environmental Claims. The Debtors are reviewing these Claims but because of assertions of joint and several liability, many of the

7

environmental Claims cannot be resolved until the Consent Decree is negotiated and finalized with the EPA. However, the Debtors have identified approximately 28 Claims that they are ready to object to based on both substantive and non-substantive grounds. The Debtors will prepare and file those objections as described more fully in Section IV of this Status Report.

### E.   Claim Type - Goods/Service/Trade

| | |
|---|---|
| Total Claims | 1,439 |
| Claims Expunged | 141 |
| Reconciled | 51 |
| Open Claims | 1,247 |

The Claims in the Goods/Services/Trade Category are predominantly the Claims of suppliers against the Debtors. The Debtors are reviewing this category of Claims and are preparing to file the necessary objections within the next few months as set forth in Section IV of this Status Report. Many of these claims are for relatively low dollar amounts and the Debtors expect that the majority of Claims in this category will be resolved quickly. In addition, the Debtors have identified approximately 500 Claims that the Debtors' have reconciled internally but are not currently reflected in the number of reconciled/open Claims. As to the remaining Claims, the Debtors will follow the procedures set forth in Section III of this Status Report for any non-routine objections.

Wesconn Co. Inc. ("Wesconn") is a Claimant that has filed a claim asserting products liability damages. Although Wesconn did not file a lawsuit asserting its Claim prior to the filing of the Debtors' Chapter 11 cases, Wesconn seeks comprehensive and substantial discovery from the Debtors on its Claim. The parties have been negotiating as to the breadth of discovery and believe that an oral agreement has been reached with respect thereto. If Wesconn's revised discovery request complies with the agreement, the Debtors intend to respond within 30 days of receipt.

**F.     Claim Type - Money Loaned**

Total Claims                    127

A total of 127 Claims were filed in the Money Loaned Claim Category.  One entity filed 124 of the 127 Claims as agent under two syndicated credit agreements of $250 million each, and it appears that the Claimant filed two (2) claims against each of the 62 Debtors. An issue in these Claims appears to be whether the Claimant will be entitled to post-petition interest, which will turn on a determination of the Debtors' solvency.  Thus, these 124 Claims will be addressed closer to the time of the confirmation of the Plan of Reorganization.

As to the three (3) remaining Claims filed in this category, one relates to actual and contingent reimbursement obligations under letters of credit, and one relates to the public debt of one of the Debtors that apparently Sealed Air paid off as guarantor and for which they are seeking reimbursement.  The third appears to be an asbestos property damage claim in which the claimant is seeking the payoff of her residential mortgage.  The Debtors expect to address the actual money loaned Claims with the next several months, and the other claim as an asbestos property damage claim.

**G.     Claim Type - Asbestos Medical Monitoring**

| | |
|---|---|
| Total Claims Filed | 1,085 |
| Claims Expunged | 43 |
| Open Claims | 1,042 |

The Bar Date Order required parties to file a special, court-approved claim form for all Asbestos Medical Monitoring Claims on or before March 31, 2003.  These Claims are filed by individuals allegedly exposed to asbestos as a result of the Debtors' conduct, and request medical monitoring for potential asbestos personal injury.  Because these Claims are related to the Debtors' asbestos personal injury claims and the Debtors' proposed procedures to address

asbestos personal injury claims have not been ruled on by Judge Wolin, the Debtors are unable to address these Claims at this time.

### H.    Claim Type - Taxes

| | |
|---|---|
| Total Claims Filed | 293 |
| Claims Expunged | 151 |
| Open Claims | 142 |

Approximately 40% of the Claims filed in this category were filed by the Internal Revenue Service ("IRS") and the other 60% were filed by state, county, municipal or regional taxing authorities. Most of the Claims filed by the IRS are currently subject to audit and cannot be reconciled at this time. Certain substantial claims by the IRS relating to the Debtors' former Cross Country traveling nurse business and their company owned life insurance program are the subject of settlement discussions. The majority of the remaining Claims are subject either to pending or expected audits and so, cannot be reconciled at this time. However, the Debtors will address the remaining Claims as the audits and assessments become final and, if appropriate, file objections pursuant to Sections III or IV of this Status Report.

### I.    Claim Type - Employee:  Current and Former

Total Claims Filed          6,888

Many of these claims are "protective" claims filed by both current and former employees for benefits such as:  (1) retiree medical and life insurance; (2) benefits under the Debtors' funded, qualified retirement plans; (3) benefits under the Debtors' non-qualified salary/bonus deferred compensation program; (4) future post-employment payments pursuant to individual contracts; (5) benefits under the Supplemental Executive Retirement Plan; and (6) miscellaneous personal injury claims. The Pension Benefit Guaranty Corporation has filed a total of 26 Claims related to the Debtors' qualified retirement plans. Two unions have filed

10

various Claims for benefits such as vacation pay, grievances and/or benefits under retirement plans.

The Debtors received Court authority to pay many employees and former employees certain payments due pursuant to the terms of various employee programs, and the Debtors are currently paying these amounts. Thus, many of the Claims were filed by the Claimants to protect their interests for amounts they are currently being paid. At this time, the Debtors do not intend to object to any Claims from this category.

### J.    Claim Type - Unknown

| | |
|---|---|
| Total Claims | 50 |
| Claims Expunged | 9 |
| Open Claims | 41 |

Claims were placed in this category because the Debtors cannot determine what type of claim is alleged because the Claimant (1) did not fill out the proof of claim form completely, (2) did not provide supporting documentation or (3) does not appear in the Debtors' books and records. The Debtors are currently prepared to file objections regarding 38 of the remaining 41 Claims in this category and intend to review the remaining three (3) Claims as set forth in Section IV of this Status Report.

### K.    Claim Type - Not a Claim

| | |
|---|---|
| Total Claims Filed | 36 |
| Claims Expunged | 0 |
| Open Claims | 36 |

The "Not a Claim" Category includes documents that were filed but are not "Claims". These documents were mistakenly assigned a Claim number and included on the official Claims registry by the official claims agent. These "Claims" typically fall within two categories: (1) documents submitted by a Claimant as supporting documentation for a Claim that has been filed; or (2) documents that are informational and not a "Claim", such as a notice of a

11

failure to file a certain tax return. The Debtors have requested the claims agent void these "Claims" from the active claims registry and, where appropriate and if possible, combine the documentation with the appropriate Claim. The Debtors will continue to work with the claims agent to resolve this category.

### L.    Claim Type - Shareholder

| | |
|---|---|
| Total Claims Filed | 15 |
| Claims Expunged | 15 |
| Open Claims | 0 |

Fifteen Shareholder Claims were filed by Claimants. This category was generally used by a Claimant to assert a claim for the value of the shares of stock in the Debtor owned by a Claimant. All of these Claims have been expunged from the active claims registry.

### III.    PROPOSED NON-ASBESTOS LITIGATION PROTOCOL

Resolving litigation Claims is an ongoing work in progress. During the course of these Chapter 11 cases, several outstanding litigation claims have been resolved by settlement, certain third party litigation and other means. When the Debtors began internal preparations to file their Chapter 11 petitions, they compiled a detailed summary of all pending non-asbestos litigation. As part of the overall claims reconciliation process, the Grace legal team has continued to update the non-asbestos litigation case information and track matters that have affected the litigation. This information is now being reviewed to formulate ongoing strategies for the Claims.

Generally speaking, non-asbestos litigation Claims do not lend themselves to the routine omnibus objection process and require the filing and prosecution of individual objections. A number of non-asbestos litigation Claimants have moved for some form of relief from the automatic stay. In all cases, an efficient and effective system is needed to advance these Claims towards resolution.

12

The Debtors intend to file specific objections to the non-asbestos litigation related Claims in a timely manner in the following months. The Debtors are also evaluating the most efficient way to proceed on those claims thereafter, which could include but not be limited to settlement, seeking to establish a mediation procedure supervised by this Court or simply litigating the Claims before this Court. The Debtors will file a further status report on these Claims in the next 60-90 days wherein the Debtors will specify how each such Claim will be approached, the Court procedure requested and the timing with respect to each such Claim.

## IV.   PROPOSED SCHEDULE FOR FILING OMNIBUS OBJECTIONS

The Debtors are in the process of preparing a third omnibus objection to claims which will address non-substantive objections and seek to dispose of approximately 100 Claims. This Third Omnibus Objection will be set for the Court's May Omnibus hearing. Simultaneously, the Debtors are preparing to file omnibus objections to the Unknown Claims and the Goods/Service/Trade Claims. Because of the limitations of Local Rule 3007-1, the Debtors estimate that it will take approximately four (4) months to file all such objections and then time thereafter to resolve the objections

While the Goods/Service/Trade Claims are being processed, the Debtors will continue to process the Environmental, Litigation and Contract/Lease Claims for the filing of objections. The Debtors' various teams of employees have been working and will continue to work concurrently on these different types of Claims to place the Debtors in the best position to file these Claims on an ongoing basis, subject to the constraints of Local Rule 3007-1. The Debtors will continue this approach of processing, filing objections, and reconciling Claims until the Claims have been resolved.

13

## V.    <u>STATUS ON ASBESTOS PERSONAL INJURY CLAIMS</u>

As stated above, no bar date has been set for the filing of pre-petition asbestos personal injury claims. However, as set forth above, a significant number of the Claims filed against the Debtors relate to asbestos personal injury litigation, directly or indirectly, even if the Claims are not placed in a category with the name "asbestos" in the title. The Debtors have worked conscientiously and steadily since the filing of the petitions to advance these chapter 11 cases and provide a framework upon which to resolve the asbestos personal injury claims, as well as all other Claims filed against the Debtors. However, until the actual structure is in place and there is a means in which to resolve the asbestos personal injury litigation, the Claims filed related to asbestos personal injury liability cannot be resolved and must be temporarily placed on

[Remainder of page left intentionally blank]

14

hold. Notwithstanding this situation, the Debtors intend to and are administering and moving

forward in the reconciliation process on all other Claims.

March 18, 2004

Respectfully submitted,

KIRKLAND & ELLIS
David M. Bernick P.C.
James H.M. Sprayregen P.C.
James W. Kapp III
Janet S. Baer
200 East Randolph Drive
Chicago, Illinois 60601
Tel: (312) 861-2000
Fax: (312) 861-2200


PACHULSKI, STANG, ZIEHL YOUNG JONES &
WEINTRAUB P.C.


Laura Davis Jones (#2436)
David W. Carickhoff, Jr. (#3715)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705
(Courier 19801)
Tel: (302) 652-4100

Co-Counsel for the Debtors and Debtors in Possession

## EXHIBIT A

## WR GRACE CLAIMS SUMMARY

| Claim Type | Total Claims | To Be Reconciled | Adjourned | Active/Open |
|---|---|---|---|---|
| Asbestos Property Damage | 4,286 | 0 | 318 | 3,968 |
| Contract/Lease | 526 | 0 | 48 | 478 |
| Litigation | 242 | 0 | 44 | 198 |
| Environmental | 182 | 0 | 33 | 149 |
| Goods/Service/Trade | 1,439 | 51 | 141 | 1,247 |
| Money Loaned | 127 | 0 | 0 | 127 |
| Asbestos Medical Monitoring | 1,085 | 0 | 43 | 1,042 |
| Taxes | 293 | 0 | 151 | 142 |
| Employee | 6,888 | 0 | 0 | 6,888 |
| Unknown | 50 | 0 | 9 | 41 |
| Not A Claim | 36 | 0 | 0 | 36 |
| Shareholder | 15 | 0 | 15 | 0 |
| Asbestos Personal Injury | 161 | 0 | 1 | 160 |
| Asbestos Zonolite | 32 | 0 | 12 | 20 |
| | | | | |
| **Total** | **15,362** | **51** | **815** | **14,496** |

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

In re:                                  )       Chapter 11
                                        )
W. R. GRACE & CO., et al.,              )       Case No. 01-1139 (JKF)
                                        )       Jointly Administered
                    Debtors.            )

## CERTIFICATE OF SERVICE

I, David W. Carickhoff, Jr., hereby certify that on the 18th day of March, 2004, I

caused a copy of the following document(s) to be served on the individuals on the attached

service list(s) in the manner indicated:

1.   **DEBTORS' STATUS REPORT ON THEIR CLAIMS
     RECONCILIATION AND OBJECTION PROCESS.**

David W. Carickhoff, Jr. (DE Bar No. 3715)

**W. R. Grace 2002 Service List**
Case No. 01-1139 (JKF)
Doc. No. 222588
031– Hand Delivery
207 – First Class Mail


(Counsel to Debtors and Debtors in
Possession)
Laura Davis Jones, Esquire
Scotta McFarland, Esquire
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

*Hand Delivery*
(Copy Service)
Parcels, Inc.
Vito I. DiMaio
10th & King Streets
Wilmington, DE 19801

*Hand Delivery*
(Local Counsel to DIP Lender)
Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

*Hand Delivery*
(Local Counsel to Asbestos Claimants)
Marla Eskin, Esquire
Mark Hurford, Esquire
Campbell & Levine, LLC
800 N. King Street
#301
Wilmington, DE 19801-3549

*Hand Delivery*
)
William H. Sudell, Jr., Esquire
Eric D. Schwartz, Esquire
Morris, Nichols Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

*Hand Delivery*
(Counsel to Travelers Casualty and Surety
Company)
Robert J. Dehney
Michael G. Busenkell
Morris, Nichols Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

*Hand Delivery*
(Counsel to The Chase Manhattan Bank)
Mark D. Collins, Esquire
Deborah E. Spivack, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

*Hand Delivery*
)
Jeffrey C. Wisler, Esquire
Michelle McMahon, Esquire
Connolly Bove Lodge & Hutz LLP
1220 Market Street, 10th Floor
Wilmington, DE 19899

*Hand Delivery*
(Counsel to Ingersoll-Rand Fluid Products)
Francis A. Monaco, Jr., Esquire
Monzack and Monaco, P.A.
1201 N. Orange Street, Suite 400
P.O. Box 2031
Wilmington, DE 19801

**Hand Delivery**
(Counsel to Ingersoll-Rand Fluid Products)
Frederick B. Rosner, Esquire
Monzack and Monaco, P.A.
1201 N. Orange Street, Suite 400
Wilmington, DE 19801

**Hand Delivery**
(Counsel to Property Damage Claimants)
Michael B. Joseph, Esquire
Theodore J. Tacconelli, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

**Hand Delivery**
)
Mark S. Chehi
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636

**Hand Delivery**
)
Joseph Grey, Esquire
Stevens & Lee
300 Delaware Avenue, Suite 800
Wilmington, DE 19801

**Hand Delivery**
(Counsel to Official Committee of
Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246

**Hand Delivery**
)
Laurie Selber Silverstein, Esquire
Monica Leigh Loftin, Esquire
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
P.O. Box 951
Wilmington, DE 19899

**Hand Delivery**
(United States Trustee)
Frank J. Perch, Esquire
Office of the United States Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

**Hand Delivery**
(Counsel for General Electric Corporation)
Todd C. Schiltz, Esquire
Wolf, Block, Schorr and Solis-Cohen LLP
Wilmington Trust Center
1100 N. Market Street
Suite 1001
Wilmington, DE 19801

**Hand Delivery**
)
Selinda A. Melnik, Esquire
Smith, Katzenstein & Furlow LLP
800 Delaware Avenue
P.O. Box 410
Wilmington, DE 19899

**Hand Delivery**
(Counsel to Century Indemnity Company)
Curtis Crowther, Esquire
White and Williams LLP
824 North Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19801

***Hand Delivery***
(Counsel to Wachovia Bank, N.A.)
Adam G. Landis, Esquire
Klett Rooney Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801

***Hand Delivery***
(Counsel to First Union Leasing)
John D. Demmy, Esquire
Stevens & Lee, P.C.
300 Delaware Avenue
8th Floor, Suite 800
Wilmington, DE 19801

***Hand Delivery***
(Counsel to Potash Corp.)
Aaron A. Garber, Esquire
Pepper Hamilton LLP
1201 Market Street
Suite 1600
Wilmington, DE 19899-1709

***Hand Delivery***
(Counsel to Entergy Services, Inc.)
Eric Lopez Schnabel, Esquire
James H. Joseph, Esquire
Klett Rooney Lieber & Schorling
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801

***Hand Delivery***
(Zonolite Attic Litigation Plaintiffs)
William D. Sullivan, Esquire
Elzufon Austin Reardon Tarlov & Mondell, P.A.
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE 19899

***Hand Delivery***
)
Francis J. Murphy
John S. Spadaro
Chase T. Brockstedt
Murphy Spadaro & Landon
824 N. Market Street
P.O. Box 8989
Wilmington, DE 19899-8989

***Hand Delivery***
(Counsel to Mark Hankin and HanMar Associates)
Thomas G. Whalen, Esquire
Stevens & Lee, P.C.
300 Delaware Avenue, Suite 800
Wilmington, DE 19801

***Hand Delivery***
)
Teresa K.D. Currier, Esquire
Klett Rooney Lieber & Schorling
1000 West Street, Suite 1410
P.O. Box 1397
Wilmington, DE 19899-1397

***Hand Delivery***
(Counsel to Union Tank Car Company)
Rachel B. Mersky, Esquire
Monzack and Monaco, P.A.
1201 N. Orange Street, Suite 400
Wilmington, DE 19801

***Hand Delivery***
(Counsel to Royal Insurance)
Megan N. Harper, Esquire
Bifferato, Bifferator & Gentilotti
1308 Delaware Avenue
P.O. Box 2165
Wilmington, DE 19899

**Hand Delivery**
(Counsel to The Delaware Division of
Revenue)
Allison E. Reardon
Delaware Division of Revenue
820 N. French Street
8th Floor
Wilmington, DE 19801

**Hand Delivery**
(Counsel to the Libby Mine Claimants)
Steven K. Kortanek, Esquire
Klehr, Harrison, Harvey, Branzburg &
Ellers, LLP
919 Market Street, Suite 1000
Wilmington, DE 19801

**Hand Delivery**
(L.A. Unified School District)
William F. Taylor, Jr., Esquire
McCarter & English, LLP
Mellon Bank Center
919 Market Street, Suite 1800
Wilmington, Delaware 19899

**First Class Mail**
(Counsel to Debtor)
James H.M. Sprayregen, Esquire
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

**First Class Mail**
(Canadian Counsel to Debtor)
Derrick Tay, Esquire
Meighen Demers
Suite 1100, Box 11
Merrill Lynch Canada Tower
200 King Street West
Toronto, Ontario
Canada M5H 3T4

**First Class Mail**
(W. R. Grace & Co.)
David B. Siegel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

**First Class Mail**
(Official Committee of Personal Injury
Claimants)
Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 27th Floor
New York, NY 10022

**First Class Mail**
(Official Committee of Unsecured
Creditors)
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

**First Class Mail**
(Official Committee of Property Damage
Claimants)
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price &
Axelrod LLP
First Union Financial Center
200 South Biscayne Blvd, Suite 2500
Miami, FL 33131

**First Class Mail**
(Counsel to Equity Committee)
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY 10022-3852

*First Class Mail*
(Counsel to Sealed Air Corporation)
D. J. Baker, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY  10036

*First Class Mail*
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL  60606

*First Class Mail*
(Counsel to Asbestos Claimants)
Nancy Worth Davis, Esquire
Motley Rice LLC
28 Bridgeside Boulevard
P.O. Box 1792
Mount Pleasant, SC  29465

*First Class Mail*
)
Todd Meyer, Esquire
Kilpatrick Stockton
1100 Peachtree Street
Atlanta, GA  30309

*First Class Mail*
)
Office of Reorganization
Securities & Exchange Commission
Suite 1000
3475 Lenox Road, N.E.
Atlanta, GA  30326-1232

*First Class Mail*
)
Internal Revenue Service
Attn: Insolvency
31 Hopkins Plaza, Room 1150
Baltimore, MD 21201

*First Class Mail*
)
Michael A. Berman, Esquire
Securities and Exchange Commission
450 Fifth Street, N.W. (Mail Stop 6-6)
Washington, D.C.  20549

*First Class Mail*
)
Secretary of Treasurer
P.O. Box 7040
Dover, DE  19903

*First Class Mail*
)
Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 7040
Dover, DE  19903

*First Class Mail*
)
James D. Freeman, Esquire
U.S. Department of Justice
Environmental Enforcement Section
999 18th Street
Suite 945-North Tower
Denver, CO  80202

*First Class Mail*
)
Jon L. Heberling, Esquire
McGarvey, Heberling, Sullivan &
McGarvey PC
745 South Main Street
Kalispel, MT  59901

*First Class Mail*
)
Patrick L. Hughes, Esquire
Haynes & Boone LLP
1000 Louisiana Street, Suite 4300
Houston, TX  77002-5012

*First Class Mail*

)
David S. Heller, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

*First Class Mail*

)
Charles E. Boulbol, Esquire
26 Broadway, 17th Floor
New York, NY 10004

*First Class Mail*

)
Ira S. Greene, Esquire
Squadron, Ellenoff, Plesent & Sheinfeld,
LLP
875 Third Avenue
New York, NY 10022-6225

*First Class Mail*

)
James A. Sylvester, Esquire
Intercat, Inc.
104 Union Avenue
Manasquan, NJ 08736

*First Class Mail*

)
Steven J. Johnson, Esquire
Gibson, Dunn & Crutcher LLP
1530 Page Mill Road
Palo Alto, CA 94304-1125

*First Class Mail*

)
Charlotte Klenke, Esquire
Schneider National, Inc.
P.O. Box 2545
3101 S. Packerland
Green Bay, WI 54306

*First Class Mail*

)
David S. Rosenbloom, Esquire
Jeffrey E. Stone, Esquire
Lewis S. Rosenbloom, Esquire
McDermott, Will & Emery
227 West Monroe Street
Chicago, IL 60606-5096

*First Class Mail*

)
Charles L. Finke, Assistant General Counsel
Brad Rogers, Esquire
Office of the General Counsel
Pension Benefit Guaranty Corp
1200 K. Street, N. W.
Washington, D.C. 20005-4026

*First Class Mail*

)
Pamela Zilly
Richard Shinder
David Blechman
Michael Alexander
The Blackstone Group
345 Park Avenue
New York, NY 10154

*First Class Mail*

)
Josiah Rotenberg
Quadrangle
375 Park Avenue
New York, NY 10152

*First Class Mail*

)
Jan M. Hayden
William H. Patrick
Heller, Draper, Hayden, Patrick & Horn,
L.L.C.
650 Poydras Street, Suite 2500
New Orleans, LA 70130-6103

*First Class Mail*
)
Joseph F. Rice
Motley Rice LLC
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC  29465

*First Class Mail*
(Counsel to Asbestos Claimants)
Steven T. Baron, Esquire
Member
Silber Pearlman, LLP
2711 North Haskell Avenue, 5th Floor, LLP
Dallas, TX  75204

*First Class Mail*
)
Bankruptcy Administration
IOS Capital, Inc.
1738 Bass Road
P.O. Box 13708
Macon, GA  31208-3708

*First Class Mail*
(Attorneys for PPG Industries, Inc.)
W.J. Winterstein, Jr., Esquire
John J. Winter, Esquire
William M. Aukamp, Esquire
Eleven Penn Center, 29th Floor
1835 Market Street
Philadelphia, PA  19103

*First Class Mail*
)
Alan R. Brayton, Esquire
Brayton & Purcell
222 Rush Landing Road
Novato, CA  94945

*First Class Mail*
)
Jonathan W. Young
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive, Suite 3000
Chicago, IL  60606-1229

*First Class Mail*
)
Russell W. Budd
Alan B. Rich
Baron & Budd, P.C.
3102 Oak Lawn Avenue, P.O. Box 8705
Dallas, TX  75219

*First Class Mail*
)
Shelby A. Jordan, Esquire
Nathaniel Peter Holzer. Esquire
Jordan, Hyden, Womble & Culbreth, P.C.
500 N. Shoreline Blvd., Suite 900
Corpus Christi, TX  78471

*First Class Mail*
)
Courtney M. Labson, Esquire
Ontario Mills LP
Legal Department
1300 Wilson Boulevard, Suite 400
Arlington, VA  22209

*First Class Mail*
)
T. Kellan Grant
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive, Suite 3000
Chicago, IL  60606-1229

*First Class Mail*
)
Cindy Schultz
Ingersoll-Rand Fluid Products
One Aro Center
P.O. Box 151
Bryan, OH  43506

**First Class Mail**

)

Alan Kolod, Esquire
Moses & Singer LLP
1301 Avenue of the Americas
40th Floor
New York, NY  10019-6076

**First Class Mail**

)

Mr. Thomas Moskie
Bankers Trust Company
Four Albany Street
Fourth Floor
New York, NY  10006

**First Class Mail**

)

John P. Dillman, Esquire
Linebarger Heard Goggan Blair
Graham Peña & Sampson, LLP
P.O. Box 3064
Houston, TX  77253-3064

**First Class Mail**

)

Charles E. Gibson, III
Attorney at Law
620 North Street, Suite 100
Jackson, MS  39202

**First Class Mail**

)

Paul M. Baisier, Esquire
SEYFARTH SHAW
1545 Peachtree Street
Suite 700
Atlanta, GA  30309

**First Class Mail**

)

Christopher L. Beard, Esquire
The Beard Group
502 W. Patrick Street
Frederick, MD  21701-4002

**First Class Mail**

)

Bernice Conn, Esquire
Robins, Kaplan, Miller & Ciresi LLP
2049 Century Park East, Suite 3700
Los Angeles, CA  90067

**First Class Mail**

)

Steven R. Schlesinger, Esquire
Jaspan Schlesinger Hoffman LLP
300 Garden City Plaza
Garden City, NY  11530

**First Class Mail**

)

Steven J. Kherkher, Esquire
Laurence G. Tien, Esquire
Williams Bailey Law Firm, L.L.P.
8441 Gulf Freeway, Suite #600
Houston, TX  77017

**First Class Mail**

)

Kimberly W. Osenbaugh
Preston Gates & Ellis LLP
925 4th Avenue
Suite 2900
Seattle, WA  98104-1158

**First Class Mail**

)

Delta Chemical Corporation
2601 Cannery Avenue
Baltimore, MD  21226-1595

**First Class Mail**

)

Steven T. Hoort, Esquire
Ropes & Gray
One International Place
Boston, MA  02110-2624

*First Class Mail*
)
Peter Van N. Lockwood, Esquire
Julie W. Davis, Esquire
Trevor W. Swett, III, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC 20005

*First Class Mail*
)
Peter A. Chapman
572 Fernwood Lane
Fairless Hills, PA 19030

*First Class Mail*
)
Paul M. Matheny
The Law Offices of Peter G. Angelos, P.C.
5905 Harford Rd.
Baltimore, MD 21214

*First Class Mail*
)
Michael J. Urbis
Jordan, Hyden, Womble & Culbreth, P.C.
2390 Central Blvd, Suite G
Brownsville, TX 78520

*First Class Mail*
)
Mary A. Coventry
Sealed Air Corporation
Park 80 East
Saddle Brook, NJ 07663

*First Class Mail*
)
John M. Klamann
Klamann & Hubbard
7101 College Blvd., Suite 120
Overland Park, KS 66210

*First Class Mail*
)
Joseph T. Kremer, Esquire
Lipsiptz, Green, Fahringer, Roll, Salisbury
& Cambria, LLP
42 Delaware Avenue, Suite 300
Buffalo, NY 14202

*First Class Mail*
)
Paul D. Henderson, Esquire
Dies, Dies & Henderson
1009 W. Green Avenue
Orange, TX 77630

*First Class Mail*
)
Robert Jacobs, Esquire
Maria Rosoff Eskin
Jacobs & Crumplar, P.A.
2 East 7th Street
P.O. Box 1271
Wilmington, DE 19899

*First Class Mail*
)
Elizabeth S. Kardos, Esquire
Gibbons, Del Deo, Dolan Griffinger &
Vecchione, PC
One Riverfront Plaza
Newark, NJ 07102-5497

*First Class Mail*
)
Thomas J. Noonan, Jr.
c/o R& S Liquidation Company
5 Lyons Mall PMB #530
Basking Ridge, NJ 07920-1928

*First Class Mail*
)
Harry Lee, Esquire
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, DC 20036

*First Class Mail*
(Counsel to Public Service Electric and Gas
Company)
William E. Frese, Esquire
Attn: Sheree L. Kelly, Esquire
80 Park Plaza, T5D
P.O. Box 570
Newark, NJ 07101

*First Class Mail*
(Counsel to Official Committee of
Unsecured Creditors)
William S. Katchen, Esquire
Duane, Morris & Heckscher LLP
1 Riverfront Plaza, 2nd Floor
Newark, NJ 07102

*First Class Mail*
(Tennessee Department of Environment and
Conservation – Superfund)
Paul G. Sumers, Esquire
TN Attorney General's Office, Bankr. Unit
P.O. Box 20207
Nashville, TN 37202-0207

*First Class Mail*
(Counsel to numerous asbestos claimants)
Damon J. Chargois, Esquire
Foster & Sear, L.L.P.
360 Place Office Park
1201 N. Watson Road, Suite 145
Arlington, TX 76006

*First Class Mail*
(Counsel to Berry & Berry)
C. Randall Bupp, Esquire
Plastiras & Terrizzi
24 Professional Center Parkway
Suite 150
San Rafael, CA 94903

*First Class Mail*
)
Anton Volovsek
Rt2 – Box 200 #42
Kamiah, ID 83536-9229

*First Class Mail*
(Counsel to Weatherford U.S. Inc., and
Weatherford International Inc.)
Peter S. Goodman, Esquire
Andrews & Kurth LLP
450 Lexington Avenue, 15th Floor
New York, NY 10017

*First Class Mail*
)
Jonathan H. Alden, Esquire
Assistant General Counsel
3900 Commonwealth Boulevard, MS 35
Tallahassee, FL 32399-3000

*First Class Mail*
)
State Library of Ohio
c/o Michelle T. Sutter
Revenue Recovery
101 E. Town Street, Second Floor
Columbus, OH 43215

*First Class Mail*
)
Rosa Dominy
Bankruptcy Administration
IOS Capital, Inc.
1738 Bass Road
P.O. Box 13708
Macon, GA 31208-3708

*First Class Mail*
)
Greif, Inc.
Attn: Credit Department
366 Greif Parkway
Delaware, OH 43015

*First Class Mail*
(Counsel to SAP America, Inc.)
Stephanie Nolan Deviney
Brown & Connery, LLP
360 Haddon Avenue
P.O. Box 539
Westmont, NJ  08108

*First Class Mail*
)
Barbara M. Cook, County Solicitor
Katherine L. Taylor, Senior Assistant
County Solicitor
Howard County Office of Law
George Howard Building
3430 Courthouse Drive
Ellicott City, MD  21043

*First Class Mail*
)
Danice Sims
P.O. Box 66658
Baton Rouge, LA  70896

*First Class Mail*
)
M. Diane Jasinski, Esquire
Michael D. Hess
Corporation Counsel of the City of New
York
100 Church Street, Room 6-127
New York, NY  10007

*First Class Mail*
)
Janet Napolitano
Robert R. Hall
Russell W. Savory
1275 West Washington Street
Phoenix, AZ  85007-1278

*First Class Mail*
)
Russell W. Savory
Gotten, Wilson & Savory, PLLC
200 Jefferson Avenue, Suite 900
Memphis, TN  38103

*First Class Mail*
)
Credit Manager
Belz Enterprises
100 Peabody Place, Suite 1400
Memphis, TN  38103

*First Class Mail*
)
James P. Ruggeri
Scott A. Shail
Hogan & Harton L.L.P.
555 Thirteenth Street,.N.W.
Washington, D.C.  20004-1109

*First Class Mail*
)
Steven R. Bourne, Esquire
Nutter, McClennen & Fish, LLP
155 Seaport Blvd
Boston, MA  02210-2604

*First Class Mail*
)
Judy D. Thompson, Esquire
S. Andrew Jurs, Esquire
Poyner & Spruill, L.L.P.
One Wachovia Center
301 S. College Street
Suite 2300
Charlotte, NC  28202

*First Class Mail*
)
Daniel H. Slate, Esquire
Hughes Hubbard & Reed LLP
350 South Grand Avenue
Los Angeles, CA  90071-3442

*First Class Mail*
)
Andrea L. Hazzard, Esquire
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY  10004-1482

*First Class Mail*
)
Authur Stein, Esquire
1041 W. Lacey Road
P.O. Box 1070
Forked River, NJ  08731-6070

*First Class Mail*
)
Robert H. Rosenbaum, Esquire
M. Evan Meyers, Esquire
Meyers, Rodbell & Rosenbaum, P.A.
Berkshire Building
6801 Kenilworth Avenue, Suite 400
Riverdale, MD 20737-1385

*First Class Mail*
)
Maggie De La Rosa
Provost & Umphrey
Law Firm, L.L.P.
490 Park Street
Beaumont, TX  77701

*First Class Mail*
)
Anne Marie P. Kelley, Esquire
Dilworth Paxson, LLP
LibertyView – Suite 700
457 Haddonfield Road
P.O. Box 2570
Cherry Hill, NJ  08034

*First Class Mail*
)
Kevin James
Deputy Attorney General
1515 Clay Street, 20th Floor
Oakland, CA   94612-1413

*First Class Mail*
)
Dorine Vork, Esquire
Stibbe, P.C.
350 Park Avenue
New York, NY  10022

*First Class Mail*
)
Suexirda Prayaga
7365 MacLeod Lane
Ofallon, MO  63366

*First Class Mail*
)
Bart Hartman
Treasurer – Tax Collector
Attn: Elizabeth Molina
1600 Pacific Highway, Room 162
San Diego, CA  92101

*First Class Mail*
)
David Aelvoet, Esquire
Linebarger Goggan Blair Graham Pena &
Sampson, LLP
Travis Park Plaza Building
711 Navarro, Suite 300
San Antonio, TX  78205

*First Class Mail*
)
Robert Cimino, Esquire
Suffolk County Attorney
Attn: Diane Leonardo Beckmann, Asst.
County
H. Lee Dennison Building
100 Veterans Memorial Highway
P.O. Box 6100
Hauppauge, NY  11788-0099

**First Class Mail**
(Counsel to Toyota Motor Credit)
Robert T. Aulgur, Jr., Esquire
P.O. Box 617
Odessa, DE 19730

**First Class Mail**
(Counsel to Dow Chemical Company,
Hampshire Chemical Corporation and Union
Carbide Corporation)
Michael T. Kay, Esquire
Nancy Draves, Esquire
The Dow Chemical Company
2030 Dow Center
Midland, MI 48674

**First Class Mail**
)
Anne Marie P. Kelley, Esquire
Dilworth Paxson, LLP
Liberty View – Suite 700
457 Haddonfield Road
Cherry Hill, NJ 08002

**First Class Mail**
(Counsel to General Electric Capital
Corporation)
Ronald S. Beacher, Esquire
Pitney, Hardin, Kipp & Szuch LLP
685 3rd Avenue
New York, NY 10017-4024

**First Class Mail**
)
Attn: Diane Stewart
Peoples First Community Bank
P.O. Box 59950
Panama City, FL 32412-0950

**First Class Mail**
(Counsel to Commissioner of Revenue)
Michael B. Willey, Esquire
Legal Services, 27th Floor
312 8th Avenue North
Nashville, TN 37243

**First Class Mail**
)
Jeffrey L. Glatzer, Esquire
Anderson, Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY 10020-1182

**First Class Mail**
)
Thomas V. Askounis, Esquire
Askounis & Borst, P.C.
303 East Wacker Drive
Suite 1000
Chicago, IL 60601

**First Class Mail**
)
Attn: Ted Weschler
Peninsula Capital Advisors, L.L.C.
404 East Main Street
Second Floor
Charlottesville, VA 22902

**First Class Mail**
)
E. Katherine Wells, Esquire
South Carolina Department of Health and
Environmental Control
2600 Bull Street
Columbia, SC 29201-1708

**First Class Mail**
)
Melanie S. Kaufman
938A Stanyan Street
San Francisco, CA 94117-3807

**First Class Mail**
)
Michael H. Pinkerson, Esquire
James M. Garner, Esquire
Sher Garner Cahill Richter Klein McAlister
& Hilbert, L.L.C.
909 Poydras Street, Suite 2800
New Orleans, LA 70112

*First Class Mail*
)
William H. Johnson, Esquire
Norfolk Southern Corporation
Law Department
Three Commercial Place
Norfolk, VA 23510-9242

*First Class Mail*
(Counsel to Wells Fargo Bank Minnesota,
National Association)
Pillsbury Winthrop LLP
One Battery Park Plaza
New York, NY 10004-1490

*First Class Mail*
(Counsel to Wells Fargo Bank Minnesota,
National Association)
Craig Barbarosh, Esquire
Pillsbury Winthrop LLP
650 Town Center Drive, 7th Floor
Costa Mesa, CA 92626-7122

*First Class Mail*
(Counsel to Aldine Independent School
District)
Aldine Independent School District
Jonathan C. Hantke, Esquire
Pamela H. Walters, Esquire
14910 Aldine-Westfield Road
Houston, TX 77032

*First Class Mail*
)
DAP Products, Inc.
c/o Julien A. Hecht, Esquire
2400 Boston Street, Suite 200
Baltimore, MD 21224

*First Class Mail*
)
Steven B. Flancher, Esquire
Assistant Attorney General
Department of Attorney General
Revenue Division
First Floor Treasury Building
Lansing, MI 48992

*First Class Mail*
(Counsel to Asbestos Claimants)
Deirdre Woulfe Pacheco, Esquire
Wilentz, Goldman & Spitzer
90 Woodbridge Center Drive
P.O. Box 10
Woodbridge, NJ 07095

*First Class Mail*
(Counsel to LaVantage Solutions)
Matthew A. Porter, Esquire
Bernard J. Bonn III, Esquire
Dechert Price & Rhoads
Ten Post Office Square South
Boston, MA 02109

*First Class Mail*
(Counsel to Occidental Permian, Ltd.)
John W. Havins, Esquire
Burt Barr Havins & O'Dea, L.L.P.
1001 McKinney, Suite 500
Houston, TX 77002

*First Class Mail*
(Counsel to The Texas Comptroller of
Public Accounts)
Mark Browning, Esquire
Assistant Attorney General
c/o Sherri K. Simpson, Legal Assistant
Office of the Attorney General
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX 78711-2548

*First Class Mail*
(Counsel to Century Indemnity Company)
Leonard P. Goldberger, Esquire
White & Williams LLP
1800 One Liberty Place
Philadelphia, PA  19103-7395

*First Class Mail*
(Comptroller of Public Accounts of the State
of Texas)
Kay D. Brock, Esquire
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX  78711-2548

*First Class Mail*
)
Cynthia C. Hemme, Esquire
Senior Counsel
Nortel Networks, Inc.
4010 E. Chapel Hill-Nelson Hwy.
Research Triangle Park, NC  27709

*First Class Mail*
(Counsel to Anderson Memorial Hospital)
Daniel A. Speights, Esquire
Speights & Runyan
200 Jackson Avenue, East
P.O. Box 685
Hampton, SC  29924

*First Class Mail*
(Counsel to WESCO Distribution, Inc.)
Julie Quagliano
Quagliano & Seeger
3243 P Street, NW
Washington, DC  20007

*First Class Mail*
)
General Motors Acceptance Corporation
P.O. Box 5055
Troy, MI  48007-5055

*First Class Mail*
(Counsel to Amalgamated Industries and
Service Workers Benefit Fund)
Judith Greenspan, Esquire
Associate Counsel
The Amalgamated Industries and Service
Workers Benefit Fund
730 Broadway
Tenth Floor
New York, NY  10003-9511

*First Class Mail*
)
Donna J. Petrone, Esquire
ExxonMobil Chemical Company
Law Department – Bankruptcy
13501 Katy Freeway, Room W1-562
Houston, TX  77079-1398

*First Class Mail*
(Counsel to Potash Corp.)
David W. Wirt, Esquire
Winston & Strawn
35 West Wacker Drive
Chicago, IL  60601

*First Class Mail*
)
Alan H. Katz, Esquire
Entergy Services, Inc.
693 Loyola Avenue, Suite 2600
New Orleans, LA  70113

*First Class Mail*
)
Sander L. Esserman
Stutzman Bromberg, Esserman & Plifka
A Professional Corporation
2323 Bryan Street
Dallas, TX  75201-2689

**First Class Mail**
(Counsel to Huntsman Corporation)
Randall A. Rios
Floyd, Isgur, Rios & Wahrlich, P.C.
700 Louisiana, Suite 4600
Houston, TX 77002

**First Class Mail**
(Zonolite Attic Litigation Plaintiffs)
Elizabeth J. Cabraser, Esquire
Lieff, Cabraser, Heimann & Bernstein, LLP
Embacadero Center West, 30th Floor
275 Battery Street
San Francisco, CA 94111

**First Class Mail**
(Zonolite Attic Litigation Plaintiffs)
Thomas M. Sobol, Esquire
Hagens Berman LLP
225 Franklin Street, 26th Floor
Boston, MA 02110

**First Class Mail**
(Zonolite Attic Litigation Plaintiffs)
Robert M. Fishman, Esquire
Shaw Gussis Domanskis Fishman & Glantz
1144 West Fulton Street, Suite 200
Chicago, IL 60607

**First Class Mail**
)
Scott Barker
Credit Manager
Phelps Dodge Corp.
(Formerly Climax Molybdenum Marketing
Corporation)
One North Central Avenue
Phoenix, AZ 85004

**First Class Mail**
)
Coudert Brothers
Attn: Joseph D. Farrell, Esquire and
Edward H. Tillinghast, III, Esquire
1114 Avenue of the Americas
New York, NY 10036

**First Class Mail**
)
Margery N. Reed, Esquire
Duane, Morris & Heckscher LLP
4200 One Liberty Place
Philadelphia, PA 19103-7396

**First Class Mail**
(Counsel to Marco Barbanti)
Darrell W. Scott
Lukins & Annis, P.S.
1600 Washington Trust Financial Center
717 West Sprague Avenue
Spokane, WA 99201-0466

**First Class Mail**
(Missouri Department of Revenue)
Missouri Department of Revenue
Bankruptcy Unit
Gary L. Barnhart
PO Box 475
Jefferson City, MO 65105-0475

**First Class Mail**
(Peters, Smith & Company)
Mr. Charles C. Trascher III, Esquire
Snellings, Breard, Sartor, Inabnett &
Trascher, LLP
PO Box 2055
Monroe, LA 71207

**First Class Mail**
(The Baupost Group LLC)
Gary M. Becker, Esquire
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY 10022

**First Class Mail**
(Attorney General of PA(Commonwealth of
PA, Dept. of Revenue)
Christopher R. Momjian
Senior Deputy Attorney General
I.D. No. 057482
Office of Attorney General
21 S. 12th Street, 3rd. Floor
Philadelphia, PA 19107-3603

**First Class Mail**
)
Denise A.Kuhn
Office of Attorney General
21 S. 12th Street, 3rd Floor
Philadelphia, PA 19107-3603

**First Class Mail**
(Snack, Inc.)
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166

**First Class Mail**
(Snack, Inc.)
Vahe Melkonian
Newco Management Company, LLC
6320 Canoga Avenue, Suite 1430
Woodland Hills, CA 91367

**First Class Mail**
(W.C. Baker, E.E. Jaques, B.H. Miller, M.R.
Fisher, S.R. Ormsbee, M. Rea and the Fisher
Trust)
Richard B. Spector, Esquire
Mark M. Monachino, Esquire
Corbett & Steelman
18200 Von Karman Avenue, Suite 200
Irvine, CA 92612-1086

**First Class Mail**
(Counsel to AON Consulting, Inc.)
Barry D. Kleban, Esquire
Adelman Lavine Gold and Levin
Suite 900
Four Penn Center
Philadelphia, PA 19103

**First Class Mail**
)
Michael Selig
Westover Investments, L.L.C.
555 Old Garth Road
Charlottesville, VA 22901

**First Class Mail**
(Hearthside Residential Corp.)
Allan H. Ickowitz, Esq.
Nossaman, Guthner, Knox & Elliott, LLP
445 South Figueroa Street, 31st Floor
Los Angeles,CA 90071

**First Class Mail**
(Georgia Department of Revenue)
Oscar B. Fears, III
Assistant Attorney General
40 Capitol Square, S.W.
Atlanta, GA 30334

**First Class Mail**
)
Philip J. Ward
Victoria Radd Rollins
Williams & Connolly LLP
725 Twelfth Street NW
Washington, DC 20005

**First Class Mail**
)
Ralph R. Mabey
Penrod W. Keith
LeBoeuf, Lamb, Greene & MacRae, LLP
1000 Kearns Building
Salt Lake City, UT 84101

**First Class Mail**
)
Kelley B. Gelb
700 Southeast Third Avenue
Suite 100
Fort Lauderdale, FL 33316-1186

**First Class Mail**
)
Margaret A. Holland
Deputy Attorney General
New Jersey Attorney General's Office
Division of Law
R.J. Hughes Justice Complex
P.O. Box 106
Trenton, NJ 08625

**First Class Mail**
)
Craig A. Slater, Esquire
Harter,Secrest & Emery LLP
Twelve Fountain Plaza
Suite 400
Buffalo, NY 14202

**First Class Mail**
)
Rachel Jeanne Lehr
Deputy Attorney General
Office of the Attorney General
R.J.Hughes Justice Complex
P.O. Box 093
Trenton, NJ 08625

**First Class Mail**
)
Larry A. Feind
133 Peachtree Street, N.E.
7th Floor
Atlanta ,GA 30303

**First Class Mail**
)
Bryan Shapiro
Bear, Stearns & Co. Inc.
383 Madison Avenue
New York, NY 10179

**First Class Mail**
(Counsel to County Of Dallas)
Elizabeth Weller
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan Street, Suite 1720
Dallas, TX 75201-2691

**First Class Mail**
)
Mr. Mark Hankin
HanMar Associates, M.L.P.
P.O. Box 26767
Elkins Park, PA 19027

**First Class Mail**
(Counsel to Travelers Casualty and Surety
Company)
Lynn K. Neuner, Esquire
Simpson, Thacher, & Bartlett
425 Lexington Avenue
New York, NY 10017-3954

**First Class Mail**
(Counsel to Kaneb Pipe Line Operating
Partnership LP and Support Terminal
Services, Inc.)
Gerald G. Pecht, Esquire
Fulbright & Jaworski, LLP
1301 McKinney, Suite 5100
Houston, TX 77010-3095

**First Class Mail**
)
Jonathan D. Berger, Esquire
Russell Henkin, Esquire
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103-6365

*First Class Mail*
(Counsel to CMGI)
Paul P. Daley, Esquire
George W. Shuster, Jr., Esquire
Hale and Dorr LLP
60 State Street
Boston, MA  02109

*First Class Mail*
(Counsel to Louis S. Robles, Esquire and
Robles Law Center, P.A.)
Nicholas J. LePore, III
Schnader Harrison Segal & Lewis LLP
Suite 3600, 1600 Market Street
Philadelphia, PA  19103

*First Class Mail*
(Counsel to Novak Landfill RD/RA Group)
Noel C. Burnham, Esquire
Richard G. Placey, Esquire
Montgomery, McCracken, Walker &
Rhoads LLP
123 South Broad Street
Avenue of the Arts
Philadelphia, PA  19109

*First Class Mail*
)
DACA V, LLC
Attn: Julie Bubnack
2120 W. Washington Street
San Diego, CA  92110

*First Class Mail*
(Counsel to Lawson Electric Co.)
Ronald D. Gorsline
Chambliss, Bahner, & Stophel, P.C.
1000 Tallan Building, Ste. 1000
Two Union Square
Chattanooga, TN  37402-2552

*First Class Mail*
)
Jon Bauer
Contrarian Capital Management, LLC
411 West Putnam Avenue, Suite 225
Greenwich, CT  06830

*First Class Mail*
(Counsel to County of San Diego)
Martha E. Romero
Law Offices of Martha E. Romero and
Associates
7743 South Painter Avenue, Suite E
Whittier, CA  90602

*First Class Mail*
(Counsel to National Union Fire Insurance
Co. of Pittsburgh, PA)
Michael S. Davis, Esquire
Zeichner Ellman & Krause
575 Lexington Avenue
New York, NY  10022

*First Class Mail*
(Counsel to The Burlington Northern and
Santa Fe Railway Company)
Theresa L. Wasser, Esquire
Burns, White & Hickton, LLC
120 Fifth Avenue, Suite 2400
Pittsburgh, PA  15222

*First Class Mail*
(Counsel to Crossroads Industrial Park, Inc.
and Weedsport Associates, LLC)
Scott Estelle, President
Crossroads Industrial Park, Inc.
P.O. Box 220
Weedsport, NY  13166

*First Class Mail*
(Counsel to the City of Knoxville)
Hillary Browning-Jones
Assistant City Attorney
P.O. Box 1631
Knoxville, TN  37901

*First Class Mail*
(Counsel to Westcor)
Don C. Fletcher, Esquire
The Cavanagh Firm, P.A.
1850 North Central Avenue
Suite 2400
Phoenix, AZ 85004

*First Class Mail*
(Carteret Venture)
Mr. Harvey Schultz
The Schultz Organization
4 Woods End
Ocean, NJ 07712-4181

*First Class Mail*
(Counsel to State of New York, Dept. of
Taxation and Finance)
Barbara G. Billet, Esquire
Elaine Z. Cole, Esquire
New York State Department of Taxation and
Finance
340 E. Main Street
Rochester, NY 14604

*First Class Mail*
)
James J. Restivo, Esquire
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219

*First Class Mail*
(Counsel to William B. Dunbar)
Ted N. Pettit, Esquire
Case Bigelow & Lombardi
Grosvenor Center, Mauka Tower
737 Bishop Street, Suite 2600
Honolulu, HI 96813

*First Class Mail*
(Counsel to West Group)
Michael S. Sandberg, Esquire
Hellmuth & Johnson, PLLC
10400 Viking Drive, Suite 560
Eden Prairie, MN 55344

*First Class Mail*
(Counsel to Certain Underwriters at Lloyd's
London)
Thomas J. Quinn, Esquire
Mendes & Mount, LLP
750 Seventh Avenue
New York, NY 10019-6829

*First Class Mail*
(Counsel to the U.S. Environmental
Protection Agency)
Jerel L. Ellington, Esquire
U.S. Department of Justice
Environmental Enforcement Section
999 18th Street; Suite 945-North Tower
Denver, CO 80202

*First Class Mail*
(Counsel to the State of Minnesota)
Ann Beimdiek Kinsella
Assistant Attorney General
445 Minnesota Street, Suite 1200
St. Paul, MN 55101-2127

*First Class Mail*
(Counsel to Union Tank Car Company)
Deborah L. Thorne, Esquire
FabelHaber LLC
55 East Monroe Street, 40th Floor
Chicago, IL 60603

*First Class Mail*
)
Jenny J. Hyun, Esquire
Weingarten Realty Investors
2600 Citadel Plaza Drive
Houston, TX 77008

*First Class Mail*
)
Brad N. Friedman
Rachel Fleishman
Milberg Weiss Bershad Hynes & Lerach LLP
One Pennsylvania Plaza
New York, NY 10119-0165

*First Class Mail*
)
Xerox Capital Services, LLC
Attention: Cathy Flowers
800 Carillon Parkway
St. Petersburg, FL 33716-9876

*First Class Mail*
(Counsel to Royal Insurance)
Carl Pericone, Esquire
Wilson, Elser, Moskowitz, Edelman, Dicker LLP
150 East 42nd Street
New York, NY 10019-5639

*First Class Mail*
(Counsel to James Grau, Anna Grau and Harry Grau & Sons, Inc.)
Edward L. Jacobs, Esquire
Bankemper & Jacobs
The Shaw House
26 Audubon Place
P.O. Box 70
Fort Thomas, KY 41075-0070

*First Class Mail*
(Counsel to Ben Bolt-Palito-Blanco ISD, Brownsville ISD, Cameron County, Hildalgo County, Orange Grove, Orange Grove ISD, Premont ISD)
Lori Gruver Robertson, Esquire
Linebarger Goggan Blair Pena & Sampson, LLP
1949 South I.H. 35 (78741)
P.O. Box 17428
Austin, TX 78760

*First Class Mail*
(Counsel to Carrollton-Farmers Branch Independent School District)
Andrea Sheehan, Esquire
Law Offices Of Robert E. Luna, P.C.
4411 North Central Expressway
Dallas, TX 75205

*First Class Mail*
(Counsel to Cornell University)
Anthony F. Parise
Cornell University
Office of University Counsel
300 CCC Building, Garden Avenue
Ithaca, NY 14853-2601

*First Class Mail*
(Counsel to Citadel Investment Group, LLC)
Citadel Investment Group, L.L.C.
Attn: S. Jay Novatney
131 South Dearborn Street, 36th Floor
Chicago, IL 60603

*First Class Mail*
(Counsel to the Libby Mine Claimants)
David B. Madoff, Esquire
Daniel C. Cohn, Esquire
Cohn Khoury Madoff & Whitesell LLP
101 Arch Street
Boston, MA 02110

*First Class Mail*
(Counsel to Enron Corp., et al.)
General Counsel
Enron Energy Services
1400 Smith Street
EB 0889
Houston, TX 77002

**First Class Mail**
(Inventory Attorneys on behalf of all clients
of the Robles law firm)
Thomas Tew, Esquire
Jeffrey Tew, Esquire
Tew Cardenas Rebak Kellogg Lehman
DeMaria Tague Raymong & Levin, LLP
201 South Biscayne Boulevard, Suite 2600
Miami, FL  33131

**First Class Mail**
(Counsel to Town of Acton, MA)
Thomas O. Bean
Nutter, McClennen & Fish, LLP
World Trade Center West
155 Seaport Blvd.
Boston, MA  02210

**First Class Mail**
(Federal Insurance Company)
Jacob C. Cohn, Esquire
Cozen O'Connor
1900 Market Street
Philadelphia, PA  19103

**First Class Mail**
)
Contrarian Capital Trade Claims LP
Attn: Alisa Minsch
411 W. Putnam Ave. S-225
Greenwich, CT  06830-6263

**First Class Mail**
)
Debt Acquisition Co of America V LLC
2120 W. Washington Street
San Diego, CA  92110-2052

**First Class Mail**
)
Longacre Master Fund Ltd.
Attn: Maurie Shalome
810 7th Avenue, 22nd Fl.
New York, NY  10019-5818

**First Class Mail**
)
Sierra Asset Management LLC
2699 White Rd., Ste. 225
Irvine, CA  92614-6264

**First Class Mail**
)
Trade-Debt.Net
P.O. Box 1487
West Babylon, NY  11704-0487

**First Class Mail**
)
Edward B. Cottingham, Jr.
Motley Rice LLC
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC  29465

**First Class Mail**
(Counsel for State Street Global Advisors)
Daniel M. Glosband, P.C.
Peter D. Bilowz, Esq.
Goodwin Procter LLP
Exchange Place
Boston, MA  02109