IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 ) ) Case No. 01-1139 (JFK) |
| W.R. GRACE & CO., *et al.*,[1] | ) Jointly Administered ) |
| Debtors. | ) ) |

**CERTIFICATION PURSUANT TO LOCAL RULE 9010-1(c)(ii)**

I, Carol Iancu, Assistant Attorney General, in the Massachusetts Office of the Attorney General, hereby certify that I am admitted to practice in the state courts of Massachusetts and Maryland (inactive), and in the District of Columbia and in the following federal courts: the United States District Courts for the Districts of Massachusetts, Maryland, and the District of Columbia, and the United States Court of Appeals for the Fifth Circuit. I further certify that I am in good standing in all jurisdictions in which I am admitted to practice. I also certify that I have obtained a copy of the Local Rules of this Court, including the proposed amendments, and am generally familiar with and will be bound by them. I further certify that I will submit to the disciplinary jurisdiction of this Court.

I appear in the above-captioned cases on behalf of the Massachusetts Department of Environmental Protection for the purpose of moving the court for relief from the automatic stay and setoff in relation to the proofs of claims filed by the Department in these cases.

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemcials, Inc.), W.R. Grace & Co.-Conn., A-l Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc, Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.) G C Management Inc. (f/k/a Grace Cocoa Management , Inc.), GEC Management Corporation, CN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Service Corporation, Grace International Holdings, Inc., (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International Inc., Kootenai Development Company, L B Realty, Inc., Litigation Managmenet, Inc. (f/k/a GHSC Holding, Inc., Grace JVH Inc., Asbestos Management Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.) MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc.(f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

|  |  |
|---|---|
|  | /s/ Carol Iancu |
|  | By: Carol Iancu, Mass. BBO # 635626 |
|  | Assistant Attorney General |
|  | Massachusetts Office of the Attorney General |
|  | Environmental Protection Division |
|  | 200 Portland Street, 3rd Floor |
|  | Boston, MA 02114 |
| Date: March 19, 2004 | (617) 727-2200, ext. 3363 |