IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**NOTICE OF *AMENDED* AGENDA OF
MATTERS SCHEDULED FOR HEARING ON MARCH 22, 2004
AT 12:00 P.M. BEFORE THE HONORABLE JUDITH K. FITZGERALD**

## UNCONTESTED MATTERS

1.  Debtors' Sixth Motion for an Order Pursuant to 11 U.S.C. § 1121(d) Extending Debtors' Exclusive Periods in Which to File a Chapter 11 Plan and to Solicit Votes Thereon (Docket No. 5027)

    Related Documents:

    a.  [Proposed] Order Granting Debtors' Sixth Motion for an Order Pursuant to 11 U.S.C. § 1121(d) Extending Debtors' Exclusive Periods in Which to File a Chapter 11 Plan and to Solicit Votes Thereon (Docket No. 5027)

    Response Deadline: March 5, 2004 at 4:00 p.m.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Responses Received:

    a. Objection of the Official Committee of Asbestos Personal Injury Claimants to the Debtors' Sixth Motion for an Order Pursuant to 11 U.S.C. §1121(d) Extending Debtors' Exclusive Periods in Which to File a Chapter 11 Plan and to Solicit Votes Thereon (Docket No. 5229)

        i. Notice of Filing of Exhibit B to the Objection of the Official Committee of Asbestos Personal Injury Claimants to the Debtors' Sixth Motion for an Order Pursuant to 11 U.S.C. §1121(d) Extending Debtors' Exclusive Periods in Which to File a Chapter 11 Plan and to Solicit Votes Thereon (Docket No. 5261)

Replies Received:

    a. Debtors' Motion for Leave to File Debtors' Reply to Objection of the Official Committee of Asbestos Personal Injury Claimants to the Debtors' Sixth Motion for an Order Pursuant to 11 U.S.C. §1121(d) Extending Debtors' Exclusive Periods in Which to File a Chapter 11 Plan and to Solicit Votes Thereon (Docket No. 5300)

        i. Debtors' Reply to Objection of the Official Committee of Asbestos Personal Injury Claimants to the Debtors' Sixth Motion for an Order Pursuant to 11 U.S.C. §1121(d) Extending Debtors' Exclusive Periods in Which to File a Chapter 11 Plan and to Solicit Votes Thereon (Exhibit 1 to Docket No. 5300)

Status: This matter will be going forward.

2. Debtors' Motion for an Order Pursuant to Fed. R. Bankr. P. 9006(B) Further Extending the Period Within Which the Debtors May Remove Actions Pursuant to 28 U.S.C. § 1452 and Fed. R. Bankr. P. 9027 (Docket No. 5035)

Related Documents:

    a. [Proposed] Order Granting Debtors' Motion for an Order Pursuant to Fed. R. Bankr. P. 9006(B) Further Extending the Period Within Which the Debtors May Remove Actions Pursuant to 28 U.S.C. § 1452 and Fed. R. Bankr. P. 9027 (Docket No. 5035)

   b.  Certification of No Objection Regarding Docket No. 5035 (Docket No. 5173)

Response Deadline: February 19, 2004 at 4:00 p.m.

Responses Received: None.

Status: No parties have objected to the relief requested in the motion. Accordingly, the Debtors have filed a certificate of no objection and request the entry of the order attached to the motion.

3. Tenth Quarterly Interim Applications of Counsel to the Debtors and Statutory Committees for Compensation for Services Rendered and Reimbursement of Expenses for the Period July 1, 2003 Through September 30, 2003.

  Responses Received: None.

  Related Documents:

   a.  Certification of Counsel Regarding Tenth Quarter Project Category Summary for the Tenth Interim Fee Period and Certain Prior Amounts (Docket No. 5297)

   b.  Certification of Counsel Regarding Order Approving Quarterly Fee Applications for the Tenth Period and Certain Prior Amounts (Docket No. 5299)

  Status: This matter will be going forward.

## CONTESTED MATTERS

4. Motion of Yessenia Rodriguez and Carlos Nieves Relief From the Stay Provided By 11 U.S.C. §362 of the Bankruptcy Code (Docket No. 3707)

  Related Documents:

   a.  [Proposed] Order (Docket No. 3707)

  Response Deadline: May 11, 2003 at 4:00 p.m. *(Extended until July 11, 2003 at 4:00 p.m.)*

  Responses Received:

   a.  Debtor's Objection to Yessenia Rodriguez's and Carlos Nieves' Motion to Lift Automatic Stay (Docket No. 4046)

  Status: This matter will be going forward.

5. Motion of Neutrocrete Products, Inc. ("Movant") for Relief from Stay Under Section 362 of the Bankruptcy Code (Docket No. 4691)

   Related Documents:

   a. [Proposed] Order for Relief From Automatic Stay (Docket No. 4691)

   Response Deadline: January 9, 2004 at 4:00 p.m. (extended to March 5, 2004 for Debtors)

   Responses Received:

   a. Debtors' Objection to Motion of Neutrocrete Products, Inc. for Relief from Stay Under Section 362 of the Bankruptcy Code (Docket No. 5230)

   Status: This matter will be going forward.

6. Motion of Debtors for Limited Waiver of Del.Bankr.LR 3007-1 for the Purpose of Streamlining Objections to Certain Claims Filed Pursuant to the Bar Date Order (Docket No. 4853)

   Related Documents:

   a. [Proposed] Order Granting Limited Waiver of Del.Bankr.LR 3007-1 for the Purpose of Streamlining Objections to Certain Claims Filed Pursuant to the Bar Date Order (Docket No. 4853)

   Response Deadline: January 9, 2004 at 4:00 p.m.

   Responses Received:

   a. Objection of the Official Committee of Asbestos Property Damage Claimants to Motion of Debtors for Limited Waiver of Del. Bankr. LR 3007-1 for Purposes of Streamlining Objections to Asbestos Property Damage Claims (Docket No. 4908)

   b. Debtors' Motion for Leave to File Debtors' Reply to the Property Damage Committee's Objection to Debtors' Motion for Limited Waiver of Del.Bankr.LR 3007-1 for the Purpose of Streamlining Objections to Certain Claims Filed Pursuant to the Bar Date Order (Docket No. 4949)

> > i. Debtors' Reply to the Property Damage Committee's Objection to Debtors' Motion for Limited Waiver of Del.Bankr.LR 3007-1 for the Purpose of Streamlining Objections to Certain Claims Filed Pursuant to the Bar Date Order (Docket No. 4949)
>
> Status: This matter will be going forward.

7. Tenth Quarterly Interim Applications of Counsel to the Debtors and Statutory Committees for Compensation for Services Rendered and Reimbursement of Expenses for the Period July 1, 2003 Through September 30, 2003.

   > Related Documents:
   >
   > > a. Certification of Counsel Regarding Tenth Quarter Project Category Summary for the Tenth Interim Fee Period and Certain Prior Amounts (Docket No. 5297)
   > >
   > > b. Certification of Counsel Regarding Order Approving Quarterly Fee Applications for the Tenth Period and Certain Prior Amounts (Docket No. 5299)
   >
   > Responses Received: None as of the date of this Notice of Agenda. The Debtors anticipate that any professionals who have not resolved their issues with the Fee Auditor, will file replies to the Fee Auditor's recommendations in the Final Reports within twenty days after the date of the respective Final Report.
   >
   > Status: This matter will be going forward.

## STATUS CONFERENCE

8. Status conference on Exxon Mobile Motion for Summary Judgment (Adv. Pro. No. 01-771)

9. Status as to the Debtors' proposed approach to analysis and resolution of claims filed pursuant to the March 31, 2003 bar date, including the claim of Wesconn Co., Inc.

**Related Documents:**

a. **Debtors' Status Report on Their Claims Reconciliation and Objection Process (Docket No. 5313)**

Dated: March 19, 2004

        KIRKLAND & ELLIS LLP
        James H.M. Sprayregen, P.C.
        Janet S. Baer
        James W. Kapp, III
        Christian J. Lane
        Samuel L. Blatnick
        200 East Randolph Drive
        Chicago, Illinois 60601
        (312) 861-2000

        and

        PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB P.C.

        _/s/ David W. Carickhoff_
        Laura Davis Jones (Bar No. 2436)
        David W. Carickhoff, Jr. (Bar No. 3715)
        919 North Market Street, 16th Floor
        P.O. Box 8705
        Wilmington, DE 19899-8705 (Courier 19801)
        Telephone: (302) 652-4100
        Facsimile: (302) 652-4400

        Co-counsel for Debtors and Debtors in Possession