IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 01-01139 (JKF) |
| W.R. GRACE & CO., et al., | ) | Jointly Administered |
| | ) | |
| Debtor. | ) | Chapter 11   2/23/04 Agenda Item 8 |
| | ) | |

### ORDER GRANTING ROYAL INDEMNITY COMPANY'S
### MOTION FOR LEAVE TO FILE A LATE PROOF OF CLAIM (D.I. 4667)

THIS matter coming before the Court on the Motion of Royal Indemnity Company ("Royal") pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 9006(b)(1) for leave to file a late proof of claim (the "Motion") [D.I. 4667]; and the Court having reviewed the Motion and all other pleadings related thereto, including the responses and objections filed by the Debtors (D.I. 4749, 4901], the Official Committee of Asbestos Property Damage Claimants [D.I. 4757], claimants Carol Gerard, et al. [D.I. 4758] and the Official Committee of Asbestos Claimants [D.I. 4760], and Royal's replies thereto [D.I. 4788, 5031]; and the Court having conducted two hearings on the Motion on December 15, 2003 and February 23, 2004, respectively; and the Court being otherwise fully advised in the premises of the Motion and the objections thereto; and the Court having found that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (ii) this is a core matter pursuant to 28 U.S.C. § 157(b), (iii) Notice of the Motion was sufficient under the circumstances, and (iv) good cause exists to grant the relief requested by the Motion for the reasons more fully set forth on the record of the hearings on the Motion; now, therefore

618433.1

**IT IS HEREBY ORDERED THAT:**

1.  The Motion is GRANTED; and

2.  Royal is hereby allowed thirty (30) days from the date of the entry of this Order to file a proof of claim with the Debtors' claims agent, Rust Consulting, Inc., which claim shall be deemed timely filed notwithstanding the Bar Date of March 31, 2003, previously set by this Court for Non-Asbestos Claims; and

3.  The Debtors and any other parties in interest reserve all rights to object to the merits of any proof of claim filed by Royal pursuant to this Order.

Signed this 23 day of March , 2004.

*Judith K. Fitzgerald*
reb
HON. JUDITH K. FITZGERALD
UNITED STATES BANKRUPTCY JUDGE