# HR&A

HAMILTON, RABINOVITZ & ALSCHULER, INC.
Policy, Financial & Management Consultants

```
                       INVOICE
                     #HRA20031216

                   December 16, 2003

Scott L. Baena, Esq.
Bilzin Sumbert Dunn Baena Price & Axelrod LLP
2500 First Union Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131-2336
```

Fees and expenses for consulting services performed by Hamilton, Rabinovitz & Alschuler, Inc. in connection with expert services to the Official Committee of Asbestos Property Damage Claimants in the bankruptcy of W.R. Grace & Co. et al.  For the period July 17, 2003 - November 30, 2003.

**FEES**

| | |
|---|---:|
| Francine F. Rabinovitz  1.50 hours @ $ 450 per hour | $   675.00 |
| Paul J. Silvern  5.80 hours @ $ 375 per hour | 2,175.00 |
| TOTAL FEES: | $ 2,850.00 |

**EXPENSES** (Receipt copies attached.)

| | |
|---|---:|
| Courier | $   726.05 |
| **TOTAL FEES & EXPENSES:** | **$ 3,576.05** |

*PLEASE REMIT TO CORPORATE ADDRESS BELOW:*
6033 WEST CENTURY BOULEVARD, SUITE 890, LOS ANGELES, CALIFORNIA 90045-6419
TEL: 310.645.9000 • FAX: 310.645.8999

LOS ANGELES                                                              NEW YORK

Summary of billed hours for service rendered in connection with the Property Damage Claimants (W. R. Grace).
For the period July 17, 2003- November 30, 2003.

| | Francine F. Rabinovitz | Paul J. Silvern | |
|---|---|---|---|
| 07/16/2003 | | | |
| 07/17/2003 | | 0.80 | |
| 07/18/2003 | | | |
| 07/19/2003 | | | |
| 07/25/2003 | | | |
| 07/26/2003 | | | |
| 07/27/2003 | | 0.50 | |
| 08/13/2003 | | | |
| 08/14/2003 | | 0.20 | |
| 08/15/2003 | | 0.50 | |
| 08/20/2003 | | | |
| 08/21/2003 | | 0.50 | |
| 08/22/2003 | | | |
| 08/26/2003 | | | |
| 08/27/2003 | | | |
| 08/28/2003 | | 0.70 | |
| 09/27/2003 | | | |
| 09/28/2003 | | | |
| 09/29/2003 | | 0.10 | |
| 09/30/2003 | | 0.10 | |
| 10/09/2003 | | 0.50 | |
| 10/10/2003 | | | |
| 10/11/2003 | | 0.50 | |
| 10/23/2003 | | 0.50 | |
| 10/24/2003 | | | |
| 10/25/2003 | | 0.10 | |
| 10/26/2003 | | | |
| 10/27/2003 | | | |
| 10/28/2003 | | 0.30 | |
| 10/29/2003 | 1.00 | | |
| 10/30/2003 | 0.30 | | |
| 10/31/2003 | 0.20 | | |
| 11/17/2003 | | 0.50 | |
| | | | Total Hours |
| Hours | 1.50 | 5.80 | 7.30 |
| Rate | $400 | $375 | Total Fees |
| | $600.00 | $2,175.00 | $2,775.00 |

OCTOBER, 2003 TIME LOG OF FRANCINE F. RABINOVITZ(FFR);

| DATE | TIME | TASK |
|---|---|---|
| | | <u>Case Administration</u> |
| 10/29/03 | 1.0 | Participate in Property damage Committee conference call. |
| 10/30/03 | 0.3 | Call Scott Baena re Hamlin appointment. |
| 10/31/03 | <u>0.2</u> | Leave further message for Scott Baena re Hamlin appointment. |
| TOTAL: | 1.5 | Case Administration |

JULY - NOVEMBER 2003, TIME LOG OF PAUL J. SILVERN (PJS)
Billing rate $375 per hour.

| DATE | TIME | TASK |
|---|---|---|
| | | <u>Case Administration</u> |
| 07/17/03 | 0.6 | Participate in Property Damage (PD) Committee call re: case status. |
| | 0.1 | Voice mail message for Francine F. Rabinovitz (FFR)re: PD Committee call. |
| | <u>0.1</u> | Voice mail message for James E. Hass (JEH) re: PD Committee call. |
| SUBTOTAL | 0.8 | Case Administration |
| | | <u>Asbestos: Claims Analysis and Valuation</u> |
| 07/27/03 | 0.5 | Review Debtor's omnibus objections to PD claims. |
| SUBTOTAL | 0.5 | |
| | | <u>Case Administration</u> |
| 08/14/03 | 0.2 | Participate in Property Damage (PD) Committee call re: case status. |
| 08/21/03 | 0.4 | Participate in PD Committee call re: case status. |
| | 0.1 | Voice mail messages for Francine F. Rabinovitz (FFR)and James E. Hass (JEH) re: PD Committee call. |
| 08/28/03 | 0.5 | Participate in PD Committee call re: case status. |
| | <u>0.2</u> | Voice mail messages for FFR and JEH re: PD Committee call. |
| SUBTOTAL | 1.4 | Case Administration |
| | | <u>Asbestos: Claims Analysis and Valuation</u> |
| 08/15/03 | 0.5 | Review transcript of 7/28 omnibus hearing before Judge Fitzgerald. |
| SUBTOTAL | 0.5 | |

JULY - NOVEMBER 2003, TIME LOG OF PAUL J. SILVERN (PJS) continued

| DATE | TIME | TASK |
|---|---|---|
| | | Case Administration |
| 09/29/03 | 0.1 | Review Conway Del Genio memo re: Grace's proposed Project Galeras acquisition. |
| 09/30/03 | 0.1 | Review information about the proposed replacement Future Claimants representative. |
| SUBTOTAL | 0.2 | |
| | | Case Administration |
| 10/09/03 | 0.5 | Participate in Property Damage (PD) Committee call re: case status |
| 10/11/03 | 0.5 | Review motion to recuse Judge Wolin. |
| 10/23/03 | 0.5 | Participate in Property Damage Committee call re: case status. |
| 10/25/03 | 0.1 | Review deposition notice to Grace re: Judge Hamlin appointment as Future Claimants representative. |
| 10/28/03 | 0.3 | Review emergency writ petition to Third Circuit re: Wolin recusal. |
| SUBTOTAL | 1.9 | Case Administration |
| | | Compensation of Professionals |
| 11/17/03 | 0.5 | Respond to comments on Fee Auditor's interim report on Ninth Interim Period. |
| SUBTOTAL | 0.5 | Compensation of Professionals |
| TOTAL: | 5.8 | |