# HR&A

HAMILTON, RABINOVITZ & ALSCHULER, INC.
Policy, Financial & Management Consultants

```
                         INVOICE
                       #HRA20040114

                     January 14, 2004

Scott L. Baena, Esq.
Bilzin Sumbert Dunn Baena Price & Axelrod LLP
2500 First Union Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131-2336
```

Fees for consulting services performed by Hamilton, Rabinovitz & Alschuler, Inc. in connection with expert services to the Official Committee of Asbestos Property Damage Claimants in the bankruptcy of W.R. Grace & Co. et al.  For the month of December 2003.

```
     FEES

     Francine F. Rabinovitz
     0.80 hours @ $ 450 per hour                $ 360.00

     Paul J. Silvern
     0.10 hours @ $ 375 per hour                   37.50

           TOTAL FEES:                         $ 397.50
```

*PLEASE REMIT TO CORPORATE ADDRESS BELOW:*
6033 WEST CENTURY BOULEVARD, SUITE 890, LOS ANGELES, CALIFORNIA 90045-6419
TEL: 310.645.9000 • FAX: 310.645.8999

LOS ANGELES                                                    NEW YORK

Summary of billed hours for service rendered in connection with the Property Damage Claimants (W. R. Grace).
For the month of December 2003.

|            | Francine F. Rabinovitz | Paul J. Silvern |             |
|------------|-----------------------:|----------------:|------------:|
| 12/01/2003 |                        |                 |             |
| 12/02/2003 |                        | 0.10            |             |
| 12/03/2003 |                        |                 |             |
| 12/04/2003 |                        |                 |             |
| 12/05/2003 |                        |                 |             |
| 12/06/2003 |                        |                 |             |
| 12/07/2003 |                        |                 |             |
| 12/08/2003 |                        |                 |             |
| 12/09/2003 |                        |                 |             |
| 12/10/2003 |                        |                 |             |
| 12/11/2003 |                        |                 |             |
| 12/12/2003 |                        |                 |             |
| 12/13/2003 |                        |                 |             |
| 12/14/2003 |                        |                 |             |
| 12/15/2003 |                        |                 |             |
| 12/16/2003 |                        |                 |             |
| 12/17/2003 |                        |                 |             |
| 12/18/2003 |                        |                 |             |
| 12/19/2003 | 0.80                   |                 |             |
| 12/20/2003 |                        |                 | Total Hours |
| Hours      | 0.80                   | 0.10            | 0.90        |
| Rate       | $400                   | $375            | Total Fees  |
|            | $320.00                | $37.50          | $357.50     |

DECEMBER, 2003 TIME LOG OF FRANCINE F. RABINOVITZ (FFR);

| DATE | TIME | TASK |
|---|---|---|
| | | <u>Case Administration</u> |
| 12/19/03 | 0.8 | Participate in Property Damage Committee weekly case status conference phone call. |
| TOTAL: | 0.8 | Case Administration |

DECEMBER 2003, TIME LOG OF PAUL J. SILVERN (PJS);

<u>DATE</u>        <u>TIME</u>    <u>TASK</u>

                     <u>Case Administration</u>

12/02/03     0.1    Review Bilzin memo on KWLEMB Companies settlement.

TOTAL:       0.1    Case Administration