IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | : | Chapter 11 |
| | : | |
| W.R. GRACE & CO., *et al.*, | : | Case No. 01-01139 (JKF) |
| | : | (Jointly Administered) |
| | : | |
| Debtors | : | Related Docket: 4691 |

**NOTICE OF WITHDRAWAL OF NEUTROCRETE PRODUCTS, INC.'S MOTION FOR RELIEF FROM STAY UNDER SECTION 362 OF THE BANKRUPTCY CODE**

NOW COMES Neutrocrete Products, Inc. ("Neutrocrete" or "Movant") and hereby withdraws its Motion for Relief From Stay under Section 362 of the Bankruptcy Code filed as Docket No. 4691 on or about November 13, 2003.

Date: 3/23/04

Jeffrey P. Wasserman (#2184)
CICONTE, ROSEMAN & WASSERMAN
1300 King Street
Wilmington, DE 19801
Telephone (302) 658-7101
Facsimile (302) 658-4982
Counsel for Movant