# CERTIFICATE OF SERVICE

I, Jeffrey P. Wasserman, do hereby certify that on the 23rd day of March, 2004, copies of this Notice of Withdrawal of Motion of Neutocrete Products, Inc.'s Motion for Relief from Stay were served as follows:

### BY HAND DELIVERY

Laura Davis Jones, Esquire
David W. Carickhoff, Jr., Esquire
Pachulski, Stang, Ziehl, Young & Jones
919 N. Market Street, 16th Floor
Wilmington, DE 19801
Counsel to Debtors and Debtors in Possession

Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
(Local Counsel to DIP Lender)

Michael R. Lastowski, Esquire
Duane, Morris & Hecksher LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801
(Counsel/Official Committee of Unsec Cred)

Frank J. Perch, Esquire
Office of the United States Trustee
844 King Street, Suite 2207, Lockbox 35
Wilmington, De 19801

### BY FIRST CLASS UNITED STATES MAIL

James H.M. Sprayregen, Esquire
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601
(Counsel to Debtors and Debtors in Possession)

Derrick Tay, Esquire
Meighen Demers
Suite 1100, Box 1, Merrill Lynch Canada Tower
200 King Street West
Toronto, Ontario
Canada M5H 3T4
(Canadian Counsel to Debtor)

David B. Siegel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038
(Counsel/Official Committee of Unsec Cred)

_____
JEFFREY P. WASSERMAN (ID# 2184)