IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W. R. GRACE & CO., et al.,[1] ) | Case No. 01-01139 (JKF) |
| ) | Jointly Administered |
| Debtors. ) | Re: Docket No. 5325 |

### CERTIFICATION OF COUNSEL IN SUPPORT OF REQUEST TO CHANGE FILING DATE RE: DOCKET NO. 5325

The undersigned hereby certifies that:

1. On the evening of March 22, 2004, the electronic filing system for the United States Bankruptcy Court for the District of Delaware ("Bankruptcy Court") would not allow counsel for the above-captioned debtors and debtors in possession (the "Debtors") to electronically file the *MOTION OF THE DEBTORS FOR AN ORDER EXTENDING TIME TO ASSUME, ASSUME AND ASSIGN, OR REJECT UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY* (the "Motion). Consequently, the Motion was physically filed at the

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:90958.1

Bankruptcy Court. As identified on the front page of the *NOTICE OF MOTION OF THE DEBTORS FOR AN ORDER EXTENDING TIME TO ASSUME, ASSUME AND ASSIGN, OR REJECT UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY* (the "Notice"), the Motion was filed on March 22, 2004 at 9:50 p.m. A true and correct copy of the time-stamped Notice and Motion hard filed with the Bankruptcy Court on March 22, 2004, is attached hereto as Exhibit A.

2. On March 23, 2004, counsel for the Debtors, electronically filed the Motion, which appears at Docket No. 5325.

3. The Debtors, therefore, request that the date for filing the Motion accurately reflect the correct filing date of March 22, 2004.

Dated: March 23, 2004

>KIRKLAND & ELLIS LLP
>James H.M. Sprayregen, P.C.
>Janet S. Baer
>James W. Kapp, III
>Christian J. Lane
>Samuel L. Blatnick
>200 East Randolph Drive
>Chicago, Illinois 60601
>(312) 861-2000
>
>and
>
>PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB P.C.
>
>_____
>Laura Davis Jones (Bar No. 2436)
>David W. Carickhoff, Jr. (Bar No. 3715)
>919 North Market Street, 16th Floor
>P.O. Box 8705
>Wilmington, DE 19899-8705 (Courier 19801)
>Telephone: (302) 652-4100
>Facsimile: (302) 652-4400
>
>Co-counsel for Debtors and Debtors in Possession