IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., et al.,<br><br>         Debtors. | Chapter 11<br>Case Nos. 01-1139 through 01-1200 |
| OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS and OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS OF W.R. GRACE & CO., suing in behalf of the Chapter 11 Bankruptcy Estate of W.R. GRACE & CO., et al.,<br><br>         Plaintiffs,<br><br>v.<br><br>SEALED AIR CORPORATION and CRYOVAC, INC.,<br><br>         Defendants. | Adv. No. 02-2210<br>[LEAD DOCKET] |
| OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS and OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS OF W.R. GRACE & CO., suing in behalf of the Chapter 11 Bankruptcy Estate of W.R. GRACE & CO., et al.,<br><br>         Plaintiffs,<br>v.<br><br>FRESENIUS MEDICAL CARE HOLDINGS, INC. and NATIONAL MEDICAL CARE, INC.,<br><br>         Defendants. | Adv. No. 02-2211<br><br><br><br><br><br><br>This document pertains to<br>Adv. No. 02-2210 |

**SUMMARY OF THE TWENTY-FIRST MONTHLY APPLICATION OF FERRY, JOSEPH & PEARCE, P.A. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS FOR <u>THE PERIOD OF FEBRUARY 1, 2004 THROUGH FEBRUARY 29, 2004</u>**

| Name of Applicant: | Ferry, Joseph & Pearce, P.A. |
|---|---|
| Authorized to provide professional services to: | Official Committee of Asbestos Property Damage Claimants |
| Date of retention: | April 18, 2001 |
| Period for which compensation and reimbursement is sought: | February 1, 2004 through February 29, 2004 |
| Amount of compensation sought as actual reasonable and necessary: | $747.00 |
| Amount of expense reimbursement sought as actual reasonable and necessary: | $60.02 |

This is a: __X__ monthly _____ interim _____ final application

Prior Monthly Fee Applications:

|  |  | Requested | | Authorized | |
|---|---|---|---|---|---|
| Date Filed/ Docket No. | Period Covered | Fees | Expenses | Fees | Expenses |
| 09/17/2002 #252 | 06/01/02- 06/30/02 | $3,964.50 | $976.15 | $3,171.60 (80% of $3,964.50) | $976.15 |
| 10/09/2002 #314 | 07/01/02- 07/31/02 | $3,257.50 | $130.46 | $2,606.00 (80% of $3,257.50) | $130.46 |
| 11/04/2002 #343 | 08/01/02- 08/31/02 | $4,906.50 | $118.35 | $3,925.20 (80% of $4,906.50) | $118.35 |
| 11/27/2002 #390 | 09/01/02- 09/30/02 | $6,350.50 | $663.43 | $5,080.40 (80% of $6,350.50) | $663.43 |
| 01/10/03 #417 | 10/01/02- 10/31/02 | $5,140.50 | $245.76 | $4,112.40 (80% of $5,140.50) | $245.76 |
| 01/14/03 #421 | 11/01/02- 11/30/02 | $4,832.50 | $582.49 | $3,866.00 (80% of $4,832.50) | $582.49 |
| 02/10/03 #434 | 12/01/02- 12/31/02 | $2,086.00 | $142.86 | $1,668.80 (80% of $2,086.00) | $142.86 |
| 03/14/03 #456 | 01/01/03 - 01/31/03 | $2,244.00 | $349.85 | $1,795.20 (80% of $2,244.00) | $349.85 |

| 04/09/03 #471 | 02/01/03 - 02/28/03 | $1,234.00 | $90.65 | $987.20 (80% of $1,234.00) | $90.65 |
| --- | --- | --- | --- | --- | --- |
| 5/14/03 #495 | 03/01/03 - 03/30/03 | $1,979.00 | $177.91 | $1,583.20 (80% of $1,979.00) | $177.91 |
| 5/28/03 #507 | 04/01/03 - 04/30/03 | $4,445.00 | $1,021.21 | $3,556.00 (80% of $4,445.00) | $1,021.21 |
| 8/5/03 #539 | 05/01/03 - 05/31/03 | $1,767.00 | $164.21 | $1,413.60 (80% of $1,767.00) | $164.21 |
| 8/5/03 #540 | 06/01/03 - 06/30/03 | $1,194.00 | $188.41 | $955.20 (80% of $1,194.00) | $188.41 |
| 9/18/03 #565 | 07/01/03 - 07/31/03 | $921.00 | $91.11 | $736.80 (80% of $921.00) | $91.11 |
| 10/3/03 #576 | 8/01/03- 8/31/03 | $1,820.00 | $603.48 | $1,456.00 (80% of $1,820.00) | $603.48 |
| 12/8/03 #602 | 9/1/03- 9/30/03 | $995.00 | $53.53 | $796.00 (80% of $995.00) | $53.53 |
| 12/22/03 #608 | 10/1/03- 10/31/03 | $1,250.00 | $128.71 | $1,000.00 (80% of $1,250.00) | $128.71 |
| 1/15/04 #618 | 11/1/03- 11/30/03 | $1,955.00 | $0.00 | $1,564.00 (80% of $1,955.00) | $0.00 |
| 3/10/04 #639 | 12/1/03- 12/31/03 | $647.00 | $7.80 | Pending | Pending |
| 3/15/04 #641 | 1/1/04- 1/31/04 | $742.50 | $14.00 | Pending | Pending |
| 3/24/04 TBD | 2/1/04- 2/29/04 | $747.00 | $60.02 | Pending | Pending |

.

*This Monthly Fee Application is submitted in accordance with filed order of this Court, dated July 10, 2002. All fees and costs related to these fraudulent conveyance proceedings, through May 31, 2002, were previously included in fee applications filed in the main bankruptcy case.