IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., et al.,<br><br>         Debtors. | Chapter 11<br>Case Nos. 01-1139 through 01-1200 |
| OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS and OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS OF W.R. GRACE & CO., suing in behalf of the Chapter 11 Bankruptcy Estate of W.R. GRACE & CO., et al.,<br><br>         Plaintiffs,<br><br>v.<br><br>SEALED AIR CORPORATION and CRYOVAC, INC.,<br><br>         Defendants. | Adv. No. 02-2210<br>[LEAD DOCKET] |
| OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS and OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS OF W.R. GRACE & CO., suing in behalf of the Chapter 11 Bankruptcy Estate of W.R. GRACE & CO., et al.,<br><br>         Plaintiffs,<br>v.<br><br>FRESENIUS MEDICAL CARE HOLDINGS, INC. and NATIONAL MEDICAL CARE, INC.,<br><br>         Defendants. | Adv. No. 02-2211<br><br><br><br><br><br><br><br>This document pertains to<br>Adv. No. 02-2210 |

## NOTICE OF APPLICATION

TO: PARTIES ON THE ATTACHED SERVICE LIST

     PLEASE TAKE NOTICE that on March 24, 2004, Ferry, Joseph & Pearce, P.A. filed and served its Twenty-First Monthly Application for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Asbestos Property Damage Claimants for the Period of February 1, 2004 through February 29, 2004 (the "Application").

     PLEASE TAKE FURTHER NOTICE that objections or responses, if any, to the Application must be filed on or before April 13, 2004 at 4:00 p.m. prevailing Eastern Time and at the same time be served upon the undersigned counsel and the parties on the attached service list.

     A HEARING ON THE APPLICATION WILL BE HELD AT A TIME TO BE DETERMINED ONLY IF AN OBJECTION TO THE APPLICATION IS TIMELY FILED AND SERVED.

     IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Dated: March 24, 2004                            FERRY, JOSEPH & PEARCE, P.A.

                                                        /s/ Theodore J. Tacconelli
                                                  Michael B. Joseph (No. 392)
                                                  Theodore J. Tacconelli (No. 2678)
                                                  824 Market Street, Suite 904
                                                  P.O. Box 1351
                                                  Wilmington, DE 19899
                                                  (302) 575-1555

                                                  Local Counsel to the Official Committee of
                                                  Asbestos Property Damage Claimants