## Ferry, Joseph & Pearce, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

Ph:   (302) 575-1555     Fax:   (302) 575-1714

W.R. Grace Fraudulent Transfer                     February 1, 2004 – February 29, 2004

Inv #:     11138

**Attention:**

**RE:**   W.R. Grace Fraudulent Transfer

### SUMMARY BY TASK

| Task | | Hours | Amount |
|---|---|---|---|
| B14 | Case Administration - | 0.50 | 112.50 |
| B18 | Fee Applications, Others - | 0.40 | 36.00 |
| B25 | Fee Applications, Applicant - | 5.40 | 553.50 |
| B40 | Employment Applications, Others - | 0.20 | 45.00 |
| | **Total** | **6.50** | **$747.00** |
| | **Grand Total** | **6.50** | **$747.00** |

### SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|---|---|---|---|
| Theodore J. Tacconelli | 225.00 | 1.20 | 270.00 |
| Paralegal | 90.00 | 5.30 | 477.00 |
| **Total** | | **6.50** | **$747.00** |

### DISBURSEMENT SUMMARY

| CA | Expense - | 60.02 |
|---|---|---|
| | **Total Disbursements** | **$60.02** |

| Date | Description | Hours | Lawyer |
|---|---|---|---|
| Feb-01-04 | *Case Administration* - review pleading re: Campbell Levine Dec 2003 fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: Caplan Drysdale Dec 2003 fee app | 0.10 | TJT |
| Feb-02-04 | *Fee Applications, Applicant* - Prepare Certificate of No Objection re: Ferry, Joseph & Pearce 18th Interim Fee Application with Certificate of Service | 0.20 | PL |
| Feb-05-04 | *Employment Applications, Others* - review Certificate of No Objection re: FJ&P Nov 2003 fee app | 0.10 | TJT |
| | *Employment Applications, Others* - review docket re: Certificate of No Objection re: FJ&P Nov 2003 fee app | 0.10 | TJT |
| | *Fee Applications, Applicant* - (ALD) prepare Certificate of No Objection and Certificate of Service for e-filing re: FJ&P's 18th monthly fee app | 0.10 | PL |
| | *Fee Applications, Applicant* - (ALD) e-file and serve Certificate of No Objection re: FJ&P's 18th monthly fee app | 0.20 | PL |
| | *Fee Applications, Applicant* - Review docket re: Ferry, Joseph & Pearce 18th monthly Fee Application | 0.10 | PL |
| | *Fee Applications, Applicant* - (ALD) retrieve time details for FJ&P 3rd interim fee app | 0.20 | PL |
| | *Fee Applications, Applicant* - (ALD) prepare notice, fee app, and Certificate of Service for FJ&P 3rd interim fee app | 0.90 | PL |
| Feb-09-04 | *Case Administration* - review pleading re: K&E Dec 2003 fee app | 0.10 | TJT |
| Feb-10-04 | *Fee Applications, Applicant* - (ALD) retrieve time detail for FJ&P's 4th interim fee app | 0.20 | PL |
| | *Fee Applications, Applicant* - (ALD) prepare FJ&P's 4th interim fee app, notice, and Certificate of Service | 0.30 | PL |
| Feb-16-04 | *Case Administration* - review pleading re: Caplan Drysdale Oct-Dec 2003 monthly fee apps | 0.10 | TJT |
| | *Case Administration* - review pleading re: Campbell Levine Oct-Dec 2003 monthly fee app | 0.10 | TJT |
| Feb-17-04 | *Fee Applications, Applicant* - (ALD) modify documents for e-filing re: FJ&P 3rd quarterly fee app | 0.30 | PL |
| | *Fee Applications, Applicant* - (ALD) prepare exhibits and time details re: FJ&P 4th quarterly fee app | 0.40 | PL |
| | *Fee Applications, Applicant* - (ALD) review docket | 0.10 | PL |
| Feb-18-04 | *Fee Applications, Others* - Prepare Certificate's of No Objection re: Bilzin 18th Fee Application | 0.10 | PL |
| | *Fee Applications, Applicant* - review FJ&P quarterly fee app for 1st quarter of 2003 | 0.20 | TJT |
| | *Fee Applications, Applicant* - (ALD) prepare documents for e-filing re: FJ&P 3rd quarterly fee app | 0.20 | PL |
| | *Fee Applications, Applicant* - (ALD) e-file and serve FJ&P 3rd quarterly fee app | 0.40 | PL |
| | *Fee Applications, Applicant* - Review Ferry, Joseph & Pearce 3rd Quarterly Fee Application with relevant attachments for filing | 0.10 | PL |
| Feb-19-04 | *Fee Applications, Others* - (ALD) prepare Certificate of No Objection and | 0.10 | PL |

|   |   |   |   |
|---|---|---|---|
| | Certificate of No Objection Certificate of Service for e-filing re: Bilzin 18th monthly fee app | | |
| | *Fee Applications, Others* - (ALD) e-file and serve Certificate of No Objection and Certificate of No Objection Certificate of Service re: Bilzin 18th monthly fee app | 0.20 | PL |
| Feb-25-04 | *Fee Applications, Applicant* - review FJ&P 4th quarterly fee app and confer with paralegal regarding same | 0.30 | TJT |
| | *Fee Applications, Applicant* - compute and finalize figures for fee application charts re: FJ&P 4th quarterly fee app | 0.40 | PL |
| | *Fee Applications, Applicant* - finalize FJ&P 4th quarterly fee app | 0.20 | PL |
| | *Fee Applications, Applicant* - prepare documents for e-filing re: FJ&P 4th quarterly fee app | 0.10 | PL |
| | *Fee Applications, Applicant* - e-file and serve FJ&P 4th quarterly fee app | 0.40 | PL |
| | *Fee Applications, Applicant* - confer with T Tacconelli re: FJ&P 4th quarterly fee app | 0.10 | PL |
| | Totals | 6.50 | |

### DISBURSEMENTS

|   |   |   |
|---|---|---|
| Feb-05-04 | *Expense* - photocopying | 6.50 |
| | *Expense* - postage | 3.32 |
| Feb-25-04 | *Expense* - photocopying | 46.20 |
| | *Expense* - postage | 4.00 |
| | Totals | $60.02 |

**Total Fees & Disbursements**                $807.02

**Balance Due Now**
                                              $807.02