IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| | ) |
| W. R. GRACE & CO. et al.[1] | ) Case No. 01-01139 (JKF) |
| | ) (Jointly Administered) |
| Debtors. | ) **Objection Deadline:** Apr. 13, 2004 at 4:00p.m. |
| | **Hearing Date : TDB only if necessary** |

**FEE DETAIL FOR CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI,
STEWART & OLSTEIN'S MONTHLY FEE APPLICATION FOR THE PERIOD
FROM FEBRUARY 1, 2004 THROUGH FEBRUARY 29, 2004**

---

[1] 'The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. -Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (Ma Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G_ C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners 1, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Curving, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

**EXHIBIT A**

```
W.R. GRACE & COMPANY                        March 10, 2004
5400 BROKEN SOUND BLVD., N.W.               Invoice No. 22861
BOCA RATON, FL  33487                       Client No.  734680
ATTN: RICHARD A. SENFTLEBEN, ESQ.


           For Professional Services Rendered through   02/29/04

Matter #            734680.1         VS. HONEYWELL INTERNATIONAL
```

**Litigation and Litigation Consulting**

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 01/07/04 | JMA | Conference with MEF re: memo re: Rule 53 Amendments | .40 | 150.00 |
| 02/02/04 | JMA | Phone - C. Marraro re: additional changes from K. Millian re: joint comments to Special Master Work Plan | .30 | 112.50 |
| 02/02/04 | JMA | Review K. Millian changes | .30 | 112.50 |
| 02/02/04 | JMA | Finalize joint comments to Special Master Work Plan | .40 | 150.00 |
| 02/02/04 | JMA | Conference with MEF re: amending Special Master Order per Amended Rule 53 | .50 | 187.50 |
| 02/02/04 | MEF | Conference with JMA re: Special Master order and memo | .50 | 125.00 |
| 02/02/04 | MEF | Revise and finalize letter to Judge Cavanaugh re: response to Special Master Work Plan | .40 | 100.00 |
| 02/02/04 | MEF | Email to K. Millian and CHM re: final version of Judge Cavanaugh letter | .20 | 50.00 |
| 02/02/04 | MEF | Voice mail - K. Millian | .10 | 25.00 |
| 02/02/04 | MEF | T/c with CHM re: filing with Judge Cavanaugh | .20 | 50.00 |
| 02/02/04 | MEF | T/c with K. Millian re: final letter to Judge Cavanaugh | .10 | 25.00 |
| 02/03/04 | JMA | Phone - counsel for Special Master | .10 | 37.50 |
| 02/03/04 | JMA | Phone - C. Marraro re: permitting issues | .40 | 150.00 |
| 02/03/04 | JMA | Phone - counsel for Special Master | .10 | 37.50 |
| 02/03/04 | JMA | Phone - C. Marraro re: Work Plan issues | .40 | 150.00 |
| 02/03/04 | JMA | Receipt and review email from K. Coakley re: conference call | .10 | 37.50 |

```
W.R. GRACE & COMPANY                                   March 10, 2004
Client No.            734680                           Page       2
INVOICE NO.           22861
```

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 02/03/04 | JMA | Receipt and review email from K. Millian re: conference call | .10 | 37.50 |
| 02/04/04 | JMA | Phone - C. Marraro re: DEP issues | .30 | 112.50 |
| 02/04/04 | JMA | Phone - Special Master's counsel re: DEP issues | .20 | 75.00 |
| 02/04/04 | JMA | Receipt and review letter from D. Field to Clerk | .10 | 37.50 |
| 02/04/04 | JMA | Receipt and review Honeywell final comments memorandum re: Work Plan | 1.00 | 375.00 |
| 02/04/04 | JMA | Receipt and review Certification of P. Tarnawski and related documents | .40 | 150.00 |
| 02/04/04 | JMA | Receipt and review Certification of R. Mutch and related documents | .50 | 187.50 |
| 02/04/04 | JMA | Receipt and review Certification of R. Harris and related documents | .40 | 150.00 |
| 02/04/04 | JMA | Receipt and review Certification of C. Wood and related documents | .70 | 262.50 |
| 02/04/04 | JMA | Receipt and review Certification of P. Herzbrun and related documents | .40 | 150.00 |
| 02/04/04 | JMA | Receipt and review Certification of W. Cunningham and related documents | .40 | 150.00 |
| 02/04/04 | JMA | Review notes for conference call with counsel for Special Master | .40 | 150.00 |
| 02/04/04 | JMA | Conference call with counsel for Special Master and parties | .40 | 150.00 |
| 02/04/04 | JMA | Phone - C. Marraro and K. Millian re: DEP issues | .30 | 112.50 |
| 02/04/04 | JMA | Phone - C. Marraro re: DEP issues | .20 | 75.00 |
| 02/04/04 | JMA | Phone - K. Millian re: DEP issues | .10 | 37.50 |
| 02/04/04 | JMA | Receipt and review letter from D. Field to Judge Cavanaugh re: Work Plan Hearing | .10 | 37.50 |
| 02/04/04 | JMA | Appeal - receipt and review email from Judge Ackerman's clerk | .10 | 37.50 |
| 02/04/04 | JMA | Receipt and review letter from M. Daneker to counsel for Special Master re: Protective Order | .50 | 187.50 |

```
W.R. GRACE & COMPANY                                    March 10, 2004
Client No.              734680                          Page      3
INVOICE NO.             22861
```

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 02/04/04 | JMA | Receipt and review Protective Order and compare to prior Protective Order | .50 | 187.50 |
| 02/04/04 | MEF | Review Order appointing Special Master and compare to amended Rule 53 | .50 | 125.00 |
| 02/05/04 | JMA | Phone - R. Senftleben | .10 | 37.50 |
| 02/05/04 | JMA | Phone - counsel for Special Master re: DEP issues | .20 | 75.00 |
| 02/05/04 | JMA | Phone - C. Marraro re: Work Plan and mediation issues | .70 | 262.50 |
| 02/05/04 | JMA | Appeal - meeting with R. Senftleben re: mediation | 1.50 | 562.50 |
| 02/05/04 | JMA | Phone - M. Golladay - SI Group re: status update | .20 | 75.00 |
| 02/05/04 | MEF | Prepare memo to JMA re: May 20 order appointing Special Master and amended Rule 53 | .50 | 125.00 |
| 02/06/04 | JMA | Appeal - meeting with R. Senftleben and C. Marraro re: appeal | 1.00 | 375.00 |
| 02/06/04 | JMA | Appeal - attend mediation with Judge Ackerman | 5.00 | 1875.00 |
| 02/06/04 | JMA | Appeal - meeting with R. Senftleben and C. Marraro re: mediation issues | 2.00 | 750.00 |
| 02/06/04 | JMA | Draft letter re: Protective Order | .40 | 150.00 |
| 02/07/04 | JMA | Phone - C. Marraro re: Work Plan issues | .30 | 112.50 |
| 02/07/04 | JMA | Conference with RCS re: Rule 53 and Special Master powers | .30 | 112.50 |
| 02/07/04 | RCS | Fed. Rule Civ.. Pro. Rule 53 and Special Master Powers- meeting with John Agnello, Esq. regarding research assignment on powers of Special Master relative to NJDEP. | .20 | 45.00 |
| 02/07/04 | RCS | Fed. Rule Civ. Pro. 53 and Special Master Powers: research regarding Special Masters powers on cleanup oversight relative to NJDEP. | 4.00 | 900.00 |
| 02/08/04 | RCS | Fed. Rule Civ. Pro. 53 and Special Master powers over cleanup relative to NJDEP. | 6.00 | 1350.00 |
| 02/09/04 | JMA | Phone - counsel for Special Master re: Work Plan issues | .50 | 187.50 |

```
W.R. GRACE & COMPANY                                    March 10, 2004
Client No.              734680                          Page      4
INVOICE NO.             22861
```

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 02/09/04 | JMA | Receipt and review letter from T. Pasuit to Clerk | .10 | 37.50 |
| 02/09/04 | JMA | Receipt and review Special Master's Notice of Motion re: 8th Fee Application | .20 | 75.00 |
| 02/09/04 | JMA | Receipt and review Special Master's 8th Fee Application | .70 | 262.50 |
| 02/09/04 | JMA | Receipt and review proposed Order re: Special Master's 8th Fee Application | .20 | 75.00 |
| 02/09/04 | JMA | Letter to Judge Cavanaugh re: Special Master Fee Application | .20 | 75.00 |
| 02/09/04 | JMA | Receipt and review letter from KydroQual and Parsons to Louis Berger Group re: deep lacustrine acquifer | .20 | 75.00 |
| 02/09/04 | JMA | Phone - C. Marraro re: Work Plan issues | .40 | 150.00 |
| 02/09/04 | MEF | Phone with B. Lothian's office | .20 | 50.00 |
| 02/09/04 | MEF | Letter to B. Lothian re: transportation issues | .20 | 50.00 |
| 02/09/04 | MEF | Review Honeywell submission re: transportation issues | .30 | 75.00 |
| 02/09/04 | RCS | Rule 53 Special Master - continued research re: power of Special Master | 3.00 | 675.00 |
| 02/10/04 | JMA | Phone - K. Millian | .20 | 75.00 |
| 02/10/04 | JMA | Revise letter re: Protective Order | .30 | 112.50 |
| 02/10/04 | JMA | Phone - C. Marraro re: Work Plan issues | .30 | 112.50 |
| 02/10/04 | JMA | Receipt and review email from C. Salonish re: site inspection | .10 | 37.50 |
| 02/10/04 | JMA | Receipt and review letter from Parsons to Special Master with Site Inspection Report | .30 | 112.50 |
| 02/10/04 | JMA | Phone - M. Daneker | .10 | 37.50 |
| 02/10/04 | JMA | Receipt and review letter from D. Field re: oral argument | .10 | 37.50 |
| 02/10/04 | JMA | Phone - M. Daneker's secretary | .10 | 37.50 |
| 02/10/04 | RCS | Rule 53 Special Master - continue research re: Special Master's authority relative to DEP | 2.50 | 562.50 |

```
W.R. GRACE & COMPANY                                      March 10, 2004
Client No.              734680                            Page       5
INVOICE NO.             22861
```

| Date | Init | Description | Hours | Amount |
|---|---|---|---|---|
| 02/11/04 | JMA | Phone - counsel for Special Master | .10 | 37.50 |
| 02/11/04 | JMA | Phone - C. Marraro and M. Daneker | .20 | 75.00 |
| 02/11/04 | JMA | Phone - counsel for Special Master re: Work Plan | .20 | 75.00 |
| 02/11/04 | JMA | Receipt and review final revisions to Work Plan by M. Daneker | .60 | 225.00 |
| 02/11/04 | JMA | Phone - counsel for Special Master | .20 | 75.00 |
| 02/11/04 | JMA | Phone - C. Marraro, counsel for Special Master and M. Daneker re: Work Plan | .20 | 75.00 |
| 02/11/04 | JMA | Receipt and review letter from Special Master counsel to Clerk | .10 | 37.50 |
| 02/11/04 | JMA | Receipt and review of Special Master's revised Work Plan | 1.30 | 487.50 |
| 02/11/04 | JMA | Compare Special Master revised Work Plan to Honeywell and Joint Final comments | .90 | 337.50 |
| 02/11/04 | JMA | Phone - C. Marraro re: Special Master's Work Plan revisions | 1.00 | 375.00 |
| 02/11/04 | JMA | Phone - C. Marraro, K. Millian and M. Daneker re: Work Plan | .80 | 300.00 |
| 02/11/04 | MEF | Phone with B. Lothian re: Honeywell's opposition | .20 | 50.00 |
| 02/11/04 | MEF | Review recent case law re: CERCLA contribution claims | .50 | 125.00 |
| 02/11/04 | RCS | Rule 53 Special Master - prepare draft memorandum of law re: special master authority to oversee cleanup | 2.30 | 517.50 |
| 02/12/04 | JMA | Receipt and review letter from counsel for Special Master re: DEP meeting | .20 | 75.00 |
| 02/12/04 | JMA | Phone conference with C. Marraro and R. Senftleben | .40 | 150.00 |
| 02/12/04 | JMA | Appeal - receipt and review letter from Judge Ackerman | .20 | 75.00 |
| 02/12/04 | JMA | Appeal - letter to C. Marraro re: mediation | .10 | 37.50 |

```
W.R. GRACE & COMPANY                                    March 10, 2004
Client No.              734680                          Page      6
INVOICE NO.             22861


02/12/04 JMA  Phone - counsel for Special Master re: Work      .30    112.50
              Plan

02/12/04 JMA  Phone - C. Marraro re: Work Plan                 .30    112.50

02/12/04 RCS  Rule 53- Special Master's issues- preparation   1.50    337.50
              of memorandum of law regarding amendment to
              Rule 53 enacted in December 2003.

02/13/04 JMA  Conference with C. Marraro re: review of RCRA   4.70   1762.50
              Fee Petition

02/13/04 JMA  Conference with C. Marraro re: Protective Order  .90    337.50
              issues

02/13/04 JMA  Conference with C. Marraro re: License          1.40    525.00
              Agreement issues

02/13/04 JMA  Conference with C. Marraro re: Work Plan issues 1.00    375.00

02/13/04 JMA  Phone conference with C. Marraro and M. Daneker  .20     75.00
              re: Consent Order - Work Plan

02/13/04 JMA  Conference with C. Marraro re: review of final   .50    187.50
              version of Work Plan/Consent Order

02/13/04 JMA  Execute Consent Order re: Final Work Plan and    .20     75.00
              memo transmitting signature page

02/13/04 JMA  Phone conference with A. Nagy and C. Marraro     .50    187.50
              re: development and Work Plan issues

02/13/04 RCS  Remedial Action workplan- prepare charts         .30     67.50
              regarding Honeywell, ICO/ECARG and Special
              Master's timetable for cleanup showing
              ICO/ECARG's task assignment numbers.

02/13/04 RCS  Remedial Action Workplan- memorandum to John     .20     45.00
              Agnello, Esq. and Chris Marraro, Esq. regarding
              chart of Honeywell, ICO/ECARG and Special
              Master's timetable for cleanup showing
              ICO/ECARG's task assignment numbers.

02/14/04 JMA  Receipt and review letter from Parsons to Louis  .20     75.00
              Berger Group re: drilling delays

02/14/04 JMA  Receipt and review letter from Louis Berger      .20     75.00
              Group to Parsons re: Honeywell Progress Report
              No. 8

02/14/04 JMA  Receipt and review letter from Parsons to Louis  .20     75.00
              Berger Group re: sampling data
```

```
W.R. GRACE & COMPANY                                    March 10, 2004
Client No.                  734680                      Page     7
INVOICE NO.                 22861
```

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 02/14/04 | JMA | Receipt and review email from C. Salonish with Parsons letter to Louis Berger Group | .10 | 37.50 |
| 02/14/04 | JMA | Receipt and review Parsons letter re: sampling for mediation | .20 | 75.00 |
| 02/14/04 | JMA | Receipt and review email from C. Salonish with Parsons letter to Louis Berger Group | .10 | 37.50 |
| 02/14/04 | JMA | Receipt and review letter from T. Pasuit re: Special Master's Fourth Progress Report | .10 | 37.50 |
| 02/14/04 | JMA | Receipt and review Fourth Progress Report of Special Master | .70 | 262.50 |
| 02/14/04 | JMA | Receipt and review Order granting Special Master's Seventh Fee Application | .20 | 75.00 |
| 02/14/04 | JMA | Receipt and review email from Louis Berger Group | .10 | 37.50 |
| 02/14/04 | JMA | Receipt and review Louis Berger Group letter to Parsons re: VAS Program | .30 | 112.50 |
| 02/17/04 | JMA | Phone - C. Marraro and K. Millian re: Protective Order | .30 | 112.50 |
| 02/17/04 | JMA | Phone - C. Marraro and K. Millian re: additional testing by Honeywell | .30 | 112.50 |
| 02/17/04 | JMA | Phone - C. Marraro re: Protective Order | .40 | 150.00 |
| 02/17/04 | JMA | Phone - C. Marraro re: License Agreement issues | .60 | 225.00 |
| 02/17/04 | JMA | Receipt and review draft response by K. Millian re: Protective Order | .30 | 112.50 |
| 02/17/04 | JMA | Phone conference with C. Marraro re: Protective Order | .40 | 150.00 |
| 02/17/04 | JMA | Phone conference with C. Marraro and K. Millian re: Protective Order | .50 | 187.50 |
| 02/17/04 | JMA | Phone conference with C. Marraro, K. Millian and M. Daneker re: Protective Order | .50 | 187.50 |
| 02/17/04 | JMA | Phone - counsel for Special Master | .30 | 112.50 |
| 02/17/04 | JMA | Phone - C. Marraro re: meeting with Jersey City | .20 | 75.00 |
| 02/17/04 | JMA | Phone - C. Marraro re: Protective Order and License Agreement issues | .30 | 112.50 |

```
W.R. GRACE & COMPANY                                     March 10, 2004
Client No.                734680                         Page       8
INVOICE NO.               22861


02/18/04 JMA Meeting with C. Marraro re: development issues    1.00    375.00

02/18/04 JMA Meeting with A. Nagy, C. Marraro, H. McGuire       .70    262.50
             re: development issues

02/18/04 JMA Meeting with A. Nagy, C. Marraro, H. McGuire       .80    300.00
             and M. Munley (Jersey City) re: development
             issues

02/18/04 JMA Meeting with A. Nagy, C. Marraro, H. McGuire      3.00   1125.00
             re: development issues

02/18/04 JMA Site visit with C. Marraro                        2.50    937.50

02/18/04 JMA Meeting with C. Marraro re: Work Plan and         1.70    637.50
             development issues

02/18/04 JMA Receipt and review email from M. Daneker re:       .10     37.50
             DEP meeting

02/18/04 JMA Receipt and review email from C. Marraro re:       .10     37.50
             DEP meeting

02/18/04 JMA Receipt and review email from T. Pasuit re:        .10     37.50
             Special Master meeting with DEP

02/18/04 JMA Receipt and review email from R. Senftleben        .10     37.50

02/19/04 JMA Mediation - receipt and review letter from         .20     75.00
             Judge Ackerman

02/19/04 JMA Mediation - phone - C. Marraro re: mediation       .30    112.50
             issues

02/19/04 JMA Phone - C. Marraro re: Work Plan issues            .30    112.50

02/19/04 JMA Receipt and review letter from C. Marraro to T.    .20     75.00
             Milch

02/20/04 JMA Receipt and review email from H. Hall at Louis     .10     37.50
             Berger Group

02/20/04 JMA Receipt and review letter from T. Lewis to         .30    112.50
             Parsons re: site submittals

02/20/04 JMA Receipt and review site submittals charts for      .50    187.50
             January

02/20/04 JMA Receipt and review memo from Langan re: soils      .30    112.50

02/20/04 JMA Receipt and review letter from M. Caffrey to       .20     75.00
             Judge Cavanaugh with executed Work Plan Order
```

```
W.R. GRACE & COMPANY                                    March 10, 2004
Client No.              734680                          Page       9
INVOICE NO.             22861
```

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 02/20/04 | JMA | Receipt and review memo from RCS with Work Plan schedule chart comparison | .30 | 112.50 |
| 02/20/04 | JMA | Appeal - phone - C. Marraro re: mediation issues | .40 | 150.00 |
| 02/20/04 | JMA | Phone - C. Marraro and T. Milch re: License Agreement issues | .40 | 150.00 |
| 02/20/04 | JMA | Phone - C. Marraro re: License Agreement issues | .30 | 112.50 |
| 02/20/04 | JMA | Phone - counsel for Special Master | .40 | 150.00 |
| 02/20/04 | JMA | Phone - C. Marraro re: Remediation Work Plan issues | .30 | 112.50 |
| 02/23/04 | JMA | Receipt and review email from C. Salonish | .10 | 37.50 |
| 02/23/04 | JMA | Receipt and review letter from Parsons to Special Master re: Honeywell Ninth Progress Report | .10 | 37.50 |
| 02/23/04 | JMA | Receipt and review Honeywell Ninth Progress Report | .80 | 300.00 |
| 02/23/04 | JMA | Meeting with C. Marraro re: Remediation Work Plan issues | 2.00 | 750.00 |
| 02/23/04 | JMA | Appeal - meeting with C. Marraro re: appeal issues | 2.00 | 750.00 |
| 02/23/04 | JMA | Phone - C. Marraro re: development issues | .20 | 75.00 |
| 02/24/04 | JMA | Receipt and review email from C. Marraro to K. Brown | .10 | 37.50 |
| 02/24/04 | JMA | Receipt and review email from T. Pasuit re: scheduling | .10 | 37.50 |
| 02/24/04 | JMA | Receipt and review Stipulated Order approving Work Plan entered by Court | .20 | 75.00 |
| 02/24/04 | JMA | Phone - C. Marraro re: scheduling issues | .30 | 112.50 |
| 02/24/04 | JMA | Phone - C. Marraro re: scheduling issues | .20 | 75.00 |
| 02/24/04 | JMA | Receipt and review email re:schedule of meetings with Special Master and DEP | .20 | 75.00 |
| 02/24/04 | JMA | Review Work Plan Order for RAA deadlines | .30 | 112.50 |

```
W.R. GRACE & COMPANY                                    March 10, 2004
Client No.              734680                          Page       10
INVOICE NO.             22861
```

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| 02/24/04 | JMA | Appeal - review of and comments to letter to Mediation Director | .40 | 150.00 |
| 02/25/04 | JMA | Appeal - Phone conference with C. Marraro re: revisions to letter to Torregrossa | .40 | 150.00 |
| 02/25/04 | JMA | Phone - C. Marraro re: Remedial Work Plan issues | .40 | 150.00 |
| 02/25/04 | JMA | Appeal - phone - C. Marraro re: mediation strategy | .60 | 225.00 |
| 02/25/04 | JMA | Appeal - receipt and review letter from L. Thomas to J. Torregrossa | .20 | 75.00 |
| 02/25/04 | JMA | Receipt and review letter from C. Marraro to Torregrossa | .20 | 75.00 |
| 02/26/04 | JMA | Receipt and review email from M. Daneker re: Protective Order | .30 | 112.50 |
| 02/26/04 | JMA | Review of and comments to revised Protective Order prepared by K. Millian | 1.00 | 375.00 |
| 02/27/04 | JMA | Receipt and review letter from Parsons re: design investigation report | .10 | 37.50 |
| 02/27/04 | JMA | Phone - L Thomas re: Protective Order | .10 | 37.50 |
| 02/27/04 | JMA | Phone - R. Senftleben re: status | .10 | 37.50 |
| 02/27/04 | JMA | Phone - M. Daneker re: Protective Order | .10 | 37.50 |
| 02/27/04 | JMA | Receipt and review Order granting special Master's Eighth Fee Application | .20 | 75.00 |
| 02/27/04 | JMA | Phone - C. Marraro re: Protective Order issues | .40 | 150.00 |
| 02/27/04 | JMA | Phone - C. Marraro re: scheduling | .30 | 112.50 |
| 02/27/04 | JMA | Phone - C. Marraro and L. Thomas re: Protective Order | .20 | 75.00 |
| 02/27/04 | JMA | Review all Protective Order drafts and correspondence for conference call re: same | 1.20 | 450.00 |
| 02/27/04 | JMA | Phone conference with C. Marraro and K. Millian re: Protective Order issues | .50 | 187.50 |
| 02/27/04 | JMA | Phone - C. Marraro and M. Daneker re: Protective Order issues | .10 | 37.50 |

```
W.R. GRACE & COMPANY                                    March 10, 2004
Client No.             734680                           Page        11
INVOICE NO.            22861


02/27/04 JMA Phone - C. Marraro re: scheduling issues        .30     112.50

02/28/04 JMA Receipt and review - RAA - Barrier Wall and    2.70    1012.50
             Groundwater Mondeling Report

02/29/04 JMA Phone - C. Marraro re: meeting with DEP         .30     112.50
                                                          ------------
                                             Subtotal:         35,512.50
```

**Fee Applications, Applicants**

```
02/01/04 MEF Email from D. Carickhoff re: status of CNO and  .10      25.00
             monthly fee application

02/01/04 MEF Draft response to Fee Auditor initial report    .80     200.00
             re: CBBG's 10th Quarterly fee application

02/02/04 MEF Email from S. Bossay re: 10th Quarterly Project .10      25.00
             and Expense Report

02/02/04 MEF Email to S. Bossay re: 10th Quarterly Project   .10      25.00
             and Expense Report

02/03/04 JMA Review of and comments to fee auditor initial   .30     112.50
             report - 10th quarterly fee application

02/03/04 JMA Review and revise response to fee auditor       .30     112.50

02/03/04 MEF Revise response to Fee Auditor initial report  1.00     250.00
             re: 10th Quarterly Fee Application

02/03/04 MEF Letter to W. Smith re: CBBG response to Fee     .20      50.00
             Auditor initial report re: 10th Quarterly Fee
             Application

02/03/04 MEF Email to S. Bossay re: CBBG response to Fee     .20      50.00
             Auditor initial report re: 10th Quarterly Fee
             Application

02/03/04 MEF Prepare 11th Quarterly Fee Application         2.10     525.00

02/04/04 MEF Email from/to D. Carickoff re: CNO for November .20      50.00
             2003 fee application and filing of December
             2003 fee application

02/04/04 MEF PACER search - CNO for November 2003            .20      50.00

02/04/04 MEF Review CNO for November 2003 fees and expenses  .20      50.00
```

```
W.R. GRACE & COMPANY                                    March 10, 2004
Client No.              734680                          Page      12
INVOICE NO.             22861
```

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 02/04/04 | MEF | Fee Application - review January 2004 Fee Detail | .60 | 150.00 |
| 02/05/04 | JMA | Fee Application - receipt and review Certification of No Objection re: Carella Byrne November 2003 fee application | .20 | 75.00 |
| 02/06/04 | MEF | Review revised fee detail for January 2004 | .30 | 75.00 |
| 02/06/04 | MEF | Review fee auditor's Final Report regarding 10th Quarterly Fee Application | .30 | 75.00 |
| 02/06/04 | MEF | Email to P. Cuniff re: December 2003 monthly fee application | .10 | 25.00 |
| 02/06/04 | MEF | PACER search - December 2003 fee application | .20 | 50.00 |
| 02/06/04 | MEF | Prepare 23rd monthly fee application | 1.80 | 450.00 |
| 02/09/04 | MEF | Letter to P. Cuniff re: 22d and 23rd Monthly Fee Applications | .30 | 75.00 |
| 02/11/04 | MEF | PACER search - December 2003 fee application | .40 | 100.00 |
| 02/11/04 | MEF | Email to P. Cuniff re: status of December 2003 fee application filing and January 2003 fee application | .30 | 75.00 |
| 02/11/04 | MEF | Email from P. Cuniff re: December and January Fee Applications | .20 | 50.00 |
| 02/11/04 | MEF | Fee Application - continue preparing 11th Quarterly Fee Application | 1.00 | 250.00 |
| 02/11/04 | MEF | Review status of fee applications and payments | .50 | 125.00 |
| 02/13/04 | JMA | Fee Application - review of and comments to 11th quarterly fee application | .40 | 150.00 |
| 02/13/04 | JMA | Conference with MEF re: 11th quarterly fee application | .20 | 75.00 |
| 02/13/04 | MEF | Finalize 11th Quarterly Fee Application | .90 | 225.00 |
| 02/13/04 | MEF | Letter to P. Cuniff re: 11th Quarterly Fee Application | .20 | 50.00 |
| 02/13/04 | MEF | Conference with JMA re: 11th Quarterly Fee Application | .20 | 50.00 |

```
W.R. GRACE & COMPANY                              March 10, 2004
Client No.              734680                    Page      13
INVOICE NO.             22861


02/27/04 MEF  Review email from S. Bossay re: Exhibit A -      .30      75.00
              fees and expenses and project category
              spreadsheet

02/27/04 MEF  Email to S. Bossay re: project category          .20      50.00
              spreadsheet
                                                                    ------------
                                               Subtotal:            3,775.00


                                                                    ------------
Total Fees:                                                        39,287.50
```

```
W.R. GRACE & COMPANY                                        March 10, 2004
Client No.                  734680                          Page       15
INVOICE NO.                 22861


SUMMARY OF FEES:

    *---------------------------TIME AND FEE SUMMARY----------------------*
    *----------TIMEKEEPER---------*    RATE    HOURS                 FEES
    J M AGNELLO                      375.00    81.50             30562.50
    M E FLAX                         250.00    16.90              4225.00
    RC SCRIVO                        225.00    20.00              4500.00
                             TOTALS            118.40            39287.50
```