# EXHIBIT B

```
W.R. GRACE & COMPANY                              March 10, 2004
Client No.              734680                    Page      14
INVOICE NO.             22861


        Disbursements


Messenger

02/09/04 Messenger MERCURY 2/2                              35.00

                                   SUBTOTAL:                35.00

Travel Expense

01/30/04 Travel Expense JMA 1/27                            17.00
         (parking)

                                   SUBTOTAL:                17.00

02/29/04 Photocopies                                        21.75
02/29/04 Faxes                                             140.00
02/29/04 Telephone                                         420.71
02/29/04 Computer Searches                                2294.36
02/29/04 Federal Express                                    46.50
                                                      -------------
Total Costs                                              2,975.32
                                                      -------------

Total Due this Matter                                   42,262.82
=============
```