IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |

AFFIDAVIT OF
RAELENA Y. TAYLOR, PARALEGAL

STATE OF DELAWARE:
                    SS:
NEW CASTLE COUNTY:

    I Raelena Y. Taylor, certify that I am, and at all times during the service of process, have been, an employee of Klett, Rooney, Lieber and Schorling, P.C., not less than 18 years of age and not a party to the matter concerning which service of process was made on March 25, 2004. I certify further that I caused the service of the:

**<u>NO ORDER REQUIRED</u> CERTIFICATION OF NO OBJECTION TO TWENTY-SEVENTH MONTHLY APPLICATION OF KLETT ROONEY LIEBER & SCHORLING, CO-COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY HOLDERS, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD DECEMBER 26, 2003 THROUGH JANUARY 31, 2004 [DOCKET NO. 5342]**

was made on the following parties on the attached list in the manner indicated.

                                                _/s/ Raelena Y. Taylor_
                                                      Raelena Y. Taylor

SWORN AND SUBSCRIBED before me this 25th day of March, 2004.

                                                      _/s/ Frances Gauthier_
                                                      NOTARY

                            FRANCES GAUTHIER
                             ATTORNEY AT LAW
                      NOTARY PUBLIC, STATE OF DELAWARE
                  MY COMMISSION HAS NO EXPIRATION DATE
                           29 DEL. C. §4223(a)(3)

W.R. GRACE
Fee App

(Electronic Mail)
James H.M. Sprayregen, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601
**(Debtor's counsel)**

(Electronic Mail)
J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606
**(Counsel to Post-Petition Lender)**

(Electronic Mail)
W.R. Grace
Attn: David B. Siegel
Senior VP and General Counsel
7500 Grace Drive
Columbia, MD 21044
**(Debtor)**

(Federal Express & Electronic Mail)
Warren H. Smith & Associates, P.C.
Republic Center
325 N. St.Paul, Suite 4080
Dallas, TX 75201
**(Fee Auditor)**

(Electronic Mail)
Scott L. Baena, Esquire/Richard M. Dunn, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod
2500 First Union Fin. Center
200 South Biscayne Blvd.
Miami, FL 33131-2336
**(Official Committee of Property Damage Claimants)**

(Electronic Mail)
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982
**(Official Committee of Unsecured Creditors)**

(Electronic Mail)
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 36th Floor
New York, NY 10022
**(Official Committee of Personal Injury Claimants)**

(Electronic Mail)
Peter Van N. Lockwood, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC 20005
**(Official Committee of Personal Injury Claimants)**

(Hand Delivery)
Frank J. Perch, Esquire
Office of the United States Trustee
844 N. King St.
Wilmington, DE 19801
**(U.S. Trustee)**

(Electronic Mail)
Michael R. Lastowski, Esquire
Duane Morris LLP
1100 North Market St. - Suite 1200
Wilmington, DE 19801
**(Official Committee of Unsecured Creditors)**

(Electronic Mail)
Michael B. Joseph, Esquire
Theodore J. Tacconelli, Esquire
Ferry & Joseph
824 Market St.
Wilmington, DE 19899

**(Official Committee of Property Damage Claimants)**

(Electronic Mail)
Laura Davis Jones, Esquire
David Carickoff, Esquire
Pachulski, Stang, Ziehl, Young & Jones
919 North Market St. - 16th Floor
Wilmington, DE  19899-8705
**(Debtor's counsel)**

(Electronic Mail)
Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
**(Counsel to Post-Petition Lender)**

(Electronic Mail)
Matthew G. Zaleski, III, Esquire
Campbell & Levine
800 King Street, Suite 300
Wilmington, DE 19801
**(Official Committee of Personal Injury Claimants)**