IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Deadline:  April 14, 2003 at 4:00 p.m.**
**Hearing Date:  TBD only if necessary**

<u>**FEE DETAIL FOR THE BLACKSTONE**</u>
<u>**GROUP L.P.'S MONTHLY FEE APPLICATION FOR THE**</u>
<u>**PERIOD FROM JANUARY 1, 2003 THROUGH DECEMBER 31, 2003**</u>

---

[1]  The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

The  Group®

March 17, 2004

Mr. Paul J. Norris
Chairman, President and Chief Executive Officer
W.R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044

Out-of-pocket expenses processed for the period through January 31, 2003:[1]

| | | | |
|---|---|---|---|
| Ground Transportation | $ | 142.99 | |
| Meals | | 95.19 | |
| Research | | 212.51 | |
| Photocopying | | 8.10 | 458.79 |
| **Total Due** | | | $ **458.79** |

**Please wire transfer funds to:**

JP Morgan Chase
One New York Plaza
New York, NY 10017
ABA# 021 000 021
Credit Account: The Blackstone Group L.P.
Account Receivable Dept. 14th Floor
Account # 066-287472

Invoice Number: 3097-T

---

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

**The Blackstone Group® L.P.**
345 Park Avenue
New York, NY 10154
212 583-5000

**W.R. Grace & Co.**
**Summary of Expenses Processed for the**
**Period through January 31, 2003**
**Invoice No. 3097-T**

| | GL Detail Jan-03 | Total Expenses |
|---|---|---|
| Ground Transportation - Car Services - Elite | $ 43.99 | $ 43.99 |
| Ground Transportation - Local Travel | 38.00 | 38.00 |
| Ground Transportation - Out-Of-Town Travel | 61.00 | 61.00 |
| Meals | 95.19 | 95.19 |
| External Research - Securities Data | 177.02 | 177.02 |
| External Research - P.A.C.E.R. | 35.49 | 35.49 |
| Photocopying | 8.10 | 8.10 |
| **Total Expenses** | **$ 458.79** | **$ 458.79** |

| | |
|---|---|
| **Ground Transportation** | **142.99** |
| **Meals** | **95.19** |
| **Research** | **212.51** |
| **Photocopying** | **8.10** |
| **Total Expenses** | **$ 458.79** |

W.R. Grace & Co.
Detail of Expenses Processed for the
Period through January 31, 2003
Invoice No. 3097-T

**Car Service**

**Elite**

| | | | |
|---|---|---|---|
| Blechman (car to Penn Station in New York, NY from home) | 11/27/02 | 23.45 | |
| Zilly (car to Penn Station in New York, NY from home) | 11/27/02 | 20.54 | |
| | Subtotal - Car Service - Elite | | $  43.99 |

**Local Travel**

| | | | |
|---|---|---|---|
| Blechman (taxi home from Blackstone) | 10/09/02 | 6.00 | |
| Blechman (taxi home from Blackstone) | 10/13/02 | 13.00 | |
| Blechman (taxi home from Blackstone) | 10/14/02 | 5.00 | |
| Blechman (taxi home from Blackstone) | 11/20/02 | 14.00 | |
| | Subtotal - Local Travel | | 38.00 |

**Out-Of-Town Travel**

| | | | |
|---|---|---|---|
| Blechman (taxi to W.R. Grace in Columbia, MD from BWI Airport Rail Station) | 11/20/02 | 30.00 | |
| Blechman (taxi to BWI Airport Rail Station in Baltimore, MD from W.R. Grace) | 11/20/02 | 31.00 | |
| | Subtotal - Out-Of-Town Travel | | 61.00 |

**Meals**[1]

| | | | |
|---|---|---|---|
| Blechman | 10/13/02 | 7.59 | |
| de Almeida | 05/08/02 | 25.00 | |
| de Almeida | 09/17/02 | 25.00 | |
| de Almeida | 10/01/02 | 25.00 | |
| Zilly | 12/09/02 | 4.85 | |
| Zilly | 12/17/02 | 7.75 | |
| | Subtotal - Meals | | 95.19 |

**External Research**

**Securities Data**

| | | | |
|---|---|---|---|
| Jishi | 12/18/02 | 177.02 | |
| | Subtotal - Securities Data | | 177.02 |

**P.A.C.E.R. (Public Access to Court Electronic Records)**

| | | | |
|---|---|---|---|
| de Almeida | 10/23/02 | 5.25 | |
| de Almeida | 10/27/02 | 2.24 | |
| de Almeida | 11/05/02 | 7.56 | |
| de Almeida | 12/09/02 | 9.45 | |
| de Almeida | 12/16/02 | 10.99 | |
| | Subtotal - P.A.C.E.R. | | 35.49 |
| | Subtotal - External Research | | 212.51 |

**Photocopying**

| | | | |
|---|---|---|---|
| Zilly | 12/30/02 - 01/04/03 | 8.10 | |
| | Subtotal - Photocopying | | 8.10 |
| | Total Expenses | | $  458.79 |

---

[1] See paragraph 12 of Blackstone's 8th Quarterly Interim Fee Application.

## THE BLACKSTONE GROUP L.P.
## SUMMARY OF HOURS
## JANUARY 1, 2003 - JANUARY 31, 2003

| Professional | Title | Hours |
|---|---|---|
| Pamela Zilly | Senior Managing Director | 36.5 |
| David Blechman | Associate | 45.0 |
| Ramsey Jishi | Analyst | 24.5 |
| | **Total** | **106.0** |

**In re: W.R. Grace and Co., et al.**
**A Chapter 11 Proceeding**
**Case No. 01-01139**

**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAIL FOR THE PERIOD OF**
**JANUARY 1, 2003 - JANUARY 31, 2003**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| David Blechman | 01/07/03 | 1.0 | Case Administration | Meeting with P. Zilly re: work plan |
| Pamela Zilly | 01/07/03 | 1.0 | Case Administration | Meeting with D. Blechman re: case status, work plan |
| Pamela Zilly | 01/27/03 | 0.5 | Case Administration | Read Debtors' Motion to Extend Exclusive Period |
| | | 2.5 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
JANUARY 1, 2003 - JANUARY 31, 2003

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 01/08/03 | 0.5 | Committee | Correspondence with I. Hamilton re: open items |
| David Blechman | 01/14/03 | 0.5 | Committee | Call with F. Gilbert regarding due diligence |
| David Blechman | 01/14/03 | 0.5 | Committee | Call w/E. Filon regarding due diligence |
| David Blechman | 01/14/03 | 1.0 | Committee | Meeting with P. Zilly regarding due diligence |
| Pamela Zilly | 01/14/03 | 1.0 | Committee | Meeting with D. Blechman re: due diligence requests |
| David Blechman | 01/15/03 | 1.0 | Committee | Arrange calls with committee advisors regarding due diligence |
| David Blechman | 01/15/03 | 0.5 | Committee | Follow up FTI due diligence request |
| Pamela Zilly | 01/16/03 | 2.5 | Committee | Respond to creditor questions on pension motion, calls with creditor advisors regarding same |
| David Blechman | 01/17/03 | 1.0 | Committee | Follow up pension motion information requests |
| David Blechman | 01/17/03 | 0.5 | Committee | Call with M. Berkin regarding pension motion |
| David Blechman | 01/17/03 | 0.5 | Committee | Respond to FTI due diligence questions |
| Pamela Zilly | 01/20/03 | 0.5 | Committee | Review responses to I. Hamilton due diligence questions |
| Pamela Zilly | 01/23/03 | 0.5 | Committee | Call with F. Gilbert regarding operating plan meeting |
| David Blechman | 01/28/03 | 1.5 | Committee | Arrange earnings call and operating plan meetings |
| David Blechman | 01/29/03 | 1.0 | Committee | Arrange committee meetings |
| David Blechman | 01/30/03 | 1.0 | Committee | Call with Stroock regarding Curtis Bay Pension |
| | | 14.0 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
JANUARY 1, 2003 - JANUARY 31, 2003

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 01/01/03 | 1.0 | Corporate Finance | Comments to P. Hanlon on Project Halloween |
| Ramsey Jishi | 01/01/03 | 1.0 | Corporate Finance | Researched potential alternative restructuring options |
| Ramsey Jishi | 01/01/03 | 2.0 | Corporate Finance | Created presentation re: potential alternatives |
| David Blechman | 01/03/03 | 2.5 | Corporate Finance | Review/revise materials regarding strategic alternatives |
| David Blechman | 01/03/03 | 0.5 | Corporate Finance | Meeting with R. Jishi regarding strategic alternatives |
| Ramsey Jishi | 01/03/03 | 0.5 | Corporate Finance | Meeting with D. Blechman re: strategic alternatives |
| Ramsey Jishi | 01/03/03 | 3.0 | Corporate Finance | Revised presentation |
| David Blechman | 01/06/03 | 2.5 | Corporate Finance | Prepare update of AWI POR, discussion with P. Zilly |
| David Blechman | 01/06/03 | 3.0 | Corporate Finance | Prepare update of strategic alternatives |
| Pamela Zilly | 01/06/03 | 1.0 | Corporate Finance | Correspondence with P. Norris, discussion with D. Blechman re: Armstrong Holdings POR |
| Pamela Zilly | 01/06/03 | 1.5 | Corporate Finance | Review Project Halloween materials |
| Ramsey Jishi | 01/06/03 | 2.0 | Corporate Finance | Revised presentation to incorporate David Blechman's comments |
| Ramsey Jishi | 01/06/03 | 6.0 | Corporate Finance | Researched asbestos-related bankruptcy companies and plans of reorganization |
| David Blechman | 01/07/03 | 1.0 | Corporate Finance | Call with M. Berkin, B. Tarola, P. Zilly, D. Siegel regarding claims/POR |
| Pamela Zilly | 01/07/03 | 1.0 | Corporate Finance | Call with P. Hanlon, P. Norris re: Project Halloween |
| Pamela Zilly | 01/07/03 | 1.0 | Corporate Finance | Call with P. Norris re: financing strategies |
| Pamela Zilly | 01/07/03 | 2.5 | Corporate Finance | Prepare Armstrong Holdings POR summary |
| Pamela Zilly | 01/07/03 | 1.0 | Corporate Finance | Call with M. Berkin, B. Tarola, D. Siegel re: liabilities subject to compromise |
| Pamela Zilly | 01/07/03 | 2.0 | Corporate Finance | Revise Armstrong POR analysis |
| Pamela Zilly | 01/08/03 | 1.5 | Corporate Finance | Revise materials regarding strategic alternative |
| David Blechman | 01/08/03 | 1.0 | Corporate Finance | Meeting with P. Zilly regarding status |
| David Blechman | 01/08/03 | 0.5 | Corporate Finance | Review FTI due diligence request |
| Pamela Zilly | 01/08/03 | 1.0 | Corporate Finance | Meeting with D. Blechman re: strategic alternatives |
| Pamela Zilly | 01/08/03 | 2.0 | Corporate Finance | Review materials re: strategic alternatives |
| David Blechman | 01/09/03 | 1.5 | Corporate Finance | Meeting with R. Jishi regarding strategic alternatives |
| David Blechman | 01/09/03 | 1.5 | Corporate Finance | Review analysis of Armstrong POR |
| Ramsey Jishi | 01/09/03 | 1.5 | Corporate Finance | Meeting with D. Blechman re: strategic alternatives analysis |
| Pamela Zilly | 01/13/03 | 1.5 | Corporate Finance | Review materials re: strategic alternatives |
| David Blechman | 01/22/03 | 3.0 | Corporate Finance | Review Owens Corning POR |
| Pamela Zilly | 01/22/03 | 0.5 | Corporate Finance | Conversation with R. Jishi, P. Zilly re Owens Corning POR |
| Pamela Zilly | 01/22/03 | 0.5 | Corporate Finance | Discussion with D. Blechman re: Owens Corning POR |
| Ramsey Jishi | 01/22/03 | 0.5 | Corporate Finance | Meeting with D. Blechman re:review of Owens Corning POR issues |
| David Blechman | 01/24/03 | 4.0 | Corporate Finance | Research comparable companies plans of reorganization. |
| Pamela Zilly | 01/27/03 | 1.0 | Corporate Finance | Call with Shehriz, Hanlon re: GPC possible acquisition |
| Ramsey Jishi | 01/28/03 | 1.0 | Corporate Finance | Call with S. Ahern regarding potential acquisition |
| David Blechman | 01/29/03 | 1.5 | Corporate Finance | Review Owens Corning POR |
| Pamela Zilly | 01/30/03 | 2.0 | Corporate Finance | Review materials re: possible acquisition |
| David Blechman | 01/31/03 | 1.5 | Corporate Finance | Review materials regarding Project Mob Squad |
| David Blechman | 01/31/03 | 1.0 | Corporate Finance | Call with S. Ahern, P. Zilly, others regarding Project Mob Squad |
| David Blechman | 01/31/03 | 1.0 | Corporate Finance | Conversation with P. Zilly regarding status of acquisition |
| Pamela Zilly | 01/31/03 | 1.0 | Corporate Finance | Call with S. Ahern, D. Blechman re: Project Mob Squad |
| Pamela Zilly | 01/31/03 | 1.0 | Corporate Finance | Call with P. Hanlon re: acquisitions |
| Pamela Zilly | 01/31/03 | 1.0 | Corporate Finance | Discussion with D. Blechman re: timing of acquisition |
| | | **66.5** | | |

**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAIL FOR THE PERIOD OF**
**JANUARY 1, 2003 - JANUARY 31, 2003**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 01/04/03 | 1.0 | Employee Benefits/Pension | Review Curtis Bay pension motion |
| Pamela Zilly | 01/07/03 | 0.5 | Employee Benefits/Pension | Call with B. McGowan, counsel re: Curtis Bay pension motion |
| Pamela Zilly | 01/07/03 | 1.0 | Employee Benefits/Pension | Read draft motion authorizing Debtors to Contribute Funds to Curtis Bay pension plan |
| Pamela Zilly | 01/08/03 | 0.5 | Employee Benefits/Pension | Provide comments on Curtis Bay pension motion |
| Pamela Zilly | 01/13/03 | 1.0 | Employee Benefits/Pension | Call with B. McGowan re: pension motions |
| Pamela Zilly | 01/14/03 | 1.0 | Employee Benefits/Pension | Review Curtis Bay pension motion |
| Pamela Zilly | 01/14/03 | 1.0 | Employee Benefits/Pension | Call B. Tarola re: pension funding  and COLI |
| Pamela Zilly | 01/14/03 | 0.5 | Employee Benefits/Pension | Read revised motion re: Curtis Bay pension plan |
| David Blechman | 01/15/03 | 1.0 | Employee Benefits/Pension | Review pension motion, meeting with P. Zilly |
| Pamela Zilly | 01/15/03 | 1.0 | Employee Benefits/Pension | Review and discuss pension funding motion with D. Blechman |
| Pamela Zilly | 01/17/03 | 0.5 | Employee Benefits/Pension | Correspondence with R. Tarola re: pension funding |
| David Blechman | 01/30/03 | 1.0 | Employee Benefits/Pension | Review materials regarding Curtis Bay Pension |
| Pamela Zilly | 01/20/03 | 0.5 | Employee Benefits/Pension | Call with B. McGowan re: Curtis Bay motion |
| | | **10.5** | | |

**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAIL FOR THE PERIOD OF**
**JANUARY 1, 2003 - JANUARY 31, 2003**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| David Blechman | 01/28/03 | 0.5 | Employment Applications, Applicant | Work on fee application |
| | | 0.5 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
JANUARY 1, 2003 - JANUARY 31, 2003

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| David Blechman | 01/29/03 | 2.0 | Financing | Analysis of DIP term sheet, correspondence with M. Hunter, P. Zilly |
| Pamela Zilly | 01/30/03 | 1.0 | Financing | Discussion with M. Hunter, D. Blechman re: DIP terms sheet |
| David Blechman | 01/31/03 | 1.0 | Financing | Discussion with M. Hunter, P. Zilly re: DIP term sheet |
| | | 4.0 | | |

**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAIL FOR THE PERIOD OF**
**JANUARY 1, 2003 - JANUARY 31, 2003**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 01/07/03 | 0.5 | Other | Call with B. McGowan re: Directors meeting |
| | | 0.5 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
JANUARY 1, 2003 - JANUARY 31, 2003

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| David Blechman | 01/16/03 | 1.0 | Tax Issues | Call with P. Zilly regarding tax issues |
| Pamela Zilly | 01/16/03 | 0.5 | Tax Issues | Correspondence re: Fresenius settlement |
| Pamela Zilly | 01/16/03 | 1.0 | Tax Issues | Call with D. Blechman re: tax issues |
| David Blechman | 01/28/03 | 0.5 | Tax Issues | Call with P. Zilly regarding tax issues |
| Pamela Zilly | 01/28/03 | 0.5 | Tax Issues | Call with D. Blechman re: tax issues |
| | | **3.5** | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
JANUARY 1, 2003 - JANUARY 31, 2003

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Ramsey Jishi | 01/14/03 | 4.0 | Valuation | Researched related DIP comps |
| | | 4.0 | | |





The **Blackstone** Group®

March 17, 2004

Mr. Paul J. Norris
Chairman, President and Chief Executive Officer
W.R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044

Out-of-pocket expenses processed for the period through February 28, 2003:[1]

| | | | |
|---|---|---|---|
| Meals | $ | 14.55 | |
| Communications | | 9.00 | |
| Photocopying | | 79.95 | 103.50 |
| **Total Due** | | | $ **103.50** |

**Please wire transfer funds to:**

JP Morgan Chase
One New York Plaza
New York, NY 10017
ABA# 021 000 021
Credit Account: The Blackstone Group L.P.
Account Receivable Dept. 14th Floor
Account # 066-287472

Invoice Number: 3118-T

---

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

**The Blackstone Group® L.P.**
345 Park Avenue
New York, NY 10154
212 583-5000

**W.R. Grace & Co.**
**Summary of Expenses Processed for the**
**Period through February 28, 2003**
**Invoice No. 3118-T**

|  | GL Detail Feb-03 | Total Expenses |
|---|---|---|
| Meals | $        14.55 | $          14.55 |
| Communications - Facsimiles | 9.00 | 9.00 |
| Photocopying | 79.95 | 79.95 |
| **Total Expenses** | **$       103.50** | **$        103.50** |
|  |  |  |
| **Meals** |  | **$          14.55** |
| **Communications** |  | **9.00** |
| **Photocopying** |  | **79.95** |
|  |  |  |
| **Total Expenses** |  | **$        103.50** |

**W.R. Grace & Co.**
**Detail of Expenses Processed for the**
**Period through February 28, 2003**
**Invoice No. 3118-T**

**Meals**[1]

| | | | |
|---|---|---|---|
| Zilly | 01/09/03 | 5.25 | |
| Zilly | 01/15/03 | 9.30 | |
| | **Subtotal - Meals** | | $ **14.55** |

**Communications**
**Facsimiles**

| | | | |
|---|---|---|---|
| Bolger | 01/01/03 - 01/31/03 | 9.00 | |
| | **Subtotal - Communications - Facsimiles** | | **9.00** |

**Photocopying**

| | | | |
|---|---|---|---|
| Shinder | 02/03/03 - 02/09/03 | 79.95 | |
| | **Subtotal - Photocopying** | | **79.95** |
| | **Total Expenses** | | $ **103.50** |

---

[1] See paragraph 12 of Blackstone's 8th Quarterly Interim Fee Application.

**THE BLACKSTONE GROUP L.P.**
**SUMMARY OF HOURS**
**FEBRUARY 1, 2003 - FEBRUARY 28, 2003**

| Professional | Title | Hours |
|---|---|---|
| Pamela Zilly | Senior Managing Director | 46.0 |
| Richard Shinder | Managing Director | 8.0 |
| David Blechman | Associate | 65.5 |
| Ramsey Jishi | Analyst | 19.5 |
| Total | | 139.0 |

In re: W.R. Grace and Co., et al.
A Chapter 11 Proceeding
Case No. 01-01139

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
FEBRUARY 1, 2003 - FEBRUARY 28, 2003

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| David Blechman | 02/04/03 | 1.5 | Business Analysis | Review year-end financial package |
| David Blechman | 02/05/03 | 2.5 | Business Analysis | Further review year-end financial package |
| Pamela Zilly | 02/06/03 | 1.0 | Business Analysis | Call with R. Tarola, V. Hood, C. Lane re: ERISA Issues |
| David Blechman | 02/18/03 | 1.0 | Business Analysis | Review materials regarding op plan meeting |
| David Blechman | 02/19/03 | 1.0 | Business Analysis | Review materials regarding meeting in Columbia |
| David Blechman | 02/20/03 | 3.0 | Business Analysis | Travel from Columbia, MD / review op plan materials |
| Pamela Zilly | 02/24/03 | 1.5 | Business Analysis | Review presentation of financial material re: DIP renewal for Committees' advisors |
| Pamela Zilly | 02/25/03 | 1.0 | Business Analysis | Review of COLI, strategic acquisition, financial results, 2003 plan re: dinner with P. Norris |
| David Blechman | 02/28/03 | 0.5 | Business Analysis | Calls with Gary Stokes, L. Hamilton regarding impact of oil prices in business |
| | | **13.0** | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
FEBRUARY 1, 2003 - FEBRUARY 28, 2003

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 02/04/03 | 1.0 | Case Administration | Call with D. Siegel re: case update |
| Pamela Zilly | 02/24/03 | 1.0 | Case Administration | Update meeting with D. Blechman re: DIP renewal, acquisitions, operating plan meeting |
| Pamela Zilly | 02/25/03 | 2.5 | Case Administration | Dinner with P. Norris re: case status |
| Pamela Zilly | 02/28/03 | 0.5 | Case Administration | Call with R. Tarola re: third party purchase of debt |
| | | 5.0 | | |

Page 3 of 10

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
FEBRUARY 1, 2003 - FEBRUARY 28, 2003

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 02/03/03 | 1.0 | Committee | Review materials on acquisitions for distribution to Committees |
| Pamela Zilly | 02/05/03 | 1.0 | Committee | Call with R. Tarola, F. Gilbert re acquisition schedule, committees' advisors call |
| David Blechman | 02/06/03 | 1.5 | Committee | Earnings update call with Company and advisors |
| David Blechman | 02/06/03 | 1.0 | Committee | Prepare communication to committees regarding court motions |
| Pamela Zilly | 02/06/03 | 1.0 | Committee | Quarterly update call with Committees' advisors |
| Pamela Zilly | 02/06/03 | 1.0 | Committee | Calls with Committees' advisors re: imminent filing of motions |
| David Blechman | 02/10/03 | 1.0 | Committee | Respond to committee advisors due diligence requests |
| David Blechman | 02/12/03 | 1.0 | Committee | Communicate with committee advisors regarding Project Halloween |
| David Blechman | 02/13/03 | 1.0 | Committee | Review questions from committee on court motions |
| David Blechman | 02/13/03 | 0.5 | Committee | Email FTI regarding Project Halloween |
| David Blechman | 02/14/03 | 0.5 | Committee | Call with FTI, P. Hanlon, others regarding Project Halloween |
| David Blechman | 02/14/03 | 1.5 | Committee | Respond to committee advisors questions on motions |
| David Blechman | 02/18/03 | 1.0 | Committee | Arrange logistics for 2/20 advisor meeting, call with F. Gilbert |
| David Blechman | 02/18/03 | 1.0 | Committee | Meeting with S. Shinder regarding 3/20 op plan meeting |
| Richard Shinder | 02/18/03 | 1.0 | Committee | Meeting with D. Blechman regarding 3/20 op plan meeting |
| David Blechman | 02/20/03 | 4.5 | Committee | Attend 2003 operating plan meeting with advisors |
| David Blechman | 02/21/03 | 0.5 | Committee | Respond to committee due diligence |
| David Blechman | 02/24/03 | 0.5 | Committee | Send materials to advisors re DIP |
| David Blechman | 02/26/03 | 1.0 | Committee | Calls with M. Berkin, M. Hunter re DIP |
| David Blechman | 02/28/03 | 0.5 | Committee | Call with L. Hamilton regarding business performance |
| | | **22.0** | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
FEBRUARY 1, 2003 - FEBRUARY 28, 2003

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| David Blechman | 02/03/03 | 2.0 | Corporate Finance | Review PORs of other asbestos bankruptcies |
| David Blechman | 02/03/03 | 0.5 | Corporate Finance | Meetings R. Jishi regarding asbestos bankruptcies analysis |
| Ramsey Jishi | 02/03/03 | 0.5 | Corporate Finance | Discussion with D. Blechman re: analysis of other asbestos bankruptcies analysis |
| David Blechman | 02/04/03 | 1.5 | Corporate Finance | Send memo to Norris regarding recent asbestos-related proceedings: PORs |
| Pamela Zilly | 02/04/03 | 1.0 | Corporate Finance | Review Project Halloween model |
| Pamela Zilly | 02/04/03 | 0.5 | Corporate Finance | Call with P. Hanlon re: Project Halloween |
| Pamela Zilly | 02/04/03 | 1.0 | Corporate Finance | Review memos re: other asbestos bankruptcies |
| David Blechman | 02/05/03 | 1.0 | Corporate Finance | Respond to questions on memo regarding PORs |
| David Blechman | 02/05/03 | 0.5 | Corporate Finance | Call P. Zilly re same |
| Pamela Zilly | 02/05/03 | 0.5 | Corporate Finance | Call with D. Blechman re: memo on Federal Mogul proceeding |
| David Blechman | 02/10/03 | 0.5 | Corporate Finance | Coordinate with K. Myers regarding 2/11 conference call |
| David Blechman | 02/11/03 | 0.5 | Corporate Finance | Call with K. Myers regarding Silicas strategy |
| David Blechman | 02/12/03 | 0.5 | Corporate Finance | Review materials from K. Myers regarding Silicas |
| David Blechman | 02/12/03 | 0.5 | Corporate Finance | Call with K. Myers regarding Silicas strategy |
| David Blechman | 02/12/03 | 0.5 | Corporate Finance | Calls with P. Hanlon regarding Project Halloween |
| David Blechman | 02/13/03 | 0.5 | Corporate Finance | Call with P. Hanlon regarding Project Halloween |
| David Blechman | 02/14/03 | 1.5 | Corporate Finance | Call with G. Poling, others regarding Silica strategy |
| | | 13.5 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
FEBRUARY 1, 2003 - FEBRUARY 28, 2003

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 02/04/03 | 1.5 | Employee Benefits/Pension | Review materials, correspondence with M. Shelnitz re: LTIP Motion |
| Pamela Zilly | 02/06/03 | 1.0 | Employee Benefits/Pension | Review LTIP Motion |
| David Blechman | 02/07/03 | 1.0 | Employee Benefits/Pension | Participate in conference call with management and committee regarding Curtis Bay |
| David Blechman | 02/07/03 | 1.0 | Employee Benefits/Pension | Participate in conference-call with CDG regarding Curtis Bay |
| Pamela Zilly | 02/07/03 | 1.0 | Employee Benefits/Pension | Review LTIP Motion |
| Pamela Zilly | 02/26/03 | 0.5 | Employee Benefits/Pension | Call with B. McGowan re: 401k plans and stock ownership |
| | | 6.0 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
FEBRUARY 1, 2003 - FEBRUARY 28, 2003

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| David Blechman | 02/04/03 | 0.5 | Employment Applications, Applicant | Work on fee application |
| Pamela Zilly | 02/04/03 | 2.0 | Employment Applications, Applicant | Prepare fee application |
| Pamela Zilly | 02/05/03 | 4.0 | Employment Applications, Applicant | Prepare fee application |
| Pamela Zilly | 02/06/03 | 4.0 | Employment Applications, Applicant | Prepare fee application |
| David Blechman | 02/13/03 | 1.0 | Employment Applications, Applicant | Review fee application |
| David Blechman | 02/18/03 | 0.5 | Employment Applications, Applicant | Work on fee application |
| | | **12.0** | | |

**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAIL FOR THE PERIOD OF**
**FEBRUARY 1, 2003 - FEBRUARY 28, 2003**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| David Blechman | 02/05/03 | 1.0 | Financing | Calls with P. Zilly, C. Lane re: DIP motion |
| David Blechman | 02/05/03 | 1.0 | Financing | Meeting with P. Zilly regarding DIP, case status |
| David Blechman | 02/05/03 | 1.0 | Financing | Call with M. Hunter re: DIP term sheet, financial forecasts |
| Pamela Zilly | 02/05/03 | 2.0 | Financing | Review financial data re: DIP renewal |
| Pamela Zilly | 02/05/03 | 1.0 | Financing | Meeting with D. Blechman re: DIP renewal terms, approaches |
| Pamela Zilly | 02/05/03 | 1.0 | Financing | Calls with D. Blechman, C. Lane re: draft motions and timing of filing |
| David Blechman | 02/06/03 | 1.0 | Financing | Meeting with P. Zilly, R. Shinder regarding DIP renewal status |
| David Blechman | 02/06/03 | 1.0 | Financing | Review DIP term sheet |
| Pamela Zilly | 02/06/03 | 1.0 | Financing | Review DIP renewal motion |
| Pamela Zilly | 02/06/03 | 1.0 | Financing | Meeting with D. Blechman, R. Shinder re: DIP renewal |
| Richard Shinder | 02/06/03 | 1.0 | Financing | Meeting with P. Zilly, D. Blechman re: DIP renewal discussions |
| David Blechman | 02/07/03 | 0.5 | Financing | Email with M. Hunter, C. Lane regarding DIP renewal |
| David Blechman | 02/07/03 | 0.5 | Financing | Send correspondence to committee advisors regarding various court motions |
| Pamela Zilly | 02/07/03 | 3.0 | Financing | Review financials for DIP renewal |
| David Blechman | 02/10/03 | 1.0 | Financing | Call with M. Hunter regarding DIP renewal |
| David Blechman | 02/10/03 | 1.0 | Financing | Conversation with R. Shinder regarding DIP Renewal |
| Richard Shinder | 02/10/03 | 1.0 | Financing | Review term sheet re: DIP renewal |
| Richard Shinder | 02/10/03 | 1.0 | Financing | Conversation with D. Blechman regarding DIP Renewal |
| David Blechman | 02/13/03 | 1.5 | Financing | Review 3 year cash projection for DIP renewal |
| David Blechman | 02/13/03 | 1.0 | Financing | Call with M. Hunter regarding 3 year cash projection |
| David Blechman | 02/13/03 | 1.0 | Financing | Meeting with R. Shinder regarding 3 year cash projection |
| Richard Shinder | 02/13/03 | 1.0 | Financing | Review 3 year projections |
| Richard Shinder | 02/13/03 | 1.0 | Financing | Meeting with D. Blechman re 3 year cash projection |
| Pamela Zilly | 02/18/03 | 2.0 | Financing | Review financial statements provided to lenders re: DIP renewal |
| David Blechman | 02/21/03 | 1.0 | Financing | Call with M. Hunter regarding DIP renewal |
| David Blechman | 02/21/03 | 1.0 | Financing | Meeting with R. Shinder regarding DIP renewal |
| Richard Shinder | 02/21/03 | 1.0 | Financing | Meeting with D. Blechman re: DIP renewal |
| David Blechman | 02/24/03 | 1.0 | Financing | Review DIP analysis |
| David Blechman | 02/24/03 | 0.5 | Financing | Call with M. Hunter regarding DIP analysis |
| David Blechman | 02/24/03 | 1.0 | Financing | Update P. Zilly regarding DIP, case status |
| David Blechman | 02/25/03 | 1.0 | Financing | Call with M. Hunter, FTI regarding Contingency/DIP financing |
| Pamela Zilly | 02/26/03 | 1.0 | Financing | Meeting with R. Shinder re: DIP renewal approval |
| Richard Shinder | 02/26/03 | 1.0 | Financing | Meeting with P. Zilly regarding DIP renewal |
| David Blechman | 02/27/03 | 1.0 | Financing | Meeting with P. Zilly regarding DIP renewal, other |
| David Blechman | 02/27/03 | 0.5 | Financing | Call with M. Hunter, B. Tarola regarding DIP renewal, other |
| Pamela Zilly | 02/27/03 | 1.0 | Financing | Meeting with D. Blechman re: DIP renewal, terms and motion |
| David Blechman | 02/28/03 | 0.5 | Financing | Conference call with M. Hunter and FTI renewal |
| Pamela Zilly | 02/28/03 | 1.5 | Financing | Read DIP amendment |
| | | **40.5** | | |

Page 8 of 10

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
FEBRUARY 1, 2003 - FEBRUARY 28, 2003

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| David Blechman | 02/19/03 | 1.0 | Tax Issues | Call with E. Filon regarding tax issues |
| Pamela Zilly | 02/20/03 | 2.0 | Tax Issues | Read Fresenius settlement |
| | | 3.0 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
FEBRUARY 1, 2003 - FEBRUARY 28, 2003

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| David Blechman | 02/10/03 | 1.0 | Valuation | Meeting with R. Jishi regarding valuation |
| Ramsey Jishi | 02/10/03 | 1.0 | Valuation | Meeting with D. Blechman re: valuation |
| Ramsey Jishi | 02/10/03 | 4.5 | Valuation | Updated comparable companies analysis |
| Ramsey Jishi | 02/11/03 | 3.0 | Valuation | Updated comparable companies analysis. |
| Ramsey Jishi | 02/12/03 | 2.5 | Valuation | Updated comparable companies analysis. |
| Ramsey Jishi | 02/13/03 | 4.0 | Valuation | Created presentation re: valuation work |
| David Blechman | 02/18/03 | 1.0 | Valuation | Meetings with R. Jishi regarding valuation |
| Ramsey Jishi | 02/18/03 | 1.0 | Valuation | Discussion with D. Blechman re: valuation analysis |
| David Blechman | 02/20/03 | 3.0 | Valuation | Travel to Columbia, MD / review valuation materials |
| Ramsey Jishi | 02/21/03 | 3.0 | Valuation | Researched precedent transactions. |
| | | 24.0 | | |

Page 10 of 10

The  Blackstone Group®

March 17, 2004

Mr. Paul J. Norris
Chairman, President and Chief Executive Officer
W.R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044

Out-of-pocket expenses processed for the period through March 31, 2003:[1]

| | | | | |
|---|---|---|---|---|
| Ground Transportation | $ | 508.08 | | |
| Meals | | 25.00 | | |
| Research | | 1.68 | | |
| Communications | | 343.23 | | 877.99 |
| **Total Due** | | | $ | **877.99** |

**Please wire transfer funds to:**

JP Morgan Chase
One New York Plaza
New York, NY 10017
ABA# 021 000 021
Credit Account: The Blackstone Group L.P.
Account Receivable Dept. 14th Floor
Account # 066-287472

Invoice Number: 3146-T

---

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

**The Blackstone Group® L.P.**
345 Park Avenue
New York, NY 10154
212 583-5000

**W.R. Grace & Co.**
**Summary of Expenses Processed for the**
**Period through March 31, 2003**
**Invoice No. 3146-T**

|  | GL Detail Mar-03 | Total Expenses |
|---|---|---|
| Ground Transportation - Car Service - Elite | 56.08 | 56.08 |
| Ground Transportation - Railroad Travel | 452.00 | 452.00 |
| Meals | 25.00 | 25.00 |
| External Research - Disclosure | 1.68 | 1.68 |
| Communications - Telephone Conferencing | 332.99 | 332.99 |
| Comunications - Messenger - Velocity Express | 10.24 | 10.24 |
| **Total Expenses** | **$ 877.99** | **$ 877.99** |

| | |
|---|---|
| **Ground Transportation** | **508.08** |
| **Meals** | **25.00** |
| **Research** | **1.68** |
| **Communications** | **343.23** |
| **Total Expenses** | **$ 877.99** |

**W.R. Grace & Co.**
**Detail of Expenses Processed for the**
**Period through March 31, 2003**
**Invoice No. 3146-T**

**Car Service**
**Elite**

| | | | | |
|---|---|---|---|---|
| Blechman (car to Penn Station in New York, NY from home) | 02/20/03 | 33.65 | | |
| Shinder (car home from Blackstone) | 02/20/03 | 22.43 | | |
| | **Subtotal - Car Service** | | $ | **56.08** |

**Railroad Travel**

| | | | |
|---|---|---|---|
| Blechman (round trip to/from BWI Airport Rail Station in Baltimore, MD from/to New York, NY) | 11/19/02 | 290.00 | |
| Blechman (Amtrak surcharge charge) | 11/20/02 | 10.00 | |
| Blechman (one-way trip to BWI Airport Rail Station in Baltimore, MD from New Uork, NY) | 11/21/02 | 130.00 | |
| Blechman (Amtrak surcharge charge) | 11/27/02 | 22.00 | |
| | **Subtotal - Railroad Travel** | | **452.00** |

**Meals**[1]

| | | | |
|---|---|---|---|
| Blechman | 11/20/02 | 25.00 | |
| | **Subtotal - Meals** | | **25.00** |

**External Research**
**Disclosure**

| | | | |
|---|---|---|---|
| Jishi | 01/31/03 | 1.68 | |
| | **Subtotal - External Research - Disclosure** | | **1.68** |

**Communications**
**Telephone Conferencing**

| | | | |
|---|---|---|---|
| Blechman | 02/14/03 | 18.47 | |
| Blechman | 02/06/03 | 121.57 | |
| Blechman | 02/07/03 | 131.93 | |
| Blechman | 02/25/03 | 22.24 | |
| Blechman | 02/25/03 | 38.78 | |
| | **Subtotal - Telephone Conferencing** | | **332.99** |

**Messenger - Velocity Express**

| | | | |
|---|---|---|---|
| Sosnowy | 02/19/03 | 10.24 | |
| | **Subtotal - Velocity Express** | | **10.24** |
| | **Subtotal - Communications** | | **343.23** |
| | **Total Expenses** | $ | **877.99** |

---

[1] See paragraph 12 of Blackstone's 8th Quarterly Interim Fee Application.

**THE BLACKSTONE GROUP L.P.**
**SUMMARY OF HOURS**
**MARCH 1, 2003 - MARCH 31, 2003**

| Professional | Title | Hours |
|---|---|---|
| Pamela Zilly | Senior Managing Director | 10.5 |
| Richard Shinder | Managing Director | 6.5 |
| David Blechman | Associate | 21.5 |
| Ramsey Jishi | Analyst | 16.0 |
| Total | | 54.5 |

In re: W.R. Grace and Co., et al.
A Chapter 11 Proceeding
Case No. 01-01139

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
MARCH 1, 2003 - MARCH 31, 2003

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| David Blechman | 03/04/03 | 1.0 | Business Analysis | Call with F. Gilbert re: strategic plan; meeting with P. Zilly re: same |
| Pamela Zilly | 03/04/03 | 1.0 | Business Analysis | Call with F. Gilbert re: strategic plan; meeting with D. Blechman re: same |
| David Blechman | 03/10/03 | 0.5 | Business Analysis | Review materials re: 03/11/03 meeting |
| Richard Shinder | 03/11/03 | 2.0 | Business Analysis | Read latest fiancial data |
| Pamela Zilly | 03/28/03 | 1.0 | Business Analysis | Read monthly operating reports |
| | | 5.5 | | |

**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAIL FOR THE PERIOD OF**
**MARCH 1, 2003 - MARCH 31, 2003**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 03/12/03 | 1.5 | Case Administration | Meeting with management re: pre-committee meeting |
| Pamela Zilly | 03/12/03 | 0.5 | Case Administration | Read DK Acquisition et al re: Motion to Permit Trading |
| Pamela Zilly | 03/28/03 | 0.5 | Case Administration | Read certification of counsel re: stipulation permitting PBGC to file consolidated calim |
| | | **2.5** | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
MARCH 1, 2003 - MARCH 31, 2003

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| David Blechman | 03/03/03 | 0.5 | Committee | Review final DIP amendment |
| David Blechman | 03/04/03 | 0.5 | Committee | Respond to request by M. Bestkin |
| Pamela Zilly | 03/11/03 | 1.0 | Committee | Dinner meeting with P. Norris, B. Tarola, T. Maher |
| Richard Shinder | 03/11/03 | 2.0 | Committee | Dinner meeting with P.Norris, T. Maher |
| David Blechman | 03/12/03 | 2.5 | Committee | Participate in Unsecured Creditors Committee meeting |
| Pamela Zilly | 03/12/03 | 1.5 | Committee | Meeting with Unsecured Creditors, Grace management re: business update |
| Richard Shinder | 03/12/03 | 2.5 | Committee | Attend Unsecured Committee Meeting |
| David Blechman | 03/24/03 | 1.0 | Committee | Communicate with advisors re: Project Mob Squad closing |
| | | 11.5 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
MARCH 1, 2003 - MARCH 31, 2003

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| David Blechman | 03/21/03 | 3.0 | Corporate Finance | Travel to Columbia, Maryland; review materials re: Project Sherpa |
| David Blechman | 03/21/03 | 4.0 | Corporate Finance | Attend meetings re: Project Sherpa |
| Pamela Zilly | 03/24/03 | 1.0 | Corporate Finance | Review materials for MOB Squad acquisition |
| Ramsey Jishi | 03/24/03 | 3.5 | Corporate Finance | Researched comparable companies in health-care sector. |
| David Blechman | 03/25/03 | 1.0 | Corporate Finance | Call with R. Myers re: Project Mob Squad |
| David Blechman | 03/25/03 | 1.0 | Corporate Finance | Discussion with P. Zilly re: Silicas strategy and meeting |
| Pamela Zilly | 03/25/03 | 1.0 | Corporate Finance | Discussion with D. Blechman re: Silicas strategy meeting |
| Ramsey Jishi | 03/25/03 | 4.0 | Corporate Finance | Created comparable companies in health-care sector analysis. |
| David Blechman | 03/26/03 | 1.5 | Corporate Finance | Call with L. Hamilton re: Project Mob Squad closing |
| Pamela Zilly | 03/26/03 | 0.5 | Corporate Finance | Read correspondence re: closing of Mob Squad acquisition |
| Ramsey Jishi | 03/26/03 | 4.5 | Corporate Finance | Created comparable companies in health-care sector analysis. |
| Ramsey Jishi | 03/27/03 | 4.0 | Corporate Finance | Created presentation re: comparable companies in health care sector. |
| | | 29.0 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
MARCH 1, 2003 - MARCH 31, 2003

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 03/12/03 | 0.5 | Employee Benefits/Pension | Call with B. McGowan re: LTIP Motion status |
| | | 0.5 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
MARCH 1, 2003 - MARCH 31, 2003

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 03/03/03 | 1.0 | Financing | Read final DIP Amendment |
| David Blechman | 03/05/03 | 0.5 | Financing | Call with M. Hunter re: DIP |
| Pamela Zilly | 03/07/03 | 0.5 | Financing | Read correspondence from M. Hunter re: DIP Approvals |
| Pamela Zilly | 03/12/03 | 0.5 | Financing | Read Supplement to Debtors' Motion for Authority to Extend DIP |
| | | 2.5 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
MARCH 1, 2003 - MARCH 31, 2003

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| David Blechman | 03/21/03 | 3.0 | Non-Working Travel Time | Travel from Columbia, Maryland |
| | | 3.0 | | |

Page 8 of 8

# The Blackstone Group®

March 17, 2004

Mr. Paul J. Norris
Chairman, President and Chief Executive Officer
W.R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044

Out-of-pocket expenses processed for the period through April 30, 2003:[1]

| | | |
|---|---:|---:|
| Ground Transportation | $    139.47 | |
| Meals | 30.15 | |
| Research | 4,000.39 | |
| Photocopying | 27.15 | 4,197.16 |
| **Total Due** | **$** | **4,197.16** |

**Please wire transfer funds to:**

JP Morgan Chase
One New York Plaza
New York, NY 10017
ABA# 021 000 021
Credit Account: The Blackstone Group L.P.
Account Receivable Dept. 14th Floor
Account # 066-287472

Invoice Number: 3171-T

---

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

The Blackstone Group® L.P.
345 Park Avenue
New York, NY 10154
212 583-5000

**W.R. Grace & Co.**
**Summary of Expenses Processed for the**
**Period through April 30, 2003**
**Invoice No. 3171-T**

| | GL Detail Apr-03 | Total Expenses |
|---|---|---|
| Ground Transportation - Car Service - Elite | $ 19.47 | $ 19.47 |
| Ground Transportation - Local Travel | 23.00 | 23.00 |
| Ground Transportation - Out-Of-Town Travel | 97.00 | 97.00 |
| Meals | 30.15 | 30.15 |
| Internal Research | 1,676.21 | 1,676.21 |
| External Research - Multex | 708.17 | 708.17 |
| External Research - Disclosure | 728.27 | 728.27 |
| External Research - Dow Jones | 349.35 | 349.35 |
| External Research - Lexis/Nexis | 190.56 | 190.56 |
| External Research - Factset | 328.76 | 328.76 |
| External Research - Securities Data | 19.07 | 19.07 |
| Photocopying | 27.15 | 27.15 |
| **Total Expenses** | $ 4,197.16 | $ 4,197.16 |
| | | |
| **Ground Transportation** | | $ 139.47 |
| **Meals** | | 30.15 |
| **Research** | | 4,000.39 |
| **Photocopying** | | 27.15 |
| | | |
| **Total Expenses** | | $ 4,197.16 |

W.R. Grace & Co.
Detail of Expenses Processed for the
Period through April 30, 2003
Invoice No. 3171-T

**Car Services**
**Elite**

| | | | |
|---|---|---|---|
| Zilly (car to dinner with P. Norris) | 02/25/03 | 19.47 | |
| | **Subtotal - Car Services - Elite** | | $    19.47 |

**Local Travel**

| | | | |
|---|---|---|---|
| Blechman (taxi home from Blackstone) | 02/12/03 | 6.00 | |
| Blechman (taxi home from Penn Station in New York, NY) | 03/21/03 | 9.00 | |
| Shinder (taxi home from Penn Station in New York, NY) | 02/20/03 | 8.00 | |
| | **Subtotal - Local Travel** | | 23.00 |

**Out-Of-Town Travel**

| | | | |
|---|---|---|---|
| Blechman (taxi to BWI Airport Rail Station in Baltimore, MD from W.R. Grace) | 02/20/03 | 36.00 | |
| Blechman (taxi to W.R. Grace in Columbia, MD from BWI Airport Rail Station) | 03/21/03 | 32.00 | |
| Blechman (taxi to BWI Airport Rail Station in Baltimore, MD from W.R. Grace) | 03/21/03 | 29.00 | |
| | **Subtotal - Out-Of-Town Travel** | | 97.00 |

**Meals**[1]

| | | | |
|---|---|---|---|
| Blechman | 02/20/03 | 5.15 | |
| de Almeida | 02/11/03 | 25.00 | |
| | **Subtotal - Meals** | | 30.15 |

**Internal Research**

| | | | |
|---|---|---|---|
| Jishi | 02/01/03 - 02/15/03 | 326.30 | |
| Jishi | 02/16/03 - 02/28/03 | 347.67 | |
| Jishi | 03/16/03 - 03/31/03 | 750.84 | |
| Jishi | 04/01/03 - 04/15/03 | 251.40 | |
| | **Subtotal - Internal Research** | | 1,676.21 |

**External Research**
**Multex**

| | | | |
|---|---|---|---|
| Jishi | 02/01/03 - 02/15/03 | 77.66 | |
| Jishi | 02/16/03 - 02/28/03 | 261.16 | |
| Jishi | 03/16/03 - 03/31/03 | 353.43 | |
| Jishi | 04/01/03 - 04/15/03 | 15.92 | |
| | **Subtotal - Multex** | | 708.17 |

**Disclosure**

| | | | |
|---|---|---|---|
| Jishi | 02/01/03 - 02/15/03 | 284.76 | |
| Jishi | 03/16/03 - 03/31/03 | 307.33 | |
| Jishi | 04/01/03 - 04/15/03 | 136.18 | |
| | **Subtotal - Disclosure** | | 728.27 |

**Dow Jones**

| | | | |
|---|---|---|---|
| Jishi | 02/01/03 - 02/15/03 | 210.75 | |
| Jishi | 02/16/03 - 02/28/03 | 42.00 | |
| Jishi | 03/16/03 - 03/31/03 | 94.03 | |
| Jishi | 04/01/03 - 04/15/03 | 2.57 | |
| | **Subtotal - Dow Jones** | | 349.35 |

---

[1] See paragraph 12 of Blackstone's 8th Quarterly Interim Fee Application.

**W.R. Grace & Co.**
**Detail of Expenses Processed for the**
**Period through April 30, 2003**
**Invoice No. 3171-T**

**LexisNexis**
Jishi                          03/31/03                    190.56
                         **Subtotal - LexisNexis**                    **190.56**

**Factset**
Jishi                    02/16/03 - 02/28/03              328.76
                          **Subtotal - Factset**                     **328.76**

**Securities Data**
Jishi                          03/20/03                     19.07
                     **Subtotal - Securities Data**                   **19.07**

                     **Subtotal - External Research**               **2,324.18**

**Photocopying**
Blechman                 02/24/03 - 03/02/03                9.90
Blechman                 03/10/03 - 03/16/03               17.25
                      **Subtotal - Photocopying**                     **27.15**

                          **Total Expenses**           **$    4,197.16**

## THE BLACKSTONE GROUP L.P.
## SUMMARY OF HOURS
## APRIL 1, 2003 - APRIL 30, 2003

| Professional | Title | Hours |
|---|---|---|
| Pamela Zilly | Senior Managing Director | 9.5 |
| Richard Shinder | Managing Director | 2.0 |
| David Blechman | Associate | 7.0 |
| Ramsey Jishi | Analyst | 4.0 |
| | Total | 22.5 |

In re: W.R. Grace and Co., et al.
A Chapter 11 Proceeding
Case No. 01-01139

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
APRIL 1, 2003 - APRIL 30, 2003

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 04/25/03 | 1.0 | Business Analysis | Review February Operating Report |
| | | 1.0 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
APRIL 1, 2003 - APRIL 30, 2003

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 04/09/03 | 0.5 | Case Administration | Read Motion of Unsecured Creditors Extending Time to Bring Avoidance Actions |
| David Blechman | 04/14/03 | 0.5 | Case Administration | Meeting with P. Zilly regarding status |
| Pamela Zilly | 04/14/03 | 0.5 | Case Administration | Meeting with D. Blechman re: status of case |
| Pamela Zilly | 04/28/03 | 0.5 | Case Administration | Read Status Report to Court |
| | | 2.0 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
APRIL 1, 2003 - APRIL 30, 2003

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| David Blechman | 04/01/03 | 0.5 | Committee | Review FTI comments regarding Project Mob Squad |
| David Blechman | 04/02/03 | 1.0 | Committee | Call with K. Myers regarding FTI questions |
| David Blechman | 04/12/03 | 1.0 | Committee | Review responses to Project Mob Squad questions |
| Pamela Zilly | 04/15/03 | 1.0 | Committee | Read FTI questions, discuss course of action with D. Blechman re: Project Mob Squad |
| David Blechman | 04/17/03 | 1.0 | Committee | Call with FTI regarding acquisition pipeline |
| | | 4.5 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
APRIL 1, 2003 - APRIL 30, 2003

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Ramsey Jishi | 04/08/03 | 3.0 | Corporate Finance | Review and add data to asbestos related bankruptcies analysis |
| Ramsey Jishi | 04/08/03 | 1.0 | Corporate Finance | Revise presentation, provide to R. Shinder |
| Richard Shinder | 04/08/03 | 1.0 | Corporate Finance | Review analysis of asbestos related bankruptcies |
| Richard Shinder | 04/08/03 | 0.5 | Corporate Finance | Email to R. Tarola re: analysis |
| David Blechman | 04/11/03 | 1.5 | Corporate Finance | Call with G. Poling, others regarding Mob Squad, acquisition pipeline |
| David Blechman | 04/11/03 | 1.5 | Corporate Finance | Calls with K. Myers regarding Mob Squad, acquisition pipeline |
| Pamela Zilly | 04/16/03 | 1.0 | Corporate Finance | Review materials on acquisition pipeline |
| | | 9.5 | | |

**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAIL FOR THE PERIOD OF**
**APRIL 1, 2003 - APRIL 30, 2003**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 04/25/03 | 2.0 | Employment Applications, Applicant | Prepare response to Fee Auditor's report |
| | | 2.0 | | |

Page 6 of 7

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
APRIL 1, 2003 - APRIL 30, 2003

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 04/25/03 | 2.5 | Tax Issues | Read Fresenius Settlement Motion with Agreement |
| Pamela Zilly | 04/28/03 | 0.5 | Tax Issues | Discussion with R. Shinder re: transfers case settlement, financial implications |
| Richard Shinder | 04/28/03 | 0.5 | Tax Issues | Discussion with P. Zilly re: Fresenius, Sealed Air Settlements |
| | | 3.5 | | |

# The Blackstone Group®

March 17, 2004

Mr. Paul J. Norris
Chairman, President and Chief Executive Officer
W.R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044

Out-of-pocket expenses processed for the period through May 31, 2003:[1]

| | | | |
|---|---|---|---|
| Ground Transportation | $ | 623.45 | |
| Meals | | 290.99 | |
| Research | | 2.52 | |
| Communications | | 10.24 | 927.20 |
| **Total Due** | **$** | | **927.20** |

**Please wire transfer funds to:**

JP Morgan Chase
One New York Plaza
New York, NY 10017
ABA# 021 000 021
Credit Account: The Blackstone Group L.P.
Account Receivable Dept. 14th Floor
Account # 066-287472

Invoice Number: 3197-T

---

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

**The Blackstone Group® L.P.**
345 Park Avenue
New York, NY 10154
212 583-5000

**W.R. Grace & Co.**
**Summary of Expenses Processed for the**
**Period Through May 31, 2003**
**Invoice No. 3197-T**

|  | GL Detail May-03 |  | Total Expenses |
|---|---|---|---|
| Ground Transportation - Car Service - Elite | $ 23.45 | $ | 23.45 |
| Ground Transportation - Railroad Travel | 600.00 | | 600.00 |
| Meals | 290.99 | | 290.99 |
| External Research - P.A.C.E.R. | 2.52 | | 2.52 |
| Communications - Messenger - Velocity Express | 10.24 | | 10.24 |
| **Total Expenses** | **$ 927.20** | **$** | **927.20** |

| | | |
|---|---|---|
| **Ground Transportation** | **$** | **623.45** |
| **Meals** | | **290.99** |
| **Research** | | **2.52** |
| **Communications** | | **10.24** |
| **Total Expenses** | **$** | **927.20** |

W.R. Grace & Co.
Detail of Expenses Processed for the
Period through May 31, 2003
Invoice No. 3197-T

**Car Service**
**Elite**

| | | | | |
|---|---|---|---|---|
| Blechman (car to Penn Station in New York, NY from home) | 03/12/03 | 23.45 | | |
| | **Subtotal - Car Service - Elite** | | $ | 23.45 |

**Railroad Travel**

| | | | |
|---|---|---|---|
| Blechman (round trip to/from BWI Airport Rail Station in Baltimore, MD from/to New York, NY) | 02/18/03 | 300.00 | |
| Shinder (round trip to/from BWI Airport Rail Station in Baltimore, MD from/to New York, NY) | 02/18/03 | 300.00 | |
| | **Subtotal - Railroad Travel** | | 600.00 |

**Meals**[1]

| | | | |
|---|---|---|---|
| Blechman | 02/18/03 | 20.57 | |
| Blechman | 03/12/03 | 187.77 | |
| Blechman | 04/29/03 | 24.51 | |
| de Almeida | 04/22/03 | 25.00 | |
| Otero | 03/12/03 | 9.52 | |
| Publishing Services - Clarke | 02/28/03 | 11.89 | |
| Publishing Services - Clarke | 04/11/03 | 11.73 | |
| | **Subtotal - Meals** | | 290.99 |

**External Research**
**P.A.C.E.R. (Public Access to Court Electronic Records)**

| | | | |
|---|---|---|---|
| de Almeida | 02/16/03 | 2.52 | |
| | **Subtotal - External Research - P.A.C.E.R.** | | 2.52 |

**Communications**
**Messenger - Velocity Express**

| | | | |
|---|---|---|---|
| Otero | 05/09/03 | 10.24 | |
| | **Subtotal - Communications - Messenger - Velocity Express** | | 10.24 |
| | **Total Expenses** | $ | 927.20 |

---

[1] See paragraph 12 of Blackstone's 8th Quarterly Interim Fee Application.

**THE BLACKSTONE GROUP L.P.**
**SUMMARY OF HOURS**
**MAY 1, 2003 - MAY 31, 2003**

| Professional | Title | Hours |
|---|---|---|
| Pamela Zilly | Senior Managing Director | 7.0 |
| Richard Shinder | Managing Director | 2.5 |
| David Blechman | Associate | 6.0 |
| **Total** | | **15.5** |

In re: W.R. Grace and Co., et al.
A Chapter 11 Proceeding
Case No. 01-01139

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
MAY 1, 2003 - MAY 31, 2003

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 05/08/03 | 2.5 | Business Analysis | Review 1st Q financial data, 2003 operating plan |
| Richard Shinder | 05/10/03 | 2.5 | Business Analysis | Review 1st quarter financial results |
| David Blechman | 05/13/03 | 2.0 | Business Analysis | Review Q1 earnings summary |
| | | 7.0 | | |