# SIGN-IN SHEET

CASE NAME: W.R. Grace  COURTROOM NO.: 2

CASE NO.: 01-1139    JKF    DATE: 3/22/04

**PLEASE PRINT OR YOUR APPEARANCE CANNOT BE CORRECTLY NOTED!**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Mull Eskin | Campbell Levin | Asbestos PI Committee |
| Julie Davis | Campbell Dysdale | Asbestos PI Committee |
| Gary M. Becker | Campbell Dysdale | Asbestos PI Committee |
| Darren H Smith | Claire H Scott & Asso. | Equity Committee |
| Sarah McKune | Ford Marrin | Fee Auditor |
| Janet Baer | Kirkland & Ellis | CNA |
| David Carickhoff | Pachulski Stang | Debtors |
| William Sparks | W.R. Grace | Debtors |
| Mark Shelnitz | W.R. Grace | Debtors |
| Elihu Inselbuch | Caplin + Dysdale | Asbestos PI Committee |
| William D. Sullivan | Elzufon Austin et al | ZAI Claimants |
| M Wayne Lastellalph | Duane Morris | Tredd Equity |
| Lewis Kruger | Stroock Stroock & Lavan | Tredd Equity |
| Jennifer Collins | LIENE HARRISON | DK Acquisition Partners et al |
| Rhonda Thomas | Eleff Rooney | Equity Committee |

# SIGN-IN SHEET

CASE NAME: WR Grace  
CASE NO.: 01-1139  
COURTROOM NO.: JKF  
DATE: 3/22/04

## PLEASE PRINT OR YOUR APPEARANCE CANNOT BE CORRECTLY NOTED!

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Theodore Tacconelli | Ferry Joseph Pearce | PD Committee |
| Jeffrey Wisler | Connolly Bove | Maryland |
| Jay Sakalo | Bilzin Sumberg | PD Committee |
| Scott Baena | Bilzin Sumberg | PD Committee |

BKG 3/22/04 2