**NO ORDER REQUIRED**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Due by: March 25, 2004 at 4:00 p.m.** |
| | ) | **Hearing Date:  Hearing will be held if necessary.** |

**CERTIFICATION OF NO OBJECTION**
**REGARDING DOCKET NO.  5231**

The undersigned hereby certifies that, as of the date hereof, he has received no answer,

objection or other responsive pleading to the Thirtieth Interim Application of Bilzin, Sumberg,

Baena, Price & Axelrod, LLP (the "Applicant") for Compensation for Services Rendered and

Reimbursement of Expenses for the Period From December 1, 2003 through December 31, 2003

("the Application").   The undersigned further certifies that the Court's docket in this case

reflects that no answer, objection or other responsive pleading to the Application has been filed.

Pursuant to the Notice of Application, objections to the Application were to be filed and served

no later than March 25, 2004.

Pursuant to the Amended Administrative Order Under 11 U.S.C. §§105(a) and 331

Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for

Professionals and Official Committee Members ("the Order") dated April 17, 2002, the Debtors

are authorized to pay the Applicant $18,889.20 which represents 80% of the fees ($23,611.50)

and $4,874.85, which represents 100% of the expenses requested in the Application for the

period from December 1, 2003 through December 31, 2003 , upon the filing of this certification

and

without the need for entry of a Court order approving the Application.

FERRY, JOSEPH & PEARCE, P.A.


 /s/ Theodore J. Tacconelli
Michael B. Joseph (No. 392)
Theodore J. Tacconelli (No. 2678)
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE. 19899
(302) 575-1555

Local Counsel to the Official Committee of
Asbestos Property Damage Claimants

-and-

Scott L. Baena, Esquire
Jay M. Sakalo, Esquire
Allyn S. Danziesen
BILZIN, SUMBERG, BAENA, PRICE &
AXELROD, LLP
2500 Wachovia Financial Center
200 South Biscayne Boulevard
Miami, FL 33131-2336
(305) 374-7580

Counsel to the Official Committee of Asbestos
Property Damage Claimants

Dated: March 26, 2004