**EXHIBIT A**

**THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W.R. GRACE & CO., et al.,** | ) | **Case No. 01-01139 (JKF)** |
| | ) | |
| | ) | **(Jointly Administered)** |
| **Debtors.** | ) | **Objection Deadline: April 14, 2004 at 4:00 p.m.**<br>**Hearing Date: to be scheduled if necessary** |

**TWENTIETH APPLICATION OF THE BLACKSTONE GROUP L.P., AS FINANCIAL ADVISOR TO W.R. GRACE & CO., AND ITS AFFILIATES FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD OF JANUARY 1, 2003 THROUGH DECEMBER 31, 2003**

| | | |
|---|---|---|
| Name of Applicant: | The Blackstone Group L.P. | |
| Authorized to Provide Professional Services to: | Debtors | |
| Date of Retention Order: | June 22, 2001, effective April 2, 2001 | |
| Period for which compensation and reimbursement is sought: | January 1, 2003 through December 31, 2003 | |
| | Total | Less Holdback (@ 20%) |
| Amount of Compensation sought as actual, reasonable and necessary: | $525,000.00 | $105,000.00 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $10,063.83 | |

This is a _x_ monthly __ interim ___ final application

2511755

91100-001\DOCS_DE:47806.1
03/25/04 3:45 PM

Summary of Monthly Applications:

| | | Requested | | Approved | |
|---|---|---|---|---|---|
| **Date Filed** | **Period Covered** | **Fees** | **Expenses** | **Fees** | **Expenses** |
| July 31, 2001 | April 2, 2001 - June 30, 2001 | $519,166.66 | $7,663.95 | $519,166.66 | $7,261.45 |
| August 24, 2001 | July 2001 | $175,000.00 | $3,504.53 | $175,000.00 | $3,504.53 |
| October 15, 2001 | August 2001 | $175,000.00 | $16,124.84 | $175,000.00 | $5,795.17 |
| November 20, 2001 | September 2001 | $175,000.00 | $11,846.09 | $175,000.00 | $9,226.93 |
| November 29, 2001 | October 2001 | $175,000.00 | $5,042.39 | $175,000.00 | $4,084.55 |
| January 30, 2002 | November 2001 | $175,000.00 | $7,477.10 | $175,000.00 | $6,691.93 |
| January 30, 2002 | December 2001 | $175,000.00 | $2,133.92 | $175,000.00 | $2,112.92 |
| March 15, 2002 | January 2002 | $175,000.00 | $5,140.26 | $175,000.00 | $3,940.26 |
| April 5, 2002 | February 2002 | $175,000.00 | $1,719.69 | $175,000.00 | $1,414.02 |
| May 2, 2002 | March 2002 | $175,000.00 | $631.92 | $175,000.00 | $389.25 |
| July 24, 2002 | April 2002 | $175,000.00 | $2,736.03 | $175,000.00 | $2,703.36 |
| August 15, 2002 | May 2002 | $175,000.00 | $516.61 | $175,000.00 | $516.61 |
| August 15, 2002 | June 2002 | $175,000.00 | $733.20 | $175,000.00 | $733.20 |
| November 13, 2002 | July 2002 | $175,000.00 | $2,603.74 | $175,000.00 | $2,603.74 |
| November 13, 2002 | August 2002 | $175,000.00 | $3,547.21 | $175,000.00 | $3,547.21 |
| November 13, 2002 | September 2002 | $175,000.00 | $1,611.87 | $175,000.00 | $1,467.54 |
| February 14, 2003 | October 2002 | $175,000.00 | $1,848.24 | $175,000.00 | $1,848.24 |
| February 14, 2003 | November 2002 | $175,000.00 | $2,109.76 | $175,000.00 | $2,109.76 |
| February 14, 2003 | December 2002 | $175,000.00 | $1,570.49 | $175,000.00 | $1,579.49 |
| March 17, 2004 | January 1, 2003 – December 31, 2003 | $525,000.00 | $10,063.83 | -- | -- |

The Blackstone Group®

March 17, 2004

Mr. Paul J. Norris
Chairman, President and Chief Executive Officer
W.R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044

Out-of-pocket expenses processed for the period through January 31, 2003:[1]

| | | |
|---|---|---|
| Ground Transportation | $ 142.99 | |
| Meals | 95.19 | |
| Research | 212.51 | |
| Photocopying | 8.10 | 458.79 |
| **Total Due** | | **$ 458.79** |

**Please wire transfer funds to:**

JP Morgan Chase
One New York Plaza
New York, NY 10017
ABA# 021 000 021
Credit Account: The Blackstone Group L.P.
Account Receivable Dept. 14th Floor
Account # 066-287472

Invoice Number: 3097-T

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

**The Blackstone Group® L.P.**
345 Park Avenue
New York, NY 10154
212 583-5000

**W.R. Grace & Co.**
**Summary of Expenses Processed for the**
**Period through January 31, 2003**
**Invoice No. 3097-T**

| | GL Detail Jan-03 | Total Expenses |
|---|---|---|
| Ground Transportation - Car Services - Elite | $ 43.99 | $ 43.99 |
| Ground Transportation - Local Travel | 38.00 | 38.00 |
| Ground Transportation - Out-Of-Town Travel | 61.00 | 61.00 |
| Meals | 95.19 | 95.19 |
| External Research - Securities Data | 177.02 | 177.02 |
| External Research - P.A.C.E.R. | 35.49 | 35.49 |
| Photocopying | 8.10 | 8.10 |
| **Total Expenses** | **$ 458.79** | **$ 458.79** |

| | |
|---|---|
| **Ground Transportation** | 142.99 |
| **Meals** | 95.19 |
| **Research** | 212.51 |
| **Photocopying** | 8.10 |
| **Total Expenses** | **$ 458.79** |

**W.R. Grace & Co.**
**Detail of Expenses Processed for the**
**Period through January 31, 2003**
**Invoice No. 3097-T**

| Description | Date | Amount | Total |
|---|---|---|---|
| **Car Service** | | | |
| **Elite** | | | |
| Blechman (car to Penn Station in New York, NY from home) | 11/27/02 | 23.45 | |
| Zilly (car to Penn Station in New York, NY from home) | 11/27/02 | 20.54 | |
| | **Subtotal - Car Service - Elite** | | **$ 43.99** |
| **Local Travel** | | | |
| Blechman (taxi home from Blackstone) | 10/09/02 | 6.00 | |
| Blechman (taxi home from Blackstone) | 10/13/02 | 13.00 | |
| Blechman (taxi home from Blackstone) | 10/14/02 | 5.00 | |
| Blechman (taxi home from Blackstone) | 11/20/02 | 14.00 | |
| | **Subtotal - Local Travel** | | **38.00** |
| **Out-Of-Town Travel** | | | |
| Blechman (taxi to W.R. Grace in Columbia, MD from BWI Airport Rail Station) | 11/20/02 | 30.00 | |
| Blechman (taxi to BWI Airport Rail Station in Baltimore, MD from W.R. Grace) | 11/20/02 | 31.00 | |
| | **Subtotal - Out-Of-Town Travel** | | **61.00** |
| **Meals[1]** | | | |
| Blechman | 10/13/02 | 7.59 | |
| de Almeida | 05/08/02 | 25.00 | |
| de Almeida | 09/17/02 | 25.00 | |
| de Almeida | 10/01/02 | 25.00 | |
| Zilly | 12/09/02 | 4.85 | |
| Zilly | 12/17/02 | 7.75 | |
| | **Subtotal - Meals** | | **95.19** |
| **External Research** | | | |
| **Securities Data** | | | |
| Jishi | 12/18/02 | 177.02 | |
| | **Subtotal - Securities Data** | | **177.02** |
| **P.A.C.E.R. (Public Access to Court Electronic Records)** | | | |
| de Almeida | 10/23/02 | 5.25 | |
| de Almeida | 10/27/02 | 2.24 | |
| de Almeida | 11/05/02 | 7.56 | |
| de Almeida | 12/09/02 | 9.45 | |
| de Almeida | 12/16/02 | 10.99 | |
| | **Subtotal - P.A.C.E.R.** | | **35.49** |
| | **Subtotal - External Research** | | **212.51** |
| **Photocopying** | | | |
| Zilly | 12/30/02 - 01/04/03 | 8.10 | |
| | **Subtotal - Photocopying** | | **8.10** |
| | **Total Expenses** | | **$ 458.79** |

[1] See paragraph 12 of Blackstone's 8th Quarterly Interim Fee Application.

**THE BLACKSTONE GROUP L.P.**
**SUMMARY OF HOURS**
**JANUARY 1, 2003 - JANUARY 31, 2003**

| Professional | Title | Hours |
|---|---|---|
| Pamela Zilly | Senior Managing Director | 36.5 |
| David Blechman | Associate | 45.0 |
| Ramsey Jishi | Analyst | 24.5 |
| | **Total** | **106.0** |

**In re: W.R. Grace and Co., et al.**
**A Chapter 11 Proceeding**
**Case No. 01-01139**

**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAIL FOR THE PERIOD OF**
**JANUARY 1, 2003 - JANUARY 31, 2003**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| David Blechman | 01/07/03 | 1.0 | Case Administration | Meeting with P. Zilly re: work plan |
| Pamela Zilly | 01/07/03 | 1.0 | Case Administration | Meeting with D. Blechman re: case status, work plan |
| Pamela Zilly | 01/27/03 | 0.5 | Case Administration | Read Debtors' Motion to Extend Exclusive Period |
| | | 2.5 | | |

**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAIL FOR THE PERIOD OF**
**JANUARY 1, 2003 - JANUARY 31, 2003**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 01/08/03 | 0.5 | Committee | Correspondence with L. Hamilton re: open items |
| David Blechman | 01/14/03 | 0.5 | Committee | Call with F. Gilbert regarding due diligence |
| David Blechman | 01/14/03 | 0.5 | Committee | Call w/E. Filon regarding due diligence |
| David Blechman | 01/14/03 | 1.0 | Committee | Meeting with P. Zilly regarding due diligence |
| Pamela Zilly | 01/14/03 | 1.0 | Committee | Meeting with D. Blechman re: due diligence requests |
| David Blechman | 01/15/03 | 1.0 | Committee | Arrange calls with committee advisors regarding due diligence |
| David Blechman | 01/15/03 | 0.5 | Committee | Follow up FTI due diligence request |
| Pamela Zilly | 01/16/03 | 2.5 | Committee | Respond to creditor questions on pension motion, calls with creditor advisors regarding same |
| David Blechman | 01/17/03 | 1.0 | Committee | Follow up pension motion information requests |
| David Blechman | 01/17/03 | 0.5 | Committee | Call with M. Berkin regarding pension motion |
| David Blechman | 01/17/03 | 0.5 | Committee | Respond to FTI due diligence questions |
| Pamela Zilly | 01/20/03 | 0.5 | Committee | Review responses to L. Hamilton due diligence questions |
| Pamela Zilly | 01/23/03 | 0.5 | Committee | Call with F. Gilbert regarding operating plan meeting |
| David Blechman | 01/28/03 | 1.5 | Committee | Arrange earnings call and operating plan meetings |
| David Blechman | 01/29/03 | 1.0 | Committee | Arrange committee meetings |
| David Blechman | 01/30/03 | 1.0 | Committee | Call with Stroock regarding Curtis Bay Pension |
| | | 14.0 | | |

**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAIL FOR THE PERIOD OF**
**JANUARY 1, 2003 - JANUARY 31, 2003**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 01/01/03 | 1.0 | Corporate Finance | Comments to P. Hanlon on Project Halloween |
| Ramsey Jishi | 01/01/03 | 1.0 | Corporate Finance | Researched potential alternative restructuring options |
| Ramsey Jishi | 01/01/03 | 2.0 | Corporate Finance | Created presentation re: potential alternatives |
| David Blechman | 01/03/03 | 2.5 | Corporate Finance | Review/revise materials regarding strategic alternatives |
| David Blechman | 01/03/03 | 0.5 | Corporate Finance | Meeting with R. Jishi regarding strategic alternatives |
| Ramsey Jishi | 01/03/03 | 0.5 | Corporate Finance | Meeting with D. Blechman re: strategic alternatives |
| Ramsey Jishi | 01/03/03 | 3.0 | Corporate Finance | Revised presentation |
| David Blechman | 01/06/03 | 2.5 | Corporate Finance | Prepare update of AWI POR, discussion with P. Zilly |
| David Blechman | 01/06/03 | 2.0 | Corporate Finance | Prepare update of strategic alternatives |
| Pamela Zilly | 01/06/03 | 1.0 | Corporate Finance | Correspondence with P. Norris, discussion with D. Blechman re: Armstrong Holdings POR |
| Pamela Zilly | 01/06/03 | 1.5 | Corporate Finance | Review Project Halloween materials |
| Ramsey Jishi | 01/06/03 | 2.0 | Corporate Finance | Revised presentation to incorporate David Blechman's comments |
| Ramsey Jishi | 01/06/03 | 6.0 | Corporate Finance | Researched asbestos-related bankruptcy companies and plans of reorganization |
| David Blechman | 01/07/03 | 1.0 | Corporate Finance | Call with M. Berkin, B. Tarola, P. Zilly, D. Siegel regarding claims/POR |
| Pamela Zilly | 01/07/03 | 1.0 | Corporate Finance | Call with P. Hanlon, P. Norris re: Project Halloween |
| Pamela Zilly | 01/07/03 | 1.0 | Corporate Finance | Call with P. Norris re: financing strategies |
| Pamela Zilly | 01/07/03 | 2.5 | Corporate Finance | Prepare Armstrong Holdings POR summary |
| Pamela Zilly | 01/07/03 | 1.0 | Corporate Finance | Call with M. Berkin, B. Tarola, D. Siegel re: liabilities subject to compromise |
| Pamela Zilly | 01/07/03 | 2.0 | Corporate Finance | Revise Armstrong POR analysis |
| Pamela Zilly | 01/08/03 | 1.5 | Corporate Finance | Revise materials regarding strategic alternative |
| David Blechman | 01/08/03 | 1.0 | Corporate Finance | Meeting with P. Zilly regarding status |
| David Blechman | 01/08/03 | 0.5 | Corporate Finance | Review FTI due diligence request |
| Pamela Zilly | 01/08/03 | 1.0 | Corporate Finance | Meeting with D. Blechman re: strategic alternatives |
| Pamela Zilly | 01/08/03 | 2.0 | Corporate Finance | Review materials re: strategic alternatives |
| David Blechman | 01/09/03 | 1.5 | Corporate Finance | Meeting with R. Jishi regarding strategic alternatives |
| David Blechman | 01/09/03 | 1.5 | Corporate Finance | Review analysis of Armstrong POR |
| Ramsey Jishi | 01/09/03 | 1.5 | Corporate Finance | Meeting with D. Blechman re: strategic alternatives analysis |
| Pamela Zilly | 01/13/03 | 1.5 | Corporate Finance | Review materials re: strategic alternatives |
| David Blechman | 01/22/03 | 3.0 | Corporate Finance | Review Owens Corning POR |
| Pamela Zilly | 01/22/03 | 0.5 | Corporate Finance | Conversation with R. Jishi, P. Zilly re Owens Corning POR |
| Pamela Zilly | 01/22/03 | 0.5 | Corporate Finance | Discussion with D. Blechman re: Owens Corning POR |
| Ramsey Jishi | 01/22/03 | 0.5 | Corporate Finance | Meeting with D. Blechman re:review of Owens Corning POR issues |
| Ramsey Jishi | 01/24/03 | 4.0 | Corporate Finance | Research comparable companies plans of reorganization. |
| Pamela Zilly | 01/27/03 | 1.0 | Corporate Finance | Call with Shelnitz, Hanlon re: GPC possible acquisition |
| Ramsey Jishi | 01/28/03 | 1.0 | Corporate Finance | Call with S. Ahern regarding potential acquisition |
| David Blechman | 01/29/03 | 1.5 | Corporate Finance | Review Owens Corning POR |
| Pamela Zilly | 01/30/03 | 2.0 | Corporate Finance | Review materials re: possible acquisition |
| David Blechman | 01/31/03 | 1.5 | Corporate Finance | Review materials regarding Project Mob Squad |
| David Blechman | 01/31/03 | 1.0 | Corporate Finance | Call with S. Ahern, P. Zilly, others regarding Project Mob Squad |
| David Blechman | 01/31/03 | 1.0 | Corporate Finance | Conversation with P. Zilly regarding status of acquisition |
| Pamela Zilly | 01/31/03 | 1.0 | Corporate Finance | Call with S. Ahern, D. Blechman re: Project Mob Squad |
| Pamela Zilly | 01/31/03 | 1.0 | Corporate Finance | Call with P. Hanlon re: acquisitions |
| Pamela Zilly | 01/31/03 | 1.0 | Corporate Finance | Discussion with D. Blechman re: timing of acquisition |
| | | 66.5 | | |

**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAIL FOR THE PERIOD OF**
**JANUARY 1, 2003 - JANUARY 31, 2003**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 01/04/03 | 1.0 | Employee Benefits/Pension | Review Curtis Bay pension motion |
| Pamela Zilly | 01/07/03 | 0.5 | Employee Benefits/Pension | Call with B. McGowan, counsel re: Curtis Bay pension motion |
| Pamela Zilly | 01/07/03 | 1.0 | Employee Benefits/Pension | Read draft motion authorizing Debtors to Contribute Funds to Curtis Bay pension plan |
| Pamela Zilly | 01/08/03 | 0.5 | Employee Benefits/Pension | Provide comments on Curtis Bay pension motion |
| Pamela Zilly | 01/13/03 | 1.0 | Employee Benefits/Pension | Call with B. McGowan re: pension motions |
| Pamela Zilly | 01/14/03 | 1.0 | Employee Benefits/Pension | Review Curtis Bay pension motion |
| Pamela Zilly | 01/14/03 | 1.0 | Employee Benefits/Pension | Call B. Tarola re: pension funding and COLI |
| Pamela Zilly | 01/14/03 | 0.5 | Employee Benefits/Pension | Read revised motion re: Curtis Bay pension plan |
| David Blechman | 01/15/03 | 1.0 | Employee Benefits/Pension | Review pension motion, meeting with P. Zilly |
| Pamela Zilly | 01/15/03 | 1.0 | Employee Benefits/Pension | Review and discuss penison funding motion with D. Blechman |
| Pamela Zilly | 01/17/03 | 0.5 | Employee Benefits/Pension | Correspondence with R. Tarola re: pension funding |
| David Blechman | 01/30/03 | 1.0 | Employee Benefits/Pension | Review materials regarding Curtis Bay Pension |
| Pamela Zilly | 01/30/03 | 0.5 | Employee Benefits/Pension | Call with B. McGowan re: Curtis Bay motion |
| | | 10.5 | | |

**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAIL FOR THE PERIOD OF**
**JANUARY 1, 2003 - JANUARY 31, 2003**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| David Blechman | 01/28/03 | 0.5 | Employment Applications, Applicant | Work on fee application |
| | | 0.5 | | |

**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAIL FOR THE PERIOD OF**
**JANUARY 1, 2003 - JANUARY 31, 2003**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| David Blechman | 01/29/03 | 2.0 | Financing | Analysis of DIP term sheet, correspondence with M. Hunter, P. Zilly |
| Pamela Zilly | 01/30/03 | 1.0 | Financing | Discussion with M. Hunter, D. Blechman re: DIP terms sheet |
| David Blechman | 01/31/03 | 1.0 | Financing | Discussion with M. Hunter, P. Zilly re: DIP term sheet |
| | | 4.0 | | |

**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAIL FOR THE PERIOD OF**
**JANUARY 1, 2003 - JANUARY 31, 2003**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 01/07/03 | 0.5 | Other | Call with B. McGowan re: Directors meeting |
| | | 0.5 | | |



**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAIL FOR THE PERIOD OF**
**JANUARY 1, 2003 - JANUARY 31, 2003**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| David Blechman | 01/16/03 | 1.0 | Tax Issues | Call with P. Zilly regarding tax issues |
| Pamela Zilly | 01/16/03 | 0.5 | Tax Issues | Correspondence re: Fresenius settlement |
| Pamela Zilly | 01/16/03 | 1.0 | Tax Issues | Call with D. Blechman re: tax issues |
| David Blechman | 01/28/03 | 0.5 | Tax Issues | Call with P. Zilly regarding tax issues |
| Pamela Zilly | 01/28/03 | 0.5 | Tax Issues | Call with D. Blechman re: tax issues |
| | | 3.5 | | |

**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAIL FOR THE PERIOD OF**
**JANUARY 1, 2003 - JANUARY 31, 2003**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Ramsey Jishi | 01/14/03 | 4.0 | Valuation | Researched related DIP comps |
| | | 4.0 | | |

The Blackstone Group®

March 17, 2004

Mr. Paul J. Norris
Chairman, President and Chief Executive Officer
W.R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044

Out-of-pocket expenses processed for the period through February 28, 2003:[1]

| | | |
|---|---|---|
| Meals | $ 14.55 | |
| Communications | 9.00 | |
| Photocopying | 79.95 | 103.50 |
| **Total Due** | | **$ 103.50** |

**Please wire transfer funds to:**

JP Morgan Chase
One New York Plaza
New York, NY 10017
ABA# 021 000 021
Credit Account: The Blackstone Group L.P.
Account Receivable Dept. 14th Floor
Account # 066-287472

Invoice Number: 3118-T

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

**The Blackstone Group® L.P.**
345 Park Avenue
New York, NY 10154
212 583-5000

**W.R. Grace & Co.**
**Summary of Expenses Processed for the**
**Period through February 28, 2003**
**Invoice No. 3118-T**

| | GL Detail Feb-03 | Total Expenses |
|---|---|---|
| Meals | $ 14.55 | $ 14.55 |
| Communications - Facsimiles | 9.00 | 9.00 |
| Photocopying | 79.95 | 79.95 |
| **Total Expenses** | $ 103.50 | $ 103.50 |

| | |
|---|---|
| **Meals** | $ 14.55 |
| **Communications** | 9.00 |
| **Photocopying** | 79.95 |
| **Total Expenses** | $ 103.50 |

**W.R. Grace & Co.**
**Detail of Expenses Processed for the**
**Period through February 28, 2003**
**Invoice No. 3118-T**

| | | | |
|---|---|---|---|
| **Meals**[1] | | | |
| Zilly | 01/09/03 | 5.25 | |
| Zilly | 01/15/03 | 9.30 | |
| | **Subtotal - Meals** | | **$ 14.55** |
| **Communications** | | | |
| **Facsimiles** | | | |
| Bolger | 01/01/03 - 01/31/03 | 9.00 | |
| | **Subtotal - Communications - Facsimiles** | | **9.00** |
| **Photocopying** | | | |
| Shinder | 02/03/03 - 02/09/03 | 79.95 | |
| | **Subtotal - Photocopying** | | **79.95** |
| | **Total Expenses** | | **$ 103.50** |

[1] See paragraph 12 of Blackstone's 8th Quarterly Interim Fee Application.

**THE BLACKSTONE GROUP L.P.**
**SUMMARY OF HOURS**
**FEBRUARY 1, 2003 - FEBRUARY 28, 2003**

| Professional | Title | Hours |
|---|---|---|
| Pamela Zilly | Senior Managing Director | 46.0 |
| Richard Shinder | Managing Director | 8.0 |
| David Blechman | Associate | 65.5 |
| Ramsey Jishi | Analyst | 19.5 |
| | **Total** | **139.0** |

**In re: W.R. Grace and Co., et al.**
**A Chapter 11 Proceeding**
**Case No. 01-01139**

**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAIL FOR THE PERIOD OF**
**FEBRUARY 1, 2003 - FEBRUARY 28, 2003**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| David Blechman | 02/04/03 | 1.5 | Business Analysis | Review year-end financial package |
| David Blechman | 02/05/03 | 2.5 | Business Analysis | Further review year-end financial package |
| Pamela Zilly | 02/06/03 | 1.0 | Business Analysis | Call with R. Tarola, V. Hood, C. Lane re: ERISA Issues |
| David Blechman | 02/18/03 | 1.0 | Business Analysis | Review materials regarding op plan meeting |
| David Blechman | 02/19/03 | 1.0 | Business Analysis | Review materials regarding meeting in Columbia |
| David Blechman | 02/20/03 | 3.0 | Business Analysis | Travel from Columbia, MD / review op plan materials |
| Pamela Zilly | 02/24/03 | 1.5 | Business Analysis | Review presentation of financial material re: DIP renewal for Committees' advisors |
| Pamela Zilly | 02/25/03 | 1.0 | Business Analysis | Review of COLI, strategic acquisition, financial results, 2003 plan re: dinner with P. Norris |
| David Blechman | 02/28/03 | 0.5 | Business Analysis | Calls with Gary Stokes, L. Hamilton regarding impact of oil prices in business |
| | | 13.0 | | |

**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAIL FOR THE PERIOD OF**
**FEBRUARY 1, 2003 - FEBRUARY 28, 2003**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 02/04/03 | 1.0 | Case Administration | Call with D. Siegel re: case update |
| Pamela Zilly | 02/24/03 | 1.0 | Case Administration | Update meeting with D. Blechman re: DIP renewal, acquisitions, operating plan meeting |
| Pamela Zilly | 02/25/03 | 2.5 | Case Administration | Dinner with P. Norris re: case status |
| Pamela Zilly | 02/28/03 | 0.5 | Case Administration | Call with R. Tarola re: third party purchase of debt |
| | | 5.0 | | |

**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAIL FOR THE PERIOD OF**
**FEBRUARY 1, 2003 - FEBRUARY 28, 2003**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 02/03/03 | 1.0 | Committee | Review materials on acquisitions for distribution to Committees |
| Pamela Zilly | 02/05/03 | 1.0 | Committee | Call with R. Tarola, F. Gilbert re: acquisition schedule, committees' advisors call |
| David Blechman | 02/06/03 | 1.5 | Committee | Earnings update call with Company and advisors |
| David Blechman | 02/06/03 | 1.0 | Committee | Prepare communication to committees regarding court motions |
| Pamela Zilly | 02/06/03 | 1.0 | Committee | Quarterly update call with Committees' advisors |
| Pamela Zilly | 02/06/03 | 1.0 | Committee | Calls with Committees' advisors re: imminent filing of motions |
| David Blechman | 02/10/03 | 1.0 | Committee | Respond to committee advisors due diligence requests |
| David Blechman | 02/12/03 | 1.0 | Committee | Communicate with committee advisors regarding Project Halloween |
| David Blechman | 02/13/03 | 1.0 | Committee | Review questions from committee on court motions |
| David Blechman | 02/13/03 | 0.5 | Committee | Email FTI regarding Project Halloween |
| David Blechman | 02/14/03 | 0.5 | Committee | Call with FTI, P. Hanlon, others regarding Project Halloween |
| David Blechman | 02/14/03 | 1.5 | Committee | Respond to committee advisors questions on motions |
| David Blechman | 02/18/03 | 1.0 | Committee | Arrange logistics for 2/20 advisor meeting, call with F. Gilbert |
| David Blechman | 02/18/03 | 1.0 | Committee | Meeting with R. Shinder regarding 3/20 op plan meeting |
| Richard Shinder | 02/18/03 | 1.0 | Committee | Meeting with D. Blechman regarding 3/20 op plan meeting |
| David Blechman | 02/20/03 | 4.5 | Committee | Attend 2003 operating plan meeting with advisors |
| David Blechman | 02/21/03 | 0.5 | Committee | Respond to committee due diligence |
| David Blechman | 02/24/03 | 0.5 | Committee | Send materials to advisors re DIP |
| David Blechman | 02/26/03 | 1.0 | Committee | Calls with M. Berkin, M. Hunter re DIP |
| David Blechman | 02/28/03 | 0.5 | Committee | Call with L. Hamilton regarding business performance |
| | | 22.0 | | |

**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAIL FOR THE PERIOD OF**
**FEBRUARY 1, 2003 - FEBRUARY 28, 2003**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| David Blechman | 02/03/03 | 2.0 | Corporate Finance | Review PORs of other asbestos bankruptcies |
| David Blechman | 02/03/03 | 0.5 | Corporate Finance | Meetings R. Jishi regarding asbestos bankruptcies analysis |
| Ramsey Jishi | 02/03/03 | 0.5 | Corporate Finance | Discussion with D. Blechman re: analysis of other asbestos bankruptcies analysis |
| David Blechman | 02/04/03 | 1.5 | Corporate Finance | Send memo to Norris regarding recent asbestos-related proceedings: PORs |
| Pamela Zilly | 02/04/03 | 1.0 | Corporate Finance | Review Project Halloween model |
| Pamela Zilly | 02/04/03 | 0.5 | Corporate Finance | Call with P. Hanlon re: Project Halloween |
| Pamela Zilly | 02/04/03 | 1.0 | Corporate Finance | Review memos re: other asbestos bankruptcies |
| David Blechman | 02/05/03 | 1.0 | Corporate Finance | Respond to questions on memo regarding PORs |
| David Blechman | 02/05/03 | 0.5 | Corporate Finance | Call P. Zilly re same |
| Pamela Zilly | 02/05/03 | 0.5 | Corporate Finance | Call with D. Blechman re: memo on Federal Mogul proceeding |
| David Blechman | 02/10/03 | 0.5 | Corporate Finance | Coordinate with K. Myers regarding 2/11 conference call |
| David Blechman | 02/11/03 | 0.5 | Corporate Finance | Call with K. Myers regarding Silicas strategy |
| David Blechman | 02/12/03 | 0.5 | Corporate Finance | Review materials from K. Myers regarding Silicas |
| David Blechman | 02/12/03 | 0.5 | Corporate Finance | Call with K. Myers regarding Silicas strategy |
| David Blechman | 02/12/03 | 0.5 | Corporate Finance | Calls with P. Hanlon regarding Project Halloween |
| David Blechman | 02/13/03 | 0.5 | Corporate Finance | Call with P. Hanlon regarding Project Halloween |
| David Blechman | 02/14/03 | 1.5 | Corporate Finance | Call with G. Poling, others regarding Silica strategy |
| | | 13.5 | | |

**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAIL FOR THE PERIOD OF**
**FEBRUARY 1, 2003 - FEBRUARY 28, 2003**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 02/04/03 | 1.5 | Employee Benefits/Pension | Review materials, correspondence with M. Shelnitz re: LTIP Motion |
| Pamela Zilly | 02/06/03 | 1.0 | Employee Benefits/Pension | Review LTIP Motion |
| David Blechman | 02/07/03 | 1.0 | Employee Benefits/Pension | Participate in conference call with management and committee regarding Curtis Bay |
| David Blechman | 02/07/03 | 1.0 | Employee Benefits/Pension | Participate in conference-call with CDG regarding Curtis Bay |
| Pamela Zilly | 02/07/03 | 1.0 | Employee Benefits/Pension | Review LTIP Motion |
| Pamela Zilly | 02/26/03 | 0.5 | Employee Benefits/Pension | Call with B. McGowan re: 401k plans and stock ownership |
| | | 6.0 | | |

**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAIL FOR THE PERIOD OF**
**FEBRUARY 1, 2003 - FEBRUARY 28, 2003**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| David Blechman | 02/04/03 | 0.5 | Employment Applications, Applicant | Work on fee application |
| Pamela Zilly | 02/04/03 | 2.0 | Employment Applications, Applicant | Prepare fee application |
| Pamela Zilly | 02/05/03 | 4.0 | Employment Applications, Applicant | Prepare fee application |
| Pamela Zilly | 02/06/03 | 4.0 | Employment Applications, Applicant | Prepare fee application |
| David Blechman | 02/13/03 | 1.0 | Employment Applications, Applicant | Review fee application |
| David Blechman | 02/18/03 | 0.5 | Employment Applications, Applicant | Work on fee application |
| | | 12.0 | | |

**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAIL FOR THE PERIOD OF**
**FEBRUARY 1, 2003 - FEBRUARY 28, 2003**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| David Blechman | 02/05/03 | 1.0 | Financing | Calls with P. Zilly, C. Lane re: DIP motion |
| David Blechman | 02/05/03 | 1.0 | Financing | Meeting with P. Zilly regarding DIP, case status |
| David Blechman | 02/05/03 | 1.0 | Financing | Call with M. Hunter re: DIP term sheet, financial forecasts |
| Pamela Zilly | 02/05/03 | 2.0 | Financing | Review financial data re: DIP renewal |
| Pamela Zilly | 02/05/03 | 1.0 | Financing | Meeting with D. Blechman re: DIP renewal terms, approaches |
| Pamela Zilly | 02/05/03 | 1.0 | Financing | Calls with D. Blechman, C. Lane re: draft motions and timing of filing |
| David Blechman | 02/06/03 | 1.0 | Financing | Meeting with P. Zilly, R. Shinder regarding DIP renewal status |
| David Blechman | 02/06/03 | 1.0 | Financing | Review DIP term sheet |
| Pamela Zilly | 02/06/03 | 1.0 | Financing | Review DIP renewal motion |
| Pamela Zilly | 02/06/03 | 1.0 | Financing | Meeting with D. Blechman, R. Shinder re: DIP renewal |
| Richard Shinder | 02/06/03 | 1.0 | Financing | Meeting with P. Zilly, D. Blechman re: DIP renewal discussions |
| David Blechman | 02/07/03 | 0.5 | Financing | Email with M. Hunter, C. Lane regarding DIP renewal |
| David Blechman | 02/07/03 | 0.5 | Financing | Send correspondence to committee advisors regarding various court motions |
| Pamela Zilly | 02/07/03 | 3.0 | Financing | Review financials for DIP renewal |
| David Blechman | 02/10/03 | 1.0 | Financing | Call with M. Hunter regarding DIP renewal |
| David Blechman | 02/10/03 | 1.0 | Financing | Conversation with R. Shinder regarding DIP Renewal |
| Richard Shinder | 02/10/03 | 1.0 | Financing | Review term sheet re: DIP renewal |
| Richard Shinder | 02/10/03 | 1.0 | Financing | Conversation with D. Blechman regarding DIP Renewal |
| David Blechman | 02/13/03 | 1.5 | Financing | Review 3 year cash projection for DIP renewal |
| David Blechman | 02/13/03 | 1.0 | Financing | Call with M. Hunter regarding 3 year cash projection |
| David Blechman | 02/13/03 | 1.0 | Financing | Meeting with R. Shinder regarding 3 year cash projection |
| Richard Shinder | 02/13/03 | 1.0 | Financing | Review 3 year projections |
| Richard Shinder | 02/13/03 | 1.0 | Financing | Meeting with D. Blechman re 3 year cash projection |
| Pamela Zilly | 02/18/03 | 2.0 | Financing | Review financial statements provided to lenders re: DIP renewal |
| David Blechman | 02/21/03 | 1.0 | Financing | Call with M. Hunter regarding DIP renewal |
| David Blechman | 02/21/03 | 1.0 | Financing | Meeting with R. Shinder regarding DIP renewal |
| Richard Shinder | 02/21/03 | 1.0 | Financing | Meeting with D. Blechman re: DIP renewal |
| David Blechman | 02/24/03 | 1.0 | Financing | Review DIP analysis |
| David Blechman | 02/24/03 | 0.5 | Financing | Call with M. Hunter regarding DIP analysis |
| David Blechman | 02/24/03 | 1.0 | Financing | Update P. Zilly regarding DIP, case status |
| David Blechman | 02/25/03 | 1.0 | Financing | Call with M. Hunter, FTI regarding Contingency/DIP financing |
| Pamela Zilly | 02/26/03 | 1.0 | Financing | Meeting with R. Shinder re: DIP renewal approval |
| Richard Shinder | 02/26/03 | 1.0 | Financing | Meeting with P. Zilly regarding DIP renewal |
| David Blechman | 02/27/03 | 1.0 | Financing | Meeting with P. Zilly regarding DIP renewal, other |
| David Blechman | 02/27/03 | 0.5 | Financing | Call with M. Hunter, B. Tarola regarding DIP renewal, other |
| Pamela Zilly | 02/27/03 | 1.0 | Financing | Meeting with D. Blechman re: DIP renewal, terms and motion |
| David Blechman | 02/28/03 | 0.5 | Financing | Conference call with M. Hunter and FTI renewal |
| Pamela Zilly | 02/28/03 | 1.5 | Financing | Read DIP amendment |
| | | 40.5 | | |

## THE BLACKSTONE GROUP L.P.
## HOURLY DETAIL FOR THE PERIOD OF
## FEBRUARY 1, 2003 - FEBRUARY 28, 2003

| Professional | Date | Hours | Category | Explanation |
| --- | --- | --- | --- | --- |
| David Blechman | 02/19/03 | 1.0 | Tax Issues | Call with E. Filon regarding tax issues |
| Pamela Zilly | 02/20/03 | 2.0 | Tax Issues | Read Fresenius settlement |
| | | 3.0 | | |



**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAIL FOR THE PERIOD OF**
**FEBRUARY 1, 2003 - FEBRUARY 28, 2003**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| David Blechman | 02/10/03 | 1.0 | Valuation | Meeting with R. Jishi regarding valuation |
| Ramsey Jishi | 02/10/03 | 1.0 | Valuation | Meeting with D. Blechman re: valuation |
| Ramsey Jishi | 02/10/03 | 4.5 | Valuation | Updated comparable companies analysis |
| Ramsey Jishi | 02/11/03 | 3.0 | Valuation | Updated comparable companies analysis. |
| Ramsey Jishi | 02/12/03 | 2.5 | Valuation | Updated comparable companies analysis. |
| Ramsey Jishi | 02/13/03 | 4.0 | Valuation | Created presentation re: valuation work |
| David Blechman | 02/18/03 | 1.0 | Valuation | Meetings with R. Jishi regarding valuation |
| Ramsey Jishi | 02/18/03 | 1.0 | Valuation | Discussion with D. Blechman re: valuation analysi: |
| David Blechman | 02/20/03 | 3.0 | Valuation | Travel to Columbia, MD / review valuation materials |
| Ramsey Jishi | 02/21/03 | 3.0 | Valuation | Researched precedent transactions. |
| | | 24.0 | | |

The Blackstone Group®

March 17, 2004

Mr. Paul J. Norris
Chairman, President and Chief Executive Officer
W.R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044

Out-of-pocket expenses processed for the period through March 31, 2003:[1]

| | | |
|---|---|---|
| Ground Transportation | $ 508.08 | |
| Meals | 25.00 | |
| Research | 1.68 | |
| Communications | 343.23 | 877.99 |
| **Total Due** | | **$ 877.99** |

**Please wire transfer funds to:**

JP Morgan Chase
One New York Plaza
New York, NY 10017
ABA# 021 000 021
Credit Account: The Blackstone Group L.P.
Account Receivable Dept. 14th Floor
Account # 066-287472

Invoice Number: 3146-T

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

**The Blackstone Group® L.P.**
345 Park Avenue
New York, NY 10154
212 583-5000

**W.R. Grace & Co.**
**Summary of Expenses Processed for the**
**Period through March 31, 2003**
**Invoice No. 3146-T**

| | GL Detail Mar-03 | Total Expenses |
|---|---|---|
| Ground Transportation - Car Service - Elite | 56.08 | **56.08** |
| Ground Transportation - Railroad Travel | 452.00 | **452.00** |
| Meals | 25.00 | **25.00** |
| External Research - Disclosure | 1.68 | **1.68** |
| Communications - Telephone Conferencing | 332.99 | **332.99** |
| Comunications - Messenger - Velocity Express | 10.24 | **10.24** |
| **Total Expenses** | **$ 877.99** | **$ 877.99** |

| | |
|---|---|
| **Ground Transportation** | **508.08** |
| **Meals** | **25.00** |
| **Research** | **1.68** |
| **Communications** | **343.23** |
| **Total Expenses** | **$ 877.99** |

**W.R. Grace & Co.**
**Detail of Expenses Processed for the**
**Period through March 31, 2003**
**Invoice No. 3146-T**

| | | | |
|---|---|---|---|
| **Car Service** | | | |
| **Elite** | | | |
| Blechman (car to Penn Station in New York, NY from home) | 02/20/03 | 33.65 | |
| Shinder (car home from Blackstone) | 02/20/03 | 22.43 | |
| | **Subtotal - Car Service** | | $ 56.08 |
| **Railroad Travel** | | | |
| Blechman (round trip to/from BWI Airport Rail Station in Baltimore, MD from/to New York, NY) | 11/19/02 | 290.00 | |
| Blechman (Amtrak surcharge charge) | 11/20/02 | 10.00 | |
| Blechman (one-way trip to BWI Airport Rail Station in Baltimore, MD from New Uork, NY) | 11/21/02 | 130.00 | |
| Blechman (Amtrak surcharge charge) | 11/27/02 | 22.00 | |
| | **Subtotal - Railroad Travel** | | 452.00 |
| **Meals**[(1)] | | | |
| Blechman | 11/20/02 | 25.00 | |
| | **Subtotal - Meals** | | 25.00 |
| **External Research** | | | |
| **Disclosure** | | | |
| Jishi | 01/31/03 | 1.68 | |
| | **Subtotal - External Research - Disclosure** | | 1.68 |
| **Communications** | | | |
| **Telephone Conferencing** | | | |
| Blechman | 02/14/03 | 18.47 | |
| Blechman | 02/06/03 | 121.57 | |
| Blechman | 02/07/03 | 131.93 | |
| Blechman | 02/25/03 | 22.24 | |
| Blechman | 02/25/03 | 38.78 | |
| | **Subtotal - Telephone Conferencing** | | 332.99 |
| **Messenger - Velocity Express** | | | |
| Sosnowy | 02/19/03 | 10.24 | |
| | **Subtotal - Velocity Express** | | 10.24 |
| | **Subtotal - Communications** | | 343.23 |
| | **Total Expenses** | | $ 877.99 |

[(1)] See paragraph 12 of Blackstone's 8th Quarterly Interim Fee Application.

**THE BLACKSTONE GROUP L.P.**
**SUMMARY OF HOURS**
**MARCH 1, 2003 - MARCH 31, 2003**

| Professional | Title | Hours |
|---|---|---|
| Pamela Zilly | Senior Managing Director | 10.5 |
| Richard Shinder | Managing Director | 6.5 |
| David Blechman | Associate | 21.5 |
| Ramsey Jishi | Analyst | 16.0 |
| | **Total** | **54.5** |

**In re: W.R. Grace and Co., et al.**
**A Chapter 11 Proceeding**
**Case No. 01-01139**

**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAIL FOR THE PERIOD OF**
**MARCH 1, 2003 - MARCH 31, 2003**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| David Blechman | 03/04/03 | 1.0 | Business Analysis | Call with F. Gilbert re: strategic plan; meeting with P. Zilly re: same |
| Pamela Zilly | 03/04/03 | 1.0 | Business Analysis | Call with F. Gilbert re: strategic plan; meeting with D. Blechman re: same |
| David Blechman | 03/10/03 | 0.5 | Business Analysis | Review materials re: 03/13/03 meeting |
| Richard Shinder | 03/11/03 | 2.0 | Business Analysis | Read latest fiancial data |
| Pamela Zilly | 03/28/03 | 1.0 | Business Analysis | Read monthly operating reports |
| | | 5.5 | | |

**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAIL FOR THE PERIOD OF**
**MARCH 1, 2003 - MARCH 31, 2003**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 03/12/03 | 1.5 | Case Administration | Meeting with management re: pre-committee meeting |
| Pamela Zilly | 03/12/03 | 0.5 | Case Administration | Read DK Acquisition et al re: Motion to Permit Trading |
| Pamela Zilly | 03/28/03 | 0.5 | Case Administration | Read certification of counsel re: stipulation permitting PBGC to file consolidated calim |
| | | 2.5 | | |

**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAIL FOR THE PERIOD OF**
**MARCH 1, 2003 - MARCH 31, 2003**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| David Blechman | 03/03/03 | 0.5 | Committee | Review final DIP amendment |
| David Blechman | 03/04/03 | 0.5 | Committee | Respond to request by M. Berkin |
| Pamela Zilly | 03/11/03 | 1.0 | Committee | Dinner meeting with P. Norris, B. Tarola, T. Maher |
| Richard Shinder | 03/11/03 | 2.0 | Committee | Dinner meeting with P.Norris, T, Maher |
| David Blechman | 03/12/03 | 2.5 | Committee | Participate in Unsecured Creditors Committee meeting |
| Pamela Zilly | 03/12/03 | 1.5 | Committee | Meeting with Unsecured Creditors, Grace management re: business update |
| Richard Shinder | 03/12/03 | 2.5 | Committee | Attend Unsecured Committee Meeting |
| David Blechman | 03/24/03 | 1.0 | Committee | Communicate with advisors re: Project Mob Squad closing |
| | | 11.5 | | |

**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAIL FOR THE PERIOD OF**
**MARCH 1, 2003 - MARCH 31, 2003**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| David Blechman | 03/21/03 | 3.0 | Corporate Finance | Travel to Columbia, Maryland; review materials re: Project Sherpa |
| David Blechman | 03/21/03 | 4.0 | Corporate Finance | Attend meetings re: Project Sherpa |
| Pamela Zilly | 03/24/03 | 1.0 | Corporate Finance | Review materials for MOB Squad acquisition |
| Ramsey Jishi | 03/24/03 | 3.5 | Corporate Finance | Researched comparable companies in health-care sector. |
| David Blechman | 03/25/03 | 1.0 | Corporate Finance | Call with R. Myers re: Project Mob Squad |
| David Blechman | 03/25/03 | 1.0 | Corporate Finance | Discussion with P. Zilly re: Silicas strategy and meeting |
| Pamela Zilly | 03/25/03 | 1.0 | Corporate Finance | Discussion with D. Blechman re: Silicas strategy meeting |
| Ramsey Jishi | 03/25/03 | 4.0 | Corporate Finance | Created comparable companies in health-care sector analysis. |
| David Blechman | 03/26/03 | 1.5 | Corporate Finance | Call with L. Hamilton re: Project Mob Squad closing |
| Pamela Zilly | 03/26/03 | 0.5 | Corporate Finance | Read correspondence re: closing of Mob Squad acquisition |
| Ramsey Jishi | 03/26/03 | 4.5 | Corporate Finance | Created comparable companies in health-care sector analysis. |
| Ramsey Jishi | 03/27/03 | 4.0 | Corporate Finance | Created presentation re: comparable companies in health care sectior. |
| | | 29.0 | | |

**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAIL FOR THE PERIOD OF**
**MARCH 1, 2003 - MARCH 31, 2003**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 03/12/03 | 0.5 | Employee Benefits/Pension | Call with B. McGowan re: LTIP Motion status |
| | | 0.5 | | |

**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAIL FOR THE PERIOD OF**
**MARCH 1, 2003 - MARCH 31, 2003**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 03/03/03 | 1.0 | Financing | Read final DIP Amemdment |
| David Blechman | 03/05/03 | 0.5 | Financing | Call with M. Hunter re: DIP |
| Pamela Zilly | 03/07/03 | 0.5 | Financing | Read correspondence from M. Hunter re: DIP Approvals |
| Pamela Zilly | 03/12/03 | 0.5 | Financing | Read Supplement to Debtors' Motion for Authority to Extend DIP |
| | | 2.5 | | |

**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAIL FOR THE PERIOD OF**
**MARCH 1, 2003 - MARCH 31, 2003**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| David Blechman | 03/21/03 | 3.0 | Non-Working Travel Time | Travel from Columbia, Maryland |
| | | 3.0 | | |

The Blackstone Group®

March 17, 2004

Mr. Paul J. Norris
Chairman, President and Chief Executive Officer
W.R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044

Out-of-pocket expenses processed for the period through April 30, 2003:[1]

| | | |
|---|---|---|
| Ground Transportation | $ 139.47 | |
| Meals | 30.15 | |
| Research | 4,000.39 | |
| Photocopying | 27.15 | 4,197.16 |
| **Total Due** | | **$ 4,197.16** |

**Please wire transfer funds to:**

JP Morgan Chase
One New York Plaza
New York, NY 10017
ABA# 021 000 021
Credit Account: The Blackstone Group L.P.
Account Receivable Dept. 14th Floor
Account # 066-287472

Invoice Number: 3171-T

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

**The Blackstone Group® L.P.**
345 Park Avenue
New York, NY 10154
212 583-5000

**W.R. Grace & Co.**
**Summary of Expenses Processed for the**
**Period through April 30, 2003**
**Invoice No. 3171-T**

| | GL Detail Apr-03 | Total Expenses |
|---|---|---|
| Ground Transportation - Car Service - Elite | $ 19.47 | **$ 19.47** |
| Ground Transportation - Local Travel | 23.00 | **23.00** |
| Ground Transportation - Out-Of-Town Travel | 97.00 | **97.00** |
| Meals | 30.15 | **30.15** |
| Internal Research | 1,676.21 | **1,676.21** |
| External Research - Multex | 708.17 | **708.17** |
| External Research - Disclosure | 728.27 | **728.27** |
| External Research - Dow Jones | 349.35 | **349.35** |
| External Research - Lexis/Nexis | 190.56 | **190.56** |
| External Research - Factset | 328.76 | **328.76** |
| External Research - Securities Data | 19.07 | **19.07** |
| Photocopying | 27.15 | **27.15** |
| **Total Expenses** | **$ 4,197.16** | **$ 4,197.16** |

| | |
|---|---|
| **Ground Transportation** | **$ 139.47** |
| **Meals** | **30.15** |
| **Research** | **4,000.39** |
| **Photocopying** | **27.15** |
| **Total Expenses** | **$ 4,197.16** |