W.R. Grace & Co.
Detail of Expenses Processed for the
Period through April 30, 2003
Invoice No. 3171-T

**Car Services**
**Elite**

| Zilly (car to dinner with P. Norris) | 02/25/03 | 19.47 | |
|---|---|---|---|
| | Subtotal - Car Services - Elite | $ | 19.47 |

**Local Travel**

| Blechman (taxi home from Blackstone) | 02/12/03 | 6.00 | |
| Blechman (taxi home from Penn Station in New York, NY) | 03/21/03 | 9.00 | |
| Shinder (taxi home from Penn Station in New York, NY) | 02/20/03 | 8.00 | |
| | Subtotal - Local Travel | | 23.00 |

**Out-Of-Town Travel**

| Blechman (taxi to BWI Airport Rail Station in Baltimore, MD from W.R. Grace) | 02/20/03 | 36.00 | |
| Blechman (taxi to W.R. Grace in Columbia, MD from BWI Airport Rail Station) | 03/21/03 | 32.00 | |
| Blechman (taxi to BWI Airport Rail Station in Baltimore, MD from W.R. Grace) | 03/21/03 | 29.00 | |
| | Subtotal - Out-Of-Town Travel | | 97.00 |

**Meals**[1]

| Blechman | 02/20/03 | 5.15 | |
| de Almeida | 02/11/03 | 25.00 | |
| | Subtotal - Meals | | 30.15 |

**Internal Research**

| Jishi | 02/01/03 - 02/15/03 | 326.30 | |
| Jishi | 02/16/03 - 02/28/03 | 347.67 | |
| Jishi | 03/16/03 - 03/31/03 | 750.84 | |
| Jishi | 04/01/03 - 04/15/03 | 251.40 | |
| | Subtotal - Internal Research | | 1,676.21 |

**External Research**
**Multex**

| Jishi | 02/01/03 - 02/15/03 | 77.66 | |
| Jishi | 02/16/03 - 02/28/03 | 261.16 | |
| Jishi | 03/16/03 - 03/31/03 | 353.43 | |
| Jishi | 04/01/03 - 04/15/03 | 15.92 | |
| | Subtotal - Multex | | 708.17 |

**Disclosure**

| Jishi | 02/01/03 - 02/15/03 | 284.76 | |
| Jishi | 03/16/03 - 03/31/03 | 307.33 | |
| Jishi | 04/01/03 - 04/15/03 | 136.18 | |
| | Subtotal - Disclosure | | 728.27 |

**Dow Jones**

| Jishi | 02/01/03 - 02/15/03 | 210.75 | |
| Jishi | 02/16/03 - 02/28/03 | 42.00 | |
| Jishi | 03/16/03 - 03/31/03 | 94.03 | |
| Jishi | 04/01/03 - 04/15/03 | 2.57 | |
| | Subtotal - Dow Jones | | 349.35 |

---

[1] See paragraph 12 of Blackstone's 8th Quarterly Interim Fee Application.

W.R. Grace & Co.
Detail of Expenses Processed for the
Period through April 30, 2003
Invoice No. 3171-T

**LexisNexis**
Jishi                              03/31/03                    190.56
                                   Subtotal - LexisNexis                    190.56

**Factset**
Jishi                              02/16/03 - 02/28/03          328.76
                                   Subtotal - Factset                       328.76

**Securities Data**
Jishi                              03/20/03                     19.07
                                   Subtotal - Securities Data                19.07

                                   Subtotal - External Research            2,324.18

**Photocopying**
Blechman                           02/24/03 - 03/02/03           9.90
Blechman                           03/10/03 - 03/16/03          17.25
                                   Subtotal - Photocopying                   27.15

                                   Total Expenses                  $      4,197.16

**THE BLACKSTONE GROUP L.P.**
**SUMMARY OF HOURS**
**APRIL 1, 2003 - APRIL 30, 2003**

| Professional | Title | Hours |
|---|---|---|
| Pamela Zilly | Senior Managing Director | 9.5 |
| Richard Shinder | Managing Director | 2.0 |
| David Blechman | Associate | 7.0 |
| Ramsey Jishi | Analyst | 4.0 |
| | Total | 22.5 |

In re: W.R. Grace and Co., et al.
A Chapter 11 Proceeding
Case No. 01-01139

**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAIL FOR THE PERIOD OF**
**APRIL 1, 2003 - APRIL 30, 2003**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 04/25/03 | 1.0 | Business Analysis | Review February Operating Report |
| | | 1.0 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
APRIL 1, 2003 - APRIL 30, 2003

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 04/09/03 | 0.5 | Case Administration | Read Motion of Unsecured Creditors Extending Time to Bring Avoidance Actions |
| David Blechman | 04/14/03 | 0.5 | Case Administration | Meeting with P. Zilly regarding status |
| Pamela Zilly | 04/14/03 | 0.5 | Case Administration | Meeting with D. Blechman re: status of case |
| Pamela Zilly | 04/28/03 | 0.5 | Case Administration | Read Status Report to Court |
| | | 2.0 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
APRIL 1, 2003 - APRIL 30, 2003

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| David Blechman | 04/01/03 | 0.5 | Committee | Review FTI comments regarding Project Mob Squad |
| David Blechman | 04/02/03 | 1.0 | Committee | Call with K. Myers regarding FTI questions |
| David Blechman | 04/12/03 | 1.0 | Committee | Review responses to Project Mob Squad questions |
| Pamela Zilly | 04/15/03 | 1.0 | Committee | Read FTI questions, discuss course of action with D. Blechman re: Project Mob Squad |
| David Blechman | 04/17/03 | 1.0 | Committee | Call with FTI regarding acquisition pipeline |
| | | 4.5 | | |

**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAIL FOR THE PERIOD OF**
**APRIL 1, 2003 – APRIL 30, 2003**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Ramsey Jishi | 04/08/03 | 3.0 | Corporate Finance | Review and add data to asbestos related bankruptcies analysis |
| Ramsey Jishi | 04/08/03 | 1.0 | Corporate Finance | Revise presentation, provide to R. Shinder |
| Richard Shinder | 04/08/03 | 1.0 | Corporate Finance | Review analysis of asbestos related bankruptcies |
| Richard Shinder | 04/08/03 | 0.5 | Corporate Finance | Email to R. Tarola re: analysis |
| David Blechman | 04/11/03 | 1.5 | Corporate Finance | Call with G. Poling, others regarding Mob Squad, acquisition pipeline |
| David Blechman | 04/11/03 | 1.5 | Corporate Finance | Calls with K. Myers regarding Mob Squad, acquisition pipeline |
| Pamela Zilly | 04/16/03 | 1.0 | Corporate Finance | Review materials on acquisition pipeline |
| | | **9.5** | | |

**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAIL FOR THE PERIOD OF**
**APRIL 1, 2003 - APRIL 30, 2003**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 04/25/03 | 2.0 | Employment Applications, Applicant | Prepare response to Fee Auditor's report |
| | | 2.0 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
APRIL 1, 2003 - APRIL 30, 2003

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 04/25/03 | 2.5 | Tax Issues | Read Fresenius Settlement Motion with Agreement |
| Pamela Zilly | 04/28/03 | 0.5 | Tax Issues | Discussion with R. Skinder re: transfers case settlement, financial implications |
| Richard Skinder | 04/28/03 | 0.5 | Tax Issues | Discussion with P. Zilly re: Fresenius, Sealed Air Settlements |
| | | 3.5 | | |

# The Blackstone Group®

March 17, 2004

Mr. Paul J. Norris
Chairman, President and Chief Executive Officer
W.R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044

Out-of-pocket expenses processed for the period through May 31, 2003:[1]

| | | | | |
|---|---|---|---|---|
| Ground Transportation | $ | 623.45 | | |
| Meals | | 290.99 | | |
| Research | | 2.52 | | |
| Communications | | 10.24 | | 927.20 |
| | | | | |
| **Total Due** | | | $ | **927.20** |

**Please wire transfer funds to:**

JP Morgan Chase
One New York Plaza
New York, NY 10017
ABA# 021 000 021
Credit Account: The Blackstone Group L.P.
Account Receivable Dept. 14th Floor
Account # 066-287472

Invoice Number: 3197-T

---

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

**The Blackstone Group® L.P.**
345 Park Avenue
New York, NY 10154
212 583-5000

**W.R. Grace & Co.**
**Summary of Expenses Processed for the**
**Period Through May 31, 2003**
**Invoice No. 3197-T**

|  | GL Detail May-03 | Total Expenses |
|---|---|---|
| Ground Transportation - Car Service - Elite | $ 23.45 | $ 23.45 |
| Ground Transportation - Railroad Travel | 600.00 | 600.00 |
| Meals | 290.99 | 290.99 |
| External Research - P.A.C.E.R. | 2.52 | 2.52 |
| Communications - Messenger - Velocity Express | 10.24 | 10.24 |
| **Total Expenses** | $ 927.20 | $ 927.20 |

| | | |
|---|---|---|
| **Ground Transportation** | $ | 623.45 |
| **Meals** | | 290.99 |
| **Research** | | 2.52 |
| **Communications** | | 10.24 |
| **Total Expenses** | $ | 927.20 |

W.R. Grace & Co.
Detail of Expenses Processed for the
Period through May 31, 2003
Invoice No. 3197-T

**Car Service**
**Elite**
Blechman (car to Penn Station in New York, NY from home)

| | | | |
|---|---|---|---|
| | 03/12/03 | 23.45 | |
| Subtotal - Car Service - Elite | | | $ 23.45 |

**Railroad Travel**

| | | | |
|---|---|---|---|
| Blechman (round trip to/from BWI Airport Rail Station in Baltimore, MD from/to New York, NY) | 02/18/03 | 300.00 | |
| Shinder (round trip to/from BWI Airport Rail Station in Baltimore, MD from/to New York, NY) | 02/18/03 | 300.00 | |
| Subtotal - Railroad Travel | | | 600.00 |

**Meals**[1]

| | | | |
|---|---|---|---|
| Blechman | 02/18/03 | 20.57 | |
| Blechman | 03/12/03 | 187.77 | |
| Blechman | 04/29/03 | 24.51 | |
| de Almeida | 04/22/03 | 25.00 | |
| Otero | 03/12/03 | 9.52 | |
| Publishing Services - Clarke | 02/28/03 | 11.89 | |
| Publishing Services - Clarke | 04/11/03 | 11.73 | |
| Subtotal - Meals | | | 290.99 |

**External Research**
**P.A.C.E.R. (Public Access to Court Electronic Records)**

| | | | |
|---|---|---|---|
| de Almeida | 02/16/03 | 2.52 | |
| Subtotal - External Research - P.A.C.E.R. | | | 2.52 |

**Communications**
**Messenger - Velocity Express**

| | | | |
|---|---|---|---|
| Otero | 05/09/03 | 10.24 | |
| Subtotal - Communications - Messenger - Velocity Express | | | 10.24 |

| | | | |
|---|---|---|---|
| **Total Expenses** | | | $ 927.20 |

---

[1] See paragraph 12 of Blackstone's 8th Quarterly Interim Fee Application.

# THE BLACKSTONE GROUP L.P.
## SUMMARY OF HOURS
### MAY 1, 2003 - MAY 31, 2003

| Professional | Title | Hours |
|---|---|---|
| Pamela Zilly | Senior Managing Director | 7.0 |
| Richard Shinder | Managing Director | 2.5 |
| David Blechman | Associate | 6.0 |
| **Total** | | **15.5** |

In re: W.R. Grace and Co., et al.
A Chapter 11 Proceeding
Case No. 01-01139

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
MAY 1, 2003 - MAY 31, 2003

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 05/08/03 | 2.5 | Business Analysis | Review 1st Q financial data, 2003 operating plan |
| Richard Shinder | 05/10/03 | 2.5 | Business Analysis | Review 1st quarter financial results |
| David Blechman | 05/13/03 | 2.0 | Business Analysis | Review Q1 earnings summary |
| | | 7.0 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
MAY 1, 2003 - MAY 31, 2003

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 05/07/03 | 0.5 | Case Administration | Read Debtors' Settlement of Claims; Assets Sales report |
| Pamela Zilly | 05/07/03 | 0.5 | Case Administration | Read Debtors' Response to Unsecured Creditors Motion to Extend Time to Bring Avoidance Actions |
| Pamela Zilly | 05/13/03 | 0.5 | Case Administration | Read Certification re: Order Denying Unsecured Creditors Motion to Extend to Bring Avoidance Actions |
| Pamela Zilly | 05/20/03 | 0.5 | Case Administration | Read Motion for Approving Settlement with BSFS leasing |
| | | 2.0 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
MAY 1, 2003 - MAY 31, 2003

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| David Blechman | 05/07/03 | 0.5 | Committee | Prepare correspondence to Committees' advisors re: Project Zeta |
| Pamela Zilly | 05/08/03 | 0.5 | Committee | Review M. Berkin's questions re: hiring of Deloitte - communicate with E. Filon re: same |
| Pamela Zilly | 05/13/03 | 0.5 | Committee | Correspondence with E. Filon, B. McGowan re: Deloitte motion |
| David Blechman | 05/14/03 | 1.0 | Committee | Participation Q1 earnings call |
| David Blechman | 05/15/03 | 0.5 | Committee | Review Grace memo re: CDG's questions |
| Pamela Zilly | 05/15/03 | 0.5 | Committee | Review financial data provided to CDG |
| Pamela Zilly | 05/20/03 | 0.5 | Committee | Review questions from FTI re: 1st quarter financial results |
| | | **4.0** | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
MAY 1, 2003 - MAY 31, 2003

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| David Blechman | 05/01/03 | 1.0 | Corporate Finance | Call with K. Myers regarding Project Zeta |
| David Blechman | 05/07/03 | 0.5 | Corporate Finance | Call with G. Poling regarding Project Zeta |
| | | 1.5 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
MAY 1, 2003 - MAY 31, 2003

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| David Blechman | 05/20/03 | 0.5 | Employee Benefits/Pension | Discussion with P. Zilly re: upcoming pension funding |
| Pamela Zilly | 05/20/03 | 0.5 | Employee Benefits/Pension | Discussion with D. Blechman re: upcoming pension motions |
| | | 1.0 | | |

Page 6 of 6


The Blackstone Group®

March 17, 2004

Mr. Paul J. Norris
Chairman, President and Chief Executive Officer
W.R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044

Out-of-pocket expenses processed for the period through June 30, 2003:[1]

| | | | |
|---|---|---:|---:|
| Ground Transportation | $ | 380.45 | |
| Meals | | 43.90 | |
| Research | | 209.67 | 634.02 |
| | | | |
| **Total Due** | | $ | **634.02** |

**Please wire transfer funds to:**

JP Morgan Chase
One New York Plaza
New York, NY 10017
ABA# 021 000 021
Credit Account: The Blackstone Group L.P.
Account Receivable Dept. 14th Floor
Account # 066-287472

Invoice Number: 3234-T

---
[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

The Blackstone Group® L.P.
345 Park Avenue
New York, NY 10154
212 583-5000

**W.R. Grace & Co.**
**Summary of Expenses Processed for the**
**Period through June 30, 2003**
**Invoice No. 3234-T**

|  | GL Detail Jun-03 | | Total Expenses | |
|---|---|---|---|---|
| Ground Transportation - Car Service - Elite | $ | 23.45 | $ | 23.45 |
| Ground Transportation - Railroad Travel |  | 357.00 |  | 357.00 |
| Meals |  | 43.90 |  | 43.90 |
| External Research - Disclosure |  | 209.67 |  | 209.67 |
| **Total Expenses** | $ | **634.02** | $ | **634.02** |

| | | |
|---|---|---|
| **Ground Transportation** | $ | **380.45** |
| **Meals** | | **43.90** |
| **Research** | | **209.67** |
| **Total Expenses** | $ | **634.02** |

**W.R. Grace & Co.**
**Detail of Expenses Processed for the**
**Period through June 30, 2003**
**Invoice No. 3234-T**

**Car Service**
**Elite**

| | | | | |
|---|---|---|---|---|
| Blechman (car to Penn Station in New York, NY from home) | 03/21/03 | 23.45 | | |
| | Subtotal – Car Service – Elite | | $ | 23.45 |

**Railroad Travel**

| | | | |
|---|---|---|---|
| Blechman (round trip to/from BWI Airport Rail Station in Baltimore, MD from/to New York, NY) | 03/21/03 | 357.00 | |
| | Subtotal – Railroad Travel | | 357.00 |

**Meals**[1]

| | | | |
|---|---|---|---|
| Blechman | 03/21/03 | 25.00 | |
| Shinder | 03/11/03 | 4.10 | |
| Shinder | 03/11/03 | 14.80 | |
| | Subtotal – Meals | | 43.90 |

**External Research**
**Disclosure**

| | | | |
|---|---|---|---|
| Blechman | 06/16/03 – 06/30/03 | 209.67 | |
| | Subtotal – External Research – Disclosure | | 209.67 |
| | **Total Expenses** | **$** | **634.02** |

---

[1] See paragraph 12 of Blackstone's 8th Quarterly Interim Fee Application.

**THE BLACKSTONE GROUP L.P.**
**SUMMARY OF HOURS**
**JUNE 1, 2003 - JUNE 30, 2003**

| Professional | Title | Hours |
|---|---|---|
| Pamela Zilly | Senior Managing Director | 10.0 |
| Richard Shinder | Managing Director | 1.0 |
| David Blechman | Associate | 25.0 |
| **Total** | | **36.0** |

In re: W.R. Grace and Co., et al.
A Chapter 11 Proceeding
Case No. 01-01139

# THE BLACKSTONE GROUP L.P.
## HOURLY DETAIL FOR THE PERIOD OF
### JUNE 1, 2003 - JUNE 30, 2003

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| David Blechman | 06/23/03 | 8.0 | Business Analysis | Attend strategic Plan meetings |
| David Blechman | 06/24/03 | 8.0 | Business Analysis | Attend strategic Plan meeting |
| Pamela Zilly | 06/27/03 | 1.0 | Business Analysis | Read March, April monthly operating reports |
| Richard Shuder | 06/27/03 | 1.0 | Business Analysis | Read latest monthly operating reports |
| | | **18.0** | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
JUNE 1, 2003 - JUNE 30, 2003

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| David Blechman | 06/16/03 | 1.0 | Committee | Review model and provide materials re: Project Zeta to advisors |
| David Blechman | 06/25/03 | 1.0 | Committee | Further communications with advisors re: Project Zeta - response to due diligence questions |
| Pamela Zilly | 06/27/03 | 1.0 | Committee | Discussion with M. Abrams re: unofficial Unsecured Creditors committee |
| | | 3.0 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
JUNE 1, 2003 - JUNE 30, 2003

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| David Blechman | 06/02/03 | 0.5 | Corporate Finance | Discussion with F. Gilbert re: communication with advisors on Project Zeta |
| David Blechman | 06/02/03 | 0.5 | Corporate Finance | Discussion with P. Zilly re: Project Zeta |
| Pamela Zilly | 06/02/03 | 0.5 | Corporate Finance | Discussion with D. Blechman re: Project Zeta |
| Pamela Zilly | 06/30/03 | 0.5 | Corporate Finance | Correspondence with M. Shelnitz re: possible divestiture |
| Pamela Zilly | 06/30/03 | 0.5 | Corporate Finance | Review of materials re: possible divestiture |
| | | 2.5 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
JUNE 1, 2003 - JUNE 30, 2003

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 06/12/03 | 0.5 | Employee Benefits/Pension | Discussion with B. McGowan re: pension funding motion |
| Pamela Zilly | 06/12/03 | 1.5 | Employee Benefits/Pension | Read draft motion and backup re: pension funding motion, provide comments |
| Pamela Zilly | 06/17/03 | 0.5 | Employee Benefits/Pension | Call with B. McGowan re: advisors call on pension motion |
| Pamela Zilly | 06/17/03 | 1.0 | Employee Benefits/Pension | Review analysis re: funding of pension plans |
| Pamela Zilly | 06/18/03 | 1.0 | Employee Benefits/Pension | Call with financial advisors re pension motion |
| Pamela Zilly | 06/18/03 | 0.5 | Employee Benefits/Pension | Follow-up call with B. McGowan |
| Pamela Zilly | 06/23/03 | 1.0 | Employee Benefits/Pension | Read draft Motion Authorizing Funding of Defined Benefit Plans |
| Pamela Zilly | 06/30/03 | 0.5 | Employee Benefits/Pension | Read Motion and McGowan affidavit re: funding of Defined Benefit Plan |
| | | 6.5 | | |

Page 5 of 6

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
JUNE 1, 2003 - JUNE 30, 2003

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| David Blechman | 06/22/03 | 3.0 | Non-Working Travel Time | Travel to Columbia, MD |
| David Blechman | 06/24/03 | 3.0 | Non-Working Travel Time | Travel to New York, NY |
| | | 6.0 | | |

The Blackstone Group®

March 17, 2004

Mr. Paul J. Norris
Chairman, President and Chief Executive Officer
W.R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044

Out-of-pocket expenses processed for the period through July 31, 2003:[1]

| | | | |
|---|---|---:|---:|
| Ground Transportation | $ | 292.84 | |
| Meals | | 48.08 | |
| Research | | 19.18 | |
| Communications | | 99.48 | 459.58 |
| **Total Due** | $ | | **459.58** |

**Please wire transfer funds to:**

JP Morgan Chase
One New York Plaza
New York, NY 10017
ABA# 021 000 021
Credit Account: The Blackstone Group L.P.
Account Receivable Dept. 14th Floor
Account # 066-287472

Invoice Number: 3265-T

---

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

**The Blackstone Group® L.P.**
345 Park Avenue
New York, NY 10154
212 583-5000

**W.R. Grace & Co.**
**Summary of Expenses Processed for the**
**Period through July 31, 2003**
**Invoice No. 3265-T**

|  | GL Detail Jul-03 | | Total Expenses |
|---|---|---|---|
| Ground Transportation - Car Service - Elite | $ | 95.84 | $ 95.84 |
| Ground Transportation - Out-Of-Town Travel | | 197.00 | 197.00 |
| Meals | | 48.08 | 48.08 |
| External Research - P.A.C.E.R. | | 19.18 | 19.18 |
| Communications - Telephone Conferencing | | 99.48 | 99.48 |
| **Total Expenses** | $ | 459.58 | $ 459.58 |

| | | |
|---|---|---|
| **Ground Transportation** | $ | 292.84 |
| **Meals** | | 48.08 |
| **Research** | | 19.18 |
| **Communications** | | 99.48 |
| **Total Expenses** | $ | 459.58 |

W.R. Grace & Co.
Detail of Expenses Processed for the
Period through July 31, 2003
Invoice No. 3265-T

**Car Service**
**Elite**

| | | | | |
|---|---|---|---|---|
| de Almeida (car home from Blackstone) | 04/30/03 | 47.92 | | |
| de Almeida (car home from Blackstone) | 05/07/03 | 47.92 | | |
| | Subtotal – Car Service – Elite | | $ | 95.84 |

**Out-Of-Town Travel**

| | | | |
|---|---|---|---|
| Blechman (taxi to BWI Airport Rail Station in Baltimore, MD from W.R. Grace) | 06/22/03 | 30.00 | |
| Blechman (taxi to W.R. Grace in Columbia, MD from hotel) | 06/23/03 | 18.00 | |
| Blechman (taxi to Gainsville, MD from W.R. Grace) | 06/23/03 | 59.00 | |
| Blechman (taxi to W.R. Grace in Columbia, MD from BWI Airport) | 06/24/03 | 60.00 | |
| Blechman (taxi to BWI Airport Rail Station in Baltimore, MD from W.R. Grace) | 06/24/03 | 30.00 | |
| | Subtotal – Out-Of-Town Travel | | 197.00 |

**Meals**[1]

| | | | |
|---|---|---|---|
| de Almeida | 01/16/03 | 25.00 | |
| de Almeida | 01/22/03 | 23.08 | |
| | Subtotal – Meals | | 48.08 |

**External Research**
**P.A.C.E.R. (Public Access to Court Electronic Records)**

| | | | |
|---|---|---|---|
| de Almeida | 04/07/03 | 4.34 | |
| de Almeida | 05/02/03 | 3.22 | |
| de Almeida | 05/06/03 | 11.62 | |
| | Subtotal – External Research – P.A.C.E.R. | | 19.18 |

**Communications**
**Telephone Conferencing**

| | | | | |
|---|---|---|---|---|
| Blechman | 06/01/03 | 99.48 | | |
| | Subtotal – Communications – Telephone Conferencing | | | 99.48 |
| | Total Expenses | | $ | 459.58 |

---

[1] See paragraph 12 of Blackstone's 8th Quarterly Interim Fee Application.

## THE BLACKSTONE GROUP L.P.
## SUMMARY OF HOURS
### JULY 1, 2003 - JULY 31, 2003

| Professional | Title | Hours |
|---|---|---|
| Pamela Zilly | Senior Managing Director | 19.5 |
| David Blechman | Associate | 5.0 |
| | Total | 24.5 |

In re: W.R. Grace and Co., et al.
A Chapter 11 Proceeding
Case No. 01-01139

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
JULY 1, 2003 - JULY 31, 2003

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 07/11/03 | 1.0 | Business Analysis | Review funding analysis re: 6/30 quarterly results |
| Pamela Zilly | 07/14/03 | 1.0 | Business Analysis | Further discussion with R. Tarola re: repatriation of cash analysis |
| Pamela Zilly | 07/15/03 | 2.0 | Business Analysis | Review analysis re: foreign cash and intercompany agreements |
| Pamela Zilly | 07/17/03 | 1.0 | Business Analysis | Discussion with R. Tarola re: further analysis of repatriation of foreign cash |
| | | 5.0 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
JULY 1, 2003 - JULY 31, 2003

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 07/01/03 | 0.5 | Case Administration | Read Motion to Increase Budget for ZAI Science Trial |
| Pamela Zilly | 07/14/03 | 0.5 | Case Administration | Read Debtors' Motion to Exclude Evidence of Alleged Damages for ZAI Science Trial |
| Pamela Zilly | 07/14/03 | 0.5 | Case Administration | Read Notice of Motion to Consolidate Actions of ZAI Claimants |
| Pamela Zilly | 07/14/03 | 0.5 | Case Administration | Read Debtors' Motion Summary Judgment in ZAI Science Trial |
| David Blechman | 07/16/03 | 1.0 | Case Administration | Review latest motions re: ZAI |
| Pamela Zilly | 07/28/03 | 0.5 | Case Administration | Read Order Authorizing Debtors to Contribute Funds to Trust Funding Defined Benefit Plans |
| Pamela Zilly | 07/28/03 | 0.5 | Case Administration | Read Debtors' Motion to Expand Preliminary Injunction to Include Action against Montana Vermiculite Company |
| Pamela Zilly | 07/28/03 | 0.5 | Case Administration | Read Debtors' Motion to Approve Execution of Order with EPA |
| | | **4.5** | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
JULY 1, 2003 - JULY 31, 2003

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 07/03/03 | 1.0 | Committee | Call on pension funding motion with Grace management and Tersigni |
| Pamela Zilly | 07/08/03 | 0.5 | Committee | Call with B. McGowan, Tersigni re: pension motion |
| Pamela Zilly | 07/11/03 | 1.0 | Committee | Call with R. Tarola, B. McGowan, FTI, Stonik on pension funding motion and cost analysis |
| Pamela Zilly | 07/14/03 | 1.0 | Committee | Calls with R. Tarola, L. Hamilton (FTI) re: further analysis of funding pension payments on pension motion |
|  |  | 3.5 |  |  |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
JULY 1, 2003 - JULY 31, 2003

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| David Blechman | 07/16/03 | 1.0 | Corporate Finance | Discussion with K. Myers, S. Ahern re: merger of MGDocl into Separations Group |
| Pamela Zilly | 07/16/03 | 0.5 | Corporate Finance | Read overview of merger of MGDocl into Separations Group |
| David Blechman | 07/18/03 | 1.0 | Corporate Finance | Discussion with S. Ehrlich, review material re: possible licensing deal |
| Pamela Zilly | 07/18/03 | 1.0 | Corporate Finance | Review analysis of possible licensing deal |
| David Blechman | 07/28/03 | 1.0 | Corporate Finance | Discussion with P. Zilly re: licensing deal, case status |
| Pamela Zilly | 07/28/03 | 1.0 | Corporate Finance | Discussion with D. Blechman re: outcome of possible licensing deal discussion , other updates |
| | | 5.5 | | |

**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAIL FOR THE PERIOD OF**
**JULY 1, 2003 - JULY 31, 2003**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 07/01/03 | 1.5 | Employee Benefits/Pension | Review analysis re: funding of pension motion |
| Pamela Zilly | 07/01/03 | 0.5 | Employee Benefits/Pension | Call with R. Tarola re: funding pension payments analysis |
| Pamela Zilly | 07/02/03 | 1.0 | Employee Benefits/Pension | Read schedule prepared by AON re: backup to motion to fund retirement plans |
| Pamela Zilly | 07/11/03 | 2.0 | Employee Benefits/Pension | Review cost analysis re: funding pension motion |
| David Blechman | 07/15/03 | 1.0 | Employee Benefits/Pension | Review pension funding motion and analysis of repatriation of cash |
| | | 6.0 | | |

Page 6 of 6

 The **Blackstone** Group®

March 17, 2004

Mr. Paul J. Norris
Chairman, President and Chief Executive Officer
W.R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044

Out-of-pocket expenses processed for the period through August 31, 2003:[1]

| | | | |
|---|---|---|---|
| Meals | $ | 81.74 | 81.74 |
| **Total Due** | | | $ 81.74 |

**Please wire transfer funds to:**

JP Morgan Chase
One New York Plaza
New York, NY 10017
ABA# 021 000 021
Credit Account: The Blackstone Group L.P.
Account Receivable Dept. 14th Floor
Account # 066-287472

Invoice Number: 3291-T

---

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

The Blackstone Group® L.P.
345 Park Avenue
New York, NY 10154
212 583-5000

**W.R. Grace & Co.**
**Summary of Expenses Processed for the**
**Period through August 31, 2003**
**Invoice No. 3291-T**

|  | GL Detail Aug-03 | | Total Expenses | |
|---|---|---|---|---|
| Meals | $ | 81.74 | $ | 81.74 |
| Total Expenses | $ | 81.74 | $ | 81.74 |
| Meals | | | $ | 81.74 |
| Total Expenses | | | $ | 81.74 |

**W.R. Grace & Co.**
**Detail of Expenses Processed for the**
**Period through August 31, 2003**
**Invoice No. 3291-T**

**Meals**[1]

| | | | | |
|---|---|---|---|---|
| Shinder (meal with P. Zilly and M. Hunter) | 05/23/03 | 81.74 | | |
| | **Subtotal – Meals** | | **$** | **81.74** |
| | **Total Expenses** | | **$** | **81.74** |

---

[1] See paragraph 12 of Blackstone's 8th Quarterly Interim Fee Application.