**THE BLACKSTONE GROUP L.P.**
**SUMMARY OF HOURS**
**AUGUST 1, 2003 - AUGUST 31, 2003**

| Professional | Title | Hours |
|---|---|---|
| Pamela Zilly | Senior Managing Director | 38.0 |
| David Blechman | Associate | 8.0 |
| Total | | 46.0 |

In re: W.R. Grace and Co., et al.
A Chapter 11 Proceeding
Case No. 01-01139

**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAIL FOR THE PERIOD OF**
**AUGUST 1, 2003 - AUGUST 31, 2003**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 08/18/03 | 1.5 | Business Analysis | Review financial data re: 2nd Q results, call with financial advisors |
| Pamela Zilly | 08/22/03 | 0.5 | Business Analysis | Review analysis re: cash position of countries |
| | | 2.0 | | |

**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAIL FOR THE PERIOD OF**
**AUGUST 1, 2003 - AUGUST 31, 2003**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 08/11/03 | 0.5 | Case Administration | Read Grace Opposition to Claimants Motion for Summary Judgment in ZAI Trial |
| Pamela Zilly | 08/14/03 | 0.5 | Case Administration | Read Objection to Debtors Motion To Extend Exclusive Period |
| Pamela Zilly | 08/15/03 | 0.5 | Case Administration | Read Grace Memorandum in opposition to ZAI Claimants Motion for Partial Summary Judgment re: Consumer Protection Act Claims |
| Pamela Zilly | 08/26/03 | 0.5 | Case Administration | Read Debtors' Reply to ZIA Claimants Response to Grace Motion for Summary Judgment |
| Pamela Zilly | 08/26/03 | 0.5 | Case Administration | Read Debtors' Reply to U.S. re: Asbestos Analysis Issues and the Exclusion of  Lee Testimony |
| Pamela Zilly | 08/26/03 | 0.5 | Case Administration | Read Debtors' Reply in Support of Debtors' Motion to Exclude Evidence of Alleged Damages from ZAI Science Trial |
| Pamela Zilly | 08/26/03 | 0.5 | Case Administration | Read Debtors' Application to Retain Fiduciary for Savings and Investment Plan |
| David Blechman | 08/27/03 | 0.5 | Case Administration | Discussion with P. Zilly re: meetings with Committees |
| Pamela Zilly | 08/27/03 | 0.5 | Case Administration | Correspondence with D. Blechman re: status |
| | | **4.5** | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
AUGUST 1, 2003 - AUGUST 31, 2003

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| David Blechman | 08/19/03 | 2.0 | Committee | Participate in 3rd Quarter earnings call with financial advisors/Grace management |
| Pamela Zilly | 08/19/03 | 1.0 | Committee | Call with Grace management, financial advisors re: 2nd quarter results |
| Pamela Zilly | 08/20/03 | 3.0 | Committee | Meeting with financial advisors re: Project Galena: Separations Strategy |
| David Blechman | 08/25/03 | 0.5 | Committee | Distribute materials to advisors regarding pension, strategy alternatives |
| Pamela Zilly | 08/27/03 | 0.5 | Committee | Review correspondence of D. Siegel timing of meeting with Committee |
| | | 7.0 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
AUGUST 1, 2003 – AUGUST 31, 2003

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| David Blechman | 08/01/03 | 1.0 | Corporate Finance | Call with K. Myers, G. Poling re: Silica strategy |
| David Blechman | 08/03/03 | 1.0 | Corporate Finance | Call with K. Myers, G. Poling, P. Zilly regarding Silica strategy |
| Pamela Zilly | 08/03/03 | 1.0 | Corporate Finance | Call with G. Poling re: Project Galena |
| Pamela Zilly | 08/03/03 | 1.0 | Corporate Finance | Call with K. Myers, G. Poling, D. Blechman re: Silica strategy |
| Pamela Zilly | 08/04/03 | 0.5 | Corporate Finance | Call with G. Poling re: Project Galena |
| David Blechman | 08/05/03 | 0.5 | Corporate Finance | Call with P. Zilly regarding Silica strategy, possible acquisitions |
| Pamela Zilly | 08/05/03 | 0.5 | Corporate Finance | Review slides in preparation for call |
| Pamela Zilly | 08/05/03 | 0.5 | Corporate Finance | Call with D. Blechman re: Silica strategy |
| Pamela Zilly | 08/05/03 | 0.5 | Corporate Finance | Call with P. Norris, G. Poling re: Silica growth strategy (Project Sherpa) |
| Pamela Zilly | 08/07/03 | 1.0 | Corporate Finance | Review presentation on Project Sherpa |
| Pamela Zilly | 08/07/03 | 1.5 | Corporate Finance | Call with P. Norris, G. Poling re: Project Galena |
| Pamela Zilly | 08/08/03 | 2.0 | Corporate Finance | Review model re: Project Galena |
| Pamela Zilly | 08/09/03 | 2.0 | Corporate Finance | Review materials re: Project Sherpa |
| Pamela Zilly | 08/11/03 | 1.5 | Corporate Finance | Review latest presentation on Project Sherpa |
| Pamela Zilly | 08/13/03 | 0.5 | Corporate Finance | Call with P. Norris, G. Poling re: Project Sherpa |
| Pamela Zilly | 08/13/03 | 0.5 | Corporate Finance | Call with S. Cunningham re: Project Sherpa |
| Pamela Zilly | 08/18/03 | 0.5 | Corporate Finance | Review model on Project Galena |
| Pamela Zilly | 08/18/03 | 0.5 | Corporate Finance | Call with CIBC re: Project Galena |
| Pamela Zilly | 08/18/03 | 2.0 | Corporate Finance | Call with B. Tarola, G. Poling, P. Norris re: Project Sherpa |
| Pamela Zilly | 08/21/03 | 1.0 | Corporate Finance | Review Galena Models |
| David Blechman | 08/22/03 | 1.0 | Corporate Finance | Call with P. Norris, G. Poling regarding Silica acquisition |
| Pamela Zilly | 08/22/03 | 1.0 | Corporate Finance | Call with P. Norris, G. Poling on Project Galena |
| Pamela Zilly | 08/22/03 | 0.5 | Corporate Finance | Call with G. Buyer re: Project Galena |
| Pamela Zilly | 08/22/03 | 0.5 | Corporate Finance | Call with P. Norris, G. Poling re: Project Galena negotiation |
| Pamela Zilly | 08/26/03 | 1.5 | Corporate Finance | Call with M. Shelnitz, G. Poling re: Project Galena negotiation |
| Pamela Zilly | 08/28/03 | 0.5 | Corporate Finance | Review timing of Project Galena, motions etc. |
| | | **24.5** | | |

**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAIL FOR THE PERIOD OF**
**AUGUST 1, 2003 - AUGUST 31, 2003**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 08/11/03 | 0.5 | Employee Benefits/Pension | Discussion with B. McGowan re: employee stock plan fiduciary |
| Pamela Zilly | 08/20/03 | 2.5 | Employee Benefits/Pension | Train to New York; review motion re: stock plan fiduciary |
| David Blechman | 08/27/03 | 1.5 | Employee Benefits/Pension | Calls regarding pension timing, project Galena |
| Pamela Zilly | 08/14/03 | 0.5 | Employee Benefits/Pension | Call with B. McGowan re: acceleration of pension funding |
| Pamela Zilly | 08/14/03 | 0.5 | Employee Benefits/Pension | Call with E. Filon re: acceleration of pension funding |
| | | **5.5** | | |

**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAIL FOR THE PERIOD OF**
**AUGUST 1, 2003 - AUGUST 31, 2003**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 08/20/03 | 2.5 | Non-Working Travel Time | Train to Columbia |
| | | 2.5 | | |



The Blackstone Group®

March 17, 2004

Mr. Paul J. Norris
Chairman, President and Chief Executive Officer
W.R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044

Out-of-pocket expenses processed for the period through September 30, 2003:[1]

|  |  |  |  |
|---|---|---:|---:|
| Ground Transportation | $ | 350.00 | |
| Meals | | 35.73 | |
| Research | | 377.72 | |
| Communications | | 170.93 | 934.38 |
| | | | |
| **Total Due** | $ | | **934.38** |

**Please wire transfer funds to:**

JP Morgan Chase
One New York Plaza
New York, NY 10017
ABA# 021 000 021
Credit Account: The Blackstone Group L.P.
Account Receivable Dept. 14th Floor
Account # 066-287472

Invoice Number: 3326-T

---

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

**The Blackstone Group® L.P.**
345 Park Avenue
New York, NY 10154
212 583-5000

**W.R. Grace & Co.**
**Summary of Expenses Processed for the**
**Period through September 30, 2003**
**Invoice No. 3326-T**

| | GL Detail Sep-03 | Total Expenses |
|---|---|---|
| Ground Transportation - Out-Of-Town Travel | $ 70.00 | $ 70.00 |
| Ground Transportation - Railroad Travel | 280.00 | 280.00 |
| Meals | 35.73 | 35.73 |
| Internal Research | 198.00 | 198.00 |
| External Research - Multex | 176.10 | 176.10 |
| External Research - Disclosure | 3.62 | 3.62 |
| Communications - Telephone Conferencing | 170.93 | 170.93 |
| **Total Expenses** | $  934.38 | $  934.38 |

| | | |
|---|---|---|
| **Ground Transportation** | $ | 350.00 |
| **Meals** | | 35.73 |
| **Research** | | 377.72 |
| **Communications** | | 170.93 |
| **Total Expenses** | $ | 934.38 |

W.R. Grace & Co.
Detail of Expenses Processed for the
Period through September 30, 2003
Invoice No. 3326-T

**Local Travel**

| | | | |
|---|---|---|---|
| Zilly (taxi to W.R. Grace in Columbia, MD from BWI Airport Rail Station) | 08/20/03 | 28.00 | |
| Zilly (taxi to BWI Airport Rail Station in Baltimore, MD from W.R. Grace) | 08/20/03 | 42.00 | |
| | Subtotal - Local Travel | | 70.00 |

**Railroad Travel**

| | | | |
|---|---|---|---|
| Blechman (round trip to/from BWI Airport Rail Station in Baltimore, MD from/to New York, NY) | 06/19/03 | 280.00 | |
| | Subtotal - Railroad Travel | | 280.00 |

**Meals**[1]

| | | | |
|---|---|---|---|
| Blechman | 06/24/03 | 8.38 | |
| Zilly | 08/07/03 | 7.38 | |
| Zilly | 08/14/03 | 6.29 | |
| Zilly | 08/14/03 | 7.38 | |
| Zilly | 08/26/03 | 6.30 | |
| | Subtotal - Meals | | 35.73 |

**Internal Research**

| | | | |
|---|---|---|---|
| Jishi | 09/01/03 - 09/15/03 | 198.00 | |
| | Subtotal - Internal Research | | 198.00 |

**External Research**
**Multex**

| | | | |
|---|---|---|---|
| Jishi | 09/01/03 - 09/15/03 | 176.10 | |
| | Subtotal - Multex | | 176.10 |

**Disclosure**

| | | | |
|---|---|---|---|
| Jishi | 09/01/03 - 09/15/03 | 3.62 | |
| | Subtotal - Disclosure | | 3.62 |
| | Subtotal - Research | | 377.72 |

**Communications**
**Telephone Conferencing**

| | | | |
|---|---|---|---|
| Blechman | 08/01/03 | 170.93 | |
| | Subtotal - Communications - Telephone Conferencing | | 170.93 |
| | Total Expenses | $ | 934.38 |

---

[1] See paragraph 12 of Blackstone's 8th Quarterly Interim Fee Application.

## THE BLACKSTONE GROUP L.P.
## SUMMARY OF HOURS
## SEPTEMBER 1, 2003 - SEPTEMBER 30, 2003

| Professional | Title | Hours |
|---|---|---|
| Pamela Zilly | Senior Managing Director | 26.5 |
| David Blechman | Associate | 17.5 |
| Ramsey Jishi | Analyst | 9.0 |
| | Total | 53.0 |

In re: W.R. Grace and Co., et al.
A Chapter 11 Proceeding
Case No. 01-01139

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
SEPTEMBER 1, 2003 - SEPTEMBER 30, 2003

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 09/03/03 | 0.5 | Case Administration | Read Opinion re: EPA/Libby |
| Pamela Zilly | 09/05/03 | 0.5 | Case Administration | Read Debtors' Reply to ACC Opposition to Exclusivity Extension |
| Pamela Zilly | 09/12/03 | 0.5 | Case Administration | Read Debtors' Reply to PI Committee Objection to Extend Exclusive Period |
| Pamela Zilly | 09/12/03 | 0.5 | Case Administration | Read Debtors' Response to Objections to Retain Fiduciary for Grace Savings and Investment Plan |
| Pamela Zilly | 09/25/03 | 0.5 | Case Administration | Read Objection to Appointment of Fiduciary |
| | | 2.5 | | |

Page 2 of 5

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
SEPTEMBER 1, 2003 - SEPTEMBER 30, 2003

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 09/03/03 | 0.5 | Committee | Review materials to be provided to Committees re: POR discussions |
| Pamela Zilly | 09/05/03 | 1.0 | Committee | Call with PI committee, Grace re: POR discussions |
| Pamela Zilly | 09/08/03 | 1.0 | Committee | Call with Unsecured Creditors Committee re: POR discussions |
| David Blechman | 09/10/03 | 1.0 | Committee | Call with M. Berkin re: same |
| David Blechman | 09/10/03 | 0.5 | Committee | Send materials to creditors advisors |
| David Blechman | 09/10/03 | 0.5 | Committee | Set up call on Libby ruling |
| David Blechman | 09/11/03 | 1.0 | Committee | Call advisors re: Project Galena; update P. Zilly |
| David Blechman | 09/11/03 | 0.5 | Committee | Call with F. Gilbert re: tension request |
| Pamela Zilly | 09/11/03 | 1.0 | Committee | Review materials re: preparation for Unsecured Committee call on Project Galena |
| David Blechman | 09/12/03 | 1.0 | Committee | Review and distribute materials to committees on Project Galena |
| David Blechman | 09/12/03 | 1.0 | Committee | Cal with FTI, Strook re: Project Galena |
| Pamela Zilly | 09/12/03 | 1.0 | Committee | Call with Unsecured Committee re: Project Galena |
| David Blechman | 09/12/03 | 0.5 | Committee | Review and distribute due diligence questions from FTI on Project Galena |
| Pamela Zilly | 09/17/03 | 0.5 | Committee | Arrange 9/18/call with PD Committee re: Project Galena |
| David Blechman | 09/17/03 | 1.0 | Committee | Call with B. Corcoran, Committees' advisors on Libby EPA exposure |
| Pamela Zilly | 09/18/03 | 0.5 | Committee | Call with PD Committee re: Project Galena |
| Pamela Zilly | 09/19/03 | 0.5 | Committee | Call with M. Berkin re: Project Galena |
| David Blechman | 09/22/03 | 0.5 | Committee | Review and send model to M. Berkin re: Project Galena |
| Pamela Zilly | 09/25/03 | 1.0 | Committee | Correspondence with Committees on status of Project Galena |
| | | **14.5** | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
SEPTEMBER 1, 2003 - SEPTEMBER 30, 2003

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 09/05/03 | 0.5 | Corporate Finance | Read draft motion on Project Galerus |
| Pamela Zilly | 09/05/03 | 0.5 | Corporate Finance | Call with P. Norris re: Peer Analysis |
| Pamela Zilly | 09/05/03 | 0.5 | Corporate Finance | Review POR alternatives presentation |
| Pamela Zilly | 09/05/03 | 0.5 | Corporate Finance | Call with G. Poling re: Project Galerus |
| Pamela Zilly | 09/08/03 | 1.0 | Corporate Finance | Call with P. Norris, G. Poling re: Project Galerus negotiations |
| Pamela Zilly | 09/09/03 | 0.5 | Corporate Finance | Correspondence with D. Siegel, K. Myers re: filing of Project Galerus motion |
| David Blechman | 09/10/03 | 1.0 | Corporate Finance | Call with K. Myers re: project Galerus |
| David Blechman | 09/10/03 | 1.0 | Corporate Finance | Calls with P. Zilly re: same |
| David Blechman | 09/10/03 | 1.5 | Corporate Finance | Calls with S. Ehrlich re: strategic acquisition |
| Pamela Zilly | 09/10/03 | 0.5 | Corporate Finance | Read draft Project Galerus motion |
| Pamela Zilly | 09/10/03 | 0.5 | Corporate Finance | Call with K. Myers re: Project Galerus distribution of material to Creditors |
| Pamela Zilly | 09/10/03 | 0.5 | Corporate Finance | Read materials re: possible licensing opportunity |
| Ramsey Jishi | 09/10/03 | 1.0 | Corporate Finance | Research on comparable companies for Peer Analysis |
| David Blechman | 09/11/03 | 1.0 | Corporate Finance | Review materials re: Silicas transactions |
| David Blechman | 09/12/03 | 0.5 | Corporate Finance | Call with counsel re licensing opportunity, need for court approval |
| Pamela Zilly | 09/12/03 | 1.0 | Corporate Finance | Call with G. Poling, S. Ehrlich on licensing project |
| Ramsey Jishi | 09/12/03 | 6.0 | Corporate Finance | Prepare Peer Analysis |
| Pamela Zilly | 09/15/03 | 0.5 | Corporate Finance | Call with R. Tarola, G. Poling, K. Myers re: funding for Project Galerus |
| Pamela Zilly | 09/15/03 | 1.0 | Corporate Finance | Call on licensing opportunity |
| Pamela Zilly | 09/15/03 | 0.5 | Corporate Finance | Call with G. Poling |
| Ramsey Jishi | 09/15/03 | 2.0 | Corporate Finance | Write memo re: Peer Analysis |
| David Blechman | 09/18/03 | 0.5 | Corporate Finance | Read revised motion re: Project Galerus |
| David Blechman | 09/18/03 | 1.5 | Corporate Finance | Review analysis of Grace Peers companies |
| Pamela Zilly | 09/18/03 | 0.5 | Corporate Finance | Read draft motion re: Project Galerus |
| Pamela Zilly | 09/18/03 | 1.0 | Corporate Finance | Read draft purchase agreement |
| Pamela Zilly | 09/18/03 | 1.0 | Corporate Finance | Review latest model for Project Galerus |
| David Blechman | 09/19/03 | 2.0 | Corporate Finance | Review/revise Peers Analysis, prepare memo |
| Pamela Zilly | 09/21/03 | 0.5 | Corporate Finance | Correspondence with K. Myers re: status of deal |
| David Blechman | 09/23/03 | 1.0 | Corporate Finance | Calls with K. Myers, distribute letter re: Project Galerus |
| Pamela Zilly | 09/23/03 | 1.0 | Corporate Finance | Call with G. Poling- Project Galerus recap |
| Pamela Zilly | 09/25/03 | 0.5 | Corporate Finance | Call with K. Myers re: Galerus |
| Pamela Zilly | 09/25/03 | 1.0 | Corporate Finance | Review Peer Analysis |
| | | **37.5** | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
SEPTEMBER 1, 2003 - SEPTEMBER 30, 2003

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 09/05/03 | 0.5 | Employee Benefits/Pension | Call with B. McGowen re: COO |
| Pamela Zilly | 09/08/03 | 1.0 | Employee Benefits/Pension | Call with B. McGowen, read equity committee objection to Fiduciary |
| Pamela Zilly | 09/16/03 | 0.5 | Employee Benefits/Pension | Call with COO candidate |
| Pamela Zilly | 09/25/03 | 0.5 | Employee Benefits/Pension | Call with B. McGowan re: COO |
| Pamela Zilly | 09/25/03 | 1.0 | Employee Benefits/Pension | Read COO Contract; call with B. McGowan |
| | | **3.5** | | |

The **Blackstone** Group®

March 17, 2004

Mr. Paul J. Norris
Chairman, President and Chief Executive Officer
W.R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044

Monthly advisory fee for the period October 1, 2003 through October 31, 2003: $     175,000.00

Less a 20% holdback pursuant to the Court's Administrative Order:     (35,000.00)

Out-of-pocket expenses processed for the period through October 31, 2003:[1]

| | | | |
|---|---|---|---|
| Ground Transportation | $ | 23.45 | |
| Research | | 270.44 | |
| Communications | | 368.44 | 662.33 |
| **Total Due** | | | $    **140,662.33** |

**Please wire transfer funds to:**

JP Morgan Chase
One New York Plaza
New York, NY 10017
ABA# 021 000 021
Credit Account: The Blackstone Group L.P.
Account Receivable Dept. 14th Floor
Account # 066-287472

Invoice Number: 3365-T

---

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

**The Blackstone Group® L.P.**
345 Park Avenue
New York, NY 10154
212 583-5000

**W.R. Grace & Co.**
**Summary of Expenses Processed for the**
**Period through October 31, 2003**
**Invoice No. 3365-T**

|  | GL Detail Oct-03 | | Total Expenses |
|---|---|---|---|
| Ground Transportation - Car Service - Elite | $ | 23.45 | $ 23.45 |
| Internal Research | | 226.77 | 226.77 |
| External Research – Multex | | 1.05 | 1.05 |
| External Research – Disclosure | | 33.88 | 33.88 |
| External Research – Dow Jones | | 8.74 | 8.74 |
| Communications – Telephone Conferencing | | 354.86 | 354.86 |
| Communications – Federal Express | | 13.58 | 13.58 |
| **Total Expenses** | $ | **662.33** | $ **662.33** |

| | | |
|---|---|---|
| **Ground Transportation** | $ | 23.45 |
| **Research** | | 270.44 |
| **Communications** | | 368.44 |
| **Total Expenses** | $ | 662.33 |

**W.R. Grace & Co.**
**Detail of Expenses Processed for the**
**Period through October 31, 2003**
**Invoice No. 3365-T**

**Car Service**
**Elite**

| | | | | |
|---|---|---|---|---|
| Zilly (car to Penn Station in New York, NY) | 08/20/03 | 23.45 | | |
| | Subtotal - Car Service - Elite | | $ | 23.45 |

**Internal Research**

| | | | |
|---|---|---|---|
| Jishi | 10/16/03 - 10/31/03 | 226.77 | |
| | Subtotal - Internal Research | | 226.77 |

**External Research**
**Multex**

| | | | |
|---|---|---|---|
| Jishi | 10/16/03 - 10/31/03 | 1.05 | |
| | Subtotal - Multex | | 1.05 |

**Disclosure**

| | | | |
|---|---|---|---|
| Jishi | 09/16/03 - 09/30/03 | 33.88 | |
| | Subtotal - Disclosure | | 33.88 |

**Dow Jones**

| | | | |
|---|---|---|---|
| Jishi | 09/16/03 - 09/30/03 | 8.74 | |
| | Subtotal - Dow Jones | | 8.74 |
| | Subtotal - External Research | | 43.67 |

**Communications**
**Telephone Conferencing**

| | | | |
|---|---|---|---|
| Blechman | 09/11/03 | 149.46 | |
| Blechman | 09/17/03 | 25.35 | |
| Blechman | 09/18/03 | 0.19 | |
| Blechman | 09/18/03 | 52.29 | |
| Blechman | 09/22/03 | 2.20 | |
| Blechman | 09/23/03 | 8.42 | |
| Zilly | 09/12/03 | 116.95 | |
| | Subtotal - Telephone Conferencing | | 354.86 |

**Federal Express**

| | | | |
|---|---|---|---|
| Blechman | 08/29/03 | 13.58 | |
| | Subtotal - Federal Express | | 13.58 |
| | Subtotal - Communications | | 368.44 |
| | Total Expenses | $ | 662.33 |

# THE BLACKSTONE GROUP L.P.
## SUMMARY OF HOURS
### OCTOBER 1, 2003 - OCTOBER 31, 2003

| Professional | Title | Hours |
|---|---|---|
| Pamela Zilly | Senior Managing Director | 51.5 |
| Richard Shinder | Managing Director | 12.5 |
| David Blechman | Associate | 21.5 |
| Ramsey Jishi | Analyst | 30.0 |
| Total | | 115.5 |

In re: W.R. Grace and Co., et al.
A Chapter 11 Proceeding
Case No. 01-01139

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
OCTOBER 1, 2003 - OCTOBER 31, 2003

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Richard Shinder | 10/01/03 | 2.0 | Business Analysis | Review Operating Plan numbers for 2003, growth rates for 2004-2005 |
| David Blechman | 10/09/03 | 1.0 | Business Analysis | Meeting with P. Zilly regarding ratings analysis |
| David Blechman | 10/09/03 | 1.0 | Business Analysis | Meeting with R. Jishi regarding ratings analysis |
| Pamela Zilly | 10/09/03 | 1.0 | Business Analysis | Meeting with D. Blechman re: preparation of Grace credit analysis for credit ratings determination (Credit Analysis) |
| Ramsey Jishi | 10/09/03 | 1.0 | Business Analysis | Meeting with D. Blechman re: ratings analysis |
| Ramsey Jishi | 10/09/03 | 3.0 | Business Analysis | Update potential restructuring scenarios |
| Ramsey Jishi | 10/10/03 | 2.5 | Business Analysis | Update potential restructuring scenarios |
| Ramsey Jishi | 10/14/03 | 2.0 | Business Analysis | Research credit ratings of comparable companies |
| Pamela Zilly | 10/15/03 | 2.0 | Business Analysis | Review latest financial report, comparison to Plan financials |
| David Blechman | 10/16/03 | 1.0 | Business Analysis | Discussion with P. Zilly re: Grace credit ratings analysis |
| David Blechman | 10/16/03 | 0.5 | Business Analysis | Meeting with R. Jishi re: preparation of Grace credit analysis |
| Pamela Zilly | 10/16/03 | 1.0 | Business Analysis | Meeting with D. Blechman re: preparation of Grace Credit Analysis |
| Ramsey Jishi | 10/16/03 | 0.5 | Business Analysis | Meeting with D. Blechman re: credit ratings analysis of reorganized Grace |
| Ramsey Jishi | 10/16/03 | 3.0 | Business Analysis | Research potential credit ratings of reorganized Grace |
| David Blechman | 10/21/03 | 1.0 | Business Analysis | Review various capital structure scenarios for credit ratings analysis |
| Pamela Zilly | 10/21/03 | 2.0 | Business Analysis | Review Grace credit analysis; financial statement description of liabilities subject to compromise |
| Pamela Zilly | 10/21/03 | 0.5 | Business Analysis | Discussion with R. Shinder re: treatment of liabilities for credit rating purposes |
| Ramsey Jishi | 10/21/03 | 3.0 | Business Analysis | Create presentation re: credit ratings |
| Richard Shinder | 10/21/03 | 0.5 | Business Analysis | Discussing with P. Zilly re: appropriate recognition of liabilities subject to compromise for ratings analysis |
| David Blechman | 10/22/03 | 0.5 | Business Analysis | Meeting with P. Zilly re: Credit Analysis |
| Pamela Zilly | 10/22/03 | 0.5 | Business Analysis | Meeting with D. Blechman re: Credit Analysis |
| Richard Shinder | 10/22/03 | 1.0 | Business Analysis | Review credit ratings analysis |
| Pamela Zilly | 10/23/03 | 2.0 | Business Analysis | Review credit analysis backup models and debt categorization assumptions |
| David Blechman | 10/24/03 | 0.5 | Business Analysis | Meeting with P. Zilly, R. Jishi regarding ratings analysis |
| Pamela Zilly | 10/24/03 | 2.0 | Business Analysis | Review Credit Analysis |
| Pamela Zilly | 10/24/03 | 0.5 | Business Analysis | Meeting with D. Blechman and R. Jishi re: Credit Analysis |
| Ramsey Jishi | 10/24/03 | 0.5 | Business Analysis | Meeting with P. Zilly, D. Blechman re: credit ratings  presentation |
| Pamela Zilly | 10/25/03 | 2.0 | Business Analysis | Review Credit Analysis |
| Richard Shinder | 10/26/03 | 1.0 | Business Analysis | Review Credit Analysis presentation, provide comments |
| Richard Shinder | 10/26/03 | 1.0 | Business Analysis | Discussion with P. Zilly re: credit ratings implications |
| Richard Shinder | 10/26/03 | 1.5 | Business Analysis | Review schedule of liabilities subject to compromise and repayments |
| Pamela Zilly | 10/26/03 | 1.0 | Business Analysis | Discussion with R. Shinder re: ratings implications |
| Ramsey Jishi | 10/27/03 | 2.5 | Business Analysis | Revise presentation re: Credit ratings |
| David Blechman | 10/28/03 | 5.0 | Business Analysis | Review updated reports from S&P re: credit ratings; research comparable companies treatment |
| David Blechman | 10/28/03 | 3.0 | Business Analysis | Draft memo regarding credit ratings, meeting with P. Zilly regarding same |
| David Blechman | 10/28/03 | 1.0 | Business Analysis | Status meeting with P. Zilly |
| Richard Shinder | 10/28/03 | 1.5 | Business Analysis | Review analysis and provide comments |
| Pamela Zilly | 10/29/03 | 1.0 | Business Analysis | Meeting with R. Shinder re: review Credit Analysis conclusions |
| Pamela Zilly | 10/29/03 | 1.0 | Business Analysis | Review Credit Analysis; revise memo |
| Richard Shinder | 10/29/03 | 1.0 | Business Analysis | Discussion with P. Zilly, review of analysis |
| Richard Shinder | 10/29/03 | 1.0 | Business Analysis | Review latest operating reports |
| | | **60.0** | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
OCTOBER 1, 2003 - OCTOBER 31, 2003

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 10/01/03 | 0.5 | Case Administration | Read Debtors' motion to pay NY State taxes |
| Pamela Zilly | 10/01/03 | 0.5 | Case Administration | Read Debtors' Motion to pay Florida taxes |
| Pamela Zilly | 10/01/03 | 0.5 | Case Administration | Read Debtors' motion re: KWELMB Companies settlement |
| Pamela Zilly | 10/07/03 | 1.5 | Case Administration | Read cross Motions re: Summary Judgment re: ZAI Science Trial |
| Pamela Zilly | 10/10/03 | 0.5 | Case Administration | Read Debtors' Supplement to Application to Hire Fiduciary |
| Pamela Zilly | 10/15/03 | 2.0 | Case Administration | Lunch with P. Norris; review operating results and case status |
| Pamela Zilly | 10/16/03 | 0.5 | Case Administration | Call with D. Siegel re: case developments |
| Pamela Zilly | 10/29/03 | 0.5 | Case Administration | Read objection of the Unofficial Committee appointment of CJ Hamlin |
| | | 6.5 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
OCTOBER 1, 2003 - OCTOBER 31, 2003

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 10/08/03 | 0.5 | Committee | Calls with S. Cunningham, B. McGowan re: COO contract |
| Pamela Zilly | 10/09/03 | 1.0 | Committee | Review materials for distribution to Committee |
| Pamela Zilly | 10/09/03 | 0.5 | Committee | Distribute and correspond with Committees advisors re: COO resume |
| Pamela Zilly | 10/13/03 | 0.5 | Committee | Correspondence with Committees advisors re: Project Galena |
| Pamela Zilly | 10/20/03 | 0.5 | Committee | Correspondence with L. Hamilton, M. Berkin re: COO Motion, Call with B. McGowan re: same |
| Pamela Zilly | 10/21/03 | 0.5 | Committee | Call with L. Hamilton re: COO Motion |
| Pamela Zilly | 10/22/03 | 0.5 | Committee | Prepare response to M. Berkin questions re: COO contract |
| Pamela Zilly | 10/29/03 | 0.5 | Committee | Call with M. Berkin, N. Bubnovich re: COO Motion |
| | | 4.5 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
OCTOBER 1, 2003 - OCTOBER 31, 2003

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| David Blechman | 10/01/03 | 0.5 | Corporate Finance | Meeting with P. Zilly re: Tricosal transaction |
| David Blechman | 10/01/03 | 0.5 | Corporate Finance | Call with F. Gilbert regarding Tricosal acquisition |
| David Blechman | 10/01/03 | 0.5 | Corporate Finance | Follow up with F. Gilbert, Committee's advisors re: Tricosal acquisition |
| Pamela Zilly | 10/01/03 | 1.0 | Corporate Finance | Discussion with D. Blechman re: closing of Tricosal acquisition, advisors questions |
| Pamela Zilly | 10/01/03 | 2.0 | Corporate Finance | Review analysis of Grace operating performance relative to peers, asbestos related bankruptcies ("Peer Analysis") |
| Pamela Zilly | 10/01/03 | 0.5 | Corporate Finance | Discussion with R. Shinder re: appropriate benchmarks for Peer Analysis |
| Ramsey Jishi | 10/01/03 | 3.0 | Corporate Finance | Research financial operating performance of asbestos-related chapter 11 companies for Peer Analysis |
| Richard Shinder | 10/01/03 | 0.5 | Corporate Finance | Discussion with P. Zilly re: Peer Analysis |
| Richard Shinder | 10/01/03 | 1.5 | Corporate Finance | Review Peer Analysis and backup data for peer companies |
| David Blechman | 10/02/03 | 1.5 | Corporate Finance | Review Peer Analysis; discussions with R. Jishi re: revisions |
| Pamela Zilly | 10/02/03 | 2.0 | Corporate Finance | Review backup to Peer Analysis, rewrite memo |
| Ramsey Jishi | 10/02/03 | 3.5 | Corporate Finance | Research financial operating performance of asbestos-related chapter 11 companies for Peer Analysis |
| Ramsey Jishi | 10/02/03 | 1.0 | Corporate Finance | Prepare memo re: Peer Analysis |
| Richard Shinder | 10/02/03 | 1.0 | Corporate Finance | Review Peer Analysis, provide comments |
| David Blechman | 10/03/03 | 2.0 | Corporate Finance | Final revisions to Peer Analysis |
| Ramsey Jishi | 10/03/03 | 1.0 | Corporate Finance | Finalize Peer Analysis and Memo |
| Pamela Zilly | 10/08/03 | 1.0 | Corporate Finance | Call with G. Poling about potential licensing agreement |
| Pamela Zilly | 10/08/03 | 1.0 | Corporate Finance | Read presentation re: potential licensing agreement |
| David Blechman | 10/09/03 | 1.0 | Corporate Finance | Discussions with P. Zilly, K. Myers regarding Galena, email to advisors regarding same |
| Pamela Zilly | 10/09/03 | 0.5 | Corporate Finance | Calls with K. Myers, D. Blechman re: Project Galena |
| Pamela Zilly | 10/10/03 | 1.0 | Corporate Finance | Read latest draft of Motion re: Project Galena |
| Pamela Zilly | 10/10/03 | 0.5 | Corporate Finance | Correspondence with K. Myers re: Project Galena |
| Pamela Zilly | 10/11/03 | 2.0 | Corporate Finance | Review financial model related to Project Galena acquisition |
| Pamela Zilly | 10/11/03 | 0.5 | Corporate Finance | Correspondence with K. Myers re: Project Galena |
| Pamela Zilly | 10/14/03 | 0.5 | Corporate Finance | Read materials re: Project Galena |
| | | **30.0** | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
OCTOBER 1, 2003 - OCTOBER 31, 2003

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 10/02/03 | 1.0 | Employee Benefits/Pension | Read draft COO contract |
| Pamela Zilly | 10/03/03 | 0.5 | Employee Benefits/Pension | Read revised COO contract |
| Pamela Zilly | 10/08/03 | 0.5 | Employee Benefits/Pension | Read latest draft of COO contract |
| Pamela Zilly | 10/10/03 | 0.5 | Employee Benefits/Pension | Read draft motion to Hire COO |
| Pamela Zilly | 10/11/03 | 0.5 | Employee Benefits/Pension | Read revised motion to hire COO |
| Pamela Zilly | 10/20/03 | 1.0 | Employee Benefits/Pension | Read COO motion and Executive Severance Agreement |
| Pamela Zilly | 10/21/03 | 0.5 | Employee Benefits/Pension | Call with N. Bubnovich re: advisors calls on COO motion |
| Pamela Zilly | 10/22/03 | 0.5 | Employee Benefits/Pension | Call with B. McGowan re: COO contract |
| Pamela Zilly | 10/22/03 | 0.5 | Employee Benefits/Pension | Call with N. Bubnovich re: COO contract |
| Pamela Zilly | 10/28/03 | 1.0 | Employee Benefits/Pension | Review backup statistics to COO motion and exhibits |
| | | 6.5 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
OCTOBER 1, 2003 - OCTOBER 31, 2003

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| David Blechman | 10/31/03 | 1.0 | Financing | Discussion with P. Zilly re: opportunities in financing markets for Grace debt issuance |
| Pamela Zilly | 10/31/03 | 1.5 | Financing | Research re: bank credit and high yield issuances trading and markets |
| Pamela Zilly | 10/31/03 | 1.0 | Financing | Analysis and discussing with R. Tarola re: financing markets |
| Pamela Zilly | 10/31/03 | 1.0 | Financing | Discussion with D. Blechman re: tracking of market issuances for financing analysis |
| | | 4.5 | | |

**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAIL FOR THE PERIOD OF**
**OCTOBER 1, 2003 - OCTOBER 31, 2003**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Ramsey Jishi | 10/12/03 | 3.5 | Valuation | Update comparable company analysis: enterprise values; capital structures |
|  |  | 3.5 |  |  |

The **Blackstone** Group®

March 17, 2004

Mr. Paul J. Norris
Chairman, President and Chief Executive Officer
W.R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044

| | | | |
|---|---|---|---|
| Monthly advisory fee for the period November 1, 2003 through November 30, 2003: | | $ | 175,000.00 |
| Less a 20% holdback pursuant to the Court's Administrative Order: | | | (35,000.00) |

Out-of-pocket expenses processed for the period through November 30, 2003:[1]

| | | | |
|---|---|---|---|
| Ground Transportation | $ | 347.92 | |
| Research | | 1.47 | |
| Photocopying | | 195.30 | 544.69 |
| **Total Due** | | | $ **140,544.69** |

**Please wire transfer funds to:**

JP Morgan Chase
One New York Plaza
New York, NY 10017
ABA# 021 000 021
Credit Account: The Blackstone Group L.P.
Account Receivable Dept. 14th Floor
Account # 066-287472

Invoice Number: 3390-T

---

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

The Blackstone Group® L.P.
345 Park Avenue
New York, NY 10154
212 583-5000

**W.R. Grace & Co.**
**Summary of Expenses Processed for the**
**Period through November 30, 2003**
**Invoice No. 3390-T**

|  | GL Detail Nov-03 | | Total Expenses | |
|---|---|---|---|---|
| Ground Transportation - Car Service - Elite | $ | 47.92 | $ | 47.92 |
| Ground Transportation - Railroad Travel | | 300.00 | | 300.00 |
| External Research - P.A.C.E.R. | | 1.47 | | 1.47 |
| Photocopying | | 195.30 | | 195.30 |
| **Total Expenses** | $ | 544.69 | $ | 544.69 |

|  |  | |
|---|---|---|
| **Ground Transportation** | $ | 347.92 |
| **Research** | | 1.47 |
| **Photocopying** | | 195.30 |
| **Total Expenses** | $ | 544.69 |

W.R. Grace & Co.
Detail of Expenses Processed for the
Period through November 30, 2003
Invoice No. 3390-T

**Car Service**
**Elite**
| | | | | |
|---|---|---|---|---|
| de Almeida (car home from Blackstone) | 10/11/03 | 47.92 | | |
| | Subtotal - Car Service - Elite | | $ | 47.92 |

**Railroad Travel**
| | | | |
|---|---|---|---|
| Zilly (round trip to/from BWI Airport Rail Station in Baltimore, MD from/to New York, NY) | 08/20/03 | 300.00 | |
| | Subtotal - Railroad Travel | | 300.00 |

**External Research**
**P.A.C.E.R. (Public Access to Court Electronic Records)**
| | | | |
|---|---|---|---|
| de Almeida | 10/08/03 | 1.47 | |
| | Subtotal - External Research - P.A.C.E.R. | | 1.47 |

**Photocopying**
| | | | |
|---|---|---|---|
| Blechman | 11/17/03 - 11/23/03 | 195.30 | |
| | Subtotal - Photocopying | | 195.30 |
| | Total Expenses | $ | 544.69 |

# THE BLACKSTONE GROUP L.P.
## SUMMARY OF HOURS
### NOVEMBER 1, 2003 - NOVEMBER 30, 2003

| Professional | Title | Hours |
|---|---|---|
| Pamela Zilly | Senior Managing Director | 48.5 |
| Richard Shinder | Managing Director | 2.0 |
| David Blechman | Associate | 28.5 |
| **Total** | | **79.0** |

In re: W.R. Grace and Co., et al.
A Chapter 11 Proceeding
Case No. 01-01139

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
NOVEMBER 1, 2003 - NOVEMBER 30, 2003

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 11/04/03 | 0.5 | Business Analysis | Call with R. Tarola re: credit ratings analysis |
| Pamela Zilly | 11/04/03 | 0.5 | Business Analysis | Discussion with R. Shinder re: financing alternatives |
| Richard Shinder | 11/04/03 | 0.5 | Business Analysis | Discussion with P. Zilly re: financing alternatives |
| Pamela Zilly | 11/07/03 | 2.0 | Business Analysis | Review executive summary financials for 3rd quarter |
| Pamela Zilly | 11/07/03 | 1.0 | Business Analysis | Review quarterly board briefing |
| Pamela Zilly | 11/13/03 | 1.0 | Business Analysis | Review information in advance of quarterly call with Committees' financial advisors |
| Pamela Zilly | 11/13/03 | 1.0 | Business Analysis | Meeting with D. Blechman re: update of financials |
| Richard Shinder | 11/14/03 | 1.5 | Business Analysis | Read 3rd quarter financial materials |
| Pamela Zilly | 11/17/03 | 8.0 | Business Analysis | Attend GPC operating plan review |
| Pamela Zilly | 11/18/03 | 7.0 | Business Analysis | Attend GPC operating plan review |
| David Blechman | 11/19/03 | 8.0 | Business Analysis | Attend Silicas Operating Plan Meeting |
| Pamela Zilly | 11/19/03 | 2.0 | Business Analysis | Analysis of GPC plan and historical results |
| David Blechman | 11/20/03 | 8.0 | Business Analysis | Attend Catalyst Operating Plan Meeting |
| David Blechman | 11/20/03 | 2.5 | Business Analysis | Review GPC Operating Plan |
| Pamela Zilly | 11/20/03 | 1.0 | Business Analysis | Analysis of operating statistics of GPC |
| David Blechman | 11/21/03 | 2.0 | Business Analysis | Review 2001/2 business plan re revisions for 2004 + operating plans |
| Pamela Zilly | 11/21/03 | 1.0 | Business Analysis | Meeting with D. Blechman re 2004 operating plan |
| Pamela Zilly | 11/21/03 | 2.0 | Business Analysis | Review Silica operating plan |
| Pamela Zilly | 11/21/03 | 2.0 | Business Analysis | Review Catalyst operating plan |
| David Blechman | 11/22/03 | 1.0 | Business Analysis | Meeting with P. Zilly re Operating Plan |
| Pamela Zilly | 11/22/03 | 1.0 | Business Analysis | Meeting with D. Blechman re: consolidated 2004 operating plan, further projections |
| David Blechman | 11/24/03 | 1.0 | Business Analysis | Meeting with P. Zilly re: update of business plan |
| Pamela Zilly | 11/24/03 | 4.0 | Business Analysis | Analysis of operating plan re: 2003 actuals and 2004 consolidated plan |
| Pamela Zilly | 11/24/03 | 1.0 | Business Analysis | Meeting with D. Blechman re: update business plan |
| Pamela Zilly | 11/28/03 | 1.0 | Business Analysis | Review of materials re: ART line of Credit |
| David Blechman | 11/13/03 | 2.0 | Business Analysis | Review 3rd quarter financial results vs. 2003 operating plan |
| David Blechman | 11/13/03 | 1.0 | Business Analysis | Meeting with P. Zilly re: update of plan |
| David Blechman | 11/21/03 | 1.0 | Business Analysis | Meeting with P. Zilly re Operating Plan |
| | | 64.5 | | |

**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAIL FOR THE PERIOD OF**
**NOVEMBER 1, 2003 - NOVEMBER 30, 2003**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 11/04/03 | 0.5 | Case Administration | Read Debtors' Reports re: Assets Sales; Settlements |
| Pamela Zilly | 11/04/03 | 1.0 | Case Administration | Read Objections of the Unsecured Creditors; Unofficial Committee to CJ Hamlin appointment |
| Pamela Zilly | 11/07/03 | 0.5 | Case Administration | Call with B. McGowan re: status of Fiduciary Motion and Objections |
| Pamela Zilly | 11/14/03 | 1.0 | Case Administration | Read Motions re: Futures Rep, Plan Fiduciary, Montana Vermiculite Injunction |
| Pamela Zilly | 11/25/03 | 1.5 | Case Administration | Read motions of Unofficial Committee re: Judge Wolin |
| | | 4.5 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
NOVEMBER 1, 2003 - NOVEMBER 30, 2003

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 11/03/03 | 0.5 | Committee | Call with P. Norris re: Meetings with Committees' advisors re: COO |
| Pamela Zilly | 11/13/03 | 1.0 | Committee | Quarterly call with advisors to Committees |
| David Blechman | 11/13/03 | 1.0 | Committee | Participate in 3rd quarter earnings review call with advisors |
| | | 2.5 | | |



**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAIL FOR THE PERIOD OF**
**NOVEMBER 1, 2003 - NOVEMBER 30, 2003**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 11/03/03 | 0.5 | Employee Benefits/Pension | Call with B. McGowan re: COO motion issues |
| Pamela Zilly | 11/04/03 | 1.0 | Employee Benefits/Pension | Calls with C. Lane, B. McGowan re: COO motion and ACC response |
| | | 1.5 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
NOVEMBER 1, 2003 - NOVEMBER 30, 2003

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| David Blechman | 11/04/03 | 1.0 | Financing | Discussion with P. Zilly re: current financing markets, tracking of issuances |
| Pamela Zilly | 11/04/03 | 1.0 | Financing | Discussion with D. Blechman re: credit markets, financing alternatives |
| | | 2.0 | | |

**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAIL FOR THE PERIOD OF**
**NOVEMBER 1, 2003 - NOVEMBER 30, 2003**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 11/17/03 | 2.0 | Non-Working Travel Time | Travel to Cambridge for GPC operating plan review |
| Pamela Zilly | 11/18/03 | 2.0 | Non-Working Travel Time | Travel to New York |
| | | 4.0 | | |

The **Blackstone** Group®

March 17, 2004

Mr. Paul J. Norris
Chairman, President and Chief Executive Officer
W.R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044

Monthly advisory fee for the period December 1, 2003 through December 31, 2003:          $          175,000.00

Less a 20% holdback pursuant to the Court's Administrative Order:          (35,000.00)

Out-of-pocket expenses processed for the period through December 31, 2003:[1]

| | | | |
|---|---|---|---|
| Ground Transportation | $ | 107.95 | |
| Communications | | 74.50 | 182.45 |
| **Total Due** | | | **$          140,182.45** |

**Please wire transfer funds to:**

JP Morgan Chase Bank
One Chase Manhattan Plaza
New York, NY 10081
ABA# 021 000 021
Credit Account: The Blackstone Group L.P.
Account Receivable Dept. 14th Floor
Account # 066-287472

Invoice Number: 3424-T

---
[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

The **Blackstone Group**® L.P.
345 Park Avenue
New York, NY 10154
212 583-5000

**W.R. Grace & Co.**
**Summary of Expenses Processed for the**
**Period through December 31, 2003**
**Invoice No. 3424-T**

| | GL Detail Dec-03 | Total Expenses |
|---|---|---|
| Ground Transportation - Out-Of-Town Travel | $ 107.95 | $ 107.95 |
| Communications - Telephone Conferencing | 74.50 | 74.50 |
| **Total Expenses** | **$ 182.45** | **$ 182.45** |

| | | |
|---|---|---|
| **Ground Transportation** | $ | 107.95 |
| **Communications** | | 74.50 |
| **Total Expenses** | $ | 182.45 |

W.R. Grace & Co.
Detail of Expenses Processed for the
Period through December 31, 2003
Invoice No. 3424-T

**Out-Of-Town Travel**

| | | | | |
|---|---|---|---|---|
| Zilly (taxi while traveling; meeting in Cambridge, MA) | 11/17/03 | 36.35 | | |
| Zilly (taxi while traveling; meeting in Cambridge, MA) | 11/18/03 | 18.60 | | |
| Zilly (taxi while traveling; meeting in Cambridge, MA) | 11/18/03 | 53.00 | | |
| **Subtotal - Out-Of-Town Travel** | | | $ | **107.95** |

**Communications**
**Telephone Conferencing**

| | | | |
|---|---|---|---|
| Blechman | 11/13/03 | 6.43 | |
| Blechman | 11/13/03 | 68.07 | |
| **Subtotal - Communications – Telephone Conferencing** | | | **74.50** |
| | | | |
| **Total Expenses** | | $ | **182.45** |

# THE BLACKSTONE GROUP L. P.
## SUMMARY OF HOURS
### DECEMBER 1, 2003 - DECEMBER 31, 2003

| Professional | Title | Hours |
|---|---|---|
| Pamela Zilly | Senior Managing Director | 25.5 |
| David Blechman | Associate | 5.0 |
| | Total | 30.5 |

In re: W.R. Grace and Co., et al.
A Chapter 11 Proceeding
Case No. 01-01139

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
DECEMBER 1, 2003 - DECEMBER 31, 2003

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 12/15/03 | 1.5 | Business Analysis | Review financial data for meeting with T. Maher |
| Pamela Zilly | 12/15/03 | 1.0 | Business Analysis | Review October opening report |
| David Blechman | 12/17/03 | 1.0 | Business Analysis | Review October Operating Report |
| Pamela Zilly | 12/17/03 | 2.0 | Business Analysis | Read draft of lastest ART funding motion and schedules |
| Pamela Zilly | 12/17/03 | 2.0 | Business Analysis | Read draft repatriation motion and exhbis, provide comments to E. Filon |
| David Blechman | 12/18/03 | 1.0 | Business Analysis | Discussion with P. Zilly re: repatriation motion, ART funding motion |
| Pamela Zilly | 12/18/03 | 1.0 | Business Analysis | Discussion with D. Blechman re: repatriation of funds |
| Pamela Zilly | 12/18/03 | 2.0 | Business Analysis | Read draft repatriation motion and exhbis, provide comments to E. Filon |
| Pamela Zilly | 12/19/03 | 1.5 | Business Analysis | Review comments and correspondence to Repatriation Motion |
| Pamela Zilly | 12/19/03 | 1.0 | Business Analysis | Review revise motion re: Repatriation of Funds |
| | | **14.0** | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
DECEMBER 1, 2003 - DECEMBER 31, 2003

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 12/11/03 | 0.5 | Case Administration | Read 12/15 hearing docket; Debtors' Reply to Libby Claimants re: Montana Vermiculite Company |
| Pamela Zilly | 12/22/03 | 1.0 | Case Administration | Review materials re: Sealed Air Credit Facility |
| Pamela Zilly | 12/27/03 | 1.0 | Case Administration | Read Motions re: Excise Claims, Gerard Contempt of Court, notice of Depositions |
| | | 2.5 | | |

**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAIL FOR THE PERIOD OF**
**DECEMBER 1, 2003 - DECEMBER 31, 2003**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 12/15/03 | 2.0 / 2.0 | Committee | Lunch meeting with P. Norris, R. Tarola, T. Maher re: operational update, case status |

Page 4 of 5

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
DECEMBER 1, 2003 - DECEMBER 31, 2003

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 12/09/03 | 1.0 | Corporate Finance | Review materials re: Project Quintella |
| Pamela Zilly | 12/09/03 | 1.0 | Corporate Finance | Call with G. Foling, P. Norris re: Project Quintella |
| Pamela Zilly | 12/09/03 | 2.0 | Corporate Finance | Research re: parent company for Project Quintella |
| David Blechman | 12/10/03 | 3.0 | Corporate Finance | Read Settlement Agreement between Sealed Air and ACC |
| Pamela Zilly | 12/11/03 | 3.0 | Corporate Finance | Read Sealed Air, ACC Settlement Agreement |
| Pamela Zilly | 12/12/03 | 1.0 | Corporate Finance | Review Fresenius Settlement Agreement |
| Pamela Zilly | 12/12/03 | 1.0 | Corporate Finance | Read Motion re: Sealed Air Settlement Agreement |
| | | 12.0 | | |

Page 5 of 5