IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Deadline: April 19, 2004 at 4:00 p.m.**
**Hearing Date: TBD only if necessary**

### <u>FEE DETAIL FOR PROTIVITI INC.'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM JANUARY 1, 2004 THROUGH JANUARY 31, 2004</u>

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

**EXHIBIT "A"**

**Protiviti Inc.**
**W. R. Grace & Co. Time Tracking Summary**
**Period Covered:  January 2004**

| Name | Position | Number of Years in Profession | Hourly Billing Rate | Total Hours Billed | Total Fees |
|---|---|---|---|---|---|
| Hendrixson, Marie | Managing Director | 18 | $ 300.00 | 5.5 | $ 1,650.00 |
| Blanchard, Victor | Associate Director | 17 | $ 275.00 | 29.3 | $ 8,057.50 |
| Mayer, Robert | Director | 30 | $ 275.00 | 33.3 | $ 9,157.50 |
| Green, Ken | Manager | 5 | $ 225.00 | 71.3 | $ 16,042.50 |
| Petito, Matthew | Senior Consultant | 5 | $ 175.00 | 100.7 | $ 17,622.50 |
| Strickler, Kevin | Senior Consultant | 5 | $ 175.00 | 112 | $ 19,600.00 |
| | | | **Totals** | **352.1** | **$ 72,130.00** |

**Protiviti Inc.**
**W. R. Grace & Co. Detailed Time Report**
**Month Ended January 31, 2004**

**Name:**   Marie Hendrixson
**Level:**   Managing Director

| Date | Detailed Task / Activity | Bill Rate | Hours | Fees |
|---|---|---|---|---|
| 9-Jan-04 | Discussion with Victor Blanchard regarding current status of various areas being documented and tested | $ 300.00 | 2.0 | $    600.00 |
| 9-Jan-04 | Follow-up to conversation with Victor looking into risk considerations of documenting requested corporate functions at Grace | $ 300.00 | 0.7 | $    210.00 |
| 22-Jan-04 | Phone conversation (and research) with Ken Green re: questions on potential currency translation issue | $ 300.00 | 0.5 | $    150.00 |
| 28-Jan-04 | Discuss with Victor Blanchard the scope of work related to Environmental at Grace including appropriate staffing considerations | $ 300.00 | 0.5 | $    150.00 |
| 30-Jan-04 | Conference call with Dana Guzzo and Ken Green to discuss scope and details of Environmental work requested from Grace, including follow-up with Dana | $ 300.00 | 1.0 | $    300.00 |
| 30-Jan-04 | Review initial draft affidavit related to information technology work to be served by Protiviti | $ 300.00 | 0.8 | $    240.00 |
| | **Totals** | | **5.5** | **$  1,650.00** |

**Protiviti Inc.**
**W. R. Grace & Co. Detailed Time Report**
**Month Ended January 31, 2004**

**Name:** Victor Blanchard
**Level:** Associate Director

| Date | Detailed Task / Activity | Bill Rate | Hours | Fees |
|---|---|---|---|---|
| 7-Jan-04 | Meet with Dana Guzzo to discuss the following items: first quarter travel plan for visiting plants, scoping of which plants to visit, and PwC's involvement in plant visits | $ 275.00 | 1.0 | $ 275.00 |
| 8-Jan-04 | Meet with Dana Guzzo further address the scoping of plants to be visited plus discussion of changes in Internal Audit composition and potential additional staff support needs | $ 275.00 | 1.0 | $ 275.00 |
| 9-Jan-04 | Meet with Marie Hendrixson to discuss the scoping changes and staffing requirements following the discussions with the Internal Audit Director plus scoping of the IT assessment work | $ 275.00 | 2.0 | $ 550.00 |
| 12-Jan-04 | Video conference (rather than traveling) with Valleyfield plant management team to review final report in detail including issues, recommendations and timing | $ 275.00 | 2.0 | $ 550.00 |
| 13-Jan-04 | Develop evaluation of staff performance for Protiviti senior consultant Matt Petito | $ 275.00 | 1.0 | $ 275.00 |
| 13-Jan-04 | Phone conversation with David Carickhoff, PSZYJW (local bankruptcy attorneys), to clarify submission process and expectations for monthly fee applications | $ 275.00 | 0.2 | $ 55.00 |
| 13-Jan-04 | Develop evaluation of staff performance for Protiviti senior consultant Kevin Strickler | $ 275.00 | 0.8 | $ 220.00 |
| 13-Jan-04 | Develop evaluation of staff performance for Protiviti consultant Kina Beale | $ 275.00 | 1.5 | $ 412.50 |
| 13-Jan-04 | Meet with Ryan Heaps, Internal Audit Manager, to discuss late changes to the scope of plants to be visited and timing | $ 275.00 | 0.5 | $ 137.50 |
| 13-Jan-04 | Prepare the scope and approach in an agenda to support the Treasury kick-off meeting tomorrow | $ 275.00 | 1.0 | $ 275.00 |
| 14-Jan-04 | Meet with Bob Mayer, Protiviti, to discuss scope and approach to documenting the risks and controls in the corporate Treasury functions | $ 275.00 | 1.0 | $ 275.00 |
| 14-Jan-04 | Treasury kick-off meeting to discuss our scope and approach with Brian Kenny, Bonita Harch of Treasury | $ 275.00 | 2.0 | $ 550.00 |
| 14-Jan-04 | Meeting with Dana Guzzo to update her on the final scope and approach to Treasury | $ 275.00 | 1.0 | $ 275.00 |
| 15-Jan-04 | Meeting with Dana Guzzo to finalize scope and approach for Treasury and discuss scope for Pensions | $ 275.00 | 1.0 | $ 275.00 |
| 16-Jan-04 | Meet with Ken Green to discuss and finalize his evaluation for the prior three month period | $ 275.00 | 0.5 | $ 137.50 |
| 16-Jan-04 | Meet with Ken Green to discuss potential issues and approach modifications for the Treasury process | $ 275.00 | 0.5 | $ 137.50 |
| 20-Jan-04 | Provide Bob Mayer with necessary documents and instructions for tracking time and expenses during Treasury work | $ 275.00 | 0.5 | $ 137.50 |
| 22-Jan-04 | Meet with Ryan Heaps to discuss the current performance review for a Grace Internal Audit Senior | $ 275.00 | 0.5 | $ 137.50 |
| 23-Jan-04 | Review workpapers for Treasury including initial drafts of process flows | $ 275.00 | 1.5 | $ 412.50 |
| 23-Jan-04 | Determine impact of IT work on current Portal process classification scheme | $ 275.00 | 0.5 | $ 137.50 |
| 26-Jan-04 | Review management responses in the final report for Valleyfield as received from the plant | $ 275.00 | 2.0 | $ 550.00 |
| 26-Jan-04 | Meet with Ryan Heaps first, then Protiviti team to determine appropriate staffing needs for both the Chicago Plant visit and the French plant visits (2) | $ 275.00 | 2.0 | $ 550.00 |
| 27-Jan-04 | Discussion with Ken Green regarding testing sample sizes, timing and issues related to the documentation of risks and controls over Treasury operations | $ 275.00 | 0.5 | $ 137.50 |
| 27-Jan-04 | Address staffing requirements related to documenting Grace's information technology risks and controls | $ 275.00 | 0.8 | $ 220.00 |
| 28-Jan-04 | Meeting with Dana Guzzo and Ken Green regarding the status of various sub-project areas including Treasury, Bankruptcy Claims, M&A and Pensions | $ 275.00 | 0.5 | $ 137.50 |
| 28-Jan-04 | Conference call with Marie Hendrixson to discuss our approach to addressing Environmental at Grace plus addressing immediate staff scheduling issues | $ 275.00 | 0.5 | $ 137.50 |
| 28-Jan-04 | Phone conversation with Leo Haviv, IT lead for Protiviti, regarding scope, approach and staffing needs based on revised timing of work | $ 275.00 | 0.5 | $ 137.50 |
| 29-Jan-04 | Discuss modifications to our approach, the process classification scheme and documentation standards based on the pilots and comments from PwC | $ 275.00 | 1.5 | $ 412.50 |
| 29-Jan-04 | Update meeting with Ken Green regarding current status and estimated completion dates for Treasury, Bankruptcy, Pensions and M&A | $ 275.00 | 0.5 | $ 137.50 |
| 29-Jan-04 | Phone conversation with Leo Haviv regarding staffing and timing of work, as well as location of certain IT processes and potential need to travel to Cambridge | $ 275.00 | 0.5 | $ 137.50 |
| | **Totals** | | **29.3** | **$ 8,057.50** |

**Protiviti Inc.**
**W. R. Grace & Co. Detailed Time Report**
**Month Ended January 31, 2004**

**Name:**   Robert Mayer
**Level:**   Director

| Date | Detailed Task / Activity | Bill Rate | Hours | Fees |
|------|--------------------------|-----------|-------|------|
| 14-Jan-04 | Prepare for initial treasury kick-off meeting in Columbia | $   275 | 3.0 | $   825.00 |
| 14-Jan-04 | Initial kick-off meeting with Treasury staff including Bonita Harsh, Brian Kenny, Jenny Wagner, Tricia Roberts, Ren Lapidairo, Ken Green (Pro), Kevin Strickler (pro) and Victor Blanchard(Pro) | $   275 | 3.0 | $   825.00 |
| 14-Jan-04 | Post meeting review update | $   275 | 2.0 | $   550.00 |
| 20-Jan-04 | Review various treasury/cash documents of treasury function | $   275 | 1.4 | $   385.00 |
| 20-Jan-04 | Meet with Bonita Harsh on Treasury practices and procedures | $   275 | 2.5 | $   687.50 |
| 20-Jan-04 | Meet with Ren Lapidario on Pension activities performed and DIP responsibilities | $   275 | 2.0 | $   550.00 |
| 20-Jan-04 | Review Monthly Financial Report/Borrowing report document | $   275 | 2.4 | $   660.00 |
| 20-Jan-04 | Review draft process flow doc of Netting prepared by and with Kevin Strickler (Pro) | $   275 | 0.7 | $   192.50 |
| 21-Jan-04 | Review various treasury docs and practice procedures provided as exhibits | $   275 | 1.5 | $   412.50 |
| 21-Jan-04 | Meeting with Bonita Harsh and Tricia Roberts on netting practices | $   275 | 0.3 | $   82.50 |
| 21-Jan-04 | Review initial draft of process flow of treasury responsible pension activities and processes with Matt Petito (Pro) | $   275 | 2.0 | $   550.00 |
| 21-Jan-04 | Meet with Kevin StricKler (Pro) relative to DIP Maintenance activities of Treasury as basis for initial process flow | $   275 | 1.5 | $   412.50 |
| 21-Jan-04 | Brief update meeting with Dana Guzzo | $   275 | 0.7 | $   192.50 |
| 21-Jan-04 | Review CATAR Treasury info | $   275 | 2.7 | $   742.50 |
| 21-Jan-04 | Work summary tablation/tracking/reporting for to current date. | $   275 | 0.4 | $   110.00 |
| 22-Jan-04 | Review prior day info and plan for meeting with Brian Kenny | $   275 | 2.0 | $   550.00 |
| 22-Jan-04 | Initial information gathering meeting with Brian Kenny on Treasury operations | $   275 | 1.8 | $   495.00 |
| 22-Jan-04 | Obtain information from Bonita Harsh on cash forecasting | $   275 | 1.0 | $   275.00 |
| 22-Jan-04 | Meet with Larry Marshman, Davison to get initial overview of billing, A/R and credit process | $   275 | 1.6 | $   440.00 |
| 22-Jan-04 | Review letter of credit process findings with Kevin Strickland (Pro) | $   275 | 0.6 | $   165.00 |
| 22-Jan-04 | Brief meeting with Jenny Hammond on interco FX | $   275 | 0.2 | $   55.00 |
| | **Totals** | | 33.3 | $ 9,157.50 |

**Protiviti Inc.**
**W. R. Grace & Co. Detailed Time Report**
**Month Ended January 31, 2004**

Name:    Ken Green
Level:    Manager

| Date | Detailed Task / Activity | Bill Rate | Hours | Fees |
|---|---|---|---|---|
| 15-Jan-04 | Development and delivery of senior evaluation for Kevin Strickler (Pro) for work at Grace. | $ 225.00 | 0.7 | $ 157.50 |
| 16-Jan-04 | Development of experienced senior evaluation for Matt Petito (Pro) for work at Grace. | $ 225.00 | 0.8 | $ 180.00 |
| 20-Jan-04 | Discussion with Matt Petito (Pro) of evaluation for CTB review. | $ 225.00 | 0.3 | $ 67.50 |
| 12-Jan-04 | Meeting with Victor Blanchard (Pro) and Kevin Strickler (Pro) re: expectations and timing of review of treasury function. | $ 225.00 | 0.6 | $ 135.00 |
| 12-Jan-04 | Review of updated documentation requirements for processes as notated in Portal. | $ 225.00 | 0.8 | $ 180.00 |
| 12-Jan-04 | Meeting with Victor Blanchard (Pro) and Kevin Strickler (Pro) re: scope of review of treasury function. | $ 225.00 | 0.4 | $ 90.00 |
| 12-Jan-04 | Meeting with Bonita Harsh re: objectives of treasury review and timing of kick-off meeting. | $ 225.00 | 1.0 | $ 225.00 |
| 12-Jan-04 | Reviewed 'Overview of Methodology for Level 1 Sites' Memo. | $ 225.00 | 0.3 | $ 67.50 |
| 12-Jan-04 | Drafted Kick-off Agenda for Jan. 14th meeting. | $ 225.00 | 0.5 | $ 112.50 |
| 12-Jan-04 | Developed To Do List for Treasury review. | $ 225.00 | 0.4 | $ 90.00 |
| 12-Jan-04 | Review of initial Treasury documentation as supplied by Bonita Harsh. | $ 225.00 | 3.7 | $ 832.50 |
| 12-Jan-04 | Tracking and recording of time spent on Grace for bankruptcy reporting. | $ 225.00 | 0.3 | $ 67.50 |
| 13-Jan-04 | Review of process flows and risk control matrices for Treasury functions. | $ 225.00 | 3.0 | $ 675.00 |
| 14-Jan-04 | Meeting with Victor Blanchard (Pro), Bob Mayer (Pro), and Kevin Strickler (Pro) re: upcoming Kick-off meeting goals and objectives. | $ 225.00 | 1.0 | $ 225.00 |
| 14-Jan-04 | Treasury Kick-off meeting with Brian Kenny, Bonita Harsh, Ren Lapidario, Jenny Wagner, Tricia Roberts, Victor Blanchard (Pro), Bob Mayer (Pro), and Kevin Strickler (Pro) to make introductions, discuss treasury functions at a high level, and inform treasury personnel of anticipated involvement and approach. | $ 225.00 | 2.3 | $ 506.25 |
| 14-Jan-04 | Meeting with Victor Blanchard (Pro), Bob Mayer (Pro), and Kevin Strickler (Pro) re: initial observations and potential problems in Treasury. | $ 225.00 | 0.5 | $ 112.50 |
| 14-Jan-04 | Meeting with Victor Blanchard (Pro), Bob Mayer (Pro), and Kevin Strickler (Pro) re: setting of scope based on Kick-off meeting. | $ 225.00 | 1.0 | $ 225.00 |
| 14-Jan-04 | Review of additional documents sent by Bonita Harsh re: treasury functions. | $ 225.00 | 0.5 | $ 112.50 |
| 15-Jan-04 | Creation of Agenda for discussion over scope of review in Treasury function. | $ 225.00 | 0.5 | $ 112.50 |
| 15-Jan-04 | Review of Statement of Investment Policy for the U.S. Pension Plan Trust. | $ 225.00 | 0.5 | $ 112.50 |
| 15-Jan-04 | Met with Dana Guzzo, Victor Blanchard (Pro), Bob Mayer (Pro), and Kevin Strickler (Pro) to discuss what Treasury functions should be in the scope of our current review. | $ 225.00 | 1.3 | $ 281.25 |
| 15-Jan-04 | Review of additional documents sent by Bonita Harsh re: treasury functions. | $ 225.00 | 0.9 | $ 202.50 |
| 15-Jan-04 | Tracking and recording of time spent on Grace for bankruptcy reporting. | $ 225.00 | 0.2 | $ 45.00 |
| 16-Jan-04 | Phone conversation with Bob Mayer (Pro) re: timing of initial interviews with Treasury personnel and approach. | $ 225.00 | 0.5 | $ 112.50 |
| 16-Jan-04 | Review of internal Cash and Treasury Assessment/Review (CATAR) Questionnaire to evaluate usage in Treasury review. | $ 225.00 | 1.4 | $ 315.00 |
| 16-Jan-04 | Meeting with Victor Blanchard (Pro) re: overall timing of review and update based on conversation with Bob Mayer (Pro). | $ 225.00 | 0.4 | $ 90.00 |
| 16-Jan-04 | Meeting with Bonita Harsh re: availability for interviews and discussion of what will be needed for the interviews. | $ 225.00 | 0.5 | $ 112.50 |
| 16-Jan-04 | Communication with Bob Mayer (Pro) and Bonita Harsh re: meeting time set for 1/20. | $ 225.00 | 0.2 | $ 45.00 |
| 16-Jan-04 | Review of Cash Mobilization, Foreign Exchange and DIP preliminary RCMs to ensure accurate identification of typical risks and proper linkage to assertions. | $ 225.00 | 3.2 | $ 720.00 |
| 16-Jan-04 | Tracking and recording of time spent on Grace for bankruptcy reporting including finalization of prior period reporting. | $ 225.00 | 1.0 | $ 225.00 |
| 20-Jan-04 | Meeting with Bob Mayer (Pro) re: interview approach and timing. | $ 225.00 | 0.3 | $ 67.50 |
| 20-Jan-04 | Discussion with Ryan Heaps re: processes to be reviewed through February and key contact person(s). | $ 225.00 | 0.3 | $ 67.50 |
| 20-Jan-04 | Discussion with Kevin Strickler (Pro) re: process flows and timing of detailed interviews. | $ 225.00 | 0.5 | $ 112.50 |
| 20-Jan-04 | Discussion with Matt Petito (Pro) re: kicking off pension and bankruptcy claims/accounting reviews. | $ 225.00 | 0.3 | $ 67.50 |

| | | | | |
|---|---|---|---|---|
| 20-Jan-04 | Meeting with Bonita Harsh and Bob Mayer (Pro) to explain scope of review and determine who we need to speak to for the various parts. | $ 225.00 | 0.3 | $ 67.50 |
| 20-Jan-04 | Researching usage and methods of placing Sarbox Portal on external web server. | $ 225.00 | 0.3 | $ 67.50 |
| 20-Jan-04 | Read Addendum 2 to JAL to assist in determining scope for other processes located in Columbia. | $ 225.00 | 0.2 | $ 45.00 |
| 20-Jan-04 | Discussion with Matt Petito (Pro) re: outcome of pension interview, including items covered and Treasury's role in pension accounting. | $ 225.00 | 0.3 | $ 67.50 |
| 20-Jan-04 | Discussion with Kevin Strickler (Pro) re: netting process and applicability to Financial Reporting component of COSO. | $ 225.00 | 0.2 | $ 45.00 |
| 20-Jan-04 | Meeting with Bob Mayer (Pro) re: information provided during interview with Ren Lapidario and need to transfer knowledge to Kevin Strickler (Pro) for Kevin to develop process flows and RCMs. | $ 225.00 | 0.3 | $ 67.50 |
| 20-Jan-04 | Review of Netting process flow. | $ 225.00 | 0.4 | $ 90.00 |
| 20-Jan-04 | Discussion with Bob Mayer (Pro) and Kevin Strickler (Pro) re: risks surrounding the Netting process. | $ 225.00 | 0.3 | $ 67.50 |
| 20-Jan-04 | Beginning to budget for other Columbia FR processes - Pension, Bankruptcy, & M&A. | $ 225.00 | 0.6 | $ 135.00 |
| 20-Jan-04 | Tracking and recording of time spent on Grace for bankruptcy reporting. | $ 225.00 | 0.4 | $ 90.00 |
| 21-Jan-04 | Discussion with Victor Blanchard (Pro) re: budgeting of Treasury review. | $ 225.00 | 0.2 | $ 45.00 |
| 21-Jan-04 | Discussion with Bob Mayer (Pro) re: project update and timing for completing CATAR. | $ 225.00 | 0.5 | $ 112.50 |
| 21-Jan-04 | Discussion with Victor Blanchard (Pro) re: project setup for Treasury. | $ 225.00 | 0.3 | $ 67.50 |
| 21-Jan-04 | Finish preparing budget for other Columbia FR processes - Pension, Bankruptcy, & M&A. | $ 225.00 | 0.9 | $ 202.50 |
| 21-Jan-04 | Discussion with Victor Blanchard (Pro) re: budgeting of other Columbia FR processes - Pension, Bankruptcy, & M&A. | $ 225.00 | 0.3 | $ 67.50 |
| 21-Jan-04 | Review of Cash Mobilization process flow. | $ 225.00 | 0.4 | $ 90.00 |
| 21-Jan-04 | Discussion with Kevin Strickler (Pro) re: financial reporting risks within the netting process. | $ 225.00 | 0.5 | $ 112.50 |
| 21-Jan-04 | Review of Wire Transfers process flow. | $ 225.00 | 0.3 | $ 67.50 |
| 21-Jan-04 | Discussion with Matt Petito (Pro) re: financial reporting risks within Pension process. | $ 225.00 | 0.3 | $ 67.50 |
| 21-Jan-04 | Discussion with Kevin Strickler (Pro) re: wire transfer process. | $ 225.00 | 0.3 | $ 67.50 |
| 21-Jan-04 | Review of pension process flow (including risks and controls). | $ 225.00 | 0.4 | $ 90.00 |
| 21-Jan-04 | Discussion with Matt Petito (Pro) re: comments from pension process flow review. | $ 225.00 | 0.3 | $ 67.50 |
| 21-Jan-04 | Discussion with Victor Blanchard (Pro) re: researching environmental liability process. | $ 225.00 | 0.5 | $ 112.50 |
| 21-Jan-04 | Discussion with Kevin Strickler (Pro) re: financial reporting risks within DIP process. | $ 225.00 | 0.4 | $ 90.00 |
| 21-Jan-04 | Reviewed available work program and RCM for environmental liability process. | $ 225.00 | 0.6 | $ 135.00 |
| 21-Jan-04 | Review of Pension Risk Control Inventory. | $ 225.00 | 0.4 | $ 90.00 |
| 21-Jan-04 | Discussion with Paul Pettit (Pro) re: environmental liability process reviews under SOA. | $ 225.00 | 0.2 | $ 45.00 |
| 21-Jan-04 | Review of sample process flow for Environmental Liability process. | $ 225.00 | 0.9 | $ 202.50 |
| 21-Jan-04 | Tracking and recording of time spent on Grace for bankruptcy reporting. | $ 225.00 | 0.3 | $ 67.50 |
| 21-Jan-04 | Meeting with Bob Mayer (Pro) re: status update for treasury review. | $ 225.00 | 0.5 | $ 112.50 |
| 22-Jan-04 | Reviewed Foreign Exchange - Netting risk control inventory. | $ 225.00 | 0.4 | $ 90.00 |
| 22-Jan-04 | Discussion with Kevin Strickler (Pro) re: foreign exchange accounting process and next steps. | $ 225.00 | 0.3 | $ 67.50 |
| 22-Jan-04 | Discussion with Kevin Strickler (Pro) and Bob Mayer (Pro) re: letters of credit and foreign exchange risks. | $ 225.00 | 0.3 | $ 67.50 |
| 22-Jan-04 | Reviewed sample of claims processing procedures, risks, and controls for bankruptcy claims / accounting process. | $ 225.00 | 1.7 | $ 382.50 |
| 22-Jan-04 | Discussion with Matt Petito (Pro) and Victor Blanchard (Pro) re: timing of other Columbia FR process reviews in relation to Grace close. | $ 225.00 | 0.3 | $ 67.50 |
| 22-Jan-04 | Review of CTB financial reporting process in Sarbox Portal in relation to foreign exchange risks and controls. | $ 225.00 | 0.4 | $ 90.00 |
| 22-Jan-04 | Review of updated Pension risk control inventory. | $ 225.00 | 0.5 | $ 112.50 |
| 22-Jan-04 | Research of FAS 52 in relation to exchange rate translations. | $ 225.00 | 0.7 | $ 157.50 |
| 22-Jan-04 | Discussions with Kevin Strickler (Pro) re: controls over exchange rate translations and FAS 52. | $ 225.00 | 0.3 | $ 67.50 |
| 22-Jan-04 | Discussions with Victor Blanchard (Pro) re: risks in the foreign exchange translation process. | $ 225.00 | 0.3 | $ 67.50 |
| 22-Jan-04 | Discussions with Marie Hendrixson (Pro) re: next steps for foreign exchange translation process. | $ 225.00 | 0.2 | $ 45.00 |
| 22-Jan-04 | Discussions with Kevin Strickler (Pro) re: testing of foreign exchange rates utilized in currency translation process. | $ 225.00 | 0.5 | $ 112.50 |
| 22-Jan-04 | Review of Bankruptcy Claims / Accounting risk control inventory. | $ 225.00 | 0.7 | $ 157.50 |

| | | | | |
|---|---|---|---|---|
| 22-Jan-04 | Discussions with Matt Petito (Pro) re: questions on Bankruptcy Claims / Accounting risk control inventory. | $ 225.00 | 0.3 | $ 67.50 |
| 22-Jan-04 | Review of currency translation testing. | $ 225.00 | 0.3 | $ 67.50 |
| 22-Jan-04 | Correction of prior period Grace time reporting. | $ 225.00 | 1.0 | $ 225.00 |
| 22-Jan-04 | Tracking and recording of time spent on Grace for bankruptcy reporting. | $ 225.00 | 0.3 | $ 67.50 |
| 23-Jan-04 | Finish correcting prior period Grace time reporting. | $ 225.00 | 1.3 | $ 292.50 |
| 23-Jan-04 | Review of sample Acquisition risk control matrix. | $ 225.00 | 0.7 | $ 157.50 |
| 23-Jan-04 | Meeting with Dana Guzzo and Victor Blanchard (Pro) re: currency translation controls and environmental liability process review. | $ 225.00 | 0.8 | $ 180.00 |
| 23-Jan-04 | Discussion with Victor Blanchard (Pro) re: next steps in implementing control over foreign currency translation process. | $ 225.00 | 0.2 | $ 45.00 |
| 23-Jan-04 | Review of Foreign Exchange Translation process flow. | $ 225.00 | 0.4 | $ 90.00 |
| 23-Jan-04 | Tracking and recording of time spent on Grace for bankruptcy reporting. | $ 225.00 | 0.1 | $ 22.50 |
| 26-Jan-04 | Review of Foreign Exchange (FX transactions) process flow. | $ 225.00 | 0.4 | $ 90.00 |
| 26-Jan-04 | Discussion with Paul Pettit (Pro) re: his availability for managing the review of the environmental liability process. | $ 225.00 | 0.2 | $ 45.00 |
| 26-Jan-04 | Review of Foreign Financial Assurances and Letters of Credit process flow. | $ 225.00 | 0.8 | $ 180.00 |
| 26-Jan-04 | Research of Protiviti intranet and PeopleSoft for qualified personnel to perform environmental liability review. | $ 225.00 | 1.2 | $ 270.00 |
| 26-Jan-04 | Discussion with Victor Blanchard (Pro) re: scoping of environmental liability process. | $ 225.00 | 0.3 | $ 67.50 |
| 26-Jan-04 | Discussion with Victor Blanchard (Pro) re: preparing a status update for Dana Guzzo. | $ 225.00 | 0.4 | $ 90.00 |
| 26-Jan-04 | Preparation of status update for various projects currently underway. | $ 225.00 | 1.5 | $ 337.50 |
| 26-Jan-04 | Tracking and recording of time spent on Grace for bankruptcy reporting. | $ 225.00 | 0.2 | $ 45.00 |
| 27-Jan-04 | Review of Foreign Exchange risk control matrix including discussion with Kevin Strickler (Pro) re: changes. | $ 225.00 | 0.7 | $ 157.50 |
| 27-Jan-04 | Discussion with Matt Petito (Pro) and Kevin Strickler (Pro) re: tests to be performed and timing. | $ 225.00 | 0.5 | $ 112.50 |
| 27-Jan-04 | Discussion with Victor Blanchard (Pro) re: sample sizes and populations for testing current processes under review. | $ 225.00 | 0.4 | $ 90.00 |
| 27-Jan-04 | Discussion with Matt Petito (Pro) and Kevin Strickler (Pro) re: next steps within the various processes under review. | $ 225.00 | 0.3 | $ 67.50 |
| 27-Jan-04 | Discussion with Dana Guzzo re: purpose and timing of testing for Columbia FR processes under review. | $ 225.00 | 0.3 | $ 67.50 |
| 27-Jan-04 | Review of Mergers and Acquisitions risk control inventory. | $ 225.00 | 0.5 | $ 112.50 |
| 27-Jan-04 | Tracking and recording of time spent on Grace for bankruptcy reporting. | $ 225.00 | 0.3 | $ 67.50 |
| 28-Jan-04 | Review updated Pension process flow. | $ 225.00 | 0.6 | $ 135.00 |
| 28-Jan-04 | Review Treasury PBC listing, updated RCM, and work program. | $ 225.00 | 1.4 | $ 315.00 |
| 28-Jan-04 | Review of Manage Debt RCM. | $ 225.00 | 0.6 | $ 135.00 |
| 28-Jan-04 | Discussion with Kevin Strickler (Pro) re: status of treasury review and next steps. | $ 225.00 | 0.3 | $ 67.50 |
| 28-Jan-04 | Meeting with Dana Guzzo and Victor Blanchard (Pro) re: status update. | $ 225.00 | 0.9 | $ 202.50 |
| 28-Jan-04 | Discussion with Matt Petito (Pro) re: changes to Pension RCM based on updated process flow. | $ 225.00 | 0.4 | $ 90.00 |
| 28-Jan-04 | Discussion with Victor Blanchard (Pro) re: timing of environmental review, training, and next steps. | $ 225.00 | 0.6 | $ 135.00 |
| 28-Jan-04 | Updated formatting of time reporting. | $ 225.00 | 0.2 | $ 45.00 |
| 28-Jan-04 | Discussion with Marie Hendrixson (Pro) and Victor Blanchard (Pro) re: next steps for performing environmental review. | $ 225.00 | 0.3 | $ 67.50 |
| 28-Jan-04 | Discussion with Victor Blanchard (Pro) and Matt Petito (Pro) re: scheduling/staffing for Columbia FR processes. | $ 225.00 | 0.4 | $ 90.00 |
| 28-Jan-04 | Tracking and recording of time spent on Grace for bankruptcy reporting. | $ 225.00 | 0.3 | $ 67.50 |
| 30-Jan-04 | Review of four various Treasury process flows. | $ 225.00 | 1.2 | $ 270.00 |
| 30-Jan-04 | Review of updated Pension risk control inventory. | $ 225.00 | 0.3 | $ 67.50 |
| 30-Jan-04 | Discussion with Matt Petito (Pro) re: changes to Pension RCM. | $ 225.00 | 0.3 | $ 67.50 |
| 30-Jan-04 | Discussion with Matt Petito (Pro) re: necessary changes to Pension process flow. | $ 225.00 | 0.3 | $ 67.50 |
| 30-Jan-04 | Review of updated Pension process flow. | $ 225.00 | 0.3 | $ 67.50 |
| 30-Jan-04 | Discussion with Kevin Strickler (Pro) re: risks inherent in Grace money market account. | $ 225.00 | 0.2 | $ 45.00 |
| 30-Jan-04 | Meeting with Dana Guzzo, Marie Hendrixson (Pro), and Paul Pettit (Pro) re: initiating environmental liability process review. | $ 225.00 | 0.4 | $ 90.00 |
| 30-Jan-04 | Review of issues listing for Treasury area. | $ 225.00 | 0.3 | $ 67.50 |
| 30-Jan-04 | Tracking and recording of time spent on Grace for bankruptcy reporting. | $ 225.00 | 0.2 | $ 45.00 |
| | **Totals** | | **71.3** | **$ 16,042.50** |

Protiviti Inc.
W. R. Grace & Co. Detailed Time Report
Month Ended January 31, 2004

**Name:** Matthew Petite
**Level:** Senior Consultant

| Date | Detailed Task / Activity | Bill Rate | Hours | Fees |
|---|---|---|---|---|
| 5-Jan-04 | review close the books in portal for completeness in preparation of meeting with Dana | $ 175.00 | 3.2 | $ 560.00 |
| 5-Jan-04 | generate listing of open items to discuss with Dana | $ 175.00 | 2.0 | $ 350.00 |
| 5-Jan-04 | discuss current status of pilots with Ryan | $ 175.00 | 0.5 | $ 87.50 |
| 5-Jan-04 | discuss current status of pilots with Victor and determine future expectations | $ 175.00 | 0.5 | $ 87.50 |
| 6-Jan-04 | review close the books for completeness in portal in preparation of meeting with Dana | $ 175.00 | 2.0 | $ 350.00 |
| 6-Jan-04 | meet with Dana on current status on close the books and future expectations and estimated to complete | $ 175.00 | 1.0 | $ 175.00 |
| 6-Jan-04 | review singapore flowcharts on shared drive for accuracy and completeness | $ 175.00 | 3.0 | $ 525.00 |
| 6-Jan-04 | review Mexico testwork in portal to determine expectations for close the books | $ 175.00 | 2.0 | $ 350.00 |
| 6-Jan-04 | discuss current status and future expectations of sarbanes review with Victor and Dana | $ 175.00 | 1.0 | $ 175.00 |
| 7-Jan-04 | research intranet and knowledgeleader to determine the related or common risks/controls/approaches for treasury process | $ 175.00 | 4.0 | $ 700.00 |
| 7-Jan-04 | identify key risks relating to Grace's treasury process | $ 175.00 | 2.0 | $ 350.00 |
| 7-Jan-04 | determine which controls exist to mitigate common treasury risks | $ 175.00 | 2.0 | $ 350.00 |
| 8-Jan-04 | discuss current status of project and future strategies and approaches for Sarbanes review | $ 175.00 | 1.0 | $ 175.00 |
| 8-Jan-04 | determine key risks and controls for Grace treasury process | $ 175.00 | 2.4 | $ 420.00 |
| 8-Jan-04 | determine key risks and controls for Grace budgeting process | $ 175.00 | 3.0 | $ 525.00 |
| 8-Jan-04 | research intranet and knowledgeleader for bankruptcy accounting approach and strategies | $ 175.00 | 2.0 | $ 350.00 |
| 9-Jan-04 | performed various administrative activities/responsibilities for Sarbanes project planning and scoping | $ 175.00 | 5.5 | $ 962.50 |
| 9-Jan-04 | discuss current status of close the books and work to be completed with Dana | $ 175.00 | 0.5 | $ 87.50 |
| 9-Jan-04 | review treasury and budgeting risk control matrices and process flowcharts | $ 175.00 | 2.2 | $ 385.00 |
| 20-Jan-04 | Research pension risks and controls on intranet and knowledgeleader | $ 175.00 | 3 | $ 525.00 |
| 20-Jan-04 | Develop risks and controls for pension review | $ 175.00 | 3 | $ 525.00 |
| 20-Jan-04 | Discuss pension and bankruptcy accounting scope with Ken Green | $ 175.00 | 0.5 | $ 87.50 |
| 20-Jan-04 | Meet with Fausto on pension process | $ 175.00 | 0.5 | $ 87.50 |
| 20-Jan-04 | Meet with Ren Lapidario on pension assumptions process | $ 175.00 | 0.5 | $ 87.50 |
| 21-Jan-04 | Develop risks and controls for pension review | $ 175.00 | 1 | $ 175.00 |
| 21-Jan-04 | Develop flowchart for pension review process | $ 175.00 | 4 | $ 700.00 |
| 21-Jan-04 | Meet with Bob Mayer regarding his discussions with Ren Lapidario on the pension process | $ 175.00 | 0.5 | $ 87.50 |
| 21-Jan-04 | Discuss pension risks and controls with Ken Green | $ 175.00 | 0.5 | $ 87.50 |
| 21-Jan-04 | Develop risk control matrix in portal for pensions | $ 175.00 | 2.5 | $ 437.50 |
| 22-Jan-04 | Develop risks and controls for bankruptcy review | $ 175.00 | 2.5 | $ 437.50 |
| 22-Jan-04 | Discuss bankruptcy risks and controls with Ken Green | $ 175.00 | 2 | $ 350.00 |
| 22-Jan-04 | Develop risk and control matrix in portal for bankruptcy | $ 175.00 | 2 | $ 350.00 |
| 22-Jan-04 | Research risks and controls for the merger and acquisition process | $ 175.00 | 1 | $ 175.00 |
| 23-Jan-04 | Develop risks and controls for bankruptcy review | $ 175.00 | 2 | $ 350.00 |
| 23-Jan-04 | Discuss bankruptcy risks and controls with Ken Green | $ 175.00 | 1 | $ 175.00 |
| 23-Jan-04 | Develop risks and controls for mergers and acquisisions review | $ 175.00 | 3 | $ 525.00 |
| 26-Jan-04 | Performed various administrative activities/responsibilities for Sarbanes project planning and scoping | $ 175.00 | 3 | $ 525.00 |
| 27-Jan-04 | Make modifications to pension process flowchart | $ 175.00 | 1 | $ 175.00 |
| 27-Jan-04 | Develop risk and control matrix for pension process | $ 175.00 | 1 | $ 175.00 |
| 27-Jan-04 | Develop risk and control matrix for bankruptcy process | $ 175.00 | 1 | $ 175.00 |
| 27-Jan-04 | Develop risks and controls for mergers and acquisition process | $ 175.00 | 2 | $ 350.00 |
| 27-Jan-04 | Discuss risks and controls for pensions, bankruptcy and mergers and acquisitions with Ken Green | $ 175.00 | 0.5 | $ 87.50 |
| 28-Jan-04 | Meet with Michael Brown to discuss bankruptcy process scoping/scheduling future meetings | $ 175.00 | 0.2 | $ 35.00 |
| 28-Jan-04 | Meet with Nettie Fausto to discuss pension process | $ 175.00 | 0.5 | $ 87.50 |
| 28-Jan-04 | Make revisions to pension process flowchart | $ 175.00 | 2 | $ 350.00 |
| 28-Jan-04 | Discuss revisions to pension process flowchart with Ken Green | $ 175.00 | 0.5 | $ 87.50 |
| 28-Jan-04 | Make revisions to pension risk control inventory | $ 175.00 | 2 | $ 350.00 |
| 28-Jan-04 | Discuss revisions to pension risk control inventory with Ken Green | $ 175.00 | 0.5 | $ 87.50 |
| 28-Jan-04 | Develop process description for the pension process | $ 175.00 | 2 | $ 350.00 |
| 28-Jan-04 | Discuss Sarbanes Oxely approach and project scope for Grace with Ken Green and Victor Blanchard | $ 175.00 | 0.5 | $ 87.50 |
| 29-Jan-04 | Discuss portal and TSA upgrades with Barb Summerson | $ 175.00 | 0.2 | $ 35.00 |
| 29-Jan-04 | Assist in evaluation of portal upgrade with Shaun Landers and Cheryl Mathieu | $ 175.00 | 0.5 | $ 87.50 |
| 29-Jan-04 | Make revisions to the pension process work programm/test plan | $ 175.00 | 1 | $ 175.00 |
| 29-Jan-04 | Make revisions to the bankruptcy process flowchart | $ 175.00 | 1 | $ 175.00 |
| 29-Jan-04 | Performed various administrative activities/responsibilities for Sarbanes project planning/scoping/billing | $ 175.00 | 4 | $ 700.00 |
| 30-Jan-04 | Make revisions to pension process flowchart | $ 175.00 | 2.0 | $ 350.00 |
| 30-Jan-04 | Make revisions to bankruptcy process flowchart | $ 175.00 | 2.0 | $ 350.00 |
| 30-Jan-04 | Determine key risks and control for the merger and acquisition process | $ 175.00 | 2.0 | $ 350.00 |
| 30-Jan-04 | Post the revised pension risks and controls to the risk control matrix in the Portal | $ 175.00 | 2.0 | $ 350.00 |
| | **Totals** | | 100.7 | $17,622.50 |

**Protiviti Inc.**
**W. R. Grace & Co. Detailed Time Report**
**Month Ended January 31, 2004**

Name:  Kevin Strickler
Level:  Senior Consultant

| Date | Detailed Task / Activity | Bill Rate | Hours | Fees |
|------|-------------------------|-----------|-------|------|
| 12-Jan-04 | Client-related emails and phone calls | $ 175.00 | 1.0 | $ 175.00 |
| 12-Jan-04 | Discuss testing approach for Treasury process with Ken Green and Victor Blanchard (Protiviti Managers) | $ 175.00 | 0.5 | $ 87.50 |
| 12-Jan-04 | Review existing documentation for Treasury process | $ 175.00 | 2.5 | $ 437.50 |
| 12-Jan-04 | Develop Risk Control Inventory for Treasury process | $ 175.00 | 4.0 | $ 700.00 |
| 13-Jan-04 | Develop Risk Control Inventory for Treasury process | $ 175.00 | 6.0 | $ 1,050.00 |
| 13-Jan-04 | Prepare for kick-off meeting with Treasury department (agenda, develop questions, review existing documentation) | $ 175.00 | 2.0 | $ 350.00 |
| 14-Jan-04 | Prepare for kick-off meeting with Treasury department (agenda, develop questions, review existing documentation) | $ 175.00 | 2.0 | $ 350.00 |
| 14-Jan-04 | Kick-off meeting with Treasury department | $ 175.00 | 2.5 | $ 437.50 |
| 14-Jan-04 | Discussion with Victor, Ken, and Bob regarding testing approach to Treasury | $ 175.00 | 3.5 | $ 612.50 |
| 15-Jan-03 | Client-related emails and phone calls | $ 175.00 | 0.5 | $ 87.50 |
| 15-Jan-03 | Tracking Grace time and expenses | $ 175.00 | 1.0 | $ 175.00 |
| 15-Jan-04 | Develop Risk Control Inventory for Treasury process | $ 175.00 | 5.0 | $ 875.00 |
| 15-Jan-04 | Meeting with Dana Guzzo in Internal Audit regarding scope of Treasury department testing | $ 175.00 | 1.0 | $ 175.00 |
| 15-Jan-04 | Adjustments to Treasury process classification scheme as a result of meeting | $ 175.00 | 0.5 | $ 87.50 |
| 16-Jan-04 | Client-related emails and phone calls | $ 175.00 | 1.0 | $ 175.00 |
| 16-Jan-04 | Prepare treasury-related process description | $ 175.00 | 3.0 | $ 525.00 |
| 16-Jan-04 | Develop Risk Control Inventory for Treasury process | $ 175.00 | 4.0 | $ 700.00 |
| 20-Jan-04 | Client-related emails and phone calls | $ 175.00 | 0.5 | $ 87.50 |
| 20-Jan-04 | Prepare treasury-related process description | $ 175.00 | 2.0 | $ 350.00 |
| 20-Jan-04 | Review client treasury documentation | $ 175.00 | 1.0 | $ 175.00 |
| 20-Jan-04 | Research environmental risks and controls for Dana Guzzo | $ 175.00 | 1.0 | $ 175.00 |
| 20-Jan-04 | Treasury process flow interview with Tricia Roberts | $ 175.00 | 1.5 | $ 262.50 |
| 20-Jan-04 | Plot treasury process flows | $ 175.00 | 2.0 | $ 350.00 |
| 21-Jan-04 | Plot treasury process flows | $ 175.00 | 5.0 | $ 875.00 |
| 21-Jan-04 | Meet with Bob concerning Treasury DIP accrual process. | $ 175.00 | 1.5 | $ 262.50 |
| 21-Jan-04 | Develop Risk Control Inventory for Treasury process | $ 175.00 | 2.0 | $ 350.00 |
| 22-Jan-04 | Meet with Jenny concerning foreign exchange procedures | $ 175.00 | 1.5 | $ 262.50 |
| 22-Jan-04 | Plot treasury process flows | $ 175.00 | 2.0 | $ 350.00 |
| 22-Jan-04 | Investigate issue concerning foreign currency translation reporting | $ 175.00 | 3.5 | $ 612.50 |
| 22-Jan-04 | Meet with Assistant Director concerning evaluation | $ 175.00 | 1.0 | $ 175.00 |
| 23-Jan-04 | Track Grace time | $ 175.00 | 0.5 | $ 87.50 |
| 23-Jan-04 | Plot treasury process flows | $ 175.00 | 6.0 | $ 1,050.00 |
| 23-Jan-04 | Client-related emails and phone calls | $ 175.00 | 0.5 | $ 87.50 |
| 26-Jan-04 | Client-related emails and phone calls | $ 175.00 | 1.0 | $ 175.00 |
| 26-Jan-04 | Plot treasury process flows | $ 175.00 | 4.5 | $ 787.50 |
| 26-Jan-04 | Track Grace time | $ 175.00 | 0.5 | $ 87.50 |
| 26-Jan-04 | Develop Risk Control Inventory for Treasury process | $ 175.00 | 1.0 | $ 175.00 |
| 27-Jan-04 | Develop Risk Control Inventory for Treasury process | $ 175.00 | 3.0 | $ 525.00 |
| 27-Jan-04 | Develop Testplan for Treasury process | $ 175.00 | 3.0 | $ 525.00 |
| 27-Jan-04 | Develop Client Assistance List for Treasury process | $ 175.00 | 1.0 | $ 175.00 |
| 27-Jan-04 | Develop workpapers for Treasury process | $ 175.00 | 1.0 | $ 175.00 |
| 28-Jan-04 | Develop workpapers for Treasury process | $ 175.00 | 1.0 | $ 175.00 |
| 28-Jan-04 | Build risk control matrix for Treasury process in the Portal | $ 175.00 | 1.0 | $ 175.00 |
| 28-Jan-04 | Meet with Trisha concerning debt procedures | $ 175.00 | 0.5 | $ 87.50 |
| 28-Jan-04 | Develop Risk Control Inventory for Treasury process | $ 175.00 | 2.0 | $ 350.00 |
| 28-Jan-04 | Make changes to Treasury Process flows based on feedback from Jenny | $ 175.00 | 3.0 | $ 525.00 |
| 28-Jan-04 | Plot risks and controls on process flows | $ 175.00 | 0.5 | $ 87.50 |
| 28-Jan-04 | Client-related emails and phone calls | $ 175.00 | 0.5 | $ 87.50 |
| 29-Jan-04 | Meet with Bonita concerning various Treasury processes | $ 175.00 | 3.0 | $ 525.00 |
| 29-Jan-04 | Plot treasury process flows | $ 175.00 | 3.5 | $ 612.50 |
| 29-Jan-04 | Meeting with Cheryl to review SarbOx version 1.2 | $ 175.00 | 1.0 | $ 175.00 |
| 29-Jan-04 | Meet with Ren concerning debt processes | $ 175.00 | 1.0 | $ 175.00 |
| 30-Jan-04 | Plot treasury process flows | $ 175.00 | 6.0 | $ 1,050.00 |
| 30-Jan-04 | Meet with Bonita concerning various Treasury processes | $ 175.00 | 2.0 | $ 350.00 |
| 30-Jan-04 | Track Grace time | $ 175.00 | 0.5 | $ 87.50 |
| | **Totals** | | **112.0** | **$ 19,600.00** |