# EXHIBIT B

## EXHIBIT "B"

**Protiviti Inc.**
**W. R. Grace & Co. Preparation of Monthly Fee Applications**
**Period Covered: January 2004**

**Name:** Victor Blanchard
**Level:** Associate Director

| Date | Detailed Task / Activity | Bill Rate | Hours | Fees |
|---|---|---|---|---|
| 20-Jan-04 | Finalize and submit July 2003 fee application to Pachulsky Stang (PSZYJ&W) | $ 275.00 | 1.5 | $ 412.50 |
| 21-Jan-04 | Finalize and submit August 2003 fee application to Pachulsky Stang (PSZYJ&W) | $ 275.00 | 1.5 | $ 412.50 |
| 21-Jan-04 | Finalize and submit September 2003 fee application to Pachulsky Stang (PSZYJ&W) | $ 275.00 | 1.5 | $ 412.50 |
| 22-Jan-04 | Update my time tracking summary for recent activity | $ 275.00 | 1.0 | $ 275.00 |
| 22-Jan-04 | Make adjustments to the Protiviti time and expense tracking tools to address process changes related to the monthly fee application information needs | $ 275.00 | 2.0 | $ 550.00 |
| 23-Jan-04 | Finalize and prepare submission of October 2003 monthly fee application to PSZYJ&W | $ 275.00 | 1.5 | $ 412.50 |
| 27-Jan-04 | Provide documentation of monthly fee applications developed to date to Stephen Bossay | $ 275.00 | 1.0 | $ 275.00 |
| 27-Jan-04 | Finalize November monthly fee application including preparation of PDF files and email to PSZYJW | $ 275.00 | 1.0 | $ 275.00 |
| 27-Jan-04 | Review detailed time summaries from project participants in preparation for the December monthly fee application | $ 275.00 | 1.5 | $ 412.50 |
| 27-Jan-04 | Phone conversation with Patricia Cuniff to get clarification on Interim fee application processes, along with monthly fee application procedures | $ 275.00 | 0.2 | $ 55.00 |
| 28-Jan-04 | Finalize December monthly fee application and supporting schedules, and provide to Marie Hendrixson for review | $ 275.00 | 1.5 | $ 412.50 |
| 28-Jan-04 | Revise December monthly fee application and supporting schedules | $ 275.00 | 0.5 | $ 137.50 |
| 28-Jan-04 | Work on First Quarterly Fee Application for 3Q03 monthly fee apps submitted to the Court | $ 275.00 | 2.8 | $ 770.00 |
| 28-Jan-04 | Phone conversation with Jim Lawlor, WMD (Protiviti's external attorneys) to understand legal language included in the Quarterly Fee application documents | $ 275.00 | 0.2 | $ 55.00 |
| 29-Jan-04 | Receive suggested changes from Jim Lawlor and complete initial draft of the First Quarterly Fee Application | $ 275.00 | 1.5 | $ 412.50 |
| | **Totals** | | **19.2** | **$ 5,280.00** |

**Name:** Matthew Petito
**Level:** Senior Consultant

| Date | Detailed Task / Activity | Bill Rate | Hours | Fees |
|---|---|---|---|---|
| 20-Jan-04 | Finalize monthly invoices for July, August, September, and October 2003 in accordance with bankruptcy policy | $ 175.00 | 1.5 | $ 262.50 |
| 22-Jan-04 | Allocate hours incurred for Grace from June through January in accordance with bankruptcy fee application | $ 175.00 | 1 | $ 175.00 |
| 23-Jan-04 | Finalize monthly invoices for November and December 2003 in accordance with bankruptcy policy | $ 175.00 | 2.5 | $ 437.50 |
| 26-Jan-04 | Assisted Victor Blanchard with November and December monthly fee application in accordance with bankruptcy policies | $ 175.00 | 2 | $ 350.00 |
| 27-Jan-04 | Allocate hours incurred for Grace from June through January in accordance with bankruptcy fee application | $ 175.00 | 2.5 | $ 437.50 |
| 29-Jan-04 | Allocate hours incurred for Grace from June through January in accordance with bankruptcy fee application | $ 175.00 | 1.5 | $ 262.50 |
| | **Totals** | | **11.0** | **$ 1,925.00** |

**Grand Total** 30.2 $ 7,205.00