# EXHIBIT C

EXHIBIT "C"

Protiviti Inc.
W. R. Grace & Co. Expense Summary
Period Covered: January 2004

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| Transportation | N/A | $ 445.32 |
| Lodging | N/A | $ 363.45 |
| Sundry | N/A | $ 255.00 |
| Business Meals | N/A | $ 232.00 |
| Total | | $ 1,295.77 |

Protiviti Inc.
W. R. Grace & Co. Expense Tracking
Period Covered: January 2004

## Expense Detail — Expense Category

**Name:** Victor Blanchard
**Level:** Associate Director

| Date | Description of Expense | Amount | Transportation | Lodging | Sundry | Business Meals/ Entertainment | Totals |
|---|---|---|---|---|---|---|---|
| 8-Jan-04 | Lunch at Longhorn with Matt Petito to discuss his WR Grace performance evaluation prior to the Group Class meeting | $ 31.50 | | | | $ 31.50 | $ 31.50 |
| | Totals | $ 31.50 | $ - | $ - | $ - | $ 31.50 | $ 31.50 |

**Name:** Robert Mayer
**Level:** Director

| Date | Description of Expense | Amount | Transportation | Lodging | Sundry | Business Meals/ Entertainment | Totals |
|---|---|---|---|---|---|---|---|
| 14-Jan-04 | 108 miles R/T to Manchester Airport-(non-commute) | $ 40.50 | 40.50 | | | | $ 40.50 |
| 14-Jan-04 | Tolls to airport-(non-commute) | $ 2.00 | 2.00 | | | | $ 2.00 |
| 14-Jan-04 | Cab and grat from BWI airport to WR Grace, Columbia | $ 40.00 | 40.00 | | | | $ 40.00 |
| 14-Jan-04 | Breakfast en route traveling to client | $ 12.25 | | | | 12.25 | $ 12.25 |
| 14-Jan-04 | Dinner-evening, return from client | $ 23.75 | | | | 23.75 | $ 23.75 |
| 14-Jan-04 | Parking'-Manchester airport | $ 14.00 | 14.00 | | | | $ 14.00 |
| 19-Jan-04 | 128 miles R/T to Logan Airport, non commute late PM | $ 48.00 | 48.00 | | | | $ 48.00 |
| 19-Jan-04 | Tolls to airport-(non-commute) | $ 3.00 | 3.00 | | | | $ 3.00 |
| 19-Jan-04 | Taxi to airport fr offsite term park-raining no shuttle | $ 11.00 | 11.00 | | | | $ 11.00 |
| 19-Jan-04 | Beverage and snack at Airport-flight delayed weather | $ 11.25 | | | | 11.25 | $ 11.25 |
| 19-Jan-04 | Late dinner in Columbia-Lone Star rest | $ 24.00 | | | | 24.00 | $ 24.00 |
| 20-Jan-04 | Breakfast-Morgan rest & grat | $ 14.00 | | | | 14.00 | $ 14.00 |
| 20-Jan-04 | Beverage at hotel | $ 10.00 | | | | 10.00 | $ 10.00 |
| 20-Jan-04 | Dinner-Applebees, Columbia | $ 23.00 | | | | 23.00 | $ 23.00 |
| 21-Jan-04 | Breakfast-Morgan rest & Grat | $ 14.00 | | | | 14.00 | $ 14.00 |
| 21-Jan-04 | Beverage at hotel | $ 8.00 | | | | 8.00 | $ 8.00 |
| 21-Jan-04 | Dinner- P F Changs Columbia & grat | $ 25.00 | | | | 25.00 | $ 25.00 |
| 22-Jan-04 | Breakfast-Morgan rest & Grat | $ 14.25 | | | | 14.25 | $ 14.25 |
| 22-Jan-04 | Snack at Airport-flight delayed mechanical problems | $ 9.00 | | | | 9.00 | $ 9.00 |
| 22-Jan-04 | Evening Sandwich at Logan airport-flight arrival delayed | $ 12.00 | | | | 12.00 | $ 12.00 |
| 22-Jan-04 | 3 nights lodging Columbia Hilton Jan 19-22 (WRGrace corp rate) | $ 363.45 | | 363.45 | | | $ 363.45 |
| 22-Jan-04 | Rental car & Fuel- Jan 19-22 | $ 211.82 | 211.82 | | | | $ 211.82 |
| 22-Jan-04 | Term parking at airport | $ 75.00 | 75.00 | | | | $ 75.00 |
| | Totals | $ 1,009.27 | $ 445.32 | $ 363.45 | $ - | $ 200.50 | $ 1,009.27 |

Protiviti Inc.
W. R. Grace & Co. Expense Tracking
Period Covered: January 2004

**Name:** Kenneth Green
**Level:** Manager

### Expense Detail / Expense Category

| Date | Description of Expense | Amount | Transportation | Lodging | Sundry | Business Meals/ Entertainment | Totals |
|---|---|---|---|---|---|---|---|
| 15-Jan-04 | Third visit to "Passport Health" for follow-up vaccinations recommended by CDC and related to planned visit to Singapore and Malaysia | $ 255.00 | | | $ 255.00 | | $ 255.00 |
| | Totals | $ 255.00 | $ - | $ - | $ 255.00 | $ - | $ 255.00 |

| | Amount | Transportation | Lodging | Sundry | Business Meals/ Entertainment | Totals |
|---|---|---|---|---|---|---|
| Grand Totals | $ 1,295.77 | $ 445.32 | $ 363.45 | $ 255.00 | $ 232.00 | $ 1,295.77 |