# IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| | : | Case No. 01-01139 (JKF) |
| W. R. GRACE and CO., *et al.*[1], | : | (Jointly Administered) |
| | : | |
| Debtors. | : | Objection Deadline: April 19, 2004 |
| | : | Hearing Date:  TBD, if necessary |

## FEE DETAIL FOR PITNEY, HARDIN, KIPP AND SZUCH LLP'S
## THIRTY-FOURTH MONTHLY FEE APPLICATION FOR THE PERIOD
## FROM JANUARY 1, 2004 THROUGH JANUARY 31, 2004

---

[1]  The Debtors consist of the following 62 entities: W. R. Grace and Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace and Co.-Conn., A-1 Bit and Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc.), EandC Liquidating Corp., Emerson and Cuming, Inc.), Southern Oil, Resin and Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

## EXHIBIT A

### FEES FOR THE FEE PERIOD
### JANUARY 1, 2004 THROUGH JANUARY 31, 2004

Client: 082910 W.R. GRACE & CO.
Matter: 065656 Weja, Inc.

| | | | |
|---|---|---|---|
| 01/05/04 4 | Call to URS on remediation issues and call to client regarding same. W. Hatfield | 0.3 | 90.00 |
| 01/06/04 4 | Address draft of final order of judgment and address process of future costs provisions. W. Hatfield | 1.5 | 450.00 |
| 01/06/04 4 | Call with client on case issues and status of remediation. W. Hatfield | 1.0 | 300.00 |
| 01/06/04 4 | Memo to case team on status of remedy, CEA and DEP issues. W. Hatfield | 0.6 | 180.00 |
| 01/06/04 4 | Attention to reviewing case status and discuss form of order of final judgment with B. Hatfield. R. Rose | 0.5 | 197.50 |
| 01/06/04 4 | Review issues regarding possible appeal and follow up regarding same, including review of strategy. A. Marchetta | 0.3 | 139.50 |
| 01/07/04 4 | Attend to case issues and order. W. Hatfield | 1.0 | 300.00 |
| 01/07/04 4 | Review revised form of final judgment. R. Rose | 0.5 | 197.50 |
| 01/08/04 4 | Address draft final order and case issues with A. Marchetta and R. Rose. W. Hatfield | 1.0 | 300.00 |
| 01/08/04 4 | Conference with W. Hatfield to review regarding issues for appeal. A. Marchetta | 0.3 | 139.50 |
| 01/08/04 4 | Discuss draft of final order of judgment with B. Hatfield, including attention to revising draft. R. Rose | 0.8 | 316.00 |

| 01/14/04<br>15 | Address case issues and revise draft of final order.<br>W. Hatfield | 2.1 | 630.00 |

| 01/15/04<br>4 | Revise letters to client and adversary on Transcript of Court opinion.<br>W. Hatfield | 0.4 | 120.00 |

| 01/15/04<br>4 | Review Transcript of 12/12/03 Court Hearing.<br>W. Hatfield | 1.0 | 300.00 |

| 01/15/04<br><br>15 | Revise draft of final order of judgment and incorporate Court rulings from Transcript of 12/12/03 hearing.<br>W. Hatfield | 1.2 | 360.00 |

| 01/16/04<br><br>4 | Review revised form of final order of judgment and discuss same with B. Hatfield.<br>R. Rose | 0.6 | 237.00 |

| 01/16/04<br><br>4 | Attend to case issues on order and letter to F. Biehl, including R. Rose's comments on matter.<br>W. Hatfield | 2.9 | 870.00 |

| 01/16/04<br>4 | Attend to audit letter response.<br>W. Hatfield | 0.4 | 120.00 |

| 01/19/04<br><br>4 | Call with B. Miller on cleanup issues and status with DEP, DEP comment letter, and requirement for new RAW for gasoline in groundwater at site.<br>W. Hatfield | 0.7 | 210.00 |

| 01/19/04<br>4 | Review URS invoices and DEP comment letter from client on cleanup.<br>W. Hatfield | 0.4 | 120.00 |

| 01/19/04<br>4 | Prepare memo to client on case issues.<br>W. Hatfield | 1.4 | 420.00 |

| 01/20/04<br>4 | Prepare letter to F. Biehl on additional remedial costs and site cleanup.<br>W. Hatfield | 0.4 | 120.00 |

| 01/21/04<br>4 | Call with URS on remedial issues and CEA.<br>W. Hatfield | 0.3 | 90.00 |

| 01/22/04<br>4 | Attend to site remedial issues.<br>W. Hatfield | 0.6 | 180.00 |

| 01/23/04<br><br>4 | Attend and review prejudgment interest issues and prepare revised order and letter to adversary.<br>W. Hatfield | 1.4 | 420.00 |

| 01/29/04 4 | Attend to site remedial issues. W. Hatfield | 0.2 | 60.00 |

| 01/30/04 4 | Call with URS on remedial issues. W. Hatfield | 0.6 | 180.00 |

| 01/30/04 4 | Address case issues and strategy with R. Rose . W. Hatfield | 0.5 | 150.00 |

| 01/30/04 4 | Memo to A. Marchetta and R. Rose on case issues and remedial status and strategy. W. Hatfield | 1.8 | 540.00 |

| 01/30/04 4 | Discuss natural resources damages calculation with B. Hatfield in connection with appeal. R. Rose | 0.3 | 118.50 |

| 01/31/04 4 | Review information regarding NRD issues. A. Marchetta | 0.3 | 139.50 |

Attending to the items above:

01/29/04 4 — Attend to site remedial issues. W. Hatfield — 0.2 — 60.00

01/30/04 4 — Call with URS on remedial issues. W. Hatfield — 0.6 — 180.00

01/30/04 4 — Address case issues and strategy with R. Rose . W. Hatfield — 0.5 — 150.00

01/30/04 4 — Memo to A. Marchetta and R. Rose on case issues and remedial status and strategy. W. Hatfield — 1.8 — 540.00

01/30/04 4 — Discuss natural resources damages calculation with B. Hatfield in connection with appeal. R. Rose — 0.3 — 118.50

01/31/04 4 — Review information regarding NRD issues. A. Marchetta — 0.3 — 139.50

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| W. Hatfield | 21.70 | 300.00 | 6,510.00 |
| A. Marchetta | 0.90 | 465.00 | 418.50 |
| R. Rose | 2.70 | 395.00 | 1,066.50 |
| TOTALS | 25.30 | | 7,995.00 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| R. Rose | 4 | 2.7 | 395.00 | 1,066.50 |
| A. Marchetta | 4 | 0.9 | 465.00 | 418.50 |
| W. Hatfield | 4 | 18.4 | 300.00 | 5,520.00 |
| | 15 | 3.3 | 300.00 | 990.00 |
| TOTAL | | 25.3 | | 7,995.00 |

Client: 082910 W.R. GRACE & CO.
Matter: 095992 Chapter 11 Administration

| Date | Description | Timekeeper | Hours | Dollars |
|---|---|---|---|---|
| 01/09/04 11 | Review docket. | K. Jasket | 0.3 | 60.00 |
| 01/26/04 11 | Review docket. | K. Jasket | 0.4 | 80.00 |
| 01/26/04 11 | Drafted December 2003 fee application. | K. Jasket | 3.0 | 600.00 |
| 01/26/04 11 | Drafted Quarterly fee application for 11th Interim Period. | K. Jasket | 2.5 | 500.00 |
| 01/27/04 11 | Review and revise PHK&S's December, 2003 fee application. | S. Zuber | 0.2 | 70.00 |
| 01/29/04 11 | Review docket. | K. Jasket | 0.3 | 60.00 |
| 01/29/04 11 | Reviewed fee auditor's final report for the 10th Interim Period and attention to forwarding same to A. Marchetta and S. Zuber. | K. Jasket | 0.2 | 40.00 |
| 01/30/04 11 | Review and revise PHKS fee application for fourth quarter of 2003. | S. Zuber | 0.2 | 70.00 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| S. Zuber | 0.40 | 350.00 | 140.00 |
| K. Jasket | 6.70 | 200.00 | 1,340.00 |
| TOTALS | 7.10 | | 1,480.00 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| S. Zuber | 11 | 0.4 | 350.00 | 140.00 |
| K. Jasket | 11 | 6.7 | 200.00 | 1,340.00 |
| | TOTAL | 7.1 | | 1,480.00 |

Client: 082913 W.R. GRACE & CO.\INSURANCE CO
Matter: 000009 NY Superfund Action

| 12/15/03 15 | Research prejudgment interest issue. C. Nowicki | 1.1 | 231.00 |
|---|---|---|---|
| 12/15/03 15 | Work with B. Moffitt regarding prejudgment interest issue. C. Nowicki | 0.1 | 21.00 |
| 12/15/03 15 | Work with M. Waller regarding prejudgment interest issue. C. Nowicki | 0.1 | 21.00 |
| 12/16/03 15 | Research on prejudgment interest issue. C. Nowicki | 1.6 | 336.00 |
| 12/17/03 15 | Legal research on prejudgment interest accrual date. C. Nowicki | 0.4 | 84.00 |
| 12/17/03 15 | Draft memo regarding accrual date for prejudgment interest. C. Nowicki | 0.9 | 189.00 |
| 12/18/03 15 | Additional legal research on prejudgment interest issue. C. Nowicki | 0.8 | 168.00 |
| 12/18/03 15 | Revise memo on prejudgment interest to include additional research results. C. Nowicki | 0.3 | 63.00 |
| 01/02/04 15 | Reviewing Third Circuit opinion, case history, and outlining same and issues for proposed joint letter to the SDNY on remand. M. Waller | 1.7 | 586.50 |
| 01/05/04 4 | Conference with B. Moffitt and review J. Posner e-mails regarding court submission. A. Marchetta | 0.6 | 279.00 |
| 01/05/04 15 | Review letter from Fred Zaramby from J. Posner regarding defense costs. M. Waller | 0.1 | 34.50 |
| 01/05/04 15 | Reviewing e-mail from CNA counsel regarding proposed joint letter to the SDNY on remand pursuant to Court order and respond to same. M. Waller | 0.2 | 69.00 |

| 01/05/04 | Reviewing relevant files and drafting proposed joint letter to the SDNY on remand pursuant to Court order. | | |
|---|---|---|---|
| 15 | M. Waller | 4.2 | 1,449.00 |

| 01/05/04 | Work with M. Waller regarding preparation of letter to Judge Kaplan summarizing case and listing issues to be litigated. | | |
|---|---|---|---|
| 15 | B. Moffitt | 2.4 | 696.00 |

| 01/06/04 | Review and revise joint submission to court, including conferring with M. Waller and B. Moffitt regarding same and forwarding draft to adversary for comment. | | |
|---|---|---|---|
| 4 | A. Marchetta | 0.7 | 325.50 |

| 01/06/04 | Drafting additions and revisions to joint letter to the SDNY on remand pursuant to Court order, including following-up with A. Marchetta regarding same. | | |
|---|---|---|---|
| 15 | M. Waller | 1.1 | 379.50 |

| 01/06/04 | Finalizing joint letter to the SDNY on remand pursuant to Court order with B. Moffitt, including reviewing e-mail memorandum to CNA counsel regarding same. | | |
|---|---|---|---|
| 15 | M. Waller | 0.4 | 138.00 |

| 01/06/04 | Confer with A. Marchetta regarding proposed letter to DeCristofaro, including revising same and forwarding proposed letter to adversary. | | |
|---|---|---|---|
| 15 | B. Moffitt | 0.3 | 87.00 |

| 01/07/04 | Follow up with B. Moffitt regarding draft letter to Court regarding status and issues. | | |
|---|---|---|---|
| 15 | M. Waller | 0.2 | 69.00 |

| 01/07/04 | Review suggested changes to joint status letter to court received from CNA. | | |
|---|---|---|---|
| 15 | M. Waller | 0.3 | 103.50 |

| 01/07/04 | Working with B. Moffitt to revise letter to incorporate certain suggested changes to joint status letter to court received from CNA and review finalized letter, including e-mail to A. Marchetta regarding same | | |
|---|---|---|---|
| 15 | M. Waller | 1.3 | 448.50 |

| 01/07/04 | Review objection by CNA counsel to proposed letter to Judge Kaplan. | | |
|---|---|---|---|
| 15 | B. Moffitt | 0.4 | 116.00 |

| 01/07/04 | Confer with M. Waller regarding CNA counsel's objections. | | |
|---|---|---|---|
| 15 | B. Moffitt | 0.4 | 116.00 |

| 01/07/04 | Continued preparation of letter to Judge Kaplan to address objections by CNA's counsel and review file material regarding same. | | |
| 15 | B. Moffitt | 3.3 | 957.00 |

| 01/07/04 | Preparation of fax of revised draft of letter to Judge Kaplan to M. Waller. | | |
| 15 | B. Moffitt | 0.1 | 29.00 |

| 01/04 | Preparation of e-mail to A. Marchetta regarding status of letter to Judge Kaplan. | | |
| 15 | B. Moffitt | 0.1 | 29.00 |

| 01/08/04 | Review proposed letter to court, including reviewing same with B. Moffitt. | | |
| 4 | A. Marchetta | 0.7 | 325.50 |

| 01/08/04 | Review revised joint status letter to court as forwarded to CAN. | | |
| 15 | M. Waller | 0.1 | 34.50 |

| 01/08/04 | Confer with B. Moffitt regarding finalizing joint status letter to court as forwarded to CNA. | | |
| 15 | M. Waller | 0.3 | 103.50 |

| 01/08/04 | Telephone calls with CNA counsel regarding position on revised letter to Judge Kaplan. | | |
| 15 | B. Moffitt | 0.4 | 116.00 |

| 01/08/04 | Telephone calls with M. Waller regarding CNA counsel's position on revised letter to Judge Kaplan. | | |
| 15 | B. Moffitt | 0.3 | 87.00 |

| 01/08/04 | Confer with A. Marchetta regarding CNA counsel's position on revised letter to Judge Kaplan. | | |
| 15 | B. Moffitt | 0.2 | 58.00 |

| 01/08/04 | Finalize letter to Judge Kaplan and work with B. Benjamin regarding filing and service of same. | | |
| 15 | B. Moffitt | 0.5 | 145.00 |

| 01/08/04 | Obtain, review and arrange for letter to be delivered to Kaplan, J. in USDC-SDNY | | |
| 24 | S. Wattenberg | 0.3 | 40.50 |

| 01/09/04 | Follow up regarding information to client regarding letter to J. Kaplan. | | |
| 4 | A. Marchetta | 0.4 | 186.00 |

| 01/12/04 | Update the correspondence files, briefs and indexing database with recent documents. | | |

| | | | |
|---|---|---|---|
| 4 | D. Florence | 0.4 | 42.00 |
| 01/13/04 4 | Work with M. Waller and B. Moffitt regarding preparation for hearing. A. Marchetta | 0.5 | 232.50 |
| 01/13/04 15 | Confer with S. Parker regarding discovery requests and responses, settlement documents, etc., required from case file. M. Waller | 0.3 | 103.50 |
| 01/13/04 15 | Meeting with A. Marchetta and B. Moffitt regarding preparation for 1/23 court conference M. Waller | 0.2 | 69.00 |
| 01/13/04 15 | Follow up with B. Moffitt regarding file review and materials to prepare for 1/23 court conference. M. Waller | 0.1 | 34.50 |
| 01/13/04 15 | Draft e-mail memorandum to J. Posner regarding allocation issues, court conference, and additional information needed regarding payments by CNA for insurance. M. Waller | 0.4 | 138.00 |
| 01/13/04 15 | Work with A. Marchetta and M. Waller regarding preparation for conference before Judge Kaplan. B. Moffitt | 0.2 | 58.00 |
| 01/13/04 15 | Work with M. Waller and S. Parker regarding preparation for conference before Judge Kaplan. B. Moffitt | 0.2 | 58.00 |
| 01/13/04 4 | Worked with M. Waller and B. Moffitt in preparation for upcoming status conference before Judge Kaplan S. Parker | 0.2 | 23.00 |
| 01/14/04 15 | Telephone conference with J. Posner regarding status letter to court, discovery related to operation of policies, and potential witnesses regarding operation of CNA policies. M. Waller | 0.4 | 138.00 |
| 01/14/04 15 | Review e-mails requesting update of information concerning 10-K. B. Moffitt | 0.2 | 58.00 |
| 01/14/04 4 | Work with S. Parker regarding project regarding discovery between Grace and CNA. D. Florence | 0.3 | 31.50 |

| Date | Description | | |
|---|---|---|---|
| 01/14/04 4 | Discuss status of project regarding discovery between Grace and CNA.<br>D. Florence | 0.6 | 63.00 |
| 01/14/04 4 | Review case file for any discovery between Grace and CAN.<br>D. Florence | 0.8 | 84.00 |
| 01/14/04 4 | Perform database searches for any such discovery.<br>D. Florence | 0.7 | 73.50 |
| 01/14/04 4 | Create a chart detailing all interrogatories, document production requests and requests for admission, including cross referencing this chart with database and discovery files.<br>D. Florence | 1.1 | 115.50 |
| 01/14/04 4 | Perform searches to verify amount of production by both Grace and CNA, including comparison of deposition lists on ISYS and case file database to verify that all depositions are listed.<br>D. Florence | 1.5 | 157.50 |
| 01/14/04 4 | Worked with D. Florence regarding outlining details of scope of project to create a chronology of discovery exchanged between CNA and Grace regarding preparation for upcoming status conference before Judge Kaplan.<br>S. Parker | 0.3 | 34.5 |
| 01/14/04 4 | Worked with D. Florence regarding project status.<br>S. Parker | 0.6 | 69.00 |
| 01/14/04 4 | Reviewed file documents and compiled additional documents and information needed to prepare the chronology of discovery exchanged between CNA and Grace regarding preparation for status conference before Judge Kaplan.<br>S. Parker | 0.7 | 80.50 |
| 01/15/04 4 | Follow up regarding 10K and audit response.<br>A. Marchetta | 0.4 | 186.00 |
| 01/15/04 15 | Review draft inserts to 10K regarding insurance coverage litigation involving environmental claims, including following-up with A. Marchetta regarding revisions to same.<br>M. Waller | 0.2 | 69.00 |
| 01/15/04 4 | Review case file for any discovery and pleadings between Grace and CAN.<br>D. Florence | 0.9 | 94.50 |
| 01/15/04 | Update chart detailing all crossclaims, interrogatories, document production requests and requests for admission, including cross-referencing this list | | |

| | | | |
|---|---|---|---|
| 4 | with database and pleading files.<br>D. Florence | 2.3 | 241.50 |
| 01/15/04<br>4 | Discuss status of this project with S. Parker.<br>D. Florence | 0.2 | 21.00 |
| 01/15/04<br>4 | Worked with D. Florence regarding project status<br>S. Parker | 0.2 | 23.00 |
| 01/16/04<br>4 | Review 10K and statement regarding litigation.<br>A. Marchetta | 0.5 | 232.50 |
| 01/16/04<br>15 | Confer with S. Parker and review documents retrieved from files in preparation for 1/23 court conference.<br>M. Waller | 0.2 | 69.00 |
| 01/16/04<br>15 | Drafting additions and revisions to environmental liability summaries for 10-K statements and follow up with B. Moffitt regarding facts for same.<br>M. Waller | 0.7 | 241.50 |
| 01/16/04<br>15 | Work with M. Waller regarding 10-K request.<br>B. Moffitt | 0.3 | 87.00 |
| 01/16/04<br>4 | Update memo files and indexing database.<br>D. Florence | 0.3 | 31.5 |
| 01/16/04<br>4 | Assemble documents for M. Waller for review regarding discovery between Grace and CAN.<br>D. Florence | 1.1 | 115.5 |
| 01/16/04<br>4 | Make edits to discovery chart.<br>D. Florence | 0.2 | 21.00 |
| 01/16/04<br>4 | Work with S. Parker re: status of discovery chronology and supporting documents.<br>D. Florence | 0.5 | 52.50 |
| 01/16/04<br>4 | Worked with D. Florence regarding status of discovery chronology and documents compiled in support of same<br>S. Parker | 0.5 | 57.50 |
| 01/16/04<br>4 | Conducted database searches and reviewed file documents regarding compilation of additional information needed by M. Waller regarding preparation for status conference before Judge Kaplan.<br>S. Parker | 0.7 | 80.50 |

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 01/16/04 4 | Worked with M. Waller regarding status of information compiled regarding preparation for status conference before Judge Kaplan. | S. Parker | 0.2 | 23.00 |
| 01/19/04 15 | Reviewing depositions taken in Hatco and insurance matters on ISYS to identify insurance witnesses and issues. | M. Waller | 2.8 | 966.00 |
| 01/19/04 4 | Assemble a set of discovery documents between CNA and Grace for M. Waller. | D. Florence | 0.8 | 84.00 |
| 01/20/04 4 | Drafting response to audit letter request, including following-up with S. Parker in connection with same. | M. Waller | 0.9 | 310.50 |
| 01/20/04 15 | Confer with B. Moffitt regarding preparation for 1/23 court conference. | M. Waller | 0.3 | 103.50 |
| 01/20/04 15 | Working with S. Parker to compile and review depositions to identify insurance, brokers, and CNA deponents. | M. Waller | 0.5 | 172.50 |
| 01/20/04 15 | Follow up with S. Parker regarding depositions of insurance brokers, Grace claims personnel, and CNA deponents and indexes of same. | M. Waller | 0.3 | 103.50 |
| 01/20/04 15 | Confer with A. Marchetta and M. Waller regarding preparation for initial conference before Judge Kaplan on remand. | B. Moffitt | 0.4 | 116.00 |
| 01/20/04 4 | Reviewed database of deposition testimony in related cases as requested by M. Waller regarding compilation of all CNA deposition testimony in preparation for upcoming status conference before Judge Kaplan | S. Parker | 0.3 | 34.50 |
| 01/20/04 4 | Worked with M. Waller regarding review of list of deposition testimony in related cases in order to determine all relevant CNA deposition testimony in preparation for upcoming status conference before Judge Kaplan | S. Parker | 0.5 | 57.50 |
| 01/20/04 4 | Conducted system searches regarding retrieval of charts outlining deposition testimony in other WR Grace insurance litigations in order to determine all relevant CNA deposition testimony in preparation for upcoming status conference before Judge Kaplan | S. Parker | 0.4 | 46.00 |

| | | | |
|---|---|---|---|
| 01/20/04 | Worked with M. Waller regarding charts from other WR Grace insurance litigations which categorize deposition testimony by insurance carrier in order to determine all relevant CNA deposition testimony in preparation for upcoming status conference before Judge Kaplan | | |
| 4 | S. Parker | 0.2 | 23.00 |
| 01/21/04 | Confer with B. Moffitt regarding preparation for 1/23 court conference. | | |
| 15 | M. Waller | 0.3 | 103.50 |
| 01/21/04 | Work with M. Waller regarding preparation for initial conference on remand before Judge Kaplan. | | |
| 15 | B. Moffitt | 0.3 | 87.00 |
| 01/22/04 | Prepare for court conference. | | |
| 4 | A. Marchetta | 0.8 | 372.00 |
| 01/22/04 | Prepare for 1/23 conference and reviewing prior correspondence, discovery information, and legal memos in preparation for same. | | |
| 15 | M. Waller | 1.9 | 655.50 |
| 01/22/04 | Meeting with A. Marchetta and B. Moffitt to prepare for 1/23 hearing. | | |
| 15 | M. Waller | 0.3 | 103.50 |
| 01/22/04 | Working with B. Moffitt to prepare discovery schedule for 1/23 conference. | | |
| 15 | M. Waller | 1.2 | 414.00 |
| 01/22/04 | Work with A. Marchetta and M. Waller regarding discovery and expert issues on remand. | | |
| 15 | B. Moffitt | 0.3 | 87.00 |
| 01/22/04 | Preparation of proposed discovery and pre-trial schedule to present to Judge Kaplan at initial conference, including working with M. Waller regarding same. | | |
| 15 | B. Moffitt | 1.2 | 348.00 |
| 01/22/04 | Reviewed file documents regarding retrieval of 1999 Posner affidavit regarding preparation for case management conference before Judge Kaplan, including copying relevant pages for M. Waller. | | |
| 24 | S. Parker | 0.7 | 80.50 |
| 01/23/04 | Prepare for court conference regarding scheduling. | | |
| 4 | A. Marchetta | 3.4 | 1,581.00 |
| 01/23/04 | Prepare for and attend court mandated conference with Judge Kaplan with A. Marchetta. | | |

| | | | |
|---|---|---|---|
| 15 | M. Waller | 3.2 | 1,104.00 |
| 01/23/04 | Telephone call with A. Marchetta regarding outcome of initial conference on remand before Judge Kaplan, including conferring S. Parker regarding required follow up regarding same. | | |
| 15 | B. Moffitt | 0.2 | 58.00 |
| 01/26/04 | Follow up with S. Parker regarding summaries of prior discovery and discovery issues. | | |
| 15 | M. Waller | 0.3 | 103.50 |
| 01/26/04 | Confer with B. Moffitt regarding review of prior discovery and discovery issues. | | |
| 15 | M. Waller | 0.3 | 103.50 |
| 01/26/04 | Work with M. Waller regarding discovery issues on remand. | | |
| 15 | B. Moffitt | 0.3 | 87.00 |
| 01/26/04 | Work with S. Parker regarding discovery issues on remand. | | |
| 15 | B. Moffitt | 0.2 | 58.00 |
| 01/26/04 | Worked with B. Moffitt regarding brief outline of upcoming projects resulting from case management conference before Judge Kaplan | | |
| 24 | S. Parker | 0.2 | 23.00 |
| 01/27/04 | Review Orders from Court and issues regarding same. | | |
| 4 | A. Marchetta | 0.2 | 93.00 |
| 01/27/04 | Reviewing discovery materials and indexes in connection with same from S. Parker for letter to CNA regarding discovery produced and remaining issues. | | |
| 15 | M. Waller | 0.7 | 241.50 |
| 01/27/04 | Draft letter to client regarding results of 1/23 Court conference. | | |
| 15 | M. Waller | 0.3 | 103.50 |
| 01/27/04 | Review e-mail from Court Clerk regarding orders by Judge Kaplan and review Orders. | | |
| 15 | M. Waller | 0.3 | 103.50 |
| 01/27/04 | Follow up with S. Parker and B. Moffitt regarding site and claim documents previously produced in litigation. | | |
| 15 | M. Waller | 0.3 | 103.50 |
| 01/27/04 | Work with M. Waller and S. Parker regarding discovery. | | |
| 15 | B. Moffitt | 0.2 | 58.00 |

14

| 01/27/04 | Accessed website of SDNY and downloaded recently issued scheduling and trial orders and distributed copies of same to A. Marchetta, M. Waller and B. Moffitt. | | |
| 4 | S. Parker | 0.4 | 46.00 |
| 01/27/04 | Worked with M. Waller regarding development of strategy and related tasks, including file review to determine discovery status and scope of parties' document productions. | | |
| 4 | S. Parker | 1.0 | 115.00 |
| 01/27/04 | Began conducting database searches and review of file documents as requested by M. Waller regarding scope of parties' document productions, categorized by site and bates range. | | |
| 4 | S. Parker | 0.9 | 103.50 |
| 01/28/04 | Working with S. Parker regarding development of strategy and related tasks, including file review to determine discovery status and scope of parties' document productions. | | |
| 15 | M. Waller | 1.0 | 345.00 |
| 01/28/04 | Continued project to determine scope of all of parties' document productions, including all third party productions and documents produced pursuant to FOIA requests, including review of indexing databases, production indices and relevant. | | |
| 4 | S. Parker | 3.9 | 448.50 |
| 01/28/04 | Prepared reports outlining same by site, document source, bates range, and production status regarding same. | | |
| 4 | S. Parker | 0.5 | 57.50 |
| 01/28/04 | Worked with M. Waller regarding project status and explanation of supplementary assignments. | | |
| 4 | S. Parker | 0.9 | 103.50 |
| 01/29/04 | Meeting with S. Parker regarding prior productions and discovery in matter. | | |
| 15 | M. Waller | 0.4 | 138.00 |
| 01/29/04 | Telephone conference with J. Posner, F. Zaremby and J. Port regarding calculation of defense costs and settlement strategies. | | |
| 15 | M. Waller | 0.4 | 138.00 |
| 01/29/04 | Review prior research and draft memorandum to J. Posner, F. Zaremby and J. Port regarding pre-judgment interest rate. | | |
| 15 | M. Waller | 0.4 | 138.00 |

| 01/29/04 | Reviewing information regarding site information produced to date with S. Parker for letter to CNA and working with S. Parker regarding same. | | |
| 15 | M. Waller | 0.9 | 310.50 |

| 01/29/04 | Conducted database searches and reviewed file documents as requested by M. Waller re: compilation of legal analysis and memoranda outlining prior litigation strategy re: formulation of strategy for current litigation\discovery status, including making copies of same. | | |
| 4 | S. Parker | 2.4 | 276.00 |

| 01/29/04 | Worked with M. Waller regarding status of database searches and review of file documents, and discussed supplemental assignments based upon results of same. | | |
| 4 | S. Parker | 0.4 | 46.00 |

| 01/30/04 | Meeting with M. Waller regarding damages claim, including sending information to client regarding scheduling order and trial order. | | |
| 4 | A. Marchetta | 0.5 | 232.50 |

| 01/30/04 | Confer with A. Marchetta regarding call with J. Posner and calculation of defense costs and follow up with D. Garvey to collect supporting documentation. | | |
| 15 | M. Waller | 0.4 | 138.00 |

| 01/30/04 | Drafting letter to CNA counsel regarding documents already produced to date. | | |
| 15 | M. Waller | 0.7 | 241.50 |

| 01/31/04 | Follow up regarding request for information on damages. | | |
| 4 | A. Marchetta | 0.3 | 139.50 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| A. Marchetta | 9.00 | 465.00 | 4,185.00 |
| M. Waller | 30.50 | 345.00 | 10,522.50 |
| B. Moffitt | 12.40 | 290.00 | 3,596.00 |
| C. Nowicki | 5.30 | 210.00 | 1,113.00 |
| D. Florence | 11.70 | 105.00 | 1,228.50 |
| S. Parker | 16.10 | 115.00 | 1,851.50 |
| S. Wattenberg | 0.30 | 135.00 | 40.50 |
| TOTALS | 85.30 | | 22,537.00 |

## FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 4 | 9.0 | 465.00 | 4,185.00 |
| M. Waller | 4 | 0.9 | 345.00 | 310.50 |
| | 15 | 29.6 | 345.00 | 10,212.00 |
| C. Nowicki | 15 | 5.3 | 210.00 | 1,113.00 |
| B. Moffitt | 15 | 12.4 | 290.00 | 3,596.00 |
| D. Florence | 4 | 11.7 | 105.00 | 1,228.50 |
| S. Parker | 4 | 15.2 | 115.00 | 1,748.00 |
| | 24 | 0.9 | 115.00 | 103.50 |
| S. Wattenberg | 24 | 0.3 | 135.00 | 40.50 |
| TOTAL | | 85.3 | | 22,537.00 |

Client: 082910 W.R. GRACE & CO.
Matter: 062416 Prudential, et al.

| 01/21/04 | Conducted database searches and reviewed file documents in Prudential litigation as requested by client regarding retrieval of WR Grace's Rule 56.1 statement, including attention to service of same via fax. | | |
|---|---|---|---|
| 4 | S. Parker | 0.4 | 46.00 |

| 01/30/04 | Reviewed file documents as requested by A. Marchetta regarding compilation of information regarding buildings' status, including working with A. Marchetta regarding status of same. | | |
|---|---|---|---|
| 4 | S. Parker | 0.7 | 80.50 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| S. Parker | 1.10 | 115.00 | 126.50 |
| TOTALS | 1.10 | | 126.50 |

17

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| S. Parker | 4 | 1.1 | 115.00 | 126.50 |
| TOTAL | | 1.1 | | 126.50 |

Client: 082910 W.R. GRACE & CO.
Matter: 102292 Tahari, Ltd.

| | | | | |
|---|---|---|---|---|
| 01/05/04 | Review status of matter and list outstanding tasks or open issues. | | | |
| 4 | J. Scordo | | 0.1 | 38.00 |
| 01/07/04 | Review/analysis of Tahari's motion to amend Answer and proposed Amended Answer. | | | |
| 15 | B. Benjamin | | 0.3 | 108.00 |
| 01/07/04 | Draft correspondence to A. Nagy and V. Finklestein regarding Tahari's motion to amend Answer to include claims for civil rights violations. | | | |
| 15 | B. Benjamin | | 0.2 | 72.00 |
| 01/08/04 | Follow up regarding new motion. | | | |
| 4 | A. Marchetta | | 0.2 | 93.00 |
| 01/09/04 | E-mails and follow up regarding motions with B. Benjamin. | | | |
| 4 | A. Marchetta | | 0.3 | 139.50 |
| 01/09/04 | Attendance at Court hearing regarding Tahari's motion to amend Answer. | | | |
| 15 | B. Benjamin | | 2.6 | 936.00 |
| 01/09/04 | Draft correspondence to A. Nagy and V. Finklestein regarding results of hearing on Tahari's motion to amend Answer. | | | |
| 15 | B. Benjamin | | 0.2 | 72.00 |
| 01/12/04 | Telephone conferences regarding summary judgment motion and appeal. | | | |
| 4 | A. Marchetta | | 0.4 | 186.00 |
| 01/13/04 | Telephone conference with A. Nagy regarding possible outcomes of litigation, Grace's exposure, and reversing reserve. | | | |
| 15 | B. Benjamin | | 0.1 | 36.00 |
| 01/15/04 | Telephone call with Barry Benjamin regarding hearing. | | | |
| 4 | A. Marchetta | | 0.2 | 93.00 |

| 01/15/04 | Draft Affirmation in Further Support of Motion to Dismiss Tahari's claims set forth in Amended Answer, Counterclaims and Cross-Claims, including telephone conference with C. Boubol, counsel for Landlord, regarding motion papers and oral argument. | | |
| 15 | B. Benjamin | 2.6 | 936.00 |
| 01/15/04 | Obtain Supreme Court, New York County docket sheet, research status of case, confirm that conference is ret 1/16/04. Confirm with part and docket and inform B. Benjamin. | | |
| 15 | S. Wattenberg | 0.3 | 40.50 |
| 01/16/04 | Telephone calls regarding status and court hearing. | | |
| 4 | A. Marchetta | 0.2 | 93.00 |
| 01/16/04 | Attendance at Oral Argument before Justice Tolub on Landlord's Motion for Summary Judgment to eject Tahari. | | |
| 15 | B. Benjamin | 2.6 | 936.00 |
| 01/16/04 | Draft correspondence to A. Nagy and V. Finkelstein regarding summary of oral argument. | | |
| 15 | B. Benjamin | 0.2 | 72.00 |
| 01/19/04 | Draft and revise and finalize Audit Letter Response summarizing action to date. | | |
| 15 | B. Benjamin | 0.4 | 144.00 |
| 01/20/04 | Work on audit insert. | | |
| 4 | J. Scordo | 0.1 | 38.00 |
| 01/22/04 | Review and analysis regarding Tahari's sur-Reply to Landlord's motion for summary judgment | | |
| 15 | B. Benjamin | 0.1 | 36.00 |
| 01/22/04 | Telephone conference with C. Boubol, counsel for Landlord, re responding to Tahari's sur-Reply on Motion for summary judgment | | |
| 15 | B. Benjamin | 0.2 | 72.00 |
| 01/23/04 | Review/analysis of Tahari's Amended Answer with Cross-Claims against Grace. | | |
| 15 | B. Benjamin | 0.5 | 180.00 |
| 01/23/04 | Draft correspondence to A. Nagy and V. Finkelstein regarding Tahari's Amended Answer, including response options. | | |
| 15 | B. Benjamin | 0.2 | 72.00 |
| 01/27/04 | Telephone conferences with A. Mack, counsel for Tahari, and with Court | | |

|  |  |  |  |
|---|---|---|---|
|  | Clerks, regarding rescheduling pre-argument conference for appeal. |  |  |
| 15 | B. Benjamin | 0.3 | 108.00 |
| 01/28/04 | Draft correspondence to V. Finkelstein and review Trizec's pleading against Grace and Tahari regarding Trizec's demand for payment of balance due and owing. |  |  |
| 15 | B. Benjamin | 0.3 | 108.00 |
| 01/30/04 | Telephone calls and follow up with client regarding response to motion. |  |  |
| 4 | A. Marchetta | 0.3 | 139.50 |
| 01/30/04 | Review files for settlement information to refute Rosenholz's assertion that sublease was extended, including meeting with A. Marchetta and S. Parker regarding same. |  |  |
| 4 | J. Scordo | 0.9 | 342.00 |
| 01/30/04 | Telephone conference with V. Finkelstein and A. Marchetta regarding motion against Tahari and Rosenholc for frivolous motion practice and claims. |  |  |
| 15 | B. Benjamin | 0.2 | 72.00 |
| 01/30/04 | Reviewed file documents as requested by J. Scordo regarding compilation of documents outlining the negotiation of the 2002 settlement agreement. |  |  |
| 4 | S. Parker | 0.8 | 92.00 |
| 01/30/04 | Worked with A. Marchetta and J. Scordo regarding status of compilation of documents outlining the negotiation of the 2002 settlement agreement. |  |  |
| 4 | S. Parker | 0.3 | 34.50 |
| 01/30/04 | Performed supplementary file review regarding compilation of additional documents regarding negotiation of the 2002 settlement agreement. |  |  |
| 4 | S. Parker | 0.5 | 57.50 |
| 01/30/04 | Retrieved Coudbert Brothers file from storage, attention to organizing same and forwarding to B. Benjamin as requested. |  |  |
| 4 | S. Parker | 0.2 | 23.00 |

<u>Attorney Summary</u>

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| A. Marchetta | 1.60 | 465.00 | 744.00 |
| J. Scordo | 1.10 | 380.00 | 418.00 |
| B. Benjamin | 11.00 | 360.00 | 3,960.00 |
| S. Parker | 1.80 | 115.00 | 207.00 |
| S. Wattenberg | 0.30 | 135.00 | 40.50 |

TOTALS   15.80                                    5,369.50

## FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 4 | 1.6 | 465.00 | 744.00 |
| J. Scordo | 4 | 1.1 | 380.00 | 418.00 |
| B. Benjamin | 15 | 11.0 | 360.00 | 3,960.00 |
| S. Parker | 4 | 1.8 | 115.00 | 207.00 |
| S. Wattenberg | 15 | 0.3 | 135.00 | 40.50 |
| TOTAL | | 15.8 | | 5,369.50 |

Client: 082910 W.R. GRACE & CO.
Matter: 108536 Wappinger Shopping Center LLC

01/14/04        Review and analysis of Prime Lease and Sublease with Tenant (Goodwill), including telephone conference with V. Finkelstein regarding ability to withhold rent after roof collapse and related rights under Lease and Sublease.
14              B. Benjamin                          1.6              576.00

01/15/04        Continue review and analysis of various provisions of Prime Lease and Sublease regarding Landlord's obligation to repair roof, including Tenant's obligations and rights to withhold/abate rent and telephone conference with V. Finkelstein regarding same.
14              B. Benjamin                          1.9              684.00

01/16/04        Review of Channel files and Randy Strange's files for documents relating to Wappinger Falls.
14              D. Florence                          2.3              241.50

01/16/04        Confer with S. Parker regarding review of Channel files for documents relating to Wappinger Falls.
14              D. Florence                          0.4              42.00

01/16/04        Worked with D. Florence regarding review of files from prior litigations regarding compilation of all documents pertaining to the Wappinger Falls store.
14              S. Parker                            0.4              46.00

<u>Attorney Summary</u>

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| B. Benjamin | 3.50 | 360.00 | 1,260.00 |
| D. Florence | 2.70 | 105.00 | 283.50 |
| S. Parker | 0.40 | 115.00 | 46.00 |
| TOTALS | 6.60 | | 1,589.50 |

## FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| B. Benjamin | 14 | 3.5 | 360.00 | 1,260.00 |
| D. Florence | 14 | 2.7 | 105.00 | 283.50 |
| S. Parker | 14 | 0.4 | 115.00 | 46.00 |
| TOTAL | | 6.6 | | 1,589.50 |