# EXHIBIT B

# EXHIBIT B

## EXPENSES FOR THE FEE PERIOD
## JANUARY 1, 2004 THROUGH JANUARY 31, 2004

Engagement Costs – Weja, Inc.

| | | |
|---|---|---:|
| 12/12/03 | PD TRAVEL EXPENSES; RGR; CK# 257234[2] | 9.50 |
| 01/28/04 | CK# 1110 FROM TAPE REPORTERS, INC. DATED 1/12/04 FOR UNBILLED ENGAGEMENTS COSTS | -75.00 |
| | Duplicating | 95.70 |
| | Telephone | 23.46 |
| | Matter Total Engagement Cost | 53.66 |

Engagement Costs – Chapter 11 Administration

| | | |
|---|---|---:|
| 12/29/03 | PD UPS TO WILMINGTON DE; KMJ; INV# 81207014 | 7.74 |
| | Matter Total Engagement Cost | 7.74 |

Engagement Costs – NY Superfund Action

| | | |
|---|---|---:|
| 01/08/04 | Pd BMW Messenger to New York; bmb; Ck# 256744[3] | 28.90 |
| 01/30/04 | DOCUMENT ACCESS FACILITY--ANNEX--JANUARY 2004 | 2148.00 |
| | Computer Assisted Research[4] | 29.34 |
| | Duplicating | 47.74 |
| | Matter Total Engagement Cost | 2,253.98 |

---

[2] See Direct Engagement Cost Expense Report for Robert G. Rose dated 12/10/03 – 12/12/03 attached hereto as Exhibit 1.

[3] See Invoice No. A18412 from BMW Messenger Service Inc. dated 1/11/2004 attached hereto as Exhibit 2.

[4] See Engagement Cost Report dated 1/2/2004 to 2/29/2004 for the NY Superfund Action attached hereto as Exhibit 3.

23

# EXHIBIT 1

PITNEY, HARDIN, KIPP & SZUCH LLP

ENGAGEMENT COST EXPENSE REPORT

NAME  ROBERT G. ROSE

RECEIVED  DEC 30 2003

Period From 12/10/03 to 12/12/03    Note: Documentation must be attached for each individual expense of $25 or more

| DATE | DESCRIPTION | Auto Expense | | | Hotel or Lodging | Business Meals | Other Expenses | Total Expenses | Client No./ Matter No. or Firm Charge |
|---|---|---|---|---|---|---|---|---|---|
| | | Miles | Amount | Parking Tolls | | | | | |
| 12/12/03 | Travel to Hudson County Court House for Conference with Judge McLaughlin | | | 9.50 | | | | 9.50 | 082910.065656 |
| | | | | | | | | | |
| | | | | | | | TOTAL | 57.00 | |

ENTERED IN 03
COMPUTER BY: 2.3 1/05
1/31/04

I certify that I have incurred all the expenses above on behalf of the Firm and that they are all directly related to the active conduct of the Firm's business.

Signature  /s/ [signature]    Date: 12/24/03    PITNEY HARDIN KIPP & SZUCH LLP

PAID  JAN 29 2004

Expenses Reported  —
Cash Advance Applied  $
Balance Due  $

10501 - 12.-
57501 - 45.-

# EXHIBIT 2

# BMW MESSENGER SERVICE INC.
### 1170 BROADWAY SUITE 209, NEW YORK, NY 10001
### Phone: (212)889-2699

NEW YORK

APPROVED
VENDOR NO. 0492
CHK NO. 256744
/0501

1/19/04
Okay to pay.
Shari Davis

| INVOICE TO: | | |
|---|---|---|
| PITNEY HARDIN | Invoice No: | A18412 |
| 685 THIRD AVENUE | Invoice Run: | 1557 |
| 20TH FL | Invoice Date: | 01/11/2004 |
| NEW YORK, NY 10022 | Cut Off Date: | 01/11/2004 |
| Attn: SHARI DAVIS | Account #: | 1513 |

REFERENCE:

| Date / Docket # / Service | Booked By / AD # | Pickup Address | Delivery Address | Base / Surcharges | Total |
|---|---|---|---|---|---|

REFERENCE: 08291300009 B BENJAMIN  (08291 3/000007)

| Date / Docket # / Service | Booked By / AD # | Pickup Address | Delivery Address | Base / Surcharges | Total |
|---|---|---|---|---|---|
| 01/08/2004 265021 MESSENGER | STEVE WATTENBER | PITNEY HARDIN 685 THIRD AVENUE NEW YORK 10022 *** Surcharges: rush - | 225 BWAY NEW YORK | 10.45 4.00 | 14.45 |
| 01/08/2004 265022 MESSENGER | STEVE WATTENBER | PITNEY HARDIN 685 THIRD AVENUE NEW YORK 10022 *** Surcharges: rush - | 500 PEARL ST NEW YORK 10005 | 10.45 4.00 | 14.45 |

|  | Dockets | Base | Surcharges | Total |
|---|---|---|---|---|
| Sub-Totals For This Group: | 2 | 20.90 | 8.00 | 28.90 |

# EXHIBIT 3

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | Case No. 01-01139 (JKF) |
| W. R. GRACE & CO., et al.[1], | : | (Jointly Administered) |
| | : | |
| Debtors. | : | |
| | : | Objection Deadline: April 5, 2004 |
| | : | Hearing Date: TBD, if necessary |

## VERIFICATION

ANTHONY J. MARCHETTA, after being duly sworn according to law, deposes and says:

1. I am a partner with the applicant firm, Pitney, Hardin, Kipp & Szuch LLP, and am a member in good standing of the bars of the State of New Jersey, the United States District Court for the District of New Jersey, the United States Court of Appeals for the Third Circuit, the United States District Court for the Northern District of New York, the United States District Court for the Eastern District of New York, the United States District Court for the Southern

---

a. _____

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

District of New York, the United States Court of Appeals for the Second Circuit, the United States Claims Court, the United States Tax Court, and the Supreme Court of the United States.

2. I have personally performed certain of, and overseen, the legal services rendered by Pitney, Hardin, Kipp & Szuch LLP as counsel to the Debtors and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

3. The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

Florham Park, New Jersey  
Dated: March 12, 2004

Respectfully submitted,  
PITNEY, HARDIN, KIPP & SZUCH LLP

_____  
Anthony J. Marchetta, Esq.  
(Mail) P.O. Box 1945  
Morristown, NJ 07962-1945  
(Delivery) 200 Campus Drive  
Florham Park, NJ 07932-0950

2

3/5/2004  
3:44 PM  
Includes: Soft, Billed

Pitney, Hardin, Kipp & Szuch, LLP  
**Engagement Cost Report**  
Periods: 200401 To 200429  Dates: 1/2/2004 To 2/29/2004

(_PHDSB02JB)  
Req'd By: KANDOLAB  
Currency: USD

Client: 082913  W.R. GRACE & CO.\INSURANCE CO  
Matter: 000009  NY Superfund Action

| Trans Date | Disb | Description | Disb ID | Task Code | Bill Num | Bill Date | Base Amount | To Bill Amount | Billed Amount |
|---|---|---|---|---|---|---|---|---|---|
| | | **Client: 082913  W.R. GRACE & CO.\INSURANCE CO** | | | | | | | |
| | | **Cost Code: CAR  Computer Assisted Research** | | | | | | | |
| 1/25/2004 | CAR | | 1697401 | | 2043585 | 2/12/2004 | $2.50 | $2.50 | $2.50 |
| 1/25/2004 | CAR | | 1697416 | | 2043585 | 2/12/2004 | $2.50 | $2.50 | $2.50 |
| 1/31/2004 | CAR | | 1699568 | | 2043585 | 2/12/2004 | $13.19 | $13.19 | $13.19 |
| 1/31/2004 | CAR | | 1699569 | | 2043585 | 2/12/2004 | $6.15 | $6.15 | $6.15 |
| 1/31/2004 | CAR | | 1699709 | | 2043585 | 2/12/2004 | $2.50 | $2.50 | $2.50 |
| 1/31/2004 | CAR | | 1699732 | | 2043585 | 2/12/2004 | $2.50 | $2.50 | $2.50 |
| | | Cost Code CAR Totals: | | | | | $29.34 | $29.34 | $29.34 |
| | | **Matter 000009 Totals:** | | | | | $29.34 | $29.34 | $29.34 |
| | | **Client 082913 Totals:** | | | | | $29.34 | $29.34 | $29.34 |
| | | **Report Totals** | | | | | $29.34 | $29.34 | $29.34 |

Page: 1