

FILED
'04 MAR 26 AM 10:
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

March 22, 2004

Office of the Clerk
United States Bankruptcy Court
District of Delaware
6th Floor
824 Market St
Wilmington, DE 19801

Re: Docket 5279
Objection to Transfer of Claim $325.83

Dear Sir or Madam:

We object to the transfer of our claim against W.R. Grace & Co., et al in the amount of $325.83 to Portia Partners, LLC. We did not authorize this transfer.

Sincerely,
VANTON PUMP & EQUIPMENT CORP.

John H. Brodeur
Treasurer

cc   Bankruptcy Management Corporation (Claims Reconciliation & Solicitation Consultant)
      1330 East Franklin Ave
      El Segundo, CA 90245

**VANTON PUMP & EQUIPMENT CORP.**
201 Sweetland Avenue
Hillside, NJ 07205-1793
Tel: 908-688-4216 • Fax: 908-686-9314
E-mail: mkt@vanton.com • Web: www.vanton.com