## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re:  W.R. GRACE & CO., et al., | Chapter 11 |
| Debtors, | Bankruptcy No. 01-01139 (JFK) |
| | (Jointly Administered) |
| | **NO ORDER REQUIRED** |

## CERTIFICATE OF NO OBJECTION REGARDING DOCKET NO. 5119

The undersigned hereby certifies that, as of the date hereof, he has received no answer,

objection or other responsive pleading to the Verified Application (the "Application") of

Richardson Patrick Westbrook & Brickman, LLC ("RPWB") for Compensation for Services and

Reimbursement of Expenses as ZAI Lead Special Counsel for the Interim Period from

November 1, 2003 through November 30, 2003 (Docket No. 5119). The undersigned further

certifies that he has reviewed the Court's docket in this case and no objection or other responsive

pleading to the Application appears thereon.  Pursuant to the Application, objections were to be

filed no later than 4:00 p.m. on March 9, 2004.

Pursuant to the Administrative Order Under U.S.C. §§ 105(a) and 331 Establishing

Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and

Official Committee Members (the "Order") dated May 3, 2001, the Debtors are authorized to pay

the aggregate total of $10,958.86[1] requested in the Application upon the filing of this

Certification and without the need for entry of a Court order approving the Application.

---

[1] The aggregate total is a result of the addition of 80% of the fees sought ($13,566.00) equaling $10,852.80 and
100% of the expenses sought ($106.03) during the time frame of November 1, 2003 through November 31, 2003.

Dated: March 29, 2004
      Wilmington, DE

ELZUFON  AUSTIN REARDON
TARLOV & MONDELL, P.A.

*/s/ William D. Sullivan*
William D. Sullivan (Bar No. 2820)
Charles J. Brown, III (Bar No. 3368)
300 Delaware Avenue, Suite 1700
P. O. Box 1630
Wilmington, Delaware 19899
(302) 428-3181

Local Counsel to the ZAI Claimants

and

Edward J. Westbrook
RICHARDSON PATRICK WESTBROOK &
BRICKMAN
174 East Bay Street
Charleston, SC 29401
Telephone: (843) 727-6513
FAX: (843) 727-6688

Lead Counsel to the ZAI Claimants

### **CERTIFICATE OF SERVICE**

I, William D. Sullivan, hereby certify that I caused a copy of the foregoing *Certificate Of No Objection Regarding Docket No. 5119* to be served upon those parties identified on the attached service list via hand delivery or US Mail.

I certify the foregoing to be true and correct under the penalty of perjury

Dated: March 29, 2004                    */s/ William D. Sullivan*
                                         William D. Sullivan

**SERVICE LIST**

Laura Davis Jones, Esquire
David Carickoff, Esquire
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
Wilmington, DE 19899-8705

Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones
10100 Santa Monica Boulevard
Los Angeles, CA 90067-4100

David M. Bernick, Esquire
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

David B. Seigel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD   21044

Michael R. Lastowski, Esquire
Duane Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE  19801-1246

Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY  10038-4982

William S. Katchen, Esquire
Duane, Morris & Heckscher LLP
One Riverfront Plaza, 2nd Floor
Newark, NJ  07102

J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL  60606

Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE  19899

Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE  19899

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena
   Price & Axelrod, LLP
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL  33131

Matthew G. Zaleski, III, Esquire
Campbell & Levine
800 King Street, Suite 300
Wilmington, DE  19801

Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 27th Floor
New York, NY  10022

Peter Van N. Lockwood, Esquire
Julie W. Davis, Esquire
Trevor W. Swett, III, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC  20005

Teresa K.D. Currier, Esquire
Klett, Rooney, Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE  19801

Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY  10022

Frank J. Perch, Esquire
Office of the United States Trustee
844 King Street, Room 2313
Lockbox 35
Wilmington, DE  19801

Mark D. Collins, Esquire
Deborah E. Spivack, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE  19899

James J. Restivo, Jr., Esquire
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA  15219-1886

William J.A. Sparks, Esquire
W.R. Grace & Company
919 N. Market, Suite 460
Wilmington, DE  19899

Warren H. Smith
Warren H. Smith and Associates
900 Jackson Street
120 Founders Square
Dallas, TX 75202