IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: June 4, 2004 at 4:00 p.m.** |
| | ) | **Hearing Date: June 21, 2004 at 12:00 p.m.** |

## NOTICE OF APPLICATION

TO:   PARTIES ON ATTACHED SERVICE LIST

Bilzin Sumberg Baena Price & Axelrod LLP, has filed its Eleventh Interim Quarterly Fee Application Request for Approval and Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Consultants to the Official Committee of Asbestos Property Damage Claimants for the Period of October 1, 2003 through December 31, 2003.

You are required to file an objection or response to the attached application on or before June 4, 2004 at 4:00 pm.

At the same time, you must also serve a copy of the objection or response upon the persons on the attached service list.

A HEARING DATE ON THE APPLICATION WILL BE HELD ON **JUNE 21, 2004 AT 12:00 P.M.**

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Dated:  March 29, 2004

> BILZIN SUMBERG BAENA PRICE & AXELROD LLP
> Counsel to the Official Committee of Asbestos Property Damage Claimants
> 2500 Wachovia Financial Center
> 200 South Biscayne Boulevard
> Miami, Florida 33131-2385
> Telephone: (305) 374-7580
> Facsimile: (305) 374-7593
>
> By:    /s/ Allyn S. Danzeisen
> Allyn S. Danzeisen (Admitted Pro Hac Vice)

651901

James H. M. Sprayregen, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Laura Davis Jones, Esq.
Pachulski, Stang, Ziehl, Young, Jones
 & Weintraub, P.C.
919 North Market Street
Suite 1600
P. O. Box 8705
Wilmington, DE 19899-8705

Lewis Kruger, Esq.
Stroock & Stroock & Lavan, LLP
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski, Esq.
Duane Morris LLP
1100 N. Market Street
Suite 1200
Wilmington, DE 19801-1246

Theodore J. Tacconelli, Esq.
Ferry , Joseph & Pearce, P.A.
824 Market Street
Suite 904
P. O. Box 1351
Wilmington, DE 19899

Elihu Inselbuch, Esq.
Caplin & Drysdale
399 Park Avenue
36th Floor
New York, NY 10022

Marla Rosoff Eskin, Esq.
Campbell & Levine, LLC
800 N. King Street
Third Floor
Wilmington, DE 19801

J. Douglas Bacon, Esq.
Latham & Watkins
Sears Tower
Suite 5800
Chicago, IL 60606

Steven M. Yoder, Esq.
The Bayard Firm
222 Delaware Avenue
Suite 900
P. O. Box 25130
Wilmington, DE 19899

United States Trustee
Attn:  Frank J. Perch, III, Esq.
844 King Street, Room 2207
Wilmington, DE 19801

Warren H. Smith
Warren H. Smith & Associates, P.C.
Republic Center
325 N. St. Paul, Suite 4080
Dallas, TX 75201

651901