## BILZIN SUMBERG BAENA PRICE & AXELROD LLP
A PARTNERSHIP OF PROFESSIONAL ASSOCIATIONS
200 SOUTH BISCAYNE BOULEVARD, SUITE 2500 • MIAMI, FLORIDA  33131-5340
TELEPHONE: (305) 374-7580 • FAX: (305) 374-7593
E-MAIL: INFO@BILZIN.COM • WWW.BILZIN.COM

December 17, 2003

WR Grace-The Official Committee of Property Damage Claimants

Invoice #   73665

FOR PROFESSIONAL SERVICES RENDERED
    THROUGH October 31, 2003

Atty - SLB
RE:    01- Case Administration                                                                              Client No. 74817/15537

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 10/01/03 | ASD | 0.90 | 225.00 | Research regarding liability issues for proposed acquisition for committee. |
| 10/01/03 | ASD | 1.10 | 275.00 | Review KWELMB proposed settlement (1.1). |
| 10/01/03 | WV | 0.30 | 30.00 | Pull Docket for JMS |
| 10/02/03 | ASD | 3.20 | 800.00 | Research regarding potential proposed acquisition for committee (2.8); attend committee meeting (.4). |
| 10/02/03 | ASD | 0.40 | 100.00 | Email to financial advisors regarding KWELMB settlement (.1); review summary proposed acquisition (.3). |
| 10/02/03 | JMS | 0.30 | 81.00 | Telephone conference with E. Taylor (claimant) regarding status. |
| 10/02/03 | WV | 0.70 | 70.00 | Pull Docket for JMS |
| 10/03/03 | ADA | 0.25 | 118.75 | Email to and from Scott Baena; discussion with Jay Sakalo. |
| 10/03/03 | WV | 0.30 | 30.00 | Pull Docket for JMS |
| 10/04/03 | ADA | 1.00 | 475.00 | Meeting with Jay Sakalo regarding comments on latest draft of Registration Rights Agreement; mark-up draft with Jay Sakalo of Registration Rights Agreement. |
| 10/07/03 | ASD | 0.60 | 150.00 | Review quarterly application of Bankruptcy Management Corp.(.6). |
| 10/07/03 | WV | 0.30 | 30.00 | Pull Docket for JMS |
| 10/08/03 | ASD | 0.10 | 25.00 | Email to financial advisor regarding KWELMB settlement. |
| 10/08/03 | WV | 0.30 | 30.00 | Pull Docket for JMS |
| 10/09/03 | ASD | 2.20 | 550.00 | Review and consideration of KWELMB Company settlement (.6); telephone conference with M. Herford PI Committee counsel regarding KWELMB settlement (.1); telephone conference with Cal Lane (Debtors Counsel) regarding KWELMB settlement and property damage definition (.1); telephone conference with M. Herford regarding asbestos definition (.1); telephone conference with C. Lane regarding concern with settlement (.1); review of Holland reply to Smolker opposition (.2); telephone conference with C. Lane regarding KWELMB 1995 settlement and extension (.1); review email of financial advisor regarding KWELMB settlement (.1); review 1995 settlement (.8). |
| 10/09/03 | ASD | 0.30 | 75.00 | Attend committee conference. |
| 10/09/03 | JMS | 0.40 | 108.00 | Conferences with A. Danzeisen regarding KWELMB settlement. |
| 10/09/03 | WV | 0.30 | 30.00 | Pull Docket for JMS |
| 10/10/03 | ASD | 1.90 | 475.00 | Review and consider 1995 settlement and impact on KWELMB settlement (1.5); email to C. Lane requesting attachment (.1); review attachment compare parties (.3). |
| 10/10/03 | ASD | 0.10 | 25.00 | Review fee auditor report of Price Water House. |
| 10/10/03 | JMS | 0.40 | 108.00 | Conference with S. Baena regarding Futures representative issues. |
| 10/10/03 | WV | 0.30 | 30.00 | Pull Docket for JMS |
| 10/11/03 | JMS | 0.50 | 135.00 | Review OCF motion to recuse Judge Wolin (1/2 time with USG). |
| 10/13/03 | ASD | 1.10 | 275.00 | Review motion to recuse Wolin (time split with USG) (.4); draft memo regarding recusal motion (.7) (time split with USG). |
| 10/13/03 | ASD | 0.40 | 100.00 | Interoffice conference with Jay Sakalo regarding KWELMB settlement (.2); |

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| | | | | email to C. Lane regarding KWELMB settlement and PD language included in order (.2). |
| 10/13/03 | SLB | 0.50 | 250.00 | Telephone conference with D. Speights, M. Dies and J. Sakalo regarding pending motions (.5). |
| 10/13/03 | JMS | 0.80 | 216.00 | Conferences with A. Danzeisen regarding KWELMB settlement and review of underlying settlement agreement (.3); telephone conference with S. Baena, D. Speights, M. Dies regarding pending motions (.5). |
| 10/13/03 | WV | 0.50 | 50.00 | Pull Docket for JMS |
| 10/14/03 | ASD | 1.20 | 300.00 | Review response from C. Lane regarding including language excluding asbestos PD Claims from settlement (.1); commence draft of objection to KWELMB settlement (.8); telephone conference with C. Lane regarding willingness to modify order (.1); draft proposed language for order and forward to C. Lane (.1); review reply with amended order (.1). |
| 10/14/03 | ASD | 0.20 | 50.00 | Draft email to committee regarding motion to recuse filed by creditors. |
| 10/14/03 | JMS | 0.80 | 216.00 | Conferences with A. Danzeisen regarding KWELMB settlement issues related to PD insurance coverage (.3); telephone conference with D. Scott regarding OCF motion to recuse Judge Wolin (.5). |
| 10/14/03 | WV | 2.50 | 250.00 | Pull Docket for JMS, down loading and printing documents. |
| 10/15/03 | ASD | 0.20 | 50.00 | Review email regarding insurer's agreement to language for KWELMB order - email to C. Lane regarding same (.1). |
| 10/15/03 | WV | 0.30 | 30.00 | Pull Docket for JMS |
| 10/16/03 | WV | 0.30 | 30.00 | Pull Docket for JMS |
| 10/17/03 | WV | 0.30 | 30.00 | Pull Docket for JMS |
| 10/20/03 | ASD | 0.30 | 75.00 | Draft email to local counsel regarding pro hac vice motion (.1); review response to same (.1); sign and forward pro hac vice motion to local counsel (.1). |
| 10/20/03 | WV | 0.40 | 40.00 | Pull Docket |
| 10/21/03 | ASD | 0.10 | 25.00 | Review email regarding future rep from committee member Speights. |
| 10/21/03 | ASD | 0.10 | 25.00 | Email to Ted Tacconelli regarding pro hac vice motion; review response. |
| 10/21/03 | WV | 0.30 | 30.00 | Pull Docket |
| 10/22/03 | ASD | 0.20 | 50.00 | Review email from Daniel Speights regarding Futures rep (.1); review Smolker response to Holland's response (.1). |
| 10/22/03 | JMS | 0.30 | 81.00 | Telephone conference with M. Dies regarding meeting with Hamlin. |
| 10/22/03 | WV | 0.40 | 40.00 | Pull Docket |
| 10/23/03 | ASD | 4.40 | 1,100.00 | Telephone conference with C. Lane regarding futures rep. issues (.1); telephone conference with C. Lane regarding Grace's need to consider for which claims futures rep. would be responsible (.1); email to Scott Baena regarding Grace's positions (.1); review order on staying discovery on motion to recuse (.2); commence research regarding futures conflict issues (3.9). |
| 10/23/03 | WV | 0.30 | 30.00 | Pull Docket |
| 10/24/03 | ASD | 4.80 | 1,200.00 | Review amicus motion in support of motion to recuse (.4); continue research of conflict issues (4.4). |
| 10/25/03 | ASD | 3.70 | 925.00 | Review of pleading regarding PI conflicts and futures rep. (.9); interoffice conference with Scott Baena regarding same (.1); continue research regarding conflicts relating to futures rep. issue (2.7). |
| 10/25/03 | JMS | 0.70 | 189.00 | Review motions in OCF regarding Wolin, Personal Injury Claims (1/2 time with USG). |
| 10/26/03 | ASD | 4.20 | 1,050.00 | Continue research regarding conflict issues. |
| 10/27/03 | ASD | 1.40 | 350.00 | Draft email to Committee regarding motion for structural relief (.3); draft email committee regarding scheduling motions (.1); review responses to same (.1); review exhibits from motion for structural relief (.9). |
| 10/27/03 | ASD | 6.40 | 1,600.00 | Research regarding conflict issues. |
| 10/28/03 | ASD | 6.10 | 1,525.00 | Continue research regarding conflict issues (5.2); draft memo regarding conflict issues (.9). |
| 10/28/03 | ASD | 0.30 | 75.00 | Mail to C. Lane regarding KWELMB order (.1); email to C. Lane regarding futures rep. (.1); review response to inquiry regarding futures rep. (.1). |
| 10/29/03 | ASD | 1.20 | 300.00 | Review motion of unofficial committee objection to appointment of Hamlin (.4); review order regarding KWELMB issue (.2); email C. Lane regarding same |

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| | | | | (.1); review Writ of Mandamus regarding recusal issue (.5). |
| 10/29/03 | SLB | 0.20 | 100.00 | Email to and from J. Baer regarding appointment of futures rep (.2). |
| 10/30/03 | ASD | 1.40 | 350.00 | Review order from Wolin requesting affidavits from advisors (.4); draft email to Scott Baena regarding Wolin order (.1); review Supplement to Mandamus petition regarding motion to recuse (.4); review order from Third Circuit on Motion to Recuse (.3); email to PD Committee regarding Third Circuit Order on Motion to Recuse (.2). |
| 10/30/03 | ASD | 0.20 | 50.00 | Review discovery filed by unofficial committee (.2). |
| 10/30/03 | WV | 0.40 | 40.00 | Pull docket |
| 10/31/03 | ASD | 1.00 | 250.00 | Review US Trustee objection to Appointment of Hamlin (.3) email PD Committee regarding objections to Hamlin (.2); draft PD objection to Hamlin (.5). |
| 10/31/03 | WV | 0.30 | 30.00 | Pull Docket |

**PROFESSIONAL SERVICES**                                                                                            $15,352.75

**COSTS ADVANCED**

| Date | Description | Amount |
|---|---|---|
| 07/01/03 | Pacer - Online ServicesVENDOR: PACER SERVICE CENTER; INVOICE#: 07/01/03-09/30/03; DATE: 10/8/03 - Pacer online charges | 539.84 |
| 10/02/03 | Telecopies   4.00pgs @ .50/pg | 2.00 |
| 10/02/03 | Long Distance Telephone(310) 645-9000 | 0.99 |
| 10/02/03 | Long Distance Telephone(713) 977-3366 | 3.96 |
| 10/02/03 | Long Distance Telephone-Outside ServicesVENDOR: CONNECT-US COMMUNICATIONS LLC; INVOICE#: 3100536655; DATE: 10/5/03 - Acct.#BILZIN01 | 5.13 |
| 10/03/03 | Photocopies   260.00pgs @ .15/pg | 39.00 |
| 10/07/03 | Telecopies   4.00pgs @ .50/pg | 2.00 |
| 10/07/03 | Long Distance Telephone(310) 645-9000 | 0.99 |
| 10/07/03 | Long Distance Telephone(903) 450-0386 | 9.90 |
| 10/07/03 | Long Distance Telephone(214) 871-3200 | 0.99 |
| 10/09/03 | Long Distance Telephone(302) 426-9910 | 0.99 |
| 10/09/03 | Long Distance Telephone(312) 861-2000 | 1.98 |
| 10/09/03 | Long Distance Telephone(302) 426-9910 | 1.98 |
| 10/09/03 | Long Distance Telephone(302) 426-9910 | 13.86 |
| 10/09/03 | Long Distance Telephone(312) 861-2000 | 2.97 |
| 10/09/03 | Long Distance Telephone(312) 861-2000 | 1.98 |
| 10/09/03 | Federal ExpressVENDOR: FEDERAL EXPRESS CORP. INVOICE#: 492644729 DATE: 10/14/03 | 11.66 |
| 10/09/03 | Long Distance Telephone-Outside ServicesVENDOR: CONNECT-US COMMUNICATIONS LLC; INVOICE#: 3101237306; DATE: 10/12/03 - Acct.#BILZIN01 | 19.68 |
| 10/13/03 | Long Distance Telephone(409) 883-4394 | 0.99 |
| 10/13/03 | Long Distance Telephone(803) 943-8094 | 24.75 |
| 10/14/03 | Long Distance Telephone(312) 861-2000 | 1.98 |
| 10/20/03 | Federal ExpressVENDOR: FEDERAL EXPRESS CORP. INVOICE#: 492712451 DATE: 10/24/03 | 43.00 |
| 10/21/03 | Photocopies  2.00pgs @ .15/pg | 0.30 |
| 10/21/03 | Telecopies   4.00pgs @ .50/pg | 2.00 |
| 10/21/03 | Telecopies   4.00pgs @ .50/pg | 2.00 |
| 10/21/03 | Telecopies   4.00pgs @ .50/pg | 2.00 |
| 10/21/03 | Long Distance Telephone(908) 658-3800 | 4.95 |
| 10/21/03 | Long Distance Telephone(409) 882-1731 | 4.95 |

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| Date | Description | Amount |
|---|---|---:|
| 10/21/03 | Long Distance Telephone(908) 658-4659 | 0.99 |
| 10/21/03 | Long Distance Telephone(803) 943-4599 | 0.99 |
| 10/21/03 | Long Distance Telephone(803) 943-4599 | 0.99 |
| 10/22/03 | Telecopies   4.00pgs @ .50/pg | 2.00 |
| 10/22/03 | Long Distance Telephone(310) 645-9000 | 0.99 |
| 10/23/03 | Long Distance Telephone(803) 943-4444 | 1.98 |
| 10/23/03 | Long Distance Telephone(415) 989-1800 | 0.99 |
| 10/23/03 | Long Distance Telephone(312) 861-2000 | 1.98 |
| 10/23/03 | Long Distance Telephone-Outside ServicesVENDOR: CONNECT-US COMMUNICATIONS LLC; INVOICE#: 3102637728; DATE: 10/26/03  -  Acct.#BILZIN01 | 26.20 |
| 10/25/03 | Long Distance Telephone(843) 524-5708 | 2.97 |
| 10/28/03 | Telecopies   4.00pgs @ .50/pg | 2.00 |
| 10/28/03 | Long Distance Telephone(302) 575-1555 | 5.94 |
| 10/28/03 | Long Distance Telephone(310) 645-9000 | 0.99 |
| 10/28/03 | Long Distance Telephone(409) 882-1731 | 3.96 |
| 10/28/03 | Long Distance Telephone(803) 943-4444 | 11.88 |
| 10/28/03 | Westlaw-Online Legal ResearchVENDOR: WEST PUBLISHING COMPANY; INVOICE#: 805373257; DATE: 10/31/03  -  Westlaw online charges | 1,027.76 |
| 10/29/03 | Photocopies   38.00pgs @ .15/pg | 5.70 |
| 10/29/03 | Photocopies   42.00pgs @ .15/pg | 6.30 |
| 10/29/03 | Lexis - Online Legal ResearchVENDOR: LEXIS-NEXIS; INVOICE#: 0310063879; DATE: 10/31/03  -  Lexis Nexis online charges | 464.64 |
| 10/29/03 | Long Distance Telephone-Outside ServicesVENDOR: CONNECT-US COMMUNICATIONS LLC; INVOICE#: 3110238655; DATE: 11/2/03  -  Acct.#BILZIN01 | 48.67 |
| 10/29/03 | Westlaw-Online Legal ResearchVENDOR: WEST PUBLISHING COMPANY; INVOICE#: 805373257; DATE: 10/31/03  -  Westlaw online charges | 1,238.72 |
| 10/31/03 | Long Distance Telephone(302) 575-1555 | 1.98 |

**TOTAL COSTS ADVANCED**     $3,605.44

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---:|---:|---:|
| Axelrod, Alan D | 1.25 | 475.00 | $593.75 |
| Baena, Scott L | 0.70 | 500.00 | $350.00 |
| Danzeisen, Allyn S | 49.70 | 250.00 | $12,425.00 |
| Sakalo, Jay M | 4.20 | 270.00 | $1,134.00 |
| Van Dijk, Wendy | 8.50 | 100.00 | $850.00 |
| *TOTAL* | *64.35* | | *$15,352.75* |

### MATTER SUMMARY OF COSTS ADVANCED

| | |
|---|---:|
| Photocopies | $51.30 |
| Telecopies | $14.00 |
| Federal Express | $54.66 |
| Long Distance Telephone | $114.84 |
| Long Distance Telephone-Outside Services | $99.68 |
| Lexis - Online Legal Research | $464.64 |

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| | |
|---|---:|
| Pacer - Online Services | $539.84 |
| Westlaw-Online Legal Research | $2,266.48 |
| TOTAL | $3,605.44 |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER** **$18,958.19**

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  |  | Atty - SLB |
| RE: | 02 - Debtors' Business Operations |  |  | Client No. 74817/15538 |

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 10/01/03 | JMS | 0.30 | 81.00 | Email to G. Boyer, S. Jones regarding proposed Galeras acquisition. |
| 10/20/03 | ASD | 0.40 | 100.00 | Review proposal employment of proposed Chief Operating Officer. |
| 10/28/03 | ASD | 0.40 | 100.00 | Review motion regarding Chief Operating Officer and proposed compensation package (.4). |
| 10/29/03 | ASD | 0.10 | 25.00 | Email financial advisor regarding Chief Operating Officer compensation package (.1). |
| 10/30/03 | ASD | 0.10 | 25.00 | Review email from financial advisor regarding Chief Operating Officer compensation. |

**PROFESSIONAL SERVICES** $331.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Danzeisen, Allyn S | 1.00 | 250.00 | $250.00 |
| Sakalo, Jay M | 0.30 | 270.00 | $81.00 |
| *TOTAL* | *1.30* |  | *$331.00* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER** $331.00

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

|  |  |  |  | Atty - SLB |
|---|---|---|---|---|
| RE: | 03 - Creditors Committee |  |  | Client No. 74817/15539 |

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 10/01/03 | JMS | 0.40 | 108.00 | Email to Committee regarding Committee call. |
| 10/02/03 | JMS | 0.60 | 162.00 | Prepare for Committee call (.3); Committee call (.3). |
| 10/09/03 | JMS | 0.70 | 189.00 | Prepare for and attend Committee conference call. |
| 10/23/03 | ASD | 0.80 | 200.00 | Attend committee meeting to discuss pending issues (.5); interoffice conference with Scott Baena regarding concerns of committee (.2); email to committee regarding new for follow-up (.1). |
| 10/24/03 | ASD | 0.20 | 50.00 | Review email correspondence to Martin Dies' committee meeting and respond to same (.1); review email from T. Brandi regarding committee meeting (.1). |
| 10/28/03 | ASD | 0.10 | 25.00 | Review email response from committee members regarding meeting (.1). |
| 10/29/03 | ASD | 1.30 | 325.00 | Interoffice conference with Scott Baena and Jay Sakalo regarding PD Committee Issues (.3); attend PD Committee meeting (1.0). |
| 10/29/03 | SLB | 1.30 | 650.00 | Prepare for and attend committee meeting (1.3). |

**PROFESSIONAL SERVICES** $1,709.00

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Baena, Scott L | 1.30 | 500.00 | $650.00 |
| Danzeisen, Allyn S | 2.40 | 250.00 | $600.00 |
| Sakalo, Jay M | 1.70 | 270.00 | $459.00 |
| *TOTAL* | *5.40* |  | *$1,709.00* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER** $1,709.00

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Atty - SLB
RE:  07 - Applicant's Fee Application                                                Client No. 74817/15543

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 10/03/03 | LMF | 0.50 | 55.00 | Prepare notices of filing for August billing (.5). |
| 10/06/03 | LMF | 0.20 | 22.00 | Attend to filing notice of fees for fraudulent transfer litigation and for bankruptcy case (.2). |
| 10/15/03 | LMF | 5.10 | 561.00 | Attention to preparation of final fee application for fraudulent transfer matter (5.1). |
| 10/22/03 | LMF | 0.30 | 33.00 | Compile invoices and draft of quarterly application and review with J. Sakalo (.3). |
| 10/22/03 | LMF | 0.20 | 22.00 | Attention to edits to prebill for fraudulent transfer matter (.2). |
| 10/24/03 | LMF | 0.40 | 44.00 | Prepare notices for September invoices for bankruptcy and fraudulent transfer (.4). |
| 10/29/03 | LMF | 1.10 | 121.00 | Complete fraudulent transfer information on fees and holdbacks. |
| 10/30/03 | JMS | 1.40 | 378.00 | Revise 9th quarterly fee application. |

**PROFESSIONAL SERVICES** $1,236.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Sakalo, Jay M | 1.40 | 270.00 | $378.00 |
| Flores, Luisa M | 7.80 | 110.00 | $858.00 |
| *TOTAL* | *9.20* |  | *$1,236.00* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER**     **$1,236.00**

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

|  |  |  | Atty - SLB |
|---|---|---|---|
| RE: | 30 - Fee Application of Others |  | Client No. 74817/17781 |

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 10/08/03 | LMF | 1.10 | 121.00 | Review invoices from W. D. Hilton and prepare notices for bankruptcy court and district court (.9); submit to local counsel for filing and serving (.2). |
| 10/09/03 | LMF | 0.70 | 77.00 | Revise W.D. Hilton invoices and notices and submit for filing and serving (.7). |
| 10/14/03 | ASD | 0.20 | 50.00 | Review three fee auditor reports for Pitney Hardin; Wallace King; Conway Del Genco (.2). |
| 10/22/03 | ASD | 0.10 | 25.00 | Review final reports (.1). |
| 10/29/03 | ASD | 0.10 | 25.00 | Review of statement for payment of professional in ordinary course (.1) |

**PROFESSIONAL SERVICES** $298.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Danzeisen, Allyn S | 0.40 | 250.00 | $100.00 |
| Flores, Luisa M | 1.80 | 110.00 | $198.00 |
| *TOTAL* | *2.20* |  | *$298.00* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER** $298.00

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

*CLIENT SUMMARY OF PROFESSIONAL SERVICES THIS PERIOD*

| Timekeeper | Hours | Total |
|---|---|---|
| *Axelrod, Alan D* | *1.25* | $593.75 |
| *Danzeisen, Allyn S* | *53.50* | $13,375.00 |
| *Baena, Scott L* | *2.00* | $1,000.00 |
| *Flores, Luisa M* | *9.60* | $1,056.00 |
| *Sakalo, Jay M* | *7.60* | $2,052.00 |
| *Van Dijk, Wendy* | *8.50* | $850.00 |

*TOTAL PROFESSIONAL FEES THIS PERIOD*     *$18,926.75*

*CLIENT SUMMARY OF COSTS ADVANCED*

| | |
|---|---|
| *Photocopies* | *$51.30* |
| *Telecopies* | *$14.00* |
| *Federal Express* | *$54.66* |
| *Long Distance Telephone* | *$114.84* |
| *Long Distance Telephone-Outside Services* | *$99.68* |
| *Lexis - Online Legal Research* | *$464.64* |
| *Pacer - Online Services* | *$539.84* |
| *Westlaw-Online Legal Research* | *$2,266.48* |

*TOTAL COSTS ADVANCED THIS PERIOD*     *$3,605.44*

*TOTAL AMOUNT DUE THIS PERIOD*     *$22,532.19*

# B<small>ILZIN</small> S<small>UMBERG</small> B<small>AENA</small> P<small>RICE</small> & A<small>XELROD</small> LLP

**C<small>LIENT</small> S<small>UMMARY</small>**

|  | TIME | COSTS ADVANCED | TOTAL |
|---|---|---|---|
| **BALANCE AS OF- 10/31/03** <br> **WR Grace-Official Committee of Prope** | | | |
| 01- Case Administration/15537 | 15,352.75 | 3,605.44 | 18,958.19 |
| 02 - Debtors' Business Operations/15538 | 331.00 | 0.00 | 331.00 |
| 03 - Creditors Committee/15539 | 1,709.00 | 0.00 | 1,709.00 |
| 07 - Applicant's Fee Application/15543 | 1,236.00 | 0.00 | 1,236.00 |
| 30 - Fee Application of Others/17781 | 298.00 | 0.00 | 298.00 |
| Client Total | $18,926.75 | $3,605.44 | $22,532.19 |