EXHIBIT C-2

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

A PARTNERSHIP OF PROFESSIONAL ASSOCIATIONS
200 SOUTH BISCAYNE BOULEVARD, SUITE 2500 • MIAMI, FLORIDA 33131-5340
TELEPHONE: (305) 374-7580 • FAX: (305) 374-7593
E-MAIL: INFO@BILZIN.COM • WWW.BILZIN.COM

January 7, 2004

WR Grace-The Official Committee of Property Damage Claimants

Invoice #  73992

FOR PROFESSIONAL SERVICES RENDERED
THROUGH November 30, 2003

Atty - SLB
RE:   01- Case Administration                                     Client No. 74817/15537

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 10/29/03 | ASD | 0.20 | 50.00 | Review of Valeron renewed motion for consideration of order (.2). |
| 11/02/03 | ASD | 0.70 | 175.00 | Review objection of unsecured creditors committee to appointment of Hamlin (.3); review London Insurers objection to same (.2); email Scott Baena regarding objections (.1); review email from and respond to local counsel inquiry regarding objection (.1). |
| 11/03/03 | ASD | 0.60 | 150.00 | Forward Response for Committee approval (.1); review email responses from Committee (.2); revise response to Application and forward for filing (.3). |
| 11/03/03 | ASD | 0.80 | 200.00 | Review Judy Wolin's response to Writ of Mandamus (.5); summarize and forward to PD Committee (.3). |
| 11/03/03 | WV | 0.30 | 30.00 | Pull Docket |
| 11/04/03 | ASD | 0.40 | 100.00 | Review debtor's request to hold Hamlin appointment in abeyance (.3); email PD Committee regarding same (.1). |
| 11/04/03 | ASD | 0.90 | 225.00 | Review Petitioners Opposition to Debtor's position on Motion to Recuse (.5) review order for Third Circuit on same (.2); draft email to PD members regarding Petitioners allegations (.2). |
| 11/04/03 | ASD | 0.40 | 100.00 | Review notice of deposition of Hamlin and W.R. Grace relating to futures issue (.2); email Scott Baena regarding same (.1). |
| 11/04/03 | WV | 0.30 | 30.00 | Pull Docket |
| 11/05/03 | WV | 0.30 | 30.00 | Pull Docket |
| 11/06/03 | ASD | 0.50 | 125.00 | Review Order Staying Joint Cases (.2); final PD Committee regarding same (.2); review email responses from PD members to same (.1). |
| 11/06/03 | WV | 0.30 | 30.00 | Pull Docket |
| 11/07/03 | ASD | 0.50 | 125.00 | Telephone conference with D. Scott regarding Sealed Air Settlement (.3); email Scott Baena regarding questions regarding Sealed Air Settlement (.2). |
| 11/07/03 | WV | 0.30 | 30.00 | Pull Docket |
| 11/10/03 | ASD | 0.10 | 25.00 | Telephone conference with Unofficial Committee's firm regarding Hamlin Grace depo status. |
| 11/11/03 | ASD | 0.70 | 175.00 | Research regarding recusal issues (.6); draft email to Scott Baena and Jay Sakalo regarding same (.1). |
| 11/11/03 | ASD | 0.60 | 150.00 | Review Motion Royal Indemnity to file late Proof of Claim (.6). |
| 11/11/03 | ASD | 0.60 | 150.00 | Review Scheduling Order on Motion to Expand Injunction regarding Montana Vermiculite (.1); review debtors reply in support of expanding injunction to include Montana Vermiculite (.5). |
| 11/11/03 | WV | 0.30 | 30.00 | Pull Docket |
| 11/12/03 | WV | 0.30 | 30.00 | Pull Docket |
| 11/13/03 | WV | 0.30 | 30.00 | Pull Docket |
| 11/14/03 | ASD | 0.10 | 25.00 | Review email from Grace regarding KWELMB settlement order. |
| 11/14/03 | ASD | 0.10 | 25.00 | Review notice of ninth claim settlement notice (.1). |
| 11/14/03 | ASD | 0.50 | 125.00 | Review Graces production of external communication (.4); email Scott Baena regarding same (.1). |
| 11/14/03 | SJA | 1.50 | 165.00 | Update docket; compile documents for hearing binder; prepare index and |

## BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| | | | | hearing binder for 11/17/03 hearing (1.5). |
| 11/14/03 | WV | 0.30 | 30.00 | Pull Docket |
| 11/16/03 | ASD | 5.50 | 1,375.00 | Review Motion to Recuse Wolin filed in WR Grace main case (.6); draft email to committee providing summary of motion to recuse (.3); research and review authorities cited in recusal motion (2.2); review affidavit of Judson Hamlin (.5); review affidavit of David Gross (.5); review affidavit of Francis McGovern (.4); review affidavit of William Drier (.3); review affidavit of John Keefe (.3); email committee affidavits and provide summary of same (.4). |
| 11/17/03 | ASD | 0.30 | 75.00 | Review committee member regarding recusal appeal (.1); respond to same (.2). |
| 11/17/03 | ASD | 0.20 | 50.00 | Telephone conference with Ed Cottingham regarding status of PD Claims. |
| 11/17/03 | SJA | 1.50 | 165.00 | Exchange emails with D. Grve of E. Cottingham's office re: claims (.2); interoffice conference with A. Danzeisen re: claims and BMC's fee application (.2); update docket for last year and search for E. Cottinham's claims and objections thereto (.6); review BMC's fee application re: PD Claims (.5). |
| 11/17/03 | WV | 0.50 | 50.00 | Pull docket and research cancelled hearing as well as find upcoming hearing date and location. |
| 11/17/03 | WV | 0.30 | 30.00 | Pull docket |
| 11/17/03 | AJ | 0.00 | 0.00 | |
| 11/18/03 | WV | 0.30 | 30.00 | Pull docket |
| 11/21/03 | ASD | 0.60 | 150.00 | Review supplemental response filed by Judge Wolin (.4); email to PD Committee providing summary of response (.2). |
| 11/21/03 | ASD | 0.20 | 50.00 | Review email from co-chair regarding recusal exhibits (.1); respond to same (.1). |
| 11/23/03 | ASD | 0.20 | 50.00 | Review email regarding KWELMB issue (.1); respond to same (.1). |
| 11/23/03 | ASD | 0.40 | 100.00 | Review Third Circuit Order regarding additional briefing dates and oral argument (.2); check docket for responses filed on Friday (.4); draft email regarding response and USG's participation (.2). [split with USG] |
| 11/24/03 | ASD | 0.90 | 225.00 | Review Owens Corning debtors answer to Petition for Writ (.8); review USG amicus filing on Writ (.6); review unsecured's amicus filing (.4) [split with USG (.9)]. |
| 11/24/03 | ASD | 0.30 | 75.00 | Email PD Committee regarding filings in appeal of motion to recuse (.2); review email from co-chair regarding motion to recuse (.1). |
| 11/24/03 | ASD | 0.10 | 25.00 | Review order for dates in W.R. Grace for Omnibus hearings. |
| 11/25/03 | ASD | 1.90 | 475.00 | Review Petition for Writ of Certiorari filed by Acquisition Partners; email to Committee regarding same (.1). |
| 11/25/03 | ASD | 0.90 | 225.00 | Interoffice conference with Scott Baena regarding status of case and outstanding issues (.6); telephone conference with Scott Baena and J. Baer regarding KWELMB settlement (.3). |
| 11/25/03 | SLB | 1.70 | 850.00 | Interoffice conference with A. Danzeisen regarding pending motions and objections thereto by PD committee (.5); telephone call to J. Baer regarding KWELMB settlement (.3); review application for writ of mandamus to recuse J. Wolin (.9). |
| 11/25/03 | WV | 0.30 | 30.00 | Pull Docket |
| 11/26/03 | ASD | 3.30 | 825.00 | Review Debtors objection to Royal Claim (.4); continue research excusable neglect (1.7); draft objection to Royal late claim (1.2). |
| 11/26/03 | WV | 0.30 | 30.00 | Pull Docket |
| 11/26/03 | WV | 0.30 | 30.00 | Pull docket and find case numbers. |
| 11/26/03 | AJ | 1.00 | 100.00 | Research Case Law re: Appeal Briefs |
| 11/28/03 | ASD | 1.50 | 375.00 | Continue work on recusal issues [split with USG 1.5]. |

**PROFESSIONAL SERVICES** $7,750.00

**COSTS ADVANCED**

| Date | Description | Amount |
|---|---|---|
| 11/03/03 | Long Distance Telephone(713) 977-3366 | 1.98 |
| 11/07/03 | Long Distance Telephone(509) 455-9555 | 3.96 |

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| Date | Description | Amount |
|---|---|---|
| 11/10/03 | Photocopies 5.00pgs @ .15/pg | 0.75 |
| 11/10/03 | Long Distance Telephone(302) 426-1189 | 2.97 |
| 11/10/03 | Long Distance Telephone(509) 455-9555 | 2.97 |
| 11/10/03 | AirfareAgency fee - Vodied airfare to Philadelphia 11/10/03 - VENDOR: Continental Travel; INVOICE#: 301386; DATE: 11/10/03 - Client - 15537 | 35.00 |
| 11/10/03 | Long Distance Telephone-Outside ServicesVENDOR: CONNECT-US COMMUNICATIONS LLC; INVOICE#: 3113041895; DATE: 11/30/03 - Acct.#BILZIN01 | 8.61 |
| 11/14/03 | Photocopies 262.00pgs @ .15/pg | 39.30 |
| 11/19/03 | Long Distance Telephone-Outside ServicesVENDOR: CONNECT-US COMMUNICATIONS LLC; INVOICE#: 3112341668; DATE: 11/23/03 - Acct.#BILZIN01 | 6.23 |
| 11/20/03 | Long Distance Telephone-Outside ServicesVENDOR: CONNECT-US COMMUNICATIONS LLC; INVOICE#: 3112341668; DATE: 11/23/03 - Acct.#BILZIN01 | 7.36 |
| 11/25/03 | Long Distance Telephone(973) 228-3500 | 26.73 |
| 11/25/03 | Long Distance Telephone(312) 861-2000 | 12.87 |
| 11/26/03 | Photocopies 2.00pgs @ .15/pg | 0.30 |
| 11/26/03 | Photocopies 4.00pgs @ .15/pg | 0.60 |
| 11/26/03 | Long Distance Telephone(302) 575-1555 | 4.95 |
| 11/26/03 | Lexis - Online Legal ResearchVENDOR: LEXIS-NEXIS; INVOICE#: 0311058323; DATE: 11/30/03 - Lexis Nexis online charges | 53.68 |
| 11/26/03 | Lexis - Online Legal ResearchVENDOR: LEXIS-NEXIS; INVOICE#: 0311058323; DATE: 11/30/03 - Lexis Nexis online charges | 8.07 |
| 11/26/03 | Westlaw-Online Legal ResearchVENDOR: WEST PUBLISHING COMPANY; INVOICE#: 805576662; DATE: 11/30/03 - Westlaw online charges | 39.30 |

**TOTAL COSTS ADVANCED** $255.63

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Baena, Scott L | 1.70 | 500.00 | $850.00 |
| Danzeisen, Allyn S | 24.00 | 250.00 | $6,000.00 |
| Anderson, Silvia J | 3.00 | 110.00 | $330.00 |
| Van Dijk, Wendy | 4.70 | 100.00 | $470.00 |
| Josephs, Adam | 1.00 | 100.00 | $100.00 |
| TOTAL | 34.40 | | $7,750.00 |

### MATTER SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| Airfare | $35.00 |
| Photocopies | $40.95 |
| Long Distance Telephone | $56.43 |
| Long Distance Telephone-Outside Services | $22.20 |
| Lexis - Online Legal Research | $61.75 |
| Westlaw-Online Legal Research | $39.30 |
| TOTAL | $255.63 |

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER** $8,005.63

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

|  |  |
|---|---|
| RE: 02 - Debtors' Business Operations | Atty - SLB<br>Client No. 74817/15538 |

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 11/11/03 | ASD | 0.10 | 25.00 | Review of suggested change on orders of employment of Chief Operating Officer (.1). |

**PROFESSIONAL SERVICES** $25.00

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Danzeisen, Allyn S | 0.10 | 250.00 | $25.00 |
| *TOTAL* | *0.10* |  | *$25.00* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER** **$25.00**

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

|  |  |  | Atty - SLB |
|---|---|---|---|
| RE: | 07 - Applicant's Fee Application |  | Client No. 74817/15543 |

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 11/10/03 | LMF | 1.10 | 121.00 | Attention to filing quarterly fee applications for Bilzin and Hamilton Rabinovitz (1.1). |
| 11/12/03 | ASD | 1.00 | 250.00 | Review fee auditor's 9th initial report (.2); research issues regarding fees (.4); draft responses to report (.3); draft email to Jay Sakalo regarding 9th report (.1). |
| 11/17/03 | ASD | 0.20 | 50.00 | Finalize response to fee Auditor (.2). |
| 11/17/03 | LMF | 0.30 | 33.00 | Attend to filing response to fee auditor's report and serve copy of fee auditor (.3). |
| 11/18/03 | LMF | 2.60 | 286.00 | Draft 10th Quarterly fee application for Bilzin (2.6). |
| 11/19/03 | LMF | 1.80 | 198.00 | Draft quarterly application for the fraudulent transfer matter (1.8). |
| 11/21/03 | LMF | 0.60 | 66.00 | Review auditor's report and spreadsheet on categories for accuracy (.6). |
| 11/25/03 | LMF | 0.40 | 44.00 | Review auditor's report for accuracy and respond (.4). |
| 11/26/03 | LMF | 1.20 | 132.00 | Begin revisions to Bilzin's final fee application for fraudulent transfer matter (1.2). |

**PROFESSIONAL SERVICES** $1,180.00

**COSTS ADVANCED**

| Date | Description | Amount |
|---|---|---|
| 11/10/03 | Long Distance Telephone(214) 698-3868 | 1.98 |
| 11/24/03 | Telecopies   8.00pgs @ .50/pg | 4.00 |
| 11/24/03 | Long Distance Telephone(302) 575-1555 | 1.98 |

**TOTAL COSTS ADVANCED** $7.96

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Danzeisen, Allyn S | 1.20 | 250.00 | $300.00 |
| Flores, Luisa M | 8.00 | 110.00 | $880.00 |
| TOTAL | 9.20 |  | $1,180.00 |

**MATTER SUMMARY OF COSTS ADVANCED**

| | |
|---|---|
| Telecopies | $4.00 |
| Long Distance Telephone | $3.96 |
| TOTAL | $7.96 |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER** **$1,187.96**

## B̲ILZIN S̲UMBERG B̲AENA P̲RICE & A̲XELROD LLP

|  |  |  |  | Atty - SLB |
|---|---|---|---|---|
| R̲E: | 08 - Hearings |  |  | Client No. 74817/15544 |

| | | | | |
|---|---|---|---|---|
| 11/17/03 | ASD | 1.90 | 475.00 | Prepare for hearing (1.1); attend hearing via telephone (.6); draft email to committee regarding hearing (.2). |

**P̲ROFESSIONAL S̲ERVICES**                                                                 $475.00

### M̲ATTER S̲UMMARY OF P̲ROFESSIONAL S̲ERVICES

| T̲IMEKEEPER | H̲OURS | R̲ATE | T̲OTAL |
|---|---|---|---|
| Danzeisen, Allyn S | 1.90 | 250.00 | $475.00 |
| *TOTAL* | *1.90* |  | *$475.00* |

**T̲OTAL P̲ROFESSIONAL S̲ERVICES AND C̲OSTS A̲DVANCED THIS M̲ATTER**                     **$475.00**

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

|  |  |  | Atty - SLB |
|---|---|---|---|
| RE: | 30 - Fee Application of Others | | Client No. 74817/17781 |

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 10/28/03 | ASD | 0.10 | 25.00 | Review fee app Tersigni (.1). |
| 11/06/03 | ASD | 0.30 | 75.00 | Review Kirkland & Ellis Fee Application (.3). |
| 11/10/03 | ASD | 0.40 | 100.00 | Review fee apps of Campell Levine (.1); review fee apps of Caplin Drysdale (.1); review fee application of Eluzufon Austin firm (.1); review Kirkland Ellis monthly Interim report (.1). |
| 11/11/03 | ASD | 0.10 | 25.00 | Review quarterly fee app of Steptoe and Johnson (.1). |
| 11/14/03 | ASD | 0.10 | 25.00 | Review tenth Quarterly Application of Reed Smith (.1). |
| 11/17/03 | ASD | 0.40 | 100.00 | Review 10th Application of Caplin Drysdale (.3); review renotices of 9th and 10th or quarterly reports for Price Waterhouse (.1). |
| 11/21/03 | ASD | 0.10 | 25.00 | Review 10th Quarterly Application of Carella Byrne et al. (.1). |
| 11/24/03 | ASD | 0.10 | 25.00 | Review amended fee auditor report of Carella Byrne et al. |
| 11/24/03 | LMF | 1.00 | 110.00 | Contact local counsel regarding certification of no objection regarding D. Hilton's pending invoices for fraudulent transfer matter (.3); download copy from court docket (.2); telephone conference with debtor regarding pending payment (.3); fax copy of certification to Debtor to initiate payment (.2). |
| 11/25/03 | ASD | 2.40 | 600.00 | Email Committee regarding Royal late filed claim (.2); review responses (.1); research regarding late filed claim (2.1). |

**PROFESSIONAL SERVICES** $1,110.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Danzeisen, Allyn S | 4.00 | 250.00 | $1,000.00 |
| Flores, Luisa M | 1.00 | 110.00 | $110.00 |
| *TOTAL* | *5.00* |  | *$1,110.00* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER** $1,110.00

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

*CLIENT SUMMARY OF PROFESSIONAL SERVICES THIS PERIOD*

| Timekeeper | Hours | Total |
|---|---|---|
| Danzeisen, Allyn S | 31.40 | $7,800.00 |
| Baena, Scott L | 1.70 | $850.00 |
| Flores, Luisa M | 9.00 | $990.00 |
| Anderson, Silvia J | 3.00 | $330.00 |
| Van Dijk, Wendy | 5.50 | $470.00 |
| Josephs, Adam | 1.00 | $100.00 |

**TOTAL PROFESSIONAL FEES THIS PERIOD**            **$10,540.00**

*CLIENT SUMMARY OF COSTS ADVANCED*

| | |
|---|---|
| *Airfare* | *$35.00* |
| *Photocopies* | *$40.95* |
| *Telecopies* | *$4.00* |
| *Long Distance Telephone* | *$60.39* |
| *Long Distance Telephone-Outside Services* | *$22.20* |
| *Lexis - Online Legal Research* | *$61.75* |
| *Westlaw-Online Legal Research* | *$39.30* |

**TOTAL COSTS ADVANCED THIS PERIOD**            *$263.59*

**TOTAL AMOUNT DUE THIS PERIOD**            *$10,803.59*

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

|  | TIME | COSTS ADVANCED | TOTAL |
|---|---|---|---|
| **CLIENT SUMMARY** | | | |
| **BALANCE AS OF- 12/31/03** | | | |
| **WR Grace-Official Committee of Prope** | | | |
| 01- Case Administration/15537 | 7,750.00 | 255.63 | 8,005.63 |
| 02 - Debtors' Business Operations/15538 | 25.00 | 0.00 | 25.00 |
| 07 - Applicant's Fee Application/15543 | 1,180.00 | 7.96 | 1,187.96 |
| 08 - Hearings/15544 | 475.00 | 0.00 | 475.00 |
| 30 - Fee Application of Others/17781 | 1,110.00 | 0.00 | 1,110.00 |
| Client Total | $10,540.00 | $263.59 | $10,803.59 |