# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

A PARTNERSHIP OF PROFESSIONAL ASSOCIATIONS
200 SOUTH BISCAYNE BOULEVARD, SUITE 2500 • MIAMI, FLORIDA  33131-5340
TELEPHONE: (305) 374-7580 • FAX: (305) 374-7593
E-MAIL: INFO@BILZIN.COM • WWW.BILZIN.COM

January 31, 2004

WR Grace-The Official Committee of Property Damage Claimants

Invoice #   75038

FOR PROFESSIONAL SERVICES RENDERED
  THROUGH December 31, 2003

Atty - SLB
RE:     01- Case Administration                                       Client No. 74817/15537

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 12/01/03 | ASD | 3.10 | 775.00 | Review of objections to motion to recuse (.4); email Scott Baena summary of objections (.2); research regarding recusal issues (2.5). |
| 12/01/03 | ASD | 0.20 | 50.00 | Email committee regarding Third Circuit order and recent pleadings on issue (.2). |
| 12/01/03 | WV | 0.50 | 50.00 | Pull Dockets |
| 12/01/03 | WV | 0.40 | 40.00 | Pull Owens Corning docket, download and print various documents. |
| 12/02/03 | ASD | 1.70 | 425.00 | Continue research of recusal issues. |
| 12/02/03 | ASD | 1.10 | 275.00 | Draft summary of KWELMB issues (.5); review KWELMB companies (.3); email committee regarding same (.1); email committee response to motions for structural relief (.2). |
| 12/02/03 | WV | 0.30 | 30.00 | Pull Dockets |
| 12/03/03 | ASD | 0.40 | 100.00 | Review US Trustee to Motion for Structural Relief (.4). |
| 12/03/03 | ASD | 1.80 | 450.00 | Review W.R. Grace response to Petition for Writ of Mandamus (.4); summarize response for committee (.1); review response of Select Asbestos Claimants (.4); formalize for committee (.2); review answer of asbestos claimant's committee (.5) summarize for committee (.2). |
| 12/03/03 | SLB | 0.60 | 300.00 | Review Grace response to motion to recuse Wolin (.6). |
| 12/03/03 | WV | 0.50 | 50.00 | Pull Dockets, download and print various documents. |
| 12/04/03 | ASD | 0.20 | 50.00 | Review order regarding oral argument in Third Circuit (.1); interoffice conference with Scott Baena regarding same (.1). |
| 12/04/03 | SLB | 0.20 | 100.00 | Review responses of SAC and ACC to motion to recuse (.2). |
| 12/04/03 | JMS | 0.60 | 162.00 | Telephone conference with G. Boyer regarding update on case and pending matters and projects (.6). |
| 12/04/03 | WV | 0.60 | 60.00 | Pull dockets, download and print documents. |
| 12/05/03 | JMS | 1.60 | 432.00 | Review filings on motion to recuse Judge Wolin. |
| 12/05/03 | WV | 0.50 | 50.00 | Pull Dockets |
| 12/08/03 | ASD | .7 | 175.00 | Review order from Third Circuit(.1); review order and Courts sur reply (.2); forward to committee and provide summary (.4). |
| 12/08/03 | WV | 0.50 | 50.00 | Pull dockets |
| 12/09/03 | SLB | 0.90 | 450.00 | Review Sur Reply of District Court in recusal proceedings (.2); review discovery in Hamlin dispute (.7). |
| 12/09/03 | WV | 0.50 | 50.00 | Pull Dockets |
| 12/10/03 | ASD | 0.10 | 25.00 | Review email regarding KWELMB issue. |
| 12/10/03 | SLB | 0.20 | 100.00 | Review unsecured creditors committee objection to State Street Bank (.2). |
| 12/10/03 | SLB | 0.20 | 100.00 | Interoffice conference with A. Danzeisen and email to J. Baer regarding KWELMB settlement (.2). |
| 12/10/03 | JMS | 0.80 | 216.00 | Telephone conference with P. Palabras regarding status of case (.4); review E. Inselbuch letter to Mealey's (.4). |
| 12/10/03 | JMS | 0.90 | 243.00 | Review Grace debtors' answer to motion to recuse J. Wolin. |
| 12/10/03 | WV | 0.50 | 50.00 | Pull Dockets |
| 12/11/03 | SJA | 0.50 | 55.00 | Update docket and compile documents for 12/15/03 hearing (.5). |
| 12/11/03 | WV | 0.50 | 50.00 | Pull Dockets |

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 12/12/03 | ASD | 1.10 | 275.00 | Attend oral argument on recusal petition and telephone conference with Scott Baena regarding same. |
| 12/12/03 | SLB | 0.50 | 250.00 | Telephone call from A. Danzeisen to debrief on oral argument before Third Circuit (.5). |
| 12/12/03 | JMS | 0.40 | 108.00 | Review memo on all pending matters. |
| 12/12/03 | SJA | 2.40 | 264.00 | Prepare binder for hearing (1.0); download documents (.4); download caselaw and shepards re: Royal's motion (1.0). |
| 12/12/03 | WV | 0.40 | 40.00 | Pull Case Law |
| 12/15/03 | JMS | 0.30 | 81.00 | Telephone conference with D. Scott regarding affiliated entities and Third Circuit recusal. |
| 12/15/03 | WV | 0.50 | 50.00 | Pull Dockets |
| 12/16/03 | ASD | 0.20 | 50.00 | Email Scott Baena regarding Royal Motion and KWELMB issue from hearing (.2). |
| 12/16/03 | ASD | 0.20 | 50.00 | Summary regarding structural relief issues before Judge Fitzgerald. |
| 12/16/03 | JMS | 1.30 | 351.00 | Email to W. VanDijk regarding preliminary injunction research (.3); review same (.4); email to Dr. Scott regarding New York Times article on Judge Wolin recusal (.3); emails from/to D. Speights regarding recent filing in case (.3). |
| 12/16/03 | WV | 0.50 | 50.00 | Pull Dockets |
| 12/16/03 | WV | 0.30 | 30.00 | Compile documents re motion for TRO and preliminary injunction. |
| 12/17/03 | JMS | 0.40 | 108.00 | Review documents requested by Darrell Scott and memo to W. VanDijk thereon. |
| 12/18/03 | ASD | 0.50 | 125.00 | Review Opinion and Order for Third Circuit on Recusal issue (.3); email Opinion with summary to Committee members (.2). |
| 12/18/03 | ASD | 2.70 | 675.00 | Research insurance issue at co-chairs request (2.7). |
| 12/18/03 | JMS | 1.00 | 270.00 | Emails to D. Scott regarding document requests. |
| 12/18/03 | WV | 0.30 | 30.00 | Scan and email documents to D. Scott. |
| 12/18/03 | WV | 0.50 | 50.00 | Pull Dockets |
| 12/19/03 | ASD | 2.30 | 575.00 | Research insurance issues at co-chairman's request (2.3). |
| 12/19/03 | ASD | 0.30 | 75.00 | Review scheduling order from Judge Wolin (.1); forward order to Committee (.1); review and respond to Committee member email inquiries regarding order (.1). |
| 12/19/03 | SLB | 0.80 | 400.00 | Review opinion of 3rd Circuit remanding recusal to Judge Wolin (.8). |
| 12/19/03 | WV | 0.50 | 50.00 | Pull Dockets |
| 12/22/03 | ASD | 0.10 | 25.00 | Review orders on 7th Omnibus objection. |
| 12/22/03 | SLB | 1.20 | 600.00 | Several telephone calls from A. Danzeisen regarding scheduling hearing and discovery on Wolin recusal motions and debriefing on committee meetings (1.2). |
| 12/23/03 | ASD | 2.60 | 650.00 | Attend hearing on recusal issue. |
| 12/24/03 | ASD | 3.00 | 750.00 | Attend telephonic discovery conference with counsel on recusal issue (1.4); attend telephonic hearing on recusal issue (1.4); email committee regarding discovery issues on recusal motion (.2). |
| 12/24/03 | WV | 0.50 | 50.00 | Pull Dockets |
| 12/26/03 | ASD | 0.80 | 200.00 | Attend conference call regarding discovery issues (.5); email requesting service of discovery (.1); review discovery order and discovery propounded (.2). |
| 12/29/03 | ASD | 0.80 | 200.00 | Review email from J. Baer regarding distribution list (.1); review email regarding update distribution list (.1); respond to same (.1); review email from Grace requesting deposition of movants (.2); telephone conference with Committee Co-Chairman regarding court official minutes (.1); email committee regarding production of court minutes (.2). |
| 12/29/03 | WV | 0.50 | 50.00 | Pull dockets |
| 12/30/03 | ASD | 1.70 | 425.00 | Attend document review. |
| 12/30/03 | ASD | 0.20 | 50.00 | Review and respond to email from Daniel Speights regarding document production. |
| 12/30/03 | WV | 0.50 | 50.00 | Pull dockets |
| 12/31/03 | ASD | 1.30 | 325.00 | Draft applications for attendance at depositions (.6); telephone conference with Scott Baena regarding application (.2); telephone conference with Court's Clerk regarding delivery of application (.1); serve via email the application (.2); |

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| | | | | | |
|---|---|---|---|---|---|
| | | | | review movants response to Grace's request for reconsideration on discovery motion (.2). | |
| 12/31/03 | WV | 0.50 | 50.00 | Pull docket | |

**PROFESSIONAL SERVICES** $12,445.00

### COSTS ADVANCED

| Date | Description | Amount |
|---|---|---|
| 10/01/03 | Pacer - Online ServicesVENDOR: PACER SERVICE CENTER; INVOICE#: 10/01/03-12/31/03; DATE: 1/12/04 - Pacer online service | 125.30 |
| 10/01/03 | Pacer - Online ServicesVENDOR: PACER SERVICE CENTER; INVOICE#: 10/01/03-12/31/03; DATE: 1/12/04 - Pacer online service | 56.00 |
| 10/01/03 | Pacer - Online ServicesVENDOR: PACER SERVICE CENTER; INVOICE#: 10/01/03-12/31/03; DATE: 1/12/04 - Pacer online service | 0.91 |
| 11/03/03 | Photocopies  6.00pgs @ .15/pg | 0.90 |
| 12/01/03 | Long Distance Telephone(409) 883-4394 | 0.99 |
| 12/02/03 | Long Distance Telephone(409) 779-0523 | 2.97 |
| 12/02/03 | Long Distance Telephone(409) 886-5250 | 62.37 |
| 12/02/03 | Long Distance Telephone(843) 524-5708 | 61.38 |
| 12/02/03 | Long Distance Telephone(213) 804-7857 | 0.99 |
| 12/02/03 | Long Distance Telephone-Outside ServicesVENDOR: CONNECT-US COMMUNICATIONS LLC; INVOICE#: 3120743493; DATE: 12/7/03 - Acct.#BILZIN01 | 42.39 |
| 12/10/03 | Telecopies   4.00pgs @ .50/pg | 2.00 |
| 12/10/03 | Long Distance Telephone(509) 455-9555 | 6.93 |
| 12/10/03 | Long Distance Telephone(302) 575-1555 | 1.98 |
| 12/10/03 | Long Distance Telephone(803) 943-4444 | 4.95 |
| 12/10/03 | Federal ExpressVENDOR: FEDERAL EXPRESS CORP. INVOICE#: 152204593 DATE: 12/15/03 | 12.46 |
| 12/11/03 | Photocopies  1.00pgs @ .15/pg | 0.15 |
| 12/11/03 | AirfareTravel to Philadelphia - VENDOR: Continental Travel; INVOICE#: 302863; DATE: 12/5/03 - Client - 15537 | 834.00 |
| 12/12/03 | Lexis - Online Legal ResearchVENDOR: LEXIS-NEXIS; INVOICE#: 0312022452; DATE: 12/31/03 - Lexis Nexis Online charges | 10.17 |
| 12/12/03 | Lexis - Online Legal ResearchVENDOR: LEXIS-NEXIS; INVOICE#: 0312022452; DATE: 12/31/03 - Lexis Nexis Online charges | 14.84 |
| 12/15/03 | Long Distance Telephone(509) 455-9555 | 3.96 |
| 12/15/03 | Long Distance Telephone(803) 943-4444 | 53.46 |
| 12/15/03 | Long Distance Telephone(302) 575-1555 | 52.47 |
| 12/15/03 | Long Distance Telephone(409) 779-0523 | 50.49 |
| 12/15/03 | AirfareTravel to Pittsburgh, PA - VENDOR: Continental Travel; INVOICE#: 303268; DATE: 12/12/03 - Client - 15537 | 1,582.00 |
| 12/16/03 | Photocopies  294.00pgs @ .15/pg | 44.10 |
| 12/16/03 | Telecopies   4.00pgs @ .50/pg | 2.00 |
| 12/16/03 | Long Distance Telephone(310) 645-9000 | 1.98 |
| 12/16/03 | Long Distance Telephone(415) 989-1801 | 1.98 |
| 12/17/03 | Long Distance Telephone(803) 943-4444 | 1.98 |
| 12/17/03 | Long Distance Telephone(803) 943-8094 | 0.99 |
| 12/17/03 | Long Distance Telephone(509) 455-9555 | 1.98 |
| 12/17/03 | Long Distance Telephone(409) 883-4394 | 1.98 |

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| Date | Description | Amount |
|---|---|---|
| 12/17/03 | Long Distance Telephone(509) 455-9555 | 5.94 |
| 12/18/03 | Telecopies  4.00pgs @ .50/pg | 2.00 |
| 12/18/03 | Long Distance Telephone(310) 645-9000 | 0.99 |
| 12/18/03 | Long Distance Telephone(415) 989-1801 | 1.98 |
| 12/18/03 | Long Distance Telephone(302) 575-1555 | 7.92 |
| 12/19/03 | Photocopies  2.00pgs @ .15/pg | 0.30 |
| 12/19/03 | Lexis - Online Legal ResearchVENDOR: LEXIS-NEXIS; INVOICE#: 0312022452; DATE: 12/31/03  -  Lexis Nexis Online charges | 249.69 |
| 12/22/03 | AirfareTravel to Newark, NJ - VENDOR: Continental Travel; INVOICE#: 303560; DATE: 12/19/03  -  Client - 15537 | 1,511.50 |
| 12/29/03 | Long Distance Telephone(302) 575-1555 | 2.97 |
| 12/29/03 | Long Distance Telephone(803) 943-4444 | 0.99 |
| 12/29/03 | Long Distance Telephone(803) 943-4444 | 5.94 |
| 12/29/03 | Long Distance Telephone(509) 455-9555 | 1.98 |

**TOTAL COSTS ADVANCED**                                                                                                 $4,833.25

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Baena, Scott L | 4.60 | 500.00 | $2,300.00 |
| Danzeisen, Allyn S | 27.10 | 250.00 | $6,775.00 |
| Sakalo, Jay M | 7.30 | 270.00 | $1,971.00 |
| Anderson, Silvia J | 2.90 | 110.00 | $319.00 |
| Van Dijk, Wendy | 9.80 | 100.00 | $980.00 |
| *TOTAL* | *51.70* |  | *$12,345.00* |

### MATTER SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| Airfare | $3,927.50 |
| Photocopies | $45.45 |
| Telecopies | $6.00 |
| Federal Express | $12.46 |
| Long Distance Telephone | $342.54 |
| Long Distance Telephone-Outside Services | $42.39 |
| Lexis - Online Legal Research | $274.70 |
| Pacer - Online Services | $182.21 |
| TOTAL | $4,833.25 |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER**                              **$17,178.25**

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

|  |  |  |
|---|---|---|
|  |  | Atty - SLB |
| RE: | 02 - Debtors' Business Operations | Client No. 74817/15538 |

| Date | TK | Hours | Amount | Description |
|---|---|---|---|---|
| 12/10/03 | JMS | 0.30 | 81.00 | Review October operating report. |

**PROFESSIONAL SERVICES** $81.00

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Sakalo, Jay M | 0.30 | 270.00 | $81.00 |
| *TOTAL* | *0.30* |  | *$81.00* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER**  **$81.00**

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

|  |  |  |  | Atty - SLB |
|---|---|---|---|---|
| RE: | 03 - Creditors Committee | | | Client No. 74817/15539 |

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 12/02/03 | ASD | 1.00 | 250.00 | Interoffice conference with Scott Baena regarding committee issues (.2); conference call with committee to discuss outstanding issues (.8). |
| 12/02/03 | SLB | 0.80 | 400.00 | Telephone conference with committee (.8). |
| 12/10/03 | ASD | 0.20 | 50.00 | Review and respond to email relating to Committee issues (.2). |
| 12/14/03 | ASD | 1.60 | 400.00 | Telephone conference with Committee member regarding oral argument (.2); draft memo regarding oral argument for Committee (1.4). |
| 12/17/03 | ASD | 0.50 | 125.00 | Telephone conference with Daniel Speights regarding committee call (.1); telephone conference with D. Scott regarding committee call (.1); telephone conference with Martin Dies regarding committee call (.1); email committee regarding committee call (.2). |
| 12/19/03 | ASD | 1.10 | 275.00 | Prepare for committee (.5); attend committee meeting (.6). |
| 12/23/03 | ASD | 0.20 | 50.00 | Telephone conference with Daniel Speights regarding committee issues (.2). |

**PROFESSIONAL SERVICES**                                                                $1,550.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Baena, Scott L | 0.80 | 500.00 | $400.00 |
| Danzeisen, Allyn S | 4.60 | 250.00 | $1,150.00 |
| *TOTAL* | *5.40* | | *$1,550.00* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER**           **$1,550.00**

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

|  |  |  |
|---|---|---|
| RE: 07 - Applicant's Fee Application | | Atty - SLB<br>Client No. 74817/15543 |

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 12/01/03 | LMF | 0.70 | 77.00 | Draft description of services for quarterly fee applications (.7). |
| 12/03/03 | LMF | 1.10 | 121.00 | Attend to edits of October and November bills for the fraudulent transfer matter (1.1). |
| 12/11/03 | LMF | 0.30 | 33.00 | Provide calendar information to docketing regarding fee applications and quarterlies (.3). |
| 12/15/03 | LMF | 2.20 | 242.00 | Prepare notices for October fees for bankruptcy and the fraudulent transfer matter and attend to the quarterly applications (2.2). |
| 12/16/03 | ASD | 0.20 | 50.00 | Review notices of statements for October (.2). |
| 12/16/03 | LMF | 1.30 | 143.00 | Submit notices and statements to local counsel for filing and serving (.3); complete description of services for quarterly applications (1.0). |
| 12/17/03 | LMF | 1.00 | 110.00 | Telephone conference with local counsel regarding invoice for October (.2); meet with accounting regarding same (.3); revise notice and invoice and resubmit for filing and serving (.5). |

**PROFESSIONAL SERVICES** $776.00

**COSTS ADVANCED**

| Date | Description | Amount |
|---|---|---|
| 10/01/03 | Pacer - Online Services VENDOR: PACER SERVICE CENTER; INVOICE#: 10/01/03-12/31/03; DATE: 1/12/04 - Pacer online service | 28.70 |
| 12/18/03 | Photocopies 86.00pgs @ .15/pg | 12.90 |

**TOTAL COSTS ADVANCED** $41.60

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Danzeisen, Allyn S | 0.20 | 250.00 | $50.00 |
| Flores, Luisa M | 6.60 | 110.00 | $726.00 |
| TOTAL | 6.80 | | $776.00 |

**MATTER SUMMARY OF COSTS ADVANCED**

| | |
|---|---|
| Photocopies | $12.90 |
| Pacer - Online Services | $28.70 |
| TOTAL | $41.60 |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER** **$817.60**

## BILZIN SUMBERG BAENA PRICE & AXELROD LLP

|  |  |  |
|---|---|---|
| RE: 08 - Hearings | | Atty - SLB<br>Client No. 74817/15544 |

| Date | | Hours | Amount | Description |
|---|---|---|---|---|
| 12/15/03 | ASD | 9.30 | 2,325.00 | Work travel to W.R. Grace hearing preparing for hearing (6.3); attend hearing (3.0). |

**PROFESSIONAL SERVICES** $2,325.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Danzeisen, Allyn S | 9.30 | 250.00 | $2,325.00 |
| *TOTAL* | *9.30* | | *$2,325.00* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER** $2,325.00

## BILZIN SUMBERG BAENA PRICE & AXELROD LLP

                                          Atty - SLB

RE:   09 - Claims Analysis, Objection, Resolution & Estimation (asbestos)   Client No. 74817/15545

| Date | | Hours | Amount | Description |
|---|---|---|---|---|
| 12/10/03 | ASD | 0.20 | 50.00 | Review email from Ed Cottingham regarding PD Claims Objection and respond to same. |
| 12/10/03 | JMS | 0.40 | 108.00 | Review debtors' objection to Royal's motion to allow filing of late filed claim. |

**PROFESSIONAL SERVICES**      $158.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Danzeisen, Allyn S | 0.20 | 250.00 | $50.00 |
| Sakalo, Jay M | 0.40 | 270.00 | $108.00 |
| *TOTAL* | *0.60* | | *$158.00* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER**      **$158.00**

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Atty - SLB
Client No. 74817/15546

RE:    10 - Travel

| Date | | Hours | Amount | Description |
|---|---|---|---|---|
| 12/11/03 | ASD | 3.10 | 775.00 | Travel to Philadelphia. |
| 12/12/03 | ASD | 2.50 | 625.00 | Travel back to Miami. |
| 12/15/03 | ASD | 5.90 | 1,475.00 | Return travel from hearing. |
| 12/22/03 | ASD | 2.70 | 675.00 | Travel to hearing. |
| 12/23/03 | ASD | 2.90 | 725.00 | Travel back to Miami. |
| 12/29/03 | ASD | 2.90 | 725.00 | Travel to Newark for document review. |
| 12/30/03 | ASD | 2.70 | 675.00 | Travel back to Miami from document review. |

**PROFESSIONAL SERVICES**                                                    $5,675.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Danzeisen, Allyn S | 22.70 | 250.00 | $5,675.00 |
| *TOTAL* | *22.70* | | *$5,675.00* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER**                        $5,675.00

**Less 50% Travel Discount**                                                 ($2,837.50)

**TOTAL**    $2,837.50

## BILZIN SUMBERG BAENA PRICE & AXELROD LLP

|  |  |  | Atty - SLB |
|---|---|---|---|
| RE: | 18 - Plan & Disclosure Statement |  | Client No. 74817/15554 |

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 12/02/03 | ASD | 0.40 | 100.00 | Conference call with Martin Dies and Daniel Speights regarding plan issues (.4). |
| 12/02/03 | SLB | 0.40 | 200.00 | Telephone conference with D. Speights, M. Dies, A. Danzeisen and J. Sakalo regarding plan issues (.4). |
| 12/02/03 | JMS | 0.40 | 108.00 | Telephone conference with S. Baena, A. Danzeisen, D. Speights, M. Dies regarding discussions regarding plan issues. |
| 12/10/03 | SLB | 0.40 | 200.00 | Telephone call from D. Scott regarding research issue (.2); interoffice conference with A. Danzeisen regarding same (.2). |

**PROFESSIONAL SERVICES** $608.00

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Baena, Scott L | 0.80 | 500.00 | $400.00 |
| Danzeisen, Allyn S | 0.40 | 250.00 | $100.00 |
| Sakalo, Jay M | 0.40 | 270.00 | $108.00 |
| *TOTAL* | *1.60* |  | *$608.00* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER** $608.00

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

|  |  |  |  | Atty - SLB |
|---|---|---|---|---|
| RE: | 27 - Litigation Consulting |  |  | Client No. 74817/15563 |

| Date | Tkpr | Hours | Amount | Description |
|---|---|---|---|---|
| 12/01/03 | ASD | 0.60 | 150.00 | Review objections to motion for Structural Relief (.6). |
| 12/01/03 | ASD | 0.30 | 75.00 | Email committee regarding conference on Writ of Mandamus (.1); review responses to same (.2). |
| 12/03/03 | JMS | 1.30 | 351.00 | Review ACC objection to motion for structural relief in Owens Corning case (.5); review Grace's response to petition for mandamus (.4); review SAC response to petition for mandamus (.4). |
| 12/10/03 | SLB | 0.30 | 150.00 | Review ZAI motion in limine (.3). |
| 12/15/03 | JMS | 1.60 | 432.00 | Research strategic issues. |
| 12/16/03 | JMS | 2.30 | 621.00 | Research regarding strategic actions (1.9); emails to W. VanDijk thereon (.4). |
| 12/17/03 | JMS | 0.80 | 216.00 | Research regarding strategic issues. |
| 12/18/03 | JMS | 1.80 | 486.00 | Research law review articles on strategic litigation. |

**PROFESSIONAL SERVICES** $2,481.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Baena, Scott L | 0.30 | 500.00 | $150.00 |
| Danzeisen, Allyn S | 0.90 | 250.00 | $225.00 |
| Sakalo, Jay M | 7.80 | 270.00 | $2,106.00 |
| *TOTAL* | *9.00* |  | *$2,481.00* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER** $2,481.00

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

|  |  |  |  | Atty - SLB |
|---|---|---|---|---|
| RE: | 30 - Fee Application of Others |  |  | Client No. 74817/17781 |

| 12/09/03 | SLB | 0.60 | 300.00 | Review fee app of Caplin & Drysdale (.4); review fee auditor report for ninth application (.2). |
|---|---|---|---|---|

**PROFESSIONAL SERVICES** $300.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Baena, Scott L | 0.60 | 500.00 | $300.00 |
| *TOTAL* | *0.60* |  | *$300.00* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER** **$300.00**

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

|  |  |  |  | Atty - SLB |
|---|---|---|---|---|
| RE: | 31 - Retention of Others |  |  | Client No. 74817/17782 |

| Date | | Hours | Amount | Description |
|---|---|---|---|---|
| 11/24/03 | ASD | 0.50 | 125.00 | Review affidavit for Section 327(e) of Sherin and Lodgen (.1); review 327(e) affidavit of Baker Donelson, et al. (.4). |

**PROFESSIONAL SERVICES** $125.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Danzeisen, Allyn S | 0.50 | 250.00 | $125.00 |
| *TOTAL* | *0.50* |  | *$125.00* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER** **$125.00**

## BILZIN SUMBERG BAENA PRICE & AXELROD LLP

|  |  |  | Atty - SLB |
|---|---|---|---|
| RE: | 38 - ZAI Science Trial | | Client No. 74817/17905 |

| | | | | |
|---|---|---|---|---|
| 11/21/03 | ASD | 0.10 | 25.00 | Review order rescheduling ZAI summary judgment hearing (.1). |

**PROFESSIONAL SERVICES** $25.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Danzeisen, Allyn S | 0.10 | 250.00 | $25.00 |
| *TOTAL* | *0.10* | | *$25.00* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER** **$25.00**

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

*CLIENT SUMMARY OF PROFESSIONAL SERVICES THIS PERIOD*

| Timekeeper | Hours | | Total |
|---|---|---|---|
| *Danzeisen, Allyn S* | *66.0* | *** | $16,500.00 |
| *Baena, Scott L* | *7.10* | | $3,550.00 |
| *Flores, Luisa M* | *6.60* | | $726.00 |
| *Sakalo, Jay M* | *16.20* | | $4,374.00 |
| *Anderson, Silvia J* | *2.90* | | $319.00 |
| *Van Dijk, Wendy* | *9.80* | | $980.00 |

*** *Less 50% Travel Discount*                                                     -$2,837.50

**TOTAL PROFESSIONAL FEES THIS PERIOD**                                $23,611.50

*CLIENT SUMMARY OF COSTS ADVANCED*

| | |
|---|---|
| *Airfare* | *$3,927.50* |
| *Photocopies* | *$58.35* |
| *Telecopies* | *$6.00* |
| *Federal Express* | *$12.46* |
| *Long Distance Telephone* | *$342.54* |
| *Long Distance Telephone-Outside Services* | *$42.39* |
| *Lexis - Online Legal Research* | *$274.70* |
| *Pacer - Online Services* | *$210.91* |

**TOTAL COSTS ADVANCED THIS PERIOD**                                  $4,874.85

**TOTAL AMOUNT DUE THIS PERIOD**                                      <u>$28,486.35</u>

# B&#x0130;LZ&#x0130;N S&#x075;MBERG B&#x0101;ENA P&#x0280;ICE & A&#x0280;ELROD LLP

## C&#x0280;IENT S&#x0280;MMARY

|  | TIME | COSTS ADVANCED | TOTAL |
|---|---|---|---|
| **BALANCE AS OF- 12/31/03** <br> **WR Grace-Official Committee of Prope** | | | |
| 01- Case Administration/15537 | 12,345.00 | 4,833.25 | 17,178.25 |
| 02 - Debtors' Business Operations/15538 | 81.00 | 0.00 | 81.00 |
| 03 - Creditors Committee/15539 | 1,550.00 | 0.00 | 1,550.00 |
| 07 - Applicant's Fee Application/15543 | 776.00 | 41.60 | 817.60 |
| 08 - Hearings/15544 | 2,325.00 | 0.00 | 2,325.00 |
| 09 - Claims Analysis, Objection, Resolution & Estimation (asbestos)/15545 | 158.00 | 0.00 | 158.00 |
| 10 - Travel/15546 | 2,837.50 | 0.00 | 2,837.50 |
| 18 - Plan & Disclosure Statement/15554 | 608.00 | 0.00 | 608.00 |
| 27 - Litigation Consulting/15563 | 2,481.00 | 0.00 | 2,481.00 |
| 30 - Fee Application of Others/17781 | 300.00 | 0.00 | 300.00 |
| 31 - Retention of Others/17782 | 125.00 | 0.00 | 125.00 |
| 38 - ZAI Science Trial/17905 | 25.00 | 0.00 | 25.00 |
| Client Total | $23,611.50 | $4,874.85 | $28,486.35 |