# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.[1], | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objection Deadline: April 19, 2004 at 4:00 |
| | ) | p.m. Hearing Date: TBD only if necessary |
| | ) | |

### FEE DETAIL FOR HOLME ROBERTS & OWEN, LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD OF FEBRUARY 1, 2004 THROUGH FEBRUARY 29, 2004

---

[1]  The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

**Matter 00300 - Libby, Montana Asbestos Litigation**

| Name | Position | Hourly Rate | February | Total  Comp |
|------|----------|-------------|----------|-------------|
| Lund, Kenneth | Partner | $      395.00 | 1.00 | $      395.00 |
| Neitzel, Charlotte | Partner | $      350.00 | 13.0 | $   4,550.00 |
| Coggon, Katheryn | Special Counsel | $      280.00 | 1.0 | $      280.00 |
| Tognetti, Natalie | Paralegal | $      125.00 | 7.9 | $      987.50 |
|  |  |  |  |  |
| **Total** |  |  | **22.90** | **6,212.50** |

Expenses

**Matter 00300 - Libby, Montana Asbestos Litigation**

| Description | TOTAL |
|---|---|
| Parking | $ - |
| Photocopies | $ - |
| Facsimiles | $ - |
| Long Distance Telephone | $ 2.30 |
| Outside Courier | $ - |
| Lexis | $ - |
| Travel Expense | $ - |
| Outside Reporduction | $ - |
| Federal Express | $ - |
| Research Service | $ - |
| Velo Binding | $ - |
| Other Expense | $ 196.80 |
| Color Copies | $ - |
| **Total** | **$ 199.10** |

Holme Roberts & Owen LLP

March 15, 2004

W.R. Grace

| | |
|---|---|
| Page | 9 |
| Invoice No.: | 661254 |
| Client  No.: | 04339 |
| Matter  No.: | 00300 |

**Regarding: Libby, Montana Asbestos**

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 02/23/04 | CLN | Evaluate D. Kuchinsky voicemail re Libby health data (1.10); conference with D. Kuchinsky re same (.50); coordinate with JDMcCarthy and KJCoggon re same (.30); conference with NKTognetti re D. Kuchinsky's request (.30); conference with KJCoggon (.30). | 2.50 | $  875.00 |
| 02/23/04 | KJC | Conferences with NKTognetti re medical study research (.40); telephone conference with CLNeitzel re medical study research (.30). | 0.70 | 196.00 |
| 02/23/04 | NKT | Research re Libby medical studies per CLNeitzel and KJCoggon request (3.80); research WR Grace depositions per CLNeitzel request (1.20); work with KMCarnes to locate and procure data from Libby Screening Study and Libby Mortality Study (.80). | 5.80 | 725.00 |
| 02/24/04 | KJC | Conferences with NKTognetti re medical study research (.30). | 0.30 | 84.00 |
| 02/24/04 | NKT | Conference with KJCoggon re Libby Screening Study underlying data (.30); begin review of Libby Screening Study underlying data (.50). | 0.80 | 100.00 |
| 02/25/04 | CLN | Evaluate Libby medical data to assist KJCoggon and D. Kuchinsky. | 2.50 | 875.00 |
| 02/25/04 | NKT | Continue to review underlying data of Libby Medical Testing (.80); review data analysis report re same (.50). | 1.30 | 162.50 |
| 02/26/04 | KWL | Conference with B. Emmett, L. Duff, J. Baer and KJCoggon, with B. Emmett and M. Grummer (participating by conference call) re EPA negotiations. | 1.00 | 395.00 |
| 02/26/04 | CLN | Research re Libby medical studies. | 0.50 | 175.00 |

Holme Roberts & Owen LLP

March 15, 2004

W.R. Grace

| | |
|---|---|
| Page | 10 |
| Invoice No.: | 661254 |
| Client No.: | 04339 |
| Matter No.: | 00300 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 02/29/04 | CLN | Research re Libby medical studies. | 7.50 | 2,625.00 |
| | | **Total Fees Through February 29, 2004:** | **22.90** | **$ 6,212.50** |

### Timekeeper Rate Summary

| Initials | Name | Position | Rate | Hours | Value |
|----------|------|----------|------|-------|-------|
| KWL | Kenneth W. Lund | Partner | $ 395.00 | 1.00 | $ 395.00 |
| CLN | Charlotte L. Neitzel | Partner | 350.00 | 13.00 | 4,550.00 |
| KJC | Katheryn J. Coggon | Special Counsel | 280.00 | 1.00 | 280.00 |
| NKT | Natalie Tognetti | Paralegal | 125.00 | 7.90 | 987.50 |
| | | **Total Fees:** | | **22.90** | **$ 6,212.50** |

### Itemized Disbursements

| Date | Qty | Description | | Amount |
|------|-----|-------------|---|--------|
| 01/31/04 | | Other Expense: VENDOR: Iron Mountain; INVOICE#: K697902; DATE: 1/31/2004 - Document Storage - January 2004 | $ | 196.80 |
| 02/03/04 | | Long Distance Telephone: 4105314170, 12 Mins., TranTime:9:30 | | 1.20 |
| 02/04/04 | | Long Distance Telephone: 4105314751, 1 Mins., TranTime:12:19 | | 0.10 |
| 02/09/04 | | Long Distance Telephone: 2028795160, 1 Mins., TranTime:8:59 | | 0.10 |
| 02/09/04 | | Long Distance Telephone: 2028795160, 8 Mins., TranTime:14:54 | | 0.80 |
| 02/24/04 | | Long Distance Telephone: 4105314203, 1 Mins., TranTime:12:59 | | 0.10 |
| | | **Total Disbursements:** | **$** | **199.10** |

Holme Roberts & Owen LLP

March 15, 2004

W.R. Grace

| | |
|---|---|
| Page | 11 |
| Invoice No.: | 661254 |
| Client No.: | 04339 |
| Matter No.: | 00300 |

### Disbursement Summary

| | | |
|---|---|---|
| Long Distance Telephone | $ | 2.30 |
| Other Expense | | 196.80 |
| **Total Disbursements:** | **$** | **199.10** |

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 612649 | 10/30/02 | Bill | 7,504.74 |
| | 12/16/02 | Cash Receipt | -6,409.54 |
| | 12/23/02 | Cash Receipt | -108.63 |
| | 04/14/03 | Cash Receipt Cancellation | 108.63 |
| | | *Outstanding Balance on Invoice 612649:* | $   *1,095.20* |
| 620923 | 01/24/03 | Bill | 309,771.81 |
| | 04/11/03 | Cash Receipt | -259,371.06 |
| | 04/14/03 | Cash Receipt Cancellation | 259,371.06 |
| | | *Outstanding Balance on Invoice 620923:* | *$ 309,771.81* |
| 621058 | 01/31/03 | Bill | 1,435.19 |
| | 04/11/03 | Cash Receipt | -1,191.79 |
| | 04/14/03 | Cash Receipt | -1,191.79 |
| | 04/14/03 | Cash Receipt Cancellation | 1,191.79 |
| | 09/05/03 | Cash Receipt | -237.92 |
| | | *Outstanding Balance on Invoice 621058:* | $   *5.48* |

**Matter 00390 - Bankruptcy Matters**

| Name | Position | Hourly Rate | February | Total  Comp |
|------|----------|-------------|----------|-------------|
| Flaagan, Elizabeth K. | Partner | $       300.00 | 1.4 | $        420.00 |
| Haag, Susan | Paralegal | $       125.00 | 11.8 | $      1,475.00 |
| | | | | |
| **Total** | | | **13.20** | **$      1,895.00** |

Expenses

**Matter 00390 - Bankruptcy Matters**

| Description | TOTAL |
|---|---|
| Photocopies | $        25.50 |
| Facsimiles | $          - |
| Long Distance Telephone | $          - |
| Federal Express | $        10.32 |
| Tab Stock | $          - |
| Lexis | $          - |
| Consulting Fee | $          - |
| Postage | $          - |
| Research Services | $          - |
| Professional Services | $      649.89 |
| **Total** | **$      685.71** |

Holme Roberts & Owen LLP

March 15, 2004

W.R. Grace

| | |
|---|---|
| Page | 26 |
| Invoice No.: | 661254 |
| Client  No.: | 04339 |
| Matter  No.: | 00390 |

**Regarding: Bankruptcy Matters**

### Itemized Services

| Date | Tkpr | Description | Hours | | Value |
|---|---|---|---|---|---|
| 01/29/04 | SH | Calculate and draft December interim fee application. | 1.00 | $ | 125.00 |
| 01/30/04 | SH | Finalize December 2003 interim fee application (1.10); begin calculating eleventh interim fee application (1.50); compile and file December 2003 fee application (.30). | 2.90 | | 362.50 |
| 02/03/04 | SH | Continue calculating eleventh interim fee application. | 2.00 | | 250.00 |
| 02/04/04 | SH | Finalize calculation of eleventh interim fee application charts (2.00); draft eleventh interim fee application pleadings (2.30); calculate and draft tenth interim fee application category spreadsheet as requested by fee auditor (1.00). | 5.30 | | 662.50 |
| 02/05/04 | EKF | Review, revise and finalize eleventh interim quarterly fee application. | 0.50 | | 150.00 |
| 02/05/04 | SH | Assemble exhibits and eleventh interim fee application for EKFlaagan's review. | 0.60 | | 75.00 |
| 02/09/04 | EKF | Review fee auditor's final report on HRO's tenth interim application (.20). | 0.20 | | 60.00 |
| 02/13/04 | EKF | Review and revise January 2004 invoices (prebills) (.70). | 0.70 | | 210.00 |

| | | Total Fees Through February 29, 2004: | 13.20 | $ | 1,895.00 |
|---|---|---|---|---|---|

### Timekeeper Rate Summary

| Initials | Name | Position | Rate | Hours | | Value |
|---|---|---|---|---|---|---|
| EKF | Elizabeth Flaagan | Partner | $ 300.00 | 1.40 | $ | 420.00 |
| SH | Susan Haag | Paralegal | 125.00 | 11.80 | | 1,475.00 |

Holme Roberts & Owen LLP

March 15, 2004

W.R. Grace

| | |
|---|---|
| Page | 27 |
| Invoice No.: | 661254 |
| Client  No.: | 04339 |
| Matter  No.: | 00390 |

### Timekeeper Rate Summary

| Initials | Name | Position | Rate | Hours | | Value |
|---|---|---|---|---|---|---|
| | | **Total Fees:** | | **13.20** | **$** | **1,895.00** |

### Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 12/30/03 | 48 | Photocopy | $ | 7.20 |
| 01/21/04 | | Professional Other Billable  Service: VENDOR: Morris, James, Hitchens & Williams LLP; INVOICE#: 259889; DATE: 1/21/2004 - Legal Fees in W.R. Grace case | | 649.89 |
| 02/06/04 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 1-559-65193; DATE: 2/6/2004  -  Courier, Acct. 0802-0410-8. 01-30; William Weller Wilmington, De | | 10.32 |
| 02/06/04 | 4 | Photocopy | | 0.60 |
| 02/06/04 | 118 | Photocopy | | 17.70 |
| | | **Total Disbursements:** | **$** | **685.71** |

### Disbursement Summary

| | | |
|---|---|---|
| Photocopy | $ | 25.50 |
| Federal Express | | 10.32 |
| Professional Other Billable  Service | | 649.89 |
| **Total Disbursements:** | **$** | **685.71** |

**Matter 00420 - Ninth Circuit Appeal**

| Name | Position | Hourly Rate | February | Total Comp |
|------|----------|-------------|----------|------------|
| Coggon, Katheryn | Special Counsel | $      280.00 | 40.2 | $      11,256.00 |
| Tognetti, Natalie | Paralegal | $      125.00 | 47 | $      5,875.00 |
|  |  |  |  |  |
| **Total** |  |  | **87.20** | **$      17,131.00** |

**Matter 00420 - Ninth Circuit Appeal**

| Description | TOTAL |
|---|---|
| Parking | $ 46.00 |
| Photocopies | $ 70.50 |
| Facsimile | $ - |
| Long Distance Telephone | $ 12.10 |
| Federal Express | $ 266.67 |
| Outside Courier | $ 14.30 |
| Lexis | $ - |
| Travel Expense | $ 1,578.72 |
| Meal Expenses | $ 71.74 |
| Other Expenses | $ - |
| Tab Stock | $ - |
| Velo Binding | $ - |
| **Total** | **$ 2,060.03** |

Holme Roberts & Owen LLP

March 15, 2004

W.R. Grace

| | |
|---|---|
| Page | 34 |
| Invoice No.: | 661254 |
| Client  No.: | 04339 |
| Matter  No.: | 00420 |

**Regarding: Ninth Circuit Appeal**

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 02/02/04 | KJC | Email team re possible amicus participation (.40). | 0.40 | $  112.00 |
| 02/03/04 | NKT | Work with CCotts and Practice Support Services re records and image management per KJCoggon request. | 1.30 | 162.50 |
| 02/04/04 | KJC | Email exchange with J. O'Quinn and NKTognetti re supporting documents for appeal brief (.70). | 0.70 | 196.00 |
| 02/04/04 | NKT | Research WR Grace databases for supporting documentation per KJCoggon request. | 4.20 | 525.00 |
| 02/05/04 | KJC | Email exchange with J. O'Quinn re supporting documents for appeal brief (.80). | 0.80 | 224.00 |
| 02/05/04 | NKT | Research WR Grace databases for supporting documentation and information per KJCoggon request. | 4.50 | 562.50 |
| 02/06/04 | KJC | Email exchange with J. O'Quinn re supporting documents for appeal brief (.50). | 0.50 | 140.00 |
| 02/06/04 | NKT | Search WR Grace databases for and locate documents requested by  J. O'Quinn re appeal issues (2.30); research WR Grace databases per KJCoggon (1.00). | 3.30 | 412.50 |
| 02/09/04 | KJC | Email exchange re supporting documents for appeal brief (.70); conference with NKTognetti re research to support brief (.40); telephone conference with J. O'Quinn re status of appeal brief and specific facts to support (.80). | 1.90 | 532.00 |
| 02/09/04 | NKT | Review file for information per KJCoggon request (3.80); work with Practice Support Services to copy VHS tape (.40); review documents to locate EPA Production Bates prefix key and transmit same to J. O'Quinn (.40). | 4.60 | 575.00 |

Holme Roberts & Owen LLP

March 15, 2004

W.R. Grace

| | | |
|---|---|---|
| Page | 35 |
| Invoice No.: | 661254 |
| Client  No.: | 04339 |
| Matter  No.: | 00420 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 02/10/04 | KJC | Review and revise second notice of default re reporters' transcript (.40); address inquiries for documents to support appeal brief (.40). | 0.80 | 224.00 |
| 02/11/04 | KJC | Research re filing of second notice of default re reporters' transcript (.20); respond to inquiries for documents to support appeal brief including conferences with NKTognetti (.70). | 0.90 | 252.00 |
| 02/12/04 | KJC | Research re  filing of second notice of default re reporters' transcript (.20); respond to inquiries for documents to support appeal brief including conferences with NKTognetti (.30). | 0.50 | 140.00 |
| 02/13/04 | KJC | Respond to inquiries for documents to support appeal brief including conferences with NKTognetti (.40). | 0.40 | 112.00 |
| 02/16/04 | KJC | Respond to inquiries for documents to support appeal brief including conferences with NKTognetti (.60). | 0.60 | 168.00 |
| 02/16/04 | NKT | Research WR Grace databases re documents to support appeal per KJCoggon request. | 4.60 | 575.00 |
| 02/17/04 | KJC | Address inquiries for documents to support appeal brief including telephone conference with KWLund and conferences with NKTognetti (1.30); review draft appeal brief (1.00); prepare for team meeting re opening brief (1.20). | 3.50 | 980.00 |
| 02/17/04 | NKT | Research documents to support appeal brief per KJCoggon request (5.70); work with WPayne re finding relevant images from VOLPE Bates range (.50). | 6.20 | 775.00 |
| 02/18/04 | KJC | Travel to Washington  D.C. to meet with team re appeal brief (1.30) (1.30 N/C) (50% NWT); review and comment on draft brief (2.50); prepare for team meeting re opening brief (1.20); meet with C. Landau and J. O'Quinn re opening brief (4.80). | 9.80 | 2,744.00 |

Holme Roberts & Owen LLP

March 15, 2004

W.R. Grace

| | |
|---|---|
| Page | 36 |
| Invoice No.: | 661254 |
| Client  No.: | 04339 |
| Matter  No.: | 00420 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 02/18/04 | NKT | Review VOLPE-PMT images for documents relevant to appeal brief issues , per KJCoggon request (4.30); review files and notes for information relevant to appeal issues (1.20); search for, locate and transmit requested documents to Kirkland & Ellis (1.20). | 6.70 | 837.50 |
| 02/19/04 | KJC | Meet with C. Landau, J. O'Quinn and client re opening brief and Libby health findings (8.50). | 8.50 | 2,380.00 |
| 02/19/04 | NKT | Continue to review file for information and citations relevant to appeal issues, per KJCoggon request (1.50). | 1.50 | 187.50 |
| 02/20/04 | KJC | Return travel from Washington D.C. (2.00) (2.00 N/C) (50% NWT); review of draft brief and specific tasks to complete next version (2.00). | 4.00 | 1,120.00 |
| 02/23/04 | KJC | Draft motion for sanctions (1.60); telephone conferences with J. Freeman re transcript issues and hearing re court reporter sanctions (.40). | 2.00 | 560.00 |
| 02/24/04 | KJC | Revise motion for sanctions including email exchange with C. Landau and telephone conference with G. Graham (1.00); telephone conference with W. Corcoran and D. Kuchinsky re ATSDR studies for appeal brief (.30); review relevant materials for brief (1.00). | 2.30 | 644.00 |
| 02/25/04 | KJC | Conference with NKTognetti re research to support opening brief (.80). | 0.80 | 224.00 |
| 02/25/04 | NKT | Conference with KJCoggon re follow up research for Cost Recovery Appeal Brief issues (.80); begin research of follow-up items to Appeal Brief (.50). | 1.30 | 162.50 |
| 02/26/04 | KJC | Telephone conference with A. Stringer re research for brief (.50); follow up re research for brief (.90). | 1.40 | 392.00 |
| 02/26/04 | NKT | Research WR Grace databases for information re brief per KJCoggon request (3.50). | 3.50 | 437.50 |

Holme Roberts & Owen LLP

March 15, 2004

W.R. Grace

| | |
|---|---|
| Page | 37 |
| Invoice No.: | 661254 |
| Client No.: | 04339 |
| Matter No.: | 00420 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 02/27/04 | KJC | Review Order re Contempt and follow up re same (.40). | 0.40 | 112.00 |
| 02/27/04 | NKT | Research re support for brief per KJCoggon request (5.30). | 5.30 | 662.50 |

| | | **Total Fees Through February 29, 2004:** | **87.20** | **$ 17,131.00** |
|---|---|---|---|---|

### Timekeeper Rate Summary

| Initials | Name | Position | Rate | Hours | Value |
|----------|------|----------|------|-------|-------|
| KJC | Katheryn J. Coggon | Special Counsel | $ 280.00 | 40.20 | $ 11,256.00 |
| NKT | Natalie Tognetti | Paralegal | 125.00 | 47.00 | 5,875.00 |

| | | **Total Fees:** | | **87.20** | **$ 17,131.00** |
|---|---|---|---|---|---|

### Itemized Disbursements

| Date | Qty | Description | | Amount |
|------|-----|-------------|---|--------|
| 12/30/03 | 78 | Photocopy | $ | 11.70 |
| 01/16/04 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 1-558-15880; DATE: 1/16/2004  -  Courier, Acct. 0802-0410-8. 01-05; Brett McGurk Washington, DC | | 78.46 |
| 01/16/04 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 1-558-15880; DATE: 1/16/2004  -  Courier, Acct. 0802-0410-8. 01-05; Brett McGurk Washington, DC | | 75.38 |
| 01/16/04 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 1-558-15880; DATE: 1/16/2004  -  Courier, Acct. 0802-0410-8. 01-06; Brett McGurk Washington, DC | | 18.61 |

Holme Roberts & Owen LLP

March 15, 2004

W.R. Grace

| | |
|---|---|
| Page | 38 |
| Invoice No.: | 661254 |
| Client  No.: | 04339 |
| Matter  No.: | 00420 |

**Itemized Disbursements**

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 01/16/04 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 1-558-15880; DATE: 1/16/2004  -  Courier, Acct. 0802-0410-8. 01-06; Brett McGurk Washington, DC | 18.61 |
| 02/03/04 | 1 | Photocopy | 0.15 |
| 02/03/04 | | Travel Expense: VENDOR: Majest International; INVOICE#: 24542; DATE: 2/3/2004  -  Airfare for Katheryn J. Coggon from Denver to Wash/Dulles 02/18-02/20/04 | 568.20 |
| 02/04/04 | | Long Distance Telephone: 2028795213, 13 Mins., TranTime:9:43 | 1.30 |
| 02/06/04 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 1-559-65193; DATE: 2/6/2004  -  Courier, Acct. 0802-0410-8. 02-03; Kelly Richardson San Diego, Ca | 9.85 |
| 02/09/04 | | Long Distance Telephone: 4065427260, 6 Mins., TranTime:13:53 | 0.60 |
| 02/09/04 | | Long Distance Telephone: 2028795213, 4 Mins., TranTime:13:59 | 0.40 |
| 02/09/04 | | Long Distance Telephone: 2028795213, 46 Mins., TranTime:14:3 | 4.60 |
| 02/09/04 | | Long Distance Telephone: 4065427260, 3 Mins., TranTime:14:52 | 0.30 |
| 02/09/04 | | Long Distance Telephone: 4105314203, 3 Mins., TranTime:15:6 | 0.30 |
| 02/10/04 | | Long Distance Telephone: 4065427260, 2 Mins., TranTime:9:55 | 0.20 |
| 02/10/04 | | Long Distance Telephone: 4065427260, 2 Mins., TranTime:11:30 | 0.10 |
| 02/10/04 | | Long Distance Telephone: 4105314203, 1 Mins., TranTime:11:41 | 0.10 |
| 02/10/04 | | Long Distance Telephone: 4065235259, 1 Mins., TranTime:13:43 | 0.10 |
| 02/11/04 | | Long Distance Telephone: 4065427260, 3 Mins., TranTime:13:40 | 0.30 |
| 02/11/04 | 32 | Photocopy | 4.80 |
| 02/12/04 | 4 | Photocopy | 0.60 |
| 02/16/04 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 1-606-23642; DATE: 2/16/2004  -  Courier, Acct. 0808-0410-8. 02-09; John O'Quinn Washington, DC | 55.91 |
| 02/18/04 | | Outside Courier: VENDOR: Western Messenger Service, Inc.; INVOICE#: 847089; DATE: 2/18/2004  -  Courier Acct. # 35477 From HRO SFO to Appeals 9th Circuit 02/13/04 | 14.30 |

Holme Roberts & Owen LLP

March 15, 2004

W.R. Grace

| | |
|---|---|
| Page | 39 |
| Invoice No.: | 661254 |
| Client No.: | 04339 |
| Matter No.: | 00420 |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 02/20/04 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 1-606-84069; DATE: 2/20/2004 - Courier, Acct. 0802-0410-8. 02-12; Anikka Green San Francisco, Ca | 9.85 |
| 02/20/04 | | Long Distance Telephone: 4105314362, 4 Mins., TranTime:15:18 | 0.40 |
| 02/20/04 | | Other Meal Expense: VENDOR: Coggon, Katheryn J; INVOICE#: 022604; DATE: 2/26/2004 - 2/18-20/04; Washington DC; Attend meeting with client and Kirkland appellate teams re opening brief/ Meals: 2/18/04 total - $7.00 ($7.00 lunch); 2/19/04 total - $64.74 ($16.80 breakfast; $47.94 dinner). | 71.74 |
| 02/20/04 | | Parking: VENDOR: Coggon, Katheryn J; INVOICE#: 022604; DATE: 2/26/2004 - 2/18-20/04; Washington DC; Attend meeting with client and Kirkland appellate teams re opening brief/ Parking: 2/20/04 - Denver International Airport | 42.00 |
| 02/20/04 | | Parking: VENDOR: Coggon, Katheryn J; INVOICE#: 022604; DATE: 2/26/2004 - 2/18-20/04; Washington DC; Attend meeting with client and Kirkland appellate teams re opening brief/ Tips: hotel bellmen | 4.00 |
| 02/20/04 | | Travel Expense: VENDOR: Coggon, Katheryn J; INVOICE#: 022604; DATE: 2/26/2004 - 2/18-20/04; Washington DC; Attend meeting with client and Kirkland appellate teams re opening brief/ Airfare - upgrade to accommodate medical condition. | 400.00 |
| 02/20/04 | | Travel Expense: VENDOR: Coggon, Katheryn J; INVOICE#: 022604; DATE: 2/26/2004 - 2/18-20/04; Washington DC; Attend meeting with client and Kirkland appellate teams re opening brief/ Hotel: two nights at $227.86 per night (one person). | 455.72 |
| 02/20/04 | | Travel Expense: VENDOR: Coggon, Katheryn J; INVOICE#: 022604; DATE: 2/26/2004 - 2/18-20/04; Washington DC; Attend meeting with client and Kirkland appellate teams re opening brief/ Taxis: 2/1/04 total $59.00; 2/19/04 total $21.00; 2/20/04 total $60.00. | 140.00 |
| 02/20/04 | | Travel Expense: VENDOR: Coggon, Katheryn J; INVOICE#: 022604; DATE: 2/26/2004 - 2/18-20/04; Washington DC; Attend meeting with client and Kirkland appellate teams re opening brief/ Mileage: Round trip to Denver International Airport 40 miles X $.37/per mile | 14.80 |

Holme Roberts & Owen LLP

March 15, 2004

W.R. Grace

| | |
|---|---|
| Page | 40 |
| Invoice No.: | 661254 |
| Client  No.: | 04339 |
| Matter  No.: | 00420 |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 02/23/04 | | Long Distance Telephone: 4105314222, 5 Mins., TranTime:15:50 | 0.50 |
| 02/24/04 | | Long Distance Telephone: 4065232543, 29 Mins., TranTime:12:28 | 2.80 |
| 02/24/04 | 47 | Photocopy | 7.05 |
| 02/24/04 | 244 | Photocopy | 36.60 |
| 02/25/04 | 56 | Photocopy | 8.40 |
| 02/26/04 | | Long Distance Telephone: 4062933964, 1 Mins., TranTime:13:50 | 0.10 |
| 02/26/04 | 8 | Photocopy | 1.20 |

**Total Disbursements:**                                  **$    2,060.03**

### Disbursement Summary

| | | |
|---|---|---|
| Parking | $ | 46.00 |
| Photocopy | | 70.50 |
| Long Distance Telephone | | 12.10 |
| Outside Courier | | 14.30 |
| Travel Expense | | 1,578.72 |
| Federal Express | | 266.67 |
| Other Meal Expense | | 71.74 |

**Total Disbursements:  $    2,060.03**

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 641124 | 08/18/03 | Bill | 21,356.50 |
| | 11/03/03 | Cash Receipt | -17,085.20 |

**Matter 00430 - New Englad States 104(e) Requests**

| Name | Position | Hourly Rate | February | Total  Comp |
|------|----------|-------------|----------|-------------|
| Coggon, Katheryn | Special Counsel | $     280.00 | 0.6 | $     168.00 |
| Latuda, Carla | Paralegal | $     125.00 | 8.5 | $   1,062.50 |
|  |  |  |  |  |
| **Total** |  |  | **9.10** | **$   1,230.50** |

**Matter 00430 - New England States 104(e) Requests**

| Description | TOTAL |
|---|---|
| Parking | $           - |
| Photocopies | $           - |
| Facsimile | $           - |
| Long Distance Telephone | $        0.70 |
| Federal Express | $           - |
| Outside Courier | $           - |
| Lexis | $           - |
| Travel Expense | $           - |
| Meal Expenses | $           - |
| Other Expenses | $           - |
| Tab Stock | $           - |
| Velo Binding | $           - |
| **Total** | **$        0.70** |

Holme Roberts & Owen LLP

March 15, 2004

W.R. Grace

| | |
|---|---|
| Page | 43 |
| Invoice No.: | 661254 |
| Client No.: | 04339 |
| Matter No.: | 00430 |

**Regarding: New England States 104(e) Requests**

**Itemized Services**

| Date | Tkpr | Description | Hours | | Value |
|---|---|---|---|---|---|
| 02/23/04 | KJC | Telephone conference with S. Jaffe re documents to support 104(e) response and follow re same (.60). | 0.60 | $ | 168.00 |
| 02/23/04 | MCL | Locate, print, and organize documents to be utilized in 104(e) response for Elizabeth Doherty of Foley Hoag, per KJCoggon's request. | 3.00 | | 375.00 |
| 02/24/04 | MCL | Locate and organize documents re North Billerica and Easthampton expanding plants for Elizabeth Doherty of Foley Hoag pursuant to KJCoggon's request. | 2.00 | | 250.00 |
| 02/25/04 | MCL | Locate, print, and organize documents to be utilized in 104(e) response for Elizabeth Doherty of Foley Hoag, per KJCoggon's request (3.30); prepare letter to Elizabeth Doherty re same (.20). | 3.50 | | 437.50 |
| | | **Total Fees Through February 29, 2004:** | **9.10** | **$** | **1,230.50** |

**Timekeeper Rate Summary**

| Initials | Name | Position | Rate | Hours | | Value |
|---|---|---|---|---|---|---|
| KJC | Katheryn J. Coggon | Special Counsel | $ 280.00 | 0.60 | $ | 168.00 |
| MCL | Carla M. Latuda | Paralegal | 125.00 | 8.50 | | 1,062.50 |
| | | **Total Fees:** | | **9.10** | **$** | **1,230.50** |

Holme Roberts & Owen LLP

March 15, 2004

W.R. Grace

| | |
|---|---|
| Page | 44 |
| Invoice No.: | 661254 |
| Client  No.: | 04339 |
| Matter  No.: | 00430 |

### Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 02/23/04 | | Long Distance Telephone: 6178321203, 1 Mins., TranTime:13:51 | $ | 0.10 |
| 02/24/04 | | Long Distance Telephone: 6178323056, 6 Mins., TranTime:14:31 | | 0.60 |
| | | **Total Disbursements:** | **$** | **0.70** |

### Disbursement Summary

| | | | |
|---|---|---|---|
| Long Distance Telephone | $ | 0.70 |
| **Total Disbursements:** | **$** | **0.70** |

### Accounts Receivable Detail

| Invoice | Date | Description | | Amount |
|---|---|---|---|---|
| 658429 | 02/16/04 | Bill | | 4,224.50 |
| | | *Outstanding Balance on Invoice 658429:* | *$* | *4,224.50* |
| | | **Total Outstanding Invoices:** | **$** | **4,224.50** |

| | | |
|---|---|---|
| **Trust Applied to Matter** | **$** | **0.00** |
| **Current Fees and Disbursements** | **$** | **1,231.20** |
| **Total Balance Due This Matter** | **$** | **5,455.70** |