Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                         Page: 1
W.R. Grace                                             02/29/2004
Wilmington  DE                        ACCOUNT NO: 3000-00D
                                      STATEMENT NO:      29

Costs and Expenses



        PREVIOUS BALANCE                              -$542.81


                                            HOURS
02/29/04
     MRE CREDIT amount transferred to 3000.11
        (Expenses)                                   542.81
                                                     ------
        FOR CURRENT SERVICES RENDERED                542.81
                       RECAPITULATION
   TIMEKEEPER                 HOURS HOURLY RATE    TOTAL
   Marla R. Eskin              0.00      $0.00  $542.81


        TOTAL CURRENT WORK                           542.81


        BALANCE DUE                                  $0.00
                                                     =====




        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                      Page: 1
W.R. Grace                                          02/29/2004
Wilmington  DE                      ACCOUNT NO: 3000-02D
                                    STATEMENT NO:      33


Asset Disposition




    PREVIOUS BALANCE                                  $213.20


                                          HOURS
02/08/04
    MRE Review of Sale of De Minimis Assets    0.10    29.00

02/13/04
    MTH Reviewing Notice of Settlements        0.10    27.50
    MTH Reviewing Notice of Asset Sales.       0.10    27.50
                                               ----   -----
        FOR CURRENT SERVICES RENDERED          0.30    84.00
                       RECAPITULATION
    TIMEKEEPER              HOURS HOURLY RATE      TOTAL
    Mark T. Hurford          0.20   $275.00     $55.00
    Marla R. Eskin           0.10    290.00      29.00


    TOTAL CURRENT WORK                              84.00


    BALANCE DUE                                    $297.20
                                                   =======




    Any payments received after the statement date will be
    applied to next month's statement.  Please note your
    account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

                                                         Page: 1
W.R. Grace                                             02/29/2004
Wilmington  DE                        ACCOUNT NO: 3000-03D
                                      STATEMENT NO:      28

Business Operations

        PREVIOUS BALANCE                              $863.10

                                            HOURS
02/09/04
    MTH Reviewing correspondence from A. Prills
        re Grace financials.                 0.30      82.50

02/23/04
    MTH Reviewing COC re revised Order re
        restructuring foreign subsidiaries.  0.30      82.50
                                             ----     ------
        FOR CURRENT SERVICES RENDERED        0.60     165.00

                         RECAPITULATION
    TIMEKEEPER                 HOURS HOURLY RATE     TOTAL
    Mark T. Hurford            0.60     $275.00    $165.00

        TOTAL CURRENT WORK                           165.00

        BALANCE DUE                                $1,028.10
                                                   =========

        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

                                                       Page: 1
W.R. Grace                                            02/29/2004
Wilmington  DE                            ACCOUNT NO: 3000-04D
                                          STATEMENT NO:     33

Case Administration


       PREVIOUS BALANCE                              $812.90


                                          HOURS
02/05/04
     MTH Reviewing Affidavit under 11 USC 327 of
         Townsend.                         0.10     27.50

02/08/04
     PEM Brief review of December MOR       0.80    252.00
                                           ----    ------
         FOR CURRENT SERVICES RENDERED      0.90    279.50

                     RECAPITULATION
     TIMEKEEPER              HOURS HOURLY RATE      TOTAL
     Philip E. Milch         0.80   $315.00     $252.00
     Mark T. Hurford         0.10    275.00       27.50


     TOTAL CURRENT WORK                            279.50


     BALANCE DUE                               $1,092.40
                                              =========


     Any payments received after the statement date will be
     applied to next month's statement.  Please note your
     account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                         Page: 1
W.R. Grace                                             02/29/2004
Wilmington  DE                        ACCOUNT NO: 3000-05D
                                      STATEMENT NO:      33


Claims Analysis Objection & Resolution (Asbestos)




     PREVIOUS BALANCE                                  $3,594.00


                                          HOURS
02/03/04
     MRE Review of Royal's Response Brief   0.10        29.00
                                            ----        -----
         FOR CURRENT SERVICES RENDERED      0.10        29.00

                         RECAPITULATION
     TIMEKEEPER                HOURS  HOURLY RATE     TOTAL
     Marla R. Eskin             0.10    $290.00      $29.00


     TOTAL CURRENT WORK                                 29.00


     BALANCE DUE                                     $3,623.00
                                                     =========




     Any payments received after the statement date will be
     applied to next month's statement.  Please note your
     account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                          Page: 1
W.R. Grace                                            02/29/2004
Wilmington  DE                        ACCOUNT NO: 3000-06D
                                      STATEMENT NO:      33


Claims Analysis Objection & Resol. (Non-Asbestos)




        PREVIOUS BALANCE                          $1,499.00


                                          HOURS
02/20/04
        LMP Docket search for PD Committee Bar Date
            information; retrieval of documents for
            M. Eskin                            0.30      28.50
                                                ----     -----
        FOR CURRENT SERVICES RENDERED           0.30      28.50

                        RECAPITULATION
        TIMEKEEPER              HOURS HOURLY RATE      TOTAL
        Lauren M. Przybylek      0.30     $95.00    $28.50


        TOTAL CURRENT WORK                            28.50


        BALANCE DUE                              $1,527.50
                                                 =========




        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                    Page: 1
W.R. Grace                                      02/29/2004
Wilmington  DE                     ACCOUNT NO: 3000-07D
                                   STATEMENT NO:      33

Committee, Creditors, Noteholders, Equity Holders



     PREVIOUS BALANCE                          $17,027.10


                                        HOURS
02/02/04
     DEM Update Attorney Binder - Weekly
         Recommendation Memo                    0.20     19.00
     DEM Review Pleadings and electronic filing
         notices; preparation, retrieval and
         distribution of documents relating to
         daily memo                             0.40     38.00
     DEM Review Pleadings and electronic filing
         notices filed in adversary proceedings;
         preparation, retrieval and distribution
         of documents relating to adversary
         proceeding memo                        0.30     28.50
     MRE Review of memorandum summarizing
         pleadings filed on 1/29/04             0.10     29.00
     MRE Review of memorandum summarizing
         pleadings filed on 1/30/04             0.10     29.00
     PEM Review daily memo re: pleadings filed  0.10     31.50
     MTH Review of memorandum summarizing
         adversary pleadings filed from 1/20/04
         through 2/1/04                          0.10     27.50
     MTH Review of memorandum summarizing
         pleadings filed from 1/30/04 through
         2/1/04                                  0.10     27.50

02/03/04
     MTH Review of memorandum summarizing
         pleadings filed on 2/2/04              0.10     27.50
     DEM Revision of Weekly Recommendation Memo
         (adding new motions and orders)        0.20     19.00
     DEM Review Pleadings and electronic filing
         notices; preparation, retrieval and
         distribution of documents relating to

```
                                              HOURS
        daily memo                             0.30      28.50
    MRE Review of adversary memorandum
        summarizing pleadings filed from January
        20, 2004 through February 1, 2004      0.10      29.00

02/04/04
    MRE Review of memorandum summarizing
        pleadings filed on February 2, 2004    0.10      29.00
    DEM Review Pleadings and electronic filing
        notices; preparation, retrieval and
        distribution of documents relating to
        daily memo                             0.30      28.50
    MAL Updating Service List                  0.10       9.50
    MRE Review of memorandum summarizing
        pleadings filed on February 3, 2004    0.10      29.00
    MTH Review of memorandum summarizing
        pleadings filed on 2/3/04              0.10      27.50

02/05/04
    DEM Revision of Weekly Recommendation Memo
        (adding new motions and orders)        0.20      19.00
    MRE Review of memorandum summarizing
        pleadings filed on February 5, 2004    0.10      29.00
    MTH Prepare weekly recommendation memo (fee
        applications)                          0.20      55.00
    DEM Revisions to Weekly Recommendation Memo 0.10      9.50
    DEM Review Pleadings and electronic filing
        notices; preparation, retrieval and
        distribution of documents relating to
        daily memo                             0.30      28.50
    MTH Review of memorandum summarizing
        pleadings filed on 2/4/04              0.10      27.50

02/06/04
    MAL Attention to document management       0.10       9.50
    DEM Review Pleadings and electronic filing
        notices; preparation, retrieval and
        distribution of documents relating to
        daily memo                             0.40      38.00
    DEM Prepare and distribute Weekly
        Recommendation Memo to Committee (Fee
        Apps & Other Matters)                  0.30      28.50
    DAC Review counsel's weekly recommendation
        memo                                   0.20      75.00
    MTH Review of memorandum summarizing
```

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

|  |  | HOURS |  |
|---|---|---|---|
|  | pleadings filed on 2/5/04 | 0.10 | 27.50 |
| **02/07/04** | | | |
| MTH | Reviewing correspondence from DEM to committee re weekly memoranda. | 0.10 | 27.50 |
| MRE | Review of memorandum summarizing pleadings filed on 2/5/04 | 0.10 | 29.00 |
| **02/08/04** | | | |
| PEM | Review weekly recommendation memo re: pending motions and matters (.2); and fee memo (.1) | 0.30 | 94.50 |
| **02/09/04** | | | |
| DEM | Review Pleadings and electronic filing notices; preparation, retrieval and distribution of documents relating to daily memo | 0.40 | 38.00 |
| DEM | Review Pleadings and electronic filing notices filed in adversary proceedings; preparation, retrieval and distribution of documents relating to adversary proceeding memo | 0.30 | 28.50 |
| DEM | Update Attorney Binder - Weekly Recommendation Memo | 0.20 | 19.00 |
| MRE | Review of adversary memo summarizing pleadings filed 2/2/04 through 2/8/04 | 0.10 | 29.00 |
| MRE | Review of memorandum summarizing pleadings filed from 2/6/04 through 2/8/04 | 0.10 | 29.00 |
| MTH | Review of memorandum summarizing adversary pleadings filed between 2/2/04 and 2/8/04 | 0.10 | 27.50 |
| MTH | Review of memorandum summarizing pleadings filed from 2/6/04 through 2/8/04 | 0.10 | 27.50 |
| **02/10/04** | | | |
| DEM | Revision of Weekly Recommendation Memo (Fee Applications) | 0.30 | 28.50 |
| DEM | Revision of Weekly Recommendation Memo (adding new motions and orders) | 0.20 | 19.00 |
| DEM | Review Pleadings and electronic filing notices; preparation, retrieval and distribution of documents relating to | | |

```
                                                       Page: 4
W.R. Grace                                           02/29/2004
                                             ACCOUNT NO: 3000-07D
                                             STATEMENT NO:      33
Committee, Creditors, Noteholders, Equity Holders
```

```
                                              HOURS
          daily memo                           0.20     19.00

02/11/04
     DEM Review Pleadings and electronic filing
         notices; preparation, retrieval and
         distribution of documents relating to
         daily memo                            0.30     28.50
     DEM Revision of Weekly Recommendation Memo
         (adding new motions and orders)       0.10      9.50
     MAL Updating Service List                 0.10      9.50
     MAL Attention to document management      0.20     19.00
     MRE Review of memorandum summarizing
         pleadings filed on 2/10/04            0.10     29.00
     PEM Review daily memo re: pleadings filed 0.10     31.50
     MTH Review of memorandum summarizing
         pleadings filed on 2/10/04            0.10     27.50

02/12/04
     MAL Attention to document management      0.10      9.50
     DEM Review Pleadings and electronic filing
         notices; preparation, retrieval and
         distribution of documents relating to
         daily memo                            0.30     28.50
     MTH Review of memorandum summarizing
         pleadings filed on 2/11/04            0.10     27.50

02/13/04
     DEM Retreival of documents from docket
         regarding motion to extend exclusivity 0.30    28.50
     MAL Updating Service List                 0.10      9.50
     DEM Review Pleadings and electronic filing
         notices; preparation, retrieval and
         distribution of documents relating to
         daily memo                            0.30     28.50
     DEM Prepare and distribute Weekly
         Recommendation Memo to Committee (Fee
         Apps & Other Matters)                 0.30     28.50
     DEM Prepare and distribute Weekly
         Recommendation Memo to Committee (Fee
         Apps & Other Matters)                 0.30     28.50
     PEM Review weekly recommendation memo re:
         pending motions and matters (.2); and fee
         memo (.1)                             0.30     94.50
     DAC Review counsel's recommendation memo  0.20     75.00
     MTH Review of memorandum summarizing
```

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

|  |  | HOURS |  |
|---|---|---|---|
| | pleadings filed on 2/12/04 | 0.10 | 27.50 |
| **02/15/04** | | | |
| MRE | Review of memorandum summarizing pleadings filed on 2/12/04 | 0.10 | 29.00 |
| MRE | Review of memorandum summarizing pleadings filed on 2/11/04 | 0.10 | 29.00 |
| PEM | Review daily memo re: pleadings filed | 0.10 | 31.50 |
| **02/16/04** | | | |
| DEM | Review Pleadings and electronic filing notices; preparation, retrieval and distribution of documents relating to daily memo | 0.30 | 28.50 |
| DEM | Update Attorney Binder | 0.20 | 19.00 |
| DEM | Review Pleadings and electronic filing notices filed in adversary proceedings; preparation, retrieval and distribution of documents relating to adversary proceeding memo | 0.30 | 28.50 |
| MRE | Meeting with MTH regarding upcoming motions and deadlines | 0.20 | 58.00 |
| DEM | Revision of Weekly Recommendation Memo (adding new motions and orders) | 0.20 | 19.00 |
| MTH | Meeting with MRE re upcoming deadlines and pending issues. | 0.20 | 55.00 |
| MRE | Review of memorandum summarizing pleadings filed from February 13, 2004 through February 15, 2004 | 0.10 | 29.00 |
| MRE | Review of weekly recommendation memo | 0.20 | 58.00 |
| MTH | Review of memorandum summarizing adversary pleadings filed between 2/9/04 and 2/15/04. | 0.10 | 27.50 |
| MTH | Review of memorandum summarizing pleadings filed between 2/13/04 and 2/15/04 | 0.10 | 27.50 |
| MTH | Meeting with MRE re: upcoming motions and deadlines | 0.20 | 55.00 |
| **02/17/04** | | | |
| MAL | Attention to document management | 0.10 | 9.50 |
| DEM | Review Pleadings and electronic filing notices; preparation, retrieval and distribution of documents relating to daily memo | 0.30 | 28.50 |

```
                                                          Page: 6
     W.R. Grace                                       02/29/2004
                                          ACCOUNT NO: 3000-07D
                                          STATEMENT NO:      33
     Committee, Creditors, Noteholders, Equity Holders
```

|  |  | HOURS |  |
|---|---|---|---|
| MRE | Review of memorandum summarizing pleadings filed from Feb. 9, 2004, to Feb. 15, 2004 | 0.10 | 29.00 |

02/18/04

|  |  |  |  |
|---|---|---|---|
| DEM | Review Pleadings and electronic filing notices; preparation, retrieval and distribution of documents relating to daily memo | 0.30 | 28.50 |
| DEM | Revision of Weekly Recommendation Memo (adding new motions and orders) | 0.10 | 9.50 |

02/19/04

|  |  |  |  |
|---|---|---|---|
| DEM | Review Pleadings and electronic filing notices; preparation, retrieval and distribution of documents relating to daily memo | 0.40 | 38.00 |
| DEM | Revision of Weekly Recommendation Memo (adding new motions and orders) | 0.10 | 9.50 |
| MRE | Review of memorandum summarizing pleadings filed on February 18, 2004 | 0.10 | 29.00 |
| MAL | Updating Service List | 0.10 | 9.50 |
| PEM | Review daily memo of pleadings filed | 0.10 | 31.50 |
| MTH | Review of memorandum summarizing pleadings filed on 2/18/04. | 0.10 | 27.50 |

02/20/04

|  |  |  |  |
|---|---|---|---|
| MAL | Review pleadings, electronic filing notices, preparation, retrieval and distribution of documents relating to daily memo. | 0.40 | 38.00 |
| MRE | Review of memorandum summarizing pleadings filed on February 19, 2004 | 0.10 | 29.00 |
| MTH | Reviewing and revising memorandum of matters scheduled to go forward at Feb. Omnibus and Correspondence to PVNL and JWD re same. | 0.50 | 137.50 |
| MTH | Correspondence to Committee re weekly recommendation memoranda | 0.20 | 55.00 |
| MTH | Prepare weekly recommendation memo (fee applications) | 0.30 | 82.50 |
| MTH | Review of memorandum summarizing pleadings filed on 2/19/04 | 0.10 | 27.50 |
| MTH | Reviewing correspondence from PVNL re Feb Omnibus Hearing | 0.10 | 27.50 |

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

|  |  | HOURS |  |
|---|---|---|---|
| PEM | Review weekly recommendation memo re: pending motions (.2); fee memo (.1) | 0.30 | 94.50 |
| DAC | Review weekly recommendation memo | 0.20 | 75.00 |

**02/23/04**

| | | | |
|---|---|---|---|
| MRE | Review of memorandum summarizing pleadings filed on February 20, 2004 | 0.10 | 29.00 |
| MAL | Review pleadings and electronic filing notices, preparation, retrieval and distribution of documents relating to daily memo | 0.40 | 38.00 |
| MTH | Review of memorandum summarizing pleadings filed on 2/20/04 | 0.10 | 27.50 |

**02/24/04**

| | | | |
|---|---|---|---|
| DEM | Review Pleadings and electronic filing notices; preparation, retrieval and distribution of documents relating to daily memo | 0.20 | 19.00 |
| DEM | Update Attorney Binder - Weekly Recommendation Memo | 0.20 | 19.00 |
| DEM | Review Pleadings and electronic filing notices filed in adversary proceedings; preparation, retrieval and distribution of documents relating to adversary proceeding memo | 0.30 | 28.50 |
| MRE | Review of memorandum summarizing pleadings filed on February 23, 2004 | 0.10 | 29.00 |
| PEM | Review daily memo re: pleadings filed | 0.10 | 31.50 |

**02/25/04**

| | | | |
|---|---|---|---|
| DEM | Review Pleadings and electronic filing notices; preparation, retrieval and distribution of documents relating to daily memo | 0.30 | 28.50 |
| DEM | Preparation and e-mailing of Memorandum Regarding Omnibus Hearing to Committee | 0.20 | 19.00 |
| DEM | Revision of Weekly Recommendation Memo (adding new motions and orders) | 0.20 | 19.00 |
| MTH | Reviewing correspondence from DEM re memorandum to committee re Feb Omnibus. | 0.10 | 27.50 |
| MTH | Reviewing memorandum re events at Feb Omnibus Hearing. | 0.20 | 55.00 |
| MAL | Attention to document management | 0.20 | 19.00 |
| MRE | E-mails with D. Cohn regarding hearing | 0.20 | 58.00 |

```
                                                    Page: 8
W.R. Grace                                         02/29/2004
                                        ACCOUNT NO: 3000-07D
                                        STATEMENT NO:     33
Committee, Creditors, Noteholders, Equity Holders
```

```
                                            HOURS
        PEM Review daily memo re: pleadings filed     0.10     31.50

02/26/04
        DEM Review Pleadings and electronic filing
            notices; preparation, retrieval and
            distribution of documents relating to
            daily memo                                 0.50     47.50
        DEM Revision of Weekly Recommendation Memo
            (adding new motions and orders)            0.10      9.50
        MTH Meeting with MRE re pending matters and
            upcoming objections.                       0.20     55.00
        MAL Attention to document management           0.10      9.50
        MRE Meeting with MTH regarding upcoming
            motions and deadlines                      0.20     58.00
        MTH Review of memorandum summarizing
            pleadings filed on 2/25/04                 0.10     27.50
        MTH Reviewing various Orders entered on
            2/25/04                                    0.10     27.50
        MTH telephone conference with D. Freund re
            status of bankruptcy.                      0.10     27.50

02/27/04
        DEM Review Pleadings and electronic filing
            notices; preparation, retrieval and
            distribution of documents relating to
            daily memo                                 0.20     19.00
        MRE Review of memorandum summarizing
            pleadings filed on February 25, 2004       0.10     29.00
        PEM Review weekly recommendation memo re:
            pending motions and matters (.3); fee
            memo (.1)                                  0.40    126.00
        DAC Review counsel's weekly memo              0.20     75.00
        MTH Correspondence to Committee re weekly
            recommendation memoranda.                  0.20     55.00
        MTH Prepare weekly recommendation memo
            (motions)                                  0.80    220.00
        MTH Prepare weekly recommendation memo (fee
            applications)                              0.20     55.00
        DEM Revision of Weekly Recommendation Memo
            (adding new motions and orders)            0.20     19.00
                                                     -----  --------
        FOR CURRENT SERVICES RENDERED                23.90  4,411.00
```

W.R. Grace
Committee, Creditors, Noteholders, Equity Holders

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Douglas A. Campbell | 0.80 | $375.00 | $300.00 |
| Philip E. Milch | 1.90 | 315.00 | 598.50 |
| Mark T. Hurford | 5.40 | 275.00 | 1,485.00 |
| Marla R. Eskin | 2.70 | 290.00 | 783.00 |
| Margaret A. Landis | 2.00 | 95.00 | 190.00 |
| Diane E. Massey | 11.10 | 95.00 | 1,054.50 |

TOTAL CURRENT WORK                              4,411.00


BALANCE DUE                                   $21,438.10
                                              ==========

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                    Page: 1
W.R. Grace                                        02/29/2004
Wilmington  DE                        ACCOUNT NO: 3000-08D
                                      STATEMENT NO:      32

Employee Benefits/Pension



    PREVIOUS BALANCE                              $521.20


    BALANCE DUE                                   $521.20
                                                  =======



    Any payments received after the statement date will be
    applied to next month's statement.  Please note your
    account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                        Page: 1
W.R. Grace                                            02/29/2004
Wilmington  DE                        ACCOUNT NO: 3000-10D
                                      STATEMENT NO:      33


Employment Applications, Others




      PREVIOUS BALANCE                              $1,103.20



                                         HOURS
02/13/04
      LMP Search case docket for Motion/Order
          regarding the Retention of Expert
          Witnesses; download and email to M. Eskin    0.30     28.50

02/27/04
      DEM Retrieval of original application to
          employ FTI and comparison to new motion
          to employ Capstone (regarding duties and
          rates).                                      0.50     47.50
                                                       ----     -----
      FOR CURRENT SERVICES RENDERED                    0.80     76.00

                       RECAPITULATION
    TIMEKEEPER                    HOURS HOURLY RATE      TOTAL
    Lauren M. Przybylek            0.30    $95.00     $28.50
    Diane E. Massey                0.50     95.00      47.50


      TOTAL CURRENT WORK                               76.00


      BALANCE DUE                                   $1,179.20
                                                    =========




      Any payments received after the statement date will be
      applied to next month's statement.  Please note your
      account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

                                                    Page: 1
W.R. Grace                                          02/29/2004
Wilmington  DE                          ACCOUNT NO: 3000-11D
                                        STATEMENT NO:      31

Expenses


        PREVIOUS BALANCE                        $9,278.75


                                        HOURS
02/29/04
     MRE CREDIT amount transferred from 3000.00
          (Costs and Expenses)                    -542.81
                                                  -------
          TOTAL CREDITS FOR FEES                  -542.81


02/02/04 Postage - LTC Nov. CNO - 3 @ .37            1.11
02/05/04 FAX to Robert Spohn - Daily Memo - 6 pages  6.00
02/05/04 FAX to Andrew Katznelson - Daily Memo - 6 pages  6.00
02/10/04 Postage - Service of Tersigni 12/03 Fee App. - 4
         @ 1.29                                      5.16
02/16/04 AT&T Long Distance Phone Charges            1.67
02/16/04 Ikon Office Solutions- Photocopying, Envelopes,
         Postage, Hand Deliveries on 2/13/04 (LTC, C&D and
         C&L Oct - Dec interim fee application)    465.45
02/25/04 FAX to U.S. Bankruptcy Court - Request for
         Transfer - 2 pages                          2.00
02/29/04 Pacer charges for the month of January     80.36
                                                  ------
         TOTAL EXPENSES                            567.75

         TOTAL CURRENT WORK                         24.94


         BALANCE DUE                             $9,303.69
                                                 =========

    Any payments received after the statement date will be
    applied to next month's statement.  Please note your
    account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                        Page: 1
W.R. Grace                                            02/29/2004
Wilmington  DE                         ACCOUNT NO: 3000-12D
                                       STATEMENT NO:      31


Fee Applications, Applicant



        PREVIOUS BALANCE                          $3,906.80



                                          HOURS
02/02/04
     LMP Drafted Campbell & Levine Interim Fee
         Application for October through November
         2003                                  1.00    95.00

02/03/04
     MRE Review of e-mail with S. Bossay regarding
         interim fee application            0.10    29.00
     MRE Meeting with KJC regarding project
         categories                         0.20    58.00
     PEM Revise prebill re: PGH time        0.10    31.50

02/05/04
     KJC Preparation of spreadsheet for 10th
         interim period and e-mail to MRE re same   0.50    87.50
     MRE Review of spreadsheet and meeting with
         KJC regarding same                 0.10    29.00
     KJC Search re Sealed Air fee history re 10th
         interim spreadsheet                0.20    35.00

02/06/04
     KJC Recalculation of fee spreadsheet re FC
         fees                               0.30    52.50
     KJC Draft e-mail to Bossey re 10th interim
         project category summary           0.10    17.50

02/13/04
     LMP Electronic filing and service of C&L's
         October through December Interim Fee
         Application                        0.20    19.00
     KJC Review and sign C&L October- December
         interim fee application            0.40    70.00

```
                                                        Page: 2
        W.R. Grace                                    02/29/2004
                                          ACCOUNT NO: 3000-12D
                                          STATEMENT NO:      31

        Fee Applications, Applicant
```

|  |  | HOURS |  |
|---|---|---|---|
| **02/16/04** | | | |
| MTH | Reviewing pre-bill. | 0.70 | 192.50 |
| MRE | Review and revisions to pre-bill | 0.60 | 174.00 |
| **02/17/04** | | | |
| MRE | Meeting with MTH regarding pre-bill | 0.10 | 29.00 |
| MTH | Meeting with MRE re: pre-bill | 0.10 | 27.50 |
| **02/18/04** | | | |
| LMP | Review email from D. Seitz containing C&L January 2004 Monthly Bill; Review and prepare bill for filing | 0.30 | 28.50 |
| **02/19/04** | | | |
| LMP | Draft Excel spreadsheet of fees/hours for Campbell & Levine's January 2004 Monthly Fee Application | 0.50 | 47.50 |
| KJC | Review and sign CNO for C&L December fee application in Sealed Air Adversary | 0.20 | 35.00 |
| KJC | Review and sign CNO re C&L December monthly fee application | 0.20 | 35.00 |
| LMP | Electronic filing and service of Campbell & Levine' December 2003 CNO; Update fee app status chart | 0.30 | 28.50 |
| LMP | Prepare C&L January 2004 Monthly Fee Application | 0.40 | 38.00 |

```
                                                    ----  --------
        FOR CURRENT SERVICES RENDERED               6.60  1,159.50
```

### RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Philip E. Milch | 0.10 | $315.00 | $31.50 |
| Mark T. Hurford | 0.80 | 275.00 | 220.00 |
| Marla R. Eskin | 1.10 | 290.00 | 319.00 |
| Kathleen J. Campbell | 1.90 | 175.00 | 332.50 |
| Lauren M. Przybylek | 2.70 | 95.00 | 256.50 |

```
        TOTAL CURRENT WORK                              1,159.50


        BALANCE DUE                                    $5,066.30
                                                       =========
```

Fee Applications, Applicant

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                                   02/29/2004
Wilmington  DE                               ACCOUNT NO: 3000-13D
                                             STATEMENT NO:       18


Fee Applications, Others



PREVIOUS BALANCE                                    $3,955.90


                                             HOURS
02/02/04
      LMP  Search case docket for Objections to L
           Tersigni's November 2003 Monthly  Fee
           Application (.1); Prepare Certification
           of No Objection for filing (.2);
           Electronic filing of November CNO (.2)     0.50      47.50
      KJC  Review and sign CNO re LTC November fee
           application                                0.20      35.00
      LMP  Review December Fee Application of Kramer
           Levin Naftalis & Frankel (.1); Update Wr
           Grace Weekly Recommendation Memo (.1)       0.20      19.00
      LMP  Review July through September Interim Fee
           Application of Bilzin Sumberg Baena Price
           & Axelrod (.1); Update Wr Grace Weekly
           Recommendation Memo (.1)                    0.20      19.00
      LMP  Review October, November and December Fee
           Applications of Duane Morris (.1); Update
           Wr Grace Weekly Recommendation Memo (.1)    0.20      19.00
      LMP  Review July through September Interim Fee
           Application of Duane Morris (.1); Update
           Wr Grace Weekly Recommendation Memo (.1)    0.20      19.00
      LMP  Review November and December Fee
           Applications of Protiviti (.1); Update Wr
           Grace Weekly Recommendation Memo (.1)       0.20      19.00

02/03/04
      KJC  Discussion with MRE re project category
           summary                                    0.10      17.50
      KJC  Review e-mails re project category
           summary                                    0.10      17.50
      KJC  Draft e-mail to Relles re fee auditor's
           report for LAS 10th interim                0.10      17.50

```
                                                    Page: 2
W.R. Grace                                        02/29/2004
                                        ACCOUNT NO: 3000-13D
                                        STATEMENT NO:      18

Fee Applications, Others
```

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 02/04/04 | | | | |
| | LMP | Review July through September Interim Fee Application of Bilzin Sumberg Baena Price & Axelrod (.1); Update Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| | LMP | Review December Interim Fee Application of Kirkland & Ellis (.1); Update Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| | MTH | Reviewing correspondence from FTI and Stroock re Fee Applications and Correspondence to LMP re same | 0.10 | 27.50 |
| | MRE | Review of Fee Auditor's Report on Caplin & Drysdale | 0.10 | 29.00 |
| 02/10/04 | | | | |
| | KJC | Review e-mail from D. Collins re LTC December fee application | 0.10 | 17.50 |
| | KJC | Review draft LTC December fee application | 0.20 | 35.00 |
| | DEM | Preparation of L. Tersigni December 2003 Fee Application for filing. | 0.40 | 38.00 |
| | KJC | Review revised LTC December monthly fee application and sign COS re same | 0.20 | 35.00 |
| 02/11/04 | | | | |
| | KJC | Review e-mail from LMP re LAS fees for interim period | 0.10 | 17.50 |
| | KJC | Draft reply to LMP re LAS fees re interim application | 0.10 | 17.50 |
| 02/12/04 | | | | |
| | LMP | Review October through December Interim Fee Application of Holme, Roberts & Owen (.1); Update WRG Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| | LMP | Review January Monthly Fee Application of Carella Byrne Bain Gilfillan Cecchi Stewart & Olstein (.1); Update WRG Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| | LMP | Review December Monthly Fee Application of Casner & Edwards (.1); Update WRG Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| | LMP | Review December Monthly Fee Application of Wallace King Marraro & Branson (.1); Update WRG Weekly Recommendation Memo (.1) | 0.20 | 19.00 |

W.R. Grace

Fee Applications, Others

|  |  | HOURS |  |
|---|---|---|---|
| LMP | Review December Monthly Fee Application of Woodcock Washburn (.1); Update WRG Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Review July through September Interim Fee Application of Conway, Del Genio, Gries & Co (.1); Update WRG Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Finalize LTC Interim Fee Application for October through December 2003 | 0.50 | 47.50 |
| LMP | Review email from A. Katznelson re: C&D 11th Interim Fee Application (.1); Download and Prepare documents for filing (.3) | 0.40 | 38.00 |
| LMP | Review email from A. Katznelson re: C&D 6th Interim Fee Application (.1); Download and Prepare documents for filing (.3) | 0.40 | 38.00 |

02/13/04

|  |  |  |  |
|---|---|---|---|
| LMP | Electronic filing and service of C&D's October through December Interim Fee Application | 0.20 | 19.00 |
| LMP | Electronic filing and service of LTC's October through December Interim Fee Application | 0.20 | 19.00 |
| KJC | Review C&D October-December interim fee application and sign COS re same | 0.30 | 52.50 |
| KJC | Review LTC October-December interim fee application and sign COS re same | 0.30 | 52.50 |

02/16/04

|  |  |  |  |
|---|---|---|---|
| LMP | Review October through December 2003 Interim Fee Application of Reed Smith (.1); Update Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Review January Monthly Fee Application of Warren H. Smith & Associates(.1); Update Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |
| LMP | Review October through December 2003 Interim Fee Application of PricewaterhouseCoopers (.1); Update Wr Grace Weekly Recommendation Memo (.1) | 0.20 | 19.00 |

02/17/04

LMP Review October through December Interim

W.R. Grace

Fee Applications, Others

|  |  | HOURS |  |
|--|--|-------|--|
| Fee Application of Klett Rooney (.1); Update Wr Grace Weekly Recommendation Memo (.1) | | 0.20 | 19.00 |

02/19/04
| KJC | Review and sign CNO re C&D December Sealed Air fee application | 0.20 | 35.00 |
|--|--|--|--|
| KJC | Review and sign CNO re C&D December monthly fee application | 0.20 | 35.00 |
| LMP | Electronic filing and service of Caplin & Drysdale's December 2003 CNO; Update fee app status chart | 0.30 | 28.50 |

02/20/04
| LMP | Review October through December Interim Application of Warren H. Smith & Associates; Update Wr Grace Weekly Recommendation Memo | 0.20 | 19.00 |
|--|--|--|--|
| LMP | Review October through December Interim Application of Richardson, Patrick, Westbrook & Brickman; Update Wr Grace Weekly Recommendation Memo | 0.20 | 19.00 |
| LMP | Review October through December Interim Application of Elzufon Austin Reardon Tarlov & Mondell; Update Wr Grace Weekly Recommendation Memo | 0.20 | 19.00 |
| LMP | Review December Fee Application of Richardson Patrick Westbrook & Brickman; Update Wr Grace Weekly Recommendation Memo | 0.20 | 19.00 |
| LMP | Review November Fee Application of Richardson Patrick Westbrook & Brickman; Update Wr Grace Weekly Recommendation Memo | 0.20 | 19.00 |
| LMP | Review December Fee Application of Elzufon Austin Reardon Tarlov & Mondell; Update Wr Grace Weekly Recommendation Memo | 0.20 | 19.00 |
| LMP | Review July through September Monthly Fee Applications of Bankruptcy Management Corp; Update Wr Grace Weekly Recommendation Memo | 0.40 | 38.00 |

02/23/04
| LMP | Review July through September Fee |

```
                                                         Page: 5
W.R. Grace                                              02/29/2004
                                            ACCOUNT NO: 3000-13D
                                            STATEMENT NO:      18

Fee Applications, Others
```

|  |  | HOURS |  |
|---|---|---|---|
| | Application of Protiviti; Update Wr Grace Weekly Recommendation Memo | 0.20 | 19.00 |
| LMP | Review December Fee Application of Pitney, Hardin, Kipp & Szuch; Update Wr Grace Weekly Recommendation Memo | 0.20 | 19.00 |
| LMP | Review June Fee Application of Deloitte & Touche; Update Wr Grace Weekly Recommendation Memo | 0.20 | 19.00 |
| LMP | Review April and May Fee Applications of Deloitte & Touche; Update Wr Grace Weekly Recommendation Memo | 0.20 | 19.00 |

02/27/04

|  |  |  |  |
|---|---|---|---|
| LMP | Review October through December Interim Fee Application of Kirkland & Ellis; Update Wr Grace Weekly Recommendation Memo | 0.20 | 19.00 |
| LMP | Review October through December Interim Fee Application of Pitney, Hardin, Kipp & Szuch; Update Wr Grace Weekly Recommendation Memo | 0.20 | 19.00 |
| LMP | Review July through September Interim Fee Application of Bankruptcy Management Corp; Update Wr Grace Weekly Recommendation Memo | 0.20 | 19.00 |
| LMP | Review July through September Interim Fee Application of Nelson, Mullins, Riley & Scarborough; Update Wr Grace Weekly Recommendation Memo | 0.20 | 19.00 |
| LMP | Review email from D. Relles re: LAS January 2004 Bill; Update and prepare Legal Analysis Systems January Fee Application for filing | 0.40 | 38.00 |
| LMP | Review email from A. Katznelson re: C&D January 2004 Bill; Update and prepare Caplin & Drysdale's January Fee Application for filing | 0.40 | 38.00 |

```
                                              -----  --------
      FOR CURRENT SERVICES RENDERED           12.70  1,420.00

                       RECAPITULATION
```

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 0.10 | $275.00 | $27.50 |
| Marla R. Eskin | 0.10 | 290.00 | 29.00 |
| Kathleen J. Campbell | 2.20 | 175.00 | 385.00 |

```
                                                    Page: 6
  W.R. Grace                                       02/29/2004
                                      ACCOUNT NO: 3000-13D
                                      STATEMENT NO:      18
  Fee Applications, Others
```

```
  Lauren M. Przybylek              9.90      95.00      940.50
  Diane E. Massey                  0.40      95.00       38.00


      TOTAL CURRENT WORK                             1,420.00


      BALANCE DUE                                   $5,375.90
                                                    =========
```

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                      Page: 1
W.R. Grace                                          02/29/2004
Wilmington  DE                        ACCOUNT NO: 3000-14D
                                      STATEMENT NO:      28


Financing




                                             HOURS
02/03/04
    MTH Review of Intercompany Loan Report.       0.10      27.50
                                                  ----     -----
        FOR CURRENT SERVICES RENDERED             0.10      27.50
                          RECAPITULATION
    TIMEKEEPER                    HOURS  HOURLY RATE     TOTAL
    Mark T. Hurford                0.10    $275.00     $27.50


        TOTAL CURRENT WORK                               27.50


        BALANCE DUE                                     $27.50
                                                        ======




        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                     Page: 1
W.R. Grace                                         02/29/2004
Wilmington  DE                          ACCOUNT NO: 3000-15D
                                        STATEMENT NO:     33


Hearings



        PREVIOUS BALANCE                        $6,300.70



                                         HOURS
02/04/04
     MRE Telephone conference with C. Lane
         regarding hearing                   0.10     29.00

02/16/04
     MTH Reviewing correspondence from DEM re
         hearing agenda.                     0.10     27.50

02/17/04
     MTH Reviewing correspondence from DEM re Feb.
         Omnibus                             0.10     27.50

02/19/04
     DEM Preparation of attorney binder for
         omnibus hearing                     0.70     66.50
     MTH Reviewing Agenda and preparation for
         hearing.                            0.50    137.50

02/20/04
     MTH Reviewing Amended Agenda and discussion
         with MRE re same.                   0.20     55.00
     MRE Review of e-mail from MTH regarding Grace
         hearing                             0.10     29.00
     MRE Preparation for hearing             0.90    261.00

02/23/04
     MRE Court appearance                    2.00    580.00

02/24/04
     MRE Drafting memorandum to the committee
         regarding hearing                   1.00    290.00

```
                                                     Page: 2
        W.R. Grace                                02/29/2004
                                    ACCOUNT NO: 3000-15D
                                    STATEMENT NO:      33

        Hearings




                                             HOURS
02/25/04
        PEM Review 2/25 hearing memo               0.10     31.50

02/26/04
        DAC Review memo re: 2/23 hearing           0.10     37.50
                                                   ----  --------
        FOR CURRENT SERVICES RENDERED              5.90  1,572.00

                        RECAPITULATION
        TIMEKEEPER                HOURS HOURLY RATE       TOTAL
        Douglas A. Campbell        0.10   $375.00       $37.50
        Philip E. Milch            0.10    315.00        31.50
        Mark T. Hurford            0.90    275.00       247.50
        Marla R. Eskin             4.10    290.00     1,189.00
        Diane E. Massey            0.70     95.00        66.50


        TOTAL CURRENT WORK                            1,572.00


        BALANCE DUE                                  $7,872.70
                                                     =========
```

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                          Page: 1
W.R. Grace                                              02/29/2004
Wilmington  DE                         ACCOUNT NO: 3000-16D
                                       STATEMENT NO:      18

Litigation and Litigation Consulting



        PREVIOUS BALANCE                           $15,248.10



                                        HOURS
02/02/04
     PEM Review J. Wolin opinion denying motion to
         recuse                                  0.30     94.50

02/03/04
     PEM Review 3d circuit orders                0.10     31.50

02/04/04
     MRE Review of briefing schedule, e-mail to
         C&D regarding same and meeting with MTH 0.20     58.00
     MTH Meeting with MRE re: briefing schedule  0.10     27.50
     DBS Review of District Court Recusal Opinion 0.50   187.50
     DAC Review of Judge Wolin's opinion denying
         recusal                                 2.00    750.00

02/05/04
     MTH Reviewing Grace's Reply in Support of Its
         Objection to Certain Exhibits in Joint
         Appendix.                               0.20     55.00
     MTH Reviewing Debtors' Motion to Extend Time
         to Remove Actions.                      0.30     82.50
     MRE Review of Judge Wolin recusal opinion
         (divided in half with OC)               0.60    174.00
     DAC Review recusal motion briefing schedule 0.10     37.50

02/08/04
     MRE Review of Report of Settlements         0.10     29.00

02/09/04
     MRE Review of Joinder of Contempt Motion    0.10     29.00

```
                                                    Page: 2
W.R. Grace                                      02/29/2004
                                        ACCOUNT NO: 3000-16D
                                        STATEMENT NO:      18
Litigation and Litigation Consulting
```

```
                                           HOURS
02/17/04
     MRE  Review of Debtors' Response to the
          Opposition of Libby Counsel for Gerard in
          Contempt of Court                 0.10     29.00

02/19/04
     MTH  Reviewing correspondence from J. Scoliard
          re amended motion to CA3          0.10     27.50

02/24/04
     MTH  Reviewing three consecutive e-mails from
          Arnon Siegal re CA3 filings.      0.20     55.00
     MTH  Reviewing correspondence from JKC re
          Arnon Seigal re recusal filings.  0.10     27.50
     MTH  Reviewing Grace's Motion to Seal
          Documents.                        0.30     82.50

02/27/04
     MRE  Review of DK Acquisition Partners motion
          to amend appendix and letter to the clerk  0.20     58.00
                                            ----  --------
          FOR CURRENT SERVICES RENDERED     5.60  1,835.50

                      RECAPITULATION
     TIMEKEEPER                   HOURS HOURLY RATE       TOTAL
     Douglas A. Campbell           2.10    $375.00     $787.50
     David B. Salzman              0.50     375.00      187.50
     Philip E. Milch              0.40     315.00      126.00
     Mark T. Hurford              1.30     275.00      357.50
     Marla R. Eskin               1.30     290.00      377.00


     TOTAL CURRENT WORK                              1,835.50


     BALANCE DUE                                   $17,083.60
                                                   ==========
```

```
     Any payments received after the statement date will be
     applied to next month's statement.  Please note your
     account number on your payment.  Thank you.
```

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                      Page: 1
W.R. Grace                                           02/29/2004
Wilmington  DE                          ACCOUNT NO: 3000-17D
                                        STATEMENT NO:      18

Plan and Disclosure Statement




     PREVIOUS BALANCE                                $726.70



                                        HOURS
02/03/04
    MRE Review of Motion to Extend Exclusivity        0.20      58.00

02/05/04
    MTH Reviewing Debtors' Motion to Extend
        Exclusivity and Solicitation re POR           0.40     110.00
    MTH Reviewing correspondence from PVNL re
        Grace Motion to Extend.                       0.10      27.50
    MRE Review of e-mail from MTH regarding
        motion to extend exclusivity                  0.10      29.00
    MRE Review of e-mail from PVNL regarding
        motion to extend exclusivity                  0.10      29.00

02/07/04
    MTH Reviewing correspondence from PVNL re
        thoughts on motion to extend exclusivity.     0.20      55.00

02/10/04
    MTH Reviewing correspondence from MRE re
        objection to exclusivity motion and
        response thereto.                             0.20      55.00

02/15/04
    MRE Review of pleadings and transcript
        related to motion to extend exclusivity       2.00     580.00

02/17/04
    MRE Begin of search for documents regarding
        objection to motion to extend exclusivity     1.00     290.00
    MRE Review of prior hearing memos and docket
        regarding motion to extend exclusivity        1.10     319.00

```
                                                    Page: 2
W.R. Grace                                        02/29/2004
                                        ACCOUNT NO: 3000-17D
                                        STATEMENT NO:      18

Plan and Disclosure Statement




                                        HOURS
02/18/04
     MRE Drafting e-mail to C&D regarding motion
         to extend exclusivity                    0.30     87.00
     MTH Reviewing correspondence from MRE re
         exclusivity motion                       0.10     27.50
     MTH Reviewing correspondence from PVNL re
         exclusivity motion.                      0.10     27.50
     MRE Review of e-mail from PVNL regarding
         motion to extend exclusivity             0.10     29.00
     MRE Meeting with MTH regarding motion to
         extend exclusivity                       0.40    116.00
     MRE Meeting with LMP regarding research for
         response to motion to extend exclusivity 0.20     58.00
     MTH Meeting with MRE re: exclusivity issues  0.40    110.00

02/19/04
     MRE Meeting with LMP regarding docket search 0.20     58.00
     MRE Review of e-mail from MTH regarding
         exclusivity issues                       0.10     29.00

02/23/04
     MRE Review of e-mail from EI regarding motion
         to extend exclusivity                    0.10     29.00

02/26/04
     MRE Review documents related to motion to
         extend exclusivity                       0.60    174.00
     MRE Drafting of opposition to motion to
         extend exclusivity                       2.80    812.00

02/27/04
     MRE Drafting opposition to extend exclusive
         periods                                  3.30    957.00
     MRE Drafting e-mail regarding drafting of
         opposition to extend exclusive periods   0.20     58.00

02/29/04
     MRE Review of e-mail from PVNL regarding
         revisions to opposition to motion to
         extend exclusivity                       0.10     29.00
     MRE Revisions to motion to extend exclusivity 0.80   232.00
                                                  -----  --------
         FOR CURRENT SERVICES RENDERED            15.20  4,385.50
```

W.R. Grace

Plan and Disclosure Statement

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 1.50 | $275.00 | $412.50 |
| Marla R. Eskin | 13.70 | 290.00 | 3,973.00 |

| TOTAL CURRENT WORK | | | 4,385.50 |
|---|---|---|---|

| BALANCE DUE | | | $5,112.20 |
|---|---|---|---|
| | | | ========= |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                            Page: 1
W.R. Grace                                                02/29/2004
Wilmington  DE                          ACCOUNT NO: 3000-18D
                                        STATEMENT NO:       18

Relief from Stay Proceedings




    PREVIOUS BALANCE                                      $56.60


                                            HOURS
02/15/04
    MRE Review of Caterpillar Stipulation      0.10       29.00
                                             ----      -----
        FOR CURRENT SERVICES RENDERED          0.10       29.00

                    RECAPITULATION
    TIMEKEEPER                    HOURS HOURLY RATE       TOTAL
    Marla R. Eskin                 0.10    $290.00      $29.00


    TOTAL CURRENT WORK                                   29.00


    BALANCE DUE                                         $85.60
                                                        ======




    Any payments received after the statement date will be
    applied to next month's statement.  Please note your
    account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                        Page: 1
W.R. Grace                                          02/29/2004
Wilmington  DE                        ACCOUNT NO: 3000-19D
                                      STATEMENT NO:      8

Tax Issues



    PREVIOUS BALANCE                                $154.80


    BALANCE DUE                                     $154.80
                                                    =======




Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

                                                    Page: 1
W.R. Grace                                        02/29/2004
Wilmington  DE                      ACCOUNT NO: 3000-20D
                                    STATEMENT NO:       17

Tax Litigation

    PREVIOUS BALANCE                              $468.80

    BALANCE DUE                                   $468.80
                                                  =======

          Any payments received after the statement date will be
          applied to next month's statement.  Please note your
          account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1
W.R. Grace                                                    02/29/2004
Wilmington  DE                               ACCOUNT NO: 3000-22D
                                             STATEMENT NO:      22

Valuation


        PREVIOUS BALANCE                                 $1,250.40


        BALANCE DUE                                      $1,250.40
                                                         ==========

        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

                                                        Page: 1
W.R. Grace                                           02/29/2004
Wilmington  DE                        ACCOUNT NO: 3000-23D
                                      STATEMENT NO:      22

ZAI Science Trial


        PREVIOUS BALANCE                            $2,143.40


        BALANCE DUE                                 $2,143.40
                                                    =========

        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1
W.R. Grace                                                    02/29/2004
Wilmington  DE                              ACCOUNT NO    3000D

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-00 Costs and Expenses | | | | | |
| -542.81 | 542.81 | 0.00 | 0.00 | 0.00 | $0.00 |
| 3000-02 Asset Disposition | | | | | |
| 213.20 | 84.00 | 0.00 | 0.00 | 0.00 | $297.20 |
| 3000-03 Business Operations | | | | | |
| 863.10 | 165.00 | 0.00 | 0.00 | 0.00 | $1,028.10 |
| 3000-04 Case Administration | | | | | |
| 812.90 | 279.50 | 0.00 | 0.00 | 0.00 | $1,092.40 |
| 3000-05 Claims Analysis Objection & Resolution (Asbestos) | | | | | |
| 3,594.00 | 29.00 | 0.00 | 0.00 | 0.00 | $3,623.00 |
| 3000-06 Claims Analysis Objection & Resol. (Non-Asbestos) | | | | | |
| 1,499.00 | 28.50 | 0.00 | 0.00 | 0.00 | $1,527.50 |
| 3000-07 Committee, Creditors, Noteholders, Equity Holders | | | | | |
| 17,027.10 | 4,411.00 | 0.00 | 0.00 | 0.00 | $21,438.10 |
| 3000-08 Employee Benefits/Pension | | | | | |
| 521.20 | 0.00 | 0.00 | 0.00 | 0.00 | $521.20 |
| 3000-10 Employment Applications, Others | | | | | |
| 1,103.20 | 76.00 | 0.00 | 0.00 | 0.00 | $1,179.20 |
| 3000-11 Expenses | | | | | |
| 9,278.75 | -542.81 | 567.75 | 0.00 | 0.00 | $9,303.69 |
| 3000-12 Fee Applications, Applicant | | | | | |
| 3,906.80 | 1,159.50 | 0.00 | 0.00 | 0.00 | $5,066.30 |
| 3000-13 Fee Applications, Others | | | | | |
| 3,955.90 | 1,420.00 | 0.00 | 0.00 | 0.00 | $5,375.90 |

W.R. Grace

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-14 Financing | | | | | |
| 0.00 | 27.50 | 0.00 | 0.00 | 0.00 | $27.50 |
| 3000-15 Hearings | | | | | |
| 6,300.70 | 1,572.00 | 0.00 | 0.00 | 0.00 | $7,872.70 |
| 3000-16 Litigation and Litigation Consulting | | | | | |
| 15,248.10 | 1,835.50 | 0.00 | 0.00 | 0.00 | $17,083.60 |
| 3000-17 Plan and Disclosure Statement | | | | | |
| 726.70 | 4,385.50 | 0.00 | 0.00 | 0.00 | $5,112.20 |
| 3000-18 Relief from Stay Proceedings | | | | | |
| 56.60 | 29.00 | 0.00 | 0.00 | 0.00 | $85.60 |
| 3000-19 Tax Issues | | | | | |
| 154.80 | 0.00 | 0.00 | 0.00 | 0.00 | $154.80 |
| 3000-20 Tax Litigation | | | | | |
| 468.80 | 0.00 | 0.00 | 0.00 | 0.00 | $468.80 |
| 3000-22 Valuation | | | | | |
| 1,250.40 | 0.00 | 0.00 | 0.00 | 0.00 | $1,250.40 |
| 3000-23 ZAI Science Trial | | | | | |
| 2,143.40 | 0.00 | 0.00 | 0.00 | 0.00 | $2,143.40 |
| --------- | --------- | ------ | ---- | ---- | ---------- |
| 68,581.84 | 15,502.00 | 567.75 | 0.00 | 0.00 | $84,651.59 |
| | | | | | ========== |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.