```
Date: 03/23/04            Legal Analysis Systems, Inc.
Time: 8:00pm                                                          Page 1


                  W. R. Grace, Inc. % Elihu Inselbuch
                  Caplin & Drysdale
                  399 Park Avenue, 27th Floor
                  New York, New York 10022


Date/Slip# Description                           HOURS/RATE   AMOUNT
--------------------------------------------------------------------------
02/20/04   Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest)  0.1    60.00
#3112      Telephone calls and correspondence re: meetings at   600.00
           Mt. Sinai on developments in asbestos medical
           information
```

Date: 03/23/04          Legal Analysis Systems, Inc.
Time: 8:00pm                                                    Page 2

                 W. R. Grace (continued)


Date/Slip# Description                                    HOURS/RATE   AMOUNT
-------------------------------------------------------------------------------
02/03/04  Peterson  / (16) Plan and Disclosure Statement      0.2    120.00
#3101     Review TDP values across trusts                  600.00

02/05/04  Peterson  / (16) Plan and Disclosure Statement      0.3    180.00
#3102     Work on analysis of payments to asbestos claimants 600.00

02/05/04  Peterson  / (16) Plan and Disclosure Statement      0.1     60.00
#3103     Telephone Relles re: analyses                    600.00

02/05/04  Relles    / (16) Plan and Disclosure Statement      0.1     37.50
#3301     telephone Peterson re: analysis requirements     375.00

02/12/04  Peterson  / (16) Plan and Disclosure Statement      0.4    240.00
#3104     Compile information from various trusts' payments; 600.00
          estimate parameters about payment percentage,
          percent involved

02/13/04  Peterson  / (16) Plan and Disclosure Statement      0.4    240.00
#3105     Work on compiling information from various trusts 600.00

02/13/04  Relles    / (16) Plan and Disclosure Statement      0.1     37.50
#3302     develop order statistics trends for settlement   375.00
          amounts of various defendants

02/14/04  Peterson  / (16) Plan and Disclosure Statement      0.1     60.00
#3106     Review data from trusts; correspondence with     600.00
          Lockwood

02/15/04  Peterson  / (16) Plan and Disclosure Statement      0.1     60.00
#3107     Work on analysis of forecasts of trusts' payments 600.00

02/17/04  Peterson  / (16) Plan and Disclosure Statement      0.1     60.00
#3110     Review analyses of trust payments                600.00

02/17/04  Relles    / (16) Plan and Disclosure Statement      0.1     37.50
#3306     rerun projections, aggregating by status of Trusts 375.00

02/20/04  Peterson  / (16) Plan and Disclosure Statement      0.7    420.00
#3111     Work on analysis of payments across all trusts   600.00

02/24/04  Peterson  / (16) Plan and Disclosure Statement      0.4    240.00
#3113     Work on analysis of tort and trust payments      600.00

02/25/04  Peterson  / (16) Plan and Disclosure Statement      0.2    120.00
#3114     review analysis of tort and trust payments       600.00

```
Date: 03/23/04          Legal Analysis Systems, Inc.
Time: 8:00pm                                              Page 3

             W. R. Grace (continued)


Date/Slip# Description                        HOURS/RATE    AMOUNT
-----------------------------------------------------------------
 02/27/04  Peterson  / (16) Plan and Disclosure Statement   0.4  240.00
 #3115     Work on report on payments through tort and trusts  600.00

 02/28/04  Peterson  / (16) Plan and Disclosure Statement   0.2  120.00
 #3116     Finish compilation of parameters for estimating    600.00
           total trust payments
```

{D0020147:1 }

```
Date: 03/23/04          Legal Analysis Systems, Inc.
Time: 8:00pm                                                  Page 4

              W. R. Grace (continued)


Date/Slip# Description                          HOURS/RATE   AMOUNT
-------------------------------------------------------------------
02/15/04  Relles    / (28) Data Analysis            0.2      75.00
#3303     set up datasets to estimate expected payouts for  375.00
          existing, proposed, and future trusts

02/15/04  Relles    / (28) Data Analysis            0.2      75.00
#3304     debug and run estimation programs        375.00

02/16/04  Peterson  / (28) Data Analysis            0.2     120.00
#3108     Work on analysis of forecasts of trusts' payments 600.00

02/16/04  Peterson  / (28) Data Analysis            0.1      60.00
#3109     telephone Relles re: results of estimation process 600.00

02/16/04  Relles    / (28) Data Analysis            0.1      37.50
#3305     telephone Peterson re: results of estimation process 375.00

02/23/04  Relles    / (28) Data Analysis            0.2      75.00
#3307     download new Manville data, examine file structure, 375.00
          extract to flat files

02/24/04  Relles    / (28) Data Analysis            0.2      75.00
#3308     fix SPSS dates, format and build analytical files, 375.00
          look at frequencies and listings

02/25/04  Relles    / (28) Data Analysis            0.4     150.00
#3309     explore duplicates in Manville data; develop       375.00
          tabulations to describe trends over time

-------------------------------------------------------------------
```

Date: 03/23/04          Legal Analysis Systems, Inc.
Time: 8:00pm                                                    Page 5

                    W. R. Grace (continued)

            Summary Of Time Charges, By Month and Activity
                    February 2004 - February 2004

MONTH      ACTIVITY                                    HOURS    AMOUNT
----------------------------------------------------------------------
February - (05) Claims Anal Objectn/Resolutn (Asbest)   0.1     60.00
February - (16) Plan and Disclosure Statement           3.9    2272.50
February - (28) Data Analysis                           1.6     667.50
February - (99) Total                                   5.6    3000.00

Total    - (05) Claims Anal Objectn/Resolutn (Asbest)   0.1     60.00
Total    - (16) Plan and Disclosure Statement           3.9    2272.50
Total    - (28) Data Analysis                           1.6     667.50
Total    - (99) Total                                   5.6    3000.00

--------------------------------------------------------------------------------

{D0020147:1 }

Date: 03/23/04          Legal Analysis Systems, Inc.
Time: 8:00pm                                              Page 6

            W. R. Grace (continued)

        Summary Of Time Charges, By Month and Person
                February 2004 - February 2004

MONTH      PERSON                              HOURS    AMOUNT
--------------------------------------------------------------------
February  - Relles                              1.6    600.00
February  - Peterson                            4.0   2400.00
February  - Total                               5.6   3000.00

Total     - Relles                              1.6    600.00
Total     - Peterson                            4.0   2400.00
Total     - Total                               5.6   3000.00

--------------------------------------------------------------------------------

{D0020147:1 }

Date: 03/23/04          Legal Analysis Systems, Inc.
Time: 8:00pm                                                    Page 7

                    W. R. Grace (continued)

            Summary Of Time Charges, By Activity, Month, and Person
                    February 2004 - February 2004

MONTH       PERSON                          HOURS    RATE    AMOUNT
-------------------------------------------------------------------------
(05) Claims Anal Objectn/Resolutn (Asbest)

February  - Peterson                         0.1    600.     60.00

(16) Plan and Disclosure Statement

February  - Relles                           0.3    375.    112.50
February  - Peterson                         3.6    600.   2160.00

(28) Data Analysis

February  - Relles                           1.3    375.    487.50
February  - Peterson                         0.3    600.    180.00


---------------------------------------------------------------------------------