## **EXHIBIT A**

**Case Administration (12.70 Hours; $ 2,691.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .80 | $685 | 548.00 |
| Rita C. Tobin | .80 | $375 | 300.00 |
| Robert C. Spohn | 3.60 | $180 | 648.00 |
| Andrew D. Katznelson | 7.00 | $160 | 1,120.00 |
| Tracy L. Wantuck | .50 | $150 | 75.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 02/02/04 | RCS | 180.00 | 0.30 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 1/30/04 (.3). |
| 02/03/04 | RCS | 180.00 | 0.30 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 2/2/04 (.3). |
| 02/03/04 | ADK | 160.00 | 0.50 | Perform review of court documents to identify relevant documents for EI and RCT re: Wolin Recusal matter. |
| 02/04/04 | RCT | 375.00 | 0.20 | Review local counsel recommendations re: EI update. |
| 02/04/04 | RCS | 180.00 | 0.30 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 2/3/04 (.3). |
| 02/05/04 | RCS | 180.00 | 0.30 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 2/04/04 (.3). |
| 02/05/04 | ADK | 160.00 | 0.50 | Perform review of court documents to identify relevant documents for EI and RCT. |
| 02/06/04 | PVL | 685.00 | 0.10 | Review 7 miscellaneous filings. |
| 02/06/04 | RCS | 180.00 | 0.30 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 2/05/04 (.3). |

{D0020245:1 }

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 02/06/04 | ADK | 160.00 | 1.00 | Perform review of court documents to identify relevant documents for EI and RCT re: Wolin Recusal Motion. |
| 02/09/04 | RCT | 375.00 | 0.20 | Review local counsel report re: EI update. |
| 02/09/04 | RCS | 180.00 | 0.30 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 2/06/04 (.3). |
| 02/10/04 | PVL | 685.00 | 0.10 | Review 6 miscellaneous filings. |
| 02/13/04 | ADK | 160.00 | 0.50 | Perform review of court documents to identify relevant documents for EI and RCT. |
| 02/14/04 | PVL | 685.00 | 0.10 | Review agenda letter. |
| 02/17/04 | PVL | 685.00 | 0.20 | Review Grace reply re Gerard contempt motion. |
| 02/17/04 | TLW | 150.00 | 0.50 | Review documents to identify relevant material, annotate pleadings and forward to file clerk. |
| 02/18/04 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 2/17/04 (.2). |
| 02/18/04 | ADK | 160.00 | 1.00 | Review, classify and annotate relevant material for RCT. |
| 02/19/04 | RCS | 180.00 | 0.30 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 2/19/04 (.3). |
| 02/20/04 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 2/19/04 (.2). |
| 02/20/04 | ADK | 160.00 | 0.50 | Perform review of court documents to identify relevant documents for EI and RCT. |
| 02/23/04 | PVL | 685.00 | 0.20 | Review Grace recusal filings. |
| 02/23/04 | RCT | 375.00 | 0.20 | Review local counsel recommendations re: EI update. |
| 02/23/04 | RCS | 180.00 | 0.30 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 2/19/04 (.3). |

{D0020245:1 }

| Date | Atty | Rate | Hours | Description |
|---|---|---|---|---|
| 02/23/04 | ADK | 160.00 | 1.00 | Perform review of court documents to identify relevant documents for EI and RCT re: Wolin Recusal matter. |
| 02/24/04 | RCT | 375.00 | 0.20 | Review court filings and correspondence, 2/13 - 2/20. |
| 02/24/04 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 2/23/04 (.2). |
| 02/25/04 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 2/24/04 (.2). |
| 02/26/04 | PVL | 685.00 | 0.10 | Review DK Acq. mot. to supp. record. |
| 02/26/04 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 2/25/04 (.2). |
| 02/26/04 | ADK | 160.00 | 1.00 | Search and retrieve court document s for RCT and RER. |
| 02/27/04 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 2/26/04 (.2). |
| 02/27/04 | ADK | 160.00 | 1.00 | Perform review of court documents to identify relevant documents for EI and RCT. |

**Total Task Code .04      12.70**


**Claim Analysis Objection & Resolution (Asbestos)(9.90 Hours; $ 2,635.50)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Max C. Heerman | .40 | $295 | 118.00 |
| John P. Cunningham | 9.50 | $265 | 2,517.50 |

{D0020245:1 }

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 02/10/04 | JPC | 265.00 | 1.10 | Rvw. recent developments in asbestos litigation (1.1). |
| 02/11/04 | MCH | 295.00 | 0.20 | Review new case law regarding pleural disease claims. |
| 02/13/04 | MCH | 295.00 | 0.20 | Update legal research regarding pleural disease claims. |
| 02/13/04 | JPC | 265.00 | 1.20 | Review case law valuation materials and status reports re asbestos litigation. |
| 02/18/04 | JPC | 265.00 | 2.60 | Review case law valuation materials and status reports re asbestos litigation. |
| 02/19/04 | JPC | 265.00 | 2.30 | Review case law valuation materials and status reports re asbestos litigation. |
| 02/23/04 | JPC | 265.00 | 1.40 | Review case law valuation materials and status reports re asbestos litigation. |
| 02/24/04 | JPC | 265.00 | 0.90 | Review case law valuation materials and status reports re asbestos litigation. |

**Total Task Code .05        9.90**


**Employment Applications, Others (.10 Hours; $ 68.50)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .10 | $685 | 68.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 02/28/04 | PVL | 685.00 | 0.10 | Review Capstone ret. opp. |

**Total Task Code .10        .10**


**Fee Applications, Applicant (7.30 Hours; $ 1,447.50)**

{D0020245:1 }

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Rita C. Tobin | 1.30 | $375 | 487.50 |
| Andrew D. Katznelson | 6.00 | $160 | 960.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 01/22/04 | ADK | 160.00 | 1.00 | Worked on fee application. |
| 01/23/04 | ADK | 160.00 | 0.50 | Worked on fee application. |
| 02/09/04 | RCT | 375.00 | 0.50 | Review prebills. |
| 02/10/04 | ADK | 160.00 | 1.00 | Worked on Fee Application. |
| 02/10/04 | ADK | 160.00 | 1.00 | Worked on Fee Application. |
| 02/11/04 | RCT | 375.00 | 0.50 | Review and edit exhibits. |
| 02/12/04 | ADK | 160.00 | 0.50 | Worked on Fee Application. |
| 02/12/04 | ADK | 160.00 | 0.50 | Worked on Fee Application. |
| 02/24/04 | RCT | 375.00 | 0.30 | Review final fee apps. |
| 02/24/04 | ADK | 160.00 | 1.00 | Worked on Fee Application. |
| 02/25/04 | ADK | 160.00 | 0.50 | Worked on Fee Application. |

**Total Task Code .12      7.30**


**Fee Applications, Others (.30 Hours; $ 205.50)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .30 | $685 | 205.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 02/08/04 | PVL | 685.00 | 0.10 | Review 9 CNOs re fees. |
| 02/18/04 | PVL | 685.00 | 0.10 | Review 4 fee applications. |

{D0020245:1 }

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 02/22/04 | PVL | 685.00 | 0.10 | Review 5 fee applications. |

**Total Task Code .13    .30**

**Litigation and Litigation Consulting (2.00 Hours; $ 1,130.50)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .70 | $780 | 546.00 |
| Peter Van N. Lockwood | .10 | $685 | 68.50 |
| Albert G. Lauber | .40 | $540 | 216.00 |
| Rita C. Tobin | .80 | $375 | 300.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 02/02/04 | RCT | 375.00 | 0.80 | Review Wolin opinion (.6) and telecon EI re: same (.2) |
| 02/06/04 | EI | 780.00 | 0.20 | Memos re: motion to extend exclusivity. |
| 02/12/04 | EI | 780.00 | 0.50 | Read Libby papers (.3); t/c JWD and memo (.2). |
| 02/16/04 | AGL | 540.00 | 0.20 | Review pending orders/motions. |
| 02/23/04 | AGL | 540.00 | 0.20 | Review pending orders/motions. |
| 02/24/04 | PVL | 685.00 | 0.10 | Review Eskin memo re hearing. |

**Total Task Code .16    2.00**

**Plan & Disclosure Statement (19.00 Hours; $ 10,276.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 2.40 | $685 | 1,644.00 |
| Julie W. Davis | 16.60 | $520 | 8,632.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 02/06/04 | PVL | 685.00 | 0.10 | E-mails EI re excl. |
| 02/11/04 | PVL | 685.00 | 0.30 | Review draft Libby prop and TDP. |

{D0020245:1}

| Date | Atty | Rate | Hours | Description |
|---|---|---|---|---|
| 02/13/04 | PVL | 685.00 | 0.90 | Confer JWD re Libby proposed TDP. |
| 02/16/04 | JWD | 520.00 | 4.70 | Review FAIR Act (1.2); draft memo, schedules re Libby claims (3.5) |
| 02/20/04 | JWD | 520.00 | 5.40 | Review additional materials from Libby claimants (1.9); review relevant FAIR Act provisions (3.5) |
| 02/21/04 | JWD | 520.00 | 3.10 | Revise, edit memo and schedules re Libby claims |
| 02/23/04 | JWD | 520.00 | 0.90 | Revise, edit Libby claims material |
| 02/24/04 | JWD | 520.00 | 2.50 | Meeting with PVNL, NDF re Fair Act Issues |
| 02/25/04 | PVL | 685.00 | 0.80 | Confer EI re TDP issues (.3); review JWD memo re same (.5). |
| 02/27/04 | PVL | 685.00 | 0.30 | Review draft excl. opposition and e-mail Eskin re same. |

**Total Task Code .17**     **19.00**

{D0020245:1 }

<u>Other Charges</u>:

| | |
|---|---:|
| Air Freight & Express Mail | 24.19 |
| Database Research | 40.92 |
| Xeroxing | 192.30 |

                                        Total    $ 257.41

{D0020245:1 }