**EXHIBIT B**

**Case Administration (12.7 Hours; $ 2,691.00)**

      Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .04**    12.7

**Claim Analysis Objection & Resolution (Asbestos) (9.9 Hours; $ 2,635.50)**

      Services rendered in this category pertain to the review, analysis of and response to claims filed against the Debtors' estates.

**Total Task Code .05**    9.9

**Employment Applications, Others (.1 Hours; $ 68.50)**

      Services rendered in this category pertain to the review of the retention applications of professionals and experts other than Caplin & Drysdale.

**Total Task Code .10**    .1

**Fee Applications, Applicant (7.3 Hours; $ 1,447.50)**

      Services rendered in this category pertain to the preparation and review of Caplin & Drysdale's fee applications including the fees and expenses of Caplin & Drysdale's special consultant, Professor Elizabeth Warren.

**Total Task Code .12**    7.3

**Fee Applications, Others (.3 Hours; $ 205.50)**

      Services rendered in this category pertain to the review of the fee applications of professionals and experts other than Caplin & Drysdale.

**Total Task Code .13**    .3

- 2 -

**Litigation and Litigation Consulting (2.0 Hours; $ 1,130.50)**

   Services rendered in this category pertain to litigation regarding all matters other than insurance recovery and relief from the automatic stay.

**Total Task Code .16**  **2.0**


**Plan and Disclosure Statement (19.0 Hours; $ 10,276.00)**

   Services rendered in this category pertain to the efforts to the formulation of a reorganization plan and disclosure statement and selection of a representative for future claimants.

**Total Task Code .17**  **19.0**