## **EXHIBIT C**

Other Charges:

| | |
|---|---:|
| Air Freight & Express Mail | 24.19 |
| Database Research | 40.92 |
| Xeroxing | 192.30 |
| Total | $ 257.41 |