```
Client Number:   4642            Grace Asbestos Personal Injury Claimants                                    Page:    1
Matter      000                  Disbursements                                                             3/23/2004
                                                                                                      Print Date/Time:
                                                                                                           03/23/2004
                                                                                                           10:50:36AM
Attn:                                                                                                       Invoice #

                                              PREBILL  / CONTROL  REPORT
                                                 Trans Date Range:   1/1/1950  to: 2/29/2004

Matter      000
Disbursements
Bill Cycle:       Monthly        Style:       i1         Start:    4/16/2001
                                                       Last Billed : 2/26/2004                           13,655
```

Trust Amount Available

```
                           Total Expenses Billed To Date         $237,087.52

                                                          Billing Empl:         0120      Elihu Inselbuch
                                                          Responsible Empl:     0120      Elihu Inselbuch
                                                          Alternate Empl:       0120      Elihu Inselbuch
                                                          Originating Empl:     0120      Elihu Inselbuch
```

**Summary   by Employee**

```
                                        ---------- A C T U A L ----------        ---------- B I L L I N G---------
Empl       Initials      Name                 Hours             Amount                  Hours             Amount

0101       RCS           Robert C. Spohn       0.00              69.75                   0.00              69.75
0120       EI            Elihu Inselbuch       0.00              24.19                   0.00              24.19
0238       SLG           Stacey L Gandy        0.00              39.45                   0.00              39.45
0999       C&D           Caplin &. Drysdale    0.00             124.02                   0.00             124.02
                                               0.00             257.41                   0.00             257.41
Total Fees
```

**Summary   by Employee**

```
                                        ---------- A C T U A L ----------        ---------- B I L L I N G---------
Empl       Initials      Name           Rate        Hours        Amount          Rate        Hours        Amount

Total Fees
```

**Detail Time / Expense  by  Date**

| TransNo. | Description | TransType | Trans Date | Work Empl | | Rate | Hours (Actual) | Amount (Actual) | Rate | Hours (Billing) | Amount (Billing) | Cumulative |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1595948 | Photocopy | E | 02/02/2004 | 0238 | SLG | 0.00 | | $7.20 | 0.00 | | $7.20 | 7.20 |
| 1596011 | Photocopy | E | 02/03/2004 | 0101 | RCS | 0.00 | | $69.75 | 0.00 | | $69.75 | 76.95 |
| 1596022 | Photocopy | E | 02/03/2004 | 0238 | SLG | 0.00 | | $5.85 | 0.00 | | $5.85 | 82.80 |
| 1596081 | Photocopy | E | 02/03/2004 | 0999 | C&D | 0.00 | | $2.55 | 0.00 | | $2.55 | 85.35 |
| 1596241 | Photocopy | E | 02/04/2004 | 0238 | SLG | 0.00 | | $7.20 | 0.00 | | $7.20 | 92.55 |
| 1596577 | Photocopy | E | 02/06/2004 | 0999 | C&D | 0.00 | | $0.75 | 0.00 | | $0.75 | 93.30 |
| 1596624 | Photocopy | E | 02/06/2004 | 0999 | C&D | 0.00 | | $5.40 | 0.00 | | $5.40 | 98.70 |
| 1596631 | Photocopy | E | 02/06/2004 | 0999 | C&D | 0.00 | | $0.75 | 0.00 | | $0.75 | 99.45 |
| 1596632 | Photocopy | E | 02/06/2004 | 0999 | C&D | 0.00 | | $0.15 | 0.00 | | $0.15 | 99.60 |
| 1596641 | Photocopy | E | 02/06/2004 | 0999 | C&D | 0.00 | | $4.50 | 0.00 | | $4.50 | 104.10 |
| 1596859 | Photocopy | E | 02/09/2004 | 0238 | SLG | 0.00 | | $3.60 | 0.00 | | $3.60 | 107.70 |

| Client Number: | 4642 | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: | 1 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Matter | 000 | Disbursements | | | | | | | | 3/23/2004 | |

Print Date/Time:
03/23/2004
10:50:36AM

Attn:  
Invoice #

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1594103 | Federal Express to Warren Smith from EI on 1/29 | | E | 02/09/2004 | 0120 | EI | 0.00 | $14.37 | 0.00 | $14.37 | 122.07 |
| 1594114 | Federal Express to Layren Przybylek from EI on 1/23 | | E | 02/09/2004 | 0120 | EI | 0.00 | $2.35 | 0.00 | $2.35 | 124.42 |
| 1597539 | Photocopy | | E | 02/10/2004 | 0238 | SLG | 0.00 | $1.80 | 0.00 | $1.80 | 126.22 |
| 1597542 | Photocopy | | E | 02/10/2004 | 0238 | SLG | 0.00 | $7.50 | 0.00 | $7.50 | 133.72 |
| 1597623 | Photocopy | | E | 02/11/2004 | 0238 | SLG | 0.00 | $3.00 | 0.00 | $3.00 | 136.72 |
| 1597657 | Photocopy | | E | 02/11/2004 | 0999 | C&D | 0.00 | $1.50 | 0.00 | $1.50 | 138.22 |
| 1598081 | Database Research - by NDF on Jan 15 | | E | 02/12/2004 | 0999 | C&D | 0.00 | $40.92 | 0.00 | $40.92 | 179.14 |
| 1598853 | Photocopy | | E | 02/12/2004 | 0999 | C&D | 0.00 | $18.00 | 0.00 | $18.00 | 197.14 |
| 1599503 | Photocopy | | E | 02/13/2004 | 0999 | C&D | 0.00 | $35.55 | 0.00 | $35.55 | 232.69 |
| 1599508 | Photocopy | | E | 02/13/2004 | 0999 | C&D | 0.00 | $3.60 | 0.00 | $3.60 | 236.29 |
| 1599932 | Photocopy | | E | 02/17/2004 | 0238 | SLG | 0.00 | $2.10 | 0.00 | $2.10 | 238.39 |
| 1599942 | Photocopy | | E | 02/17/2004 | 0999 | C&D | 0.00 | $1.35 | 0.00 | $1.35 | 239.74 |
| 1600937 | Photocopy | | E | 02/19/2004 | 0999 | C&D | 0.00 | $2.40 | 0.00 | $2.40 | 242.14 |
| 1602171 | Photocopy | | E | 02/23/2004 | 0238 | SLG | 0.00 | $0.30 | 0.00 | $0.30 | 242.44 |
| 1602206 | Photocopy | | E | 02/23/2004 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 243.04 |
| 1603462 | Photocopy | | E | 02/25/2004 | 0999 | C&D | 0.00 | $6.00 | 0.00 | $6.00 | 249.04 |
| 1604645 | Photocopy | | E | 02/26/2004 | 0238 | SLG | 0.00 | $0.90 | 0.00 | $0.90 | 249.94 |
| 1604403 | Air Freight & Express Mail - FedExp on 2/12 L P at Campbell & Levine | | E | 02/27/2004 | 0120 | EI | 0.00 | $7.47 | 0.00 | $7.47 | 257.41 |
| **Total Expenses** | | | | | | | **0.00** | **$257.41** | **0.00** | **$257.41** | |

| | | | |
|---|---|---|---|
| Matter Total Fees | | 0.00 | 0.00 |
| Matter Total Expenses | | 257.41 | 257.41 |
| Matter Total | 0.00 | 257.41 | 0.00 | 257.41 |
| Prebill Total Fees | | | |
| Prebill Total Expenses | | $257.41 | $257.41 |
| Prebill Total | 0.00 | $257.41 | 0.00 | $257.41 |

**Previous Billings**

| InvoiceNo | InvoiceDate | InvoiceTotal | OpenTotal |
|---|---|---|---|
| 36,593 | 07/26/2002 | 121,163.25 | 13,975.99 |
| 36,950 | 08/22/2002 | 231,722.75 | 24,660.40 |
| 37,197 | 09/25/2002 | 246,726.25 | 35,891.10 |
| 37,665 | 10/31/2002 | 153,308.00 | 30,661.60 |
| 37,961 | 11/30/2002 | 36,076.50 | 542.50 |
| 37,962 | 11/30/2002 | 137,754.50 | 27,550.90 |
| 38,223 | 12/26/2002 | 155,061.50 | 31,012.30 |
| 40,965 | 03/11/2003 | 31,418.00 | 6,283.60 |
| 40,966 | 03/11/2003 | 43,961.50 | 8,792.30 |
| 41,071 | 03/20/2003 | 27,076.50 | 5,415.30 |
| 41,429 | 04/24/2003 | 12,991.50 | 12,991.50 |
| 41,745 | 05/22/2003 | 4,425.50 | 885.10 |
| 42,071 | 06/27/2003 | 3,191.00 | 638.20 |
| 42,258 | 07/25/2003 | 8,561.00 | 1,712.20 |

```
Client Number:    4642              Grace Asbestos Personal Injury Claimants                              Page:    1
Matter       000                    Disbursements                                                      3/23/2004
                                                                                              Print Date/Time:
                                                                                                   03/23/2004
                                                                                                   10:50:36AM
Attn:                                                                                                Invoice #
42,259          07/25/2003                      3,420.50              684.10
42,620          08/28/2003                      9,498.50              365.00
42,639          08/28/2003                      1,935.50              387.10
42,905          09/29/2003                      6,967.25            1,393.45
42,954          09/29/2003                      3,733.00              746.60
43,207          10/28/2003                      9,661.00            1,932.20
43,234          10/14/2003                      1,845.50              369.10
43,556          11/20/2003                     22,649.50            4,529.90
43,557          11/20/2003                      5,865.50            5,865.50
43,916          12/29/2003                      1,191.00            1,191.00
43,917          12/29/2003                     22,939.00            4,587.80
44,174          01/23/2004                     17,186.00            3,437.20
44,175          01/23/2004                        476.00              476.00
44,595          02/26/2004                      9,429.30            9,429.30
                                            1,330,235.30          236,407.24
```