UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| In re:<br><br>W.R. GRACE & COMPANY<br> et al.,<br><br><br><br><br>                    *Debtors* | In Proceedings For A Reorganization<br>Under Chapter 11<br><br><br>Case No. 01-01139(PJW)<br><br><br>Claim # Unknown |
| --- | --- |

## NOTICE:  OF TRANSFER OF CLAIM PURSUANT TO **FRBP RULE 3001 (e) (1)**

To transferor:        CAMPEON ROOF. & WATERPROOFING,INC.
                            3750 ROUNDBOTTOM RD.
                            CINCINNATI OH 45244

The transfer of your claim as shown above, in the amount of $ 867.00 has been transferred *(unless previously expunged by court order)* to:

> Trade-Debt.Net
> P.O. Box 1487
> West Babylon, NY 11704

No action is required if you do not object to the transfer of your claim.   However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**

**FILE A WRITTEN OBJECTION TO THE TRANSFER** with:

> United States Bankruptcy Clerk
> District of Delaware
> 824 Market Street, 5th Fl
> Wilmington, DE 19801

**SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.**

Refer to **INTERNAL CONTROL NO.** _____ in your objection.   If you file an objection, a hearing will be scheduled.
**IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT**

---

**FOR CLERK'S OFFICE USE ONLY:**
This notice was mailed to the first named party, by first class mail, postage prepaid
on _____ , 200 ___ .
**INTERNAL CONTROL NO.** _____
Copy: (check)  Claims Agent _____    Transferee _____    Debtor's Attorney ___

_____
                                                    Deputy Clerk

Trade-Debt.net
PO Box 1487
West Babylon, NY 11704

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF DELAWARE

In re.

|  |  |  |
|---|---|---|
| | ) | |
| | ) | Case No.01-01139(PJW) |
| W.R. Grace & Company | ) | |
| et al., | ) | |
| | ) | Chapter 11 |
| | ) | |
| | ) | **NOTICE OF TRANSFER OF CLAIM** |
| Debtors. | ) | **OTHER THAN FOR SECURITY AND** |
| | ) | **WAIVER OF NOTICE.** |
| | ) | RULE 3001 (e) |

Please take notice that your unsecured claim of **CAMPEON ROOF & WATER PROOFING INC** in the amount of **$867.00** and all Proofs of Claim have been transferred and assigned other than for security to Trade-Debt.net, Inc.  The signature of the Assignor on this form is evidence of transfer of the claims, proofs and all rights thereunder.  Assignor does hereby agree to waive notice as described by Bankruptcy Rule 3001 (e) (1).

I, the undersigned assignor of the above described claims, or proofs of claim hereby assign and transfer my claims and all rights thereunder to Trade-Debt.net Inc. upon the terms as set forth in the offer letter received.  I assert that the claim of **CAMPEON ROOF & WATER PROOFING INC** has not been previously transferred, and that the debtor has not objected to or satisfied this claim.  The clerk of the court is authorized to change the address regarding the claim of the assignor to that of the assignee listed below.

ASSIGNOR:
CAMPEON ROOF & WATER PROOFING INC
3750 ROUNDBOTTOM RD  CINCINNATI OH, 45244

Please print your name: Mary B Barnes Signature _____

Title: President    Date: 3/31/04

Address: 3750 Roundbottom Rd  Cincinnati, Ohio 45244
(city,state,zip)
Telephone: 513  271-8972 Fax: 513  271-3181 Email: mbarnes@campeon.com
Federal Taxpayer ID / Social Security Number  31-0886665
ASSIGNEE:
TRADE-DEBT.NET
P.O. BOX 1487 West Babylon, NY 11704
By: _____

WR Grace04

Timothy McGuire

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & COMPANY<br>  et al.,<br><br><br><br>*Debtors* | In Proceedings For A Reorganization<br>Under Chapter 11<br><br><br>Case No. 01-01139(PJW)<br><br><br>Claim # Unknown |

## **NOTICE:**  OF TRANSFER OF CLAIM PURSUANT TO **FRBP RULE 3001 (e) (1)**

To transferor:    DATA DOWNLINK CORP.
88 PINE ST 3RD FL
NEW YORK, NY 10005

The transfer of your claim as shown above, in the amount of $ 665.60 has been transferred *(unless previously expunged by court order)* to:

Trade-Debt.Net
P.O. Box 1487
West Babylon, NY 11704

No action is required if you do not object to the transfer of your claim.   However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**

**FILE A WRITTEN OBJECTION TO THE TRANSFER** with:

United States Bankruptcy Clerk
District of Delaware
824 Market Street, 5th Fl
Wilmington, DE 19801

**SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.**

Refer to **INTERNAL CONTROL NO.** _____ in your objection.   If you file an objection, a hearing will be scheduled.

**IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT**

---------------------------------------------------------------------------------------------------

**FOR CLERK'S OFFICE USE ONLY:**
This notice was mailed to the first named party, by first class mail, postage prepaid
on _____ , 200 ___ .
**INTERNAL CONTROL NO.** _____
Copy: (check)  Claims Agent _____   Transferee _____   Debtor's Attorney ____

Deputy Clerk

Trade-Debt.net
PO Box 1487
West Babylon, NY 11704

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF DELAWARE

In re.

| | | |
|---|---|---|
| W.R. Grace & Company et al., | ) ) ) ) ) | Case No.01-01139(PJW) |
| | ) | Chapter 11 |
| Debtors. | ) ) ) ) ) | **NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY AND WAIVER OF NOTICE.** RULE 3001 (e) |

Please take notice that your unsecured claim of **DATA DOWNLINK CORP** in the amount of **$360.30** and all Proofs of Claim have been transferred and assigned other than for security to Trade-Debt.net, Inc. The signature of the Assignor on this form is evidence of transfer of the claims, proofs and all rights thereunder. Assignor does hereby agree to waive notice as described by Bankruptcy Rule 3001 (e) (1).

I, the undersigned assignor of the above described claims, or proofs of claim hereby assign and transfer my claims and all rights thereunder to Trade-Debt.net Inc. upon the terms as set forth in the offer letter received. I assert that the claim of **DATA DOWNLINK CORP** has not been previously transferred, and that the debtor has not objected to or satisfied this claim. The clerk of the court is authorized to change the address regarding the claim of the assignor to that of the assignee listed below.

ASSIGNOR:
~~DATA DOWNLINK CORP~~ *Alacra, Inc → Name changed in 2001.*
88 PINE ST 3RD FLOOR  NEW YORK NY, 10005

Please print your name: *Kemraj Singh*  Signature *Kemraj Singh*

Title: *Staff Accountant*  Date: *3/31/04*

*Alacra, Inc.*
Address: *88 Pine Street, 3rd Flr*
(city,state,zip) *New York, NY  10005*
Telephone: *212-804-2927*  Fax: *212-363-9630*  Email: *Kemraj.Singh.alacra.com*
Federal Taxpayer ID / Social Security Number *22-3443095*
ASSIGNEE:
TRADE-DEBT.NET
P.O. BOX 1487 West Babylon, NY 11704
By: _____                WR Grace04

Timothy McGuire