# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline:** April 22 2004, at 4:00 p.m. |
| | | **Hearing Date:**    TBD only if necessary |

## FEE DETAIL FOR KIRKLAND & ELLIS LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM FEBRUARY 1, 2004 THROUGH FEBRUARY 29, 2004

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc.), E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc.), Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

## Matter 17 – Relief from Stay – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 2/5/2004 | James W Kapp | 0.30 | Office conference re Oldcastle strategy. |
| 2/5/2004 | Christian J Lane | 1.50 | Telephone conferences re Oldcastle and Neutocrete motions for relief from stay (.8); office conferences re strategy and issues re same (.7). |
| 2/6/2004 | Christian J Lane | 1.60 | Correspondence with client and opposing counsel and telephone conferences re Oldcastle and Neutocrete motions for relief from stay (1.0); analyze strategy and issues re same (.6). |
| 2/11/2004 | Christian J Lane | 4.50 | Correspondence with client and opposing counsel and telephone conferences re Oldcastle and Neutocrete motions for relief from stay (1.0); analyze strategy and issues re same (.6); revise stipulation re Oldcastle motion (1.0); office conferences re same (.5); draft objection re Neutocrete (1.4). |
| 2/12/2004 | James W Kapp | 0.90 | Review Oldcastle stipulation re motion for relief from automatic stay (.6); office conference re same (.3). |
| 2/13/2004 | Christian J Lane | 4.50 | Correspondence with client and opposing counsel and telephone conferences re Oldcastle and Neutocrete motions for relief from stay (1.5); revise stipulation re Oldcastle motion (.8); office conferences re same (1.2); research and revise objection re Neutocrete (1.0). |
| 2/17/2004 | James W Kapp | 0.10 | Attend to issues re Rodriguez motion for relief from automatic stay. |
| 2/19/2004 | James W Kapp | 0.20 | Attend to issues re Rodriguez stay motion. |
| 2/20/2004 | James W Kapp | 0.50 | Office conference re Rodriguez automatic stay motion (.3); telephone conference with D. Carickhoff re same (.2). |
| 2/22/2004 | James W Kapp | 2.60 | Review Wesconn pleadings (1.6); develop argument re same (1.0). |
| 2/23/2004 | Christian J Lane | 1.00 | Correspondence with client and opposing counsel and telephone conferences re Oldcastle and Neutocrete motions for relief from stay. |
| 2/24/2004 | James W Kapp | 0.50 | Review materials re Oldcastle stipulation (.2); review correspondence from W. Sparks re Rodriguez motion (.1); attend to issues re same (.2). |
| 2/25/2004 | James W Kapp | 0.20 | Telephone conference with W. Sparks re Oldcastle objection (.1); telephone conference with D. Siegel re same (.1). |
| | Total hours: | 18.40 | |

### Matter 19 – Claims Analysis Objection & Resolution (Non-Asbestos) – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 2/2/2004 | Christian J Lane | 1.50 | Correspondence and telephone conferences with creditors re claims objection resolution issues (1.0); update status and internal records re same (.5). |
| 2/3/2004 | James W Kapp | 0.10 | Attend to certificate of no objection re substitute objection to claims. |
| 2/3/2004 | Christian J Lane | 2.50 | Correspondence and telephone conferences with BMC re claims objection resolution issues (2.2); review and update internal records re same (.3). |
| 2/4/2004 | Christian J Lane | 2.00 | Correspondence and telephone conferences with BMC and creditors re claims objection resolution issues (1.7); review and update internal records re same (.3). |
| 2/5/2004 | James W Kapp | 1.40 | Office conference re Caterpiller stipulation (.3); review notice of settlement of claims (.4); office conferences re proofs of claim analysis (.7). |
| 2/6/2004 | Christian J Lane | 1.50 | Correspondence and telephone conferences with BMC and creditors re claims objection resolution issues. |
| 2/9/2004 | Christian J Lane | 1.50 | Correspondence and telephone conferences with creditors re claims objection resolution issues. |
| 2/10/2004 | Rhonda Lopera | 2.00 | Review and analyze claims register re administrative claims (1.0); telephone conference with BMC re same (.5); respond to creditor inquiry re same (.5). |
| 2/13/2004 | Christian J Lane | 1.50 | Correspondence and telephone conferences with creditors re claims objection resolution issues and case status. |
| 2/17/2004 | Rhonda Lopera | 1.00 | Retrieve case precedent re classification of claims (.7); interoffice conference re same (.3). |
| 2/18/2004 | James W Kapp | 0.80 | Office conferences re claims analysis. |
| 2/19/2004 | James W Kapp | 0.40 | Review correspondence from C. Joaquin re 3007 motion (.1); telephone conference with J. Sakalo re same (.2); telephone conference with D. Carickhoff re same (.1). |
| 2/24/2004 | James W Kapp | 2.90 | Office conference issues re claim analysis process (1.4); telephone conference with M. Shelnitz re same (.6); telephone conference with B. Erkart re Wesconn discovery (.2); telephone conference with D. Seigel re 2/23 omnibus hearing (.7). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 2/25/2004 | James W Kapp | 0.80 | Review correspondence from J. McFarland re claims analysis process (.2); review Royal order alleging proofs of claim (.1); review correspondence from W. Erhart re Wesconn discovery (.1); prepare correspondence to M. Shelnitz re same (.2); prepare correspondence to M. Ledwin re Royal order (.2). |
| 2/26/2004 | James W Kapp | 1.20 | Review Wesconn revised discovery (.6); telephone conference with D. Carickhoff re same (.3); review M. Cohan correspondence re same (.1); review W. Sparks correspondence re same (.1); telephone conference with M. Cohan re same (.1). |
| 2/27/2004 | James W Kapp | 1.80 | Telephone conference with M. Cohan and L. Babalozian re Wesconn discovery (1.0); telephone conference with B. Erhart re same (.6); telephone conference with D. Carickhoff re same (.2). |
|  | Total hours: | 22.90 |  |

## Matter 20 – Case Administration – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 2/2/2004 | James W Kapp | 1.30 | Review pleadings and correspondence (.3); review revised critical date list (.1); review Judge Wolin recusal opinion (.9). |
| 2/2/2004 | Christian J Lane | 1.50 | Office conferences re review of draft 10-k (.6); review pleading summary and correspondence received (.5); office conferences re status of open matters and strategy for resolution (.4). |
| 2/2/2004 | Shirley A Pope | 2.50 | Review docket for newly filed pleadings and download same (1.0); organize and distribute key pleadings to attorneys (.5); review and catalog pleadings for litigation support system (1.0). |
| 2/2/2004 | Rhonda Lopera | 2.00 | Review docket re hearing dates (.7); interoffice conference re same (.3); revise critical dates re same (.5); update order index (.5). |
| 2/2/2004 | Tiffany J Wood | 3.00 | Review docket and adversary dockets re newly filed pleadings and distribute same for attorney review (.5); review docket re critical dates and update critical dates chart re same (1.0); review docket and adversary dockets re status of motions and update status chart re same (1.0); review docket re brief and follow up re same (.5). |
| 2/2/2004 | Sorah Kim | 1.00 | Catalog and organize pleadings for Concordance Litigation Support System. |
| 2/3/2004 | James W Kapp | 4.10 | Receive status re resolution of certain pending motions (.7); review Daily Bankruptcy Review article re Wolin recusal opinion (.1); review draft Form 10-K disclosures re chapter 11 cases (2.8); review pleadings and correspondence (.3); review docket (.2). |
| 2/3/2004 | Shirley A Pope | 0.50 | Review docket for newly filed pleadings and download same. |
| 2/3/2004 | Rhonda Lopera | 7.50 | Review and analyze pleadings re incorporation into central file (1.2); review adversary dockets re critical dates (.8); update and revise order binder re signed orders (1.0); review and analyze docket re filed certificates of no objection (.7); review and update critical dates (.6); prepare and distribute index re omnibus hearing dates (.7); review and analyze case precedent re asbestos bankruptcy cases (1.5); update index and case binders re same (1.0). |
| 2/3/2004 | Janet S Baer | 0.80 | Review draft 10-K re litigation issues. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 2/3/2004 | Tiffany J Wood | 1.50 | Review docket and adversary dockets re newly filed pleadings and distribute same for attorney review (.5); review and analyze new correspondence and enter same into electronic filing database (1.0). |
| 2/3/2004 | Sorah Kim | 1.50 | Review and catalog pleadings for Concordance Litigation Support System. |
| 2/4/2004 | James W Kapp | 0.40 | Review pleadings and correspondence. |
| 2/4/2004 | Christian J Lane | 2.50 | Office conferences re review of draft 10-k (.6); prepare comments to draft 10-k (1.0); review pleading summary and correspondence received (.6); office conferences re status of open matters and strategy for resolution (.3). |
| 2/4/2004 | Shirley A Pope | 2.30 | Review docket for newly filed pleadings and download same (1.0); review and catalog pleadings for litigation support system (1.0); review and organize documents for attorney use (.3). |
| 2/4/2004 | Tiffany J Wood | 3.00 | Review pleadings re Montana Vermiculite Co. and distribute same to affected parties (.5); review Third Circuit docket re scheduling order and follow up re same (.5); review docket and adversary docket re CNO's and send same to W. Sparks (1.0); teleconference with P. Cuniff re rescheduled hearing and follow up re same (.5); review docket and adversary dockets re newly filed pleadings and distribute same for attorney review (.5). |
| 2/4/2004 | Sorah Kim | 2.00 | Review and catalog pleadings for Concordance Litigation Support System. |
| 2/5/2004 | James W Kapp | 1.30 | Review pleadings and correspondence (.4); review critical date memorandum (.2); review operating report (.6); review docket (.1). |
| 2/5/2004 | Christian J Lane | 1.50 | Draft and revise notice of settlement (1.0); office conferences re same (.5). |
| 2/5/2004 | Shirley A Pope | 1.50 | Review docket for newly filed pleadings and download same (1.0); review and catalog pleadings for litigation support system (.5). |
| 2/5/2004 | Rhonda Lopera | 2.00 | Review and analyze case precedent re asbestos bankruptcy cases and status of each case (1.5); interoffice conference re same (.5). |
| 2/5/2004 | Tiffany J Wood | 3.00 | Review docket and adversary dockets re critical dates and update critical dates chart and distribute same for attorney review (1.0); review docket re retention application and prepare same for attorney review (.5); review newly filed pleadings and update central files re same (1.5). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 2/5/2004 | Sorah Kim | 1.50 | Review and catalog pleadings for Concordance Litigation Support System. |
| 2/6/2004 | James W Kapp | 0.60 | Review pleadings and correspondence (.4); review critical date list (.2). |
| 2/6/2004 | Christian J Lane | 3.50 | Revise notice of settlement (.6); review pleading summary and correspondence received (.5); office conferences re status of open matters and strategy for resolution (.4); review and comment on revised hearing agenda (1.0); office conferences re same (1.0). |
| 2/6/2004 | Shirley A Pope | 1.50 | Review docket and download pleadings (.5); review organize and catalog pleadings for litigation support system (1.0). |
| 2/6/2004 | Tiffany J Wood | 6.00 | Review docket and adversary dockets re newly filed pleadings and distribute same for attorney review (.5); review attorney notes and revise critical dates chart re same (.5); analyze new correspondence and enter same into electronic filing database (1.5); review newly filed pleadings and update central files re same (1.5); record central files in LegalKey database and prepare same for transfer to off-site storage facility (2.0). |
| 2/6/2004 | Sorah Kim | 1.00 | Review and catalog pleadings for Concordance Litigation Support System. |
| 2/9/2004 | James W Kapp | 0.40 | Review pleadings and correspondence. |
| 2/9/2004 | Christian J Lane | 1.20 | Review pleading summary and correspondence (.5); office conferences re status of open matters and strategy for resolving same (.7). |
| 2/9/2004 | Rhonda Lopera | 2.00 | Review and analyze docket re critical dates (.7); review and analyze adversary dockets (.5); update and revise critical dates (.8). |
| 2/9/2004 | Tracy J McCollom | 0.10 | Contact bankruptcy court re docket status update. |
| 2/9/2004 | Tiffany J Wood | 2.00 | Review docket and adversary dockets re newly filed pleadings and distribute same for attorney review (.5); review appellate docket re dismissal and follow up re same (.5); telephone conference with P. Cuniff re dismissal (.5); review docket re status of motions and update status chart re same (.5). |
| 2/9/2004 | Sorah Kim | 0.50 | Review and catalog pleadings for Concordance Litigation Support System. |
| 2/10/2004 | James W Kapp | 0.30 | Review pleadings and correspondence. |
| 2/10/2004 | James W Kapp | 0.10 | Review correspondence from D. Siegel re exclusivity extension. |
| 2/10/2004 | Shirley A Pope | 0.30 | Review docket for newly filed pleadings and download. |

A-6

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 2/10/2004 | Tracy J McCollom | 0.30 | Telephone conference with court clerk re docket motion status. |
| 2/10/2004 | Tiffany J Wood | 3.00 | Retrieve and distribute various newly filed pleadings (1.5); review docket re errata order and distribute same for attorney review (.5); review appellate docket re dismissal and follow up re same (.5); review docket and adversary dockets re newly filed pleadings and distribute same for attorney review (.5). |
| 2/10/2004 | Sorah Kim | 2.50 | Review and catalog pleadings for Concordance Litigation Support System. |
| 2/11/2004 | James W Kapp | 0.40 | Review docket (.1); review pleadings and correspondence (.3). |
| 2/11/2004 | Christian J Lane | 0.70 | Review pleading summary and correspondence. |
| 2/11/2004 | Rhonda Lopera | 1.50 | Review and analyze pleadings re incorporation into central file (1.0); update and revise order binder (.5). |
| 2/11/2004 | Tiffany J Wood | 6.00 | Review docket and adversary dockets re critical dates and update critical dates chart re same (1.0); review docket and adversary dockets re status of motions and update status chart re same (.5); review attorney notes and revise motion status chart re same (.5); review docket re newly filed order and update order binders re same (1.0); review newly filed pleadings and update central files re same (1.0); analyze new correspondence and enter same into electronic filing database (2.0). |
| 2/11/2004 | Sorah Kim | 1.00 | Catalog and organize pleadings for Concordance Litigation Support System. |
| 2/12/2004 | James W Kapp | 1.50 | Review pleadings and correspondence (.2); review revised 10K filing (.8); receive status re potential resolution of certain matters set for 2/23 hearing (.5). |
| 2/12/2004 | Christian J Lane | 1.90 | Review revised draft 10-k (.6); office conferences re same (.4); review pleading summary and correspondence received (.5); office conferences re status of open matters and strategy for resolution (.4). |
| 2/12/2004 | Shirley A Pope | 0.30 | Review docket for newly filed pleadings and download same. |
| 2/12/2004 | Rhonda Lopera | 2.00 | Review and analyze docket re motion status chart (1.0); interoffice conference re same (.3); review and analyze docket re certificates of no objection (.7). |
| 2/12/2004 | Tracy J McCollom | 2.00 | Review court dockets and update critical dates list (1.2); office conference re case administration (.5); respond to request for docket precedent (.3). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 2/12/2004 | Sorah Kim | 1.50 | Review and catalog pleadings for Concordance Litigation Support System. |
| 2/13/2004 | James W Kapp | 0.60 | Review pleadings and correspondence (.3); review motion status chart (.2); review critical date memorandum (.1). |
| 2/13/2004 | Christian J Lane | 1.00 | Review pleading summary and correspondence. |
| 2/13/2004 | Shirley A Pope | 1.50 | Review docket for newly filed pleadings and download same (1.0); review and organize pleadings for litigation support system (.5). |
| 2/13/2004 | Rhonda Lopera | 1.00 | Review and analyze adversary dockets re critical dates (.5); update and distribute critical dates (.5). |
| 2/13/2004 | Tiffany J Wood | 3.00 | Prepare order binders and follow up re same (1.0); review docket and adversary dockets re newly filed pleadings and distribute same for attorney review (.5); review and analyze new correspondence and enter same into electronic filing database (1.0); review newly filed pleadings and update central files re same (.5). |
| 2/16/2004 | James W Kapp | 0.30 | Review pleadings and correspondence. |
| 2/16/2004 | Tiffany J Wood | 0.50 | Telephone conference re case management responsibilities. |
| 2/17/2004 | James W Kapp | 0.40 | Review pleadings and correspondence. |
| 2/17/2004 | Tracy J McCollom | 1.30 | Search central files and archives re brief precedent (1.0); order same from legal key (.3). |
| 2/17/2004 | Tiffany J Wood | 0.50 | Telephone conference re ZAI research and follow up re same. |
| 2/17/2004 | Sorah Kim | 0.50 | Catalog and organize pleadings for Concordance Litigation Support. |
| 2/18/2004 | James W Kapp | 0.60 | Review pleadings and correspondence (.4); review critical date list (.2). |
| 2/18/2004 | Rhonda Lopera | 1.00 | Review and analyze docket re critical dates (.7); interoffice conference re same (.3). |
| 2/18/2004 | Tracy J McCollom | 6.00 | Retrieve and distribute brief precedent (.3); review court dockets and update critical dates list re same (2.3); respond to requests for court docket precedent and prepare same for attorney review (1.2); retrieve documents for hearing binder (2.2). |
| 2/18/2004 | Sorah Kim | 1.00 | Catalog and organize pleadings for Concordance Litigation Support. |
| 2/19/2004 | James W Kapp | 0.30 | Review pleadings and correspondence. |
| 2/19/2004 | Shirley A Pope | 1.00 | Review docket for newly filed pleadings and download same. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 2/19/2004 | Tracy J McCollom | 4.00 | Respond to requests for court docket precedent and prepare same for attorney review (1.2); retrieve pleadings from court docket and prepare hearing binder re same (2.8). |
| 2/19/2004 | Sorah Kim | 1.00 | Review and organize pleadings for Concordance Litigation Support. |
| 2/20/2004 | James W Kapp | 0.30 | Review pleadings and correspondence. |
| 2/20/2004 | Shirley A Pope | 0.50 | Review docket for newly filed pleadings and download same. |
| 2/20/2004 | Rhonda Lopera | 1.50 | Review and update critical dates (.5); review and analyze docket re motion status chart (1.0). |
| 2/20/2004 | Tracy J McCollom | 4.90 | Update central files (1.6); respond to docket precedent request (.6); review amended agenda and update critical dates re same (.4); update and prepare hearing binder for attorney review (2.3). |
| 2/20/2004 | Tiffany J Wood | 1.00 | Review docket and adversary dockets re newly filed pleadings and follow up re same. |
| 2/20/2004 | Sorah Kim | 1.00 | Catalog and organize pleadings for Concordance Litigation Support. |
| 2/23/2004 | Shirley A Pope | 2.00 | Review docket for newly filed pleadings and download (1.0); review and catalog pleadings for litigation support system (1.0). |
| 2/23/2004 | Tracy J McCollom | 2.70 | Update critical dates list (.3); respond to attorney request for precedent re Gerard appeal (1.2); search central files re same (.5); review court dockets re same (.7). |
| 2/23/2004 | Sorah Kim | 0.50 | Review and organize pleadings for Concordance Litigation Support. |
| 2/24/2004 | James W Kapp | 0.70 | Review pleadings and correspondence (.5); review Daily Bankruptcy Review re companies facing asbestos claims operating in bankruptcy (.1); review correspondence to court re financial updates (.1). |
| 2/24/2004 | Shirley A Pope | 3.50 | Review docket for newly filed pleadings and download same (1.0); review correspondence and forward to responsible attorney for action (.5); review litigation support database system re documents for attorney use (2.0). |
| 2/24/2004 | Tracy J McCollom | 1.10 | Respond to precedent request re Gerard appeal (.6); search court docket re omnibus objections and prepare same for attorney review (.5). |
| 2/25/2004 | James W Kapp | 0.30 | Review pleadings and correspondence. |
| 2/25/2004 | Shirley A Pope | 0.50 | Review docket for newly filed pleadings and download same. |

| **Date** | **Name** | **Hours** | **Description** |
|---|---|---|---|
| 2/25/2004 | Rhonda Lopera | 1.00 | Review and analyze docket re motion status chart (.7); interoffice conference re same (.3). |
| 2/25/2004 | Tiffany J Wood | 3.00 | Review docket and adversary dockets re status of motions and update status chart re same (1.0); review docket re critical dates and update critical dates chart re same (1.0); review docket re application to employ Capstone and retrieve same (.5); review application re confidentiality and follow up re same (.5). |
| 2/26/2004 | James W Kapp | 0.40 | Review pleadings and correspondence. |
| 2/26/2004 | James W Kapp | 0.10 | Update critical date chart re 2/23 omnibus hearing outcome. |
| 2/26/2004 | Shirley A Pope | 1.30 | Review docket for newly filed pleadings and download same (1.0); review litigation support system re documents for attorney review (.3). |
| 2/26/2004 | Rhonda Lopera | 1.50 | Review and analyze docket re critical dates (.7); update and distribute same (.3); review and analyze motion status chart (.5). |
| 2/26/2004 | Tiffany J Wood | 3.00 | Review docket re critical dates and complete revisions to critical dates chart (.5); review attorney notes and revise critical dates chart re same (1.0); review attorney notes and revise motion status chart re same (1.0); review docket re motions continued to March omnibus hearing and follow up re same (.5). |
| 2/27/2004 | James W Kapp | 0.40 | Review pleadings and correspondence (.2); review motion status memorandum (.2). |
| 2/27/2004 | Shirley A Pope | 2.00 | Review docket for newly filed pleadings and download same (1.0); review and organize documents for attorney use (1.0). |
| 2/27/2004 | Sorah Kim | 1.00 | Review and catalog bankruptcy pleadings for Concordance Litigation Support System. |
| 2/29/2004 | Rhonda Lopera | 1.50 | Review and analyze pleadings re incorporation into central file (1.0); review and analyze adversary docket re critical dates (.5). |
|  | Total hours: | 153.50 | |

## Matter 21 – Claims Analysis Objection & Resolution (Asbestos) – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 2/11/2004 | Elli Leibenstein | 0.50 | Analyze claims. |
| 2/13/2004 | Elli Leibenstein | 2.00 | Participate in conference call re claims (1.0); prepare for same (1.0). |
| 2/16/2004 | Elli Leibenstein | 0.50 | Analyze claims issue. |
| 2/17/2004 | Susan A Arbeit | 3.20 | Research re class Proof of Claim issues and strategy. |
| 2/18/2004 | Susan A Arbeit | 6.70 | Research re class Proof of Claim issues and strategy. |
| 2/19/2004 | Susan A Arbeit | 8.00 | Research re class Proof of Claim issues and strategy. |
| 2/20/2004 | Susan A Arbeit | 3.00 | Research re class Proof of Claim issues and strategy. |
| 2/21/2004 | Susan A Arbeit | 2.20 | Research re class Proof of Claim issues and strategy. |
| 2/23/2004 | Elli Leibenstein | 1.00 | Analyze issues relating to claims. |
| 2/23/2004 | Susan A Arbeit | 8.40 | Research re class Proof of Claim issues and strategy. |
| 2/24/2004 | Elli Leibenstein | 0.20 | Review data re claims. |
| 2/24/2004 | Susan A Arbeit | 6.70 | Research re class Proof of Claim. |
| 2/25/2004 | Elli Leibenstein | 1.50 | Analyze claims issues (1.0); telephone conference with T. Florence re same (.5). |
| 2/25/2004 | Susan A Arbeit | 8.50 | Research re class Proof of Claim and draft bullet point summary. |
| 2/26/2004 | Theodore L Freedman | 1.00 | Review of memo on classification of proof of claims and analysis of class of proofs of claims. |
| 2/26/2004 | Susan A Arbeit | 1.20 | Draft summary of class Proof of Claim research (1.0); telephone conference re same (.2). |
| 2/27/2004 | Elli Leibenstein | 0.30 | Telephone conference with T. Florence re claims. |
| 2/29/2004 | Elli Leibenstein | 0.50 | Analyze claims issues. |
| | Total hours: | 55.40 | |

## Matter 23 – Business Operations – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 2/2/2004 | Christian J Lane | 1.00 | Correspondence with client re repatriation motion (.4); follow-up re same (.6). |
| 2/3/2004 | Christian J Lane | 1.00 | Telephone conferences and correspondence with client and Cat counsel re Cat stipulation. |
| 2/4/2004 | James W Kapp | 0.60 | Review Dunbar stipulation re real estate taxes. |
| 2/4/2004 | Christian J Lane | 1.50 | Review payment history and invoices re Cat (.7); Telephone conferences and correspondence with client and Cat counsel re Cat stipulation (.8). |
| 2/5/2004 | James W Kapp | 0.30 | Review notice of sales. |
| 2/9/2004 | Christian J Lane | 1.50 | Review payment history and invoices re Cat (.7); Telephone conferences and correspondence with client and Cat counsel re Cat stipulation (.8). |
| 2/10/2004 | Christian J Lane | 2.80 | Revise stipulation re Knoxville lease (.8); draft motion re approval of stipulation (1.2); office conferences re same (.8). |
| 2/11/2004 | Christian J Lane | 2.00 | Telephone conferences and correspondence with client and Cat counsel re Cat stipulation (1.0); office conferences re same (.6); review revised stipulation (.4). |
| 2/12/2004 | James W Kapp | 1.00 | Revise motion seeking approval of settlement with W. Dunbar (.4); office conference re same (.3); review Caterpillar stipulation (.3). |
| 2/12/2004 | Christian J Lane | 4.50 | Telephone conferences and correspondence with client and Cat counsel re Cat stipulation (1.2); office conferences re same (.8); revise stipulation re Knoxville lease (.6); revise motion re approval of stipulation (1.0); office conferences re same (.9). |
| 2/23/2004 | Christian J Lane | 1.00 | Telephone conferences with client re governmental actions related to company activities (.5); telephone conferences with client re possible transfer of leasehold (.5). |
| | Total hours: | 17.20 | |

## Matter 27 – Employee Benefits/Pension – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 2/12/2004 | Christian J Lane | 0.60 | Correspondence with client re LTIP order (.3); follow-up re same (.3). |
| | Total hours: | 0.60 | |

## Matter 28 – Litigation and Litigation Consulting – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 2/1/2004 | Janet S Baer | 0.40 | Review status and strategy re Gerard brief and Wolin issues. |
| 2/2/2004 | Michelle H Browdy | 1.00 | Review/analyze Wolin opinion. |
| 2/2/2004 | James W Kapp | 0.40 | Office conference re Gerard appeal brief. |
| 2/2/2004 | James W Kapp | 0.70 | Develop strategy re Royal response re applicable legal standards for excusable neglect. |
| 2/2/2004 | Christopher Landau | 0.50 | Discuss pending appeal issues with J. O'Quinn. |
| 2/2/2004 | Ashley C Parrish | 0.80 | Review and analyze background materials re motions to recuse Judge Wolin. |
| 2/2/2004 | John C O'Quinn | 6.50 | Draft brief. |
| 2/2/2004 | Rhonda Lopera | 3.50 | Review and analyze supplemental exhibits re Judge Wolin recusal (1.5); interoffice conference re same (.5); review and analyze docket re Judge Wolin opinion (.5); review and analyze pleadings re incorporation into central file (1.0). |
| 2/2/2004 | Janet S Baer | 2.50 | Office conference re Wolin recusal issues (.3); review matters re Gerard brief (.3); prepare stipulation re Joplin claims (.4); review J. Wolin's opinion on recusal (1.5). |
| 2/2/2004 | Tiffany J Wood | 1.00 | Search for opinion re recusal matter and distribute same for attorney review. |
| 2/2/2004 | Samuel Blatnick | 8.50 | Draft and research for Gerard Third Circuit brief. |
| 2/3/2004 | Michelle H Browdy | 0.50 | Work on 3d Circuit appeal issues. |
| 2/3/2004 | James W Kapp | 1.40 | Review Judge Wolin recusal opinion. |
| 2/3/2004 | Christopher Landau | 3.00 | Review and analyze Judge Wolin order (1.0); draft motion to Third Circuit re briefing schedule (1.0); review other briefs re scheduling issues (.5); emails to/from team re same (.5). |
| 2/3/2004 | Ashley C Parrish | 3.30 | Review and analyze Judge Wolin's recusal opinion (1.3); review W.R. Grace's draft briefing proposal (1.0); review recusal briefing submitted to the district court (1.0). |
| 2/3/2004 | John C O'Quinn | 5.00 | Draft brief. |
| 2/3/2004 | Janet S Baer | 3.30 | Confer re Wolin opinion, briefing schedule and related issues (.5); review revised Joplin MO settlement agreement (.5); revise stipulation re same (.3); confer with Grace representatives re Joplin agreement and claims (1.3); confer with D. Tighe re Montana Vermiculite matters (.3); confer re Montana vermiculite, Wolin recusal and National Union reply (.4). |

| **Date** | **Name** | **Hours** | **Description** |
|---|---|---|---|
| 2/3/2004 | Tiffany J Wood | 1.50 | Review docket re recual order and distribute same for attorney review (.5); telephone conference re recusal briefs (.5); retrieve amended briefs re Wolin recusal and distribute same for attorney review (.5). |
| 2/3/2004 | Samuel Blatnick | 2.00 | Draft and research for Gerard Third Circuit brief. |
| 2/4/2004 | Christopher Landau | 2.00 | Review Maryland's brief (1.0); conference call with team re response to same (1.0). |
| 2/4/2004 | Christian J Lane | 1.00 | Review Wolin opinion. |
| 2/4/2004 | John C O'Quinn | 7.30 | Draft brief. |
| 2/4/2004 | Rhonda Lopera | 2.00 | Review and analyze bankruptcy dockets re judge's opinion relating to asbestos bankruptcy cases (1.2); review Westlaw cases re same (.8). |
| 2/4/2004 | Janet S Baer | 2.10 | Review draft appellee's brief re Gerard/Maryland (1.0); confer with L. Duff re environmental litigation/stay issues (.3); confer re strategy for Gerard brief (.5); further confer re brief on same (.3); review redraft of Joplin agreement and provide final comments re same (.3). |
| 2/4/2004 | Samuel Blatnick | 10.00 | Draft and research for Gerard Third Circuit brief (4.0); draft reply to National Union's brief in opposition to RMQ's Motion for Summary Judgment (6.0). |
| 2/5/2004 | Ashley C Parrish | 0.30 | Review briefing schedule (.1); review and analyze background materials re recusal issues (.2). |
| 2/5/2004 | John C O'Quinn | 6.50 | Draft and edit brief. |
| 2/5/2004 | Janet S Baer | 0.90 | Review draft National Union reply (.4); review Gerard D.Ct. Brief for issues on appeal (.5). |
| 2/5/2004 | Tracy J McCollom | 0.30 | Proofread brief. |
| 2/5/2004 | Samuel Blatnick | 8.50 | Draft and research for Gerard Third Circuit brief. |
| 2/6/2004 | James W Kapp | 3.40 | Review Wolin recusal order. |
| 2/6/2004 | Christopher Landau | 0.80 | Discuss appellate issues. |
| 2/6/2004 | Ashley C Parrish | 0.80 | Complete research re ex parte rules enforced in administrative proceedings. |
| 2/6/2004 | John C O'Quinn | 4.30 | Discuss draft (.5); check dockets (.2); coordinate documents (.3); edit and draft brief (3.3). |
| 2/6/2004 | Janet S Baer | 1.50 | Confer re Gerard appellate brief and National Union reply (.5); further review National Union reply (.3); confer re same (.2); review Joplin Negative notice and transmit to clients with comments (.5). |
| 2/6/2004 | Samuel Blatnick | 9.00 | Draft and research for Gerard Third Circuit brief (7.0); revise and file response to National Union's brief in Opposition to RMQ's Motion for Summary Judgment (2.0). |

A-15

| **Date** | **Name** | **Hours** | **Description** |
|---|---|---|---|
| 2/8/2004 | John C O'Quinn | 4.00 | Revise and edit brief (2.0); research (2.0). |
| 2/8/2004 | Janet S Baer | 1.00 | Review revised Gerard response brief. |
| 2/9/2004 | Mark E Grummer | 0.40 | Telephone conference with R. Emmett re plans for meeting with EPA re settlement of EPA's proof of claim (.2); K&E office conference re status of Libby appeal preparations (.2). |
| 2/9/2004 | James W Kapp | 3.30 | Review Libby opposition to motion for contempt (.5); review Maryland joinder to contempt motion (.3); develop strategy response re same (.5); review Debtors reply re same (2.0). |
| 2/9/2004 | John C O'Quinn | 6.80 | Draft portions of brief. |
| 2/9/2004 | Janet S Baer | 1.20 | Confer re Gerard reply brief (.4); confer with M. Cohan and J. Posner re Kane case (.3); confer re National Union and Gerard contempt (.5). |
| 2/9/2004 | Eric B Wolff | 0.50 | Review draft Third Circuit brief. |
| 2/9/2004 | Tiffany J Wood | 1.00 | Review Combustion Engineering appellate docket re newly filed orders and distribute same for attorney review. |
| 2/9/2004 | Samuel Blatnick | 10.50 | Draft and research for Gerard Third Circuit brief (4.5); reply to counsel for Gerard's opposition to our Motion to find them in contempt for violating the Automatic Stay and the Preliminary Injunction (6.0). |
| 2/10/2004 | James W Kapp | 3.10 | Revise reply re Gerard contempt motion (3.0); telephone conference with D. Carickhoff re same (.1). |
| 2/10/2004 | John C O'Quinn | 7.50 | Draft brief materials (6.0); research (1.5). |
| 2/10/2004 | Rhonda Lopera | 2.00 | Review and analyze documents re amended joint appendix (1.2); interoffice conference re same (.3); retrieve produced documents for review by attorney (.5). |
| 2/10/2004 | Janet S Baer | 1.20 | Review Libby Plaintiffs' Reply on Contempt and Maryland joinder (.5); attend to matters re Joplin settlement (.2); review most recent draft of Libby appeal brief (.5). |
| 2/10/2004 | Eric B Wolff | 0.80 | Review draft brief. |
| 2/10/2004 | Tiffany J Wood | 1.00 | Review files re Wolin recusal and follow up re same. |
| 2/11/2004 | James W Kapp | 3.00 | Strategize re response to contempt motion (.4); revise same (2.5); telephone conference with D. Carickhoff re same (.1). |
| 2/11/2004 | Christopher Landau | 2.60 | Review and begin editing draft brief (2.3); e-mails to/from team re appellate issues (.3). |
| 2/11/2004 | John C O'Quinn | 7.00 | Draft brief materials. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 2/11/2004 | Rhonda Lopera | 2.50 | Review and analyze case precedent re asbestos cases (1.5); interoffice conference re same (.5); retrieve pleadings re same (.5). |
| 2/11/2004 | Janet S Baer | 1.90 | Review response on Libby contempt issues and confer re same and related litigation matters (.8); confer with D. Bidderman re Baker and Taylor release (.3); review Hatco agreement (.8). |
| 2/12/2004 | James W Kapp | 0.20 | Attend to filing of response to Gerard contempt motion. |
| 2/12/2004 | Christopher Landau | 8.50 | Office conference re case (.5); review and edit letter to Third Circuit re procedural issues (stricken notices of appearance in No. 03-3453) (1.0); edit draft Ninth Circuit brief (7.0). |
| 2/12/2004 | John C O'Quinn | 6.20 | Draft brief. |
| 2/12/2004 | Janet S Baer | 0.70 | Prepare response/revisions on Hatco Agreement. |
| 2/12/2004 | Eric B Wolff | 1.50 | Draft letter to Third Circuit. |
| 2/12/2004 | Tiffany J Wood | 3.00 | Review docket re objection to certain exhibits contained in joint appendix and send same to Robbins Russell (.5); follow up re same (.5); review produced documents re Mancino affidavit and distribute same for attorney review (2.0). |
| 2/13/2004 | Christopher Landau | 7.50 | Edit draft Ninth Circuit brief. |
| 2/13/2004 | John C O'Quinn | 1.00 | Edit brief (.3); research (.4); office conference re issue strategy (.3). |
| 2/13/2004 | Rhonda Lopera | 1.00 | Review and analyze pleading re Wolin recusal (.7); telephone conference re Wolin appeal documents (.3). |
| 2/13/2004 | Janet S Baer | 0.70 | Review additional changes to Sealed Air settlement response and circulate new drafts of same. |
| 2/14/2004 | Christopher Landau | 5.00 | Edit draft Ninth Circuit brief. |
| 2/14/2004 | John C O'Quinn | 0.80 | Review materials for brief (.5); discuss briefing issues (.3). |
| 2/15/2004 | Michelle H Browdy | 0.50 | Work on joint appendix issues. |
| 2/15/2004 | Christopher Landau | 6.50 | Edit draft Ninth Circuit brief. |
| 2/15/2004 | John C O'Quinn | 2.00 | Review materials for use in brief. |
| 2/16/2004 | Michelle H Browdy | 0.50 | Additional follow up re joint appendix. |
| 2/16/2004 | Christopher Landau | 9.80 | Edit draft Ninth Circuit brief (8.8); circulate first draft to team (1.0). |
| 2/16/2004 | John C O'Quinn | 5.00 | Review and edit brief (2.5); research issues (2.5). |
| 2/16/2004 | Janet S Baer | 0.50 | Attend to various matters re Wolin recusal matter. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 2/16/2004 | Tracy J McCollom | 5.90 | Respond to central files search request re letter to be submitted as exhibit (.6); corroborate brief with joint appendix table of contents (3.1); corroborate previous exhibits with new joint appendix (2.2). |
| 2/17/2004 | Mark E Grummer | 1.10 | Exchange emails re plans for meeting to plan for EPA negotiations and telephone conference with R. Emmett re same (.3); review draft Libby appeal brief (.8). |
| 2/17/2004 | Christopher Landau | 0.30 | Discuss procedural issues re general appeal with opposing counsel. |
| 2/17/2004 | Ashley C Parrish | 0.50 | E-mails re motion to deal documents containing confidential settlement-related information (.2); review motion to strike filed in the district court re same (.3). |
| 2/17/2004 | John C O'Quinn | 1.50 | Review and edit draft. |
| 2/18/2004 | Mark E Grummer | 1.30 | Participate in conference call with Grace representatives to prepare for negotiations on 2/26 with EPA and DOJ re EPA's proof of claim. |
| 2/18/2004 | James W Kapp | 1.00 | Review memorandum of law re National Union adversary. |
| 2/18/2004 | Christopher Landau | 5.00 | Prepare for and participate in conference with K. Coggon (Holme Roberts) re draft brief and record issues. |
| 2/18/2004 | Ashley C Parrish | 0.30 | Telephone conference with M. Dobson re drafting motion to file under seal (.2); additional telephone conferences re same (.1). |
| 2/18/2004 | John C O'Quinn | 5.00 | Prepare for and participate in conference with K. Coggon re brief and issues. |
| 2/18/2004 | Janet S Baer | 2.50 | Prepare and revise notice re MVC stay issues and 'new' Montana cases (1.0); participate in call with Grace representatives re EPA negotiations and upcoming meeting with EPA re same (1.5). |
| 2/18/2004 | Tiffany J Wood | 0.50 | Telephone conference re joint appendix. |
| 2/19/2004 | Mark E Grummer | 6.00 | Review draft Libby appeal brief (1.5); prepare for and meet with D. Siegel, W. Corcoran and R. Emmett re draft brief (4.5). |
| 2/19/2004 | James W Kapp | 2.40 | Review notice of proceedings re preliminary injunction and Montana Vermiculite company (.2); review correspondence from D. Carickhoff re same (.1); review Gerard contempt pleadings (2.1). |
| 2/19/2004 | Christopher Landau | 9.30 | Discuss procedural issues with opposing counsel (.3); call Third Circuit re same (.2); conference with clients and team re draft brief and record issues re Libby appeal (8.8). |

| **Date** | **Name** | **Hours** | **Description** |
|---|---|---|---|
| 2/19/2004 | Ashley C Parrish | 0.50 | Telephone conference with M. Dobson re motion to file under seal (.2); confer re deposition transcripts and joint appendix before the Third Circuit (.3). |
| 2/19/2004 | John C O'Quinn | 9.00 | Conference with Grace officials re Ninth Circuit brief. |
| 2/19/2004 | Janet S Baer | 0.40 | Revise notice re MVC matter (.2); confer re same (.2). |
| 2/19/2004 | Tracy J McCollom | 2.00 | Search files re documents filed under seal (.8); search dockets for precedent re same (.8); conference with bankruptcy court re same (.2); respond to request for precedent re Wolin opinion (.2). |
| 2/20/2004 | James W Kapp | 5.80 | Review Gerard contempt pleadings (2.5); review pleadings re Royal proof of claim and excusable neglect standard (2.3); attend to issues re same (1.0). |
| 2/20/2004 | Christopher Landau | 1.00 | Conference call with team re Gerard appeal brief. |
| 2/20/2004 | Ashley C Parrish | 5.30 | Draft motion to seal (2.0); review background materials re same (1.0); research issues re same (1.7); e-mails re same (.3); telephone conference with M. Dobson re same (.3). |
| 2/20/2004 | Eric B Wolff | 3.80 | Telephone conference with plaintiffs' counsel (.3); draft Third Circuit brief (3.5). |
| 2/20/2004 | Tracy J McCollom | 0.50 | Respond to attorney document request re depositions. |
| 2/21/2004 | Michelle H Browdy | 1.00 | Revise/edit draft motion to seal. |
| 2/21/2004 | Ashley C Parrish | 1.00 | Revise and edit motion to seal documents containing confidential settlement-related information. |
| 2/22/2004 | Michelle H Browdy | 0.50 | Additional revisions to motion to seal. |
| 2/22/2004 | James W Kapp | 4.20 | Develop strategy re argument re Gerard contempt motion (2.6) and Royal proof of claim (1.6). |
| 2/22/2004 | Ashley C Parrish | 0.20 | Revise and edit motion to seal documents. |
| 2/22/2004 | Eric B Wolff | 8.50 | Draft Third Circuit brief. |
| 2/23/2004 | Michelle H Browdy | 3.20 | Start to review/analyze 3d Circuit Briefs re recusal. |
| 2/23/2004 | Christopher Landau | 5.50 | Edit motion to seal documents re Wolin recusal appeal (2.0); review briefs filed in support of recusal (1.0); edit Third Circuit brief re Gerard appeal (1.5); discuss appellate issues and strategy (.8); e-mail to team re procedural issue (.2). |
| 2/23/2004 | Ashley C Parrish | 4.50 | Revise and finalize motion to seal (2.5); telephone conferences re 3rd Circuit filing procedures (.5); review and analyze opening briefs filed by Kensington petitioners (1.0); review Third Circuit rules and court briefing orders (.5). |
| 2/23/2004 | John C O'Quinn | 4.30 | Draft section of brief (3.0); review materials for use in brief (1.3). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 2/23/2004 | Janet S Baer | 1.00 | Confer with M. Davis re status hearing and issue re supplemental filing on National Union matter (.3); follow up re same (.2); attend to matters re Wolin 3rd circuit recusal briefs filed by 'petitioners' (.5). |
| 2/23/2004 | Eric B Wolff | 3.80 | Draft Third Circuit brief. |
| 2/23/2004 | Tracy J McCollom | 4.60 | Search central files re produced documents (.3); collect and organize documents served re Wolin appeal (2.7); create and distribute index of documents received (1.6). |
| 2/24/2004 | Michelle H Browdy | 2.50 | Finish initial review/analysis of 3d Circuit briefs (2.0); conference call re motion to stay (.5). |
| 2/24/2004 | Mark E Grummer | 0.40 | Review prior research re bankruptcy 'claim arising' issue and forward materials re same to L. Duff. |
| 2/24/2004 | James W Kapp | 0.10 | Review correspondence from S. Esserman re summary judgment argument. |
| 2/24/2004 | Christopher Landau | 1.00 | Revise draft letter to district court re Ninth Circuit order on transcript (.8); e-mails to/from team re same (.2). |
| 2/24/2004 | Ashley C Parrish | 0.50 | Telephone conference with clerk from the Third Circuit re motion to seal (.2); review briefing re recusal issues (.3). |
| 2/24/2004 | John C O'Quinn | 0.50 | Edit section of brief (.4); review motion re court reporter (.1). |
| 2/24/2004 | Janet S Baer | 1.60 | Confer re National Union, Wesconn claims issues, Gerard contempt and MVC matters (.5); confer with W. Sparks re same (.3); confer re creating litigation plan/claims objection plan (.5); attend to matters re obtaining hearing date on National Union matter (.3). |
| 2/24/2004 | Eric B Wolff | 4.20 | Draft Third Circuit brief re Gerard. |
| 2/24/2004 | Tracy J McCollom | 1.20 | Organize electronic files of third circuit pleadings (.4); respond to precedent requests re Wolin appeal (.8). |
| 2/24/2004 | Tiffany J Wood | 1.00 | Teleconference re documents needed from Wolin production and follow up re same. |
| 2/25/2004 | Mark E Grummer | 1.30 | Review emails and exchange voice messages re plans for meeting with EPA/DOJ (.20); conference with R. Emmett re same and CERCLA operator liability issues related to expanding plants and Curtis Bay (.40); assemble and send pre-existing research materials re same to R. Emmett and L. Duff (.40); make plans for 2/26 meeting with EPA/DOJ (.30). |
| 2/25/2004 | James W Kapp | 1.10 | Review Gerard contempt order (.4); telephone conference with D. Carickhoff re same (.2); review modified contempt order (.4); telephone conference with D. Carickhoff re same (.1). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 2/25/2004 | Christopher Landau | 9.30 | Revise brief. |
| 2/25/2004 | Janet S Baer | 1.60 | Confer re claims review/case management process on non-asbestos litigation and related matters (.5); coordinate EPA meetings in Denver and assemble materials in preparation of same (.5); confer with E. Wolff re status of Gerard brief (.3); attend to matters re National Union hearing (.3). |
| 2/25/2004 | Eric B Wolff | 2.50 | Revise Third Circuit brief. |
| 2/25/2004 | Tracy J McCollom | 5.50 | Respond to request for produced documents (.4); prepare binders of documents received re Wolin recusal (4.8); create index re same (.3). |
| 2/26/2004 | Mark E Grummer | 0.10 | Telephone conference with group negotiating with EPA re consent decree. |
| 2/26/2004 | Janet S Baer | 7.30 | Review draft consent decree and revise same in preparation for EPA meeting (1.2); confer with clients prior to EPA meeting (.5); participate in claims meeting with EPA (4.2); confer with clients after same (.3); review Gerard/Maryland appellate brief (.8); confer with E. Wolff re same (.3). |
| 2/26/2004 | Eric B Wolff | 3.80 | Revise Third Circuit brief. |
| 2/26/2004 | Tracy J McCollom | 0.30 | Distribute Wolin recusal precedent. |
| 2/27/2004 | Mark E Grummer | 2.70 | Review prior research memoranda on statutory and regulatory issues re Libby (1.00); draft e-mail memorandum analyzing same and possible arguments on appeal re same (1.70). |
| 2/27/2004 | Christopher Landau | 1.00 | Calls with team re Third Circuit appeal. |
| 2/27/2004 | Eric B Wolff | 5.50 | Finalize and file Third Circuit brief re Gerard. |
| 2/29/2004 | Michelle H Browdy | 1.00 | Review/analyze additional pleadings filed week of 2/23 re pending recusal papers. |
|  | Total hours: | 397.90 |  |

### Matter 30 – Hearings – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 2/4/2004 | James W Kapp | 0.70 | Telephone conference with D. Carickhoff re continuance of January omnibus (.2); review correspondence from D. Carickhoff re same (.1); review agenda for 2/23 omnibus hearing (.2); attend to issues re same (.2). |
| 2/5/2004 | James W Kapp | 0.10 | Review notice of cancellation of omnibus hearing. |
| 2/5/2004 | Christian J Lane | 2.00 | Review and comment on hearing agenda (1.4); office conferences re same (.6). |
| 2/9/2004 | James W Kapp | 0.20 | Review agenda for 2/23 omnibus hearing. |
| 2/16/2004 | James W Kapp | 0.10 | Telephone conference with D. Carickhoff re 2/23 hearing. |
| 2/17/2004 | James W Kapp | 0.10 | Respond to correspondence from M. Ledwin re hearing. |
| 2/19/2004 | James W Kapp | 0.10 | review 2/23 agenda for omnibus hearing. |
| 2/19/2004 | Janet S Baer | 0.50 | Confer re various outstanding matters set for the February Omnibus hearing and continuance of 3007 motion. |
| 2/20/2004 | James W Kapp | 0.20 | Telephone conference with W. Sparks re 2/23 omnibus hearing. |
| 2/20/2004 | Janet S Baer | 0.80 | Confer re preparation for February Omnibus hearing. |
| 2/23/2004 | James W Kapp | 9.80 | Prepare for Royal Indemnity argument (1.2); prepare for Wesconn automatic stay argument (1.8); prepare for Gerard contempt motion argument (2.0); attend 2/23 omnibus hearing (2.8); conference with W. Sparks and D. Carickhoff re same (.7); follow-up and telephone conferences re issues re same (1.3). |
| 2/24/2004 | James W Kapp | 0.30 | Review D. Carickhoff summary of 2/24 omnibus hearing. |
| 2/25/2004 | James W Kapp | 0.50 | Review executed orders from 2/23 hearing (.2); review W. Sparks correspondence re 2/23 omnibus hearing (.1); review D. Carickhoff response re same (.1); attend to issues re same (.1). |
| | Total hours: | 15.40 | |

### Matter 32 – Fee Applications, Applicant – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 2/2/2004 | Christian J Lane | 2.00 | Review and revise response to fee auditor initial report (1.4); office conferences re same (.6). |
| 2/3/2004 | Christian J Lane | 2.50 | Finalize response to fee auditor initial report (1.9); office conferences re same (.6). |
| 2/3/2004 | Toni L Wallace | 2.00 | Analyze payment history for fee applications for use with quarterly fee applications. |
| 2/4/2004 | Toni L Wallace | 0.10 | Telephone conference with P. Cuniff re preparation of quarterly category spreadsheet for fee auditor. |
| 2/5/2004 | Christian J Lane | 1.00 | Review and comment on quarterly fee application. |
| 2/5/2004 | Toni L Wallace | 3.50 | Draft quarterly fee application (3.0); prepare project category spreadsheet for fee auditor review (.5). |
| 2/9/2004 | Christian J Lane | 2.00 | Prepare January fee detail. |
| 2/10/2004 | Christian J Lane | 2.50 | Prepare January fee detail. |
| 2/16/2004 | Toni L Wallace | 1.50 | Revise December fee application and exhibits for client review. |
| 2/16/2004 | Tiffany J Wood | 1.50 | Review joint appendix re documents files under seal (1.0); telephone conference re same (.5). |
| 2/17/2004 | Toni L Wallace | 2.00 | Finalize eleventh quarterly fee application. |
| 2/23/2004 | Christian J Lane | 2.00 | Prepare January fee detail. |
| 2/26/2004 | Toni L Wallace | 0.80 | Review and revise January monthly fee application. |
| 2/27/2004 | Toni L Wallace | 1.50 | Review monthly fee applications for fees and expenses related to Gerard/Motion for Contempt. |
| | Total hours: | 24.90 | |

## Matter 37 – Plan and Disclosure Statement – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 2/11/2004 | Theodore L Freedman | 0.80 | Conference call D. Siegal on plan structuring. |
| 2/12/2004 | Theodore L Freedman | 2.50 | Office conference re plan issues (.5); draft memo to client re plan issues (2.0). |
| 2/12/2004 | James W Kapp | 0.30 | Review memorandum re plan structure issues. |
| 2/17/2004 | Theodore L Freedman | 0.50 | Emails with D. Siegal on various issues related to Plan. |
| 2/18/2004 | Theodore L Freedman | 0.50 | Correspondence to D. Siegal on Plan. |
| 2/24/2004 | Theodore L Freedman | 1.00 | Prepare for and participate in conference with Messrs. Bebar, Siegal on Plan issues. |
| 2/27/2004 | Theodore L Freedman | 0.50 | Conference call with P. Zilly on reorganization issues. |
| | Total hours: | 5.10 | |

## Matter 38 – Employment Applications, Others – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 2/3/2004 | James W Kapp | 0.20 | Receive status re conversation with trustee re Deloitte & Touche supplement. |
| 2/3/2004 | Christian J Lane | 2.30 | Telephone conferences with Deloitte counsel re Deloitte retention issues (.5); telephone conferences with client and Protiviti re retention issues (1.3); review and revise documents re same (.5). |
| 2/4/2004 | James W Kapp | 1.10 | Review revised Deloitte & Touche application to expand services. |
| 2/4/2004 | Christian J Lane | 1.50 | Telephone conferences with Deloitte counsel re Deloitte retention issues (.5); review and revise documents re same (1.0). |
| 2/10/2004 | Christian J Lane | 2.00 | Telephone conferences with Deloitte counsel and UST re Deloitte retention issues (1.0); review and revise documents re same (1.0). |
| 2/23/2004 | Christian J Lane | 2.50 | Telephone conferences with Deloitte counsel re Deloitte retention issues (.8); review and revise documents re same (.7); telephone conferences with client and professionals re possible necessity of retention of professional (1.0). |
| 2/25/2004 | James W Kapp | 0.90 | Review committee application to employ financial advisors (.3); attend to issues re same (.2); telephone conference with M. Shelnitz re same (.1); telephone conference with A. Kreiger re same (.3). |
| | Total hours: | 10.50 | |

## Matter 42 – Travel non-working – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 1/16/2004 | David M Bernick, P.C. | 2.50 | Travel to hearing (billed at 1/2 time). |
| 2/26/2004 | Janet S Baer | 2.00 | Travel to Denver for meeting with EPA on claims (billed at 1/2 time). |
| | Total hours: | 4.50 | |

## Matter 46 – Tax Litigation – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 2/4/2004 | Todd F Maynes, P.C. | 2.00 | Conference call re settlement agreement (.5); revisions to settlement agreement motion (1.5). |
| 2/5/2004 | Todd F Maynes, P.C. | 0.50 | Telephone calls with Nestor re status of settlement. |
| 2/12/2004 | Todd F Maynes, P.C. | 1.00 | Conference calls re settlement (.5); revisions to letters re settlement (.5). |
| 2/17/2004 | Todd F Maynes, P.C. | 1.00 | Preparation of materials for Nestor re settlement. |
| 2/18/2004 | Todd F Maynes, P.C. | 0.50 | Telephone calls with Nestor re settlement. |
| 2/19/2004 | Todd F Maynes, P.C. | 0.50 | Telephone calls with R. Stewart re status of settlement (.2); preparation of email toNestor re same (.3). |
| 2/20/2004 | Todd F Maynes, P.C. | 0.30 | Telephone calls with Nestor re status. |
|  | Total hours: | 5.80 |  |