# EXHIBIT B

## Matter 42 – Travel non-working – Expenses

| Service Description | Amount |
| --- | ---: |
| Fax Charge | $4.00 |
| Local Transportation | $180.80 |
| Travel Expense | $1,017.24 |
| Airfare | $3,235.72 |
| Transportation to/from airport | $446.51 |
| Travel Meals | $150.38 |
| **Total** | **$5,034.65** |

## Matter 42 – Travel non-working – Itemized Expenses

| Date | Amount | Description |
|---|---|---|
| 12/23/2003 | 64.52 | Vital Transportation - Transportation to/from airport, David M Bernick, P.C. |
| 1/4/2004 | 281.37 | David Bernick P.C., Hotel, Newark, NJ, 01/04/04, (Attend Deposition) |
| 1/4/2004 | 800.35 | David Bernick P.C., Airfare, Newark, NJ, 01/04/04 to 01/07/04, (Attend Deposition), Attend deposition |
| 1/5/2004 | 37.39 | David Bernick P.C., To/From Airport, Newark, NJ, 01/05/04, (Attend Deposition), Attend Deposition |
| 1/5/2004 | 11.18 | David Bernick P.C., Travel Meal, Newark, NJ, 01/05/04, (Attend Deposition), Attend Deposition |
| 1/6/2004 | 64.78 | David Bernick P.C., cabfare, Newark, NJ, 01/06/04 (Attend Deposition), Attend Deposition |
| 1/14/2004 | 1,402.65 | David Bernick P.C., Airfare, New York, NY, 01/14/04 to 01/16/04, (Hearing) |
| 1/15/2004 | 315.27 | David Bernick P.C., Hotel, Newark, NJ, 01/15/04, (Hearing) |
| 1/15/2004 | 25.00 | David Bernick P.C., To/From Airport, Newark, NJ, 01/15/04, (Hearing) |
| 1/15/2004 | 58.60 | David Bernick P.C., Travel Meal, Newark, NJ, 01/15/04, (Hearing) |
| 1/16/2004 | 116.02 | David Bernick P.C., cabfare, Newark, NJ, 01/16/04 (Hearing) |
| 1/16/2004 | 65.00 | David Bernick P.C., To/From Airport, Chicago, IL, 01/16/04, (Hearing) |
| 1/16/2004 | 25.00 | David Bernick P.C., To/From Airport, Newark, NJ, 01/16/04, (Hearing) |
| 1/23/2004 | 56.40 | Crown Coach - Transportation to/from airport, James W Kapp |
| 1/25/2004 | 56.40 | Crown Coach - Transportation to/from airport, Christian J Lane |
| 1/26/2004 | 58.40 | Crown Coach - Transportation to/from airport, Christian J Lane |
| 1/26/2004 | 58.40 | Crown Coach - Transportation to/from airport, James W Kapp |
| 2/22/2004 | 262.90 | James Kapp III, Hotel, Wilmington, DE, 02/22/04, (Court Hearing) |
| 2/22/2004 | 644.52 | James Kapp III, Airfare, Wilmington, DE, 02/22/04 to 02/23/04, (Court Hearing) |
| 2/22/2004 | 39.50 | James Kapp III, Travel Meal, Wilmington, DE, 02/22/04, (Court Hearing) |
| 2/23/2004 | 12.25 | James Kapp III, Travel Meal, Wilmington, DE, 02/23/04, (Court Hearing) |
| 2/26/2004 | 157.70 | Janet Baer, Hotel, Denver, CO, 02/26/04, (Meeting) |
| 2/26/2004 | 388.20 | Janet Baer, Airfare, Denver, CO, 02/26/04 to 02/27/04, (Meeting) |
| 2/27/2004 | 4.00 | Janet Baer, Fax, 02/27/04, (Meeting) |
| 2/27/2004 | 23.85 | Janet Baer, Travel Meal, Denver, CO, 02/27/04, (Meeting) |
| 2/27/2004 | 5.00 | Janet Baer, Travel Meal, Denver, CO, 02/27/04, (Meeting) |
| Total: | 5,034.65 | |

## Matter 52 – Expenses – Expenses

| Service Description | Amount |
|---|---|
| Telephone | $91.85 |
| Fax Telephone Charge | $5.41 |
| Fax Charge | $42.00 |
| Standard Copies | $2,457.75 |
| Binding | $29.75 |
| Tabs/Indexes/Dividers | $13.70 |
| Scanned Images | $227.70 |
| Postage | $13.65 |
| Overnight Delivery | $143.79 |
| Local Transportation | $14.00 |
| Calendar/Court Services | $110.00 |
| Working Meals/K&E and Others | $386.18 |
| Library Document Procurement | $20.00 |
| Computer Database Research | $1,520.49 |
| Overtime Transportation | $323.31 |
| Overtime Meals | $24.00 |
| Overtime Meals - Attorney | $70.48 |
| Word Processing Overtime | $323.80 |
| **Total** | **$5,817.86** |

## Matter 52 – Expenses – Itemized Expenses

| Date | Amount | Description |
|---|---:|---|
| 12/14/2003 | 17.83 | GENESYS CONFERENCING, INC. - Telephone, Conference call, C Lane, 11/21/03 |
| 1/2/2004 | 0.75 | Scanned Images |
| 1/2/2004 | 4.95 | Scanned Images |
| 1/2/2004 | 0.30 | Scanned Images |
| 1/2/2004 | 0.90 | Scanned Images |
| 1/2/2004 | 0.60 | Scanned Images |
| 1/2/2004 | 0.45 | Scanned Images |
| 1/5/2004 | 0.75 | Scanned Images |
| 1/5/2004 | 3.75 | Scanned Images |
| 1/5/2004 | 7.95 | Scanned Images |
| 1/5/2004 | 5.40 | Scanned Images |
| 1/5/2004 | 2.55 | Scanned Images |
| 1/5/2004 | 5.25 | Scanned Images |
| 1/5/2004 | 1.95 | Scanned Images |
| 1/5/2004 | 35.23 | West Publishing-TP,Database Usage  1.04 |
| 1/5/2004 | 12.37 | West Publishing-TP,Database Usage  1.04 |
| 1/5/2004 | 0.05 | West Publishing-TP,Database Usage  1.04 |
| 1/6/2004 | 0.30 | Scanned Images |
| 1/6/2004 | 0.60 | Scanned Images |
| 1/6/2004 | 69.08 | West Publishing-TP,Database Usage  1.04 |
| 1/6/2004 | 40.02 | West Publishing-TP,Database Usage  1.04 |
| 1/6/2004 | 5.80 | West Publishing-TP,Database Usage  1.04 |
| 1/6/2004 | 99.80 | West Publishing-TP,Database Usage  1.04 |
| 1/6/2004 | 2.35 | West Publishing-TP,Database Usage  1.04 |
| 1/7/2004 | 29.50 | West Publishing-TP,Database Usage  1.04 |
| 1/7/2004 | 3.52 | West Publishing-TP,Database Usage  1.04 |
| 1/8/2004 | 0.45 | Scanned Images |
| 1/8/2004 | 214.45 | Christopher Landau, Working Group Meal/K&E & Others, Washington, DC, 01/08/04, (Meeting) |
| 1/8/2004 | 3.20 | West Publishing-TP,Database Usage  1.04 |
| 1/8/2004 | 44.38 | West Publishing-TP,Database Usage  1.04 |
| 1/9/2004 | 0.30 | Scanned Images |
| 1/9/2004 | 0.30 | Scanned Images |
| 1/9/2004 | 0.30 | Scanned Images |
| 1/9/2004 | 0.30 | Scanned Images |

| Date | Amount | Description |
|------|-------:|-------------|
| 1/9/2004 | 35.40 | Scanned Images |
| 1/9/2004 | 2.85 | Scanned Images |
| 1/9/2004 | 11.40 | Scanned Images |
| 1/10/2004 | 5.18 | West Publishing-TP,Database Usage  1.04 |
| 1/12/2004 | 0.60 | Scanned Images |
| 1/12/2004 | 0.45 | Scanned Images |
| 1/12/2004 | 2.99 | West Publishing-TP,Database Usage  1.04 |
| 1/12/2004 | 61.56 | West Publishing-TP,Database Usage  1.04 |
| 1/12/2004 | 2.22 | West Publishing-TP,Database Usage  1.04 |
| 1/12/2004 | 108.48 | West Publishing-TP,Database Usage  1.04 |
| 1/12/2004 | 88.61 | West Publishing-TP,Database Usage  1.04 |
| 1/13/2004 | 0.45 | Scanned Images |
| 1/13/2004 | 0.60 | Scanned Images |
| 1/13/2004 | 2.25 | Scanned Images |
| 1/13/2004 | 0.60 | Scanned Images |
| 1/13/2004 | 10.00 | Library Document Procurement - Docket 02-6186, 2nd Circuit. |
| 1/13/2004 | 69.05 | West Publishing-TP,Database Usage  1.04 |
| 1/13/2004 | 61.61 | West Publishing-TP,Database Usage  1.04 |
| 1/13/2004 | 1.76 | West Publishing-TP,Database Usage  1.04 |
| 1/13/2004 | 2.40 | West Publishing-TP,Database Usage  1.04 |
| 1/13/2004 | 16.39 | West Publishing-TP,Database Usage  1.04 |
| 1/13/2004 | 8.34 | West Publishing-TP,Database Usage  1.04 |
| 1/13/2004 | 149.35 | West Publishing-TP,Database Usage  1.04 |
| 1/14/2004 | 24.15 | Scanned Images |
| 1/14/2004 | 24.15 | Scanned Images |
| 1/14/2004 | 0.75 | West Publishing-TP,Database Usage  1.04 |
| 1/14/2004 | 2.13 | West Publishing-TP,Database Usage  1.04 |
| 1/14/2004 | 76.40 | West Publishing-TP,Database Usage  1.04 |
| 1/15/2004 | 1.20 | Scanned Images |
| 1/15/2004 | 1.20 | Scanned Images |
| 1/15/2004 | 6.15 | Scanned Images |
| 1/15/2004 | 6.15 | Scanned Images |
| 1/15/2004 | 0.75 | Scanned Images |
| 1/15/2004 | 13.35 | Scanned Images |
| 1/15/2004 | 10.95 | Scanned Images |
| 1/15/2004 | 1.20 | Scanned Images |
| 1/15/2004 | 6.15 | Scanned Images |

| Date | Amount | Description |
|------|-------:|-------------|
| 1/15/2004 | 0.75 | Scanned Images |
| 1/15/2004 | 0.45 | Scanned Images |
| 1/15/2004 | 6.15 | Scanned Images |
| 1/15/2004 | 26.25 | Scanned Images |
| 1/15/2004 | 1.19 | West Publishing-TP,Database Usage  1.04 |
| 1/15/2004 | 13.17 | West Publishing-TP,Database Usage  1.04 |
| 1/15/2004 | 1.56 | West Publishing-TP,Database Usage  1.04 |
| 1/15/2004 | 11.13 | RED TOP CAB COMPANY - Overtime Transportation 01/08/2004 |
| 1/15/2004 | 12.58 | RED TOP CAB COMPANY - Overtime Transportation 01/13/2004 |
| 1/16/2004 | 1.65 | Scanned Images |
| 1/16/2004 | 0.15 | Scanned Images |
| 1/16/2004 | 10.00 | Library Document Procurement - Brief - Appellee Patty - APWU v. Patty, USCA - 2nd Circuit. |
| 1/16/2004 | 1.02 | West Publishing-TP,Database Usage  1.04 |
| 1/19/2004 | 2.16 | West Publishing-TP,Database Usage  1.04 |
| 1/19/2004 | 15.19 | West Publishing-TP,Database Usage  1.04 |
| 1/20/2004 | 85.62 | West Publishing-TP,Database Usage  1.04 |
| 1/20/2004 | 0.93 | West Publishing-TP,Database Usage  1.04 |
| 1/21/2004 | 24.10 | Standard Copies |
| 1/21/2004 | 10.40 | Standard Copies |
| 1/21/2004 | 2.60 | Tabs/Indexes/Dividers |
| 1/21/2004 | 14.75 | West Publishing-TP,Database Usage  1.04 |
| 1/22/2004 | 1.66 | Telephone call to:  E CENTRAL,FL 561-362-1533 |
| 1/22/2004 | 1.04 | Telephone call to:  MIAMI,FL 305-375-6156 |
| 1/22/2004 | 1.87 | Telephone call to:  COLUMBIA,MD 410-531-4212 |
| 1/22/2004 | 187.00 | Standard Copies |
| 1/22/2004 | 7.00 | Binding |
| 1/22/2004 | 25.19 | West Publishing-TP,Database Usage  1.04 |
| 1/23/2004 | 0.66 | West Publishing-TP,Database Usage  1.04 |
| 1/26/2004 | 4.90 | Standard Copies |
| 1/26/2004 | 12.30 | Standard Copies |
| 1/26/2004 | 12.30 | Standard Copies |
| 1/26/2004 | 0.10 | Standard Copies |
| 1/26/2004 | 3.90 | Standard Copies |
| 1/26/2004 | 4.20 | Standard Copies |
| 1/26/2004 | 4.60 | Standard Copies |
| 1/26/2004 | 1.90 | Standard Copies |

| Date | Amount | Description |
|------|--------|-------------|
| 1/26/2004 | 2.00 | Standard Copies |
| 1/26/2004 | 2.00 | Standard Copies |
| 1/26/2004 | 2.00 | Standard Copies |
| 1/26/2004 | 2.00 | Standard Copies |
| 1/26/2004 | 2.00 | Standard Copies |
| 1/26/2004 | 2.00 | Standard Copies |
| 1/26/2004 | 2.80 | Standard Copies |
| 1/26/2004 | 1.50 | Standard Copies |
| 1/26/2004 | 1.60 | Standard Copies |
| 1/26/2004 | 1.60 | Standard Copies |
| 1/26/2004 | 1.60 | Standard Copies |
| 1/26/2004 | 3.20 | Standard Copies |
| 1/26/2004 | 5.90 | Standard Copies |
| 1/26/2004 | 1.60 | Standard Copies |
| 1/26/2004 | 1.70 | Standard Copies |
| 1/26/2004 | 2.30 | Standard Copies |
| 1/26/2004 | 2.00 | Standard Copies |
| 1/26/2004 | 2.10 | Standard Copies |
| 1/26/2004 | 3.30 | Standard Copies |
| 1/26/2004 | 2.10 | Standard Copies |
| 1/26/2004 | 2.60 | Standard Copies |
| 1/26/2004 | 2.10 | Standard Copies |
| 1/26/2004 | 2.10 | Standard Copies |
| 1/26/2004 | 2.00 | Standard Copies |
| 1/26/2004 | 1.10 | Standard Copies |
| 1/26/2004 | 2.10 | Standard Copies |
| 1/26/2004 | 2.10 | Standard Copies |
| 1/26/2004 | 2.10 | Standard Copies |
| 1/26/2004 | 2.10 | Standard Copies |
| 1/26/2004 | 2.10 | Standard Copies |
| 1/26/2004 | 2.20 | Standard Copies |
| 1/26/2004 | 5.50 | Standard Copies |
| 1/26/2004 | 5.50 | Standard Copies |
| 1/26/2004 | 5.30 | Standard Copies |
| 1/26/2004 | 5.90 | Standard Copies |
| 1/26/2004 | 2.00 | Standard Copies |
| 1/26/2004 | 2.10 | Standard Copies |

| Date | Amount | Description |
|------|-------:|-------------|
| 1/26/2004 | 2.10 | Standard Copies |
| 1/26/2004 | 2.10 | Standard Copies |
| 1/26/2004 | 2.10 | Standard Copies |
| 1/26/2004 | 2.20 | Standard Copies |
| 1/26/2004 | 2.10 | Standard Copies |
| 1/26/2004 | 2.10 | Standard Copies |
| 1/26/2004 | 2.10 | Standard Copies |
| 1/26/2004 | 2.10 | Standard Copies |
| 1/26/2004 | 2.70 | Standard Copies |
| 1/26/2004 | 3.90 | Standard Copies |
| 1/26/2004 | 2.50 | Standard Copies |
| 1/26/2004 | 2.60 | Standard Copies |
| 1/26/2004 | 2.60 | Standard Copies |
| 1/26/2004 | 2.40 | Standard Copies |
| 1/26/2004 | 223.20 | Standard Copies |
| 1/26/2004 | 4.60 | Standard Copies |
| 1/26/2004 | 0.80 | Standard Copies |
| 1/26/2004 | 0.70 | Standard Copies |
| 1/26/2004 | 0.40 | Standard Copies |
| 1/26/2004 | 3.90 | Standard Copies |
| 1/26/2004 | 4.20 | Standard Copies |
| 1/26/2004 | 0.80 | Standard Copies |
| 1/26/2004 | 1.00 | Standard Copies |
| 1/26/2004 | 0.20 | Standard Copies |
| 1/26/2004 | 0.70 | Standard Copies |
| 1/26/2004 | 0.10 | Standard Copies |
| 1/26/2004 | 3.30 | Standard Copies |
| 1/26/2004 | 1.60 | Standard Copies |
| 1/26/2004 | 1.70 | Standard Copies |
| 1/26/2004 | 2.30 | Standard Copies |
| 1/26/2004 | 2.60 | Standard Copies |
| 1/26/2004 | 5.90 | Standard Copies |
| 1/26/2004 | 7.00 | Binding |
| 1/26/2004 | 15.71 | West Publishing-TP,Database Usage  1.04 |
| 1/26/2004 | 22.42 | West Publishing-TP,Database Usage  1.04 |
| 1/26/2004 | 5.56 | West Publishing-TP,Database Usage  1.04 |
| 1/26/2004 | 12.00 | Overtime Meals     Donna R Amos |

| Date | Amount | Description |
|------|-------:|-------------|
| 1/26/2004 | 35.85 | Clinton J Boyd - General Secretarial |
| 1/26/2004 | 161.32 | Clinton J Boyd - Revisions |
| 1/27/2004 | 5.70 | Standard Copies |
| 1/27/2004 | 1.20 | Standard Copies |
| 1/27/2004 | 1.60 | Standard Copies |
| 1/27/2004 | 1.60 | Standard Copies |
| 1/27/2004 | 3.30 | Standard Copies |
| 1/27/2004 | 6.60 | Standard Copies |
| 1/27/2004 | 6.60 | Standard Copies |
| 1/27/2004 | 6.30 | Standard Copies |
| 1/27/2004 | 223.40 | Standard Copies |
| 1/27/2004 | 10.50 | Binding |
| 1/27/2004 | 0.90 | Scanned Images |
| 1/27/2004 | 55.57 | West Publishing-TP,Database Usage  1.04 |
| 1/28/2004 | 1.80 | Telephone call to:  UK  011-441707255636 |
| 1/28/2004 | 0.90 | Telephone call to:  UK  011-441707255636 |
| 1/28/2004 | 0.20 | Standard Copies |
| 1/28/2004 | 19.80 | Standard Copies |
| 1/28/2004 | 6.30 | Standard Copies |
| 1/28/2004 | 4.70 | Standard Copies |
| 1/28/2004 | 23.70 | West Publishing-TP,Database Usage  1.04 |
| 1/29/2004 | 14.34 | Telephone call to:  SE PART,FL 954-797-0718 |
| 1/29/2004 | 0.90 | Telephone call to:  UK  011-441707255636 |
| 1/29/2004 | 1.40 | Standard Copies |
| 1/29/2004 | 9.50 | Standard Copies |
| 1/29/2004 | 1.10 | Standard Copies |
| 1/29/2004 | 4.60 | Standard Copies |
| 1/29/2004 | 20.90 | Standard Copies |
| 1/29/2004 | 1.20 | Scanned Images |
| 1/29/2004 | 12.78 | West Publishing-TP,Database Usage  1.04 |
| 1/30/2004 | 2.40 | Standard Copies |
| 1/30/2004 | 1.40 | Standard Copies |
| 1/30/2004 | 195.31 | West Publishing-TP,Database Usage  1.04 |
| 1/31/2004 | 110.00 | Calendar/Court Services |
| 2/2/2004 | 4.51 | Telephone call to:  UK  011-442077948732 |
| 2/2/2004 | 10.50 | Standard Copies |
| 2/2/2004 | 7.30 | Standard Copies |

| Date | Amount | Description |
|------|-------:|-------------|
| 2/2/2004 | 10.50 | Standard Copies |
| 2/2/2004 | 4.20 | Standard Copies |
| 2/2/2004 | 10.50 | Standard Copies |
| 2/2/2004 | 4.20 | Standard Copies |
| 2/2/2004 | 8.20 | Standard Copies |
| 2/2/2004 | 10.50 | Standard Copies |
| 2/2/2004 | 0.60 | Standard Copies |
| 2/3/2004 | 0.75 | Telephone call to:  DENVER,CO 303-866-0408 |
| 2/3/2004 | 2.30 | Standard Copies |
| 2/3/2004 | 3.30 | Standard Copies |
| 2/3/2004 | 0.50 | Standard Copies |
| 2/3/2004 | 0.70 | Standard Copies |
| 2/3/2004 | 0.40 | Standard Copies |
| 2/3/2004 | 0.70 | Standard Copies |
| 2/3/2004 | 0.20 | Standard Copies |
| 2/3/2004 | 0.80 | Standard Copies |
| 2/3/2004 | 3.50 | Standard Copies |
| 2/3/2004 | 10.60 | Standard Copies |
| 2/3/2004 | 1.80 | Standard Copies |
| 2/3/2004 | 1.00 | Standard Copies |
| 2/3/2004 | 1.20 | Scanned Images |
| 2/3/2004 | 17.88 | Fed Exp to:SEE ADDRESS LABEL,DALLAS,TX from:MAILROOM |
| 2/3/2004 | 15.00 | Samuel Blatnick, cabfare, Chicago, 02/03/04, (Overtime Transportation), Cab fare home |
| 2/3/2004 | 12.00 | Overtime Meals    Donna R Amos |
| 2/3/2004 | 89.62 | Clinton J Boyd - Revisions |
| 2/4/2004 | 1.00 | Telephone call to:  DENVER,CO 303-866-0408 |
| 2/4/2004 | 2.49 | Telephone call to:  BOSTON,MA 617-951-2505 |
| 2/4/2004 | 1.87 | Fax phone charge to 406-761-4126 |
| 2/4/2004 | 25.50 | Fax page charge to 406-761-4126 |
| 2/4/2004 | 101.20 | Standard Copies |
| 2/4/2004 | 0.80 | Standard Copies |
| 2/4/2004 | 2.30 | Standard Copies |
| 2/4/2004 | 0.30 | Standard Copies |
| 2/4/2004 | 0.20 | Standard Copies |
| 2/4/2004 | 0.20 | Standard Copies |
| 2/4/2004 | 1.30 | Standard Copies |

| Date | Amount | Description |
|------|-------:|-------------|
| 2/4/2004 | 2.90 | Standard Copies |
| 2/4/2004 | 15.12 | Fed Exp to:KELLY E. RICHARDSON,SAN DIEGO,CA from:JOHN O'QUINN |
| 2/4/2004 | 32.29 | Samuel Blatnick, Overtime Meal-Attorney, Chicago, 02/04/04, (Overtime Meals), Overtime Meal |
| 2/5/2004 | 0.50 | Telephone call to:  SANFRNCSCO,CA 415-556-9373 |
| 2/5/2004 | 17.30 | Standard Copies |
| 2/5/2004 | 6.00 | Overtime Transportation, T. Wood, 1/15/04 |
| 2/5/2004 | 21.00 | Overtime Transportation, R. Lopera, 1/14/04 |
| 2/5/2004 | 5.00 | Overtime Transportation, T. Wood, 1/14/04 |
| 2/6/2004 | 1.00 | Standard Copies |
| 2/6/2004 | 0.20 | Standard Copies |
| 2/6/2004 | 0.90 | Standard Copies |
| 2/6/2004 | 0.20 | Standard Copies |
| 2/6/2004 | 10.80 | Standard Copies |
| 2/6/2004 | 274.80 | Standard Copies |
| 2/6/2004 | 24.60 | Standard Copies |
| 2/6/2004 | 5.25 | Binding |
| 2/6/2004 | 7.00 | Overtime Transportation, T. Wood, 12/29/03 |
| 2/6/2004 | 13.00 | Overtime Transportation, S. Blatnick, 12/31/03 |
| 2/6/2004 | 67.00 | Overtime Transportation, C. Boyd, 1/2/04 |
| 2/6/2004 | 7.00 | Overtime Transportation, T. Wood, 1/2/04 |
| 2/6/2004 | 18.00 | Overtime Transportation, A. Ryan, 1/2/04 |
| 2/6/2004 | 11.00 | 0vertime Transportation, M. Arnot, 12/28/03 |
| 2/7/2004 | 15.48 | VIRTUALDOCKET.COM - Computer Database Research, download of documents |
| 2/9/2004 | 0.50 | Telephone call to:  DENVER,CO 303-866-0286 |
| 2/9/2004 | 0.50 | Telephone call to:  DENVER,CO 303-866-0408 |
| 2/9/2004 | 0.62 | Telephone call to:  STATE OF,CT 860-242-2221 |
| 2/9/2004 | 1.25 | Telephone call to:  SILVERSPRG,MD 301-587-8500 |
| 2/9/2004 | 0.83 | Telephone call to:  PHILADELPH,PA 215-597-2995 |
| 2/9/2004 | 10.80 | Standard Copies |
| 2/9/2004 | 1.60 | Standard Copies |
| 2/9/2004 | 1.50 | Standard Copies |
| 2/9/2004 | 1.50 | Standard Copies |
| 2/9/2004 | 2.20 | Standard Copies |
| 2/9/2004 | 2.30 | Standard Copies |
| 2/9/2004 | 1.20 | Standard Copies |

B-11

| <u>Date</u> | <u>Amount</u> | <u>Description</u> |
|---|---|---|
| 2/9/2004 | 32.50 | Standard Copies |
| 2/9/2004 | 0.90 | Standard Copies |
| 2/9/2004 | 0.50 | Standard Copies |
| 2/9/2004 | 8.40 | Standard Copies |
| 2/10/2004 | 0.20 | Standard Copies |
| 2/10/2004 | 0.10 | Standard Copies |
| 2/10/2004 | 0.20 | Standard Copies |
| 2/10/2004 | 13.65 | Postage |
| 2/11/2004 | 21.20 | Standard Copies |
| 2/11/2004 | 1.00 | Standard Copies |
| 2/11/2004 | 20.82 | John O'Quinn, Overtime Meal-Attorney, Washington, DC, 02/11/04, (Overtime Meals) |
| 2/12/2004 | 0.83 | Telephone call to:  WILMINGTON,DE 302-573-6491 |
| 2/12/2004 | 1.50 | Fax page charge to 410-531-4783 |
| 2/12/2004 | 2.50 | Standard Copies |
| 2/12/2004 | 8.30 | Standard Copies |
| 2/12/2004 | 8.30 | Standard Copies |
| 2/12/2004 | 6.40 | Standard Copies |
| 2/12/2004 | 0.30 | Standard Copies |
| 2/12/2004 | 95.00 | Standard Copies |
| 2/12/2004 | 3.20 | Tabs/Indexes/Dividers |
| 2/12/2004 | 0.90 | Scanned Images |
| 2/12/2004 | 0.45 | Standard Copies NY |
| 2/12/2004 | 5.30 | Fed Exp to:ADAM G. LANDIS,WILMINGTON,DE from:CHRISTOPHER LANDAU |
| 2/12/2004 | 5.30 | Fed Exp to:FRANK J. PERCH, ESQ.,WILMINGTON,DE from:CHRISTOPHER LANDAU |
| 2/12/2004 | 40.27 | Fed Exp to:OFFICE OF THE CLERK,PHILADELPHIA,PA from:CHRISTOPHER LANDAU |
| 2/12/2004 | 5.30 | Fed Exp to:JEFFREY C. WISLER,WILMINGTON,DE from:CHRISTOPHER LANDAU |
| 2/12/2004 | 5.30 | Fed Exp to:EDWARD J. LONGOSZ, II,WASHINGTON,DC from:CHRISTOPHER LANDAU |
| 2/12/2004 | 6.98 | Fed Exp to:DANIEL C. COHN,BOSTON,MA from:CHRISTOPHER LANDAU |
| 2/12/2004 | 5.30 | Fed Exp to:BRIAN C PARKER,BALTIMORE,MD from:CHRISTOPHER LANDAU |
| 2/12/2004 | 7.00 | CUSTODIAN PETTY CASH - Local Transportation, Subway Tokens Used 1/15/04. |

B-12

| Date | Amount | Description |
|------|--------|-------------|
| 2/12/2004 | 7.00 | CUSTODIAN PETTY CASH - Local Transportation, Subway Tokens Used 1/20/04. |
| 2/13/2004 | 12.40 | Standard Copies |
| 2/13/2004 | 4.40 | Standard Copies |
| 2/13/2004 | 0.80 | Standard Copies |
| 2/13/2004 | 0.10 | Standard Copies |
| 2/13/2004 | 3.30 | Standard Copies |
| 2/13/2004 | 57.80 | Standard Copies |
| 2/13/2004 | 119.40 | Standard Copies |
| 2/13/2004 | 7.90 | Tabs/Indexes/Dividers |
| 2/13/2004 | 29.53 | Fed Exp to:CHECK LABEL,CHEVY CHASE,MD from:MAILROOM |
| 2/16/2004 | 0.83 | Telephone call to:  CARVERSVL,PA 215-297-8932 |
| 2/16/2004 | 3.33 | Telephone call to:  SE PART,FL 954-429-2174 |
| 2/16/2004 | 0.20 | Standard Copies |
| 2/17/2004 | 1.00 | Telephone call to:  COLUMBIA,MD 410-531-4751 |
| 2/17/2004 | 1.80 | Fax phone charge to 011-441707255633 |
| 2/17/2004 | 3.75 | Fax page charge to 011-441707255633 |
| 2/17/2004 | 4.50 | Fax page charge to 202-514-9440 |
| 2/17/2004 | 3.00 | Standard Copies NY |
| 2/17/2004 | 2.25 | Standard Copies NY |
| 2/17/2004 | 1.05 | Standard Copies NY |
| 2/17/2004 | 0.45 | Standard Copies NY |
| 2/17/2004 | 0.45 | Standard Copies NY |
| 2/17/2004 | 1.80 | Standard Copies NY |
| 2/17/2004 | 1.20 | Standard Copies NY |
| 2/17/2004 | 1.20 | Standard Copies NY |
| 2/17/2004 | 1.95 | Standard Copies NY |
| 2/17/2004 | 5.70 | Standard Copies NY |
| 2/17/2004 | 9.15 | Standard Copies NY |
| 2/17/2004 | 6.75 | Standard Copies NY |
| 2/17/2004 | 0.60 | Standard Copies NY |
| 2/17/2004 | 7.51 | Fed Exp to:CHECK LABEL,WASHINGTON,DC from:MAILROOM |
| 2/17/2004 | 68.75 | FESTIVE FOODS - Working Meals/K&E and Others LUNCH ON 2/18/04 FOR C.LANDAU AND ABOVE CLIENT |
| 2/18/2004 | 19.43 | Telephone call to:  EASTERN,MD 443-535-8439 |
| 2/18/2004 | 1.80 | Standard Copies |
| 2/18/2004 | 10.80 | Standard Copies NY |

| Date | Amount | Description |
|------|--------|-------------|
| 2/18/2004 | 10.80 | Standard Copies NY |
| 2/18/2004 | 0.15 | Standard Copies NY |
| 2/18/2004 | 0.60 | Standard Copies NY |
| 2/18/2004 | 1.20 | Standard Copies NY |
| 2/18/2004 | 0.75 | Standard Copies NY |
| 2/18/2004 | 1.80 | Standard Copies NY |
| 2/18/2004 | 1.65 | Standard Copies NY |
| 2/18/2004 | 1.80 | Standard Copies NY |
| 2/18/2004 | 1.20 | Standard Copies NY |
| 2/18/2004 | 1.95 | Standard Copies NY |
| 2/18/2004 | 1.35 | Standard Copies NY |
| 2/18/2004 | 2.70 | Standard Copies NY |
| 2/18/2004 | 10.20 | Standard Copies NY |
| 2/18/2004 | 1.35 | Standard Copies NY |
| 2/18/2004 | 0.75 | Standard Copies NY |
| 2/18/2004 | 0.90 | Standard Copies NY |
| 2/18/2004 | 0.90 | Standard Copies NY |
| 2/18/2004 | 0.60 | Standard Copies NY |
| 2/18/2004 | 0.15 | Standard Copies NY |
| 2/18/2004 | 2.25 | Standard Copies NY |
| 2/18/2004 | 0.30 | Standard Copies NY |
| 2/18/2004 | 1.35 | Standard Copies NY |
| 2/18/2004 | 0.30 | Standard Copies NY |
| 2/18/2004 | 1.35 | Standard Copies NY |
| 2/18/2004 | 0.15 | Standard Copies NY |
| 2/18/2004 | 1.20 | Standard Copies NY |
| 2/18/2004 | 1.05 | Standard Copies NY |
| 2/18/2004 | 2.55 | Standard Copies NY |
| 2/18/2004 | 1.65 | Standard Copies NY |
| 2/18/2004 | 1.50 | Standard Copies NY |
| 2/18/2004 | 0.45 | Standard Copies NY |
| 2/18/2004 | 0.60 | Standard Copies NY |
| 2/18/2004 | 1.20 | Standard Copies NY |
| 2/18/2004 | 1.05 | Standard Copies NY |
| 2/18/2004 | 2.55 | Standard Copies NY |
| 2/18/2004 | 0.30 | Standard Copies NY |
| 2/18/2004 | 2.85 | Standard Copies NY |

| Date | Amount | Description |
|------|-------:|-------------|
| 2/18/2004 | 0.15 | Standard Copies NY |
| 2/18/2004 | 2.40 | Standard Copies NY |
| 2/18/2004 | 0.15 | Standard Copies NY |
| 2/18/2004 | 1.65 | Standard Copies NY |
| 2/18/2004 | 0.15 | Standard Copies NY |
| 2/18/2004 | 1.20 | Standard Copies NY |
| 2/18/2004 | 17.37 | SEAMLESSWEB PROFESSIONAL SOLUTIONS, INC - Overtime Meals - Attorney 2/10/04 |
| 2/18/2004 | 37.01 | Lenette B Wilson - PREP WR GRACE BINDER |
| 2/19/2004 | 0.75 | Standard Copies NY |
| 2/19/2004 | 2.55 | Standard Copies NY |
| 2/19/2004 | 0.60 | Standard Copies NY |
| 2/19/2004 | 36.90 | Standard Copies NY |
| 2/19/2004 | 3.60 | Standard Copies NY |
| 2/19/2004 | 2.10 | Standard Copies NY |
| 2/19/2004 | 2.55 | Standard Copies NY |
| 2/19/2004 | 1.50 | Standard Copies NY |
| 2/19/2004 | 0.30 | Standard Copies NY |
| 2/19/2004 | 102.98 | HIGH NOON ALWAYS, INC. - Working Meals/K&E and Others LUNCH ON 2/19/04 FOR C.LANDAU AND ABOVE CLIENT |
| 2/20/2004 | 1.74 | Fax phone charge to 703-7298 |
| 2/20/2004 | 6.75 | Fax page charge to 703-7298 |
| 2/20/2004 | 0.90 | Standard Copies NY |
| 2/20/2004 | 0.90 | Standard Copies NY |
| 2/20/2004 | 11.70 | Overtime Transportation, T. McCollom, 1/13/04 |
| 2/20/2004 | 11.70 | Overtime Transportation, T. McCollom, 1/14/04 |
| 2/20/2004 | 21.00 | Overtime Transportation, R. Lopera, 1/13/04 |
| 2/20/2004 | 7.10 | Overtime Transportation, T. Wood, 1/16/04 |
| 2/20/2004 | 21.00 | Overtime Transportation, R. Lopera, 1/15/04 |
| 2/20/2004 | 10.70 | Overtime Transportation, T. McCollom, 1/17/04 |
| 2/20/2004 | 21.00 | Overtime Transportation, R. Lopera, 1/19/04 |
| 2/20/2004 | 6.70 | Overtime Transportation, T. Wood, 1/18/04 |
| 2/20/2004 | 12.10 | Overtime Transportation, M. Arnot, 12/29/03 |
| 2/23/2004 | 10.25 | James Kapp III, Telephone While Traveling, 02/23/04, (Court Hearing) |
| 2/23/2004 | 1.00 | Telephone call to:  SANFRNCSCO,CA 415-556-9974 |
| 2/23/2004 | 0.75 | Telephone call to:  PHILADELPH,PA 215-563-7995 |
| 2/23/2004 | 36.60 | Standard Copies |

| Date | Amount | Description |
|------|-------:|-------------|
| 2/23/2004 | 7.70 | Standard Copies |
| 2/23/2004 | 1.20 | Standard Copies NY |
| 2/23/2004 | 6.60 | Overtime Transportation, T. Wood, 1/26/04 |
| 2/24/2004 | 4.30 | Standard Copies |
| 2/24/2004 | 2.30 | Standard Copies |
| 2/24/2004 | 1.20 | Standard Copies NY |
| 2/24/2004 | 8.55 | Standard Copies NY |
| 2/24/2004 | 0.45 | Standard Copies NY |
| 2/24/2004 | 8.25 | Standard Copies NY |
| 2/24/2004 | 0.60 | Standard Copies NY |
| 2/24/2004 | 9.75 | Standard Copies NY |
| 2/24/2004 | 7.35 | Standard Copies NY |
| 2/24/2004 | 0.60 | Standard Copies NY |
| 2/24/2004 | 5.70 | Standard Copies NY |
| 2/24/2004 | 0.15 | Standard Copies NY |
| 2/24/2004 | 4.35 | Standard Copies NY |
| 2/24/2004 | 0.60 | Standard Copies NY |
| 2/24/2004 | 1.20 | Standard Copies NY |
| 2/24/2004 | 1.50 | Standard Copies NY |
| 2/24/2004 | 0.30 | Standard Copies NY |
| 2/25/2004 | 0.50 | Telephone call to:  COLUMBIA,MD 410-531-4751 |
| 2/25/2004 | 7.35 | Standard Copies NY |
| 2/25/2004 | 2.25 | Standard Copies NY |
| 2/25/2004 | 2.25 | Standard Copies NY |
| 2/25/2004 | 1.50 | Standard Copies NY |
| 2/25/2004 | 2.70 | Standard Copies NY |
| 2/25/2004 | 0.60 | Standard Copies NY |
| 2/25/2004 | 0.30 | Standard Copies NY |
| 2/25/2004 | 2.25 | Standard Copies NY |
| 2/25/2004 | 0.45 | Standard Copies NY |
| 2/25/2004 | 9.75 | Standard Copies NY |
| 2/25/2004 | 1.80 | Standard Copies NY |
| 2/25/2004 | 0.45 | Standard Copies NY |
| 2/25/2004 | 0.60 | Standard Copies NY |
| 2/25/2004 | 0.45 | Standard Copies NY |
| 2/26/2004 | 0.64 | Telephone call to:  OAKLAND,CA  510-642-0950 |
| 2/26/2004 | 2.55 | Standard Copies NY |

| Date | Amount | Description |
|------|-------:|-------------|
| 2/26/2004 | 0.60 | Standard Copies NY |
| 2/26/2004 | 0.75 | Standard Copies NY |
| 2/26/2004 | 2.40 | Standard Copies NY |
| 2/26/2004 | 0.75 | Standard Copies NY |
| 2/26/2004 | 0.75 | Standard Copies NY |
| 2/26/2004 | 0.15 | Standard Copies NY |
| 2/26/2004 | 0.15 | Standard Copies NY |
| 2/26/2004 | 0.15 | Standard Copies NY |
| 2/26/2004 | 19.65 | Standard Copies NY |
| 2/26/2004 | 0.75 | Standard Copies NY |
| 2/26/2004 | 3.75 | Standard Copies NY |
| 2/27/2004 | 198.80 | Standard Copies |
| 2/27/2004 | 4.10 | Standard Copies |
| 2/27/2004 | 10.00 | Library Document Procurement - Exposure (1983). |
| Total: | 5,817.86 | |