**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: June 4, 2004 at 4:00 p.m.** |
| | ) | **Hearing Date: June 21, 2004 at 12:00 p.m.** |

## NOTICE OF APPLICATION

TO:  PARTIES ON ATTACHED SERVICE LIST

Hamilton, Rabinovitz & Alschuler, Inc., through under signed counsel, has filed its Sixth Interim Quarterly Fee Application Request for Approval and Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Consultants to the Official Committee of Asbestos Property Damage Claimants for the Period of July 1, 2003 through December 31, 2003.

You are required to file an objection or response to the attached application on or before June 4, 2004 at 4:00 p.m.

At the same time, you must also serve a copy of the objection or response upon the persons on the attached service list.

A HEARING DATE ON THE APPLICATION WILL BE HELD ON **JUNE 21, 2004 AT 12:00 P.M.**

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Dated: April 2, 2004

> BILZIN SUMBERG BAENA PRICE & AXELROD LLP
> Counsel to the Official Committee of Asbestos Property Damage Claimants
> 2500 Wachovia Financial Center
> 200 South Biscayne Boulevard
> Miami, Florida 33131-2385
> Telephone: (305) 374-7580
> Facsimile: (305) 374-7593
>
> By:   /s/ Allyn S. Danzeisen
>       Allyn S. Danzeisen (Admitted Pro Hac Vice)

James H. M. Sprayregen, Esq.  
Kirkland & Ellis  
200 East Randolph Drive  
Chicago, IL 60601  

Laura Davis Jones, Esq.  
Pachulski, Stang, Ziehl, Young, Jones & Weintraub, P.C.  
919 North Market Street  
Suite 1600  
P. O. Box 8705  
Wilmington, DE 19899-8705  

Lewis Kruger, Esq.  
Stroock & Stroock & Lavan, LLP  
180 Maiden Lane  
New York, NY 10038-4982  

Michael R. Lastowski, Esq.  
Duane, Morris, LLP  
1100 N. Market Street  
Suite 1200  
Wilmington, DE 19801-1246  

Theodore J. Tacconelli, Esq.  
Ferry, Joseph & Pearce, P.A.  
824 Market Street  
Suite 904  
P. O. Box 1351  
Wilmington, DE 19899  

Elihu Inselbuch, Esq.  
Caplin & Drysdale  
399 Park Avenue  
36th Floor  
New York, NY 10022  

Marla Rosoff Eskin, Esq.  
Campbell & Levine, LLC  
801 N. King Street  
Suite 300  
Wilmington, DE 19801  

J. Douglas Bacon, Esq.  
Latham & Watkins  
Sears Tower  
Suite 5800  
Chicago, IL 60606  

Steven M. Yoder, Esq.  
The Bayard Firm  
222 Delaware Avenue  
Suite 900  
P. O. Box 25130  
Wilmington, DE 19899  

United States Trustee  
Attn: Frank J. Perch, III, Esq.  
844 King Street, Room 2207  
Wilmington, DE 19801  

Warren H. Smith  
Warren H. Smith & Associates, P.C.  
Republic Center  
325 N. St. Paul, Suite 1275  
Dallas, TX 75201