**EXHIBIT "B"**

**SUMMARY OF PRINCIPAL SERVICES RENDERED FOR THE PERIOD**
<u>July 1, 2003 THROUGH December 31, 2003</u>

1.   Case Administration – 2.3 hours ($2,685.00)

During the Application Period, the Applicant expended time participating in weekly conference calls with the Property Damage Committee to address issues within the Applicant's areas of expertise.

2.   Asbestos: Claims Analysis & Evaluation – 1.0 hours ($375.00.)

During the Application Period, the Applicant reviewed the Debtors' omnibus objections to PD claims and reviewed the transcript of the July 28, 2004 hearing before Judge Fitzgerald.

3.   Compensation of Professionals - .5 ($18750)

During this period, Applicant prepared a response to the fee auditor's report on the ninth interim period.

640293