EXHIBIT C-2



HAMILTON, RABINOVITZ & ALSCHULER, INC.
Policy, Financial & Management Consultants

```
                     INVOICE
                   #HRA20040114

                  January 14, 2004

Scott L. Baena, Esq.
Bilzin Sumbert Dunn Baena Price & Axelrod LLP
2500 First Union Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131-2336
```

Fees for consulting services performed by Hamilton, Rabinovitz & Alschuler, Inc. in connection with expert services to the Official Committee of Asbestos Property Damage Claimants in the bankruptcy of W.R. Grace & Co. et al.  For the month of December 2003.

```
    FEES

    Francine F. Rabinovitz
    0.80 hours @ $ 450 per hour                    $ 360.00

    Paul J. Silvern
    0.10 hours @ $ 375 per hour                        37.50

          TOTAL FEES:                              $ 397.50
```

*PLEASE REMIT TO CORPORATE ADDRESS BELOW:*
6033 WEST CENTURY BOULEVARD, SUITE 890, LOS ANGELES, CALIFORNIA 90045-6419
TEL: 310.645.9000 • FAX: 310.645.8999

LOS ANGELES                                                        NEW YORK

Summary of billed hours for service rendered in connection with the Property Damage Claimants (W. R. Grace).
For the month of December 2003.

|  | Francine F. Rabinovitz | Paul J. Silvern |  |
|---|---|---|---|
| 12/01/2003 |  |  |  |
| 12/02/2003 |  | 0.10 |  |
| 12/03/2003 |  |  |  |
| 12/04/2003 |  |  |  |
| 12/05/2003 |  |  |  |
| 12/06/2003 |  |  |  |
| 12/07/2003 |  |  |  |
| 12/08/2003 |  |  |  |
| 12/09/2003 |  |  |  |
| 12/10/2003 |  |  |  |
| 12/11/2003 |  |  |  |
| 12/12/2003 |  |  |  |
| 12/13/2003 |  |  |  |
| 12/14/2003 |  |  |  |
| 12/15/2003 |  |  |  |
| 12/16/2003 |  |  |  |
| 12/17/2003 |  |  |  |
| 12/18/2003 |  |  |  |
| 12/19/2003 | 0.80 |  |  |
| 12/20/2003 |  |  | Total Hours |
| Hours | 0.80 | 0.10 | 0.90 |
| Rate | $450 | $375 | Total Fees |
|  | $360.00 | $37.50 | $397.50 |

DECEMBER, 2003 TIME LOG OF FRANCINE F. RABINOVITZ (FFR);

<u>DATE</u>      <u>TIME</u>   <u>TASK</u>

<u>Case Administration</u>

| DATE | TIME | TASK |
|---|---|---|
| 12/19/03 | 0.8 | Participate in Property Damage Committee weekly case status conference phone call. |
| TOTAL: | 0.8 | Case Administration |

```
DECEMBER 2003, TIME LOG OF PAUL J. SILVERN (PJS);

DATE        TIME    TASK

                    Case Administration

12/02/03    0.1     Review Bilzin memo on KWLEMB Companies settlement.

TOTAL:      0.1     Case Administration
```

Scott L. Baena, Esq.
Bilzin Sumbert Dunn Baena Price & Axelrod LLP
2500 First Union Financial Center
200 South Biscayne Boulevard
Miami, FL   33131-2336