**NO ORDER REQUIRED**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Due by: April 1, 2004 at 4:00 p.m.** |
| | ) | **Hearing Date: Hearing will be held if necessary.** |

**CERTIFICATION OF NO OBJECTION
REGARDING DOCKET NO. 5288**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the Thirty-First Interim Application of Bilzin, Sumberg, Baena, Price & Axelrod, LLP (the "Applicant") for Compensation for Services Rendered and Reimbursement of Expenses for the Period From January 1, 2004 through January 31, 2004 ("the Application"). The undersigned further certifies that the Court's docket in this case reflects that no answer, objection or other responsive pleading to the Application has been filed. Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than April 1, 2004.

Pursuant to the Amended Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members ("the Order") dated April 17, 2002, the Debtors are authorized to pay the Applicant $26,888.80 which represents 80% of the fees ($33,611.00) and $2,722.44, which represents 100% of the expenses requested in the Application for the period from January 1, 2004 through January 31, 2004, upon the filing of this certification and

without the need for entry of a Court order approving the Application.

                          FERRY, JOSEPH & PEARCE, P.A.

                          /s/ Theodore J. Tacconelli
                          Michael B. Joseph (No. 392)
                          Theodore J. Tacconelli (No. 2678)
                          824 Market Street, Suite 904
                          P.O. Box 1351
                          Wilmington, DE. 19899
                          (302) 575-1555

                          Local Counsel to the Official Committee of
                          Asbestos Property Damage Claimants

                          -and-

                          Scott L. Baena, Esquire
                          Jay M. Sakalo, Esquire
                          Allyn S. Danziesen
                          BILZIN, SUMBERG, BAENA, PRICE &
                          AXELROD, LLP
                          2500 Wachovia Financial Center
                          200 South Biscayne Boulevard
                          Miami, FL 33131-2336
                          (305) 374-7580

                          Counsel to the Official Committee of Asbestos
                          Property Damage Claimants

Dated: April 2, 2004