IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :   Chapter 11
                                                                 :
W.R. GRACE & CO., et al.,                                        :   Case No. 01-1139 (JKF)
                                                                 :
                    Debtors,                                     :   Jointly Administered
                                                                 :
---------------------------------------------------------------- x

**NOTICE OF APPEARANCE AND**
**DEMAND FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that, pursuant to §1109(b) of the Bankruptcy Code and Bankruptcy Rules 2002, 9007 and 9010(b), all notices given or required to be given, and all papers served or required to be served, shall be given to and served upon:

| | |
|---|---|
| Ed Cottingham, Jr., Esq. | Frederick B. Rosner, Esq. |
| MOTLEY RICE LLP | JASPAN SCHLESINGER HOFFMAN, LLP |
| 28 Bridgeside Boulevard | 1201 N. Orange St. |
| PO Box 1792 | Suite 1001 |
| Mount Pleasant, SC 29465 | Wilmington, DE 19801 |
| ecottingham@motleyrice.com | frosner@jshllp-de.com |

John Preefer, Esq.
JOHN PREEFER
60 East 42nd Street, Suite 1201
New York, NY 10165
jplawyer@aol.com

as counsel to:

1. American Legion
2. Foss Drug/Al Foss
3. Fargo Housing Authority
4. St. Helena Catholic Church
5. Holy Redeemer Catholic Church
6. St. Leo The Great Church
7. Church of St. Joseph and School
8. St. Luke's Parochial School
9. Cherry Hill Plaza

10. City of Barnesville/City Hall
11. Diocese of Little Rock
12. First United Methodist Church

(collectively, 1-12 above referred to as the "PD Claimants").

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes all pleadings of any kind including, without limitation, all notices, motions, complaints and orders, whether written or oral, formal or informal, however transmitted, related in any way to the debtors, their property or their estate. The counsel listed above request that their names and addresses be added to the mailing matrix.

**PLEASE TAKE FURTHER NOTICE** that neither this *Notice of Appearance and Demand for Service of Papers* nor any later appearance, pleading, proof of claim, claim, or suit shall constitute a waiver of (i) the right to have final orders in noncore matters entered only after *de novo* review by a District Judge, (ii) the right to trial by jury in any proceeding triable in this case or any case, controversy, or proceeding related to this case, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction or venue of this Court for any purpose other than with respect to this Notice, (v) an election of any remedy, or (vi) any other right, claim, action, defense, setoff, or recoupment, in law or in equity, under any agreement, all of which are expressly reserved. This Notice of Appearance shall not be, or be deemed to be, a submission by any party to the jurisdiction of this Court for any purpose.

Dated: April 5, 2004
      Wilmington, Delaware

**JASPAN SCHLESINGER HOFFMAN, LLP**

By: /s/ Frederick B. Rosner
Frederick B. Rosner, Esquire (No. 3995)
1201 North Orange Street, Suite 1001
Wilmington, Delaware 19801
Telephone: (302) 351-8000
Facsimile: (302) 351-8010

Delaware Counsel to the PD Claimants