**EXHIBIT "B"**

**SUMMARY OF PRINCIPAL SERVICES RENDERED FOR THE PERIOD
OCTOBER 1, 2003 THROUGH DECEMBER 31, 2003**

1.  **Case Administration – 15537 – 22.2 hours ($4,274.00)**

    This matter covers the attention given to routine motions and pleadings, and preparation of responses thereto, the preparation of summaries and analyses of such papers for the PD Committee, and meetings with the Debtors or their professionals.

    The Applicant's focus on the administration of the Consolidated Cases during the Application Period continued to permit the PD Committee to remain fully informed about all on-going matters pending in the Consolidated Cases.

    During the Application Period, the Applicant spent time keeping track of developments in other pending asbestos bankruptcy cases that implicate property damage claims specifically, and asbestos issues generally. Additionally, the Applicant also prepared for and attended a valuation meeting with experts and prepared for and attended a Senate Judiciary Committee hearing.

2.  **Debtors' Business Operations – 15538 – 0 hours ($0.00)**

    This matter covers the attention given to review and analysis of the Debtors' statement of affairs, schedules of assets and liabilities, monthly reports of operations and their Securities and Exchange Commission filings.

    During the Application Period, the Applicant reviewed and analyzed the Debtors' motion to pay defined benefit contributions. As a result of several discussions and meetings with Committee members, the Applicant attempted to reach an agreement with the Debtors with respect to the amount of payments the Committee would agree to. The Applicant was unable to reach an agreement with the Debtors' counsel, and thus, began drafting an objection to the motion.

Ultimately, just prior to the deadline (extended for the Committee) to file an objection, the Committee and the Debtors reached an agreement on the amount of payments to be made.

3. **Creditors Committee – 15539 – 5.2 hours ($1,040.00)**

This matter covers formation, membership, and by-law issues of the PD Committee. It also covers attendance at PD Committee meetings, preparation of materials for and presentations thereon to the PD Committee, and the preparation of minutes of the meetings.

During the Application Period, the Applicant convened weekly telephonic meetings of the PD Committee. The Applicant prepared detailed agendas for each meeting, reviewed pending matters and issues in preparation therefor, and counseled the members in formulating a position on such matters and positions. Further, subsequent to the meetings the Applicant drafted, and circulated for review prior to adoption, drafts of minutes of the PD Committee meetings.

Throughout its representation of the PD Committee, the Applicant has aggressively and attentively represented the interests of the PD Committee. Assuming the role of liaison, the Applicant has continued to maintain continuous communications with the Debtors' counsel and PD Committee members and, at times, counsel to the personal injury claimants committee and counsel to the unsecured creditors' committee. The Applicant timely and professionally relayed information to PD Committee members through in-person meetings, telephone conference calls, e-mail and correspondence.

4. **Applicant's Fee Applications – 15543 – 14 hours ($2,023.00)**

This matter covers time expended preparing monthly and quarterly fee applications for the Applicant.

During the Application Period, the Applicant expended time preparing, drafting and filing its monthly fee applications, and interim quarterly fee application

In addition, the Applicant reviewed the report by the Fee Auditor and prepared its response to the final report for the eighth quarterly period.

5. **Hearings – 15544 – 7.8 ($1,560.00)**

    This matter covers preparation for and attendance at hearings.

6. **Claims Analysis, Objection (asbestos) – 15545 – .2 hours ($40.00)**

    This matter covers the review and analysis of asbestos claims filed against the estates and objections thereto.

    During the Application Period, the Applicant reviewed the property damage claims data and analysis..  In addition, the Applicant reviewed the first and second omnibus objections to claims by the Debtors.

7. **Claims Analysis, Objection (non-asbestos) – 15545 – 0 hours ($0.00)**

8. **Fee Applications of Others – 17781 – 14.5 hours ($2,006.00)**

    The Applicant assisted the PD Committee's asbestos claims expert, HR&A, with finalizing their respective fee applications during the Application Period.

    Additionally the Applicant reviewed various fee applications filed during the Application Period and addressed issues raised by the fee auditor's office regarding applications for some of the PD Committee professionals.

9. **Travel – 15546 – 0 hours ($0.00)**

    The Applicant traveled to Wilmington, Delaware to attend the omnibus hearing in August, 2003 and the Applicant traveled to Washington to attend the Senate Judiciary Committee Hearing. In accordance with Local Rule 2016-2(d)(viii), all such time is being billed at fifty percent (50%) of regular hourly rates, to the extent work was not being performed en route.

10. **Litigation Consulting – 15563 – 44.85 hours ($8,880.00)**

The Applicant reviewed the motion to extend preliminary injunction to Montana Vermiculite and reviewed the press releases and news articles regarding EPA litigation in Libby, MT.

11. **Plan and Disclosure Statement – 15554 – 0 hours ($0.00)**

Applicant and Committee members prepared for and attended meetings and telephone conferences with Debtors regarding plan of reorganization and formulation of plan treatment for the PD Committee.

12. **ZAI Science Trial – 17905 – 1.3 hours ($260.00)**

Applicant reviewed the ZAI claimant's motion for partial summary judgment as well as the Debtors' motion for summary judgment. In addition, Applicant prepared and reviewed a summary of the summary judgment pleadings.

13. **Relief from Stay – 15564 – 0 hours ($0.00)**

Applicant reviewed the motions for relief from stay and the objections thereto.