EXHIBIT C-2

# *Ferry, Joseph & Pearce, P.A.*

824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

Ph: (302) 575-1555   Fax: (302) 575-1714

WR Grace PD Committee                                November 1, 2003 – November 31, 2003

Inv #:     10340

**Attention:**

**RE:**   WR Grace PD Committee

## SUMMARY BY TASK

| Task | | Hours | Amount |
|---|---|---|---|
| B14 | Case Administration - | 6.30 | 1,206.00 |
| B17 | Committee, Creditors', Noteholders' or Equity - | 0.20 | 40.00 |
| B18 | Fee Applications, Others - | 2.60 | 400.00 |
| B2 | Asb: Claims Analysis - | 0.10 | 20.00 |
| B25 | Fee Applications, Applicant - | 0.60 | 105.00 |
| B32 | Litigation and Litigation Consulting - | 17.25 | 3,360.00 |
| B33 | ZAI Science Trial | 0.10 | 20.00 |
| B37 | Hearings - | 2.00 | 400.00 |
| | **Total** | **29.15** | **$5,551.00** |
| | **Grand Total** | **29.15** | **$5,551.00** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|---|---|---|---|
| Lisa L. Coggins | 150.00 | 3.30 | 495.00 |
| Rick S. Miller | 200.00 | 0.60 | 120.00 |
| Theodore J. Tacconelli | 200.00 | 24.30 | 4,860.00 |
| Paralegal | 80.00 | 0.95 | 76.00 |
| **Total** | | **29.15** | **$5,551.00** |

## DISBURSEMENT SUMMARY

| CA | Expense - | | 1,218.41 |
|---|---|---|---|
| | **Total Disbursements** | | **$1,218.41** |

| Date | Description | Hours | Lawyer |
|---|---|---|---|
| Nov-04-03 | *Asb: Claims Analysis* - Review response to cliam objection filed by Dennis Nelson | 0.10 | TJT |
| | *Case Administration* - Review Response of J. Wolin in Owens Corning case | 0.20 | RSM |
| Nov-05-03 | *Case Administration* - Review pleading re: Campbell Levine September 2003 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: fee auditors final report re: K&E 9th interim quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Caplan Drysdale September 2003 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Legal Analysis Systems September 2003 Fee Application | 0.10 | TJT |
| Nov-06-03 | *Case Administration* - Review pleading re: Carella Byrne August 2003 Fee Application | 0.10 | TJT |
| | *Case Administration* - Elzufon Austin September 2003 Fee Application | 0.10 | TJT |
| Nov-11-03 | *Case Administration* - Review Judge Fitzgerald's agenda notes from 10/27/03 hearing re: remaining hearing dates for 2004 and calendar same | 0.20 | TJT |
| Nov-13-03 | *Case Administration* - Review pleading re: debtors reply in support of motion to expand preliminary injunction re: Montana Vermiculite Co. re: Chakarian re: 01-771 | 0.20 | TJT |
| | *Case Administration* - Review pleading re: Certificate of Counsel re: debtors motion to employ COO | 0.10 | TJT |
| | *Case Administration* - Review pleading re: 2nd supplemental response re: motion to retain State Street Bank as investment advisors | 0.10 | TJT |
| Nov-15-03 | *Case Administration* - Review pleading re: notice of address change for Furth Firm | 0.10 | TJT |
| | *Case Administration* - Review pleading re: notice of motion of Neutrocrete Products for relief from stay | 0.10 | TJT |
| | *Case Administration* - Review pleading re: debtors monthly operating report re: September 2003 | 0.10 | TJT |
| | *Case Administration* - Review pleading re: order granting admission pro hac vice for A. Danzeisen | 0.10 | TJT |
| | *Case Administration* - Review pleading re: certification of counsel re: amended scheduling order re: motion to expand preliminary injunction re: Chakarian re: 01-771 | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Legal Analysis Systems summary of quarterly Fee Application re: July - September 2003 | 0.10 | TJT |
| | *Case Administration* - Review pleading re: L. Tersigni September 2003 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: summary of quarterly Fee Application for Reed Smith re: July - September 2003 | 0.10 | TJT |
| Nov-16-03 | *Case Administration* - Review pleading re: motion of Royal Indemnity Co. for leave to file late proof of claim | 0.50 | TJT |
| | *Case Administration* - Prepare e-mail to A. Danzeisen re: motion for admission pro hac vice granted with a copy of order | 0.10 | TJT |
| | *Case Administration* - Review pleading re: debtors objection to Westcon's motion to compel discovery responses | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Elzufon Austin August 2003 Fee Application | 0.10 | TJT |

| | | | |
|---|---|---:|---:|
| | *Case Administration* - Review pleading re: summary of quarterly Fee Application of Steptoe and Johnson re: April - June 2003 | 0.10 | TJT |
| | *Case Administration* - Review pleading re: summary of quarterly Fee Application re: Campbell and Levine July - September 2003 | 0.10 | TJT |
| | *Case Administration* - Review pleading re: summary of L. Tersigni quarterly Fee Application July - September 2003 | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Richardson Patrick September 2003 Fee Application | 0.10 | TJT |
| Nov-18-03 | *Case Administration* - update and modify 2002 service list | 0.10 | PL |
| Nov-20-03 | *Case Administration* - Review e-mail fro S. Bossay re: firm billing policies 0.10 | | LLC |
| Nov-21-03 | *Case Administration* - review pldg re: fee auditor's final report re: HRA 9th interim quarterly fee app | 0.10 | TJT |
| | *Case Administration* - review pldng re: fee auditor's final report re: Bilzin Sumberg 9th interim quarterly fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: fee auditor's final report re: Steptoe and Johnson's 9th interim quarterly fee app | 0.10 | TJT |
| | *Case Administration* - review pldg re: W Smith and Assoc Oct 2003 fee app | 0.10 | TJT |
| Nov-23-03 | *Case Administration* - review pldg re: Woodcock and Washburn Sept 2003 fee app | 0.10 | TJT |
| Nov-24-03 | *Case Administration* - Review order scheduling omnibus dates and send same to co-counsel | 0.20 | LLC |
| | *Case Administration* - E-mail to S. Bossay re: billing rates | 0.10 | LLC |
| | *Case Administration* - review pldg re: notice of address change re: Peter Chafman | 0.10 | TJT |
| Nov-25-03 | *Case Administration* - Review amended order setting hearing dates and send to co-counsel | 0.20 | LLC |
| | *Case Administration* - confer with T. Tacconelli re: filing of settlement motion | 0.20 | RSM |
| | *Case Administration* - confer with T. Tacconelli re: 3rd Circuit Mandamus action | 0.20 | RSM |
| | *Case Administration* - update and modify 2002 service list | 0.10 | PL |
| Nov-28-03 | *Case Administration* - review pleading re: Caplin Drysdale July-Sept 2003 quarterly fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: Carella Byrne July-Sept 2003 quarterly fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: order scheduling omnibus hearing dates and obj deadlines for 2004 and calendar dates | 0.20 | TJT |
| | *Case Administration* - review pleading re: K & E quarterly fee app July-Sept 2003 | 0.10 | TJT |
| | *Case Administration* - review pleading re: Elzufon Austin July-Sept 2003 quarterly fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: PSZYJ&W quarterly fee app July-Sept 2003 | 0.10 | TJT |
| | *Case Administration* - review pleading re: Casner Edwards quarterly fee app July-Sept 2003 | 0.10 | TJT |
| | *Case Administration* - review pleading re: Richardson Patrick quarterly fee app July-Sept 2003 | 0.10 | TJT |
| | *Case Administration* - review pleading re: motion of debtors for protective order re: Chakarian re: 01-771 | 0.10 | TJT |
| | *Case Administration* - review pleading re: joinder of personal injury | 0.10 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | committee in debtors' obj to motion of Royal Ins Co for leave to file late proof of claim | | |
| Nov-06-03 | *Committee, Creditors', Noteholders' or* - Review correspondence re: e-mail from R. Ramphal re: weekly teleconference with committee canceled | 0.10 | TJT |
| Nov-26-03 | Committee, Creditors', Note holders' or -review corresp re: email from R Ramphal re: weekly telephone conference | 0.10 | TJT |
| Nov-10-03 | *Fee Applications, Others* - Review correspondence re: e-mail from L. Flores re: HRA quarterly Fee Application | 0.10 | TJT |
| | *Fee Applications, Others* - Confer with L. Coggins re: HRA quarterly Fee Application | 0.10 | TJT |
| Nov-11-03 | *Fee Applications, Others* - Finalize HRA 5th quarterly Fee Application for filing and prepare Certificate of Service | 0.80 | LLC |
| | *Fee Applications, Others* - E-file and serve HRA 5th quarterly Fee Application | 0.50 | LLC |
| Nov-14-03 | *Fee Applications, Others* - Review docket re: objections to docket no. 4609 | 0.10 | LLC |
| | *Fee Applications, Others* - Prepare Certificate of No Objection re: docket no. 4609 and Certificate of Service | 0.20 | LLC |
| | *Fee Applications, Others* - Finalize and e-file Certificate of No Objection re: 4609 | 0.20 | LLC |
| | *Fee Applications, Others* - E-mail to Debtors re: Certificate of No Objection filed | 0.10 | LLC |
| Nov-24-03 | *Fee Applications, Others* - Review docket re: objections to docket no. 4652 | 0.10 | LLC |
| | *Fee Applications, Others* - Prepare Certificate of No Objection re: docket no. 4652 and Certificate of Service | 0.20 | LLC |
| | *Fee Applications, Others* - Finalize and e-file Certificate of No Objection re: docket no. 4652 | 0.20 | LLC |
| Nov-01-03 | *Litigation and Litigation Consulting* - Review pleading re: Owens Corning's expedited motion for clarification of 10/30/03 stay order | 0.20 | TJT |
| Nov-02-03 | *Litigation and Litigation Consulting* - Prepare e-mail to A. Danzeisen re: objection to debtors motion to appoint Hamlin as futures rep | 0.10 | TJT |
| Nov-03-03 | *Litigation and Litigation Consulting* - Review draft of objection to debtors motion to appoint Hamlin as futures rep | 0.20 | TJT |
| | *Litigation and Litigation Consulting* - Review correspondence re: e-mail from A. Danzeisen re: final version of response to debtors motion to appoint Hamlin as futures rep | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review correspondence re: e-mail from A. Danzeisen re: response to debtors motion to appoint Hamlin as futures rep ready to be filed | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Prepare response to debtors motion to appoint Hamlin as futures rep for filing | 0.20 | TJT |
| | *Litigation and Litigation Consulting* - E-file and serve response to debtors motion to appoint Hamlin as futures rep | 0.30 | TJT |
| | *Litigation and Litigation Consulting* - Prepare e-mail to A. Danzeisen re: response to debtors motion to appoint Hamlin as futures rep filed and served this afternoon | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review pleading re: response of Wolin filed in 3rd circuit re: motion to recuse filed in Owens Corning case | 0.50 | TJT |
| | *Litigation and Litigation Consulting* - Prepare e-mail to A. Danzeisen re: response filed by Wolin in 3rd Circuit re: motion to recuse in Owens Corning Bankruptcy Case | 0.10 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| Nov-04-03 | *Litigation and Litigation Consulting* - Download and review debtors response to hold Hamlin appointment in abeyance | 0.30 | TJT |
| | *Litigation and Litigation Consulting* - Prepare e-mail to A. Danzeisen re: debtors response to hold Hamlin appointment in abeyance | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review pleading re: petitioners opposition to debtors' expedited motion for clarification filed in mandamus action in 3rd circuit in Owens Corning bankruptcy case with attachments | 0.70 | TJT |
| Nov-06-03 | *Litigation and Litigation Consulting* - Review e-mail from A. Danzeisen re: order staying proceedings before Wolin and all asbestos cases | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review Wolin Stay order | 0.10 | TJT |
| Nov-13-03 | *Litigation and Litigation Consulting* - Prepare e-mail to opposing counsel (Carickhoff) re: request for A. Danzeisen to appear by phone during 11/17/03 hearing | 0.10 | TJT |
| Nov-14-03 | *Litigation and Litigation Consulting* - Review pleading re: motion of unofficial committee to recuse Judge Wolin in WR Grace case | 0.40 | TJT |
| | *Litigation and Litigation Consulting* - Review pleading re: affidavit of J. Wills in support of motion of unofficial committee to recuse Judge Wolin in WR Grace case (w/attachments) | 1.20 | TJT |
| | *Litigation and Litigation Consulting* - Prepare e-mail to J. Sakalo re: motion of unofficial committee to recuse Judge Wolin in WR Grace | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review pleading re: affidavit of C. Hamlin re: motion to recuse Judge Wolin in Owens Corning case | 0.20 | TJT |
| | *Litigation and Litigation Consulting* - Review pleading re: affidavit of W. Dreier re: motion to recuse Judge Wolin in Owens Corning case | 0.20 | TJT |
| | *Litigation and Litigation Consulting* - Review pleading re: affidavit of F. McGovern re: motion to recuse Judge Wolin in Owens Corning case | 0.20 | TJT |
| | *Litigation and Litigation Consulting* - Review pleading re: affidavit of J. Keefe re: motion to recuse Judge Wolin in Owens Corning case | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Prepare e-mail to J. Sakalo re: affidavits filed in Owens Corning case re: recusal motion | 0.10 | TJT |
| Nov-16-03 | *Litigation and Litigation Consulting* - Review pleading re: affidavit of D. Gross re: motion to recuse Judge Wolin in Owens Corning case | 0.20 | TJT |
| | *Litigation and Litigation Consulting* - Prepare e-mail to J. Sakalo re: affidavit of D. Gross re: motion to recuse Judge Wolin in Owens Corning case | 0.10 | TJT |
| Nov-17-03 | *Litigation and Litigation Consulting* - Review e-mail from A. Danzeisen to committee re: motion to disqualify Judge Wolin in WR Grace case | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review e-mail from A. Danziensen to committee re: affidavit of J. Hamlin filed in Owens Corning case re: motion to recuse Judge Wolin in Owens Corning case | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review e-mail from A. Danziesen re: affidavit of D. Gross filed in Owens Corning case re: motion to recuse Judge Wolin | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review correspondence re: e-mail from A. Danzeisen re: additional affidavits of court advisors filed in Owens Corning case re: motion to recuse Judge Wolin | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review correspondence re: e-mail from A. Danzeisen to committee re: debors withdraw of motion to appoint J. Hamlin as futures rep | 0.10 | TJT |
| Nov-21-03 | *Litigation and Litigation Consulting* - download and review pldg re: supplemental reply by Wolin re: motion to recuse in Owens Corning | 0.50 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | *Litigation and Litigation Consulting* - prepare email to A Danzeisen re: supplemental reply by Wolin re: Owens Corning recusal motion | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Call to A Danzeisen re: transcript of proceeding minutes re: exparte contacts re: O C motion to recuse Wolin | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - review order re: scheduling order entered in Mandamus proceeding in third circuit | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - prepare email to A Danzeisen re: scheduling order issued by third circuit in O C Mandamus action | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - review debtors' response to Mandamus petition in OC mandamus action | 0.50 | TJT |
| | *Litigation and Litigation Consulting* - review pldg re: debtors' motion in USG to recuse Judge Wolin | 0.50 | TJT |
| | *Litigation and Litigation Consulting* - review pldg re: answer of J McMonagle to petition for emergency writ of Mandamus in OC case | 0.10 | TJT |
| Nov-23-03 | *Litigation and Litigation Consulting* - review pleading re: motion of unsecured creditors committee in USG case to recuse Wolin | 0.50 | TJT |
| Nov-24-03 | *Litigation and Litigation Consulting* - review corresp re: email from A Danzeisen to committee re: scheduling order entered by third circuit on OC mandamus action | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - review corresp re: email from A Danzeisen to committee re: motions to recuse Judge Wolin filed in USG case | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - review corresp re: e-mail from A Danzeisen re: transcript of exparte meeting minutes re: supplemental response of Wolin in O C mandamus action | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - review corresp re: e-mail from A Danzeisen re: additional documents filed on Friday in O C mandamus action | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - prepare e-mail to A Danzeisen re: additional docs filed on Friday in O C mandamus action | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - review corresp re: email from A Danzeisen re: additional papers filed in the USG bankruptcy case to recuse Judge Wolin | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - prepare e-mail to A Danzeisen re: additional papers filed in USG case re: motion to recuse Judge Wolin | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - review pleading re: debtors' reply to unsecured creditors' committee's motion to appoint trustee in O C case | 0.50 | TJT |
| Nov-25-03 | *Litigation and Litigation Consulting* - review corresp re: email from A Danzeisen to committee re: answer filed by O C debtors in mandamus action | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - review corresp re: email from A Danzeisen re: exhibits to USG debtors' motion for petition for writ of mandamus | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - review 3rd circuit order authorizing additional papers to be filed in O C mandamus action | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - prepare email to A Danzeisen re: 3rd circuit order allowing additional papers to be filed in O C mandamus action | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - prepare e-mail to A Danzeisen re: obj to motion of Royal Insurance Co to file late proof of claim | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - review corresp re: email from A | 0.10 | TJT |

| Date | Description | Hours | Initials |
|---|---|---|---|
| | Danzeisen re: obj to motion of Royal Insurance Co to file late proof of claim | | |
| | *Litigation and Litigation Consulting* - review corresp re: email from A Danzeisen to committee re: recent third circuit order allowing additional papers to be filed in O C mandamus action | 0.10 | TJT |
| Nov-26-03 | *Litigation and Litigation Consulting* - review corresp re: email from A Danzeisen re: obj to motion of Royal Insurance Co for leave to file late proof of claim | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - review and revise obj to motion of Royal Ins Co for leave to file late proof of claim | 0.50 | TJT |
| | *Litigation and Litigation Consulting* - confer w/ paralegal re: filing obj to motion of Royal Ins Co for leave to file late proof of claim | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - review brief of Washington Legal Foundation in response to objs to petition for writ of mandamus in O C bankruptcy case | 0.50 | TJT |
| | *Litigation and Litigation Consulting* - review response of CSFB in response of objs to petition for writ of mandamus in O C bank. case | 1.00 | TJT |
| | *Litigation and Litigation Consulting* - review response of Barron and Budd re: in opposition to petition for writ of mandamus in O C bank. case | 0.20 | TJT |
| | *Litigation and Litigation Consulting* - review order consolidating Kensington and DK Acquisitions petitions for writ of mandamus in third circuit | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - review pleading re: debtors' obj to motion of Royal Ins Co for leave to file late proof of claim | 0.20 | TJT |
| | *Litigation and Litigation Consulting* - prepare email to A Danzeisen re: debtors' obj to motion of Royal Ins Co for leave to file late proof of claim | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - review pleading re: debtors' notice of withdraw of application to appoint C Hamlin as futures rep | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - prepare Certificate of Service for obj to motion of Royal Ins Co motion to file late proof of claim | 0.25 | PL |
| | *Litigation and Litigation Consulting* - prepare Certificate of Service for e-filing | 0.10 | PL |
| | *Litigation and Litigation Consulting* - e-file and serve obj to Royal Ins Co's motion to file late proof of claim | 0.40 | PL |
| Nov-27-03 | *Litigation and Litigation Consulting* - review pleading re: emergency petition of unofficial committee for writ of mandamus | 1.00 | TJT |
| | *Litigation and Litigation Consulting* - review pleading re: affidavit of J Wills in support of emergency petition of unofficial committee for writ of mandamus | 0.50 | TJT |
| | *Litigation and Litigation Consulting* - review exhibits to response of CSFB re: petition for writ of mandamus in O C case | 0.30 | TJT |
| | *Litigation and Litigation Consulting* - review pleading re: USG debtors Amicus brief in support of Kensington International motion for writ of mandamus in O C case | 0.30 | TJT |
| | *Litigation and Litigation Consulting* - review pleading re: motion of USG debtors for leave to file Amicus brief re: Kensington International emergency petition for writ of mandamus | 0.30 | TJT |
| | *Litigation and Litigation Consulting* - review pleading re: statement of USG debtors re: Kensington International emergency petition for writ of mandamus | 0.20 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| Nov-09-03 | *Hearings* - Review agenda for 11/17/03 hearing | 0.10 | TJT |
| Nov-13-03 | *Hearings* - Review e-mail from A. Danzeisen re: request to appear by phone during 11/17/03 hearing | 0.10 | TJT |
| | *Hearings* - Review correspondence re: e-mail from D. Carickhoff re: need to confirm with Court if court is still permitting telephonic appearances in this case | 0.10 | TJT |
| | *Hearings* - Prepare e-mail to R. Bello re: request by A. Danzeisen to appear by phone during 11/17/03 hearing | 0.10 | TJT |
| | *Hearings* - Review correspondence re: e-mail from D. Carickhoff re: A. Danzeisen will be permitted to appear by phone for 11/17/03 hearing | 0.10 | TJT |
| | *Hearings* - Review correspondence re: e-mail from opposing counsel (Carickhoff) re: call in information for 11/17/03 hearing | 0.10 | TJT |
| | *Hearings* - Prepare e-mail to A. Danzeisen re: will be permitted to appear by phone for 11/17/03 hearing and call in information | 0.10 | TJT |
| Nov-17-03 | *Hearings* - Prepare for hearing | 0.30 | TJT |
| | *Hearings* - Attend Bankruptcy Court | 1.00 | TJT |
| Nov-05-03 | *Fee Applications, Applicant* - Review September 2003 time entries for accuracy | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review Ferry, Joseph & Pearce September 2003 time details | 0.30 | TJT |
| Nov-19-03 | *Fee Applications, Applicant* - Review e-mail from S. Bossay re: 9th interim spreadsheet | 0.20 | LLC |
| Nov-28-03 | *ZAI Science Trial* - review order re: scheduling oral argument on motion for summary judgment | 0.10 | TJT |
| | Totals | 29.15 | |

### DISBURSEMENTS

| Date | Description | Amount |
|---|---|---|
| Nov-05-03 | *Expense* - Tristate Courier & Carriage - delivery charge | 6.50 |
| Nov-06-03 | *Expense* - Virtual Docket | 40.50 |
| Nov-07-03 | *Expense* - Parcels, Inc. | 304.35 |
| Nov-12-03 | *Expense* - Parcels, Inc. | 257.25 |
| | *Expense* - Parcels, Inc. | 110.00 |
| Nov-19-03 | *Expense* - Parcels, Inc. | 145.00 |
| Nov-24-03 | *Expense* - Parcels, Inc. | 354.81 |
| | Totals | $1,218.41 |

**Total Fees & Disbursements**  $6,769.41

**Balance Due Now**
$6,769.41