EXHIBIT C-3

## Ferry, Joseph & Pearce, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

Ph:   (302) 575-1555    Fax:  (302) 575-1714

WR Grace PD Committee                                 December 1, 2003 – December 31, 2003

Inv #:                    10469

**Attention:**

**RE:**      WR Grace PD Committee

### SUMMARY BY TASK

| Task | | Hours | Amount |
|---|---|---|---|
| B14 | Case Administration | 6.60 | 1,283.00 |
| B17 | Committee, Creditors, Noteholders or Equity- | 2.70 | 540.00 |
| B18 | Fee Applications, Others | 3.90 | 406.00 |
| B25 | Fee Applications, Applicant - | 9.90 | 1,368.00 |
| B32 | Litigation and Litigation Consulting - | 14.00 | 2,800.00 |
| B33 | ZAI Science Trial | 1.20 | 240.00 |
| B37 | Hearings - | 3.40 | 680.00 |
| | **Total** | **41.70** | **$7,317.00** |
| | **Grand Total** | **41.70** | **$7,317.00** |

### SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|---|---|---|---|
| Lisa L. Coggins | 150.00 | 8.70 | 1,305.00 |
| Rick S. Miller | 200.00 | 3.70 | 740.00 |
| Theodore J. Tacconelli | 200.00 | 24.40 | 4,880.00 |
| Paralegal | 80.00 | 4.90 | 392.00 |
| **Total** | | **41.70** | **$7,317.00** |

### DISBURSEMENT SUMMARY

| CA | Expense - | 4,517.78 |
|---|---|---|
| | **Total Disbursements** | **$4,517.78** |

| Date | Description | Hours | Lawyer |
|---|---|---|---|
| Dec-01-03 | *Case Administration* - Review order from, 3rd Circuit | 0.10 | RSM |
| | *Case Administration* - Confer with T. Tacconelli re: order from 3rd Circuit | 0.10 | RSM |
| | *Case Administration* - review pleading re: W Smith and Assoc quarterly fee app July-Sept 2003 | 0.10 | TJT |
| | *Case Administration* - review pleading re: obj of C Gerred to motion of Royal Ins Co. for leave to file late proof of claim | 0.10 | TJT |
| | *Case Administration* - review order from 3rd circuit re: consolidating Kensington International mandamus petition with DK Acquisitions mandamus petition | 0.10 | TJT |
| Dec-03-03 | *Case Administration* - Review Debtor's responses to emergency petition for writ of mandamus | 0.20 | LLC |
| Dec-04-03 | *Case Administration* - review PI Committee response to mandamus petition | 0.30 | LLC |
| Dec-06-03 | *Case Administration* - review debtors monthly operating report re: 10/2003 | 0.10 | TJT |
| Dec-07-03 | *Case Administration* - review pleading re: Caplan Drysdale 10/03 fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: response of C Gerard to debtor's response in further support of motion to expand preliminary injunction re: Chakarian re: 01-771 | 0.40 | TJT |
| Dec-08-03 | *Case Administration* - review pleading re: certification of counsel re: order approving 9th interim period quarterly fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: entry of appearance of International Maintenance Co, et al | 0.10 | TJT |
| Dec-09-03 | *Case Administration* - review pleading re: second amended notice of appointment of unsecured creditors committee | 0.10 | TJT |
| Dec-14-03 | *Case Administration* - review pleading re: Lukins Annis August 2003 fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: Richardson Patrick October 2003 fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: Campbell Levine October 2003 fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: debtors' motion for leave to file reply to Libby claimants obj to motion to expand preliminary injunction to include Montana Vermiculite re: Chakarian re: 01-771 | 0.20 | TJT |
| Dec-15-03 | *Case Administration* - review pleading re: Steptoe and Johnson April 2003 fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: Steptoe and Johnson May 2003 fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: BMC May 2003 fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: Steptoe and Johnson June 2003 fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: PSCYJ&W July 2003 fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: ReedSmith August 2003 fee app | 0.10 | TJT |
| | *Case Administration* - review pldg re: Stroock August 2003 fee app | 0.10 | TJT |
| | *Case Administration* - review pldg re: FTI Policano Aug 2003 fee app | 0.10 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | *Case Administration* - review pleading re: K&E Sept 2003 fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: Casner Edwards Aug 2003 fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: Wallace King Sept 2003 fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: BMC June 2003 fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: ltr from D Landry requesting removal from service list (Daleen) | 0.10 | TJT |
| Dec-16-03 | *Case Administration* - review pleading re: Holme Roberts Aug 2003 fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: Carella Byrne Sept 2003 fee app | 0.10 | TJT |
| Dec-19-03 | *Case Administration* - Review 3rd Circuit opinion | 0.20 | RSM |
| | *Case Administration* - review pleading re: entry of appearance of Motley Rice | 0.10 | TJT |
| | *Case Administration* - review pleading re: verified 2019 statement of Motley Rice | 0.10 | TJT |
| | *Case Administration* - review pleading re: notice of withdraw of debtor's response to Libby claimants second request for production and motion for protective order | 0.10 | TJT |
| Dec-20-03 | *Case Administration* - review corresp re: ltr from D Siegel to Judge Fitzgerald re: current financial update | 0.10 | TJT |
| | *Case Administration* - review pleading re: 2019 statement by Cohn Khoruy re: Libby claimants | 0.10 | TJT |
| | *Case Administration* - review pleading re: Warren Smith & Assoc Nov 2003 fee app | 0.10 | TJT |
| Dec-21-03 | *Case Administration* - review pleading re: Woodcock and Washburn quarterly fee app July-Sept 2003 | 0.10 | TJT |
| | *Case Administration* - review pleading re: Pitney Harden quarterly fee app July-Sept 2003 | 0.10 | TJT |
| | *Case Administration* - review pleading re: Wallace King quarterly fee app July-Sept 2003 | 0.10 | TJT |
| | *Case Administration* - review pleading re: order authorizing debtor to retain State Street Bank as investment advisor | 0.10 | TJT |
| | *Case Administration* - review pleading re: Holme Roberts Sept 2003 fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: PSZYJ&W Aug 2003 fee app | 0.10 | TJT |
| Dec-22-03 | *Case Administration* - review pleading re: Woodcock and Washburn Oct 2003 fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: affidavit of Lisa Epps in support of professional employed by debtors | 0.10 | TJT |
| | *Case Administration* - review pleading re: Certificate of No Objection for amended order regarding 9th interim period fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: entry of appearance and request for service of papers by American Legion of Fargo, ND, et al. | 0.10 | TJT |
| Dec-24-03 | *Case Administration* - review pleading re: debtors motion to settle MA Corporate excise tax refund claim | 0.10 | TJT |
| | *Case Administration* - review pleading re: debtors motion for limited | 0.20 | TJT |

| | | | |
|---|---|---|---|
| | waiver of local rule 3007-1 | | |
| | *Case Administration* - review pleading re: debtors motion to authorize restructuring of stock and debt interest in certain foreign subsidiaries | 0.10 | TJT |
| | *Case Administration* - review pleading re: debtors' motion to amend credit agreement with Advanced Refining Technologies | 0.20 | TJT |
| | *Case Administration* - review pleading re: debtors' motion to hold counsel for C Gerard in contempt of court and stay on certain proceedings pending appeal | 0.20 | TJT |
| Dec-30-03 | *Case Administration* - Assist in file and service of Certificate of No Objection re: Ferry, Joseph & Pearce 20th monthly Fee Application | 0.10 | PL |
| Dec-01-03 | *Committee, Creditors', Noteholders'* or -review corresp re: email from A Danzeisen re: conference call re: consolidation of mandamus petitions in third circuit | 0.10 | TJT |
| Dec-02-03 | *Committee, Creditors', Noteholders'* - attend committee teleconference | 0.70 | RSM |
| | *Committee, Creditors', Noteholders'* or -teleconference with committee | 0.90 | TJT |
| Dec-10-03 | *Committee, Creditors', Noteholders'* or - review corresp re: email from R Ramphal re: teleconference with committee | 0.10 | TJT |
| Dec-16-03 | *Committee, Creditors', Noteholders'* or - review corresp re: email from R Ramphal re: teleconference with committee | 0.10 | TJT |
| Dec-18-03 | *Committee, Creditors', Noteholders'* or - review email from R Ramphal re: teleconference with committee | 0.10 | TJT |
| Dec-19-03 | *Committee, Creditors', Noteholders'* or -teleconference with committee | 0.60 | TJT |
| Dec-31-03 | *Committee, Creditors', Noteholders'* or -review corresp re: email from A Danzeisen re: teleconference with committee | 0.10 | TJT |
| Dec-03-03 | *Fee Applications, Others* - e-mail to Debtors re: payment of CDG fees | 0.10 | LLC |
| | *Fee Applications, Others* - Telephone call from S. Jones re: payment of fees | 0.10 | LLC |
| Dec-04-03 | *Fee Applications, Others* - review docket re: objection to docket no. 4676 | 0.10 | LLC |
| | *Fee Applications, Others* - prepare CNO re: docket no. 4676 and Certificate of Service | 0.20 | LLC |
| | *Fee Applications, Others* - e-file and serve Certificate of No Objection re: docket no 4676 | 0.30 | LLC |
| Dec-11-03 | *Fee Applications, Others* - prepare and review fee request re: FJ&P 10th interim quarterly fee app | 1.00 | PL |
| | *Fee Applications, Others* - prepare exhibits re: FJ&P 10th interim quarterly fee app | 0.25 | PL |
| | *Fee Applications, Others* - prepare and review notice re: FJ&P 10th interim quarterly fee app | 0.20 | PL |
| | *Fee Applications, Others* - prepare Certificate of Service re: FJ&P 10th interim quarterly fee app | 0.10 | PL |
| Dec-16-03 | *Fee Applications, Others* - review corresp re: email from L Flores re: Bilzin Sumberg Oct 2003 fee app | 0.10 | TJT |
| | *Fee Applications, Others* - confer with paralegal re: filing Bilzin Sumberg Oct 2003 fee app | 0.10 | TJT |
| | *Fee Applications, Others* - prepare, review, and finalize fee request re: FJ&P 10th interim quarterly fee app | 0.50 | PL |
| Dec-17-03 | *Fee Applications, Others* - Review e-mail from L. Flores re: Bilzin | 0.10 | LLC |

| | | | |
|---|---|---:|---:|
| | October Fee Application | | |
| | *Fee Applications, Others* - Call to L. Flores re: Bilzin October Fee Application | 0.10 | LLC |
| | *Fee Applications, Others* - prepare TJT affidavit for e-filing re: FJ&P 10th interim quarterly fee app | 0.10 | PL |
| | *Fee Applications, Others* - e-file and serve FJ&P 10th interim quarterly fee app | 0.25 | PL |
| Dec-19-03 | *Fee Applications, Others* - File and serve Bilzin's 28th interim Fee Application with related documents | 0.30 | PL |
| Dec-02-03 | *Litigation and Litigation Consulting* - review order from third circuit re: allowing e-filing in consolidated Mandamus action | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - review email from S Baena to committee re: Kwelmb Ins Co's order | 0.10 | TJT |
| Dec-03-03 | *Litigation and Litigation Consulting* - Review Debtors' response to writ of mandamus | 0.10 | RSM |
| | *Litigation and Litigation Consulting* - E-mail to co-counsel re: Debtors' response to writ of mandamus | 0.10 | RSM |
| | *Litigation and Litigation Consulting* - Review response of Select Asbestos Claimants to mandamus | 0.20 | RSM |
| | *Litigation and Litigation Consulting* - E-mail asbestos claimants response to co-counsel | 0.10 | RSM |
| | *Litigation and Litigation Consulting* - Review PI Committee's response to mandamus | 0.10 | RSM |
| | *Litigation and Litigation Consulting* - E-mail to co-counsel re: PI Committee's response to mandamus | 0.10 | RSM |
| | *Litigation and Litigation Consulting* - review corresp re: email from A Danzeisen re: Kwelmb Co.'s list | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - review corresp re: email from A Danzeisen re: responses to emergency petition for writ of mandamus in O C bank. case | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - review pleading re: US Trustee's response to motion for structural relief and to eradicate conflicts of interest in O C case | 0.30 | TJT |
| | *Litigation and Litigation Consulting* - prepare email to committee members re: US Trustee's response to motion for structural relief and to eradicate conflicts of interest in O C case | 0.10 | TJT |
| Dec-04-03 | *Litigation and Litigation Consulting* - Review PI Committe's exhibits to response to mandamus | 0.10 | RSM |
| | *Litigation and Litigation Consulting* - E-mail to co-counsel re: PI Committee's exhibits | 0.10 | RSM |
| | *Litigation and Litigation Consulting* - review order revising starting time for 12/15/03 hearing | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - review order from third circuit expanding time for argument in consolidated mandamus actions | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - prepare email to A Danzeisen re: 3rd circuit order expanding time for argument in consolidated mandamus actions | 0.10 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| Dec-07-03 | *Litigation and Litigation Consulting* - review memorandum from A Danzeisen re: Kwelmb Co.'s order/motion | 0.30 | TJT |
| | *Litigation and Litigation Consulting* - review debtors response to emergency petition for writ of mandamus in WR Grace case | 0.80 | TJT |
| | *Litigation and Litigation Consulting* - review responses of Kensington International to answers in Owens Corning mandamus action | 0.50 | TJT |
| Dec-08-03 | *Litigation and Litigation Consulting* - Confer with TJT re: 3rd Circuit mandamus | 0.50 | RSM |
| | *Litigation and Litigation Consulting* - download and review sur-reply of Judge Wolin to consolidated emergency petitions for writ of mandamus | 0.30 | TJT |
| | *Litigation and Litigation Consulting* - review order from third circuit allowing additional papers re: consolidated mandamus petitions | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - prepare email to A Danzeisen re: sur-reply of Wolin | 0.10 | TJT |
| Dec-09-03 | *Litigation and Litigation Consulting* - Review Judge Wolin's reply to mandamus | 0.20 | RSM |
| | *Litigation and Litigation Consulting* - review corresp re: email from A Danzeisen to committee re: sur-reply of Judge Wolin | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - review corresp re: email from E Westbrook re: sur-reply by Judge Wolin | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - review corresp re: email from D Scott re: sur-reply by Judge Wolin | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - review corresp re: email from T Sobal re: sur-reply by Judge Wolin | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - review corresp re: email from S Baena re: sur-reply by Judge Wolin | 0.10 | TJT |
| Dec-11-03 | *Litigation and Litigation Consulting* - review order from third circuit allowing electronic filing of documents regarding consolidated petitions for writ of mandamus | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - review notice of erratum filed by Owens Corning debtors in the consolidated mandamus action in third circuit | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - review Royal Indemnity Co.'s reply to objs to motion for leave to file late proof of claim | 0.20 | TJT |
| Dec-16-03 | *Litigation and Litigation Consulting* - review pleading re: order from third circuit denying motion of O C for court judicial notice | 0.10 | TJT |
| Dec-18-03 | *Litigation and Litigation Consulting* - review opinion of third circuit in consolidated mandamus action | 1.00 | TJT |
| | *Litigation and Litigation Consulting* - prepare email to A Danzeisen re: opinion by third circuit in consolidated mandamus action | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - review corresp re: e-mail from A Danzeisen to committee re: third circuit opinion in consolidated mandamus action | 0.10 | TJT |
| Dec-19-03 | *Litigation and Litigation Consulting* - review order scheduling discovery | 0.10 | TJT |

| | | | |
|---|---|---|---|
| | conference with Judge Wolin re: motion to recuse Judge Wolin in WR grace case | | |
| | *Litigation and Litigation Consulting* - prepare email to A Danzeisen re: 12/23/03 discovery conference with judge Wolin | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - review corresp re: email from A Danzeisen re: 12/23/03 discovery conference with Judge Wolin re: motion to recuse | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - review corresp re: email from A Danzeisen to committee re: 12/23/03 discovery conference with Judge Wolin re: motion to recuse Judge Wolin in WR Grace case | 0.10 | TJT |
| Dec-23-03 | *Litigation and Litigation Consulting* - review pleading re: request for production filed by USG debtors consolidated recusal motion | 0.20 | TJT |
| | *Litigation and Litigation Consulting* - review corresp re: email from A Danzeisen re: discovery regarding motion to recuse Judge Woiln | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - prepare email to A Danzeisen re: discovery regarding motion to recuse Judge Wolin | 0.10 | TJT |
| Dec-26-03 | *Litigation and Litigation Consulting* - review corresp re: email from A Danzeisen re: transcript of 12/23/03 conference with Judge Wolin | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - prepare email to A Danzeisen re: transcript of 12/23/03 conference with Judge Wolin | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - review corresp re: emails from A Danzeisen (x2) re: 12/23/03 conference with Wolin | 0.20 | TJT |
| | *Litigation and Litigation Consulting* - review pleading re: subpoena to Kaye Scholer | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - review pleadings re: 27 subpoenas regarding recusal motion | 0.30 | TJT |
| | *Litigation and Litigation Consulting* - review pleading re: notice of Deposition of J McMonagle | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - review pleading re: notice of Deposition of Caplan Drysdale 30 (b)(6) | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - review pleading re: notice of Deposition of Elizabeth Magner | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - review corresp re: email from A Danzeisen re: results of teleconference with Judge Wolin | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - prepare email to A Danzeisen re: transcript of 12/23/03 conference before Judge Wolin with scheduling order | 0.20 | TJT |
| | *Litigation and Litigation Consulting* - start reviewing 12/23/03 hearing transcript re: remand from 3rd circuit regarding consolidated recusal motions | 0.80 | TJT |
| Dec-27-03 | *Litigation and Litigation Consulting* - cont. reviewing transcript of 12/23/03 scheduling conference re: remand from third circuit on consolidated recusal motions | 1.50 | TJT |
| | *Litigation and Litigation Consulting* - review scheduling order with attachments issued by Wolin in remand from third circuit re: consolidated recusal motions | 0.50 | TJT |
| Dec-31-03 | *Litigation and Litigation Consulting* - review transcript of 12/24/03 teleconference with Judge Wolin re: third circuit remand on consolidated | 1.30 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | recusal motions | | |
| | *Litigation and Litigation Consulting* - review corresp re: email from A Danzeisen re: Depositions on 1/5/04 and 1/6/04 re: remand from third circuit on consolidated recusal motions | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - prepare email to A Danzeisen re: Depositions on 1/5/04 and 1/6/04 re: remand from third circuit re: consolidated recusal motions | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - teleconference with A Danzeisen re: attendance at depositions on 1/5/04 and 1/6/04 re: remand from third circuit re: consolidated recusal motions | 0.30 | TJT |
| | *Litigation and Litigation Consulting* - review corresp re: email from A Danzeisen re: proposed scheduling order regarding depositions on 1/5/04 and 1/6/04 re: remand from third circuit in consolidated recusal motions | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - review proposed discovery order re: depositions on 1/5/04 and 1/6/04 re: remand from third circuit in consolidated recusal motions | 0.10 | TJT |
| Dec-08-03 | *Hearings* - review agenda for 12/15/03 hearing | 0.10 | TJT |
| Dec-12-03 | *Hearings* - review amended agenda for 12/15/03 hearing | 0.10 | TJT |
| | *Hearings* - prepare email to opposing counsel (Carickhoff) re: appearance by phone durig 12/15/03 hearing | 0.10 | TJT |
| | *Hearings* - prepare email to A Danzeisen re: appearance by phone during 12/15/03 hearing | 0.10 | TJT |
| Dec-15-03 | *Hearings* - attend Court hearing by telephone | 1.00 | RSM |
| | *Hearings* - attend bank. court (via telephone) | 2.00 | TJT |
| Dec-04-03 | *Fee Applications, Applicant* - Prepare 29th monthly fee application | 0.50 | LLC |
| Dec-05-03 | *Fee Applications, Applicant* - prepare 29th monthly fee application | 0.50 | LLC |
| Dec-08-03 | *Fee Applications, Applicant* - e-mail 29th fee application to service parties | 0.20 | LLC |
| | *Fee Applications, Applicant* - revise and finalize 29th monthly fee application | 0.40 | LLC |
| Dec-11-03 | *Fee Applications, Applicant* - Prepare 10th interim Fee Application | 2.60 | LLC |
| Dec-12-03 | *Fee Applications, Applicant* - Prepare 10th interim fee application | 1.20 | LLC |
| Dec-16-03 | *Fee Applications, Applicant* - Review and reconcile payments by Debtor for accuracy | 0.60 | LLC |
| | *Fee Applications, Applicant* - Finalize 10th quarterly Fee Application for e-filing | 0.50 | LLC |
| | *Fee Applications, Applicant* - Begin preparing Ferry, Joseph & Pearce 30th monthly Fee Application with related documents | 0.20 | PL |
| Dec-17-03 | *Fee Applications, Applicant* - E-file and serve 10th quarterly Fee Application | 0.50 | LLC |
| | *Fee Applications, Applicant* - review FJ&P quarterly fee app (July-Sept 2003) | 0.20 | TJT |
| Dec-18-03 | *Fee Applications, Applicant* - Review October 2003 time entries for accuracy | 0.20 | LLC |
| | *Fee Applications, Applicant* - review FJ&P Oct 2003 time details | 0.40 | TJT |
| | *Fee Applications, Applicant* - Revise 30th monthly Fee Application | 0.20 | PL |
| | *Fee Applications, Applicant* - Review pre-bill re: fee detail | 0.10 | PL |

| Date | Description | Hours | Atty |
|---|---|---|---|
| Dec-19-03 | *Fee Applications, Applicant* - Revise Ferry, Joseph & Pearce 30th monthly Fee Application with related documents | 0.60 | PL |
| Dec-22-03 | *Fee Applications, Applicant* - Revise, file and serve Ferry, Joseph & Pearce 30th monthly Fee Application | 0.60 | PL |
| Dec-30-03 | *Fee Applications, Applicant* - prepare Certificate of No Objection and Certificate of No Objection Certificate of Service for e-filing | 0.10 | PL |
| | *Fee Applications, Applicant* - e-file and serve Certificate of No Objection and Certificate of No Objection Certificate of Service | 0.30 | PL |
| Dec-11-03 | *ZAI Science Trial* - review ZAI claimants reply to Grace's memorandum in opposition to ZAI claimants motion for partial summary judgment re: WR Grace's consumer protection liability | 0.30 | TJT |
| Dec-16-03 | *ZAI Science Trial* - review pleading re: ZAI claimants response to debtor's reply to motion to exclude Dr. Lee's opinion on cleavage fragments | 0.50 | TJT |
| | *ZAI Science Trial* - review pleading re: ZAI claimants reply to debtor's response to motion for summary judgment | 0.40 | TJT |
| | Totals | 41.70 | |

## DISBURSEMENTS

| Date | Description | Amount |
|---|---|---|
| Dec-16-03 | *Expense* - Reliable Copy Service | 4,351.07 |
| Dec-19-03 | *Expense* - Federal Express | 151.90 |
| Dec-30-03 | *Expense* - photocopying charge | 8.40 |
| | *Expense* - postage | 6.41 |
| | Totals | $4,517.78 |

**Total Fees & Disbursements**  $11,834.78

**Balance Due Now**

$11,834.78