## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-1139 (JKF) |
| Debtors. | (Jointly Administered) |
| | **Objection Deadline:  April 26, 2004 at 4:00 p.m.** |

## TWENTY-EIGHTH MONTHLY APPLICATION OF
## KLETT ROONEY LIEBER & SCHORLING,
## CO-COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY HOLDERS, FOR
## COMPENSATION AND REIMBURSEMENT OF EXPENSES
## <u>FOR THE PERIOD FEBRUARY 1, 2004 THROUGH FEBRUARY 29, 2004</u>

Name of Applicant:                                  Klett Rooney Lieber & Schorling,
                                                                 a Professional Corporation

Authorized to Provide
Professional Services to:                         The Official Committee of Equity Holders

Date of Retention:                                    October 26, 2001 *nunc pro tunc*

Period for which compensation
and reimbursement is sought:                  February 1, 2004 through February 29, 2004

Amount of fees to be approved
as actual, reasonable and necessary:        $11,591.50

Amount of expenses sought as
actual, reasonable and necessary:            $673.24

This is a(n): ___ interim            ____ final application.          __x__ monthly application.

The total time expended for the preparation of this application will be included in the next
interim fee application.

**Prior Monthly Applications:**

| Date Filed and Docket No. | Period Covered | Requested Fees/ Expenses | Approved Fees/ Expenses | CNO/Docket No. |
|---|---|---|---|---|
| 12/28/01 1426 | 10/26/01 through 11/30/01 | $5,518.00/ $2,028.76 | $4,414.40/ $2,028.76 | 1541 |
| 01/25/02 1548 | 12/01/01 through 12/31/01 | $4,119.50/ $940.67 | $3,295.60/ $940.67 | 1689 |
| 02/26/02 1720 | 01/01/02 through 01/31/02 | $11,494.00/ $1,275.80 | $9,195.20/ $1,275.80 | 1836 |
| 04/03/02 1895 | 02/01/02 through 02/28/02 | $7,784.50/ $882.79 | $6,227.60/ $882.79 | 1984 |
| 05/08/02 2025 | 03/01/02 through 03/31/02 | $7,755.00/ $1,565.66 | $6,204.00/ $1,565.66 | 2120 |
| 06/03/02 2145 | 04/01/02 through 04/30/02 | $6,011.50/ $878.55 | $4,809.20/ $878.55 | 2285 |
| 07/02/02 2316 | 05/01/02 through 05/31/02 | $6,957.50/ $688.60 | $5,566.00/ $688.60 | 2436 |
| 08/02/02 2489 | 06/01/02 through 06/30/02 | $5520.00/ $447.36 | $4,416.00/ $447.36 | 2607 |
| 08/28/02 2609 | 07/01/02 through 07/31/02 | $3,597.50/ $879.97 | $2,878.00/ $879.97 | 2701 |
| 09/26/02 2751 | 08/01/02 through 08/31/02 | $9,457.50/ $1,172.93 | $7,566.00/ $1,172.93 | 2829 |
| 10/25/02 2885 | 09/01/02 through 09/30/02 | $14,313.50/ $665.71 | $11,450.80/ $665.71 | 3057 |
| 11/25/02 3069 | 10/01/02 through 10/31/02 | $12,568.50/ $1,343.14 | $10,054.80/ $1,343.14 | 3169 |
| 12/26/02 3188 | 11/01/02 through 11/30/02 | $9,268.50/ $430.93 | $7,414.80/ $430.93 | 3256 |
| 1/27/03 3276 | 12/1/02 through 12/25/02 | $4,071.00/ $160.28 | $3,256.00/ $160.28 | 3417 |
| 2/25/03 3425 | 12/26/02 through 1/31/03 | $6,386.50/ $82.31 | $5,109.00/ $82.31 | 3520 |
| 3/24/05 3545 | 2/1/03 through 2/28/03 | $3,576.50/ $70.72 | $2,861.20/ $70.72 | 3664 |

| 4/28/03<br>3716 | 3/1/03 through<br>3/31/03 | $7,177.50/<br>$481.33 | $5,742.00/<br>$481.33 | 3827 |
|---|---|---|---|---|
| 5/28/03<br>3834 | 4/1/03 through<br>4/30/03 | $4,300.50/<br>$227.83 | $3,440.40/<br>$227.83 | 3947 |
| 6/27/03<br>3968 | 5/1/03 through<br>5/31/03 | $7,792.50/<br>$1,024.71 | $6,234.00/<br>$1,024.71 | 4091<br>7/22/03 |
| 7/28/03<br>4113 | 6/1/03 through<br>6/30/03 | $7,168.50/<br>$831.98 | $5,734.80/<br>$831.98 | 4309<br>8/21/03 |
| 8/28/03<br>4351 | 7/1/03 through<br>7/31/03 | $17,663.00/<br>$1,392.91 | $14,130.40/<br>$1,392.91 | 4456<br>9/22/03 |
| 9/29/03<br>4500 | 8/1/03 through<br>8/31/03 | $12,893.50/<br>$244.39 | $10,314.80/<br>$244.39 | 4521<br>10/23/03 |
| 10/29/03<br>4630 | 9/1/03 through<br>9/30/03 | $14,176.00/<br>$2,059.35 | $11,340.80/<br>$2,059.35 | 4725<br>11/21/03 |
| 11/26/03<br>4753 | 10/1/03 through<br>10/31/03 | $13,698.00/<br>$575.77 | $10,958.40/<br>$575.77 | 4829<br>12/18/03 |
| 12/29/03<br>4877 | 11/1/03 through<br>11/30/03 | $10,696.50/<br>$207.22 | $8,557.20/<br>$207.22 | 4986<br>1/26/04 |
| 1/28/04<br>5005 | 12/1/03 through<br>12/25/03 | $10,843.00/<br>$543.07 | $8,674.40/<br>$543.07 | 5135<br>2/19/04 |
| 2/27/04 | 12/26/03 through<br>1/31/04 | $16,269.00/<br>$1,034.60 | $13,015.20/<br>$1,034.60 | 5342<br>3/24/04 |

## SUMMARY OF TIME FOR BILLING PERIOD
### FEBRUARY 1, 2004 THROUGH FEBRUARY 29, 2004

| Name | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|
| Teresa K.D. Currier | $465 | 6.9 | $3,208.50 |
| Rhonda L. Thomas | $220 | 26.7 | $5,874.00 |
| Raelena Y. Taylor | $130 | 19.3 | $2,509.00 |
| **TOTAL** | | **52.9** | **$11,591.50** |

KRLSWLM: 53985v1

**SUMMARY OF TIME BY PROJECT CATEGORY FOR BILLING PERIOD**
**FEBRUARY 1, 2004 THROUGH FEBRUARY 29, 2004**

| Project category | Total Hours | Total Fees |
|---|---|---|
| Asset Disposition | 0.9 | $296.00 |
| Business Operations | 0.8 | $298.50 |
| Case Administration | 7.6 | $1,087.00 |
| Claims Analysis Obj. & Resolution (Non-Asbestos) | 1.3 | $433.00 |
| Employment Applications, Others | 1.3 | $506.50 |
| Fee Applications, Applicant | 10.1 | $1,385.00 |
| Fee Applications, Others | 15.7 | $3,139.00 |
| Financing | 0.2 | $44.00 |
| Hearings | 8.4 | $2,044.00 |
| Litigation and Litigation Consulting | 4.5 | $1,774.00 |
| Plan and Disclosure Statement | 0.5 | $232.50 |
| Relief From Stay Proceedings | 0.5 | $110.00 |
| Travel/Non-Working | 1.0 | $220.00 |
| ZAI Science Trial | 0.1 | $22.00 |
| **TOTAL** | **52.9** | **$11,591.50** |

KRLSWLM: 53985v1

## SUMMARY OF EXPENSES BY CATEGORY FOR BILLING PERIOD
## FEBRUARY 1, 2004 THROUGH FEBRUARY 29, 2004

| Expense Category | Total Expenses |
|---|---|
| Reproduction of Documents | $52.20 |
| Duplicating Services | $196.07 |
| Messenger Services | $310.50 |
| Federal Express | $114.47 |
| **TOTAL** | **673.24** |

**KLETT ROONEY LIEBER & SCHORLING**
**A Professional Corporation**

By:    /s/ Rhonda Thomas
         Teresa K. D. Currier (No. 3080)
         Rhonda L. Thomas (No. 4053)
         1000 West Street, Suite 1410
         Wilmington, DE 19801
         (302) 552-4200

         Co-Counsel to the Official Committee of
         Equity Holders

Dated: April 6, 2004

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    MARCH 23, 2004
                                              MATTER :  W9600-000
                                              INVOICE : 171964


  FOR PROFESSIONAL SERVICES RENDERED THROUGH: 02/29/04    T C

  RE:  EXPENSES


| | DESCRIPTION OF EXPENSE ADVANCES | AMOUNT |
|---|---|---|
| 02/06/04 | FEDERAL EXPRESS - FEDERAL EXPRESS CORPORATION - #1-531-89638 | 22.60 |
| 02/06/04 | FEDERAL EXPRESS - FEDERAL EXPRESS CORPORATION - # 1-531-47198 | 17.92 |
| 02/06/04 | MESSENGER SERVICES - TRISTATE COURIER & CARRIAGE | 288.00 |
| 02/06/04 | FEDERAL EXPRESS - FEDERAL EXPRESS CORPORATION - #1-530-42542 | 10.73 |
| 02/06/04 | MESSENGER SERVICES - PARCELS, INC. | 7.50 |
| 02/09/04 | MESSENGER SERVICES - PARCELS, INC. | 7.50 |
| 02/11/04 | REPRODUCTION OF DOCUMENTS | 15.75 |
| 02/16/04 | FEDERAL EXPRESS - FEDERAL EXPRESS CORPORATION - #1-578-87259 | 40.52 |
| 02/16/04 | REPRODUCTION OF DOCUMENTS | 14.25 |
| 02/18/04 | DUPLICATING SERVICES - DIGITAL LEGAL SERVICES | 196.07 |
| 02/19/04 | REPRODUCTION OF DOCUMENTS | 11.40 |
| 02/24/04 | REPRODUCTION OF DOCUMENTS | 10.80 |
| 02/24/04 | FEDERAL EXPRESS - FEDERAL EXPRESS CORPORATION - # 1-626-46920 | 11.35 |
| 02/24/04 | MESSENGER SERVICES - PARCELS, INC. | 7.50 |
| 02/24/04 | FEDERAL EXPRESS - FEDERAL EXPRESS CORPORATION - # 1-626-46920 | 11.35 |

                         TOTAL EXPENSE ADVANCES :          673.24

                         TOTAL DUE  :                      673.24


**PENNSYLVANIA     ●     DELAWARE     ●     NEW JERSEY     ●     WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    MARCH 23, 2004
                                              MATTER :  W9600-002
                                              INVOICE : 171965


     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 02/29/04   T C

     RE:  ASSET DISPOSITION



 DATE  ATTY   DESCRIPTION OF SERVICES RENDERED                     HOURS
 ----  ----   -------------------------------                      -----

02/05/04 RLT   REVIEWED DEBTORS 10TH QUARTERLY REPORT OF ASSET       .50
               SALE FROM OCT 1, 2003-DECEMBER 31, 2003

02/09/04 TC    REVIEWED QUARTERLY REPORT OF ASSET SALES              .40


                    T I M E   S U M M A R Y
                    -----------------------

                         RATE    HOURS         TOTALS
                         ----    -----         ------

  R L THOMAS            220.00    .50          110.00
  T CURRIER             465.00    .40          186.00
                 TOTALS           .90          296.00


                 TOTAL FEES :                           296.00


                 TOTAL DUE  :                           296.00
```

**PENNSYLVANIA     ●     DELAWARE     ●     NEW JERSEY     ●     WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :   MARCH 23, 2004
                                            MATTER : W9600-003
                                            INVOICE : 171966


     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 02/29/04   T C

     RE:  BUSINESS OPERATIONS



  DATE  ATTY    DESCRIPTION OF SERVICES RENDERED               HOURS
  ----  ----    -------------------------------               -----

02/05/04 RLT    REVIEWED MONTHLY OPERATING REPORT OF DEBTORS     .30
                FOR DECEMBER

02/09/04 TC     REVIEWED MONTHLY OPERATING REPORTS              .50


                   T I M E   S U M M A R Y
                   -----------------------

                        RATE     HOURS        TOTALS
                        ----     -----        ------

  R L THOMAS           220.00     .30          66.00
  T CURRIER            465.00     .50         232.50
                TOTALS            .80         298.50


              TOTAL FEES :                   298.50


              TOTAL DUE  :                   298.50
```

**PENNSYLVANIA**   ●   **DELAWARE**   ●   **NEW JERSEY**   ●   **WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :   MARCH 23, 2004
                                              MATTER : W9600-004
                                              INVOICE : 171967


    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 02/29/04    T C

    RE:  CASE ADMINISTRATION
```

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 01/26/04 | RLT | REVIEWED ORDER AUTHORIZING THE DEBTORS TO SETTLE MASSACHUSETTS CORPORATE TAX REFUND CLAIM | .10 |
| 01/26/04 | RLT | REVIEWED TRANSCRIPT OF PROCEEDING CONDUCTED ON JANUARY 16, 2004 BEFORE ALFRED M. WOLIN | .40 |
| 02/02/04 | RTT | UPDATE AND REVIEW DOCKET | .20 |
| 02/02/04 | RTT | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.50 |
| 02/03/04 | RTT | REVIEW SEVERAL E-NOTICES | .10 |
| 02/05/04 | RTT | REVIEW SEVERAL E-NOTICES | .10 |
| 02/06/04 | RTT | REVIEW E-NOTICES | .10 |
| 02/09/04 | RTT | REVIEW SEVERAL E-NOTICES | .10 |
| 02/09/04 | RTT | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.10 |
| 02/11/04 | RTT | UPDATE 2002 SERVICE LIST | .10 |
| 02/11/04 | RTT | REVIEW E-NOTICES | .10 |
| 02/12/04 | RTT | REVIEW E-NOTIFICATIONS | .10 |

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :   MARCH 23, 2004
                                             MATTER : W9600-004
                                             INVOICE : 171967

        FOR PROFESSIONAL SERVICES RENDERED THROUGH: 02/29/04    T C

        RE:   CASE ADMINISTRATION

| | | | |
|---|---|---|---:|
| 02/13/04 | RLT | REVIEWED NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON FEBRUARY 23, 2004 AT 12:00 P.M. BEFORE THE HONORABLE JUDITH K. FITZGERALD | .20 |
| 02/16/04 | RTT | REVIEW E-NOTICES | .10 |
| 02/16/04 | RTT | DOWNLOAD, REVIEW AND DISTRIBUTE NOTICE OF AGENDA OF MATTERS SCHEDULED FOR 2/23/04 | .30 |
| 02/16/04 | RTT | DOWNLOAD AND REVIEW NOTICE OF WITHDRAWAL OF APPEARANCE FILED BY OBERMAYER REBMANN MAXWELL & HIPPEL LLP | .10 |
| 02/17/04 | RTT | REVIEW SEVERAL E-NOTICES | .10 |
| 02/17/04 | RTT | PREPARE HEARING FILE RE 2/23/04 HEARING | .90 |
| 02/19/04 | RLT | REVIEWED AMENDED AGENDA | .30 |
| 02/19/04 | RLT | REVIEWED NOTICE TO SUBSTITUTE ATTORNEY FILED BY GENERAL ELECTRIC COMPANY | .10 |
| 02/19/04 | RTT | DOWNLOAD, REVIEW AND DISTRIBUTE AMENDED AGENDA RE 2/23/04 HEARING | .30 |
| 02/19/04 | RTT | REVIEW E-NOTIFICATIONS | .10 |
| 02/20/04 | RTT | REVIEW E-NOTICES | .10 |
| 02/20/04 | RTT | UPDATE 2002 SERVICE LIST | .20 |
| 02/23/04 | RTT | REVIEW E-NOTICES | .10 |
| 02/23/04 | RTT | UPDATE 2002 SERVICE LIST | .30 |
| 02/24/04 | RTT | REVIEW E-NOTICES | .10 |
| 02/24/04 | RTT | UPDATE 2002 SERVICE LIST | .20 |

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   MARCH 23, 2004
MATTER :  W9600-004
INVOICE : 171967

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 02/29/04    T C

RE:  CASE ADMINISTRATION

02/27/04 RTT   REVIEW E-NOTICES                                              .10

TIME   SUMMARY
-----------------------

|              | RATE   | HOURS | TOTALS   |
|--------------|--------|-------|----------|
| R L THOMAS   | 220.00 | 1.10  | 242.00   |
| R T TAYLOR   | 130.00 | 6.50  | 845.00   |
| TOTALS       |        | 7.60  | 1087.00  |

TOTAL FEES :              1,087.00

TOTAL DUE  :              1,087.00

PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    MARCH 23, 2004
MATTER :  W9600-006
INVOICE : 171968

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 02/29/04    T C

RE:  CLAIM ANALYSIS OBJ. & RESOLUTION (NON-ASBESTOS)

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 02/02/04 | RLT | REVIEWED NOTICE OF TRANSFER OF GAC CHEMICAL CORP. | .10 |
| 02/02/04 | RLT | REVIEWED CERTIFICATION OF COUNSEL RE: DOCKET #4858 FILED BY W. R. GRACE | .10 |
| 02/02/04 | RLT | REVIEWED MOTION FOR LEAVE TO FILE W. R. GRACE'S REPLY IN SUPPORT OF ITS OBJECTION TO AND MOTION TO STRIKE CERTAIN EXHIBITS CONTAINED IN THE JOINT APPENDIX FILED JANUARY 20, 2004 | .30 |
| 02/02/04 | RLT | REVIEWED NOTICE OF TRANSFER | .10 |
| 02/24/04 | RLT | REVIEWED ORDER (FOURTH) GRANTING THE RELIEF SOUGHT IN DEBTORS' SECOND OMNIBUS OBJECTION TO CLAIMS (NON-SUBSTANTIVE) | .10 |
| 02/25/04 | TC | REVIEWED 4TH OMNIBUS CLAIMS ORDER | .30 |
| 02/25/04 | TC | REVIEWED ORDER ON CATERPILLAR STIPULATION | .30 |

### T I M E   S U M M A R Y

| | RATE | HOURS | TOTALS |
|------|------|-------|--------|
| R L THOMAS | 220.00 | .70 | 154.00 |
| T CURRIER | 465.00 | .60 | 279.00 |
| TOTALS | | 1.30 | 433.00 |

TOTAL FEES :                                          433.00

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE  :  MARCH 23, 2004
MATTER :  W9600-006
INVOICE : 171968

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 02/29/04    T C

RE:  CLAIM ANALYSIS OBJ. & RESOLUTION (NON-ASBESTOS)


TOTAL DUE  :                                    433.00

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE  :   MARCH 23, 2004
                                              MATTER :  W9600-010
                                              INVOICE : 171969


    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 02/29/04    T C

    RE:  EMPLOYMENT APPLICATIONS, OTHERS


 DATE  ATTY    DESCRIPTION OF SERVICES RENDERED                   HOURS
 ----  ----    -------------------------------                    -----

02/24/04 RLT   REVIEWED APPLICATION TO EMPLOY CAPSTONE              .40
               CORPORATE RECOVERY, LLC AS FINANCIAL ADVISORS
               FILED BY CAPSTONE CORPORATE RECOVERY, LLC.

02/24/04 TC    REVIEWED MOTION TO AUTHORIZE RETENTION OF           .50
               CAPSTONE CORPORATE RECOVERY

02/24/04 TC    REVIEWED APPLICATION TO RETAIN CAPSTONE             .40



                  T I M E   S U M M A R Y
                  -----------------------

                      RATE    HOURS          TOTALS
                      ----    -----          ------

 R L THOMAS          220.00    .40            88.00
 T CURRIER           465.00    .90           418.50
               TOTALS         1.30           506.50


               TOTAL FEES :                         506.50


               TOTAL DUE  :                         506.50
```

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    MARCH 23, 2004
                                             MATTER :  W9600-011
                                             INVOICE : 171970


     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 02/29/04    T C

     RE:  FEE APPLICATIONS, APPLICANT


| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 01/27/04 | RLT | REVIEWED KRLS 26TH MONTHLY FEE APPLICATION | .30 |
| 02/02/04 | RTT | BEGIN TO DRAFT KRLS ELEVENTH QUARTERLY FEE APPLICATION FOR THE PERIOD OCTOBER 1, 2003 THROUGH DECEMBER 25, 2003 | .40 |
| 02/02/04 | RTT | DRAFT NOTICE RE KRLS ELEVENTH QUARTERLY FEE APPLICATION | .40 |
| 02/11/04 | RTT | CONTINUE TO DRAFT KRLS ELEVENTH QUARTERLY FEE APPLICATION FOR THE PERIOD OCTOBER 1, 2003 THROUGH DECEMBER 25, 2003 | 1.60 |
| 02/11/04 | RTT | REVIEW MONTHLY FEE APPLICATIONS AND CERTIFICATES OF NO OBJECTION RE KRLS ELEVENTH QUARTERLY FEE APPLICATION | .40 |
| 02/11/04 | RTT | EMAIL TO R.THOMAS AND T.CURRIER RE KRLS ELEVENTH QUARTERLY FEE APPLICATION | .10 |
| 02/16/04 | RTT | E-FILE AND SERVE NOTICE OF KRLS ELEVENTH QUARTERLY FEE APPLICATION AND ELEVENTH QUARTERLY FEE APPLICATION FOR THE PERIOD OCTOBER 1, 2003 THROUGH DECEMBER 25, 2003 | .90 |
| 02/16/04 | RTT | CALENDAR OBJECTION DEADLINE RE KRLS ELEVENTH QUARTERLY FEE APPLICATION | .10 |
| 02/16/04 | RTT | REVIEW/EDIT PRE-BILLS FOR THE MONTH OF JANUARY 2004 | .70 |
| 02/17/04 | RLT | REVIEWED PREBILLS AS OF 1/31/04 | .50 |

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    MARCH 23, 2004
MATTER :  W9600-011
INVOICE : 171970

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 02/29/04    T C

RE:  FEE APPLICATIONS, APPLICANT

| | | | |
|---|---|---|---|
| 02/19/04 RTT | REVIEW DOCKET FOR OBJECTIONS TO KRLS TWENTY-SIXTH FEE APP | | .10 |
| 02/19/04 RTT | DISCUSSION WITH RLT RE KRLS PRE-BILLS FOR THE MONTH OF JANUARY 2004 | | .10 |
| 02/19/04 RTT | E-FILE AND SERVE NO ORDER REQUIRED CERTIFICATION OF NO OBJECTION TO KRLS TWENTY-SIXTH FEE APPLICATION | | .60 |
| 02/19/04 RTT | DRAFT NO ORDER REQUIRED CERTIFICATION OF NO OBJECTION TO KRLS TWENTY-SIXTH MONTHLY FEE APPLICATION | | .40 |
| 02/23/04 RTT | PREPARATION OF KRLS TWENTY-SEVENTH MONTHLY FEE APPLICATION FOR THE PERIOD 12/26/03 THROUGH 1/31/04 | | .70 |
| 02/23/04 RTT | REVIEW, EDIT AND COMPARE FINAL BILLS FOR THE PERIOD 12/26/03 THROUGH 1/31/04 | | .30 |
| 02/24/04 RTT | CONTINUE TO DRAFT KRLS TWENTY-SEVENTH MONTHLY FEE APPLICATION | | .80 |
| 02/27/04 RTT | E-FILE AND SERVE KRLS TWENTY-SEVENTH MONTHLY FEE APPLICATION | | .80 |
| 02/27/04 RTT | E-FILE AND SERVE NOTICE AND QUARTERLY MONTHLY FEE APPLICATION FOR KRAMER LEVIN NAFTALIS & FRANKEL FOR THE PERIOD 10/1/03 THROUGH 12/3/03 | | .80 |
| 02/27/04 RTT | CALENDAR OBJECTION DEADLINE RE KRLS TWENTY-SEVENTH MONTHLY FEE APPLICATION | | .10 |

---

**PENNSYLVANIA    ●    DELAWARE    ●    NEW JERSEY    ●    WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :     MARCH 23, 2004
                                            MATTER :   W9600-011
                                            INVOICE :  171970


    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 02/29/04    T C

    RE:  FEE APPLICATIONS, APPLICANT



                    T I M E   S U M M A R Y
                    -----------------------

| | RATE | HOURS | TOTALS |
|---|---|---|---|
| R L THOMAS | 220.00 | .80 | 176.00 |
| R T TAYLOR | 130.00 | 9.30 | 1209.00 |
| TOTALS | | 10.10 | 1385.00 |


                    TOTAL FEES :                    1,385.00


                    TOTAL DUE  :                    1,385.00

**PENNSYLVANIA   •   DELAWARE   •   NEW JERSEY   •   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   MARCH 23, 2004
MATTER :  W9600-012
INVOICE :  171971

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 02/29/04    T C

RE:  FEE APPLICATIONS, OTHERS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 01/26/04 | RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION (THIRTY-THIRD) FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS CO-COUNSEL TO THE DEBTORS FOR THE PERIOD FROM DECEMBER 1, 2003 THROUGH DECEMBER 31, 2003 FILED BY PACHULSKI, STANG, ZIEHL, YOUNG | .10 |
| 02/02/04 | RLT | REVIEWED EXAMINER'S REPORT REGARDING FEE APPLICATION OF FTI POLICANO & MANZO FOR TENTH INTERIM PERIOD | .20 |
| 02/02/04 | RLT | REVIEWED EXAMINER'S REPORT RE: KRAMER LEVIN'S TENTH INTERIM APPLICATION | .20 |
| 02/02/04 | RLT | REVIEWED EXAMINER'S REPORT FEE AUDITOR FINAL REPORT REGARDING FEE APPLICATION OF DUANE MORRIS, LLP | .20 |
| 02/02/04 | RLT | REVIEWED EXAMINER'S REPORT REGARDING FEE APPLICATION OF CASNER & EDWARDS, LLP | .10 |
| 02/02/04 | RLT | REVIEWED EXAMINER'S REPORT RE: PROFESSIONALS | .20 |
| 02/02/04 | RLT | REVIEWED EXAMINER'S REPORT RE: APPLICATION OF ELZAFON AUSTIN REARDON TASLOV & MORDELL. | .20 |
| 02/02/04 | RLT | REVIEWED EXAMINER'S FINAL REPORT REGARDING FEE APPLICATION OF FERRY JOSEPH & PEARCE | .20 |
| 02/02/04 | RLT | EXAMINER'S REPORT ON WOODCOCK WASHBURN, LLP FOR TENTH INTERIM PERIOD | .20 |

**PENNSYLVANIA    ●    DELAWARE    ●    NEW JERSEY    ●    WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : MARCH 23, 2004
MATTER : W9600-012
INVOICE : 171971

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 02/29/04    T C

RE:  FEE APPLICATIONS, OTHERS

| | | | |
|---|---|---|---|
| 02/02/04 RLT | REVIEWED EXAMINER'S REPORT REGARDING FEE APPLICATIONS OF L. TERSIGNI FOR TENTH INTERIM PERIOD FILED BY WARREN H. SMITH & ASSOCIATES | | .30 |
| 02/02/04 RLT | REVIEWED EXAMINER'S REPORT RE: PITNEY, HARDIN, KIPP & SZACH | | .20 |
| 02/02/04 RLT | REVIEWED EXAMINER'S REPORT FILED BY PACHALSKI, STANG ZIEHL YOUNG JONES & WERTRAUB | | .20 |
| 02/02/04 RTT | EMAIL TO AND FROM K.MANGUAL RE ELEVENTH QUARTERLY FEE APPLICATIONS | | .10 |
| 02/05/04 RLT | REVIEWED FEE APPLICATION OF HOLME ROBERTS AND OWEN FOR DECEMBER | | .10 |
| 02/05/04 RLT | REVIEWED EMAIL FROM BOB GRIFFITHS RE: DECEMBER 8 INVOICE | | .10 |
| 02/05/04 RLT | REVIEWED EXAMINER'S REPORT ON APPLICATION OF LUKINS & ANNIS FOR TENTH INTERIM PERIOD, REED SMITH FOR TENTH INTERIM PERIOD, CONWAY DEL GENIO AND NELSON MULLINS CARELLA BYRNE, BAIN | | 1.20 |
| 02/05/04 RLT | REVIEWED DEBTOR'S TENTH QUARTERLY REPORT OF SETTLEMENTS FROM OCT 1, 2003-DECEMBER 31, 2003 | | .40 |
| 02/05/04 RLT | REVIEWED QUARTERLY APPLICATION OF STEPTOE & JOHNSON FOR JULY 1, 2003-SEPTEMBER 30, 2003 | | .20 |
| 02/06/04 RLT | REVIEWED EXAMINER'S REPORT FOR TENTH INTERIM PERIOD FOR PROTIVITI, INC; BILZEN SUMBERG AND KRAMER LEVIN | | .90 |
| 02/06/04 RLT | REVIEWED MONTHLY FEE APPLICATION OF PWC FOR DECEMBER | | .10 |
| 02/06/04 RLT | REVIEWED LETTER FILED BY BURRELL JOHNSON | | .20 |

**PENNSYLVANIA**  ●  **DELAWARE**  ●  **NEW JERSEY**  ●  **WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : MARCH 23, 2004
MATTER : W9600-012
INVOICE : 171971

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 02/29/04    T C

RE:   FEE APPLICATIONS, OTHERS

| | | | |
|---|---|---|---|
| 02/11/04 RLT | REVIEWED EXAMINER'S REPORT RE: PROVTIVITI, INC.'S TENTH INTERIM AND STEPTOE & JOHNSON | | .50 |
| 02/11/04 RLT | REVIEWED MONTHLY INTERIM APPLICATION OF CARELLA, BYRNE, BAIN, GILLFILLAN, CECCHI, STEWART & OLSTEIN FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR JANUARY 1, 2003 THROUGH JANUARY 31, 2003 | | .10 |
| 02/11/04 RLT | REVIEWED ELEVENTH INTERIM QUARTERLY VERIFIED APPLICATION OF HOLME ROBERTS & OWEN, LLP, FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR OCTOBER 1, 2003 THROUGH DECEMBER 31, 2003 | | .20 |
| 02/11/04 RLT | REVIEWED FEE APPLICATION OF FINANCIAL ADVISOR FOR THE OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS FOR THE PERIOD FROM JULY 1, 2003 THROUGH SEPTEMBER 30, 2003 FILED BY CONWAY, DEL GENIO, GRIES & CO., LLC | | .20 |
| 02/12/04 RLT | REVIEWED EXAMINER'S REPORT RE: PROVTIVITI, INC.'S TENTH INTERIM AND STEPETOE & JOHNSON | | .50 |
| 02/13/04 RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION JANUARY 2004 FILED BY WARREN H. SMITH & ASSOCIATES, P.C.. | | .20 |
| 02/13/04 RLT | REVIEWED QUARTERLY APPLICATION FOR COMPENSATION OF REED SMITH LLP, AS SPECIAL ASBESTOS PRODUCTS LIABILITY DEFENSE COUNSEL TO W.R. GRACE & CO., ET AL., FOR THE INTERIM PERIOD OCTOBER 1, 2003 THROUGH DECEMBER 31, 2003 | | .30 |
| 02/13/04 RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION FOR THE PERIOD OF DECEMBER 1, 2003 THROUGH DECEMBER 31, 2003 FILED BY L. TERSIGNI CONSULTING, P.C.. | | .10 |

**PENNSYLVANIA   •   DELAWARE   •   NEW JERSEY   •   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : MARCH 23, 2004
MATTER : W9600-012
INVOICE : 171971

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 02/29/04    T C

RE: FEE APPLICATIONS, OTHERS

| | | | |
|---|---|---|---|
| 02/13/04 RLT | REVIEWED INTERIM APPLICATION FOR COMPENSATION FOR THE PERIOD OF OCTOBER 1, 2003 THROUGH DECEMBER 31, 2003 FILED BY L. TERSIGNI CONSULTING, P.C.. | | .30 |
| 02/13/04 RLT | REVIEWED INTERIM APPLICATION FOR COMPENSATION FOR THE PERIOD OF OCTOBER 1, 2003 THROUGH DECEMBER 31, 2003 FILED BY CAMPBELL & LEVINE, LLC. | | .30 |
| 02/13/04 RLT | REVIEWED INTERIM APPLICATION FOR COMPENSATION FOR THE PERIOD OF OCTOBER 1, 2003 THROUGH DECEMBER 31, 2003 FILED BY CAPLIN & DRYSDALE, | | .30 |
| 02/13/04 RLT | REVIEWED AMENDED APPLICATION FOR INTERIM PROFESSIONAL COMPENSATION FILED BY BARRIER ADVISORS, L.P | | .20 |
| 02/19/04 RLT | REVIEWED VERIFIED APPLICATION FOR INTERIM PROFESSIONAL COMPENSATION NOTICE OF ELEVENTH INTERIM VERFIED FEE APPLICATION FILED BY WARREN H. SMITH & ASSOCIATES, P.C.  FOR OCTOBER. | | .10 |
| 02/19/04 RLT | REVIEWED NOTICE OF SERVICE OF 11TH QUARTERLY FEE APPLICATION FILED BY RICHARDSON PATRICK WESTBROOK & BRICKMAN | | .10 |
| 02/19/04 RLT | REVIEWED CNO FOR KRAMER LEVINS 29TH MONTHLY FEE APPLICATION FOR DECEMBER AND COMMENTED ON SAME TO RTT | | .20 |
| 02/19/04 RLT | REVIEWED APPLICATION FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE ZONOLITE ATTIC INSULATION CLAIMANTS FOR THE PERIOD OF DECEMBER 1, 2003 THROUGH DECEMBER 31, 2003 | | .10 |

**PENNSYLVANIA** ● **DELAWARE** ● **NEW JERSEY** ● **WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   MARCH 23, 2004
MATTER : W9600-012
INVOICE : 171971

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 02/29/04    T C

RE:   FEE APPLICATIONS, OTHERS

| | | | |
|---|---|---|---|
| 02/19/04 RLT | REVIEWED APPLICATION FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LEAD SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM DECEMBER 1, 2003 THROUGH DECEMBER 31, 2003 | | .10 |
| 02/19/04 RLT | REVIEWED APPLICATION FOR COMPENSATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES AS ZAI LEAD SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM NOVEMBER 1, 2003 THROUGH NOVEMBER 30, 2003 FILED BY RICHARDSON PATRICK WESTBROOK & BRICKMAN, LLC. | | .10 |
| 02/19/04 RLT | REVIEWED QUARTERLY APPLICATION FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS DELAWARE COUNSEL TO THE ZAI CLAIMANTS FOR THE INTERIM PERIOD FROM OCTOBER 1, 2003 THROUGH DECEMBER 31, 2003 FILED BY ELZUFON AUSTIN REARDON TARLOV & MONDELL, | | .30 |
| 02/19/04 RLT | REVIEWED EXAMINER'S REPORT FEE AUDITOR'S FINAL REPORT REGARDING FEE APPLICATION OF BANKRUPTCY MANAGEMENT CORPORATION FOR THE TENTH INTERIM PERIOD FILED BY WARREN H. SMITH & ASSOCIATES, P.C. | | .20 |
| 02/19/04 RLT | REVIEWED QUARTERLY APPLICATION FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LEAD SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM OCTOBER 1, 2003 THROUGH DECEMBER 31, 2003 FILED BY RICHARDSON PATRICK WESTBROOK & BRICKMAN, LLC | | .30 |

**PENNSYLVANIA** ● **DELAWARE** ● **NEW JERSEY** ● **WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : MARCH 23, 2004
MATTER : W9600-012
INVOICE : 171971

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 02/29/04    T C

RE:  FEE APPLICATIONS, OTHERS

| | | | |
|---|---|---|---|
| 02/19/04 RLT | REVIEWED APPLICATION FOR COMPENSATION SIXTEENTH MONTHLY APPLICATION OF BANKRUPTCY MANAGEMENT CORPORATION FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS CLAIMS RECONCILIATION AND SOLICITATION CONSULTANT TO THE DEBTORS FOR THE PERIOD FROM JULY 1, 2003 THROUGH JULY 31, 2003 | | .10 |
| 02/19/04 RLT | REVIEWED APPLICATION FOR COMPENSATION SEVENTEENTH MONTHLY APPLICATION OF BANKRUPTCY MANAGEMENT CORPORATION FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS CLAIMS RECONCILIATION AND SOLICITATION CONSULTANT TO THE DEBTORS FOR THE PERIOD FROM AUGUST 1, 2003 THROUGH AUGUST 31, 2003 | | .10 |
| 02/19/04 RLT | REVIEWED APPLICATION FOR COMPENSATION EIGHTEENTH MONTHLY APPLICATION OF BANKRUPTCY MANAGEMENT CORPORATION FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS CLAIMS RECONCILIATION AND SOLICITATION CONSULTANT TO THE DEBTORS FOR THE PERIOD FROM SEPTEMBER 1, 2003 THROUGH SEPTEMBER 30, 2003 | | .10 |
| 02/19/04 RTT | E-FILE AND SERVE NO ORDER REQUIRED CERTIFICATION OF NO OBJECTION TO KRAMER'S TWENTY-NINTH FEE APPLICATION | | .60 |
| 02/19/04 RTT | PREPARE AFFIDAVIT OF SERVICE RE KRAMER LEVIN'S AND KRLS FEE APPLICATIONS | | .10 |
| 02/19/04 RTT | REVIEW DOCKET FOR OBJECTIONS TO KRAMER'S TWENTY-NINTH FEE APPLICATION | | .10 |
| 02/19/04 RTT | DRAFT NO ORDER REQUIRED CERTIFICATION OF NO OBJECTION TO KRAMER LEVIN'S TWENTY-NINTH FEE APPLICATION | | .40 |

PENNSYLVANIA    ●    DELAWARE    ●    NEW JERSEY    ●    WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS         DATE :    MARCH 23, 2004
                                             MATTER :  W9600-012
                                             INVOICE : 171971


     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 02/29/04    T C

     RE:  FEE APPLICATIONS, OTHERS


02/23/04 RLT    REVIEWED APPLICATION FOR COMPENSATION /FOURTH            .10
                MONTHLY APPLICATION OF DELOITTE & TOUCHE LLP
                FOR COMPENSATION FOR SERVICES RENDERED AND
                REIMBURSEMENT OF EXPENSES TO THE DEBTORS FOR
                THE PERIOD FROM MAY 1, 2003 THROUGH MAY 31,
                2003

02/23/04 RLT    REVIEWED APPLICATION FOR COMPENSATION                   .10
                /THIRTY-THIRD INTERIM FEE APPLICATION OF
                PITNEY, HARDIN, KIPP & SZUCH LLP FOR
                COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR
                DECEMBER 1, 2003 THROUGH DECEMBER 31, 2003

02/23/04 RLT    REVIEWED FIFTH MONTHLY APPLICATION OF DELOITTE          .10
                & TOUCHE LLP FOR COMPENSATION FOR SERVICES
                RENDERED AND REIMBURSEMENT OF EXPENSES TO THE
                DEBTORS FOR THE PERIOD FROM JUNE 1, 2003
                THROUGH JUNE 31, 2003

02/23/04 RLT    REVIEWED THIRD MONTHLY APPLICATION OF DELOITTE          .10
                & TOUCHE LLP FOR COMPENSATIOM FOR SERVICES
                RENDERED AND REIMBURSEMENT OF EXPENSES TO THE
                DEBTORS FOR THE PERIOD FROM APRIL 1, 2003
                THROUGH APRIL 30, 2003

02/23/04 RLT    REVIEWED APPLICATION FOR INTERIM PROFESSIONAL           .10
                COMPENSATION FIRST QUARTERLY INTERIM
                APPLICATION OF PROTIVITI INC. FOR COMPENSATION
                AND FOR REIMBURSEMENT OF EXPENSES FOR JULY 1,
                2003 THROUGH SEPTEMBER 30, 2003 FILED BY
                PROTIVITI INC..


PENNSYLVANIA   •   DELAWARE   •   NEW JERSEY   •   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    MARCH 23, 2004
                                              MATTER :  W9600-012
                                              INVOICE : 171971


    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 02/29/04    T C

    RE:   FEE APPLICATIONS, OTHERS


02/25/04 RLT     REVIEWED APPLICATION FOR INTERIM PROFESSIONAL            .30
                 COMPENSATION / TENTH QUARTERLY INTERIM VERIFIED
                 APPLICATION OF NELSON MULLINS RILEY &
                 SCARBOROUGH, LLP FOR COMPENSATION FOR SERVICES
                 AND REIMBURSEMENT OF EXPENSES AS SPECIAL
                 COUNSEL TO W.R. GRACE & CO., ET AL., FOR THE
                 INTERIM PERIOD FROM JULY 1, 2003 THROUGH
                 SEPTEMBER 30, 2003

02/25/04 RLT     REVIEWED APPLICATION FOR INTERIM PROFESSIONAL            .30
                 COMPENSATION / QUARTERLY APPLICATION OF
                 BANKRUPTCY MANAGEMENT CORPORATION FOR
                 COMPENSATION FOR SERVICES RENDERED AND
                 REIMBURSEMENT OF EXPENSES AS CLAIMS
                 RECONCILIATION AND SOLICITATION CONSULTANT TO
                 THE DEBTORS FOR THE TENTH QUARTERLY INTERIM
                 PERIOD (JULY 1, 2003 THROUGH SEPTEMBER 30,
                 2003)

02/25/04 RLT     REVIEWED APPLICATION FOR INTERIM PROFESSIONAL            .30
                 COMPENSATION / VERIFIED APPLICATION OF PITNEY,
                 HARDIN, KIPP & SZUCH LLP FOR COMPENSATION FOR
                 SERVICES AND REIMBURSEMENT OF EXPENSES AS
                 SPECIAL COUNSEL TO W.R. GRACE & CO., ET AL.,
                 FOR THE INTERIM PERIOD OCTOBER 1, 2003 THROUGH
                 DECEMBER 31, 2003

02/25/04 RLT     REVIEWED APPLICATION FOR INTERIM PROFESSIONAL            .30
                 COMPENSATION / ELEVENTH QUARTERLY INTERIM
                 VERIFIED APPLICATION OF KIRKLAND & ELLIS LLP
                 FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT
                 OF EXPENSES AS BANKRUPTCY COUNSEL TO W.R. GRACE
                 & CO., ET AL., FOR THE INTERIM PERIOD FROM
                 OCTOBER 1, 2003 THROUGH DECEMBER 31, 2003

02/25/04 RTT     EMAIL TO AND FROM K.MANGUAL RE HEARING DATE FOR          .10
                 QUARTERLY FEE APPLICATIONS


**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : MARCH 23, 2004
MATTER : W9600-012
INVOICE : 171971

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 02/29/04   T C

RE:  FEE APPLICATIONS, OTHERS

| | | | |
|---|---|---|---|
| 02/26/04 RTT | DRAFT NOTICE OF KRAMER LEVIN'S QUARTERLY FEE APPLICATION FOR THE PERIOD OCTOBER 1, 2003 THROUGH DECEMBER 31, 2003 | | .60 |
| 02/26/04 RTT | EMAIL TO RLT RE NOTICE OF KRAMER LEVIN'S QUARTERLY FEE APPLICATION FOR THE PERIOD 10/1/03 THROUGH 12/31/03 | | .10 |
| 02/27/04 RTT | CALENDAR OBJECTION DEADLINE RE KRAMER LEVIN'S QUARTERLY FEE APPLICATION FOR THE PERIOD 10/1/03 THROUGH 12/3/03 | | .10 |
| 02/27/04 RTT | E-FILE AND SERVE KRAMER LEVIN'S THIRTIETH FEE APPLICATION FOR THE PERIOD 1/1/04 1/31/04 | | .80 |
| 02/27/04 RTT | CALENDAR OBJECTION DEADLINE RE KRAMER LEVIN'S THIRTIETH FEE APP | | .10 |
| 02/27/04 RTT | DISTRIBUTE KRAMER LEVIN'S FEE APPLICATION TO FEE AUDITOR VIA WORD FORMAT | | .30 |
| 02/27/04 RTT | EMAIL TO AND FROM RLT RE FEE APPLICATIONS TO BE FILED TODAY | | .10 |

## T I M E   S U M M A R Y

| | RATE | HOURS | TOTALS |
|---|---|---|---|
| R L THOMAS | 220.00 | 12.20 | 2684.00 |
| R T TAYLOR | 130.00 | 3.50 | 455.00 |
| TOTALS | | 15.70 | 3139.00 |

TOTAL FEES :                          3,139.00

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : MARCH 23, 2004
MATTER : W9600-012
INVOICE : 171971

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 02/29/04    T C

RE:  FEE APPLICATIONS, OTHERS

TOTAL DUE  :              3,139.00

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :   MARCH 23, 2004
                                              MATTER : W9600-013
                                              INVOICE : 171972


    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 02/29/04    T C

    RE:  FINANCING


| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 01/26/04 | RLT | REVIEWED ORDER AUTHORIZING THE DEBTORS TO AMEND (I) THE CREDIT AGREEMENT WITH ADVANCED REFINANCING TECHNOLOGIES LLC TO EXTEND THE TERM AND INCREASE THE CREDIT LINE THEREUNDER, AND (II) THE RESTRICTIVE COVENANTS OF DEBTORS' POST-PETITION LOAN AND SECURITY AGREEMENT TO PERMIT LOANS TO ADVANCED REFINING TECHNOLOGIES UNDER THE INCREASED CREDIT LINE | .20 |


### T I M E   S U M M A R Y

|              | RATE   | HOURS | TOTALS |
|--------------|--------|-------|--------|
| R L THOMAS   | 220.00 | .20   | 44.00  |
| TOTALS       |        | .20   | 44.00  |


            TOTAL FEES :                            44.00


            TOTAL DUE   :                            44.00


**PENNSYLVANIA** ● **DELAWARE** ● **NEW JERSEY** ● **WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS
　　　　　　　　　　　　　　　　　　DATE :    MARCH 23, 2004
　　　　　　　　　　　　　　　　　　MATTER :  W9600-014
　　　　　　　　　　　　　　　　　　INVOICE : 171973

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 02/29/04    T C

RE:  HEARINGS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 01/22/04 | RLT | REVIEWED EMAIL FROM GARY BECKER RE HEARING ATTENDANCE | .10 |
| 01/26/04 | RLT | REVIEWED AGENDA FOR HEARING | .30 |
| 02/13/04 | TC | REVIEWED NOTICE OF MATTERS SCHEDULED FOR HEARING 12/23 | .40 |
| 02/16/04 | RLT | REVIEWED ALL PLEADINGS ON FOR HEARING SENT BY RTT | 2.00 |
| 02/19/04 | TC | REVIEWED AMENDED AGENDA LETTER | .40 |
| 02/23/04 | RLT | REVIEWED PLEADINGS IN PREPARATION FOR HEARING | .70 |
| 02/23/04 | RLT | ATTENDANCE AT HEARING | 2.50 |
| 02/23/04 | RLT | PREPARING SUMMARY OF HEARING | 1.00 |
| 02/25/04 | RLT | CONTINUED PREPARATION OF MEMORANDUM SUMMARIZING HEARING | 1.00 |

### T I M E   S U M M A R Y

| | RATE | HOURS | TOTALS |
|------|------|-------|--------|
| R L THOMAS | 220.00 | 7.60 | 1672.00 |
| T CURRIER | 465.00 | .80 | 372.00 |
| TOTALS | | 8.40 | 2044.00 |

PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :   MARCH 23, 2004
                                              MATTER : W9600-014
                                              INVOICE : 171973


     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 02/29/04    T C

     RE:  HEARINGS



               TOTAL FEES :                        2,044.00


               TOTAL DUE  :                        2,044.00


**PENNSYLVANIA  ●  DELAWARE  ●  NEW JERSEY  ●  WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   MARCH 23, 2004
MATTER : W9600-015
INVOICE : 171974

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 02/29/04   T C

RE:  LITIGATION AND LITIGATION CONSULTING

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
| --- | --- | --- | --- |
| 01/27/04 | RLT | REVIEWED EMAIL AND ATTACHMENT FROM RTT RE JUDGE WOLIN AND THE UPDATE ON HIS RECUSAL | .20 |
| 02/09/04 | TC | REVIEWED ORDER DENYING DISQUALIFICATION OF JUDGE WOLLIN | .20 |
| 02/09/04 | TC | REVIEWED MOTION TO EXTEND TIME FOR REMOVAL ACTIONS | .30 |
| 02/10/04 | TC | REVIEWED EXCUSABLE NEGLECT STANDARD BRIEF FILED BY ROYAL | .80 |
| 02/10/04 | TC | REVIEWED OPPOSITION OF LIBBY VICTIMS TO DEBTORS' MOTION FOR CONTEMPT | .50 |
| 02/12/04 | TC | REVIEWED DEBTORS' RESPONSE TO OPPOSITION OF LIBBY COUNSEL TO DEBTORS' CONTEMPT MOTION | .70 |
| 02/13/04 | RLT | REVIEWED CERTIFIED COPY OF ORDER SIGNED ON 2/4/2004 BY THE HONORABLE JULIO M. FUENTES, U.S. COURT OF APPEALS FOR THE THIRD CIRCUIT SETTING BRIEFING SCHEDULE. | .20 |
| 02/16/04 | TC | REVIEWED DEBTORS MOTION TO EXTEND REMOVAL PERIODS | .40 |
| 02/17/04 | RLT | REVIEWED DEBTOR'S RESPONSE TO THE OPPOSITION OF LIBBY COUNSEL TO DEBTOR'S MOTION REQUESTING ORDER FINDING COUNSEL FOR GERARD IN CONTEMPT OF COURT | .30 |
| 02/23/04 | TC | REVIEWED NOTICE OF FURTHER PROCEEDINGS WITH RESPECT TO DEBTORS' MOTION TO EXPAND THE PRELIMINARY INJUNCTION RE MONTANA VERMICULITE | .30 |

PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   MARCH 23, 2004
MATTER :  W9600-015
INVOICE :  171974

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 02/29/04    T C

RE:  LITIGATION AND LITIGATION CONSULTING

02/24/04 RLT    REVIEWED ARTICLE ON JUDGE WOLIN'S RECUSAL                          .60

## TIME SUMMARY
-----------------------

|              |        | RATE   | HOURS |  TOTALS  |
|--------------|--------|--------|-------|----------|
| R L THOMAS   |        | 220.00 | 1.30  |  286.00  |
| T CURRIER    |        | 465.00 | 3.20  | 1488.00  |
|              | TOTALS |        | 4.50  | 1774.00  |

TOTAL FEES :                  1,774.00

TOTAL DUE  :                  1,774.00

**PENNSYLVANIA    ●    DELAWARE    ●    NEW JERSEY    ●    WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : MARCH 23, 2004
MATTER : W9600-016
INVOICE : 171975

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 02/29/04    T C

RE:  PLAN AND DISCLOSURE STATEMENT

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 02/09/04 | TC | REVIEWED SIXTH MOTION TO EXTEND EXCLUSIVITY | .50 |

### T I M E   S U M M A R Y

|  | RATE | HOURS | TOTALS |
|--|------|-------|--------|
| T CURRIER | 465.00 | .50 | 232.50 |
| TOTALS |  | .50 | 232.50 |

TOTAL FEES :                    232.50

TOTAL DUE  :                    232.50

**PENNSYLVANIA** ● **DELAWARE** ● **NEW JERSEY** ● **WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : MARCH 23, 2004
MATTER : W9600-017
INVOICE : 171976

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 02/29/04    T C

RE: RELIEF FROM STAY PROCEEDINGS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 02/13/04 | RLT | REVIEWED PROPOSED ORDER RE: / STIPULATION AND AGREED ORDER RESOLVING THE MOTION OF CATERPILLAR FINANCIAL SERVICES CORPORATION TO COMPEL PAYMENT OF ADMINISTRATIVE EXPENSES AND FOR RELIEF FROM THE AUTOMATIC STAY OR IN THE ALTERNATIVE FOR ADEQUATE PROTECTION | .20 |
| 02/24/04 | RLT | REVIEWED ORDER (AGREED) AND STIPULATION RESOLVING THE MOTION OF CATERPILLAR FINANCIAL SERVICES CORPORATION TO COMPEL PAYMENT OF ADMINISTRATIVE EXPENSES AND FOR RELIEF FROM THE AUTOMATIC STAY OR IN THE ALTERNATIVE FOR ADEQUATE PROTECTION | .30 |

### T I M E   S U M M A R Y

| | RATE | HOURS | TOTALS |
|--------|------|-------|--------|
| R L THOMAS | 220.00 | .50 | 110.00 |
| TOTALS | | .50 | 110.00 |

TOTAL FEES :                                110.00

TOTAL DUE :                                 110.00

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : MARCH 23, 2004
MATTER : W9600-020
INVOICE : 171977

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 02/29/04    T C

RE:  TRAVEL / NON-WORKING

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
| ---- | ---- | -------------------------------- | ----- |
| 02/23/04 | RLT | TRAVEL TO HEARING REDUCED FROM 2 HRS. | 1.00 |

### T I M E   S U M M A R Y

|  | RATE | HOURS | TOTALS |
| ---- | ---- | ----- | ------ |
| R L THOMAS | 220.00 | 1.00 | 220.00 |
| TOTALS | | 1.00 | 220.00 |

TOTAL FEES :          220.00

TOTAL DUE  :          220.00

**PENNSYLVANIA  ●  DELAWARE  ●  NEW JERSEY  ●  WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :   MARCH 23, 2004
                                              MATTER : W9600-022
                                              INVOICE : 171978


     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 02/29/04    T C

     RE:  ZAI SCIENCE TRIAL


| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
| ---- | ---- | -------------------------------- | ----- |
| 01/26/04 | RLT | REVIEWED ORDER ADJOURNING ORAL ARGUMENT WITH RESPECT TO MOTION FOR SUMMARY JUDGMENT IN THE ZAI SCIENCE TRIAL AND SCHEDULING STATUS CONFERENCE WITH RESPECT TO SAME FOR MAY 24, 2004, AT 12:00 NOON IN PITTSBURGH | .10 |


               T I M E   S U M M A R Y
               -----------------------

                    RATE    HOURS          TOTALS
                    ----    -----          ------

R L THOMAS          220.00    .10           22.00
            TOTALS           .10           22.00


            TOTAL FEES :                         22.00


            TOTAL DUE  :                         22.00


**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**