# JPMorganChase

**Statement of Account**

TS

In U.S. Dollars

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

| | |
|---|---|
| Account No: | 018-001257 |
| Statement Start Date: | 01 JAN 2004 |
| Statement End Date: | 15 JAN 2004 |
| | S00-USA-22 |
| Statement No: | 001 |

**Page 1 of 13**

## ENCLOSURES

| | |
|---|---|
| Credits | |
| Debits | |
| Checks | |

## TRANSACTIONS

| | | |
|---|---|---|
| Total Credits | 27 | 55,575,665.39 |
| Total Debits (incl. checks) | 54 | 55,960,375.90 |
| Total Checks Paid | 0 | 0.00 |

## BALANCES

| | Opening (01 JAN 2004) | | Closing (15 JAN 2004) | |
|---|---|---|---|---|
| | Ledger | 675,965.99 | Ledger | 291,255.48 |

## Closing Ledger Balances

| Date | LEDGER BALANCES |
|---|---|
| 02JAN | 1,928,447.72 |
| 05JAN | 205,484.49 |
| 06JAN | 254,864.47 |
| 07JAN | 219,084.67 |
| 08JAN | 291,038.05 |
| 09JAN | 286,088.00 |
| 12JAN | 269,753.29 |
| 13JAN | 269,720.70 |
| 14JAN | 226,666.09 |
| 15JAN | 291,255.48 |

## CREDITS

| Post Date | Value Date | Reference | Credit/Debit | Description |
|---|---|---|---|---|
| 02JAN | | USD OUR: 0027120709TC | 653,814.82 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:BENEFIT PYMTS<br>ORIG ID:9186063000 DESC DATE:<br>CO ENTRY DESCR:DED PMT SEC:PPD<br>TRACE#:021000002712079 EED:040102<br>IND ID:0000001610ACH A<br>IND NAME: |
| 02JAN | | USD YOUR: 0/B BKAM IL CGO<br>OUR: 0506203002FF | 862,490.33 | FEDWIRE CREDIT 1869 0207-3001<br>VIA: BANK OF AMERICA<br>/071000039<br>B/O: W.R. GRACE & CO. CON -TREASURY<br>COLUMBIA MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0001601257 RFB=O/B BKAM IL CGO OBI<br>=HQWT BBI=/TIME/15:13<br>IMAD: 0102G1QFGY2C001599 |
| 05JAN | | USD YOUR: 0/B BKAM IL CGO<br>OUR: 0274603005FF | 2,270,678.69 | FEDWIRE CREDIT<br>VIA: BANK OF AMERICA<br>/071000039<br>B/O: W.R. GRACE & CO. CON -TREASURY<br>COLUMBIA MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0001601257 RFB=O/B BKAM IL CGO OBI<br>=HQWT BBI=/TIME/14:39<br>IMAD: 0105G1QFGY2C000722 |

FT CODE:

USD - SAME DAY FUNDS
USN - NEXT DAY FUNDS

US1 - ONE DAY FLOAT
US2 - TWO DAY FLOAT

US3 - THREE DAY FLOAT
US4 - FOUR DAY FLOAT

US5 - FIVE DAY FLOAT
USM - MIXED FLOAT

PLEASE EXAMINE THIS STATEMENT AT ONCE. THE MAINTENANCE OF THIS ACCOUNT IS SUBJECT TO THE PROVISIONS OF THE NEW YORK UNIFORM COM-
MERCIAL CODE AND THE BANK'S TERMS AND CONDITIONS FOR BUSINESS ACCOUNTS AND SERVICES. THE BANK DISCLAIMS RESPONSIBILITY FOR ANY ERROR IN
OR IMPROPER CHARGE TO THE ACCOUNT AS RENDERED UNLESS INFORMED IN WRITING OF THIS ERROR OR CHARGE WITHIN SIXTY DAYS OF THE DELIVERY. MAILING
OR AVAILABILITY OF THE STATEMENT AND CANCELED VOUCHERS. INFORMED IN WRITING OF THIS ERROR OR CHARGE WITHIN SIXTY DAYS OF THE DELIVERY. MAILING
DIRECT YOUR INQUIRIES TO THE PROPER DEPARTMENT FOR PROMPT ACTION.

H-000085

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No: 016-001257
Statement Start Date: 01 JAN 2004
Statement End Date: 15 JAN 2004
Statement Code: S00-USA-22
Statement No: 001

Page 2 of 13

## CREDITS CONTINUED

| Posting Date | Value Date | Reference | Credit & Debit | Description |
|---|---|---|---|---|
| 05JAN | 05JAN | USD YOUR: O/B WACHOVIA BK OUR: 0284814005FF | 4,052,025.00 | FEDWIRE CREDIT VIA: WACHOVIA BANK BANK OF NC,NA /053000219 B/O: W R GRACE & CO. - CONN. COLUMBIA MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0001601257 RFB=O/B WACHOVIA BK OBI =FUNDS TRANSFER FROM DAVISON LOCKBO IMAD: 0105ESQPAAIC003106 |
| 06JAN | 06JAN | USD YOUR: O/B WACHOVIA BK OUR: 0082608006FF | 1,070,741.00 | FEDWIRE CREDIT VIA: WACHOVIA BANK BANK OF NC,NA /053000219 B/O: W R GRACE & CO. - CONN. COLUMBIA MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0001601257 RFB=O/B WACHOVIA BK OBI =FUNDS TRANSFER FROM DAVISON LOCKBO IMAD: 0106ESQPAAIC000937 |
| 06JAN | 06JAN | USD YOUR: O/B BKAM IL CGO OUR: 0082003006FF | 4,304,973.66 | FEDWIRE CREDIT VIA: BANK OF AMERICA /071000039 B/O: W.R. GRACE & CO. CON -TREASURY COLUMBIA MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0001601257 RFB=O/B BKAM IL CGO OBI =ADMT BBI=/TIME/10:44 IMAD: 0106GIQFGY2C000306 |
| 06JAN | 06JAN | USD YOUR: MAESTRO OUR: 0371403006FF | 5,700,000.00 | FEDWIRE CREDIT VIA: STATE STREET BANK & TRUST COMP /011000028 B/O: W R GRACE & CO - CONN COLUMBIA MD 21044-4029 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0001601257 RFB=MAESTRO OBI=FUND-31 8/P 1-S 1 ML PREMIER FUND BBI=/TIME IMAD: 0106AIQ002HC001732 |
| 07JAN | 07JAN | USD YOUR: O/B WACHOVIA BK OUR: 0121801007FF | 1,377,245.00 | FEDWIRE CREDIT VIA: WACHOVIA BANK BANK OF NC,NA /053000219 B/O: W R GRACE & CO. - CONN. |

H-000086

Statement of Account

016-001257
01 JAN 2004
15 JAN 2004
S00-USA-22
001
Page 3 of 13

| | |
|---|---|
| Account No: | 016-001257 |
| Statement Start Date: | 01 JAN 2004 |
| Statement End Date: | 15 JAN 2004 |
| Statement Code: | S00-USA-22 |
| Statement No: | 001 |

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN. DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

## CREDITS CONTINUED

**07JAN / 07JAN — 2,446,855.89**
USD YOUR: O/B BKAM IL CGO
OUR: 0115214007FF
COLUMBIA MD 21044-4098
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY CAMBRIDGE MA 02140-/AC-0
0016001257 RFB=O/B WACHOVIA BK OBI
=FUNDS TRANSFER FROM DAVISON LOCKBO
IMAD: 0107E3QPAAIC001134
FEDWIRE CREDIT
VIA: BANK OF AMERICA
/071000039
B/O: W.R. GRACE & CO. CON -TREASURY
COLUMBIA MD 21044-4098
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY CAMBRIDGE MA 02140-/AC-0
0016001257 RFB=O/B BKAM IL CGO OBI
=HOWT BBI=/TIME/11:32
IMAD: 0107G1QFGY2C000374

**08JAN / 08JAN — 683,601.00**
USD YOUR: O/B WACHOVIA BK
OUR: 0119207008FF
FEDWIRE CREDIT
VIA: WACHOVIA BANK BANK OF NC,NA
/053000219
B/O: W R GRACE & CO. - CONN.
COLUMBIA MD 21044-4098
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY CAMBRIDGE MA 02140-/AC-0
0016001257 RFB=O/B WACHOVIA BK OBI
=FUNDS TRANSFER FROM DAVISON LOCKBO
IMAD: 0108E3QPAAIC001314

**08JAN / 08JAN — 922,868.02**
USD YOUR: O/B BKAM IL CGO
OUR: 0121501008FF
FEDWIRE CREDIT
VIA: BANK OF AMERICA
/071000039
B/O: W.R. GRACE & CO. CON -TREASURY
COLUMBIA MD 21044-4098
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY CAMBRIDGE MA 02140-/AC-0
0016001257 RFB=O/B BKAM IL CGO OBI
=HOWT BBI=/TIME/11:26
IMAD: 0108G1QFGV2C000466

**08JAN / 08JAN — 5,300,000.00**
USD YOUR: MAESTRO
OUR: 0157303008FF
FEDWIRE CREDIT
VIA: STATE STREET BANK & TRUST COMP
/011000028
B/O: W R GRACE & CO - CONN
COLUMBIA MD 21044-4029
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY CAMBRIDGE MA 02140-/AC-0
0016001257 RFB=MAESTRO OBI=FUND-31

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No:         016-001257
Statement Start Date:  01 JAN 2004
Statement End Date:   15 JAN 2004
Statement Code:      S00-USA-22
Statement No:        001

Page 4 of 13

## CREDITS CONTINUED

| Value Date | References | Credits / Debits | Description |
|---|---|---|---|
| 09JAN | USD YOUR: O/B BKAM IL CGO<br>OUR: 0314714009FF | 9,161.11 | B-P-1-S 1 ML PREMIER FUND BBI=/TIME<br>IMAD: 0108A1Q002CC000513<br>FEDWIRE CREDIT<br>VIA: BANK OF AMERICA<br>/071000039<br>B/O: ADVANCED REFINING TECHNOLOGIES<br>COLUMBIA MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0016001257 RFB=O/B BKAM IL CGO OBI<br>=INTEREST PAYMENT FOR ART LLC FOR J |
| 09JAN | USD YOUR: O/B BKAM IL CGO<br>OUR: 0148013009FF | 614,908.24 | IMAD: 0109GIQFGY2C001163<br>FEDWIRE CREDIT<br>VIA: BANK OF AMERICA<br>/071000039<br>B/O: W.R. GRACE & CO. CON -TREASURY<br>COLUMBIA MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0016001257 RFB=O/B BKAM IL CGO OBI<br>=WWT BBI=/TIME/12114 |
| 09JAN | USD YOUR: O/B WACHOVIA BK<br>OUR: 0228514009FF | 794,762.00 | IMAD: 0109GIQFGY2C000452<br>FEDWIRE CREDIT<br>VIA: WACHOVIA BANK BANK OF NC,NA<br>/053000219<br>B/O: W R GRACE & CO. - CONN.<br>COLUMBIA MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0016001257 RFB=O/B WACHOVIA BK OBI<br>=FUNDS TRANSFER FROM DAVISON LOCKBO |
| 09JAN | USD YOUR: MAESTRO<br>OUR: 0329409009FF | 3,700,000.00 | IMAD: 0109E3QPAAIC002548<br>FEDWIRE CREDIT<br>VIA: STATE STREET BANK & TRUST COMP<br>/011000028<br>B/O: W R GRACE & CO - CONN<br>COLUMBIA MD 21044-4029<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0016001257 RFB=MAESTRO OBI=FUND-31 |
| 12JAN | USD YOUR: O/B BKAM IL CGO<br>OUR: 0118114012FF | 2,385,854.54 | B-P-1-S 1 ML PREMIER FUND BBI=/TIME<br>IMAD: 0109A1Q0026C001442<br>FEDWIRE CREDIT<br>VIA: BANK OF AMERICA |

H-000088

JPMorganChase

Statement of Account

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

| | | |
|---|---|
| Account No: | 018-001257 |
| Statement Start Date: | 01 JAN 2004 |
| Statement End Date: | 15 JAN 2004 |
| Statement Code: | S00-USA-22 |
| Statement No: | 001 |
| **Page 5 of 13** | |

| Ledger Date | Value Date | | Reference | Debit | Credit | Description |
|---|---|---|---|---|---|---|

## CREDITS CONTINUED

| Ledger Date | Value Date | | Reference | Credit | Description |
|---|---|---|---|---|---|
| 12JAN | 12JAN | USD | YOUR: O/B WACHOVIA BK<br>OUR: 0117313012FF | 2,539,921.00 | /071000039<br>B/O: W.R. GRACE & CO. CON -TREASURY<br>COLUMBIA MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0001600l257 RFB=O/B BKAM IL CGO OBI<br>=HOWT BBI=/TIME/11:13<br>IMAD: 0112G10FGY2C000295 |
| 13JAN | 13JAN | USD | YOUR: O/B WACHOVIA BK<br>OUR: 0073508013FF | 1,630,942.00 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK BANK OF NC,NA<br>/05300219<br>B/O: W R GRACE & CO. - CONN.<br>COLUMBIA MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0001600l257 RFB=O/B WACHOVIA BK OBI<br>=FUNDS TRANSFER FROM DAVISON LOCKBO<br>IMAD: 0112E3QPAA1C001412 |
| 13JAN | 13JAN | USD | YOUR: O/B BKAM IL CGO<br>OUR: 0071301013FF | 2,946,840.91 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK BANK OF NC,NA<br>/05300219<br>B/O: W R GRACE & CO. - CONN.<br>COLUMBIA MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0001600l257 RFB=O/B WACHOVIA BK OBI<br>=FUNDS TRANSFER FROM DAVISON LOCKBO<br>IMAD: 0113E3QPAA1C000551 |
| 13JAN | 13JAN | USD | YOUR: CAP OF 04/01/13<br>OUR: 0424600013J0 | 3,600,000.00 | FEDWIRE CREDIT<br>VIA: BANK OF AMERICA<br>/071000039<br>B/O: W.R. GRACE & CO. CON -TREASURY<br>COLUMBIA MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0001600l257 RFB=O/B BKAM IL CGO OBI<br>=HOWT BBI=/TIME/10:07<br>IMAD: 0113G10FGY2C000256 |
| 14JAN | | USD | OUR: 0148124922TC | 7,961.00 | BOOK TRANSFER CREDIT<br>B/O: GRACE INTERNATIONAL HOLDINGS,I<br>CAMBRIDGE MA 02140-<br>ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:COMPANYID<br>ORIG ID:901600l257 DESC DATE:OFFSET |

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No: 016-001257
Statement Start Date: 01 JAN 2004
Statement End Date: 15 JAN 2004
Statement Code: S00-USA-22
Statement No: 001

Page 6 of 13

| Post Date | Al Ledger Date | V | T | References | Value Date | Debits/Credits | Description | Closing Balance | Date |
|---|---|---|---|---|---|---|---|---|---|

**CREDITS CONTINUED**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 14JAN | 14JAN | USD | YOUR: O/B BKAM IL C60 OUR: 0266801014FF | | 1,948,418.26 | CO ENTRY DESCR:TAXEPAYMNTSEC:CCD TRACE#:021000028124922 EED:040114 IND ID:9016001257 IND NAME:EFT FILE NAME: R013047 EFT/ACH CREATED OFFSET FOR ORIGIN#: /81343Z199  CO EFF DATE: 04/01/14 +FEDWIRE CREDIT /071000039 B/O:W.R. GRACE & CO. CON -TREASURY COLUMBIA MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0001600125? RFB=O/B BKAM IL C60 OBI +HOWT BBI=/TIME/14:01 IMAD: 0114G1QF6Y2C001425 | | |
| 14JAN | 14JAN | USD | YOUR: O/B WACHOVIA BK OUR: 0269401014FF | | 2,351,251.00 | FEDWIRE CREDIT /05300021? B/O: W R GRACE & CO. - CONN. VIA: WACHOVIA BANK BANK OF NC,NA COLUMBIA MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0001600125? RFB=O/B WACHOVIA BK OBI =FUNDS TRANSFER FROM DAVISON LOCKBO IMAD: 0114E3QPAA1C002557 | | |
| 15JAN | 15JAN | USD | YOUR: MAESTRO OUR: 0509514015FF | | 1,000,000.00 | FEDWIRE CREDIT /01100028 B/O: W R GRACE & CO - CONN COLUMBIA MD 21044-4029 REF:/CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0001600125? RFB=MAESTRO OBI=FUND-31 87? 1-S 1 ML PREMIER FUND BBI=/TIME IMAD: 0115A1Q002GC001944 | | |
| 15JAN | 15JAN | USD | YOUR: O/B BKAM IL C60 OUR: 0166401015FF | | 1,033,765.92 | VIA: BANK OF AMERICA +FEDWIRE CREDIT /071000039 B/O:W.R. GRACE & CO. CON -TREASURY COLUMBIA MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0001600125? RFB=O/B BKAM IL C60 OBI | | |

H-000090

Statement of Account

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

| Account No: | 016-001257 |
| Statement Start Date: | 01 JAN 2004 |
| Statement End Date: | 15 JAN 2004 |
| Statement Code: | S00-USA-22 |
| Statement No: | 001 |
| **Page 7 of 13** | |

## CREDITS CONTINUED

| Post Date | Value Date | | Reference | Credit / Debit | Description |
|---|---|---|---|---|---|
| 15JAN | 15JAN | USD | YOUR: O/B WACHOVIA BK<br>OUR: 0169603015FF | 1,366,586.00 | =HQWT BBI=/TIME/11:22<br>IMAD: 0115G1QFGY2C000549<br>FEDWIRE CREDIT<br>VIA: WACHOVIA BANK BANK OF NC,NA<br>/05300219<br>B/O: W R GRACE & CO. - CONN.<br>COLUMBIA MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0001600257 RFB=O/B WACHOVIA BK OBI<br>=FUNDS TRANSFER FROM DAVISON LOCKBO<br>IMAD: 0115E3QPAAIC001886 |

## DEBITS

| Post Date | Value Date | | Reference | Credit / Debit | Description |
|---|---|---|---|---|---|
| 02JAN | | USD | OUR: 0030620118XF | 3,653.33 | AUTOMATIC DOLLAR/FLOAT TRANSFER<br>TO ACCOUNT 0003238B1963 |
| 02JAN | | USD | OUR: 001554011BXF | 89,918.02 | AUTOMATIC DOLLAR/FLOAT TRANSFER<br>TO ACCOUNT 00323196705 |
| 02JAN | 02JAN | USD | YOUR: NONREF<br>OUR: 1797700002J0 | 170,252.07 | FEDWIRE DEBIT<br>VIA: FRB<br>/21000358<br>A/C: BANK AMERICA BUSINESS CREDIT,<br>ATTN, JOANN BASDEO 212-503-7642<br>REF: /TIME/15:22 |
| 05JAN | | USD | OUR: 0102B1QGC06C003932 | 870.66 | IMAD: 0102B1QGC06C003932<br>FEDWIRE DEBIT<br>VIA: DBTCO AMERICAS NYC<br>/021001033<br>A/C: FPRS DEPOSITORY<br>REF: FFC TO PLAN 89994 W.R. GRACE &<br>CO. ATTN: FPRS |
| 05JAN | | USD | OUR: 0029610114XF | 2,595.06 | IMAD: 0105B1QGC08C004494<br>AUTOMATIC DOLLAR/FLOAT TRANSFER<br>TO ACCOUNT 0003238B1963 |
| 05JAN | | USD | OUR: 0014750114XF | 42,201.50 | AUTOMATIC DOLLAR/FLOAT TRANSFER<br>TO ACCOUNT 00323196705 |
| 05JAN | 05JAN | USD | YOUR: NONREF<br>OUR: 2372900005J0 | 8,000,000.00 | FEDWIRE DEBIT<br>VIA: STATE ST BOS<br>/011000028<br>A/C: MERRILL LYNCH PREMIER INSTITUT<br>REF: FFC TO ACCOUNT 332735 NO WR G<br>RACE & CO. - CONN ATTN:MERRILL GROU<br>P (TRANSFER FUNDS)/TIME/17:07<br>IMAD: 0105B1QGC06C004470 |

H-000091

Account No: 016-001257
Statement Start Date: 01 JAN 2004
Statement End Date: 15 JAN 2004
Statement Code: S00-USA-22
Statement No: 001
Page 8 of 13

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA  02140

TS

## DEBITS CONTINUED

| Post Date | Value Date | F | Reference | Credit & Debit | Description |
|---|---|---|---|---|---|
| 06JAN | 06JAN | | USD YOUR: NONREF OUR: 2088400006J0 | 1,974.58 | 600K TRANSFER DEBIT A/C: 0022430680 METROPOLITAN LIFE INSURANCE COMPANY REF: ATTN: W.R. GRACE & CO. NO. 913 /70 |
| 06JAN | | | USD OUR: 001463011 4XF | 20,943.76 | AUTOMATIC DOLLAR/FLOAT TRANSFER 70 ACCOUNT 0003231 96705 |
| 06JAN | | | USD OUR: 002953011 4XF | 182,627.12 | AUTOMATIC DOLLAR/FLOAT TRANSFER 70 ACCOUNT 0003235 881963 |
| 06JAN | | | USD YOUR: NONREF OUR: 0789300006J0 | 820,788.99 | FEDWIRE DEBIT VIA: ALLFIRST BANK /052000113 A/C: GRACE DAVISON REF: HOURLY PAYROLL IMAD: 0106B1Q8C03C001803 |
| 06JAN | | | USD YOUR: NONREF OUR: 2088300006J0 | 10,000,000.00 | FEDWIRE DEBIT VIA: WACHOVIA BK NA NC /053000219 A/C: W.R. GRACE & CO. - CONN REF: W.R GRACE PAYMENT FOR CONTROLL ED DISBURSEMENT ACCOUNTS/TIME/17:11 IMAD: 0106B1Q8C07C004144 |
| 07JAN | | | USD YOUR: NONREF OUR: 2107100007J0 | 749.46 | CHIPS DEBIT VIA: CITIBANK /0008 A/C: COMPANIA ASEGURADORA DE FIANZA REF: POLIZA DE CUMPLIMIENTO W.R. GR ACE CONTRATO ECOPETROL NO 324557 20 03 SSN: 0236020 |
| 07JAN | | | USD YOUR: NONREF OUR: 2035100007J0 | 8,606.80 | FEDWIRE DEBIT VIA: FI21000358 /121000358 A/C: BANK AMERICA BUSINESS CREDIT, ATTN. JOANN BASDEO 212-503-7642 REF: LEGAL FEES/TIME/16:28 IMAD: 0107B1Q8C04C003997 /0958 |
| 07JAN | | | USD YOUR: NONREF OUR: 2107200007J0 | 10,050.00 | CHIPS DEBIT VIA: ABN AMRO BANK N V /0958 A/C: ECOPETROL REF: CONTRACT 324557 2003 IMPUESTO DE TIMBRE (STAMP TAX) SSN: 0236017 |

JPMorganChase

Statement of Account

In US Dollars

TS

Account No: 016-001257
Statement Start Date: 01 JAN 2004
Statement End Date: 15 JAN 2004
Statement Code: S00-USA-22
Statement No: 001
Page 9 of 13

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

## DEBITS CONTINUED

| Ledger Date | A/C Ledger Date | Value Date | F | References | Credit/Debit | Description |
|---|---|---|---|---|---|---|
| 07JAN | | 07JAN | USD | YOUR: NONREF OUR: 2035200007JO | 11,769.71 | CHIPS DEBIT VIA: CITIBANK /0008 A/C: BANCO DE OCCIDENTE CALI, COLOMBIA BEN: ALVARO BELTRAN FEGED REF: 0903 THROUGH 1203 EXPENSES SSN: 0254463 |
| 07JAN | | | USD | YOUR: NONREF OUR: 2035500007JO | 18,900.00 | CHIPS DEBIT VIA: DEUTSCHE BANK TRUST CO AMERICA /0103 A/C: ACHABAEE2X AS HANSAPANK ESTONIA BEN: AS SILMET REF: GRACE DAVISON PAYMENT OF INV 5 9347 SSN: 0253479 |
| | | | USD | OUR: 002972014XF | 41,131.64 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 00032881963 |
| | | | USD | OUR: 0015100114XF | 168,673.01 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 00032196705 |
| 07JAN | | | USD | YOUR: NONREF OUR: 2035000007JO | 1,100,000.00 | FEDWIRE DEBIT VIA: WACHOVIA BK NA NC /053000219 A/C: W.R. GRACE & CO. - CONN REF: W.R GRACE PAYMENT FOR CONTROLL ED DISBURSEMENT ACCOUNTS/TIME/16:28 IMAD: 0107B1QGC04C003996 |
| 07JAN | | | USD | YOUR: NONREF OUR: 2034900007JO | 2,500,000.00 | FEDWIRE DEBIT VIA: STATE ST BOS /011000028 A/C: MERRILL LYNCH PREMIER INSTITUT REF: FFC TO ACCOUNT 3323735 NO WR G RACE & CO. - CONN ATTN:MERRILL GROU P (TRANSFER FUNDS)/TIME/16:27 IMAD: 0107B1QGC07C003998 |
| 08JAN | | | USD | OUR: 0030600114XF | 785.20 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 00032881963 |
| 08JAN | | | USD | YOUR: NONREF OUR: 0900700008JO | 991.73 | CHIPS DEBIT VIA: DEUTSCHE BANK TRUST CO AMERICA /0103 A/C: FPRS DEPOSITORY REF: FFC TO PLAN 89994 W.R. GRACE & CO. ATTN: FPRS WEEK ENDING 0102 HO |

Account No: 018-001257
Statement Start Date: 01 JAN 2004
Statement End Date: 15 JAN 2004
Statement Code: S00-USA-22
Statement No: 001
Page 10 of 13

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

TS

## DEBITS CONTINUED

| Post Date | Value Date | Cr/Dr | T | Reference | | Credit/Debit | Detail |
|---|---|---|---|---|---|---|---|

08JAN | | | USD OUR: 001528011 4XF | | 18,199.20 | URLY DAVISON PP
/SSN:0208263
AUTOMATIC DOLLAR/FLOAT TRANSFER
TO ACCOUNT 0003231967 05

08JAN | | | USD YOUR: NONREF   OUR: 090060000 8JO | | 129,050.11 | CHIPS DEBIT
VIA:DEUTSCHE BANK TRUST CO AMERICA
/0103
A/C: FPRS DEPOSITORY
REF: FFC TO PLAN 89994 W.R. GRACE &
CO. ATTN:FPRS WEEK ENDING 0102 HO
URLY DAVISON PP
/SSN:0208242

08JAN | | | USD YOUR: NONREF   OUR: 126880000 8JO | | 340,861.00 | CHIPS DEBIT
VIA: BANK OF NEW YORK
/0001
A/C: MARSH USA INC., NEW YORK
REF: W.R. GRACE INV 769265 FIDUCIAR
Y/LIAB PREMIUM
/SSN:0220689

08JAN | | | USD YOUR: NONREF   OUR: 088700000 8JO | | 2,744,628.39 | FEDWIRE DEBIT
VIA:ALLFIRST BANK
/052000113
A/C: GRACE DAVISON
REF: SALARIED PAYROLL
IMAD: 0108B1QGC05C002170

08JAN | | | USD YOUR: NONREF   OUR: 165070000 8JO | | 3,600,000.00 | FEDWIRE DEBIT
VIA: WACHOVIA BK NA NC
/053000219
A/C: W.R. GRACE & CO. - CONN
REF: W.R. GRACE PAYMENT FOR CONTROLL
ED DISBURSEMENT ACCOUNTS/TIME/15:09
IMAD: 0108B1QGC01C003327

09JAN | | | USD OUR: 003163011 4XF | | 10,125.00 | AUTOMATIC DOLLAR/FLOAT TRANSFER
TO ACCOUNT 0003238819 63

09JAN | | | USD OUR: 001577011 4XF | | 13,656.35 | AUTOMATIC DOLLAR/FLOAT TRANSFER
TO ACCOUNT 0003231967 05

09JAN | | | USD YOUR: NONREF   OUR: 211490000 9JO | | 100,000.00 | BOOK TRANSFER DEBIT
A/C: W R GRACE & CO
COLUMBIA MD 21044-4098
REF: CHASE MEDICAL ACCT FUNDING

09JAN | | | USD YOUR: NONREF   OUR: 211500000 9JO | | 5,000,000.00 | FEDWIRE DEBIT
VIA: WACHOVIA BK NA NC
/053000219
A/C: W.R. GRACE & CO. - CONN

H-000094

Account No: 018-001257
Statement Start Date: 01 JAN 2004
Statement End Date: 15 JAN 2004
Statement Code: S00-USA-22
Statement No: 001
Page 11 of 13

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

TS

## DEBITS CONTINUED

| Value Date | Amount | Reference |
|---|---|---|
| 12JAN | 195.00 | REF: W.R. GRACE PAYMENT FOR CONTROLLED DISBURSEMENT ACCOUNTS/TIME/16:21 /MAD: 0109B1QGC02C004216 AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 00032381963 — USD OUR: 0031850114XF |
| 12JAN | 41,915.35 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 00032319705 — USD OUR: 0015770114XF |
| 12JAN | 700,000.00 | FEDWIRE DEBIT VIA: WACHOVIA BK NA NC /053000219 A/C: W.R. GRACE & CO. - CONN REF: W.R. GRACE PAYMENT FOR CONTROLLED DISBURSEMENT ACCOUNTS/TIME/16:05 /MAD: 0112B1QGC03C004209 — USD YOUR: NONREF  OUR: 2185700012J0 |
| 12JAN | 4,200,000.00 | FEDWIRE DEBIT VIA: STATE ST BOS /011000028 A/C: MERRILL LYNCH PREMIER INSTITUT REF: FFC TO ACCOUNT 332735 NO WR GRACE & CO. - CONN ATTN:MERRILL GROUP (TRANSFER FUNDS)/TIME/16:06 /MAD: 0112B1QGC05C004252 — USD YOUR: NONREF  OUR: 2185800012J0 |
| 13JAN | 187.50 | FEDWIRE DEBIT VIA: UBS AG NYC /026007993 A/C: ACWT61695000 CORRAL & ROSALES REF: ATTN: JUDITH LU (MIAMI AGENCY) TEL:305-375-0110 72410000-5200135 /MAD: 0113B1QGC04C004405 — USD YOUR: NONREF  OUR: 2183000013J0 |
| 13JAN | 1,849.73 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 00032381963 — USD OUR: 0030530114XF |
| 13JAN | 7,961.00 | BOOK TRANSFER DEBIT A/C: CB/EFTS PRE-FUNDING CLEARING A TAMPA FL 33634- — USD YOUR: ACH OF 04/01/13  OUR: 0265500013HP |
| 13JAN | 27,696.68 | CHIPS DEBIT VIA: DEUTSCHE BANK TRUST CO AMERICA /0103 A/C: ACDEUTNL2A DEUTSCHE BANK AG AMSTERDAM BEN: A & MINERALS LTD. SSN: 0256763 — USD YOUR: NONREF  OUR: 2086660013J0 |
| 13JAN | 55,140.60 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 00032319705 — USD OUR: 0015190114XF |

Account No: 016-001257
Statement Start Date: 01 JAN 2004
Statement End Date: 15 JAN 2004
Statement Code: S00-USA-22
Statement No: 001
Page 12 of 13

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

## DEBITS (CONTINUED)

| Ledger Date | Val Date | Reference | Funds/Debit | Description |
|---|---|---|---|---|
| 13JAN | 13JAN | USD YOUR: NONREF OUR: 2086700013J0 | 107,196.44 | BOOK TRANSFER DEBIT A/C: NATEXIS BANQUE POPULAIRES (CCB PARIS CEDEX 09 FRANCE 75427- BEN.:3002155003040941150147 6 RMDIA TERRES RARERS REF: GRACE DAVISON ROYALTY PAYMENT |
| 13JAN | 13JAN | USD YOUR: NONREF OUR: 0486100013J0 | 877,783.48 | FEDWIRE DEBIT VIA: ALLFIRST BANK /052000113 A/C: GRACE DAVISON REF: HOURLY PAYROLL IMAD: 0113B1QGC03C001404 |
| 13JAN | 13JAN | USD YOUR: NONREF OUR: 2086800013J0 | 1,600,000.00 | FEDWIRE DEBIT VIA: STATE ST BOS /011000028 A/C: MERRILL LYNCH PREMIER INSTITUT REF: FFC TO ACCOUNT 3323735 NO WR G RACE & CO. - CONN ATTN:MERRILL GROU P (TRANSFER FUNDS)/TIME/16:48 IMAD: 0113B1QGC01C004192 |
| 13JAN | 13JAN | USD YOUR: NONREF OUR: 2086500013J0 | 5,500,000.00 | FEDWIRE DEBIT VIA: WACHOVIA BK NA NC /053000219 A/C: W.R. GRACE & CO. - CONN REF: W.R. GRACE PAYMENT FOR CONTROLL ED/DISBURSEMENT ACCOUNTS/TIME/16:48 IMAD: 0113B1QGC08C004144 |
| 14JAN | 14JAN | USD YOUR: NONREF OUR: 2225200014J0 | 946.90 | FEDWIRE DEBIT VIA: PNCBANK NJ /031207607 A/C: STOFFEL SEALS CORP REF: GRACE DAVISON PAYING INFORMA I NV FOR ORDER 0349749 IMAD: 0114B1QGC07C004635 |
| 14JAN | | USD OUR: 0148257209TC | 1,610.00 | ELECTRONIC FUNDS TRANSFER ORIG CO NAME:COMPANYID ORIG ID:901601257 DESC DATE:040114 CO ENTRY DESCR:TAXEPAYMNTSEC:CCD TRACE#:021000028257209 EED:040114 IND ID:ME-0100086 |
| 14JAN | | USD OUR: 0148257210TC | 6,351.00 | IND NAME:STATE OF MICHIGAN ELECTRONIC FUNDS TRANSFER ORIG CO NAME:COMPANYID ORIG ID:901601257 DESC DATE:040114 |

H-000096

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No:                016-001257
Statement Start Date:      01 JAN 2004
Statement End Date:        15 JAN 2004
Statement Code:            S00-USA-22
Statement No:              001

Page 13 of 13

TS

## DEBITS CONTINUED

| Posting Date | Value Date | F | X | References | Credit/Debit | Description |
|---|---|---|---|---|---|---|
| 14JAN | | | | USD OUR: 0015770114XF | | CO ENTRY DESCR:TAXEPAYMNTSEC:CCD<br>TRACE#:021000028257210 EED:040114<br>IND ID:10148551<br>IND NAME:STATE OF N. CAROLINA |
| 14JAN | | | | USD YOUR: NONREF<br>OUR: 2256000014JO | 41,777.00 | AUTOMATIC DOLLAR/FLOAT TRANSFER<br>TO ACCOUNT 00323196705 |
| | | | | | 1,500,000.00 | FEDWIRE DEBIT<br>VIA: WACHOVIA BK NA NC<br>/053000219<br>A/C: W.R. GRACE & CO. - CONN<br>REF/ W.R GRACE PAYMENT FOR CONTROLL<br>ED/DISBURSEMENT ACCOUNTS<br>IMAD: 0114B1QGC05C004644 |
| 14JAN | | | | USD YOUR: NONREF<br>OUR: 2256100014JO | 2,800,000.00 | FEDWIRE DEBIT<br>VIA: STATE ST BOS<br>/011000028<br>A/C: MERRILL LYNCH PREMIER INSTITUT<br>REF: FFC TO ACCOUNT 3323735 NO WR G<br>RACE & CO. - CONN ATTN:MERRILL GROU<br>P (TRANSFER FUNDS)/TIME/16:24<br>ZMAD: 0114B1QGC01C004605 |
| 15JAN | | | | USD OUR: 0032830114XF | 588.88 | AUTOMATIC DOLLAR/FLOAT TRANSFER<br>TO ACCOUNT 00323881963 |
| 15JAN | | | | USD OUR: 0016190114XF | 35,173.65 | AUTOMATIC DOLLAR/FLOAT TRANSFER<br>TO ACCOUNT 00323196705 |
| 15JAN | | | | USD YOUR: NONREF<br>OUR: 2198000015JO | 3,300,000.00 | FEDWIRE DEBIT<br>VIA: WACHOVIA BK NA NC<br>/053000219<br>A/C: W.R. GRACE & CO. - CONN<br>REF: W.R GRACE PAYMENT FOR CONTROLL<br>ED DISBURSEMENT ACCOUNTS<br>IMAD: 0115B1QGC03C006268 |

## CHECKS

*No Activity*

H-000097

# JPMorganChase

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITEMORE AVENUE
CAMBRIDGE MA 02140

Account No: 016-001257
Statement Start Date: 16 JAN 2004
Statement End Date: 30 JAN 2004
Statement Code: S00-USA-22
Statement No:
Page 1 of 10

## TRANSACTIONS

| | | |
|---|---|---|
| Total Credits | 32 | 68,187,044.30 |
| Total Debits (incl. checks) | 73 | 68,225,448.09 |
| Total Checks Paid | 0 | 0.00 |

## BALANCES

| Opening (16 JAN 2004) | | Closing (30 JAN 2004) | |
|---|---|---|---|
| Ledger | 291,255.48 | Ledger | 252,851.69 |

## ENCLOSURES

| Credits | |
|---|---|
| Debits | |
| Checks | |

## LEDGER BALANCES

| Date | |
|---|---|
| 16JAN | 222,189.60 |
| 20JAN | 222,937.30 |
| 21JAN | 171,005.27 |
| 22JAN | 28,386.33 |
| 23JAN | 247,010.41 |
| 26JAN | 926,710.07 |
| 27JAN | 826,101.34 |
| 28JAN | 261,008.24 |
| 29JAN | 235,406.24 |
| 30JAN | 252,851.69 |

## CREDITS

| Ledger Date | Value Date | References | Credit/Debit | Description |
|---|---|---|---|---|
| 16JAN | | USD YOUR: O/B WACHOVIA BK OUR: 0131514016FF | 1,541,887.00 | FEDWIRE CREDIT VIA: WACHOVIA BANK BANK OF NC,NA /053000219 B/O: W R GRACE & CO. - CONN. COLUMBIA MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0001601257 RFB=O/B WACHOVIA BK OBI FUNDS TRANSFER FROM DAVISON LOCKBO /MAD: 0116630PAAIC001557 |
| 16JAN | | USD YOUR: O/B BKAM IL CG0 OUR: 0136108016FF | 1,644,101.57 | FEDWIRE CREDIT VIA: BANK OF AMERICA /071000039 B/O: W.R. GRACE & CO. CON -TREASURY COLUMBIA MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0001601257 RFB=O/B BKAM IL CG0 OBI AMT BNI=/TIME/11:36 /MAD: 0116G1PFGY2C000388 |
| 20JAN | | USD YOUR: O/B BKAM IL CG0 OUR: 0149514020FF | 2,252,370.29 | FEDWIRE CREDIT VIA: BANK OF AMERICA /071000039 B/O: W.R. GRACE & CO. CON -TREASURY COLUMBIA MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0001601257 RFB=O/B BKAM IL CG0 OBI |

FT CODE:

| USD - SAME DAY FUNDS | US1 - ONE DAY FLOAT | US3 - THREE DAY FLOAT | US5 - FIVE DAY FLOAT |
|---|---|---|---|
| USN - NEXT DAY FUNDS | US2 - TWO DAY FLOAT | US4 - FOUR DAY FLOAT | USM - MIXED FLOAT |

PLEASE EXAMINE THIS STATEMENT OF ACCOUNT AT ONCE. THE MAINTENANCE OF THIS ACCOUNT IS SUBJECT TO THE PROVISIONS OF THE NEW YORK UNIFORM COMMERCIAL CODE AND THE BANK'S TERMS AND CONDITIONS FOR BUSINESS ACCOUNTS AND SERVICES. THE BANK DISCLAIMS RESPONSIBILITY FOR ANY ERROR IN OR IMPROPER CHARGE TO THE ACCOUNT AS RENDERED UNLESS INFORMED IN WRITING OF THIS ERROR OR CHARGE WITHIN SIXTY DAYS OF THE DELIVERY, MAILING OR AVAILABILITY OF THE STATEMENT AND CANCELED VOUCHERS. KINDLY REFER TO THE INSTRUCTIONS ON THE REVERSE SIDE OF THIS STATEMENT IN ORDER TO DIRECT YOUR INQUIRIES TO THE PROPER DEPARTMENT FOR PROMPT ACTION.

H-000098

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No: 018-001257
Statement Start Date: 16 JAN 2004
Statement End Date: 30 JAN 2004
Statement Code: S00-USA-22
Statement No: 002

Page 2 of 18

| Ledger Date | Value Date | CR | DR | References | Credit / Debit | Description | Date | Closing Balance Amount |
|---|---|---|---|---|---|---|---|---|

**CREDITS CONTINUED**

| 20JAN | 20JAN | USD | YOUR: MAESTRO OUR: 0540107020FF | 2,800,000.00 | =HOWT BBI=/TIME/10:15<br>IMAD: 0120G1QFGY2C000392<br>FEDWIRE CREDIT<br>VIA: STATE STREET BANK & TRUST COMP<br>/011000028<br>B/O: W R GRACE & CO - CONN<br>COLUMBIA MD 21044-4029<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>000160012257 RFB=MAESTRO OBI=FUND-31<br>8PP I S ML PREMIER FUND BBI=/TIME | | |
| 20JAN | 20JAN | USD | YOUR: O/B WACHOVIA BK OUR: 0155102020FF | 3,824,109.00 | IMAD: 0120A1Q002HC001772<br>FEDWIRE CREDIT<br>/053/30021<br>VIA: WACHOVIA BANK BANK OF NC,NA<br>/053/30021<br>B/O: W R GRACE & CO. - CONN.<br>COLUMBIA MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>000160012257 RFB=O/B WACHOVIA BK OBI<br>=FUND01TRANSFER FROM DAVISON LOCKBO | | |
| 21JAN | 21JAN | USD | YOUR: O/B BARCLAYS PLC OUR: 0240200021FC | 6,545.00 | IMAD: 0120E3QPAAIC001264<br>CHIPS CREDIT<br>/0257<br>VIA: BARCLAYS BANK PLC<br>/0257<br>B/O: INEOS SILICAS LIMITED<br>REF: NBNF=W.R. GRACE AND COMPANY CA<br>MBRIDGE MA 02140-/AC-000016001257 O<br>RG=INEOS SILICAS LIMITED OGB=BARCLA<br>YS BANK PLC LONDON ENGLAND EC3 NHJ<br>OBI=INV-ROYALTY PAYMENT QTR4, 2003 | | |
| 21JAN | | USD | OUR: 0215833063TC | 190,745.00 | SSN: 0015265<br>ELECTRONIC FUNDS TRANSFER<br>ORIG CD NAME:COMPANYID<br>ORIG ID:9016001257 DESC DATE:OFFSET<br>CO ENTRY DESCR:TAXEPAYMNTSEC:CCD<br>TRACE#:021000025833063 EED:040121<br>IND ID:9016001257<br>IND NAME:EFT FILE NAME: R020043<br>EFT/ACH CREATED OFFSET FOR ORIGIN#:<br>813432199 CO EFF DATE: 04/01/21 | | |
| 21JAN | 21JAN | USD | YOUR: O/B WACHOVIA BK OUR: 0250813021FF | 2,517,231.00 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK BANK OF NC,NA<br>/053000219 | | |

H-000099

016-001257
16 JAN 2004
30 JAN 2004
S00-USA-22
002
Page 3 of 18

Account No:
Statement Start Date:
Statement End Date:
Statement Code:
Statement No:

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN. DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

TS

| Ledger Date | Adj Ledger Date | F T | Value Date | References | Debit/Credit | Description | Date | Closing Balance Amount |
|---|---|---|---|---|---|---|---|---|

**CREDITS CONTINUED**

21JAN USD YOUR: O/B BKAM IL CGO
OUR: 0281408021FF

2,691,105.85
FEDWIRE CREDIT
VIA: BANK OF AMERICA
/071000039
B/O: W.R. GRACE & CO. CON -TREASURY
COLUMBIA MD 21044-4098
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY CAMBRIDGE MA 02140-/AC-0
0001600257 RFB=O/B WACHOVIA BK OBI
=FUNDS TRANSFER FROM DAVISON LOCKBO
IMAD: 0121ES3QPAAIC002610

22JAN USD YOUR: O/B WACHOVIA BK
OUR: 0088503022FF

1,011,910.00
FEDWIRE CREDIT
VIA: WACHOVIA BANK BANK OF NC,NA
/053000219
B/O: W R GRACE & CO. - CONN.
COLUMBIA MD 21044-4098
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY CAMBRIDGE MA 02140-/AC-0
0001600257 RFB=O/B WACHOVIA BK OBI
=FUNDS TRANSFER FROM DAVISON LOCKBO
IMAD: 0121G1QFGY2C000945

22JAN USD YOUR: O/B BKAM IL CGO
OUR: 0089802022FF

1,381,468.53
FEDWIRE CREDIT
VIA: BANK OF AMERICA
/071000039
B/O: W.R. GRACE & CO. CON -TREASURY
COLUMBIA MD 21044-4098
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY CAMBRIDGE MA 02140-/AC-0
00q1600257 RFB=O/B BKAM IL CGO OBI
=WOMT BBI=/TIME/10:34
IMAD: 0122E3QPAAIC000866

22JAN USD YOUR: MAESTRO
OUR: 0335202022FF

5,200,000.00
FEDWIRE CREDIT
VIA: STATE STREET BANK & TRUST COMP
/011000028
B/O: W R GRACE & CO - CONN
COLUMBIA MD 21044-4029
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY CAMBRIDGE MA 02140-/AC-0

016-001257
16 JAN 2004
30 JAN 2004
S00-USA-22
002
Page 4 of 18

Account No:
Statement Start Date:
Statement End Date:
Statement Code:
Statement No:

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN. DARLEN PARLIN
62 WHITEMORE AVENUE
CAMBRIDGE MA  02140

TS

| Ledger Date | Adj Ledger Date | Value Date | F | References | Description | Credit / Debit | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|

**CREDITS CONTINUED**

| 23JAN | | | USD YOUR: O/B CITIBANK NYC OUR: 2439300023FC | | 0001601257 RFB=MAESTRO OBI=FUND-31 B-P-1-5 ML PREMIER FUND BBI=/TIME IMAD: 0122AIQ002HC001527 CHIPS CREDIT VIA: CITIBANK /0008 B/O EASTMAN CHEMICAL COMPANY KINGSPORT TN 37662 REF NBNF=W.R. GRACE AND COMPANY CA MBRIDGE MA 02140-/AC-0001601257 0 RG=/4053444 0214 KINGSPORT TN 37662 OBI =4TH QTR ROYALTY PAYMENT | 2,392.59 | | |
| 23JAN | | | USD YOUR: 6008020125230001 OUR: 1071100023FC | | SSN: 0139302 CHIPS CREDIT VIA: BANK OF AMERICA N.A. /0959 B/O: GRACE COLLECTION INC. REF: NBNF=W.R. GRACE AND COMPANY CA MBRIDGE MA 02140-/AC-0001601257 0 RG=/6008325611371 GRACE COLLECTION I NC-/OGB=BANK OF AMERICA NT AND SA L ONDON ENGLAND E14 5AQ | 227,550.56 | | |
| 23JAN | | | USD YOUR: O/B WACHOVIA BK OUR: 021501023FF | | SSN: 0065555 FEDWIRE CREDIT VIA: WACHOVIA BANK BANK OF NC,NA /053000219 B/O: W R GRACE & CO - CONN. COLUMBIA MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0001601257 RFB=O/B WACHOVIA BK OBI =FUNDS TRANSFER FROM DAVISON LOCKBO IMAD: 0123E3QPAAIC002206 | 701,137.00 | | |
| 23JAN | | | USD YOUR: O/B BKAM IL CGO OUR: 0214413023FF | | FEDWIRE CREDIT VIA: BANK OF AMERICA /071000039 B/O: W.R. GRACE & CO. CON -TREASURY COLUMBIA MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0001601257 RFB=O/B BKAM IL CGO OBI =HOWT BBI=/TIME/13:34 IMAD: 0123G1QFGV2C000945 | 1,148,885.88 | | |

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No:  016-001257
Statement Start Date:  16 JAN 2004
Statement End Date:  30 JAN 2004
Statement Code:  S00-USA-22
Statement No:  002

Page 5 of 18

TS

| Ledger Date | Post Ledger Date | Value Date | F | T | References | Credit / Debit | Description |
|---|---|---|---|---|---|---|---|
| **CREDITS CONTINUED** | | | | | | | |
| 23JAN | | 23JAN | | | USD YOUR: 600802012522200001 OUR: 1100700023FC | 9,091,252.76 | CHIPS CREDIT VIA: BANK OF AMERICA N.A. /0959 B/O: GRACE COLLECTION INC. REF: NBNF=W.R. GRACE AND COMPANY CA MBRIDGE MA 02140 /AC-00001601257 0 RG=/600832561137 GRACE COLLECTION I NC. OGB=BANK OF AMERICA NT AND SA L ONDON ENGLAND E14 5AQ SSN: 0045537 |
| 26JAN | | | | | USD YOUR: MAESTRO OUR: 0405613026FF | 1,000,000.00 | FEDWIRE CREDIT VIA: STATE STREET BANK & TRUST COMP /011000028 B/O: W R GRACE & CO - CONN COLUMBIA MD 21044-4029 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0001601257 RFB=MAESTRO FUND=FUND-31 8-P 1-S 1 ML PREMIER FUND BBI=/TIME IMAD: 0126AI0026C001559 |
| 26JAN | | | | | USD YOUR: O/B WACHOVIA BK OUR: 0151908026FF | 1,405,059.00 | FEDWIRE CREDIT VIA: WACHOVIA BANK BANK OF NC,NA /053000219 B/O: W R GRACE & CO. - CONN. COLUMBIA MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0001601257 RFB=O/B WACHOVIA BK OBI =FUNDS TRANSFER FROM DAVISON LOCKBO IMAD: 0126630PAAIC001553 |
| 26JAN | | | | | USD YOUR: O/B BKAM IL CGO OUR: 0159102026FF | 2,817,533.24 | FEDWIRE CREDIT VIA: BANK OF AMERICA /071000039 B/O: W.R. GRACE & CO. CON -TREASURY COLUMBIA MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0001601257 RFB=O/B BKAM IL CGO OBI MONT BBI=/TIME/1154 IMAD: 0126G1QFGV2C000356 |
| 26JAN | | | | | USD YOUR: MAESTRO OUR: 0377001026FF | 4,000,000.00 | FEDWIRE CREDIT VIA: STATE STREET BANK & TRUST COMP /011000028 B/O: W R GRACE & CO - CONN |

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLENE PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No:             016-001257
Statement Start Date:   16 JAN 2004
Statement End Date:     30 JAN 2004
Statement Code:         S00-USA-22
Statement No:           002

Page 6 of 18

| Ledger Date | Value Date | References | Credit / Debit | Description |
|---|---|---|---|---|

## CREDITS CONTINUED

| 27JAN | 27JAN | USD YOUR: O/B WACHOVIA BK OUR: 0129913027FF | 245,751.00 | COLUMBIA MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0001601257 RFB=MAESTRO OBI=FUND-31<br>B-P-1-Q11 ML PREMIER FUND BBI=/TIME<br>IMAD: 012CA1Q02BC001273<br>/FEDWIRE CREDIT<br>VIA: WACHOVIA BANK BANK OF NC,NA<br>/053000219<br>B/O: W R GRACE & CO. - CONN. |
| 27JAN | 27JAN | USD YOUR: O/B BKAM IL CGO OUR: 0126207027FF | 2,882,785.30 | COLUMBIA MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0001601257 RFB=O/B WACHOVIA BK OBI<br>=FUNDS TRANSFER FROM DAVISON LOCKBO<br>/MAD: 012E3QPAAIC001241<br>/FEDWIRE CREDIT<br>VIA: BANK OF AMERICA<br>/071000039<br>B/O: W.R. GRACE & CO. CON -TREASURY |
| 28JAN | 28JAN | USD YOUR: O/B WACHOVIA BK OUR: 0295608028FF | 197,948.00 | COLUMBIA MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0001601257 RFB=O/B WACHOVIA BK OBI<br>=HOWT BBI=/TIME/11:46<br>IMAD: 01276IQFGV2C000401<br>/FEDWIRE CREDIT<br>VIA: WACHOVIA BANK BANK OF NC,NA<br>/053000219<br>B/O: W R GRACE & CO. - CONN. |
| 28JAN | 28JAN | USD OUR: 0284278471TC | 393,552.84 | COLUMBIA MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0001601257 RFB=O/B WACHOVIA BK OBI<br>=FUNDS TRANSFER FROM DAVISON LOCKBO<br>IMAD: 012BE3QPAAIC003107<br>/ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:AON CORPORATION<br>ORIG ID:9005551498 DESC DATE:040127<br>CO ENTRY DESCR:ACH PYMT SEC:CCD<br>TRACE#:021000024278471 EED:040128<br>IND ID:<br>IND NAME:W R GRACE AND CO CONN<br>REF*RETIREEDBPAYMENTS\ |

Account No: 016-001257
Statement Start Date: 16 JAN 2004
Statement End Date: 30 JAN 2004
Statement Code: S00-USA-22
Statement No: 002

Page 7 of 18

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

TS

| Ledger Date | Adj Ledger Date | Value Date | References | F/T | Credit / Debit | Description | Date | Closing Balance |
|---|---|---|---|---|---|---|---|---|
| **CREDITS CONTINUED** | | | | | | | | |
| 28JAN | | 28JAN | USD YOUR: O/B BKAM IL CGO OUR: 026700302BFF | | 1,792,979.31 | FEDWIRE CREDIT /071000039 VIA: BANK OF AMERICA /071000039 B/O: W.R. GRACE & CO. CON -TREASURY COLUMBIA MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0001601257 RFB=O/B BKAM IL CGO OBI =HOWT BBI=/TIME/14:39 IMAD: 0128GIQFGV2C000921 | | |
| 28JAN | | 28JAN | USD YOUR: O/B WACHOVIA BK OUR: 029150702BFF | | 10,000,000.00 | FEDWIRE CREDIT VIA: WACHOVIA BANK BANK OF NC,NA /053000219 B/O: W R GRACE & CO. - CONN. COLUMBIA MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0001601257 RFB=O/B WACHOVIA BK OBI =FUNDS TRANSFER FROM DAVISON LOCKBO IMAD: 0128E3QPAAIC003102 | | |
| 29JAN | | 29JAN | USD YOUR: O/B BKAM IL CGO OUR: 019670302FF | | 1,153,874.38 | FEDWIRE CREDIT VIA: BANK OF AMERICA /071000039 B/O: W.R. GRACE & CO. CON -TREASURY COLUMBIA MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0001601257 RFB=O/B BKAM IL CGO OBI =HOWT BBI=/TIME/12:49 IMAD: 0129GIQFGV2C000706 | | |
| 29JAN | | 29JAN | USD YOUR: O/B WACHOVIA BK OUR: 020930702FF | | 1,864,563.00 | FEDWIRE CREDIT VIA: WACHOVIA BANK BANK OF NC,NA /053000219 B/O: W R GRACE & CO. - CONN. COLUMBIA MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0001601257 RFB=O/B WACHOVIA BK OBI =FUNDS TRANSFER FROM DAVISON LOCKBO IMAD: 0129E3QPAAIC002006 | | |
| 29JAN | | 29JAN | USD YOUR: MAESTRO OUR: 039800902FF | | 2,000,000.00 | FEDWIRE CREDIT VIA: STATE STREET BANK & TRUST COMP /011000028 B/O: W R GRACE & CO - CONN | | |

Account No: 016-001257
Statement Start Date: 16 JAN 2004
Statement End Date: 30 JAN 2004
Statement Code: S00-USA-22
Statement No: 002

Page 8 of 16

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

TS

| Ledger Date | Add Ledger Date | Value Date | F | References | Credit / Debit | Description | Date | Closing Balance |
|---|---|---|---|---|---|---|---|---|

## CREDITS CONTINUED

**30JAN** USD YOUR: 0/B WACHOVIA BK  
OUR: 0424702030FF  
775,534.00

COLUMBIA MD 21044-4029
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY CAMBRIDGE MA 02140-/AC-0
0001601257 RFB=MAES NO OBI=FUND-3I
8-P 1-5 I ML PREMSEI FUND BBI=/TIME
IMAD: 0129AIQ002CCC01597
FEDWIRE CREDIT
VIA: WACHOVIA BANK BANK OF NC,NA
/053000219
B/O: W R GRACE & CO. - CONN.
COLUMBIA MD 21044-4098

**30JAN** USD YOUR: 0/B BKAM IL CGO  
OUR: 0407514030FF  
1,424,772.20

REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY CAMBRIDGE MA 02140-/AC-0
0001601257 RFB=0/B WACHOVIA BK OBI
=FUNDS TRANSFER FRM DAVISON LOCKBO
IMAD: 0130E3QPAAIC005608
FEDWIRE CREDIT
VIA: BANK OF AMERICA
/071000059
B/O: W.R. GRACE & CO. CON -TREASURY
COLUMBIA MD 21044-4098
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY CAMBRIDGE MA 02140-/AC-0
0001601257 RFB=0/B BKAM IL CGO OBI
=HOWT BBI=/TIME/15:16
IMAD: 0130G1QFGYZC001488

## DEBITS

**16JAN** USD YOUR: NONREF  
OUR: 1775000016JO  
2,678.71

FEDWIRE DEBIT
VIA: FLEET NATL BK MA
/011000390
A/C: GRACE COLOMBIA S.A.
REF: W.R. GRACE & CO. - CONN PAYING
INV 032512

**16JAN** USD OUR: 0033430114XF  
6,757.15

IMAD: 0116B1QGC01C002675
AUTOMATIC DOLLAR/FLOAT TRANSFER
TO ACCOUNT 00032381963

**16JAN** USD OUR: 001673O114XF  
45,618.59

AUTOMATIC DOLLAR/FLOAT TRANSFER
TO ACCOUNT 00032319670S

**16JAN** USD YOUR: NONREF  
OUR: 1774800016JO  
1,400,000.00

FEDWIRE DEBIT
VIA: WACHOVIA BK NA NC
/053000219
A/C: W.R. GRACE & CO. - CONN
REF: W.R GRACE PAYMENT FOR CONTROLL

H-000105

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No: 018-001257
Statement Start Date: 16 JAN 2004
Statement End Date: 30 JAN 2004
Statement Code: S00-USA-22
Statement No: 002

Page 9 of 13

TS

| Ledger Date | Value Date | T | References | Credit / Debit | Description |
|---|---|---|---|---|---|
| | | | | **DEBITS CONTINUED** | |
| 16JAN | 16JAN | | USD YOUR: NONREF OUR: 1774900016J0 | 1,800,000.00 | ED DISBURSEMENT ACCOUNTS IMAD: 0116B1QGC07C003933 FEDWIRE DEBIT VIA: STATE ST BOS /011000028 A/C: MERRILL LYNCH PREMIER INSTITUT REF: FFC TO ACCOUNT 3323735 NO WR G RACE & CO - CONN ATTN:MERRILL GROU P |
| 20JAN | | | USD OUR: 0034790114XF | 1,046.89 | (TRANSFER FUNDS)/TIME/14:56 IMAD: 0116B1QGC04C004319 AUTOMATIC DOLLAR/FLOAT TRANSFER |
| 20JAN | | | USD YOUR: NONREF OUR: 3235350020J0 | 19,280.00 | TO ACCOUNT 000523881963 FEDWIRE DEBIT VIA: DBTCO AMERICAS NYC /021001033 A/C: ACHABAEE2X AS HANSAPANK ESTONIA BEN: AS SILMET REF: GRACE DAVISON PAYMENT OF INV 5 9346 |
| 20JAN | | | USD YOUR: NONREF OUR: 3235200020J0 | 35,444.85 | IMAD: 0120B1QGC03C006605 FEDWIRE DEBIT VIA: DBTCO AMERICAS NYC /021001033 A/C: FPRS DEPOSITORY REF: FFC TO PLAN 89994 W.R. GRACE & CO, ATTN: FPRS |
| 20JAN | | | USD OUR: 0017210114XF | 79,047.29 | IMAD: 0120B1QGC02C006856 AUTOMATIC DOLLAR/FLOAT TRANSFER |
| 20JAN | | | USD YOUR: ACH OF 04/01/20 OUR: 0397500020HP | 190,745.00 | TO ACCOUNT 000523196705 BOOK TRANSFER DEBIT A/C: CB/EFTS PRE-FUNDING CLEARING A TAMPA FL 33634- |
| 20JAN | | | USD YOUR: NONREF OUR: 1394900020J0 | 867,744.00 | FEDWIRE DEBIT VIA: ALLFIRST BANK /052000113 A/C: GRACE DAVISON REF: HOURLY PAYROLL |
| 20JAN | | | USD YOUR: NONREF OUR: 3235100020J0 | 1,177,423.66 | IMAD: 0120B1QGC02C003834 FEDWIRE DEBIT VIA: DBTCO AMERICAS NYC /021001033 A/C: FPRS DEPOSITORY REF: FFC TO PLAN 89994 W.R. GRACE & |

Account No: 016-001257
Statement Start Date: 16 JAN 2004
Statement End Date: 30 JAN 2004
Statement Code: S00-USA-22
Statement No: 002
Page 10 of 18

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

| Ledger Date | Att Ledger Date | Value Date | F T | References | Credit / Debit | Description |
|---|---|---|---|---|---|---|

## DEBITS CONTINUED

| Ledger Date | Value Date | References | Credit / Debit | Description |
|---|---|---|---|---|
| 20JAN | 20JAN | USD YOUR: NONREF OUR: 3235000020J0 | 6,500,000.00 | CO. ATTN: FPRS WEEK ENDING 0105, 0 105, ATTN:01204 ADDL 125.75 IN MATCH FO R EMPLOYEE DIDNT RECEIVE MATCH ERRO R SA/BNF/ARIED /053000219 /FEDWIRE DEBIT VIA: WACHOVIA BK NA NC /MAD:0120B10GC02C006855 A/C: W.R. GRACE & CO. - CONN REF: W.R. GRACE PAYMENT FOR CONTROLL ED DISBURSEMENT ACCOUNTS IMAD:0120B10GC02C006854 |
| 21JAN | | USD OUR: 021596I585TC | 110.00 | ELECTRONIC FUNDS TRANSFER ORIG CO NAME:COMPANYID ORIG ID:9016001257 DESC DATE:040121 CO ENTRY DESCR:TAXEPAYMNTSEC:CCD TRACE#:021000025961585 EED:040121 IND ID:SU68SU 04883 IND NAME:STATE OF ALABAMA |
| 21JAN | | USD OUR: 021596I590TC | 211.00 | ELECTRONIC FUNDS TRANSFER ORIG CO NAME:COMPANYID ORIG ID:9016001257 DESC DATE:040121 CO ENTRY DESCR:TAXEPAYMNTSEC:CCD TRACE#:021000025961590 EED:040121 IND ID:057671 IND NAME:STATE OF KENTUCKY |
| 21JAN | | USD OUR: 021596I584TC | 623.00 | ELECTRONIC FUNDS TRANSFER ORIG CO NAME:COMPANYID ORIG ID:9016001257 DESC DATE:040121 CO ENTRY DESCR:TAXEPAYMNTSEC:CCD TRACE#:021000025961584 EED:040121 IND ID:SS6800 01727 IND NAME:STATE OF ALABAMA |
| 21JAN | | USD OUR: 021596I593TC | 1,807.00 | ELECTRONIC FUNDS TRANSFER ORIG CO NAME:COMPANYID ORIG ID:9016001257 DESC DATE:040121 CO ENTRY DESCR:TAXEPAYMNTSEC:CCD TRACE#:021000025961593 EED:040121 IND ID:99528935 IND NAME:STATE OF PENNSYLVANIA |
| 21JAN | | USD OUR: 021596I589TC | 3,679.00 | ELECTRONIC FUNDS TRANSFER ORIG CO NAME:COMPANYID ORIG ID:9016001257 DESC DATE:040121 CO ENTRY DESCR:TAXEPAYMNTSEC:CCD |

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE   MA   02140

TS

Account No: 016-001257
Statement Start Date: 16 JAN 2004
Statement End Date: 30 JAN 2004
Statement Code: S00-USA-22
Statement No: 002

Page 11 of 18

| Ledger Date | Adj Ledger Date | Value Date | F | References | Credit/Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|

## DEBITS CONTINUED

| Ledger Date | References | Credit/Debit | Description |
|---|---|---|---|
| 21 JAN | USD OUR: 021596159 5TC | 6,067.00 | TRACE#:021000025961589 EED:040121 IND ID:00104866000007 IND NAME:STATE OF INDIANA ELECTRONIC FUNDS TRANSFER ORIG CO NAME:COMPANYID ORIG ID:9016001257 DESC DATE:040121 CO ENTRY DESCR:TAXEPAYMNTSEC:CCD TRACE#:021000025961595 EED:040121 IND ID:409013810 |
| 21 JAN | USD OUR: 021596159 2TC | 9,130.00 | IND NAME:STATE OF WASHINGTON ELECTRONIC FUNDS TRANSFER ORIG CO NAME:COMPANYID ORIG ID:9016001257 DESC DATE:040121 CO ENTRY DESCR:TAXEPAYMNTSEC:CCD TRACE#:021000025961592 EED:040121 IND ID:8748206 |
| 21 JAN | USD OUR: 021596159 1TC | 9,936.00 | IND NAME:STATE OF MINNESOTA ELECTRONIC FUNDS TRANSFER ORIG CO NAME:COMPANYID ORIG ID:9016001257 DESC DATE:040121 CO ENTRY DESCR:TAXEPAYMNTSEC:CCD TRACE#:021000025961591 EED:040121 IND ID:0092900750 |
| 21 JAN | USD OUR: 021596158 8TC | 10,583.00 | IND NAME:STATE OF MARYLAND ELECTRONIC FUNDS TRANSFER ORIG CO NAME:COMPANYID ORIG ID:9016001257 DESC DATE:040121 CO ENTRY DESCR:TAXEPAYMNTSEC:CCD TRACE#:021000025961588 EED:040121 IND ID:03188132 |
| 21 JAN | USD OUR: 021596159 4TC | 11,169.00 | IND NAME:STATE OF ILLINOIS ELECTRONIC FUNDS TRANSFER ORIG CO NAME:COMPANYID ORIG ID:9016001257 DESC DATE:040121 CO ENTRY DESCR:TAXEPAYMNTSEC:CCD TRACE#:021000025961594 EED:040121 IND ID:1135114230 9 |
| 21 JAN | USD OUR: 021596158 7TC | 15,306.00 | IND NAME:STATE OF TEXAS ELECTRONIC FUNDS TRANSFER ORIG CO NAME:COMPANYID ORIG ID:9016001257 DESC DATE:040121 CO ENTRY DESCR:TAXEPAYMNTSEC:CCD TRACE#:021000025961587 EED:040121 IND ID:080002316 |

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Account No: | 018-001257 | | | | | | |
| Statement Start Date: | 16 JAN 2004 | | | | | | |
| Statement End Date: | 30 JAN 2004 | | | | | | |
| Statement Code: | S00-USA-22 | | | | | | |
| Statement No: | 002 | | | | | | |

Page 12 of 18

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Closing Balance Date |
|---|---|---|---|---|---|---|---|

*DEBITS CONTINUED*

| 21JAN | | 21JAN | | USD YOUR: NONREF OUR: 2116000021J0 | 19,484.24 | IND NAME:STATE OF FLORIDA FEDWIRE DEBIT VIA: FLEET NATL CONN /011900445 A/C: HARTFORD FIRE INSURANCE REF: PREMIUM PYMNT OF GENERAL LIABI LITY AND WORKERS COMPENSATION POLIC IES GRACES CLAIM SERVICE FEES AND L OSS FOR PERIOD 060103 THRU 060104 | |
| 21JAN | | | | USD OUR: 0015860114XF | 51,308.12 | IMAD: 0121ERIQGC06C004101 AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 0003523196705 | |
| 21JAN | | | | USD OUR: 0031580114XF | 90,106.99 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 0003523881963 | |
| 21JAN | | | | USD YOUR: NONREF OUR: 2115900021J0 | 110,914.43 | CHIPS DEBIT VIA: DEUTSCHE BANK TRUST CO AMERICA /0103 A/C: ACDEUTN12A DEUTSCHE BANK AG AMSTERDAM BEN: A & MINERALS LTD. REF: GRACE DAVISON PYMT OF INV 2510 255 | |
| 21JAN | | | | USD OUR: 0215961586TC | 122,124.00 | SSN: 0249389 ELECTRONIC FUNDS TRANSFER ORIG TO NAME:COMPANYID ORIG ID:901601257 DESC DATE:040121 CO ENTRY DESCR:TAXEPAYMNTSEC:CCD TRACE#:0210000259615B6 EED:040121 IND ID:98038849 IND NAME:STATE OF CALIFORNIA | |
| 21JAN | | | | USD YOUR: NONREF OUR: 2115700021J0 | 1,300,000.00 | FEDWIRE DEBIT VIA: WACHOVIA BK NA NC /053000219 A/C: W.R. GRACE & CO. - CONN REF: W.R. GRACE PAYMENT FOR CONTROLL ED DISBURSEMENT ACCOUNTS IMAD: 0121B1QGC08C004088 | |
| 21JAN | | | | USD YOUR: NONREF OUR: 2115800021J0 | 3,700,000.00 | FEDWIRE DEBIT VIA: STATE ST BOS /011000028 A/C: MERRILL LYNCH PREMIER INSTITUT REF: FFC TO ACCOUNT 3323735 NO WR G RACE & CO. - CONN ATTN:MERRILL GROU P (TRANSFER FUNDS)/TIME/16:10 | |

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No: 016-001257
Statement Start Date: 16 JAN 2004
Statement End Date: 30 JAN 2004
Statement Code: S00-USA-22
Statement No: 002
Page 13 of 18

## DEBITS CONTINUED

| Ledger Date | Rd Ledger Date | Value Date | Reference | Credit/Debit | Description | Date |
|---|---|---|---|---|---|---|
| 22JAN | | 22JAN | USD YOUR: NONREF OUR: 2160900022J0 | 1,926.06 | IMAD: 0121B1QGC04C004269 CHIPS DEBIT VIA: DEUTSCHE BANK TRUST CO AMERICA /0103 A/C: FPRS DEPOSITORY REF: FFC TO PLAN 89994 W.R. GRACE & CO. ATTN: FPRS WEEKENDING 011904 H QURLYDAV CPD PP 3 AND PP4 | |
| 22JAN | | | USD OUR: 003125011XF | 17,567.47 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 00033881963 | |
| 22JAN | | | USD OUR: 001555011XF | 44,619.46 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 00032319670S | |
| 22JAN | | 22JAN | USD YOUR: NONREF OUR: 2160800022J0 | 166,662.98 | CHIPS DEBIT VIA: DEUTSCHE BANK TRUST CO AMERICA /0103 A/C: FPRS DEPOSITORY REF: FFC TO PLAN 89994 W.R. GRACE & CO. ATTN: FPRS WEEK ENDING 011904 DAV CPD PP3, 4 SSN: 021807 | |
| 22JAN | | 22JAN | USD YOUR: NONREF OUR: 2161000022J0 | 290,344.42 | CHIPS DEBIT VIA: CITIBANK /0008 A/C: ACBDABMIIM HAMILTON BERMUDA BEN: MARSH & MCLENNAN GLOBAL BROKIN REF: PROPERTY PROGRAM PREMIUM UNDER ALLIED WORLD ASSURANCE CO. LTD. PO LICY NO P001561/002 SSN: 021809 | |
| 22JAN | | 22JAN | USD YOUR: NONREF OUR: 0838200022J0 | 2,414,877.08 | FEDWIRE DEBIT VIA: ALLFIRST BANK /052000113 A/C: GRACE DAVISON REF: SALARIED PAYROLL IMAD: 0122B1QGC05C002270 | |
| 22JAN | | 22JAN | USD YOUR: NONREF OUR: 2160700022J0 | 4,600,000.00 | FEDWIRE DEBIT VIA: WACHOVIA BK NA NC /053000219 A/C: W. R. GRACE & CO. - CONN REF: W.R GRACE PAYMENT FOR CONTROLL ED DISBURSEMENT ACCOUNTS IMAD: 0122B1QGC05C004317 | |

H-000110

Account No:         016-001257
Statement Start Date:   16 JAN 2004
Statement End Date:     30 JAN 2004
Statement Code:         S00-USA-22
Statement No:           002
Page 14 of 18

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE  MA  02140

TS

| Entry Date | Value Date | References | Credit/Debit | Description |
|---|---|---|---|---|
| **DEBITS CONTINUED** | | | | |
| 23JAN | | USD OUR: 0015630114XF | 17,981.16 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 00323196705 |
| 23JAN | | USD YOUR: NONREF OUR: 2193400023J0 | 24,602.43 | FEDWIRE DEBIT VIA: CENTIER WHITING /01:19028738 A/C: NATIONAL BOND AND TRUST REF: ATTN CAROL HIGHSMITH |
| 23JAN | | USD YOUR: NONREF OUR: 2193500023J0 | 100,000.00 | MAD: 0123B1Q6C03C003658 BOOK TRANSFER DEBIT A/C: W R GRACE & CO COLUMBIA MD 21044-4098 |
| 23JAN | | USD OUR: 0032490114XF | 113,066.04 | REF: CHASE MEDICAL ACCT FUNDING AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 00323881963 |
| 23JAN | | USD YOUR: NONREF OUR: 2193600023J0 | 2,700,000.00 | FEDWIRE DEBIT VIA: STATE ST BOS /011000028 A/C: MERRILL LYNCH PREMIER INSTITUT REF: FFC TO ACCOUNT 3323735 NO WR G RACE & CO. - CONN ATTN:MERRILL GROU (TRANSFER FUNDS)/TIME/16:29 |
| 23JAN | | USD YOUR: NONREF OUR: 2193200023J0 | 3,896,945.38 | MAD: 0123B1Q6C06C005237 FEDWIRE DEBIT VIA: BK NOVA SCOTIA NYC /026002532 A/C: THE BANK OF NOVA SCOTIA TRANSIT 24042 BEN: GRACE CANADA, INC. MONEY MOBILIZATION DIVISION REF: W R GRACE - VALLEYFIELD SETTLE MENT ATTN: PIERRE LEBOURDAIS |
| 23JAN | | USD YOUR: NONREF OUR: 2193300023J0 | 4,300,000.00 | MAD: 0123B1Q6C04C004926 FEDWIRE DEBIT VIA: WACHOVIA BK NA NC /053000219 A/C: W.R. GRACE & CO. - CONN REF: W.R GRACE PAYMENT FOR CONTROLL ED DISBURSEMENT ACCOUNTS |
| 26JAN | | USD OUR: 0032170114XF | 100,338.18 | MAD: 0123B1Q6C02C005221 AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 00323881963 |
| 26JAN | | USD OUR: 0016250114XF | 138,510.86 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 00323196705 |

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No:        016-001257
Statement Start Date:  16 JAN 2004
Statement End Date:   30 JAN 2004
Statement Code:    S00-USA-22
Statement No:      002
Page 15 of 18

| Ledger Date | Value Date | References | Credit/Debit | Closing Balance Amount |
|---|---|---|---|---|

**DEBITS CONTINUED**

| Ledger Date | Value Date | | References | Credit/Debit | Description |
|---|---|---|---|---|---|
| 26JAN | 26JAN | USD | YOUR: NONREF<br>OUR: 2080800026JO | 367,710.00 | FEDWIRE DEBIT<br>VIA: NORTHERN CHGO<br>/071000152<br>A/C: W.R. GRACE & CO. RETIREMENT PLA<br>REF: ATTN: MR. BRUCE HENIKEN SUPPLE<br>MENTAL PENSION PYMNT FOR THE MONTH<br>OF FEBRUARY 204/TIME/15:04 |
| 26JAN | | USD | YOUR: NONREF<br>OUR: 2080600026JO | 999,029.00 | /MAD: 0126B1QGC05C003851<br>BOOK TRANSFER DEBIT<br>A/C: E I DUPONT DE NEMOURS & CO<br>WILMINGTON DE 19898<br>REF: ROYALTY PAYMENT FOR PERIODS: 0 |
| 26JAN | | USD | YOUR: NONREF<br>OUR: 2080900026JO | 1,035,304.24 | ZO103THROUGH 123103<br>FEDWIRE DEBIT<br>VIA: BK NOVA SCOTIA NYC<br>/026002532<br>A/C: THE BANK OF NOVA SCOTIA<br>MISSISSAUGA, ONTARIO CANADA TRANSIT<br>BEN: GRACE CANADA, INC.<br>MONEY MOBILIZATION DIVISON<br>REF/ ATTN: PIERRE LEBOURDAIS |
| 26JAN | | USD | YOUR: NONREF<br>OUR: 2080700026JO | 5,900,000.00 | /MAD: 0126B1QGC03C003892<br>FEDWIRE DEBIT<br>VIA: WACHOVIA BK NA NC<br>/053000219<br>A/C: W.R. GRACE & CO. - CONN<br>REF: W.R. GRACE PAYMENT FOR CONTROLL<br>ED DISBURSEMENT ACCOUNTS<br>/MAD: 0126B1QGC06C003994 |
| 27JAN | | USD | OUR: 003101011 4XF | 2,541.84 | AUTOMATIC DOLLAR/FLOAT TRANSFER<br>TO ACCOUNT 0003Z3881963 |
| 27JAN | | USD | OUR: 001571011 4XF | 18,746.94 | AUTOMATIC DOLLAR/FLOAT TRANSFER<br>TO ACCOUNT 0003Z3196705 |
| 27JAN | | USD | YOUR: NONREF<br>OUR: 1712500027JO | 25,000.00 | FEDWIRE DEBIT<br>VIA: F121000358<br>/121000358<br>A/C: BANK AMERICA BUSINESS CREDIT,<br>ATTN: JOANN BASDEO 212-503-7642<br>REF: /TIME/15:11 |
| 27JAN | | USD | YOUR: NONREF<br>OUR: 0743300027JO | 984,856.25 | /MAD: 0127B1QGC02C003831<br>FEDWIRE DEBIT<br>VIA: ALLFIRST BANK<br>/052000113<br>A/C: GRACE DAVISON |

H-000112

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No: 016-001257
Statement Start Date: 16 JAN 2004
Statement End Date: 30 JAN 2004
Statement Code: S00-USA-22
Statement No: 002
Page 16 of 18

## DEBITS CONTINUED

| Value Date | Reference | Credit / Debit | Description |
|---|---|---|---|
| 27JAN | USD YOUR: NONREF OUR: 1712400027J0 | 2,200,000.00 | REF: HOURLY PAYROLL IMAD: 0127B1QGC05C002178 FEDWIRE DEBIT VIA: WACHOVIA BK NA NC /053000219 A/C: W.R. GRACE & CO. - CONN REF: W.R. GRACE PAYMENT FOR CONTROLL ED DISBURSEMENT ACCOUNTS |
| 28JAN | USD YOUR: NONREF OUR: 0352300028J0 | 4,018.00 | IMAD: 0127B1QGC05C003800 FEDWIRE DEBIT VIA: WACHOVIA BK NA FL /063000021 A/C: RODRIGO AVERBE ATTN: MS. LARAE LONG 904-824-7521 REF: FROM W.R GRACE & CO. 1Q2004 PE NSION FEE |
| 28JAN | USD OUR: 003651011XF | 7,647.85 | IMAD: 0128B1QGC05C001243 AUTOMATIC DOLLAR/FLOAT TRANSFER ACCOUNT 0003238196 3 |
| 28JAN | USD OUR: 001823011XF | 37,907.20 | AUTOMATIC DOLLAR/FLOAT TRANSFER ACCOUNT 000323196705 |
| 28JAN | USD YOUR: NONREF OUR: 2119700028J0 | 2,600,000.00 | FEDWIRE DEBIT VIA: WACHOVIA BK NA NC /053000219 A/C: W.R. GRACE & CO. - CONN REF: W.R GRACE PAYMENT FOR CONTROLL ED DISBURSEMENT ACCOUNTS |
| 28JAN | USD YOUR: NONREF OUR: 2119800028J0 | 10,300,000.00 | IMAD: 0128B1QGC06C004411 FEDWIRE DEBIT VIA: STATE ST BOS /011000028 A/C: MERRILL LYNCH PREMIER INSTITUT REF: FFC TO ACCOUNT 3323735 NO WR G RACE & CO. - CONN ATTN:MERRILL GROU P(TRANSFER FUNDS)/TIME/16:10 |
| 29JAN | USD OUR: 003154011XF | 212.34 | IMAD: 0128B1QGC03C004090 AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 0003238196 3 |
| 29JAN | USD OUR: 001586011XF | 43,826.64 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 000323196705 |
| 29JAN | USD YOUR: NONREF OUR: 2504040029J0 | 5,000,000.00 | FEDWIRE DEBIT VIA: WACHOVIA BK NA NC /053000219 A/C: W.R. GRACE & CO. - CONN |

CHASE

JPMorganChase

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Statement of Account

In US Dollars

Account No: 018-001257
Statement Start Date: 16 JAN 2004
Statement End Date: 30 JAN 2004
Statement Code: S00-USA-22
Statement No: 002

Page 17 of 18

| Ledger Date | Value Date | References | Credit/Debit | Description |
|---|---|---|---|---|

**DEBITS CONTINUED**

| 30JAN | | USD OUR: 0033940114XF | 332.24 | REF: W.R GRACE PAYMENT FOR CONTROLL ED DISBURSEMENT ACCOUNTS IMAD: 0129B1QGC07C004834 AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 0003238B1963 |
| 30JAN | | USD OUR: 0016960114XF | 10,763.76 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 0003231967O5 |
| 30JAN | | USD YOUR: ACH OF 04/01/30 OUR: 0061600030HP | 11,613.78 | BOOK TRANSFER DEBIT A/C: CB/EFTS PRE-FUNDING CLEARING A TAMPA FL 33634- |
| 30JAN | | USD YOUR: NONREF OUR: 2651200030J0 | 14,696.10 | FEDWIRE DEBIT VIA: ALLFIRST BANK /052001633 A/C: SPECIALTERRA, INC. /05200P113 REF: JANUARY 2004 FEES |
| 30JAN | | USD YOUR: NONREF OUR: 2651300030J0 | 19,861.00 | FEDWIRE DEBIT VIA: DEUTSCHE BANK TRUST CO AMERICA /0103 A/C: FPRS DEPOSITORY REF: FFC TO PLAN 89994 W.R. GRACE & CO. ATTN: FPRS W/E 012104 SALARY, HOURLY 012604 /CHIPS DEBIT SSN: 0327034 |
| 30JAN | | USD YOUR: NONREF OUR: 2651100030J0 | 127,358.72 | FEDWIRE DEBIT VIA: BANK ONE NA CHGO /071000013 A/C: UNITED HEALTHCARE INSURANCE CO REF: JANUARY 2004 FEES/TIME/16:19 IMAD: 0130B1QGC02C005296 |
| 30JAN | | USD YOUR: NONREF OUR: 2651500030J0 | 335,457.26 | BOOK TRANSFER DEBIT A/C: METROPOLITAN LIFE INSURANCE CO. REF: ATTN:W.R. GRACE & CO. - 29465 JANUARY 2004 FEES |
| 30JAN | | USD YOUR: NONREF OUR: 2651000030J0 | 600,000.00 | FEDWIRE DEBIT VIA: WACHOVIA BK NA NC /053000219 A/C: W.R. GRACE & CO. - CONN REF: W.R GRACE PAYMENT FOR CONTROLL ED DISBURSEMENT ACCOUNTS IMAD: 0130B1QGC04C005383 |
| 30JAN | | USD YOUR: NONREF OUR: 2651400030J0 | 1,062,778.47 | FEDWIRE DEBIT VIA: DBTCO AMERICAS NYC |

H-000114

Statement of Account

TS

**W.R. GRACE AND COMPANY**
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No: 018-001257
Statement Start Date: 16 JAN 2004
Statement End Date: 30 JAN 2004
Statement Code: S00-USA-22
Statement No: 002

Page 18 of 18

| Ledger Date | Adj Ledger Date | Value Date | References | Credit / Debit | Description | Date | Closing Balance Amount |
|---|---|---|---|---|---|---|---|

**DEBITS CONTINUED**

/021001033
A/C: FPRS DEPOSITORY
REF: FFC TO PLAN 89994 W.R. GRACE &
CO ATTN: FPRS W/E 012104 SALARY,
012604 HOURLY
IMAD: 0130B1Q6C05C005441

**CHECKS**

*No Activity*

## Bank of America

BANK OF AMERICA, N.A.
231 S. LASALLE STREET
CHICAGO, IL  60697

Account Number    8188203114
01 01 142 01 M0000 E#     0
Last Statement:   12/31/2003
This Statement:   01/30/2004

Customer Service
1-800-262-2726

W.R. GRACE & CO. DIP
ATTN  CHARLES SEBESTYEN
62 WHITTEMORE AVE
CAMBRIDGE MA  02140

Page    1 of    4

Bankruptcy Case Number:0101139

**Did you know Bank of America Direct offers a suite of services
to help you gain more control over how you manage your treasury
operations?  Some features include receiving and viewing your bank
statements online!  Call your Treasury contact today to take advantage
of these treasury solutions!**

# ANALYZED CHECKING

### Account Summary Information

| Statement Period 01/01/2004 - 01/30/2004 | | Statement Beginning Balance | 679,421.48 |
|---|---|---|---|
| Number of Deposits/Credits | 40 | Amount of Deposits/Credits | 40,344,436.93 |
| Number of Checks | 0 | Amount of Checks | .00 |
| Number of Other Debits | 27 | Amount of Other Debits | 39,359,036.20 |
| | | Statement Ending Balance | 1,664,822.21 |
| Number of Enclosures | 0 | | |
| | | Service Charge | .00 |

### Deposits and Credits

| Date Posted | Customer Reference | Amount | Description | | Bank Reference |
|---|---|---|---|---|---|
| 01/02 | | 296,107.31✓ | Zero Balance Transfer | TRSF FR 8188903106 | 00722178792 |
| 01/02 | | 862,015.10 | Zero Balance Transfer | TRSF FR 8188703107 | 00722178537 |
| 01/05 | | 590,703.68 | Zero Balance Transfer | TRSF FR 8188903106 | 00722242686 |
| 01/05 | | 4,992,838.46 | Zero Balance Transfer | TRSF FR 8188703107 | 00722242417 |
| 01/06 | | 1,111,822.30 | Zero Balance Transfer | TRSF FR 8188903106 | 00722154824 |
| 01/06 | | 1,300,681.65 | Zero Balance Transfer | TRSF FR 8188703107 | 00722155042 |
| 01/07 | | 251,102.76 | Zero Balance Transfer | TRSF FR 8188903106 | 00722135814 |
| 01/08 | | 752,110.43 | Zero Balance Transfer | TRSF FR 8188703107 | 00722135586 |
| 01/08 | | 46,283.49 | Zero Balance Transfer | TRSF FR 8188903106 | 00722138609 |
| 01/09 | | 465,880.14 | Zero Balance Transfer | TRSF FR 8188703107 | 00722138374 |
| 01/09 | | 111,891.50 | Zero Balance Transfer | TRSF FR 8188903106 | 00722140446 |
| 01/12 | | 1,429,243.14 | Zero Balance Transfer | TRSF FR 8188703107 | 00722140200 |
| 01/12 | | 617,235.65 | Zero Balance Transfer | TRSF FR 8188903106 | 00722230283 |
| 01/13 | | 3,320,726.00 | Zero Balance Transfer | TRSF FR 8188703107 | 00722230016 |
| 01/13 | | 271,779.98 | Zero Balance Transfer | TRSF FR 8188903106 | 00722154332 |
| 01/14 | | 1,540,811.25 | Zero Balance Transfer | TRSF FR 8188703107 | 00722154092 |
| 01/14 | | 96,333.93 | Zero Balance Transfer | TRSF FR 8188903106 | 00722134672 |
| 01/15 | | 529,266.03 | Zero Balance Transfer | TRSF FR 8188703107 | 00722134424 |
| 01/15 | | 91,432.56 | Zero Balance Transfer | TRSF FR 8188903106 | 00722139067 |
| 01/16 | | 1,890,579.27 | Zero Balance Transfer | TRSF FR 8188703107 | 00722138828 |
| 01/16 | | 217,206.91 | Zero Balance Transfer | TRSF FR 8188903106 | 00722142078 |
| 01/20 | | 939,110.84 | Zero Balance Transfer | TRSF FR 8188703107 | 00722141838 |
| 01/20 | | 549,769.28 | Zero Balance Transfer | TRSF FR 8188903106 | 00722280361 |
| 01/21 | | 3,937,145.00 | Zero Balance Transfer | TRSF FR 8188703107 | 00722280091 |
| 01/21 | | 188,384.94 | Zero Balance Transfer | TRSF FR 8188903106 | 00722153593 |
| 01/22 | | 1,090,394.07 | Zero Balance Transfer | TRSF FR 8188703107 | 00722153343 |
| 01/22 | | 132,767.81 | Zero Balance Transfer | TRSF FR 8188903106 | 00722147100 |
| 01/23 | | 943,129.49 | Zero Balance Transfer | TRSF FR 8188703107 | 00722146858 |
| 01/23 | | 233,705.94 | Zero Balance Transfer | TRSF FR 8188903106 | 00722143377 |
| 01/26 | | 1,726,019.40✓ | Zero Balance Transfer | TRSF FR 8188703107 | 00722143130 |
| 01/26 | | 600,513.01✓ | Zero Balance Transfer | TRSF FR 8188903106 | 00722225976 |

# Bank of America

BANK OF AMERICA, N.A.
231 S. LASALLE STREET
CHICAGO, IL  60697

Account Number    8188203114
01 01 142 01 M0000 E#        0
Last Statement:    12/31/2003
This Statement:    01/30/2004

Customer Service
1-800-262-2726

W.R. GRACE & CO. DIP

Page    2 of    4

Bankruptcy Case Number:0101139

## ANALYZED CHECKING

### Deposits and Credits

| Date Posted | Customer Reference | Amount | Description | | Bank Reference |
|---|---|---|---|---|---|
| 01/26 | | 3,047,712.13 | Zero Balance Transfer | TRSF FR 8188703107 | 00722225690 |
| 01/27 | | 849,024.99 | Zero Balance Transfer | TRSF FR 8188903106 | 00722149810 |
| 01/27 | | 1,117,787.06 | Zero Balance Transfer | TRSF FR 8188703107 | 00722149566 |
| 01/28 | | 78,566.21 | Zero Balance Transfer | TRSF FR 8188903106 | 00722135673 |
| 01/28 | | 1,023,648.93 | Zero Balance Transfer | TRSF FR 8188703107 | 00722135460 |
| 01/29 | | 54,848.67 | Zero Balance Transfer | TRSF FR 8188903106 | 00722140623 |
| 01/29 | | 1,285,746.84 | Zero Balance Transfer | TRSF FR 8188703107 | 00722140382 |
| 01/30 | | 121,499.36 | Zero Balance Transfer | TRSF FR 8188903106 | 00722142650 |
| 01/30 | | 1,638,611.42 | Zero Balance Transfer | TRSF FR 8188703107 | 00722142387 |

### Withdrawals and Debits

**Other Debits**

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 01/02 | | 862,490.33 | WIRE TYPE:WIRE OUT DATE:010204 TIME:1411 CT TRN:040102049606 FDREF/SEQ:040102049606/001599 BNF:W.R. GRACE & CO. ID:016001257 BNF BK:JPMORGAN CHASE BANK ID:021000021 PMT DET:HOWT | 00370049606 |
| 01/05 | | 2,270,678.69 | WIRE TYPE:WIRE OUT DATE:010504 TIME:1336 CT TRN:040105038178 FDREF/SEQ:040105038178/000722 BNF:W.R. GRACE & CO. ID:016001257 BNF BK:JPMORGAN CHASE BANK ID:021000021 PMT DET:HOWT | 00370038178 |
| 01/06 | | 4,304,973.66 | WIRE TYPE:WIRE OUT DATE:010604 TIME:0941 CT TRN:040106013949 FDREF/SEQ:040106013949/000306 BNF:W.R. GRACE & CO. ID:016001257 BNF BK:JPMORGAN CHASE BANK ID:021000021 PMT DET:HOWT | 00370013949 |
| 01/07 | | 2,446,855.89 | WIRE TYPE:WIRE OUT DATE:010704 TIME:1029 CT TRN:040107018595 FDREF/SEQ:040107018595/000374 BNF:W.R. GRACE & CO. ID:016001257 BNF BK:JPMORGAN CHASE BANK ID:021000021 PMT DET:HOWT | 00370018595 |
| 01/08 | | 23,694.47 | Foreign Exchange Debit        FX DRAW DRFX936902 18514.20 EUR  a 1.2798 ON 20040106 | 01790300042 |
| 01/08 | | 922,868.02 | WIRE TYPE:WIRE OUT DATE:010804 TIME:1023 CT TRN:040108019284 FDREF/SEQ:040108019284/000466 BNF:W.R. GRACE & CO. ID:016001257 BNF BK:JPMORGAN CHASE BANK ID:021000021 PMT DET:HOWT | 00370019284 |
| 01/09 | | 614,908.24 | WIRE TYPE:WIRE OUT DATE:010904 TIME:1111 CT TRN:040109025167 FDREF/SEQ:040109025167/000452 BNF:W.R. GRACE & CO. ID:016001257 BNF BK:JPMORGAN CHASE BANK ID:021000021 PMT DET:HOWT | 00370025167 |
| 01/12 | | 1,600.00 | Foreign Exchange Debit        FX DRAW DRFX947013 2708.96 SGD  a 1.6931 ON 20040108 | 01790300063 |
| 01/12 | | 2,000.00 | Foreign Exchange Debit        FX DRAW DRFX947010 3386.20 SGD  a 1.6931 ON 20040108 | 01790300055 |
| 01/12 | | 14,378.66 | Foreign Exchange Debit        FX DRAW DRFX946738 11236.84 EUR  a 1.2796 ON 20040108 | 01790300095 |

H-000117

## Bank of America

BANK OF AMERICA, N.A.
231 S. LASALLE STREET
CHICAGO, IL  60697

Account Number    8188203114
01 01 142 01 M0000 E#        0
Last Statement:    12/31/2003
This Statement:    01/30/2004

Customer Service
1-800-262-2726

W.R. GRACE & CO. DIP

Page    3 of    4

Bankruptcy Case Number:0101139

## ANALYZED CHECKING

### Withdrawals and Debits

Other Debits - Continued

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 01/12 | | 2,385,854.54 | WIRE TYPE:WIRE OUT DATE:011204 TIME:1011 CT<br>TRN:040112017511 FDREF/SEQ:040112017511/000295<br>BNF:W.R. GRACE & CO. ID:016001257 BNF BK:JPMORGAN<br>CHASE BANK ID:021000021 PMT DET:HOWT | 00370017511 |
| 01/13 | | 6,000.00 | Zero Balance Transfer        TRSF TO 8188703107<br>Effective Date is 01/12/2004 | 00722004426 |
| 01/13 | | 2,946,840.91 | WIRE TYPE:WIRE OUT DATE:011304 TIME:0904 CT<br>TRN:040113013170 FDREF/SEQ:040113013170/000256<br>BNF:W.R. GRACE & CO. ID:016001257 BNF BK:JPMORGAN<br>CHASE BANK ID:021000021 PMT DET:HOWT | 00370013170 |
| 01/14 | | 1,948,418.26 | WIRE TYPE:WIRE OUT DATE:011404 TIME:1259 CT<br>TRN:040114039401 FDREF/SEQ:040114039401/001425<br>BNF:W.R. GRACE & CO. ID:016001257 BNF BK:JPMORGAN<br>CHASE BANK ID:021000021 PMT DET:HOWT | 00370039401 |
| 01/15 | | 1,033,765.92 | WIRE TYPE:WIRE OUT DATE:011504 TIME:1019 CT<br>TRN:040115023304 FDREF/SEQ:040115023304/000549<br>BNF:W.R. GRACE & CO. ID:016001257 BNF BK:JPMORGAN<br>CHASE BANK ID:021000021 PMT DET:HOWT | 00370023304 |
| 01/16 | | 1,644,101.57 | WIRE TYPE:WIRE OUT DATE:011604 TIME:1033 CT<br>TRN:040116023543 FDREF/SEQ:040116023543/000388<br>BNF:W.R. GRACE & CO. ID:016001257 BNF BK:JPMORGAN<br>CHASE BANK ID:021000021 PMT DET:HOWT | 00370023543 |
| 01/20 | | 2,252,370.29 | WIRE TYPE:WIRE OUT DATE:012004 TIME:0951 CT<br>TRN:040120029796 FDREF/SEQ:040120029796/000392<br>BNF:W.R. GRACE & CO. ID:016001257 BNF BK:JPMORGAN<br>CHASE BANK ID:021000021 PMT DET:HOWT | 00370029796 |
| 01/21 | | 2,691,105.85 | WIRE TYPE:WIRE OUT DATE:012104 TIME:1345 CT<br>TRN:040121043239 FDREF/SEQ:040121043239/000945<br>BNF:W.R. GRACE & CO. ID:016001257 BNF BK:JPMORGAN<br>CHASE BANK ID:021000021 PMT DET:HOWT | 00370043239 |
| 01/22 | | 383,761.19 | Foreign Exchange Debit        FX DRAW DRFX045550<br>383761.19 USD   @ 0.0 ON 20040121 | 01790300002 |
| 01/22 | | 1,381,468.53 | WIRE TYPE:WIRE OUT DATE:012204 TIME:0931 CT<br>TRN:040122014362 FDREF/SEQ:040122014362/000292<br>BNF:W.R. GRACE & CO. ID:016001257 BNF BK:JPMORGAN<br>CHASE BANK ID:021000021 PMT DET:HOWT | 00370014362 |
| 01/23 | | 1,148,885.88 | WIRE TYPE:WIRE OUT DATE:012304 TIME:1232 CT<br>TRN:040123034725 FDREF/SEQ:040123034725/000945<br>BNF:W.R. GRACE & CO. ID:016001257 BNF BK:JPMORGAN<br>CHASE BANK ID:021000021 PMT DET:HOWT | 00370034725 |
| 01/26 | | 2,817,533.24 | WIRE TYPE:WIRE OUT DATE:012604 TIME:1052 CT<br>TRN:040126022268 FDREF/SEQ:040126022268/000356<br>BNF:W.R. GRACE & CO. ID:016001257 BNF BK:JPMORGAN<br>CHASE BANK ID:021000021 PMT DET:HOWT | 00370022268 |
| 01/27 | | 2,882,785.30 | WIRE TYPE:WIRE OUT DATE:012704 TIME:1044 CT<br>TRN:040127020159 FDREF/SEQ:040127020159/000401<br>BNF:W.R. GRACE & CO. ID:016001257 BNF BK:JPMORGAN<br>CHASE BANK ID:021000021 PMT DET:HOWT | 00370020159 |

H-000118

## Bank of America

BANK OF AMERICA, N.A.
231 S. LASALLE STREET
CHICAGO, IL 60697

Account Number    8188203114
01 01 142 01 M0000 E#        0
Last Statement:    12/31/2003
This Statement:    01/30/2004

W.R. GRACE & CO. DIP

Customer Service
1-800-262-2726

Page    4 of    4

Bankruptcy Case Number:0101139

## ANALYZED CHECKING

### Withdrawals and Debits

Other Debits - Continued

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 01/28 | | 70.87 | Zero Balance Transfer        TRSF TO 8188703107 | 00722002689 |
| | | | Effective Date is 01/23/2004 | |
| 01/28 | | 1,792,979.31 | WIRE TYPE:WIRE OUT DATE:012804 TIME:1337 CT | 00370043351 |
| | | | TRN:040128043351 FDREF/SEQ:040128043351/000921 | |
| | | | BNF:W.R. GRACE & CO. ID:016001257 BNF BK:JPMORGAN | |
| | | | CHASE BANK ID:021000021 PMT DET:HOWT | |
| 01/29 | | 1,153,874.38 | WIRE TYPE:WIRE OUT DATE:012904 TIME:1146 CT | 00370031017 |
| | | | TRN:040129031017 FDREF/SEQ:040129031017/000706 | |
| | | | BNF:W.R. GRACE & CO. ID:016001257 BNF BK:JPMORGAN | |
| | | | CHASE BANK ID:021000021 PMT DET:HOWT | |
| 01/30 | | 1,424,772.20 | WIRE TYPE:WIRE OUT DATE:013004 TIME:1413 CT | 00370065915 |
| | | | TRN:040130065915 FDREF/SEQ:040130065915/001488 | |
| | | | BNF:W.R. GRACE & CO. ID:016001257 BNF BK:JPMORGAN | |
| | | | CHASE BANK ID:021000021 PMT DET:HOWT | |

### Daily Balances

| Date | Ledger Balance | Collected Balance | Date | Ledger Balance | Collected Balance |
|---|---|---|---|---|---|
| 12/31 | 679,421.48 | 15,185.22 | 01/16 | 975,154.70 | 68,577.97 |
| 01/02 | 975,053.56 | .00 | 01/20 | 3,209,698.69 | 212,509.20 |
| 01/05 | 4,287,917.01 | 20,894.96 | 01/21 | 1,797,371.85 | 395,898.44 |
| 01/06 | 2,395,447.30 | 772,436.13 | 01/22 | 1,108,039.43 | 47,120.98 |
| 01/07 | 951,804.60 | 134,036.28 | 01/23 | 1,918,808.02 | 847,156.43 |
| 01/08 | 517,405.74 | 45,682.96 | 01/26 | 2,749,499.92 | 82,618.35 |
| 01/09 | 1,443,632.14 | 6,731.25 | 01/27 | 1,833,526.67 | 264,660.18 |
| 01/12 | 2,971,760.59 | 49,863.42 | 01/28 | 1,142,762.50 | 59,435.69 |
| 01/13 | 1,837,510.91 | 159,053.10 | 01/29 | 1,329,483.63 | 207,754.93 |
| 01/14 | 514,692.61 | 32,247.01 | 01/30 | 1,664,822.21 | 103,805.97 |
| 01/15 | 1,462,938.52 | 169,672.49 | | | |

H-000119



# Commercial Checking

| 01 | 2000000282172 | 001 | 130 | 0 | 0 | 62,838 |

00023762 1 MB 0.309 02   MAAD 103

||l|||...l|.ll...ll.l.l...ll.l

W R GRACE & COMPANY
ATTN: DARLENE PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE, MA 02140

CB

---

# Commercial Checking

**1/01/2004 thru 1/30/2004**

| | |
|---|---|
| Account number: | 2000000282172 |
| Account holder(s): | W R GRACE & COMPANY |
| | ATTN: DARLENE PARLIN |

Taxpayer ID Number:   133461988

## Account Summary

| | | |
|---|---|---|
| Opening balance 1/01 | $5,756,653.32 | |
| Deposits and other credits | 65,124,538.94 | + |
| Other withdrawals and service fees | 68,581,515.61 | - |
| **Closing balance 1/30** | **$2,299,676.65** | |

## Deposits and Other Credits

| Date | Amount | Description |
|---|---|---|
| 1/02 | 19.73 | ZBA TRANSFER CREDIT |
| | | TRANSFER FROM 2079900005260 WR GRACE AND CO |
| 1/05 | 4.33 | ZBA TRANSFER CREDIT |
| | | TRANSFER FROM 2079900067554 WR GRACE & CO. |
| 1/06 | 10,000,000.00 | FUNDS TRANSFER  (ADVICE 040106041934) |
| | | RCVD FROM  JPMORGAN CHASE BA/ |
| | | ORG=W.R. GRACE AND COMPANY |
| | | RFB=CAP OF 04/01/06  OBI=W.R GRACE PAYMENT FO |
| | | REF=2088300006JO   01/06/04  05:11PM |
| 1/07 | 1,100,000.00 | FUNDS TRANSFER  (ADVICE 040107038760) |
| | | RCVD FROM  JPMORGAN CHASE BA/ |
| | | ORG=W.R. GRACE AND COMPANY |
| | | RFB=CAP OF 04/01/07  OBI=W.R GRACE PAYMENT FO |
| | | REF=2035000007JO   01/07/04  04:27PM |
| 1/08 | 24,514.88 | ZBA TRANSFER CREDIT |
| | | TRANSFER FROM 2079900005231 W.R. GRACE & CO |
| 1/08 | 3,600,000.00 | FUNDS TRANSFER  (ADVICE 040108033762) |
| | | RCVD FROM  JPMORGAN CHASE BA/ |
| | | ORG=W.R. GRACE AND COMPANY |
| | | RFB=CAP OF 04/01/08  OBI=W.R GRACE PAYMENT FO |
| | | REF=1650700008JO   01/08/04  03:09PM |
| 1/09 | 5,000,000.00 | FUNDS TRANSFER  (ADVICE 040109043084) |
| | | RCVD FROM  JPMORGAN CHASE BA/ |
| | | ORG=W.R. GRACE AND COMPANY |
| | | RFB=CAP OF 04/01/09  OBI=W.R GRACE PAYMENT FO |
| | | REF=2115000009JO   01/09/04  04:20PM |

*Deposits and Other Credits continued on next page.*

---

H-000120



# Commercial Checking

02          2000000282172   001   130              0      0      62,839

---

## Deposits and Other Credits    *continued*

| Date | Amount | Description |
|------|--------|-------------|
| 1/12 | 700,000.00 | FUNDS TRANSFER (ADVICE 040112039757)<br>RCVD FROM JPMORGAN CHASE BA/<br>ORG=W.R. GRACE AND COMPANY<br>RFB=CAP OF 04/01/12 OBI=W.R GRACE PAYMENT FO<br>REF=2185700012JO   01/12/04 04:05PM |
| 1/13 | 5,500,000.00 | FUNDS TRANSFER (ADVICE 040113041115)<br>RCVD FROM JPMORGAN CHASE BA/<br>ORG=W.R. GRACE AND COMPANY<br>RFB=CAP OF 04/01/13 OBI=W.R GRACE PAYMENT FO<br>REF=2086500013JO   01/13/04 04:47PM |
| 1/14 | 1,500,000.00 | FUNDS TRANSFER (ADVICE 040114041296)<br>RCVD FROM JPMORGAN CHASE BA/<br>ORG=W.R. GRACE AND COMPANY<br>RFB=CAP OF 04/01/14 OBI=W.R GRACE PAYMENT FO<br>REF=2256000014JO   01/14/04 04:24PM |
| 1/15 | 3,300,000.00 | FUNDS TRANSFER (ADVICE 040115049009)<br>RCVD FROM JPMORGAN CHASE BA/<br>ORG=W.R. GRACE AND COMPANY<br>RFB=CAP OF 04/01/15 OBI=W.R GRACE PAYMENT FO<br>REF=2198000015JO   01/15/04 05:08PM |
| 1/16 | 1,400,000.00 | FUNDS TRANSFER (ADVICE 040116037033)<br>RCVD FROM JPMORGAN CHASE BA/<br>ORG=W.R. GRACE AND COMPANY<br>RFB=CAP OF 04/01/16 OBI=W.R GRACE PAYMENT FO<br>REF=1774800016JO   01/16/04 02:56PM |
| 1/20 | 6,500,000.00 | FUNDS TRANSFER (ADVICE 040120056289)<br>RCVD FROM JPMORGAN CHASE BA/<br>ORG=W.R. GRACE AND COMPANY<br>RFB=CAP OF 04/01/20 OBI=W.R GRACE PAYMENT FO<br>REF=3235000020JO   01/20/04 05:16PM |
| 1/21 | 1,300,000.00 | FUNDS TRANSFER (ADVICE 040121041415)<br>RCVD FROM JPMORGAN CHASE BA/<br>ORG=W.R. GRACE AND COMPANY<br>RFB=CAP OF 04/01/21 OBI=W.R GRACE PAYMENT FO<br>REF=2115700021JO   01/21/04 04:10PM |
| 1/22 | 4,600,000.00 | FUNDS TRANSFER (ADVICE 040122038793)<br>RCVD FROM JPMORGAN CHASE BA/<br>ORG=W.R. GRACE AND COMPANY<br>RFB=CAP OF 04/01/22 OBI=W.R GRACE PAYMENT FO<br>REF=2160700022JO   01/22/04 04:11PM |
| 1/23 | 4,300,000.00 | FUNDS TRANSFER (ADVICE 040123041798)<br>RCVD FROM JPMORGAN CHASE BA/<br>ORG=W.R. GRACE AND COMPANY<br>RFB=CAP OF 04/01/23 OBI=W.R GRACE PAYMENT FO<br>REF=2193300023JO   01/23/04 04:29PM |
| 1/26 | 5,900,000.00 | FUNDS TRANSFER (ADVICE 040126033845)<br>RCVD FROM JPMORGAN CHASE BA/<br>ORG=W.R. GRACE AND COMPANY<br>RFB=CAP OF 04/01/26 OBI=W.R GRACE PAYMENT FO<br>REF=2080700026JO   01/26/04 03:13PM |

*Deposits and Other Credits continued on next page.*

H-000121

## Commercial Checking

**WACHOVIA**

03          2000000282172   001   130              0       0        62,840

---

## Deposits and Other Credits   continued

| Date | Amount | Description |
|---|---|---|
| 1/27 | 2,200,000.00 | FUNDS TRANSFER  (ADVICE 040127033175)<br>RCVD FROM  JPMORGAN CHASE BA/<br>ORG=W.R. GRACE AND COMPANY<br>RFB=CAP OF 04/01/27 OBI=W.R GRACE PAYMENT FO<br>REF=1712400027JO    01/27/04   03:11PM |
| 1/28 | 2,600,000.00 | FUNDS TRANSFER  (ADVICE 040128038644)<br>RCVD FROM  JPMORGAN CHASE BA/<br>ORG=W.R. GRACE AND COMPANY<br>RFB=CAP OF 04/01/28 OBI=W.R GRACE PAYMENT FO<br>REF=2119700028JO    01/28/04   04:00PM |
| 1/29 | 5,000,000.00 | FUNDS TRANSFER  (ADVICE 040129045276)<br>RCVD FROM  JPMORGAN CHASE BA/<br>ORG=W.R. GRACE AND COMPANY<br>RFB=CAP OF 04/01/29 OBI=W.R GRACE PAYMENT FO<br>REF=2560400029JO    01/29/04   04:41PM |
| 1/30 | 600,000.00 | FUNDS TRANSFER  (ADVICE 040130056377)<br>RCVD FROM  JPMORGAN CHASE BA/<br>ORG=W.R. GRACE AND COMPANY<br>RFB=CAP OF 04/01/30 OBI=W.R GRACE PAYMENT FO<br>REF=2651000030JO    01/30/04   04:19PM |

| Total | $65,124,538.94 |
|---|---|

## Other Withdrawals and Service Fees

| Date | Amount | Description |
|---|---|---|
| 1/02 | 319.50 | ZBA TRANSFER DEBIT<br>TRANSFER  TO 2079900005600 W R GRACE & CO |
| 1/02 | 2,604.65 | ZBA TRANSFER DEBIT<br>TRANSFER  TO 2079900016741 W R GRACE & CO |
| 1/02 | 6,635.18 | ZBA TRANSFER DEBIT<br>TRANSFER  TO 2079900065006 W R GRACE & CO |
| 1/02 | 13,859.53 | ZBA TRANSFER DEBIT<br>TRANSFER  TO 2079900067554 WR GRACE & CO. |
| 1/02 | 32,632.55 | ZBA TRANSFER DEBIT<br>TRANSFER  TO 2079900005260 WR GRACE AND CO |
| 1/02 | 1,108,304.10 | ZBA TRANSFER DEBIT<br>TRANSFER  TO 2079920005761 W R GRACE AND C |
| 1/02 | 1,116,575.74 | ZBA TRANSFER DEBIT<br>TRANSFER  TO 2079920005761 W R GRACE AND C |
| 1/05 | 5,430.00 | ZBA TRANSFER DEBIT<br>TRANSFER  TO 2079900016741 W R GRACE & CO |
| 1/05 | 13,040.50 | ZBA TRANSFER DEBIT<br>TRANSFER  TO 2079900065006 W R GRACE & CO |
| 1/05 | 22,829.66 | ZBA TRANSFER DEBIT<br>TRANSFER  TO 2079900067554 WR GRACE & CO. |
| 1/05 | 41,387.92 | ZBA TRANSFER DEBIT<br>TRANSFER  TO 2079900005260 WR GRACE AND CO |

*Other Withdrawals and Service Fees continued on next page.*

---

**WACHOVIA BANK, NATIONAL ASSOCIATION , CAP MKTS INV BKG DIV MFG FRANCHISE**

H-000122



# Commercial Checking

04          2000000282172  001  130          0     0      62,841

---

## Other Withdrawals and Service Fees    *continued*

| Date | Amount | Description |
|------|--------|-------------|
| 1/05 | 1,000,972.89 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 1/06 | 152.88 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900065006 W R GRACE & CO |
| 1/06 | 2,209.67 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900003615 W R GRACE & CO- |
| 1/06 | 2,747.07 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900016741 W R GRACE & CO |
| 1/06 | 6,535.81 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900067554 WR GRACE & CO. |
| 1/06 | 216,205.28 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005260 WR GRACE AND CO |
| 1/06 | 504,713.58 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 1/06 | 788,988.33 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 1/06 | 3,581,664.76 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005231 W.R. GRACE & CO |
| 1/07 | 205.00 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005600 W R GRACE & CO |
| 1/07 | 531.34 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900003615 W R GRACE & CO- |
| 1/07 | 600.00 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005260 WR GRACE AND CO |
| 1/07 | 3,378.92 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900065006 W R GRACE & CO |
| 1/07 | 16,962.88 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900016741 W R GRACE & CO |
| 1/07 | 95,077.20 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900067554 WR GRACE & CO. |
| 1/07 | 168,486.16 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005260 WR GRACE AND CO |
| 1/07 | 659,144.44 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 1/07 | 1,098,858.33 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 1/07 | 4,175,150.67 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005231 W.R. GRACE & CO |
| 1/08 | 1,326.02 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900003615 W R GRACE & CO- |
| 1/08 | 1,943.95 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900016741 W R GRACE & CO |
| 1/08 | 10,925.48 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900067554 WR GRACE & CO. |
| 1/08 | 31,868.26 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900065006 W R GRACE & CO |

*Other Withdrawals and Service Fees continued on next page.*

---

WACHOVIA BANK, NATIONAL ASSOCIATION , CAP MKTS INV BKG DIV MFG FRANCHISE

H-000123



# Commercial Checking

05        2000000282172   001  130          0      0      62,842

___   ___

___

---

## Other Withdrawals and Service Fees    *continued*

| Date | Amount | Description |
|------|--------|-------------|
| 1/08 | 42,419.96 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005260 WR GRACE AND CO |
| 1/08 | 57,141.35 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900067554 WR GRACE & CO. |
| 1/08 | 201,586.43 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 1/08 | 335,620.20 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 1/09 | 100.00 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900065006 W R GRACE & CO |
| 1/09 | 479.21 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005600 W R GRACE & CO |
| 1/09 | 21,122.62 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900067554 WR GRACE & CO. |
| 1/09 | 54,285.08 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005260 WR GRACE AND CO |
| 1/09 | 224,965.63 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 1/09 | 372,440.05 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900003615 W R GRACE & CO- |
| 1/09 | 876,552.58 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900016741 W R GRACE & CO |
| 1/09 | 1,781,436.71 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005231 W.R. GRACE & CO |
| 1/09 | 2,105,635.01 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 1/12 | 4,090.54 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900065006 W R GRACE & CO |
| 1/12 | 7,911.46 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900016741 W R GRACE & CO |
| 1/12 | 8,862.24 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900003615 W R GRACE & CO- |
| 1/12 | 65,526.91 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900067554 WR GRACE & CO. |
| 1/12 | 67,234.03 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005260 WR GRACE AND CO |
| 1/12 | 219,747.56 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 1/12 | 612,396.24 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900003615 W R GRACE & CO- |
| 1/12 | 628,817.25 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 1/12 | 1,370,251.00 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900016741 W R GRACE & CO |
| 1/13 | 153.90 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005260 WR GRACE AND CO |

*Other Withdrawals and Service Fees continued on next page.*

---

WACHOVIA BANK, NATIONAL ASSOCIATION , CAP MKTS INV BKG DIV MFG FRANCHISE

H-000124



# Commercial Checking

06        2000000282172  001  130              0    0    62,843

---

## Other Withdrawals and Service Fees    *continued*

| Date | Amount | Description |
|------|--------|-------------|
| 1/13 | 473.94 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005600 W R GRACE & CO |
| 1/13 | 6,646.93 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900003615 W R GRACE & CO- |
| 1/13 | 11,053.39 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900065006 W R GRACE & CO |
| 1/13 | 14,370.19 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900067554 WR GRACE & CO. |
| 1/13 | 29,657.06 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900016741 W R GRACE & CO |
| 1/13 | 118,615.16 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005260 WR GRACE AND CO |
| 1/13 | 393,811.69 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 1/13 | 1,407,733.34 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 1/14 | 40.40 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005260 WR GRACE AND CO |
| 1/14 | 277.13 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005600 W R GRACE & CO |
| 1/14 | 15,272.64 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900003615 W R GRACE & CO- |
| 1/14 | 95,171.35 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900016741 W R GRACE & CO |
| 1/14 | 102,136.62 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005260 WR GRACE AND CO |
| 1/14 | 126,730.35 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900067554 WR GRACE & CO. |
| 1/14 | 237,563.91 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 1/14 | 662,020.63 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 1/14 | 3,699,564.51 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005231 W.R. GRACE & CO |
| 1/15 | 131.39 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005600 W R GRACE & CO |
| 1/15 | 2,282.48 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900067554 WR GRACE & CO. |
| 1/15 | 4,749.56 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900003615 W R GRACE & CO- |
| 1/15 | 4,979.89 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900003615 W R GRACE & CO- |
| 1/15 | 6,122.76 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005260 WR GRACE AND CO |
| 1/15 | 17,503.22 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900065006 W R GRACE & CO |

*Other Withdrawals and Service Fees continued on next page.*

---

H-000125



# Commercial Checking

07          2000000282172   001  130              0      0      62,844

---

## Other Withdrawals and Service Fees    *continued*

| Date | Amount | Description |
|------|--------|-------------|
| 1/15 | 51,293.56 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005260 WR GRACE AND CO |
| 1/15 | 54,672.76 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900016741 W R GRACE & CO |
| 1/15 | 71,973.37 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900067554 WR GRACE & CO. |
| 1/15 | 428,307.49 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 1/15 | 438,755.04 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 1/16 | 64.60 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005600 W R GRACE & CO |
| 1/16 | 5,826.49 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900065006 W R GRACE & CO |
| 1/16 | 8,355.29 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005260 WR GRACE AND CO |
| 1/16 | 21,747.92 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900067554 WR GRACE & CO. |
| 1/16 | 58,610.74 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900016741 W R GRACE & CO |
| 1/16 | 59,122.28 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005260 WR GRACE AND CO |
| 1/16 | 142,192.83 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 1/16 | 877,205.14 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 1/16 | 1,832,320.22 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005231 W.R. GRACE & CO |
| 1/20 | 201.56 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005600 W R GRACE & CO |
| 1/20 | 2,232.26 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900003615 W R GRACE & CO- |
| 1/20 | 2,506.29 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900065006 W R GRACE & CO |
| 1/20 | 23,531.60 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900016741 W R GRACE & CO |
| 1/20 | 43,172.07 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005260 WR GRACE AND CO |
| 1/20 | 81,227.84 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900067554 WR GRACE & CO. |
| 1/20 | 100,437.35 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005260 WR GRACE AND CO |
| 1/20 | 131,335.42 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 1/20 | 1,051,652.58 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |

*Other Withdrawals and Service Fees continued on next page.*

---

**WACHOVIA BANK, NATIONAL ASSOCIATION , CAP MKTS INV BKG DIV MFG FRANCHISE**

H-000126



# Commercial Checking

08          2000000282172  001  130          0    0    62,845

---

## Other Withdrawals and Service Fees   *continued*

| Date | Amount | Description |
|------|--------|-------------|
| 1/21 | 441.03 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005600 W R GRACE & CO |
| 1/21 | 2,991.05 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900003615 W R GRACE & CO- |
| 1/21 | 16,545.11 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005260 WR GRACE AND CO |
| 1/21 | 38,601.28 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900016741 W R GRACE & CO |
| 1/21 | 147,964.14 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900067554 WR GRACE & CO. |
| 1/21 | 168,792.73 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005260 WR GRACE AND CO |
| 1/21 | 512,257.34 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 1/21 | 2,417,119.39 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 1/21 | 3,752,800.19 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005231 W.R. GRACE & CO |
| 1/22 | 769.79 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005600 W R GRACE & CO |
| 1/22 | 3,055.16 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900003615 W R GRACE & CO- |
| 1/22 | 4,776.43 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900003615 W R GRACE & CO- |
| 1/22 | 7,931.24 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900065006 W R GRACE & CO |
| 1/22 | 13,678.49 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900016741 W R GRACE & CO |
| 1/22 | 18,735.98 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900067554 WR GRACE & CO. |
| 1/22 | 124,122.60 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005260 WR GRACE AND CO |
| 1/22 | 142,590.62 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900067554 WR GRACE & CO. |
| 1/22 | 340,444.21 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 1/22 | 638,286.58 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 1/23 | 31.60 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005600 W R GRACE & CO |
| 1/23 | 538.97 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005260 WR GRACE AND CO |
| 1/23 | 9,283.72 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900065006 W R GRACE & CO |
| 1/23 | 19,275.58 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900067554 WR GRACE & CO. |

*Other Withdrawals and Service Fees continued on next page.*

---

H-000127



# Commercial Checking

10        2000000282172  001  130              0      0      62,847

## Other Withdrawals and Service Fees    *continued*

| Date | Amount | Description |
|------|--------|-------------|
| 1/28 | 560.06 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005600 W R GRACE & CO |
| 1/28 | 1,125.00 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005260 WR GRACE AND CO |
| 1/28 | 1,952.22 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900003615 W R GRACE & CO- |
| 1/28 | 5,287.17 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900065006 W R GRACE & CO |
| 1/28 | 29,467.59 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900016741 W R GRACE & CO |
| 1/28 | 59,305.80 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005260 WR GRACE AND CO |
| 1/28 | 145,965.22 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900067554 WR GRACE & CO. |
| 1/28 | 844,630.03 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 1/28 | 962,846.17 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 1/28 | 5,990,398.47 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005231 W.R. GRACE & CO |
| 1/29 | 197.62 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005600 W R GRACE & CO |
| 1/29 | 2,274.94 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900067554 WR GRACE & CO. |
| 1/29 | 4,972.96 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900003615 W R GRACE & CO- |
| 1/29 | 9,088.72 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900003615 W R GRACE & CO- |
| 1/29 | 29,954.50 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900016741 W R GRACE & CO |
| 1/29 | 31,413.59 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900065006 W R GRACE & CO |
| 1/29 | 78,400.66 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005260 WR GRACE AND CO |
| 1/29 | 141,911.73 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900067554 WR GRACE & CO. |
| 1/29 | 451,168.90 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 1/29 | 1,418,647.20 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 1/30 | 1,331.36 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900065006 W R GRACE & CO |
| 1/30 | 16,472.90 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900016741 W R GRACE & CO |
| 1/30 | 16,952.29 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900067554 WR GRACE & CO. |

*Other Withdrawals and Service Fees continued on next page.*

H-000128



## Commercial Checking

09          2000000282172   001   130          0      0      62,846

**WACHOVIA**

---

## Other Withdrawals and Service Fees    *continued*

| Date | Amount | Description |
|------|--------|-------------|
| 1/23 | 127,229.34 | ZBA TRANSFER DEBIT<br>TRANSFER  TO  2079900005260 WR GRACE AND CO |
| 1/23 | 286,019.86 | ZBA TRANSFER DEBIT<br>TRANSFER  TO  2079920005761 W R GRACE AND C |
| 1/23 | 370,988.92 | ZBA TRANSFER DEBIT<br>TRANSFER  TO  2079900003615 W R GRACE & CO- |
| 1/23 | 900,553.09 | ZBA TRANSFER DEBIT<br>TRANSFER  TO  2079900016741 W R GRACE & CO |
| 1/23 | 1,559,666.18 | ZBA TRANSFER DEBIT<br>TRANSFER  TO  2079920005761 W R GRACE AND C |
| 1/23 | 2,124,835.73 | ZBA TRANSFER DEBIT<br>TRANSFER  TO  2079900005231 W.R. GRACE & CO |
| 1/26 | 150.00 | ZBA TRANSFER DEBIT<br>TRANSFER  TO  2079900005600 W R GRACE & CO |
| 1/26 | 579.12 | ZBA TRANSFER DEBIT<br>TRANSFER  TO  2079900065006 W R GRACE & CO |
| 1/26 | 1,377.39 | ZBA TRANSFER DEBIT<br>TRANSFER  TO  2079900016741 W R GRACE & CO |
| 1/26 | 47,067.87 | ZBA TRANSFER DEBIT<br>TRANSFER  TO  2079900067554 WR GRACE & CO. |
| 1/26 | 117,744.17 | ZBA TRANSFER DEBIT<br>TRANSFER  TO  2079900005260 WR GRACE AND CO |
| 1/26 | 300,094.13 | ZBA TRANSFER DEBIT<br>TRANSFER  TO  2079920005761 W R GRACE AND C |
| 1/26 | 561,819.65 | ZBA TRANSFER DEBIT<br>TRANSFER  TO  2079900003615 W R GRACE & CO- |
| 1/26 | 609,472.46 | ZBA TRANSFER DEBIT<br>TRANSFER  TO  2079920005761 W R GRACE AND C |
| 1/26 | 1,569,563.92 | ZBA TRANSFER DEBIT<br>TRANSFER  TO  2079900016741 W R GRACE & CO |
| 1/27 | 145.00 | ZBA TRANSFER DEBIT<br>TRANSFER  TO  2079900065006 W R GRACE & CO |
| 1/27 | 264.84 | ZBA TRANSFER DEBIT<br>TRANSFER  TO  2079900005600 W R GRACE & CO |
| 1/27 | 6,252.43 | ZBA TRANSFER DEBIT<br>TRANSFER  TO  2079900016741 W R GRACE & CO |
| 1/27 | 9,458.39 | ZBA TRANSFER DEBIT<br>TRANSFER  TO  2079900003615 W R GRACE & CO- |
| 1/27 | 9,701.12 | ZBA TRANSFER DEBIT<br>TRANSFER  TO  2079900067554 WR GRACE & CO. |
| 1/27 | 24,605.65 | ZBA TRANSFER DEBIT<br>TRANSFER  TO  2079900005260 WR GRACE AND CO |
| 1/27 | 240,072.00 | ZBA TRANSFER DEBIT<br>TRANSFER  TO  2079920005761 W R GRACE AND C |
| 1/27 | 287,683.78 | ZBA TRANSFER DEBIT<br>TRANSFER  TO  2079920005761 W R GRACE AND C |

*Other Withdrawals and Service Fees continued on next page.*

---

**WACHOVIA BANK, NATIONAL ASSOCIATION , CAP MKTS INV BKG DIV MFG FRANCHISE**

H-000129

# Commercial Checking

11          2000000282172  001  130          0      0      62,848

**WACHOVIA**

---

## Other Withdrawals and Service Fees    continued

| Date | Amount | Description |
|------|--------|-------------|
| 1/30 | 57,704.38 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005260 WR GRACE AND CO |
| 1/30 | 200,451.81 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 1/30 | 2,055,452.54 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 1/30 | 2,252,506.06 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005231 W.R. GRACE & CO |
| **Total** | **$68,581,515.61** | |

## Daily Balance Summary

| Dates | Amount | Dates | Amount | Dates | Amount |
|-------|--------|-------|--------|-------|--------|
| 1/02 | 3,475,741.80 | 1/13 | 5,907,786.35 | 1/23 | 4,596,168.46 |
| 1/05 | 2,392,085.16 | 1/14 | 2,469,008.81 | 1/26 | 7,288,299.75 |
| 1/06 | 7,288,867.78 | 1/15 | 4,688,237.29 | 1/27 | 8,910,116.54 |
| 1/07 | 2,170,472.84 | 1/16 | 3,082,791.78 | 1/28 | 3,468,578.81 |
| 1/08 | 5,112,156.07 | 1/20 | 8,146,494.81 | 1/29 | 6,300,547.99 |
| 1/09 | 4,675,139.18 | 1/21 | 2,388,982.55 | 1/30 | 2,299,676.65 |
| 1/12 | 2,390,301.95 | 1/22 | 5,694,591.45 | | |

---

H-000130



# Commercial Checking

12          2000000282172   001   130          0     0     62,849

## Customer Service Information

**For questions about your statement
or billing errors, contact us at:**

| | Phone number | Address |
|---|---|---|
| Business Checking, CheckCard & Loan Accounts | 1-800-566-3862 | WACHOVIA BANK, NATIONAL ASSOCIATION |
| Commercial Checking & Loan Accounts | 1-800-222-3862 | NC8502 |
| TDD   (For the Hearing Impaired) | 1-800-835-7721 | P O BOX 563966 |
| | | CHARLOTTE NC 28262-3966 |

## To Balance Your Account

| | List Outstanding Checks and Withdrawals | | | |
|---|---|---|---|---|
| 1. Compare your account register to your account statement for unrecorded transactions (such as ATM, CheckCard, Interest earned, fees, etc.) Your new account register total should match the adjusted balance in line 6 below. | Ck. No. | Amount | Ck. No. | Amount |
| _____ 2. Write in the closing balance shown on the front of account statement. | | | | |
| _____ 3. Write in any deposits you have made since the date of this statement. | | | | |
| _____ | | | | |
| _____ | | | | |
| _____ 4. Add together amounts listed above in steps 2 and 3. | | | | |
| _____ 5. In the section to the right, list and total all checks and withdrawals that you have made that are not reported on your account statement. Write in the total here. | | | | |
| _____ 6. Subtract the amount in line 5 from the amount in line 4. This is your adjusted balance and should match the balance in Step 1 above. | | | | |
| | | | Total | |

In Case of Errors or Questions About Your Electronic Transfers: Telephone us at 1-800-222-3862 or write to us at WACHOVIA BANK, NATIONAL ASSOCIATION, NC8502, P O BOX 563966, CHARLOTTE NC 28262-3966, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error. You will have use of the money during the time it takes us to complete our investigation.

---

**WACHOVIA BANK, NATIONAL ASSOCIATION , CAP MKTS INV BKG DIV MFG FRANCHISE**

H-000131

Commercial Checking

01   2079900016741 005 109      0   0      SAFEKEPT      Replacement Statement      001

W R GRACE & CO - CONN
ATTN: DARLENE PARLIN          CB  145
62 WHITTEMORE AVE
CAMBRIDGE MA 02140

Commercial Checking                                    1/01/2004 thru 1/30/2004

Account number:          2079900016741
Account holder(s):       W R GRACE & CO - CONN

Taxpayer ID Number:      135114230

Account Summary

| Opening balance 1/01 | $0.00 |
|---|---|
| Deposits and other credits | 5,151,968.69 + |
| Checks | 437,440.69 - |
| Other withdrawals and service fees | 4,714,528.00 - |
| Closing balance 1/30 | $0.00 |

Deposits and Other Credits

| Date | Amount | Description | |
|---|---|---|---|
| 1/02 | 2,604.65 | ZBA TRANSFER CREDIT | 000000000000000 |
| | | TRANSFER FROM 2000000282172 W R GRACE & COM | |
| 1/05 | 5,430.00 | ZBA TRANSFER CREDIT | 000000000000000 |
| | | TRANSFER FROM 2000000282172 W R GRACE & COM | |
| 1/06 | 2,747.07 | ZBA TRANSFER CREDIT | 000000000000000 |
| | | TRANSFER FROM 2000000282172 W R GRACE & COM | |
| 1/07 | 16,962.88 | ZBA TRANSFER CREDIT | 000000000000000 |
| | | TRANSFER FROM 2000000282172 W R GRACE & COM | |
| 1/08 | 1,943.95 | ZBA TRANSFER CREDIT | 000000000000000 |
| | | TRANSFER FROM 2000000282172 W R GRACE & COM | |
| 1/09 | 876,552.58 | ZBA TRANSFER CREDIT | 000000000000000 |
| | | TRANSFER FROM 2000000282172 W R GRACE & COM | |
| 1/12 | 7,911.46 | ZBA TRANSFER CREDIT | 000000000000000 |
| | | TRANSFER FROM 2000000282172 W R GRACE & COM | |
| 1/12 | 1,370,251.00 | ZBA TRANSFER CREDIT | 000000000000000 |
| | | TRANSFER FROM 2000000282172 W R GRACE & COM | |
| 1/13 | 29,657.06 | ZBA TRANSFER CREDIT | 000000000000000 |
| | | TRANSFER FROM 2000000282172 W R GRACE & COM | |
| 1/14 | 95,171.35 | ZBA TRANSFER CREDIT | 000000000000000 |
| | | TRANSFER FROM 2000000282172 W R GRACE & COM | |
| 1/15 | 54,672.76 | ZBA TRANSFER CREDIT | 000000000000000 |
| | | TRANSFER FROM 2000000282172 W R GRACE & COM | |
| 1/16 | 58,610.74 | ZBA TRANSFER CREDIT | 000000000000000 |
| | | TRANSFER FROM 2000000282172 W R GRACE & COM | |

Deposits and Other Credits continued on next page.

WACHOVIA BANK, NATIONAL ASSOCIATION , CAP MKTS INV BKG DIV MFG FRANCHI      page 1 of 5

H-000132

Commercial Checking

02    2079900016741 005 109        0    0        SAFEKEPT      Replacement Statement        001

Deposits and Other Credits continued

| Date | Amount | Description | |
|------|--------|-------------|---|
| 1/20 | 23,531.60 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W R GRACE & COM | 000000000000000 |
| 1/21 | 38,601.28 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W R GRACE & COM | 000000000000000 |
| 1/22 | 13,678.49 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W R GRACE & COM | 000000000000000 |
| 1/23 | 900,553.09 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W R GRACE & COM | 000000000000000 |
| 1/26 | 1,377.39 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W R GRACE & COM | 000000000000000 |
| 1/26 | 1,569,563.92 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W R GRACE & COM | 000000000000000 |
| 1/27 | 6,252.43 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W R GRACE & COM | 000000000000000 |
| 1/28 | 29,467.59 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W R GRACE & COM | 000000000000000 |
| 1/29 | 29,954.50 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W R GRACE & COM | 000000000000000 |
| 1/30 | 16,472.90 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W R GRACE & COM | 000000000000000 |

Total    $5,151,968.69

Checks

| Number | Amount | Date | Number | Amount | Date | Number | Amount | Date | | | |
|--------|--------|------|--------|--------|------|--------|--------|------|---|---|---|
| 68862 | 2,558.08 | 1/21 | 68964* | 2,932.51 | 1/07 | 69003 | 2,321.56 | 1/14 | 5418986138 | 3517739417 | 1711708070 |
| 68879* | 1,281.52 | 1/08 | 68965 | 1,505.48 | 1/05 | 69004 | 960.85 | 1/16 | 5713566555 | 3416037684 | 5418384417 |
| 68887* | 368.63 | 1/09 | 68967* | 500.00 | 1/07 | 69005 | 1,372.08 | 1/14 | 5713817535 | 3715085597 | 3417898887 |
| 68903* | 1,491.12 | 1/23 | 68973* | 2,695.15 | 1/06 | 69006 | 2,846.44 | 1/13 | 3510627271 | 3714888977 | 3310947566 |
| 68906* | 843.63 | 1/07 | 68976* | 4,229.79 | 1/07 | 69007 | 1,540.59 | 1/21 | 3715017775 | 5318301720 | 3418764524 |
| 68915* | 1,940.82 | 1/20 | 68978* | 3,200.51 | 1/16 | 69008 | 944.31 | 1/16 | 5319260943 | 3510031521 | 3615585675 |
| 68923* | 1,077.48 | 1/07 | 68984* | 223.10 | 1/14 | 69009 | 1,046.00 | 1/13 | 3416385776 | 3519226736 | 3519015234 |
| 68925* | 1,612.05 | 1/07 | 68987* | 1,374.12 | 1/05 | 69010 | 887.07 | 1/20 | 5318301570 | 3416054117 | 3311772316 |
| 68929* | 1,859.98 | 1/05 | 68988 | 300.35 | 1/05 | 69011 | 1,256.29 | 1/13 | 5416687921 | 1710273756 | 5418012271 |
| 68930 | 3,046.43 | 1/07 | 68989 | 35.10 | 1/16 | 69012 | 1,717.10 | 1/15 | 3715080058 | 3510083218 | 3615327880 |
| 68932* | 1,183.58 | 1/02 | 68992* | 390.07 | 1/05 | 69013 | 1,371.31 | 1/13 | 5317884404 | 5712716621 | 3310947567 |
| 68938* | 1,048.71 | 1/07 | 68993 | 98.28 | 1/08 | 69014 | 1,704.91 | 1/13 | 5318301762 | 5713547186 | 5418102434 |
| 68939 | 2,622.42 | 1/15 | 68994 | 564.15 | 1/08 | 69015 | 1,835.48 | 1/16 | 3615382626 | 5713548501 | 5318904727 |
| 68940 | 1,289.53 | 1/02 | 68995 | 51.92 | 1/06 | 69016 | 1,191.48 | 1/13 | 5712342764 | 3416190943 | 3615143873 |
| 68942* | 807.53 | 1/15 | 68996 | 131.54 | 1/02 | 69017 | 2,764.93 | 1/14 | 3615386287 | 5317884417 | 5318614488 |
| 68944* | 1,343.78 | 1/13 | 68997 | 547.84 | 1/07 | 69018 | 2,206.60 | 1/21 | 5418086454 | 3416452014 | 3312173618 |
| 68947* | 1,090.94 | 1/07 | 68998 | 140.85 | 1/12 | 69019 | 2,160.59 | 1/22 | 3416452061 | 3715544046 | 3811013547 |
| 68949* | 1,618.56 | 1/13 | 68999 | 33.50 | 1/07 | 69020 | 1,589.10 | 1/14 | 3615167391 | 3416477502 | 5318613699 |
| 68954* | 5,072.46 | 1/21 | 69000 | 736.18 | 1/13 | 69021 | 3,876.96 | 1/16 | 5418986140 | 5418014695 | 1712041073 |
| 68955 | 2,557.59 | 1/21 | 69001 | 1,826.67 | 1/14 | 69022 | 2,886.11 | 1/16 | 5418986141 | 3716083819 | 1712041072 |
| 68958* | 2,416.04 | 1/21 | 69002 | 2,496.01 | 1/13 | 69023 | 3,049.70 | 1/14 | 5418986260 | 3310947568 | 3417951809 |

*Indicates a break in check number sequence

Checks continued on next page

WACHOVIA BANK, NATIONAL ASSOCIATION ,    CAP MKTS INV BKG DIV MFG FRANCHI        page 2 of 5

H-000133