INDEX NO. _____ (to be assigned by Clerk)

**This form must be completely filled out and notarized**

2004 APR -5  AM 10: 41

STATE OF NEW YORK
SUPREME COURT
COUNTY OF WYOMING

Chapter 11  CASE 01-01139

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

In the Matter of the Application of

DENNIS Nelson  #94B0694
                    Petitioner,

v.

W.R. & GRACE CORP, M.B.N.A.
                    Respondent.
Bank of Delaware

STATE OF NEW YORK)
COUNTY OF WYOMING)   ss:

**AFFIDAVIT IN SUPPORT OF
APPLICATION PURSUANT
TO CPLR 1101**
(Poor Person Status for an Inmate)

DIN # 94B0694

NYSID # 667369N

DENNIS Nelson _____, being duly sworn, says:

1. I am the Petitioner in the above-entitled case and submit this Affidavit in support of my application for poor person status in such case.

2. During the last six months, I have been incarcerated in the following federal, state or local correctional facilities:

| Facility | Dates |
|---|---|
| Attica Correctional Facility (variable) | From MARCH 28 2004 to present |

3. I own the following valuable property (other than miscellaneous personal property):

☐ NONE

☑ List Property:                    Value:

4. I have no savings, property, assets or income other than as set forth herein.

5. I am unable to pay the costs, fees, and expenses necessary to prosecute this case.

6. No other person who is able to pay these costs, fees, and expenses has a beneficial interest

in the results of this case.

7. The nature of this case and the facts therein are described in my pleadings and other papers filed with the court.

8. I have made no prior request for relief in this case.

_Dennis Nelson_
(Signature)

Sworn to before me this

30 day of MARCH 2004

_(signature)_

Notary Public

RONALD J. CHRISTENSEN
Notary Public, State of New York
WYOMING COUNTY #01CH6048524
Com... ...i Expires March 4, 20__

## AUTHORIZATION

I, DENNIS Nelson, inmate number 94 B0684, request and authorize the agency holding me in custody to send to the Clerk of the Court certified copies of the correctional facility trust fund account statement (or the institutional equivalent) for the past six months.

I further request and authorize the agency holding me in custody to deduct the amount of the filing fee ordered by the Court pursuant to CPLR 1101(f)(2) from my correctional facility trust fund account (or the institutional equivalent) and to disburse such amount as instructed by the Court.

This authorization is furnished in connection with the above entitled case and shall apply to any agency into whose custody I may be transferred.

I UNDERSTAND THAT THE ENTIRE FILING FEE AS DETERMINED BY THE COURT WILL BE PAID IN INSTALLMENTS BY AUTOMATIC DEDUCTIONS FROM MY CORRECTIONAL FACILITY TRUST FUND ACCOUNT (OR THE INSTITUTIONAL EQUIVALENT) EVEN IF MY CASE IS DISMISSED.

_Dennis Nelson_
(Signature)

STATE OF NEW YORK
SUPREME COURT : COUNTY OF WYOMING

In the Matter of the Application of

_____#_____
Petitioner,

v.

_____
Respondent.

INDEX #_____

**ORDER**
Pursuant to CPLR 1101
(Poor Person Status for an Inmate)

DIN #_____

NYSID #_____

ORI #_____

The above inmate, having made application pursuant to CPLR 1101 for poor person status, it is hereby

**ORDERED** that this application is:

☐ **DENIED**, and all applicable filing fees must be paid by the inmate within 120 days of the date of this order for this case to proceed, and if the inmate fails to do so, the Clerk of the Court is directed to close the file without further judicial action.

☐ **GRANTED**, and the Court will permit the inmate to pay a reduced filing fee of $_____ to proceed with this case. This fee shall be assessed against the inmate as an outstanding obligation and collected by the facility in which the inmate is lodged.

And further

**ORDERED** that:

☐ The inmate **IS NOT REQUIRED** to make an initial payment of a portion of the reduced filing fee and Wyoming County-Attica Legal Aid Bureau, Inc. is assigned to represent inmate in this matter.

☐ The inmate **IS REQUIRED** to make an initial payment of $_____, of the above-stated reduced filing fee, and the difference between the reduced fee and such amount of the initial payment as is remitted by the inmate shall be assessed against the inmate as an outstanding obligation. The remaining fee is to be collected by the appropriate official of the facility in which the inmate is lodged in the same manner as the reduced filing fee would be if assessed in total.

The inmate ☐ may or ☐ may not proceed with this case until all fees are collected.

DATED: _____

_____
Acting Supreme Court Justice

Copies to:
_____#_____, Attica Correctional Facility
Attica Correctional Facility
Wyoming County-Attica Legal Aid