REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

| | |
|---|---|
| W.R Grace & Co.<br>One Town Center Road<br>Boca Raton, FL   33486 | Invoice Number      1130083<br>Invoice Date        04/06/04<br>Client Number        172573 |

=========================================================================

Re: W. R. Grace & Co.

(60026)   Litigation and Litigation Consulting

    Fees                                          10,923.50

                        TOTAL BALANCE DUE UPON RECEIPT       $10,923.50
                                                              =============

```
                         REED SMITH LLP
                         PO Box 360074M
                    Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630
```

| | |
|---|---|
| W.R Grace & Co.<br>One Town Center Road<br>Boca Raton, FL   33486 | Invoice Number    1130083<br>Invoice Date      04/06/04<br>Client Number      172573<br>Matter Number       60026 |

==========================================================================

Re: (60026)   Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH FEBRUARY 28, 2004

| Date | Name | | Hours |
|---|---|---|---|
| 02/02/04 | Bentz | Corresponding with R. Finke regarding response to subpoena by third-party non-debtor asbestos defendant (.5); work on response to subpoena (.9). | 1.40 |
| 02/02/04 | Lord | Update 2002 service list. | .40 |
| 02/03/04 | Bentz | Corresponding with R. Finke regarding response to third-party non-debtor asbestos defendant subpoena. | .30 |
| 02/03/04 | Restivo | Review Wolin opinion re: recusal. | .70 |
| 02/04/04 | Bentz | Memorandum regarding discovery requests and negotiations re: same (1.2); conference with W. Sparks regarding disclosures (0.3). | 1.50 |
| 02/05/04 | Bentz | Work on disclosures issues (.6); responding to subpoena from third-party non-debtor asbestos defendant (.3). | .90 |
| 02/05/04 | Cameron | Review materials from J. Bentz regarding third-party non-debtor discovery requests and potential responses. | .90 |

```
172573  W. R. Grace & Co.                          Invoice Number   1130083
 60026  Litigation and Litigation Consulting       Page     2
        April 6, 2004
```

| Date | Name | | Hours |
|------|------|---|------:|
| 02/06/04 | Bentz | Corresponding with R. Finke and W. Sparks regarding seller disclosure issues (.9); possible responses to subpoena for production of documents (.7). | 1.60 |
| 02/06/04 | Lord | Research docket for hearing date re: 11th interim fee application (.2); review and revise same (1.5). | 1.70 |
| 02/07/04 | Cameron | Review discovery requests and related correspondence from third-party non-debtor. | .80 |
| 02/07/04 | Flatley | Review J. Wolin opinion on motion for recusal. | 1.00 |
| 02/08/04 | Cameron | Review J. Bentz' memo and e-mails regarding open discovery request issues. | .80 |
| 02/09/04 | Cameron | Review additional discovery materials from J. Bentz (0.6); telephone call with J. Bentz regarding same (0.2). | .80 |
| 02/09/04 | Lord | Research docket and update 2002 Service List. | .40 |
| 02/12/04 | Cameron | Prepare for and participate in conference call with R. Finke regarding discovery issues. | .80 |
| 02/13/04 | Cameron | Meet with L. Flatley regarding witness meetings (0.3); review materials relating to discovery issues (0.8). | 1.10 |
| 02/17/04 | Atkinson | Review file contents reports re: Grace National Exhibits. | .30 |
| 02/17/04 | Cameron | Telephone call with W. Sparks (0.2); review of discovery issues (0.3). | .50 |
| 02/18/04 | Cameron | Meet with L. Flatley regarding witness issues. | .40 |

```
172573  W. R. Grace & Co.                         Invoice Number   1130083
60026   Litigation and Litigation Consulting       Page     3
        April 6, 2004
```

| Date | Name | | Hours |
|---|---|---|---|
| 02/19/04 | Cameron | Telephone call with R. Finke regarding discovery subpoena (0.3); review correspondence relating to same (0.8). | 1.10 |
| 02/20/04 | Atkinson | Prepare EPA demonstrative chart for J. Restivo. | .30 |
| 02/20/04 | Cameron | Review discovery requests and subpoena from third-party non-debtor (0.9); telephone call with counsel for third-party non-debtor asbestos defendant (0.2); telephone call with R. Finke and B. Murphy regarding same (0.6). | 1.70 |
| 02/20/04 | Muha | Participate in part of conference call with Grace in-house and outside counsel re: third-party asbestos defendant request for documents. | .50 |
| 02/23/04 | Cameron | Review materials relating to open discovery issues (.60); e-mails re: same (.30). | .90 |
| 02/24/04 | Cameron | Review third-party non-debtor discovery issues. | .80 |
| 02/25/04 | Cameron | Review of documents to produce to third-party non-debtor asbestos defendant (1.4); e-mails regarding same (0.2). | 1.60 |
| 02/26/04 | Cameron | Continued review of documents for production to third-party non-debtor asbestos defendant (1.9); telephone call with B. Murphy regarding same (0.2). | 2.10 |
| 02/27/04 | Cameron | Telephone call with counsel for third-party non-debtor asbestos defendant regarding discovery (0.2); review documents for production (0.9); prepare and revise draft letter regarding same (0.5). | 1.60 |

```
                                              TOTAL HOURS     26.90
```

```
172573  W. R. Grace & Co.                        Invoice Number   1130083
60026   Litigation and Litigation Consulting     Page     4
        April 6, 2004
```

| TIME SUMMARY | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| James J. Restivo Jr. | 0.70 | at $ | 495.00 | = | 346.50 |
| Lawrence E. Flatley | 1.00 | at $ | 470.00 | = | 470.00 |
| Douglas E. Cameron | 15.90 | at $ | 465.00 | = | 7,393.50 |
| James W Bentz | 5.70 | at $ | 370.00 | = | 2,109.00 |
| Andrew J. Muha | 0.50 | at $ | 235.00 | = | 117.50 |
| John B. Lord | 2.50 | at $ | 160.00 | = | 400.00 |
| Maureen L. Atkinson | 0.60 | at $ | 145.00 | = | 87.00 |

```
                CURRENT FEES                              10,923.50


                                                       ------------
                TOTAL BALANCE DUE UPON RECEIPT           $10,923.50
                                                       ============
```

```
                          REED SMITH LLP
                          PO Box 360074M
                     Pittsburgh, PA  15251-6074
                         Tax ID# 25-0749630
```

```
W. R. Grace                              Invoice Number      1130084
5400 Broken Sound Blvd., N.W.            Invoice Date        04/06/04
Boca Raton, FL 33487                     Client Number        172573
```

===========================================================================

Re: W. R. Grace & Co.


(60028)   ZAI Science Trial

    Fees                                         7,285.00


                TOTAL BALANCE DUE UPON RECEIPT           $7,285.00
                                                                       =============

```
                       REED SMITH LLP
                       PO Box 360074M
                  Pittsburgh, PA  15251-6074
                     Tax ID# 25-0749630
```

```
W. R. Grace                                Invoice Number        1130084
5400 Broken Sound Blvd., N.W.              Invoice Date         04/06/04
Boca Raton, FL 33487                       Client Number         172573
                                           Matter Number          60028
```

===========================================================================

Re: (60028)  ZAI Science Trial

FOR PROFESSIONAL SERVICES PROVIDED THROUGH FEBRUARY 28, 2004

| Date | Name | Description | Hours |
|---|---|---|---|
| 02/04/04 | Flatley | E-mails from/to R. Senftleben re: medical article. | .10 |
| 02/05/04 | Muha | Draft, review and analysis of Grace ZAI budget. | .40 |
| 02/07/04 | Flatley | Review J. Bentz memo (.20); review medical article forwarded by R. Senftleben and outline issues to raise with him (.50). | .70 |
| 02/09/04 | Flatley | E-mails on scheduling issues (.20); with J. Bentz re: witness meeting (.10); call with W. Sparks (.60); follow up on W. Sparks call, including e-mails (.20); call with W. Sparks (.20). | 1.30 |
| 02/12/04 | Flatley | Call with W. Sparks and follow up. | .30 |
| 02/13/04 | Flatley | Call with W. Sparks re: meeting preparation (1.00); preparation for and follow up on W. Sparks call (.40); with D. Cameron re: Sparks issue (.20). | 1.60 |
| 02/16/04 | Flatley | Preparation for 2/17 W. Sparks meeting (2.30); call with W. Sparks re: meeting arrangements (.50). | 2.80 |

```
172573  W. R. Grace & Co.                        Invoice Number   1130084
 60028  ZAI Science Trial                        Page    2
        April 6, 2004
```

| Date | Name | | Hours |
|------|------|---|------|
| 02/17/04 | Flatley | Preparation for meeting in Philadelphia (1.50); meeting with W. Sparks (2.20); follow up with W. Sparks after main meeting (1.00); drafting memorandum and other follow-up on meeting (1.50). | 6.20 |
| 02/18/04 | Flatley | Follow up and reorganizing after Philadelphia meeting (.60); revisions to memorandum on meeting (.80); with D. Cameron (.20); call with W. Sparks and message for R. Finke (.30). | 1.90 |
| 02/23/04 | Flatley | Call with R. Finke re: meeting in Philadelphia. | .40 |

```
                                             TOTAL HOURS     15.70
```

| TIME SUMMARY | Hours | Rate | Value | |
|---|---|---|---|---|
| Lawrence E. Flatley | 15.30 at | $ 470.00 = | 7,191.00 | |
| Andrew J. Muha | 0.40 at | $ 235.00 = | 94.00 | |
| | CURRENT FEES | | | 7,285.00 |
| | TOTAL BALANCE DUE UPON RECEIPT | | | $7,285.00 |

```
                        REED SMITH LLP
                        PO Box 360074M
                     Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630
```

| | |
|---|---|
| W. R. Grace | Invoice Number    1130085 |
| 5400 Broken Sound Blvd., N.W. | Invoice Date      04/06/04 |
| Boca Raton, FL 33487 | Client Number      172573 |

==============================================================================

Re: W. R. Grace & Co.

(60029)   Fee Applications-Applicant

    Fees                                        2,907.50

                TOTAL BALANCE DUE UPON RECEIPT        $2,907.50
                                                             =============

```
                          REED SMITH LLP
                          PO Box 360074M
                      Pittsburgh, PA 15251-6074
                        Tax ID# 25-0749630
```

| | |
|---|---|
| W. R. Grace | Invoice Number    1130085 |
| 5400 Broken Sound Blvd., N.W. | Invoice Date      04/06/04 |
| Boca Raton, FL 33487 | Client Number     172573 |
| | Matter Number     60029 |

================================================================================

Re: (60029)  Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH FEBRUARY 29, 2004

| Date | Name | | Hours |
|---|---|---|---|
| 01/26/04 | Keuler | Revise documents prepared by J. Lord re: 29th monthly application. | .50 |
| 02/04/04 | Keuler | Review and revise 13th monthly fee application (0.3); review fee examiner's report (0.2); communications with D. Cameron re: fees (0.1). | .60 |
| 02/04/04 | Lord | Review and revise December monthly fee application (.6); prepare hard and electronic service for same (.2); e-file and perfect hard/electronic service for same (.5). | 1.30 |
| 02/04/04 | Muha | Finalize December 2003 monthly fee application. | .30 |
| 02/05/04 | Keuler | Review and revise fee applications for filing (0.5); review and respond e-messages sent by J. Lord (0.3); draft memo regarding status of actions to K. Gwynne (0.1). | .90 |
| 02/05/04 | Muha | Make final review of and revisions to 11th Quarterly Fee Application. | .60 |
| 02/09/04 | Lord | Continue to prepare interim fee application (1.1); discuss same with R. Keuler (.1). | 1.20 |

```
172573 W. R. Grace & Co.                       Invoice Number  1130085
60029  Fee Applications-Applicant              Page    2
       April 6, 2004
```

| Date | Name | Description | Hours |
|---|---|---|---|
| 02/11/04 | Keuler | Review and revise new fee application requests. | .40 |
| 02/11/04 | Lord | Prepare service for 11th quarterly fee application. | .20 |
| 02/11/04 | Muha | Begin to review and revise January 2004 DBR for fee application. | .40 |
| 02/12/04 | Keuler | Revise 11th Interim Quarterly Application. | .60 |
| 02/12/04 | Keuler | Met with J. Lord to discuss changes. | .20 |
| 02/12/04 | Lord | Discuss 11th quarterly fee application with R. Keuler (.1); revise and recalculate same (.8); e-file and perfect service for same (.5). | 1.40 |
| 02/13/04 | Muha | Review docket reports and draft e-mail re: ZAI Science Trial Budget | 2.90 |
| 02/16/04 | Muha | Revise DBR for January 2004 fee application. | .60 |
| 02/20/04 | Muha | Revise fee and expense detail for January 2004 fee application. | .60 |
| 02/25/04 | Muha | Attention to issue raised by Fee Auditor re: 10th Quarterly summary chart. | .30 |
| 02/27/04 | Lord | E-mail to P. Lykens re: January monthly fee application. | .10 |

```
                                               TOTAL HOURS    13.10
```

| TIME SUMMARY | Hours | Rate | Value |
|---|---|---|---|
| Andrew J. Muha | 5.70 at $ 235.00 = | | 1,339.50 |
| Richard A. Jr. Keuler | 3.20 at $ 280.00 = | | 896.00 |
| John B. Lord | 4.20 at $ 160.00 = | | 672.00 |

```
                 CURRENT FEES                                 2,907.50
```

```
172573  W. R. Grace & Co.                      Invoice Number  1130085
60029   Fee Applications-Applicant             Page    3
        April 6, 2004


                        TOTAL BALANCE DUE UPON RECEIPT        $2,907.50
                                                              ==============
```