REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

| | |
|---|---|
| W.R Grace & Co. | Invoice Number    1130092 |
| One Town Center Road | Invoice Date      04/06/04 |
| Boca Raton, FL   33486 | Client Number     172573 |

===========================================================================

Re: W. R. Grace & Co.

(60026)   Litigation and Litigation Consulting

| | | |
|---|---|---|
| Expenses | 2,317.52 | |
| TOTAL BALANCE DUE UPON RECEIPT | | $2,317.52 |

```
                         REED SMITH LLP
                         PO Box 360074M
                    Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630
```

| | |
|---|---|
| W.R Grace & Co.<br>One Town Center Road<br>Boca Raton, FL   33486 | Invoice Number      1130092<br>Invoice Date        04/06/04<br>Client Number        172573<br>Matter Number         60026 |

================================================================================

Re: (60026)   Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---:|
| 12/29/03 | Pacer electronic docket document retreival service: retrieval of items on debtor's bankruptcy docket. | 62.79 |
| 02/03/04 | ATTY # 0559: 6 COPIES | .90 |
| 02/03/04 | ATTY # 0710: 8 COPIES | 1.20 |
| 02/03/04 | ATTY # 0710: 4 COPIES | .60 |
| 02/03/04 | ATTY # 0710: 4 COPIES | .60 |
| 02/03/04 | ATTY # 0559; 10 COPIES | 1.50 |
| 02/03/04 | ATTY # 0559; 48 COPIES | 7.20 |
| 02/04/04 | ATTY # 0885: 2 COPIES | .30 |
| 02/04/04 | ATTY # 0559: 10 COPIES | 1.50 |
| 02/04/04 | ATTY # 0559: 6 COPIES | .90 |
| 02/04/04 | ATTY # 0559: 6 COPIES | .90 |
| 02/04/04 | ATTY # 0559: 12 COPIES | 1.80 |
| 02/04/04 | ATTY # 0559: 11 COPIES | 1.65 |
| 02/04/04 | ATTY # 0559: 11 COPIES | 1.65 |
| 02/04/04 | ATTY # 0559: 8 COPIES | 1.20 |
| 02/04/04 | ATTY # 0559: 8 COPIES | 1.20 |
| 02/04/04 | ATTY # 0559: 12 COPIES | 1.80 |

| | | |
|---|---|---|
| 172573 W. R. Grace & Co. | | Invoice Number 1130092 |
| 60026 Litigation and Litigation Consulting | | Page 2 |
| April 6, 2004 | | |

| Date | Description | Amount |
|---|---|---|
| 02/04/04 | ATTY # 0559: 12 COPIES | 1.80 |
| 02/04/04 | ATTY # 0559: 4 COPIES | .60 |
| 02/04/04 | ATTY # 0559: 4 COPIES | .60 |
| 02/04/04 | ATTY # 0559: 4 COPIES | .60 |
| 02/04/04 | ATTY # 0718; 11 COPIES | 1.65 |
| 02/04/04 | ATTY # 0718: 8 COPIES | 1.20 |
| 02/04/04 | ATTY # 0718: 6 COPIES | .90 |
| 02/04/04 | ATTY # 0885; 19 COPIES | 2.85 |
| 02/04/04 | ATTY # 0718; 116 COPIES | 17.40 |
| 02/04/04 | Courier Service - Shipped from James Bentz, Reed Smith LLP - to Richard Finke, Esq., W.R. Grace & Company (BOCA RATON FL 33487). | 9.10 |
| 02/05/04 | ATTY # 0559: 2 COPIES | .30 |
| 02/05/04 | ATTY # 0885: 2 COPIES | .30 |
| 02/05/04 | ATTY # 0559: 12 COPIES | 1.80 |
| 02/05/04 | ATTY # 0559: 1 COPIES | .15 |
| 02/05/04 | ATTY # 0559: 4 COPIES | .60 |
| 02/05/04 | ATTY # 0559; 106 COPIES | 15.90 |
| 02/06/04 | ATTY # 0718: 12 COPIES | 1.80 |
| 02/06/04 | ATTY # 0885; 38 COPIES | 5.70 |
| 02/06/04 | ATTY # 0885; 26 COPIES | 3.90 |
| 02/07/04 | ATTY # 0559: 2 COPIES | .30 |
| 02/09/04 | ATTY # 0559: 2 COPIES | .30 |
| 02/09/04 | ATTY # 0559: 2 COPIES | .30 |
| 02/09/04 | ATTY # 0559: 2 COPIES | .30 |
| 02/09/04 | ATTY # 0887: 21 COPIES | 3.15 |
| 02/09/04 | ATTY # 0718: 4 COPIES | .60 |

```
172573  W. R. Grace & Co.                              Invoice Number   1130092
60026   Litigation and Litigation Consulting          Page     3
        April 6, 2004
```

| Date | Description | Amount |
|---|---|---:|
| 02/09/04 | ATTY # 0718: 1 COPIES | .15 |
| 02/09/04 | ATTY # 0718: 4 COPIES | .60 |
| 02/09/04 | ATTY # 0718: 22 COPIES | 3.30 |
| 02/09/04 | ATTY # 0718: 11 COPIES | 1.65 |
| 02/10/04 | ATTY # 0559: 2 COPIES | .30 |
| 02/10/04 | ATTY # 0559: 2 COPIES | .30 |
| 02/10/04 | ATTY # 0559: 2 COPIES | .30 |
| 02/10/04 | ATTY # 0559: 2 COPIES | .30 |
| 02/10/04 | ATTY # 0559: 2 COPIES | .30 |
| 02/11/04 | ATTY # 0559: 4 COPIES | .60 |
| 02/11/04 | ATTY # 0887: 21 COPIES | 3.15 |
| 02/12/04 | ATTY # 0718: 4 COPIES | .60 |
| 02/12/04 | ATTY # 0718: 4 COPIES | .60 |
| 02/12/04 | ATTY # 0718: 5 COPIES | .75 |
| 02/12/04 | ATTY # 0718: 4 COPIES | .60 |
| 02/12/04 | ATTY # 0718: 1 COPIES | .15 |
| 02/12/04 | ATTY # 0718: 1 COPIES | .15 |
| 02/12/04 | ATTY # 0718: 24 COPIES | 3.60 |
| 02/12/04 | ATTY # 0718: 1 COPIES | .15 |
| 02/12/04 | ATTY # 0718; 10 COPIES | 1.50 |
| 02/12/04 | ATTY # 0718; 1 COPIES | .15 |
| 02/12/04 | ATTY # 0718; 303 COPIES | 45.45 |
| 02/16/04 | ATTY # 0885; 13 COPIES | 1.95 |
| 02/17/04 | OUTSIDE DUPLICATING - - VENDOR: IKON DOCUMENT SERVICES--COPYING OF DOCUMENTS TO BE PRODUCED IN RESPONSE TO THIRD-PARTY NON-DEBTOR ASBESTOS DEFENDANT SUBPOENA. | 65.80 |
| 02/19/04 | 614-464-5460/COLUMBUS, OH/1 | .11 |

172573 W. R. Grace & Co.                          Invoice Number  1130092
60026  Litigation and Litigation Consulting       Page    4
        April 6, 2004


02/20/04   614-464-5460/COLUMBUS, OH/3                              .23

02/20/04   614-464-5460/COLUMBUS, OH/1                              .11

02/20/04   ATTY # 0856; 8 COPIES                                  8.00

02/20/04   ATTY # 0856; 46 COPIES                                 6.90

02/23/04   ATTY # 0856; 1496 COPIES                             224.40

02/24/04   ATTY # 0396: 4 COPIES                                   .60

02/24/04   ATTY # 0396: 2 COPIES                                   .30

02/24/04   ATTY # 0396: 6 COPIES                                   .90

02/24/04   585-263-1091/ROCHESTER, NY/50                         2.85

02/25/04   COPYING - OUTSIDE DUPLICATING - - VENDOR: IKON      277.85
           DOCUMENT SERVICES--COPYING OF DOCUMENTS TO BE
           PRODUCED IN RESPONSE TO THIRD-PARTY NON-DEBTOR
           ASBESTOS DEFENDANT SUBPOENA.

02/25/04   401-431-4799/PROVIDENCE, RI/1                          .11

02/26/04   ATTY # 0856: 15 COPIES                                2.25

02/26/04   ATTY # 0559; 3135 COPIES                            470.25

02/27/04   ATTY # 0856: 1 COPIES                                  .15

02/27/04   ATTY # 0559: 2 COPIES                                  .30

02/27/04   ATTY # 0559; 597 COPIES                              89.55

02/27/04   ATTY # 0559; 3089 COPIES                            463.35

02/27/04   ATTY # 0559; 2351 COPIES                            352.65

02/27/04   ATTY # 0559; 14 COPIES                                2.10

02/27/04   ATTY # 0559; 2 COPIES                                  .30

02/27/04   Courier Service - 00843 UPS - Shipped from          19.80
           Douglas Cameron, Reed Smith LLP - Pittsburgh to
           Douglas R. Matthews (Columbus, OH).

02/27/04   Courier Service - 00843 UPS - Shipped from          25.01
           Douglas Cameron, Reed Smith LLP - Pittsburgh to
           Douglas R. Matthews (COLUMBUS OH 4321).

```
172573  W. R. Grace & Co.                          Invoice Number   1130092
60026   Litigation and Litigation Consulting       Page     5
        April 6, 2004
```

| | | |
|---|---|---:|
| 02/27/04 | Courier Service - 00843 UPS - Shipped from Douglas Cameron, Reed Smith LLP - Pittsburgh to Douglas R. Matthews (COLUMBUS OH 43215). | 25.01 |
| 02/27/04 | Courier Service - 00843 UPS - Shipped from Douglas Cameron, Reed Smith LLP - Pittsburgh to Douglas R. Matthews (COLUMBUS OH 43215). | 25.01 |
| 02/27/04 | Courier Service - 00843 UPS - Shipped from Douglas Cameron Reed Smith LLP - Pittsburgh to Douglas R. Matthews (COLUMBUS OH 43215). | 9.55 |
| 02/27/04 | Courier Service - 00843 UPS - Shipped from Douglas Cameron, Reed Smith LLP - Pittsburgh to Douglas R. Matthews (COLUMBUS OH 43215). | 8.65 |
| 02/27/04 | Courier Service - 00843 UPS - Shipped from Douglas Cameron, Reed Smith LLP - Pittsburgh to Douglas R. Matthews (COLUMBUS OH 43215). | 9.04 |
| | CURRENT EXPENSES | 2,317.52 |
| | TOTAL BALANCE DUE UPON RECEIPT | $2,317.52 |

```
                         REED SMITH LLP
                         PO Box 360074M
                    Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630



    W.R Grace & Co.                    Invoice Number       1130092
    One Town Center Road               Invoice Date         04/06/04
    Boca Raton, FL   33486             Client Number        172573
                                       Matter Number        60026


==============================================================================

Re: Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

    Telephone Expense                         3.41
    Duplicating/Printing                  1,776.50
    Other Databases                          62.79
    Courier Service - Outside               131.17
    Outside Duplicating                     343.65

                CURRENT EXPENSES                              2,317.52
                                                          --------------

                TOTAL BALANCE DUE UPON RECEIPT              $2,317.52
                                                          ==============
```

```
                         REED SMITH LLP
                         PO Box 360074M
                    Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630
```

| | |
|---|---|
| W. R. Grace | Invoice Number      1130093 |
| 5400 Broken Sound Blvd., N.W. | Invoice Date        04/06/04 |
| Boca Raton, FL 33487 | Client Number       172573 |

================================================================================

Re: W. R. Grace & Co.


(60028)   ZAI Science Trial

    Expenses                                          220.42

                      TOTAL BALANCE DUE UPON RECEIPT          $220.42
                                                               =============

```
                            REED SMITH LLP
                            PO Box 360074M
                       Pittsburgh, PA  15251-6074
                          Tax ID# 25-0749630
```

W. R. Grace                                  Invoice Number      1130093
5400 Broken Sound Blvd., N.W.                Invoice Date       04/06/04
Boca Raton, FL 33487                         Client Number       172573
                                             Matter Number         60028

==========================================================================

Re: (60028)   ZAI Science Trial


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---:|
| 01/19/04 | 561-362-1959/BOCA RATON, FL/9 | .51 |
| 01/22/04 | 843-727-6513/CHARLESTON, SC/10 | .63 |
| 01/26/04 | 561-362-1533/BOCA RATON, FL/10 | .63 |
| 01/27/04 | 202-624-2500/WASHINGTON, DC/11 | .68 |
| 02/10/04 | ATTY # 0559; 14 COPIES | 2.10 |
| 02/16/04 | ATTY # 0396: 1 COPIES | .15 |
| 02/16/04 | ATTY # 0396: 1 COPIES | .15 |
| 02/16/04 | ATTY # 0396: 1 COPIES | .15 |
| 02/16/04 | ATTY # 0396: 1 COPIES | .15 |
| 02/16/04 | 302-652-5340/WILMINGTON, DE/1 | .11 |
| 02/16/04 | 917-319-2202/NEW YORK, NY/7 | .46 |
| 02/18/04 | ATTY # 0396: 2 COPIES | .30 |
| 02/18/04 | ATTY # 0396: 2 COPIES | .30 |
| 02/18/04 | 302-652-5340/WILMINGTON, DE/17 | .97 |
| 02/24/04 | Rail Travel Expense - - VENDOR: LAWRENCE E. FLATLEY (PHILA., PA 2/17/04) (Relating to Meeting with client in Philadelphia). | 27.00 |
| 02/24/04 | Taxi Expense - -- VENDOR: LAWRENCE E. FLATLEY (PHILA., PA 2/17/04) (Relating to Meeting with client in Philadelphia). | 152.78 |

```
172573  W. R. Grace & Co.                           Invoice Number   1130093
 60028  ZAI Science Trial                           Page    2
        April 6, 2004
```

| Date | Description | Amount |
|---|---|---|
| 02/24/04 | Mileage Expense - - - VENDOR: LAWRENCE E. FLATLEY (PHILA., PA 2/17/04) (Relating to Meeting with client in Philadelphia). | 22.50 |
| 02/24/04 | Transportation - - LAWRENCE E. FLATLEY PARKING FOR MEETING IN PHILADELPHIA WITH CLIENT, 2/17/04. | 9.50 |
| 02/27/04 | Postage Expense | 1.20 |
| 02/27/04 | ATTY # 0559: 1 COPIES | .15 |
|  | CURRENT EXPENSES | 220.42 |
|  | TOTAL BALANCE DUE UPON RECEIPT | $220.42 |

```
                        REED SMITH LLP
                        PO Box 360074M
                    Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630
```

W. R. Grace                                 Invoice Number       1130093
5400 Broken Sound Blvd., N.W.               Invoice Date         04/06/04
Boca Raton, FL 33487                        Client Number         172573
                                            Matter Number          60028

========================================================================

Re: ZAI Science Trial

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---:|
| Telephone Expense | 3.99 |
| Duplicating/Printing | 3.45 |
| Postage Expense | 1.20 |
| Transportation | 9.50 |
| Rail Travel Expense | 27.00 |
| Taxi Expense | 152.78 |
| Mileage Expense | 22.50 |

                    CURRENT EXPENSES                              220.42
                                                             -------------

                    TOTAL BALANCE DUE UPON RECEIPT              $220.42
                                                             =============