## Warren H. Smith & Associates, P.C.
325 North St. Paul Street
Suite 1275
Dallas, TX  75201

*Invoice submitted to:*
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044

March 31, 2004

In Reference To:   Bankruptcy Fee Audit Case #01-1139 (JKF)

Invoice #    10520

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 3/2/2004 | JBA | draft WRG Project Category Spreadsheet for distribution to applicants. | 2.00 | 80.00 |
|  | SLB | draft 10th Int. fee and expense chart complete with fee auditor recommendations (8.6) | 8.60 | 946.00 |
| 3/3/2004 | JBA | Electronic filing with court of Amended Final Report re: Lukins 10th Interim | 0.20 | 8.00 |
|  | WHS | detailed review of Richardson 10th Int FR | 0.10 | 27.50 |
| 3/4/2004 | WHS | receive and review 10 misc pleadings | 0.10 | 27.50 |
|  | JBA | Electronic filing with court of Final Report re: Richardson 10th Interim  (.2), and K&E 10th Interim (.2) | 0.40 | 16.00 |
|  | WHS | detailed review of K&E 10th Int FR | 0.10 | 27.50 |
| 3/5/2004 | PGS | Preparation of February 2004 Monthly Invoice for WHS | 0.60 | 48.00 |
|  | PGS | Preparation of CNO for January 2004 | 0.20 | 16.00 |

W.R. Grace & Co.            Page    2

| Date | Initials | Description | Hours | Amount |
|---|---|---|---:|---:|
| 3/5/2004 | SLB | complete draft of 10th Interim fee and expense chart (.8) | 0.80 | 88.00 |
| | AV | Update database with 1.04 Monthly Invoice for Ferry (.1); 10.03 Monthly Invoice for Steptoe (.1); 11.03 Monthly Invoice for Steptoe (.1); 12.03 Monthly Invoice for Steptoe (.1); 10.03 - 12.03 11th Int. Invoice for Wallace (.1) | 0.50 | 20.00 |
| | AV | Update database with 10.03 - 12.03 11th Int. Invoice for Woodcock (.1); 10.03 - 12.03 11th Int. Invoice for Casner (.1); 10.03 - 12.03 11th Int. Invoice for Carella (.1) | 0.30 | 12.00 |
| | AV | Update database with 07.03 - 09.03 10th Int. Invoice for Protiviti (.1); 07.03 - 09.03 10th Int. Invoice for Nelson (.1); 07.03 - 09.03 10th Int. Invoice for BMC (.1); 10.03 - 12.03 11th Int. Invoice for Kramer (.1); 10.03 - 12.03 11th Int. Invoice for Kirkland (.1) | 0.50 | 20.00 |
| | AV | Update database with 10.03 - 12.03 11th Int. Invoice for Pitney (.1); 1.04 Monthly Invoice for Klett (.1); 1.04 Monthly Invoice for Kramer (.1); 10.03 - 12.03 11th Int. Invoice for Stroock (.1); 10.03 - 12.03 11th Int. Invocie for FTI (.1) | 0.50 | 20.00 |
| 3/7/2004 | DTW | Continue drafting initial report for AKO 12th (2.1); telephone conference with A. Parnell regarding same (.2). | 2.30 | 333.50 |
| 3/8/2004 | PGS | Electronic filing with court of CNO for January 2004 | 0.20 | 16.00 |
| 3/9/2004 | JBA | draft WRG Project Category Spreadsheet for distribution to applicants | 0.70 | 28.00 |
| 3/10/2004 | JBA | draft WRG Project Category Spreadsheet for distribution | 0.60 | 24.00 |
| | JBA | draft WRG Project Category Spreadsheet for distribution | 1.60 | 64.00 |
| | WHS | receive and review 3 misc pleadings | 0.10 | 27.50 |
| 3/11/2004 | AV | Update database with 08.03 Monthly Invoice for Nelson (.1); 09.03 Monthly Invoice for Nelson (.1); 10.03 Monthly Invoice for Nelson (.1); 11.03 Monthly Invoice for Nelson (.1); 12.03 Monthly Invoice for Nelson (.1) | 0.50 | 20.00 |

W.R. Grace & Co.     Page 3

| Date | Init. | Description | Hours | Amount |
|---|---|---|---:|---:|
| 3/11/2004 | AV | Update database with 1.04 Monthly Invoice for Kirkland (.1); 07.03 Monthly Invoice for Deloitte (.1); 08.03 Monthly Invoice for Deloitte (.1); 09.03 Monthly Invoice for Deloitte (.1); 12.03 Monthly Invoice for Bilzin (.1) | 0.50 | 20.00 |
| | JBA | draft WRG Project Category Spreadsheet | 1.10 | 44.00 |
| 3/12/2004 | JBA | Electronic filing with court of Amended Final Report re: Elzufon 10th Interim | 0.20 | 8.00 |
| | WHS | detailed review of Elzufon 10th Int FR | 0.10 | 27.50 |
| 3/16/2004 | AV | Update database with 1.04 Monthly Invoice for Bilzin (.1); 1.04 Monthly Invoice for Reed (.1); 10.03 - 12.03 10th Int. Invoice for Nelson (.1); 1.04 Monthly Invoice for PWC (.1) | 0.40 | 16.00 |
| 3/18/2004 | WHS | receive and review 9 misc pleadings | 0.10 | 27.50 |
| | WHS | receive and review 5 misc pleadings | 0.10 | 27.50 |
| | JAW | detailed review of Deloitte August, 2003, monthly invoice (1.0); draft summary of same (0.1) | 1.10 | 148.50 |
| | JAW | detailed review of Deloitte July, 2003, monthly invoice (1.0); draft summary of same (0.3) | 1.30 | 175.50 |
| | JAW | detailed review of Deloitte September, 2003, monthly invoice (1.4); draft summary of same (0.1) | 1.50 | 202.50 |
| 3/19/2004 | AV | Update database with 1.04 Monthly Invoice for Stroock (.1); 1.04 Monthly Invoice for Policano (.1); 1.04 Monthly Invoice for Holme (.1); 1.04 Monthly Invoice for Casner (.1); 11.03 - 1.04 Monthly Invoice for Duff (.1) | 0.50 | 20.00 |
| 3/20/2004 | JAW | detailed review of PwC January, 2004, invoice (5.8) | 5.80 | 783.00 |
| 3/22/2004 | JAW | draft summary of PwC January, 2004, invoice (1.5) | 1.50 | 202.50 |
| | WHS | attend fee application hearing | 0.10 | 27.50 |

W.R. Grace & Co.     Page 4

| Date | Initials | Description | Hours | Amount |
|---|---|---|---:|---:|
| 3/22/2004 | JAW | detailed review of Kirkland January, 2004, monthly inovice (8.6) | 8.60 | 1,161.00 |
| 3/23/2004 | JAW | detailed review of Stroock January, 2004, invoice (1.2); draft summary of same (0.1) | 1.30 | 175.50 |
|  | JAW | draft summary of Kirkland January, 2004, invoice (2.3) | 2.30 | 310.50 |
|  | JAW | detailed review of FTI January 1 - February 3, 2004, invoice (1.5); draft summary of same (0.2). | 1.70 | 229.50 |
| 3/24/2004 | WHS | telephone conference with Will Sparks re scienc trial budget | 0.20 | 55.00 |
| 3/25/2004 | WHS | receive and review 3 misc pleadings | 0.10 | 27.50 |
| 3/26/2004 | SLB | detailed review of 11th Int. applications - CBBG (5.7) Kramer (1.9) | 7.60 | 836.00 |
| 3/29/2004 | SLB | review of 11th Int. application and complete draft of Final Report - Klett Rooney (1.7) ; begin review and draft of Initial Report of 11th Int. - Pitney Hardin (1.0) | 2.70 | 297.00 |
|  | SLB | complete draft of 11th Int. Initial Report - CBBG (3.8) ; complete draft of 11th Int. Final Report - Kramer (1.4) | 5.20 | 572.00 |
| 3/30/2004 | SLB | complete review of 11th Int. app. and draft of Final Report - Pitney Hardin (1.9) ; Woodcock (3.3) | 5.20 | 572.00 |
|  | JBA | Update database with Bilzin 11th Interim App. and e-detail, Ferry Joseph 2.04 e-detail, and Hamilton 12.03 e-detail | 0.10 | 4.00 |
|  | AV | Update database with 1.04 Monthly Invoice for Woodcock (.1); 1.04 Monthly Invoice for Pitney (.1); 1.04 Monthly Invoice for Protivit (.1); 1.03 - 12.03 Monthly Invoice for Blackstone (.1) 2.04 Monthly Invoice for Ferry (.1); 2.04 Monthly Invoice for Carella (.1); 1.04 Monthly Invoice for Pachulski (.1) | 0.70 | 28.00 |
| 3/31/2004 | JBA | Update database with e-detail for: Campbell 2.04, Caplin 2.04, and LAS 2.04 | 0.10 | 4.00 |

W.R. Grace & Co. Page 5

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 3/31/2004 | AV | Update database with 2.04 Monthly Invoice for Holme (.1) | 0.10 | 4.00 |

**For professional services rendered**     **71.10**    **$7,875.50**

Additional Charges :

| Description | Price | Amount |
|---|---|---|
| Third party copies & document prep/setup of Final Report of Steptoe for the period 07/01/03 - 09/30/03; Amended Final Report of Protiviti for the period 07/01/03 - 09/30/03; Monthly Invoice of WHS for January 2004 | 48.20 | 48.20 |
| Third party copies & document prep/setup of Final Report of Kirkland and Richardson for the period 07/01/03 - 09/30/03; | 32.72 | 32.72 |
| Third party copies & document prep/setup of Monthly Invoice of WHS for February 2004 | 30.22 | 30.22 |
| Third party copies & document prep/setup of the Amended Final Report of Lukins for the period 07/01/03 - 09/30/03 | 14.94 | 14.94 |
| Third party copies & document prep/setup of the Final Report of BMC for the period 07/01/03 - 09/30/03 | 13.25 | 13.25 |
| Third party copies & document prep/setup of the Notice of Eleventh Interim Fee Application of WHS | 76.67 | 76.67 |

**Total costs**    **$216.00**

**Total amount of this bill**    **$8,091.50**

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Alayne Volfson | 4.50 | 40.00 | $180.00 |
| Doreen T Williams | 2.30 | 145.00 | $333.50 |
| James A Wehrmann | 25.10 | 135.00 | $3,388.50 |
| Jeff B. Allgood | 7.00 | 40.00 | $280.00 |
| Priscilla G Stidham | 1.00 | 80.00 | $80.00 |

W.R. Grace & Co.  Page    6

| Name | Hours | Rate | Amount |
|---|---:|---:|---:|
| Stephen L. Bossay | 30.10 | 110.00 | $3,311.00 |
| Warren H Smith | 1.10 | 275.00 | $302.50 |