Debt Acquisition Company of America V, LLC
2120 West Washington Street
San Diego, California 92110
Telephone: (619) 220-8900
Facsimile: (619) 220-8112

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re. | ) Chapter 11 |
| | ) Case No. 01-1139 (JJF) |
| W.R. GRACE & CO., et al., | ) |
| | ) |
| | ) *AMENDED* **NOTICE OF** |
| Debtors. | ) **TRANSFER OF CLAIM OTHER** |
| | ) **THAN FOR SECURITY.** |
| | ) |
| _____ | Bankruptcy Rule 3001(e)(1) |

    PLEASE TAKE NOTICE that the scheduled claim of **VAN LOTT INC** ("Transferor") against the Debtor in the amount of **$485.39, and all claims of Transferor**, have been transferred and assigned other than for security to Debt Acquisition Company of America V, LLC ("DACA"). The signature of the Transferor on the attached document is evidence of the transfer of the claims and all rights there under.

    The Transferor of the above-described claim(s), hereby assigns and transfers my claims and all rights there under to DACA upon terms as set forth in offer letter received. Transferor represents and warrants that the claim is not less than $485.39 and has not been previously objected to, sold, or satisfied. The clerk of the court is authorized to change the address regarding the claim of the Transferor to that of the Transferee listed below.

TRANSFEROR:
**VAN LOTT INC**
3464 SUNSET BLVD
WEST COLUMBIA SC 29169

TRANSFEREE:
**DEBT ACQUISITION COMPANY OF AMERICA V, LLC**
2120 WEST WASHINGTON STREET, SAN DIEGO, CA 92110

Signature: *Traci J. Fette*

             Traci Fette

Mail Ref# 3-
2122185

# Debt Acquisition Company of America V, LLC

2120 W. Washington Street, San Diego, CA 92110
(800) 400-5033 ♦ (619) 220-8900 ♦ (619) 220-8112 Fax ♦ www.daca4.com



November 30, 2001

VAN LOTT INC
ATTN: ACCOUNTS RECEIVABLE
3464 SUNSET BLVD
WEST COLUMBIA SC 29169

Dear Sir or Madam:

Debt Acquisition Company of America is prepared to pay immediate cash for bankruptcy claims held against WR Grace and Co. Your claim in the amount of $284.39 was listed in the schedules of assets and liabilities filed by WR Grace and Co. with the U.S. Bankruptcy Court.
WR Grace is a global specialty chemicals and building materials company that filed for bankruptcy on April 2, 2001.

**We propose to purchase your claim for a cash payment, to you, in the amount of $71.10.**

If you have filed a proof of claim for an amount that is different than the scheduled amount noted above, we will revise our offer at the same rate subject to our receipt and review of the documents that support your proof of claim.

Payment for your claim will be mailed within three business days of our receipt of the executed information below. This offer is valid provided you have not previously sold such claim and the debtor has not previously objected to or satisfied the claim. This purchase assigns all of your rights and claims in the above referenced bankruptcy case. Debt Acquisition must receive your signed acceptance by **December 14, 2001**. We reserve the right to accept or reject any claim presented.

**To accept our offer, simply complete the information below and return this form by mail or fax (619-220-8112).**

We are an independent company that is not affiliated or hired by WR Grace and Co. For information regarding our company, please visit our website at www.daca4.com. If you have any further questions, please contact our office at the number listed above or by e-mail (questions@daca4.com).

Sincerely,

*Traci J. Fette*
Traci J. Fette

**PLEASE NOTE**: Earlier in this bankruptcy case, certain essential vendors and suppliers were paid per court order. *Please be certain that your claim has not been paid before accepting our offer.*

Accepted By (Print Name) BRENDA OSTEEN  Title ASST. CREDIT MGR.
Signature *Brenda Osteen*  Date 12/04/01
Phone 803-794-9340  Fax 803-794-9346  E-Mail —
Company Federal Taxpayer ID 57-0200186

**Return to Address Above or Fax to 619-220-8112**
VAN LOTT INC WR Grace & Co
Mail Ref# 3