Debt Acquisition Company of America V, LLC
2120 West Washington Street
San Diego, California 92110
Telephone: (619) 220-8900
Facsimile: (619) 220-8112

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF DELAWARE

| | |
|---|---|
| In re. | ) Chapter 11 |
| | ) Case No. 01-1139 (JJF) |
| W.R. GRACE & CO., et al., | ) |
| | ) |
| | ) ***AMENDED* NOTICE OF** |
| Debtors. | ) **TRANSFER OF CLAIM OTHER** |
| | ) **THAN FOR SECURITY.** |
| | ) |
| _____ | Bankruptcy Rule 3001(e)(1) |

PLEASE TAKE NOTICE that the scheduled claim of **WOOD ASSOCIATES** ("Transferor") against the Debtor in the amount of **$5,701.97, and all claims of Transferor**, have been transferred and assigned other than for security to Debt Acquisition Company of America V, LLC ("DACA"). The signature of the Transferor on the attached document is evidence of the transfer of the claims and all rights there under.

The Transferor of the above-described claim(s), hereby assigns and transfers my claims and all rights there under to DACA upon terms as set forth in offer letter received. Transferor represents and warrants that the claim is not less than $5,701.97 and has not been previously objected to, sold, or satisfied. The clerk of the court is authorized to change the address regarding the claim of the Transferor to that of the Transferee listed below.

TRANSFEROR:
**WOOD ASSOCIATES**
3073 CORVIN DR
SANTA CLARA CA 95051

TRANSFEREE:
**DEBT ACQUISITION COMPANY OF AMERICA V, LLC**
2120 WEST WASHINGTON STREET, SAN DIEGO, CA 92110

Signature: *Traci J. Fette*

Traci Fette

Mail Ref# 1-
2122261

OCT-02-2001  18:35        WOOD ASSOCIATES                                    P.01/01

# Debt Acquisition Company of America V, LLC

2120 W. Washington Street, San Diego, CA 92110
**(800) 400-5033 ♦ (619) 220-8900 ♦ (619) 220-8112 Fax ♦ www.daca4.com**



September 19, 2001

WOOD ASSOCIATES
ATTN: ACCOUNTS RECEIVABLE
3073 CORVIN DR
SANTA CLARA CA 95051

Dear Sir or Madam:

Debt Acquisition Company of America is prepared to pay immediate cash for bankruptcy claims held against WR Grace and Co.  Your claim in the amount of $6,701.97 was listed in the schedules of assets and liabilities filed by WR Grace and Co. with the U.S. Bankruptcy Court.

**We propose to purchase your claim and all Proofs of Claim relating thereto in this bankruptcy with a cash payment, to you, in the amount of $1,474.43.**

If you have filed a proof of claim for an amount that is different than the scheduled amount noted above, we will revise our offer at the same rate subject to our receipt and review of the documents that support your proof of claim.

Payment for your claim will be mailed within three business days of our receipt of the executed information below.  Funds can be sent via wire transfer or overnight mail for a $20.00 fee.  This offer is valid provided you have not previously sold such claim and the debtor has not previously objected to or satisfied the claim.  Debt Acquisition must receive your signed acceptance by October 4, 2001.  We reserve the right to accept or reject any claim presented.

**To accept our offer, simply complete the information below and return this form by mail or fax (619-220-8112).**

We are an independent company that is not affiliated or hired by WR Grace and Co.  For information regarding our company, please visit our website at www.daca4.com.  If you have any further questions, please contact our office at the number listed above or by e-mail (questions@daca4.com).

Sincerely,

*Traci J. Fette*
Traci J. Fette

**PLEASE NOTE:** Earlier in this bankruptcy case, certain essential vendors and suppliers were paid per court order.  *Please be certain that your claim has not been paid before accepting our offer.*

Accepted By (Print Name) _Leigh Donovan_  Title _Mgr Credit + Collections_

Signature _Leigh Donovan_                 Date _10/2/01_

Phone _408 532 2700_   Fax _408 532 2789_  E-Mail _ldonovan @ woodteam.com_

Company Federal Taxpayer ID _____
                                    (only needed if your claim is greater than $4,000)

WOOD ASSOCIATES WR Grace & Co
**Return to Address Above or Fax to 619-220-8112**
Mail Ref# 1

TOTAL P.01