**Exhibit B**

**Summary Schedules of Fees for the Quarter**

**Exhibit B**

W.R. GRACE & CO. ET. AL.
Summary of Fees by Professional
For the period January 1, 2004 through February 3, 2004

|  | Total Hours | Billing Rate | Amount |
|---|---|---|---|
| S. Joffe | 15.3 | $ 625 | 9,562.50 |
| E. Ordway | 7.8 | $ 595 | 4,641.00 |
| S. Cunningham | 31.5 | $ 550 | 17,325.00 |
| J. Schwartzman | 9.0 | $ 525 | 4,725.00 |
| C. Whitney | 4.0 | $ 425 | 1,700.00 |
| J. Rooney | 14.9 | $ 425 | 6,332.50 |
| L. Hamilton | 124.6 | $ 375 | 46,725.00 |
| J. Schwendeman | 2.0 | $ 350 | 700.00 |
| M. Hakoun | 2.3 | $ 165 | 379.50 |
| N. Backer | 8.8 | $ 75 | 660.00 |
| TOTAL | 220.2 | | $ 92,750.50 |

Note: Fees and expenses are reported for the period January 1, 2004 through February 3, 2004.
The Official Committee of Unsecured Creditors replaced FTI with Capstone Corporate Recovery, LLC
as its financial advisor, nunc pro tunc to February 4, 2004 (subject to order of the Court).

**Exhibit B**

W.R. GRACE & CO. ET. AL.
Summary of Hours by Category
For the period January 1, 2004 through February 3, 2004

| Rate | Fees Per Professional | | Task Code | Business Analysis | Corporate Finance | Data Analysis | Case Administration | Claims Analysis/Objections/ Administration (asbestos) | Creditors Committee | Employee Benefits/ Pension | Fee Applications, Applicant | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 2 | 3 | 4 | 8 | 9 | 11 | 12 | 16 | |
| $ 625 | $ 9,562.50 | S. Joffe | | $ - | $ - | $ 3,937.50 | $ - | $ - | $ 5,625.00 | $ - | $ - | $ 9,562.50 |
| $ 595 | $ 4,641.00 | E. Ordway | | - | - | 3,510.50 | - | 357.00 | 595.00 | - | 178.50 | 4,641.00 |
| $ 550 | $ 17,325.00 | S. Cunningham | | - | - | 15,950.00 | - | - | 1,375.00 | - | - | 17,325.00 |
| $ 525 | $ 4,725.00 | J. Schwartzman | | - | - | 2,887.50 | - | - | 1,837.50 | - | - | 4,725.00 |
| $ 425 | $ 1,700.00 | C. Whitney | | - | - | 1,275.00 | - | - | 425.00 | - | - | 1,700.00 |
| $ 425 | $ 6,332.50 | J. Rooney | | - | - | 5,227.50 | - | - | 1,105.00 | - | - | 6,332.50 |
| $ 375 | $ 46,725.00 | L. Hamilton | | - | - | 37,012.50 | - | 787.50 | 2,325.00 | - | 6,600.00 | 46,725.00 |
| $ 350 | $ 700.00 | J. Schwendeman | | - | - | 700.00 | - | - | - | - | - | 700.00 |
| $ 165 | $ 379.50 | M. Hakoun | | - | - | 379.50 | - | - | - | - | - | 379.50 |
| $ 75 | $ 660.00 | N. Backer | | - | - | - | 60.00 | - | - | - | 600.00 | 660.00 |
| $ | $ 92,750.50 | Totals | | $ - | $ - | $ 70,880.00 | $ 60.00 | $ 1,144.50 | $ 13,287.50 | $ - | $ 7,378.50 | $ 92,750.50 |

**Note:** Fees and expenses are reported for the period January 1, 2004 through February 3, 2004.
**The Official Committee of Unsecured Creditors replaced FTI with Capstone Corporate Recovery, LLC
as its financial advisor, nunc pro tunc to February 4, 2004 (subject to order of the Court).**

**Exhibit B**

W.R. GRACE & CO. ET. AL.
Summary of Hours by Category
For the period January 1, 2004 through February 3, 2004

| Rate | Fees Per Professional | | Task Code: Business Analysis (Business Plan) 2 | Corporate Finance (Acquisitions) 3 | Data Analysis 4 | Case Administration 8 | Claims Analysis/Objections/ Administration (asbestos) 9 | Creditors Committee 11 | Employee Benefits/ Pension 12 | Fee Applications, Applicant 16 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| $ 625 | $ 9,562.50 | S. Joffe | 0.0 | 0.0 | 6.3 | 0.0 | 0.0 | 9.0 | 0.0 | 0.0 | 15.3 |
| $ 595 | $ 4,641.00 | E. Ordway | 0.0 | 0.0 | 5.9 | 0.0 | 0.6 | 1.0 | 0.0 | 0.3 | 7.8 |
| $ 550 | $ 17,325.00 | S. Cunningham | 0.0 | 0.0 | 29.0 | 0.0 | 0.0 | 2.5 | 0.0 | 0.0 | 31.5 |
| $ 525 | $ 4,725.00 | J. Schwartzman | 0.0 | 0.0 | 5.5 | 0.0 | 0.0 | 3.5 | 0.0 | 0.0 | 9.0 |
| $ 425 | $ 1,700.00 | C. Whitney | 0.0 | 0.0 | 3.0 | 0.0 | 0.0 | 1.0 | 0.0 | 0.0 | 4.0 |
| $ 425 | $ 6,332.50 | J. Rooney | 0.0 | 0.0 | 12.3 | 0.0 | 0.0 | 2.6 | 0.0 | 0.0 | 14.9 |
| $ 375 | $ 46,725.00 | L. Hamilton | 0.0 | 0.0 | 98.7 | 0.0 | 2.1 | 6.2 | 0.0 | 17.6 | 124.6 |
| $ 350 | $ 700.00 | J. Schwendeman | 0.0 | 0.0 | 2.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 2.0 |
| $ 165 | $ 379.50 | M. Hakoun | 0.0 | 0.0 | 2.3 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 2.3 |
| $ 75 | $ 660.00 | N. Backer | 0.0 | 0.0 | 0.0 | 0.8 | 0.0 | 0.0 | 0.0 | 8.0 | 8.8 |
| | $ 92,750.50 | Totals | 0.0 | 0.0 | 165.0 | 0.8 | 2.7 | 25.8 | 0.0 | 25.9 | 220.2 |

Note: Fees and expenses are reported for the period January 1, 2004 through February 3, 2004.
The Official Committee of Unsecured Creditors replaced FTI with Capstone Corporate Recovery, LLC
as its financial advisor, nunc pro tunc to February 4, 2004 (subject to order of the Court).

3 of 3