**Exhibit C**

**Summary Schedule of Expenses for the Quarter**

**Exhibit C**

W.R. GRACE & CO. ET. AL.
Summary of Expenses by Type of Expense
For the period January 1, 2004 through February 3, 2004

| | | |
|---|---:|---:|
| Copies: | | |
| Internal | $ | 126.38 |
| External | | |
| Telecommunications: | | |
| Telephone | | 126.71 |
| Toll Charges | | 710.87 |
| Facsimile | | 156.00 |
| Postage, Federal Express, Airborne Express | | 18.77 |
| Travel Expenses: | | |
| Transportation, lodging, tolls, parking, mileage | | - |
| **Total Expenses** | **$** | **1,138.73** |

Note: Fees and expenses are reported for the period January 1, 2004 through February 3, 2004.
The Official Committee of Unsecured Creditors replaced FTI with Capstone Corporate Recovery, LLC as its financial advisor, nunc pro tunc to February 4, 2004 (subject to order of the Court).