

*Snap-on Industrial*

April 9, 2004

FILED

2004 APR 12  AM 11: 25

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Office of the Clerk
United States Bankruptcy Court
District of Delaware, Sixth Floor
824 Market Street
Wilmington, DE  19801

*Re:*   *Case No. 01-01139 (JKF)*
       *W.R. Grace & Co.  (Debtors)*

To Whom It May Concern:

By way of this letter, let it be know that Snap-on Industrial is objecting to the transfer of our claim in the amount of $3,784.93 to PORTIA PARTNERS LLC.  Please be advised that we **do not** wish for PORTIA PARTNERS LLC to be substituted in our place as a claimant in the bankruptcy case indicated above.

Please contact us if you have any questions or require further information.  Thank you.

Sincerely,
Snap-on Industrial

Michael P. McElfresh
Manager, Industrial Customer Service Center

MPM/cew

Copy To:   Bankruptcy Management Corporation
           Claims Reconciliation and Solicitation Consultant
           1330 East Franklin Avenue
           El Segundo, CA  90245

mpm-correspondence / 040904.doc

---

**Snap-on Industrial**
P.O. Box 9004  *  3011 E. Route 176  *  Crystal Lake, IL  60014  *  877-740-1900  *  FAX: 877-740-1880