# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

Objection Deadline: May 3, 2004 at 4:00 p.m.
Hearing Date: TBD only if necessary

## FEE DETAIL FOR CASNER & EDWARDS, LLP'S
## TWENTY-NINTH MONTHLY FEE APPLICATION
## FOR THE PERIOD FROM FEBRUARY 1, 2004 THROUGH FEBRUARY 29, 2004

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

52000.57/317144

# EXHIBIT A
**(Fee Detail)**

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

April 6, 2004

Bill Number 65983
File Number 0052000-0000043

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

## FOR PROFESSIONAL SERVICES

Re: Litigation and Litigation Consulting

## LEGAL SERVICES

Through February 29, 2004

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 02/02/04 | ARA | Review Cambridge library materials for any asbestos-related information that should be kept in the repository. | 5.40 Hrs | $459.00 |
| 02/03/04 | RAM | Telephone conference with in-house counsel re: when project of reviewing O.M. Scott documents should be completed. | 0.10 Hrs | $22.00 |
| 02/03/04 | MEV | Update bankruptcy court docket entries for RAM (.1); review docket entries for Certificate of No Objection filed for Casner & Edwards' October fee application (.1). | 0.20 Hrs | $17.00 |
| 02/06/04 | ARA | Review Cambridge library materials for any asbestos-related information that should be kept in the repository. | 5.50 Hrs | $467.50 |
| 02/09/04 | RAM | Begin review of O.M. Scott documents to determine relevancy before producing them to O.M. Scott's attorney (.5); telephone conference with in-house counsel re: same (.1). Read MTM's draft affidavit re: authenticating certain O.M. Scott documents and telephone call to MTM with my comments re: same (.2). | 0.80 Hrs | $176.00 |

Page 1

David B. Siegel

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 02/10/04 | RAM | Telephone conference with MB re: locating first of 5 + boxes of possible O.M. Scott documents (.1). Read selected documents filed in bankruptcy court (.2). Read updated bankruptcy court docket entries to select documents to read (.1). | 0.40 Hrs | $88.00 |
| 02/10/04 | MEV | Update bankruptcy court docket entries for RAM. | 0.10 Hrs | $8.50 |
| 02/11/04 | RAM | Telephone call from MB that first box of O.M. Scott documents was located and is being sent to me for review. Telephone call from MTM re: scope of O.M. Scott document review. | 0.10 Hrs | $22.00 |
| 02/11/04 | MEV | Download and print selected documents filed in bankruptcy court for RAM | 0.30 Hrs | $25.50 |
| 02/13/04 | RAM | Send email to MB and telephone conference with her re: what documents to send to potential expert witness (.2). Read selected documents filed in bankruptcy court (.3). | 0.50 Hrs | $110.00 |
| 02/16/04 | RAM | Review documents for relevance before producing them to O.M. Scott's attorney. | 3.90 Hrs | $858.00 |
| 02/17/04 | RAM | Review documents for relevance before producing them to O.M. Scott's attorney (3.7). Review A.D. Little reports to send to potential expert witness (.7); telephone conference with MB re: which documents to send to expert (.2); draft letter to expert re: same (.2). Read updated bankruptcy court docket entries to select documents to read (.1). | 4.90 Hrs | $1,078.00 |
| 02/18/04 | RAM | Review documents for relevance before producing them to O.M. Scott's attorney. | 1.00 Hrs | $220.00 |
| 02/18/04 | MTM | Telephone call from in-house counsel requesting two additional Libby files and good quality photo of Masonry Fill bag (.1); review Masonry Fill product binder re: request for bag photo (.1). Review Libby Storage Box inventory re: two Libby personnel files (.2); | 0.40 Hrs | $76.00 |
| 02/19/04 | RAM | Review documents for relevance before producing them to O.M. Scott's attorney (3.3); telephone conference with in-house counsel to report on status of review(.1). | 3.40 Hrs | $748.00 |
| 02/19/04 | MTM | Review Winthrop Square for photo book, per in-house counsel's request for masonry fill bag photo. | 1.00 Hrs | $190.00 |
| 02/19/04 | MEV | Download and print selected documents filed in bankruptcy court for RAM. | 0.10 Hrs | $8.50 |
| 02/20/04 | RAM | Review documents for relevance before producing them to O.M. Scott's attorney (1.0); conference call with in-house counsel and Reed Smith attorney to discuss document review (.4). | 1.40 Hrs | $308.00 |

David B. Siegel

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 02/20/04 | MTM | Receipt and review of email from in-house counsel re: Lason proof of claim and status of our set off affidavit. | 0.10 Hrs | $19.00 |
| 02/23/04 | RAM | Review documents for relevance before producing them to O.M. Scott's attorney (4.1); telephone conference with MTM re: checking on whether several documents are on Grace's privilege list (.2); telephone conference with MB and prepare boxes of documents and ship them to Reed Smith attorney (.5). | 4.80 Hrs | $1,056.00 |
| 02/23/04 | MTM | Telephone call from RAM re: O.M. Scott document review project (.2); conference with MEV re: same (.2). | 0.40 Hrs | $76.00 |
| 02/24/04 | RAM | Prepare list of additional documents to be searched for by paralegal for my review prior to being produced to O.M. Scott's attorney (2.5); fax list to MTM (.1); telephone calls to MTM and MB re: same (.2). Draft email to Reed Smith attorney discussing and describing documents sent to him yesterday to be produced to O.M. Scott attorney (.3). Read selected documents filed in bankruptcy court (.2). | 3.30 Hrs | $726.00 |
| 02/24/04 | MTM | Receipt and review of email from RAM to Reed Smith attorney re: O.M. Scott documents (.1); telephone call to RAM re: same (.2); receipt and review of list of documents from RAM (.1). | 0.40 Hrs | $76.00 |
| 02/25/04 | RAM | Read email from Reed Smith attorney re: O.M. Scott documents and conditions of production. | 0.10 Hrs | $22.00 |
| 02/25/04 | MTM | Meet with MEV and RM at Winthrop Square re: O.M. Scott document project (1.8); receipt and review of possibly privileged documents from RAM re: O.M. Scott project (3.0). Draft letter to paralegal at Grace in Florida requesting information on privilege status of documents (.2); receipt and review of email from Reed Smith counsel re: O.M. Scott documents (.2). | 5.20 Hrs | $988.00 |
| 02/25/04 | MEV | Meet with MTM at Winthrop Square for training on searching for documents that refer to O.M. Scott. | 1.80 Hrs | $153.00 |
| 02/25/04 | RM | Meet with MTM at Winthrop Square for training on searching for documents that refer to O.M. Scott. | 1.80 Hrs | $153.00 |
| 02/26/04 | RAM | Telephone conference with MTM re: checking on privilege document issue; look for any special comments re: privilege on list of documents; telephone call to MTM re: what I found (.3). Telephone conference with Reed Smith attorney re: documents being produced (.1). | 0.40 Hrs | $88.00 |

David B. Siegel

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 02/26/04 | MTM | Telephone call from RAM re: O.M. Scott document project (.1); listen to voice mail re: privileged documents (.1); revise letter to in-house paralegal at Grace in Florida re: possibly privileged documents (.2); telephone call to in-house paralegal re: same (.2). | 0.60 Hrs | $114.00 |
| 02/26/04 | MEV | Update bankruptcy court docket entries for RAM. | 0.10 Hrs | $8.50 |
| 02/27/04 | RAM | Read draft letter to O.M. Scott attorney from Reed Smith attorney; email my comments to Reed Smith attorney and read response. | 0.10 Hrs | $22.00 |
| 02/27/04 | MTM | Telephone call from MEV re: request for clarification of certain documents to be obtained (.1); receipt and review of draft letter to O.M. Scott attorneys from Reed Smith counsel and RAM's comments on same (.2); telephone call to RAM re: O.M. Scott project (.1); telephone call to MEV re: same (.1); telephone call to in-house paralegal at Grace re: results of privileged document search (.1); letter to Reed Smith counsel re: privileged documents (.2). | 0.80 Hrs | $152.00 |
| 02/27/04 | MEV | Search for and obtain documents with reference to O.M. Scott. | 7.00 Hrs | $595.00 |
| | | TOTAL LEGAL SERVICES | | $9,130.50 |

**LEGAL SERVICES SUMMARY**

| | | | |
|---|---|---|---|
| ROBERT A. MURPHY | 25.20 Hrs | 220/hr | $5,544.00 |
| MATTHEW T. MURPHY | 8.90 Hrs | 190/hr | $1,691.00 |
| ANGELA R. ANDERSON | 10.90 Hrs | 85/hr | $926.50 |
| MARCI E. VANDERHEIDE | 9.60 Hrs | 85/hr | $816.00 |
| REGINA MERKEL | 1.80 Hrs | 85/hr | $153.00 |
| | 56.40 Hrs | | $9,130.50 |

|  |  |
|---|---|
| TOTAL THIS BILL | $9,130.50 |

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

April 6, 2004

Bill Number 65984
File Number 0052000-0000057

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Re: Fee Applications, Applicant

**LEGAL SERVICES**

Through February 29, 2004

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 02/03/04 | RAM | Notice from fee auditor approving our latest application and requesting quarterly summary. | 0.10 Hrs | $22.00 |
| 02/05/04 | RAM | Finalize December fee application (.1); send it to Delaware counsel to file (.1). | 0.20 Hrs | $44.00 |
| 02/10/04 | RAM | Review and sign quarterly fee application. | 0.20 Hrs | $44.00 |
| 02/29/04 | RAM | Work on January fee application. | 1.90 Hrs | $418.00 |
| | | TOTAL LEGAL SERVICES | | $528.00 |

**LEGAL SERVICES SUMMARY**

| ROBERT A. MURPHY | 2.40 Hrs | 220/hr | $528.00 |
|---|---|---|---|
| | 2.40 Hrs | | $528.00 |

Page 1

David B. Siegel

|  |  |
|---|---|
| TOTAL THIS BILL | $528.00 |