**EXHIBIT B**
(Expense Detail)

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

April 6, 2004

Bill Number 65986
File Number 0052000-0000043

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Re: Litigation and Litigation Consulting

**DISBURSEMENTS**

Through February 29, 2004

| | | |
|---|---|---|
| EXCESS POSTAGE | | $1.06 |

FEDERAL EXPRESS

| | | | |
|---|---|---|---|
| 02/25/04 | To Gordon L Zucker from RAM on 2/18/04 | 31.39 | |
| 02/25/04 | To RAM from Mary B on 2/13/04 | 33.34 | |
| | | | $64.73 |

OUTSIDE PHOTOCOPYING

| | | | |
|---|---|---|---|
| 02/06/04 | MERRILL COMM - Libby personnel files copied per MTM's request for in-house counsel | 20.74 | |
| | | | $20.74 |

PHOTOCOPYING

| | | |
|---|---|---|
| 02/02/04 | 6 copies. | 0.72 |
| 02/05/04 | 7 copies. | 0.84 |
| 02/13/04 | 159 copies. | 19.08 |
| 02/13/04 | 21 copies. | 2.52 |
| 02/18/04 | 114 copies. | 13.68 |

Page 1

David B. Siegel

Re: Litigation and Litigation Consulting

**DISBURSEMENTS**

Through February 29, 2004

PHOTOCOPYING

| | | |
|---|---|---|
| 02/27/04   174 copies. | 20.88 | |
| | | $57.72 |

TELEPHONE

| | | | | |
|---|---|---|---|---|
| 02/24/04 | 329 | 2395143631 | 0.88 | |
| 02/27/04 | 329 | 2395143631 | 0.44 | |
| 02/29/04 | 357 | 5613621584 | 1.10 | |
| | | | | $2.42 |

RENT REIMBURSEMENT

| | | |
|---|---|---|
| 02/02/04   BOSTON CAPITAL INSTI - Rent and Utilities for document repository at One Winthrop Square - February 2004 | 12,501.10 | |
| | | $12,501.10 |

MISCELLANEOUS

| | | |
|---|---|---|
| 02/06/04   RECORDKEEPER ARCHIVE - Monthly storage fee (2/04) | 395.10 | |
| | | $395.10 |
| TOTAL DISBURSEMENTS | | $13,042.87 |
| TOTAL THIS BILL | | $13,042.87 |

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

April 6, 2004

Bill Number  65987
File Number 0052000-0000057

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

## FOR PROFESSIONAL SERVICES

Re: Fee Applications, Applicant

## DISBURSEMENTS

Through February 29, 2004

PHOTOCOPYING

| Date | Description | Amount | |
|---|---|---|---|
| 02/05/04 | 75 copies. | 9.00 | |
| 02/06/04 | 128 copies. | 15.36 | |
| 02/12/04 | 179 copies. | 21.48 | |
| | | $45.84 | |
| | TOTAL DISBURSEMENTS | | $45.84 |
| | TOTAL THIS BILL | | $45.84 |