IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

Objection Deadline: May 3, 2004 at 4:00 p.m.
Hearing Date: TBD only if necessary

## FEE DETAIL FOR WALLACE KING MARRARO & BRANSON PLLC'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM JANUARY 1, 2004 THROUGH JANUARY 31, 2004

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

WALLACE KING MARRARO & BRANSON, PLLC
1050 THOMAS JEFFERSON STREET, N.W.
WASHINGTON, DC 20007

Wallace King Marraro Branson

Phone 202.204.1000
Fax 202.204.1001

April 01, 2004

Richard Senftleben
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

Invoice# 1703

For Professional Services Rendered in Connection with Honeywell, Inc. - Matter 6

Professional Services:

| | | | Hours |
|---|---|---|---|
| 01/05/2004 | BJB | Conference with Mr. Hughes re assignment in preparation for 1/12/04 oral argument (.3); analyze, prepare, organize and incorporate new correspondence into case files (5.7). | 6.00 |
| 01/05/2004 | NAB | Review information received in from EPA regions for pertinent information (5.5). | 5.50 |
| 01/05/2004 | WFH | Review and analyze Honeywell's proposed work plan submitted to Judge Cavanaugh and brief in support of same (2.6); conferences with Mr. Marraro re assignments on same (.4); review pertinent briefs and declarations re RCRA fee petition and prepare outline of arguments for use by Mr. Marraro at 1/12 oral argument (4.8); review technical documents submitted to Special Master and confer with SI Group in connection with opposition to Honeywell's proposed work plan (2.0). | 9.80 |
| 01/05/2004 | CHM | Prepare for argument on fee petition (2.0); conference with client (.6). | 2.60 |
| 01/05/2004 | MLW | Analysis of correspondence and submissions to Special Master pertaining to evidentiary record (4.1). | 4.10 |

| Date | Initials | Description | Hours |
|---|---|---|---|
| 01/06/2004 | BJB | Research U. S. General Accounting Office web site, download and prepare report cited by Honeywell for Messrs. Hughes and Williams (1.6); conference re same (.3); contact Mr. Scrivo re Honeywell's 1/5/04 RAW filing for Mr. Hughes (.2); prepare set of pertinent documents for Mr. Williams re RAW (.4); research case files, collect, prepare and organize pertinent documents for 1/5/04 oral argument on attorney's fees petition issues for Mr. Hughes (2.2); review, coordinate, organize and prepare new correspondence and case documents for incorporation into case files (2.5). | 7.20 |
| 01/06/2004 | WFH | Further review and analysis of Honeywell's proposed work plan submitted to Judge Cavanaugh and Honeywell brief in support of same (1.8); legal research re permitting and other issues raised by same (.8); prepare and revise outline of opposition brief (5.4); review selected correspondence and all parties' submissions to Special Master in connection with same (1.2); conferences with Dr. Brown and staff re technical issues raised by Honeywell work plan and brief (.6). | 9.80 |
| 01/06/2004 | ACZ | Review fee petition and supporting briefs for oral argument outline (1.1); work on oral argument outline (1.3). | 2.40 |
| 01/06/2004 | MLW | Continued analysis of correspondence and submissions to Special Master pertaining to evidentiary record (3.3). | 3.30 |
| 01/07/2004 | BJB | Review exhibits to 11/13/03 Comments on Revised RAW and collect and prepare pertinent documents for Mr. Hughes (1.8); conference with Mr. Hughes re same (.2); download pertinent report from GAO web site, coordinate and prepare binder for Mr. Hughes (1.2); download, coordinate and and organize site survey data from GAO Superfund report re 1/12/04 oral argument (4.8). | 8.00 |
| 01/07/2004 | NAB | Review information received in from EPA regions for pertinent information (4.0). | 4.00 |

| Date | Initials | Description | Hours |
|---|---|---|---|
| 01/07/2004 | WFH | Analyze pertinent reports, Honeywell comments and correspondence submitted to the Special Master in connection with preparing opposition brief re Honeywell work plan (1.7); conferences with Dr. Brown and staff re technical issues raised by Honeywell work plan and potential responses to same (.8); prepare section of Grace's opposition brief re state permitting issues (3.2); prepare outline of declaration for potential use in support of brief (.6); conference with Ms. Flax re brief (.4); work on section of brief attacking various aspects of Honeywell's proposed work plan (3.1). | 9.80 |
| 01/07/2004 | CHM | Conference with client (.5); meet with B. Hughes re and oral argument materials for fee petition (.7). | 1.20 |
| 01/07/2004 | ACZ | Review expert declarations and fee petition papers for oral argument outline (1.0); work on outline (3.4). | 4.40 |
| 01/08/2004 | BJB | Research and analyze NJ Superfund site data (1.8); conference with Mr. Hughes re same (.2); research GAO Report for pertinent information for Mr. Hughes (.1); incorporate case documents into indexed case files and create new files (5.5). | 7.60 |
| 01/08/2004 | BJB | Receive call from GAO resolving issues re Honeywell data chart in preparation for 1/12/04 oral argument (.2); receive call from EPA Region 8 in response to FOIA (.3); research case files, collect, prepare and organize documents pertinent to response to Honeywell's proposed RAWP (1.2). | 1.70 |
| 01/08/2004 | WFH | Factual and legal research in connection with preparing Part I of opposition brief re Honeywell work plan (1.2); prepare outline of issues to be addressed in brief (5.2); conference with Ms. Flax re tasks related to same (.4); conference call with Messrs. Agnello and Marraro re brief (.6); work on Part I of brief per discussions with Agnello (1.7); conferences with Dr. Brown and staff re same and preparation of declaration (.6). | 9.70 |
| 01/08/2004 | CHM | Travel to NJ (2.0). (Note: Travel time billed at 50%, 10% or 1.8 here and 40% at end of statement.) | 1.80 |
| 01/08/2004 | CHM | Meeting with Agnello re traffic study (2.0); review video (1.0); meeting with Agnello re outline and response to Special Master (1.5); review Honeywell's motion and workplan (2.2). | 6.70 |

| | | | |
|---|---|---|---|
| 01/08/2004 | ACZ | Work on oral argument outline for fee petition proceeding (2.4). | 2.40 |
| 01/09/2004 | BJB | Research case for pertinent language for Mr. Hughes in re ECARG's brief response to Honeywell's RWP (.7); review and analyze Region III FOIA response documents (.8). | 1.50 |
| 01/09/2004 | BJB | Incorporate new case documents and correspondence into indexed files and electronic files and create new files as appropriate (4.2). | 4.20 |
| 01/09/2004 | WFH | Factual and legal research in connection with preparing Part I of brief re remedial work plan (2.4); conferences with Dr. Brown and staff re same (.5); work on opposition brief (6.7). | 9.60 |
| 01/09/2004 | CHM | Work on transportation study (4.5); conference with plaintiffs re joint submission (.5). | 5.00 |
| 01/09/2004 | CHM | Travel to DC from NJ (2.1). (Note: Travel time billed at 50%, 10% or 1.8 here and 40% at end of statement.) | 1.80 |
| 01/11/2004 | WFH | Factual and legal research in connection with preparing Part I of brief re remedial work plan per discussions with Agnello (1.6); work on brief (6.0). | 7.60 |
| 01/12/2004 | BJB | Organize, prepare and incorporate new documents into case file and create new files (5.0). | 5.00 |
| 01/12/2004 | BJB | Research Westlaw for pertinent CERCLA contribution case and set up monitoring for Mr. Hughes (.4); conference with Mr. Hughes re same (.1); review, coordinate and duplicate 1/8/04 Parsons site report (.4); analyze, coordinate and organize new correspondence (1.3). | 2.20 |
| 01/12/2004 | WFH | Complete draft of Part I of brief on work plan and send to Mr. Agnello (7.2); conferences with ICO counsel and Ms. Flax re logistical issue re joint brief (.3); review new Westlaw cases re issues pertinent to appeal (.8); conferences with Ms. Banks re document issue and preparing FOIA to NJDEP (.5). | 8.80 |
| 01/12/2004 | CHM | Travel to NJ (1.8). (Note: Travel time billed at 50%; 10% here or 1.6 and 40% at end of statement.) | 1.60 |

Case 01-01139-AMC   Doc 5435-1   Filed 04/13/04   Page 6 of 19

Page 5

| | | | |
|---|---|---|---:|
| 01/12/2004 | CHM | Work with Carella Byrne on transportation study (2.5); prepare draft of workplan (2.5); prepare draft of joint motion to approve workplan (3.0); conference with ICO (.6); review and comment on video (.8). | 9.40 |
| 01/13/2004 | BJB | Continue incorporating new documents into case files and create new files (2.2). | 2.20 |
| 01/13/2004 | BJB | Receive telephone response from EPA Region 3 re RCRA 7003 orders (.3); incorporate new court filings into case files (.8); respond to telephone inquiry from EPA Region 3 re RCRA 7003 (.3); research trial testimony of Dr. Brown on Summation for pertinent language for Mr. Hughes (.4); continue creating new case files (.8). | 2.60 |
| 01/13/2004 | WFH | Prepare draft Brown declaration for potential use in support of Grace's brief on work plan (5.9); conferences with Dr. Brown and his staff re same (.8); conference with Ms. Flax re brief (.4). | 7.10 |
| 01/13/2004 | CHM | Work on drafting workplan (3.5); conference with plaintiffs re inserts (1.0); review plaintiff's inserts and comment (1.0); comment on latest draft of transportation report (1.0). | 6.50 |
| 01/14/2004 | BJB | Research NJDEP web site and make telephone calls for pertinent information for Mr. Marraro (.8); research trial testimony for Dr. Brown for pertinent language re 1/15/04 filing for Mr. Hughes (1.2); incorporate new electronic correspondence into case files (.4); prepare Public Records Request to NJDEP for Mr. Hughes (.5); analyze case documents and prepare for incorporation into case files (2.5). | 5.40 |
| 01/14/2004 | WFH | Review draft of Grace's and ICO's joint submission to the court re Honeywell's work plan and provide information to Carella Byrne for inclusion in same (1.6); conferences with Messrs. Marraro and Agnello re same (.4); review record and provide pertinent cites for brief (.9); update research on common law issues re appeal (.8). | 3.70 |
| 01/14/2004 | CHM | Conference calls with various persons re DEP jurisdiction issue (.8); conference with Dr. Brown re workplan (.5) | 1.30 |

| | | | |
|---|---|---|---|
| 01/14/2004 | CHM | Work on submission to court (2.5). | 2.50 |
| 01/14/2004 | MLW | Analysis of federal law regarding relationship of Special Master proceedings to current appeal and potential additional appeal (9.3). | 9.30 |
| 01/15/2004 | BJB | Research NJDEP web site re assistant commissioner for Mr. Marraro (.5); review, coordinate, organize and prepare new correspondence for incorporation into case files (2.4). | 2.90 |
| 01/15/2004 | NAB | Review information received from EPA regions (6.0). | 6.00 |
| 01/15/2004 | WFH | Review draft of Grace's and ICO's joint submission to the court re Honeywell's work plan and provide information for same (1.2); conferences with Mr. Marraro and Ms. Flax re same (.5); update research re injunction issue for appeal (1.0). | 2.70 |
| 01/15/2004 | CHM | Review and edit final brief and workplan (.5); conference call with client re various issues (.8). | 1.30 |
| 01/15/2004 | MLW | Analysis of Third Circuit and other appellate authority regarding relationship of Special Masters proceedings to current appeal and potential additional appeal (8.4). | 8.40 |
| 01/16/2004 | BJB | Continue incorporation of Special Master documents into case files and electronic files and create new files as needed (1.5); scan pertinent TSDF document re sample RFP and prepare email of same to Dr. Brown for Mr. Marraro (.5). | 2.00 |
| 01/16/2004 | BJB | Collect pertinent documents; prepare package for delivery to Mr. Hughes (1.8); prepare email response to EPA Regions 3 and 8 re FOIA request (.7); review EPA Region 8 RCRA 7003 orders re site clean up by excavation (3.0). | 5.50 |
| 01/16/2004 | NAB | Submit FOIA request for various sites in Regions 8, 9 and 10 (1.0). | 1.00 |
| 01/19/2004 | CHM | Travel to NJ for Special Master meeting (2.1). (Note: Travel time billed at 50%; 10% here of 1.8 and 40% at end of statement.). | 1.80 |
| 01/20/2004 | CHM | Settlement meeting with Honeywell (1.0); strategy session with Agnello re DEP issues (1.5). | 2.50 |

Case 01-01139-AMC    Doc 5435-1    Filed 04/13/04    Page 8 of 19

Page 7

| Date | Initials | Description | Hours |
|---|---|---|---|
| 01/21/2004 | BJB | Review, coordinate, prepare and organize new correspondence and case documents and prepare for incorporation into case files (1.3). | 1.30 |
| 01/21/2004 | NAB | Review FOIA information from various sites in Regions 8, 9 and 10 (5.5). | 5.50 |
| 01/21/2004 | CHM | Review e-mail in sample locations and teleconference with Dr. Brown re same (.5); review Cunningham letter (.3). | 0.80 |
| 01/21/2004 | CHM | Conference with Agnello re DEP issues (.5). | 0.50 |
| 01/22/2004 | CHM | Conference with T. Milch re various issues (1.0). | 1.00 |
| 01/23/2004 | BJB | Make follow up telephone calls to U.S. EPA Regions 4 and 7 FOIA requests (.7). | 0.70 |
| 01/23/2004 | WFH | Review ICO letter to Special Master re permitting issue and follow-up research re provision and emergency permits (.9); conference with Mr. Marraro re same (.2). | 1.10 |
| 01/23/2004 | CHM | Conference call with Agnello re DEP meeting (.3); further call with T. Milch (.5). | 0.80 |
| 01/23/2004 | RMR | Follow-up and respond to correspondence re FOIA requests sent to EPA Regions 4, 5, 6 and 7 (.8). | 0.80 |
| 01/26/2004 | NAB | Review information received from EPA regions for pertinent information (7.5). | 7.50 |
| 01/26/2004 | WFH | Update research re CERCLA liability issues for appeal (.8). | 0.80 |
| 01/26/2004 | CHM | Travel to NJ for DEP meeting (2.5). (Note: Travel time billed at 50%; 10% here or 2.2 here and 40% at end of Statement.) | 2.20 |
| 01/26/2004 | CHM | Review Special Master report and recommendations (1.2). | 1.20 |
| 01/27/2004 | NAB | Review information received from EPA regions for pertinent information (4.5). | 4.50 |
| 01/27/2004 | CHM | Travel to DC from Trenton (2.0). (Note: Travel time billed at 50%; 10% here or 1.8 and 40% at end of statement.) | 1.80 |

| Date | Initials | Description | Hours |
|---|---|---|---|
| 01/27/2004 | CHM | Meeting with DEP (1.5); strategy session with Agnello re DEP issues and respond to Special Master (3.5); conference with client re remediation and DEP meeting (.3); several calls with Honeywell counsel re scheduling mediation (.5). | 5.80 |
| 01/28/2004 | BJB | Follow up with U.S. EPA Regions 2, 3, and 7 re FOIA request and prepare fax re same (.5); conference with Ms. Bynum re review of same (.2); respond to telephone inquiry from NJDEP re OPRA request and prepare letter re requested documents (.5); review new correspondence (.3). | 1.50 |
| 01/28/2004 | NAB | Review information received from EPA regions for pertinent information (6.5). | 6.50 |
| 01/28/2004 | CHM | Review Langan memo and teleconference with A. Nagy re same (1.0); compare dates in Special Master's chart (.5); conference with ICO re joint response (.5). | 2.00 |
| 01/29/2004 | BJB | Return telephone calls to NJDEP and prepare fax re OPRA request for Mr. Hughes (.3); return telephone calls and prepare letter to U. S. EPA Region 3 re FOIA request (.8). | 1.10 |
| 01/29/2004 | NAB | Review and index documents to be intergrated into existing case files (7.5). | 7.50 |
| 01/29/2004 | WFH | Conferences with Messrs. Marraro and Williams re Special Master's report and recommendation to Judge Cavanaugh (.3); review same and assorted work plans attached thereto (.8); review Westlaw alerts re new case law potentially bearing on appeal issue (.8). | 1.90 |
| 01/29/2004 | CHM | Series of lengthy conference calls re development issues (4.2); conference with plaintiffs outline of joint response (1.0); conference with Agnello re various issues (1.2); work on letter to Judge Cavanaugh re response to Special Master (1.0). | 7.40 |
| 01/30/2004 | BJB | Create new case files and incorporate new documents into indexed case files and electronic files (6.6). | 6.60 |
| 01/30/2004 | BJB | Research case files and collect pertinent information re Honeywell bond for Mr. Marraro (.3); follow up with U. S. EPA Region 4 re FOIA (.3). | 0.60 |

| Date | Initials | Description | Hours |
|---|---|---|---|
| 01/30/2004 | NAB | Review and index documents to be intergrated into existing case files (5.6). | 5.60 |
| 01/30/2004 | WFH | Conference with Mr. Marraro re Grace/ICO joint comments on Special Master's report and recommendation (.3); review same and ICO's draft comments (.4); research groundwater management issue (1.0). | 1.70 |
| 01/30/2004 | CHM | Review draft notice from plaintiffs (1.7); conference re issues with ICO (.5); redraft letter to Judge Cavanaugh incorporating changes into chart and letter (2.2); conference call re scheduling mediation (.3). | 4.70 |

|  |  | **Amount** |
|---|---|---|
| Total fees | 322.80 | 92,769.00 |

Disbursements:

| | |
|---|---|
| C. Marraro - Auto service from 1050 Thomas Jefferson Street to airport on 12/18/03 | 79.35 |
| C. Marraro - Dinner meeting on 1/03/04 with Mr. & Mrs Sentfelben and Mr. & Mrs. Nagy | 514.67 |
| Copying | 656.10 |
| Facsimile | 42.00 |
| Telephone | 274.67 |
| Online research | 2,397.64 |
| Delivery services/messengers | 16.92 |
| Federal Express | 53.40 |
| Total disbursements | $4,034.75 |
| Total Amount of This Bill | $96,803.75 |
| Less Deduction of 40% of Fees Per Agreement | $37,107.60 |
| Balance Due | $59,696.15 |

Timekeeper Summary

| Name | | Hours | Rate |
|---|---|---|---|
| Zacaroli, Alec C. | Associate | 9.20 | $250.00 |
| Banks, Barbara J. | Paralegal | 75.80 | $145.00 |
| Marraro, Christopher H. | Partner | 74.20 | $475.00 |
| Williams, Michael L. | Associate | 25.10 | $250.00 |
| Bynum, Natasha A. | Legal Clerk | 53.60 | $110.00 |

| | | | |
|---|---|---|---|
| Ross, Rebecca M. | Paralegal | 0.80 | $130.00 |
| Hughes, William F. | Counsel | 84.10 | $380.00 |

**Wallace King Marraro Branson**

WALLACE KING MARRARO & BRANSON, PLLC
1050 THOMAS JEFFERSON STREET, N.W.
WASHINGTON, DC  20007

Phone 202.204.1000
Fax 202.204.1001

April 01, 2004

Robert Emmett
W. R. Grace & Company
7500 Grace Drive
Columbia, MD  21044

Invoice#    1702

For Professional Services Rendered in Connection with Waterloo - Brewer Road Site - Matter 4

Professional Services:

|            |     |                                                                                                                                                                                                               | **Hours** |
|------------|-----|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----------|
| 01/05/2004 | BJB | Collect and prepare materials for 1/6/04 oral argument for Mr. Marraro (.7).                                                                                                                                  | 0.70      |
| 01/05/2004 | CHM | Prepare for argument on motion to exclude (2.0).                                                                                                                                                              | 2.00      |
| 01/05/2004 | CHM | Travel to Buffalo, NY (1.5).  (Note:  Travel time billed at 50% or .7).                                                                                                                                       | 0.70      |
| 01/06/2004 | WFH | Conferences with Messrs. Hogan and Marraro re hearing on Zotos' motion to exclude test pit evidence and next steps (0.7); prepare letter to Smith re depositions (0.2); confer with Brown re availability for deposition (0.3). | 1.20      |
| 01/06/2004 | CHM | Meeting with K. Hogan re argument and trial (7.0); attend hearing on motion to suppress (1.5); post-hearing meeting and analysis (.5); conference with client (.5)                                             | 9.50      |
| 01/06/2004 | CHM | Travel to DC from Buffalo (1.5).  (Note:  Travel time billed at 50% or .7).                                                                                                                                   | 0.70      |
| 01/08/2004 | WFH | Review court's decision denying Zotos' motion to exclude and confer with Messrs. Marraro and Hogan re same (0.5); conferences with Dr. Brown re additional analyses of Zotos product specimens (.5).          | 1.00      |

| Date | Atty | Description | Hours |
|---|---|---|---|
| 01/13/2004 | CHM | Conference with K. Hogan (.3); conference with Hughes re Brown deposition (.5). | 0.80 |
| 01/14/2004 | WFH | Conference with Dr. Brown re his deposition and preparation for same (0.5); review materials from Mr. Hogan re requirements for pretrial submissions (0.4). | 0.90 |
| 01/14/2004 | CHM | Review exhibits/depositions transcripts for trial preparation (2.5). | 2.50 |
| 01/16/2004 | CHM | Conference with Dr. Brown re deposition (.5). | 0.50 |
| 01/20/2004 | WFH | Analyze summary judgment briefs and revise outline of proofs for trial on liability issue (1.0). | 1.00 |
| 01/21/2004 | WFH | Collect and analyze historical documents for potential use as trial exhibits (6.8); revise outline of proofs for trial (1.0); conferences with paralegal re assistance with collecting trial exhibits (.4). | 8.20 |
| 01/22/2004 | WFH | Continue collecting and analyzing documents for potential use as trial exhibits (5.2); work on outline of proofs and list of potential trial witnesses (1.0). | 6.20 |
| 01/28/2004 | WFH | Review Hogan's memo re NCP issue and conduct research re same (0.7); conferences with Hogan and Brown re analyzing Zotos product specimens (0.5); identify additional potential trial exhibits (0.9). | 2.10 |
| 01/30/2004 | WFH | Conference with Dr. Brown re analyzing remaining specimens of Zotos products, potential opinions re same, and his upcoming deposition (0.4); conference with Hogan re trial prep meeting (0.2); revise section of audit letter re case (.2). | 0.80 |

|  |  | **Amount** |
|---|---|---|
| Total fees | 38.80 | 16,166.00 |

Disbursements:

| | |
|---|---|
| Copying | 702.30 |
| Online research | 1.63 |
| Federal Express | 15.70 |
| Total disbursements | $719.63 |
| Total Amount of This Bill | $16,885.63 |
| Balance Due | $16,885.63 |

Page 3

## Timekeeper Summary

| Name | | Hours | Rate |
|---|---|---|---|
| Banks, Barbara J. | Paralegal | 0.70 | $145.00 |
| Marraro, Christopher H. | Partner | 16.70 | $475.00 |
| Hughes, William F. | Counsel | 21.40 | $380.00 |

**WALLACE KING MARRARO & BRANSON, PLLC**
**1050 THOMAS JEFFERSON STREET, N.W.**
**WASHINGTON, DC 20007**

Phone 202.204.1000
Fax 202.204.1001

Wallace
King
Marraro
&
Branson

April 01, 2004

Robert Emmett
W. R. Grace & Company
7500 Grace Drive
Columbia, MD 21044

Invoice#   1704

For Professional Services Rendered in Connection with Acton Matter - Matter 13

Professional Services:

|  |  |  |  | **Hours** |
|---|---|---|---|---|
| 01/23/2004 | CHM | Conference with L. Duff re meeting schedule and budgets (.2). |  | 0.20 |
|  |  |  |  | **Amount** |
|  | Total fees |  | 0.20 | 95.00 |
|  | Total Amount of This Bill |  |  | $95.00 |
|  | Balance Due |  |  | $95.00 |

### Timekeeper Summary

| Name |  |  | Hours | Rate |
|---|---|---|---|---|
| Marraro, Christopher H. |  | Partner | 0.20 | $475.00 |

**WALLACE KING MARRARO & BRANSON, PLLC**
1050 THOMAS JEFFERSON STREET, N.W.
WASHINGTON, DC 20007

Phone 202.204.1000
Fax 202.204.1001

April 01, 2004

Richard Senftleben
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

Invoice#   1705

For Professional Services Rendered in Connection with Preparation of Fee Application to Bankruptcy Court - Matter 10

Professional Services:

|            |     |                                                                              | **Hours** |
|------------|-----|------------------------------------------------------------------------------|-----------|
| 01/27/2004 | CHM | Conference with Agnello re fee petition issues (.5).                         | 0.50      |
| 01/28/2004 | CHM | Review and prepare response to fee auditor (.5); prepare response (1.0).     | 1.50      |

|                          |         | **Amount** |
|--------------------------|---------|------------|
| Total fees               | 2.00    | 950.00     |
| Total Amount of This Bill|         | $950.00    |
| Balance Due              |         | $950.00    |

### Timekeeper Summary

| Name                 |         | Hours | Rate    |
|----------------------|---------|-------|---------|
| Marraro, Christopher H. | Partner | 2.00  | $475.00 |

**Wallace King Marraro Branson**

WALLACE KING MARRARO & BRANSON, PLLC
1050 THOMAS JEFFERSON STREET, N.W.
WASHINGTON, DC 20007

Phone 202.204.1000
Fax 202.204.1001

April 01, 2004

Richard Senftleben
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044

Invoice#    1706

For Professional Services Rendered in Connection with Remediation Matters

Professional Services:

| | | | Hours |
|---|---|---|---|
| 01/05/2004 | BJB | Collect and prepare pertinent documents for Mr. Hughes (.3); place call to Dr. Brown re request regarding Honeywell's work plan for Mr. Hughes (.1); organize and incorporate new correspondence into case files (.5); calendar Special Master's revised RAW schedule (.5). | 1.40 |
| 01/05/2004 | WFH | Review Special Master's revised schedule for submission/approval of RAW and confer with Messrs. Marraro and Brown re same (0.6); follow up research on permitting issue on barging (.5) | 1.10 |
| 01/06/2004 | BJB | Collect and prepare pertinent documents re Honeywell's RAW for Mr. Hughes (.4). | 0.40 |
| 01/06/2004 | WFH | Review Honeywell submittals to Special Master and confer with Mr. Marraro re barge/trucking issue (0.5); research re same (0.7). | 1.20 |
| 01/08/2004 | CHM | Review various letters from Honeywell and Special Master re working plan issues (1.5). | 1.50 |
| 01/09/2004 | WFH | Review Parsons subsurface investigation study and confer with non-testifying expert re same (0.5); follow up research re permitting issue (.4). | 0.90 |

| Date | Initials | Description | Hours |
|---|---|---|---|
| 01/09/2004 | CHM | Conference with Dr. Brown re various wall issues (.7); attend meeting of Special Master on transportation issues (4.0). | 4.70 |
| 01/12/2004 | WFH | Review materials from Berger re waterfront development permitting issue and follow-up legal research re same (1.6); work on issue re VanHoek (0.5). | 2.10 |
| 01/13/2004 | WFH | Review draft remediation work plan and ICO's changes thereo (1.2); review backlog of correspondence and submissions to Special Master and confer with Ms. Banks re follow-up issue (0.9). | 2.10 |
| 01/13/2004 | CHM | Review documents from Special Master (1.0); conference with Dr. Brown re workplan issues (.6) | 1.60 |
| 01/14/2004 | BJB | Analyze, coordinate and organize Parsons site documents and prepare for incorporation into case files (1.8). | 1.80 |
| 01/15/2004 | BJB | Continue incorporation of Special Master documents into case files and electronic files and create new files as needed(4.0). | 4.00 |
| 01/16/2004 | CHM | Assess Special Master letters on wall issues (.5); several conference call re DEP waterfront (1.9). | 2.40 |
| 01/19/2004 | CHM | Prepare for Special Master meeting (1.0). | 1.00 |
| 01/20/2004 | CHM | Attend meeting with Special Master (6.5). | 6.50 |
| 01/21/2004 | BJB | Review, coordinate and organize new correspondence and case documents and prepare for incorporation into case files and create new case files as appropriate (2.7). | 2.70 |
| 01/21/2004 | WFH | Review and analyze Berger's comments on Honeywell's site progress report and related materials (0.3); review NJ regulations re sediment/NRD issue (0.8). | 1.10 |
| 01/22/2004 | WFH | Review new case correspondence and submittals to Special Master (0.6); conference with Dr. Brown re COPR removal issue (.2). | 0.80 |
| 01/28/2004 | BJB | Review, coordinate and prepare new correspondence for incorporation into case files (.5). | 0.50 |
| 01/28/2004 | WFH | Review Parsons site inspection reports and conference with Ms. Banks re follow up file review on same (.6). | 0.60 |

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 01/29/2004 | BJB | Review new correspondence and prepare for incorporation into case files (.8). | | 0.80 |
| | Total fees | | 39.20 | 13,851.50 |

Disbursements:

| | | |
|---|---|---|
| | Copying | 261.30 |
| | Total disbursements | $261.30 |
| | Total Amount of This Bill | $14,112.80 |
| | Balance Due | $14,112.80 |

## Timekeeper Summary

| Name | | Hours | Rate |
|---|---|---|---|
| Banks, Barbara J. | Paralegal | 11.60 | $145.00 |
| Marraro, Christopher H. | Partner | 17.70 | $475.00 |
| Hughes, William F. | Counsel | 9.90 | $380.00 |