IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| | ) | |
| | ) | Objection Date: May 3, 2004 at 4:00 p.m. |
| Debtors. | ) | Hearing Date: Scheduled if Necessary (Negative Notice) |
| | ) | |
| | ) | |

NINETEENTH MONTHLY APPLICATION OF
BANKRUPTCY MANAGEMENT CORPORATION
FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES AS CLAIMS RECONCILIATION
AND SOLICITATION CONSULTANT TO THE DEBTORS FOR THE
PERIOD FROM OCTOBER 1, 2003 THROUGH OCTOBER 31, 2003

| | |
|---|---|
| Name of Applicant: | Bankruptcy Management Corporation ("BMC") |
| Authorized to Provide Professional Services to: | The above-captioned debtors and debtors in possession. |
| Date of Retention: | Retention Order entered May 8, 2002; effective as of April 4, 2002 |
| Period for which Compensation and Reimbursement is Sought: | October 1 through October 31, 2003 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $86,187.00 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $ 1,290.28 (Expense Reimbursement)<br>$   571.48 (Production Invoices) |

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food =N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

1

This is a:   ☒ **Monthly Application**   ☐ **Quarterly Application**   ☐ **Final Application**

The total time expended for preparation of this fee application is approximately 20.0 hours and the corresponding compensation requested is approximately $4,000.00.[2]

This is the Nineteenth Application filed by BMC.

### PRIOR APPLICATIONS

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 3/4/2003 | 4/4/2002-4/30/2002 | $18,913.50 | $1,420.00 | $15,130.80 | $1,420.00 |
| 3/4/2003 | 5/1/2002-5/31/2002 | $46,559.00 | $2,781.83 | $37,247.20 | $2,781.83 |
| 3/4/2003 | 6/1/2002-6/30/2002 | $42,162.00 | $3,538.24 | $33,729.60 | $3,538.24 |
| 3/4/2003 | 5th Quarterly 2002 | $107,634.50 | $7,740.07 | $86,107.60 | $7,740.07 |
| 3/4/2003 | 7/1/2002-7/31/2002 | $48,181.75 | $10,701.48 | $38,545.40 | $10,701.48 |
| 3/4/2003 | 8/1/2002-8/31/2002 | $48,729.50 | $1,891.32 | $38,983.60 | $1,891.32 |
| 3/4/2003 | 9/1/2002-9/30/2002 | $55,850.00 | $2,743.43 | $44,680.00 | $2,743.43 |
| 3/4/2003 | 6th Quarterly 2002 | $152,761.25 | $15,336.23 | $122,209.00 | $15,336.23 |
| 3/4/2003 | 10/1/2002-10/31/2002 | $95,621.50 | $3,384.85 | $76,497.20 | $3,384.85 |
| 3/4/2003 | 11/1/2002-11/30/2002 | $49,215.25 | $2,658.68 | $39,372.20 | $2,658.68 |
| 3/4/2003 | 12/1/2002-12/31/2002 | $46,683.00 | $850.00 | $37,346.40 | $850.00 |
| 3/4/2003 | 7th Quarterly 2002 | $191,519.75 | $6,893.53 | $153,215.80 | $6,893.53 |
| 5/15/2003 | 1/1/2003-1/31/2003 | $74,318.00 | $1,229.90 | $59,454.40 | $1,229.90 |
| 5/15/2003 | 2/1/2003-2/28/2003 | $82,610.00 | $4,837.69 | $66,088.00 | $4,837.69 |
| 5/15/2003 | 3/1/2003-3/31/2003 | $72,572.25 | $3,860.72 | $58,057.80 | $3,860.72 |
| 5/15/2003 | 8th Quarterly 2003 | $229,500.25 | $9,928.31 | $183,600.20 | $9,928.31 |
| 9/23/2003 | 4/1/2003-4/30/2003 | $117,598.00 | $2,132.50 | $94,078.40 | $2,132.50 |
| 9/23/2003 | 5/1/2003-5/31/2003 | $140,988.00 | $4,689.22 | $112,790.40 | $4,689.22 |
| 9/23/2003 | 6/1/2003-6/30/2003 | $95,449.00 | $8,234.67 | $76,359.20 | $8,234.67 |
| 9/23/2003 | 9th Quarterly 2003 | $354,035.00 | $15,480.10 | $283,228.00 | $15,480.10 |
| 2/18/2004 | 7/1/2003-7/31/2003 | $90,293.50 | $9,851.36 | Pending | Pending |
| 2/18/2004 | 8/1/2003-8/31/2003 | $88,262.50 | $2,515.87 | Pending | Pending |
| 2/18/2004 | 9/1/2003-9/30/2003 | $82,370.00 | $16,341.34 | Pending | Pending |
| 2/25/2004 | 10th Quarterly 2003 | $260,926.00 | $28,708.57 | Pending | Pending |
| 4/2/2004 | 10/1/2003-10/31/2003 | $86,187.00 | $1,861.76 | Pending | Pending |
| 4/2/2004 | 11/1/2003-11/30/2003 | $69,321.00 | $1,330.52 | Pending | Pending |
| 4/2/2004 | 12/1/2003-12/31/2003 | $62,679.00 | $2,627.14 | Pending | Pending |
| 4/2/2004 | 11th Quarterly 2003 | $218,187.00 | $5,819.42 | Pending | Pending |

---

2   The actual number of hours expended in preparing this fee application and the corresponding compensation requested will be set forth in BMC's subsequent fee applications.

## BIOGRAPHICAL INFORMATION

| Name of Professional Person | Position with Applicant, Number of Years in Position, Prior Relevant Experience, Licenses and Year Obtained, Area of Expertise | Hourly Billing Rate (Including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Julia Hasenzahl | Principal, 4 years; former Assistant Director and National Manager-Shared Services Functions, Ernst & Young LLP | $275.00 | 1.0 | $275.00 |
| Martha Araki | Senior Bankruptcy Consultant, 5 years; 17 years bankruptcy experience | $210.00 | 3.2 | $672.00 |
| Brendan Bosack | Senior Data Consultant, 4 years; former application project manager for a claims agent; 7 years prior experience in bankruptcy data, application development and reporting | $175.00 | 0.7 | $122.50 |
| Igor Braude | Technology Consultant, 1-1/2 years | $125.00 | 0.5 | $62.50 |
| Susan Burnett | Consultant, 10 months; 3 years prior experience as an attorney, 20 years prior accounting and finance experience | $150.00 | 177.5 | $26,625.00 |
| Diane George | Data Consultant, 4 years; 2 years prior bankruptcy experience | $140.00 | 6.1 | $854.00 |
| Mike Grimmett | Data Consultant, 1-1/2 years; 12 years prior experience bankruptcy and data programming | $175.00 | 85.6 | $14,980.00 |
| Yvette Hassman | Case Support Associate, 1 year; 3 years prior bankruptcy case support experience | $90.00 | 1.9 | $171.00 |
| Steven Heathcock | Data Consultant, 2 years; former Consultant, Adept Consulting LLC; 15 years prior experience as Systems Engineer | $150.00 | 1.1 | $165.00 |
| Sue Herrschaft | Senior Consultant, 1-1/2 years; former Operations Manager, Audit Division, Arthur Andersen-LA; 10 years prior experience in risk management and quality assurance | $210.00 | 194.4 | $40,824.00 |
| Myrtle John | Senior Bankruptcy Consultant, 2-1/2 years; 25 years experience in bankruptcy and other legal practice areas | $195.00 | 0.1 | $19.50 |
| Alison Keeny | Case Support Associate, 6 months | $90.00 | 0.5 | $45.00 |
| Stephenie Kjonvedt | Consultant, 1 year; 15 years experience in bankruptcy consulting | $140.00 | 0.1 | $14.00 |
| James Myers | Case Support Clerk, 3 years | $65.00 | 1.5 | $97.50 |
| Lisa Ruppaner | Case Support Associate, 1-1/2 years | $95.00 | 8.0 | $760.00 |
| Brianna Tate | Case Information Clerk, 8 months | $45.00 | 0.6 | $27.00 |
| Anna Wick | Data Consultant, 1-1/2 years | $110.00 | 4.3 | $473.00 |

| Grand Total: | Fees: $86,187.00 | Hours: 487.1 |
|---|---|---|
| Blended Rate: | $176.94 | |

3

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Asbestos Claims | 59.6 | $9,906.00 |
| Case Administration | 101.4 | $20,023.50 |
| Data Analysis | 103.6 | $18,018.50 |
| Fee Applications-Applicant | 3.2 | $672.00 |
| Non-Asbestos Claims | 219.3 | $37,567.00 |
| Travel – Non Working | 0 | 0 |
| Total | 487.1 | $86,187.00 |

## EXPENSE SUMMARY

| Expense Category | Service Provider (If Applicable) | Total Expenses |
|---|---|---|
| b-Linx/Data Storage | BMC | $850.00 |
| Document Storage | BMC | $388.60 |
| Postage/Shipping | Fed Ex | $51.68 |
| Total | | $1,290.28 |

## PRODUCTION EXPENSE SUMMARY

| Date of Mailing | Service Provider (If Applicable) | Total Expenses |
|---|---|---|
| October 23, 2003 | BMC | $571.48 |
| | | |
| Total | | $571.48 |

*[Continued on next page]*

**WHEREFORE**, BMC respectfully requests:

(a) that an allowance be made to it in the aggregate of $70,811.36, which is comprised of:

    (i)    80% of the fees rendered by BMC to the Debtors for reasonable and necessary professional services during the Nineteenth Fee Period (80% of $86,187.00 = $68,949.60); and

    (ii)    100% of the actual and necessary costs and expenses incurred by BMC during the Nineteenth Fee Period ($1,861.76);

(b) that both the fees and expenses are payable as an administrative expense of the Debtors' estates; and

(c) for such other and further relief as the Court deems just and proper.

Dated: March 31, 2004            BANKRUPTCY MANAGEMENT CORPORATION

By: *(signature)*
JULIA HASENZAHL, COO
6096 Upland Terrace South
Seattle, Washington 98118
Telephone: (206) 725-5405
Telecopier: (206) 374-2727

Claims Reconciliation and Solicitation Consultant
to the Debtors and Debtors in Possession

## VERIFICATION

STATE OF CALIFORNIA  )
                                                    )   ss.
COUNTY OF LOS ANGELES  )

JULIA HASENZAHL, after being duly sworn, deposes and says:

1. I am the Chief Operating Officer of Bankruptcy Management Corporation, the applicant herein ("BMC"), the Claims Reconciliation and Solicitation Consultant to the debtors and debtors in possession herein (the "Debtors"). Except as otherwise noted, I have personal knowledge of the matters set forth herein.

2. I have personally reviewed the consulting services rendered by BMC as Claims Reconciliation and Solicitation Consultant to the Debtors and am thoroughly familiar with the other work performed on behalf of the Debtors by other consultants and employees of BMC.

3. I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Annexed hereto are the following Exhibits: **Exhibit 1** – Monthly Fee Invoice comprised of a detail of time expended and Professional Activity Summary; and **Exhibit 2** – Monthly Expense Invoice comprised of an Expense Invoice and Detail. Moreover, I have reviewed the Local Bankruptcy Rules for the District of Delaware and the 'Amended Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members,' signed April 17, 2002, and submit that the Application herein substantially complies with such Rules and Order.

_____
JULIA HASENZAHL

SWORN AND SUBSCRIBED to before me
this 31 day of March, 2004

_____
Notary Public
My Commission Expires:

JAMES H. MYERS
Commission # 1313901
Notary Public - California
Los Angeles County
My Comm. Expires Jul 19, 2005