# EXHIBIT 2

# Bankruptcy Management Corporation
## WR Grace
## MONTHLY SUMMARY OF EXPENSES
### For the Month of October 2003

| EXPENSE CATEGORY | Expense Amount |
| --- | --- |
| Postage/Shipping | $51.68 |
| Document Storage | $388.60 |
| B-Linx/Data Storage | $850.00 |
| Monthly Total: | $1,290.28 |

**EXHIBIT 2**

| Inv # | Client | Vendor | Amount | Date | Expense TypeID | Description |
|---|---|---|---|---|---|---|
| WRG031031 | WR Grace | Fed Ex | $16.72 | 10/9/03 | Postage/Shipping | Paula Calbrath Tracking ID 79102716940 |
| WRG031031 | WR Grace | Fed Ex | $16.15 | 10/17/03 | Postage/Shipping | Michelle Dalson Tracking ID 790443167450 |
| WRG031031 | WR Grace | Fed Ex | $18.81 | 10/27/03 | Postage/Shipping | Mollie Sprinkle Tracking ID 791043931478 |
| WRG031031 | WR Grace | BMC | $388.60 | 10/31/03 | Document Storage | 268 boxes |
| WRG031031 | WR Grace | BMC | $850.00 | 10/31/03 | B-Linx/Data Storage | B-Linx/Data Storage |

**EXHIBIT 2**



**Bankruptcy Management Corporation**
6096 Upland Terrace S
Seattle, WA 98118
(206) 725-5405

WR Grace

PRODUCTION INVOICE SUMMARY

| Invoice Number | Production Date | Total |
|---|---|---|
| Invoice #  021-20031023-1 | 10/23/2003 | $571.48 |
| | Total | $571.48 |

Wire payments may be sent to the following account:

Bank: Wells Fargo Bank
Address: 204 W Meeker, Kent, WA 98032
ABA/Routing #: 121000248
Account #: 0033022633 Bankruptcy Management Corporation

*Invoice Due Upon Receipt*

EXHIBIT 2



**bmc**
Bankruptcy Management Corporation
6096 Upland Terrace South
Seattle, WA 98118
(206) 725-5405

WR Grace

**Production Date:** 10/23/2003
**Invoice #:** 021-20031023-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | 2nd Omni 2 Order MF 6284 | 33 / 88 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class (at cost) | 88 Pieces @ $1.06 each | $93.28 |
| | | | Production | Copy | 2904 Pieces @ $.15 each | $435.60 |
| | | | | Stuff/Mail | 88 Pieces @ $.10 each | $8.80 |
| | | | Supplies | InkJet Envelopes | 88 Pieces @ $.10 each | $8.80 |

**Total Due:** $571.48

**EXHIBIT 2**
*Invoice Due Upon Receipt*