IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Deadline: May 3, 2004 at 4:00 p.m.**
**Hearing Date: TBD only if necessary**

## FEE DETAIL FOR BANKRUPTCY MANAGEMENT CORPORATION' MONTHLY FEE APPLICATION FOR THE PERIOD FROM NOVEMBER 1, 2003 THROUGH NOVEMBER 30, 2003

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT 1

# Bankruptcy Management Corporation
## WR GRACE
### Professional Activity Summary
Date Range: 11/1/2003 thru 11/30/2003

| Category / Type / Name | Hourly Rate | Hours | Total Amt. |
|---|---|---|---|
| **Asbestos Claims** | | | |
| SR_CONSULT_DATA | | | |
| Mike Grimmett | $175.00 | 1.3 | $227.50 |
| SR_CONSULTANT | | | |
| Susan Herrschaft | $210.00 | 8.1 | $1,701.00 |
| | Total: | 9.4 | $1,928.50 |
| | | | |
| **Case Administration** | | | |
| CAS | | | |
| James Myers | $65.00 | 1.7 | $110.50 |
| Yvette Hassman | $90.00 | 0.2 | $18.00 |
| MANAGER | | | |
| Myrtle John | $195.00 | 0.3 | $58.50 |
| SR_CONSULTANT | | | |
| Susan Herrschaft | $210.00 | 56.5 | $11,865.00 |
| CONSULTANT | | | |
| Susan Burnett | $150.00 | 2.0 | $300.00 |
| SR_ANALYST | | | |
| Jacqueline Bush | $95.00 | 0.1 | $9.50 |
| CASE_SUPPORT | | | |
| Lisa Ruppaner | $95.00 | 0.8 | $76.00 |
| Alison Keeny | $90.00 | 0.8 | $72.00 |
| CASE_INFO | | | |
| Brianna Tate | $45.00 | 0.2 | $9.00 |
| | Total: | 62.6 | $12,518.50 |
| | | | |
| **Data Analysis** | | | |
| SR_CONSULT_DATA | | | |
| Mike Grimmett | $175.00 | 58.2 | $10,185.00 |
| Brendan Bosack | $175.00 | 0.5 | $87.50 |
| SR_CONSULTANT | | | |
| Susan Herrschaft | $210.00 | 19.9 | $4,179.00 |
| SR_ANALYST | | | |
| Jacqueline Bush | $95.00 | 0.7 | $66.50 |
| Anna Wick | $110.00 | 2.1 | $231.00 |
| CONTRACTOR | | | |
| Diane George | $140.00 | 5.3 | $742.00 |
| DEV | | | |
| Leah Buley | $125.00 | 0.8 | $100.00 |
| | Total: | 87.5 | $15,591.00 |
| | | | |
| **Fee Applications** | | | |
| CONTRACTOR | | | |
| Martha Araki | $210.00 | 29.1 | $6,111.00 |
| | Total: | 29.1 | $6,111.00 |

**EXHIBIT 1**

# Bankruptcy Management Corporation

WR GRACE

Professional Activity Summary

Date Range: 11/1/2003 thru 11/30/2003

| Category / Type / Name | Hourly Rate | Hours | Total Amt. |
|---|---|---|---|
| **Non-Asbestos Claims** | | | |
| MANAGER | | | |
| Myrtle John | $195.00 | 0.6 | $117.00 |
| SR_CONSULT_DATA | | | |
| Mike Grimmett | $175.00 | 2.0 | $350.00 |
| SR_CONSULTANT | | | |
| Susan Herrschaft | $210.00 | 49.1 | $10,311.00 |
| CONSULTANT | | | |
| Susan Burnett | $150.00 | 149.0 | $22,350.00 |
| REC_TEAM | | | |
| Steffanie Cohen | $110.00 | 0.4 | $44.00 |
| | Total: | 201.1 | $33,172.00 |
| | Grand Total: | 389.7 | $69,321.00 |

**EXHIBIT 1**

# Bankruptcy Management Corporation

WR GRACE

Monthly Invoice

| Name | Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|------|------|------------|------|-------|-----------|-------------|
| **November 2003** | | | | | | |
| **Asbestos Claims** | | | | | | |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 11/7/2003 | 0.3 | $63.00 | Discussion w/ B Kasser re: property damage report request |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 11/7/2003 | 1.0 | $210.00 | Investigation/ research into asbestos related issues |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 11/10/2003 | 0.5 | $105.00 | Review property damage objection change request from Grace |
| MIKE GRIMMETT - SR_CONSULT_DATA | | $175.00 | 11/12/2003 | 1.3 | $227.50 | Analyse several claims. Check attorney status of medical montioring claims. |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 11/13/2003 | 1.0 | $210.00 | Review/compile info to document possible docketing/upload issues related to medical monitoring claims and mail file creation |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 11/14/2003 | 1.5 | $315.00 | Review data specs, claims images & docketed data to detect errors; make corrections in asbestos data entry tool as needed |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 11/17/2003 | 1.0 | $210.00 | Investigate and resolve incomplete property damage attorney addresses |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 11/19/2003 | 0.5 | $105.00 | Discussion w/ R Finke re: property damage claims and objections |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 11/20/2003 | 0.3 | $63.00 | Discussion w/ B Kasser re: property damage claims with no supporting documentation objection and changes to database |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 11/25/2003 | 2.0 | $420.00 | Invistigate claim case name/number discrepancy |
| | Asbestos Claims Total: | | | 9.4 | $1,928.50 | |
| **Case Administration** | | | | | | |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 11/3/2003 | 6.0 | $1,260.00 | Review scorecard report; work w/ M Grimmett on each category to ensure accruacy of all queries, counts and amounts |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 11/3/2003 | 0.5 | $105.00 | Prepare scorecard report; email to Grace |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 11/3/2003 | 0.5 | $105.00 | Discussion w/ M Grimmett re: status/substatus and code discrepancies |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 11/3/2003 | 0.5 | $105.00 | Discussion w/ D George re: status of bLinx modifications in objection module |
| JAMES MYERS - CAS | | $65.00 | 11/4/2003 | 0.1 | $6.50 | 21:review & update 2002 list for FedEx compliance |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 11/4/2003 | 0.5 | $105.00 | Discussion w/ S Burnett re: Grace project status |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 11/4/2003 | 0.3 | $63.00 | Discussion w/ M Grimmett re: View Claim Image function |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 11/4/2003 | 0.8 | $168.00 | Document management system demo |
| BRIANNA TATE - CASE_INFO | | $45.00 | 11/4/2003 | 0.2 | $9.00 | Telephone with Alisa Minch of Contrarian Capital at (203) 862-8211 / RE: Wanted to know if there are any surviving claims for them. |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 11/5/2003 | 2.0 | $420.00 | Investigate potential additional notice parties originally not indatabase |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 11/5/2003 | 0.5 | $105.00 | Discussion w/ A Wick re: adding additional notice parties to database |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 11/5/2003 | 0.5 | $105.00 | Discussion w/ D George re: bLinx modifications and additional changes |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 11/5/2003 | 0.5 | $105.00 | Discussion w/ M Grimmett re: project status |

**EXHIBIT 1**

# Bankruptcy Management Corporation
WR GRACE

Monthly Invoice

| Name | Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|------|------|------|------|------|------|------|
| **November 2003** | | | | | | |
| **Case Administration** | | | | | | |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 11/6/2003 | 0.5 | $105.00 | Discussion w/ M Grimmett re: status of Grace blinx projects & timeline for completion |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 11/6/2003 | 2.5 | $525.00 | General case management, organize and update cirtical issues list |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 11/7/2003 | 0.3 | $63.00 | Discussion w/ B Kasser re: printing issues |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 11/7/2003 | 1.0 | $210.00 | Court docket review |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 11/7/2003 | 1.0 | $210.00 | Review claim assignments for appropriate assignment |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 11/7/2003 | 2.0 | $420.00 | Review claims assigned to SH; resolve and re-assign to appropriate individual |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 11/10/2003 | 1.0 | $210.00 | Preparation of communication to Grace management and Kirkland & Ellis re: status of objection process and claims reconciliation (Scorecard Report) |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 11/10/2003 | 0.5 | $105.00 | Discussion w/ J Hasenzahl re: Grace status |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 11/10/2003 | 0.5 | $105.00 | Discussion w/ S Burnett re: Grace project status |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 11/10/2003 | 0.5 | $105.00 | Discussion w/ M Grimmett re: pending Grace projects |
| JAMES MYERS - CAS | | $65.00 | 11/11/2003 | 0.4 | $26.00 | 21: Omni 2 Ord 3: Set up noticing system/production folder/instructions |
| JAMES MYERS - CAS | | $65.00 | 11/11/2003 | 0.1 | $6.50 | 21: Omni 2 Ord 3: Prep electronic version of doc as served and transmit copy to Call Center |
| JAMES MYERS - CAS | | $65.00 | 11/11/2003 | 0.3 | $19.50 | 21: Omni 2 Ord 3: Prepare draft of Proof of Service |
| JAMES MYERS - CAS | | $65.00 | 11/11/2003 | 0.1 | $6.50 | 21: Omni 2 Ord 3: review email from S Herrschaft |
| JAMES MYERS - CAS | | $65.00 | 11/11/2003 | 0.1 | $6.50 | 21: Omni 2: review email from M Grimmett |
| JAMES MYERS - CAS | | $65.00 | 11/11/2003 | 0.1 | $6.50 | 21: Omni 2: review and dedupe MF |
| JAMES MYERS - CAS | | $65.00 | 11/11/2003 | 0.1 | $6.50 | 21:Omni 2: review email from S Herrschaft transmitting docs for noticing |
| MYRTLE JOHN - MANAGER | | $195.00 | 11/11/2003 | 0.3 | $58.50 | Discussion with Julia Hasenzahl and Sue Herrschaft re procedures for claims transfers |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 11/11/2003 | 0.3 | $63.00 | Discussion w/ I Braude re: blinx call from Grace user |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 11/11/2003 | 0.3 | $63.00 | Discussion w/ C Lane re: Order exhibits for 11/17 hearing |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 11/11/2003 | 1.0 | $210.00 | Organize 3rd Omni 2 notice and exhibits in preparation for noticing |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 11/11/2003 | 0.3 | $63.00 | Discussion w/ M Grimmett re: bLinx Assign/Refer function |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 11/11/2003 | 0.3 | $63.00 | Discussion w/ Y Hassman re: mail file creation for 3rd Omni 2 notice |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 11/11/2003 | 0.3 | $63.00 | Discussion w/ M Grimmett re: population of mail file for 3rd Omni 2 notice |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 11/11/2003 | 0.5 | $105.00 | J Rivenbark re: Assign/Refer function error message and trade claims reconciliation |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 11/11/2003 | 0.5 | $105.00 | Discussion w/ M Grimmett re: instructions for Omni 2 exhibits for 11/17/hearing |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 11/11/2003 | 0.5 | $105.00 | Review mail file populated by M Grimmett |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 11/11/2003 | 0.7 | $147.00 | Prepare and send 3rd Omni 2 documents to production for noticing |

**EXHIBIT 1**

## Bankruptcy Management Corporation

WR GRACE

Monthly Invoice

| Name | Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|------|------|-------------|------|-------|------------|-------------|
| **November 2003** | | | | | | |
| **Case Administration** | | | | | | |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 11/11/2003 | 0.5 | $105.00 | Review 3rd Omni 2 Order; communicate changes to M Grimmett |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 11/11/2003 | 0.5 | $105.00 | Discussion w/ M Grimmett re: Reporting Tool status |
| YVETTE HASSMAN - CAS | | $90.00 | 11/11/2003 | 0.1 | $9.00 | 21 Review e-mail from Sue Herrschaft re service of 3rd Omni 2 Order |
| YVETTE HASSMAN - CAS | | $90.00 | 11/11/2003 | 0.1 | $9.00 | 21 Review e-mail from Sue Herrschaft containing documents for service re 3rd Omni 2 Order |
| ALISON KEENY - CASE_SUPPORT | | $90.00 | 11/11/2003 | 0.8 | $72.00 | Review court docket listing and email relevant documents to project management |
| JAMES MYERS - CAS | | $65.00 | 11/12/2003 | 0.1 | $6.50 | 21: Omni 2 Ord 3: Electronically document notarized proof of service |
| JAMES MYERS - CAS | | $65.00 | 11/12/2003 | 0.3 | $19.50 | 21 Prepare Fed-Ex package to Patricia Cuniff with Original POS Package for Service of Omni 2 Order 3 on 11/12/03; e-mail scanned copy of POS Package to Patricia Cuniff and Julia Hasenzahl |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 11/12/2003 | 1.5 | $315.00 | Preparation for meeting w/ J Hasenzahl, M John re: transfer claims resolution |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 11/12/2003 | 0.5 | $105.00 | Discussion w/ M Grimmett re: additional party noticing |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 11/12/2003 | 1.0 | $210.00 | Review Omni 2 return mail file |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 11/12/2003 | 1.0 | $210.00 | Identify additional notice parties to be added to database |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 11/12/2003 | 1.0 | $210.00 | Prepare return mail spreadsheet for counsel |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 11/12/2003 | 1.0 | $210.00 | Confirm address changes and undeliverable status in CMPT |
| SUSAN BURNETT - CONSULTANT | | $150.00 | 11/12/2003 | 1.0 | $150.00 | Reviewing WR Grace court docket for any action items. |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 11/13/2003 | 0.5 | $105.00 | Discussion w/ M Grimmett re: medical monitoring claims upload of attorney information |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 11/13/2003 | 0.5 | $105.00 | Discussion w/ M Grimmett re: status of reporting tool |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 11/13/2003 | 0.2 | $42.00 | Discussion w/ R Lopera re: Grace claims counts |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 11/13/2003 | 1.0 | $210.00 | Prepare claims breakdown per Kirkland & Ellis request |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 11/13/2003 | 1.5 | $315.00 | Prepare claims deficiencies descriptions per Kirkland & Ellis request |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 11/13/2003 | 0.5 | $105.00 | Email to Kirkland & Ellis re: claims breakdown & deficiencies list |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 11/13/2003 | 0.3 | $63.00 | Discussion w/ B Bosack re: docket date vs. hearing date clarification |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 11/13/2003 | 0.3 | $63.00 | Discussion w/ M Grimmett re: asbestos claims breakdown by subtype |
| JACQUELINE BUSH - SR_ANALYST | | $95.00 | 11/14/2003 | 0.1 | $9.50 | Update folder structure for court docket entries re: transfers, orders affecting claims, COA/2002 or admin motions. |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 11/14/2003 | 0.4 | $84.00 | Email to J Rivenbark re: trade claims reconciliation modification status |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 11/17/2003 | 1.0 | $210.00 | Investigate Bar Date Notice delivery date per Kirkland & Ellis request |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 11/17/2003 | 1.0 | $210.00 | Discussion w/ M Grimmett re: Report Wizard demo |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 11/17/2003 | 0.3 | $63.00 | A Wick re: mail file search |

**EXHIBIT 1**

# Bankruptcy Management Corporation

WR GRACE

Monthly Invoice

| Name | Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|------|------|-------------|------|-------|------------|-------------|
| **November 2003** | | | | | | |
| **Case Administration** | | | | | | |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 11/17/2003 | 0.3 | $63.00 | Discussion w/ D George re: potential error in transfer module |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 11/17/2003 | 0.3 | $63.00 | Discussion w/ S Cohen re: attaching images to supplemental claims |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 11/18/2003 | 0.5 | $105.00 | Discussion w/ M Grimmett re: report wizard issues and corrections |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 11/18/2003 | 0.5 | $105.00 | Discussion w/ D George re: transfer module error message |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 11/18/2003 | 0.2 | $42.00 | Discussion w/ I Braude re: undeliverable email |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 11/18/2003 | 0.5 | $105.00 | Email to J Hasenzahl re: Grace return mail status |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 11/18/2003 | 0.5 | $105.00 | Discussion w/ D George re: trasfer module error message |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 11/18/2003 | 0.2 | $42.00 | Discussion w/ I Braude re: undeliverable email message |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 11/18/2003 | 0.5 | $105.00 | Email to J Hasenzahl re: Grace return mail |
| SUSAN BURNETT - CONSULTANT | | $150.00 | 11/18/2003 | 1.0 | $150.00 | Review court docket for any action items. |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 11/19/2003 | 0.5 | $105.00 | Follow up w/ J Hasenzahl re: Grace return mail |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 11/19/2003 | 0.5 | $105.00 | Discussion w/ Y Hassman re: return mail procedure |
| LISA RUPPANER - CASE_SUPPORT | | $95.00 | 11/20/2003 | 0.8 | $76.00 | Review Court Docket Report; download all Orders, Notices and other Pleadings; and forward copies to Project Manager and Lead Consultant. |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 11/20/2003 | 0.7 | $147.00 | Communication to data manager group re: report wizard tool status |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 11/20/2003 | 0.3 | $63.00 | Discussion w/ D George re: transfer module data issues |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 11/20/2003 | 0.2 | $42.00 | Call to M Dalsin re: transfer claim process |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 11/20/2003 | 0.3 | $63.00 | Discussion w/ B Bosack re: amended schedules |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 11/20/2003 | 0.3 | $63.00 | Discussion w/ T Wood re: Contrarian Capital transfer claims |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 11/20/2003 | 0.8 | $168.00 | Research Kirkland & Ellis request for claims identification; send to K&E |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 11/20/2003 | 0.3 | $63.00 | Email to J Rivenbark re: completion of requested modifications |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 11/21/2003 | 1.0 | $210.00 | Investigation re: bar date notice mailing per Kirkland & Ellis request |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 11/21/2003 | 0.3 | $63.00 | Reply to Kirkland & Ellis re: bar date notice mailings |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 11/21/2003 | 1.0 | $210.00 | Court docket review |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 11/21/2003 | 0.5 | $105.00 | Discussion w/ S Burnett re: review of newly uploaded claims |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 11/21/2003 | 0.2 | $42.00 | Discussion w/ J Hasenzahl re: reporting tool training |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 11/21/2003 | 1.0 | $210.00 | Identify claims submitted with multiple cases indicated; review for proper flagging |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 11/24/2003 | 0.5 | $105.00 | Discussion w/ D George re: objection module |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 11/24/2003 | 0.7 | $147.00 | Discussion w/ J Rivenbark re: possible duplicate scheduled invoice |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 11/24/2003 | 0.5 | $105.00 | Discussion w/ M Dalsin re: potential claim number discrepancy |

**EXHIBIT 1**

# Bankruptcy Management Corporation
WR GRACE

Monthly Invoice

| Name | Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|------|------|-------------|------|-------|-----------|-------------|
| **November 2003** | | | | | | |
| **Case Administration** | | | | | | |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 11/24/2003 | 0.3 | $63.00 | Discussion w/ M Grimmett re: reporting tool error message correction |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 11/25/2003 | 0.5 | $105.00 | Discussion w/ D George re: completion of modifications to transfer module |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 11/25/2003 | 1.0 | $210.00 | Court docket review |
| | Case Administration Total: | | | 62.6 | $12,518.50 | |
| **Data Analysis** | | | | | | |
| MIKE GRIMMETT - SR_CONSULT_DATA | | $175.00 | 11/1/2003 | 1.0 | $175.00 | Update Score Card for Asbestos related claims |
| MIKE GRIMMETT - SR_CONSULT_DATA | | $175.00 | 11/1/2003 | 2.3 | $402.50 | Update asbestos reporting tool. |
| MIKE GRIMMETT - SR_CONSULT_DATA | | $175.00 | 11/2/2003 | 3.4 | $595.00 | Update asbestos reporting tool. |
| MIKE GRIMMETT - SR_CONSULT_DATA | | $175.00 | 11/2/2003 | 1.6 | $280.00 | Update score card for asbestos related claims |
| MIKE GRIMMETT - SR_CONSULT_DATA | | $175.00 | 11/3/2003 | 2.4 | $420.00 | Create claim status analysis. Update score card with asbestos related claim data. |
| JACQUELINE BUSH - SR_ANALYST | | $95.00 | 11/4/2003 | 0.3 | $28.50 | Preparation of report verifying creditor information grouping, and reporting data anomalies to project manager |
| DIANE GEORGE - CONTRACTOR | | $140.00 | 11/4/2003 | 1.8 | $252.00 | Modificaitons to custom application add view Response and Objection Comment functions |
| DIANE GEORGE - CONTRACTOR | | $140.00 | 11/4/2003 | 0.8 | $112.00 | Create link to Claim Detail from Objection Module |
| DIANE GEORGE - CONTRACTOR | | $140.00 | 11/4/2003 | 0.7 | $98.00 | Add Lookup values for hearing Status |
| MIKE GRIMMETT - SR_CONSULT_DATA | | $175.00 | 11/4/2003 | 0.3 | $52.50 | Update "Print Detail" functionality. |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 11/4/2003 | 1.0 | $210.00 | Review bLinx modifications; email to D George re: additional updates |
| DIANE GEORGE - CONTRACTOR | | $140.00 | 11/5/2003 | 1.2 | $168.00 | Modification to Objection Module add Open Claim Detail |
| ANNA WICK - SR_ANALYST | | $110.00 | 11/5/2003 | 0.2 | $22.00 | Update additional notice parties to link table in b-Linx (12 records processed) |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 11/5/2003 | 1.0 | $210.00 | Review bLinx modifications |
| MIKE GRIMMETT - SR_CONSULT_DATA | | $175.00 | 11/6/2003 | 0.7 | $122.50 | Update "Print View" functionality. |
| MIKE GRIMMETT - SR_CONSULT_DATA | | $175.00 | 11/6/2003 | 0.3 | $52.50 | Change draft number field to Omni Number in b-linx per request. |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 11/6/2003 | 1.0 | $210.00 | Review and approve bLinx modifications for incorporation into active view |
| MIKE GRIMMETT - SR_CONSULT_DATA | | $175.00 | 11/7/2003 | 1.7 | $297.50 | Update custom reporting tool |
| MIKE GRIMMETT - SR_CONSULT_DATA | | $175.00 | 11/8/2003 | 3.8 | $665.00 | Update asbestos reporting tool. Add criteria. |
| MIKE GRIMMETT - SR_CONSULT_DATA | | $175.00 | 11/8/2003 | 0.6 | $105.00 | Continue to update asbestos reporting tool. Continue adding criteria. |
| MIKE GRIMMETT - SR_CONSULT_DATA | | $175.00 | 11/9/2003 | 2.8 | $490.00 | Update score card and asbestos custom reporting tool. |
| MIKE GRIMMETT - SR_CONSULT_DATA | | $175.00 | 11/11/2003 | 0.6 | $105.00 | Gather data and create mail file for Omni 2 notices. |
| ANNA WICK - SR_ANALYST | | $110.00 | 11/12/2003 | 0.5 | $55.00 | Update creditor management tools detail form |
| ANNA WICK - SR_ANALYST | | $110.00 | 11/12/2003 | 0.1 | $11.00 | Update mailfile data to master service list in SQL database |
| MIKE GRIMMETT - SR_CONSULT_DATA | | $175.00 | 11/12/2003 | 2.6 | $455.00 | Update asbestos custom reporting tool. |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 11/12/2003 | 0.5 | $105.00 | Discussion w/ A Wick re: CMPT questions |

**EXHIBIT 1**

# Bankruptcy Management Corporation

WR GRACE

Monthly Invoice

| Name | Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|------|------|-------------|------|-------|-----------|-------------|
| **November 2003** | | | | | | |
| *Data Analysis* | | | | | | |
| ANNA WICK - SR_ANALYST | | $110.00 | 11/13/2003 | 0.1 | $11.00 | Update return mail records to b-Linx |
| MIKE GRIMMETT - SR_CONSULT_DATA | | $175.00 | 11/13/2003 | 1.5 | $262.50 | Create analysis of Inactive claim counts - Asbestos related. |
| MIKE GRIMMETT - SR_CONSULT_DATA | | $175.00 | 11/13/2003 | 2.2 | $385.00 | Update custom asbestos reporting tool. |
| MIKE GRIMMETT - SR_CONSULT_DATA | | $175.00 | 11/14/2003 | 3.8 | $665.00 | Update custom asbestos module. Update reporting tool. |
| MIKE GRIMMETT - SR_CONSULT_DATA | | $175.00 | 11/15/2003 | 3.2 | $560.00 | Update custom asbestos reporting tool. |
| MIKE GRIMMETT - SR_CONSULT_DATA | | $175.00 | 11/15/2003 | 1.3 | $227.50 | Update scorcard numbers for asbestos records. |
| MIKE GRIMMETT - SR_CONSULT_DATA | | $175.00 | 11/15/2003 | 0.9 | $157.50 | Continue to update custom reporting tool and scorecard. |
| MIKE GRIMMETT - SR_CONSULT_DATA | | $175.00 | 11/16/2003 | 3.9 | $682.50 | Update custom asbestos reporting tool. |
| MIKE GRIMMETT - SR_CONSULT_DATA | | $175.00 | 11/16/2003 | 2.7 | $472.50 | Continue to update custom asbestos reporting tool. |
| JACQUELINE BUSH - SR_ANALYST | | $95.00 | 11/17/2003 | 0.1 | $9.50 | Update folder structure for reports. |
| DIANE GEORGE - CONTRACTOR | | $140.00 | 11/17/2003 | 0.3 | $42.00 | Verification of split claim s119085 - split deemed amounts |
| ANNA WICK - SR_ANALYST | | $110.00 | 11/17/2003 | 0.6 | $66.00 | Append service lists records (ServiceList 1630,1623,1622,1621,1300,1260,1217,1120,1119) to Master Service list table and research notice toIan Connor Bifferato at request of S Herrschaft |
| MIKE GRIMMETT - SR_CONSULT_DATA | | $175.00 | 11/17/2003 | 1.9 | $332.50 | Update custom reporting module |
| JACQUELINE BUSH - SR_ANALYST | | $95.00 | 11/18/2003 | 0.1 | $9.50 | Reformat property damage claims modified record data files in preparation to migration to b-Linx |
| JACQUELINE BUSH - SR_ANALYST | | $95.00 | 11/18/2003 | 0.1 | $9.50 | Reformat medical monitoring data to migrate data to b-Linx |
| JACQUELINE BUSH - SR_ANALYST | | $95.00 | 11/18/2003 | 0.1 | $9.50 | Reformat bankruptcy claims imaged in preparation to migrating to b-Linx |
| LEAH BULEY - DEV | | $125.00 | 11/18/2003 | 0.4 | $50.00 | drafted migration scrpit to move website to distributed server structure |
| ANNA WICK - SR_ANALYST | | $110.00 | 11/18/2003 | 0.1 | $11.00 | Upload medical monitoring claim image file to b-Linx |
| ANNA WICK - SR_ANALYST | | $110.00 | 11/18/2003 | 0.1 | $11.00 | Upload bankruptcy claims image file to b-Linx |
| ANNA WICK - SR_ANALYST | | $110.00 | 11/18/2003 | 0.1 | $11.00 | Reformat bankruptcy claims imaged in preparation to migrating to b-Linx |
| ANNA WICK - SR_ANALYST | | $110.00 | 11/18/2003 | 0.1 | $11.00 | Reformat medical monitoring claim imaged in preparation to migrating to b-Linx |
| ANNA WICK - SR_ANALYST | | $110.00 | 11/18/2003 | 0.1 | $11.00 | Extract, process, reformat medical monitoring data to migrate data to b-Linx |
| ANNA WICK - SR_ANALYST | | $110.00 | 11/18/2003 | 0.1 | $11.00 | Reformat medical monitoring claims modified record data files in preparation to migration to b-Linx |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 11/18/2003 | 3.0 | $630.00 | Review/test report wizard tool |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 11/18/2003 | 3.0 | $630.00 | Review/test report wizard tool |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 11/18/2003 | 0.5 | $105.00 | Discussion w/ M Grimmett re: report wizard modifications |
| MIKE GRIMMETT - SR_CONSULT_DATA | | $175.00 | 11/19/2003 | 2.7 | $472.50 | Update custom reporting module. |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 11/19/2003 | 2.0 | $420.00 | Test/review report wizard tool |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 11/19/2003 | 0.5 | $105.00 | Discussion w/ M Grimmett re: report wizard modifcations |

**EXHIBIT 1**

# Bankruptcy Management Corporation

WR GRACE

Monthly Invoice

| Name | Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|------|------|-------------|------|-------|-----------|-------------|
| **November 2003** | | | | | | |
| **Data Analysis** | | | | | | |
| LEAH BULEY - DEV | | $125.00 | 11/20/2003 | 0.4 | $50.00 | modified WR Grace web inquiry submission code for new server mail protocols |
| MIKE GRIMMETT - SR_CONSULT_DATA | | $175.00 | 11/20/2003 | 3.7 | $647.50 | Update custom asbestos reporting tool. |
| MIKE GRIMMETT - SR_CONSULT_DATA | | $175.00 | 11/20/2003 | 0.8 | $140.00 | Continue to update custom asbestos module. |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 11/20/2003 | 1.5 | $315.00 | Report wizard testing |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 11/20/2003 | 1.0 | $210.00 | Review property damage data specs for data linking in report wizard tool |
| DIANE GEORGE - CONTRACTOR | | $140.00 | 11/21/2003 | 0.5 | $70.00 | review of transfers |
| MIKE GRIMMETT - SR_CONSULT_DATA | | $175.00 | 11/21/2003 | 0.4 | $70.00 | Update scorecard |
| MIKE GRIMMETT - SR_CONSULT_DATA | | $175.00 | 11/22/2003 | 3.0 | $525.00 | Update custom asbestos reporting tool. |
| BRENDAN BOSACK - SR_CONSULT_DATA | | $175.00 | 11/24/2003 | 0.5 | $87.50 | conversation with S Herrschaft regarding data component to removing schedule records from active schedule list |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 11/24/2003 | 0.5 | $105.00 | Discussion w/ B Bosack re: amended schedules and removal from active blinx |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 11/25/2003 | 1.0 | $210.00 | Review/test changes to reporting tool |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 11/25/2003 | 0.4 | $84.00 | Discussion w/ J Hasenzahl re: reporting tool update |
| MIKE GRIMMETT - SR_CONSULT_DATA | | $175.00 | 11/26/2003 | 0.8 | $140.00 | Update custom asbestos reporting tool. |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 11/26/2003 | 3.0 | $630.00 | Review/test reporting tool |
| MIKE GRIMMETT - SR_CONSULT_DATA | | $175.00 | 11/27/2003 | 1.3 | $227.50 | Update custom asbestos reporting tool. |
| | | Data Analysis Total: | | 87.5 | $15,591.00 | |
| **Fee Applications** | | | | | | |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/4/2003 | 0.8 | $168.00 | Prep draft invoice reports for 10th Qtr to review for prof billing reqts and Court ordered categories |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/4/2003 | 3.0 | $630.00 | Analysis of draft reports 10th Qtr re compliance with prof billing reqts and Court categories |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/5/2003 | 1.1 | $231.00 | Analysis of 10th Qtr billing entries for fee app compliance |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/5/2003 | 1.6 | $336.00 | Revision of 10th Qtr billing entries for fee app compliance |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/6/2003 | 1.0 | $210.00 | Continue analysis of 10th Qtr billing entries for fee app compliance |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/6/2003 | 1.4 | $294.00 | Revision of 10th Qtr billing entries for fee app compliance |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/10/2003 | 1.3 | $273.00 | Continue analysis of 10th Qtr billing entries for fee app compliance |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/10/2003 | 1.6 | $336.00 | Revision of 10th Qtr billing entries for fee app compliance |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/11/2003 | 0.8 | $168.00 | Further analysis of 10th Qtr billing entries for fee app compliance |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/11/2003 | 1.4 | $294.00 | Further revision to 10th Qtr billing entries for fee app compliance |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/14/2003 | 1.0 | $210.00 | Analysis of 10th Qtr billing entries for fee app compliance |

**EXHIBIT 1**

# Bankruptcy Management Corporation

WR GRACE

Monthly Invoice

| Name | Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|------|------|-------------|------|-------|------------|-------------|
| **November 2003** | | | | | | |
| **Fee Applications** | | | | | | |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/14/2003 | 1.9 | $399.00 | Revision of 10th Qtr billing entries for fee app compliance |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/19/2003 | 0.1 | $21.00 | Analysis of corresp from S Bossay re 9th Interim Project Categories and Summaries |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/19/2003 | 0.2 | $42.00 | Analysis of 9th Qtrly project categories and summaries for possible revisions |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/20/2003 | 0.1 | $21.00 | Analysis of corresp from S Bossay re Judge's request for information re billing rates |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/20/2003 | 1.9 | $399.00 | Further analysis of 10th Qtr billing entries for fee app compliance |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/20/2003 | 2.4 | $504.00 | Further revision of 10th Qtr billing entries for fee app compliance |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/20/2003 | 0.1 | $21.00 | Prep memo to J Hasenzahl re Judge's request for billing rates in non-bankruptcy cases |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/20/2003 | 0.1 | $21.00 | Analysis of memo from J Hasenzahl re BMC work limited to bankruptcy, no non-bankruptcy rates |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/21/2003 | 1.7 | $357.00 | Continue analysis of 10th Qtr billing entries for fee app compliance |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/21/2003 | 2.1 | $441.00 | Continue revision of 10th Qtr billing entries for fee app compliance |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/23/2003 | 0.1 | $21.00 | Prep corresp to S Bossay re BMC provides only bankruptcy related services |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/23/2003 | 0.1 | $21.00 | Analysis of 9th Interim Project Category report |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/23/2003 | 0.1 | $21.00 | Prep corresp to S Bossay re 9th Interim Project Category report comments |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/25/2003 | 1.9 | $399.00 | Revision to 10th Qtr time descriptions/categories for prof fee reqts |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/25/2003 | 1.2 | $252.00 | Analysis of 10th Qtr  time descriptions/categories for compliance with prof fee reqts |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/25/2003 | 0.1 | $21.00 | Analysis of corresp from S Bossay re 9th Interim spreadsheets |
| | | Fee Applications Total: | | 29.1 | $6,111.00 | |
| **Non-Asbestos Claims** | | | | | | |
| MIKE GRIMMETT - SR_CONSULT_DATA | | $175.00 | 11/3/2003 | 0.4 | $70.00 | Create analysis of outstanding Secured claims. |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 11/3/2003 | 1.0 | $210.00 | Identify and correct improper status/substatus combinations |
| SUSAN BURNETT - CONSULTANT | | $150.00 | 11/3/2003 | 4.0 | $600.00 | Review claims for correct docketing and proper objections. |
| SUSAN BURNETT - CONSULTANT | | $150.00 | 11/3/2003 | 4.0 | $600.00 | Continue review claims for correct docketing and proper objections. |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 11/4/2003 | 1.0 | $210.00 | Review status/substatus updataes to identify improperly flagged claims |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 11/4/2003 | 1.0 | $210.00 | Complete corrections to improperly flagged claims |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 11/4/2003 | 0.7 | $147.00 | Update Grace omnibus objection spreadsheet per results of 10/27 hearing |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 11/4/2003 | 0.4 | $84.00 | Discussion w/ J Rivenbark re: trade claims reconciliation |

**EXHIBIT 1**

# Bankruptcy Management Corporation

WR GRACE

Monthly Invoice

| Name | Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|------|------|-------------|------|-------|------------|-------------|
| **November 2003** | | | | | | |
| **Non-Asbestos Claims** | | | | | | |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 11/4/2003 | 1.0 | $210.00 | Review claims to identify multiple cases or case discrepancy. Flag for future reference |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 11/4/2003 | 1.5 | $315.00 | Complete trade claims reconciliation modifications per Grace request |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 11/4/2003 | 0.5 | $105.00 | Communication to J Rivenbark re: completion of trade claims modifications |
| SUSAN BURNETT - CONSULTANT | | $150.00 | 11/4/2003 | 4.0 | $600.00 | Review claims for correct docketing and proper objections. |
| SUSAN BURNETT - CONSULTANT | | $150.00 | 11/4/2003 | 4.0 | $600.00 | Continue review claims for correct docketing and proper objections. |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 11/5/2003 | 1.5 | $315.00 | Trade claims research and reconciliation modifications |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 11/5/2003 | 0.5 | $105.00 | Communication to J Rivenbark to confirm trade claims modifications |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 11/5/2003 | 1.0 | $210.00 | Review claims to identify multiple cases or case discrepancy. Flag for future reference |
| SUSAN BURNETT - CONSULTANT | | $150.00 | 11/5/2003 | 4.0 | $600.00 | Review claims for correct docketing and proper objections. |
| SUSAN BURNETT - CONSULTANT | | $150.00 | 11/5/2003 | 4.0 | $600.00 | Continue review claims for correct docketing and proper objections. |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 11/6/2003 | 1.5 | $315.00 | Review transfer data to identify instances where discrepancies exist |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 11/6/2003 | 0.5 | $105.00 | Discussion w/ J Hasenzahl re: resolution of transfer discrepancies |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 11/6/2003 | 0.5 | $105.00 | Trade claims reconciliation modifications per Grace request |
| SUSAN BURNETT - CONSULTANT | | $150.00 | 11/6/2003 | 4.0 | $600.00 | Continue review claims for correct docketing and proper objections. |
| SUSAN BURNETT - CONSULTANT | | $150.00 | 11/6/2003 | 4.0 | $600.00 | Review claims for correct docketing and proper objections. |
| MIKE GRIMMETT - SR_CONSULT_DATA | | $175.00 | 11/7/2003 | 0.5 | $87.50 | Update claims score card data. |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 11/7/2003 | 1.0 | $210.00 | Review report - objections that seem to cancel each other out |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 11/7/2003 | 0.5 | $105.00 | Review responses to Omni 2 objectons for possible re-classification |
| SUSAN BURNETT - CONSULTANT | | $150.00 | 11/7/2003 | 4.0 | $600.00 | Continue review claims for correct docketing and proper objections. |
| SUSAN BURNETT - CONSULTANT | | $150.00 | 11/7/2003 | 4.0 | $600.00 | Review claims for correct docketing and proper objections. |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 11/10/2003 | 0.5 | $105.00 | Discussion w/ J Hasenzahl re: transfer claim issues |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 11/10/2003 | 3.0 | $630.00 | Review/confirm changed docketed amounts and notification to Rust Consulting re: Claims Register changes |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 11/10/2003 | 1.0 | $210.00 | Follow up re: various pending claims reconciliation issues |
| SUSAN BURNETT - CONSULTANT | | $150.00 | 11/10/2003 | 4.0 | $600.00 | Review claims for correct docketing and proper objections; flagging claims for non-substantive objections. |

**EXHIBIT 1**

# Bankruptcy Management Corporation

WR GRACE

Monthly Invoice

| Name | Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|------|------|-------------|------|-------|------------|-------------|
| **November 2003** | | | | | | |
| **Non-Asbestos Claims** | | | | | | |
| SUSAN BURNETT - CONSULTANT | | $150.00 | 11/10/2003 | 4.0 | $600.00 | Continue review claims for correct docketing and proper objections; flagging claims for non-substantive objections. |
| MIKE GRIMMETT - SR_CONSULT_DATA | | $175.00 | 11/11/2003 | 1.1 | $192.50 | Prepare omni 2 exhibits. |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 11/11/2003 | 0.8 | $168.00 | Email to C Lane re: possible resolution of satified/settled/paid claims |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 11/11/2003 | 1.0 | $210.00 | Review Paid Post Petition claims for validity; flag to receive paid claim notice |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 11/11/2003 | 0.5 | $105.00 | Review final 3rd Omni 2 Order |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 11/11/2003 | 0.7 | $147.00 | Discussion w/ J Hasenzahl re: possible resolution of transfer claims |
| SUSAN BURNETT - CONSULTANT | | $150.00 | 11/11/2003 | 4.0 | $600.00 | Review claims for correct docketing and proper objections; flagging claims for non-substantive objections. |
| SUSAN BURNETT - CONSULTANT | | $150.00 | 11/11/2003 | 4.0 | $600.00 | Continue review of claims for correct docketing and proper objections; flagging claims for non-substantive objections. |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 11/12/2003 | 0.5 | $105.00 | Discussion w/ M Grimmett re: transfer claim noticing |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 11/12/2003 | 0.5 | $105.00 | Email to C Lane re: Omni 2 exhibits for 11/17 hearing |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 11/12/2003 | 1.0 | $210.00 | Review creditor responses. Complete changes to docket info based on response |
| SUSAN BURNETT - CONSULTANT | | $150.00 | 11/12/2003 | 4.0 | $600.00 | Continue review claims for correct docketing and proper objections; flagging claims for non-substantive objections. |
| SUSAN BURNETT - CONSULTANT | | $150.00 | 11/12/2003 | 4.0 | $600.00 | Review claims for correct docketing and proper objections; flagging claims for non-substantive objections. |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 11/13/2003 | 1.5 | $315.00 | Make changes to docketed info and notes based on responses to Omni 2 objections |
| SUSAN BURNETT - CONSULTANT | | $150.00 | 11/13/2003 | 4.0 | $600.00 | Review claims for correct docketing and proper objections; flagging claims for non-substantive objections. |
| SUSAN BURNETT - CONSULTANT | | $150.00 | 11/13/2003 | 1.0 | $150.00 | Review claims for correct docketing and proper objections; flagging claims for non-substantive objections. |
| SUSAN BURNETT - CONSULTANT | | $150.00 | 11/13/2003 | 4.0 | $600.00 | Continue review claims for correct docketing and proper objections; flagging claims for non-substantive objections. |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 11/14/2003 | 1.0 | $210.00 | Trade claims reconciliation modifications per Grace request |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 11/14/2003 | 1.0 | $210.00 | Identify claims to be removed from claims register |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 11/14/2003 | 1.3 | $273.00 | Update docket date info for Omni 1 & 2 based on clarification from B Bosack |
| SUSAN BURNETT - CONSULTANT | | $150.00 | 11/14/2003 | 4.0 | $600.00 | Continue review claims for correct docketing and proper objections; flagging claims for non-substantive objections. |
| SUSAN BURNETT - CONSULTANT | | $150.00 | 11/14/2003 | 4.0 | $600.00 | Review claims for correct docketing and proper objections; flagging claims for non-substantive objections. |

**EXHIBIT 1**

# Bankruptcy Management Corporation

WR GRACE

Monthly Invoice

| Name | Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|------|------|------|------|------|------|------|
| **November 2003** | | | | | | |
| **Non-Asbestos Claims** | | | | | | |
| SUSAN BURNETT - CONSULTANT | | $150.00 | 11/14/2003 | 2.0 | $300.00 | Review claims for correct docketing and proper objections; flagging claims for non-substantive objections. |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 11/17/2003 | 1.5 | $315.00 | Review partial transfer info; record partial amounts and reason for partial transfer in blinx |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 11/17/2003 | 1.0 | $210.00 | Identify, review and flag supplemental claims |
| SUSAN BURNETT - CONSULTANT | | $150.00 | 11/17/2003 | 4.0 | $600.00 | Review claims for proper docketing and flagging claims for non-substantive objections. |
| SUSAN BURNETT - CONSULTANT | | $150.00 | 11/17/2003 | 4.0 | $600.00 | Continue review claims for proper docketing and flagging claims for non-substantive objections. |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 11/18/2003 | 2.0 | $420.00 | Identify partially transferred amounts; record transfers in bLinx |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 11/18/2003 | 0.5 | $105.00 | Objection modifications per Grace request; email to J Kadish to confirm completion |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 11/18/2003 | 0.5 | $105.00 | Trade claims reconciliation modifications per Grace request; email to J Rivenbark to confirm completion |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 11/18/2003 | 2.0 | $420.00 | Identify partially transferred amounts; record transfers in blinx |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 11/18/2003 | 0.5 | $105.00 | Objection modifications per Grace request; email to J Kadish to confirm completion |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 11/18/2003 | 0.5 | $105.00 | Trade claims reconciliation modifications per Grace request; email to J Rivenbark to confirm completion |
| SUSAN BURNETT - CONSULTANT | | $150.00 | 11/18/2003 | 4.0 | $600.00 | Continue review claims for proper docketing and flagging claims for non-substantive objections. |
| SUSAN BURNETT - CONSULTANT | | $150.00 | 11/18/2003 | 4.0 | $600.00 | Review claims for proper docketing and flagging claims for non-substantive objections. |
| MYRTLE JOHN - MANAGER | | $195.00 | 11/19/2003 | 0.2 | $39.00 | Analyze memo from Sue Herrschaft re processes for handling claims transfers |
| MYRTLE JOHN - MANAGER | | $195.00 | 11/19/2003 | 0.4 | $78.00 | Meet with Sue Herrchaft to review and refine claims transfer processes |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 11/19/2003 | 1.0 | $210.00 | Meet w/ M John re: transfer claim procedure |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 11/19/2003 | 1.0 | $210.00 | Investigate objection response and withdrawn claims |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 11/19/2003 | 0.7 | $147.00 | Review claims identified as not a claim for inappropriate objections; modify as needed |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 11/19/2003 | 0.4 | $44.00 | Revise b-Linx to incorporate supplemental claim information |
| SUSAN BURNETT - CONSULTANT | | $150.00 | 11/19/2003 | 4.0 | $600.00 | Review claims for proper docketing and flagging claims for non-substantive objections. |
| SUSAN BURNETT - CONSULTANT | | $150.00 | 11/19/2003 | 2.0 | $300.00 | Review claims for proper docketing and flagging claims for non-substantive objections. |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 11/20/2003 | 0.6 | $126.00 | Run reports of claims w/ no supporting documentation objection continued sustained & withdrawn as safeguard prior to completion of data changes |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 11/20/2003 | 0.7 | $147.00 | Trade claim reconciliation modifications per Grace request |
| SUSAN BURNETT - CONSULTANT | | $150.00 | 11/20/2003 | 4.0 | $600.00 | Review claims for proper docketing and flagging claims for non-substantive objections. |

**EXHIBIT 1**

# Bankruptcy Management Corporation

WR GRACE

Monthly Invoice

| Name | Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **November 2003** | | | | | | |
| **Non-Asbestos Claims** | | | | | | |
| SUSAN BURNETT - CONSULTANT | | $150.00 | 11/20/2003 | 4.0 | $600.00 | Continue review claims for proper docketing and flagging claims for non-substantive objections. |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 11/21/2003 | 0.5 | $105.00 | Discussion w/ D George re: transfer module issues |
| SUSAN BURNETT - CONSULTANT | | $150.00 | 11/21/2003 | 4.0 | $600.00 | Review claims for proper docketing and flagging claims for non-substantive objections. |
| SUSAN BURNETT - CONSULTANT | | $150.00 | 11/21/2003 | 4.0 | $600.00 | Continue review claims for proper docketing and flagging claims for non-substantive objections. |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 11/24/2003 | 1.0 | $210.00 | identify claims submitted with multiple cases indicated; review for proper flagging |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 11/24/2003 | 1.0 | $210.00 | Review claims for objection type/subtype mismatches; make corrections as necessary |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 11/24/2003 | 4.0 | $840.00 | Investigate claim case name/number discrepancies |
| SUSAN BURNETT - CONSULTANT | | $150.00 | 11/24/2003 | 4.0 | $600.00 | Continue review claims for proper docketing and flagging claims for non-substantive objections. |
| SUSAN BURNETT - CONSULTANT | | $150.00 | 11/24/2003 | 4.0 | $600.00 | Review claims for proper docketing and flagging claims for non-substantive objections. |
| SUSAN BURNETT - CONSULTANT | | $150.00 | 11/24/2003 | 2.0 | $300.00 | Review claims for proper docketing and flagging claims for non-substantive objections. |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 11/25/2003 | 1.0 | $210.00 | Trace claim reconciliation modifications per Grace request |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 11/25/2003 | 0.7 | $147.00 | Correct improper case name per docket/claim review |
| SUSAN BURNETT - CONSULTANT | | $150.00 | 11/25/2003 | 4.0 | $600.00 | Continue review claims for proper docketing and flagging claims for non-substantive objections. |
| SUSAN BURNETT - CONSULTANT | | $150.00 | 11/25/2003 | 4.0 | $600.00 | Review claims for proper docketing and flagging claims for non-substantive objections. |
| SUSAN BURNETT - CONSULTANT | | $150.00 | 11/25/2003 | 1.0 | $150.00 | Review claims for proper docketing and flagging claims for non-substantive objections. |
| SUSAN BURNETT - CONSULTANT | | $150.00 | 11/26/2003 | 4.0 | $600.00 | Continue review claims for proper docketing and flagging claims for non-substantive objections. |
| SUSAN BURNETT - CONSULTANT | | $150.00 | 11/26/2003 | 4.0 | $600.00 | Review claims for proper docketing and flagging claims for non-substantive objections. |
| SUSAN BURNETT - CONSULTANT | | $150.00 | 11/26/2003 | 1.0 | $150.00 | Review claims for proper docketing and flagging claims for non-substantive objections. |
| | | Non-Asbestos Claims Total: | | 201.1 | $33,172.00 | |
| | | November 2003 Total: | | 389.7 | $69,321.00 | |

**EXHIBIT 1**

# Bankruptcy Management Corporation

WR GRACE

Monthly Invoice

| Name | Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|------|------|-------------|------|-------|-----------|-------------|
| | | Grand Total: | | 389.7 | $69,321.00 | |

**EXHIBIT 1**