# EXHIBIT 2

# Bankruptcy Management Corporation
WR Grace
MONTHLY SUMMARY OF EXPENSES
For the Month of November 2003

| EXPENSE CATEGORY | Expense Amount |
| --- | --- |
| **Document Storage** | $388.60 |
| **B-Linx/Data Storage** | $850.00 |
| Monthly Total: | $1,238.60 |

**EXHIBIT 2**

| Inv # | Client | Vendor | Amount | Date | Expense TypeID | Description |
|---|---|---|---|---|---|---|
| WRG031130 | WR Grace | BMC | $388.60 | 11/30/03 | Document Storage | 268 boxes |
| WRG031130 | WR Grace | BMC | $850.00 | 11/30/03 | B-Linx/Data Storage | B-Linx/Data Storage |

**EXHIBIT 2**



**bmc**
**Bankruptcy Management Corporation**
6096 Upland Terrace S
Seattle, WA 98118
(206) 725-5405

WR Grace
PRODUCTION INVOICE SUMMARY

| Invoice Number | Production Date | Total |
|---|---|---|
| Invoice #  021-20031112-1 | 11/12/2003 | $91.92 |
| | Total | $91.92 |

Wire payments may be sent to the following account:

Bank: Wells Fargo Bank
Address: 204 W Meeker, Kent, WA 98032
ABA/Routing #: 121000248
Account #: 0033022633 Bankruptcy Management Corporation

*Invoice Due Upon Receipt*

**EXHIBIT 2**



**bmc**
**Bankruptcy Management Corporation**
6096 Upland Terrace South
Seattle, WA 98118
(206) 725-5405

WR Grace

Production Date: 11/12/2003
Invoice #: 021-20031112-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Omni 2 Order 3 MF 6676 | 25 / 14 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class (at cost) | 14 Pieces @ $.83 each | $11.62 |
| | | | Production | Copy | 350 Pieces @ $.15 each | $52.50 |
| | | | | Stuff/Mail | 14 Pieces @ $.10 each | $1.40 |
| | | | Supplies | InkJet Envelopes | 14 Pieces @ $.10 each | $1.40 |

Total Due: $91.92

**EXHIBIT 2**
*Invoice Due Upon Receipt*