IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Deadline: May 3, 2004 at 4:00 p.m.**
**Hearing Date: TBD only if necessary**

## FEE DETAIL FOR BANKRUPTCY MANAGEMENT CORPORATION' MONTHLY FEE APPLICATION FOR THE PERIOD FROM DECEMBER 1, 2003 THROUGH DECEMBER 31, 2003

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:71448.1

# EXHIBIT 1

# Bankruptcy Management Corporation
## WR GRACE
### Professional Activity Summary
Date Range: 12/1/2003 thru 12/31/2003

| Category / Type / Name | Hourly Rate | Hours | Total Amt. |
|---|---|---|---|
| **Asbestos Claims** | | | |
| SR_CONSULT_DATA | | | |
| Mike Grimmett | $175.00 | 15.0 | $2,625.00 |
| SR_CONSULTANT | | | |
| Susan Herrschaft | $210.00 | 20.9 | $4,389.00 |
| CONSULTANT | | | |
| Susan Burnett | $150.00 | 12.0 | $1,800.00 |
| | Total: | 47.9 | $8,814.00 |
| **Case Administration** | | | |
| MANAGER | | | |
| Myrtle John | $195.00 | 0.4 | $78.00 |
| SR_CONSULT_DATA | | | |
| Brendan Bosack | $175.00 | 0.2 | $35.00 |
| SR_CONSULTANT | | | |
| Susan Herrschaft | $210.00 | 48.7 | $10,227.00 |
| CONSULTANT | | | |
| Susan Burnett | $150.00 | 4.2 | $630.00 |
| CASE_SUPPORT | | | |
| Lisa Ruppaner | $95.00 | 5.4 | $513.00 |
| Alison Keeny | $90.00 | 0.5 | $45.00 |
| CASE_INFO | | | |
| Brianna Tate | $45.00 | 0.2 | $9.00 |
| | Total: | 59.6 | $11,537.00 |
| **Data Analysis** | | | |
| SR_CONSULT_DATA | | | |
| Mike Grimmett | $175.00 | 43.3 | $7,577.50 |
| SR_CONSULTANT | | | |
| Susan Herrschaft | $210.00 | 14.1 | $2,961.00 |
| CONSULT_DATA | | | |
| Frank Visconti | $125.00 | 1.7 | $212.50 |
| CONSULTANT | | | |
| Susan Burnett | $150.00 | 8.0 | $1,200.00 |
| SR_ANALYST | | | |
| Jacqueline Bush | $95.00 | 0.8 | $76.00 |
| Anna Wick | $110.00 | 0.1 | $11.00 |
| CONTRACTOR | | | |
| Diane George | $140.00 | 2.8 | $392.00 |
| TECH | | | |
| Igor Braude | $125.00 | 1.0 | $125.00 |
| | Total: | 71.8 | $12,555.00 |
| **Fee Applications** | | | |
| CONTRACTOR | | | |
| Martha Araki | $210.00 | 5.2 | $1,092.00 |
| | Total: | 5.2 | $1,092.00 |

**EXHIBIT 1**

# Bankruptcy Management Corporation

WR GRACE

## Professional Activity Summary

### Date Range: 12/1/2003 thru 12/31/2003

| Category / Type / Name | Hourly Rate | Hours | Total Amt. |
|---|---|---|---|
| **Non-Asbestos Claims** | | | |
| SR_CONSULT_DATA | | | |
| Mike Grimmett | $175.00 | 3.6 | $630.00 |
| SR_CONSULTANT | | | |
| Susan Herrschaft | $210.00 | 44.6 | $9,366.00 |
| CONSULTANT | | | |
| Susan Burnett | $150.00 | 123.3 | $18,495.00 |
| CASE_SUPPORT | | | |
| Lisa Ruppaner | $95.00 | 2.0 | $190.00 |
| | Total: | 173.5 | $28,681.00 |
| | Grand Total: | 358.0 | $62,679.00 |

**EXHIBIT 1**

# Bankruptcy Management Corporation

WR GRACE

Monthly Invoice

| Name | Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|------|------|-------------|------|-------|------------|-------------|
| **December 2003** | | | | | | |
| **Asbestos Claims** | | | | | | |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 12/2/2003 | 3.0 | $630.00 | Research re: asbestos issues related to Grace case |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 12/3/2003 | 0.4 | $84.00 | Discussio w/ F Zaremby re: potential insurance related claims - send claim type list |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 12/3/2003 | 2.0 | $420.00 | Complete changes to property damage objections per Grace request based on objection responses |
| MIKE GRIMMETT - SR_CONSULT_DATA | | $175.00 | 12/4/2003 | 2.3 | $402.50 | Create CD of asbestos claims. Gather all claims into different folders, named for their type. |
| SUSAN BURNETT - CONSULTANT | | $150.00 | 12/4/2003 | 4.0 | $600.00 | Review claims for proper docketing, correct docketing errors and add non-substantive objections. |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 12/5/2003 | 1.0 | $210.00 | Complete objection changes to property damage claims based on claimant responses to objections per Grace request |
| SUSAN BURNETT - CONSULTANT | | $150.00 | 12/5/2003 | 4.0 | $600.00 | Review claims for proper docketing, correct docketing errors and add non-substantive objections. |
| SUSAN BURNETT - CONSULTANT | | $150.00 | 12/5/2003 | 4.0 | $600.00 | Continue review claims for proper docketing, correct docketing errors and add non-substantive objections. |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 12/10/2003 | 1.0 | $210.00 | Generate and review requested property damage report; send to Grace |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 12/11/2003 | 1.0 | $210.00 | Compille environmental claims images per Kirkland & Ellis request |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 12/12/2003 | 1.0 | $210.00 | Review and complete property damage objection modifications per Grace request |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 12/12/2003 | 0.4 | $84.00 | Update property damage objection spreadsheet; return to Grace with confirmation of completion |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 12/15/2003 | 0.5 | $105.00 | Discussion w/ M Grimmett re: Grace medical monitoring claims - attorney information in bLinx |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 12/15/2003 | 0.3 | $63.00 | Discussion w/ B Kasser re: property damage report request |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 12/15/2003 | 0.3 | $63.00 | Discussion w/ M Grimmett re: property damage attorney report |
| MIKE GRIMMETT - SR_CONSULT_DATA | | $175.00 | 12/16/2003 | 2.8 | $490.00 | Prepare analysis of attorneys with one prop damage claim only. |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 12/16/2003 | 1.0 | $210.00 | Review property damage attorney report for accuracy; send to Grace |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 12/16/2003 | 0.5 | $105.00 | Follow up w/ B Kasser re: property damage attorney report |
| MIKE GRIMMETT - SR_CONSULT_DATA | | $175.00 | 12/17/2003 | 1.2 | $210.00 | Prepare analysis of active and inactive property damage claims |
| MIKE GRIMMETT - SR_CONSULT_DATA | | $175.00 | 12/17/2003 | 0.7 | $122.50 | Prepare analysis of only inactive property damage claims |
| MIKE GRIMMETT - SR_CONSULT_DATA | | $175.00 | 12/17/2003 | 0.5 | $87.50 | Prepare updated analysis of only inactive property damage claims |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 12/17/2003 | 0.3 | $63.00 | Discussion w/ M Grimmett re: property damage attorney report modification |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 12/17/2003 | 0.8 | $168.00 | Review revised attorney reports; send to Grace |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 12/17/2003 | 0.7 | $147.00 | Discussion w/ B Kasser re: custom asbestos claims report request |
| MIKE GRIMMETT - SR_CONSULT_DATA | | $175.00 | 12/18/2003 | 0.7 | $122.50 | Prepare analysis of inactive property damage claims. |

**EXHIBIT 1**

# Bankruptcy Management Corporation

WR GRACE

Monthly Invoice

| Name | Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|------|------|-------------|------|-------|------------|-------------|
| **December 2003** | | | | | | |
| **Asbestos Claims** | | | | | | |
| MIKE GRIMMETT - SR_CONSULT_DATA | | $175.00 | 12/18/2003 | 2.8 | $490.00 | Prepare analysis of Property Damage claims. Varying reports by objections. |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 12/18/2003 | 1.5 | $315.00 | Review property damage reports for accuracy |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 12/18/2003 | 0.5 | $105.00 | Discussion w/ M Grimmett re: property damage report revisions |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 12/18/2003 | 0.3 | $63.00 | Discussion w/ R Finke re: timing for property damage report delivery |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 12/19/2003 | 0.5 | $105.00 | Follow up w/ B Kasser re: property damage report requests |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 12/19/2003 | 0.7 | $147.00 | Complete changes to property damage reports per Grace request |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 12/19/2003 | 0.3 | $63.00 | Update property damage objections change spreadsheet; return to Grace with confirmation of completed items |
| MIKE GRIMMETT - SR_CONSULT_DATA | | $175.00 | 12/22/2003 | 2.8 | $490.00 | Review Rust data re medical monitoring attorney names - locate anomolies to claims |
| MIKE GRIMMETT - SR_CONSULT_DATA | | $175.00 | 12/24/2003 | 0.7 | $122.50 | Prepare analysis of active Property Damage claims filed after bar date. |
| MIKE GRIMMETT - SR_CONSULT_DATA | | $175.00 | 12/24/2003 | 0.5 | $87.50 | Prepare analysis of inactive Property Damage claims filed after bar date. |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 12/24/2003 | 0.5 | $105.00 | Discussion w/ R Finke re: property damage report requests and follow up items |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 12/24/2003 | 0.5 | $105.00 | Discussion w/ M Grimmett re: property damage report generation |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 12/24/2003 | 0.7 | $147.00 | Review property damage reports; communicate changes to M Grimmett |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 12/24/2003 | 0.5 | $105.00 | Review final property damage reports; send to Grace |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 12/30/2003 | 0.7 | $147.00 | Discussion w/ J Hasenzahl re: Grace property damage claims data |
| | | Asbestos Claims Tolal: | | 47.9 | $8,814.00 | |
| **Case Administration** | | | | | | |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 12/1/2003 | 0.5 | $105.00 | Discussion w/ S Burnett re: Grace project status and reporting tool |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 12/1/2003 | 0.4 | $84.00 | Discussion w/ D George re: status of transfer module repair |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 12/1/2003 | 0.5 | $105.00 | Discussion w/ M Grimmett re: reporting tool |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 12/1/2003 | 0.5 | $105.00 | Discussion w/ Kirkland & Ellis re: claims identified with case name/number discrepancy |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 12/1/2003 | 0.3 | $63.00 | Discussion w/ J Hasenzahl re: draft of case discrepancy proposed notice |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 12/1/2003 | 1.5 | $315.00 | Meeting w/ Leon re: Grace bLinx demo |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 12/2/2003 | 0.5 | $105.00 | Discussion w/ D George re: transfer module status |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 12/2/2003 | 0.3 | $63.00 | Discussion w/ M John re: objection definitions and applications |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 12/2/2003 | 0.5 | $105.00 | Discussion w/ S Burnett re: claims review |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 12/2/2003 | 0.5 | $105.00 | Further discussion w/ M Grimmett re: reporting tool |

**EXHIBIT 1**

# Bankruptcy Management Corporation

WR GRACE

Monthly Invoice

| Name | Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|------|------|------|------|------|------|------|
| **December 2003** | | | | | | |
| **Case Administration** | | | | | | |
| MYRTLE JOHN - MANAGER | | $195.00 | 12/3/2003 | 0.4 | $78.00 | Review and respond to memo from Sue Herrschaft re claims transfer issues (.2); discuss procedures with Sue Herrschaft and Lisa Ruppaner (.2) |
| LISA RUPPANER - CASE_SUPPORT | | $95.00 | 12/3/2003 | 1.0 | $95.00 | Review Court Docket Report and provide updates to the Case Calendar with all Omnibus Hearing Deadlines. |
| LISA RUPPANER - CASE_SUPPORT | | $95.00 | 12/3/2003 | 0.1 | $9.50 | Meet with Lead Consultant to discuss the status of Transfer Notices for Client. |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 12/3/2003 | 0.3 | $63.00 | Discussion w/ I Braude re: Grace asbestos module issue |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 12/3/2003 | 0.5 | $105.00 | Discussion w/ M Grimmett re: asbestos module issue and access |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 12/3/2003 | 0.5 | $105.00 | Discussion w/ D George re: transfer module error message |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 12/3/2003 | 0.5 | $105.00 | Discussion w/ S Burnett re: claims review issues |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 12/3/2003 | 0.3 | $63.00 | Discussion w/ M Grimmett re: medical monitoring claims and addition of attorneys to notice group |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 12/3/2003 | 0.3 | $63.00 | Discussion w/ J Bush re: current exception reports |
| SUSAN BURNETT - CONSULTANT | | $150.00 | 12/3/2003 | 1.5 | $225.00 | Review WR Grace court docket for any action items and recent court rulings. |
| ALISON KEENY - CASE_SUPPORT | | $90.00 | 12/3/2003 | 0.5 | $45.00 | Review court docket listing and email relevant documents to S. Herrschaft & S. Burnett |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 12/4/2003 | 0.5 | $105.00 | Discussion w/ D George re: transfer module error message |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 12/4/2003 | 0.5 | $105.00 | Discussion w/ M Grimmett re: reporting tool modifications |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 12/4/2003 | 3.0 | $630.00 | Compile reports on various claim type groups per Grace Request |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 12/4/2003 | 0.6 | $126.00 | Discussion w/ M Grimmett re: grouping and transfering claims images to CD |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 12/4/2003 | 0.3 | $63.00 | Discussion w/ F Zaremby re: report format |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 12/4/2003 | 0.3 | $63.00 | Discussion w/ J Hasenzahl re: Grace transfer claims and case discrepancy notice |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 12/4/2003 | 1.0 | $210.00 | Review claim image files for completeness and accuracy and prepare for shipping |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 12/5/2003 | 0.3 | $63.00 | Follow up w/ F Zaremby re: claims images and summary report delivery |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 12/5/2003 | 0.4 | $84.00 | Update objection changes table and return to Grace with confirmation of completion |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 12/5/2003 | 0.6 | $126.00 | Further analysis and test changes to transfer module |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 12/5/2003 | 0.3 | $63.00 | Discussion w/ D George re: completion of revisions to transfer module |
| BRENDAN BOSACK - SR_CONSULT_DATA | | $175.00 | 12/8/2003 | 0.2 | $35.00 | respond to email suggesting possible satisfaction re: notice to creditors stating the case the claim was docketed in per email from J Hasenzahl (BMC) |
| LISA RUPPANER - CASE_SUPPORT | | $95.00 | 12/8/2003 | 0.2 | $19.00 | WR Grace: Read and Respond to Request from Lead Consultant to locate and pull all new Transfer Notices filed after 4/12/03. |

**EXHIBIT 1**

# Bankruptcy Management Corporation
WR GRACE

Monthly Invoice

| Name | Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|------|------|-------------|------|-------|------------|-------------|
| **December 2003** | | | | | | |
| **Case Administration** | | | | | | |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 12/8/2003 | 0.5 | $105.00 | Discussion w/ L Ruppaner re: court docket document search and retreival |
| LISA RUPPANER - CASE_SUPPORT | | $95.00 | 12/9/2003 | 0.2 | $19.00 | Communications with Court Regarding Status of Omnibus Orders. |
| LISA RUPPANER - CASE_SUPPORT | | $95.00 | 12/9/2003 | 0.6 | $57.00 | WR Grace: Review Court Docket Report for any new Omnibus Order. |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 12/9/2003 | 0.4 | $84.00 | Discussion w/ L Ruppaner re: document retreival from court docket |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 12/9/2003 | 0.3 | $63.00 | Discussion w/ J Hasenzahl re: Grace contact list |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 12/9/2003 | 2.0 | $420.00 | Review return mail policy and documents sent to Kirkland & Ellis in preparation for response |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 12/9/2003 | 0.5 | $105.00 | Discussion w/ A Wick re: search for source file related to Bar Date Notice mailings |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 12/10/2003 | 1.0 | $210.00 | Research re: Grace Bar Date Notice return mail |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 12/10/2003 | 0.3 | $63.00 | Consultation w/ T Feil re: response to Kirkland & Ellis re: Bar Date Notice return mail |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 12/10/2003 | 0.5 | $105.00 | Discussion w/ J Hasenzahl re: response to Kirkland & Ellis related to Bar Date Notice return mail |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 12/10/2003 | 1.0 | $210.00 | Presentation preparation re: claims review, reconciliation and objections |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 12/10/2003 | 1.0 | $210.00 | Response to Kirkland & Ellis er: Bar Date Notice return mail and BMC process |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 12/11/2003 | 0.2 | $42.00 | Discussion w/ C Lane re: objection exhbits for 12/15/03 |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 12/11/2003 | 0.6 | $126.00 | Prep CD of claims images |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 12/11/2003 | 0.4 | $84.00 | Prepare CD containing claims images for shipping |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 12/11/2003 | 0.3 | $63.00 | Discussion w/ M Grimmett re: Omni 2 order exhibits for 12/15 hearing |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 12/11/2003 | 0.5 | $105.00 | Review Omni 2 order exhibits for accuracy; send to Kirkland & Ellis |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 12/12/2003 | 0.3 | $63.00 | Discussion w/ D George re: transfer module |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 12/12/2003 | 0.5 | $105.00 | Update Grace contact spreadsheet |
| LISA RUPPANER - CASE_SUPPORT | | $95.00 | 12/16/2003 | 0.7 | $66.50 | Research Proof of Service Request per Instructions from Paralegal at Kirkland & Ellis. |
| LISA RUPPANER - CASE_SUPPORT | | $95.00 | 12/16/2003 | 0.8 | $76.00 | Review Court Docket Report. |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 12/16/2003 | 1.0 | $210.00 | Grace project plan for 2004 |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 12/16/2003 | 0.3 | $63.00 | Email to J Hasenzahl re: Grace planning meeting |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 12/16/2003 | 0.5 | $105.00 | Discussion w/ production dept re: corrdination of labels for mailing |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 12/16/2003 | 1.0 | $210.00 | Finalize Grace mailing |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 12/16/2003 | 0.3 | $63.00 | Discussion w/ Kirkland & Ellis re: Grace transfer claim process changes |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 12/17/2003 | 0.3 | $63.00 | Discussion w/ J Hasenzahl re: Grace noticing |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 12/17/2003 | 0.4 | $84.00 | Discussion w/ T Wood re: Grace noticing request for certification of service |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 12/17/2003 | 1.0 | $210.00 | Discussion w/ S Burnett re: Grace project strategy |

**EXHIBIT 1**

# Bankruptcy Management Corporation
WR GRACE

Monthly Invoice

| Name | Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|------|------|-------------|------|-------|------------|-------------|
| **December 2003** | | | | | | |
| **Case Administration** | | | | | | |
| SUSAN BURNETT - CONSULTANT | | $150.00 | 12/17/2003 | 1.5 | $225.00 | Review Grace court docket for any action items and current court activity. |
| LISA RUPPANER - CASE_SUPPORT | | $95.00 | 12/18/2003 | 0.5 | $47.50 | Pull Court Docket and Store for further reporting purposes. |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 12/18/2003 | 2.5 | $525.00 | General case management; revise critical issues list and prioritize items |
| SUSAN BURNETT - CONSULTANT | | $150.00 | 12/18/2003 | 1.2 | $180.00 | Review recent Grace bankruptcy articles and Grace court docket for current court activity. |
| LISA RUPPANER - CASE_SUPPORT | | $95.00 | 12/19/2003 | 1.3 | $123.50 | Provide detailed review of court docket and download any document pertaining to Claims and Transfer Notices. |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 12/19/2003 | 1.0 | $210.00 | Revise Grace project plan |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 12/19/2003 | 1.0 | $210.00 | Review mail file/creditor data to confirm service of Bar Date Notice |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 12/19/2003 | 0.3 | $63.00 | Discussion w/ F Zaremby re: results of Bar Date Notice search |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 12/19/2003 | 0.6 | $126.00 | Create specifications for flagged objection reports |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 12/19/2003 | 0.3 | $63.00 | Discussion w/ M Grimmett re: objection reports |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 12/19/2003 | 0.5 | $105.00 | Send claim type and status codes & descriptions list to B Kasser |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 12/19/2003 | 1.0 | $210.00 | Complete address/docketing corrections pre Rust request |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 12/22/2003 | 1.2 | $252.00 | Court docket review |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 12/22/2003 | 0.5 | $105.00 | Discussion w/ M Grimmett re: project status update and schedule |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 12/23/2003 | 0.5 | $105.00 | Discussion w/ R Finke re: request follow-up |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 12/26/2003 | 4.0 | $840.00 | Grace year end case evaluation and project planning |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 12/29/2003 | 1.0 | $210.00 | Email to B Kasser re: data issues and objection reports |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 12/29/2003 | 1.0 | $210.00 | Email to C Lane re: possible claim discrepancy |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 12/29/2003 | 1.0 | $210.00 | Court docket review |
| BRIANNA TATE - CASE_INFO | | $45.00 | 12/29/2003 | 0.2 | $9.00 | Telephone with Folange Desal of Obligado and Company at  /  RE: 541141141126. Wanted to know the status of their claim. |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 12/30/2003 | 1.0 | $210.00 | Revise order status/hearing date of objections from 12/15/ hearing |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 12/30/2003 | 0.5 | $105.00 | Discussion w/ J Hasenzahl re: case discrepancy issue and proposed notice |
| | | **Case Administration Total:** | | 59.6 | $11,537.00 | |
| **Data Analysis** | | | | | | |
| MIKE GRIMMETT - SR_CONSULT_DATA | | $175.00 | 12/1/2003 | 3.4 | $595.00 | Update reports and reporting tool for custom asbestos module |
| DIANE GEORGE - CONTRACTOR | | $140.00 | 12/2/2003 | 2.2 | $308.00 | b-Linx added Removed Transfer and Remove Split functions |
| MIKE GRIMMETT - SR_CONSULT_DATA | | $175.00 | 12/2/2003 | 2.4 | $420.00 | Update Reporting tool for custom asbestos module |
| MIKE GRIMMETT - SR_CONSULT_DATA | | $175.00 | 12/2/2003 | 0.8 | $140.00 | Continue to update reporting tool for custom asbestos module |

**EXHIBIT 1**

# Bankruptcy Management Corporation

WR GRACE

Monthly Invoice

| Name | Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|------|------|------------|------|-------|-----------|-------------|
| **December 2003** | | | | | | |
| Data Analysis | | | | | | |
| JACQUELINE BUSH - SR_ANALYST | | $95.00 | 12/3/2003 | 0.3 | $28.50 | Preparation of report verifying creditor information grouping, and reporting data anomalies to project manager |
| MIKE GRIMMETT - SR_CONSULT_DATA | | $175.00 | 12/3/2003 | 0.8 | $140.00 | Restore Custom b-linx asbestos module |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 12/3/2003 | 1.0 | $210.00 | Analysis of transfer module revisions |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 12/3/2003 | 0.4 | $84.00 | Discussion w/ Barbara Kasser - follow up re: asbestos module repair |
| IGOR BRAUDE - TECH | | $125.00 | 12/3/2003 | 1.0 | $125.00 | restored custom app.mdb by mgrimmett request to address asbestos module issue |
| MIKE GRIMMETT - SR_CONSULT_DATA | | $175.00 | 12/4/2003 | 2.6 | $455.00 | Continue to update reporting tool for custom asbestos module |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 12/4/2003 | 1.0 | $210.00 | Analysis of and test changes to transfer module |
| MIKE GRIMMETT - SR_CONSULT_DATA | | $175.00 | 12/5/2003 | 1.3 | $227.50 | Continue to update reporting tool for custom asbestos module |
| MIKE GRIMMETT - SR_CONSULT_DATA | | $175.00 | 12/6/2003 | 3.8 | $665.00 | Continue to update reporting tool for custom asbestos module |
| MIKE GRIMMETT - SR_CONSULT_DATA | | $175.00 | 12/6/2003 | 1.2 | $210.00 | Continue to update reporting tool for custom asbestos module |
| MIKE GRIMMETT - SR_CONSULT_DATA | | $175.00 | 12/6/2003 | 0.7 | $122.50 | Update Scorecard report |
| MIKE GRIMMETT - SR_CONSULT_DATA | | $175.00 | 12/7/2003 | 3.6 | $630.00 | Continue to update reporting tool for custom asbestos module |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 12/8/2003 | 0.5 | $105.00 | Discussion w/ D George re: transfer module error message correction |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 12/8/2003 | 1.0 | $210.00 | Test transfer module modifications |
| DIANE GEORGE - CONTRACTOR | | $140.00 | 12/9/2003 | 0.6 | $84.00 | Updates to Transfer Module |
| ANNA WICK - SR_ANALYST | | $110.00 | 12/9/2003 | 0.1 | $11.00 | Research original source file for WILSON ELSER MOSKOWITZ records |
| MIKE GRIMMETT - SR_CONSULT_DATA | | $175.00 | 12/9/2003 | 3.7 | $647.50 | Continue to update reporting tool for custom asbestos module |
| MIKE GRIMMETT - SR_CONSULT_DATA | | $175.00 | 12/9/2003 | 1.3 | $227.50 | Continue to update reporting tool for custom asbestos module |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 12/9/2003 | 0.5 | $105.00 | Discussion w/ D George re: transfer module repair status |
| FRANK VISCONTI - CONSULT_DATA | | $125.00 | 12/10/2003 | 1.7 | $212.50 | Researching creditor information for WILSON ELSER MOSKOWITZ EDELMAN & DICKER |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 12/10/2003 | 0.5 | $105.00 | Discussion w/ M Grimmett re: source information for Bar Date Notice mailing |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 12/10/2003 | 0.5 | $105.00 | Discussion w/ F Visconti re: researching source information for Bar Date Notice mailing |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 12/10/2003 | 0.8 | $168.00 | Test transfer module changes |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 12/10/2003 | 0.3 | $63.00 | Discussion w/ D George re: transfer module additional modifications |
| MIKE GRIMMETT - SR_CONSULT_DATA | | $175.00 | 12/11/2003 | 3.9 | $682.50 | Continue to update reporting tool for custom asbestos module |
| MIKE GRIMMETT - SR_CONSULT_DATA | | $175.00 | 12/11/2003 | 1.6 | $280.00 | Continue to update reporting tool for custom asbestos module |

**EXHIBIT 1**

# Bankruptcy Management Corporation

WR GRACE

Monthly Invoice

| Name | Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|------|------|-------------|------|-------|-----------|-------------|
| **December 2003** | | | | | | |
| **Data Analysis** | | | | | | |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 12/11/2003 | 0.7 | $147.00 | Update objection module in preparation for objection exhibits |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 12/11/2003 | 0.4 | $84.00 | Analysis and test transfer module |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 12/11/2003 | 0.3 | $63.00 | Discussion w/ D George re: status of transfer module modifications |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 12/12/2003 | 0.5 | $105.00 | Analysis and test transfer module |
| MIKE GRIMMETT - SR_CONSULT_DATA | | $175.00 | 12/13/2003 | 3.4 | $595.00 | Update asbestos reporting tool. |
| MIKE GRIMMETT - SR_CONSULT_DATA | | $175.00 | 12/13/2003 | 1.2 | $210.00 | Update claims scorecard reports |
| MIKE GRIMMETT - SR_CONSULT_DATA | | $175.00 | 12/14/2003 | 1.4 | $245.00 | Update scorecard reports |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 12/15/2003 | 0.3 | $63.00 | Discussion w/ D George re: transfer module modifications |
| JACQUELINE BUSH - SR_ANALYST | | $95.00 | 12/16/2003 | 0.5 | $47.50 | Extract, process, reformat medical monitoring data to migrate data to b-Linx |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 12/16/2003 | 1.0 | $210.00 | Test transfer module changes |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 12/16/2003 | 0.4 | $84.00 | Discussion w/ D George re: transfer module error message |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 12/16/2003 | 1.0 | $210.00 | Discussion w/ S Burnett re: reporting tool |
| SUSAN BURNETT - CONSULTANT | | $150.00 | 12/16/2003 | 4.0 | $600.00 | Further analysis and testing of new reporting tool "ReportWizard" for use in WRGrace reporting requests. |
| SUSAN BURNETT - CONSULTANT | | $150.00 | 12/16/2003 | 2.0 | $300.00 | Analysis and testing of new reporting tool "ReportWizard" for use in WRGrace reporting requests. |
| MIKE GRIMMETT - SR_CONSULT_DATA | | $175.00 | 12/17/2003 | 1.2 | $210.00 | Update scorecard reports |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 12/17/2003 | 0.3 | $63.00 | Discussion w/ A Wick re: Rust claims upload |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 12/17/2003 | 1.0 | $210.00 | Report generation from reporting tool and confirmation w/ bLinx views |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 12/17/2003 | 1.2 | $252.00 | Analysis and test transfer module changes |
| SUSAN BURNETT - CONSULTANT | | $150.00 | 12/17/2003 | 1.0 | $150.00 | Review and testing of new reporting tool "ReportWizard" for use in WRGrace reporting requests. |
| MIKE GRIMMETT - SR_CONSULT_DATA | | $175.00 | 12/18/2003 | 2.3 | $402.50 | Continue to update reporting tool for custom asbestos module |
| SUSAN BURNETT - CONSULTANT | | $150.00 | 12/18/2003 | 1.0 | $150.00 | Testing of new reporting tool "ReportWizard" for use in WRGrace reporting requests. |
| MIKE GRIMMETT - SR_CONSULT_DATA | | $175.00 | 12/23/2003 | 2.7 | $472.50 | Continue to update reporting tool for custom asbestos module |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 12/30/2003 | 0.5 | $105.00 | Discussion w/ D George - follow up re: transfer module |
| | | | Data Analysis Total: | 71.8 | $12,555.00 | |
| **Fee Applications** | | | | | | |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/2/2003 | 0.1 | $21.00 | Analysis of memo from S Fritz re estimates for July-Sept fees and production |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/2/2003 | 0.1 | $21.00 | Analysis of 9th Qtr info sent by S Bossay |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/2/2003 | 0.1 | $21.00 | Prep corresp to S Bossay re 9th Qtr info correct, 10th Qtr estimate |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/5/2003 | 1.0 | $210.00 | Further analysis of 10th Qtr billing entries for fee app compliance |

**EXHIBIT 1**

# Bankruptcy Management Corporation

WR GRACE

Monthly Invoice

| Name | Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|------|------|-------------|------|-------|------------|-------------|
| **December 2003** | | | | | | |
| *Fee Applications* | | | | | | |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/5/2003 | 0.0 | $0.00 | Further revision of 10th Qtr billing entries for fee app compliance |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/22/2003 | 0.3 | $63.00 | Prep draft July report of time descriptions to review revisions made, revisions left to be made |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/22/2003 | 1.0 | $210.00 | Analysis of draft July report of time descriptions and categories re revisions made and revisions left to be made |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/22/2003 | 0.3 | $63.00 | Prep draft August report of time descriptions/categories to review revisions made and revisions to be made |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/22/2003 | 1.0 | $210.00 | Analysis of draft Aug report of time descriptions/categories re revisions made and revisions to be made |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/23/2003 | 0.3 | $63.00 | Prep draft Sept report of time description/categories to review revisions made/revisions to be made |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/23/2003 | 1.0 | $210.00 | Analysis of draft Sept report of time description/categories for revisions made/revisions to be made |
| | | **Fee Applications Total:** | | **5.2** | **$1,092.00** | |
| *Non-Asbestos Claims* | | | | | | |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 12/1/2003 | 1.0 | $210.00 | Trade claims reconciliation modifications per Grace request |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 12/1/2003 | 0.3 | $63.00 | Email to J Rivenbark re: confirmation of trade claims modification completion |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 12/1/2003 | 1.2 | $252.00 | Audit level 1 review of newly uploaded claims for accuracy |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 12/1/2003 | 0.5 | $105.00 | Update Rust data upload spreadsheet to include recently uploaded claims |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 12/1/2003 | 0.5 | $105.00 | Udpade omnibus objection spreadsheet per 11/17 hearing |
| SUSAN BURNETT - CONSULTANT | | $150.00 | 12/1/2003 | 4.0 | $600.00 | Continue review claims for proper docketing, correct docketing errors and add non-substantive objections. |
| SUSAN BURNETT - CONSULTANT | | $150.00 | 12/1/2003 | 4.0 | $600.00 | Review claims for proper docketing, correct docketing errors and add non-substantive objections. |
| SUSAN BURNETT - CONSULTANT | | $150.00 | 12/1/2003 | 3.0 | $450.00 | Review claims for proper docketing, correct docketing errors and add non-substantive objections. |
| SUSAN BURNETT - CONSULTANT | | $150.00 | 12/2/2003 | 4.0 | $600.00 | Review claims for proper docketing, correct docketing errors and add non-substantive objections. |
| SUSAN BURNETT - CONSULTANT | | $150.00 | 12/2/2003 | 4.0 | $600.00 | Continue review claims for proper docketing, correct docketing errors and add non-substantive objections. |
| SUSAN BURNETT - CONSULTANT | | $150.00 | 12/2/2003 | 1.0 | $150.00 | Review claims for proper docketing, correct docketing errors and add non-substantive objections. |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 12/3/2003 | 0.8 | $168.00 | Trade claims reconciliation modification per Grace request; confirmation of completion to J Rivenbark |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 12/3/2003 | 0.5 | $105.00 | Discussion w/ M Dalsin re: claim number discrepancy and transfer claims |
| SUSAN BURNETT - CONSULTANT | | $150.00 | 12/3/2003 | 4.0 | $600.00 | Review claims for proper docketing, correct docketing errors and add non-substantive objections. |

**EXHIBIT 1**

# Bankruptcy Management Corporation

WR GRACE

Monthly Invoice

| Name | Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|------|------|-------------|------|-------|------------|-------------|
| **December 2003** | | | | | | |
| Non-Asbestos Claims | | | | | | |
| SUSAN BURNETT - CONSULTANT | | $150.00 | 12/3/2003 | 3.0 | $450.00 | Review claims for proper docketing, correct docketing errors and add non-substantive objections. |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 12/4/2003 | 1.5 | $315.00 | Review claim type reports and compare to database for verify accuracy - make corrections as needed |
| SUSAN BURNETT - CONSULTANT | | $150.00 | 12/4/2003 | 4.0 | $600.00 | Continue review claims for proper docketing, correct docketing errors and add non-substantive objections. |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 12/5/2003 | 1.0 | $210.00 | Trade claims reconciliation modifications per Grace request |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 12/5/2003 | 0.6 | $126.00 | Follow up email to J Rivenbark re: trade claims reconciliation issues |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 12/5/2003 | 2.0 | $420.00 | Review transfers for errors based on recently obtained info. Make corrections as needed |
| LISA RUPPANER - CASE_SUPPORT | | $95.00 | 12/8/2003 | 2.0 | $190.00 | WR Grace: Review Court Docket Listing and Review for any Transfer Notice filed after 4/13/03. |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 12/8/2003 | 3.0 | $630.00 | Review type 2 transfers previously identified as defective. Analyze for errors and complete transfer as appropriate |
| SUSAN BURNETT - CONSULTANT | | $150.00 | 12/8/2003 | 4.0 | $600.00 | Continue review non-asbestos claims for proper docketing and flagging claims for non-substantive objections. |
| SUSAN BURNETT - CONSULTANT | | $150.00 | 12/8/2003 | 4.0 | $600.00 | Review non-asbestos claims for proper docketing and flagging claims for non-substantive objections. |
| SUSAN BURNETT - CONSULTANT | | $150.00 | 12/8/2003 | 1.0 | $150.00 | Review non-asbestos claims for proper docketing and flagging claims for non-substantive objections. |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 12/9/2003 | 0.8 | $168.00 | Update objection files with current exhibits/orders |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 12/9/2003 | 0.5 | $105.00 | Discussion w/ C Lane re: status of objections and preparation of exhibits for 12/15 hearing |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 12/9/2003 | 2.0 | $420.00 | Invoice analysis of transferred schedules and claims submitted by transfer agent for completion of transfer |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 12/9/2003 | 1.0 | $210.00 | Email to J Rivenbark re: review of transferred claims in light of revised status and matched invoices |
| SUSAN BURNETT - CONSULTANT | | $150.00 | 12/9/2003 | 4.0 | $600.00 | Review non-asbestos claims for proper docketing and flagging claims for non-substantive objections. |
| SUSAN BURNETT - CONSULTANT | | $150.00 | 12/9/2003 | 4.0 | $600.00 | Continue review non-asbestos claims for proper docketing and flagging claims for non-substantive objections. |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 12/10/2003 | 0.4 | $84.00 | Discussion w/ J Rivenbark re: trade claims conference call |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 12/10/2003 | 1.4 | $294.00 | Presentation to G Herbst, D Gherardi re: claims review, reconciliation and objections |
| SUSAN BURNETT - CONSULTANT | | $150.00 | 12/10/2003 | 4.0 | $600.00 | Review non-asbestos claims for proper docketing and flagging claims for non-substantive objections. |
| SUSAN BURNETT - CONSULTANT | | $150.00 | 12/10/2003 | 4.0 | $600.00 | Continue review non-asbestos claims for proper docketing and flagging claims for non-substantive objections. |
| SUSAN BURNETT - CONSULTANT | | $150.00 | 12/10/2003 | 2.0 | $300.00 | Review non-asbestos claims for proper docketing and flagging claims for non-substantive objections. |
| MIKE GRIMMETT - SR_CONSULT_DATA | | $175.00 | 12/11/2003 | 1.5 | $262.50 | Prepare omni 2 exhibits |

**EXHIBIT 1**

# Bankruptcy Management Corporation
WR GRACE

Monthly Invoice

| Name | Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|------|------|-------------|------|-------|------------|-------------|

## December 2003

### Non-Asbestos Claims

| Name | Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|------|------|-------------|------|-------|------------|-------------|
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 12/11/2003 | 0.5 | $105.00 | Discussion w/ J Rivenbark re: trade claims reconciliation, objections and trade claims conference call |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 12/11/2003 | 1.0 | $210.00 | Trade claims reconciliation modifications per Grace request |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 12/11/2003 | 0.5 | $105.00 | Confirmation to J Rivenbark re: trade claims reconciliation modifications completion |
| SUSAN BURNETT - CONSULTANT | | $150.00 | 12/11/2003 | 4.0 | $600.00 | Continue review non-asbestos claims for proper docketing and flagging claims for non-substantive objections. |
| SUSAN BURNETT - CONSULTANT | | $150.00 | 12/11/2003 | 4.0 | $600.00 | Review non-asbestos claims for proper docketing and flagging claims for non-substantive objections. |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 12/12/2003 | 1.0 | $210.00 | Compile reports of trade claims objections to be filed |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 12/12/2003 | 0.5 | $105.00 | Trade claims conference call prep |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 12/12/2003 | 1.0 | $210.00 | Trade claims conference call with Grace finance team |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 12/12/2003 | 0.7 | $147.00 | Trade claims reconciliation modifications per Grace request |
| SUSAN BURNETT - CONSULTANT | | $150.00 | 12/12/2003 | 4.0 | $600.00 | Review non-asbestos claims for proper docketing and flagging claims for non-substantive objections. |
| SUSAN BURNETT - CONSULTANT | | $150.00 | 12/12/2003 | 4.0 | $600.00 | Continue review non-asbestos claims for proper docketing and flagging claims for non-substantive objections. |
| SUSAN BURNETT - CONSULTANT | | $150.00 | 12/12/2003 | 1.0 | $150.00 | Review non-asbestos claims for proper docketing and flagging claims for non-substantive objections. |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 12/15/2003 | 1.0 | $210.00 | Review trade payable filed objection reports |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 12/15/2003 | 0.5 | $105.00 | Email to T Delbrugge, M Brown, J Rivenbark re: trade payable objection status |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 12/15/2003 | 0.4 | $84.00 | Review stipulation affection expunged trade claim |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 12/15/2003 | 2.5 | $525.00 | Complete transfer claims |
| SUSAN BURNETT - CONSULTANT | | $150.00 | 12/15/2003 | 4.0 | $600.00 | Review non-asbestos claims for proper docketing and flagging claims for non-substantive objections. |
| SUSAN BURNETT - CONSULTANT | | $150.00 | 12/15/2003 | 4.0 | $600.00 | Continue review non-asbestos claims for proper docketing and flagging claims for non-substantive objections. |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 12/17/2003 | 0.8 | $168.00 | Discussion w/ S Burnett re: trade claims objection sample reports |
| SUSAN BURNETT - CONSULTANT | | $150.00 | 12/17/2003 | 3.5 | $525.00 | Prepare trade claims reports per Grace request for various objection reports. |
| SUSAN BURNETT - CONSULTANT | | $150.00 | 12/17/2003 | 4.0 | $600.00 | Review non-asbestos claims for proper docketing and flagging claims for non-substantive objections. |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 12/18/2003 | 1.0 | $210.00 | Review trade claims objections reports |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 12/18/2003 | 0.5 | $105.00 | Email to J Rivenbark re: trade claims objection reports |
| SUSAN BURNETT - CONSULTANT | | $150.00 | 12/18/2003 | 4.0 | $600.00 | Review non-asbestos claims for proper docketing and flagging claims for non-substantive objections. |
| SUSAN BURNETT - CONSULTANT | | $150.00 | 12/18/2003 | 2.8 | $420.00 | Review non-asbestos claims for proper docketing and flagging claims for non-substantive objections. |
| MIKE GRIMMETT - SR_CONSULT_DATA | | $175.00 | 12/19/2003 | 2.1 | $367.50 | Prepare various objection reports. Flagged / Flagged - no employees... |

**EXHIBIT 1**

# Bankruptcy Management Corporation

WR GRACE

Monthly Invoice

| Name | Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|------|------|-------------|------|-------|------------|-------------|
| **December 2003** | | | | | | |
| **Non-Asbestos Claims** | | | | | | |
| SUSAN BURNETT - CONSULTANT | | $150.00 | 12/19/2003 | 4.0 | $600.00 | Continue review claims for proper docketing and flagging claims for non-substantive objections. |
| SUSAN BURNETT - CONSULTANT | | $150.00 | 12/19/2003 | 4.0 | $600.00 | Review non-asbestos claims for proper docketing and flagging claims for non-substantive objections. |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 12/22/2003 | 1.0 | $210.00 | Discussion w/ S Burnett re: reviw of pending flagged objections |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 12/22/2003 | 2.5 | $525.00 | Review of recently uploaded claims for completeness and accuracy. Make corrections as needed |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 12/22/2003 | 1.0 | $210.00 | Trade claims reconciliation modifications per Grace request |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 12/22/2003 | 0.4 | $84.00 | Email to J Rivenbark re: confirmation of completion of trade claims reconciliation modifications |
| SUSAN BURNETT - CONSULTANT | | $150.00 | 12/22/2003 | 4.0 | $600.00 | Review Grace claims reports (flagged not filed) for accurate claims objections. |
| SUSAN BURNETT - CONSULTANT | | $150.00 | 12/22/2003 | 4.0 | $600.00 | Continue review Grace claims reports (flagged not filed) for accurate claims objections. |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 12/23/2003 | 0.3 | $63.00 | Discussion w/ D George re: transfer module modifications |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 12/23/2003 | 3.0 | $630.00 | Transfer claim analysis for partial transfers |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 12/23/2003 | 1.0 | $210.00 | Update Rust data upload spreadsheet to include recently uploaded claims, status and comments |
| SUSAN BURNETT - CONSULTANT | | $150.00 | 12/23/2003 | 4.0 | $600.00 | Continue review Grace claims reports (flagged not filed) for accurate claims objections. |
| SUSAN BURNETT - CONSULTANT | | $150.00 | 12/23/2003 | 4.0 | $600.00 | Review Grace claims reports (flagged not filed) for accurate claims objections. |
| SUSAN BURNETT - CONSULTANT | | $150.00 | 12/23/2003 | 2.0 | $300.00 | Review Grace claims reports (flagged not filed) for accurate claims objections. |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 12/29/2003 | 1.0 | $210.00 | Review statuus of Grace request re: No Supporting Documentation/Insufficient Documentation objection changes |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 12/30/2003 | 0.5 | $105.00 | Update omnibus objection spreadsheet based on 12/15 hearing results |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 12/30/2003 | 1.0 | $210.00 | Trade claims reconciliation modifications per Grace request |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 12/30/2003 | 0.4 | $84.00 | Email to J Rivenbark re: confirmation of trade claims reconciliation modifications |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 12/30/2003 | 1.0 | $210.00 | Analysis of clams and email to Kirkland & Ellis re: reponses to objections |
| SUSAN HERRSCHAFT - SR_CONSULTANT | | $210.00 | 12/30/2003 | 0.6 | $126.00 | Discussion w/ J Rivenbark re: update on newly uploaded trade claims |
| | | Non-Asbestos Claims Total: | | 173.5 | $28,681.00 | |
| | | December 2003 Total: | | 358.0 | $62,679.00 | |

**EXHIBIT 1**

# Bankruptcy Management Corporation

WR GRACE

Monthly Invoice

| Name | Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|------|------|-------------|------|-------|------------|-------------|
| | | Grand Total: | | 358.0 | $62,679.00 | |

**EXHIBIT 1**