# EXHIBIT 2

**Bankruptcy Management Corporation**
6096 Upland Terrace S  Seattle, WA 98118
206/725-5405

**Expense Reimbursement**
**WR Grace**
**Invoice #: WRG031231**

| Expense Type | Amount |
|---|---:|
| B-Linx/Data Storage | $850.00 |
| Document Storage | $388.60 |
| Pacer | $1,355.83 |
| Postage/Shipping | $32.71 |
| **Total** | **$2,627.14** |

**EXHIBIT 2**

| Inv# | Client | Vendor | Amount | Date | Expense TypeID | Description |
|---|---|---|---|---|---|---|
| WRG031231 | WR Grace | Fed Ex | $16.64 | 12/4/03 | Postage/Shipping | Fred Zaremby Tracking ID 792524399932 |
| WRG031231 | WR Grace | Fed Ex | $16.07 | 12/11/03 | Postage/Shipping | Sam Blatnick Tracking ID 792529314692 |
| WRG031231 | WR Grace | BMC | $388.60 | 12/31/03 | Document Storage | 268 boxes |
| WRG031231 | WR Grace | Pacer | $1,355.83 | 12/31/04 | Pacer | Qrtly Court Doc dwnlds - 10/1-12/31 |
| WRG031231 | WR Grace | BMC | $850.00 | 12/31/04 | B-Linx/Data Storage | B-Linx/Data Storage |

**EXHIBIT 2**