# Attachment B
# To Fee Application

## Summary of PwC's Fees By Professional

## February 2004

**Professional Profiles**
**WR Grace Time Tracking-Audit**
**For the Month Ended February 29, 2004**

| Name of Professional | Position with the Firm | Number of Years in Profession | Hourly Bill Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Larry Farmer | Audit Partner | 34 | 743 | 17.2 | 12,780 |
| Raymond Bromark | Audit Concurring Partner | 30+ | 1550 | 4.0 | 6,200 |
| Peter Woolf | Tax Partner | 20+ | 762 | 7.0 | 5,334 |
| William Bishop | Audit Partner | 15+ | 743 | 1.6 | 1,189 |
| Marc Schwartz | Tax Senior Manager | 10 | 608 | 4.0 | 2,432 |
| Michelle Gerety | Tax Senior Manager | 10 | 608 | 1.0 | 608 |
| Todd Hutcherson | Audit Manager | 11 | 569 | 21.9 | 12,461 |
| Craig Cleaver | SPA Manager | 5 | 541 | 11.3 | 6,113 |
| Maria Lopez | Tax Senior Associate | 4 | 520 | 1.5 | 780 |
| Sandra David | Audit Manager | 6 | 487 | 4.5 | 2,192 |
| Will Choi | Audit Manager | 6 | 487 | 52.4 | 25,519 |
| Maureen Driscoll | SPA Senior Associate | 4 | 416 | 19.7 | 8,195 |
| Jean Qi | Audit Senior Associate | 4 | 349 | 10.5 | 3,665 |
| Nina Govic | Audit Senior Associate | 3 | 342 | 88.9 | 30,404 |
| Aimee Stickley | Audit Associate | 2 | 270 | 0.5 | 135 |
| Jeffrey Zartman | Audit Associate | 2 | 270 | 6.1 | 1,647 |
| Nicholas Kray | Audit Associate | 2 | 223 | 0.5 | 112 |
| Young Lee | Tax Associate | 1 | 228 | 1.0 | 228 |
| Bianca Rodriguez | Audit Associate | 1 | 197 | 0.5 | 99 |
| Nicholas Stromann | Audit Associate | <1 | 197 | 58.4 | 11,505 |
| Lauren Misler | Audit Associate | <1 | 197 | 65.4 | 12,884 |
| Michael McDonnell | Audit Associate | <1 | 174 | 1.5 | 261 |
| | | | TOTAL | 379.4 | $ 144,740 |

| | |
|---|---|
| Total at Standard Rate | $ 144,740.20 |
| 55 % Accrual Rate Adjustment | $ (79,607.11) |
| Total at 45% Accrual Rate | $ 65,133.09 |
| Total Hours | 379.4 |

**Professional Profiles**
**WR Grace Time Tracking-Sarbanes-Oxley**
**For the Month Ended February 29, 2004**

| Name of Professional | Position with the Firm | Number of Years in Profession | Hourly Bill Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| William Bishop | Audit Partner | 15+ | 743 | 5.5 | 4,087 |

{MCM9092.DOC}

| Name | Title | | | Hours | Total |
|---|---|---|---|---|---|
| William Choi | Audit Manager | 6 | 487 | 7.5 | 3,653 |
| Craig Cleaver | SPA Manager | 6 | 541 | 4.2 | 2,272 |
| Nina Govic | Audit Senior Associate | 4 | 342 | 6.9 | 2,360 |
| Todd Hutcherson | Audit Senior Manager | 11 | 569 | 8.9 | 5,064 |
| Hermann Schutte | Audit Manager | 5+ | 487 | 10.0 | 4,870 |
| John Newstead | Audit Senior Manager | 20+ | 610 | 6.0 | 3,660 |
| | | TOTAL | | 49.0 | 25,965 |

|  |  |
|---|---|
| Total at Standard Rate | $ 25,965.10 |
| 35 % Accrual Rate Adjustment | $ (9,087.79) |
| Total at 65% Accrual Rate | $ 16,877.32 |
| Total Hours | $ 49.0 |
| Total Fee Reimbursement Sought | $ 82,010.41 |
| Total Hours Incurred February 2004 | 428.40 |

**Time Spent Tracking Time for Reporting to the U.S. Bankruptcy Court (refer to attached file)**

|  |  |
|---|---|
| Total at Standard Rate | $ 6,599.40 |
| 55 % Accrual Rate Adjustment | $ (3,629.67) |
| Total at 45% Accrual Rate | $ 2,969.73 |
| Total Hours | 22.90 |

## Summary of PwC's Fees By Project Category:
## February 2004

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 01-Assets Analysis and Recovery | | |
| 02-Asset Disposition | | |
| 03-Business Operations | | |
| 04-Case Administration | | |
| 05-Claim Analysis Objection & Resolution (Asbestos) | | |
| 06-Claim Analysis Objection & Resolution (Non-asbestos) | | |
| 07-Committee, Creditors', Noteholders', or Equity Holders' | | |
| 08-Employee Benefits/Pension | | |
| 09-Employee Applications, Applicant | | |
| 10-Employment Applications, Others | | |
| 11-Financing | | |

{MCM9092.DOC}

| | | |
|---|---|---|
| **12-Fee Applications, Others** | **22.90** | **$2,969.73** |
| **13-Financing** | | |
| **14-Hearings** | | |
| **15-Litigation and Litigation Consulting** | | |
| **16-Plan and Disclosure Statement** | | |
| **17-Relief from Stay Proceedings** | | |
| **18-Tax Issues** | | |
| **19-Tax Litigation** | | |
| **20-Travel- Non-working** | | |
| **21-Valuation** | | |
| **22-ZAI Science Trial** | | |
| **23-ZAI Science Trial- Expenses** | | |
| **24-Other** | | |
| **25-Accounting/Auditing** | **428.40** | **$82,010.41** |
| **26-Business Analysis** | | |
| **27-Corporate Finance** | | |
| **28-Data Analysis** | | |
| **TOTAL:** | **450.30** | **$84,980.14** |

## Expense Summary
## February 2004

| **Expense Category** | **Service Provider** | **Total Expenses** |
|---|---|---|
| **Transportation** | **N/A** | **$1,255.48** |
| **Lodging** | **N/A** | |
| **Sundry** | **N/A** | **11.50** |
| **Business Meals** | **N/A** | **271.08** |
| **TOTAL:** | | **$1,538.06** |

{MCM9092.DOC}