**EXHIBIT A**

**Professional Profiles**
**WR Grace Time Tracking-Audit**
**For the Month Ended February 29, 2004**

| Name of Professional | Position with the Firm | Number of Years in Profession | Hourly Bill Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Larry Farmer | Audit Partner | 34 | 743 | 17.2 | 12,780 |
| Raymond Bromark | Audit Concurring Partner | 30+ | 1550 | 4.0 | 6,200 |
| Peter Woolf | Tax Partner | 20+ | 762 | 7.0 | 5,334 |
| William Bishop | Audit Partner | 15+ | 743 | 1.6 | 1,189 |
| Marc Schwartz | Tax Senior Manager | 10 | 608 | 4.0 | 2,432 |
| Michelle Gerety | Tax Senior Manager | 10 | 608 | 1.0 | 608 |
| Todd Hutcherson | Audit Manager | 11 | 569 | 21.9 | 12,461 |
| Craig Cleaver | SPA Manager | 5 | 541 | 11.3 | 6,113 |
| Maria Lopez | Tax Senior Associate | 4 | 520 | 1.5 | 780 |
| Sandra David | Audit Manager | 6 | 487 | 4.5 | 2,192 |
| Will Choi | Audit Manager | 6 | 487 | 52.4 | 25,519 |
| Maureen Driscoll | SPA Senior Associate | 4 | 416 | 19.7 | 8,195 |
| Jean Qi | Audit Senior Associate | 4 | 349 | 10.5 | 3,665 |
| Nina Govic | Audit Senior Associate | 3 | 342 | 88.9 | 30,404 |
| Aimee Stickley | Audit Associate | 2 | 270 | 0.5 | 135 |
| Jeffrey Zartman | Audit Associate | 2 | 270 | 6.1 | 1,647 |
| Nicholas Kray | Audit Associate | 2 | 223 | 0.5 | 112 |
| Young Lee | Tax Associate | 1 | 228 | 1.0 | 228 |
| Bianca Rodriguez | Audit Associate | 1 | 197 | 0.5 | 99 |
| Nicholas Stromann | Audit Associate | <1 | 197 | 58.4 | 11,505 |
| Lauren Misler | Audit Associate | <1 | 197 | 65.4 | 12,884 |
| Michael McDonnell | Audit Associate | <1 | 174 | 1.5 | 261 |
| | | TOTAL | | 379.4 | $  144,740 |

| | | |
|---|---|---|
| Total at Standard Rate | $ | 144,740.20 |
| 55 % Accrual Rate Adjustment | $ | (79,607.11) |
| Total at 45% Accrual Rate | $ | 65,133.09 |
| Total Hours | | 379.4 |

**Professional Profiles**
**WR Grace Time Tracking-Sarbanes-Oxley**
**For the Month Ended February 29, 2004**

| Name of Professional | Position with the Firm | Number of Years in Profession | Hourly Bill Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| William Bishop | Audit Partner | 15+ | 743 | 5.5 | 4,087 |
| William Choi | Audit Manager | 6 | 487 | 7.5 | 3,653 |
| Craig Cleaver | SPA Manager | 6 | 541 | 4.2 | 2,272 |
| Nina Govic | Audit Senior Associate | 4 | 342 | 6.9 | 2,360 |
| Todd Hutcherson | Audit Senior Manager | 11 | 569 | 8.9 | 5,064 |
| Hermann Schutte | Audit Manager | 5+ | 487 | 10.0 | 4,870 |
| John Newstead | Audit Senior Manager | 20+ | 610 | 6.0 | 3,660 |
| | | TOTAL | | 49.0 | 25,965 |

| | | |
|---|---|---|
| Total at Standard Rate | $ | 25,965.10 |
| 35 % Accrual Rate Adjustment | $ | (9,087.79) |
| Total at 65% Accrual Rate | $ | 16,877.32 |
| Total Hours | $ | 49.0 |

**WR Grace, Inc.**
**Time Summary Report**
**Month Ended February 29, 2004**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|---|---|---|---|---|
| **Name:  Larry Farmer** | | | | |
| **02/10/2004** | 0.3 | Discuss senior scheduling with W. Choi and K Sening (PwC) | 743 | $    223 |
| | 0.2 | Discuss audit administration with Delbrugge (Grace) | 743 | 149 |
| | 0.2 | Discuss interview logistics with D. Guzzo (Grace) | 743 | 149 |
| | 0.3 | Review Quarter fee application | 743 | 223 |
| **02/11/2004** | 0.5 | Meeting with J. Rightmeyer (grace) to discuss fraud risk | 743 | 372 |
| | 0.4 | Meeting regarding logistics and R. Tarola's (Grace) expectations with D. Guzzo (Grace) | 743 | 297 |
| | 0.3 | Discussion with W. Choi (PwC) re staffing | 743 | 223 |
| | 0.3 | Research MDNA requirements at the request of T. Delbrugge (grace) | 743 | 223 |
| **02/12/2004** | 0.8 | Meeting with R. Tarola (Grace) re fraud, DTA, 10K Schedule, and Creditors Committee Report | 743 | 594 |
| | 0.1 | Discussion with M. Brown (grace) regarding MD&A | 743 | 74 |
| **02/17/2004** | 0.6 | Review and Discuss audit committee presentation with T.Hutcherson (PwC) | 743 | 446 |
| | 0.2 | Discuss 10K review schedule with T. Hutcherson (PwC) and S. Coppinger (PwC) | 743 | 149 |
| | 0.4 | Discuss additional $20 million accrual for asbestos with R. Tarola (Grace) | 743 | 297 |
| **02/18/2004** | 1.3 | Show-me/fraud meeting with P. Norris (Grace) and W.Choi (PwC) | 743 | 966 |
| | 0.5 | Show-me/fraud meeting with G. Pooling (Grace) and W. Choi (PwC) | 743 | 372 |
| | 0.2 | Discuss 10K timing with T. Delbrugge (Grace) | 743 | 149 |
| | 0.2 | Discuss report date with W. Choi (PwC) | 743 | 149 |
| | 0.6 | Meeting with T.Hutcherson, W. Choi, N. Govic (PwC) re status of audit/audit committee report and 10K | 743 | 446 |
| **02/19/2004** | 4.4 | Initial review of 10K draft and financial statement | 743 | 3,269 |
| | 1.1 | Review 10K forepart | 743 | 817 |
| **02/24/2004** | 0.2 | Discuss potential dual dating of report re late adjustment and overall draft report with T.Hutcherson (PwC) | 743 | 149 |
| | 0.3 | Review and discuss audit committee presentation with T.Hutcherson (PwC) | 743 | 223 |
| **02/25/2004** | 0.7 | Teleconference to discuss R. Bromark's (PwC) 10K comments with T.Hutcherson (PwC) | 743 | 520 |
| | 0.4 | Review draft of the representation letter | 743 | 297 |
| | 0.3 | Discuss/review audit committee presentation with T.Hutcherson (PwC) | 743 | 223 |
| | 0.7 | Discuss R. Eydt and R. Bromark (PwC) comments with T. DelBrugge (Grace) | 743 | 520 |
| **02/27/2004** | 1.1 | Review new draft of financial statement supplement | 743 | 817 |
| | 0.4 | Review comments with T. Hutcherson (PwC) | 743 | 297 |
| | 0.2 | Sign consents and reports | 743 | 149 |
| **Totals** | **17.2** | | | **$ 12,779.60** |

**WR Grace, Inc.**
**Time Summary Report**
**Month Ended February 29, 2004**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|------|-------|----------------------------------|-----------|----------|
| **Name:  Raymond Bromark** | | | | |
| **02/24/2004** | 3.0 | Reading and providing comments on companies 12/31/03 form 10K | 1550 | 4,650 |
| **02/25/2004** | 1.0 | Reading and providing comments on companies 12/31/03 form 10K | 1550 | 1,550 |
| **Totals** | **4.0** | | | **$   6,200** |

**WR Grace, Inc.**
**Time Summary Report**
**Month Ended February 29, 2004**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|------|-------|--------------------------------|-----------|----------|
| **Name:  Peter Woolf** | | | | |
| **02/04/2004** | 2 | Discuss memos and provision number with Michelle Gerety-Reid | 762 | $    1,524 |
| **02/12/2004** | 2 | Review changes in files,discuss revision to memo with Michelle Gerett-Reid(PwC) | 762 | 1,524 |
| **02/24/2004** | 1 | Discuss provision and draft footnote with Michelle Gerety-Reid | 762 | 762 |
| **02/25/2004** | 0.8 | Further discussion with MGR re footnote and tying to numbers in file | 762 | 610 |
| **02/26/2004** | 1.2 | Footnote discussion amd discussion with Marc Schwartz  (PwC) regarding foreign prov memo | 762 | 914 |
| **Totals** | **7** | | | **$    5,334** |

**WR Grace, Inc.**
**Time Summary Report**
**Month Ended February 29, 2004**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|------|-------|--------------------------------|-----------|----------|
| **Name:  William Bishop** | | | | |
| 02/26/2004 | 1.6 | Read Grace management financial reporting documents | 743 | $   1,189 |
| **Totals** | **1.6** | | | **$   1,189** |
| **SARBANE OXLEY RELATED TIME** | | | | |
| 02/16/2004 | 1 | Attend S-O 404 planning update meeting with T Hutcherson, W Choi, N Govic, J Newstead and H Schutte (PwC). | 743 | $   743.0 |
| 02/26/2004 | 4.5 | Attend the Sarbanes-Oxley planning/transition meeting.  Meeting was held to introduce D.Guzzo's successor, discuss Sarbanes workplan, discuss current progress under plan, and discuss plan for going forward. | 743 | 3,344 |
| **Totals** | **5.5** | | | **$   4,087** |

**WR Grace, Inc.**
**Time Summary Report**
**Month Ended February 29, 2004**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|------|-------|--------------------------------|-----------|----------|
| **Name:  Marc Schwartz** | | | | |
| **02/04/2004** | 2.0 | Work on the tax memorandum for the foreign provision | 608 | $  1,216 |
| **02/09/2004** | 1.0 | Work on the tax memorandum for the foreign provision | 608 | 608 |
| **02/10/2004** | 1.0 | Work on the tax memorandum for the foreign provision | 608 | 608 |
| **Total** | **4.0** | | | **$  2,432** |

**WR Grace, Inc.**
**Time Summary Report**
**Month Ended February 29, 2004**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|------|-------|--------------------------------|-----------|----------|
| **Name:  Michelle Gerety** | | | | |
| 2/23/04 | 1.00 | review footnote detail for filing of the WR Grace 10-Q report | 608 | 608.0 |
| **Totals** | **1.00** | | | **$    608.0** |

**WR Grace, Inc.**
**Time Summary Report**
**Month Ended February 29, 2004**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|---|---|---|---|---|
| **Name: Todd Hutcherson** | | | | |
| 02/06/2004 | 1.4 | Preparation of year end critical matters inclusive of environmental and property damage charges and claims | 569 | 796.6 |
| | 0.6 | Review and debrief with William Choi (PwC) regarding critical matters and sign-offs thereof | 569 | 341.4 |
| 02/12/2004 | 0.5 | Discussion with Tim Debrugge regarding subsequent environmental charge and impact to consolidated financial statements | 569 | 284.5 |
| | 1.5 | Call with Tim Debrugde regarding 10-K timing and coordination of staff, review and comments thereof | 569 | 853.5 |
| 02/13/2004 | 0.5 | Coordination with Larry Farmer (PwC) regarding 10-K filing review process | 569 | 284.5 |
| | 0.7 | Coordination with William Choi (PwC) regarding 10-K filing logistics | 569 | 398.3 |
| 02/16/2004 | 0.8 | Meeting with William to discuss Grace Audit Committee presentation | 569 | 455.2 |
| | 2.2 | Preparation and review of Audit Committee report | 569 | 1251.8 |
| 02/17/2004 | 1.4 | Coordination with PwC team regarding PwC 10-K review and results debrief | 569 | 796.6 |
| 02/18/2004 | 1.3 | Coordination with PwC team regarding PwC 10-K review and results debrief | 569 | 739.7 |
| 02/23/2004 | 2.4 | Read and provide comments on Form 10-K | 569 | 1365.6 |
| 02/24/2004 | 1.5 | Conference call with Michael Brown (PwC) and Tim Delbrugge (PwC) provide comments on Form 10-K | 569 | 853.5 |
| | 0.4 | Read and provide comments on Grace Audit Committee report on Audit Results | 569 | 227.6 |
| 02/25/2004 | 1.4 | Proof and review PwC proposed changes on Form 10-K | 569 | 796.6 |
| | 0.2 | Conference call with Bob Edyt (PwC), PwC SEC Services on comments on Form 10-K | 569 | 113.8 |
| | 0.7 | Conference call with Ray Bromark (PwC) to clear Form 10-K comments | 569 | 398.3 |
| | 0.8 | Follow up call with Bob Edyt (PwC) to clear open comments on Form 10-K | 569 | 455.2 |
| | 0.7 | Conference call with Tim Delbrugge (PwC) to discuss SEC services and concurring partner comments | 569 | 398.3 |
| 02/27/2004 | 1.5 | Proof Form 10-K changes | 569 | 853.5 |
| | 0.7 | Debrief meeting with Larry Farmer (PwC) on Form 10-K status and comments reflected thereof | 569 | 398.3 |
| | 0.7 | Debrief call with Tim Delbrugge (PwC) on Form 10-K clearance from PwC | 569 | 398.3 |
| | **21.9** | | | **$ 12,461.10** |

**SARBANE OXLEY RELATED TIME**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|---|---|---|---|---|
| **02/11/2004** | 3.0 | Internal 404 discussions re: change in Grace mgmt and PwC team members | 569 | $ 1,707 |
| **02/16/2004** | 1.2 | Attend S-O 404 planning update meeting with T Hutcherson, W Choi, N Govic, J Newstead and H Schutte (PwC). | 569 | 683 |
| **02/17/2004** | 0.2 | coordination re: foreign consents - reviewing Grace's letter requesting information from international teams. | 569 | 114 |
| **02/26/2004** | 4.5 | Attend the Sarbanes-Oxley planning/transition meeting. Meeting was held to introduce D.Guzzo's successor, discuss Sarbanes workplan, discuss current progress under plan, and discuss plan for going forward. | 569 | 2,561 |
| **Totals** | **8.9** | | | **$ 5,064.1** |

**WR Grace, Inc.**
**Time Summary Report**
**Month Ended February 29, 2004**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|------|-------|--------------------------------|-----------|----------|
| **Name:  Craig Cleaver** | | | | |
| 02/02/2004 | 0.5 | Review of budget vs actual, database review to determine wrap-up necessary and estimates to complete | 541 | 271 |
| 02/03/2004 | 2.2 | 1st review of the audit issues, feedback to Maureen and team on report issues | 541 | 1,190 |
| 02/05/2004 | 1.8 | Review all issues in database within (security, change control, development, and operations) - from this development of issues list for report development and expected issues to report to management, adjust database for issues that are low in risk or have not impact and are operational. | 541 | 974 |
| | 0.6 | Wrap-up final conclusions for controls work for security, change control, development, and operations in database | 541 | 325 |
| | 0.8 | Evaluation of staffing for 2004 audit, review of retain schedule system | 541 | 433 |
| 02/06/2004 | 0.9 | Review of general computer controls database steps and sign-off | 541 | 487 |
| 02/16/2004 | 1.5 | Review of draft audit report including revisions - submit changes back to Maurreen Dirscoll for further work | 541 | 812 |
| 02/20/2004 | 3 | Final revisions to audit report including detailed comments and executive summary | 541 | 1,623 |
| **Totals** | **11.3** | | | **6,113** |

**SARBANE OXLEY RELATED TIME**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|------|-------|--------------------------------|-----------|----------|
| 02/04/2004 | 0.8 | Initial draft of transition plan for John Newstead, staffing, budget | 541 | $    433 |
| 02/04/2004 | 1.1 | Further development of Sarbanes Transition plan for transfer of SPA work to Tysons office from Philadelphia, put together budget, plan, expectations | 541 | 595 |
| | 0.3 | Draft e-mail to John Newstead to send proposed Plan | 541 | 162 |
| 02/25/2004 | 0.5 | E-mail Maureen Driscoll on topics we should have prepared for 2/25 meeting with client | 541 | 271 |
| 02/26/2004 | 1.5 | Attend the Sarbanes-Oxley planning/transition meeting.  Meeting was held to introduce D.Guzzo's successor, discuss Sarbanes workplan, discuss current progress under plan, and discuss plan for going forward. | 541 | 812 |
| **Totals** | **4.2** | | | **$    2,272** |

**WR Grace, Inc.**
**Time Summary Report**
**Month Ended February 29, 2004**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|------|-------|----------------------------------|-----------|----------|
| **Name:  Maria Lopez** | | | | |
| 02/19/2004 | 1.0 | Review Financial Statements Tax Footnote | 520 | $      520 |
| 02/06/2004 | 0.5 | Review Financial Statements Tax Footnote | 520 | 260 |
| **Totals** | **1.5** | | | **$      780** |

**WR Grace, Inc.**
**Time Summary Report**
**Month Ended February 29, 2004**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|------|-------|----------------------------------|-----------|----------|
| **Name:  Sandra David** | | | | |
| **02/03/2004** | 0.5 | Discuss documentation of inventory with Jean Qi (PwC) | 487 | $    244 |
| **02/04/2004** | 0.5 | Respond to Charlie Sebestyen regarding tax guidance available | 487 | 244 |
| **02/06/2004** | 1.5 | Review of database documentation steps | 487 | 731 |
| **02/23/2004** | 0.5 | Discussion with Charlie Sebestyen (Grace) regarding Darex Puerto Rico Audit | 487 | 244 |
| **Totals** | **4.5** | | | **$    2,192** |

**WR Grace, Inc.**
**Time Summary Report**
**Month Ended February 29, 2004**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|---|---|---|---|---|
| **Name:  William Choi** | | | | |
| 02/11/2004 | 1.7 | Meeting with Joe Rightmyer (Grace) to discuss fraud risks and business process review, and spent some time preparing agenda | 487 | $       828 |
| 02/12/2004 | 1.1 | Meeting with Bob Tarola (Grace) to discuss fraud risks and business process review | 487 | 536 |
| 02/16/2004 | 5.4 | Draft year-end audit committee presentation | 487 | 2,630 |
| 02/17/2004 | 1.2 | Review and draft bankruptcy critical matter | 487 | 584 |
| 02/17/2004 | 1.3 | Review and draft going concern critical matter | 487 | 633 |
| 02/18/2004 | 2.9 | Review prior year management representation letter and prepare one for the current year | 487 | 1,412 |
| 02/18/2004 | 1.6 | Revised draft audit committee presentation | 487 | 779 |
| 02/18/2004 | 1.3 | Meet with Paul Norris (Grace) for fraud and business process discussion | 487 | 633 |
| 02/18/2004 | 0.5 | Meet with Greg Pooling (Grace) for fraud and business process discussion | 487 | 244 |
| 02/18/2004 | 0.9 | Review the rules and guidance on opinion dates | 487 | 438 |
| 02/18/2004 | 2.1 | Review the memo on additional 20 million reserve (asbestos) | 487 | 1,023 |
| 02/19/2004 | 3.7 | Review financial supplement for WR Grace | 487 | 1,802 |
| 02/19/2004 | 0.4 | Review the revised audit committee presentation | 487 | 195 |
| 02/20/2004 | 3.3 | Review financial supplement for WR Grace / start on financial statement disclosure checklist | 487 | 1,607 |
| 02/23/2004 | 0.9 | Discussion with Bob Eydt (PwC) on his comments on Grace Form 10-K | 487 | 438 |
| 02/23/2004 | 0.3 | Preparation for discussion with Bob Eydt (PwC) | 487 | 146 |
| 02/23/2004 | 5.6 | Review WR Grace 2003 Form 10-K | 487 | 2,727 |
| 02/24/2004 | 0.5 | Meet with Dana Guzzo(Grace) to discuss agenda for Thursday's 404 meeting, audit committee report, and 2003 fee information | 487 | 244 |
| 02/24/2004 | 0.5 | Meet with David Siegal (Grace) to get an update on outstanding significant litigation matters | 487 | 244 |
| 02/24/2004 | 1.9 | Revised draft audit committee report to reflect Dana Guzz's (Grace) and Bill Bishop's (PwC) comments | 487 | 925 |
| 02/24/2004 | 1.8 | Review WR Grace 2003 Form 10-K | 487 | 877 |
| 02/24/2004 | 0.9 | Meet with Bill Dockman (Grace) to discuss findings on ART and Davidson audit, and time for issuance of f/s and audit committee report | 487 | 438 |
| 02/24/2004 | 0.4 | calculate 2003 actual fee and 2004 1st quarter review fees | 487 | 195 |
| 02/24/2004 | 0.5 | Review IT related management letter comments for preparation of audit committee meeting | 487 | 244 |
| 02/24/2004 | 0.4 | Review current year audit findings for inclusion in the audit committee report | 487 | 195 |
| 02/25/2004 | 1.9 | Update the draft audit committee meeting presentation | 487 | 925 |
| 02/25/2004 | 2.7 | Document results of meeting with Joe Rightmyer (Grace), Greg Pooling (Grace), Bob Tarola (Grace), and Paul Norris (Grace) | 487 | 1,315 |
| 02/27/2004 | 3.7 | Review draft form 10-K (forepart and financial statements) | 487 | 1,802 |
| 02/27/2004 | 2.7 | Complete financial statement disclosure checklist | 487 | 1,315 |
| 02/27/2004 | 0.3 | Review communications file to ensure receipt of all deliverables | 487 | 146 |
| **Totals** | **52.4** | | | **$   25,519** |

**SARBANE-OXLEY RELATED TIME**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|---|---|---|---|---|
| 02/16/2004 | 0.7 | Finalize internal meeting package and agenda | 487 | $       341 |
| 02/16/2004 | 1.0 | PwC internal 404 meeting to discuss timeline and planning issues - J. Newstead, B. Bishop, N. Govic, T. Hutcherson, H. Schutte, W. Choi | 487 | 487 |
| 02/26/2004 | 4.6 | Grace 404 engagement meeting with Internal audit team (Grace - Guzzo, Heap, and Protivity), and Bob Tarola (Grace) | 487 | 2,240 |
| 02/26/2004 | 0.5 | Prepare for Grace 404 engagement meeting - finalize agenda and review | 487 | 244 |
| 02/27/2004 | 0.7 | Review notes from the 404 meeting and prepare and review action points | 487 | 341 |
| **Totals** | **7.5** | | | **$    3,653** |

**WR Grace, Inc.**
**Time Summary Report**
**Month Ended February 29, 2004**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|------|-------|--------------------------------|-----------|----------|
| **Name:  Maureen Driscoll** | | | | |
| **02/02/04** | 2.0 | Develop staffing models and estimated budgets for IT Audit for 2004 and going forward | 416 | $     832 |
| **02/03/04** | 2.6 | Review Unix and Oracle recommendations, incorporate Grace feedback, and include in report | 416 | $   1,082 |
| | 1.5 | Develop draft report | 416 | $     624 |
| **02/09/04** | 2.6 | Discuss IT Request database and process for tracking IT changes with G Covington (Grace) | 416 | $   1,082 |
| | 1.4 | Document results of meeting with G Covington | 416 | $     582 |
| | 0.8 | Review spreadsheet of logical access exceptions with N Kray (PwC) and explain procedures for preparing spreadsheet for 2003 | 416 | $     333 |
| | | | | $        - |
| **02/13/04** | 1.6 | Review change request documentation received from G Covington (Grace) and document results of testing | 416 | $     666 |
| | | | | $        - |
| **02/15/04** | 0.7 | Review change request documentation received from G Covington (Grace) and document results of testing | 416 | $     291 |
| | 0.7 | Review and sign off on remaining open steps in database | 416 | $     291 |
| | 0.8 | Compile draft report | 416 | $     333 |
| | | | | $        - |
| **02/17/04** | 1.9 | Compile draft report and send to C Cleaver (PwC) | 416 | $     790 |
| | 1.1 | Discuss draft with C Cleaver (PwC) and make revisions based on feedback | 416 | $     458 |
| | | | | $        - |
| **02/26/04** | 2.0 | Participate in conference call with Grace and PwC to discuss wrap up of 2003 audit, introduce new Internal Audit director, and introduce new PwC team members | 416 | $     832 |
| | **19.70** | | | **$   8,195** |

**WR Grace, Inc.**
**Time Summary Report**
**Month Ended February 29, 2004**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|------|-------|----------------------------------|-----------|----------|
| **Name:  Jean Qi** | | | | |
| **02/12/2004** | 3.80 | Review audit team's work in the database | 349 | $    1,326 |
| | 1.20 | Communicate with individual team members regarding review notes of audit work in the database | 349 | 419 |
| **02/13/2004** | 0.90 | Discuss with Corp. team regarding preliminary 404 schedule for GPC audit | 349 | 314 |
| | 3.10 | Prepare management letter comments for the audit | 349 | 1,082 |
| | | | 349 | - |
| **02/26/2004** | 1.50 | Participate in Grace 404 conference call | 349 | 524 |
| **Totals** | **10.50** | | | **$    3,665** |

**WR Grace, Inc.**
**Time Summary Report**
**Month Ended February 29, 2004**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|------|-------|----------------------------------|-----------|----------|
| **Name:  Nina Govic** | | | | |
| 02/12/2003 | 0.3 | work on database steps relating to commitments and contingencies at WR Grace | 342 | 102.6 |
| | 0.2 | Perform procedures to "Obtain an understanding of management's policies and a description of litigation, claims and assessments" | 342 | 68.4 |
| | | | 342 | 0 |
| 02/13/2004 | 2.6 | Review database for any open testing and assign all open testing steps to the appropriate person. | 342 | 889.2 |
| | 0.8 | Review steps completed by Jeff Zartman in section "review work of specialists on the engagement | 342 | 273.6 |
| | 3.4 | complete steps on the updated fraud summary section of the database | 342 | 1162.8 |
| 02/16/2004 | 0.8 | Discuss with Nick Stromann (PwC) how to tie out WR Grace's 10k | 342 | 273.6 |
| | 0.6 | Review steps in database - final to testing trial balance for pensions | 342 | 205.2 |
| | 0.6 | Review steps in database - final to testing trial balance for intercompany | 342 | 205.2 |
| | 3.2 | Review the foreign management letter comments received. | 342 | 1094.4 |
| | 0.6 | Review intercompany accounts - step "review client's adjustments | 342 | 205.2 |
| | 0.7 | Review step "update rollforward information related to deferred charges" | 342 | 239.4 |
| | 2.2 | Complete steps on the legal matters and legal confirmation section of the database | 342 | 752.4 |
| | 0.9 | Review 2002 management rep letters | 342 | 307.8 |
| | 0.4 | Talk to Grace team regarding scheduling | 342 | 136.8 |
| 02/17/2003 | 0.5 | Talk to Barb Summerson regarding use of computers at Grace | 342 | 171 |
| | 0.6 | Talk to Michael Brown (Grace) regarding timing of 10K and open questions | 342 | 205.2 |
| | 3.2 | Work on Disclosure checklist, a comprehensive checklist which aids in the review of financial statements to assure the company is in complaince with SEC regulations | 342 | 1094.4 |
| | 1.1 | Research changes in FAS 132 and the implications on Grace's 10K disclosures | 342 | 376.2 |
| | 1.7 | Read forepart of the 10k to be included in the filing | 342 | 581.4 |
| | 1.6 | Check for submissions from foreign teams and update database | 342 | 547.2 |
| | 0.9 | Talk to Glenn Herndon and Shelly Joy about disclosures required under FAS 131. | 342 | 307.8 |
| | 0.9 | Talk to Lauren Misler (PwC) about her tasks for the day, show her how to complete the 10K tie out | 342 | 307.8 |
| | 1.1 | Work on Disclosure checklist, a comprehensive checklist which aids in the review of financial statements to assure the company is in complaince with SEC regulations | 342 | 376.2 |
| 02/18/2003 | 0.7 | Talk to Michael Brown (Grace) regarding changes found in the 10K statement | 342 | 239.4 |
| | 0.4 | Review manual journal entry step with Lauren. | 342 | 136.8 |
| | 0.2 | Email Jeff Zartman regarding work performed on manual journal entries. | 342 | 68.4 |
| | 0.8 | Work on Disclosure checklist, a comprehensive checklist which aids in the review of financial statements to assure the company is in complaince with SEC regulations | 342 | 273.6 |
| | 0.9 | Read the Wallace King legal confirmation letter | 342 | 307.8 |
| | 0.3 | Discuss concurring partner review checklist with Nick Stromann (PwC) | 342 | 102.6 |
| | 1.4 | Update legal confirm summary | 342 | 478.8 |
| | 0.9 | Complete step "Confirm matters with Lawyers" | 342 | 307.8 |
| | 0.9 | Talk to Michael Brown (Grace) regarding WR Grace's changes to the second part of the 10K | 342 | 307.8 |
| | 2.1 | Begin the tie out of the management discussion and analysis section of the 10K | 342 | 718.2 |
| | 0.4 | Meeting with N. Stromann (PwC) and L. Misler (PwC) regarding 10k Tie out | 342 | 136.8 |
| | 0.3 | Sending 10k to all reviewers from PwC | 342 | 102.6 |
| | 0.7 | Talk to Dana Guzzo (Grace) regarding Sarbanes Meeting and PwC fees included in the proxy | 342 | 239.4 |
| | 0.9 | Read MDNA and point Lauren Misler (PwC) to places where she could find the information that she needed to agree the numbers to | 342 | 307.8 |

| Date | Hours | Description | | |
|---|---|---|---|---|
| | 0.7 | consolidate comments and errors found onto a separate 10k for presentation to Grace | 342 | 239.4 |
| 02/19/2004 | 0.4 | Complete step "Consider whether any more potential significant and complex accounting matters have been identified" | 342 | 136.8 |
| | 0.3 | Discuss staffing with William Choi (PwC) | 342 | 102.6 |
| | 0.6 | Discuss the audit committee report with William Choi (PwC) | 342 | 205.2 |
| | 1.5 | read and comment on the Grace audit committee report. | 342 | 513 |
| | 0.6 | Meet with Dana Guzzo (Grace) regarding the audit committee presentation to be given by PwC | 342 | 205.2 |
| | 0.4 | Work with Nick Stromann (PwC) on tying out the balance sheet and income statement of the 10K report | 342 | 136.8 |
| | 0.8 | Tie out the Debt Footnote to the financials. | 342 | 273.6 |
| | 1.2 | Tie out the Acquisitions Footnote to the financials. | 342 | 410.4 |
| | 1.1 | Tie out the Goodwill and Intangibles Footnote to the financials. | 342 | 376.2 |
| 02/20/2004 | 1.9 | Tie out the equity footnote | 342 | 649.8 |
| | 1.7 | Tie out the other balance sheet amounts footnote | 342 | 581.4 |
| | 1.4 | Review Larry Farmer's comments on the 10K | 342 | 478.8 |
| | 2 | Tie out the pension footnote | 342 | 684 |
| | 0.7 | Begin to tie out the cash flow foonote | 342 | 239.4 |
| | 0.3 | Meet with M. Brown (Grace) (Grace) to discuss changes found for the 10k | 342 | 102.6 |
| 02/23/2004 | 0.4 | Meet with William Choi (PwC) to discuss Larry Farmer's comments to the 10K and Grace's response to recording those comments | 342 | 136.8 |
| | 0.7 | Review with William my comments and Dana Guzzo (Grace)'s comments to the Audit Committee Report | 342 | 239.4 |
| | 1.8 | Review international deliverables from Mexico | 342 | 615.6 |
| | 0.9 | Update the Audit Committee report for additional descrtiptive language | 342 | 307.8 |
| | 0.9 | Review listing of outstanding international deliverables. | 342 | 307.8 |
| | 0.4 | Talk to T. Hutcherson (PwC) and W.Choi (PwC) about the possibility of dual dating the audit opinion. | 342 | 136.8 |
| | 1.1 | Review steps related to fraud in the database | 342 | 376.2 |
| | 0.7 | Talk to Bob Edyt and William Choi (PwC) to obtain Edyt's SEC review partner's comments. | 342 | 239.4 |
| | 0.5 | Run through Bob Edyt's comments with Todd Hutcherson (PwC) | 342 | 171 |
| | 0.8 | Run through comments on the 10K with M. Brown (Grace), T.Delbrugge (Grace), and T.Hutcherson (PwC) | 342 | 273.6 |
| | 0.2 | Talk to Bill Dockman re:timing for ART | 342 | 68.4 |
| | 0.5 | inquire of B.Sarkis (Grace) on the status of Grace's fees paid to the PCAOB | 342 | 171 |
| | 0.3 | Discuss with L. Misler (PwC) what she should do to test Grace's payment of the PCAOB fees. | 342 | 102.6 |
| | 0.8 | discuss changes made in the 10k with Michael Brown (Grace) (Grace) | 342 | 273.6 |
| | 0.7 | Discuss status of the tie out with L. Misler (PwC) and N. Stromann (PwC) (PwC) | 342 | 239.4 |
| 02/24/2004 | 0.2 | Meet with M. Brown (Grace) to share comments on the 10k and discuss items open for the 10k tie out. | 342 | 68.4 |
| | 0.6 | Talk to Dana Guzzo (Grace) regarding the audit committee report. | 342 | 205.2 |
| | 0.3 | Talk to B. Bishop about his comments on the audit committee report | 342 | 102.6 |
| | 1.1 | Revise fee infromation included on the audit committee report with William Choi (PwC) | 342 | 376.2 |
| | 2.4 | Review outstanding profit and loss steps in the database. | 342 | 820.8 |
| | 3.2 | Read updated version of the 10k report | 342 | 1094.4 |
| 02/25/2004 | 0.8 | Meet with D. Guzzo (Grace) regarding the audit committee report | 342 | 273.6 |
| | 1.1 | Reread the next draft of the audit committee report | 342 | 376.2 |
| | 0.7 | Edit the audit committee report for new changes | 342 | 239.4 |
| | 0.6 | Review tie out of the MDNA section with L. Misler (PwC) | 342 | 205.2 |
| | 0.4 | Work on assignig and completing steps in the completion and other auditing procedures sections of the database | 342 | 136.8 |
| | 0.3 | Talk to M.Brown (Grace) about more changes to the 10K | 342 | 102.6 |
| | 0.4 | Talk to H. Kophchek about the ART financial statements | 342 | 136.8 |
| | 1.2 | Review the 10K to assure that changes agreed upon have been made | 342 | 410.4 |
| | 2.5 | Read next version of the Grace 10K | 342 | 855 |
| 02/26/2004 | 0.7 | Review audit committee report with T. Hutcherson (PwC) and D. Guzzo (Grace) | 342 | 239.4 |
| | 0.7 | Makes changes to the audit committee report as discussed | 342 | 239.4 |
| | 3 | review the next version of the 10K to assure that changes were made to this version | 342 | 1026 |

| | | | | |
|---|---|---|---|---|
| 02/27/2004 | 2.6 | Review the audit opinion, consent and the Edgar letter to assure they are right for the partner's signature | 342 | 889.2 |
| **Totals** | **88.9** | | | **$ 30,403.8** |

**SARBANE-OXLEY RELATED TIME**

| | | | | |
|---|---|---|---|---|
| **02/16/2004** | | | | |
| | 0.9 | Team planning meeting for Sarbanes Oxley project at WR Grace.  Meeting held between W. Choi, N. Govic, T. Hutcherson, B. Bishop, H. Schutte, J. Newstead (PwC) | 342 | $    308 |
| **02/24/2004** | | | | |
| | 0.5 | Sarbox Scheduling through retain booking module - requesting the appropriate amount of staff time to be assigned to the project | 342 | 171 |
| | 0.4 | Discuss agenda for Sarbox meeting  on 2/26/2004 with Dana Guzzo (Grace) | 342 | 137 |
| | | | | - |
| **02/26/2005** | | | | - |
| | 4.5 | Attend the Sarbanes-Oxley planning/transition meeting.  Meeting was held to introduce D.Guzzo's successor, discuss Sarbanes workplan, discuss current progress under plan, and discuss plan for going forward. | 342 | 1,539 |
| | 0.6 | Type up and action point list form the meeting and discuss with Ryan Heaps (Grace) | 342 | 205 |
| | **6.9** | | | **$    2,360** |

**WR Grace, Inc.**
**Time Summary Report**
**Month Ended February 29, 2004**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|------|-------|----------------------------------|-----------|----------|
| **Name:  A. Stickley** | | | | |
| 02/18/2004 | 0.5 | Looking through deliverables,answering Lauren Misler's (PwC) questions on ART contacts and thailand deliverables | 270 | $    135 |
| **Totals** | **0.5** | | | **$    135** |

**WR Grace, Inc.**
**Time Summary Report**
**Month Ended February 29, 2004**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|------|-------|--------------------------------|-----------|----------|
| **Name:  Jeffrey Zartman** | | | | |
| 02/03/2004 | 1.9 | Testing and documentation of restructuring costs | 270 | $    513 |
| | 1.8 | Documentation of accruals testing | 270 | 486 |
| | 1.6 | Finalized the documentation for fourth quarter procedures including the analytical procedures | 270 | 432 |
| 02/18/2004 | 0.8 | Updated/finalized documentation of intercompany testing performed | 270 | 216 |
| **Totals** | **6.1** | | | **$    1,647** |

**WR Grace, Inc.**
**Time Summary Report**
**Month Ended February 29, 2004**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) | |
|------|-------|----------------------------------|-----------|----------|--|
| **Name:  Nicholas Kray** | | | | | |
| **02/10/2004** | 0.5 | Compile SAP security user access exceptions for reporting to Grace | 223 | $ | 112 |
| **Total** | **0.5** | | | **$** | **112** |

**WR Grace, Inc.**
**Time Summary Report**
**Month Ended February 29, 2004**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|------|-------|----------------------------------|-----------|----------|
| **Name:  Young Lee** | | | | |
| **02/09/2004** | 1.0 | Revising foreign tax provision summary detail  memo | 228 | $   228.0 |
| **Totals** | **1.0** | | | **$   228.0** |

**WR Grace, Inc.**
**Time Summary Report**
**Month Ended February 29, 2004**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|------|-------|--------------------------------|-----------|----------|

**Name:  Bianca Rodriguez**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|------|-------|--------------------------------|-----------|----------|
| 02/02/2004 | 0.2 | Updated descriptions for EDI's in Search for unrecorded liabilities, for better documentation of test performed. | $    197 | $    39 |
|  | 0.2 | Documented result from review of unprocessed invoices, which was pending a response from R. Brown (GRACE). | $    197 | 39 |
|  | 0.1 | Updated confirmation control log, to reflect latest confirmation received. | $    197 | 20 |
| **Totals** | **0.5** | | | **$    99** |

**W. R. Grace & Co.**
**Time Summary Report**
**Month Ended February 29, 2004**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|------|-------|--------------------------------|-----------|----------|
| **Name: Nicholas Stromann** | | | | |
| 02/16/2004 | 8.0 | Begin Grace 10-K tie out-footing all tables, checking for internal consistency, agreeing to 1/27/04 press release | 197 | $   1,576 |
| 02/17/2004 | 4.1 | Continue tie-out of 10-K version #1 | 197 | 807.7 |
| | 0.5 | Meet with Nina Govic (PwC) to discuss the tie-out | 197 | 98.5 |
| 02/18/2004 | 1.8 | Reviewed January Grace and ART WIPS to determine who had yet to submit independence confirmations and sent confirmations to those individuals | 197 | 354.6 |
| | 3.8 | Continue tie-out of 10-K version #2 | 197 | 748.6 |
| 02/19/2004 | 6.5 | Continue tie-out of 10-K version #2, concentrating on the income statement and balance sheet and reviewing version #1 | 197 | 1280.5 |
| 02/23/2004 | 5.0 | Continue tie-out of 10-K version #2 | 197 | 985 |
| | 0.7 | Meetings with Nettie Fausto (Grace) for support for Footnote 2, 4-8 | 197 | 137.9 |
| 02/24/2004 | 4.5 | Continue tie-out of 10-K version #2 | 197 | 886.5 |
| | 0.8 | Meeting with Nettie Fausto (Grace) for support for Footnote 9, 14, 19 | 197 | 157.6 |
| | 0.4 | Meeting w/Shelly Joy (Grace) re: foreign translation adjustment in OCI (loss) | 197 | 78.8 |
| | 0.2 | Meeting w/Michelle Persinger (Grace) re: Libby asbestos reserve support | 197 | 39.4 |
| | 0.6 | Making copies of support received from Nettie Fausto (Grace) | 197 | 118.2 |
| | 1.5 | Begin tie-out of 10-K version #3 | 197 | 295.5 |
| 02/25/2004 | 2.6 | Agree numbers from version #3 to version #2 | 197 | 512.2 |
| | 2.5 | Continue to tie out Footnote 10, 18, 19 | 197 | 492.5 |
| | 0.4 | Review open items in preparation for meeting w/Nettie Fausto (Grace) | 197 | 78.8 |
| | 0.7 | Go over open items with Nettie Fausto (Grace), requesting support | 197 | 137.9 |
| | 1.8 | Finish tie out of Footnote 10- recalculating rental expense | 197 | 354.6 |
| 02/26/2004 | 8.0 | Tie-out of 10-K version #3; following up with missing support | 197 | 1576 |
| 02/27/2004 | 4.0 | Tie-out of 10-K version #4-checking for consistency with version #3 | 197 | 788 |
| **Totals** | **58.4** | | | **$   11,505** |

W. R. Grace & Co.
Time Summary Report
Month Ended February 29, 2004

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|------|-------|-------------------------------|-----------|----------|

**Name: Lauren Misler**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|------|-------|-------------------------------|-----------|----------|
| 02/18/2004 | 1.6 | Sent communications emails to foreign teams about deliverable 14; Drafted email, Updated communication file tracking status | 197 | 315.2 |
| | 0.5 | Updated legal confirmation log and binder | 197 | 98.5 |
| | 4 | Drafted SAS 99 Memo; retraced steps taken by PwC when testing manual journal entries for possible fraud.  Combined steps and identification of work done into a memo for possible reproduction of work by others.  Memo included all testing related to SAS 99 fraud testing and the findings of such testing. | 197 | 788 |
| | 0.5 | Booked Time in Retain for Nina | 197 | 98.5 |
| | 1 | Updated Communications file | 197 | 197 |
| | 3.9 | Began the Tie out of the MDNA section of the 10K | 197 | 768.3 |
| 02/19/2004 | 5.6 | Tie out of WR Grace's Management Discussion and Analysis.  This includes looking to supporting documentation in Internal Audit's Binder, which includes the 2003 capital budget, the Consolidated analsis of continuing operations (with adjustments), a schedule of acquisitions sales, etc. | 197 | 1103.2 |
| | 2.4 | Footing and Crossfooting all charts and tables within the 10-K, to ensure that all total and subtotal balances are mathematically accurate. | 197 | 472.8 |
| 02/20/2004 | 1.4 | Tie-out of WR Grace's Footnote 1 - Basis of Presentation and Summary of Significant Accounting Policies.  This includes agreeing the narrative to the 2001 10K, Sealed Air Critical Matter, DIP Facility Agreement, etc. | 197 | 275.8 |
| | 0.9 | Tie out of WR Grace's Footnote 2 - Chapter 11 Related Financial Information.  Agreed detail to various Footnote 2 Support, such as SOAR printouts, pension adjustments, etc. | 197 | 177.3 |
| | 0.8 | Tie-out of WR Grace's Footnote 4 - Income Taxes.  Agreed detail to Income Tax benefit analysis, Chapter 11 COLI Tax accrual, etc. | 197 | 157.6 |
| | 1.8 | Tie-out of WR Grace's Footnote 5 - Acquisitions and Joint Ventures- and Footnote 6- Other income.  Agreed detail to the other/income/expense detail provided for Footnote 6. | 197 | 354.6 |
| | 1.4 | Tie-out of WR Grace's Footnote 8 - Comprehensive Loss.  Agreed detail to the statement of other comprehensive loss to ensure that it was internally consistent. | 197 | 275.8 |
| | 1.7 | Tie-out of WR Grace's Footnote 16-17.  Agreed to detail such as the Analysis of Interest Expense, Dow Jones Interactive, Summary of Financial Assurances, Detail of Stock Options Outstanding, etc. | 197 | 334.9 |
| 02/21/2004 | 0.4 | Addressed the coaching notes in the completion steps | 197 | 78.8 |
| | 0.5 | Updated Communications file for newly received deliverables | 197 | 98.5 |
| 02/23/2004 | 1 | Compiled list of outstanding items from 10K tie out | 197 | 197 |
| | 0.6 | Met with Nettie Fausto to resolve issues regarding open items on MDNA tie out | 197 | 118.2 |
| | 5.3 | MDNA tie out of pages 36- 50 using supporting documents provided by Grace | 197 | 1044.1 |
| | 1.7 | Worked with Nick Stromann to tie out footnotes 1-20 using newly acquired support | 197 | 334.9 |
| | 0.3 | Completed PCAOB support fee information and documentation | 197 | 59.1 |
| | 0.1 | Emailed Dawn Conner regarding printer cartridge repurchase | 197 | 19.7 |
| 02/24/2004 | 0.5 | Updated deliverables schedule for outstandings | 197 | 98.5 |
| | 0.5 | Began working on open completion items in the database | 197 | 98.5 |
| | 0.4 | Accepted communication files in the database for international teams | 197 | 78.8 |
| | 2 | Tied out the forward of the 10K to Prior Year and to previously tied-out current year's 10K | 197 | 394 |
| | 1 | Updated management commendations and subsequent events for the international deliverables | 197 | 197 |
| | 1 | Tied -out Footnote 10 - Property , Plant, and Equipment | 197 | 197 |
| | 0.5 | Met with Nina Govic to discuss open items and things to do | 197 | 98.5 |
| | 0.2 | Updated corporate year end binder | 197 | 39.4 |
| | 0.9 | Tied out newest version of MDNA section of 10K with blue checks | 197 | 177.3 |
| 02/25/2004 | 0.2 | Drafted and sent email to Mexico regarding deliverables 11 and 14 | 197 | 39.4 |
| | 1.6 | MDNA tie-out of remaining open items and changes made to original draft tied-out | 197 | 315.2 |
| | 0.6 | Proof read report to the Audit Committee for grammar and spelling and correctness | 197 | 118.2 |

|            |     |                                                                                                                      |     |       |
|------------|-----|----------------------------------------------------------------------------------------------------------------------|-----|-------|
|            | 0.5 | Met with Nettie Fausto to obtain additional support for the MDNA section of the 10K                                  | 197 | 98.5  |
|            | 1.4 | Worked on completing all open items remaining in the completion section                                              | 197 | 275.8 |
|            | 0.8 | Updated external working papers for the 10K binder                                                                   | 197 | 157.6 |
|            | 2.9 | Created final version of pockets for the binder relating to MDNA tied-out numbers.                                   | 197 | 571.3 |
| 02/26/2004 | 0.3 | Sent fax to Pauline O'hare regarding invoices for Grace                                                              | 197 | 59.1  |
|            | 2.4 | Transferred tick marks to forward of the financials for the 10K Tie out                                              | 197 | 472.8 |
|            | 1.1 | Updated the Revenue Analytics for the fourth quarter and the year end for changes and movements                      | 197 | 216.7 |
|            | 2.1 | Created the beginning version of the Balance sheet and income statement flux and analyzed changes from prior year to current year | 197 | 413.7 |
|            | 1.1 | Updated the Management letter comment compilation to include newly received items from the international teams        | 197 | 216.7 |
|            | 0.2 | Created a binder for the time and expense reporting                                                                  | 197 | 39.4  |
|            | 0.8 | Created a consolidated document of all US related Management Letter comments in the database at year end              | 197 | 157.6 |
| 02/27/2004 | 0.8 | Updated EDGAR letter, Consent document and Management Representation Letter in order to be included in the 2003 10K  | 197 | 157.6 |
|            | 2.6 | Transferred tick marks to latest version of the 10K and continued tying out open numbers in the MDNA section         | 197 | 512.2 |
|            | 0.6 | February Bankruptcy Reporting                                                                                        | 197 | 118.2 |
|            | 1   | Put together the 10K Tie out Binder and updated the database with the correct workpaper numbers                      | 197 | 197   |

**65.4**

**WR Grace, Inc.**
**Time Summary Report**
**Month Ended February 29, 2004**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|------|-------|--------------------------------|-----------|----------|
| **Name:  Michael McDonnell** | | | | |
| **02/23/2004** | $    1.5 | Updating inventory documentation in the database. | 174 | $    261 |
| **Total** | **1.5** | | | **$    261** |

**WR Grace, Inc.**
**Time Summary Report-Sarbanes-Oxley**
**Month Ended February 29, 2004**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) | |
|------|-------|--------------------------------|-----------|----------|---|
| **Name:  John Newstead** | | | | | |
| **SARBANES-OXLEY RELATED TIME** | | | | | |
| **02/16/2004** | 1.0 | Documentary review | 610 | $ | 610 |
| | | | | | - |
| **02/16/2004** | 1.0 | Preparation for planning meeting with the PwC Grace 404 team | 610 | | 610 |
| | | | | | - |
| **02/16/2004** | 4.0 | Attend the Sarbanes-Oxley planning/transition meeting.  Meeting was held to introduce D.Guzzo's successor, discuss Sarbanes workplan, discuss current progress under plan, and discuss plan for going forward. | 610 | | 2,440 |
| **Totals** | **6.0** | | | **$** | **3,660** |

**WR Grace, Inc.**
**Time Summary Report-Sarbanes-Oxley**
**Month Ended February 29, 2004**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|---|---|---|---|---|
| **Name:  Hermann Schutte** | | | | |
| **SARBANES-OXLEY RELATED TIME** | | | | |
| **01/29/2004** | 1.0 | Attend client background information and Sarbox forward planning meeting, including budet and international visits.  Meeting held between W. Choi, H. Schutte (PwC) | 487 | $    487 |
| **01/30/2004** | 2.0 | Compile a draft planning document for Sarbanes Oxley 404 assignment, including national and international visit approach by WR Grace and PwC | 487 | 974 |
| **02/02/2004** | 1.0 | Attend planning meeting to discuss planning document.  Meeting held between W. Choi, H. Schutte (PwC) | 487 | - 487 |
| **02/10/2004** | 1.0 | Attend meeting to discuss work done by WR Grace regarding the pilots in Mexico and Cananda, discuss WR Grace Sarbox Calander and finalising agenda for internal planning meeting with senior managers and partners.  Meeting held between W. Choi, H. Schutte (PwC) | 487 | - 487 |
| **02/16/2004** | 0.9 | Team planning meeting for Sarbanes Oxley project at WR Grace.  Meeting held between W. Choi, N. Govic, T. Hutcherson, B. Bishop, H. Schutte, J. Newstead (PwC) | 487 | - 438 |
| **02/16/2004** | 0.1 | Atten meeting to discuss way forward and to organise meeting with WR Grace and additional information required.  Meeting held between W. Choi, H. Schutte (PwC) | 487 | - 49 |
| **02/26/2005** | 4.0 | Attend the Sarbanes-Oxley planning/transition meeting.  Meeting was held to introduce D.Guzzo's successor, discuss Sarbanes workplan, discuss current progress under plan, and discuss plan for going forward. | 487 | - 1,948 |
| **Total** | **10.0** | | | **$   4,870** |

**W. R. Grace & Co.**
**Time Summary Report-Time Tracking**
**Month Ended February 29, 2004**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|------|-------|----------------------------------|-----------|----------|
| **M. Driscoll** | | | | |
| 02/13/04 | 1.10 | Prepare January time report | 416 | $    458 |
| **N. Govic** | | | | |
| 02/04/2004 | 1.20 | work on W.R Grace's quarterly time and expense filing | 342 | 410.4 |
| | | | 342 | 0 |
| 02/05/2004 | 1.70 | work on the January time and expense filing, send the initial notification to the team that the filing is due. | 342 | 581.4 |
| 02/07/2004 | 1.50 | work on W.R Grace's quarterly time and expense filing | 342 | 513 |
| 02/10/2004 | 0.40 | document Larry Farmer's January 2004 Time incurred on WR Grace for the bankruptcy court | 342 | 136.8 |
| | 0.80 | complete work on my january 2004 time and expense reporting | 342 | 273.6 |
| 02/17/2003 | 0.30 | Time tracking follow up with individuals not having submitted their time | 342 | 102.6 |
| | 0.30 | Time tracking with Nick Stromann (PwC) - showing him how to collect data | 342 | 102.6 |
| **A. Stickley** | | | | |
| 02/01/2004 | 1.40 | Completing January T&E documentation for bankruptcy reporting | 270 | $    378 |
| **Name:  Scott Tremble** | | | | |
| 02/06/2004 | 0.50 | Prepare and send January Time Tracking | 197 | $     99 |
| **Name:  Lauren Misler** | | | | |
| 02/22/2004 | 1.00 | Updated January 2004 Time tracking for entire team | 197 | 197 |
| | 0.50 | Time tracking for February | 197 | 98.5 |
| 02/25/2004 | 0.50 | Updated bankruptcy reporting for February including updating time tracking for team members not located in Columbia, Maryland | 197 | 98.5 |
| 02/21/2004 | 0.60 | Updated the expense reporting for January 2004 | 197 | 118.2 |
| 02/24/2004 | 0.50 | Updated bankruptcy reporting for February for Grace Team including updating of expense reporting | 197 | 98.5 |
| **Name:  N. Stromann** | | | | |
| 02/17/2004 | 3.40 | Compiling and formatting January time and expense information and emailing those persons who had yet to submit | 197 | 669.8 |
| | 2.40 | Continued to compile January time and expense information as received | 197 | 472.8 |
| 02/23/2004 | 2.30 | Continue compiling January time and expense for submissions from other team members | 197 | 453.1 |
| **Name:  S. David** | | | | |
| 02/17/2004 | 1.50 | Prepare January Time Reporting | 487 | 731 |
| **Name:  Michelle Gerety** | | | | |
| 2/17/04 | 1.00 | summarize and provide detail time schedule for bankruptcy committee | 608 | $    608.0 |
| **Total Hours** | **22.90** | | | |

| | |
|---|---|
| Total at Standard Rate | $  6,599.40 |
| 55 % Accrual Rate Adjustment | $ (3,629.67) |
| Total at 45% Accrual Rate | $  2,969.73 |
| Total Hours | 22.90 |

| | | |
|---|---|---|
| **Total Hours Spent** | **45.80** | **$12,562** |

| | |
|---|---|
| Total Cost of Time Tracking | $12,562 |
| Less 55% rate reduction | $6,909 |
| Total Cost of Tracking Time Billed to Grace | $5,653 |
| Total Hours Spent | 45.8 |