**EXHIBIT B**

| Date | Title | Total | Description |
|---|---|---|---|

**CONSOLIDATED AUDIT-EXPENSE DETAIL**
**For the Month Ended February 29, 2004**

**Nicholas Stromann**

| Date | Title | Total | Description |
|---|---|---|---|
| 02/17/2004 | Audit Associate | $ 14.00 | Mileage in Excess of Daily Commute (48 miles *.375)-$4 Metro |
| 02/18/2004 | Audit Associate | $ 14.00 | Mileage in Excess of Daily Commute (48 miles *.375)-$4 Metro |
| 02/19/2004 | Audit Associate | $ 14.00 | Mileage in Excess of Daily Commute (48 miles *.375)-$4 Metro |
| 02/23/2004 | Audit Associate | $ 14.00 | Mileage in Excess of Daily Commute (48 miles *.375)-$4 Metro |
| 02/24/2004 | Audit Associate | $ 14.00 | Mileage in Excess of Daily Commute (48 miles *.375)-$4 Metro |
| 02/25/2004 | Audit Associate | $ 14.00 | Mileage in Excess of Daily Commute (48 miles *.375)-$4 Metro |
| 02/26/2004 | Audit Associate | $ 14.00 | Mileage in Excess of Daily Commute (48 miles *.375)-$4 Metro |
| 02/27/2004 | Audit Associate | $ 14.00 | Mileage in Excess of Daily Commute (48 miles *.375)-$4 Metro |
|  |  | **$ 112.00** |  |

**Aimee Stickley**

| Date | Title | Total | Description |
|---|---|---|---|
| 02/07/2004 | Audit Associate | $ 13.85 | Working Lunch for Grace Team, (N. Govic, J. Zartman, A. Stickley) |
|  |  | **$ 13.85** |  |

**Nina Govic**

| Date | Title | Total | Description |
|---|---|---|---|
| 02/18/2004 | Audit Senior Associate | $ 40.80 | Overtime Dinner for Self, N. Stromann, L. Misler |
| 02/23/2004 | Audit Senior Associate | $ 44.12 | Overtime Dinner for Self, N. Stromann, L. Misler, Client |
| 02/16/2004 | Audit Senior Associate | $ 32.35 | Mileage in Excess of Daily Commute (93-7 miles) *.375 |
| 02/17/2004 | Audit Senior Associate | $ 32.35 | Mileage in Excess of Daily Commute (93-7 miles) *.375 |
| 02/18/2004 | Audit Senior Associate | $ 32.35 | Mileage in Excess of Daily Commute (93-7 miles) *.375 |
| 02/19/2004 | Audit Senior Associate | $ 32.35 | Mileage in Excess of Daily Commute (93-7 miles) *.375 |
| 02/20/2004 | Audit Senior Associate | $ 32.35 | Mileage in Excess of Daily Commute (93-7 miles) *.375 |
| 02/23/2004 | Audit Senior Associate | $ 32.35 | Mileage in Excess of Daily Commute (93-7 miles) *.375 |
| 02/24/2004 | Audit Senior Associate | $ 32.35 | Mileage in Excess of Daily Commute (93-7 miles) *.375 |
| 02/25/2004 | Audit Senior Associate | $ 32.35 | Mileage in Excess of Daily Commute (93-7 miles) *.375 |
| 02/26/2004 | Audit Senior Associate | $ 32.35 | Mileage in Excess of Daily Commute (93-7 miles) *.375 |
| 02/27/2004 | Audit Senior Associate | $ 32.35 | Mileage in Excess of Daily Commute (93-7 miles) *.375 |
|  |  | **$ 408.42** |  |

**Lauren Misler**

| Date | Title | Total | Description |
|---|---|---|---|
| 02/18/2004 | Audit Associate | $ 22.50 | Personal car mileage in excess of daily commute (25 miles) * .375 |
| 02/19/2004 | Audit Associate | $ 22.50 | Personal car mileage in excess of daily commute (25 miles) * .375 |
| 02/20/2004 | Audit Associate | $ 22.50 | Personal car mileage in excess of daily commute (25 miles) * .375 |
| 02/23/2004 | Audit Associate | $ 22.50 | Personal car mileage in excess of daily commute (25 miles) * .375 |
| 02/24/2004 | Audit Associate | $ 22.50 | Personal car mileage in excess of daily commute (25 miles) * .375 |
| 02/25/2004 | Audit Associate | $ 22.50 | Personal car mileage in excess of daily commute (25 miles) * .375 |
| 02/26/2004 | Audit Associate | $ 22.50 | Personal car mileage in excess of daily commute (25 miles) * .375 |
| 02/27/2004 | Audit Associate | $ 22.50 | Personal car mileage in excess of daily commute (25 miles) * .375 |
|  |  | **$ 180.00** |  |

**Will Choi**

| Date | Title | Total | Description |
|---|---|---|---|
| 02/03/2004 | Audit Manager | $ 28.12 | Mileage in Excess of Daily Commute (75 miles) *.375 |
| 02/11/2004 | Audit Manager | $ 28.12 | Mileage in Excess of Daily Commute (75 miles) *.375 |
| 2/17/2004 | Audit Manager | $ 28.12 | Mileage in Excess of Daily Commute (75 miles) *.375 |
| 2/18/2004 | Audit Manager | $ 28.12 | Mileage in Excess of Daily Commute (75 miles) *.375 |
| 2/19/2004 | Audit Manager | $ 28.12 | Mileage in Excess of Daily Commute (75 miles) *.375 |
| 2/23/2004 | Audit Manager | $ 28.12 | Mileage in Excess of Daily Commute (75 miles) *.375 |
| 2/26/2004 | Audit Manager | $ 28.12 | Mileage in Excess of Daily Commute (75 miles) *.375 |
| 2/29/2004 | Audit Manager | $ 28.12 | Mileage in Excess of Daily Commute (75 miles) *.375 |
|  |  | **$ 224.96** |  |

**Margaret Driscoll**

| Date | Title | Total | Description |
|---|---|---|---|
| 02/09/2004 | Senior Associate | $ 100.38 | Mileage in Excess of Daily Commute (240 miles) *.375 |
| 02/09/2004 | Senior Associate | $ 11.50 | Tolls from Philadelphia to Columbia, MD |
|  |  | **$ 111.88** |  |

**Peter Woolf**

| Date | Title | Total | Description |
|---|---|---|---|
| 01/20/2004 | Tax Partner | 36.37 | Lunch w/PwC Grace tax team |
| 01/22/2004 | Tax Partner | 45.40 | Lunch w/PwC Grace tax team |
| 01/23/2004 | Tax Partner | 90.54 | Lunch w/PwC Grace tax team re provision |
| 01/19/2004 | Tax Partner | 18.75 | Mileage in Excess of Daily Commute (50 miles) *.375 |
| 01/19/2004 | Tax Partner | 3.00 | Parking at WR Grace meeting |
| 01/20/2004 | Tax Partner | 37.50 | Mileage in Excess of Daily Commute (100 miles) *.375 |
| 01/22/2004 | Tax Partner | 18.75 | Mileage in Excess of Daily Commute (50 miles) *.375 |
| 01/23/2004 | Tax Partner | 18.75 | Mileage in Excess of Daily Commute (50 miles) *.375 |
| 01/23/2004 | Tax Partner | 18.75 | Mileage in Excess of Daily Commute (50 miles) *.375 |
| 01/26/2004 | Tax Partner | 3.00 | Parking at WR Grace meeting |
|  |  | **$ 290.81** |  |

**Jean Qi**

| Date | Title | Total | Description |
|---|---|---|---|
| 01/16/2004 | Senior Associate | 15.50 | Mileage in Excess of Daily Commute (60 miles) *.375 |
| 01/19/2004 | Senior Associate | 15.50 | Mileage in Excess of Daily Commute (60 miles) *.375 |

| | | | | |
|---|---|---|---|---|
| | 01/20/2004 | Senior Associate | 15.50 | Mileage in Excess of Daily Commute (60 miles) *.375 |
| | 01/21/2004 | Senior Associate | 15.50 | Mileage in Excess of Daily Commute (60 miles) *.375 |
| | 01/22/2004 | Senior Associate | 15.50 | Mileage in Excess of Daily Commute (60 miles) *.375 |
| | 01/21/2004 | Senior Associate | 15.50 | Mileage in Excess of Daily Commute (60 miles) *.375 |
| | 02/13/2004 | Senior Associate | 30.00 | Parking to deliver Grace files |
| | | | **$ 123.00** | |
| **Larry Farmer** | 02/11/2004 | Audit Partner | 24.38 | Personal car mileage in excess of daily commute (65 miles) * .375 |
| | 02/12/2004 | Audit Partner | 24.38 | Personal car mileage in excess of daily commute (65 miles) * .375 |
| | 02/12/2004 | Audit Partner | 24.38 | Personal car mileage in excess of daily commute (65 miles) * .375 |
| | | | **$ 73.14** | |

**CONSOLIDATED AUDIT**
**EXPENSE DETAIL**
**For the Month Ended February 29, 2004**

| Personnel | Date | Transportation | Lodging | Sundry | Business Meals and Entertainment | Description |
|---|---|---|---|---|---|---|
| Nicholas Stromann | 02/17/2004 | $ 14.00 | | | | Personal car mileage |
| Nicholas Stromann | 02/18/2004 | $ 14.00 | | | | Personal car mileage |
| Nicholas Stromann | 02/19/2004 | $ 14.00 | | | | Personal car mileage |
| Nicholas Stromann | 02/23/2004 | $ 14.00 | | | | Personal car mileage |
| Nicholas Stromann | 02/24/2004 | $ 14.00 | | | | Personal car mileage |
| Nicholas Stromann | 02/25/2004 | $ 14.00 | | | | Personal car mileage |
| Nicholas Stromann | 02/26/2004 | $ 14.00 | | | | Personal car mileage |
| Nicholas Stromann | 02/27/2004 | $ 14.00 | | | | Personal car mileage |
| Aimee Stickley | 02/07/2004 | | | | $ 13.85 | Working Lunch for Grace Team, (N. Govic, J. Zartman, A. Stickley) |
| Nina Govic | 02/18/2004 | | | | $ 40.80 | Overtime Dinner for Self, N. Stromann, L. Misler |
| Nina Govic | 02/23/2004 | | | | $ 44.12 | Overtime Dinner for Self, N. Stromann, L. Misler, Client |
| Nina Govic | 02/16/2004 | $ 32.35 | | | | Personal car mileage |
| Nina Govic | 02/17/2004 | $ 32.35 | | | | Personal car mileage |
| Nina Govic | 02/18/2004 | $ 32.35 | | | | Personal car mileage |
| Nina Govic | 02/19/2004 | $ 32.35 | | | | Personal car mileage |
| Nina Govic | 02/20/2004 | $ 32.35 | | | | Personal car mileage |
| Nina Govic | 02/23/2004 | $ 32.35 | | | | Personal car mileage |
| Nina Govic | 02/24/2004 | $ 32.35 | | | | Personal car mileage |
| Nina Govic | 02/25/2004 | $ 32.35 | | | | Personal car mileage |
| Nina Govic | 02/26/2004 | $ 32.35 | | | | Personal car mileage |
| Nina Govic | 02/27/2004 | $ 32.35 | | | | Personal car mileage |
| Will Choi | 02/03/2004 | $ 28.12 | | | | Personal car mileage |
| Will Choi | 02/11/2004 | $ 28.12 | | | | Personal car mileage |
| Will Choi | 2/17/2004 | $ 28.12 | | | | Personal car mileage |
| Will Choi | 2/18/2004 | $ 28.12 | | | | Personal car mileage |
| Will Choi | 2/19/2004 | $ 28.12 | | | | Personal car mileage |
| Will Choi | 2/23/2004 | $ 28.12 | | | | Personal car mileage |
| Will Choi | 2/26/2004 | $ 28.12 | | | | Personal car mileage |
| Will Choi | 2/29/2004 | $ 28.12 | | | | Personal car mileage |
| Margaret Driscoll | 02/09/2004 | $ 100.38 | | | | Personal car mileage |
| Margaret Driscoll | 02/09/2004 | | | $ 11.50 | | Tolls |
| Peter Woolf | 01/20/2004 | | | | $ 36.37 | Lunch w/PwC Grace tax team |
| Peter Woolf | 01/22/2004 | | | | $ 45.40 | Lunch w/PwC Grace tax team |
| Peter Woolf | 01/23/2004 | | | | $ 90.54 | Lunch w/PwC Grace tax team re provision |
| Peter Woolf | 01/19/2004 | $ 18.75 | | | | Personal car mileage |
| Peter Woolf | 01/19/2004 | $ 3.00 | | | | Parking re meeting |
| Peter Woolf | 01/20/2004 | $ 37.50 | | | | Personal car mileage |
| Peter Woolf | 01/22/2004 | $ 18.75 | | | | Personal car mileage |
| Peter Woolf | 01/23/2004 | $ 18.75 | | | | Personal car mileage |
| Peter Woolf | 01/23/2004 | $ 18.75 | | | | Personal car mileage |
| Peter Woolf | 01/26/2004 | $ 3.00 | | | | Parking re meeting |
| Jean Qi | 01/16/2004 | $ 15.50 | | | | Personal car mileage |
| Jean Qi | 01/19/2004 | $ 15.50 | | | | Personal car mileage |
| Jean Qi | 01/20/2004 | $ 15.50 | | | | Personal car mileage |
| Jean Qi | 01/21/2004 | $ 15.50 | | | | Personal car mileage |
| Jean Qi | 01/22/2004 | $ 15.50 | | | | Personal car mileage |
| Jean Qi | 01/21/2004 | $ 15.50 | | | | Personal car mileage |
| Jean Qi | 02/13/2004 | $ 30.00 | | | | Parking to deliver Grace files |
| Larry Farmer | 02/11/2004 | $ 24.38 | | | | Personal car mileage |
| Larry Farmer | 02/12/2004 | $ 24.38 | | | | Personal car mileage |
| Larry Farmer | 02/12/2004 | $ 24.38 | | | | Personal car mileage |
| Lauren Misler | 02/18/2004 | $ 22.50 | | | | Personal car mileage |
| Lauren Misler | 02/19/2004 | $ 22.50 | | | | Personal car mileage |
| Lauren Misler | 02/20/2004 | $ 22.50 | | | | Personal car mileage |
| Lauren Misler | 02/23/2004 | $ 22.50 | | | | Personal car mileage |
| Lauren Misler | 02/24/2004 | $ 22.50 | | | | Personal car mileage |
| Lauren Misler | 02/25/2004 | $ 22.50 | | | | Personal car mileage |
| Lauren Misler | 02/26/2004 | $ 22.50 | | | | Personal car mileage |
| Lauren Misler | 02/27/2004 | $ 22.50 | | | | Personal car mileage |

| Summary | Total | Transportation | Lodging | Sundry | Business Meals |
|---|---|---|---|---|---|
| | $ 1,538.06 | $ 1,255.48 | $ - | $ 11.50 | $ 271.08 |