**NO ORDER REQUIRED**

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objections Due by: April 13, 2004 at 4:00 p.m.** |
| | ) | **Hearing Date: Hearing will be held if necessary** |

**CERTIFICATION OF NO OBJECTION**
**REGARDING DOCKET NO.  5332**

The undersigned hereby certifies that, as of the date hereof, she has received no answer,

objection or other responsive pleading to the Sixteenth Interim Application For Compensation

For Services Rendered and Reimbursement of Expenses of Hamilton, Rabinovitz & Alschuler,

Inc. ("the Application").   The undersigned further certifies that the Court's docket in this case

reflects that no answer, objection or other responsive pleading to the Application has been filed.

Pursuant to the Notice of Application, objections to the Application were to be filed and served

no later than April 13, 2004.

Pursuant to the Amended Administrative Order Under 11 USC §§105(a) and 331

Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for

Professionals and Official Committee Members ("the Order") dated April 17, 2002, the Debtors

are authorized to pay the Applicant $2,280.00 which represents 80% of the fees ($2,850.00) and

$726.05, which represents 100% of the expenses requested in the Application for the period July

17, 2003 through November 30, 2003, upon the filing of this certification and without the

need for entry of a Court order approving the Application.

                        FERRY, JOSEPH & PEARCE, P.A.


                        /s/ Theodore J. Tacconelli
                        Michael B. Joseph (#392)
                        Theodore J. Tacconelli (#2678)
                        824 Market Street, Suite 904
                        P.O. Box 1351
                        Wilmington, DE. 19899
                        (302) 575-1555
                        Local Counsel to the Official Committee of
                        Asbestos Property Damage Claimants

                        -and-

                        Bilzin Sumberg Baena Price & Axelrod LLP
                        Scott L. Baena, Esq.
                        Jay M. Sakalo, Esq.
                        Allyn S. Danzeisen, Esq.
                        2500 Whacovia Financial Center
                        200 South Biscayne Boulevard
                        Miami, FL 33131-2336
                        Counsel to the Official Committee of Asbestos
                        Property Damage Claimants

Dated: April 14, 2004