# EXHIBIT A

# In re: W.R. GRACE & CO., et al

## OMNIBUS 3: EXHIBIT A - AMENDED CLAIMS

| # | Claim To Be Expunged | | | | | Surviving Claim | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** |
| 1 | ASHLAND INCORPORATED C/O COLLECTION DEPT DS3 PO BOX 2219 COLUMBUS OH 43216 | 01-01139 | 2711 | $32,032.35 | (U) | ASHLAND INCORPORATED PO BOX 2219 COLLECTION DEPT DS3 COLUMBUS OH 43216 | 01-01139 | 15349 | $40,641.07 | (U) |
| 2 | BALTIMORE GAS AND ELECTRIC COMPANY PO BOX 1475 BALTIMORE MD 21203 | 01-01139 | 3079 | $729,713.58 | (U) | BALTIMORE GAS AND ELECTRIC COMPANY PO BOX 1475 BALTIMORE MD 21203 | 01-01139 | 15320 | $179,719.73 | (U) |
| 3 | COMPUTER TASK GROUP INC ATTN: MARK STUHMILLER 800 DELAWARE AVE BUFFALO NY 14209 | 01-01140 | 177 | $16,376.00 | (U) | COMPUTER TASK GROUP INC C/O SIERRA CAPITAL 2699 WHITE RD STE 255 IRVINE CA 92614 | 01-01139 | 649 | $4,380.00 | (U) |
| 4 | CONDEA VISTA COMPANY PO BOX 74708 CHICAGO IL 60694-4708 | 01-01140 | 337 | $37,375.20 | (U) | SASOL NORTH AMERICA INC PO BOX 74708 CHICAGO IL 60694-4708 | 01-01139 | 15359 | $37,375.20 | (U) |
| 5 | DALLAS COUNTY C/O ELIZABETH WELLER LINEBARGER GOGGAN BLAIR PENA AND SAMPSON LLP 2323 BRYAN ST 1720 UNIVISION CTR DALLAS TX 75201-2644 | 01-01139 | 1992 | $3,914.13 | (S) | DALLAS COUNTY C/O ELIZABETH WELLER LINEBARGER GOGGAN BLAIR & SAMPSON LLP 2323 BRYAN ST, SUITE 1600 DALLAS TX 75201 | 01-01139 | 15313 | $6,076.05 | (S) |
| 6 | DEPT OF THE TREASURY IRS 31 HOPKINS PLAZA STOP ROOM 1140 BALTIMORE MD 21201 | 01-01198 | 509 | $77,484,675.40  (P) $5,887.05  (U) | | DEPARTMENT OF THE TREASURY-INTERNAL 31 HOPKINS PLAZA ROOM 1150 BALTIMORE MD 21201 | 01-01198 | 15361 | $35,245,049.60 | (P) |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

**(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured

**In re: W.R. GRACE & CO., et al**

**OMNIBUS 3: EXHIBIT A - AMENDED CLAIMS**

| | Claim To Be Expunged | | | | | Surviving Claim | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** |
| 7 | DEPT OF TREASURY IRS<br>ROOM 1120<br>31 HOPKINS PLAZA<br>BALTIMORE MD 21201 | 01-01140 | 463 | $198,765,753.35<br>$34,411.52 | (P)<br>(U) | DEPT OF THE TREASURY-INTRNAL REVENU<br>31 HOPKINS PLAZA ROOM 1150<br>BALTIMORE MD 21201 | 01-01140 | 830 | $311,165,753.35<br>$34,411.52 | (P)<br>(U) |
| 8 | ENTERGY GULF STATES INC<br>MAIL UNIT LJEF359<br>PO BOX 6008<br>NEW ORLEANS LA 70174 | 01-01139 | 406 | $637,294.92 | (U) | CONTRARIAN CAPITAL TRADE CLAIMS LP<br>ASSIGNEE OF ENTERGY GULF STATES INC<br>ATTN: ALPA JIMENEZ<br>411 W PUTNAM AVE, SUITE 225<br>GREENWICH CT 06830 | 01-01140 | 9192 | $637,294.92 | (U) |
| 9 | FIDELITY & DEPOSIT CO. OF MARYLAND<br>5026 CAMPBELL BLVD SUITE C<br>BALTIMORE MD 21236 | 01-01140 | 593 | $56,894.70 | (U) | CONTRARIAN CAPITAL TRADE CLAIMS LP<br>ASSIGNEE OF FIDELITY & DEPOSIT OF MARYLAND<br>ATTN: ALPA JIMENEZ<br>411 W PUTNAM AVE, SUITE 225<br>GREENWICH CT 06830 | 01-01140 | 9185 | $56,894.70 | (U) |
| 10 | GE INDUSTRIAL SYSTEMS<br>41 WOODFORD AVE<br>PLAINVILLE CT 06062-2334 | 01-01140 | 344 | $22,389.88 | (U) | CONTRARIAN CAPITAL TRADE CLAIMS LP<br>ASSIGNEE OF GENERAL ELECTRIC CO<br>ATTN: ALPA JIMENEZ<br>411 W PUTNAM AVE, SUITE 225<br>GREENWICH CT 06830 | 01-01140 | 9189 | $22,389.88 | (U) |
| 11 | HERCULES INCORPORATED<br>1313 N MARKET ST<br>WILMINGTON DE 19894-0001 | 01-01140 | 363 | $137,372.25 | (U) | CONTRARIAN CAPITAL TRADE CLAIMS LP<br>ASSIGNEE OF HERCULES INC<br>ATTN: ALPA JIMENEZ<br>411 W PUTNAM AVE, SUITE 225<br>GREENWICH CT 06830 | 01-01140 | 9193 | $137,372.25 | (U) |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

**(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured

4/14/2004 12:32:49 PM

## In re: W.R. GRACE & CO., et al

## OMNIBUS 3: EXHIBIT A - AMENDED CLAIMS

| | Claim To Be Expunged | | | | | Surviving Claim | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** |
| 12 | INDIANA DEPARTMENT OF REVENUE BANKRUPTCY SECTION, ROOM N-203 100 N SENATE AVE INDIANAPOLIS IN 46204 | 01-01139 | 15305 | $1,131,073.61 $114,650.59 | (P) (U) | INDIANA DEPARTMENT OF REVENUE 100 N SENATE AVE BANKRUPTCY SECTION ROOM N-203 INDIANAPOLIS IN 46204 | 01-01139 | 15355 | $403,130.64 $40,348.43 | (P) (U) |
| 13 | INTERNATIONAL PAPER ARIZONA CHEMICA ATTN: LEE WALKER 6775 LENOX CENTER COURT MEMPHIS TN 38115 | 01-01140 | 349 | $208,595.34 | (U) | ARIZONA CHEMICAL 4049 WILLOW LAKE BLVD MEMPHIS TN 38118 | 01-01139 | 1106 | $211,684.16 | (U) |
| 14 | LOS ANGELES COUNTY TAX COLLECTOR ATTN: ELIZABETH H MCDANIEL PROPERTY TAX DIVISION PO BOX 54018 LOS ANGELES CA 90054-0018 | 01-01139 | 2308 | $30,426.53 | (S) | LOS ANGELES COUNTY TAX COLLECTOR PO BOX 54018 ATTN CAROLYNE HEAROD LOS ANGELES CA 90054-0018 | 01-01139 | 15368 | $8,551.03 | (S) |
| 15 | MASSACHUSETTS DEPARTMENT OF REVEN C/O ANNE CHAN BOX 55484 BOSTON MA 02205-5484 | 01-01140 | 4081 | $35,434,634.69 | (P) | THE COMMONWEALTH OF MASSACHUSETTS C/O ANNE CHAN TAX EXAMINER BOX 55484 BOSTON MA 02205-5484 | 01-01140 | 15533 | $35,423,945.06 | (P) |
| 16 | NEW YORK STATE DEPT OF TAXATION BANKRUPTCY SECTION PO BOX 5300 ALBANY NY 12205-0300 | 01-01146 | 850 | $8,072.09 $22,368.97 | (P) (U) | NY STATE DEPT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY NY 12205-0300 | 01-01146 | 15316 | $7,509.78 $4,127.62 | (P) (U) |
| 17 | NEW YORK STATE DEPT OF TAXATION & FI BANKRUPTCY SECTION PO BOX 5300 ALBANY NY 12205-0300 | 01-01139 | 2704 | $114,257.19 | (U) | NEW YORK STATE DEPT OF TAXATION & FIN BANKRUPTCY SECTION PO BOX 5300 ALBANY NY 12205-0300 | 01-01139 | 15165 | $267,817.79 | (U) |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

**(A) - Administrative  (S) - Secured
(P) - Priority  (U) - Unsecured

4/14/2004 12:32:49 PM

## In re: W.R. GRACE & CO., et al

## OMNIBUS 3: EXHIBIT A - AMENDED CLAIMS

| | Claim To Be Expunged | | | | | Surviving Claim | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** |
| 18 | NEW YORK STATE DEPT OF TAXATION AND<br>BANCKRUPTSY SECTION<br>PO BOX 5300<br>ALBANY NY 12205-0300 | 01-01140 | 2705 | $465.83 (S)<br>$10.41 (P)<br>$467.00 (U) | | NEW YORK STATE DEPARTMENT OF TAXATI<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY NY 12205-0300 | 01-01140 | 15350 | $465.83 (S) |
| 19 | ORANGE COUNTY TREASURER-TAX COLLE<br>PO BOX 1438<br>SANTA ANA CA 92702 | 01-01140 | 15314 | $26,918.96 (P)<br>$15,083.57 (U) | | ORANGE COUNTY TREASURER-TAX COLLEC<br>PO BOX 1438<br>SANTA ANA CA 92702 | 01-01140 | 15317 | $27,053.18 (P) |
| 20 | STATE OF CALIFORNIA STATE BOARD OF E<br>SPECIAL PROCEDURES SECTION, MIC:55<br>PO BOX 942879<br>SACRAMENTO CA 94279-0055 | 01-01179 | 15323 | $89,042.08 (P) | | STATE BOARD OF EQUILIZATION<br>SPECIAL PROCEDURES SECTION, MIC:55<br>PO BOX 942879<br>SACRAMENTO CA 94279-0055 | 01-01179 | 15338 | $21,140.85 (P) |
| 21 | STATE OF MONTANA DEPT OF ENVIRONME<br>C/O ATTORNEY GENERAL<br>BANKRUPTCY UNIT<br>PO BOX 201440<br>HELENA MT 59620-1440 | 01-01140 | 6100 | $39,000.00 (S)<br>$8,471,022.16 (U) | | STATE OF MONTANA DEPT OF ENVIRONMEN<br>ATTORNEY GENERAL<br>BANKRUPTCY UNIT<br>PO BOX 201440<br>HELENA MT 59620-1440 | 01-01140 | 15296 | $39,000.00 (S)<br>$8,471,022.16 (U) |
| 22 | STATE OF NEW JERSEY DEPT OF TREASUR<br>DIV OF TAXATION<br>PO BOX 245<br>TRENTON NJ 06695-0245 | 01-01140 | 785 | $116,629.24 (A) | | STATE OF NEW JERSEY DEPARTMENT OF T<br>DIVISION OF TAXATION<br>PO BOX 245<br>TRENTON NJ 08695-0245 | 01-01140 | 15324 | $258,629.24 (A) |
| 23 | TN DEPT OF ENVIR & CONSERV<br>C/O TN ATTY GENERAL<br>BANKRUPTCY & COLLECTIONS DIV<br>PO BOX 202007<br>NASHVILLE TN 37202-0207 | 01-01139 | 18 | $1,729.58 (U) | | TN DEPT OF ENVIRONMENT AND CONSERVA<br>C/O TN ATTY GENERAL<br>BANKRUPTCY DIV<br>PO BOX 20207<br>NASHVILLE TN 37202-0207 | 01-01139 | 12791 | $12,667.05 (U) |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

**(A)** - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured

4/14/2004 12:32:49 PM

# In re: W.R. GRACE & CO., et al

## OMNIBUS 3: EXHIBIT A - AMENDED CLAIMS

| | Claim To Be Expunged | | | | | Surviving Claim | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* / Claim Class** |
| 24 | US DEPT OF COMMERCE BUREAU OF INDU<br>ATTN: CHRISTINE LEE<br>14TH ST & CONSTITUTION AVE NW RM 3839<br>WASHINGTON DC 20230 | 01-01140 | 5524 | $561,000.00 | (U) | US DEPT OF COMMERCE BUREAU OF INDUS<br>14TH ST & CONSTITUTION AVE NW RM 3839<br>ATTN: CHRISTINE LEE<br>WASHINGTON DC 20230 | 01-01140 | 15342 | $178,500.00 (U) |

Total Claims Expunged:    24        Total Dollars Expunged:        $324,349,538.17

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

**(A) - Administrative        (S) - Secured
(P) - Priority        (U) - Unsecured

4/14/2004 12:32:49 PM