# EXHIBIT B

## In re: W.R. GRACE & CO., et al
## OMNIBUS 3: EXHIBIT B - DUPLICATE CLAIMS

| | Claim To Be Expunged | | | | | Surviving Claim | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* Claim Class** |
| 1 | INDIANA DEPARTMENT OF REVENUE<br>BANKRUPTCY SECTION RM N-203<br>100 N SENATE AVE<br>INDIANAPOLIS IN 46204 | 01-01139 | 15319 | $1,131,073.61<br>$114,650.59 | (P)<br>(U) | INDIANA DEPARTMENT OF REVENUE<br>BANKRUPTCY SECTION, ROOM N-203<br>100 N SENATE AVE<br>INDIANAPOLIS IN 46204 | 01-01139 | 15305 | $1,131,073.61 (P)<br>$114,650.59 (U) |
| 2 | OEC FLUID HANDLING INC<br>PO BOX 2807<br>SPARTANBURG SC 29304 | 01-01140 | 15354 | $61,685.11 | (U) | OEC FLUID HANDLING INC<br>PO BOX 2807<br>SPARTANBURG SC 29304 | 01-01140 | 7592 | $61,685.11 (U) |
| 3 | ORANGE COUNTY TREASURER-TAX COLLE<br>PO BOX 1438<br>SANTA ANA CA 92702 | 01-01140 | 15318 | $27,053.18 | (P) | ORANGE COUNTY TREASURER-TAX COLLEC<br>PO BOX 1438<br>SANTA ANA CA 92702 | 01-01140 | 15317 | $27,053.18 (P) |
| 4 | STATE OF NEW JERSEY DEPARTMENT OF T<br>DIVISION OF TAXATION<br>PO BOX 245<br>TRENTON NJ 08695-0245 | 01-01140 | 15351 | $258,629.24 | (A) | STATE OF NEW JERSEY DEPARTMENT OF T<br>DIVISION OF TAXATION<br>PO BOX 245<br>TRENTON NJ 08695-0245 | 01-01140 | 15324 | $258,629.24 (A) |
| 5 | TURF DYNAMICS<br>C/O DON HOLDAWAY<br>4450 S CHEROKEE ST<br>ENGLEWOOD CO 80110 | 01-01139 | 15312 | $809.00 | (U) | TURF DYNAMICS<br>ATTN: DON HOLDAWAY<br>4450 S CHEROKEE ST<br>ENGLEWOOD CO 80110 | 01-01139 | 1536 | $809.00 (U) |

**Total Claims Expunged:** 5   **Total Dollars Expunged:** $1,593,900.73

\*\*(A) - Administrative   (S) - Secured
(P) - Priority   (U) - Unsecured

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.