# EXHIBIT C

## In re: W.R. GRACE & CO., et al
## OMNIBUS 3: EXHIBIT C - LATE FILED CLAIMS

| | Creditor Name / Address | Case Number | Claim Number | Docketed Claim Date | Total Claim Dollars | Reason For Proposed Disallowance |
|---|---|---|---|---|---|---|
| 1 | COURTEMANCHE, LESLIE MARIE<br>97 FELLSMERE ST<br>LYNN MA 01904 | 01-01140<br>W.R. GRACE & CO.-CONN. | 15348 | 10/14/2003 | | CLAIM FILED AFTER 3/31/03 BAR DATE. |
| 2 | DOT RAIL SERVICE OF INDIANA INC<br>PO BOX 361<br>LA SALLE IL 61301 | 01-01140<br>W.R. GRACE & CO.-CONN. | 15311 | 6/25/2003 | $35,182.19 | CLAIM FILED AFTER 3/31/03 BAR DATE. |
| 3 | HERNANDEZ, PEDRO<br>PO BOX 8267<br>PONCE PR 00732-8267 | 01-01139<br>W.R. GRACE & CO. | 15321 | 7/24/2003 | $61,000.00 | CLAIM FILED AFTER 3/31/03 BAR DATE. |
| 4 | INDIANAPOLIS DRUM SERVICE DIV OF CDS INC<br>PO BOX 16141<br>LUDLOW KY 41016 | 01-01139<br>W.R. GRACE & CO. | 15347 | 9/29/2003 | $200.63 | CLAIM FILED AFTER 3/31/03 BAR DATE. |
| 5 | NELSON, DENNIS<br>PO BOX 149<br>A C F<br>ATTICA NY 14011 | 01-01139<br>W.R. GRACE & CO. | 15367 | 1/15/2004 | $250,000,000.00 | CLAIM FILED AFTER 3/31/03 BAR DATE. |
| 6 | NELSON, DENNIS<br>PO BOX 149<br>ATTICA CORR FACILITY EXCHANGE STR. RD<br>ATTICA NY 14011 | 01-01139<br>W.R. GRACE & CO. | 15365 | 11/12/2003 | $250,000,000.00 | CLAIM FILED AFTER 3/31/03 BAR DATE. |
| 7 | ORANGE COUNTY TREASURER TAX COLLECTOR<br>PO BOX 1438<br>SANTA ANA CA 92702 | 01-01140<br>W.R. GRACE & CO.-CONN. | 15357 | 8/20/2003 | $22,774.20 | CLAIM FILED AFTER 3/31/03 BAR DATE. |
| 8 | ORANGE COUNTY TREASURER-TAX COLLECTOR<br>PO BOX 1438<br>SANTA ANA CA 92702 | 01-01140<br>W.R. GRACE & CO.-CONN. | 15318 | 6/6/2003 | $27,053.18 | CLAIM FILED AFTER 3/31/03 BAR DATE. |
| 9 | ORANGE COUNTY TREASURER-TAX COLLECTOR<br>PO BOX 1438<br>SANTA ANA CA 92702 | 01-01140<br>W.R. GRACE & CO.-CONN. | 15317 | 5/22/2003 | $27,053.18 | CLAIM FILED AFTER 3/31/03 BAR DATE. |
| 10 | ORANGE COUNTY TREASURER-TAX COLLECTOR<br>PO BOX 1438<br>SANTA ANA CA 92702 | 01-01140<br>W.R. GRACE & CO.-CONN. | 15314 | 4/7/2003 | $42,002.53 | CLAIM FILED AFTER 3/31/03 BAR DATE. |

## In re: W.R. GRACE & CO., et al
## OMNIBUS 3: EXHIBIT C - LATE FILED CLAIMS

| | Creditor Name / Address | Case Number | Claim Number | Docketed Claim Date | Total Claim Dollars | Reason For Proposed Disallowance |
|---|---|---|---|---|---|---|
| 11 | STATE BOARD OF EQUILIZATION<br>SPECIAL PROCEDURES SECTION, MIC:55<br>PO BOX 942879<br>SACRAMENTO CA 94279-0055 | 01-01179<br>W.R. GRACE CAPITAL CORPORATION | 15338 | 8/29/2003 | $21,140.85 | CLAIM FILED AFTER 3/31/03 BAR DATE. |
| 12 | STATE OF CALIFORNIA STATE BOARD OF EQUALIZATION<br>SPECIAL PROCEDURES SECTION, MIC:55<br>PO BOX 942879<br>SACRAMENTO CA 94279-0055 | 01-01179<br>W.R. GRACE CAPITAL CORPORATION | 15323 | 7/31/2003 | $89,042.08 | CLAIM FILED AFTER 3/31/03 BAR DATE. |
| 13 | TURF DYNAMICS<br>C/O DON HOLDAWAY<br>4450 S CHEROKEE ST<br>ENGLEWOOD CO 80110 | 01-01139<br>W.R. GRACE & CO. | 15312 | 7/3/2003 | $809.00 | CLAIM FILED AFTER 3/31/03 BAR DATE. |
| 14 | WILSON, MARCUS R<br>2201 DICKENS ST<br>MOBILE AL 36617 | 01-01139<br>W.R. GRACE & CO. | 15339 | 9/8/2003 | BLANK | CLAIM FILED AFTER 3/31/03 BAR DATE. |
| 15 | WILSON, MARCUS ROZHIA<br>2201 DICKENS STREET<br>MOBILE AL 36617 | 01-01140<br>W.R. GRACE & CO.-CONN. | 15340 | 9/8/2003 | | CLAIM FILED AFTER 3/31/03 BAR DATE. |

| | | |
|---|---|---|
| totals: | $500,000,000.00 | (S) |
| | $213,982.45 | (P) |
| | $112,275.39 | (U) |