# EXHIBIT D

## In re: W.R. GRACE & CO., et al
## OMNIBUS 3: EXHIBIT D - NO SUPPORTING DOCUMENTATION CLAIMS

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Reason For Proposed Disallowance |
|---|---|---|---|---|---|---|
| 1 | ADP INVESTOR COMMUNICATION SERVICES<br>51 MERCEDES WAY<br>ATTN JOHN FARGNOLI<br>EDGEWOOD NY 11717 | 01-01139<br>W.R. GRACE & CO. | 1903 | $265.75 | (U) | NO DOCUMENTS SUBMITTED TO SUPPORT CLAIM. |
| 2 | ARDAMAN & ASSOC INC<br>8008 S ORANGE AVE<br>ORLANDO FL 32809 | 01-01139<br>W.R. GRACE & CO. | 1499 | $220.00 | (U) | NO DOCUMENTS SUBMITTED TO SUPPORT CLAIM. |
| 3 | BEAGLE, JOHN H<br>297 RIVER RD<br>ENOREE SC 29335 | 01-01179<br>W.R. GRACE CAPITAL CORPORATION | 13745 | BLANK | (P) | NO DOCUMENTS SUBMITTED TO SUPPORT CLAIM. |
| 4 | BELLOCK, WAYNE<br>PO BOX 202<br>WHITE CASTLE LA 70788 | 01-01140<br>W.R. GRACE & CO.-CONN. | 2592 | $100,000.00 | (U) | NO DOCUMENTS SUBMITTED TO SUPPORT CLAIM. |
| 5 | BERRY, SUSAN H<br>164 YELLOWTAIL RD<br>LIBBY MT 59923 | 01-01139<br>W.R. GRACE & CO. | 2698 | BLANK | (U) | NO DOCUMENTS SUBMITTED TO SUPPORT CLAIM. |
| 6 | BRAZIEL, MARY<br>PO BOX 1154<br>NATALBANY LA 70451 | 01-01140<br>W.R. GRACE & CO.-CONN. | 1230 | BLANK | (U) | NO DOCUMENTS SUBMITTED TO SUPPORT CLAIM. |
| 7 | BRYE, JAMES E<br>4412 BRUNWICKS DR<br>EIGHT MILE AL 36613 | 01-01139<br>W.R. GRACE & CO. | 2173 | BLANK<br>BLANK | (P)<br>(U) | NO DOCUMENTS SUBMITTED TO SUPPORT CLAIM. |
| 8 | CASCADE AQUA-TECH INC<br>11845 NE MARX<br>PORTLAND OR 97220 | 01-01139<br>W.R. GRACE & CO. | 1046 | $410.00 | (U) | NO DOCUMENTS SUBMITTED TO SUPPORT CLAIM. |
| 9 | CED<br>PO BOX 3225<br>LOUISVILLE KY 40201 | 01-01140<br>W.R. GRACE & CO.-CONN. | 1068 | $1,665.31 | (U) | NO DOCUMENTS SUBMITTED TO SUPPORT CLAIM. |
| 10 | CHIKOUSKY, FRED & SARA<br>ATTN: FRED CHIKOUSKY<br>1720 HARRISON PL 7TH FL<br>HOLLYWOOD FL 33020 | 01-01139<br>W.R. GRACE & CO. | 1818 | BLANK | (U) | NO DOCUMENTS SUBMITTED TO SUPPORT CLAIM. |
| 11 | CLINICAL SUPPLY COMPANY<br>5639 UNION CENTRE DR<br>WEST CHESTER OH 45069 | 01-01139<br>W.R. GRACE & CO. | 1289 | $3,118.91 | (U) | NO DOCUMENTS SUBMITTED TO SUPPORT CLAIM. |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.   **(A) - Administrative   (S) - Secured
(P) - Priority   (U) - Unsecured

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

In re: W.R. GRACE & CO., et al
## OMNIBUS 3: EXHIBIT D - NO SUPPORTING DOCUMENTATION CLAIMS

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Reason For Proposed Disallowance |
|---|---|---|---|---|---|---|
| 12 | CONOPCO INC AND ITS OPERATING AND SUBSID<br>C/O HIH SONG KIM ESQ<br>390 PARK AVE<br>NEW YORK  NY  10022 | 01-01139<br>W.R. GRACE & CO. | 14693 | UNKNOWN | (U) | NO DOCUMENTS SUBMITTED TO SUPPORT CLAIM. |
| 13 | CONSTRUCTION SPECIFICATIONS INSTITUTE<br>99 CANAL CENTER PLZ<br>ALEXANDRIA  VA  22314 | 01-01139<br>W.R. GRACE & CO. | 2338 | $31,800.00 | (U) | NO DOCUMENTS SUBMITTED TO SUPPORT CLAIM. |
| 14 | CONTAINER DEPOT INDUSTRIES<br>8311 FISCHER RD<br>BALTIMORE  MD  21222 | 01-01139<br>W.R. GRACE & CO. | 969 | BLANK | (U) | NO DOCUMENTS SUBMITTED TO SUPPORT CLAIM. |
| 15 | COOKSEY, RICHARD<br>C/O STEPHEN C EMBRY ESQ<br>EMBRY & NEUSNER<br>118 POQUONNOCK ROAD<br>GROTON  CT  06340 | 01-01140<br>W.R. GRACE & CO.-CONN. | 424 | $1,000,000.00 | (U) | NO DOCUMENTS SUBMITTED TO SUPPORT CLAIM. |
| 16 | COSEY, DENNIS B<br>3737 N 11TH ST<br>MILWAUKEE  WI  53206 | 01-01139<br>W.R. GRACE & CO. | 1241 | BLANK | (U) | NO DOCUMENTS SUBMITTED TO SUPPORT CLAIM. |
| 17 | CUNNINGHAM, VERNON<br>515 WISCONSIN AVE<br>LIBBY  MT  59923 | 01-01140<br>W.R. GRACE & CO.-CONN. | 9826 | BLANK | (U) | NO DOCUMENTS SUBMITTED TO SUPPORT CLAIM. |
| 18 | DAGOSTINO, RITA J<br>74 PARIS ST<br>MEDFORD  MA  02155 | 01-01139<br>W.R. GRACE & CO. | 1348 | $2,000,000,000.00 | (U) | NO DOCUMENTS SUBMITTED TO SUPPORT CLAIM. |
| 19 | EVCO HOUSE OF HOSE<br>2375 S 300 W<br>SALT LAKE CITY  UT  84115 | 01-01139<br>W.R. GRACE & CO. | 2448 | $191.80 | (U) | NO DOCUMENTS SUBMITTED TO SUPPORT CLAIM. |
| 20 | FINELLO, ROCCO<br>C/O STEPHEN C EMBRY ESQ<br>EMBRY & NEUSNER<br>118 POQUONNOCK ROAD<br>GROTON  CT  06340 | 01-01140<br>W.R. GRACE & CO.-CONN. | 426 | $1,000,000.00 | (U) | NO DOCUMENTS SUBMITTED TO SUPPORT CLAIM. |
| 21 | FORT, AUDREY S<br>1980 CANTON ST<br>MACON  GA  31204 | 01-01140<br>W.R. GRACE & CO.-CONN. | 6332 | BLANK | (U) | NO DOCUMENTS SUBMITTED TO SUPPORT CLAIM. |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.    **(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgment by the Debtors that such classification is correct or appropriate.

## In re: W.R. GRACE & CO., et al
## OMNIBUS 3: EXHIBIT D - NO SUPPORTING DOCUMENTATION CLAIMS

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Reason For Proposed Disallowance |
|---|---|---|---|---|---|---|
| 22 | FORT, TONY L<br>1980 CANTON ST<br>MACON GA 31204 | 01-01140<br>W.R. GRACE & CO.-CONN. | 6333 | BLANK | (U) | NO DOCUMENTS SUBMITTED TO SUPPORT CLAIM. |
| 23 | FW DODGE DIV OF MCGRAW HILL COMPANIES<br>PO BOX 569<br>HIGHTSTOWN NJ 08520 | 01-01140<br>W.R. GRACE & CO.-CONN. | 586 | $3,996.92 | (U) | NO DOCUMENTS SUBMITTED TO SUPPORT CLAIM. |
| 24 | GOULDS PUMPS INCORPORATED<br>ITT FLUID TECHNOLOGY LAW DEPT<br>10 MOUNTAINVIEW RD 3RD FLR<br>UPPER SADDLE RIVER NJ 000007458 | 01-01139<br>W.R. GRACE & CO. | 14219 | UNKNOWN | (U) | NO DOCUMENTS SUBMITTED TO SUPPORT CLAIM. |
| 25 | HARLEYS AUTO PARTS INC<br>310 HAMPTON AVE NE<br>AIKEN SC 29801 | 01-01140<br>W.R. GRACE & CO.-CONN. | 1528 | $798.76 | (U) | NO DOCUMENTS SUBMITTED TO SUPPORT CLAIM. |
| 26 | HASTEN, LINDA N<br>33430 BOWIE ST<br>WHITE CASTLE LA 70788 | 01-01139<br>W.R. GRACE & CO. | 2588 | $20,000.00 | (U) | NO DOCUMENTS SUBMITTED TO SUPPORT CLAIM. |
| 27 | HASTEN, LINDA N<br>33430 BOWIE ST<br>WHITE CASTLE LA 70788 | 01-01140<br>W.R. GRACE & CO.-CONN. | 2589 | $20,000.00 | (U) | NO DOCUMENTS SUBMITTED TO SUPPORT CLAIM. |
| 28 | HBE CORPORATION AND/OR ADAMS MARK HOTEL<br>ARMSTRONG TEASDALE LLP<br>ATTN: RICHARD ENGEL JR<br>ONE METROPOLITAN SQ STE 2600<br>SAINT LOUIS MO 63102-2740 | 01-01139<br>W.R. GRACE & CO. | 13031 | UNKNOWN | (U) | NO DOCUMENTS SUBMITTED TO SUPPORT CLAIM. |
| 29 | HEYWARD, GLORIA J<br>C/O GLORIA HEYWARD<br>3615 BLUE RIDGE EXT #10<br>GRANDVIEW MO 64030 | 01-01139<br>W.R. GRACE & CO. | 8689 | BLANK<br>BLANK | (P)<br>(U) | NO DOCUMENTS SUBMITTED TO SUPPORT CLAIM. |
| 30 | IDLEBURGH, SAMUEL<br>3893 N 4TH ST<br>MILWAUKEE WI 53212 | 01-01139<br>W.R. GRACE & CO. | 1015 | BLANK | (U) | NO DOCUMENTS SUBMITTED TO SUPPORT CLAIM. |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.    **(A) - Administrative    (S) - Secured
                                                                                                                (P) - Priority           (U) - Unsecured

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

## In re: W.R. GRACE & CO., et al
## OMNIBUS 3: EXHIBIT D - NO SUPPORTING DOCUMENTATION CLAIMS

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Reason For Proposed Disallowance |
|---|---|---|---|---|---|---|
| 31 | INDOPCO INC AND ITS OPERATING AND SUBSID<br>C/O HIH SONG KIM ESQ<br>390 PARK AVE<br>NEW YORK NY 10022 | 01-01139<br>W.R. GRACE & CO. | 14694 | UNKNOWN | (U) | NO DOCUMENTS SUBMITTED TO SUPPORT CLAIM. |
| 32 | KELLEY, KEITH<br>1600 W CARSON ST # 201<br>TORRANCE CA 90501 | 01-01139<br>W.R. GRACE & CO. | 1286 | $4,500.00 | (U) | NO DOCUMENTS SUBMITTED TO SUPPORT CLAIM. |
| 33 | KERR, ED<br>1308 EVANGELINE<br>DEARBORN HEIGHTS MI 48127 | 01-01139<br>W.R. GRACE & CO. | 1006 | BLANK | (U) | NO DOCUMENTS SUBMITTED TO SUPPORT CLAIM. |
| 34 | KRESGE, KRISTI<br>1900 TOWNSEND AVE<br>HELENA MT 59601 | 01-01139<br>W.R. GRACE & CO. | 5995 | UNKNOWN | (U) | NO DOCUMENTS SUBMITTED TO SUPPORT CLAIM. |
| 35 | LEONARD, CALVIN L<br>911 FOLEY AVE<br>IOWA PARK TX 76367 | 01-01139<br>W.R. GRACE & CO. | 1003 | $103,000.00 | (U) | NO DOCUMENTS SUBMITTED TO SUPPORT CLAIM. |
| 36 | LINDSEY, JERRY L<br>4801 BASSWOOD DR<br>CHATTANOOGA TN 37416 | 01-01140<br>W.R. GRACE & CO.-CONN. | 1651 | BLANK | (U) | NO DOCUMENTS SUBMITTED TO SUPPORT CLAIM. |
| 37 | LUCAS, MELVINA Y<br>9411 ATLANTIC ST<br>MIRAMAR FL 33025 | 01-01140<br>W.R. GRACE & CO.-CONN. | 5335 | BLANK | (U) | NO DOCUMENTS SUBMITTED TO SUPPORT CLAIM. |
| 38 | LUGO, JESUS F<br>150 BUCK OWEN RD<br>SENECA SC 29678 | 01-01139<br>W.R. GRACE & CO. | 2746 | BLANK | (U) | NO DOCUMENTS SUBMITTED TO SUPPORT CLAIM. |
| 39 | LUMMUS SUPPLY COMPANY INC.<br>1554 BOLTON RD<br>ATLANTA GA 30331 | 01-01139<br>W.R. GRACE & CO. | 923 | $269.78 | (U) | NO DOCUMENTS SUBMITTED TO SUPPORT CLAIM. |
| 40 | LUNA JR, APOLINAR<br>8319 N 22 LN<br>MCALLEN TX 78504 | 01-01139<br>W.R. GRACE & CO. | 1735 | BLANK | (U) | NO DOCUMENTS SUBMITTED TO SUPPORT CLAIM. |
| 41 | MARTIN, J E<br>PO BOX 146<br>CROSS ANCHOR SC 29331 | 01-01139<br>W.R. GRACE & CO. | 7097 | BLANK | (U) | NO DOCUMENTS SUBMITTED TO SUPPORT CLAIM. |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.   **(A) - Administrative   (S) - Secured
(P) - Priority   (U) - Unsecured

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

## In re: W.R. GRACE & CO., et al
## OMNIBUS 3: EXHIBIT D - NO SUPPORTING DOCUMENTATION CLAIMS

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Reason For Proposed Disallowance |
|---|---|---|---|---|---|---|
| 42 | MARTINEZ, RAUL<br>901 S HUISACHE<br>PHARR TX 78577 | 01-01139<br>W.R. GRACE & CO. | 2415 | BLANK | (U) | NO DOCUMENTS SUBMITTED TO SUPPORT CLAIM. |
| 43 | MARTINEZ, RAUL<br>901 S HUISACHE<br>PHARR TX 78577 | 01-01139<br>W.R. GRACE & CO. | 2416 | BLANK | (U) | NO DOCUMENTS SUBMITTED TO SUPPORT CLAIM. |
| 44 | MARTINEZ, RAUL<br>901 S HUISACHE<br>PHARR TX 78577 | 01-01139<br>W.R. GRACE & CO. | 2417 | BLANK | (U) | NO DOCUMENTS SUBMITTED TO SUPPORT CLAIM. |
| 45 | MARTINEZ, RAUL<br>901 S HUISACHE<br>PHARR TX 78577 | 01-01139<br>W.R. GRACE & CO. | 2418 | BLANK | (U) | NO DOCUMENTS SUBMITTED TO SUPPORT CLAIM. |
| 46 | MARTINEZ, RAUL<br>901 S HUISACHE<br>PHARR TX 78577 | 01-01139<br>W.R. GRACE & CO. | 2419 | BLANK | (U) | NO DOCUMENTS SUBMITTED TO SUPPORT CLAIM. |
| 47 | MASSEY, GRANGER<br>297 RIVER RD<br>ENOREE SC 29335 | 01-01179<br>W.R. GRACE CAPITAL CORPORATION | 13746 | BLANK | (P) | NO DOCUMENTS SUBMITTED TO SUPPORT CLAIM. |
| 48 | MATSON NAVIGATION COMPANY INC<br>4605 E ELWOOD ST STE 500<br>PHOENIX AZ 85040 | 01-01139<br>W.R. GRACE & CO. | 2408 | $324.00 | (U) | NO DOCUMENTS SUBMITTED TO SUPPORT CLAIM. |
| 49 | MAYER, CARMELITA<br>7251 W FITCH<br>CHICAGO IL 60631 | 01-01139<br>W.R. GRACE & CO. | 2142 | $750.00 | (U) | NO DOCUMENTS SUBMITTED TO SUPPORT CLAIM. |
| 50 | MITCHELL, RONALD<br>2130 11TH AVE N<br>BIRMINGHAM AL 35224 | 01-01139<br>W.R. GRACE & CO. | 4993 | $40,032.00 | (U) | NO DOCUMENTS SUBMITTED TO SUPPORT CLAIM. |
| 51 | MOFFATT THOMAS BARRETT ROCK & FIELDS CHT<br>C/O CASEY ROBERTSON<br>101 S CAPITOL 10TH FLR<br>BOISE ID 83702 | 01-01139<br>W.R. GRACE & CO. | 2713 | $1,247.56 | (U) | NO DOCUMENTS SUBMITTED TO SUPPORT CLAIM. |
| 52 | NATL BUSINESS FURNITURE<br>735 NORTH WATER ST<br>PO BOX 514052 | 01-01140<br>W.R. GRACE & CO.-CONN. | 371 | $4,327.65 | (U) | NO DOCUMENTS SUBMITTED TO SUPPORT CLAIM. |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.    **(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

## In re: W.R. GRACE & CO., et al
## OMNIBUS 3: EXHIBIT D - NO SUPPORTING DOCUMENTATION CLAIMS

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Reason For Proposed Disallowance |
|---|---|---|---|---|---|---|
| 53 | NATL BUSINESS FURNITURE<br>735 N WATER ST<br>PO BOX 514052<br>MILWAUKEE MD 53203 | 01-01139<br>W.R. GRACE & CO. | 377 | $365.04 | (U) | NO DOCUMENTS SUBMITTED TO SUPPORT CLAIM. |
| 54 | NLB CORP<br>ATTN JULIE KEYES<br>29830 BECK RD<br>WIXOM MI 48393-2824 | 01-01140<br>W.R. GRACE & CO.-CONN. | 3258 | $725.72 | (U) | NO DOCUMENTS SUBMITTED TO SUPPORT CLAIM. |
| 55 | NORTH BROWARD HOSPITAL DISTRICT<br>ATTN: WENDY ENNIS-VOLCY ESQ<br>LEGAL ACCTS DEPT<br>1608 SE 3RD AVE<br>FORT LAUDERDALE FL 33316 | 01-01139<br>W.R. GRACE & CO. | 1560 | UNKNOWN | (U) | NO DOCUMENTS SUBMITTED TO SUPPORT CLAIM. |
| 56 | OVERBY, LORETTA L<br>BOX 545<br>RANDLE WA 98377-0545 | 01-01139<br>W.R. GRACE & CO. | 3524 | BLANK | (U) | NO DOCUMENTS SUBMITTED TO SUPPORT CLAIM. |
| 57 | PHILLIPS, PATTI<br>3756 CASEYS COVE<br>ELLENWOOD GA 30294 | 01-01140<br>W.R. GRACE & CO.-CONN. | 1178 | BLANK | (U) | NO DOCUMENTS SUBMITTED TO SUPPORT CLAIM. |
| 58 | POTTS, JACQUELYN<br>10736 SYCAMORE TER<br>KANSAS CITY MO 64134 | 01-01139<br>W.R. GRACE & CO. | 8542 | BLANK<br>BLANK | (P)<br>(U) | NO DOCUMENTS SUBMITTED TO SUPPORT CLAIM. |
| 59 | ROBINSON, JAMES L<br>1943 W KNEELAND ST<br>MILWAUKEE WI 53205 | 01-01140<br>W.R. GRACE & CO.-CONN. | 1621 | BLANK | (U) | NO DOCUMENTS SUBMITTED TO SUPPORT CLAIM. |
| 60 | ROGERS, DELORIS M<br>PO BOX 2447<br>BATON ROUGE LA 70821 | 01-01139<br>W.R. GRACE & CO. | 1889 | BLANK | (U) | NO DOCUMENTS SUBMITTED TO SUPPORT CLAIM. |
| 61 | SAN FRANCISCO GRAVEL COMPANY<br>552 BERRY ST<br>SAN FRANCISCO CA 94107 | 01-01139<br>W.R. GRACE & CO. | 3527 | $8,000,000,000.00 | (U) | NO DOCUMENTS SUBMITTED TO SUPPORT CLAIM. |
| 62 | SCRUGGS, CARNELL<br>3757 FAULKNER DR<br>NASHVILLE TN 37211 | 01-01139<br>W.R. GRACE & CO. | 3363 | BLANK | (U) | NO DOCUMENTS SUBMITTED TO SUPPORT CLAIM. |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.   **(A) - Administrative   (S) - Secured
(P) - Priority   (U) - Unsecured

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

## In re: W.R. GRACE & CO., et al
## OMNIBUS 3: EXHIBIT D - NO SUPPORTING DOCUMENTATION CLAIMS

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Reason For Proposed Disallowance |
|---|---|---|---|---|---|---|
| 63 | SOUTHER TANK TRANSPORT<br>PO BOX 327<br>HARLEYVILLE SC 29448 | 01-01139<br>W.R. GRACE & CO. | 2978 | $1,037.60 | (U) | NO DOCUMENTS SUBMITTED TO SUPPORT CLAIM. |
| 64 | STROMQUIST & COMPANY<br>PO BOX 724688<br>ATLANTA GA 31139 | 01-01140<br>W.R. GRACE & CO.-CONN. | 1677 | $78.51 | (U) | NO DOCUMENTS SUBMITTED TO SUPPORT CLAIM. |
| 65 | TAPE RENTAL LIBRARY INC<br>PO BOX 107<br>COVESVILLE VA 22931 | 01-01139<br>W.R. GRACE & CO. | 1350 | $1,825.07 | (U) | NO DOCUMENTS SUBMITTED TO SUPPORT CLAIM. |
| 66 | THE BRANCH GROUP INC TA REXEL COMMERCE<br>SILVERMAN & ASSOCIATES CHTD<br>11300 ROCKVILLE PIKE #908<br>ROCKVILLE MD 20852 | 01-01140<br>W.R. GRACE & CO.-CONN. | 589 | $3,426.94 | (U) | NO DOCUMENTS SUBMITTED TO SUPPORT CLAIM. |
| 67 | THE BRANCH GROUP, INC<br>T/A REXEL COMMERCE<br>SILVERMAN & ASSOCIATES, CHTD.<br>11300 ROCKVILLE PIKE STE 908<br>NORTH BETHESDA MD 20852 | 01-01139<br>W.R. GRACE & CO. | 880 | $3,656.43 | (U) | NO DOCUMENTS SUBMITTED TO SUPPORT CLAIM. |
| 68 | THE SHERWIN-WILLIAMS COMPANY<br>313 TECHNOLOGY DR<br>MALVERN PA 19355 | 01-01139<br>W.R. GRACE & CO. | 1533 | BLANK | (U) | NO DOCUMENTS SUBMITTED TO SUPPORT CLAIM. |
| 69 | THOMSEN, BETSY<br>5215 SE DIVISION ST<br>PORTLAND OR 97206 | 01-01139<br>W.R. GRACE & CO. | 3565 | BLANK | (U) | NO DOCUMENTS SUBMITTED TO SUPPORT CLAIM. |
| 70 | TRAINOR, GLENICE W<br>PO BOX 935<br>STUART FL 34995 | 01-01139<br>W.R. GRACE & CO. | 1264 | BLANK | (U) | NO DOCUMENTS SUBMITTED TO SUPPORT CLAIM. |
| 71 | TULLOCH, RUDOLPH G<br>521 WILLOWCREEK CT<br>SIMPSONVILLE SC 29681 | 01-01140<br>W.R. GRACE & CO.-CONN. | 1283 | BLANK | (U) | NO DOCUMENTS SUBMITTED TO SUPPORT CLAIM. |
| 72 | UNILEVER UNITED STATES INC AND ITS OPERA<br>C/O HIH SONG KIM ESQ<br>390 PARK AVE<br>NEW YORK NY 10022 | 01-01139<br>W.R. GRACE & CO. | 14695 | UNKNOWN | (U) | NO DOCUMENTS SUBMITTED TO SUPPORT CLAIM. |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.    **(A) - Administrative    (S) - Secured
                                                                                                                (P) - Priority          (U) - Unsecured

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

## In re: W.R. GRACE & CO., et al
## OMNIBUS 3: EXHIBIT D - NO SUPPORTING DOCUMENTATION CLAIMS

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Reason For Proposed Disallowance |
|---|---|---|---|---|---|---|
| 73 | WATSON-LENARD, SANDRA J<br>1303 NE SOUTH ST<br>JENSEN BEACH FL 34994 | 01-01139<br>W.R. GRACE & CO. | 1076 | BLANK | (U) | NO DOCUMENTS SUBMITTED TO SUPPORT CLAIM. |
| 74 | WILSON MOVING & STORAGE CO INC<br>CHUCK WILSON<br>885 BAILEY AVE<br>BUFFALO NY 14206 | 01-01139<br>W.R. GRACE & CO. | 1360 | $30.63 | (S) | NO DOCUMENTS SUBMITTED TO SUPPORT CLAIM. |
| 75 | WILSON, MARCUS R<br>2201 DICKENS ST<br>MOBILE AL 36617 | 01-01139<br>W.R. GRACE & CO. | 15339 | BLANK | (T) | NO DOCUMENTS SUBMITTED TO SUPPORT CLAIM. |
| 76 | WR GRACE & CO<br>C/O TIM PURDUE<br>FULTON STATE HOSPITAL<br>600 E 5TH<br>FULTON MO 65251-1798 | 01-01139<br>W.R. GRACE & CO. | 2157 | $5,000.00 | (S) | NO DOCUMENTS SUBMITTED TO SUPPORT CLAIM. |

|  | totals: | | |
|---|---|---|---|
|  |  | $5,030.63 | (S) |
|  |  | $10,002,348,033.75 | (U) |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.   **(A) - Administrative   (S) - Secured
(P) - Priority   (U) - Unsecured

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.