# EXHIBIT E

All responses are to be served upon: Rachel R. Schulman, Kirkland & Ellis LLP 200 East Randolph Drive, Chicago, Illinois 60601 and
David W. Carickhoff, Jr. Pachulski, Stang, Ziehl, Young, Jones & Weintraub, P.C. 919 North Market Street 16th Floor, Wilmington, Delaware 19801

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| **W. R. GRACE & CO., et al.,**[1] | ) |
| | ) |
| | ) Case No. 01-01139 (JKF) |
| Debtors. | ) |
| | ) (Jointly Administered) |

**Hearing Date: May 24, 2004 at 12:00 p.m.**
**Responses Due: May 14, 2004**

67TH ROAD CONST CORP
95 25 QUEENS BLVD SUITE 724
REGO PARK NY 11374

02104489524813   **Basis For Objection:**
NO SUPPORTING DOCUMENTATION

**Reason for Proposed Disallowance:**
NO DOCUMENTS SUBMITTED TO SUPPORT CLAIM

| | Claim Data | | | | |
|---|---|---|---|---|---|
| Case | Claim Number | Claim Date | | Total Claim Dollars* | Claim Class** |
| 01-01140 | 12785 | 3/31/2003 | | $0.00 | (U) |

## OMNIBUS 3: EXHIBIT E - SAMPLE NOTICE

### NOTICE OF FILING
### DEBTORS' THIRD OMNIBUS OBJECTION TO CLAIMS (NON-SUBSTANTIVE)

**PLEASE TAKE NOTICE** that on or about April 14, 2004, the above-captioned debtors and debtors in possession (the "Debtors") filed the Debtors' Third Omnibus Objection to Claims (Non-Substantive) (the "Third Omnibus Objection") with the United States Bankruptcy Court for the District of Delaware.

---

[1]   The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

---

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.     **(A) - Administrative     (S) - Secured
(P) - Priority     (U) - Unsecured

The classification of the claims set forth herein is the classification asserted on the filed proof of claim.  The Debtors include such classification for the purpose of identifying the claim to which the objection applies.  The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

**PLEASE TAKE FURTHER NOTICE** that the following parties will receive a copy of the Third Omnibus Objection (with all exhibits): (i) the U.S. Trustee and (ii) the Core Group as defined in the current Case Management Procedures and (iii) the 2002 List. In addition, the W. R. Grace & Co. Debtors' claims consultant, Bankruptcy Management Corporation ("BMC"), will serve a copy of the Third Omnibus Objection and a customized Notice summarizing claim detail exactly as reflected in the Exhibit on which such creditor is listed upon those creditors that have filed claims that are affected by the Third Omnibus Objection in lieu of serving all Exhibits. Any party may obtain a copy of the Third Omnibus Objection with all Exhibits or a copy of the Debtors' Declaration in Support of the Objection by requesting the same from BMC at (888) 909-0100 or by going onto the BMC website at http://www.bmccorp.net/wrgrace.

**PLEASE TAKE FURTHER NOTICE** that

1.      A hearing on the Third Omnibus Objection will be held before the Honorable Judith K. Fitzgerald, United States Bankruptcy Court for the Western District of Pennsylvania, 5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 on **May 24, 2004 at 12:00 p.m.** (the "Claims Hearing").

2.      Any party wishing to oppose the relief requested in the Third Omnibus Objection must file a written response with the Clerk of the U.S. Bankruptcy Court, Sixth Floor, 824 Market Street, Wilmington, Delaware 19801, and serve a copy of the response upon Kirkland & Ellis LLP, Attn: Rachel R. Schulman, 200 East Randolph Drive, Suite 6500, Chicago, Illinois 60601, and upon Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C., Attn: David W. Carickhoff, Jr., 919 N. Market Street, 16th Floor, P.O. Box 8705, Wilmington, Delaware 19801, so as to be received on or before **May 14, 2004 at 4:00 p.m. (Eastern Time)**. Only those responses timely filed with the Court and received by the Debtors' counsel will be considered by the Court.

3.      If no response is filed, served and received by May 14, 2004, at 4:00 p.m. (Eastern Time) the Court will be requested to enter an order, similar to the attached form of proposed order disallowing, expunging, and/or reclassifying the Claim(s) as requested in the Third Omnibus Objection.

4.      Any response should contain the following:

(i)      a caption setting forth the name of the Court, the name of the Debtors, the case number and the title of the Objection to which the response is directed;

(ii)      the name and contact information (including daytime telephone number) of the claimant and a description of the basis for the amount of the claim;

(iii)      the claim number(s) of the claim objection(s) to which the response is directed;

(iv)      the specific factual basis and supporting legal argument upon which the party will rely in opposing the Third Omnibus Objection; and

(v)      any supporting documentation, to the extent it was not included with the proof of claim previously filed with the Clerk or Claims Agent, upon which the party will rely to support the basis for and amounts asserted in the proof of claim.

5.      If you file a response to the Third Omnibus Objection, you should be prepared to argue that response at the Claims Hearing unless you reach an agreement with the Debtors' counsel to continue or resolve your matter.

6.      You need not respond to the Third Omnibus Objection or appear at the Claims Hearing if you do not object to the relief requested in the Third Omnibus Objection. If you do not timely file and serve a response to the Third Omnibus Objection, the relief requested in the Third Omnibus Objection may be granted without further notice to you. Failure to timely file a response to the Third Omnibus Objection shall be deemed (i) waiver of your right to respond to the Third Omnibus Objection and (ii) your consent to the relief requested in the Third Omnibus Objection respecting your Claim.

7.      The Debtors reserve the right to (a) file and serve a reply to claimant's Response and (b) object in the future to any of the claims set out in the exhibits or the body of the Third Omnibus Objection on any grounds. Separate notice and hearing will be scheduled for any such objection. **If you have any questions regarding your claim(s) you should contact Bankruptcy Management Corporation at (888) 909-0100. If you have any questions regarding the Third Omnibus Objection, please call Kirkland & Ellis LLP at (312) 861-2000.**

Wilmington, Delaware
Dated: April 14, 2004          Respectfully submitted,

KIRKLAND & ELLIS LLP     and     PACHULSKI, STANG, ZIEHL, YOUNG,
James H.M. Sprayregen, P.C.             JONES & WEINTRAUB P.C.
James W. Kapp III                                                    /s/
Janet S. Baer                                              _____
200 East Randolph Drive                        Laura Davis Jones (Bar No. 2436)
Chicago, IL 60601-6636                          David W. Carickhoff, Jr. (Bar No. 3715)
(312) 861-2000 (telephone)                    919 N. Market Street, 16th Floor
(312) 861-2200 (facsimile)                      P.O. Box 8705
                                                                      Wilmington, Delaware 19801
                                                                      (302) 652-4100 (telephone)
                                                                      (302) 652-4400 (facsimile)

Co-Counsel for the Debtors and Debtors in Possession