# CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 19th day of April, 2004, I caused a copy of the **Conditional Objection to Libby Claimants' Motion for Relief from Automatic Stay and Preliminary Injunction to Take Perpetuation Depositions [D.I. 5424]** to be served upon the following parties-in-interest in the manner indicated:

## BY HAND DELIVERY

Adam G. Landis, Esq.
Kerri K. Mumford, Esq.
Landis Rath & Cobb LLP
919 Market Street, Suite 600
Wilmington, DE 19801

## BY FACSIMILE AND FIRST CLASS U.S. MAIL

| | |
|---|---|
| Daniel C. Cohn, Esq. | Jon L. Heberling, Esq. |
| David B. Madoff, Esq. | McGarvey, Heberling, Sullivan & |
| Cohn Khoury Madoff & Whitesell LLP | McGarvey, P.C. |
| 101 Arch Street | 745 South Main |
| Boston, MA 02110 | Kalispell, MT 59904 |

                                  **/s/ Jeffrey C. Wisler**
                                       Jeffrey C. Wisler

#329089