# EXHIBIT A

## EXHIBIT A

### FEES FOR THE FEE PERIOD
### FEBRUARY 1, 2004 THROUGH FEBRUARY 29, 2004

Client: 082910 W.R. GRACE & CO.
Matter: 065656 Weja, Inc.


| 12/23/03 | Telephone call with client and follow up regarding information on court hearing. | | |
| 4 | A. Marchetta | 0.4 | 180.00 |
| 02/02/04 | Review letter and markup of draft final order from F. Biehl. | | |
| 4 | W. Hatfield | 0.5 | 150.00 |
| 02/03/04 | Attend to case issues and remedial status, including sending memo to A. Marchetta regarding same. | | |
| 4 | W. Hatfield | 0.7 | 210.00 |
| 02/03/04 | Review comments on form of final judgment from Weja counsel and discuss same with B. Hatfield. | | |
| 4 | R. Rose | 0.5 | 197.50 |
| 02/04/04 | Address case issues and future remedy. | | |
| 4 | W. Hatfield | 1.0 | 300.00 |
| 02/04/04 | Work with W. Hatfield regarding NRD claim. | | |
| 4 | A. Marchetta | 0.3 | 139.50 |
| 02/04/04 | Discuss judgment for contract and tort damages for client update with B. Hatfield. | | |
| 4 | R. Rose | 0.2 | 79.00 |
| 02/05/04 | Attend to remedial issues. | | |
| 4 | W. Hatfield | 0.2 | 60.00 |
| 02/09/04 | Address case remedial issues, including call with F. Biehl on order comments and attend to same. | | |
| 4 | W. Hatfield | 1.1 | 330.00 |
| 02/09/04 | Conference with W. Hatfield and follow-up regarding order and letter to client. | | |
| 4 | A. Marchetta | 0.3 | 139.50 |
| 02/10/04 | Review and revise letter to F. Biehl to include and amend interest | | |

|  |  |  |  |
|---|---|---|---|
| 4 | calculations and stipulations for final order.<br>W. Hatfield | 1.0 | 300.00 |
| 02/11/04<br>4 | Address case issues and revise letter and attachments to Weja counsel.<br>W. Hatfield | 1.4 | 420.00 |
| 02/11/04<br>4 | Prepare letter to client on case issues.<br>W. Hatfield | 0.5 | 150.00 |
| 02/17/04<br>4 | Revise letter to client.<br>W. Hatfield | 1.2 | 360.00 |
| 02/18/04<br>4 | Attend to draft letter to client, including revising same.<br>W. Hatfield | 0.4 | 120.00 |
| 02/20/04<br>4 | Address and revise letter to client.<br>W. Hatfield | 1.4 | 420.00 |
| 02/20/04<br>4 | Draft memos with URS on site remediation issues.<br>W. Hatfield | 0.5 | 150.00 |
| 02/23/04<br>4 | Address case issues with R. Rose and include and incorporate his comments on letter to client.<br>W. Hatfield | 0.8 | 240.00 |
| 02/23/04<br>4 | Call with client on CEA issues, including review memo and respond to same to client.<br>W. Hatfield | 0.7 | 210.00 |
| 02/24/04<br>4 | Attend to case matters, including drafting memos to client on remedial issues.<br>W. Hatfield | 0.5 | 150.00 |
| 02/24/04<br>4 | Prepare letter to Weja counsel on remedial costs and review URS invoice.<br>W. Hatfield | 0.4 | 120.00 |
| 02/25/04<br>4 | Call with client, including drafting letter to F. Biehl on invoices for remediation and follow up with URS on same.<br>W. Hatfield | 0.5 | 150.00 |
| 02/26/04<br>4 | Address case issues with A. Marchetta.<br>W. Hatfield | 0.3 | 90.00 |
| 02/26/04<br>4 | Follow up with W. Hatfield regarding strategy and final decision.<br>A. Marchetta | 0.4 | 186.00 |

| 02/27/04 | Attend to remedial issues and URS invoices. | | |
|---|---|---|---|
| 4 | W. Hatfield | 0.5 | 150.00 |

## Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| W. Hatfield | 13.60 | 300.00 | 4,080.00 |
| A. Marchetta | 1.40 | 465.00 | 645.00 |
| R. Rose | 0.70 | 395.00 | 276.50 |
| TOTALS | 15.70 | | 5,001.50 |

## FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| R. Rose | 4 | 0.7 | 395.00 | 276.50 |
| A. Marchetta | 4 | 1.4 | 465.00 | 645.00 |
| W. Hatfield | 4 | 13.6 | 300.00 | 4,080.00 |
| TOTAL | | 15.7 | | 5,001.50 |

Client: 082910 W.R. GRACE & CO.
Matter: 095992 Chapter 11 Administration

| 02/03/04 | Attention to forwarding information requested by S. Bossay regarding fee application for the 10th Interim Period. | | |
|---|---|---|---|
| 11 | K. Jasket | 0.2 | 40.00 |

| 02/04/04 | Receipt and review of CNO for November 2003 and attention to forwarding same to A. Marchetta and S. Zuber. | | |
|---|---|---|---|
| 11 | K. Jasket | 0.2 | 40.00 |

| 02/05/04 | Revised December 2003 fee application. | | |
|---|---|---|---|
| 11 | K. Jasket | 0.5 | 100.00 |

| 02/05/04 | Revised Quarterly fee application for the 11th Interim Period. | | |
|---|---|---|---|
| 11 | K. Jasket | 0.5 | 100.00 |

| 02/18/04 | Telephone conversation with C. McFadden, and prepare memo to A. Marchetta regarding PHK&S's proof of claim. | | |
|---|---|---|---|

| 4 | S. Zuber | 0.2 | 70.00 |

| 02/27/04 | Reviewed docket. | | |
| 11 | K. Jasket | 0.3 | 60.00 |

| 02/27/04 | Reviewed email from S. Bossay regarding 10th Interim Period and attention to responding to same. | | |
| 11 | K. Jasket | 0.3 | 60.00 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| S. Zuber | 0.20 | 350.00 | 70.00 |
| K. Jasket | 2.00 | 200.00 | 400.00 |
| TOTALS | 2.20 | | 470.00 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| S. Zuber | 4 | 0.2 | 350.00 | 70.00 |
| K. Jasket | 11 | 2.0 | 200.00 | 400.00 |
| TOTAL | | 2.2 | | 470.00 |

Client: 082910 W.R. GRACE & CO.
Matter: 090506 Coudert Brothers

| 01/30/04 | Telephone call with client and follow up regarding bringing suit, including following-up with B. Benjamin regarding same. | | |
| 4 | A. Marchetta | 0.6 | 279.00 |

| 01/30/04 | Meet with S. Parker to get information to B. Benjamin regarding possibility of filing suit. | | |
| 15 | J. Scordo | 0.5 | 190.00 |

| 01/31/04 | Follow up regarding handling of claims. | | |
| 4 | A. Marchetta | 0.3 | 139.50 |

| 02/04/04 | Conference with B. Benjamin regarding motion. | | |

| 4 | A. Marchetta | 0.4 | 186.00 |

| 02/05/04 | Per V. Finkelstein, review and analysis of demand letter to Coudert Brothers, review and analysis of documents supporting Grace's claim, including review of prior correspondence with Coudert. | | |
| 15 | B. Benjamin | 0.9 | 324.00 |

| 02/09/04 | Follow-up with B. Benjamin regarding claim demand. | | |
| 4 | A. Marchetta | 0.2 | 93.00 |

| 02/11/04 | Review and analysis of damages claim/audit for electricity charges, sums due from Coudert, and amounts contested. | | |
| 15 | B. Benjamin | 0.5 | 180.00 |

| 02/11/04 | Preliminary draft and revision of Complaint. | | |
| 15 | B. Benjamin | 0.3 | 108.00 |

| 02/11/04 | Review client documents and case history, including prior Coudert litigation file and correspondence back and forth with Coudert contesting charges. | | |
| 15 | B. Benjamin | 1.1 | 396.00 |

| 02/13/04 | Review and comment regarding strategy on settlement. | | |
| 4 | A. Marchetta | 0.3 | 139.50 |

| 02/13/04 | Telephone conference with V. Finkelstein regarding Coudert settlement offer, including discussing pros/cons of settling. | | |
| 15 | B. Benjamin | 0.3 | 108.00 |

| 02/13/04 | Review and analysis of Coudert Bros. response to Demand Letter, underlying claim for electricity charges regarding Coudert settlement offer, and calculations of damages. | | |
| 15 | B. Benjamin | 0.4 | 144.00 |

| 02/17/04 | Telephone call with client and follow up regarding settlement. | | |
| 4 | A. Marchetta | 0.5 | 232.50 |

| 02/17/04 | Telephone conference with A. Nagy and V. Finkelstein regarding strategy for negotiating with Coudert over electricity charges due and owing. | | |
| 15 | B. Benjamin | 0.2 | 72.00 |

## Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
| --- | --- | --- | --- |
| A. Marchetta | 2.30 | 465.00 | 1,069.50 |

| | | | | |
|---|---|---|---|---|
| J. Scordo | 0.50 | 380.00 | 190.00 | |
| B. Benjamin | 3.70 | 360.00 | 1,332.00 | |
| TOTALS | 6.50 | | 2,591.50 | |

## FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 4 | 2.3 | 465.00 | 1,069.50 |
| J. Scordo | 15 | 0.5 | 380.00 | 190.00 |
| B. Benjamin | 15 | 3.7 | 360.00 | 1,332.00 |
| TOTAL | | 6.5 | | 2,591.50 |

Client: 082913 W.R. GRACE & CO.\INSURANCE CO
Matter: 000009 NY Superfund Action

| | | | |
|---|---|---|---|
| 02/02/04 4 | Follow up regarding document review.<br>A. Marchetta | 0.3 | 139.50 |
| 02/02/04 4 | Conducted database searches and compiling additional documents for review.<br>S. Parker | 0.6 | 69.00 |
| 02/03/04 4 | Review interest calculation and follow up with M. Waller.<br>A. Marchetta | 0.3 | 139.50 |
| 02/03/04 15 | Review spreadsheets received from client calculating interest on legal fees and "professional fees" paid in connection with 200 site/claims and follow up with A. Marchetta regarding same.<br>M. Waller | 0.3 | 103.50 |
| 02/04/04 4 | E-mail and follow-up regarding review of information for claim.<br>A. Marchetta | 0.4 | 186.00 |
| 02/05/04 4 | Follow-up e-mails and conference with M. Waller regarding claim materials.<br>A. Marchetta | 0.3 | 139.50 |
| 02/05/04 | Conducted database searches, and compiling of additional information, including legal memoranda and file indices, to prepare for review of CNA's | | |

|  |  |  |  |
|---|---|---|---|
|  | document productions. |  |  |
| 4 | S. Parker | 2.0 | 230.00 |
|  |  |  |  |
| 02/05/04 | Conducted database searches and reviewed file documents for claim information for all 200+ sites at issue. |  |  |
| 4 | S. Parker | 1.8 | 207.00 |
|  |  |  |  |
| 02/06/04 | Conference with M. Waller regarding submission of claim and letter to CNA regarding documentation. |  |  |
| 4 | A. Marchetta | 0.5 | 232.50 |
|  |  |  |  |
| 02/07/04 | Work on discovery outline regarding claim and trial strategy. |  |  |
| 4 | A. Marchetta | 0.5 | 232.50 |
|  |  |  |  |
| 02/09/04 | Review discovery requests and follow-up with M. Waller regarding work on responding to same. |  |  |
| 4 | A. Marchetta | 1.3 | 604.50 |
|  |  |  |  |
| 02/09/04 | Meet with M. Waller and R. Pitkofsky to discuss objective of document review to respond to CNA discovery demands. |  |  |
| 15 | B. Moffitt | 1.7 | 493.00 |
|  |  |  |  |
| 02/09/04 | Worked with B. Moffitt regarding case\discovery status in preparation for response to discovery requests. |  |  |
| 4 | S. Parker | 0.4 | 46.00 |
|  |  |  |  |
| 02/09/04 | Reviewed file documents and began compiling documents needed by R. Pitkofsky regarding same. |  |  |
| 4 | S. Parker | 0.5 | 57.50 |
|  |  |  |  |
| 02/09/04 | Confer with B. Moffitt and M. Waller regarding status of plaintiff's document demands and interrogatories. |  |  |
| 15 | R. Pitkofsky | 0.2 | 36.00 |
|  |  |  |  |
| 02/10/04 | Work with M. Waller and follow-up regarding document review by R. Pitkofsky on other liability and damages issues. |  |  |
| 4 | A. Marchetta | 2.0 | 930.00 |
|  |  |  |  |
| 02/10/04 | Follow up with S. Parker regarding charts of documents previously produced in matter and to prepare documents for review by R. Pitkofsky. |  |  |
| 15 | M. Waller | 0.3 | 103.50 |
|  |  |  |  |
| 02/10/04 | Working with A. Marchetta, B. Moffitt, R. Pitkofsky and S. Parker review and prioritize documents previously obtained from client in connection with response to CNA document demands. |  |  |
| 15 | M. Waller | 2.3 | 793.50 |

| 02/10/04 | Telephone conference with D. Garvey regarding case, CNA's discovery requests and production of relevant materials. | | |
| 15 | M. Waller | 0.5 | 172.50 |

| 02/10/04 | Draft memorandum to A. Marchetta regarding telephone conference with D. Garvey and respond to reply. | | |
| 15 | M. Waller | 0.3 | 103.50 |

| 02/10/04 | Review status memorandum from R. Pitkofsky regarding review of documents in response to CNA discovery. | | |
| 15 | M. Waller | 0.1 | 34.50 |

| 02/10/04 | Work with R. Pitkofsky and M. Waller regarding review of documents relevant to issues on appeal. | | |
| 15 | B. Moffitt | 1.2 | 348.00 |

| 02/10/04 | Update charts of site information by site # and site name. | | |
| 4 | D. Florence | 0.7 | 73.50 |

| 02/10/04 | Review pleadings regarding retrieval of lists of all sites in litigation attached to parties' answers. | | |
| 4 | D. Florence | 0.4 | 42.00 |

| 02/10/04 | Work with S. Parker regarding various projects concerning the Grace sites at issue for document production. | | |
| 4 | D. Florence | 1.8 | 189.00 |

| 02/10/04 | Review Grace's WRG corporate production and index same per site/claims. | | |
| 4 | D. Florence | 1.2 | 126.00 |

| 02/10/04 | Worked with M. Waller and R. Pitkofsky regarding document review in response to plaintiffs' document requests. | | |
| 4 | S. Parker | 0.4 | 46.00 |

| 02/10/04 | Reviewed files and corresponding indices regarding identification of documents needed for first phase attorney review. | | |
| 4 | S. Parker | 2.4 | 276.00 |

| 02/10/04 | Worked with M. Waller, B. Moffitt and R. Pitkofsky regarding status of files and indices regarding documents needed for first phase attorney review. | | |
| 4 | S. Parker | 0.6 | 69.00 |

| 02/10/04 | Worked with D. Florence regarding various projects regarding same, including revisions to site information charts for all sites currently in the | | |

litigation and preparation of master index of all files for first phase attorney review.

| | | | |
|---|---|---|---|
| 4 | S. Parker | 1.8 | 207.00 |

02/10/04 Work with M. Waller review of documents and respond to document requests.

| | | | |
|---|---|---|---|
| 15 | R. Pitkofsky | 0.4 | 72.00 |

02/10/04 Review plaintiff's document production requests and interrogatories.

| | | | |
|---|---|---|---|
| 15 | R. Pitkofsky | 0.2 | 36.00 |

02/10/04 Analyze documents for responsiveness to plaintiff's document requests.

| | | | |
|---|---|---|---|
| 15 | R. Pitkofsky | 5.7 | 1,026.00 |

02/10/04 Prepare for M. Waller summary chart of potential responsive documents for discovery disclosure.

| | | | |
|---|---|---|---|
| 15 | R. Pitkofsky | 2.9 | 522.00 |

02/10/04 Work with M. Waller, B. Moffitt, and S. Parker regarding document production analysis.

| | | | |
|---|---|---|---|
| 15 | R. Pitkofsky | 0.6 | 108.00 |

02/11/04 Work with attorneys regarding issues regarding document review.

| | | | |
|---|---|---|---|
| 4 | A. Marchetta | 1.3 | 604.50 |

02/11/04 Confer with A. Marchetta, R. Pitkofsky and B. Moffitt regarding review of site documents.

| | | | |
|---|---|---|---|
| 15 | M. Waller | 0.6 | 207.00 |

02/11/04 Working on chart summarizing documents received from client and still to be obtained.

| | | | |
|---|---|---|---|
| 15 | M. Waller | 0.6 | 207.00 |

02/11/04 Work with R. Pitkofsky and M. Waller regarding review of documents.

| | | | |
|---|---|---|---|
| 15 | B. Moffitt | 0.3 | 87.00 |

02/11/04 Review Grace's WRG corporate production and indexing same regarding all sites at issue.

| | | | |
|---|---|---|---|
| 4 | D. Florence | 1.0 | 105.00 |

02/11/04 Review and analyze documents to determine responsiveness to plaintiff's document requests.

| | | | |
|---|---|---|---|
| 15 | R. Pitkofsky | 6.4 | 1,152.00 |

02/11/04 Preparing summary chart of potential responsive documents to plaintiff's discovery demands.

| 15 | R. Pitkofsky | 2.8 | 504.00 |

| 02/11/04 | Confer with M. Waller and B. Moffitt regarding status of document production review. | | |
| 15 | R. Pitkofsky | 0.4 | 72.00 |

| 02/12/04 | Telephone conferences, e-mails and follow-up regarding settlement conference, document review for claims, and follow-up with client regarding same. | | |
| 4 | A. Marchetta | 1.5 | 697.50 |

| 02/12/04 | Follow up with R. Pitkofsky regarding review of documents previously produced in other matters and chart summarizing same. | | |
| 15 | M. Waller | 0.2 | 69.00 |

| 02/12/04 | Review memorandum regarding scheduling of settlement conference and memo from A. Marchetta regarding same. | | |
| 15 | M. Waller | 0.1 | 34.50 |

| 02/12/04 | Work with M. Waller, R. Pitkofsky, and S. Parker regarding review of documents relevant to issues on appeal and chart summarizing same. | | |
| 15 | B. Moffitt | 0.3 | 87.00 |

| 02/12/04 | Review Grace's corporate production and create index of same regarding all sites. | | |
| 4 | D. Florence | 3.5 | 367.50 |

| 02/12/04 | Review environmental productions and create index of previous productions for each site. | | |
| 4 | D. Florence | 0.4 | 42.00 |

| 02/12/04 | Create a report detailing the status of productions. | | |
| 4 | D. Florence | 0.4 | 42.00 |

| 02/12/04 | Searching of SDNY website regarding orders issued by Judge Kaplan. | | |
| 4 | S. Parker | 0.2 | 23.00 |

| 02/12/04 | Prepared email to A. Marchetta, M. Waller and B. Moffitt regarding orders issued by Judge Kaplan. | | |
| 4 | S. Parker | 0.2 | 23.00 |

| 02/12/04 | Created docket entry reflecting upcoming settlement conference before MJ Dollinger. | | |
| 4 | S. Parker | 0.1 | 11.50 |

| 02/12/04 | Worked with B. Moffitt regarding review of and revisions to master site | | |

|  |  |  |  |
|---|---|---|---|
|  | information chart. |  |  |
| 4 | S. Parker | 0.4 | 46.00 |
|  |  |  |  |
| 02/12/04 | Analyze documents to determine responsiveness to discovery demands. |  |  |
| 15 | R. Pitkofsky | 5.6 | 1,008.00 |
|  |  |  |  |
| 02/12/04 | Preparing summary chart of potential responsive documents to discovery demands. |  |  |
| 15 | R. Pitkofsky | 2.7 | 486.00 |
|  |  |  |  |
| 02/13/04 | Work with attorneys regarding document review. |  |  |
| 4 | A. Marchetta | 0.8 | 372.00 |
|  |  |  |  |
| 02/13/04 | Confer with A. Marchetta regarding work required to respond to discovery requests and tasking. |  |  |
| 15 | M. Waller | 0.2 | 69.00 |
|  |  |  |  |
| 02/13/04 | Meet with S. Parker regarding results of file review to determine documents immediately available for production and additional work regarding same. |  |  |
| 15 | M. Waller | 0.4 | 138.00 |
|  |  |  |  |
| 02/13/04 | Confer with B. Moffitt and R. Pitkofsky regarding review of documents in connection with compiling same for production. |  |  |
| 15 | M. Waller | 0.2 | 69.00 |
|  |  |  |  |
| 02/13/04 | Preparing site information for D. Garvey and draft memo to D. Garvey regarding same. |  |  |
| 15 | M. Waller | 2.3 | 793.50 |
|  |  |  |  |
| 02/13/04 | Conference call with B. Moffitt and D. Garvey regarding compiling cost and claim related information on 200 sites back at issue in litigation. |  |  |
| 15 | M. Waller | 0.8 | 276.00 |
|  |  |  |  |
| 02/13/04 | Confer with A. Marchetta and B. Moffitt regarding meeting with D. Garvey, including discussions regarding plan to compile and prepare cost and site related information, tasks and staffing. |  |  |
| 15 | M. Waller | 0.3 | 103.50 |
|  |  |  |  |
| 02/13/04 | Work with R. Pitkofsky regarding document review. |  |  |
| 15 | B. Moffitt | 0.3 | 87.00 |
|  |  |  |  |
| 02/13/04 | Participate with M. Waller in telephone call to D. Garvey regarding obtaining documents for production to CNA. |  |  |
| 15 | B. Moffitt | 0.8 | 232.00 |
|  |  |  |  |
| 02/13/04 | Revising index of sites referenced in WRG production, including |  |  |

| | | | |
|---|---|---|---|
| | assembling documents from site information boxes for copying. | | |
| 4 | D. Florence | 3.2 | 336.00 |
| 02/13/04 | Worked with M. Waller re: case\discovery status, including status of attorney review and compilation of responsive. | | |
| 4 | S. Parker | 0.4 | 46.00 |
| 02/13/04 | Reviewed chart outlining contents of WRG Corporate production documents, referencing all sites identified within same. | | |
| 4 | S. Parker | 0.2 | 23.00 |
| 02/13/04 | Worked with duplicating vendor regarding detailed explanation of project scope. | | |
| 4 | S. Parker | 1.2 | 138.00 |
| 02/13/04 | Preparing summary chart of potential responsive documents to discovery demands. | | |
| 15 | R. Pitkofsky | 2.4 | 432.00 |
| 02/13/04 | Analyze documents to determine responsiveness to discovery demands. | | |
| 15 | R. Pitkofsky | 4.6 | 828.00 |
| 02/15/04 | Analyze documents for responsiveness to plaintiffs' discovery demands. | | |
| 15 | R. Pitkofsky | 1.4 | 252.00 |
| 02/16/04 | Conference with M. Waller and follow up on documents needed regarding claim and liability issues, including reviewing e-mails and follow up regarding discovery requests to CNA. | | |
| 4 | A. Marchetta | 1.2 | 558.00 |
| 02/16/04 | Confer with S. Parker regarding review of "corporate" documents produced in litigation and preparation of notice letters on remaining sites for production. | | |
| 15 | M. Waller | 0.1 | 34.50 |
| 02/16/04 | Discussing with S. Parker compilation and review of site and claims file related documents produced in other Grace cases. | | |
| 15 | M. Waller | 0.3 | 103.50 |
| 02/16/04 | Confer with A. Marchetta regarding status of review and compilation of materials for production. | | |
| 15 | M. Waller | 0.1 | 34.50 |
| 02/16/04 | Discussing with A. Marchetta status of review by R. Pitkofsky and preparing notice, accusatory, and costs documentation for production, and conference call with D. Garvey on 2/17. | | |

13

| 15 | M. Waller | 0.2 | 69.00 |

| 02/16/04 | Reviewing cost documents previously produced with B. Moffitt, R. Pitkofsky, and S. Parker to determine relevance of same and indexing of documents that do not pertain to initial 8 representative sites. | | |
| 15 | M. Waller | 0.4 | 138.00 |

| 02/16/04 | Work with M. Waller and R. Pitkofsky regarding review of documents potentially responsive to CNA's discovery demands. | | |
| 15 | B. Moffitt | 0.9 | 261.00 |

| 02/16/04 | Assemble documents from site information boxes for copying regarding response to CNA's document demands. | | |
| 4 | D. Florence | 1.2 | 126.00 |

| 02/16/04 | Review files regarding identification and retrieval of additional CNA document productions and cross referenced the same to master list of files for attorney review regarding same. | | |
| 4 | D. Florence | 1.8 | 189.00 |

| 02/16/04 | Work with S. Parker updating charts and discussing additional projects regarding same. | | |
| 4 | D. Florence | 1.4 | 147.00 |

| 02/16/04 | Worked with M. Waller regarding case status. | | |
| 4 | S. Parker | 0.1 | 11.50 |

| 02/16/04 | Reviewed additional file\storage indices from insurance litigations and highlighted references to files needed for attorney review regarding response to CNA's document demands. | | |
| 4 | S. Parker | 3.3 | 379.50 |

| 02/16/04 | Worked with D. Florence regarding updating and revising indices to reflect results of file review, and explained additional projects regarding same. | | |
| 4 | S. Parker | 1.4 | 161.00 |

| 02/16/04 | Worked with M. Waller and B. Moffitt regarding project status. | | |
| 4 | S. Parker | 0.3 | 34.50 |

| 02/16/04 | Confer with M. Waller and B. Moffitt regarding status and procedure of document production review in response to plaintiffs' discovery requests. | | |
| 15 | R. Pitkofsky | 0.5 | 90.00 |

| 02/16/04 | Analyze documents to determine responsiveness to plaintiff's discovery document production demands. | | |
| 15 | R. Pitkofsky | 4.4 | 792.00 |

| 02/16/04 | Preparing summary chart of potential responsive documents to discovery demands. | | |
| 15 | R. Pitkofsky | 3.3 | 594.00 |

| 02/17/04 | Prepare for and participate in conference call with B. Moffitt to D. Garvey, R. Medler, and L. Gardner regarding 200 site/claims remaining at issue after remand. | | |
| 15 | M. Waller | 1.5 | 517.50 |

| 02/17/04 | Receive e-mail memorandum from R. Pitkofsky regarding review of Acton site documents and reply to same. | | |
| 15 | M. Waller | 0.2 | 69.00 |

| 02/17/04 | Reviewing charts regarding documents previously produced in action and drafting letter to CNA regarding same in initial response to discovery demands. | | |
| 15 | M. Waller | 0.8 | 276.00 |

| 02/17/04 | Work with staff regarding information on claims, discovery requests and back-up invoices. | | |
| 4 | A. Marchetta | 1.0 | 465.00 |

| 02/17/04 | Telephone conference call with Remedium staff regarding 219 sites at issue and assembling cost and other documents regarding same. | | |
| 15 | B. Moffitt | 2.5 | 725.00 |

| 02/17/04 | Telephone call with L. Gardner of Remedium following-up regarding conference call regarding 219 sites at issue and regarding assembling cost and other documents regarding same. | | |
| 15 | B. Moffitt | 0.1 | 29.00 |

| 02/17/04 | Update and revise index of documents to be reviewed to include boxes identified by S. Parker for attorney review. | | |
| 4 | D. Florence | 2.6 | 273.00 |

| 02/17/04 | Revise storage index to include correct bar code #'s and NY Storage references. | | |
| 4 | D. Florence | 0.6 | 63.00 |

| 02/17/04 | Create a production source index to track documents to produce to CNA after final attorney review. | | |
| 4 | D. Florence | 1.4 | 147.00 |

| 02/17/04 | Compiled additional site information charts, made copy sets of same, and distributed same to M. Waller and B. Moffitt as requested. | | |

| | | | |
|---|---|---|---|
| 4 | S. Parker | 0.4 | 46.00 |

02/17/04  Analyze documents to determine responsiveness to discovery demands.
15  R. Pitkofsky  5.9  1,062.00

02/17/04  Prepare summary chart of potentially responsive documents to discovery demands.
15  R. Pitkofsky  1.9  342.00

02/18/04  Work with S. Parker regarding revisions to document review chart.
4  D. Florence  0.2  21.00

02/18/04  Work with R. Pitkofsky regarding procedures for reviewing documents and editing chart.
4  D. Florence  0.3  31.50

02/18/04  Make revisions to document review chart.
4  D. Florence  0.4  42.00

02/18/04  Create new files for 2004 correspondence and discovery.
4  D. Florence  0.2  21.00

02/18/04  Create new pleading board.
4  D. Florence  0.3  31.50

02/18/04  Update case file and indexing database.
4  D. Florence  0.5  52.50

02/18/04  Reviewed master site information chart, including working with D. Florence regarding revisions to same.
4  S. Parker  0.4  46.00

02/18/04  Analyze documents to determine responsiveness to discovery demands.
15  R. Pitkofsky  6.7  1,206.00

02/18/04  Prepare summary chart of potential responsive documents to discovery demands.
15  R. Pitkofsky  1.7  306.00

02/19/04  Review annotated site/claims chart from L. Gardner and comparing cost information by claim to previous spreadsheets.
15  M. Waller  0.4  138.00

02/19/04  Confer with B. Moffitt regarding responding to memorandum from L. Gardner regarding site/claim cost information.
15  M. Waller  0.1  34.50

| 02/19/04 | Confer with S. Parker and B. Moffitt regarding review of documents produced by client for site information. | | |
| 15 | M. Waller | 0.2 | 69.00 |

| 02/19/04 | Preparing document requests to CNA. | | |
| 15 | M. Waller | 0.6 | 207.00 |

| 02/19/04 | Telephone call with L. Gardner regarding document production. | | |
| 15 | B. Moffitt | 0.1 | 29.00 |

| 02/19/04 | Analyze documents in CNA production to determine responsiveness to discovery document demands. | | |
| 15 | R. Pitkofsky | 7.1 | 1,278.00 |

| 02/19/04 | Prepare summary chart of potential responsive documents to discovery demands. | | |
| 15 | R. Pitkofsky | 0.4 | 72.00 |

| 02/20/04 | Confer with B. Moffitt regarding review of CNA document productions by R. Pitkofsky and search for and preparation of documents previously obtained for production to CNA. | | |
| 15 | M. Waller | 0.2 | 69.00 |

| 02/20/04 | Draft memo to  S. Parker regarding search for Acton Plant, Woburn, and Wells G &  H documents to follow up on communications with L. Gardner regarding files regarding same at Memphis office. | | |
| 15 | M. Waller | 0.1 | 34.50 |

| 02/20/04 | Working with S. Parker regarding review and preparation of documents for production in response to discovery requests by CNA, and indices of Marsh & McLennan and CNA document productions. | | |
| 15 | M. Waller | 1.3 | 448.50 |

| 02/20/04 | Work with B. Moffitt to prepare discovery requests to CAN. | | |
| 15 | M. Waller | 0.5 | 172.50 |

| 02/20/04 | Follow up with A. Marchetta regarding status. | | |
| 15 | M. Waller | 0.2 | 69.00 |

| 02/20/04 | Preparing for discovery requests to CNA. | | |
| 15 | M. Waller | 0.6 | 207.00 |

| 02/20/04 | Work with R. Pitkofsky regarding document review. | | |
| 15 | B. Moffitt | 0.5 | 145.00 |

| 02/20/04 | Confer with M. Waller regarding status of document review and calls with R. Pitkofsky regarding same. | | |
| 15 | B. Moffitt | 0.6 | 174.00 |

| 02/20/04 | Draft document demands to CNA. | | |
| 15 | B. Moffitt | 0.5 | 145.00 |

| 02/20/04 | Reviewed file indices regarding identification of additional documents which may be responsive to CNA's discovery requests, including total number of boxes onsite from the Acton Water Supply and Woburn Sites. | | |
| 4 | S. Parker | 1.4 | 161.00 |

| 02/20/04 | Worked with D. Florence regarding review of onsite boxes to determine additional responsive files, updating master index of files for attorney review and status of ongoing projects. | | |
| 4 | S. Parker | 1.4 | 161.00 |

| 02/20/04 | Coordinated duplication of potentially responsive documents identified during first phase attorney review. | | |
| 4 | S. Parker | 0.2 | 23.00 |

| 02/20/04 | Worked with M. Waller regarding status of all current projects in preparation for response to CNA's document demands. | | |
| 4 | S. Parker | 1.3 | 149.50 |

| 02/20/04 | Work with S. Parker regarding identification of additional documents for review. | | |
| 4 | D. Florence | 2.4 | 252.00 |

| 02/20/04 | Compare boxes from NY Storage with bar coded boxes to verify duplicates. | | |
| 4 | D. Florence | 0.5 | 52.50 |

| 02/20/04 | Update the index of boxes to be reviewed by attorneys. | | |
| 4 | D. Florence | 1.8 | 189.00 |

| 02/20/04 | Create list of boxes to further review to determine if responsive. | | |
| 4 | D. Florence | 0.3 | 31.50 |

| 02/20/04 | Revise the NY Storage Index to include bar code numbers. | | |
| 4 | D. Florence | 0.3 | 31.50 |

| 02/20/04 | Discuss with M. Waller and B. Moffitt regarding priorities and strategies of document review. | | |
| 15 | R. Pitkofsky | 0.2 | 36.00 |

| 02/20/04 | Analyze documents to determine responsiveness to plaintiff's discovery | | |

| | | | |
|---|---|---|---|
| | demands. | | |
| 15 | R. Pitkofsky | 6.7 | 1,206.00 |
| 02/20/04 | Prepare and revise summary chart for potential responsive discovery documents. | | |
| 15 | R. Pitkofsky | 1.3 | 234.00 |
| 02/23/04 4 | Work with staff regarding discovery. A. Marchetta | 0.6 | 279.00 |
| 02/23/04 | Telephone conference with R. Emmett, L. Duff, and B. Moffitt regarding search for and compilation of site related materials. | | |
| 15 | M. Waller | 0.6 | 207.00 |
| 02/23/04 | Follow up with B. Moffitt regarding status of document review and preparation of chart indicating sites where notice information obtained. | | |
| 15 | M. Waller | 0.3 | 103.50 |
| 02/23/04 | Working with S. Parker regarding review of documents, identification of claims, and review of pleadings and prior submissions of CNA regarding claims at issue. | | |
| 15 | M. Waller | 1.2 | 414.00 |
| 02/23/04 | Working with B. Moffitt prepare discovery requests to CNA and to respond to CNA's requests. | | |
| 15 | M. Waller | 1.0 | 345.00 |
| 02/23/04 | Draft response to L. Gardner regarding document compilation and production. | | |
| 15 | M. Waller | 0.1 | 34.50 |
| 02/23/04 | Work with M. Waller regarding drafting of interrogatories and document demands. | | |
| 15 | B. Moffitt | 1.0 | 290.00 |
| 02/23/04 | Draft document demands to CAN, including review of Posner Affidavit and other file material regarding same. | | |
| 15 | B. Moffitt | 3.9 | 1,131.00 |
| 02/23/04 15 | Work with S. Parker regarding preparation of discovery demands to CNA. B. Moffitt | 0.2 | 58.00 |
| 02/23/04 | Conference call with client representatives regarding streamlining production of documents to CNA. | | |
| 15 | B. Moffitt | 0.6 | 174.00 |

| 02/23/04 | Follow up with M. Waller regarding conference call with client representatives regarding streamlining production of documents to CNA. | | |
| 15 | B. Moffitt | 0.2 | 58.00 |

| 02/23/04 | Conducted database searches, reviewed file documents, and worked with D. Florence regarding identification and retrieval of specific site information charts requested by M. Waller regarding preparation of affirmative discovery requests to CNA. | | |
| 4 | S. Parker | 0.5 | 57.50 |

| 02/23/04 | Reviewed and analyzed all discovery exchanged between CNA and Grace, including answers to cross-claims and counterclaims, made copy sets of relevant documents and highlighted significant sections of same as requested by M. Waller regarding same. | | |
| 4 | S. Parker | 2.1 | 241.50 |

| 02/23/04 | Worked with M. Waller and B. Moffitt regarding status of same, including additional issues related to preparation of affirmative discovery and responses to CNA's discovery requests. | | |
| 4 | S. Parker | 1.2 | 138.00 |

| 02/23/04 | Draft revisions to index of documents to be reviewed. | | |
| 4 | D. Florence | 0.4 | 42.00 |

| 02/23/04 | Preparation of boxes for review by R. Pitkofsky. | | |
| 4 | D. Florence | 2.9 | 304.50 |

| 02/23/04 | Assist S. Parker with chart of Site Information prepared by attorneys. | | |
| 4 | D. Florence | 0.3 | 31.50 |

| 02/23/04 | Analyze documents for responsiveness to plaintiffs' discovery demands. | | |
| 15 | R. Pitkofsky | 6.9 | 1,242.00 |

| 02/23/04 | Preparing summary chart for potentially responsive documents to discovery demands. | | |
| 15 | R. Pitkofsky | 1.4 | 252.00 |

| 02/24/04 | Work with M. Waller and B. Moffitt regarding document production and discovery issues and staffing. | | |
| 4 | A. Marchetta | 0.6 | 279.00 |

| 02/24/04 | Conference with A. Marchetta and B. Moffitt regarding status, tasks, and strategy to respond to CNA discovery, service of Grace discovery, and ongoing research and compilation of documents. | | |
| 15 | M. Waller | 0.3 | 103.50 |

| 02/24/04 | Drafting discovery requests to CNA. | | |
|---|---|---|---|
| 15 | M. Waller | 4.1 | 1,414.50 |

| 02/24/04 | Review cost documentation received from L. Gardner. | | |
|---|---|---|---|
| 15 | M. Waller | 0.2 | 69.00 |

| 02/24/04 | Meeting with C. Yuen regarding research regarding use of NY law on allocation to support argument regarding maximization of coverage under remaining CNA policy at issue and preparation of "all sums" defense costs argument. | | |
|---|---|---|---|
| 15 | M. Waller | 0.4 | 138.00 |

| 02/24/04 | Working with S. Parker regarding research regarding identification of sites at issue, discovery responses by CNA, Protective Order applicable to matter, and previous discovery demands by Grace. | | |
|---|---|---|---|
| 15 | M. Waller | 0.8 | 276.00 |

| 02/24/04 | Conferring with B. Moffitt regarding responses to CNA discovery. | | |
|---|---|---|---|
| 15 | M. Waller | 0.2 | 69.00 |

| 02/24/04 | Confer M. Waller regarding allocation issues. | | |
|---|---|---|---|
| 15 | C. Yuen | 0.3 | 97.50 |

| 02/24/04 | Confer with A. Marchetta regarding propounding discovery on CNA and regarding responses to CNA discovery demands. | | |
|---|---|---|---|
| 15 | B. Moffitt | 0.3 | 87.00 |

| 02/24/04 | Work with M. Waller regarding computer printouts of costs incurred at various sites at issue. | | |
|---|---|---|---|
| 15 | B. Moffitt | 0.2 | 58.00 |

| 02/24/04 | Monitored SDNY website to determine if additional orders have been issued by Judge. | | |
|---|---|---|---|
| 4 | S. Parker | 0.2 | 23.00 |

| 02/24/04 | Reviewed insurer's discovery responses, answers to counterclaims and crossclaims, and related correspondence regarding verification of all documents which supplement WRG's list of sites at issue. | | |
|---|---|---|---|
| 4 | S. Parker | 2.0 | 230.00 |

| 02/24/04 | Began reviewing file documents regarding compilation of documents evidencing CNA's position regarding sites at issue. | | |
|---|---|---|---|
| 4 | S. Parker | 0.9 | 103.50 |

| 02/24/04 | Worked with M. Waller regarding status of current projects, including research on sites at issue. | | |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 4 | S. Parker | 0.8 | 92.00 |
| 02/24/04 | Analyze and assess documents for responsiveness to plaintiff's discovery demands. | | |
| 15 | R. Pitkofsky | 6.9 | 1,242.00 |
| 02/24/04 | Prepare summary chart for potentially responsive documents to discovery demands. | | |
| 15 | R. Pitkofsky | 0.7 | 126.00 |
| 02/25/04 | Follow up with C. Yuen regarding preparation of argument regarding allocating defense cost liability to CNA policy at issue. | | |
| 15 | M. Waller | 0.1 | 34.50 |
| 02/25/04 | Reviewing index of documents and identifying prior of documents to review for R. Pitkofsky. | | |
| 15 | M. Waller | 0.2 | 69.00 |
| 02/25/04 | Working with S. Parker to identify and prepare documents for review and production in response to CNA discovery demands. | | |
| 15 | M. Waller | 0.6 | 207.00 |
| 02/25/04 | Drafting discovery requests to CNA. | | |
| 15 | M. Waller | 2.9 | 1,000.50 |
| 02/25/04 | Follow up regarding document production and discovery requests. | | |
| 4 | A. Marchetta | 0.4 | 186.00 |
| 02/25/04 | Work with R. Pitkofsky and M. Waller regarding review of Marsh & McLennan documents. | | |
| 15 | B. Moffitt | 0.3 | 87.00 |
| 02/25/04 | Work with S. Parker regarding identification of boxes to add to review list and status of projects. | | |
| 4 | D. Florence | 0.7 | 73.50 |
| 02/25/04 | Locate Marsh McLennan productions and compare with file index. | | |
| 4 | D. Florence | 1.8 | 189.00 |
| 02/25/04 | Update the index of documents to be reviewed to reflect these boxes. | | |
| 4 | D. Florence | 1.9 | 199.50 |
| 02/25/04 | Worked with D. Florence regarding status of current projects, including compilation of Marsh McLennan document productions in preparation for attorney review regarding response to CNA's discovery requests. | | |
| 4 | S. Parker | 0.7 | 80.50 |

| 02/25/04 | Worked with M. Waller regarding status of current projects regarding response to CNA's discovery requests. | | |
| 4 | S. Parker | 0.3 | 34.50 |

| 02/25/04 | Analyze documents for responsiveness to discovery demands. | | |
| 15 | R. Pitkofsky | 9.2 | 1,656.00 |

| 02/25/04 | Preparing summary chart of potentially responsive documents to discovery demands. | | |
| 15 | R. Pitkofsky | 1.1 | 198.00 |

| 02/26/04 | Confer with A. Marchetta regarding document demands and interrogatories. | | |
| 15 | M. Waller | 0.2 | 69.00 |

| 02/26/04 | Finalizing document demands to CNA. | | |
| 15 | M. Waller | 0.7 | 241.50 |

| 02/26/04 | Working with S. Parker to prepare additional boxes of documents for review by R. Pitkofsky in connection with Grace's responses to CNA's discovery requests. | | |
| 15 | M. Waller | 0.2 | 69.00 |

| 02/26/04 | Review e-mail from R. Medler regarding request to Cryovac (now Sealed Air) for documents and information regarding several site/claims and forward to A. Marchetta. | | |
| 15 | M. Waller | 0.1 | 34.50 |

| 02/26/04 | Reviewed file documents as requested by M. Waller regarding confirmation of dates of Stipulation Dismissal and Final Judgment regarding preparation of written responses to CNA's discovery requests. | | |
| 4 | S. Parker | 0.2 | 23.00 |

| 02/26/04 | Worked with M. Waller regarding confirmation of dates of Stipulation Dismissal and Final Judgment re: preparation of written responses to CNA's discovery requests same. | | |
| 4 | S. Parker | 0.2 | 23.00 |

| 02/26/04 | Worked with R. Pitkofsky regarding status of document review. | | |
| 4 | S. Parker | 0.3 | 34.50 |

| 02/26/04 | Discussion with S. Parker regarding status and progress of document review, including status of responding to discovery demands. | | |
| 15 | R. Pitkofsky | 0.2 | 36.00 |

| 02/26/04 | Analyze and review documents to determine responsiveness to plaintiffs' | | |

|  |  | discovery demands. |  |  |
|---|---|---|---|---|
| 15 |  | R. Pitkofsky | 7.7 | 1,386.00 |
| 02/26/04 |  | Draft summary chart of review of potential responsive documents to discovery demands. |  |  |
| 15 |  | R. Pitkofsky | 0.6 | 108.00 |
| 02/27/04 |  | Analyze potential responsive documents to plaintiff's discovery demands. |  |  |
| 15 |  | R. Pitkofsky | 7.1 | 1,278.00 |
| 02/27/04 |  | Prepare summary chart of potentially responsive documents to discovery demands. |  |  |
| 15 |  | R. Pitkofsky | 0.6 | 108.00 |
| 02/28/04 |  | Working with B. Moffitt regarding responses to CNA's discovery demand and document production. |  |  |
| 15 |  | M. Waller | 0.3 | 103.50 |
| 02/28/04 |  | Work with M. Waller regarding document production and written responses to CNA's discovery demands. |  |  |
| 15 |  | B. Moffitt | 0.3 | 87.00 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| A. Marchetta | 13.00 | 465.00 | 6,045.00 |
| M. Waller | 31.80 | 345.00 | 10,971.00 |
| C. Yuen | 0.30 | 325.00 | 97.50 |
| B. Moffitt | 16.80 | 290.00 | 4,872.00 |
| D. Florence | 36.80 | 105.00 | 3,864.00 |
| S. Parker | 32.80 | 115.00 | 3,772.00 |
| R. Pitkofsky | 118.80 | 180.00 | 21,384.00 |
| TOTALS | 250.30 |  | 51,005.50 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| A. Marchetta | 4 | 13.0 | 465.00 | 6,045.00 |
| M. Waller | 15 | 31.8 | 345.00 | 10,971.00 |
| B. Moffitt | 15 | 16.8 | 290.00 | 4,872.00 |
| R. Pitkofsky | 15 | 118.8 | 180.00 | 21,384.00 |
| C. Yuen | 15 | 0.3 | 325.00 | 97.50 |
| D. Florence | 4 | 36.8 | 105.00 | 3,864.00 |
| S. Parker | 4 | 32.8 | 115.00 | 3,772.00 |
| | TOTAL | 250.3 | | 51,005.50 |

Client: 082910 W.R. GRACE & CO.
Matter: 062416 Prudential, et al.


| | | | |
|---|---|---|---|
| 02/20/04 | Telephone call with co-counsel and follow up regarding opinion with client. | | |
| 4 | A. Marchetta | 0.4 | 186.00 |

| | | | |
|---|---|---|---|
| 02/23/04 | Retrieved recently issued Third Circuit Order in Prudential v. US Gypsum from website; Cross referenced lists of sites at issue in March 1996 pre-trial order, Judge Ackerman's June 2001 Order and internal charts outlining building status in order to confirm the status of all buildings in litigation as requested by A. Marchetta, including preparation of memo outlining same. | | |
| 4 | S. Parker | 1.6 | 184.00 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| A. Marchetta | 0.40 | 465.00 | 186.00 |
| S. Parker | 1.60 | 115.00 | 184.00 |
| TOTALS | 2.00 | | 370.00 |


## FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 4 | 0.4 | 465.00 | 186.00 |
| S. Parker | 4 | 1.6 | 115.00 | 184.00 |
| TOTAL | | 2.0 | | 370.00 |

Client: 082910 W.R. GRACE & CO.
Matter: 102292 Tahari, Ltd.

| 02/04/04 | Conference with B. Benjamin and follow-up regarding demand letter. | | |
| 15 | A. Marchetta | 0.3 | 139.50 |

| 02/04/04 | Attendance at mandatory Appellate Division pre-argument settlement conference. | | |
| 15 | B. Benjamin | 2.8 | 1,008.00 |

| 02/04/04 | Draft correspondence to A. Nagy and V. Finkelstein regarding outcome of pre-argument conference at Appellate Division. | | |
| 15 | B. Benjamin | 0.2 | 72.00 |

| 02/09/04 | Conference with B. Benjamin regarding motion. | | |
| 4 | A. Marchetta | 0.1 | 46.50 |

| 02/17/04 | Telephone call with client and follow up regarding settlement. | | |
| 4 | A. Marchetta | 0.2 | 93.00 |

| 02/23/04 | Numerous conference calls with A. Mack, associate of D. Rosenholc, counsel for Tahari, regarding request to adjourn court-ordered settlement conference. | | |
| 15 | B. Benjamin | 0.3 | 108.00 |

| 02/24/04 | Follow up with B. Benjamin regarding issues. | | |
| 4 | A. Marchetta | 0.2 | 93.00 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
| --- | --- | --- | --- |
| A. Marchetta | 0.80 | 465.00 | 372.00 |
| B. Benjamin | 3.30 | 360.00 | 1,188.00 |
| TOTALS | 4.10 | | 1,560.00 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
| --- | --- | --- | --- | --- |

| A. Marchetta | 4 | 0.5 | 465.00 | 232.50 |
|---|---|---|---|---|
|  | 15 | 0.3 | 465.00 | 139.50 |
| B. Benjamin | 15 | 3.3 | 360.00 | 1,188.00 |
| TOTAL |  | 4.1 |  | 1,560.00 |

Client: 082910 W.R. GRACE & CO.
Matter: 108536 Wappinger Shopping Center LLC

| 02/11/04 | Per V. Finkelstein, review/analysis of Landlord's correspondence/response to obligation to fix roof. | | |
|---|---|---|---|
| 15 | B. Benjamin | 0.1 | 36.00 |

| 02/11/04 | Per V. Finkelstein, review/analysis of Prime Lease and Sublease regarding landlord's and tenant's obligation to fix roof and ability of landlord to charge tenant for repairs. | | |
|---|---|---|---|
| 15 | B. Benjamin | 0.3 | 108.00 |

| 02/11/04 | Telephone conference with V. Finkelstein regarding landlord's suggestion to share cost with tenant of fixing roof. | | |
|---|---|---|---|
| 15 | B. Benjamin | 0.1 | 36.00 |

| 02/13/04 | Telephone conference with V. Finkelstein and J. Metusiak, counsel for Goodwill Industries, regarding landlord's obligation to repair or replace roof, lease and sublease obligations, negotiation strategy, and retaining independent roofer. | | |
|---|---|---|---|
| 15 | B. Benjamin | 0.3 | 108.00 |

| 02/18/04 | Follow up with B. Benjamin regarding status. | | |
|---|---|---|---|
| 4 | A. Marchetta | 0.2 | 93.00 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| A. Marchetta | 0.20 | 465.00 | 93.00 |
| B. Benjamin | 0.80 | 360.00 | 288.00 |
| TOTALS | 1.00 |  | 381.00 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 4 | 0.2 | 465.00 | 93.00 |
| B. Benjamin | 15 | 0.8 | 360.00 | 288.00 |
| TOTAL | | 1.0 | | 381.00 |