# EXHIBIT B

## EXHIBIT B

## EXPENSES FOR THE FEE PERIOD
## FEBRUARY 1, 2004 THROUGH FEBRUARY 29, 2004

Engagement Costs – Chapter 11 Administration

| | | |
|---|---|---:|
| 02/05/04 | PD UPS TO WILMINGTON DE; KMJ; INV. # 81207064 | 10.78 |
| | Duplicating | 48.30 |
| | Matter Total Engagement Cost | 59.08 |

Engagement Costs – NY Superfund Action

| | | |
|---|---|---:|
| 02/27/04 | DOCUMENT ACCESS FACILITY--ANNEX--FEBRUARY 2004 | 2148.00 |
| | Computer Assisted Research[2] | 11.00 |
| | Duplicating | 182.20 |
| | Matter Total Engagement Cost | 2,341.20 |

Engagement Costs – Tahari, Ltd.

| | | |
|---|---|---:|
| 12/01/03 | Pd Delivery Charge; bmb; Ck# 257644[3] | 15.00 |
| 01/20/04 | PD AMEX FOR TELEPHONE EXPENSES; AJM; CK# 257566 | 15.00 |
| 02/04/04 | Pd travel expenses; BMB; UH 2/29/04[4] | 4.00 |
| | Postage | 1.20 |
| | Matter Total Engagement Cost | 35.20 |

---

[2] See Pitney, Hardin, Kipp & Szuch, LLP's Engagement Cost Report for 2/1/2004 to 3/31/2004 attached hereto as Exhibit 1.
[3] See Invoice No. 065415 attached hereto as Exhibit 2.
[4] See Direct Reimbursement Expense Report for Barry M. Benjamin, Esq. dated 2/4/04 attached hereto as Exhibit 3.

29

# EXHIBIT 1

4/1/2004  
9:32 AM  
Includes: Hard, Soft, Billed

Pitney, Hardin, Kipp & Szuch, LLP  
**Engagement Cost Report**  
Periods: 200402 To 200403  Dates: 2/1/2004 To 3/31/2004

(PHDSB02JB)  
Req'd By: KANDOLAB  
Currency: USD

**Client: 082913  W.R. GRACE & CO.\INSURANCE CO**  
**Matter: 000009  NY Superfund Action**

| Trans Date | Disb | Description | Disb ID | Task Code | Bill Num | Bill Date | Base Amount | To Bill Amount | Billed Amount |
|---|---|---|---|---|---|---|---|---|---|
| **Client: 082913  W.R. GRACE & CO.\INSURANCE CO** | | | | | | | | | |
| **Cost Code: CAR  Computer Assisted Research** | | | | | | | | | |
| 2/22/2004 | CAR | | 1707633 | | 2046888 | 3/18/2004 | $4.25 | $4.25 | $4.25 |
| 2/22/2004 | CAR | | 1707634 | | 2046888 | 3/18/2004 | $2.50 | $2.50 | $2.50 |
| 2/29/2004 | CAR | | 1709724 | | 2046888 | 3/18/2004 | $4.25 | $4.25 | $4.25 |
| **Cost Code CAR Totals:** | | | | | | | $11.00 | $11.00 | $11.00 |
| **Matter 000009 Totals:** | | | | | | | $11.00 | $11.00 | $11.00 |
| **Client 082913 Totals:** | | | | | | | $11.00 | $11.00 | $11.00 |
| **Report Totals** | | | | | | | $11.00 | $11.00 | $11.00 |

Page: 1

# EXHIBIT 2

```
.LIVERY SYSTEMS, INC.                                                    INVOICE-No: 065415
HARDIN KIPP & SZUCH                                                               PAGE: 3

  | DATE    | REFERENCE        | PARTICULARS                                          | TYP | CHARGES        | AMOUNT

                                ********************* 1 JOBS(S) FOR DEPT-#: 61               ***** SUB-TOTAL    28.00
92  12/01/03  TKT-#00547662    FR: PITNEY HARDIN KIPP & SZU TO: DAVID ROZENWHOL ASSC   MES   SERVICE CHARGE    7.50
              JOB-#00547662        685 3RD AVENUE         9 EAST 84TH STREET                 ADDL STOP(S)      7.50
              REF-#0829901022      NEW YORK,N.Y.          C/R OK DAN 42 HOLD                 ---------
              MARGARITA          * CALLER: MARGARITA/AM                                      * SUB-TOTAL      15.00
                                 * POD by: C.WILLIAMS
                                 * DESC'N: 1 ENVELOPE

                                ********************* 1 JOBS(S) FOR DEPT-#: 92               ***** SUB-TOTAL   (15.00)

                                                                                      GROSS SALES |   121.00
                                                                                        SURCHARGE |     4.84
TOTAL No of JOBS: 11                                                              *** INVOICE TOTAL |   125.84
```

Handwritten annotations: "Barry Benjamin  082910/102292"

# EXHIBIT 3

# NEW YORK

## DIRECT REIMBURSEMENT EXPENSE REPORT

NAME: Barry M. Benjamin, Esq.  
Period From: _____ To: 2/4/2004

NOTE: DOCUMENTATION MUST BE ATTACHED FOR EACH INDIVIDUAL EXPENSE OF $25 OR MORE

| DATE | DEPARTURE DESCRIPTION OR DESCRIPTION OF ALLOWABLE EXPENSE | Auto Expenses | | | Hotel or Lodging | Business Meals | Other Expenses | Total Expenses | Client No./ Matter No. or Firm Charge |
|---|---|---|---|---|---|---|---|---|---|
| | | Miles | Amount | Parking | | | | | |
| 2/4/04 | Transportation to court appearance | | | | | | Show details on Page 2 $40.00 | $40.00 | 082910.102292 |

I certify that I have incurred all the expenses above on behalf of the Firm and that they all are directly related to the active conduct of the Firm's business.

Signature: *Barry M. Benjamin* [signed]  
Date: 2/4/2004

Expenses Reported: $40.00

PAID FEB 27 2004

ENTERED IN COMPUTER BY: [initials] 2/25/04

/0501

2/6/2004