**EXHIBIT A**

```
W.R. GRACE & COMPANY                        April 8, 2004
5400 BROKEN SOUND BLVD., N.W.               Invoice No. 23161
BOCA RATON, FL 33487                        Client No.  734680
ATTN: RICHARD A. SENFTLEBEN, ESQ.
```

For Professional Services Rendered through   03/31/04

Matter #         734680.1         VS. HONEYWELL INTERNATIONAL

## Litigation and Litigation Consulting

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---:|---:|
| 03/01/04 | JMA | Receipt and review letter from Parsons re: RAA - Perimeter Wall | .20 | 75.00 |
| 03/01/04 | JMA | Preliminary review of Groundwater Modeling Report re: Perimeter Wall selection | 1.30 | 487.50 |
| 03/01/04 | JMA | Review file for meeting with DEP and Special Master | 1.00 | 375.00 |
| 03/01/04 | JMA | Attend meeting with DEP and Special Master and all parties re: permits | 5.50 | 2062.50 |
| 03/02/04 | JMA | Revisions to Protective Order - TSDFs | .50 | 187.50 |
| 03/02/04 | JMA | Phone - K. Brown's office re: scheduling | .20 | 75.00 |
| 03/02/04 | JMA | Phone - K. Brown re: all parties meeting | .30 | 112.50 |
| 03/02/04 | JMA | Phone - K. Millian re: Protective Order | .30 | 112.50 |
| 03/02/04 | JMA | Revise draft Protective Order | .40 | 150.00 |
| 03/02/04 | JMA | Email to M. Daneker | .10 | 37.50 |
| 03/02/04 | JMA | Phone - B. Cunningham re: RAA - Perimeter Wall | .10 | 37.50 |
| 03/02/04 | JMA | Phone - C. Marraro re: meeting with DEP and Special Master and upcoming meeting with all parties | .80 | 300.00 |
| 03/02/04 | JMA | Phone - R. Senftleben re: all parties meeting | .20 | 75.00 |
| 03/02/04 | JMA | Phone - A. Nagy re: all parties meeting | .20 | 75.00 |
| 03/02/04 | JMA | Phone - M. Daneker | .10 | 37.50 |
| 03/03/04 | JMA | Review file for meeting with Special Master | 1.30 | 487.50 |
| 03/03/04 | JMA | Conference with K. Brown and R. Senftleben re: perimeter wall issues | 3.40 | 1275.00 |
| 03/03/04 | JMA | Attend meeting with Special Master and all parties re: perimeter wall issues | 3.00 | 1125.00 |

```
W.R. GRACE & COMPANY                                April 8, 2004
Client No.              734680                      Page      2
INVOICE NO.             23161
```

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 03/03/04 | JMA | Conference with R. Senftleben, K. Brown and C. Marraro re: Work Plan issues | .90 | 337.50 |
| 03/03/04 | JMA | Conference with R. Senftleben and C. Marraro re: settlement strategy | 1.30 | 487.50 |
| 03/03/04 | JMA | Email to all counsel re: Protective Order | .20 | 75.00 |
| 03/04/04 | JMA | Email to counsel with Protective Order | .10 | 37.50 |
| 03/04/04 | JMA | Receipt and review email from K. Millian re: Protective Order | .10 | 37.50 |
| 03/04/04 | JMA | Revise Protective Order | .20 | 75.00 |
| 03/04/04 | JMA | Receipt and review email from M. Daneker re: Protective Order | .10 | 37.50 |
| 03/04/04 | JMA | Receipt and review email from counsel for Special Master re: revisions to Protective Order | .30 | 112.50 |
| 03/04/04 | JMA | Receipt and review email from C. Anderson re: revised Protective Order | .10 | 37.50 |
| 03/04/04 | JMA | Receipt and review revised Protective Order | .20 | 75.00 |
| 03/04/04 | JMA | Letter to M. Daneker | .20 | 75.00 |
| 03/04/04 | JMA | Review and executed Protective Order | .20 | 75.00 |
| 03/05/04 | JMA | Phone - C. Marraro re: Protective Order and settlement issues | .40 | 150.00 |
| 03/05/04 | JMA | Appeal - phone - L. Thomas re: mediation schedule | .10 | 37.50 |
| 03/05/04 | JMA | Appeal - phone - C. Marraro re: mediation schedule | .20 | 75.00 |
| 03/05/04 | JMA | Phone - C. Marraro re: transportation issues | .20 | 75.00 |
| 03/05/04 | JMA | Phone - counsel for Special Master | .50 | 187.50 |
| 03/05/04 | JMA | Phone - C. Marraro re: open issues with Special Master | .40 | 150.00 |
| 03/05/04 | JMA | Receipt and review Notice of Electronic Filing (NEC) | .20 | 75.00 |
| 03/05/04 | JMA | Receipt and review notice of motion by Special Master - 9th Fee Application | .20 | 75.00 |

```
W.R. GRACE & COMPANY                                     April 8, 2004
Client No.              734680                    Page       3
INVOICE NO.             23161
```

| | | | | |
|---|---|---|---|---:|
| 03/05/04 | JMA | Receipt and review Special Master's 9th Fee Application | .70 | 262.50 |
| 03/05/04 | JMA | Receipt and review proposed Order re: Special Master's 9th Fee Application | .20 | 75.00 |
| 03/05/04 | JMA | Letter to Judge Cavanaugh re: Special Master's 9th Fee Application | .20 | 75.00 |
| 03/05/04 | JMA | Receipt and review letter from Parsons re: Design Investigation Report | .10 | 37.50 |
| 03/05/04 | JMA | Receipt and review letter from Parsons re: Sediment Sampling Report | .10 | 37.50 |
| 03/05/04 | JMA | Phone - C. Anderson | .10 | 37.50 |
| 03/05/04 | JMA | Letter to M. Caffrey | .20 | 75.00 |
| 03/05/04 | JMA | Receipt and review letter from Parsons re: Groundwater Collection System | .10 | 37.50 |
| 03/05/04 | JMA | Receipt and review preliminary drawings re: Goundwater Collection System | .30 | 112.50 |
| 03/05/04 | JMA | Receipt and review email from Langan with soil memo | .30 | 112.50 |
| 03/05/04 | MEF | Memo to JMA re: CERCLA case before Supreme Court | .20 | 50.00 |
| 03/08/04 | JMA | Phone - C. Marraro re: settlement issues | .30 | 112.50 |
| 03/08/04 | JMA | Appeal - receipt and review letter from T. Milch to J. Torregrossa - Third Circuit Mediation Director | .30 | 112.50 |
| 03/08/04 | JMA | Appeal - Phone - C. Marraro re: mediation issues | .30 | 112.50 |
| 03/08/04 | JMA | Receipt and review letter from D. Field to Judge Cavanaugh | .10 | 37.50 |
| 03/08/04 | JMA | Receipt and review letter from D. Field to Clerk | .10 | 37.50 |
| 03/09/04 | JMA | Phone - C. Marraro re: RAA - Perimeter Wall | .30 | 112.50 |
| 03/09/04 | JMA | Phone - C. Marraro and M. Daneker re: RAA motion and License Agreement | .30 | 112.50 |
| 03/09/04 | JMA | Phone - C. Marraro re: settlement strategy | .90 | 337.50 |

```
W.R. GRACE & COMPANY                                       April 8, 2004
Client No.            734680                               Page     4
INVOICE NO.           23161
```

| Date | | Description | Hours | Amount |
|---|---|---|---:|---:|
| 03/09/04 | JMA | Phone - K. Coakleys' secretary | .10 | 37.50 |
| 03/09/04 | JMA | Receipt and review email from C. Solanish re: RAA - TSDF | .10 | 37.50 |
| 03/09/04 | JMA | Receipt and review email from L. Walsh to C. Solanish re: RAA-TSDF | .10 | 37.50 |
| 03/09/04 | JMA | Receipt and review letter from Parsons re: Sampling Data - Sediments | .20 | 75.00 |
| 03/09/04 | JMA | Receipt and review Honeywell notice of motion re: Protective Order | .20 | 75.00 |
| 03/09/04 | JMA | Receipt and review Honeywell memorandum of law re: Protective Order | .80 | 300.00 |
| 03/09/04 | JMA | Receipt and review Declaration of P. Tarnaswsky re: Protective Order | .40 | 150.00 |
| 03/09/04 | JMA | Receipt and review Declaration of M. Daneker re: Protective Order | .20 | 75.00 |
| 03/09/04 | JMA | Receipt and review Honeywell RAA-TSDFs, tables and appendices | 3.50 | 1312.50 |
| 03/10/04 | JMA | Phone - C.. Marraro re: RAA - TSDF | .30 | 112.50 |
| 03/10/04 | JMA | Phone - R. Senftleben and C. Marraro re: meeting with Special Master and parties | .30 | 112.50 |
| 03/10/04 | JMA | Phone - counsel for Special Master re: RAA motion procedure | .30 | 112.50 |
| 03/10/04 | JMA | Phone - K. Millian re: scheduling | .20 | 75.00 |
| 03/10/04 | JMA | Phone - M. Daneker re: RAA - motion procedure | .10 | 37.50 |
| 03/10/04 | JMA | Conference with A. Nagy and C. Marraro re: RAA - Perimeter Wall, TSDFs | 2.00 | 750.00 |
| 03/11/04 | JMA | Conference with C. Marraro, A. Nagy and K. Brown re: meeting with Special Master and all parties | 1.80 | 675.00 |
| 03/11/04 | JMA | Attend meeting with Special Master and all parties | 2.60 | 975.00 |
| 03/11/04 | JMA | Meeting with C. Marraro, K. Brown and A. Nagy re: RAA - TSDFs | 2.30 | 862.50 |

```
W.R. GRACE & COMPANY                                    April 8, 2004
Client No.              734680                          Page      5
INVOICE NO.             23161
```

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 03/11/04 | JMA | Conference with C. Marraro re: Remedial Action Work Plan and RAA issues | 2.00 | 750.00 |
| 03/11/04 | JMA | Review Special Master's revisions to Work Plan Order re: RAA resolution procedure | .50 | 187.50 |
| 03/11/04 | JMA | Email to counsel for Special Master | .10 | 37.50 |
| 03/12/04 | JMA | Receipt and review proposed letter from Honeywell re: meetings with Regulators (License Agreement) | .30 | 112.50 |
| 03/12/04 | JMA | Receipt and review email from C. Marraro re: revisions to letter re: meetings with Regulators | .40 | 150.00 |
| 03/12/04 | JMA | Receipt and review email from M. Daneker re:meetings with Regulators (License Agreement) | .10 | 37.50 |
| 03/12/04 | JMA | Phone - C. Marraro re: Work Plan issues | .50 | 187.50 |
| 03/12/04 | JMA | Receipt and review email from M. Daneker re: Restated Order RAWP | .10 | 37.50 |
| 03/12/04 | JMA | Receipt and review Honeywell revisions to Special Master's Restate Order RAWP | .40 | 150.00 |
| 03/12/04 | JMA | Phone - C. Marraro re:Honeywell revisions to Special Master's Restated Order | .40 | 150.00 |
| 03/12/04 | JMA | Phone - C. Marraro re: revisions to letter re: meetings with Regulators | .50 | 187.50 |
| 03/12/04 | JMA | Review Special Master's draft of First Amendment to Stipulation on Immediate Action Items | .40 | 150.00 |
| 03/12/04 | JMA | Receipt and review email from H. Hall | .10 | 37.50 |
| 03/12/04 | JMA | Receipt and Review Special Master's Tracking Summary - Outstanding Submittals | .40 | 150.00 |
| 03/12/04 | JMA | Receipt and review Special Master's Tracking Summary - Submittals received | .30 | 112.50 |
| 03/15/04 | JMA | Receipt and review letter from C. Marraro to L. Walsh re: Restated Order - RAWP | .30 | 112.50 |
| 03/15/04 | JMA | Phone - C. Marraro re: scheduling | .20 | 75.00 |
| 03/15/04 | JMA | Conference with C. Marraro re: settlement strategy | 2.00 | 750.00 |

```
W.R. GRACE & COMPANY                              April 8, 2004
Client No.           734680                       Page     6
INVOICE NO.          23161
```

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 03/15/04 | JMA | Phone - counsel for special Master re: Restated Order RAWP and weekly conference calls | .30 | 112.50 |
| 03/15/04 | JMA | Appeal - conference with C. Marraro and A. Nagy re: mediation/settlement issues | 2.00 | 750.00 |
| 03/15/04 | JMA | Appeal - attend mediation session with T. Milch, K. Adams, A. Nagy and C. Marraro | 1.00 | 375.00 |
| 03/15/04 | JMA | Phone conference with R. Senftleben, A. Nagy and C. Marraro re: mediation/settlement issues | .60 | 225.00 |
| 03/15/04 | MEF | Conference with JMA re: RCRA Fee Petition | .50 | 125.00 |
| 03/16/04 | JMA | Receipt and review email from M. Daneker re: IRM Stipulation | .10 | 37.50 |
| 03/16/04 | JMA | Receipt and review Honeywell revisions to First Amendment to Stipulation - Immediate Action Items | .30 | 112.50 |
| 03/16/04 | JMA | Receipt and review Notice of Electronic Filing | .10 | 37.50 |
| 03/16/04 | JMA | Receipt and review Protective Order entered by Court | .20 | 75.00 |
| 03/16/04 | JMA | Receipt and review email from M. Daneker re: Restated Order - RAWP | .10 | 37.50 |
| 03/16/04 | JMA | Phone - K. Brown re: weekly conference call | .10 | 37.50 |
| 03/16/04 | JMA | Appeal - Review mediation notes and correspondence for response letter to Honeywell | 1.00 | 375.00 |
| 03/16/04 | JMA | Appeal - Prepare draft letter to Honeywell | .70 | 262.50 |
| 03/16/04 | JMA | Phone conference with C. Marraro re: response letter to Honeywell re: mediation/appellate litigation | .60 | 225.00 |
| 03/16/04 | JMA | Phone - C. Marraro re: responses to RAAs | .30 | 112.50 |
| 03/16/04 | JMA | Revisions to response letter to Honeywell re: mediation and appellate litigation | .40 | 150.00 |
| 03/16/04 | JMA | Phone - C. Marraro re: revisions to response to Honeywell mediation/appellate litigation demand | .30 | 112.50 |
| 03/17/04 | JMA | Phone - C. Marraro re: settlement strategy | .40 | 150.00 |
| 03/17/04 | JMA | Receipt and review email from A. Nagy with chromium article | .40 | 150.00 |

```
W.R. GRACE & COMPANY                                April 8, 2004
Client No.            734680                        Page     7
INVOICE NO.           23161
```

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| 03/17/04 | JMA | RCRA Fee Petition - Phone conference with C. Marraro re: issues relating to evidentiary hearing and Findings of Fact and Conclusions of Law | 1.00 | 375.00 |
| 03/18/04 | JMA | Phone conference with C. Marraro and K. Brown re: Grace comments to RAAs | .50 | 187.50 |
| 03/18/04 | JMA | Phone - counsel for Special Master re: revisions to Restated RAWP and IRM Stipulation | .20 | 75.00 |
| 03/18/04 | JMA | Review RAA Report: TSDFs re: Grace comments | 1.30 | 487.50 |
| 03/18/04 | JMA | Conference with C. Marraro re: preparation of Grace comments to RAA Report: TSDFs | 1.70 | 637.50 |
| 03/18/04 | JMA | Review RAA Report: Perimeter Wall | 1.70 | 637.50 |
| 03/18/04 | JMA | Conference with C. Marraro re: preparation of Grace comments to RAA Report: Perimeter Wall | 2.00 | 750.00 |
| 03/18/04 | JMA | Receipt and review letter from K. Coakley re: IRM Stipulation | .20 | 75.00 |
| 03/18/04 | JMA | Review revisions to IRM Stipulation | .30 | 112.50 |
| 03/18/04 | JMA | Receipt and review letter from K. Coakley re: Restated RAWP Order | .20 | 75.00 |
| 03/18/04 | JMA | Receipt and review revisions to Restated RAWP Order | 1.00 | 375.00 |
| 03/18/04 | JMA | Phone - Special Master' counsel - L. Walsh re: revised IRM Stipulation and Restated Order | .20 | 75.00 |
| 03/18/04 | JMA | Phone - R. Senftleben and C. Marraro re: strategy | .30 | 112.50 |
| 03/18/04 | JMA | Receipt and review email from T. Pasuit re: revised Restated Order and IRM Stipulation | .10 | 37.50 |
| 03/18/04 | RCS | RCRA Fee Petition- assist JMA with research. | .30 | 67.50 |
| 03/19/04 | JMA | Phone - C. Marraro re: Grace comments to RAA's | .40 | 150.00 |
| 03/19/04 | JMA | Revise Grace comments to RAA's | .30 | 112.50 |
| 03/19/04 | JMA | Receipt and review email from T. Pasuit re: Restated RAWP Order and First Amendment to IRM Stipulation | .10 | 37.50 |

```
W.R. GRACE & COMPANY                                    April 8, 2004
Client No.            734680                            Page     8
INVOICE NO.           23161
```

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 03/19/04 | JMA | Review and execute First Amendment to IRM Stipulation and Restated RAWP Order | .40 | 150.00 |
| 03/19/04 | JMA | Letter to T. Pasuit | .10 | 37.50 |
| 03/19/04 | JMA | Phone - C. Marraro and A. Nagy re: settlement strategy | .40 | 150.00 |
| 03/20/04 | JMA | Phone - C. Marraro re: settlement strategy | .40 | 150.00 |
| 03/21/04 | JMA | Appeal - phone - C. Marraro re: strategy on issues of mediation and appellate litigation | .40 | 150.00 |
| 03/21/04 | JMA | Receipt and review email from K. Millian re: Restated Order-RAWP | .10 | 37.50 |
| 03/21/04 | JMA | Receipt and review email from M. Daneker re: Restated Order-RAWP | .10 | 37.50 |
| 03/22/04 | JMA | Letter to D. Field re: motion on barrier wall | .30 | 112.50 |
| 03/22/04 | JMA | Phone - M. Golladay re: results of weekly conference call | .10 | 37.50 |
| 03/22/04 | JMA | Receipt and review letter from D. Field to Judge Cavanaugh | .10 | 37.50 |
| 03/22/04 | JMA | Phone - T. Pasuit's secretary re: conference call | .10 | 37.50 |
| 03/22/04 | JMA | Phone - M. Golladay re: 3/22 conference call | .10 | 37.50 |
| 03/22/04 | JMA | Receipt and review fax memo from M. Daneker with signature pages for IRM Stipulation and Restated Order-RAWP | .10 | 37.50 |
| 03/22/04 | JMA | Receipt and review letter from T. Milch to J. Torregrossa | .20 | 75.00 |
| 03/22/04 | JMA | Letter to R. Senftleben and A. Nagy | .20 | 75.00 |
| 03/22/04 | JMA | Letter to A. Nagy and R. Senftleben re: Grace comments to RAA Reports | .20 | 75.00 |
| 03/22/04 | JMA | Phone - A. Nagy | .20 | 75.00 |
| 03/22/04 | JMA | Receipt and review email from C. Salonish re: Progress Report No. 10 | .10 | 37.50 |
| 03/22/04 | JMA | Receipt and review Honeywell Progress Report No. 10 | .90 | 337.50 |

```
W.R. GRACE & COMPANY                                    April 8, 2004
Client No.              734680                          Page      9
INVOICE NO.             23161
```

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 03/22/04 | JMA | Receipt and review letter from Parsons re: Honeywell Progress Report No. 10 | .10 | 37.50 |
| 03/22/04 | JMA | Receipt and review email from C. Salonish re: borings at east and west wall crossings | .10 | 37.50 |
| 03/22/04 | JMA | Receipt and review letter from Parsons re: east and west crossing wall borings | .10 | 37.50 |
| 03/22/04 | JMA | Review General Scope Plan and Boring Plan and sketches for east and west crossing walls | .50 | 187.50 |
| 03/22/04 | JMA | Compare east and west crossing wall boring plan with Case 5 of RAA Report: Perimeter Wall | .30 | 112.50 |
| 03/22/04 | JMA | Receipt and review email from counsel for Special Master re: weekly conference call | .10 | 37.50 |
| 03/22/04 | JMA | Phone - counsel for Special Master re: weekly conference call | .10 | 37.50 |
| 03/22/04 | JMA | Receipt and review email from C. Salonish re: sediment data | .10 | 37.50 |
| 03/22/04 | JMA | Receipt and review letter from Parsons to Special Master re: delay in sediment report | .20 | 75.00 |
| 03/22/04 | JMA | Receipt and review letter from D. Field re: barrier wall motion | .10 | 37.50 |
| 03/22/04 | JMA | Receipt and review letter from D. Field to Clerk with barrier wall motion | .10 | 37.50 |
| 03/22/04 | JMA | Receipt and review notice of motion to confirm barrier wall selection | .20 | 75.00 |
| 03/22/04 | JMA | Receipt and review Certification of P. Deming | .20 | 75.00 |
| 03/22/04 | JMA | Receipt and review Honeywell memorandum supporting barrier wall alternative | .50 | 187.50 |
| 03/22/04 | JMA | Phone - D. Field re: motion on barrier wall | .10 | 37.50 |
| 03/24/04 | JMA | Phone - counsel for Special Master re: scheduling | .30 | 112.50 |
| 03/24/04 | JMA | Phone - counsel for Special Master re: scheduling | .20 | 75.00 |
| 03/24/04 | JMA | Phone - C. Marraro re: scheduling | .20 | 75.00 |

```
W.R. GRACE & COMPANY                                April 8, 2004
Client No.              734680                      Page     10
INVOICE NO.             23161
```

| | | | | |
|---|---|---|---|---|
| 03/24/04 | JMA | Phone - counsel for Special Master re: scheduling | .10 | 37.50 |
| 03/24/04 | JMA | Phone - M. Daneker's secretary | .10 | 37.50 |
| 03/24/04 | JMA | Receipt and review letter from plaintiffs to Special Master re: RAAs Perimeter Wall and TSDFs | .20 | 75.00 |
| 03/24/04 | JMA | Letter to R. Senftleben and A. Nagy | .20 | 75.00 |
| 03/24/04 | JMA | Phone - R. Senftleben re: status of remediation and mediation | .30 | 112.50 |
| 03/24/04 | JMA | Receipt and review Order granting Special Master's 9th Fee Application | .20 | 75.00 |
| 03/24/04 | JMA | Receipt and review email from Louis Berger Group to Parsons re: east and west crossing wall borings | .20 | 75.00 |
| 03/26/04 | JMA | Letter to A. Nagy and R. Senftleben re: RAA Reports and all parties' meeting | .20 | 75.00 |
| 03/26/04 | JMA | RCRA Fee Petition - letter to A. Nagy and R. Senftleben re: oral argument | .20 | 75.00 |
| 03/26/04 | JMA | Phone - R. Senftleben re: scheduling | .20 | 75.00 |
| 03/26/04 | JMA | RCRA Fee Petition - phone - L. Thomas re: oral argument date | .10 | 37.50 |
| 03/27/04 | JMA | Receipt and review notice of electronic filing re: IRM Stipulation | .10 | 37.50 |
| 03/27/04 | JMA | Receipt and review notice of electronic filing re: Restated Stipulated Order RAWP | .10 | 37.50 |
| 03/27/04 | JMA | Receipt and review email from T. Pasuit re: 4/13/04 all parties' meeting | .10 | 37.50 |
| 03/27/04 | JMA | Appeal - receipt and review letter from J. Torregrossa re: briefing schedule | .10 | 37.50 |
| 03/27/04 | JMA | RCRA Fee Petition - receipt and review letter from K. Millian to Court | .20 | 75.00 |
| 03/27/04 | JMA | Receipt and review letter from K. Coakley to Judge Cavanaugh with First Amendment to IRM Stipulation | .20 | 75.00 |

```
W.R. GRACE & COMPANY                                      April 8, 2004
Client No.              734680                            Page     11
INVOICE NO.             23161
```

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 03/27/04 | JMA | Receipt and review letter from K. Coakley to Judge Cavanaugh with Restated Stipulated Order RAWP | .30 | 112.50 |
| 03/27/04 | JMA | Receipt and review email from M. Golladay with memo from K. Brown re: 3/22/04 conference call | .30 | 112.50 |
| 03/27/04 | JMA | Receipt and review email from A. Tamburro with Louis Berger Group letter approving deep lacustrine acquifer test | .30 | 112.50 |
| 03/28/04 | MEF | Appeal - Research - Third Circuit Mediation rules | .40 | 100.00 |
| 03/28/04 | MEF | Appeal - Memo to JMA re: Third Circuit Mediation rules | .30 | 75.00 |
| 03/29/04 | JMA | Phone - C. Marraro re: 4/13/04 all parties' meeting | .20 | 75.00 |
| 03/29/04 | JMA | Receipt and review email from C. Salonish re: test pits | .10 | 37.50 |
| 03/29/04 | JMA | Receipt and review letter from Parsons to Louis Berger Group re: IRM test pits | .20 | 75.00 |
| 03/29/04 | JMA | Receipt and review email from S. Jackson re: all parties' meeting | .10 | 37.50 |
| 03/29/04 | JMA | Receipt and review notice of electronic filing re: Restated Stipulation and Order signed by Judge Cavanaugh | .10 | 37.50 |
| 03/29/04 | JMA | Receipt and review executed and filed Restated Stipulation and Order - RAWP | .20 | 75.00 |
| 03/29/04 | JMA | Appeal - phone - C. Marraro re: briefing schedule | .20 | 75.00 |
| 03/29/04 | JMA | RCRA Fee Petition - phone - C. Marraro re: oral argument | .20 | 75.00 |
| 03/29/04 | MEF | Appeal - Research - articles re: Mediation program | .50 | 125.00 |
| 03/30/04 | JMA | Phone - C. Marraro re: remediation and RAA issues | .40 | 150.00 |
| 03/30/04 | JMA | Receipt and review email from Langan Engineering re: development issues | .10 | 37.50 |
| 03/31/04 | JMA | Phone - C. Marraro re: RAA Reports | .30 | 112.50 |

```
W.R. GRACE & COMPANY                              April 8, 2004
Client No.              734680                    Page     12
INVOICE NO.             23161
```

| Date | Tmk | Description | Hours | Amount |
|---|---|---|---|---|
| 03/31/04 | JMA | Phone - counsel for Special Master | .20 | 75.00 |

```
                                Subtotal:                   33,842.50
```

**Fee Applications - Applicants**

| Date | Tmk | Description | Hours | Amount |
|---|---|---|---|---|
| 03/05/04 | MEF | Pacer search - 11th Quarterly Fee Application | .20 | 50.00 |
| 03/09/04 | MEF | Fee Application - review February 2004 fee detail | .80 | 200.00 |
| 03/09/04 | MEF | Fee Application - begin preparing 24th Monthly Fee Application | 1.00 | 250.00 |
| 03/10/04 | MEF | Fee Application - review revised fee detail for February 2004 | .30 | 75.00 |
| 03/10/04 | MEF | Fee Application - revise 24th monthly fee application | .80 | 200.00 |
| 03/11/04 | JMA | Review and execute 24th Fee Application | .70 | 262.50 |
| 03/11/04 | MEF | Fee Application - finalize 24th Monthly Fee Application | .90 | 225.00 |
| 03/11/04 | MEF | Fee Application - letter to P. Cuniff re: 24th Monthly Fee Application | .20 | 50.00 |
| 03/23/04 | MEF | PACER search - status of 24th Monthly Fee Application | .20 | 50.00 |
| 03/23/04 | MEF | Email to P. Cuniff re: status of filing of 24th Monthly Fee Application | .20 | 50.00 |
| 03/23/04 | MEF | Email to S. Bossay re: fee detail for 24th Monthly Fee Application | .20 | 50.00 |
| 03/24/04 | MEF | Email from P. Cuniff re: 24th Monthly Fee Application | .20 | 50.00 |
| 03/24/04 | MEF | Email to P. Cuniff re: 24th Monthly Fee Application | .10 | 25.00 |

```
                                Subtotal:                    1,537.50

Total Fees:                                                 35,380.00
```

```
W.R. GRACE & COMPANY                                April 8, 2004
Client No.               734680                     Page    14
INVOICE NO.              23161


SUMMARY OF FEES:

    *---------------------------TIME AND FEE SUMMARY----------------------*
    *----------TIMEKEEPER---------*   RATE    HOURS            FEES
    J M AGNELLO                      375.00   89.50         33562.50
    M E FLAX                         250.00    7.00          1750.00
    RC SCRIVO                        225.00     .30            67.50
                         TOTALS                96.80         35380.00
```

# EXHIBIT B

```
W.R. GRACE & COMPANY                                    April 8, 2004
Client No.           734680                             Page      13
INVOICE NO.          23161
```

Disbursements

Messenger

| | |
|---|---:|
| 03/26/04 Messenger ON TIME 3/17 | 46.54 |
| SUBTOTAL: | 46.54 |

Photocopies

| | |
|---|---:|
| 03/03/04 Photocopies COLOR COPIES 3/3 (LOIS) | 9.60 |
| SUBTOTAL: | 9.60 |

Meals

| | |
|---|---:|
| 03/11/04 Meals   JMA, MEF, CHM, A.NAGY & K. BROWN (3/11/04) | 244.43 |
| SUBTOTAL: | 244.43 |

Messenger - In House

| | |
|---|---:|
| 03/25/04 Messenger - In House 3/5 | 25.00 |
| 03/25/04 Messenger - In House 3/19 | 25.00 |
| SUBTOTAL: | 50.00 |

| | |
|---|---:|
| 03/31/04 Photocopies | 60.30 |
| 03/31/04 Faxes | 182.00 |
| 03/31/04 Telephone | 99.88 |
| 03/31/04 Computer Searches | 154.16 |
| 03/31/04 Federal Express | 31.00 |
| Total Costs | 877.91 |
| Total Due this Matter | 36,257.91 |

==============