# EXHIBIT B

IN#:08925952- SA:WRG0004
IN#:08925958- SA:WRG0012
IN#:08925960- SA:WRG0007

**W.R. Grace & Co.**
**Hours Spent by Each Person**
October 1 through October 31, 2003

| Employee | Hours | Billing Rate | Total Fees | Expenses |
|---|---|---|---|---|
| Larry Montan | 8 | $710 | $5,680 | 0 |
| Nick Bubnovich | 3.5 | $575 | $2,013 | 0 |
| Anu Goel | 38.5 | $390 | $15,015 | 0 |
| Allison Prybylo | 8 | $230 | $1,840 | 0 |
| *Total Human Capital Services Fees* | 58 | | $24,548 | $0 |
| Bryan Collins | 4.5 | $600 | $2,700 | $0 |
| Adam Moehring | 0.5 | $475 | $238 | $0 |
| Darwin Broenen | 10.5 | $230 | $2,415 | $0 |
| *Total National Tax Services Fees* | 15.5 | | $5,353 | $0 |
| Michele McGuire | 24 | $660 | $15,840 | $0 |
| Melissa Stephanou | 51 | $440 | $22,440 | $1,688 |
| Matthew Frank | 118 | $340 | $40,120 | $1,812 |
| Robin Raley | 89.7 | $230 | $20,631 | $0 |
| *Total Customs & International Trade Services Fees* | 282.7 | | $99,031 | $3,500.00 |
| Allison Prybylo | 3 | $230 | $690 | $0 |
| *Total Monthly Statement & Fee Application Preparation Fees* | 3 | | $690 | $0 |
| **TOTAL FEES DUE** | **359.2** | | **$129,621** | **$3,500** |

## W.R. Grace & Co.
### Daily Summary of Fees and Expenses

IN#:08925952- SA:WRG0004
IN#:08925958- SA:WRG0012
IN#:08925960- SA:WRG0007

| Date | Person | Project Category | Description | Hours | Billing Rate | Professional Fees | Expenses |
|------|--------|------------------|-------------|-------|--------------|------|----------|
| 10/1/2003 | DB | IRS Controversy Issues | Analysis of foreign tax credit calculation related to examination by the IRS and client protest. | 1.5 | 230 | 345 | |
| 10/1/2003 | MF | Customs Audit | WR Grace: revision of FA questionnaire responses | 4 | 340 | $1,360 | |
| 10/1/2003 | MF | Customs Audit | Follow-up with GPC personnel re: FA questionnaire | 1 | 340 | $340 | |
| 10/1/2003 | MS | Customs Audit | Grace work and follow up re: FA | 3 | 440 | $1,320 | |
| 10/1/2003 | RR | Customs Audit | Davison Transaction Sampling | 6 | 230 | $1,380 | |
| 10/2/2003 | DB | IRS Controversy Issues | Review agent's calculation of expenses against foreign service income for purposes of computing FTC unit. | 1.0 | 230 | 230 | |
| 10/2/2003 | MF | Customs Audit | WR Grace: revision of FA questionnaire responses | 4 | 340 | $1,360 | |
| 10/2/2003 | MF | Customs Audit | Follow-up with GPC personnel re: FA questionnaire | 1 | 340 | $340 | |
| 10/2/2003 | MS | Customs Audit | Grace work and follow up re: FA | 3 | 440 | $1,320 | |
| 10/2/2003 | RR | Customs Audit | W.R. Grace - Davison Transaction Testing | 6 | 230 | $1,380 | |
| 10/3/2003 | AP | Fee Application/Billing | Worked on preparing the monthly fee applications for the months of February through August of detailed billing. | 2.5 | 230 | $575 | |
| 10/3/2003 | MF | Customs Audit | WR Grace: revision of FA questionnaire responses | 3 | 340 | $1,020 | |
| 10/3/2003 | MF | Customs Audit | Follow-up with GPC personnel re: FA questionnaire | 1.5 | 340 | $510 | |
| 10/3/2003 | MF | Customs Audit | Review of Davison transaction testing information | 0.5 | 340 | $170 | |
| 10/3/2003 | MS | Customs Audit | Grace calls and follow up re: FA | 3 | 440 | $1,320 | |
| 10/3/2003 | RR | Customs Audit | Davison - Review of transaction testing | 2 | 230 | $460 | |
| 10/5/2003 | DB | IRS Controversy Issues | Analysis of Revenue agent's calculation of allocating expenses against foreign source income from export sales under § 863 (b). | 1 | 230 | $230 | |
| 10/6/2003 | BC | IRS Controversy Issues | Conference call with David Freidel regarding conference call with the IRS. | 1.5 | 600 | $900 | |
| 10/6/2003 | DB | IRS Controversy Issues | Changes to method of allocation of expenses against foreign income in determining income from § 863 (b). | 2.5 | 230 | 575 | |
| 10/6/2003 | MF | Customs Audit | W.R. Grace: drafting of import compliance manual for GPC FA | 3 | 340 | $1,020 | |
| 10/6/2003 | MF | Customs Audit | Review/edit of FA questionnaire responses for GPC | 1 | 340 | $340 | |
| 10/6/2003 | MF | Customs Audit | Conference call with GPC re: FA | 1 | 340 | $340 | |
| 10/6/2003 | MS | Customs Audit | Conference call services | | | | $3 |

**W.R. Grace & Co.**
*Daily Summary of Fees and Expenses*

IN#:08925952- SA:WRG0004
IN#:08925958- SA:WRG0012
IN#:08925960- SA:WRG0007

| Date | Person | Project Category | Description | Hours | Billing Rate | Professional Fees | Expenses |
|------|--------|------------------|-------------|-------|--------------|-------------------|----------|
| 10/6/2003 | NB | COO Agreement | Began working on the proposed COO employment agreement affidavit. | 0.5 | 575 | $288 | |
| 10/6/2003 | RR | Customs Audit | W.R. Grace - meeting (via phone) with M. Frank and M.Stephanou | 0.7 | 230 | $161 | |
| 10/6/2003 | RR | Customs Audit | Conf. call with M. Stephanou, D. Lyons and GPC team re: FA | 1 | 230 | $230 | |
| 10/7/2003 | DB | IRS Controversy Issues | Changes to expense allocation to method utilized for regular foreign tax credit purposes. | 1.0 | 230 | 230 | |
| 10/7/2003 | MF | Customs Audit | W.R. Grace: drafting of import compliance manual for GPC's FA | 3 | 340 | $1,020 | |
| 10/7/2003 | MF | Customs Audit | Review/edit of FA questionnaire responses for GPC | 3 | 340 | $1,020 | |
| 10/7/2003 | NB | COO Agreement | Worked more on the proposed COO employment agreement affidavit. | 0.5 | 575 | $288 | |
| 10/7/2003 | RR | Customs Audit | Drafted Davison import compliance report | 4 | 230 | $920 | |
| 10/7/2003 | RR | Customs Audit | Followed up with Davison Action list re: FA | 0.5 | 230 | $115 | |
| 10/7/2003 | RR | Customs Audit | Organized Grace Files re: FA | 0.5 | 230 | $115 | |
| 10/8/2003 | BC | IRS Controversy Issues | Conference call with Elyse Napoli Filon, David Nakashige, Carol Finke, and Joe regarding the Lonely Parent exception to the SRLY rules. | 1.5 | 600 | $900 | |
| 10/8/2003 | DB | IRS Controversy Issues | Review calculations of expense allocation and prepare calculations for inclusion in IRS protest. | 1.0 | 230 | 230 | |
| 10/8/2003 | MF | Customs Audit | W.R. Grace: drafting of import compliance manual for FA | 3 | 340 | $1,020 | |
| 10/8/2003 | MF | Customs Audit | Review/edit of FA questionnaire responses for GPC | 1 | 340 | $340 | |
| 10/8/2003 | MF | Customs Audit | Conference call with GPC re: FA | 1 | 340 | $340 | |
| 10/8/2003 | RR | Customs Audit | Drafted Davison import compliance report | 7 | 230 | $1,610 | |
| 10/9/2003 | AP | COO Agreement | Worked with Nick Bubnovich on updating the COO and CEO competitive survey data as the 2003/2004 competitive surveys had been released. | 6 | 230 | $1,380 | |
| 10/9/2003 | DB | IRS Controversy Issues | Review calculations of expense allocation and prepare calculations for inclusion in IRS protest. | 0.5 | 230 | 115 | |
| 10/9/2003 | MF | Customs Audit | W.R. Grace: drafting of import compliance manual; review/edit of FA questionnaire responses | 5 | 340 | $1,700 | |
| 10/9/2003 | NB | COO Agreement | Revised and finalized the COO affidavit and sent to Brian McGowan at W.R. Grace. | 2 | 575 | $1,150 | |
| 10/9/2003 | RR | Customs Audit | Research on GPC issues in re: FA | 1.5 | 230 | $345 | |
| 10/9/2003 | RR | Customs Audit | Drafted Davison import compliance report | 1.5 | 230 | $345 | |

**W.R. Grace & Co.**
*Daily Summary of Fees and Expenses*

IN#:08925952- SA:WRG0004
IN#:08925958- SA:WRG0012
IN#:08925960- SA:WRG0007

| Date | Person | Project Category | Description | Hours | Billing Rate | Professional Fees | Expenses |
|------|--------|------------------|-------------|-------|--------------|------|----------|
| 10/10/2003 | AM | IRS Controversy Issues | Conference Call with David Nakashige and Bryan Collins regarding pre-1990 tax law relating to Alternative Minimum Tax and minimum tax credits. | 0.5 | 475 | $238 | |
| 10/10/2003 | BC | IRS Controversy Issues | Two conference calls with Carol Finke regarding the Galeras acquisition. | 1.5 | 600 | $900 | |
| 10/10/2003 | MF | Customs Audit | W.R. Grace: drafting of import compliance manual for FA | 3.5 | 340 | $1,190 | |
| 10/10/2003 | MF | Customs Audit | Review/edit of FA questionnaire responses for GPC | 3 | 340 | $1,020 | |
| 10/10/2003 | NB | COO Agreement | Discussed with Brian McGowan the issue of having only six peer companies with COO's in peer group and finalized the affidavit. | 0.5 | 575 | $288 | |
| 10/10/2003 | RR | Customs Audit | Drafted Davison import compliance report | 5 | 230 | $1,150 | |
| 10/11/2003 | MS | Customs Audit | Reviewed import compliance review report draft | 1 | 440 | $440 | |
| 10/11/2003 | MS | Customs Audit | Reviewed addendum to engagement letter re: FA | 1 | 440 | $440 | |
| 10/13/2003 | MF | Customs Audit | W.R. Grace: drafting of import compliance manual for FA | 3 | 340 | $1,020 | |
| 10/13/2003 | MF | Customs Audit | Review/edit of FA questionnaire responses for GPC | 2 | 340 | $680 | |
| 10/13/2003 | MF | Customs Audit | Follow-up with GPC personnel re: FA questionnaire | 1 | 340 | $340 | |
| 10/13/2003 | MS | Customs Audit | Reviewed import compliance review report draft | 1.5 | 440 | $660 | |
| 10/13/2003 | MS | Customs Audit | Reviewed addendum to engagement letter re: FA | 1.5 | 440 | $660 | |
| 10/14/2003 | DB | IRS Controversy Issues | Preparation of calculations for affirmative claim for refund contained in IRS protest. | 1.0 | 230 | 230 | |
| 10/14/2003 | MF | Customs Audit | W.R. Grace: drafting of import compliance manual for FA | 2.5 | 340 | $850 | |
| 10/14/2003 | MF | Customs Audit | Review/edit of FA questionnaire responses for GPC | 2 | 340 | $680 | |
| 10/14/2003 | MF | Customs Audit | Follow-up with GPC personnel re: FA questionnaire | 2 | 340 | $680 | |
| 10/14/2003 | MS | Customs Audit | Responded to client e-mail re: FA | 1 | 440 | $440 | |
| 10/14/2003 | MS | Customs Audit | Held status discussion with M. Frank re: FA | 1 | 440 | $440 | |
| 10/14/2003 | RR | Customs Audit | met with Melissa/matt to discuss report | 1 | 230 | $230 | |
| 10/14/2003 | RR | Customs Audit | Drafted Davison import compliance report | 4 | 230 | $920 | |
| 10/15/2003 | DB | IRS Controversy Issues | Preparation of calculations for affirmative claim for refund contained in IRS protest. | 1.0 | 230 | 230 | |
| 10/15/2003 | MF | Customs Audit | W.R. Grace: drafting of import compliance manual for FA | 2 | 340 | $680 | |
| 10/15/2003 | MF | Customs Audit | Review/edit of FA questionnaire responses for GPC | 2 | 340 | $680 | |

**W.R. Grace & Co.**
*Daily Summary of Fees and Expenses*

IN#:08925952- SA:WRG0004
IN#:08925958- SA:WRG0012
IN#:08925960- SA:WRG0007

| Date | Person | Project Category | Description | Hours | Billing Rate | Professional Fees | Expenses |
|------|--------|------------------|-------------|-------|--------------|-------------------|----------|
| 10/15/2003 | MF | Customs Audit | Follow-up with GPC personnel re: FA questionnaire | 2 | 340 | $680 | |
| 10/15/2003 | MS | Customs Audit | Respond to client e-mails re: FA | 2 | 440 | $880 | |
| 10/15/2003 | RR | Customs Audit | Researched GPC issues in re: FA | 1 | 230 | $230 | |
| 10/15/2003 | RR | Customs Audit | Drafted Davison import compliance report | 3 | 230 | $690 | |
| 10/16/2003 | MF | Customs Audit | W.R. Grace: drafting of import compliance manual for FA | 2 | 340 | $680 | |
| 10/16/2003 | MF | Customs Audit | Conference call with GPC re: FA | 1.5 | 340 | $510 | |
| 10/16/2003 | MF | Customs Audit | Review/edit of FA questionnaire responses for GPC | 1.5 | 340 | $510 | |
| 10/16/2003 | MF | Customs Audit | Follow-up with GPC personnel re: FA questionnaire | 1 | 340 | $340 | |
| 10/16/2003 | MS | Customs Audit | Drafted FA Questionnaire | 2 | 440 | $880 | |
| 10/16/2003 | MS | Customs Audit | Communicated with client re: FA | 2 | 440 | $880 | |
| 10/16/2003 | MS | Customs Audit | Conference call services | | | | $8 |
| 10/16/2003 | RR | Customs Audit | Conf. call with M. Stephanou, D. Lyons and GPC team re: FA | 1 | 230 | $230 | |
| 10/16/2003 | RR | Customs Audit | Drafted Davison import compliance report | 2 | 230 | $460 | |
| 10/17/2003 | MF | Customs Audit | W.R. Grace: drafting of import compliance manual for FA | 2 | 340 | $680 | |
| 10/17/2003 | MF | Customs Audit | Review/edit of FA questionnaire responses for GPC | 2 | 340 | $680 | |
| 10/17/2003 | MF | Customs Audit | Follow-up with GPC personnel re: FA questionnaire | 2 | 340 | $680 | |
| 10/17/2003 | MS | Customs Audit | Drafted FA Questionnaire | 2 | 440 | $880 | |
| 10/17/2003 | MS | Customs Audit | Communicated with client re: FA | 2 | 440 | $880 | |
| 10/17/2003 | RR | Customs Audit | Meeting with M. Stephanou re:  Davison Report. | 1 | 230 | $230 | |
| 10/17/2003 | RR | Customs Audit | Drafted Davison import compliance report | 2 | 230 | $460 | |
| 10/19/2003 | MF | Customs Audit | Taxi home from airport after trip to client site in Cambridge, MA | | | | $32 |
| 10/19/2003 | MF | Customs Audit | Car rental for myself, Melissa Stephanou and Michele McGuire for trip to client site in Cambridge, MA | | | | $117 |
| 10/19/2003 | MF | Customs Audit | Airfare to/from Boston for trip to W.R. Grace client site | | | | $565 |
| 10/20/2003 | MF | Customs Audit | GPC: review/edit of FA questionnaire | 2.5 | 340 | $850 | |
| 10/20/2003 | MF | Customs Audit | GPC: review/edit of Customs import manual | 2.5 | 340 | $850 | |
| 10/20/2003 | RR | Customs Audit | Drafted Davison import compliance report | 5 | 230 | $1,150 | |

## W.R. Grace & Co.
### Daily Summary of Fees and Expenses

IN#:08925952- SA:WRG0004
IN#:08925958- SA:WRG0012
IN#:08925960- SA:WRG0007

| Date | Person | Project Category | Description | Hours | Billing Rate | Professional Fees | Expenses |
|------|--------|------------------|-------------|-------|--------------|-------------------|----------|
| 10/21/2003 | AG | Sales Compensation Review | Reviewed SAMA presentation "Current Trends and Best Practices in Strategic Customer Management" for relevant materials | 0.5 | 390 | $195 | |
| 10/21/2003 | AG | Sales Compensation Review | Reviewed Sales Compensation Pulse Survey for relevant best practices findings | 1.5 | 390 | $585 | |
| 10/21/2003 | AG | Sales Compensation Review | Reviewed "Sales Force Effectiveness", results from Best Practices Research and use this as a starting point for our findings. | 3 | 390 | $1,170 | |
| 10/21/2003 | AG | Sales Compensation Review | Reviewed SAM survey "What Works and Why" for relevant findings. | 2 | 390 | $780 | |
| 10/21/2003 | AG | Sales Compensation Review | Spoke with Larry Montan to discuss project plan and approach, research and report outline. | 1 | 390 | $390 | |
| 10/21/2003 | MF | Customs Audit | Hotel Room - Cambridge, MA | | | | $119 |
| 10/21/2003 | MF | Customs Audit | Hotel Tax - Cambridge, MA | | | | $12 |
| 10/21/2003 | MF | Customs Audit | Dinner at airport for myself and Melissa Stephanou | | | | $16 |
| 10/21/2003 | MF | Customs Audit | Airfare to/from Boston for visit to client site | | | | $620 |
| 10/21/2003 | MF | Customs Audit | Auto rental during stay at client site | | | | $91 |
| 10/21/2003 | MF | Customs Audit | GPC: review/edit of FA questionnaire and Customs manual | 4 | 340 | $1,360 | |
| 10/21/2003 | MM | Customs Audit | Prepared for meetings re: FA in Cambridge with D. Lyons, M.Stephanou and team, finalized docs | 2.5 | 660 | $1,650 | |
| 10/21/2003 | MM | Customs Audit | Finalized documents for meetings re: FA in Cambridge with D. Lyons, M. Stephanou and team | 2.5 | 660 | $1,650 | |
| 10/21/2003 | RR | Customs Audit | Drafted Davison import compliance report | 6 | 230 | $1,380 | |
| 10/22/2003 | AG | Sales Compensation Review | Detailed review of Qwest Business Partner Program 2003 Leading Practices Study Final Report, put together summary of notes. | 5 | 390 | $1,950 | |
| 10/22/2003 | AG | Sales Compensation Review | Prepared examples of best practices metrics, from Qwest notes, to pull into report deliverable. | 2.5 | 390 | $975 | |
| 10/22/2003 | MF | Customs Audit | Hotel Room - Cambridge, MA | | | | $119 |
| 10/22/2003 | MF | Customs Audit | Hotel Tax - Cambridge, MA | | | | $12 |
| 10/22/2003 | MF | Customs Audit | GPC: on-site review/edit of FA questionnaire; | 8 | 340 | $2,720 | |
| 10/22/2003 | MF | Customs Audit | Preparation for FA meeting with CBP | 6 | 340 | $2,040 | |
| 10/22/2003 | MM | Customs Audit | Meeting on site in Cambridge to prepare for Customs audit, after hours work to prepare questionnaire | 8 | 660 | $5,280 | |
| 10/22/2003 | MM | Customs Audit | After hours work at hotel in Cambridge to prepare questionnaire for FA | 5 | 660 | $3,300 | |
| 10/22/2003 | MS | Customs Audit | Airfare for meeting in Cambridge, MA | | | | $565 |
| 10/22/2003 | MS | Customs Audit | On-site meeting in Cambridge with D. Lyons, M. McGuire, and team re: FA | 8 | 440 | $3,520 | |
| 10/22/2003 | RR | Customs Audit | Drafted Davison import compliance report | 6.5 | 230 | $1,495 | |

## W.R. Grace & Co.
### Daily Summary of Fees and Expenses

IN#:08925952- SA:WRG0004
IN#:08925958- SA:WRG0012
IN#:08925960- SA:WRG0007

| Date | Person | Project Category | Description | Hours | Billing Rate | Professional Fees | Expenses |
|------|--------|------------------|-------------|-------|--------------|-------------------|----------|
| 10/23/2003 | AG | Sales Compensation Review | Performed extensive internet research on external sales and marketing-specific sites and magazines, compensation specific- sites, and other sources for | 6 | 390 | $2,340 | |
| 10/23/2003 | AG | Sales Compensation Review | Preparation of slides summarizing best practices findings for internet research to pull into final report. | 3 | 390 | $1,170 | |
| 10/23/2003 | MF | Customs Audit | GPC: on-site FA meeting with client and CBP | 6 | 340 | $2,040 | |
| 10/23/2003 | MF | Customs Audit | Review of client FOIA data | 1 | 340 | $340 | |
| 10/23/2003 | MF | Customs Audit | Preparation for follow-up work for GPC re: FA | 1 | 340 | $340 | |
| 10/23/2003 | MM | Customs Audit | Meeting on-site in Cambridge with Customs and D. Lyons, M. Stephanou, and Team re: FA | 6 | 660 | $3,960 | |
| 10/23/2003 | MS | Customs Audit | On-site meeting in Cambridge with Customs, D. Lyons, M. McGuire, and team re: FA | 6 | 440 | $2,640 | |
| 10/23/2003 | MS | Customs Audit | Hotel for meeting in Cambridge, MA | | | | $261 |
| 10/23/2003 | MS | Customs Audit | Parking at O'Hare for meeting in Cambridge, MA | | | | $62 |
| 10/23/2003 | RR | Customs Audit | Drafted Davison import compliance report | 8 | 230 | $1,840 | |
| 10/24/2003 | AG | Sales Compensation Review | Reviewed of Deloitte internal resources (DT web, RokNet, etc) for relevant best practices research information | 3.5 | 390 | $1,365 | |
| 10/24/2003 | AG | Sales Compensation Review | Call with Ginny Carrol to discuss initial findings. | 1 | 390 | $390 | |
| 10/24/2003 | AG | Sales Compensation Review | Detailed review of SAMA 2001 Survey of Strategic Account Management Compensation Practices for relevant materials; preparation of slide | 4.5 | 390 | $1,755 | |
| 10/24/2003 | LM | Sales Compensation Review | Created draft #1 of report including template, sources, and research of existing Deloitte data bases | 2 | 710 | $1,420 | |
| 10/24/2003 | MF | Customs Audit | GPC: review of FOIA data, draft of meeting notes | 4.5 | 340 | $1,530 | |
| 10/24/2003 | MS | Customs Audit | Reviewed meeting notes re: FA | 0.5 | 440 | $220 | |
| 10/24/2003 | MS | Customs Audit | Performed FOIA calculations | 1 | 440 | $440 | |
| 10/24/2003 | MS | Customs Audit | Call with S. Ahern re: FOIA data | 0.5 | 440 | $220 | |
| 10/24/2003 | RR | Customs Audit | Drafted Davison import compliance report | 8 | 230 | $1,840 | |
| 10/25/2003 | MF | Customs Audit | Time reversed into another code | -22 | 340 | -$7,480 | |
| 10/27/2003 | AG | Sales Compensation Review | Review of Agilent Technologies EPSG Pricing Diagnostic Full Report; edit relevant slides for deliverable. | 1 | 390 | $390 | |
| 10/27/2003 | AG | Sales Compensation Review | Preparation of final deliverable for client- edits and formatting to report. | 2.5 | 390 | $975 | |
| 10/27/2003 | LM | Sales Compensation Review | Reviewed draft report and update with additional findings; contacted clients to obtain updated information | 2 | 710 | $1,420 | |
| 10/27/2003 | MF | Customs Audit | Review/analysis of FOIA data for all Grace importer IDs | 6.5 | 340 | $2,210 | |
| 10/27/2003 | RR | Customs Audit | Discussion with M. Stephanou in re: Davison's FA issues | 0.5 | 230 | $115 | |

## W.R. Grace & Co.
### Daily Summary of Fees and Expenses

IN#:08925952- SA:WRG0004
IN#:08925958- SA:WRG0012
IN#:08925960- SA:WRG0007

| Date | Person | Project Category | Description | Hours | Billing Rate | Professional Fees | Expenses |
|------|--------|------------------|-------------|-------|--------------|-------------------|----------|
| 10/27/2003 | RR | Customs Audit | Conference call with T. Lascola, M. Stephanou re: FA issues | 0.5 | 230 | $115 | |
| 10/27/2003 | RR | Customs Audit | Planning in re: Davison's FA issues | 1 | 230 | $230 | |
| 10/28/2003 | AG | Sales Compensation Review | Reviewed final report per Larry Montan's edits. | 0.5 | 390 | $195 | |
| 10/28/2003 | AP | COO Agreement | Performed a COO and #2 by rank total direct compensation analysis for informational purposes regarding the affidavit. Also prepared exhibits as back-up for the affidavit. | 2 | 230 | $460 | |
| 10/28/2003 | LM | Sales Compensation Review | Performed final read through and editing of GPC report | 2 | 710 | $1,420 | |
| 10/28/2003 | MF | Customs Audit | Hotel Tax - Cambridge, MA | | | | $10 |
| 10/28/2003 | MF | Customs Audit | Hotel Room - Cambridge, MA | | | | $99 |
| 10/28/2003 | MF | Customs Audit | Review/analysis of FOIA data for all Grace importer IDs | 4 | 340 | $1,360 | |
| 10/28/2003 | MF | Customs Audit | Conference call for Davison with T. Lascola, M. Stephanou re: FOIA data | 1 | 340 | $340 | |
| 10/28/2003 | MS | Customs Audit | Call with T. Lascola at Davision re: FA | 0.5 | 440 | $220 | |
| 10/28/2003 | MS | Customs Audit | Review of FOIA calculations | 0.5 | 440 | $220 | |
| 10/28/2003 | MS | Customs Audit | Airfare for meeting in Cambridge, MA | | | | $620 |
| 10/29/2003 | AP | Fee Application/Billing | Spoke with Tony Scoles regarding the billing and made his requested changes to the March detail and fee application. | 0.5 | 230 | $115 | |
| 10/29/2003 | MF | Customs Audit | GPC: on-site visit to review/edit the Import Manual | 8 | 340 | $2,720 | |
| 10/29/2003 | MS | Customs Audit | Dinner for meeting in Cambridge, MA | | | | $24 |
| 10/29/2003 | MS | Customs Audit | Hotel for meeting in Cambridge, MA | | | | $109 |
| 10/29/2003 | MS | Customs Audit | Parking at O'Hare for meeting in Cambridge, MA | | | | $37 |
| 10/29/2003 | MS | Customs Audit | On-site meeting (including preparation for meeting) at GPC in Cambridge with D. Lyons, M. Frank, and Team re: import compliance manual | 8 | 440 | $3,520 | |
| 10/29/2003 | RR | Customs Audit | GPC's marking issues: research & discussion for import manual | 1.5 | 230 | $345 | |
| 10/30/2003 | AG | Sales Compensation Review | Call with Ginny Caroll of GPC and Larry Montan to discuss final report. | 1 | 390 | $390 | |
| 10/30/2003 | LM | Sales Compensation Review | Prepared for call with client (Ginny Carroll) | 1 | 710 | $710 | |
| 10/30/2003 | LM | Sales Compensation Review | Call with Ginny Caroll of GPC and Anupama Goel to discuss final report. | 1 | 710 | $710 | |
| 10/30/2003 | MF | Customs Audit | Review of FOIA data for all Grace divisions | 2 | 340 | $680 | |
| 10/30/2003 | MF | Customs Audit | Revised Import compliance Manual | 4 | 340 | $1,360 | |
| 10/30/2003 | RR | Customs Audit | GPC's marking issues: research & discussion for import manual | 2 | 230 | $460 | |

**W.R. Grace & Co.**
*Daily Summary of Fees and Expenses*

IN#:08925952- SA:WRG0004
IN#:08925958- SA:WRG0012
IN#:08925960- SA:WRG0007

| Date | Person | Project Category | Description | Hours | Billing Rate | Professional Fees | Expenses |
|------|--------|------------------|-------------|-------|--------------|-------------------|----------|
| 10/31/2003 | MF | Customs Audit | Review of FOIA data for all Grace divisions | 1 | 340 | $340 | |
| 10/31/2003 | MF | Customs Audit | Revised Import compliance Manual | 5 | 340 | $1,700 | |
| | | | **TOTALS** | 359.2 | | $ 129,621 | $ 3,500 |