# EXHIBIT B

IN#:08925953- SA:WRG0004
IN#:08925961- SA:WRG0007

**W.R. Grace & Co.**
**Hours Spent by Each Person**
November 1 through November 30, 2003

| Employee | Hours | Billing Rate | Total Fees | Expenses |
|---|---|---|---|---|
| *Total Human Capital Services Fees* | - | - | - | - |
| Bryan Collins | 10.0 | $600 | $6,000 | $0 |
| Sarah Mahn | 6.5 | $475 | $3,088 | $0 |
| *Total National Tax Services Fees* | 16.5 | | $9,088 | $0 |
| Michele McGuire | 1 | $660 | $660 | $1,078 |
| Melissa Stephanou | 30.2 | $440 | $13,088 | $1,065 |
| Matthew Frank | 30 | $340 | $10,200 | $0 |
| Robin Raley | 49.2 | $230 | $11,316 | $565 |
| *Total Customs & International Services Fees* | 110.4 | | $35,264 | $2,708 |
| *Total Monthly Statement & Fee Application Preparation Fees* | - | - | - | - |
| **TOTAL FEES DUE** | **126.9** | | **$44,352** | **$2,708** |

## W.R. Grace & Co.
### Daily Summary of Fees and Expenses

IN#:08925953- SA:WRG0004
IN#:08925961- SA:WRG0007

| Date | Person | Project Category | Description | Hours | Billing Rate | Professional Fees | Expenses |
|---|---|---|---|---|---|---|---|
| 11/2/2003 | MM | Customs Audit | Taxi ride to Cambridge hotel | | | | $90 |
| 11/2/2003 | MM | Customs Audit | Telephone Business (not cell) | | | | $28 |
| 11/2/2003 | MM | Customs Audit | Auto Parking - Travel | | | | $50 |
| 11/2/2003 | MM | Customs Audit | Hotel Tax - Cambridge, MA | | | | $28 |
| 11/2/2003 | MM | Customs Audit | Airfare from Chicago to Cambridge, MA | | | | $624 |
| 11/2/2003 | MM | Customs Audit | Hotel Room - Cambridge, MA | | | | $258 |
| 11/3/2003 | MF | Customs Audit | Analysis of WR Grace FOIA data | 7.0 | 340 | $2,380 | |
| 11/3/2003 | RR | Customs Audit | Research/writing on marking issues for GPC import manual | 1.5 | 230 | $345 | |
| 11/4/2003 | MF | Customs Audit | Analysis of WR Grace FOIA data | 2.0 | 340 | $680 | |
| 11/4/2003 | MF | Customs Audit | Review/edit of GPC Import Manual | 4.0 | 340 | $1,360 | |
| 11/4/2003 | RR | Customs Audit | Research/writing on marking issues for GPC import manual | 1.0 | 230 | $230 | |
| 11/5/2003 | MF | Customs Audit | Review/edit of GPC Import Manual | 4.0 | 340 | $1,360 | |
| 11/5/2003 | RR | Customs Audit | Research/writing on marking issues for GPC import manual | 2.0 | 230 | $460 | |
| 11/6/2003 | BC | IRS Controversy Issues | Review memo prepared by W.R. Grace in response to the Revenue Agents Report for the years 1993-1996 regarding the Lonely Parent Exception and its application to the NOL carryback from the short taxable year ended December 31, 1996 to 1995. | 5 | 600 | $3,000 | |
| 11/6/2003 | MF | Customs Audit | Review/edit of GPC Import Manual | 2.0 | 340 | $680 | |
| 11/6/2003 | RR | Customs Audit | Research/writing on marking issues for GPC import manual | 1.0 | 230 | $230 | |
| 11/7/2003 | MM | Customs Audit | Discussion with M. Stephanou re: FA update | 0.2 | 660 | $132 | |
| 11/7/2003 | MM | Customs Audit | Conference call with M. Stephanou and S. Ahern (Grace) re: FA update | 0.3 | 660 | $198 | |
| 11/7/2003 | MS | Customs Audit | Discussion with M. Stephanou re: FA update | 0.2 | 440 | $88 | |
| 11/7/2003 | MS | Customs Audit | Conference call with M. Stephanou and S. Ahern (Grace) re: FA update | 0.3 | 440 | $132 | |
| 11/7/2003 | RR | Customs Audit | Preparation for next week's visit to Davison re: import manual | 2.0 | 230 | $460 | |
| 11/10/2003 | MF | Customs Audit | Conference call with D. Lyons, M. Stephanou and GPC team re: FA | 0.7 | 340 | $238 | |
| 11/10/2003 | MF | Customs Audit | Review/edit of GPC Import Manual | 4.3 | 340 | $1,462 | |
| 11/10/2003 | MS | Customs Audit | Conference call with D. Lyons, M. Frank and GPC team re: FA | 0.7 | 440 | $308 | |
| 11/10/2003 | MS | Customs Audit | Conference call services | | | | $17 |
| 11/10/2003 | MS | Customs Audit | Review/edit of GPC Import Manual | 5.0 | 440 | $2,200 | |
| 11/10/2003 | RR | Customs Audit | Preparation for next week's visit to Davison re: import manual | 1.0 | 230 | $230 | |

## W.R. Grace & Co.
### Daily Summary of Fees and Expenses

IN#:08925953- SA:WRG0004
IN#:08925961- SA:WRG0007

| Date | Initials | Category | Description | Hours | Rate | Fees | Expenses |
|---|---|---|---|---|---|---|---|
| 11/11/2003 | BC | IRS Controversy Issues | Conference call with Elyse Napoli Filon regarding the memo prepared by W.R. Grace in response to the Revenue Agents Report for the years 1993-1996 regarding the Lonely Parent Exception and its application to the NOL carryback from the short taxable year e | 2 | 600 | $1,200 | |
| 11/11/2003 | MF | Customs Audit | Review/edit of GPC Import Manual | 3.0 | 340 | $1,020 | |
| 11/11/2003 | RR | Customs Audit | Preparation for next week's visit to Davison re: import manual | 6.0 | 230 | $1,380 | |
| 11/12/2003 | BC | IRS Controversy Issues | Conference call with Elyse Napoli Filon and Carol Finke regarding the memo prepared by W.R. Grace in response to the Revenue Agents Report for the years 1993-1996 regarding the Lonely Parent Exception and its application to the NOL carryback from the shor | 2 | 600 | $1,200 | |
| 11/12/2003 | RR | Customs Audit | Preparation for next week's visit to Davison re: import manual | 2.7 | 230 | $621 | |
| 11/13/2003 | MS | Customs Audit | Preparation for on-site meeting | 2.5 | 440 | $1,100 | |
| 11/13/2003 | RR | Customs Audit | Preparation for next week's visit to Davison re: import manual | 4.0 | 230 | $920 | |
| 11/14/2003 | MS | Customs Audit | On-site meeting with Davison re Import manual- Columbia, MA | 8.5 | 440 | $3,740 | |
| 11/14/2003 | MS | Customs Audit | Airfare for meeting at Columbia, MA | | | | $683 |
| 11/14/2003 | MS | Customs Audit | Hotel for meeting at Columbia, MA | | | | $239 |
| 11/14/2003 | MS | Customs Audit | Parking at Ohare for meeting at Columbia, MA | | | | $50 |
| 11/14/2003 | MS | Customs Audit | Dinner after meeting in Columbia, MA | | | | $34 |
| 11/14/2003 | RR | Customs Audit | On-site visit at Davison in Columbia, MD, to discuss import manual | 8.0 | 230 | $1,840 | |
| 11/16/2003 | RR | Customs Audit | Hotel Tax | | | | $18 |
| 11/16/2003 | RR | Customs Audit | Airplane tickets - flight left on 11/13 and returned on 11/14 | | | | $269 |
| 11/16/2003 | RR | Customs Audit | Hotel Room | | | | $153 |
| 11/16/2003 | RR | Customs Audit | Meals - Travel (yours/other firm personnel) | | | | $50 |
| 11/16/2003 | RR | Customs Audit | Meal - Travel | | | | $35 |
| 11/16/2003 | RR | Customs Audit | Taxi from office to airport | | | | $40 |
| 11/17/2003 | MM | Customs Audit | Review and discussion of Grace FA update with M. Stephanou and Grace team | 0.5 | 660 | $330 | |
| 11/17/2003 | MS | Customs Audit | Call with D. Lyons re: FA | 3.0 | 440 | $1,320 | |
| 11/17/2003 | RR | Customs Audit | Follow-up from Friday's meeting at Davison re: import manual | 3.0 | 230 | $690 | |
| 11/17/2003 | RR | Customs Audit | Revisions of Davison import manual | 5.0 | 230 | $1,150 | |
| 11/17/2003 | SM | IRS Controversy Issues | Conference Call with David Nakashige and Bryan Collins regarding pre-1990 tax law relating to Alternative Minimum Tax and minimum tax credits. | 1 | 475 | $475 | |

## W.R. Grace & Co.
### Daily Summary of Fees and Expenses

IN#:08925953- SA:WRG0004
IN#:08925961- SA:WRG0007

| Date | Initials | Category | Description | Hours | Rate | Fees | Expenses |
|---|---|---|---|---|---|---|---|
| 11/18/2003 | MS | Customs Audit | Review and analysis re: FA | 2.0 | 440 | $880 | |
| 11/18/2003 | RR | Customs Audit | Revisions of Davison import manual | 10.0 | 230 | $2,300 | |
| 11/18/2003 | SM | IRS Controversy Issues | Conference Call with David Nakashige and Bryan Collins regarding pre-1990 tax law relating to Alternative Minimum Tax and minimum tax credits. | 4 | 475 | $1,900 | |
| 11/19/2003 | BC | IRS Controversy Issues | Review and revise memo prepared by W.R. Grace in response to the Revenue Agents Report for the years 1993-1996 regarding the Lonely Parent Exception and its application to the NOL carryback from the short taxable year ended December 31, 1996 to 1995. | 1 | 600 | $600 | |
| 11/19/2003 | MS | Customs Audit | Discussion with D. Lyons and S. Ahern re FA and import compliance manual | 3.0 | 440 | $1,320 | |
| 11/19/2003 | RR | Customs Audit | Miscellaneous. communications/research for Grace re: FA | 2.0 | 230 | $460 | |
| 11/20/2003 | MF | Customs Audit | Conference call with D. Lyons and T. Lascola of GPC and Davison regarding the Import Manual and FA meetings | 2.0 | 340 | $680 | |
| 11/20/2003 | MS | Customs Audit | Call with D. Lyons, T. Lascola and GPC/Davison Team re: import compliance manual | 3.0 | 400 | $1,200 | |
| 11/20/2003 | MS | Customs Audit | Conference call service fees | | | | $41 |
| 11/21/2003 | MF | Customs Audit | Review of GPC FOIA data for duty paid in 2002 and 2003 | 1.0 | 340 | $340 | |
| 11/21/2003 | MS | Customs Audit | Discussions with S. Ahern and B. Kenny re: import compliance manual | 2.0 | 400 | $800 | |
| 11/26/2003 | SM | IRS Controversy Issues | Conference Call with David Nakashige and Bryan Collins regarding pre-1990 tax law relating to Alternative Minimum Tax and minimum tax credits. | 1 | 475 | $238 | |
| 11/29/2003 | SM | IRS Controversy Issues | Conference Call with David Nakashige and Bryan Collins regarding pre-1990 tax law relating to Alternative Minimum Tax and minimum tax credits. | 1 | 475 | $475 | |
| | | | Totals | 126.9 | | $44,352 | $2,708 |