# EXHIBIT B

IN#:08925954- SA:WRG0004
IN#:08925962- SA:WRG0007
IN#:08925959- SA:WRG0012

**W.R. Grace & Co.**
**Hours Spent by Each Person**
December 1 through December 31, 2003

| Employee | Hours | Billing Rate | Total Fees | Expenses |
|---|---|---|---|---|
| *Total Human Capital Services Fees* | - | - | - | - |
| Bryan Collins | 7.5 | $600 | $4,500 | $0 |
| Sarah Mahn | 9.0 | $475 | $4,275 | $0 |
| Darwin Broenen | 1.5 | $230 | $345 | $0 |
| *Total National Tax Services Fees* | 18.0 | | $9,120 | $0 |
| Michele McGuire | 5.5 | $660 | $3,630 | $0.00 |
| Melissa Stephanou | 30.0 | $440 | $13,200 | $1,078.28 |
| Matthew Frank | 4.0 | $340 | $1,360 | $0.00 |
| Fred Levitan | 2.5 | $340 | $850 | $0.00 |
| Robin Raley | 3.5 | $230 | $805 | $0.00 |
| *Total Customs & International Trade Fees* | 45.5 | | $19,845 | $1,078.28 |
| Allison Prybylo | 4.3 | $230 | $989 | $0 |
| *Total Monthly Statement & Fee Application Preparation Fees* | 4.3 | | $989 | $0 |
| **TOTAL FEES DUE** | **67.8** | | **$ 29,954** | **$ 1,078** |

**W.R. Grace & Co.**
**Daily Summary of Fees and Expenses**

IN#:08925954- SA:WRG0004
IN#:08925962- SA:WRG0007
IN#:08925959- SA:WRG0012

| Date | Person | Project Category | Description | Hours | Billing Rate | Professional Fees | Expenses |
|---|---|---|---|---|---|---|---|
| 12/1/2003 | MM | Customs Audit | Review of import manual for FA | 4.5 | 660 | $2,970 | |
| 12/1/2003 | MS | Customs Audit | Sample transaction review in preparation of on-site Customs meeting re: FA | 1.5 | 440 | $660 | |
| 12/1/2003 | MS | Customs Audit | Charted reporting structure for FA | 1.5 | 440 | $660 | |
| 12/2/2003 | BC | IRS Issues/Consolidated Return Tax Consulting | Discuss submission to IRS agent with Sara Mahn regarding carry back of Foreign Tax Credits and related exception to SRLY rules. | 1 | 600 | $600 | |
| 12/2/2003 | MM | Customs Audit | Review of import manual for FA | 1 | 660 | $660 | |
| 12/2/2003 | MS | Customs Audit | Review of sample transactions with M. McGuire | 1.5 | 440 | $660 | |
| 12/2/2003 | MS | Customs Audit | Phone call with D. Lyons, N. Phillips, R. Andrews | 1.5 | 440 | $660 | |
| 12/2/2003 | SM | IRS Issues/Consolidated Return Tax Consulting | Discuss submission to IRS agent regarding carry back of Foreign Tax Credits and related exception to SRLY rules with Bryan Collins and revise. | 2 | 475 | $950 | |
| 12/3/2003 | MS | Customs Audit | Grace on-site meeting- preparation for Customs FA meeting | 9 | 440 | $3,960 | |
| 12/3/2003 | RR | Customs Audit | Research for GPC on whether the port of buffalo waives FSD requirements for 9801 shipments | 1.5 | 230 | $345 | |
| 12/4/2003 | MS | Customs Audit | Grace on-site Customs meetings and post meeting discussion | 4 | 440 | $1,760 | |
| 12/4/2003 | MS | Customs Audit | Airfare for trip to Cambridge, MA | | | | $539 |
| 12/4/2003 | MS | Customs Audit | Airfare change fee for flight back from Cambridge, MA | | | | $100 |
| 12/4/2003 | MS | Customs Audit | Hotel for meeting in Cambridge, MA | | | | $352 |
| 12/4/2003 | MS | Customs Audit | Dinner after meeting at Cambridge, MA | | | | $28 |
| 12/4/2003 | MS | Customs Audit | Parking at Ohare for meeting at Cambridge, MA | | | | $60 |
| 12/4/2003 | RR | Customs Audit | Research for GPC on whether the port of buffalo waives FSD requirements for 9801 shipments | 1 | 230 | $230 | |
| 12/5/2003 | MS | Customs Audit | Follow-up from meetings re: FA | 1.5 | 440 | $660 | |
| 12/5/2003 | RR | Customs Audit | Research for GPC on whether the port of buffalo waives FSD requirements for 9801 shipments | 1 | 230 | $230 | |
| 12/11/2003 | MS | Customs Audit | Call with D. Lyons, N. Phillips, and R. Andrews re: FA | 2.5 | 440 | $1,100 | |
| 12/12/2003 | BC | IRS Issues/Consolidated Return Tax Consulting | Review revision of submission to IRS agent regarding carry back of Foreign Tax Credits and related exception to SRLY rules. | 0.5 | 600 | $300 | |
| 12/15/2003 | BC | IRS Issues/Consolidated Return Tax Consulting | Meet with Sara Mahn regarding second revision of submission to IRS agent regarding carry back of Foreign Tax Credits and related exception to SRLY rules. | 3 | 600 | $1,800 | |
| 12/15/2003 | DB | IRS Issues/Consolidated Return Tax Filing | Review calculation of the foreign tax credit submission to IRS agent. | 1.5 | 230 | $345 | |
| 12/15/2003 | SM | IRS Issues/Consolidated Return Tax Consulting | Second revision of submission to IRS agent regarding carry back of Foreign Tax Credits and related exception to SRLY rules. Meet with Bryan Collins and make further revisions. | 4.5 | 475 | $2,138 | |
| 12/16/2003 | BC | IRS Issues/Consolidated Return Tax Consulting | Review third revision of submission to IRS agent regarding carry back of Foreign Tax Credits and related exception to SRLY rules. Send to Elyse Napoli Filon and Carol Finke. | 3 | 600 | $1,800 | |

## W.R. Grace & Co.
## Daily Summary of Fees and Expenses

IN#:08925954- SA:WRG0004
IN#:08925962- SA:WRG0007
IN#:08925959- SA:WRG0012

| Date | Person | Project Category | Description | Hours | Billing Rate | Professional Fees | Expenses |
|---|---|---|---|---|---|---|---|
| 12/16/2003 | FL | Customs Audit | Reviewed Grace's HTS#s in FOIA database to see what HTS# might be covered under new FDA food rules. Prepared memo. | 2.5 | 340 | $850 | |
| 12/16/2003 | MS | Customs Audit | Discussion with CBP Headquarters, reg audit departmens, re on-site audit time | 2.5 | 440 | $1,100 | |
| 12/16/2003 | SM | IRS Issues/Consolidated Return Tax Consulting | Third revision of submission to IRS agent regarding carry back of Foreign Tax Credits and related exception to SRLY rules. | 2.5 | 475 | $1,188 | |
| 12/18/2003 | MS | Customs Audit | Call with Steve and team re status and moving forward with FA | 2 | 440 | $880 | |
| 12/19/2003 | AP | Fee Applications and Billing Preparation | Correspondence with Tony Scoles regarding the March Fee Application and made the necessary revisions per his request. | 1 | 230 | $230 | |
| 12/22/2003 | MS | Customs Audit | Grace action items covered in Thursday call re: FA | 2.5 | 440 | $1,100 | |
| 12/23/2003 | AP | Fee Applications and Billing Preparation | Began preparing the Chicago office's October and November detailed billing summaries. Also included Tim Tuerff's office's detail into the summaries as well. | 0.8 | 230 | $184 | |
| 12/29/2003 | MF | Customs Audit | Creation of best practice import process flow chart for GPC | 4 | 340 | $1,360 | |
| 12/30/2003 | AP | Fee Applications and Billing Preparation | Finsihed preparing the Chicago office's October and November detailed billing summaries. Also included Tim Tuerff's office's detail into the summaries as well. | 2.5 | 230 | $575 | |
| | | | Total | 67.8 | | $29,954 | $1,078 |