# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: May 11, 2004** |
| | | **Hearing Date: TBD only if necessary** |

## SUMMARY OF THE VERIFIED APPLICATION OF RICHARDSON PATRICK WESTBROOK & BRICKMAN, LLC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LEAD SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM JANUARY 1, 2004 THROUGH JANUARY 31, 2004

Name of Applicant:                                   Richardson Patrick Westbrook
                                                     & Brickman, LLC

Authorized to Provide Professional Services to:      Zonolite Attic Insulation Claimants

Date of Appointment:                                 July 22, 2002

Period for which compensation and
Reimbursement is sought:                             January 1, 2004 through
                                                     January 31, 2004

Amount of Compensation sought as actual,
Reasonable, and necessary:                           $ 17,311.00

Amount of Expenses Reimbursement:                    $ 1,427.54

This is a: X monthly    _ interim    _ final application

Prior Application filed: Yes

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 10/31/02 | 7/22/2002 - 9/30/2002 | $170,069.50 | $44,005.38 | No objections served on counsel | No objections served on counsel |
| 12/04/02 | 10/01/2002 - 10/31//2002 | $163,682.00 | $35,319.00 | No objections served on counsel | No objections served on counsel |
| 01/08/2003 | 11/01/2002 - 11/30/2002 | $115,319.00 | $5,714.09 | No objections served on counsel | No objections served on counsel |
| 02/17/2003 | 12/01/2002 - 12/31/2002 | $104,018.00 | $32,439.18 | No objections served on counsel | No objections served on counsel |
| 03/19/2003 | 1/1/2003 - 1/31/2003 | $142,944.50 | $68,022.89 | No objections served on counsel | No objections served on counsel |
| 04/09/03 | 2/1/2003 - 2/28/2003 | $217,149.00 | $31,928.29 | No objections served on counsel | No objections served on counsel |
| 05/16/2003 | 3/1/2003- 3/31/2003 | $248,048.00 | $66,978.32 | No objections served on counsel | No objections served on counsel |
| 07/01/2003 | 4/1/2003- 4/30/2003 | $102,950.00 | $149,727.83 | No objections served on counsel | No objections served on counsel |
| 07/21/2003 | 5/1/2003- 5//31/2003 | $174,462.25 | $48,658.57 | No objections served on counsel | No objections served on counsel |
| 08/15/2003 | 6/1/2003- 6/30/2003 | $202,080.25 | $71,550.40 | No objections served on counsel | No objections served on counsel |
| 09/15/2003 | 7/1/2003- 7/31/2003 | $126,035.00 | $25,802.60 | No objections served on counsel | No objections served on counsel |
| 10/23/2003 | 8/1/2003- 8/31/2003 | $121,733.75 | $26,563.23 | No objections served on counsel | No objections served on counsel |
| 11/12/2003 | 9/1/2003- 9/30/2003 | $69,708.00 | $19,989.71 | No objection served on counsel | No objection served on counsel |
| 12/8/2003 | 10/1/2003- 10/31/2003 | $24,786.50 | $5,853.38 | No objection served on counsel | No objection served on counsel |
| 2/18/2004 | 11/1/2003- 11/30/2003 | $13,566.00 | $106.03 | No objection served on counsel | No objection served on counsel |
| 2/18/2004 | 12/1/2003- 12/31/2003 | $12,107.50 | $11,256.59 | No objection served on counsel | No objection served on counsel |

This is the seventeenth RPWB application for monthly interim compensation of services filed with the Bankruptcy Court in this Chapter 11 case.

The total expended for the preparation of this application is approximately 20 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $7,000.

The Richardson Patrick Westbrook & Brickman attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Edward J. Westbrook | Partner | 26 | Litigation | $650 | 9.7 | $6,305.00 |
| Robert M. Turkewitz | Partner | 18 | Litigation | $400 | .4 | $160.00 |
| James L. Ward, Jr. | Associate | 6 | Litigation | $265 | .4 | $106.00 |
| TOTALS | | | | | 10.5 | $6,571.00 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Lizzie Kerrison | Paralegal | 17 | Litigation | $125 | 84.0 | $10,500.00 |
| Kim Garcia | Lit. Support | 9 | Litigation | $75 | 3.2 | $240.00 |
| TOTALS | | | | | 87.2 | $10,740.00 |

## Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 11-Fee Applications, Applicant | 3.2 | $240.00 |
| 20-Travel-Non-working | | |
| 22-ZAI Science Trial | 94.5 | $17,071.00 |
| TOTALS | 97.7 | $17,311.00 |

## 23-ZAI Science Trial Expenses

| Description | Amount |
|---|---|
| Conference Room Rental | $260.00 |
| Parking | $12.00 |
| Air Travel Expense | $1,083.70 |
| Mileage | $11.25 |
| Travel Meals | $60.59 |
| Total | $1,427.54 |

Dated: April 21, 2004

ELZUFON AUSTIN REARDON
TARLOV & MONDELL, P.A.

*/s/ William D. Sullivan*
William D. Sullivan (No. 2820)
Charlie Brown, III (No. 3368)
300 Delaware Avenue, Suite 1700
Wilmington, DE 19899
Phone: (302) 428-3181

-and-

Edward J. Westbrook, Esq.
Richardson Patrick Westbrook & Brickman
1037 Chuck Dawley Blvd., Building A
Mount Pleasant, SC 29464
Phone: (843) 727-6513

LEAD COUNSEL FOR ZAI CLAIMANTS

<u>VERIFICATION</u>

STATE OF SOUTH CAROLINA    )
                           )
COUNTY OF CHARLESTON       )

Edward J. Westbrook, after being duly sworn according to law, deposes and says:

a)      I am counsel with the applicant law firm Richardson, Patrick, Westbrook & Brickman, and have been admitted to appear before this Court.

b)      I have personally performed many of the legal services rendered by Richardson, Patrick, Westbrook & Brickman and am thoroughly familiar with the other work performed on behalf of the ZAI Claimants by the lawyers and paraprofessionals of Richardson, Patrick, Westbrook & Brickman.

c)      I have reviewed the foregoing application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del.Bankr.LR 2016-2 and the 'Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members', signed April 17, 2002, and submit that the Application substantially complies with such Rule and Order.

Edward J. Westbrook, Esq.

SWORN AND SUBSCRIBED
Before me this 14th day of April , 2004.

Kimberly Anderson- Cearin
Notary Public for South Carolina

My Commission Expires
February 4, 2014

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: May 11, 2004** |
| | ) | **Hearing Date: TBD only if necessary** |

## FEE DETAIL OF THE VERIFIED APPLICATION OF RICHARDSON PATRICK WESTBROOK & BRICKMAN, LLC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LEAD SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM JANUARY 1, 2004 THROUGH JANUARY 31, 2004

04/05/2004

# Time report

## 01/01/2004 - 01/31/2004

| Date<br>Timekeeper | Client No.<br>Matter No. | Client Name | Transaction Code<br>Description | Rate | HRS/QTY |
|---|---|---|---|---|---|
| **Transaction:** | **L106** | | | | |

### Day: 01/05/2004

| 01/05/2004<br>lkerrison | 200106<br>0000 | Zonolite Science Trial | L106<br>Review ZAI database for sales documents | $125.00 | 4.70 |

### Day: 01/06/2004

| 01/06/2004<br>lkerrison | 200106<br>0000 | Zonolite Science Trial | L106<br>Review ZAI database for sales documents | $125.00 | 7.00 |

### Day: 01/07/2004

| 01/07/2004<br>lkerrison | 200106<br>0000 | Zonolite Science Trial | L106<br>Review ZAI database for sales documents | $125.00 | 5.00 |
| 01/07/2004<br>jward | 200106<br>0000 | Zonolite Science Trial | L106<br>Review article regarding tremolite biopersistence | $265.00 | 0.10 |
| 01/07/2004<br>ewestbrook | 200106<br>0000 | Zonolite Science Trial | L106<br>Discussion with Rob Turkewitz regarding recent chrysotile article implicating tremolite and about status of ZAI hearing (.4); review article (.1) | $650.00 | 0.50 |
| 01/07/2004<br>rturkewitz | 200106<br>0000 | Zonolite Science Trial | L106<br>Conversation with Ed Westbrook regarding recent chrysotile article implicating tremolite and the status of the hearing. | $400.00 | 0.40 |

### Day: 01/08/2004

| 01/08/2004<br>lkerrison | 200106<br>0000 | Zonolite Science Trial | L106<br>Review ZAI database for sales documents | $125.00 | 6.70 |

### Day: 01/12/2004

| 01/12/2004<br>lkerrison | 200106<br>0000 | Zonolite Science Trial | L106<br>Review ZAI database for sales documents | $125.00 | 4.00 |

### Day: 01/13/2004

| 01/13/2004<br>lkerrison | 200106<br>0000 | Zonolite Science Trial | L106<br>Review ZAI database for sales documents | $125.00 | 6.70 |

### Day: 01/14/2004

| 01/14/2004 | 200106 | Zonolite Science Trial | L106 | $125.00 | 5.00 |

04/05/2004

# Time report

### 01/01/2004 - 01/31/2004

| Date | Client No. | Client Name | Transaction Code | Rate | HRS/QTY |
|------|-----------|-------------|------------------|------|---------|
| Timekeeper | Matter No. | | Description | | |

### Day:        01/15/2004

| 01/15/2004 | 200106 | Zonolite Science Trial | L106 | $125.00 | 5.20 |
|------|------|------|------|------|------|
| Ikerrison | 0000 | | Review ZAI database for sales documents | | |

### Day:        01/20/2004

| 01/20/2004 | 200106 | Zonolite Science Trial | L106 | $125.00 | 4.60 |
|------|------|------|------|------|------|
| Ikerrison | 0000 | | Review ZAI database for sales documents | | |

### Day:        01/21/2004

| 01/21/2004 | 200106 | Zonolite Science Trial | L106 | $125.00 | 4.00 |
|------|------|------|------|------|------|
| Ikerrison | 0000 | | Review ZAI database for sales documents | | |
| 01/21/2004 | 200106 | Zonolite Science Trial | L106 | $650.00 | 9.20 |
| ewestbrook | 0000 | | Prepare for a strategic meeting, attend strategic meeting in Atlanta and return to Charleston, working during the whole trip preparing for meeting and then making notes after meeting (9.2) | | |

### Day:        01/22/2004

| 01/22/2004 | 200106 | Zonolite Science Trial | L106 | $125.00 | 6.70 |
|------|------|------|------|------|------|
| Ikerrison | 0000 | | Review ZAI database for sales documents | | |

### Day:        01/23/2004

| 01/23/2004 | 200106 | Zonolite Science Trial | L106 | $125.00 | 3.50 |
|------|------|------|------|------|------|
| Ikerrison | 0000 | | Review ZAI database for sales documents | | |

### Day:        01/26/2004

| 01/26/2004 | 200106 | Zonolite Science Trial | L106 | $125.00 | 4.00 |
|------|------|------|------|------|------|
| Ikerrison | 0000 | | Review ZAI database for sales documents | | |

### Day:        01/27/2004

| 01/27/2004 | 200106 | Zonolite Science Trial | L106 | $125.00 | 4.70 |
|------|------|------|------|------|------|
| Ikerrison | 0000 | | Review ZAI database for sales documents | | |
| 01/27/2004 | 200106 | Zonolite Science Trial | L106 | $265.00 | 0.20 |
| jward | 0000 | | Review recent news articles regarding investigations of asbestos contamination in and around former vermiculite processing plants | | |

### Day:        01/28/2004

| 01/28/2004 | 200106 | Zonolite Science Trial | L106 | $125.00 | 5.00 |
|------|------|------|------|------|------|

04/05/2004

# Time report

## 01/01/2004 - 01/31/2004

| Date Timekeeper | Client No. Matter No. | Client Name | Transaction Code Description | Rate | HRS/QTY |
|---|---|---|---|---|---|
| **Day:** | | **01/29/2004** | | | |
| 01/29/2004 lkerrison | 200106 0000 | Zonolite Science Trial | L106 Review ZAI database for sales documents | $125.00 | 7.20 |
| **Day:** | | **01/31/2004** | | | |
| 01/31/2004 jward | 200106 0000 | Zonolite Science Trial | L106 Review recent ZAI article from Building magazine | $265.00 | 0.10 |
| **Transaction:** | | **L150** | | | |
| **Day:** | | **01/29/2004** | | | |
| 01/29/2004 kgarcia | 200106 0000 | Zonolite Science Trial | L150 Prepare November and December 2003 monthly applications | $75.00 | 3.20 |
| | | | **Grand Total:** | | **$17,** |
| | | | **Expense Grand Total:** | | |
| | | | **Time Grand Total:** | | **$17,** |
| | | | **Total Hours/Report:** | | |
| | | | **Count:** | | |

## CERTIFICATE OF SERVICE

I, William D. Sullivan, Esquire, hereby certify that on April 21, 2004, service of the

foregoing

- **Verified Application of Richardson Patrick Westbrook & Brickman, LLC for Compensation for Services and Reimbursement of Expenses as Zai Lead Special Counsel for the Interim Period from January 1, 2004 through January 31, 2004**

was made upon the attached Service List via hand delivery and first class mail.

Dated: Wilmington, Delaware
April 21, 2004

_/s/ William D. Sullivan_
William D. Sullivan

## SERVICE LIST

Laura Davis Jones, Esquire
David Carickoff, Esquire
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
Wilmington, DE 19899-8705

Frank J. Perch, Esquire
Office of the U.S. Trustee
844 King Street, Room 2313
Wilmington, DE 19801

Matthew G. Zaleski, III, Esquire
Campbell & Levine
800 King Street, Suite 300
Wilmington, DE 19801

Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 27th Floor
New York, NY 10022

Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

David Bernick, Esquire
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Theodore Tacconelli, Esquire
Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

Michael R. Lastowski, Esquire
Duane Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246

Teresa K.D. Currier, Esquire
Klett, Rooney, Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena
Price & Axelrod, LLP
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY 1002

William S. Katchen, Esquire
Duane, Morris & Heckcher, LLP
One Riverfront Plaza, 2nd Floor
Newark, NJ 07102

Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones
10100 Santa Monica Boulevard
Los Angeles, CA 90067-4100

David B. Seigel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

Peter Van N. Lockwood, Esquire
Julie W. Davis, Esquire
Trevor W. Swett, III, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, NW
Washington, DC 20005

James J. Restivo, Jr., Esquire
Reed Smith,LLP
435 Sixth Avenue
Pittsburgh, PA 15219-1886

Mark D. Collins, Esquire
Deborah E. Spivack, Esquire
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

William J.A. Sparks, Esquire
W.R. Grace & Company
919 N. Market, Suite 460
Wilmington, DE 19899

Warren H. Smith
Warren H. Smith and Associates
900 Jackson Street
120 Founders Square
Dallas, TX 75202