## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: May 11, 2004** |
| | | **Hearing Date: TBD only if necessary** |

## SUMMARY OF THE VERIFIED APPLICATION OF RICHARDSON PATRICK WESTBROOK & BRICKMAN, LLC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LEAD SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM FEBRUARY 1, 2004 THROUGH FEBRUARY 29, 2004

Name of Applicant:                           Richardson Patrick Westbrook
                                             & Brickman, LLC

Authorized to Provide Professional Services to:    Zonolite Attic Insulation Claimants

Date of Appointment:                         July 22, 2002

Period for which compensation and            February 1, 2004 through
Reimbursement is sought:                     February 29, 2004

Amount of Compensation sought as actual,
Reasonable, and necessary:                   $ 36,536.50

Amount of Expenses Reimbursement:            $ 3,023.68

This is a: X monthly   _ interim   _ final application

Prior Application filed: Yes

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 10/31/02 | 7/22/2002 - 9/30/2002 | $170,069.50 | $44,005.38 | No objections served on counsel | No objections served on counsel |
| 12/04/02 | 10/01/2002 - 10/31//2002 | $163,682.00 | $35,319.00 | No objections served on counsel | No objections served on counsel |
| 01/08/2003 | 11/01/2002 - 11/30/2002 | $115,319.00 | $5,714.09 | No objections served on counsel | No objections served on counsel |
| 02/17/2003 | 12/01/2002 - 12/31/2002 | $104,018.00 | $32,439.18 | No objections served on counsel | No objections served on counsel |
| 03/19/2003 | 1/1/2003 - 1/31/2003 | $142,944.50 | $68,022.89 | No objections served on counsel | No objections served on counsel |
| 04/09/03 | 2/1/2003 - 2/28/2003 | $217,149.00 | $31,928.29 | No objections served on counsel | No objections served on counsel |
| 05/16/2003 | 3/1/2003- 3/31/2003 | $248,048.00 | $66,978.32 | No objections served on counsel | No objections served on counsel |
| 07/01/2003 | 4/1/2003- 4/30/2003 | $102,950.00 | $149,727.83 | No objections served on counsel | No objections served on counsel |
| 07/21/2003 | 5/1/2003- 5//31/2003 | $174,462.25 | $48,658.57 | No objections served on counsel | No objections served on counsel |
| 08/15/2003 | 6/1/2003- 6/30/2003 | $202,080.25 | $71,550.40 | No objections served on counsel | No objections served on counsel |
| 09/15/2003 | 7/1/2003- 7/31/2003 | $126,035.00 | $25,802.60 | No objections served on counsel | No objections served on counsel |
| 10/23/2003 | 8/1/2003- 8/31/2003 | $121,733.75 | $26,563.23 | No objections served on counsel | No objections served on counsel |
| 11/12/2003 | 9/1/2003- 9/30/2003 | $69,708.00 | $19,989.71 | No objection served on counsel | No objection served on counsel |
| 12/8/2003 | 10/1/2003- 10/31/2003 | $24,786.50 | $5,853.38 | No objection served on counsel | No objection served on counsel |
| 2/18/2004 | 11/1/2003- 11/30/2003 | $13,566.00 | $106.03 | No objection served on counsel | No objection served on counsel |
| 2/18/2004 | 12/1/2003- 12/31/2003 | $12,107.50 | $11,256.59 | No objection served on counsel | No objection served on counsel |
| 4/21/2004 | 1/1/2004- 1/31/2004 | $17,311.00 | $1,427.54 | Pending | Pending |

This is the eighteenth RPWB application for monthly interim compensation of services filed with the Bankruptcy Court in this Chapter 11 case.

The total expended for the preparation of this application is approximately 20 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $7,000.

The Richardson Patrick Westbrook & Brickman attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Edward J. Westbrook | Partner | 26 | Litigation | $650 | 1.2 | $780.00 |
| James L. Ward, Jr. | Associate | 6 | Litigation | $265 | .6 | $159.00 |
| TOTALS | | | | | 1.8 | $939.00 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Lizzie Kerrison | Paralegal | 17 | Litigation | $125 | 283.7 | $35,462.50 |
| Kim Garcia | Lit. Support | 9 | Litigation | $75 | 1.8 | $135.00 |
| TOTALS | | | | | 285.5 | $25,597.50 |

## Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 11-Fee Applications, Applicant | 1.8 | $135.00 |
| 20-Travel–Non-working | | |
| 22-ZAI Science Trial | 285.5 | $36,401.50 |
| TOTALS | 287.3 | $36,536.50 |

## 23-ZAI Science Trial Expenses

| Description | Amount |
|---|---|
| Duplicating / Printing | $120.00 |
| Outside Duplicating | $169.60 |
| Lodging | $211.25 |
| Air Travel Expense | $345.57 |
| Mileage Expense | $4.16 |
| Travel Meals | $29.13 |
| Expert Fees | $2,038.11 |
| Car Rental | $105.86 |
| Total | $3,023.68 |

Dated: April 21, 2004

ELZUFON AUSTIN REARDON
TARLOV & MONDELL

*/s/ William D. Sullivan*
William D. Sullivan (No. 2820)
Charles J. Brown, III (No. 3368)
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE 19899
Phone: (302) 428-3181
FAX: (302) 777-7244

-and-

Edward J. Westbrook, Esq.
Richardson Patrick Westbrook
& Brickman
1037 Chuck Dawley Blvd., Building A
Mount Pleasant, SC 29464
Phone: (843) 727-6513
FAX: (843) 727-6688

Lead Counsel for ZAI Claimants

## VERIFICATION

STATE OF SOUTH CAROLINA )
)
COUNTY OF CHARLESTON )

Edward J. Westbrook, after being duly sworn according to law, deposes and says:

a)      I am counsel with the applicant law firm Richardson, Patrick, Westbrook &
Brickman, and have been admitted to appear before this Court.

b)      I have personally performed many of the legal services rendered by Richardson,
Patrick, Westbrook & Brickman and am thoroughly familiar with the other work performed on
behalf of the ZAI Claimants by the lawyers and paraprofessionals of Richardson, Patrick,
Westbrook & Brickman.

c)      I have reviewed the foregoing application and the facts set forth therein are true
and correct to the best of my knowledge, information and belief.  Moreover, I have reviewed
Del.Bankr.LR 2016-2 and the 'Amended Administrative Order Under 11 U.S.C. §§ 105(a) and
331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses
for Professionals and Official Committee Members', signed April 17, 2002, and submit that the
Application substantially complies with such Rule and Order.

Edward J. Westbrook, Esq.

SWORN AND SUBSCRIBED
Before me this 14th day of April , 2004.

Kimberly Anderson-Cearus

Notary Public for South Carolina

My Commission Expires
February 4, 2014

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: May 11, 2004** |
| | ) | **Hearing Date: TBD only if necessary** |

## FEE DETAIL OF THE VERIFIED APPLICATION OF RICHARDSON PATRICK WESTBROOK & BRICKMAN, LLC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LEAD SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM FEBRUARY 1, 2004 THROUGH FEBRUARY 29, 2004

04/07/2004

# Time report

### 02/01/2004 - 02/29/2004

| Date Timekeeper | Client No. Matter No. | Client Name | Transaction Code Description | Rate | HRS/QTY |
|---|---|---|---|---|---|
| **Transaction:** | **L106** | | | | |
| **Day:** | | **02/02/2004** | | | |
| 02/02/2004 lkerrison | 200106 0000 | Zonolite Science Trial | L106 Review ZAI database for sales documents | $125.00 | 205.00 $ |
| **Day:** | | **02/03/2004** | | | |
| 02/03/2004 lkerrison | 200106 0000 | Zonolite Science Trial | L106 Review ZAI database for sales documents | $125.00 | 6.70 |
| 02/03/2004 ewestbrook | 200106 0000 | Zonolite Science Trial | L106 Review memo regarding spreading of problem from Libby to neighboring town, review information regarding Chatfield and Ilgren | $650.00 | 0.80 |
| **Day:** | | **02/04/2004** | | | |
| 02/04/2004 lkerrison | 200106 0000 | Zonolite Science Trial | L106 Summarize Ilgren deposition | $125.00 | 5.00 |
| **Day:** | | **02/05/2004** | | | |
| 02/05/2004 lkerrison | 200106 0000 | Zonolite Science Trial | L106 Review ZAI database for sales documents (1.5); organize ZAI expert files on public database (5.2) | $125.00 | 6.70 |
| 02/05/2004 jward | 200106 0000 | Zonolite Science Trial | L106 Review prior Ilgren trial and deposition transcripts | $265.00 | 0.40 |
| **Day:** | | **02/09/2004** | | | |
| 02/09/2004 ewestbrook | 200106 0000 | Zonolite Science Trial | L106 Discussions regarding McArthur vermiculite situation; emails and correspondence regarding same and discussions with Minnesota counsel handling matter | $650.00 | 0.40 |
| **Day:** | | **02/10/2004** | | | |
| 02/10/2004 lkerrison | 200106 0000 | Zonolite Science Trial | L106 Review ZAI database for sales documents | $125.00 | 6.70 |
| **Day:** | | **02/11/2004** | | | |
| 02/11/2004 lkerrison | 200106 0000 | Zonolite Science Trial | L106 Review ZAI database for sales documents | $125.00 | 6.00 |

04/07/2004

# Time report

## 02/01/2004 - 02/29/2004

| Date Timekeeper | Client No. Matter No. | Client Name | Transaction Code Description | Rate | HRS/QTY |
|---|---|---|---|---|---|
| 02/12/2004 jward | 200106 0000 | Zonolite Science Trial | L106<br>Review summary of CDC seminar on Libby mortality and e-mail messages regarding same | $265.00 | 0.20 |
| **Day:** | | **02/13/2004** | | | |
| 02/13/2004 lkerrison | 200106 0000 | Zonolite Science Trial | L106<br>Review ZAI database for sales documents | $125.00 | 6.50 |
| **Day:** | | **02/16/2004** | | | |
| 02/16/2004 lkerrison | 200106 0000 | Zonolite Science Trial | L106<br>Review ZAI database for sales documents | $125.00 | 4.00 |
| **Day:** | | **02/17/2004** | | | |
| 02/17/2004 lkerrison | 200106 0000 | Zonolite Science Trial | L106<br>Review ZAI database for sales documents (4.5); Organize prior Lee deposition transcripts (2.) | $125.00 | 6.50 |
| **Day:** | | **02/18/2004** | | | |
| 02/18/2004 lkerrison | 200106 0000 | Zonolite Science Trial | L106<br>Review ZAI database for sales documents | $125.00 | 2.00 |
| **Day:** | | **02/19/2004** | | | |
| 02/19/2004 lkerrison | 200106 0000 | Zonolite Science Trial | L106<br>Review ZAI database for sales documents | $125.00 | 6.70 |
| **Day:** | | **02/23/2004** | | | |
| 02/23/2004 lkerrison | 200106 0000 | Zonolite Science Trial | L106<br>Review ZAI database for sales documents | $125.00 | 4.00 |
| **Day:** | | **02/24/2004** | | | |
| 02/24/2004 lkerrison | 200106 0000 | Zonolite Science Trial | L106<br>Review ZAI database for sales documents; compile and organize documents printed | $125.00 | 6.70 |
| **Day:** | | **02/25/2004** | | | |
| 02/25/2004 lkerrison | 200106 0000 | Zonolite Science Trial | L106<br>Review ZAI database for sales documents | $125.00 | 4.50 |
| **Day:** | | **02/26/2004** | | | |

04/07/2004

# Time report

## 02/01/2004 - 02/29/2004

| Date<br>Timekeeper | Client No.<br>Matter No. | Client Name | Transaction Code<br>Description | Rate | HRS/QTY |
|---|---|---|---|---|---|
| 02/26/2004<br>lkerrison | 200106<br>0000 | Zonolite Science Trial | L106<br>Review ZAI database for sales documents | $125.00 | 6.70 |

**Transaction:**    **L150**

   **Day:**    **02/12/2004**

| 02/12/2004<br>kgarcia | 200106<br>0000 | Zonolite Science Trial | L150<br>Finalize November and December 2003 monthly applications; prepare 11th Quarterly application | $75.00 | 1.80 |

| | |
|---|---|
| **Grand Total:** | **$36,** |
| **Expense Grand Total:** | |
| **Time Grand Total:** | **$36,** |
| **Total Hours/Report:** | |
| **Count:** | |

# CERTIFICATE OF SERVICE

I, William D. Sullivan, Esquire, hereby certify that on April 21, 2004, service of the

foregoing

- **Verified Application of Richardson Patrick Westbrook & Brickman, LLC for Compensation for Services and Reimbursement of Expenses as ZAI Lead Special Counsel for the Interim Period from February 1, 2004 through February 29, 2004**

was made upon the attached Service List via hand delivery and first class mail.

Dated: Wilmington, Delaware
     April 21, 2004            */s/ William D. Sullivan*
                                 William D. Sullivan

## SERVICE LIST

Laura Davis Jones, Esquire
David Carickoff, Esquire
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
Wilmington, DE 19899-8705

Frank J. Perch, Esquire
Office of the U.S. Trustee
844 King Street, Room 2313
Wilmington, DE 19801

Matthew G. Zaleski, III, Esquire
Campbell & Levine
800 King Street, Suite 300
Wilmington, DE 19801

Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 27th Floor
New York, NY 10022

Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

David Bernick, Esquire
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Theodore Tacconelli, Esquire
Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

Michael R. Lastowski, Esquire
Duane Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246

Teresa K.D. Currier, Esquire
Klett, Rooney, Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena
Price & Axelrod, LLP
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY 1002

William S. Katchen, Esquire
Duane, Morris & Heckcher, LLP
One Riverfront Plaza, 2nd Floor
Newark, NJ 07102

Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones
10100 Santa Monica Boulevard
Los Angeles, CA 90067-4100

David B. Seigel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD  21044

Peter Van N. Lockwood, Esquire
Julie W. Davis, Esquire
Trevor W. Swett, III, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, NW
Washington, DC  20005

James J. Restivo, Jr., Esquire
Reed Smith,LLP
435 Sixth Avenue
Pittsburgh, PA  15219-1886

Mark D. Collins, Esquire
Deborah E. Spivack, Esquire
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE  19899

William J.A. Sparks, Esquire
W.R. Grace & Company
919 N. Market, Suite 460
Wilmington, DE  19899

Warren H. Smith
Warren H. Smith and Associates
900 Jackson Street
120 Founders Square
Dallas, TX 75202