IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

### AMENDED NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON APRIL 26, 2004 AT 12:00 P.M. BEFORE THE HONORABLE JUDITH K. FITZGERALD

The April 26, 2004 omnibus hearing has been cancelled by the Court. The Court has rescheduled a telephonic hearing on May 18, 2004 at 12:00 p.m. in Pittsburgh, Pennsylvania. Any of the matters set forth below which are not resolved by order of the Court before the May 18, 2004 telephonic omnibus hearing will be included on the agenda for the May 18th hearing.

### UNCONTESTED MATTERS

1. Application for Order Authorizing the Employment and Retention of Capstone Corporate Recovery, LLC, to Replace FTI Consulting, Inc. as Financial Advisors for the Official Committee of Unsecured Creditors (Docket No. 5151)

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Related Documents:

a. [Proposed] Order Authorizing the Employment and Retention of Capstone Corporate Recovery, LLC, to Replace FTI Consulting, Inc. as Financial Advisors for the Official Committee of Unsecured Creditors (Docket No. 5151, Exhibit B)

Response Deadline: April 9, 2004 at 4:00 p.m.

Responses Received:

a. Limited Objection of United States Trustee to Application of the Official Committee of Unsecured Creditors for Order Authorizing the Retention and Employment of Captone Corporate Recovery, LLC to Replace FTI Consulting, Inc. as Financial Advisors for the Official Committee of Unsecured Creditors (Docket No. 5427)

**Status: This matter has been continued until May 18, 2004 at 12:00 p.m.**

2. Debtors' Motion Requesting the Approval of an Order Authorizing the Expansion of the Scope of Services Permitted to be Provided By Deloitte & Touche LLP to the Debtors to Include Certain Lease Consulting Services *Nunc Pro Tunc* to October 1, 2003 (Docket No. 5322)

Related Documents:

a. [Proposed] Order Authorizing the Expansion of the Scope of Services Permitted to be Provided By Deloitte & Touche LLP to the Debtors to Include Certain Lease Consulting Services *Nunc Pro Tunc* to October 1, 2003 (Docket No. 5322)

b. Supplemental Affidavit of Larry D. Ishol in Support of the Motion Requesting the Approval of an Order Authorizing the Expansion of the Scope of Services Permitted to be Provided by Deloitte & Touche LLP to the Debtors to Include Certain Lease Consulting Services (Docket No. 5322)

Response Deadline: April 9, 2004 at 4:00 p.m.

Responses Received: None as of the date of this Notice of Agenda.

    Status: No parties have objected to the relief requested in the motion. The Debtors, however, have a few changes to the proposed form of order and intend to submit a revised form of order to the Court.

3. Motion of the Debtors' for an Order Authorizing, But Not Requiring, the Implementation of the 2004-2006 Long-Term Incentive Program for Key Employees (Docket No. 5323)

  Related Documents:

    a. [Proposed] Order Authorizing, But Not Requiring, the Implementation of the 2004-2006 Long-Term Incentive Program for Key Employees (Docket No. 5323)

    b. Affidavit of W. Brian McGowan in Support of the Debtors' Motion for an Order Authorizing, But Not Requiring, the Implementation of the 2004-2006 Long-Term Incentive Program for Key Employees (Docket No. 5323)

    c. Certification of No Objection Regarding Docket No. 5323 (Docket No. 5437)

  Response Deadline: April 9, 2004 at 4:00 p.m. *(Extended until April 12, 2004 at 4:00 p.m. for the Property Damage Committee)*

  Responses Received: None as of the date of this Notice of Agenda.

  Status: No parties have objected to the relief requested in the motion. Accordingly, the Debtors have filed a certificate of no objection and request the entry of the order attached to the motion.

4. Debtors' Motion for Order Approving Settlement with William B. Dunbar, Pursuant to Fed. R. Bankr. P. 9019 (Docket No. 5324)

  Related Documents:

    a. [Proposed] Stipulation and Agreed Order By and Between William B. Dunbar and W. R. Grace & Co. – Conn. (Docket No. 5324, Exhibit A)

    b. Certification of No Objection Regarding Docket No. 5324 (Docket No. 5438)

  Response Deadline: April 9, 2004 at 4:00 p.m.

  Responses Received: None as of the date of this Notice of Agenda.

> Status: No parties have objected to the relief requested in the motion. Accordingly, the Debtors have filed a certificate of no objection and request the entry of the order attached to the motion.

5. Motion of the Debtors for an Order Extending Time to Assume, Assume and Assign, or Reject Unexpired Leases of Nonresidential Real Property (Docket No. 5325)

   Related Documents:

   a. [Proposed] Order Extending Time to Assume, Assume and Assign, or Reject Unexpired Leases of Nonresidential Real Property (Docket No. 5325)

   b. Certification of No Objection Regarding Docket No. 5325 (Docket No. 5439)

   Response Deadline: April 9, 2004 at 4:00 p.m.

   Responses Received: None as of the date of this Notice of Agenda.

   Status: No parties have objected to the relief requested in the motion. Accordingly, the Debtors have filed a certificate of no objection and request the entry of the order attached to the motion.

6. Plaintiffs' Motion Requesting an Order (i) Finding Counsel for Gerard in Contempt of Court and (ii) Staying Certain Proceedings Pending Appeal (Adv. Pro. No. 01-771, Docket No. 183)

   Related Documents:

   a. Certification of Counsel Re: Docket No. 183 (Adv. Pro. No. 01-771, Docket No. 189) Plaintiffs' Motion Requesting an Order (i) Finding Counsel for Gerard in Contempt of Court and (ii) Staying Certain Proceedings Pending Appeal (Adv. Pro. No. 01-771, Docket No. 189)

   b. Motion by Libby Victims and Libby Counsel to Defer or Stay Ruling on Contempt (Adv. Pro. No. 01-771, Docket No. 191)

      (i) **Debtors' Response to the Statement of Libby Claimants and Libby Counsel with Respect to Amount of Requested Sanction** (Adv. Pro. No. 01-771, Docket No. **197**)

      (ii) Objection to Motion by Libby Victims and Libby Counsel to Defer or Stay Ruling on

            Contempt (Adv. Pro. No. 01-771, Docket No. 194)

     (ii) **Objection of Continental Casualty Company to the Libby Claimants' Motions Requesting an Order (i) Deferring or Staying Entry of an Order on Debtors' Motion for Contempt of Court, and (ii) Seeking Relief from the Automatic Stay and Injunction (Adv. Pro. No. 01-771, Docket No. 195)**

  c. Statement of Libby Victims and Libby Counsel in Support of Reduction of Amount of Requested Sanction (Adv. Pro. No. 01-771, Docket No. 192)

     (i) Debtors' Response to Motion by Libby Claimants and Libby Counsel to Defer or Stay Ruling on Contempt (Adv. Pro. No. 01-771, Docket No. **196**)

 Response Deadline: None.

 Responses Received:

 **Status: This matter has been continued until May 18, 2004 at 12:00 p.m.**

7. Libby Claimants' Motion for Relief From Automatic Stay and Preliminary Injunction to Take Perpetuation Depositions (Adv. Pro. No. 01-771, Docket No. 190)

 Related Documents:

  a. [Proposed] Order Granting Libby Claimants' Motion for Relief From Automatic Stay and Preliminary Injunction to Take Perpetuation Depositions (Adv. Pro. No. 01-771, Docket No. 190)

 Response Deadline: April 19, 2004 at 4:00 p.m.

 Responses Received:

  a. Conditional Objection to Libby Claimants' Motion for Relief From Automatic Stay and Preliminary Injunction to Take Perpetuation Depositions (Adv. Pro. No. 01-771, Docket No. 193)

      b.    **Objection of Continental Casualty Company to the Libby Claimants' Motions Requesting an Order (i) Deferring or Staying Entry of an Order on Debtors' Motion for Contempt of Court, and (ii) Seeking Relief from the Automatic Stay and Injunction (Adv. Pro. No. 01-771, Docket No. 195)**

**Status: This matter has been continued until May 18, 2004 at 12:00 p.m.**

## CONTESTED MATTERS

8.    Motion of Yessenia Rodriguez and Carlos Nieves Relief From the Stay Provided By 11 U.S.C. §362 of the Bankruptcy Code (Docket No. 3707)

    Related Documents:

        a.    [Proposed] Order (Docket No. 3707)

    Response Deadline: May 11, 2003 at 4:00 p.m. *(Extended until July 11, 2003 at 4:00 p.m.)*

    Responses Received:

        a.    Debtor's Objection to Yessenia Rodriguez's and Carlos Nieves' Motion to Lift Automatic Stay (Docket No. 4046)

**Status: This matter has been continued until May 18, 2004 at 12:00 p.m.**

9.    Debtors' Sixth Motion for an Order Pursuant to 11 U.S.C. § 1121(d) Extending Debtors' Exclusive Periods in Which to File a Chapter 11 Plan and to Solicit Votes Thereon (Docket No. 5027)

    Related Documents:

        a.    [Proposed] Order Granting Debtors' Sixth Motion for an Order Pursuant to 11 U.S.C. § 1121(d) Extending Debtors' Exclusive Periods in Which to File a Chapter 11 Plan and to Solicit Votes Thereon (Docket No. 5027)

    Response Deadline: March 5, 2004 at 4:00 p.m.

    Responses Received:

        a.    Objection of the Official Committee of Asbestos Personal Injury Claimants to the Debtors' Sixth Motion for an Order Pursuant to 11 U.S.C. §1121(d) Extending Debtors'

      Exclusive Periods in Which to File a Chapter 11 Plan and to Solicit Votes Thereon (Docket No. 5229)

      i. Notice of Filing of Exhibit B to the Objection of the Official Committee of Asbestos Personal Injury Claimants to the Debtors' Sixth Motion for an Order Pursuant to 11 U.S.C. §1121(d) Extending Debtors' Exclusive Periods in Which to File a Chapter 11 Plan and to Solicit Votes Thereon (Docket No. 5261)

    Replies Received:

     a. Debtors' Motion for Leave to File Debtors' Reply to Objection of the Official Committee of Asbestos Personal Injury Claimants to the Debtors' Sixth Motion for an Order Pursuant to 11 U.S.C. §1121(d) Extending Debtors' Exclusive Periods in Which to File a Chapter 11 Plan and to Solicit Votes Thereon (Docket No. 5300)

      i. Debtors' Reply to Objection of the Official Committee of Asbestos Personal Injury Claimants to the Debtors' Sixth Motion for an Order Pursuant to 11 U.S.C. §1121(d) Extending Debtors' Exclusive Periods in Which to File a Chapter 11 Plan and to Solicit Votes Thereon (Exhibit 1 to Docket No. 5300)

    **Status: This matter has been continued until May 18, 2004 at 12:00 p.m.**

10. Motion of Massachusetts Department of Environmental Protection for Relief from the Automatic Stay and Setoff (Docket No. 5317)

    Related Documents:

     a. [Proposed] Order Granting Massachusetts Department of Environmental Protection for Relief from the Automatic Stay and Setoff (Docket No. 5317)

    Response Deadline: April 9, 2004 at 4:00 p.m.

    Responses Received:

     a. Debtors' Objection to the Motion of the Massachusetts Department of Environmental Protection for Relief from the Automatic Stay and Setoff (Docket No. 5426)

       **Status: This matter has been continued until May 18, 2004 at 12:00 p.m.**

**STATUS:**

11. Motion of Debtors for Limited Waiver of Del.Bankr.LR 3007-1 for the Purpose of Streamlining Objections to Certain Claims Filed Pursuant to the Bar Date Order (Docket No. 4853)

    **Status: This matter has been continued until May 18, 2004 at 12:00 p.m.**

12. National Union Fire Insurance Company of Pittsburgh, PA's Answer, Counterclaims and Amended Third-Party and Joinder Complaint for Declaratory Judgment and Injunctive Relief (Adv. Pro. No. 02-1657, Docket No. 8)

    **Status: This matter has been continued until May 18, 2004 at 12:00 p.m.**

Dated: April 21, 2004

KIRKLAND & ELLIS LLP
James H.M. Sprayregen, P.C.
Janet S. Baer
James W. Kapp, III
Christian J. Lane
Samuel L. Blatnick
200 East Randolph Drive
Chicago, Illinois 60601
(312) 861-2000

and

PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB P.C.

_____
Laura Davis Jones (Bar No. 2436)
David W. Carickhoff, Jr. (Bar No. 3715)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-counsel for Debtors and Debtors in Possession