# EXHIBIT 2

# Omnibus 3 Objection
# for WR Grace

**Total number of parties: 115**
**Mode of Service: US Mail (1st Class)**

## Exhibit 2 - WR Grace Mailing

| Svc Lst | Name and Address of Served Party |
|---|---|
| 8523 | ADP INVESTOR COMMUNICATION SERVICES, 51 MERCEDES WAY, ATTN JOHN FARGNOLI, EDGEWOOD, NY 11717 |
| 8523 | ARDAMAN & ASSOC INC, 8008 S ORANGE AVE, ORLANDO, FL 32809 |
| 8523 | ASHLAND INCORPORATED, C/O COLLECTION DEPT DS3, PO BOX 2219, COLUMBUS, OH 43216 |
| 8523 | BALTIMORE GAS AND ELECTRIC COMPANY, PO BOX 1475, BALTIMORE, MD 21203 |
| 8523 | BEAGLE, JOHN H, 297 RIVER RD, ENOREE, SC 29335 |
| 8523 | BELLOCK, WAYNE, PO BOX 202, WHITE CASTLE, LA 70788 |
| 8523 | BERRY, SUSAN H, 164 YELLOWTAIL RD, LIBBY, MT 59923 |
| 8523 | BRAZIEL, MARY, PO BOX 1154, NATALBANY, LA 70451 |
| 8523 | BRYE, JAMES E, 4412 BRUNWICKS DR, EIGHT MILE, AL 36613 |
| 8523 | CASCADE AQUA-TECH INC, 11845 NE MARX, PORTLAND, OR 97220 |
| 8523 | CED, PO BOX 3225, LOUISVILLE, KY 40201 |
| 8523 | CHIKOUSKY, FRED & SARA, ATTN:  FRED CHIKOUSKY, 1720 HARRISON PL 7TH FL, HOLLYWOOD, FL 33020 |
| 8523 | CLINICAL SUPPLY COMPANY, 5639 UNION CENTRE DR, WEST CHESTER, OH 45069 |
| 8523 | CONDEA VISTA COMPANY, PO BOX 74708, CHICAGO, IL 60694-4708 |
| 8523 | CONOPCO INC AND ITS OPERATING AND SUBSID, C/O HIH SONG KIM ESQ, 390 PARK AVE, NEW YORK, NY 10022 |
| 8523 | CONSTRUCTION SPECIFICATIONS INSTITUTE, 99 CANAL CENTER PLZ, ALEXANDRIA, VA 22314 |
| 8523 | CONTAINER DEPOT INDUSTRIES, 8311 FISCHER RD, BALTIMORE, MD 21222 |
| 8523 | COOKSEY, RICHARD, C/O STEPHEN C EMBRY ESQ, EMBRY & NEUSNER, 118 POQUONNOCK ROAD, GROTON, CT 06340 |
| 8523 | COSEY, DENNIS B, 3737 N 11TH ST, MILWAUKEE, WI 53206 |
| 8523 | COURTEMANCHE, LESLIE MARIE, 97 FELLSMERE ST, LYNN, MA 01904 |
| 8523 | CUNNINGHAM, VERNON, 515 WISCONSIN AVE, LIBBY, MT 59923 |
| 8523 | DAGOSTINO, RITA J, 74 PARIS ST, MEDFORD, MA 02155 |
| 8523 | DALLAS COUNTY, C/O ELIZABETH WELLER, LINEBARGER GOGGAN BLAIR PENA AND SAMPSON LLP, 2323 BRYAN ST 1720 UNIVISION CTR, DALLAS, TX 75201-2644 |
| 8523 | DEPT OF THE TREASURY IRS, 31 HOPKINS PLAZA, STOP ROOM 1140, BALTIMORE, MD 21201 |
| 8523 | DEPT OF TREASURY IRS, ROOM 1120, 31 HOPKINS PLAZA, BALTIMORE, MD 21201 |
| 8523 | DOT RAIL SERVICE OF INDIANA INC, PO BOX 361, LA SALLE, IL 61301 |
| 8523 | EVCO HOUSE OF HOSE, 2375 S 300 W, SALT LAKE CITY, UT 84115 |
| 8523 | FIDELITY & DEPOSIT CO. OF MARYLAND, 5026 CAMPBELL BLVD SUITE C, BALTIMORE, MD 21236 |
| 8523 | FINELLO, ROCCO, C/O STEPHEN C EMBRY ESQ, EMBRY & NEUSNER, 118 POQUONNOCK ROAD, GROTON, CT 06340 |
| 8523 | FORT, AUDREY S, 1980 CANTON ST, MACON, GA 31204 |
| 8523 | FORT, TONY L, 1980 CANTON ST, MACON, GA 31204 |
| 8523 | FW DODGE DIV OF MCGRAW HILL COMPANIES, PO BOX 569, HIGHTSTOWN, NJ 08520 |
| 8523 | GE INDUSTRIAL SYSTEMS, 41 WOODFORD AVE, PLAINVILLE, CT 06062-2334 |
| 8523 | GOULDS PUMPS INCORPORATED, ITT FLUID TECHNOLOGY LAW DEPT, 10 MOUNTAINVIEW RD 3RD FLR, UPPER SADDLE RIVER, NJ 000007458 |
| 8523 | HARLEYS AUTO PARTS INC, 310 HAMPTON AVE NE, AIKEN, SC 29801 |
| 8523 | HASTEN, LINDA N, 33430 BOWIE ST, WHITE CASTLE, LA 70788 |
| 8523 | HASTEN, LINDA N, 33430 BOWIE ST, WHITE CASTLE, LA 70788 |
| 8523 | HBE CORPORATION AND/OR ADAMS MARK HOTEL, ARMSTRONG TEASDALE LLP, ATTN: RICHARD ENGEL JR, ONE METROPOLITAN SQ STE 2600, SAINT LOUIS, MO 63102-2740 |
| 8523 | HERNANDEZ, PEDRO, PO BOX 8267, PONCE, PR 00732-8267 |
| 8523 | HEYWARD, GLORIA J, C/O GLORIA HEYWARD, 3615 BLUE RIDGE EXT #10, GRANDVIEW, MO 64030 |

WR Grace

## Exhibit 2 - WR Grace Mailing

| Svc Lst | Name and Address of Served Party |
|---|---|
| 8523 | IDLEBURGH, SAMUEL, 3893 N 4TH ST, MILWAUKEE, WI 53212 |
| 8523 | INDIANA DEPARTMENT OF REVENUE, BANKRUPTCY SECTION, ROOM N-203, 100 N SENATE AVE, INDIANAPOLIS, IN 46204 |
| 8523 | INDIANA DEPARTMENT OF REVENUE, BANKRUPTSY SECTION RM N-203, 100 N SENATE AVE, INDIANAPOLIS, IN 46204 |
| 8523 | INDIANAPOLIS DRUM SERVICE DIV OF CDS INC, PO BOX 16141, LUDLOW, KY 41016 |
| 8523 | INDOPCO INC AND ITS OPERATING AND SUBSID, C/O HIH SONG KIM ESQ, 390 PARK AVE, NEW YORK, NY 10022 |
| 8523 | INTERNATIONAL PAPER ARIZONA CHEMICAL, ATTN: LEE WALKER, 6775 LENOX CENTER COURT, MEMPHIS, TN 38115 |
| 8523 | KELLEY, KEITH, 1600 W CARSON ST # 201, TORRANCE, CA 90501 |
| 8523 | KERR, ED, 1308 EVANGELINE, DEARBORN HEIGHTS, MI 48127 |
| 8523 | KRESGE, KRISTI, 1900 TOWNSEND AVE, HELENA, MT 59601 |
| 8523 | LEONARD, CALVIN L, 911 FOLEY AVE, IOWA PARK, TX 76367 |
| 8523 | LINDSEY, JERRY L, 4801 BASSWOOD DR, CHATTANOOGA, TN 37416 |
| 8523 | LOS ANGELES COUNTY TAX COLLECTOR, ATTN: ELIZABETH MCDANIEL, PROPERTY TAX DIVISION, PO BOX 54018, LOS ANGELES, CA 90054-0018 |
| 8523 | LUCAS, MELVINA Y, 9411 ATLANTIC ST, MIRAMAR, FL 33025 |
| 8523 | LUGO, JESUS F, 150 BUCK OWEN RD, SENECA, SC 29678 |
| 8523 | LUMMUS SUPPLY COMPANY INC., 1554 BOLTON RD, ATLANTA, GA 30331 |
| 8523 | LUNA JR, APOLINAR, 8319 N 22 LN, MCALLEN, TX 78504 |
| 8523 | MARTIN, J E, PO BOX 146, CROSS ANCHOR, SC 29331 |
| 8523 | MARTINEZ, RAUL, 901 S HUISACHE, PHARR, TX 78577 |
| 8523 | MARTINEZ, RAUL, 901 S HUISACHE, PHARR, TX 78577 |
| 8523 | MARTINEZ, RAUL, 901 S HUISACHE, PHARR, TX 78577 |
| 8523 | MARTINEZ, RAUL, 901 S HUISACHE, PHARR, TX 78577 |
| 8523 | MARTINEZ, RAUL, 901 S HUISACHE, PHARR, TX 78577 |
| 8523 | MASSACHUSETTS DEPARTMENT OF REVENUE, C/O ANNE CHAN, BOX 55484, BOSTON, MA 02205-5484 |
| 8523 | MASSEY, GRANGER, 297 RIVER RD, ENOREE, SC 29335 |
| 8523 | MATSON NAVIGATION COMPANY INC, 4605 E ELWOOD ST STE 500, PHOENIX, AZ 85040 |
| 8523 | MAYER, CARMELITA, 7251 W FITCH, CHICAGO, IL 60631 |
| 8523 | MITCHELL, RONALD, 2130 11TH AVE N, BIRMINGHAM, AL 35224 |
| 8523 | MOFFATT THOMAS BARRETT ROCK & FIELDS CHT, C/O CASEY ROBERTSON, 101 S CAPITOL 10TH FLR, BOISE, ID 83702 |
| 8523 | NATL BUSINESS FURNITURE, 735 N WATER ST, PO BOX 514052, MILWAUKEE, MD 53203 |
| 8523 | NATL BUSINESS FURNITURE, 735 NORTH WATER ST, PO BOX 514052, |
| 8523 | NELSON, DENNIS, PO BOX 149, A C F, ATTICA, NY 14011 |
| 8523 | NELSON, DENNIS, PO BOX 149, ATTICA CORR FACILITY EXCHANGE STR. RD, ATTICA, NY 14011 |
| 8523 | NEW YORK STATE DEPT OF TAXATION & FINANCE, BANKRUPTCY SECTION, PO BOX 5300, ALBANY, NY 12205-0300 |
| 8523 | NEW YORK STATE DEPT OF TAXATION AND FINA, BANCKRUPTSY SECTION, PO BOX 5300, ALBANY, NY 12205-0300 |
| 8523 | NEW YORK STATE DEPT OF TAXATION, BANKRUPTCY SECTION, PO BOX 5300, ALBANY, NY 12205-0300 |
| 8523 | NLB CORP, ATTN JULIE KEYES, 29830 BECK RD, WIXOM, MI 48393-2824 |
| 8523 | NORTH BROWARD HOSPITAL DISTRICT, ATTN: WENDY ENNIS-VOLCY ESQ, LEGAL ACCTS DEPT, 1608 SE 3RD AVE, FORT LAUDERDALE, FL 33316 |
| 8523 | OEC FLUID HANDLING INC, PO BOX 2807, SPARTANBURG, SC 29304 |
| 8523 | ORANGE COUNTY TREASURER TAX COLLECTOR, PO BOX 1438, SANTA ANA, CA 92702 |
| 8523 | ORANGE COUNTY TREASURER-TAX COLLECTOR, PO BOX 1438, SANTA ANA, CA 92702 |
| 8523 | ORANGE COUNTY TREASURER-TAX COLLECTOR, PO BOX 1438, SANTA ANA, CA 92702 |
| 8523 | ORANGE COUNTY TREASURER-TAX COLLECTOR, PO BOX 1438, SANTA ANA, CA 92702 |
| 8523 | OVERBY, LORETTA L, BOX 545, RANDLE, WA 98377-0545 |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|
| 8523 | PHILLIPS, PATTI, 3756 CASEYS COVE, ELLENWOOD, GA 30294 |
| 8523 | POTTS, JACQUELYN, 10736 SYCAMORE TER, KANSAS CITY, MO 64134 |
| 8524 | RE: LUMMUS SUPPLY COMPANY INC., PORTIA PARTNERS LLC, ONE SOUND SHORE DR, STE 100, GREENWICH, CT 06830 |
| 8523 | ROBINSON, JAMES L, 1943 W KNEELAND ST, MILWAUKEE, WI 53205 |
| 8523 | ROGERS, DELORIS M, PO BOX 2447, BATON ROUGE, LA 70821 |
| 8523 | SAN FRANCISCO GRAVEL COMPANY, 552 BERRY ST, SAN FRANCISCO, CA 94107 |
| 8523 | SCRUGGS, CARNELL, 3757 FAULKNER DR, NASHVILLE, TN 37211 |
| 8523 | SOUTHER TANK TRANSPORT, PO BOX 327, HARLEYVILLE, SC 29448 |
| 8523 | STATE BOARD OF EQUILIZATION, SPECIAL PROCEDURES SECTION, MIC:55, PO BOX 942879, SACRAMENTO, CA 94279-0055 |
| 8523 | STATE OF CALIFORNIA STATE BOARD OF EQUALIZATION, SPECIAL PROCEDURES SECTION, MIC:55, PO BOX 942879, SACRAMENTO, CA 94279-0055 |
| 8523 | STATE OF MONTANA DEPT OF ENVIRONMENTAL QUALITY, C/O ATTORNEY GENERAL, BANKRUPTCY UNIT, PO BOX 201440, HELENA, MT 59620-1440 |
| 8523 | STATE OF NEW JERSEY DEPARTMENT OF TREASU, DIVISION OF TAXATION, PO BOX 245, TRENTON, NJ 08695-0245 |
| 8523 | STATE OF NEW JERSEY DEPT OF TREASURY, DIV OF TAXATION, PO BOX 245, TRENTON, NJ 06895-0245 |
| 8523 | STROMQUIST & COMPANY, PO BOX 724688, ATLANTA, GA 31139 |
| 8523 | TAPE RENTAL LIBRARY INC, PO BOX 107, COVESVILLE, VA 22931 |
| 8523 | THE BRANCH GROUP INC TA REXEL COMMERCE, SILVERMAN & ASSOCIATES CHTD, 11300 ROCKVILLE PIKE #908, ROCKVILLE, MD 20852 |
| 8523 | THE BRANCH GROUP, INC, T/A REXEL COMMERCE, SILVERMAN & ASSOCIATES, CHTD., 11300 ROCKVILLE PIKE STE 908, NORTH BETHESDA, MD 20852 |
| 8523 | THE SHERWIN-WILLIAMS COMPANY, 313 TECHNOLOGY DR, MALVERN, PA 19355 |
| 8523 | THOMSEN, BETSY, 5215 SE DIVISION ST, PORTLAND, OR 97206 |
| 8523 | TN DEPT OF ENVIR & CONSERV, C/O TN ATTY GENERAL, BANKRUPTCY & COLLECTIONS DIV, PO BOX 202007, NASHVILLE, TN 37202-0207 |
| 8523 | TRAINOR, GLENICE W, PO BOX 935, STUART, FL 34995 |
| 8523 | TRANSFEROR: COMPUTER TASK GROUP INC, SIERRA ASSET MANAGEMENT LLC, 2699 WHITE RD STE 255, IRVINE, CA 92614-6264 |
| 8523 | TRANSFERORS: HERCULES INC & ENTERGY GULF STATES, CONTRARIAN CAPITAL TRADE CLAIMS LP, 411 W PUTNAM AVE, S-225, ATTN: ALISA MINSCH, GREENWICH, CT 06830-6263 |
| 8523 | TULLOCH, RUDOLPH G, 521 WILLOWCREEK CT, SIMPSONVILLE, SC 29681 |
| 8523 | TURF DYNAMICS, C/O DON HOLDAWAY, 4450 S CHEROKEE ST, ENGLEWOOD, CO 80110 |
| 8523 | UNILEVER UNITED STATES INC AND ITS OPERA, C/O HIH SONG KIM ESQ, 390 PARK AVE, NEW YORK, NY 10022 |
| 8523 | US DEPT OF COMMERCE BUREAU OF INDUSTRY & SECURITY, ATTN: CHRISTINE LEE, 14TH ST & CONSTITUTION AVE NW RM 3839, WASHINGTON, DC 20230 |
| 8523 | WATSON-LENARD, SANDRA J, 1303 NE SOUTH ST, JENSEN BEACH, FL 34994 |
| 8523 | WILSON MOVING & STORAGE CO INC, CHUCK WILSON, 885 BAILEY AVE, BUFFALO, NY 14206 |
| 8523 | WILSON, MARCUS R, 2201 DICKENS ST, MOBILE, AL 36617 |
| 8523 | WILSON, MARCUS ROZHIA, 2201 DICKENS STREET, MOBILE, AL 36617 |
| 8523 | WR GRACE & CO, C/O TIM PURDUE, FULTON STATE HOSPITAL, 600 E 5TH, FULTON, MO 65251-1798 |

**Subtotal for this group: 115**