IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 ) |
| W.R. GRACE & CO., *et al.*,[1] | ) Case No. 01-1139 (JKF) ) Jointly Administered |
| Debtors. | ) ) |
|  | ) **Re: Docket Nos. 5317 and 5426** |

### MASSACHUSETTS DEPARTMENT OF ENVIRONMENTAL PROTECTION'S MOTION FOR LEAVE TO FILE A REPLY TO DEBTORS' OBJECTION TO THE MOTION OF THE MASSACHUSETTS DEPARTMENT OF ENVIRONMENTAL PROTECTION FOR RELIEF FROM AUTOMATIC STAY AND SETOFF

The Massachusetts Department of Environmental Protection (DEP) hereby requests authority pursuant to Del.Bankr.LR 9006-1(d) to file a reply in further support of the *Motion of the Massachusetts Department of Environmental Protection for Relief from Automatic Stay and Setoff* (Docket No. 5317), which is currently scheduled for hearing on May 18, 2004 at 12:00 p.m.

Given the importance of the Commonwealth of Massachusetts' right to effect setoff, the DEP seeks authority to file its reply to the *Debtors' Objection to the Motion of the Massachusetts*

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemcials, Inc.), W.R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc, Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.) G C Management Inc. (f/k/a Grace Cocoa Management , Inc.), GEC Management Corporation, CN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Service Corporation, Grace International Holdings, Inc., (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International Inc., Kootenai Development Company, L B Realty, Inc., Litigation Managmenet, Inc. (f/k/a GHSC Holding, Inc., Grace JVH Inc., Asbestos Management Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.) MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc.(f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

*Department of Environmental Protection for Relief from Automatic Stay and Setoff* (Docket No. 5426) to respond to arguments asserted by Debtors and to bring to the Court's attention relevant legal authority that should assist the Court in analyzing and ruling on the Motion.

WHEREFORE, the DEP respectfully requests entry of an Order granting it authority to file the Reply, a copy of which is attached hereto as **Exhibit 1**.

> Respectfully submitted,
>
> MASSACHUSETTS DEPARTMENT OF
> ENVIRONMENTAL PROTECTION
>
> By its attorney,
>
> THOMAS F. REILLY
> ATTORNEY GENERAL
>
>   /s/ Carol Iancu
> By: Carol Iancu, Mass. BBO # 635626
> Assistant Attorney General
> Massachusetts Office of the Attorney General
> Environmental Protection Division
> 200 Portland Street, 3rd Floor
> Boston, MA  02114
> (617) 727-2200, ext. 3363

Date: April 23, 2004

**SO ORDERED** this ___ day
of April, 2004

_____
The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge