IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 )  |
| W.R. GRACE & CO., *et al.*, | ) Case No. 01-1139 (JKF) ) Jointly Administered |
| Debtors. | ) ) ) |

**CERTIFICATION OF SERVICE**

I hereby certify that on April 23, 2004, I caused a true and accurate copy of the following to be served electronically, pursuant to Del. Bankr. L.R. 5005-1, through the ECF System upon all parties or counsel who are registered ECF participants:

1) Massachusetts Department of Environmental Protection's Motion for Leave to File a Reply to Debtors' Objection to the Motion of the Massachusetts Department of Environmental Protection for Relief from Automatic Stay and Setoff;

2) Exhibit 1: Reply of the Massachusetts Department of Environmental Protection to Debtors' Objection to the Motion of the Massachusetts Department of Environmental Protection for Relief from Automatic Stay and Setoff; and

3) Certificate of Service.

      /s/ Carol Iancu
Carol Iancu, Mass. BBO # 635626
Assistant Attorney General
Massachusetts Office of the Attorney General
Environmental Protection Division
200 Portland Street, 3rd Floor
Boston, MA 02114
(617) 727-2200, ext. 3363