# Exhibit A

Case 01-01139-AMC    Doc 5482-1    Filed 04/26/04    Page 1 of 6

W.R. Grace - 10th Interim (April, May, June, 2003)
Fees and Expenses

## Exhibit A

| BANKRUPTCY MANAGEMENT CORPORATION | | | | | |
|---|---|---|---|---|---|
| Fee Application Filing Date & Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 5163 | 2/25/2004 | $260,926.00 | $28,708.57 | $260,926.00 | $28,708.57 |
| Total: | | $260,926.00 | $28,708.57 | $260,926.00 | $28,708.57 |

| BILZIN SUMBERG DUNN BAENA PRICE & AXELROD | | | | | |
|---|---|---|---|---|---|
| Fee Application Filing Date & Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 5022 | 1/29/2004 | $58,764.50 | $5,645.82 | $58,764.50 | $5,645.82 |
| Total: | | $58,764.50 | $5,645.82 | $58,764.50 | $5,645.82 |

| CAMPBELL AND LEVINE | | | | | |
|---|---|---|---|---|---|
| Fee Application Filing Date & Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 4675 | 11/11/2003 | $44,918.50 | $2,388.68 | $44,918.50 | $2,388.68 |
| Total: | | $44,918.50 | $2,388.68 | $44,918.50 | $2,388.68 |

| CAPLIN AND DRYSDALE, CHARTERED | | | | | |
|---|---|---|---|---|---|
| Fee Application Filing Date & Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 4700 | 11/14/2003 | $26,126.75 | $1,346.97 | $26,126.75 | $1,346.97 |
| Total: | | $26,126.75 | $1,346.97 | $26,126.75 | $1,346.97 |

| CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN | | | | | |
|---|---|---|---|---|---|
| Fee Application Filing Date & Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 4816 | 12/26/2003 | $195,574.00 | $13,638.05 | $195,574.00 | $13,422.80 |
| Total: | | $195,574.00 | $13,638.05 | $195,574.00 | $13,422.80 |

| CASNER & EDWARDS LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Filing Date & Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 4738 | 11/24/2003 | $33,123.50 | $39,226.37 | $33,123.50 | $39,226.37 |
| Total: | | $33,123.50 | $39,226.37 | $33,123.50 | $39,226.37 |

| CONWAY DEL GENIO | | | | | |
|---|---|---|---|---|---|
| Fee Application Filing Date & Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 5087 | 2/11/2004 | $300,000.00 | $1,689.24 | $300,000.00 | $1,689.24 |
| Total: | | $300,000.00 | $1,689.24 | $300,000.00 | $1,689.24 |

| DUANE MORRIS LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Filing Date & Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 5028 | 1/29/2004 | $40,040.50 | $351.60 | $40,040.50 | $351.60 |
| Total: | | $40,040.50 | $351.60 | $40,040.50 | $351.60 |

| ELZUFON AUSTIN | | | | | |
|---|---|---|---|---|---|
| Fee Application Filing Date & Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 4717 | 11/19/2003 | $10,919.00 | $2,387.21 | $8,027.37 | $2,387.21 |
| Total: | | $10,919.00 | $2,387.21 | $8,027.37 | $2,387.21 |

| FERRY & JOSEPH, P.A. | | | | | |
|---|---|---|---|---|---|
| Fee Application Filing Date & Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 4825 | 12/17/2003 | $15,486.00 | $2,747.01 | $15,486.00 | $2,747.01 |
| Total: | | $15,486.00 | $2,747.01 | $15,486.00 | $2,747.01 |

| FTI POLICANO & MANZO | | | | | |
|---|---|---|---|---|---|
| Fee Application Filing Date & Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 4779 | 12/5/2003 | $248,969.00 | $3,557.83 | $248,969.00 | $3,557.83 |
| Total: | | $248,969.00 | $3,557.83 | $248,969.00 | $3,557.83 |

| HAMILTON, RABINOVITZ & ALSCHULER, Inc. | | | | | |
|---|---|---|---|---|---|
| Fee Application Filing Date & Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| | | | | | |
| Total: | | | | | |

| HOLME ROBERTS AND OWEN LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Filing Date & Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 4704 | 11/17/2003 | $111,692.00 | $5,179.63 | $111,342.00 | $5,179.63 |
| Total: | | $111,692.00 | $5,179.00 | $111,342.00 | $5,179.63 |

| KIRKLAND & ELLIS | | | | | |
|---|---|---|---|---|---|
| Fee Application Filing Date & Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 4713 | 11/18/2003 | $533,606.00 | $20,062.56 | $533,606.00 | $20,062.56 |
| Total: | | $533,606.00 | $20,062.56 | $533,606.00 | $20,062.56 |

| KLETT ROONEY LIEBER AND SCHORLING | | | | | |
|---|---|---|---|---|---|
| Fee Application Filing Date & Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 4742 | 12/29/2003 | $44,732.50 | $3,696.65 | $44,732.50 | $3,696.65 |
| Total: | | $44,732.50 | $3,696.65 | $44,732.50 | $3,696.65 |

| KRAMER LEVIN NAFTALIS & FRANKEL | | | | | |
|---|---|---|---|---|---|
| Fee Application Filing Date & Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 4838 | 12/19/2003 | $34,092.00 | $497.86 | $34,092.00 | $497.86 |
| Total: | | $34,092.00 | $497.86 | $34,092.00 | $497.86 |

| LEGAL ANALYSIS SYSTEMS, INC. | | | | | |
|---|---|---|---|---|---|
| Fee Application Filing Date & Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 4674 | 11/11/2003 | $21,758.50 | $0.00 | $21,758.50 | $0.00 |
| Total: | | $21,758.50 | $0.00 | $21,758.50 | $0.00 |

| LUKINS & ANINS | | | | | |
|---|---|---|---|---|---|
| Fee Application Filing Date & Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 4935 | 1/15/2004 | $122,675.00 | $11,917.57 | $93,557.40 | $11,917.57 |
| Total: | | $122,675.00 | $11,917.57 | $93,557.40 | $11,917.57 |

| NELSON MULLINS RILEY and SCARBOROUGH, LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Filing Date & Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 5161 | 2/25/2004 | $102,250.00 | $1,313.47 | $102,250.00 | $1,313.47 |
| Total: | | $102,250.00 | $1,313.47 | $102,250.00 | $1,313.47 |

| PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB, P.C. | | | | | |
|---|---|---|---|---|---|
| Fee Application Filing Date & Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 4735 | 11/24/2003 | $63,356.00 | $81,484.14 | $63,332.50 | $81,484.14 |
| Total: | | $63,356.00 | $81,484.14 | $63,332.50 | $81,484.14 |

| PITNEY, HARDIN, KIPP AND SZUCH LLP ||||| 
|---|---|---|---|---|
| Fee Application Filing Date & Docket No. || Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 4822 | 12/16/2003 | $24,440.00 | $7,370.04 | $24,440.00 | $7,370.04 |
| Total: || $24,440.00 | $7,370.04 | $24,440.00 | $7,370.04 |

| PRICEWATERHOUSECOOPERS LLP ||||| 
|---|---|---|---|---|
| Fee Application Filing Date & Docket No. || Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 4679 | 11/11/2003 | $112,016.95 | $2,224.09 | $112,016.95 | $2,224.09 |
| Total: || $112,016.95 | $2,224.09 | $112,016.95 | $2,224.09 |

| PROTIVITI ||||| 
|---|---|---|---|---|
| Fee Application Filing Date & Docket No. || Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 5145 | 2/20/2004 | $167,495.00 | $7,174.13 | $167,495.00 | $7,174.13 |
| Total: || $167,495.00 | $7,174.13 | $167,495.00 | $7,174.13 |

| REED SMITH LLP ||||| 
|---|---|---|---|---|
| Fee Application Filing Date & Docket No. || Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 4684 | 11/12/2003 | $390,186.00 | $24,495.00 | $390,186.00 | $24,495.00 |
| Total: || $390,186.00 | $24,495.00 | $390,186.00 | $24,495.00 |

| RICHARDSON PATRICK ||||| 
|---|---|---|---|---|
| Fee Application Filing Date & Docket No. || Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 4732 | 11/24/2003 | $317,476.75 | $72,160.55 | $166,471.51 | $72,160.55 |
| Total: || $317,476.75 | $72,160.55 | $166,471.51 | $72,160.55 |

| WARREN H. SMITH & ASSOCIATES ||||| 
|---|---|---|---|---|
| Fee Application Filing Date & Docket No. || Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 4744 | 11/25/2003 | $51,106.50 | $1,097.54 | $51,106.50 | $1,097.54 |
| Total: || $51,106.50 | $1,097.54 | $51,106.50 | $1,097.54 |

| STEPTOE & JOHNSON LLP ||||| 
|---|---|---|---|---|
| Fee Application Filing Date & Docket No. || Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 5075 | 2/5/2004 | $19,970.00 | $247.19 | $19,970.00 | $247.19 |
| Total: || $19,970.00 | $247.19 | $19,970.00 | $247.19 |

| STROOCK & STROOCK & LAVAN LLP[1] | | | | |
|---|---|---|---|---|
| Fee Application Filing Date & Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 4778  12/5/2003 | $218,222.00 | $41,204.65 | $218,222.00 | $41,204.65 |
| Total: | $218,222.00 | $41,204.65 | $218,222.00 | $41,204.65 |

| L. TERSIGNI CONSULTING, P.C. | | | | |
|---|---|---|---|---|
| Fee Application Filing Date & Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 4682  12/2/2003 | $275,937.00 | $1,213.41 | $275,937.00 | $1,213.41 |
| Total: | $275,937.00 | $1,213.41 | $275,937.00 | $1,213.41 |

| WACHTELL, LIPTON, ROSEN & KATZ | | | | |
|---|---|---|---|---|
| Fee Application Filing Date & Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
|  |  |  |  |  |
| Total: |  |  |  |  |

| WALLACE KING MARRARO & BRANSON PLLC | | | | |
|---|---|---|---|---|
| Fee Application Filing Date & Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 4820  12/16/2003 | $340,931.20 | $36,586.88 | $339,061.20 | $36,586.88 |
| Total: | $340,931.20 | $36,586.88 | $339,061.20 | $36,586.88 |

| WOODCOCK & WASHBURN | | | | |
|---|---|---|---|---|
| Fee Application Filing Date & Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 4818  12/16/2003 | $37,813.50 | $6,325.05 | $37,813.50 | $6,325.05 |
| Total: | $37,813.50 | $6,325.05 | $37,813.50 | $6,325.05 |

---

[1] Stroock expense total includes $36,865.19 for fees and costs of Chambers Associates Incorporated.